UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2740
                                                 REF: ALL CASES

This Court recuses itself pursuant to 28 U.S.C. § 455(a) from the above-captioned cases.

New Orleans, Louisiana, this 4th day of October, 2016.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE