# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |

## ORDER REASSIGNING LITIGATION

The Eastern District of Louisiana has notified the Panel of the need to reassign the actions in the above litigation to another judge in that district.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Kurt D. Engelhardt for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_Sarah Vance_
Sarah S. Vance
Chair