**ATTACHMENT C**

<u>Agenda for Initial Conference</u>

1. Appointment of Liaison Counsel and PSC

2. Service of Papers

    a. Generate corrected service list

3. Pretrial Schedule

    a. Master Complaint; amendment of pleadings; joinder of parties

    b. Motion Practice

        i. Schedule

        ii. Rules

    c. Discovery Plan and Schedule

    d. Class Certification

4. Role of Magistrate Judge