**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO ALL CASES | SECTION "N" (5) |

**APPLICATION OF RYAN L. THOMPSON**
**FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

I, Ryan L. Thompson, pursuant to paragraph 16 of Pretrial Order No. 1, submit this application for membership on the Plaintiffs' Steering Committee ("PSC"). As detailed herein, my appointment is supported, among other reasons, by the following factors: I am willing and able to commit to a time-consuming process; I have the ability to work cooperatively with other counsel; I have professional experience in this type of litigation; and I am willing to commit the necessary resources to pursue this matter. In support thereof, I aver as follows:

1.  **I Am Willing and Able to Commit To a Time-Consuming Process**

I, along with other attorneys in my firm, recently filed four Taxotere lawsuits in Federal Court. I represent numerous other women who allege injuries related to their use of Taxotere that my firm intends to file in this Court. I am not just willing; I am eager and able to commit the time necessary to litigate this matter appropriately. I believe in this case.

Accordingly, I have already dedicated substantial time to this litigation to ensure individuals disfigured by Taxotere are effectively represented. For example, I have spoken at seminars on the side effects of Taxotere and the related litigation, including, the following: "Taxotere: The Injury and Science", Mass Tort Nexus, Florida, September 2016; and "Taxotere: Science Background and Case Criteria" Mass Tort Nexus, Florida, May 2016.

Additionally, I have the ability to commit to a time-consuming process along with a strong support team. My firm has more than twenty lawyers and 100 employees, including a staff

1

medical doctor and board certified appellate lawyer, who can assist in working on this MDL and ensuring the daily business of our firm advances while I focus my time on matters in this MDL.

For these reasons, I aver to this Court that I have the willingness and ability to commit the time necessary to properly litigate this case.

2. **I Have the Ability to Work Cooperatively with Other Counsel**

I have conferred with dozens of attorneys regarding the leadership this Court might ultimately appoint. I believe my application for the Plaintiffs' Steering Committee enjoys broad support among the vast majority of lawyers representing Taxotere plaintiffs across the country.

I was able to collaborate with my colleagues concerning many aspects of this litigation while at the JPML hearing for this MDL. Since then, I have continued those efforts, and have been involved in numerous phone conferences and meetings with concerned counsel about the direction of this litigation and leadership in the MDL. I have likewise traveled out-of-state to confer with my colleagues on planning this litigation, and am attending a meeting in Las Vegas this week to discuss how to expand the cooperative efforts between Plaintiffs' counsels.

I will continue to confer and work cooperatively with others, including defense counsel, involved in this litigation to ensure the cases are handled professionally and efficiently.

3. **I Have Professional Experience in this Type of Litigation**

My professional experience in this type of litigation comes in two forms: (1) experience gained from prior work with PSCs, and (2) experience gained by working on various product liability litigations in consolidated state court proceedings across the country.

I am the managing partner of my firm's pharmaceutical and medical device group. I received my BA from the University of Texas. While at Texas, I received University Honors for academic achievement and was a First Team All-Conference athlete. After graduation, I joined the Texas Attorney General's Office working under then Attorney General John Cornyn. At the

conclusion of my internship, I enrolled at Baylor Law School, where I received Dean's List honors and graduated near the top of my class.

Upon graduation from law school, I accepted a position at Hunton & Williams LLP. While at Hunton, I defended some of the largest corporations in the country, focusing on products liability cases. I gained significant hands-on experience during this time period, taking depositions, arguing motions, and assisting in trials in my first year as an associate. In early 2005, I left Hunton for a position at Fulbright & Jaworski LLP, now known as Norton Rose Fulbright LLP. While at Fulbright, I tried over two dozen cases to verdict, attaining an impressive record of wins in both jury and bench trials. I also demonstrated a noteworthy ability to construct substantial and complex settlements on behalf of my clients in a timely manner.

In 2009, I left Fulbright to accept partnership at Watts Guerra LLP so I could pursue the representation of individual plaintiffs. My practice is focused on representing injured clients, primarily in pharmaceutical product and medical device litigations. My efforts and overall success has been widely recognized by my peers and others as reflected by some of the following awards and honors I have received: Texas Super Lawyers, Rising Stars 2012 - 2014; Texas Super Lawyers, 2014 - 2016; "San Antonio's Best Lawyers," Plaintiffs Product Liability 2010 - 2016; and, "San Antonio's Top Personal Injury Lawyers," 2014 – 2016.

Germane to my appointment on this PSC, I have led and worked on complex drug and device litigations in state and federal courts throughout the country in leadership capacities, including lead PSC counsel, bellwether counsel, and various committee member roles, including numerous high-profile MDLs and various related state court consolidations. I am currently co-lead counsel in MDL No. 2452, *In Re Incretin-Based Therapies*.

In addition to my litigation experience, I am an active member in the following legal

associations: San Antonio Trial Lawyers (Board of Directors 2013); Texas Trial Lawyers (Board of Advocates 2012, 2013); American Association of Justice (Products and Pharmaceutical Torts Section); and I am also on the Law360 Product Liability Editorial Advisory Board (2014-2016).

For these reasons, I aver to this Court that I have the professional experience in consolidated and MDL proceedings generally, in pharmaceutical litigation specifically, and perhaps most importantly, in actually settling complex cases or trying them to verdict.

### 4. **I Am Willing to Commit the Necessary Resources to Pursue this Matter**

In total, my firm has obtained over $1 billion in verdicts and $3.0 billion in settlements for our clients. Moreover, since leaving the defense bar and joining my firm in July of 2009, I have obtained approximately $350 million in verdicts and settlements. As a result, we have amassed sufficient resources to advance this litigation in an appropriate and timely manner. In addition, I have excellent relationships with other law firms across the country involved in this litigation to enable a group of such firms to collectively fund this MDL and advance it in a cohesive and timely manner. For these reasons, I aver to this Court that I have sufficient resources to advance this litigation in a swift, efficient, and expeditious manner.

As established above, I possess the skill, experience, resources, and drive necessary to effectively represent plaintiffs in this MDL. I am ready, willing, and able to serve the Court on the PSC. I am committed to this litigation, and as I have in the litigations described above, I will work hard, and commit the extensive resources of my law firm, to see this litigation is resolved efficiently and fairly. Accordingly, I respectfully apply to this Court to be a member of the PSC.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of October 2016.

**Ryan L. Thompson**