**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL No. 16-MD-2740

THIS  DOCUMENT RELATES TO:

*Mary Renee Chase v. Sanofi S.A., et al.,* Case
No. 3:16-cv-00588

<u>**NOTICE OF APPEARANCE**</u>

COMES NOW Plaintiff, Mary Renee Chase, by and through David F. Miceli as her

counsel, and hereby enters his appearance on behalf of the Plaintiff in the above-referenced

matter.

Dated: October 20, 2016

Respectfully submitted,

*/s/ David F. Miceli*
David F. Miceli (GA 503900)
Eric S. Johnson (IL 6301759)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
dmiceli@simmonsfirm.com
ejohnson@simmonsfirm.com

-and-

Timothy J. Becker, Esq. (MN #256663)
Michael K. Johnson (MN Bar # 258696)
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN  55402
Telephone:  612-436-1800
Fax:  612-436-1801
Email: tbecker@johnsonbecker.com
          mjohnson@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that, this 20th day of October 2016, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ David F.  Miceli* _____
David F. Miceli