UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                            MDL NO.  2740
        PRODUCTS LIABILITY
        LITIGATION
                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## APPLICATION OF DENNIS C. REICH FOR
## APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Dennis C. Reich, of the law firm of Reich & Binstock, LLP, who respectfully moves this Honorable Court for an appointment to the Plaintiffs' Steering Committee ("PSC") in the above-referenced action.

## INTRODUCTION

Mr. Reich currently serves as counsel in *Andrews, Elsie Govert v. Sanofi S.A. et al.*, No. 1:16-cv-06015-NJV (N.D. Cal.) and *Herbst, Fran. B. v. Sanofi S.A. et al.*, No. 9:16-cv-81764KAM (S.D. Fla) that will ultimately be transferred to this Honorable Court.  Mr. Reich anticipates becoming counsel for other Taxotere cases that will be filed and transferred for pretrial proceedings under 28 USC § 1407. *See Transfer Order, In Re: Taxotere (Docetaxel) Products Liability Litigation*, *MDL No. 2740, ECF No. 4*.  Mr. Reich has substantial experience in MDL and other cases of national significance.  As set forth below, he has served on PSCs and has held a leadership role in other mass litigation in the Eastern District of Louisiana.  If appointed to a leadership role, Mr. Reich and his law firm Reich & Binstock, LLP will immediately commit the necessary time and financial resources to pursue this case to a conclusion and will work cooperatively with co-counsel to efficiently prosecute this case in a way that minimizes costs and will serve the best interests of all plaintiffs. As set forth below, Mr. Reich has the background, credentials and experience to serve on the PSC for this important litigation.  He would be honored to do so.

## QUALIFICATIONS OF COUNSEL

Mr. Reich is a founding partner of Reich & Binstock, LLP.  Mr. Reich first became involved in mass litigation in the early 1980's when working with the late Wendall H. Gauthier in the MGM fire litigation

in Las Vegas, Nevada.  Subsequently, Mr. Reich had the pleasure to work with Mr. Gauthier again in a case involving a tragic fire which burned down a chicken processing plant in Hamlet, North Carolina, killing and injuring numerous workers.  Over the years, Mr. Reich has taken on numerous cases where he served on PSCs, performed common benefit work or served as class counsel.  The cases Mr. Reich has been involved in are diverse and include Risperdal litigation, opioid addiction, groundwater contamination from the gasoline additive MTBE, ineffective smoke detectors used in residential properties, stimulant laxatives that were being improperly promoted for weight loss/control in young women, inadequately monitored petroleum-carrying pipelines, government purchased formaldehyde emitting trailers, inadequate emissions controls for dangerous pollutants such as benzene and hexavalent chrome at petroleum refineries, levee breaches, oil pollution resulting in economic damage and physical injuries.

Particularly relevant to this case is Mr. Reich's 30 plus years of litigation focusing on unwinding the relationship between the use of chemical products or pharmaceuticals and adverse health consequences.  Mr. Reich has handled a panoply of cases dealing with the science of pharmacology or toxicology as related to prescription drugs such as atypical antipsychotic drugs and development of female breast tissue in boys, DDT and breast cancer, solvent ingestion in drinking water and non-Hodgkin's lymphomas, arsenic exposure and anencephaly in children, lead ingestion and cognitive impairment and stimulant laxatives and electrolytic imbalances in women.  In terms of the present case, being able to understand and address the issues concomitant with Taxotere requires a thorough understanding of the underlying biological and medical sciences as well as an ability to work with leading experts in the field within the confines of the Federal Rules of Evidence.  Mr. Reich's past work demonstrates such an ability.  His vast and lengthy experience working on a multitude of complex cases makes Mr. Reich well suited to handle the challenges presented by the current case.

