# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Beverly Smock v. Sanofi, S.A., Case No. 2:16-cv-15673 | MDL NO. 16-MD-2740 |

## NOTICE OF APPEARANCE

COMES NOW Plaintiff, Beverly Smock, by and through her attorneys of record Ryan L. Thompson, Mikal C. Watts, and Paige Boldt, and hereby enters Russell T. Abney as her additional attorney of record in the above referenced matter.

This 21st day of October, 2016

Respectfully submitted,

/s/ Ryan L. Thompson
Ryan L. Thompson, Texas Bar No.24046969
Mikal C. Watts, Texas Bar No. 20981820
Paige Boldt, Texas Bar No. 24082626
WATTS GUERRA LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

/s/ Russell T. Abney
Russell T. Abney, Georgia Bar No. 000875
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
Email: atlanta@lawyerworks.com

Attorneys for the Plaintiff