UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to All Cases | JUDGE ENGELHARDT MAG. JUDGE NORTH |

APPLICATION FOR APPOINTMENT OF SCOTT R. BICKFORD
TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Honorable Court's Pretrial Order No. 1 (Rec. Doc. 4), Scott Bickford, with the New Orleans law firm of Martzell, Bickford & Centola, respectfully submits this application for appointment to the Plaintiffs' Steering Committee. In support, Scott Bickford shows the following:

Mr. Bickford is lead trial counsel in the following civil action in this litigation:

**Has litigation before this Court regarding Taxotere:** *Maria Glynn v. Sanofi-Aventis U.S. LLC, individually, and doing business as Winthrop U.S., et al*, C.A. No. 2:16-cv-15729 (EDLA).

**Willingness and availability to work:**  Scott Bickford is not presently the member of any PSC and his present case load is such that he is available to commit whatever time proves necessary to this case.

1

**Ability to work cooperatively with others:** For the last 30 years, Scott Bickford has been a member of various litigation groups and has been assigned by judges in the Eastern District of Louisiana to serve on Plaintiffs' Steering Committees and to serve as liaison counsel. Mr. Bickford was co–lead trial attorney in the *Turner v. Murphy Oil USA, Inc.,* C.A. 05-4206 (EDLA) Litigation and worked cooperatively with a vast number of attorneys to secure a meaningful settlement within a year of the disaster. Mr. Bickford served on the PSC in *Stephen Marshall Gabarick, et al v. Laurin Maritime (America) Inc., et al.*, C.A. 08-4007 (EDLA), which involved a massive diesel spill on the Mississippi River. He was also appointed by Judge Vance to serve as a member of the asbestos creditors' committee in the *In Re Babcock & Wilcox Bankruptcy* proceeding. Mr. Bickford has previously served as liaison counsel for the PSC in *In Re: Apple iPhone 3G and 3G-S "MMS" Marketing and Sales Practices Litigation*, C.A. MDL Docket No. 2116 (EDLA) and most recently, he was appointed to be a member of the PSC in *In Re: Pool Products Distribution Marketing Antitrust Litigation,* United States District Court, Eastern District of Louisiana, C.A. MDL No. 2328. Mr. Bickford has a good working relationship with attorneys and jurists within and beyond the New Orleans community. He has been court appointed, with the unanimous approval of multiple plaintiff and defense attorneys, to sit as a special master in multiple Louisiana state court cases including, most recently, *Casey Billieson, et al. vs. City of New Orleans, et al,* Case No. 94-19231 (CDC for Parish of Orleans, State of Louisiana). He presently sits on the Board of Governors of the American Association of Justice ("formerly ATLA"), where he works with plaintiffs' attorneys across the country to lobby for access to open courts and coordinating law student education through seminars and national trial competitions.

While not a member of the Deepwater Horizon MDL No. 2179 steering committee, he played a significant role in the discovery process and was tasked with taking multiple depositions and participating in strategy. Finally, Mr. Bickford has long professional relationship with the judges of the Eastern District. Beginning in 1983, he oversaw the *Hannon vs. Waterman Steamship, et al,* C.A. 80-1175 (EDLA) litigation which was the first major consolidation of hundreds of maritime civil cases before this Court. He has been appointed by Judges of the Eastern District to review and recommend magistrate judges for reappointment as well as serve on an ad hoc disciplinary committee.

**Professional Experience in This Type of Litigation:** Scott Bickford has extensive experience in complex commercial litigation.[1] He has served as lead trial attorney/lead counsel in

---

[1] Representative cases (in addition to those above) include *Randy Jackson vs. Capital Bank and Trust*, C.A. No. 90-4734 (EDLA) (bank employees' 401k holdings were transferred to an ESOP weeks before the bank's failure); *Kevin Dermody*, C.A. No. 2:06-cr-00126 (EDLA) (investment manager for school system's deferred compensation plan accused of fraud for investing plan funds in unauthorized investments, resulting in losses exceeding $4,000,000); *Eric Schmidt*, C.A. No. 2:95-cr-00106 (EDLA) (malpractice insurer in state-ordered liquidation allegedly reinsured claims and liabilities through sham front company, where reinsurance premiums were transferred to personal bank accounts of insurer's officers and directors); *Donald L. Beckner*, C.A. 93-60-B (MDLA) (former U.S. Attorney allegedly abetted fraud in SEC proceeding in connection with the issuance of worthless securities); *Lester J. Millet, Jr.,* C.A. No. 2:95-cr-00187 (EDLA) (alleged money laundering scheme in connection with planned development of Formosa Chemical facility in St. John the Baptist Parish); *Eureka Homestead v. Zirinsky, et al*, C.A. No. 2:94-cv-02265 (EDLA) **(**investment banking firm accused of violating federal and state securities law by making unauthorized trades from by savings and loan bank's margin accounts); and *Russell v. Hibernia Corp.*, Civil District Court, State of Louisiana, No. 96-11743 (former Hibernia vice-chairman sought to enforce contractual benefits after Office of Comptroller of the Currency action caused shareholder revolt against bank directors).

major environmental class actions litigation.[2] And, with regard to specific litigation similar to this instant case, Mr. Bickford has participated in litigating cases on the Dupuy ASR Hip (In Re DePuy Orthopaedics, Inc. (MDL 2197));  Paxil (In Re Paxil Products Liability Litigation MDL (1574)); Zoloft, (In Re: Zoloft Products Liability Litigation (MDL 2342)); and Zimmer Hip (In Re Zimmer Durom Hip Cup Products Liability Litigation (MDL 2158)).

**Time Commitment and Resources**:  Mr. Bickford has carefully read Pretrial Order No. 1 and is mindful of the time commitments and financial resources required to successfully prosecute this multi-district litigation.  He and his firm have already committed substantial time and resources towards this litigation and similar litigation in the past.  We agree to honor the obligations set forth by this Honorable Court in its order.

---

[2] *Frelich vs. Shell*, C.A. No. 05-4180 (EDLA); *Blanchard vs. Sundown,* C.A. No. 05-4198 (EDLA);  *Tinson v. Bass*, C.A. No. 05-4180 (EDLA).  Mr. Bickford was the lead trial attorney in the first bellwether case tried for welding fume injuries in the MDL-1535 (*In Re* Case No. 1:03 CV 17000 (E. Solis)).  Additionally, he was lead counsel in *Mullins vs. Treasure Chest Casino*, C.A. No. 96-0052 (EDLA), a Jones Act class action for toxic fume exposure aboard the M/V TREASURE CHEST.

**WHEREFORE**, for the reasons stated above, Scott R. Bickford respectfully requests appointment to the Plaintiffs' Steering Committee.

    Respectfully submitted,

    **MARTZELL, BICKFORD & CENTOLA**

    */S/ Scott R. Bickford*
    **SCOTT R. BICKFORD T. A. (#1165)**
    338 Lafayette Street
    New Orleans, Louisiana 70130
    Telephone:  (504) 581-9065
    Facsimile:  (504) 581-7635
    Email:  USDCEDLA@MBFIRM.COM

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2016, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel pursuant to Pre-Trial Order No. 1.

    */S/ Scott R. Bickford*
    SCOTT R. BICKFORD