AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

|  |  |
|---|---|
| Sandra Honea, | ) IN RE: TAXOTERE, PRODUCTS LIABILITY |
| *Plaintiff* | ) LITIGATION - MDL 2740 |
| v. | ) THIS DOCUMENT RELATES TO: |
| Sanofi S.A., et al. | ) Case No. 2:16-cv-15517 |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Honea

Date:   10/21/2016

/s/ Jason R. Fraxedas
*Attorney's signature*

Jason R. Fraxedas (FL Bar No. 63887)
*Printed name and bar number*

631 West Morse Blvd. Suite 200, Winter Park, FL 32789

*Address*

jrfraxedas@maherlawfirm.com
*E-mail address*

(407) 839-0866
*Telephone number*

(407) 425-7958
*FAX number*