## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served in accordance upon all counsel of record via the Court's CM/ECF Filing System on this 21st day of October, 2016.

                                                         */s/ Russell T. Abney*
                                                           Russell T. Abney