AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| Helen Coston, | IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION - MDL 2740 |
| *Plaintiff* | THIS DOCUMENT RELATES TO: |
| v. | Case No.    2:16-cv-14990-SM-JVM |
| Sanofi S.A., et al. | |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Helen Coston                                                                                          .

Date:     10/21/2016

/s/ Steven R. Maher
*Attorney's signature*

Steven R. Maher (FL Bar No. 887846)
*Printed name and bar number*

631 West Morse Blvd. Suite 200, Winter Park, FL 32789
*Address*

smaher@maherlawfirm.com
*E-mail address*

(407) 839-0866
*Telephone number*

(407) 425-7958
*FAX number*