AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Sandra Honea | ) | IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION - MDL 2740 |
| *Plaintiff* | ) | THIS DOCUMENT RELATES TO: |
| v. | ) | Case No.   2:16-cv-15517 |
| Sanofi S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Honea

Date:   10/21/2016

/s/ Steven R. Maher
*Attorney's signature*

Steven R. Maher (FL Bar No. 887846)
*Printed name and bar number*

631 West Morse Blvd. Suite 200, Winter Park, FL 32789
*Address*

smaher@maherlawfirm.com
*E-mail address*

(407) 839-0866
*Telephone number*

(407) 425-7958
*FAX number*