# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: N (5) |
| THIS DOCUMENT RELATES TO PEARL MITCHELL CIVIL ACTION NO. 2:16-CV-15578 | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Gabriel A. Assaad of the law firm Kennedy Hodges, LLP and formally enters his appearance as counsel for the Plaintiff in the above captioned matters.

Dated: October 21, 2016

                                           Respectfully submitted,

                                           KENNEDY HODGES, LLP

                                           By: /s/ Gabriel A. Assaad
                                           Gabriel A. Assaad
                                           gassaad@kennedyhodges.com
                                           4409 Montrose Blvd., Ste 200
                                           Houston, TX 77006
                                           Telephone: (713) 523-0001
                                           Facsimile: (713) 523-1116

                                           ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that that on the 21st of December, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2740 pursuant to Pre-Trial Order No. 1.

                                          /s/ Gabriel A. Assaad
                                            Gabriel A. Assaad