UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE  
PRODUCTS LIABILITY

MDL NO. 2740

SECTION: "N" (5)

**This Document Relates to All Cases**

### APPLICATION FOR APPOINTMENT OF LAWRENCE J. CENTOLA, III TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Honorable Court's October 13, 2016 Pre-Trial Order 1 (Rec. Doc. 4), Lawrence J. Centola, III with the New Orleans law firm of Martzell, Bickford, & Centola respectfully submits this application for appointment to the Plaintiffs' Steering Committee. In support, Mr. Centola shows the following:

Martzell, Bickford, & Centola filed the following civil action in this litigation: *Maria Glynn v. Sanofi-Aventis US LLC et al*, C.A. No. 2:12-cv-02354 (EDLA). Mr. Centola verifies that he is able to devote the appropriate time and resources to this case despite other obligations.

**Mr. Centola Is Able to Work Cooperatively With Others and is Available to Commit to this Time Consuming Project.**

Mr. Centola was one of the lead counsel in the Bayou Corne Sinkhole litigation, *Leblanc et al. v. Texas Brine et al.*, No. 12-2059 (EDLA) which resulted in a $48 million settlement for a class of approximately 100 sets of property owners who were forced to evacuate their home. The claimants were paid within 2.5 years of the incident.

Mr. Centola has served as class counsel in numerous Balance Billing class actions in various Louisiana courts including *Rabun v. St. Francis Medical Center, Inc.*, 2016 WL 4210972 (La. App.

1

2nd Cir. 8/10/16), *Vallare v. Ville Platte Medical Center, LLC.,* 151 So.3d 9842014-261 (La.App. 3 Cir. 11/5/14), *Baker v. PHC-Minden, L.P.,* 2014-2243 (La. 05/05/15); 167 So. 3d 528, and *Anderson v. Ochsner Health System and Ochsner Clinic Foundation*, 13–2970 (La.7/1/14), 172 So.3d 579. In these Balance Billing Class Actions, Mr. Centola has worked with a team of attorneys across the state of Louisiana to compensate thousands of victims who overpaid for medical services.

Mr. Centola has cooperatively worked with others in various bar leadership positions including serving on the Board of Directors of the New Orleans Chapter of the Federal Bar Association since 2008.

**Professional Experience in Other Complex Litigation:**

In addition to his experience above, Mr. Centola represents over 60 separate properties in the *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, C.A. MDL Docket No. 2047 (EDLA) where he serves on the following committees: written discovery, deposition discovery, Experts Science (PI),    Inspections.  Mr.  Centola has represented claimants in numerous drug and device litigation including Xarelto, Eliquis, Depuy ASR Hip, Paxil, Zoloft, and Zimmer Hip.

Mr. Centola served as class counsel for hundreds of Louisiana citizens in two class actions certified in the Eastern District of Louisiana involving oil spill and contamination of private properties: *Blanchard v. Sundown*, C.A. No. 05-4198 (EDLA); *Tinson v. Bass*, C.A. No. 05-4512 (EDLA).  Mr. Centola represented the plaintiffs in *Joseph Chedotal vs. Kinder Morgan Energy*, C.A. No. 56-076 (25th JDC, LA), a coal contamination case resulting in a settlement.. Mr. Centola

has represented numerous asbestos victims and silicosis victims in litigation and trials across the state.

**Willingness and availability to work:**

Martzell, Bickford, & Centola is in close proximity to the Eastern District court house and Martzell, Bickford, & Centola has the staff, financial resources and expertise to move the litigation expeditiously.  Martzell, Bickford, & Centola is ready and able to commit financial resources to this case.

**WHEREFORE**, for the reasons stated above, Lawrence J. Centola, III respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

**MARTZELL, BICKFORD**, **& CENTOLA**

*/S/ Lawrence J. Centola, III*
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:     (504) 581-9065
Facsimile:     (504) 581-7635
Email:         USDCEDLA@MBFIRM.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2016, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel pursuant to this Honorable Court'sPTO 1 (Rec. Doc. 4).

*/S/ Lawrence J. Centola, III*
**LAWRENCE J. CENTOLA, III (#27402)**