IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>(This Document Relates to All Cases) | )<br>)<br>)<br>)<br>)<br>) | MDL NO. 2740<br>Hon. Kurt D. Engelhardt |

## APPLICATION OF SEAN PATRICK TRACEY FOR APPOINTMENT OF PLAINTIFFS' LEAD COUNSEL AND TO THE PLAINTIFF'S STEERING COMMITTEE

I, Sean Patrick Tracey, pursuant to Pretrial Order No. No. 1 ("PTO #1"), submit this application for the position of Lead Counsel and for membership on the Plaintiffs' Steering Committee ("PSC") for *In re: Taxotere (Docetaxel) Products Liability Litigation*. I meet the following criteria specified by the Court:

 I. Willingness and availability to commit to a time-consuming project;
 II. Ability to work cooperatively with others;
 III. Professional experience in this type of litigation;
 IV. Willingness to commit the necessary resources to pursue this matter; and
 V. Filed a civil action that has been made part of this MDL

## I.
## WILLINGNESS AND ABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

I have the willingness and desire to commit the time and resources necessary to assist the PSC in all aspects of the development of this case. My firm represents 10 women with Taxotere exposure and permanent alopecia. Additionally, my firm is collecting medical records for approximately 200 clients who have retained Tracey & Fox to represent them. As we obtain records, we expect the number of clients will increase as Product ID and diagnosis are confirmed. Because I anticipate representing numerous clients with Taxotere related injuries, I have not only the willingness, but the obligation, to invest the time necessary to ensure my clients' cases are fully developed.

II.

## AVAILABILITY & ABILITY TO WORK COOPERATIVELY WITH OTHERS

It has been my experience in past MDLs and consolidations, a robust group effort is necessary by the Plaintiffs to effectively develop a complex pharmaceutical tort. I have extensive experience in collaborating with others regarding litigation, including MDL Leadership structure. I was appointed to a leadership role in the Paxil Birth Defect Mass Tort Program in Philadelphia. I was appointed to the executive committee in MDL No. 2352 *In Re: Zoloft Products Liability Litigation* by Judge Cynthia Rufe. Additionally, I was appointed to the executive committee in MDL No. 2016 *In re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation* by Judge Jennifer Coffman. My experience in coordinating groups of attorneys in complex litigation would assist this Court in promoting an efficient resolution to the Taxotere MDL.

III.

## EXPERIENCE IN PRODUCT LIABILITY LITIGATION & MDL

I am the managing partner of Tracey & Fox in Houston, Texas. I have been licensed to practice in the State of Texas since 1991 and Pennsylvania since 2007. My primary practice is in product liability litigation. I have tried numerous product liability actions to verdict. I have pharmaceutical trial experience as I tried the first Paxil Birth Defect case in the country.

Very recently, I have been involved in Laparoscopic Power Morcellator litigation. This litigation involves the allegation a defective device spreads uterine cancer. Due to this experience, my firm and I have experience in working with cancer survivors and understand the needs and expectations of this unique group of Plaintiffs.

Additionally, my firm has litigated multiple mass tort actions, including Accutane, Asbestos, Fen-Phen, Fentanyl Transdermal Patch, Laparoscopic Power Morcellators, Lexapro/Celexa Birth Defect Litigation, Paxil Birth Defects, PPA, Reglan, Transvaginal Mesh, Trasylol, Yamaha Rhino

Roll-Over Litigation, Zoloft Birth Defect Litigation and Zyprexa. We have been able to successfully resolve thousands of product liability claims promptly and effectively.

I am an active trial lawyer and have tried more than 50 cases to verdict, including multiple multi-million dollar verdicts. I am also board-certified in personal injury trial law by the Texas Board of Legal Specialization and a member of the American Board of Trial Advocates. I have an "AV" rating with Martindale-Hubbell and participate as guest faculty for the trial advocacy program at the University of Notre Dame. I have been recognized as a "Texas Super Lawyer" by *Texas Monthly* magazine for twelve years straight. This honor is restricted to the top five percent of lawyers in the state. I was also previously named one of the Top 100 Trial Lawyers in Texas by the National Trial Lawyers Association. Recently, I have been named to the Top 25 Mass Tort Trial Lawyers by the Mass Tort Trial Lawyers Association.

**IV.**

**ACCESS TO SUFFICIENT RESOURCES TO ADVANCE THE LITIGATION IN A TIMELY MANNER**

I have been practicing law for over 25 years and have successfully represented thousands of claimants. As a result, I have amassed sufficient resources to advance this litigation in a timely manner. I am willing to contribute my resources to the advancement of this litigation.

**V.**

**FILED A CIVIL ACTION THAT HAS BEEN MADE PART OF THIS MDL**

Pursuant to Pretrial Order No. No. 1 ("PTO #1"), I am eligible for the Plaintiffs' Steering Committee as I have a case that is part of the Taxotere MDL.

Cause No: 2:16-cv-15712; *Patricia Dobbie v. Sanofi, SA, et al*: In the U.S. District Court for the Eastern District of Louisiana.

## VI.

## **PRAYER**

I would be honored if chosen by the Court to serve on the Leadership Plaintiffs' Steering Committee. My Firm, Tracey & Fox, has the resources, experience, willingness, and availability to commit to this project and represent these injured claimants. The Taxotere MDL will be my primary focus for as long as the litigation continues, and I am fully committed to serving on the Plaintiffs' Steering Committee for this MDL.

I respectfully request Your Honor's appointment to the Plaintiffs' Steering Committee in the *Taxotere (Docetaxel) Products Liability Litigation MDL*.

Date:   October 21, 2016                             Respectfully submitted,

**TRACEY & FOX**

/s/ Sean Patrick Tracey_____
Sean Patrick Tracey
440 Louisiana, Suite 1901
Houston, Texas   77002
713-495-2333 Telephone
713-495-2331 Facsimile
stracey@traceylawfirm.com