**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2740 Hon. Kurt D. Engelhardt |
| (This Document Relates to All Cases) | ) ) | |

**CERTIFICATE OF SERVICE FOR THE APPLICATION OF SEAN PATRICK TRACEY FOR APPOINTMENT OF PLAINTIFFS' LEAD COUNSEL AND TO THE PLAINTIFF'S STEERING COMMITTEE**

I, Sean Patrick Tracey, hereby certify that on October 21, 2016, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case. And sent via e-mail to defense counsel.

Date: October 21, 2016

Respectfully submitted,

**TRACEY & FOX**

/s/ Sean Patrick Tracey_____
Sean Patrick Tracey
440 Louisiana, Suite 1901
Houston, Texas   77002
713-495-2333 Telephone
713-495-2331 Facsimile
stracey@traceylawfirm.com

Karen Barth Menzies
kbm@classlawgroup.com
Gibbs Law Group LLP
400 Continental Blvd, 6th Floor
El Segundo, CA 90245
(510) 350-9240
*Counsel for Plaintiff Collins*

Eric H. Gibbs
ehg@classlawgroup.com
Amy M. Zeman
amz@classlawgroup.com
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, CA 94612
*Counsel for Plaintiff Collins*

Normal E. Siegel
siegel@stuevesiegel.com
Todd Hilton
hilton@stuevesiegel.com
Lisa Joyce
joyce@stuevesiegel.com
Abby McClelland
mcclellan@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
*Counsel for Plaintiff Collins*
Jon Strongman
jstrongman@shb.com
Eric Anthony Swan
eswan@shb.com
Harley Victor Ratliff
hratliff@shb.com
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Fax: (816) 421-5547
*Counsel for Defendant*

Anna Dubrovsky
anna@dubrovskylawyers.com
Anna Dubrovsky Law Group, Inc.
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 746-1477
*Counsel for Plaintiff Dodson*

Darin Lee Schanker
dschanker@coloradolaw.net
Jere Kyle Bachus
Kyle.bachus@coloradolaw.net
Bachus and Schanker LLC
1899 Wynkoop Street, Suite700
Denver, CO 80202
(303) 893-9800
*Counsel for Plaintiffs Dodson, Gahan,
Leith, Detrixhe, Bemiss
Mottola, Wood , Carson, Meyers, Adams
and Free*

Peter J. Flowers
pjf@meyers-flowers.com
Brian J. Perkins
bjp@meyers-flowers.com
Kimberly Brancato
kb@meyers-flowers.com
Frank V. Cesarone
fvc@meyers-flowers.com
Meyers & Flowers, LLC
3 North Second Street , Suite 300
St. Charles, IL 60174
(630) 232-6333
*Counsel for Plaintiff Wysocki and Pistone*

Michelle L. Kranz
michelle@toledolaw.com
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
(419) 841-9623
*Counsel for Plaintiff Johnson*

David M. Hundley
dmh@hundleylaw.com
Hundley Law Group
1620 W. Chicago Ave., Ste 307
Chicago, IL 60622
(312) 212-3343
*Counsel for Plaintiffs Spann and Traylor*

Christopher L. Coffin
ccoffin@pbclawfirm.com
Nicholas Ryan Rockforte
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
24110 Eden Street, Drawer 71
Plaquemine, LA 70765
(225) 687-6396
*Counsel for Plaintiffs Spann, Traylor, Bemiss,*
*Clinkscales and Gorniak*

Christopher L. Coffin
ccoffin@pbclawfirm.com
Jessica A. Perez
jperez@pbclawfirm.com
Nicholas Ryan Rockforte
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 355-0086
*Counsel for Plaintiff Bemiss and Smith*

Andrew Allen Lemmon
andrew@lemmonlawfirm.com
Lemmon Law Firm
15058 River Rd.
PO Box 904
Hahnville, LA 70057
(985) 783-6789
*Counsel for Plaintiff Bemiss*

Trent Miracle
tmiracle@simmonsfirm.com
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
(618) 259-2222
*Counsel for Plaintiff Chase*

Mark R. Niemeyer
niemeyer@ngklawfirm.com
Michael S. Kruse
kruse@ngklawfirm.com
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919
*Counsel for Plaintiffs Dalton and Koontz*

