UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: N (5) |
| THIS DOCUMENT RELATES TO KIMBERLY FREE CIVIL ACTION NO. 2:16-CV-15326 | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, David W. Hodges of the law firm Kennedy Hodges, LLP and formally enters his appearance as counsel for the Plaintiff in the above captioned matters.

Dated: October 24, 2016

    Respectfully submitted,

    KENNEDY HODGES, LLP

    By: /s/ David W. Hodges
    David W. Hodges
    dhodges@kennedyhodges.com
    4409 Montrose Blvd., Ste 200
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that that on the 24th of October, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2740 pursuant to Pre-Trial Order No. 1.

                                                  /s/ David W. Hodges
                                                    David W. Hodges