## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: N (5) |
| THIS DOCUMENT RELATES TO PEARL MITCHELL CIVIL ACTION NO. 2:16-CV-15578 | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, David W. Hodges of the law firm Kennedy Hodges, LLP and formally enters his appearance as counsel for the Plaintiff in the above captioned matters.

Dated: October 24, 2016

                                                Respectfully submitted,

                                                KENNEDY HODGES, LLP

                                                By: /s/ David W. Hodges
                                                David W. Hodges
                                                dhodges@kennedyhodges.com
                                                4409 Montrose Blvd., Ste 200
                                                Houston, TX 77006
                                                Telephone: (713) 523-0001
                                                Facsimile: (713) 523-1116

                                                ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that that on the 24th of October, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2740 pursuant to Pre-Trial Order No. 1.

                                                        /s/ David W. Hodges
                                                         David W. Hodges