UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  IN RE: TAXOTERE | * | |
| (DOCETAXEL) PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | MDL 2740 |
| | * | |
| | * | Section "N" (5) |
| This Document Applies to: | * | |
| | * | |
| All Cases | * | |

_____

**APPLICATION OF MICHAEL HINGLE FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Michael Hingle respectfully files this Application for appointment as a member of the Plaintiffs' Steering Committee (PSC) for IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION and in response to the Court's October 13, 2016 Case Management Order No. 1. In support, I show the following:

**PROFESSIONAL EXPERIENCE**

I graduated first in my class from Louisiana State University with a 3.97 GPA. I am also a graduate of Tulane Law School, where I finished second in my class. I was a member of the Tulane Law Review, as well as the Tulane Moot Court Team. I received the Order of the Coif and published an article in the Tulane Law Review. I am a civil trial lawyer certified by the National Board of Trial Advocacy and a member of the Association of Plaintiff Interstate Trucking Lawyers of America. Recently, National Trial Lawyers named me one of the top 100 lawyers in Louisiana.

I have been practicing law continuously since 1973. I started my practice in the 1970's as one attorney. Today, we have six attorneys in the law firm, together with 39 staff members, to service our clients in south Louisiana and Mississippi. We have eight offices to make it convenient for the clients. I visit every office regularly.

I have been, and currently am, handling the representation of thousands of clients in mass tort matters throughout the country, including clients with filed cases in pharmaceutical, medical device and enviornmental MDLs. I am well-experienced in the workings of Multi District Litigation and I am knowledgeable of the provisions and principles contained in the Annotated Manual for Complex Litigation – Fourth.

I formerly held personal appointments and served on the PSC In Re: Franck's Lab, Inc., Products Liability Litigation; USDC-EDL, Docket No.: 2:13-cv-02454. I also have represented clients and was on the committee in the 2004 Harvey Chemical Spill litigation. I represented clients in the tractor-trailer/collision at Chalmette, Louisiana on June 25, 2001. I was on the local PSC and worked on the Murphy Oil Refinery Spill post Katrina. In addition to these, I have been involved in several of the recent drug and medical device litigations including Avandia, NuvaRing, DePuy ASR Hips, Vioxx, Bextra, Celebrex, Medtronic Sprint Fidelis, Guidant, Zimmer NexGen Knees, Actos, Transvaginal Mesh, Zoloft, Testosterone, Mirena, Invokana, Proton Pump Inhibitor Litigation, Xarelto and the Bair Hugger Litigation. I am also the former leader of the Stryker ShapeMatch AAJ litigation group. I have a case pending in the present action.

I am fully and unequivocally committed to this litigation and I am willing to effectively serve on the PSC in a manner that will promote good working relations among counsel and with the Court. I have gained a reputation for working cooperatively with lawyers on both sides in a timely and professional manner. I am prepared to personally devote the time and energy expected by the Court to make meaningful and significant contributions to this litigation.

Many attorneys are applying for PSC selection. Many have expressed to me a lack of desire to do administrative work. I am a non-practicing CPA. I have over 40 years dealing with company and individual accounting issues and administrative needs.

We have a case filed in this MDL and anticipate filing others.

I believe my membership in the PSC for this MDL would benefit the Court, the current proposed leadership structure and the efficient resolution of this case. Therefore, I respectfully seek Your Honor's appointment to the Plaintiffs' Steering Committee for MDL No. 2740.

Date: October 21, 2016

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC
/s/ Michael Hingle, TA #6943
Michael Hingle, La. Bar #6943
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800;
Fax: (985) 646-1471
julie@hinglelaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 21st day of October 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM / ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of this document was served on all counsel listed on the counsel service list attached to Pre-Trial Order No. 1 and designated as Schedule B.

                                                                /s/ Michael Hingle
                                                               Michael Hingle