IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHEILA HAGGERTY** | |
| **Plaintiff,** | **MDL NO. 2740** |
| **v.** | |
| **SANOFI S.A.,** | |
| **AVENTIS PHARMA S.A., and** | **Hon. Kurt D. Engelhardt** |
| **SANOFI-AVENTIS U.S. LLC, separately,** | |
| **and doing business as WINTHROP U.S.** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE FOR THE APPLICATION OF MICHAEL HINGLE FOR APPOINTMENT TO THE PLAINTIFF'S STEERING COMMITTEE

I, Michael Hingle, hereby certify that on October 24, 2016, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case. And sent via e-mail to defense counsel.

Respectfully submitted this 24th day of October, 2016.

                                              MICHAEL HINGLE & ASSOCIATES, LLC

                                              /s/ Michael Hingle
                                              Michael Hingle, T.A. (LA Bar #6943)
                                              Bryan Pfleeger, (LA Bar #23896)
                                              Julie M. Jochum, (LA Bar #33463)
                                              220 Gause Boulevard
                                              Slidell, LA 70458
                                              Telephone: (985) 641-6800
                                              Facsimile: (985) 646-1471
                                              julie@hinglelaw.com

                                              *Attorneys for Plaintiff*