UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION: N (5)

**THIS DOCUMENT RELATES TO:**

*Melissa Leith v. Sanofi S.A., et al;* Case # 2:16-cv-15286;
*Erma Spann v. v. Sanofi S.A., et al;* Case #2:16-cv-15291
*Debra Koontz v. v. Sanofi S.A., et al*; Case #2:16:cv-15310
*Karen Detrixhe v. v. Sanofi S.A., et al;* Case #2:16-cv-15313
*Yvonne Bemiss v. Sanofi S.A., et al*; Case #2:16-cv-06425
*Wanda Smith v. Sanofi S.A., et al;* Case #2:16-cv-7794
*Alma Walter v. Sanofi S.A., et al;* Case #2:16-cv-12706
*Brenda Burney v. Sanofi S.A., et al;* Case #2:16-cv-15280
*Ami Dodson v. Sanofi S.A., et al;* Case #2:16-cv-15282
*Kathy Mottola v. Sanofi S.A., et al;* Case #2:16-cv15320
*Delight Wood v. Sanofi S.A., et al;* Case #2:16-cv-15321
*Hattie Carson v. Sanofi S.A., et al;* Case #2:16-cv-15322
*Monica Meyers v. Sanofi S.A., et al;* Case #2:16-cv-15323
*Jennifer Clinkscales v. Sanofi S.A., et al;* Case #2:16-cv-15324
*Christa Adams v. Sanofi S.A., et al;* Case #2:16-cv-15325
*Kimberly Free v. Sanofi S.A., et al;* Case #2:16-cv-15326

<u>**NOTICE OF APPEARANCE**</u>

To the Clerk of the Court and all parties of record:

       COMES NOW, J. Kyle Bachus of the law firm Bachus & Schanker, LLC and formally enters his appearance as counsel for the Plaintiffs in the above captioned matters.

Dated: October 24, 2016

                                         <u>s/*J. Kyle Bachus*</u>
                                         ***J. Kyle Bachus***
                                         Bachus & Schanker, LLC
                                         1899 Wynkoop Street, Suite 700
                                         Denver, CO 80202
                                         Telephone: (303) 893-9800
                                         FAX: (303) 893-9900
                                         E-mail: kyle.bachus@coloardolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that that on the 24th of October, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2740 pursuant to Pre-Trial Order No. 1.

/s/ J. Kyle Bachus
J. Kyle Bachus