UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION: N (5) |

**THIS DOCUMENT RELATES TO:**

*Woodgett v. Sanofi S.A., et al*; Case No. 2:16-cv-15491

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    COMES NOW, Frederick B. Darley, III of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and formally enters his appearance as counsel for the Plaintiffs in the above captioned matter.

Dated: October 24, 2016            Respectfully Submitted,

/s/Frederick B. Darley, III
Frederick B. Darley, III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016 a copy of the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/Frederick B. Darley, III
Frederick B. Darley, III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**