UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) MDL NO. 2740 SECTION "N" (5) THIS DOCUMENT RELATES TO ALL CASES | PLAINTIFFS' STEERING COMMITTEE APPLICATION: RUSSELL T. ABNEY |

**APPLICATION OF RUSSELL T. ABNEY FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

In accordance with this Court's Pretrial Order No. 1, Russell T. Abney of the law firm Ferrer Poirot Wansbrough Feller Daniel Abney & Linville (hereinafter "Ferrer Poirot") submits this application to be considered by this Court for appointment to the Plaintiffs' Steering Committee for MDL NO. 2740.

Mr. Abney has devoted his practice to pharmaceutical products and medical device mass torts litigation for the last eighteen years. He received his undergraduate degree from the University of California at Berkeley and his Juris Doctor, with honors, from the University of Georgia in 1989[1]. After becoming a partner at a Texas civil defense firm in 1998, he was recruited by Fleming and Associates in Houston. Since then, his practice has been almost exclusively devoted to pharmaceutical products and medical device mass torts litigation. Mr. Abney has extensive experience in the areas of electronic discovery, expert witness development, expert witness cross-examination, and trial. This experience makes him well suited for a position on the Taxotere (Docetaxel) MDL Plaintiffs' Steering Committee. This Court requested applicants to succinctly address the following criteria:

A. **WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT**

In 2014, Mr. Abney joined Ferrer Poirot as a partner and opened its Atlanta, Georgia office. Ferrer Poirot is devoted exclusively to the prosecution of pharmaceutical products and medical device cases. The firm has seven partners, seven associates, and over one hundred legal assistants. The narrow focus of the firm has allowed both the attorneys and staff to become very familiar with the pharmaceutical mass tort litigation process. Consequently, Mr. Abney is confident that the value that his expertise will bring to Plaintiffs' Steering Committee will be enhanced by the support

---

[1] Mr. Abney's resume is attached hereto for the Court's consideration.

1

and knowledge provided by Ferrer Poirot. Presently Mr. Abney has only one other MDL commitment. As a member of Plaintiffs' Steering Committee for 2592 (In re: Xarelto), Mr. Abney was appointed co-lead of the Science Committee. Expert reports in that MDL have been served. Accordingly, he anticipates having sufficient time to fully contribute to the prosecution of this MDL.

Although, Mr. Abney has only appeared in one Taxotere case to date, this in no way should reflect on his or his firm's commitment to this litigation. Similarly, when Mr. Abney was appointed to the Xarelto PSC, he had appeared in only three cases. Today, Mr. Abney has filed over a thousand Xarelto cases and his firm is investigating almost a thousand additional claims. Currently, Ferrer Poirot has over a hundred Taxotere clients under contract, and, based on assessments to date, the firm anticipates filing hundreds of Taxotere cases.

B.  **ABILITY TO WORK COOPERATIVELY WITH OTHERS**

Having devoted thousands of hours spread over a dozen mass torts litigations over the last eighteen years with four very successful firms, Mr. Abney has developed a reputation for being a team player with the ability to work with all types of lawyers in the most trying situations. In the past, Mr. Abney has managed to work cooperatively with MDL leadership and groups pursuing state court litigation in order to facilitate the best possible outcome for all clients. Additionally, he has developed both personal and professional relationships with many lawyers on both sides of the docket. He believes that this professional rapport is essential to achieving the best outcome of each litigation.

C.   **PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION;**

Mr. Abney has been fortunate to have worked for some of the top pharmaceutical liability plaintiffs firms in the country. Mr. Abney resigned his partnership from a well-respected defense firm to join Fleming and Associates in Houston in 1998. There, he worked on his first large pharmaceutical products liability litigation, Fen-Phen, and began establishing his reputation for his expertise at developing and cross-examining expert witnesses. In the Fen-Phen litigation alone, he deposed hundreds of experts and case specific physicians.

