UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" |

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION FOR APPOINTMENT OF ANDREW GEIGER TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, I, Andrew Geiger, make this application for appointment to serve on the Plaintiffs' Steering Committee ("PSC") in this matter.

I am a graduate of Georgetown University (B.S. - 1999) and Tulane Law School (J.D. - 2002), and am licensed to practice law in both New York and Louisiana. I am an attorney at Allan Berger & Associates, a New Orleans-based law firm that has been handling personal injury cases on a local and national level for over forty (40) years.

I have devoted the vast majority of my legal career at Allan Berger & Associates to working on class action, multi-district litigation ("MDL") lawsuits, and I have been actively involved in representing individuals in lawsuits involving defective medical products and dangerous pharmaceuticals such as Transvaginal Mesh, Metal-on-Metal Hip Implants, Paxil, Actos, Vioxx, Celebrex, Bextra, PPA, Zyprexa, Metabolife, Rezulin, Serzone, Fen-Phen, and Avandia.

To date, Allan Berger & Associates has filed ten (10) Taxotere cases in the Eastern District of Louisiana that have been transferred to this MDL.

**A) Willingness and Availability to Commit to a Time-Consuming Project**

I am willing and available to commit myself and several of the staff of Allan Berger & Associates to this MDL, and the firm has made the decision to devote any necessary time and resources to the Taxotere litigation.

Allan Berger & Associates has two full-time attorneys and a total staff of twelve, three of whom have nearly fifty (50) years of experience handling pharmaceutical and product device cases among them.

**B) Ability to Work Cooperatively with Others**

I have the ability and desire to work cooperatively with others and enjoy the working relationships and friendships among the plaintiff and defense attorneys with whom I have worked, including many of those involved in this matter.

I appreciate and practice communication, trust and transparency with other plaintiff counsel, defense counsel, and the Court, and I will bring same to this litigation.

**C) Professional Experience in this Type of Litigation**

I have extensive professional experience in this type of litigation.  Though I have not sought appointment to a PSC in the past, I seek to bring new energy and valuable experience to plaintiffs in the Taxotere litigation as a PSC member.  Allan Berger & Associates has been very active and involved with the pharmaceutical and product device litigations including, but not limited to, the below:

- *In Re: Vioxx Products Liability Litigation MDL No. 1657;*
- *In re: DePuy Orthopaedics ASR Hip Implant Litigation MDL 2197;*

- *In re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation MDL No. 2100;*
- *In re: Chantix (Varenicline) Products Liability Litigation MDL 2092;*
- *In Re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation MDL No. 2342;*
- *In re NuvaRing Products Liability Litigation MDL No. 1964;*
- *In Re: Avandia Marketing, Sales Practices and Products Liability Litigation MDL 1871;*
- *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation MDL – 2244;*
- *In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation MDL 2325;*
- *In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation MDL 2327;*
- *In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation MDL 2187;*
- *In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation MDL 2326;*
- *In Re Zimmer Nexgen Knee Implant Products Liability Litigation MDL 2272*

**D) Willingness to Commit the Necessary Resources to Pursue this Matter**

Allan Berger & Associates has the staff, financial resources and expertise to assist the efficient resolution of the Taxotere litigation. I am willing and able to devote considerable time and energy throughout the proceedings, and Allan Berger & Associates is willing and able to commit the necessary personnel and financial resources to pursue this matter. With respect to financial resources, I am aware of the amounts necessary to participate on and/or fund a PSC, and hereby warrant to the Court that I and my firm are fully capable of doing same.

Considering the foregoing, please accept this application as my request for appointment to the PSC in this matter. I will dedicate my time and resources, as well as that of our firm, to working with and serving the PSC and this Honorable Court.

Respectfully submitted,

**ALLAN BERGER & ASSOCIATES**

*/s/ Andrew J. Geiger*
Andrew J. Geiger
4173 Canal Street
New Orleans, Louisiana
T: (504) 526-2222
F: (504) 483-8130
ageiger@bergerlawnola.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case. I also sent a copy of this document by electronic mail and/or U.S. Mail to all counsel identified in PTO 1, Attachment B.

s/ Andrew J. Geiger
*Counsel for Plaintiff*