UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   TAXOTERE (DOCETAXEL)                          MDL NO. 2740
            PRODUCTS LIABILITY LITIGATION
                                                        SECTION "N" (5)
THIS DOCUMENT RELATES TO:

*Collins v. Sanofi S.A., et al.,*
Case No. 2:16-cv-05418

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record, Robert C. Hilliard is admitted or

otherwise authorized to practice in this court and appears in this case as counsel for Plaintiff

Valesta Collins.

Dated:  October 24, 2016                    Respectfully submitted,


**GIBBS LAW GROUP LLP**

   */s/ Karen Barth Menzies*

400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone:  (510) 350-9700
Facsimile:  (510) 350-9701
Email:  kbm@classlawgroup.com

Robert C. Hilliard
**HILLIARD MUNOZ GONZALEZ LLP**
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile:  (361) 882-3015
Email: bobh@hmglawfirm.com

*Counsel for Plaintiff Valesta Collins*