UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
        PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Collins v. Sanofi S.A., et al.,*
Case No. 2:16-cv-05418

### CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE

I, Karen Barth Menzies, herby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Dated: October 24, 2016          Respectfully submitted,

**GIBBS LAW GROUP LLP**

 */s/ Karen Barth Menzies*

400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

Robert C. Hilliard
**HILLIARD MUNOZ GONZALEZ LLP**
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hmglawfirm.com

*Counsel for Plaintiff Valesta Collins*