UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** \* | |
| **PRODUCTS LIABILITY LITIGATION** \* | **MDL 2740** |
| \* | **Hon. Kurt D. Engelhardt** |
| This Document Relates to: \* | |
| \* | **Section "N" (5)** |
| *ALL CASES* \* | |
| \* | |

**APPLICATION OF ANNE ANDREWS FOR APPOINTMENT
TO PLAINTIFF'S STEERING COMMITTEE**



Pursuant to Pretrial Order No. 1, I, Anne Andrews, make this application for appointment to serve on the Plaintiffs' Steering Committee ("PSC") in this matter.

For over twenty years, I have worked extensively with my founding partner, John C. Thornton, litigating personal injury product liability cases against major pharmaceutical companies resulting from the sale of dangerous drugs, medical devices and dietary supplements. In 2016, we expanded the firm and brought on board two new partners who exemplify the diversity and experience of our firm. Andrews Thornton Higgins Razmara has unique experience in obtaining compensation for clients despite the wrongdoing company declaring bankruptcy. As a breast cancer survivor, I have personal experience with the difficult treatment options facing cancer patients. I have an informed perspective to bring

1

to service on the Plaintiffs' Steering Committee member in the *In Re: Taxotere (Docetaxel) Products Liability Litigation.*

### A) <u>**Willingness and Availability to Commit to a Time-Consuming Project**</u>

I have been fortunate enough to serve in multiple capacities in the litigations detailed below. In obtaining such positions, I am always willing and available to commit 100% to every litigation. My firm in particular is known for handling a number of litigations, particularly cancer diagnosis litigations such as *In Re: Power Morcellator Products Liability Litigation* (MDL 2652) and litigations involving uterine sarcomas, ovarian cancers, bladder cancers and immunological issues that are similar to this case. In particular, I am uniquely qualified to because my firm is the only one in the country handling the complex issue of hair loss of several hundreds of cases in the Wen Haircare hair loss product cases filed in the County of Los Angeles. My firm has access to several experts in this litigation which will greatly assist in the *In Re: Taxotere* litigation.

In 2015, I was the recipient of the Distinguished Achievement (Top Gun) Award for Orange County Trial Lawyers Association (OCTLA) for my success in reaching a $200+ million settlement for the New England Compounding Center (NECC) bankruptcy. As Co-Chair of the Official Creditors' Committee, this required me to work countless hours and also engage in frequent travel to the east coast.

### B) <u>**Ability to Work Cooperatively with Others**</u>

Despite the limited opportunities for women when I began my legal career, I am fortunate to have enjoyed and participated in multiple leadership roles in complex cases and have worked with many attorneys who are part of an extraordinarily talented, diverse and hardworking group in various Plaintiffs' Steering Committees.

I am familiar with many of the applicants and am known for my teamwork and professional collegiality in MDLs across the country.

C) **Professional Experience: Multidistrict and State Coordinated Leadership and Experience**

My firm, Andrews Thornton Higgins Razmara, LLP has extensive multidistrict federal and coordinated state experience in the following litigations, many of which I have served on various committees for:

