UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**Application of Abby E. McClellan for Appointment
to Serve as a Member of the Plaintiffs' Steering Committee**

In accordance with the Pretrial Order No. 1, I, Abby E. McClellan of the law firm Stueve Siegel Hanson LLP, respectfully request appointment to serve as a member of the Plaintiffs' Steering Committee for this multi-district litigation. I am counsel of record in *Collins v. Sanofi S.A.*, et al., Case No. 2:16-05418 transferred to this court from the Central District of California and *Kuchtyak v. Sanofi S.A.*, et al. filed in the District of Arizona, awaiting transfer to this court. My firm has been retained and intends to file cases on behalf of over 30 additional plaintiffs.

**Abby E. McClellan Has the Willingness and Availability to Commit to the Litigation**

I bring to this litigation the unique and diverse perspective of an attorney that is working daily with women affected by Taxotere use. After my first intake of a potential Taxotere victim, I quickly realized this is an exceptional group of plaintiffs. These women had to process one of the most difficult sentences anyone can hear: "You have breast cancer." After battling to beat cancer, these women found themselves unable to rid themselves of the constant memory of the disease: permanent hair loss. These women's voices were silenced when doctors, friends, and family dismissed their disfigurements with the frequently heard statement "yes, but you're lucky to be alive." It has taken significant strength and trust for my clients to fully discuss their hair loss with me. They feel uncomfortable complaining, but after speaking with me they have been able to

open up because I am a woman who knows how important hair is to women. My clients now know that it is okay to be upset about the disfiguring hair loss of which they have been burdened. These women want their voices heard and I am proud to be their advocate. As a member of the PSC I will share these women's concerns and make sure all decisions are made to further the litigation in the interests of these women.

I will be able to commit significant time to this case. I have the ability to travel at a moment's notice, and I will devote the amount of time needed to ensure this litigation is efficiently handled in the best interests of the plaintiffs.

### Abby E. McClellan Has the Ability to Work Cooperatively with Others

I am experienced in the art of collaboration. Prior to law school I was a special education teacher, a profession where collaboration is a cornerstone of success. I worked with parents, students, general education teachers, doctors, psychologists, nurses, speech therapists, bus drivers, custodians, and my superintendent to determine the best course of action for my students' education. Often times I was the youngest adult in the room, but my ability to create a collaborative environment allowed for the success of my students.

This skill I learned as a young teacher is one I have brought into my practice of law and will bring to this litigation as a member of the PSC. I work daily with a team of attorneys and staff both in my office and through co-counsel to ensure that the best litigation strategies are implemented to benefit our clients.

### Abby E. McClellan and Stueve Siegel Hanson Has Professional Experience in Mass Tort Litigation

My admittedly brief career has been spent exclusively handling mass tort litigation. For example, I filed over 100 cases on behalf of individuals that were prescribed Testosterone Replacement Therapy (TRT) and suffered catastrophic injuries in *In re: Testosterone*

*Replacement Therapy Products Liability Litigation,* MDL No. 2545 (N.D. Ill.). My firm was selected by the PSC in the TRT litigation to handle the 3rd party discovery effort, a task that has received high praise by lead counsel. I have been heavily involved in the filing, case management and discovery in *Risperdal and Invega Product Liability Cases*, JCCP 4775 (CA), a case where Stueve Siegel serves on the PSC. I have filed cases on behalf of individuals injured by Inferior Vena Cava Filters in *In re: Bard IVC Filters Products Liability Litigation* MDL 2641 (D. Ariz.) and *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation* MDL 2570 (S.D. Ind). I have also worked on the settlement and lien resolution on behalf of my clients in *Actos Personal Injury Litigation*, MDL No. 2299 (W.D. La.) and *Zimmer Durom Hip Cup Personal Injury Litigation*, MDL No. 2158 (D. N.J.)

My experience is strengthened and backed by the vast experience of my firm. Based in Kansas City, Missouri and with 39 lawyers, Stueve Siegel Hanson LLP is one of the largest plaintiffs' firms based in the Midwest. The firm has a successful track record of results in personal injury, product liability, mass tort, complex business, class action, securities, and environmental actions while serving as lead or co-lead counsel in courts across the country. The firm prides itself on working with co-counsel and has a long history of litigating cases cooperatively and efficiently in the spirit of Fed. R. Civ. P. 1 and the guidelines set forth in the Manual for Complex Litigation.

The firm has assembled an experienced and talented team devoted to this matter including firm partners Norman Siegel and Todd Hilton. Mr. Siegel has served in the leadership of more than a dozen multi-district cases. Mr. Hilton has represented clients in numerous pharmaceutical cases and served in both leadership and PSC capacities, including cases involving Prempro, Testosterone Replacement Therapy, Risperdal, Transvaginal Mesh, Actos,

Vioxx, Celebrex and Zimmer Durom Hip Cup. In the Vioxx litigation, Mr. Hilton led a Stueve Siegel team that secured over $220 million in relief for Missouri consumers who purchased Vioxx before it was removed from the market. With the mentorship of these two partners paired with the other attorney and staff experience at Stueve Siegel Hanson, I am highly qualified for this position.

### Abby E. McClellan and Stueve Siegel Hanson Have A Willingness to Commit the Necessary Resources to Pursue this Litigation

Finally, Stueve Siegel Hanson LLP has ample human, financial, and other resources to advance the litigation in a timely and efficient manner. Backed by the firm's dedicated Taxotere team, the firm has the ability to meet anticipated as well as unforeseen contingencies. Moreover, the firm is well-capitalized and has the financial wherewithal to litigate a case of this size and scope. In addition to the resources at its disposal, the firm has a well-established history of committing significant resources to similar litigation, providing an extremely strong basis for concluding the firm will do likewise here.

I request your honor consider my application to be a member of this diverse Plaintiff Steering Committee. I welcome the opportunity to convey in person my experience and desire to be a member of the Plaintiff Steering Committee.

    Respectfully submitted,

    /s/ Abby E. McClellan
    Abby E. McClellan, MO Bar #66069
    Stueve Siegel Hanson LLP
    460 Nichols Road, Suite 200
    Kansas City, MO 64112
    Tel: (816) 714-7100
    Fax: (816) 714-7101
    mcclellan@stuevesiegel.com