**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| THIS DOCUMENT RELATES TO ALL CASES | SECTION "N" (5) |

**APPLICATION OF ALEXANDER G. DWYER**
**FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

I, Alexander G. Dwyer, pursuant to paragraph 16 of Pretrial Order No. 1., submit this application for membership on the Plaintiffs' Steering Committee ("PSC") for *In re: Taxotere (Docetaxel) Products Liability Litigation*.

1. **I Am Willing and Able to Commit To a Time-Consuming Process.**

I am willing and able to commit the time necessary to litigate this matter in a thorough and expeditious manner. My firm is currently working with women across the country who took Taxotere and sustained permanent alopecia. We have already committed numerous attorneys and staff members to help these women investigate their claims and obtain medical records. It is my obligation to allocate the necessary resources to see that our clients' claims are prosecuted in an expeditious manner. As such, I have demonstrated my willingness to commit to my clients, and, similarly, I aver to this Court my willingness to commit to all the Plaintiffs in this litigation throughout this time-consuming process.

My firm has the ability to commit at least three attorneys and twenty-five full-time support staff to this docket. My firm has the resources to add both attorneys and staff as needed. Therefore, my firm has both the willingness and ability to undertake great responsibilities consistent with this time-consuming process.

2. **I Have the Ability to Work Cooperatively with Other Counsel.**

I have experience working cooperatively with both Plaintiffs' counsel and opposing counsel throughout my career. This is evidenced, in part, by the fact that my peers have elected

me to the Super Lawyers, Rising Stars from 2014-2017.   This honor is restricted to the top five percent of lawyers in the state.

It is further evidenced by my collaboration with lawyers in the numerous litigations I have worked on throughout my career, and, this specific litigation.  For instance, I have professional and collaborative relationships with many of the firms this Court will consider for leadership.  Of the ones I know of at the time of this filing, I can say that I strongly support Mikal C. Watts of Watts Guerra LLP as lead counsel.  Additionally, I strongly support the appointment of Sean Tracey of Texas and Marc Bern of New York to work on behalf of Plaintiffs. And, I am confident I will develop strong working relationships with any attorney appointed to leadership given our shared purpose and my record of cooperation and the establishment of successful working relationships with numerous other law firms in litigations across this country.

### 3. I Have Professional Experience in this Type of Litigation.

I have significant experience working on various product liability litigations in consolidated state and federal courts throughout the country.  I began my legal career at Williams Kherkher Hart and Boundas, LLP, working on hundreds of asbestos cases and preparing mesothelioma cases for trial.  I subsequently worked for Arnold & Itkin LLP where I managed a Jones Act docket and several product liability dockets.  In particular, I managed hundreds of cases in *Statewide Silica* MDL, Cause No. 2004-7000, 333rd District Court of Harris County in *In re: Trasylol Products Liability Litigation*, MDL No. 1928 (S.D. Florida), I managed the docket, traveled throughout the country preparing seven cases for trial, and ultimately settled the docket; and, in *In re Paxil Pregnancy Cases* Master Docket No. 3220 (Court of Common Pleas, Philadelphia County), I managed one of the largest Paxil birth defect dockets in the country and traveled throughout the country preparing three bellwether cases for trial, necessitating settlement of the entire inventory two days before jury selection in Philadelphia state court.

Since the inception of Kirkendall Dwyer LLP, four years ago, I have continued a broad legal practice, trying a variety of cases to verdict allowing me to continually hone my trial skills

while also participating in several product liability MDL actions including but not limited to: *In re Yasmin and Yaz Products Liability Litigation*, MDL No. 2100 (S.D. Illinois); *In re*: *Actos Products Liability Litigation* (Illinois Coordinated Cases); all *In Re: Pelvic Repair System Products Liability Litigation* MDLs, collectively before the honorable, Judge Joseph Goodwin in the Southern District of West Virginia; *In re Xarelto Products Liability Litigation*, MDL No. 2592 (E.D. LA); and, now, this litigation.

4. **I Am Willing to Commit the Necessary Resources to Pursue this Matter.**

My firm has achieved over $41 million in settlements in the last twelve months and expects, conservatively, another $250 million in settlements in the next twelve months. Further, my firm has ample cash on hand and unused credit line facilities in excess of $10 million dollars. Thus, my firm is willing to advance all necessary costs, fees, and expenses commensurate with other firms on the PSC.

I am personally grateful for the opportunity to work with so many fine lawyers for this cause. I am eager to demonstrate my skills and competency not only to my clients, but also to these lawyers and the Court. I am confident that the right team can have the bellwether trials ready within the next eighteen months and look forward to diligently pursuing this goal.

In conclusion, my firm has the necessary financial and human resources to advance this litigation in an efficient manner and to work collaboratively and professionally with the other counsel to ensure this is done.

5. **Filed Civil Action That Has Been Made Part of This MDL.**

Pursuant to Pretrial Order No. 21 ("PTO #1), I am eligible for the Plaintiffs' Steering Committee as I have a case that is part of the Taxotere MDL.

Cause No: 2:16-CV-00226-J; *Rosemary Latarski v. Sanofi, SA, et al*; originally filed in the U.S. District Court for the Northern District of Texas and subsequently transferred to the U.S. District Court for the Eastern District of Louisiana.

**6.     Prayer for Relief.**

I would be honored if chosen by the Court to serve on the Plaintiffs' Steering Committee. My firm, Kirkendall Dwyer LLP, has the resources, experience, willingness, and availability to commit to this project and represent these injured claimants.  The Taxotere litigation will be my primary focus for the duration the litigation, and I am fully committed to serve on the Plaintiffs' Steering Committee for this MDL.

I respectfully request Your Honor's appointment to the Plaintiffs' Steering Committee in the *Taxotere (Docetaxel) Products Liability Litigation MDL.*

/s/Alexander G. Dwyer
Alexander G. Dwyer, Texas Bar No. 24054271
KIRKENDALL DWYER LLP
440 Louisiana, Suite 1901
Houston, Texas 77002
Tel: 713-522-3529
Fax: 713-495-2331
Email: adwyer@kirkendalldwyer.com