UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIAINA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION: "N" (5)

**This Document Relates to All Cases**

### APPLICATION FOR APPOITNMENT OF ARTHUR M. MURRAY
### TO PLAINTIFFS' STERRING COMMITTEE

      I, Arthur M. Murray, pursuant to this Court's Pretrial Order No. 1. respectfully submit this application for membership on the Plaintiffs' Steering Committee ("PSC") for *In re: Taxotere (Docetaxel) Products Liability Litigation*.

      As this Court's directive relating to leadership applications recognizes, when selecting leadership in a case such as this, four factors are typically considered. Without hesitation and as will be discussed in greater detail below, I humbly submit to this Honorable Court that I am willing and able to commit to this litigation for as long as it takes to bring it to a conclusion, that I have the experience to successfully litigate this action, that I have sufficient resources (both operational and financial) to devote to this litigation, and that I can and will work cooperatively with the other law firms involved in this action.

      **PROFESSIONAL EXPERIENCE**

      I have over fifteen years of litigation experience as trial counsel in mass actions and class actions throughout the United States, and have litigated at all district and appellate levels. I have received an AV® Preeminent ™ rating from Martindale-Hubbell, and have been included in the Rising Star (Class Action category) of Louisiana Super Lawyers since 2014.

      I have served as court-appointed counsel in numerous class actions and mass actions, including appointments to lead counsel positions. I was Lead Counsel in *Guidry v. American*

*Public Life Ins. Co.*, which involved the underpayment of cancer policy benefits and resulted in a substantial national class settlement that had only two opt-outs. I served as Class Counsel in the Louisiana PPO litigation (*Gunderson v. F.A. Richard and Assoc., Inc*. and the related cases which followed), helping thousands of health care providers collect more than $300,000,000 over a ten year span. More recently, the Honorable John Z. Lee appointed me to serve as Co-Lead Counsel in the *Kmart Data Breach* class action in the Northern District of Illinois.

Throughout my career, I have been actively involved in MDL litigation and have been appointed to serve on multiple plaintiffs' steering committees. I was recently appointed to serve as Co-Chair of the Plaintiff Steering Committee in *In Re: National Football League "Sunday Ticket" Antitrust Litigation* (MDL 2668) by the Honorable Beverly Reid O'Connell. The Honorable Thomas W. Thrash, Jr. of the Northern District of Georgia appointed me to serve as a member of the Plaintiffs Steering Committee in *In Re: Home Depot Customer Data Security Breach Litigation* (MDL 2583). I was also appointed to serve on the Plaintiffs Steering Committee in *In Re: Zofran (Ondansetron) Products Liability Litigation* (MDL 2657) by the Honorable F. Dennis Saylor, Jr. of the District of Massachusetts. The Zofran appointment is of particular relevance here as it also involves pharmaceutical injury cases and has given me a great deal of experience in that area of the law.

**WILLINGNESS, AVAILABILITY AND RESOURCES TO COMMIT TO A TIME-CONSUMING PROJECT**

While I understand that my application is on my behalf and that I must undertake fulfillment of court-appointed duties myself, I will also put the full resources of my law firm toward this litigation. For over forty years, my firm has been involved in complex litigation throughout the State of Louisiana and the United States. Much of Murray Law Firm's experience in complex litigation has been in the field of pharmaceutical injury cases. For

example, the firm's most senior partner, Stephen Murray, has been appointed to the steering committees of a number of pharmaceutical MDLs, including *In re: Actos (Pioglitazone)* (MDL 2299), *In re: Baycol* (MDL 1431), *In re: Phenylpropanolamine (PPA)* (MDL 1407); and *In re: Propulsid (MDL 1355)*.  Attorneys of the Murray Law Firm have been active participants in a host of other pharmaceutical MDLs, including: *In re: Vioxx* (MDL 1657); *In re: Zyprexa* (MDL 1596), and *In re: Xarelto (Rivaroxaban)* (MDL 2592).  This expertise would be a great asset to the leadership of this litigation.  My firm, which is located just across the street from this Honorable Court, will fully commit its eleven attorneys and its institutional knowledge of the complex matters presented in this lawsuit to representing the plaintiffs' interests in this MDL. Murray Law Firm also has sufficient financial resources to see this case to its conclusion and stands ready, willing, and able to pay and all assessments deemed necessary.

### ABILITY TO WORK COOPERATIVELY

While I am not applying as part of a "slate", I do not believe any attorney applying to the leadership of this MDL would object to my inclusion as an additional member of the PSC.  I have worked previously, and cooperatively, with a number of the attorneys applying for leadership positions in this case.  While the number of "Generals" in an MDL should be limited, it has been my experience that every MDL needs plenty of "foot soldiers".  In this case, I want nothing more than to be the latter and to help contribute to a successful outcome.  My ability to work cooperatively is not limited to my fellow plaintiff counsel.  I am confident counsel for the defendants in any of the cases I have worked on would confirm that, while I represent my clients' interests vigorously, I have always done so in a spirit of cooperation and with the highest degree of professionalism.

**CONCLUSION**

I firmly believe I have demonstrated a strong commitment to this case (and the long litigation process that likely lies ahead).  While my firm has one suit on file – *Ruth Harris v. Sanofi, S.A., et al.*, Docket No.2:16-cv-17542 – we currently represent *over one hundred Taxotere plaintiffs* and plan to make each of those plaintiffs active participants in this MDL.  Seeking to personally advance the claims of such a large number of clients is perhaps the best evidence that I believe in and am fully committed to this litigation.  Additionally, I have worked with other plaintiff counsel since first becoming involved in this litigation, discussing the best approaches to litigating these claims and striving to coordinate efforts whenever possible.

In conclusion, I believe that my experience, resources, demonstrated commitment to the advancement of plaintiffs' claims, and ability to work cooperatively with other firms involved in this action make me well suited to represent the interests of the plaintiffs in this matter.  It would be a true honor to serve as a member of the Plaintiffs Steering Committee, an honor that would never be taken for granted.  I hope and trust this Honorable Court will see fit to grant my application.

Dated: October 24, 2016            Respectfully submitted,

*/s/ Arthur M. Murray*
Arthur M. Murray (La. Bar No. 27694)
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(T) 504-525-8100
amurray@murray-lawfirm.com

**CERTIFICATE OF SERVICE**
I hereby certify that on this 24th day of October 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM / ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and those listed on Exhibit A.

*/s/ Arthur M. Murray*
**Arthur M. Murray**