UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING OF APPLICATION
## FOR APPOINTMENT OF M. PALMER LAMBERT
## TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes M. Palmer Lambert of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, who, pursuant to ¶16 of this Court's Pretrial Order No. 1 (R. Doc. 4), respectfully files the attached application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

Respectfully Submitted,

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

By: *s/M. Palmer Lambert*
M. PALMER LAMBERT (La. Bar #33228)
Gainsburgh Benjamin David Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone: 504-522-2304
Facsimile: 504-528-9973
plambert@gainsben.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                     *s/M. Palmer Lambert*
                                                     M. PALMER LAMBERT, #33228