UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * MDL No. 2740 <br> * <br> * SECTION "N" (5) <br> * <br> * <br> * <br> * <br> * <br> * |

*****************************************************************************

**APPLICATION OF EMILY C. JEFFCOTT FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Emily C. Jeffcott respectfully submits this application and requests this Court appoint her as a member of the Plaintiffs' Steering Committee ("PSC") for MDL No. 2740, *In re: Taxotere (Docetaxel) Products Liability Litigation*. Ms. Jeffcott understands and agrees to the responsibilities and obligations of membership on the PSC as set forth in Pretrial Order No. 1, and she is counsel of record in cases pending MDL transfer.[1] Her experience in similar complex litigation and proven ability to work cooperatively with common benefit counsel make her an appropriate and qualified candidate for this PSC.

**I.    Background**

Ms. Jeffcott's uncompromising work ethic and extensive experience in MDLs uniquely qualifies her to serve on the PSC. A partner at The Lambert Firm, Ms. Jeffcott tirelessly represents whistleblowers in actions brought under the qui tam provisions of the False Claims Act, a complex area of law that requires extensive knowledge and expertise. She also consistently practices in MDLs and complex litigation, serving on committees in the FEMA

---

[1] *Fran B. Herbst v. Sanofi-Aventis US LLC et al.,* No. 9:16-CV-81764 (S.D. Fla. Oct. 19, 2016); *Maria Glynn v. Sanofi-Aventis US LLC et al.,* No. 2:16-CV-02355 (E.D. La. Oct. 20, 2016); *Anderson v. Sanofi-Aventis US LLC et al.,* 5:16-CV-01484 (W.D. La. Oct. 24, 2016).

Trailer Formaldehyde Products Liability Litigation, MDL No. 1873, the Deepwater Horizon Oil Litigation, MDL No. 2179, the Xarelto Products Liability Litigation, MDL No. 2592, and the Zofran Products Liability Litigation, MDL No. 2657.

Ms. Jeffcott is an avid and skillful writer. She regularly publishes in legal journals and magazines worldwide, having authored and presented more than a dozen articles and CLE presentations on complex topics such as MDL centralization, mineral rights, and heightened pleading standards for fraud cases.

Ms. Jeffcott is admitted to practice law in Louisiana, Texas, New York, and the District of Columbia. Her skills as a successful advocate and leader have been recognized publicly, as Ms. Jeffcott was named as a "Rising Star" by *Texas Super Lawyers* in 2012 and by *Louisiana Super Lawyers* from 2013-2015, in *Top New Orleans Lawyer* from 2013-2015, and in *National Trial Lawyers Top 40 under 40* from 2014-2015.

## II.    Willingness and Availability

Ms. Jeffcott is willing and available to devote the time required for this litigation.

## III.    Ability to Work Cooperatively with Others

Throughout her career, Ms. Jeffcott has demonstrated her ability to work cooperatively with others.  Ms. Jeffcott's practice involves frequent interaction and coordination without outside counsel, including the United States Department of Justice.  Ms. Jeffcott likewise oversees a team of lawyers that assist her in developing and proactively managing her cases. More publicly, Ms. Jeffcott recently demonstrated her ability to work well with others in her work on the Executive Committee for the Louisiana Association for Justice and as the Chair of the Louisiana Association of Justice, New Lawyer's Division.  She is also actively involved with the Special Olympics Louisiana, serving as the Vice-Chair of the Board of Directors and the

Chair of the Development Committee.

### IV. Professional Experience in this Type of Litigation

Ms. Jeffcott possesses professional experience in multi-district litigations. Prior to joining The Lambert Firm, PLC, Ms. Jeffcott worked on MDL No. 1873, *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, providing extensive trial support, pretrial motion practice, and appellate briefing. Ms. Jeffcott was likewise involved on MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*. Ms. Jeffcott is accustomed to managing and working larger, complex cases involving damages in excess of $100 million. She is currently involved with the Xarelto MDL No. 2592 litigation, serving on that PSC's briefing and bellwether committees. She was also selected by the Xarelto PSC to serve as principal counsel for one of four bellwether plaintiffs selected for trial in early 2017. More recently, Ms. Jeffcott was asked to serve on the law and briefing committee in the Zofran MDL No. 2657 litigation.

Further, prior to becoming a lawyer, Ms. Jeffcott was involved on the administrative management side of other major pharmaceutical litigations, including FenPhen, Zyprexa, and Celebrex. In this capacity, she learned the intricacies of each MDL's Plaintiff Fact Sheet and was involved in the development and implementation of efficient means to collect client information. Her extensive experience with similar MDLs makes her uniquely qualified to serve on the Plaintiff's Steering Committee for the Taxotere MDL No. 2740 litigation.

### V. Resources

Ms. Jeffcott has the unconditional support of her firm, The Lambert Firm, which is willing to commit the resources necessary to pursue this litigation.

For the foregoing reasons, Ms. Jeffcott requests that she be appointed to the PSC for

3

MDL No. 2740.

Respectfully submitted;

/s/ *Emily C. Jeffcott*
Emily C. Jeffcott (#33204)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

CERTIFICATE OF SERVICE

I hereby certify that I have on this October 24, 2016 served a copy of the foregoing via the Court's CM/ECF electronic filing system.

/s/ Emily C. Jeffcott
Emily C. Jeffcott