UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE PRODUCTS				MDL NO. 2740
LIABILITY LITIGATION

						SECTION "N" (5)

This Document Relates to:  ALL CASES


APPLICATION OF MATTHEW B. MORELAND FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes Matthew B. Moreland, counsel for Ann T. Williams, in the above captioned matter, pursuant to this Court's Pretrial Order #1, who requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation.  I hereby represent that I, and the Becnel Law Firm LLC, have and will commit the ample resources necessary to prosecute this litigation, will work cooperatively with the other attorneys involved in this litigation, and have experience in complex litigation including antitrust litigation, mass torts, and class actions.

Individual Qualifications

In 1996, I obtained a juris doctor degree from Louisiana State University Law Center, and am admitted to all Louisiana state courts and federal courts for the Eastern, Western and Middle Districts of Louisiana and U.S. Fifth Circuit Court of Appeals.  Additionally, I have been admitted to numerous courts nationwide for the purpose of MDL litigation.  I have extensive qualifications to assist in this MDL as I have a thorough knowledge of the workings of federal court as a former clerk in the Eastern District of Louisiana and federal practitioner for over a decade since my clerkship.  I have extensive knowledge not only of the rules of this court but also the electronic procedures including electronic discovery and electronic filing.  My relationship with the bench and bar has been enhanced as the past

1

president of the national level of the Federal Bar Association. Through these work experiences and association positions, I acquired great experience in bringing attorneys together to meet on issues and resolve matters. It is this experience and resolve that I believe would be an asset to the Plaintiff's Steering Committee in not only providing excellent communication to the Court of our progress with the litigation but also working together with committee members to accomplish the goals of the litigation for the entire group of Plaintiffs. Additionally, I have worked on both MDL and individual litigation providing the complex understanding of benefits and importance of consolidated complex litigation.

## Firm Qualifications

The Becnel Law Firm has represented defendants and plaintiffs in state and federal civil rights litigation, antitrust litigation, pharmaceutical and device products liability litigation, toxic tort class actions, administrative and regulatory matters, and intellectual property litigation. We specialize in mass tort litigation and have an excellent relationship with both the defense bar and the scientific and expert community. Our firm has the financial capability as well as the personnel and expert resources to handle this litigation to completion.

The Becnel Law Firm has over 47 years of experience and success in handling all types of litigation in both state and federal courts. We have litigated products liability cases, including motion practice, class certification, and trials. Our attorneys and experts are trained and experienced in all areas from science and efficacy to marketing and FDA approval, all of which are particularly relevant to the issues in this litigation.

My experience in MDL litigation began as early as *In re Propulsid Products Liability*

*Litigation* (MDL No. 1355), continuing to *In re Serzone Products Liability Litigation* (MDL No. 1477), *In re Sulzer Orthopedics Inc. Hip Prothesis and Knee Prothesis Products Liability Litigation* (MDL No. 1401), *In re Welding Rod Products Liability Litigation* (MDL No. 1535), *In re High Sulfur Content Gasoline Products Liability Litigation* (MDL No. 1632), *In re Vioxx Products Liability Litigation* (MDL No. 1657), *In re Bextra and Celebrex Products Liability Litigation* (MDL No. 1691), *In re Ortho Evra Products Liability Litigation* (MDL No. 1724), *In re yasmin and Yaz (Drospirenone) Marketing, Sales, Practices & Products Liability Litigation* (MDL No. 2100), *In re Online DVD Rental Antitrust Litigation* (MDL No. 2034), *In re Comcast Set Top Television Box Antitrust Litigation* (MDL No. 2034), *In re Cox Enterprise, Inc. Set Top Television Box Antitrust Litigation, In re FEMA Trailer Formaldehyde Litigation* (MDL No. 1873) and *In re Pool Products Dstribution Market Antitrust Litigation* (MDL No. 2328) in all areas of litigation from discovery to final trial preparation and appeals. In the *FEMA Trailer Formaldehyde Litigation*, I served on the Plaintiff's Steering Committee proudly appointed by this section of Court. I was later appointed to the Plaintiff Steering Committee in the *Pool Products Distribution Market Antitrust Litigation* by Judge Sarah S. Vance. I also recently completed work on a machine products liability case handled out of court for over 700 people whose settlement process required completion of fact sheets and retrieval of medical records all of which was performed by our office and not outsourced thanks to the coordination of our lawyers. Additionally, I also served as one of the 4 counsel appointed by Judge Zainey in *Leblanc et al. v. Texas Brine*, et al., No. 12-2059 which resulted in a settlement of $48 million for a class of property owners in the Bayou Corne community.

<u>Specific Qualifications as Relating to This Litigation</u>

On October 21, 2016, our firm filed <u>Ann T. Williams vs. Sanofi S.A, Aventis Pharma S.A., Sanofi US Services Inc., and Sanofi-Aventis U.S., LLC</u>, C.A. No. 16-cv-1726 in the Northern District of Alabama.  While filing the Williams suit our office gave notice to the trandsferor court of the related action for the MDL and are awaiting transfer of this matter into the Eastern District MDL.

Accordingly, Matthew B. Moreland, as active members of the Eastern District Bar, is committed to providing the resources necessary to this litigation and is committed to devoting the time and resources to working and communicating with other plaintiffs' counsel on the Plaintiffs' Steering Committee as well as with Defense Counsel, and respectfully prays that this Court appoint Matthew B. Moreland to the Plaintiffs' Steering Committee.

Respectfully submitted,

__/s/ Matthew B. Moreland_____
MATTHEW B. MORELAND (#24567)
BECNEL LAW FIRM, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile  (985) 536-6445
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2016, I electrocnicall filed the foregoing via the Court's ECF System and properly served upon all counsel pursuant to this Honorable Court's PTO 1.

__/s/ Matthew B. Moreland_____
MATTHEW B. MORELAND (#24567)

4