UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL 2740<br><br>SECTION "N" (5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

### APPLICATION FOR APPOINTMENT OF BETSY J. BARNES
### TO PLAINTIFFS' STEERING COMMITTEE

Undersigned, Betsy J. Barnes, of Morris Bart, LLC, submits this application for appointment to the Plaintiffs' Steering Committee in accordance with PTO #1.

Undersigned has carefully read PTO #1 and fully understands this Court's sentiment as set forth in the introduction.

A. WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

Undersigned counsel is fully and unequivocally committed to this case. I am lead counsel for the firm's approximately 300 Taxotere clients, of which approximately 40 have been filed and are pending in MDL-2740. As of the filing of this application, approximately 50% of all suits filed and pending in this MDL have been filed by Morris Bart LLC.

The Morris Bart law firm has over 100 attorneys in 14 offices throughout four states - Louisiana, Mississippi, Alabama and Arkansas. Because of the firm's commitment to the Taxotere litigation, we have hired additional in-house staff, including lawyers and paralegals to

1

work exclusively with clients in these cases. The ability to access the firm's considerable resources means that the undersigned will be able to delegate non-Taxotere practice matters to other counsel within the firm should the need arise, guaranteeing that the applicant will be able to commit to PSC duties no matter how time-consuming they may be.

Undersigned practices out of the firm's New Orleans office, which consists of 63,000 square feet of offices and a dozen conference rooms directly across the street from the Eastern District of Louisiana courthouse. There is no question that service on the PSC will be extremely time-consuming and will require a constant availability to be present for MDL proceedings in this Court. Undersigned does not currently serve on any other PSC and is prepared to devote all necessary resources to service in this litigation.

B.     ABILITY TO WORK COOPERATIVELY WITH OTHERS

Undersigned is committed to working cooperatively with all counsel in this case. I have worked productively with attorneys throughout the United States on pharmaceutical and defective products cases over the years, beginning in 1992 with the MDL 926 breast implant litigation and have developed the professional relationships that will be necessary to effectively and efficiently conduct and coordinate discovery, motion practice and trial in this matter.

Undersigned counsel attended and participated in the meeting of Taxotere attorneys in Los Angeles in July, then met and conferred with the attorneys participating in MDL 2740 in Las Vegas last week in compliance with the Court's order to attempt to reach consensus in the choice of liaison counsel, among other matters.  Undersigned counsel is personally familiar with, and has worked successfully in the past with many of the attorneys and firms seeking liaison and PSC appointments in this litigation.

C. PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Undersigned has over 25 years of experience litigating complex cases in federal and state courts, including products liability litigation against major multinational companies, Civil Rico litigation against global banking entities, and Civil Rights litigation against a variety of corporations and law enforcement agencies.  I have developed an appreciation for the importance of planning, organization and cooperation in complex litigation.

The applicant and Morris Bart LLC currently represent hundreds of plaintiffs in a number of Multi-District litigation actions throughout the country, including Xarelto, Testosterone, Talcum Powder, Chinese Dry Wall, Plavix, Transvaginal Mesh, Yaz, Actose and Januvia, among others.

Undersigned counsel has previously litigated cases before Your Honor, including *Gonzales v. Braley* (2:09-cv-00137), *Whitfield v. Riley* (2:09-cv-01877) and *Tumbleweed Properties, Inc. v. Colony Insurance Co.* (2:07-cv-09187).

D. WILLINGNESS TO COMMIT NECESSARY RESOURCES TO PURSUE THIS MATTER

Morris Bart LLC is the largest Plaintiffs' firm in Louisiana, and has grown to be one of the largest Plaintiff firms in the country. Our firm has the financial and human resources to conduct discovery, retain experts, try bellwether cases, and take all necessary steps to bring this litigation to a successful conclusion.   Additionally, the firm is able to expend the financial contributions necessary to fund the litigation, and to contribute all resources for as long as it takes to procure a satisfactory end to the litigation.

Undersigned applicant has familiarized herself with the *Manual for Complex Litigation – Fourth* and understands this Court will proceed in accordance with the provisions and principles contained therein.

E.  DIVERSITY OF THE PLAINTIFFS' STEERING COMMITTEE

Because of the nature of this litigation, in which the plaintiffs are all cancer victims of which approximately 99% are women, undersigned counsel would respectfully request that the Court consider a certain level of diversity among the members of the PSC. Undersigned has committed significant time and effort in working with this particular client group and is passionate about this work.  I understand the enormous commitment required of PSC members, I do not currently serve on another PSC, and I am willing and available to commit to long-range, time-consuming litigation.

For the foregoing reasons, Betsy J. Barnes of Morris Bart LLC respectfully requests that she be appointed to serve on the Plaintiffs' Steering Committee.

                    Respectfully submitted,

                    MORRIS BART, LLC

By:    /s/ Betsy J. Barnes
        Morris Bart, # 12345
        Betsy J. Barnes, # 19473
        Pan America Life Center
        601 Poydras St., 24th Floor
        New Orleans, LA 70130
        504-525-8000 telephone
        504-599-3392 facsimile
        morrisbart@morrisbart.com
        bbarnes@morrisbart.com