UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL 2740<br><br>SECTION "N" (5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 24th day of October, 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF electronic filing system, and that notice of the filing was sent to all counsel of record by operation of the Court's electronic filing system. Further, that this document was also served on all counsel listed on the counsel service list attached to Pre-trial Order No. 1, and designated as Schedule "B"

                                                   */s/ Betsy J. Barnes*
                                                 Betsy J. Barnes, Esq.