IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>Section "N"(5)<br>Hon. Kurt D. Engelhardt |
| This Document Relates To All Cases: | |

### APPLICATION FOR APPOINTMENT OF GENEVIEVE M. ZIMMERMAN TO THE PLAINTIFFS' STEERING COMMITTEE AND NOMINATIONS FOR APPOINTMENTS

Pursuant to Pretrial Order No. 1, I submit this application in support of my appointment to the Plaintiffs' Steering Committee for MDL 2740, *In re: Taxotere (Docetaxel) Products Liability Litigation*. My education and experience in product liability litigation combined with my involvement in Taxotere cases prior to the formation of this MDL, and my willingness to dedicate the necessary time and resources to this case, make me an excellent candidate to serve on the Plaintiffs' Steering Committee.

Beginning in the late Fall of 2015, I began meeting with women who have suffered permanent hair loss as a result of being prescribed Taxotere, along with treating physicians and potential experts with relevant experience and expertise concerning the drug. From that time forward, I have collaborated with lawyers across the country interested in coordinating efforts relevant to this litigation prior to the formation of the MDL. I have worked cooperatively with those lawyers who filed papers and argued for centralization before the JPML, including plaintiffs' lawyers who supported transfer to venues other than the Eastern District of Louisiana.

Communication is, in my view, a critical component of any successful MDL. In addition to the efforts I have undertaken to learn about the key scientific and legal aspects critical to the Taxotere matters, I have dedicated a significant amount of my time and resources to educating many of my colleagues in the plaintiffs' bar, both in Minnesota and on a national level, about these cases. I have presented on this topic at several local and national conferences since February of this year, and make a significant effort to be available to answer questions from clients and colleagues alike who may not be as familiar with what to expect throughout the MDL process.

I am a trial attorney who prides herself on helping people. Approximately ninety-five percent of my professional work over nearly fifteen years has involved representing injured people whose claims involved complex litigation requiring organization of efforts, clarity in communication, transparency, accountability, and results. The vast majority of the cases I have been privileged to work on have involved a pharmaceutical product or medical device. I have served as Co-Lead Counsel in two national MDL cases: *In re: Bair Hugger Forced Air Warming Products Liability Litigation* (D.Minn.) (MDL 2666)(Co-Lead); and *In re: Stryker Rejuvenate and ABGII Products Liability Litigation* (D.Minn) (MDL 2441)(Co-Lead and Settlement Committee). In addition, I was appointed to the Plaintiffs' Steering Committee in the *In re: Biomet Products Liability Litigation* (S.D. Ind.) (MDL 2244). I have served as a panelist at roundtable discussions, side by side with physicians, discussing overlapping concerns between the medical and legal professions following an FDA recall. Between 2007 and 2009 I dedicated the vast majority of my time to helping to organize and

coordinate efforts on behalf of nineteen law firms working *pro bono* on behalf of the victims of the I-35W Bridge Collapse in Minnesota.  These experiences have helped me to develop the legal knowledge and leadership skills necessary to efficiently collaborate with PSC members in an MDL case such as Taxotere.

I fully intend to continue to commit significant time, energy and resources to these cases.  As I have been doing for nearly a year, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation.  In addition, the Court can trust that I will work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, zealous representation, without sacrificing the respectful, dignified conduct owed to opposing counsel and this Honorable Court as a member of the legal profession.

I appreciate the Court's consideration and look forward to assisting in any way that this Honorable Court deems appropriate.

## NOMINATIONS FOR APPOINTMENTS

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below.  Each lawyer I am nominating <u>committed herself or himself to this litigation prior to the formation of this MDL, filed a case in federal court prior to the formation of this MDL, and has a case or cases currently pending in this MDL.</u>[1]  As reflected in the individual applications, each has the experience and skill set necessary to effectively promote the

---

[1] Of the thirty-three (33) cases filed prior to the formation of this MDL, this group of lawyers filed approximately seventy-five percent (75%) of them.  Since the MDL was created, the JPML has transferred another fifty (50) cases.  Of all cases currently pending in the MDL, this group of lawyers represents over sixty-five percent (65%) of them.

plaintiffs' best interests. Based on my prior experience, I am confident that this geographically diverse group of lawyers will work collaboratively and professionally to zealously represent the plaintiffs in this litigation.

Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher L. Coffin (New Orleans, LA) | Karen Barth Menzies (Los Angeles, CA) |
| (Co-Lead Counsel) | (Co-Lead Counsel) |
| | |
| J. Kyle Bachus (Denver, CO) | Benjamin Gordon (Pensacola, FL) |
| Mark R. Niemeyer (St. Louis, MO) | |

Plaintiffs' Steering Committee

| | |
|---|---|
| Gabriel Assaad (Houston, TX) | Ahmed Diab (San Diego, CA) |
| Val Exnicios (New Orleans, LA) | Steven R. Maher (Winter Park, FL) |
| Lee Ann McGartland (Fort Worth, TX) | David F. Miceli (Carrollton, GA) |
| Jim Reeves (Biloxi, MS) | Genevieve Zimmerman (Minneapolis, MN) |

Dated: October 24, 2016

Respectfully Submitted,

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Counsel for Plaintiffs*

*Kristin Anderson v. Sanofi-Aventis U.S. LLC et. al* (D.Minn. Case No. 0:16-Cv-02621)

*Robyn Hoerr v. Sanofi-Aventis U.S. LLC et. al* (D.Minn. Case No. 0:16-Cv-03154)