IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------
IN RE: TAXOTERE (DOCETAXEL)   :   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION  :

                                :   SECTION "N"(5)
--------------------------------------------------------- :

                                :   HON. KURT D. ENGELHARDT
THIS DOCUMENT RELATES TO      :
ALL CASES                         :
---------------------------------------------------------:

## APPLICATION FOR APPOINTMENT OF ANDREW A. LEMMON TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, I submit this application in support of my appointment to the Plaintiffs' Steering Committee, although I intend to apply to be liaison or co-liaison counsel, which is my preference for this litigation due to my work with the various counsel listed in the service list and my ability to work collectively with co-counsel as well as defense counsel. I have been involved in this litigation from almost its beginning and have worked with counsel that are part of the litigation. I am co-counsel on two of the early filed Taxotere permanent hair loss cases in the country, in the Eastern District of Louisiana, on behalf of Yvonne Bemiss, 16cv06425, and Wanda Smith, 16cv07734, which are part of the MDL.

I founded Lemmon Law Firm in 1996 in New Orleans and opened a second office, in St. Charles Parish, in 2000. I have now practiced law for almost 30 years after graduating with Law Review Honors from Loyola University and from the George Washington University with an LL.M. degree in Environmental Law. I serve on a number of boards and organizations, including Louisiana Bayou Keeper, Inc., Public Justice Foundation, and Reach Out America. I

also serve as a mediator, which has been a useful skill in coordinating litigation and responsibility among fellow attorneys.

After opening the firm, I earned a favorable professional reputation with the Court and the bar and was appointed as lead, liaison, or committee member of many class actions in St. Charles Parish before the Class Action Fairness Act moved most of those cases to Federal Court. In those cases, I was primarily responsible for leading the litigation through coordinating and conducting discovery, depositions, and document management, drafting and final edits of pleadings, arguing motions, writing and final edits to appellate briefs, class certification, bellwether trials, and appellate argument.  Some of the cases are: Martinez v. Dow Corporation, Baudoin v. Koch Nitrogen Company, In Re: Hydrochem Corporation; Howard v. Union Carbide Corporation (lead trial counsel to verdict and lead appellate counsel), In re: Orion Tank Fire Litigation (lead), Johnson v. Cytec Industries, Inc. (lead trial counsel and liaison) and Matherne v. Monsanto Company (lead and liaison).  I also served as lead counsel on the Louisiana state court portion of MDL 1334, In re: Managed Care Litigation, in Lakeland Anesthesia v.  United Healthcare, and coordinated that litigation with the MDL.

I have also served in MDL, derivative, and class litigation.  These include cases in the Eastern District of Louisiana such as Robertson v. Monsanto Company (lead and trial counsel to verdict), Feyler v. U.S. Unwired, Staehr v. Merck and Halpert v. Merck, Thompson v. Shaw Group, Engel v. Sexton, among others; and cases in other districts including MDL 1658, In re: Merck (derivative claim in New Jersey arising from Vioxx), and In Re: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices, and Products Liability

Litigation (MDL 2514).  I am Of Counsel to the PSC in <u>In Re: Chinese Manufactured Drywall</u> <u>Products Liability Litigation</u> (MDL 2047) and worked with the PSC and served on the Phase 1 and 2 deposition teams and science committee for <u>In Re: Oil Spill by the Oil Rig Deepwater</u> <u>Horizon in the Gulf of Mexico, On April 20, 2010</u> (MDL 2179).  Currently, I am lead discovery counsel for Subscriber Plaintiffs in <u>In Re: Blue Cross Blue Shield Antitrust Litigation</u> (MDL 2406) pending before Judge R. David Proctor in the Northern District of Alabama, coordinating with the PSC and the rest of the leadership team, working cooperatively and professionally with hundreds of lawyers from around the country on both the Plaintiffs' and Defendants' side, managing litigation costs and document and E-discovery vendors, and working carefully to keep Plaintiffs' team informed of the litigation and fairly divide work among Plaintiffs' counsel, regardless of whether they are appointed to leadership roles.

I hereby pledge to spend the significant time, energy, and resources that are required to pursue these cases and this litigation through to its conclusion, through myself and my staff.  In addition, I will work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, zealous representation, that all counsel who are willing to participate are allowed to participate, and I will maintain respectful, professional relationships with opposing counsel and this Honorable Court.

I appreciate the Court's consideration and will assist the litigation in any way that this Honorable Court deems appropriate.

Dated: October 24, 2016                    Respectfully Submitted,

                                           /s/ Andrew A. Lemmon_____

                                           ANDREW A. LEMMON (#18302)
                                           LEMMON LAW FIRM, L.L.C.
                                           P.O. BOX 904
                                           HAHNVILLE, LOUISIANA 70057
                                           (985) 783-6789 Telephone
                                           (985) 783-1333 Facsimile
                                           andrew@lemmonlawfirm.com


<u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system and I have provided notice via email to all counsel named in

the Service List, pre Pretrial Order #1.

                                           /s/ Andrew A. Lemmon_____
                                           ANDREW A. LEMMON