IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| -------------------------------------------------------- | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| -------------------------------------------------------- | : | |
| | : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO | : | |
| ALL CASES | : | |
| -------------------------------------------------------- | : | |

### APPLICATION FOR APPOINTMENT OF GABRIEL A. ASSAAD TO THE PLAINTIFFS' STEERING COMMITTEE AND NOMINATIONS FOR APPOINTMENTS

Pursuant to Pretrial Order No. 1, I submit this application in support of my appointment to the Plaintiffs' Steering Committee in In re: Taxotere (Docetacel) Products Liability Litigation. I meet the following criteria specified by the Court:

### I. Willingness and availability to commit to a time-consuming project

I have the willingness and availability to commit the time necessary to this time-consuming project. Since November 2015, Kennedy Hodges has been involved in this litigation and has spent considerable time researching the science and reviewing medical records of our clients. We currently have been retained by over 200 women that have suffered from permanent alopecia following chemotherapy. We expect that a majority of them were users of Taxotere. I and my firm have already dedicated substantial time to this litigation on behalf of women injured by Taxotere.

Additionally, I have the availability to commit to this time-consuming process. Currently, I am working on only one other MDL and have ample time to commit time to this case. In addition, I have a partner and two associates who assist me with our MDL practice. Furthermore, my firm

has ten (10) attorneys and approximately 20 staff that will be able to handle the firm's business while I commit my time to working on the Taxotere litigation.

## II.   Ability to work cooperatively with others

I have the ability to work cooperatively with others on this litigation. I have worked with many of the individuals filing applications in this matter. I have been working with many lawyers across the country (including the firm that filed the first case) to coordinate this litigation prior to the formation of the MDL. I have worked cooperatively with those lawyers who filed papers and argued for centralization before the JPML in the Eastern District of Louisiana. In addition, since November 2015, I have attended meetings and telephone conferences with many of the attorneys that will be pursuing a position on the Taxotere litigation.

Furthermore, in the Bair Hugger litigation, I am working cooperatively with all the members on the PSC and committees. As the attorney who filed the first Bair Hugger case, I have used the years of knowledge from litigating the case to directly assist the co-leads, the executive committee members, as well as the committee members. In addition, I have assisted many of the Plaintiff's lawyers that have filed cases in the Bair Hugger litigation with their questions regarding issues from the status of the litigation to the criteria for filing a case. I strongly believe that the ability to work cooperatively and communicate with others is the PSC's duty to the other attorneys who represent clients in the MDL.

## III.   Professional experience in this type of litigation

I have the professional experience for this type of litigation. I have a degree in Mechanical Engineering and have been involved in product liability and medical malpractice litigation for over thirteen years. I have tried over 15 medical malpractice and product liability cases to verdict. In addition, I have argued in front of the District of Columbia Court of Appeals and the Supreme

Court of Virginia on numerous occasions. I am very familiar with the Federal Rules of Civil Procedure and Evidence and have taken hundreds of depositions in my career. Furthermore, I am currently the chair of the science committee and a member of the discovery, third party discovery, and bellwether committees in the *In re: Bair Hugger Litigation*.

Kennedy Hodges, LLP and/or its partners have also been involved in the following MDLs, among others not listed here: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation; Vioxx Products Liability Litigation; Mirapex Products Liability Litigation - associated counsel; Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation - associated counsel; DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation – associated counsel and attorney in charge; Xarelto Products Liability Litigation – Science Committee; Bair Hugger Forced Air Warming Device Products Liability Litigation – Plaintiffs' Executive Committee/Plaintiffs' Steering Committee

### IV.    Willingness to commit the necessary resources to pursue this matter

My firm will commit the necessary resources to pursue this matter. Kennedy Hodges has a national practice in Wage and Hour litigation (class and collective actions), Mass Torts (MDLs), and Personal Injury (single events). The firm consists of ten attorneys and approximately 20 staff members. Not only do we have the financial resources to assist in the funding of this litigation, we have numerous attorneys and staff members to assist me in the furtherance of the representation of the women who have been injured by Taxotere.

### V.    Filed a civil action that has been made part of this MDL

On April 27, 2016, I filed one of the first Taxotere permanent hair loss cases in the country in the Northern District of Texas, (Kimberly Free v. Sanofi S.A. et al., Northern District of Texas,

16-cv-00074).  In addition, I have also filed a case in the District of South Carolina (Pearl Mitchell v. Sanofi S.A. et al., District of South Carolina, 16-cv-02843, filed 8/15/2016).

## NOMINATIONS FOR APPOINTMENTS

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below.  Each lawyer I am nominating committed himself or herself to this litigation prior to the formation of this MDL, filed a case in federal court prior to the formation of this MDL and has a case or cases currently pending in this MDL. As reflected in the individual applications, each has the experience and skill set necessary to effectively promote the plaintiffs' best interests.

Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher L. Coffin (New Orleans, LA) | Karen Barth Menzies (Los Angeles, CA) |
| (Co-Lead Counsel) | (Co-Lead Counsel) |
| | |
| J. Kyle Bachus (Denver, CO) | Benjamin Gordon (Pensacola, FL) |
| Mark Niemeyer (St. Louis, MO) | |

Plaintiffs' Steering Committee

| | |
|---|---|
| Gabriel Assaad (Houston, TX) | Ahmed Diab (San Diego, CA) |
| Val Exnicios (New Orleans, LA) | Steven R. Maher (Winter Park, FL) |
| Lee Ann McGartland (Fort Worth, TX) | David F. Miceli (Carrollton, GA) |
| Jim Reeves (Biloxi, MS) | Genevieve Zimmerman (Minneapolis, MN) |

I appreciate the Court's consideration and look forward to assisting in any way that this Honorable Court deems appropriate.

Dated: October 24, 2016                                      Respectfully Submitted,

                                                             /s/ Gabriel A. Assaad
                                                             Gabriel A. Assaad
                                                             Kennedy Hodges, LLP
                                                             4409 Montrose Blvd., Suite 200
                                                             (713) 532-0001 tel
                                                             (713)523-1116 fax

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM / ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of this document was served on all counsel listed on the counsel service list attached to Pre-Trial Order No. 1 and designated as Schedule B

/s/ Gabriel A. Assaad