IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------
IN RE: TAXOTERE (DOCETAXEL)         :     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION       :                      :
                                    :     SECTION "N"(5)
----------------------------------------------------------  :
                                    :     HON. KURT D. ENGELHARDT
THIS DOCUMENT RELATES TO            :
     ALL CASES                      :
----------------------------------------------------------  :

## APPLICATION FOR APPOINTMENT OF BEN W. GORDON, JR. TO THE PLAINTIFFS' STEERING COMMITTEE AND NOMINATIONS FOR APPOINTMENTS

Pursuant to Pretrial Order No. 1, I submit this application in support of my appointment to the Plaintiffs' Steering Committee ("PSC"), as a member of the Plaintiffs' Executive Committee ("PEC"). My more than twenty-two years experience in mass tort, pharmaceutical and medical device products liability litigation, combined with my extensive involvement in Taxotere cases prior to the formation of this MDL, and my willingness to dedicate the necessary time and resources to this case, qualify me for this position.

Together with Chris Coffin, Kyle Bachus, Darin Schanker, and the McGartland Law Firm, I have been actively involved in litigating numerous Taxotere cases in multiple venues throughout the United States since this litigation began in December 2016. Further, I have been one of the key plaintiffs' counsel helping to frame the national litigation strategy on behalf of all plaintiffs nationwide since that time. I have collaborated with dozens of lawyers across the country to coordinate this litigation prior to the formation of the MDL, and I worked cooperatively with those lawyers who filed papers and argued for centralization in this Court before the JPML, including Sanofi-Aventis's national defense counsel and those plaintiffs' lawyers who supported consolidation in the Eastern District of Louisiana. In addition, I have

dedicated a significant amount of my time and resources to educating many of my colleagues in the plaintiffs' bar about the Taxotere cases by presenting on this topic at numerous legal education conferences since early 2016.  Moreover, I have recently helped coordinate and lead multiple meetings of plaintiffs' counsel who have been litigating Taxotere cases throughout the country, to ensure the Court's directives in PTO No. 1 are addressed.

I have been handling mass tort and MDL matters since 1992, when I first worked with my law partner Mike Papantonio on MDL 926, *In Re: Silicone Gel Implant Products Liability Litigation*, before the Honorable Sam C. Pointer.  Since that time, I have focused my law practice almost exclusively on healthcare-related legal issues relating to pharmaceutical and medical device cases including diet-drug litigation, Rezulin litigation, Renu Contact Lens Solution cases, Accutane litigation,  and Sulzer Hip Implant Litigation, to name just a few older examples.

A few of the more recent, relevant examples of my mass tort MDL appointments are set forth immediately below:

*Co-Lead Counsel:*   MDL 2666, In Re: BairHugger Forced Air Warming Products Liability Litigation, Hon. Joan Ericksen.

*Co-Lead Counsel:*   MDL 2441, In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation, Hon. Donovan Frank.

*Plaintiffs' Executive Committee:*   MDL 2197, In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation, Hon. David Katz (deceased) (now Hon. Jeffrey Helmick);

*Plaintiffs' Steering Committee:*   MDL 2047, In Re: Chinese-Manufactured Drywall Products Liability Litigation, Hon. Eldon Fallon.

*State Law Committee:* MDL 2406, In Re: Blue Cross/Blue Shield Antitrust Litigation, Hon. R. David Proctor.

These leadership appointments and experiences, among others, have helped me to develop advanced legal knowledge and skills necessary to efficiently collaborate with PSC members and to help manage an MDL case of this magnitude, together with key colleagues, including Chris Coffin, Karen Menzies, Kyle Bachus, Mark Niemeyer, as well as others. The Court should take into account, during the many months leading up to the creation of this MDL, the conscientious and devoted leadership demonstrated by this group, and particularly by Chris Coffin of New Orleans. Mr. Coffin and the other nominees below, who have been charting the course for this MDL for many months, have the unwavering support of me and my law firm and numerous other lawyers and plaintiffs around the country, as we believe their stewardship will steer this case on a steady and unswerving course toward resolution.

I personally intend to continue to commit significant time, energy and resources to these cases, this Court, and to this MDL. I herewith pledge to dedicate myself to engage in substantial and meaningful work that will contribute to the parties' and the Court's ability to effectively and efficiently move this litigation toward resolution. In addition, the Court can trust that I will work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, and dedicated representation, and I will maintain respectful, professional relationships with opposing counsel and this Honorable Court.

I appreciate the Court's consideration and look forward to assisting in any capacity this Honorable Court deems appropriate.

## NOMINATIONS FOR APPOINTMENTS

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below. Each lawyer I am nominating <u>committed himself or herself to this litigation *prior to the formation of this MDL*</u>, <u>filed one or more cases in federal court *prior to the formation of this MDL*</u> <u>and has a case or cases currently pending in this MDL.</u>[1] As reflected in the individual applications, each has the experience, skills, and dedication needed to effectively promote the plaintiffs' best interests. Based on my prior experience, I am confident this diverse group of lawyers will work collaboratively and professionally to represent the plaintiffs in this litigation.

### Plaintiffs' Executive Committee

Christopher L. Coffin (New Orleans, LA)  
(Co-Lead Counsel)

Karen Barth Menzies (Los Angeles, CA)  
(Co-Lead Counsel)

J. Kyle Bachus (Denver, CO)  
Mark Niemeyer (St. Louis, MO)

Benjamin Gordon (Pensacola, FL)

### Plaintiffs' Steering Committee

Gabriel Assaad (Houston, TX)  
Val Exnicios (New Orleans, LA)  
Lee Ann McGartland (Fort Worth, TX)  
Jim Reeves (Biloxi, MS)

Ahmed Diab (San Diego, CA)  
Steven R. Maher (Winter Park, FL)  
David F. Miceli (Carrollton, GA)  
Genevieve Zimmerman (Minneapolis, MN)

Dated: October 24, 2016

Respectfully Submitted,

/s/ Ben W. Gordon, Jr.
FL Bar No. 882836
Levin Papantonio, et al.
316 S. Baylen St.
Pensacola, Florida 32502
(850) 432-7274

---

[1] Of the thirty-three (33) cases filed prior to the formation of this MDL, this group of lawyers filed approximately seventy-five percent (75%) of them. Since the MDL was created, the JPML has transferred another fifty (50) cases. Of all cases currently pending in the MDL, this group of lawyers represents over sixty-five percent (65%) of them.