# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) MDL NO. 2740 | MDL NO. 2740 |
| This Document Relates to All Cases | Honorable Judge Kurt D. Engelhardt |

## APPLICATION OF DANIEL P. MARKOFF FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

In accordance with the Court's approval of the proposed briefing schedule submitted at the Initial Status Conference held on October 13, 2016, Daniel P. Markoff ("Markoff"), of the Atkins & Markoff Law Firm, ("Atkins & Markoff") respectfully submits this application for appointment to the Plaintiffs' Steering Committee ("PSC") of MDL 2740.  In support of such application, Markoff would show:

Atkins & Markoff is the law firm of record of one case currently pending in this MDL, and Markoff is the principal partner managing the firm's Taxotere cases.  Atkins & Markoff currently represents over three hundred and fifty (350) women who have suffered injuries associated with their use of Taxotere and is committed to working towards the common benefit of not only its claimants, but all litigants.

Atkins & Markoff has a qualified team ready to devote all necessary resources required to prosecute these cases successfully.  Markoff is personally available to provide his time, expertise, and resources to work professionally and cooperatively with others on this litigation.  If selected to serve on the PSC, Markoff will make this litigation his primary focus, as it has been for the past year.

Markoff is the founding partner of Atkins & Markoff, a firm which is twenty years old this month.  Markoff graduated from Oklahoma City University School of Law in 1992 and was the recipient of the Raymond D. Naifeh Judicial Clerkship.  Markoff is a lawyer in good standing of the State Bar of Oklahoma and is admitted to practice in the Western District of Oklahoma.

Markoff began his legal career working on Silicone Breast Implant Litigation.  Markoff filed, litigated and settled dozens of cases prior to the formation of In Re:  Silicone Gel Breast Implant Products Liability Litigation (MDL 926).  Once the MDL was formed, the firm participated in the MDL and eventually resolved over 600 Breast Implant cases and still represents over 100 women in the Dow Corning Trust (SF-DCT).  Atkins & Markoff filed one of the first Fen-Phen lawsuits in the country, Freeman Ronnie, Individually, vs. Shlinke, Steven D, MD., et al.  No. CJ-1997-4892.  The case was litigated for 3 years, and among others, settled outside of In re Diet Drugs (Phentermine | Fenfluramine | Dexfenfluramine) Products Liability Litigation, MDL No. 1203 (E.D. Pa.).  Atkins & Markoff also represented dozens of clients who recovered through MDL 1203.

Over the past 20 years, Markoff, and Atkins & Markoff, have worked on dozens of pharmaceutical mass torts, including, Vioxx, Risperdal, Propecia, Actos, GranuFlo, Invokana, Avandia, Fluroquinolones and Actos.  Markoff was heavily involved in Yaz Litigation, representing over 100 women, whose cases were settled directly with Bayer Pharmaceuticals, or through settlements facilitated by MDL 2100 - Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation.

Markoff was co-counsel in Fowler, Maurice vs. Janssen Ortho LLC et al., No. CJ-2009-519.  This case involved a thirty-four year old man who committed suicide while using the drug Topomax to treat migraine headaches.  The primary allegation in the case was that the

manufacturer of Topomax failed to adequately warn that the drug caused a higher risk of suicidal behavior and suicidal ideation.  The case was litigated for five years and eventually settled just before trial.  The Taxotere cases are similar in that these cases also center on failure to warn claims.

Markoff was lead counsel on Starks Williams Lynn et al., vs.  Heartland Manufacturing et al., No. CJ-1997-3602.   This case involved a three year old girl who was strangled to death in a negligently constructed bunk bed.  The case was settled prior to trial; however, in addition to a monetary settlement, the case also changed the laws regarding how bunk beds are constructed in Oklahoma and nationwide.  Markoff has also worked on hundreds of non-pharmaceutical cases that have resolved at various stages of litigation.

Atkins & Markoff is willing to contribute to every phase of the litigation process, through financial commitments and attorney work-product and involvement.  Based on the foregoing, Daniel P. Markoff respectfully requests that this Court appoint him to the Plaintiffs' Steering Committee.

