Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Lila Razmara, Esq., SBN: 269779
lr@andrewsthornton.com
**ANDREWS THORNTON HIGGINS RAZMARA, LLP**
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (949) 748-1000
Facsimile: (949) 315-3540

Michael Louis Kelly (SBN 82063)
mlk@kirtlandpackard.com
Behram V. Parekh (SBN 180361)
bvp@kirtlandpackard.com
Ruth Rizkalla (SBN 224973)
rr@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** <br><br> **Hon. Kurt D. Engelhardt** |
| THIS DOCUMENT RELATES TO: <br><br> *Shirley Hanes v. Sanofi S.A., et al.* <br> Case No. 2:16-cv-15499 | **NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Anne Andrews of Andrews Thornton Higgins Razmara, LLP at 2 Corporate Park, Suite 110, Irvine, CA 92606, hereby Associates as counsel with KIRTLAND & PACKARD, LLP, 2041 Rosecrans Ave., Third Floor, El Segundo, CA 90245 on behalf of Plaintiffs, *SHIRLEY HANES*, *et al.*, in the above-captioned action. All pleadings and other papers served on *SHIRLEY HANES*, *et al. (2:16-cv-15499)* should also be directed to the attention of Anne Andrews of Andrews Thornton Higgins Razmara, LLP at:

> Anne Andrews, Esq., SBN 103280
> **ANDREWS THORNTON**
> **HIGGINS RAZMARA, LLP**
> 2 Corporate Park, Suite 110
> Irvine, CA 92606
> Telephone: (949) 748-1000
> Fax: (949) 315-3540
> aa@andrewsthornton.com

Dated: October 24, 2016                     */s/ Anne Andrews*
                                                            Anne Andrews (CA SBN. 103280)
                                                            John C. Thornton
                                                            Lila Razmara
                                                            **ANDREWS THORNTON**
                                                            **HIGGINS RAZMARA, LLP**
                                                            2 Corporate Park, Suite 110
                                                            Irvine, California 92606
                                                            Phone: (949) 748-1000
                                                            Facsimile: (949) 315-3540

                                                            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2016, I electronically filed the **NOTICE OF ASSOCIATION OF COUNSEL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the e-mail addresses denoted in the Electronic Mail Notice List on Pacer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California, this 24th day of October, 2014.

By:  */s/ Anne Andrews*
     ANNE ANDREWS