**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION                                          SECTION: N (5)

THIS DOCUMENT RELATES TO:
ALL CASES

**APPLICATION FOR APPOINTMENT OF FREDERICK B. DARLEY, III AND**
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
**TO PLAINTIFFS' STEERING COMMITTEE**

Pursuant to the Court's Order of October 13, 2016, I, Frederick B. Darley, III, seek appointment to the Plaintiffs' Steering Committee and in support of this Application, I submit the following:

I am a graduate of Auburn University (B.A.) and the Cumberland School of Law (J.D.) at Samford University in Birmingham, Alabama.  I am licensed in the State of Alabama (2011) and admitted to practice in the United States District Court for the Middle District of Alabama.  As an attorney in Beasley Allen's Mass Torts section, my practice is devoted exclusively to representing plaintiffs in pharmaceutical and medical device litigation.  Our Mass Torts section currently consists of thirty-four (34) attorneys and eighty-five (85) support staff members.

Over the past five (5) years, I have played a significant role in litigating Beasley Allen cases in *In re:  Boston Scientific Pelvic Repair System Products Liability Litigation*, MDL No. 2326, *In Re:  Ethicon, Inc. Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and *In re: C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL No. 2187. I have also been involved in litigating our firm's Risperdal cases.  My duties have included deposing numerous treating physicians as well as sales representatives.  I have also deposed a number of expert witnesses in the transvaginal mesh and Risperdal litigations, including general

and case-specific experts. Additionally, I played a major role in responding to dispositive motions in our transvaginal mesh litigation. Throughout my work in pharmaceutical litigation, I have demonstrated the ability to work cooperatively with other lawyers in complex litigation. I have sufficient knowledge of the issues underlying the Taxotere litigation and am willing to commit both the time and the resources necessary to see this litigation through to a successful conclusion.

Additionally, Beasley Allen has extensive experience handling complex litigation, in particular drug/device product liability litigation. Beasley Allen has seventy-five (75) lawyers and over two hundred (200) support staff. We are currently heavily involved in the talcum powder litigation, representing numerous women who have been diagnosed with ovarian cancer. To date, we have been co-lead counsel in two jury trials obtaining verdicts of $72 million and $55 million and a third jury trial which is currently underway in St. Louis. We have also represented the States of Arkansas, Kansas, Mississippi, South Carolina, Hawaii, Alabama, Utah, and Louisiana against seventy-five (75) pharmaceutical companies for Medicaid fraud. Our firm was selected to represent these states based on our successful track record in handling complex litigation, especially in the area of product liability involving pharmaceutical products and medical devices.

Beasley Allen lawyers have served on numerous MDLs in courtrooms across the United States, including *In re: Xarelto Products Liability Litigation*, MDL No. 2592 (Co-Lead Counsel); *In re: Vioxx Products Liability Litigation*, MDL No. 1657 (Co-Lead Counsel); *In re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545; *In re: Toyota Motor Corp., Unintended Acceleration Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2151; *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179; *In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*, MDL No. 1699; *In re: Reciprocal of America (ROA) Sales Practices Litigation*, MDL

No. 1551; *In re: American General Life and Accident Co. Industrial Insurance Litigation*, MDL No. 1429; *In re: Dollar General Corp. Fair Labor Standards Litigation*, MDL No. 1635; *In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342; *In re: Fosamax Products Liability Litigation*, MDL No. 1789; *In re: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II)*, MDL No. 2243; *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL No. 2197; *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244; *In re: Biomet M2A Magnum Hip Implant Products Liability Litigation*, MDL No. 2391; *In re: American Medical Systems, Inc. Pelvic Repair System Products Liability Litigation*, MDL No. 2325; *In re: Boston Scientific Pelvic Repair System Products Liability Litigation*, MDL No. 2326; *In Re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation*, MDL No. 2327; *In re: C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation, MDL No. 2187*; *In re: Prempro Product Liability Litigation*, MDL No. 1507; and *In re: Actos (Pioglitazone) Products Liability Litigaiton*, MDL No. 2299.  Beasley Allen has the experience and knowledge to successfully contribute to major complex litigation such as this Taxotere MDL and is eager to serve.

My firm will commit the time and resources necessary to prosecute this litigation.  Beasley Allen currently has one case on file in this Court, *Woodgett, et al. v. Sanofi S.A., et al.*, Case No. 2:16-cv-15491.  Beasley Allen has also filed an additional case, *Phyllis Batie, et al. v. Sanofi S.A., et al.*, Case No. 2:16-cv-00832-WKW-SRW, currently pending in the United States District Court for the Middle District of Alabama and awaiting transfer to this Court.  Within the next few weeks, we anticipate filing several more Taxotere cases.  We also have a number cases under evaluation.  Our firm has already committed substantial resources to this litigation, and we are prepared to

continue to do so until it is resolved.  If appointed to the Taxotere PSC, I will work cooperatively with all plaintiff counsel to ensure the best outcome for the overall litigation.

Dated: October 24, 2016                    Respectfully Submitted,

                                           /s/Frederick B. Darley, III
                                           Frederick B. Darley, III
                                           Andy D. Birchfield, Jr.
                                           **BEASLEY, ALLEN, CROW, METHVIN,
                                           PORTIS & MILES, P.C.**
                                           P.O. Box 4160
                                           234 Commerce Street
                                           Montgomery, AL 36103 (36104)
                                           (334) 269-2343 – Phone
                                           (334) 954-7555 – Fax
                                           Beau.Darley@BeasleyAllen.com
                                           Andy.Birchfield@BeasleyAllen.com
                                           ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

                                           /s/Frederick B. Darley, III
                                           Frederick B. Darley, III
                                           **BEASLEY, ALLEN, CROW, METHVIN,
                                           PORTIS & MILES, P.C.**