IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO ALL CASES | HON. KURT D. ENGELHARDT |

**APPLICATION FOR APPOINTMENT OF LEE ANN MCGARTLAND
TO THE PLAINTIFFS' STEERING COMMITTEE
AND NOMINATIONS FOR ADDITIONAL APPOINTMENTS**

This application in support of my appointment to the Plaintiffs' Steering Committee and Nominations for Additional Appointments is filed pursuant to Pretrial Order No. 1 entered by the Court on or about October 13, 2016. My education and experience, as well as my extensive involvement in the Taxotere litigation to date, qualify me for a Plaintiffs' Steering Committee position.

On April 20, 2016, my firm filed one of the first Taxotere cases in the country, *Angela Jones v. Sanofi, S.A., et al.* in the United States District Court for the Southern District of Mississippi. Since that time, I have filed and been responsible for litigating several other Taxotere cases which have now been consolidated in the instant MDL before this Honorable Court. Over the past year, I have devoted considerable time and resources educating myself as well as collaborating with other counsel about the issues involved in this litigation. I have participated in numerous out-of-state meetings with other counsel and have presented on Taxotere issues at three (3) national conferences. Additionally, I have worked with other

1

attorneys, nationally, to coordinate preliminary matters in this litigation including the filing of pleadings and arguments before the JPML.

I believe my education and experience qualify me to serve on the Plaintiffs' Steering Committee in this litigation. I have been licensed to practice law in the State of Mississippi since 1995. Over the past eleven (11) years, 100% of my practice has been devoted to plaintiffs' mass actions involving pharmaceutical product, medical device and toxic tort litigation including, but not limited to, litigation involving DePuy Hip Implants. Actos, Stryker Hip Implants, Transvaginal Mesh, Yaz/Yasmin, Bair Hugger Warming Blankets and Smith & Nephew Hip Implants. Earlier this year, the United States District Court for the District of Minnesota, appointed me to the *In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation* Plaintiffs' Steering Committee, and I currently serve as Co-chair of the Law and Briefing Committee. My firm is also involved on the Plaintiffs' Steering Committees of the *Stryker Hip Implant Litigation* and *Blue Cross Blue Shield Antitrust Litigation* in which I have been closely involved and devoted considerable time. Additionally, the first ten (10) years of my practice was spent as a defense attorney involving medical malpractice and pharmaceutical product defense which provided unique experience and knowledge in these areas.

My involvement and commitment to the plaintiffs represented in this litigation will continue as it has for the previous year. I represent to this Court that I will devote significant time and resources to advance the plaintiffs' interests in this matter and will do so in a professional, cooperative manner. Accordingly, I ask this Court's consideration for a position on the Plaintiffs' Steering Committee.

## NOMINATIONS FOR APPOINTMENTS

I respectfully nominate the following individuals for the positions set forth below pursuant to Pretrial Order No. 1. Each of the attorneys identified below filed a Taxotere case prior to the formation of this MDL and represent approximately 65% of all cases currently consolidated before this Court.[1] These geographically-diverse attorneys have demonstrated a commitment to this litigation as well as a willingness to communicate and cooperate with other counsel to advance this litigation. Each of these individuals has the experience and knowledge to protect and advance the plaintiffs' interests in this matter. Consequently, I hereby nominate the following individuals for the positions indicated:

### Plaintiffs' Executive Committee

Christopher L. Coffin (New Orleans, LA)  
(Co-Lead Counsel)

Karen Barth Menzies (Los Angeles, CA)  
(Co-Lead Counsel)

J. Kyle Bachus (Denver, CO)  
Mark R. Niemeyer (St. Louis, MO)

Benjamin Gordon (Pensacola, FL)

### Plaintiffs' Steering Committee

Gabriel Assaad (Houston, TX)  
Val Exnicios (New Orleans, LA)  
Lee Ann McGartland (Fort Worth, TX)  
Jim Reeves (Biloxi, MS)

Ahmed Diab (San Diego, CA)  
Steven R. Maher (Winter Park, FL)  
David F. Miceli (Carrollton, GA)  
Genevieve Zimmerman (Minneapolis, MN)

Respectfully submitted, this the 24th day of October, 2016.

/s/ Lee Ann McGartland  
Lee Ann McGartland

---

[1] These attorneys were responsible for the filing of approximately 75% of all the Taxotere cases filed prior to the formation of the instant MDL.

Mississippi Bar # 10005
McGartland Law Firm, PLLC
1300 South University Drive
Suite 500
Fort Worth, Texas 76107
(817) 332-9300
Facsimile: (817) 332-9301
Email: lee@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Application for Appointment of Lee Ann McGartland to the Plaintiffs' Steering Committee and Nominations for Appointments has been electronically filed via the Court's ECF System and properly served upon all counsel of record pursuant to this Honorable Court's PTO 1.

/s/   Lee Ann McGartland
Lee Ann McGartland