UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RE: TAXOTERE (DOCETAXEL)       MDL No. 2740
  PRODUCTS LIABILTY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES       HON. KURT D. ENGELHARDT

### APPLICATION FOR APPOINTMENT OF STEVEN R. MAHER TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW, pursuant to Pretrial Order No. 1, Steven R. Maher submits his application for appointment to the Plaintiffs' Steering Committee and states as follows:

**1. Willingness and Availability to Commit to a Time-Consuming Project.**

I am willing and available to commit to a time-consuming project. I, along with my firm, The Maher Law Firm, P.A., have been heavily involved in this litigation for several months prior to the filing of the first petition for MDL centralization. As my wife is a six-year stage III breast cancer survivor and activist, I possess a special interest and commitment to this litigation. To date my firm has been retained to represent several dozen women arising out of injuries which occurred as the result of the use of the drug, Taxotere. At the present time I am counsel of record in four filed cases; all of which were filed before the formation of this MDL.

**2. Ability to Work Cooperatively with Others.**

I have the ability to work cooperatively with others; in fact, I very much enjoy it. I strongly feel that a team-like corroboration with other talented lawyers, each of whom contributes in the areas of their strengths, more often than not results in exceedingly high quality legal representation for the clients. This is crucial, as those ultimately selected to leadership have a responsibility to prepare the case for, and to provide quality information to, those not selected to leadership. I take that responsibility very seriously.

For the past several months, I have been meeting with and working cooperatively with other lawyers and firms that are involved with this litigation, and am very pleased with the level of competence and commitment that they bring to the litigation.

**3. Professional Experience in this Type of Litigation.**

I have substantial professional experience in this type of litigation. I am an active member of the bars of the following states: California, Florida, Arizona, New Mexico, Texas, Pennsylvania, New Jersey and New York, as well as the District of Columbia.

I have been a personal injury trial lawyer for 29 years. I am a member of the American Board of Trial Advocates (ABOTA), (and actively participate in its public interest professionalism program entitled, "Civility Matters"). I am also a Fellow of the International Society of Barristers (ISOB). Both ABOTA and the ISOB are invitation-only organizations which require extensive trial experience in order to be considered for membership. I am named in the publication, *The Best Lawyers in America* in the following areas: (1) Mass Tort Litigation / Class Actions – Plaintiffs; (2) Personal Injury Litigation – Plaintiffs; and (3) Product Liability Litigation – Plaintiffs. I have also been named in *The Best Lawyers in America* as the 2017 "Lawyer of the Year" in the area of Personal Injury Litigation – Plaintiffs for the Orlando, Florida area. I have been named to the 2016 Florida Legal Elite by *Florida Trend* magazine, as well in *Florida Super Lawyers* magazine each year since 2007.

I have extensive experience in not only the <u>litigation</u> of, but also the <u>trial</u> of pharmaceutical product liability cases. Although many lawyers have participated in the *litigation* of such cases, I am one of a relatively small number of lawyers who have actually tried to verdict - as lead counsel - a pharmaceutical product liability case. I feel that my trial experience in the pharmaceutical product liability arena, will allow me to contribute valuable

insight to the PSC from evidentiary and trial preparation perspectives in developing the Plaintiffs' case on behalf of all plaintiffs.

My MDL leadership experience includes: PSC member in the pharmaceutical Multidistrict Litigation involving the birth-control drugs Yaz and Yasmin (*IN RE: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL Docket No. 2100; PSC member in the pharmaceutical Multidistrict Litigation involving the cholesterol-lowering drug Vytorin (*IN RE: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation,* MDL Docket No. 1938; Co-Lead counsel on behalf of the indirect purchase for resale class (*IN RE: Chocolate Confectionary Antitrust Litigation*, MDL Docket No. 1935. Also, although not officially appointed to leadership, I have been heavily involved in the following coordinated pharmaceutical product liability MDLs: *In Re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL No.: 1871; *In Re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL Docket No.: 2342; *In Re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II),* MDL No.: 2502; *IN RE: Actos Litigation* (In the Circuit Court of Cook County, Illinois County Department, Law Division, Case No., 2011 L 010011).

    **4.  Willingness to Commit the Necessary Resources to Pursue this Matter.**

Both my firm and I are willing and able to commit the necessary resources – both professional and financial – to pursue this matter. I am willing to provide additional evidence of our firm's ability to devote the required resources to this matter as the Court deems necessary.

## NOMINATIONS OF OTHERS FOR PSC

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below. Each lawyer I am nominating <u>committed himself or herself to this litigation prior to</u>

the formation of this MDL, filed a case in federal court prior to the formation of this MDL and has a case or cases currently pending in this MDL.[1]  As reflected in the individual applications, each has the experience and skill set necessary to effectively promote the plaintiffs' best interests.  Based on my prior experience, I am confident that this geographically diverse group of lawyers will work collaboratively and professionally to zealously represent the plaintiffs in this litigation.

Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher L. Coffin (New Orleans, LA) | Karen Barth Menzies (Los Angeles, CA) |
| (Co-Lead Counsel) | (Co-Lead Counsel) |
| | |
| J. Kyle Bachus (Denver, CO) | Benjamin Gordon (Pensacola, FL) |
| Mark Niemeyer (St. Louis, MO) | |

Plaintiffs' Steering Committee

| | |
|---|---|
| Gabriel Assaad (Houston, TX) | Ahmed Diab (San Diego, CA) |
| Val Exnicios (New Orleans, LA) | Steven R. Maher (Winter Park, FL) |
| Lee Ann McGartland (Fort Worth, TX) | David F. Miceli (Carrollton, GA) |
| Jim Reeves (Biloxi, MS) | Genevieve Zimmerman (Minneapolis, MN) |

Dated:  October 24, 2016                                   Respectfully submitted,


                                                           /s/ Steven R. Maher
                                                           The Maher Law Firm, P.A.
                                                           631 W. Morse Blvd. Ste. 200
                                                           Winter Park, FL 32789
                                                           Phone:  407-839-0866
                                                           Fax:  407-425-7958
                                                           smaher@maherlawfirm.com

---

[1] Of the thirty-three (33) cases filed prior to the formation of this MDL, this group of lawyers filed approximately seventy-five percent (75%) of them.  Since the MDL was created, the JPML has transferred another fifty (50) cases.  Of all cases currently pending in the MDL, this group of lawyers represents over sixty-five percent (65%) of them.