UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO ALL CASES | SECTION "N" (5) |

## APPLICATION OF JAMES R. REEVES, JR. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I, James R. Reeves, Jr., pursuant to paragraph 16 of Pretrial Order No. 1, submit this application for membership on the Plaintiffs' Steering Committee ("PSC"). As detailed herein, my appointment is supported, among other reasons, by the following facts:

### 1. I am Willing and Available to Commit to this Time Consuming Project.

I have filed Taxotere® lawsuits in Federal Court and did so before the formation of this MDL. My firm has for many months represented numerous other women who allege injuries related to their use of Taxotere®, and intend to file these lawsuits in this Court. I am willing, eager, and able to commit the time necessary to litigate this matter.

Accordingly, my firm has already dedicated substantial time to this litigation. This includes appearances at numerous meetings and conferences with national Taxotere® leadership, and travel to Washington, D.C., Los Angeles, California, and Las Vegas, Nevada, to conference with other Taxotere counsel. Additionally, I and a strong support team, have the ability to commit to this time consuming litigation.

For these reasons, I aver to this Court that I have the willingness and ability to commit the time necessary to properly litigate this case.

### 2. I have a Long and Demonstrated Ability to Work Cooperatively with Other Counsel

I have conferred with dozens of attorneys regarding the leadership this Court might ultimately appoint. I believe my application for the Plaintiffs' Steering Committee enjoys broad support among the vast majority of lawyers representing Taxotere® Plaintiffs.

I have been selected to serve in a leadership capacity in numerous other complex cases. I understand and appreciate the necessity to communicate effectively with others both in and outside of the leadership, share with colleagues information obtained in the litigation to the extent it is appropriate, and divide the labor fairly among those attorneys who wish to participate.

### 3.     I have Professional Experience in this Type of Litigation.

My professional experience has been gained from prior PSC appointments, and extensive experience gained by working on a wide variety of product liability and complex litigations in consolidated federal and state court proceedings across the country.

I am the managing partner of Reeves & Mestayer, PLLC based in Biloxi, Mississippi. I enjoy an AV rating by Martindale-Hubbell Law Directory. I attended Tulane University Law School where I graduated cum laude in 1992. I am licensed to practice in both Mississippi and Alabama. I have extensive trial experience in a wide variety of cases involving serious personal injury, wrongful death, bad faith, fraud, and products liability matters. I have tried more than 50 major cases to verdict.

In addition, I have extensive complex mass tort litigation experience. The following is a listing of a few of the complex cases in which I have been involved in either leadership roles and/or have represented numerous Plaintiffs:

1. **Jones v. Singing River Health Services, et al., United States District Court for the Southern District of Mississippi, Southern Division, 1:14-cv-00447-LG-RHW**. I was appointed Lead Trial Counsel by Chief U. S. District Judge Louis Guirola. This case involved a severely underfunded Public Pension Plan. The case was brought on behalf of 3,400 pension members. I worked on no other case for over one year. As a result, we recovered $156,000,000 and no pension member missed a

single payment.  This complex case was resolved in just over one year and was the first significant Class Action Settlement approved in the Gulf Coast Division of the Southern District of Mississippi in 25 years.

2. **In Re:  Atlas Roofing Corporation Chalet Shingle Products Liability Litigation, MDL Docket No. 2495, United States District Court for the Northern District of Georgia, Atlanta Division, 1:13-MD-2495-TWT**.  I was appointed to the Plaintiffs' Steering Committee by U. S. District Judge, Thomas W. Thrash, Jr. in this putative national class action involving defective roofing shingles.

3. **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL Docket No. 2179, United States District Court, Eastern District of Louisiana, 2:10-md-02179-CJB-SS**. My firm represents over 2,000 businesses in this litigation.  We have efficiently resolved over 1,400 of these cases.

4. **In Re:  Chinese-Manufactured Drywall Products Liability Litigation, MDL Docket No. 2047, United States District Court, Eastern District of Louisiana, 2:09-md-02047-EEJ-JCW.**  I was appointed to the Plaintiffs' Steering Committee by the U. S. District Judge Eldon Fallon.  I also served as Class Counsel for the INEX Settlement within this litigation.

5. **In re:  Bridgestone/Firestone, Inc., ATX, ATXII, and Wilderness Tires Products Liability Litigation, U.S.D.C. S.D. of Ind. Master File No. IP00-9373-C-B/S, MDL No. 1373.**  My firm represented 65 Venezuelan plaintiffs injured or killed as a result of Firestone tire tread separation and resulting rollovers of Ford Explorers.  The cases were ultimately resolved with a significant recovery for all Plaintiffs.

6. **Thompson, et al. v. Technical Coating Applicators, Inc., et al., Okaloosa, FL Case No. 93-2823-CA.**  My firm represented over 200 plaintiffs, primarily school children, injured as a result of exposure to dangerous diisocyanate toxic roofing materials in consolidated state court cases.

7. **Welding Rod Litigation, Eastern District of Ohio, Case No. 1:03-cv-17000.**  My firm represented over 300 welders in this national mass tort litigation involving product liability claims against manufacturers of welding rods.

### 4. <u>I am Willing to Commit the Necessary Resources to Pursue this Matter.</u>

My firm has the necessary resources to pursue the Taxotere® litigation.  This includes attorneys and staff well versed in complex litigation.  My firm has recovered over $1 billion dollars on behalf of our clients.  As a result, we have amassed sufficient resources to advance this litigation in an appropriate, timely, and efficient manner.

As established above, I possess the skill, experience, resources, and drive necessary to effectively represent Plaintiffs in this MDL. I am ready, willing, and able to serve the Court on the Plaintiffs' Steering Committee. As I have in the litigations described above, I pledge to work hard and commit the extensive resources of my law firm, to see that this litigation is resolved efficiently and fairly. Accordingly, I respectfully apply to this Court to be a member of the Plaintiff's Steering Committee.

5. **Nominations for Appointments.**

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below. I have worked with or met with each attorney. It is my understanding that each filed a Taxotere case and have worked on these cases extensively prior to the formation of this MDL. I believe that each would bring a unique and effective skill set necessary to effectively advocate the interest of the Plaintiffs.

Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher L. Coffin (New Orleans, LA) (Co-Lead Counsel) | Karen Barth Menzies (Los Angeles, CA) (Co-Lead Counsel) |
| J. Kyle Bachus (Denver, CO) Mark R. Niemeyer (St. Louis, MO) | Benjamin Gordon (Pensacola, FL) |

Plaintiff's Steering Committee

| | |
|---|---|
| Gabriel Assaad (Houston, TX) | Ahmed Diab (San Diego, CA) |
| Val Exnicios (New Orleans, LA) | Steve R. Maher (Winter Park, FL) |
| Lee Ann McGartland (Fort Worth, TX) | David F. Miceli (Carrolton, GA) |
| Jim Reeves (Biloxi, MS) | Genevieve Zimmerman (Minneapolis, MN) |

Pursuant to the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this the 24th day of October, 2016.           /s/ James R. Reeves, Jr.
                                                       James R. Reeves, Jr.
                                                       MS Bar No. 9519
                                                       Reeves & Mestayer, PLLC
                                                       160 Main Street
                                                       Biloxi, MS   39530

**CERTIFICATE OF SERVICE**

This is to certify that on October 24, 2016, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.  I also sent a copy of this document by electronic mail and/or U.S. Mail to all counsel identified in PTO1, Attachment B.

/s/ James R. Reeves, Jr.,
JAMES R. REEVES, JR.
MS BAR NO. 9519
REEVES & MESTAYER, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151
(228) 374-6630 (facsimile)
jrr@rmlawcall.com