As demonstrated in a partial listing of cases below, Mr. Reich has worked cooperatively and collaboratively with many lawyers in the Eastern District of Louisiana.  He travels to New Orleans regularly and frequently from Houston, Texas where his office is located.  Because of his long history of working large and complex cases of national significance, Mr. Reich recognizes and understands the importance of adhering to the highest standards of professionalism while at the same time serving as a zealous advocate on behalf of

his clients.  Mr. Reich is well recognized in his profession in working with a wide array of experts in addressing the scientific and technical issues that often drive and become the focal point of the litigation.  He is also mindful of the skyrocketing costs of litigation and will endeavor to eliminate duplication and waste in the discovery process if appointed to a leadership role for the Taxotere MDL.

As outlined below, Mr. Reich has been appointed by this Court and courts throughout the United States to serve in key leadership positions as class counsel, PSC or executive committee member and/or common benefit committee member in cases listed below.

## REPRESENTATIVE LITIGATION

- PSC Member, *MDL 1873, In re: FEMA Trailer Formaldehyde Products  Liability Litigation*, U.S. District Court, Eastern District of Louisiana; served as lead counsel and co-lead counsel in two FEMA trials in the Eastern District before the Honorable Kurt Engelhardt (case resolved);
- PSC Member, *JCCP 4775, In re: Risperdal and Invega Product Liability Cases,* Los Angeles Superior Court before the Honorable William F. Highberger;(disfiguring injuries to boys from ingestion of an antipsychotic prescription drug).
- *Economic Loss and Damage Committee Member, common benefit  work in MDL  2179, BP Oil Spill Litigation* (lead counsel for City of Houston, Harris County, Texas, and Metropolitan Transit Authority of Harris County, Texas); (cases resolved);
- Co-Lead Counsel, Cause No. 00-221-H, Lydia S. Perez, et al vs. Schering-Plough Corp., et al, 347th Judicial District Court of Nueces County, Texas, class action suit against the **stimulant laxative manufacturers** (case resolved);
- PSC Member and member of Plaintiffs' Executive Committee in *MDL 1358*, *MTBE Product Liability Litigation*, U.S. District Court, Southern District of New York before the Honorable Shira Scheindlin (case resolved);
- Chairman of Damage Committee for Medical Providers, *MDL 2406, In re: Blue Cross Blue Shield Antitrust Litigation*, U.S. District Court, Northern District of Alabama, Southern Division;
- Lead counsel, *C.A. No. H-92-1054, Hayden v. Atochem North America, et al*, U.S. District Court, Southern District of Texas, Houston Division (case resolved); (represented 20,000 persons in the Bryan College Station, Texas that were exposed to arsenic emissions from a pesticide manufacturing facility.  In addition to compensatory relief, a state of the art medical monitoring protocol was devised and implemented for the exposed population);
- Special Counsel for State of New Jersey in *New Jersey Natural Resource  Damage Litigation*, *Docket Nos. CAM-L-3337-07, NRN-L-295-07 and BUR-  L-1744-07*, Superior Court of New Jersey, Law Division-Essex County (case resolved);
- Common Benefit Work in *Katrina Canal Breaches* consolidated proceedings, *No. 05-4181*, U.S. District Court, Eastern District of Louisiana.

## SPECIAL QUALIFICATIONS OF COUNSEL

- BA Degree, Cum Laude, 1972, University of Connecticut
- JD Degree, Order of the Barons, University of Houston Law Center
- Admitted State Bar of Texas 1975
- Admitted State Bar of California 1976
- Admitted State Bar of New York 2008
- Admitted U.S. Court of Appeals, Fifth, Tenth and Eleventh Circuits

- Admitted U.S. District Court, Arizona
- Admitted Central and Northern District of California
- Admitted U.S. District Court, Southern, Eastern and Western Districts of Texas
- Certification – Texas Board of Legal Specialization in Personal Injury
- Martindale Hubble AV preeminent Rated (Highest Rating)
- Board Certified in Personal Injury Law: Texas Board of Legal Specialization

WHEREFORE, Dennis C. Reich of the law firm of Reich & Binstock, LLP, respectfully requests this Honorable Court issue an Order appointing him to the Plaintiffs' Steering Committee.