Molly Leigh McIntosh
Troutman Sanders LLP
301 S. College Street, Ste. 3400
Charlotte, NC 28202
704-998-4074
Molly.jagannathan@troumansanders.com
Counsel for Defendant

David D. Burkhead
david@burkheadlaw.com
The Law Office of David Burkhead
P.O. Box 23243
Overland Park, KS 66283
(913) 953-0464
*Counsel for Plaintiff Detrixhe*

James B. Irwin , V
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504-310-2100
Email: jirwin@irwinllc.com
*Counsel for Defendant*

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504-310-2100
*Counsel for Defendant*

Kelly E. Brilleaux
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
 kbrilleaux@irwinllc.com
*Counsel for Defendant*

Val Patrick Exnicios
vpexnicios@exnicioslaw.com
Liska,Exnicios & Nungesser
1515 Poydras St.Suite 1400
New Orleans, LA 70112
(504) 410-9611
*Counsel for Plaintiff Smith*

Timothy J. Becker
tbecker@johnsonbecker.com
Michael K. Johnson
mjohnson@johnsonbecker.com
Peter C. Snowdon
psnowdon@johnsonbecker.com
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
(612) 436-1800
*Counsel for Plaintiff Touchi-Peters*

Michael P. McGartland
mike@mcgartland.com
MCGARTLAND LAW FIRM, PLLC
1300 South University, Suite 500
Fort Worth, TX 76107
(817) 332-9300
*Counsel for Plaintiff Carpenter, Jones, Grines and Gorniak*

Mark J. Goldberg
COSMICH, SIMMONS & BROWN, PLLC - Jackson P. O. Box 22626
One Eastover Center
100 Vision Drive, Suite 200 (39211)
Jackson, MS 39225-2626
601/863-2100
Fax: 601/863-0078
Email: markgoldberg@cs-law.com
*Counsel for Defendant*

Richard A. Brown
COSMICH, SIMMONS & BROWN,PLLC
Jackson P. O. Box 22626
One Eastover Center
100 Vision Drive, Suite 200 (39211)
Jackson, MS 39225-2626
601/863-2100
Fax: 601/863-0078
*Counsel for Defendant*

Daniel Kent Bryson
dan@wbmllp.com
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
*Counsel for Plaintiff Mattola & Wood*

Ned C. Gold , Jr.
gold@neo-lawgroup.com
Thomas D. Lambros
tdlambros@gmail.com
Ford, Gold, Kovoor & Simon
8872 East Market Street
Warren, OH 44484
(330) 856-6888
*Counsel for Plaintiff Carson*

Joshua A. Klarfeld
Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7192
Fax: 216-583-7193
Email: jklarfeld@ulmer.com
*Counsel for Defendant*

Elizabeth Middleton Burke
bburke@rpwb.com
Christiaan A Marcum
cmarcum@rpwb.com
H Blair Hahn bhahn@rpwb.com
Richardson, Patrick, Westbrook & Brickman, LLC
1037Chuck Dawley Blvd, Bldg A.
PO Box 1007
Mt Pleasant, SC 29465
(843) 727-6500
*Counsel for Plaintiff Clinkscales and Meyers*

Keith D Munson
Womble Carlyle Sandridge and Rice
PO Box 10208
Greenville, SC 29603
864-255-5400
Fax: 864-255-5440
Email: kmunson@wcsr.com

Jennifer K. O'Connell
joconnell@easttennlaw.com
Ogle, Elrod, & Baril PLLC
706 Walnut Street, Suite 700
Knoxville, TN 37902
(865) 546-1111
*Counsel for Plaintiff Adams*

Crews Townsend
Miller & Martin
832 Georgia Avenue
Suite 1000" Volunteer Building
Chattanooga, TN 37402-2289
Email: ctownsend@millermartin.com
*Counsel for Defendant*

Meredith Corey Lee
Miller & Martin, PLLC (Chattanooga)
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, TN 37402
423-785-8289
meredith.lee@millermartin.com
*Counsel for Defendant*

Gabriel A. Assaad
gassaad@kennedyhodges.com
Kennedy Hodges LLP
711 W Alabama St
Houston, TX 77006
(713) 523-0001
*Counsel for Plaintiff Free*

Grant D. Blaies
grantblaies@bhilaw.com
Blaies & Hightower, L.L.P.
421 W. 3rd Street, Suite 900
Fort Worth, TX 76102
(817) 334-0800
*Counsel for Plaintiff Gorniak*