From 2002 to 2007 Mr. Abney was a partner at The Watts Law Firm in Corpus Christi, Texas where he continued to focus almost exclusively on expert witness work in several large pharmaceutical productsliability litigations making significant contributions to the Vioxx and Meridia litigations. In Meridia, after summary judgment was granted on causation in the MDL, he developed experts to support an alternative causation theory which resulted in the settlement of the entire docket of state court cases he had been retained on. From 2007 through 2014 he was a

shareholder at Beasley Allen Methvin Crow Portis & Miles where he was primarily responsible for all aspects of expert witnesses for the firm's pharmaceutical products liability cases.

Of particular significance to this MDL, Mr. Abney was instrumental in the prosecution of cases on behalf of clients that suffered breast cancer after taking hormone replacement therapy (hereinafter "HRT").  In the HRT MDL, he conducted dozens of expert witness depositions, prepared key cases for trial, and tried two cases to verdict over a six year period including a $5,000,000 verdict in a case in which he presented or cross-examined nine of the ten expert witnesses testifying at trial.  The familiarity he gained in the HRT litigation concerning the intricacies and details of breast cancer and chemotherapy, subjects that will be central to litigation as well, combined with his extensive history of working on pharmaceutical products liability litigations ensure that he will add significant value to the Taxotere (Docetaxel) MDL Plaintiffs' Steering Committee.

In addition to his expertise in developing and cross examining expert witnesses, Mr. Abney has lectured extensively on electronic discovery and technology issues relevant to complex litigations and has been responsible for all aspects of electronic discovery in pharmaceutical products liability litigations.  He has experience working with special masters and defense technology consultants to facilitate efficient production of voluminous records and statistical data.

D. **WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURSUE THIS MATTER.**

Ferrer Poirot is more than capable of committing the financial and personnel resources necessary to making this litigation a success.  As mentioned above, Ferrer Poirot has seven partners, seven associates, and over one hundred legal assistants, and the firm focuses exclusively on pharmaceutical products and medical device litigation.  As a result, the firm has the personnel capacity and necessary knowledge of this type of litigation to fully support Mr. Abney and the work he will do as a member of this Steering Committee.  In the recent past, Ferrer Poirot has resolved over 22,000 Avandia claims, over 5,000 Zyprexa claims, over 6,800 Seroquel claims, over 1000 Yaz claims, over 1000 Actos claims, and over 500 Pradaxa claims.

Accordingly, the firm understands the commitment and resources required to successfully resolve mass torts cases.  Ferrer Poirot has already expended time and resources to ensure that the firm will be a leader in this litigation by retaining world-class experts in the fields of oncology, epidemiology, and statistics and committing significant resources to obtain and screen Taxotere cases.

Accordingly, Russell T. Abney of Ferrer Poirot respectfully requests the Court consider him for appointment to the Plaintiffs' Steering Committee for MDL No. 2592 Committee.

3

Dated: October 24, 2016							Respectfully submitted,

*/s/ Russell T. Abney*
Russell T. Abney (SBGA No. 000875)
2100 RiverEdge Parkway, Suite 1025
Atlanta, Georgia  30328
Email: rabney@lawyerworks.com
Phone: (800)-661-8210
Fax: 707-313-0956

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) MDL NO. 2740 SECTION "N" (5) THIS DOCUMENT RELATES TO ALL CASES | PLAINTIFFS' STEERING COMMITTEE APPLICATION: RUSSELL T. ABNEY |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

Dated: October 24, 2016

Respectfully submitted,

*/s/ Russell T. Abney*
Russell T. Abney (SBGA No. 000875)
2100 RiverEdge Parkway, Suite 1025
Atlanta, Georgia 30328
Email: rabney@lawyerworks.com
Phone: (800)-661-8210
Fax: 707-313-0956

# Russell T Abney

**2100 RiverEdge Pkwy Ste 1025
Atlanta, GA 30328**

**469.547.3195**

**rabney@lawyerworks.com**

## SUMMARY

Undergraduate education at The University of California (Berkeley).  Law school at the University of Georgia (1989).  Initially worked in transaction practice, then in civil defense litigation.  Since 1998 my practice has been devoted to the development of the medical and scientific issues of pharmaceutical and medical device cases including the development of key experts and scientific theories of liability. I have presented and cross-examined hundreds of expert witness in both deposition and trial. I was the lead lawyer in Okuda v. Wyeth which resulted in a $5,200,000 jury verdict in the United States District Court of Utah.