- *In Re: Accutane* litigation (NJ MDL 271);
- *In Re: Actos* (JCCP 4696);
- *In Re: Avandia* (JCCP 4578);
- *In Re: Bair Hugger Forced Air Warming Devices* (MDL 2666) **(PEC Member)**;
- *In Re: Biomet M2a Magnum Hip Implant* (MDL 2391) **(PEC Member)**;
- *In Re: Byetta* (JCCP 4574);
- *In Re: C. R. Bard, Inc. Pelvic Repair System* (MDL 2187);
- *In Re: Diet Drugs* (Phentermine / Fenfluramine / Dexfenfluramine) products liability litigation (MDL 1203) **(Lead Counsel)**;
- *In Re DePuy ASR Hip Implant* (MDL 2197) **(Science Committee)**;
- *In Re: Ephedra Products Liability Litigation* (MDL 1598) **(Plaintiffs' Coordinating Counsel)**;
- *In Re: Fosamax / Alendronate Sodium* (JCCP 4644);
- *In Re: Gadolinium* (JCCP 4556 and MDL 1909);
- *In Re: Hydroxycut* (MDL 2087) **(PSC Member)**;
- *In Re: Johnson & Johnson Talcum Powder Cases* (JCCP 4872);
- *In Re: Karl Storz Laparoscopic Power Morcellator Litigation: Sylvia A. O'Neil et al. vs. Karl Storz, et al.,* (Case No. BC581718, and other consolidated actions); **(Co-Plaintiffs' Lead Counsel)**
- *In Re: Kugel Mesh* (MDL 1842);
- *In Re: Metabolife* (Cal. JCCP 4360) **(Co-Plaintiffs' Liaison Counsel)**;
- *In Re: New England Compounding Center (NECC) bankruptcy*. **(Co-Chair of the Official Creditors' Committee)**
- *In Re: Power Morcellator Products Liability Litigation* (MDL 2652) **(PSC Member)**
- *In Re: PPA* litigation (MDL 1470);
- *In Re: Pradaxa* (MDL 2385);
- *In re Quinine* (JCCP 4565) **(Lead Counsel)**;
- *In Re: Reglan Metoclopramide* (JCCP 4631);
- *In Re: Silicone Gel Breast Implant* products liability litigation (MDL 936) **(PSC Member);**
- *In Re: Stryker Rejuvenate & ABG II Hip Implant* (MDL 2441);
- *In Re: Vioxx* (MDL 1657) **(Science Committee for *Barnett* trial)**;

3

- *In Re: Yaz Yasmin* (JCCP 4608 and MDL 2100);
- *In Re: Zimmer Durom Cups* (MDL 2158);
- *In Re: Zoloft* (MDL 2342);
- *In Re: USP Labs Dietary Supplement Cases* (JCCP 4808); **(Lead Counsel)**

D) **Willingness To Commit Necessary Resources to Pursue this Matter**

Based on my experience as detailed above, I am committed to every litigation I am involved in and I dedicate myself and my firm in the coordination of massive resources in advancing complex mass torts litigations in an expeditious manner. My team of attorneys and staff commits and uses all resources in pursuing every litigation. In addition to this, we have access to many experts, including the renowned experts we are utilizing in the Wen Hair loss litigation in Los Angeles County.

At this time, below are the list of cases we have on file in association with Kirtland & Packard LLP and those which we intend on filing forthwith: *Shirley Hanes v. Sanofi S.A. et al.* CAED 2:16-cv-02103-LEK (now LAED 2:16-cv-15499). Our newly filed cases will be: *Carolyn Clinton v. Sanofi S.A. et al.* and *Christy Harbert v. Sanofi S.A. et al.*

Considering my vast experience and dedication, please accept this application as my request for appointment to the PSC. I will devote my time, resources and efforts in working with all PSC members and this Honorable Court.

                                                             **Sincerely,**

                                                            **ANNE ANDREWS**
                                                            **Andrews Thornton**
                                                           **Higgins Razmara, LLP**

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 24, 2016, I served a true and accurate copy of the following: **APPLICATION OF ANNE ANDREWS FOR APPOINTMENT TO PLAINTIFF'S STEERING COMMITTEE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

      DATED: Irvine, California, October 24, 2016.

                                            */s/ Anne Andrews*
                                            Anne Andrews, Esq.
                                            John C. Thornton, Esq.
                                            Lila Razmara, Esq.
                                            **ANDREWS THORNTON**
                                            **HIGGINS RAZMARA, LLP**
                                            2 Corporate Park, Ste. 110
                                            Irvine, CA 92606
                                            E: aa@andrewsthornton.com
                                            E: jct@andrewsthornton.com
                                            E: lr@andrewsthornton.com

                                            *Attorneys for Plaintiff(s)*