Respectfully submitted,

    s/Daniel P. Markoff
Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Ste. 104
Oklahoma City, Oklahoma 73120
(405) 607-8757 (Telephone)
(405) 607-8749 (Facsimile)
dmarkoff@AtkinsAndMarkoff.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Blvd, 6th Floor
El Segundo, CA 90245
(510) 350-9240
kbm@classlawgroup.com

Eric H. Gibbs
ehg@classlawgroup.com
Amy M. Zeman
amz@classlawgroup.com
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, CA 94612
**Attorney for Plaintiff, Collins, Valesta**

Normal E. Siegel
siegel@stuevesiegel.com
Todd Hilton
hilton@stuevesiegel.com
Lisa Joyce
joyce@stuevesiegel.com
Abby McClelland
mcclellan@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
**Attorneys for Plaintiff Collins, Valesta**

Jon Strongman
jstrongman@shb.com
Eric Anthony Swan
eswan@shb.com
Harley Victor Ratliff
hratliff@shb.com
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Fax: (816) 421-5547
**Attorneys for Defendant Sanofi, SA, et al**

Anna Dubrovsky
anna@dubrovskylawyers.com
Anna Dubrovsky Law Group, Inc.
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 746-1477
**Attorney for Plaintiff Dodson, Ami**

Darin Lee Schanker
dschanker@coloradolaw.net
Jere Kyle Bachus
Kyle.bachus@coloradolaw.net
Bachus and Schanker LLC
1899 Wynkoop Street, Suite700
Denver, CO 80202
(303) 893-9800
**Attorneys for Plaintiff Dodson, Ami**

Darin Lee Schanker
Bachus & Schanker, LLC-Denver
1899 Wynkoop Street, Suite 700
Denver, CO 80202
(303) 893-9800
dschanker@coloradolaw.net
**Attorneys for Plaintiff Gahan, Kelly**

Jere Kyle Bachus
kyle.bachus@coloradolaw.net
Bachus & Schanker, LLC-Denver
1899 Wynkoop Street, Suite 700
Denver, CO 80202
(303) 893-9800
**Attorneys for Plaintiff Gahan, Kelly**
**Attorneys for Plaintiff Leith, Melissa F.**
**Attorney for Bemiss, Yvonne**
**Attorney for Detrixhe, Karen**
**Attorney for Carson, Hattie**
**Attorney for Plaintiff Smith, Wanda**
**Attorney for Meyers, Monica**
**Attorney for Adams, Christa**
**Attorney for Free Kinberly**


Peter J. Flowers pjf@meyers-flowers.com
Brian J. Perkins
bjp@meyers-flowers.com
Kimberly Brancato
kb@meyers-flowers.com
Frank V. Cesarone
fvc@meyers-flowers.com
Meyers & Flowers, LLC
3 North Second Street , Suite 300
St. Charles, IL 60174
(630) 232-6333
**Attorneys for Plaintiff Wysocki, Theresa**

Michelle L. Kranz
michelle@toledolaw.com
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
(419) 841-9623
**Attorney for Plaintiff Johnson, Renita**

Peter J. Flowers
pjf@meyers-flowers.com
Meyers & Flowers, LLC
3 North Second Street , Suite 300
St. Charles, IL 60174
(630) 232-6333

**Attorney for Plaintiff, Pistone, Christine**

David M. Hundley
dmh@hundleylaw.com
Hundley Law Group
1620 W. Chicago Ave., Ste 307
Chicago, IL 60622
(312) 212-3343
**Attorney for Plaintiff Spann, Erma**

Christopher L. Coffin
ccoffin@pbclawfirm.com
Nicholas Ryan Rockforte
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
24110 Eden Street, Drawer 71
Plaquemine, LA  70765
(225) 687-6396
**Attorney for Plaintiff Spann, Erma**

David M. Hundley
dmh@hundleylaw.com
Pendley, Baudin & Coffin, LLP
1620 W. Chicago Ave., Ste 307
Chicago, IL 60622
(312) 212-3343
**Attorney for Plaintiff Traylor, Linda**

Christopher L. Coffin
ccoffin@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 355-0086
**Attorney for Plaintiff Traylor, Linda**

Trent Miracle
tmiracle@simmonsfirm.com
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
(618) 259-2222
**Attorney for Plaintiff Chase, Mary**

Mark R. Niemeyer
niemeyer@ngklawfirm.com
Michael S. Kruse
kruse@ngklawfirm.com
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919
**Attorneys for Plaintiff Dalton, Barbara**