Dated: October 20TH 2016.

Respectfully submitted,

s/ Dennis Reich
Dennis C. Reich (TBN 16739600)
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas  77027
Telephone: (713) 622-2771
Fax: (713) 623-8724
Email: DReich@ReichandBinstock.com
***Attorney for Plaintiffs***

## PROOF OF SERVICE

I hereby certify that on the 20th day of October, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Attachment B.

s/ Dennis Reich
Dennis C. Reich

**ATTACHMENT B**

IN RE:TAXOTERE(DOCETAXEL)                    MDL DOCKET NO. 2740

**PRODUCTS LIABILITY LITIGATION**          SECTION N(5)

**SERVICE LIST**

| | CASE | JURISDICTION | CASE NO. | COUNSEL |
|---|---|---|---|---|
| 1. | *Collins, Valesta v. Sanofi, SA, et al* | Central District of California | 2:16-cv-05418 | **Plaintiff**<br>Karen Barth Menzies<br>kbm@classlawgroup.com Gibbs Law Group LLP<br>400 Continental Blvd, 6th Floor<br>El Segundo, CA 90245 (510) 350-9240<br><br>Eric H. Gibbs ehg@classlawgroup.com<br>Amy M. Zeman<br>amz@classlawgroup.com Gibbs Law Group LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br><br>Normal E. Siegel<br>siegel@stuevesiegel.com Todd Hilton<br>hilton@stuevesiegel.com Lisa Joyce<br>joyce@stuevesiegel.com Abby McClelland<br>mcclellan@stuevesiegel.com<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 2. | *Dodson, Ami v. Sanofi, SA, et al* | Northern District of California | 4:16-cv-01251 | **Plaintiff**<br>Anna Dubrovsky<br>anna@dubrovskylawyers.com Anna Dubrovsky Law Group, Inc.<br>601 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 (415) 746-1477<br><br>Darin Lee Schanker<br>dschanker@coloradolaw.net Jere Kyle Bachus Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 3. | *Gahan, Kelly v. Sanofi, SA, et al* | District of Colorado | 1:15-cv-02777 | **Plaintiff**<br><br>Jere Kyle Bachus<br>kyle.bachus@coloradolaw.net Darin Lee Schanker dschanker@coloradolaw.net Bachus & Schanker, LLC-Denver<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 4. | *Leith, Melissa F. v. Sanofi, SA, et al.* | District of Colorado | 1:16-cv-00741 | **Plaintiff**<br>Jere Kyle Bachus<br>kyle.bachus@coloradolaw.net John Christopher Elliott celliott@coloradolaw.net Darin Lee Schanker dschanker@coloradolaw.net<br>Bachus & Schanker, LLC-Denver<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |
| --- | --- | --- | --- | --- |

| 5. | *Wysocki, Theresa v. Sanofi SA, et al.* | Northern District of Illinois | 1:16-cv-07059 | **Plaintiff**<br><br>Peter J. Flowers pjf@meyers-flowers.com<br>Brian J. Perkins bjp@meyers-flowers.com Kimberly Brancato kb@meyers-flowers.com Frank V. Cesarone fvc@meyers-flowers.com Meyers & Flowers, LLC<br>3 North Second Street , Suite 300<br>St. Charles, IL 60174 (630) 232-6333<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com Eric Anthony Swan eswan@shb.com Harley Victor Ratliff hratliff@shb.com Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |
| 6. | *Johnson, Renita v. Sanofi, SA., et al.* | Northern District of Illinois | 1:16-cv-06754 | **Plaintiff**<br>Michelle L. Kranz<br>michelle@toledolaw.com<br>Zoll & Kranz, LLC<br>6620 W. Central Ave., Suite 100<br>Toledo, OH 43617 (419) 841-9623<br><br>**Defendant**<br>No Attorney Appearance |