As an early adopter of technology I have been a frequent speaker and author on technology and scientific issues including electronic discovery and, most recently, on the science of Xarelto at the Harris Martin seminar (12/2014).

## EXPERIENCE

**Ferrer Poirot Wansbrough Feller Daniel Abney**
Dallas, TX and Atlanta, GA — March 2014 to present
Overall responsibility for the firm's Atlanta office which evaluates and prosecutes the firm's pharmaceutical cases.  Appointed, and reappointed, by Judge Eldon Fallon to the Plaintiffs' Steering Committee in MDL 2952 (In re: Xarelto).

**Beasley, Allen, Methvin, Crow, Portis and Miles**
Montgomery, AL — January 2007 to March 2014
Responsible for expert witness development, preparation and examination of expert witnesses at trial. Projects included Vioxx, hormone replacement therapy, Fosamax, vaginal mesh and Permax. Primary responsibility for Daubert hearings and scientific presentations to courts.  First chair in several HRT cases including Okuda v. Wyeth in which I presented or cross-examined 9 of the 10 experts at that trial.

**Watts Law Firm**
Corpus Christi, TX — July 2002 to January 2007
Recruited to develop a mass torts department for the firm. Worked extensively on Vioxx, fen-phen (round 2), Baycol, welding fume, Meridia, Guidant (pacemakers and defibrillator) and Zyprexa litigation. Played a significant role in expert witness development and trial preparation.

**Fleming, Hovenkamp & Grayson k/n/a Fleming, Nolen & Jez, LLP**
Houston, TX — August 1998 to July 2002
Primary responsibility for products liability case (aviation and watercraft).  Developed and cross-examined virtually every expert, prescribing and treating physician for fen-phen litigation (over 200 depositions).  Developed and deposed experts for the Rezulin and Sulzer hip implant litigation.

**Gilpin, Paxson & Bersch (dissolved)**
Houston, TX — February 1991 to September 1998
Associate in defense of manufacturers in products and construction defect cases. Timely promoted to participating associate and full partner. Defended complex class action/mass action case. Resigned with the large portfolio of business in the firm.

**Buck, Rouner, Keenan & Ballard (dissolved)**
Houston, TX — October 1989 to August 1990
Litigation associate primarily representing landlords and architects.

**Harlan, Selander, Vernon & Quilling (dissolved)**
Dallas, TX — May 1989 to October 1989
Began as an associate in the corporations department but was quickly recruited to work on complex TRO and ensuing litigation involving a regional airport.

Curriculum Vitae of Russell T. Abney
Page 2.

## DISTINCTIONS

- Martindale Hubble Rating: AV
- Member of the Bar in Georgia, Alabama, Texas, and New York
- Admitted to Practice in these Courts: U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. District Courts (Northern District of Georgia, Middle District of Georgia, Southern District of Georgia, Southern District of Georgia – Bankruptcy, Northern District of Alabama, Middle District of Alabama, Northern District of California, Northern District of Texas, Southern District of Texas, Eastern District of Texas, Western District of Texas, Eastern District of Arkansas, Western District of Arkansas, Northern District of Mississippi, Southern District of Illinois, District of Columbia, Minnesota Fourth Judicial District), and Supreme Courts of Georgia and Alabama

## INTERESTS & ACTIVITIES

- Making the Grade Foundation, Board Member 2013 to present
- Women's Shelter of South Texas, Board Member 2004 to 2007
- Personal Interests: Whitewater Kayaking, Hiking, Scuba Diving and Travel