Molly Leigh McIntosh Troutman
Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
704-998-4074
Fax: 704-998-4051
molly.jagannathan@troutmansanders.com
**Attorney for Defendant Sanofi, SA, et al**

Mark R. Niemeyer
niemeyer@ngklawfirm.com
Michael S. Kruse
kruse@ngklawfirm.com
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919
**Attorneys for Plaintiff, Koontz, Debra**

David D. Burkhead
david@burkheadlaw.com
The Law Office of David Burkhead
P.O. Box  23243
Overland Park, KS 66283
(913) 953-0464
**Attorney for Detrixhe, Karen**

Christopher L. Coffin
ccoffin@pbclawfirm.com
Jessica A. Perez
jperez@pbclawfirm.com
Nicholas Ryan Rockforte
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 355-0086
**Attorneys for Plaintiff Bemiss, Yvonne**

Andrew Allen Lemmon
andrew@lemmonlawfirm.com
Lemmon Law Firm
15058 River Rd.
PO Box 904
Hahnville, LA 70057
(985) 783-6789
**Attorney for Plaintiff Bemiss, Yvonne**

James B. Irwin , V
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504-310-2100
Email: jirwin@irwinllc.com
**Attorney for Defendant Sanofi, SA, et al**

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504-310-2100
**Attorney for Defendant Sanofi, SA, et al**

Kelly E. Brilleaux
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
**Attorney for Defendant Sanofi, SA, et al**

Christopher L. Coffin
ccoffin@pbclawfirm.com Jessica A.
Perez jperez@pbclawfirm.com
Nicholas Ryan Rockforte
nrockforte@pbclawfirm.com Pendley,
Baudin & Coffin, LLP 1515 Poydras
Street, Suite 1400 New Orleans, LA
70112
(504) 355-0086
**Attorney for Plaintiff Smith, Veronica**
**Attorneys for Plaintiff Smith, Wanda**
**Attorney for Plaintiff Walter, Alma**

Val Patrick Exnicios
vpexnicios@exnicioslaw.com Liska,
Exnicios & Nungesser 1515 Poydras St.
Suite 1400
New Orleans, LA 70112 (504) 410-
9611
**Attorney for Plaintiff Smith, Veronica**

Andrew Allen Lemmon
andrew@lemmonlawfirm.com
Lemmon Law Firm
15058 River Rd.
PO Box 904
Hahnville, LA 70057
**Attorney for Plaintiff Smith, Wanda**

Darin Lee Schanker
dschanker@coloradolaw.net
Jere Kyle Bachus
Kyle.bachus@coloradolaw.net
Bachus and Schanker LLC
1899 Wynkoop Street, Suite700
Denver, CO 80202
(303) 893-9800
**Attorney for Plaintiff Walter, Alma**

Christopher L. Coffin
ccoffin@pbclawfirm.com
Jessica A. Perez
jperez@pbclawfirm.com
Nicholas Ryan Rockforte

nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 355-0086
**Attorney for Webb, Carol**
**Attorney for Burney, Brenda**

Timothy J. Becker
tbecker@johnsonbecker.com
Michael K. Johnson
mjohnson@johnsonbecker.com
Peter C. Snowdon
psnowdon@johnsonbecker.com
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
(612) 436-1800
**Attorneys for Plaintiff Touchi-Peters, Karen**
Michael P. McGartland
mike@mcgartland.com
MCGARTLAND LAW FIRM, PLLC
1300 South University, Suite 500 Fort Worth, TX 76107
(817) 332-9300
**Attorney for Plaintiff Carpenter, Homer**

Mark J. Goldberg
COSMICH, SIMMONS & BROWN,
PLLC - Jackson P. O. Box 22626 One Eastover Center
100 Vision Drive, Suite 200 (39211)
Jackson, MS 39225-2626 601/863-2100
Fax: 601/863-0078
Email: markgoldberg@cs-law.com
**Attorney for Defendant Sanofi, SA, et al**

Michael P. McGartland
mike@mcgartland.com
MCGARTLAND LAW FIRM, PLLC
1300 South University, Suite 500
Fort Worth, TX 76107
(817) 332-9300
**Attorney for Chase, Florine**
**Attorney for Grines, Hattie B**
**Attorney for Jones, Angela**
**Attorney for Tolefree, Christine**