| 7. | *Pistone, Christine v. Sanofi, SA, et al.* | Northern District of Illinois | 1:16-cv-04028 | **Plaintiff**<br>Peter J. Flowers pjf@meyers-flowers.com Meyers & Flowers, LLC<br>3 North Second Street , Suite 300<br>St. Charles, IL 60174 (630) 232-6333<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 8. | *Spann, Erma v. Sanofi, SA, et al.* | Northern District of Illinois | 1:16-cv-03038 | **Plaintiff**<br>David M. Hundley<br>dmh@hundleylaw.com Hundley Law Group<br>1620 W. Chicago Ave., Ste 307<br>Chicago, IL 60622 (312) 212-3343<br><br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Nicholas Ryan Rockforte nrockforte@pbclawfirm.com<br>Pendley, Baudin & Coffin, LLP<br>24110 Eden Street, Drawer 71<br>Plaquemine, LA  70765 (225) 687-6396<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 9. | *Traylor, Linda v. Sanofi, SA, et al* | Northern District of Illinois | 1:16-cv-05651 | **Plaintiff**<br>David M. Hundley<br>dmh@hundleylaw.com<br>Pendley, Baudin & Coffin, LLP<br>1620 W. Chicago Ave., Ste 307<br>Chicago, IL 60622 (312) 212-3343<br><br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 (504) 355-0086<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |
| --- | --- | --- | --- | --- |
| 10. | *Chase, Mary Renee v. Sanofi, SA, et al* | Southern District of Illinois | 3:16-cv-00588 | **Plaintiff**<br>Trent Miracle<br>tmiracle@simmonsfirm.com<br>Simmons Hanly Conroy<br>One Court Street Alton, IL 62002 (618) 259-2222<br><br>**Defendant**<br><br>No Attorney Appearance |

| 11. | *Dalton, Barbara v. Sanofi, SA, et al* | Southern District of Illinois | 3:16-cv-00718 | **Plaintiff**<br>Mark R. Niemeyer<br>niemeyer@ngklawfirm.com Michael S. Kruse kruse@ngklawfirm.com<br>Niemeyer, Grebel & Kruse LLC<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102 (314) 241-1919<br><br>**Defendant**<br>Molly Leigh McIntosh Troutman Sanders LLP<br>301 S. College Street, Suite 3400<br>Charlotte,  NC 28202<br>704-998-4074<br>Fax: 704-998-4051<br>molly.jagannathan@troutmansanders.com |
| --- | --- | --- | --- | --- |
| 12. | *Koontz, Debra v. Sanofi, SA, et al* | Southern District of Illinois | 3:16-cv-00805 | **Plaintiff**<br>Mark R. Niemeyer<br>niemeyer@ngklawfirm.com Michael S. Kruse kruse@ngklawfirm.com<br>Niemeyer, Grebel & Kruse LLC<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102 (314) 241-1919<br><br>**Defendant**<br>No Attorney Appearance |

| 13. | *Detrixhe, Karen v. Sanofi, SA, et al* | District of Kansas | 2:16-cv-02250 | **Plaintiff**<br><br>David D. Burkhead<br>david@burkheadlaw.com<br>The Law Office of David Burkhead<br>P.O. Box 23243<br>Overland Park, KS 66283 (913) 953-0464<br><br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 14. | *Bemiss, Yvonne v. Sanofi SA, et al* | Eastern District of Louisiana | 2:16-cv-06425 | **Plaintiff**<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Jessica A. Perez jperez@pbclawfirm.com Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 (504) 355-0086<br><br>Andrew Allen Lemmon<br>andrew@lemmonlawfirm.com Lemmon Law Firm<br>15058 River Rd. PO Box 904<br>Hahnville, LA 70057 (985) 783-6789<br><br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>James B. Irwin , V<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: jirwin@irwinllc.com<br><br>Douglas J. Moore<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br><br>Kelly E. Brilleaux<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130 |