Daniel Kent Bryson
dan@wbmllp.com
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
**Attorneys for Plaintiff Mottola, Kathy**

Darin Lee Schanker
dschanker@coloradolaw.net
Jere Kyle Bachus
Kyle.bachus@coloradolaw.net
Bachus and Schanker LLC
1899 Wynkoop Street, Suite700 Denver, CO 80202
(303) 893-9800
**Attorneys for Plaintiff Mottola, Kathy**

Molly Leigh McIntosh Troutman Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
704-998-4074
Fax: 704-998-4051
Molly.jagannathan@troutmansanders.com
**Attorney for Defendant Sanofi, SA, et al**

Daniel Kent Bryson
dan@wbmllp.com
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
**Attorney for Wood, Delight**

Darin Lee Schanker
dschanker@coloradolaw.net
Jere Kyle Bachus
Kyle.bachus@coloradolaw.net
Bachus and Schanker LLC
1899 Wynkoop Street, Suite700
Denver, CO 80202
(303) 893-9800
**Attorneys for Wood, Delight**

Ned C. Gold , Jr.
gold@neo-lawgroup.com
Thomas D. Lambros tdlambros@gmail.com
Ford, Gold, Kovoor & Simon
8872 East Market Street Warren, OH 44484
(330) 856-6888
**Attorney for Carson, Hattie**

Joshua A. Klarfeld
Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7192
Fax: 216-583-7193
Email: jklarfeld@ulmer.com
**Attorney for Defendant Sanofi, SA, et al**

Elizabeth Middleton Burke
bburke@rpwb.com
Christiaan A Marcum
cmarcum@rpwb.com
H Blair Hahn bhahn@rpwb.com
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd, Bldg A.
PO Box 1007
Mt Pleasant, SC 29465
(843) 727-6500
**Attorney for Plaintiff, Clinkscales, Jennifer**

Christopher L. Coffin
ccoffin@pbclawfirm.com
Pendley Baudin and Coffin
24110 Eden Street
Plaquemine, LA 70765
**Attorney for Plaintiff, Clinkscales, Jennifer**

Keith D Munson
Womble Carlyle Sandridge and Rice PO Box 10208
Greenville, SC 29603
864-255-5400
Fax: 864-255-5440
Email: kmunson@wcsr.com
**Attorney for Defendant Sanofi, SA, et al**

Elizabeth Middleton Burke
bburke@rpwb.com
Christiaan A Marcum cmarcum@rpwb.com
H Blair Hahn bhahn@rpwb.com
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd, Bldg
A. PO Box 1007
Mt Pleasant, SC 29465 (843) 727-6500
**Attorney for Meyers, Monica**

Jennifer K. O'Connell
joconnell@easttennlaw.com
Ogle, Elrod, & Baril PLLC
706 Walnut Street, Suite 700
Knoxville, TN 37902
(865) 546-1111
**Attorney for Adams, Christa**

Crews Townsend
Miller & Martin
832 Georgia Avenue
Suite 1000, Volunteer Building
Chattanooga, TN 37402-2289
Email: ctownsend@millermartin.com
**Attorney for Defendant Sanofi, SA, et al**

Meredith Corey Lee
Miller & Martin, PLLC (Chattanooga)
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, TN 37402
423-785-8289
Email:
meredith.lee@millermartin.com
**Attorney for Defendant Sanofi, SA, et al**

Gabriel A. Assaad
gassaad@kennedyhodges.com
Kennedy Hodges LLP
711 W Alabama St Houston, TX 77006
(713) 523-0001
**Attorney for Free Kinberly**

Grant D. Blaies

grantblaies@bhilaw.com
Blaies & Hightower, L.L.P.
421 W. 3rd Street, Suite 900
Fort Worth, TX  76102 (817) 334-0800
**Attorney for Gorniak, Alina**

Christopher L. Coffin
ccoffin@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 355-0086
**Attorney for Gorniak, Alina**

Michael P. McGartland
mike@mcgartland.com
McGartland Law Firm,
PLLC 1300 South University,
Suite 500 Fort Worth, TX 76107
(817) 332-9300
**Attorney for Gorniak, Alina**

     s/Daniel P. Markoff
Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Ste. 104
Oklahoma City, Oklahoma 73120
(405) 607-8757 (Telephone)
(405) 607-8749 (Facsimile)
dmarkoff@AtkinsAndMarkoff.com