| 15. | *Smith, Veronica A., v. Sanofi, SA, et al.* | Eastern District of Louisiana | 2:16-cv-12943 | **Plaintiff**<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Jessica A. Perez jperez@pbclawfirm.com Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com Pendley, Baudin & Coffin, LLP 1515 Poydras Street, Suite 1400 New Orleans, LA 70112<br>(504) 355-0086<br><br>Val Patrick Exnicios<br>vpexnicios@exnicioslaw.com Liska, Exnicios & Nungesser 1515 Poydras St. Suite 1400<br>New Orleans, LA 70112 (504) 410-9611<br><br>**Defendant**<br>James B. Irwin , V<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: jirwin@irwinllc.com<br><br>Douglas J. Moore<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br><br>Kelly E. Brilleaux<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: kbrilleaux@irwinllc.com |
|---|---|---|---|---|

| 16. | *Smith, Wanda v. Sanofi, SA, et al.* | Eastern District of Louisiana | 2:16-cv-07794 | **Plaintiff**<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Jessica A. Perez jperez@pbclawfirm.com Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 (504) 355-0086<br><br>Andrew Allen Lemmon<br>andrew@lemmonlawfirm.com Lemmon Law Firm<br>15058 River Rd. PO Box 904<br>Hahnville, LA 70057<br><br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br><br>No Attorney Appearance |

| 17. | *Walter, Alma v. Sanofi SA, et al.* | Eastern District of Louisiana | 2:16-cv-12706 | **Plaintiff**<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Jessica A. Perez jperez@pbclawfirm.com Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 (504) 355-0086<br><br>Darin Lee Schanker<br>dschanker@coloradolaw.net Jere Kyle Bachus Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>James B. Irwin , V<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: jirwin@irwinllc.com<br><br>Douglas J. Moore<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br><br>Kelly E. Brilleaux<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: kbrilleaux@irwinllc.com |

| 18. | *Webb, Carol v. Sanofi, SA, et al.* | Eastern District of Louisiana | 2:16-cv-10763 | **Plaintiff**<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Jessica A. Perez jperez@pbclawfirm.com Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 (504) 355-0086<br><br>**Defendant**<br>James B. Irwin , V<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: jirwin@irwinllc.com<br><br>Douglas J. Moore<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br><br>Kelly E. Brilleaux<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: kbrilleaux@irwinllc.com |
| --- | --- | --- | --- | --- |

| 19. | *Burney, Brenda v. Sanofi, SA, et al* | Middle District of Louisiana | 3:16-cv-00388 | **Plaintiff**<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com Jessica A.<br>Perez jperez@pbclawfirm.com Nicholas<br>Ryan Rockforte<br>nrockforte@pbclawfirm.com Pendley,<br>Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 (504) 355-0086<br><br>**Defendant**<br>James B. Irwin , V<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: jirwin@irwinllc.com<br><br>Douglas J. Moore<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br><br>Kelly E. Brilleaux<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: kbrilleaux@irwinllc.com |
|-----|--------|--------|--------|--------|

| 20. | *Touchi-Peters, Karen v. Sanofi, SA, et al.* | District of Minnesota | 0:16-cv-02464 | **Plaintiff**<br>Timothy J. Becker<br>tbecker@johnsonbecker.com Michael K. Johnson mjohnson@johnsonbecker.com Peter C. Snowdon<br>psnowdon@johnsonbecker.com Johnson Becker, PLLC<br>33 South 6th Street, Suite 4530<br>Minneapolis, MN 55402 (612) 436-1800<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |
| --- | --- | --- | --- | --- |
| 21. | *Carpenter, Homer v. Sanofi SA, et al* | Southern District of Mississippi | 3:16-cv-00289 | **Plaintiff**<br>Michael P. McGartland<br>mike@mcgartland.com<br>MCGARTLAND LAW FIRM, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107 (817) 332-9300<br><br>**Defendant**<br>Mark J. Goldberg<br>COSMICH, SIMMONS & BROWN, PLLC - Jackson P. O. Box 22626<br>One Eastover Center<br>100 Vision Drive, Suite 200 (39211)<br>Jackson, MS 39225-2626<br>601/863-2100<br>Fax: 601/863-0078<br>Email: markgoldberg@cs-law.com |

| 22. | *Chase, Florine v. Sanofi SA, et al* | Southern District of Mississippi | 3:16-cv-00404 | **Plaintiff**<br>Michael P. McGartland<br>mike@mcgartland.com MCGARTLAND LAW FIRM, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107 (817) 332-9300<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |
|---|---|---|---|---|
| 23. | *Grines, Hattie B. v. Sanofi, SA, et al.* | Southern District of Mississippi | 3:16-cv-00488 | **Plaintiff**<br>Michael P. McGartland<br>mike@mcgartland.com<br>MCGARTLAND LAW FIRM, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107 (817) 332-9300<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 24. | *Jones, Angela v. Sanofi, SA, et al.* | Southern District of Mississippi | 3:16-cv-00288 | **Plaintiff**<br>Michael P. McGartland<br>mike@mcgartland.com MCGARTLAND LAW FIRM, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107 (817) 332-9300<br><br>**Defendant**<br>Richard A. Brown<br>COSMICH, SIMMONS & BROWN, PLLC - Jackson P. O. Box 22626<br>One Eastover Center<br>100 Vision Drive, Suite 200 (39211)<br>Jackson, MS 39225-2626<br>601/863-2100<br>Fax: 601/863-0078 |
| --- | --- | --- | --- | --- |
| 25. | *Tolefree, Christine v. Sanofi, SA, et al.* | Southern District of Mississippi | 3:16-cv-00412 | **Plaintiff**<br>Michael P. McGartland<br>mike@mcgartland.com MCGARTLAND LAW FIRM, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107 (817) 332-9300<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 26. | *Mottola, Kathy v. Sanofi, SA, et al.* | Western District of North Carolina | 3:16-cv-00255 | **Plaintiff**<br>Daniel Kent Bryson dan@wbmllp.com<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000<br><br>Darin Lee Schanker<br>dschanker@coloradolaw.net Jere Kyle Bachus Kyle.bachus@coloradolaw.net<br>Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Molly Leigh McIntosh<br>Troutman Sanders LLP<br>301 S. College Street, Suite 3400<br>Charlotte, NC 28202<br>704-998-4074<br>Fax: 704-998-4051<br>Molly.jagannathan@troutmansanders.com |

| 27. | *Wood, Delight v Sanofi, SA, et al.* | Western District of North Carolina | 3:16-cv-00261 | **Plaintiff**<br>Daniel Kent Bryson dan@wbmllp.com<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000<br><br>Darin Lee Schanker<br>dschanker@coloradolaw.net Jere Kyle Bachus Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700 Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Molly Leigh McIntosh<br>Troutman Sanders LLP<br>301 S. College Street, Suite 3400<br>Charlotte, NC 28202<br>704-998-4074<br>Fax: 704-998-4051<br>Email:<br>molly.jagannathan@troutmansanders.com |

| 28. | *Carson, Hattie* | Northern District of Ohio | 1:16-cv-00165 | **Plaintiff**<br>Ned C. Gold , Jr. gold@neo-lawgroup.com Thomas D. Lambros tdlambros@gmail.com<br>Ford, Gold, Kovoor & Simon<br>8872 East Market Street Warren, OH 44484<br>(330) 856-6888<br><br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202<br>(303) 893-9800<br>Fax: (303) 893-9900<br><br><br>**Defendant**<br>Joshua A. Klarfeld<br>Ulmer & Berne - Cleveland<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, OH 44113<br>216-583-7192<br>Fax: 216-583-7193<br>Email: jklarfeld@ulmer.com |
|-----|------------------|---------------------------|----------------|---|

| 29. | *Clinkscales, Jennifer L. v. Sanofi, SA, et al* | District of South Carolina | 6:16-cv-02376 | **Plaintiff** Elizabeth Middleton Burke bburke@rpwb.com Christiaan A Marcum cmarcum@rpwb.com H Blair Hahn  bhahn@rpwb.com Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd, Bldg A. PO Box 1007 Mt Pleasant, SC 29465 (843) 727-6500<br><br>Christopher L. Coffin ccoffin@pbclawfirm.com Pendley Baudin and Coffin 24110 Eden Street Plaquemine, LA 70765<br><br>**Defendant** Keith D Munson Womble Carlyle Sandridge and Rice PO Box 10208 Greenville, SC 29603 864-255-5400 Fax: 864-255-5440<br><br>Email: kmunson@wcsr.com |
|-----|------|------|------|------|

| 30. | *Meyers, Monica v. Sanofi, SA, et al.* | District of South Carolina | 3:16-cv-02536 | **Plaintiff**<br>Elizabeth Middleton Burke<br>bburke@rpwb.com Christiaan A Marcum<br>cmarcum@rpwb.com<br>H Blair Hahn bhahn@rpwb.com<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd, Bldg A. PO Box 1007<br>Mt Pleasant, SC 29465 (843) 727-6500<br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202<br>(303) 893-9800<br><br>**Defendant**<br>No Attorney Appearance |

| 31. | *Adams, Christa v. Sanofi SA, et al* | Eastern District of Tennessee | 3:16-cv-00365 | **Plaintiff**<br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br>Jennifer K. O'Connell<br>joconnell@easttennlaw.com Ogle, Elrod, & Baril PLLC<br>706 Walnut Street, Suite 700<br>Knoxville, TN 37902 (865) 546-1111<br><br>**Defendant**<br>Crews Townsend<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000, Volunteer Building<br>Chattanooga, TN 37402-2289<br>Email: ctownsend@millermartin.com<br><br>Meredith Corey Lee<br>Miller & Martin, PLLC (Chattanooga)<br>832 Georgia Avenue<br>1200 Volunteer Building<br>Chattanooga, TN 37402<br>423-785-8289<br>Email:<br>meredith.lee@millermartin.com |
|---|---|---|---|---|

Case 2:16-md-02740-JTM-MBN   Document 11   Filed 10/20/16   Page 30 of 31

| 32. | *Free Kinberly v. Sanofi, SA, et al.* | Northern District of Texas | 2:16-cv-00074 | **Plaintiff**<br>Gabriel A. Assaad<br>gassaad@kennedyhodges.com<br>Kennedy Hodges LLP<br>711 W Alabama St Houston, TX 77006<br>(713) 523-0001<br><br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202 (303) 893-9800<br><br>**Defendant**<br>Jon Strongman jstrongman@shb.com<br>Eric Anthony Swan eswan@shb.com<br>Harley Victor Ratliff hratliff@shb.com<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd. Kansas City, MO 64108<br>816-474-6550<br>Fax: (816) 421-5547 |

| 33. | *Gorniak, Alina S. v. Sanofi, SA, et al* | Western District of Texas | 1:16-cv-00637 | **Plaintiff**<br>Grant D. Blaies<br>grantblaies@bhilaw.com<br>Blaies & Hightower, L.L.P.<br>421 W. 3rd Street, Suite 900<br>Fort Worth, TX 76102 (817) 334-0800<br><br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>(504) 355-0086<br><br>Michael P. McGartland<br>**mike@mcgartland.com**<br>**cGartland** Law Firm, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107<br>(817) 332-9300<br><br>**Defendant**<br><br>John Strongman<br>**jstrongman@shb.com**<br>Eric Anthony Swan<br>**eswan@shb.com**<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Fax: (618) 421-5547 |