## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------
IN RE: TAXOTERE (DOCETAXEL)          :        MDL No. 2740
PRODUCTS LIABILITY LITIGATION        :
                                     :        Section "N"(5)
-----------------------------------------------------------  :
                                     :        HON. Kurt D. Engelhardt
THIS DOCUMENT RELATES TO             :
ALL CASES                            :
-----------------------------------------------------------  :
```

### APPLICATION FOR APPOINTMENT OF AHMED S. DIAB TO THE PLAINTIFFS' STEERING COMMITTEE AND NOMINATIONS FOR FURTHER APPOINTMENTS

Pursuant to Pretrial Order No. 1, I, Ahmed S. Diab of GOMEZ TRIAL ATTORNEYS, hereby submit this application in support of my appointment to the Plaintiffs' Steering Committee ("PSC"). I am counsel of record on the following cases (with the filing date indicated, below):

- *Sandler v. Sanofi S.A., et al.*, Case No. 3:16-cv-01861-AJB-KSC (S.D.C.A.)- 7/21/16
- *Liles v. Sanofi S.A., et al.*, Case No. 1:16-cv-01021-CCE-JEP (M.D.N.C.) – 8/1/16
- *Valencia v. Sanofi S.A., et al.*, Case No. 5:16-cv-01934 (C.D.C.A.) – 9/9/16
- *Dunn v. Sanofi S.A., et al.*, Case No. 2:16-cv-06979 (C.D.C.A.) – 9/16/16
- *Jones v. Sanofi S.A., et al.*, Case No. 1:16-at-00763 (E.D.C.A.) – 9/16/16
- *Starkey v. Sanofi S.A., et al.*, Case No. 3:16-cv-05325 (N.D.C.A.) – 9/16/16

I also represent numerous additional claimants who allege they have sustained permanent hair loss because of the drug Taxotere® and will be filing on their behalf in the near future.

A.      **Brief Background**

I am a Senior Trial Attorney in my firm's Complex Litigation Department, and I manage our Pharmaceutical and Medical Device Mass Torts Practice Group. I completed my undergraduate education at the University of California at Davis, obtaining my Bachelor of Arts degree in Economics in 2005. I obtained my law degree from California Western School of Law in San Diego, California in 2008. I am admitted to practice and maintain good standing before all courts in the state of California and the United States District Courts for the Northern,

Eastern, Central and Southern Districts of California.  About eighty percent (80%) of my practice is dedicated to the representation of plaintiffs that have been injured by a pharmaceutical drug or medical device.

**B.      Willingness and Availability to Commit Time and Resources to this Litigation**

As set forth below, and based on my appointments to other steering or executive committees, I am acutely aware of the time and resources necessary to commit to a litigation of this magnitude.  I am personally available to commit time and effort to this litigation, and will have two associate attorneys assigned to this matter along with several support staff members. We are also prepared to incur the necessary expenses to contribute to and adequately prosecute these cases in a timely fashion.  If necessary, I would be able to draw on additional resources at my firm including additional lawyers or staff members.

**C.      Ability to Work Cooperatively with Others**

My firm and I have a long history of working well with other firms in complex litigation. We are involved in numerous MDLs and coordinated proceedings in different capacities throughout the country and work well with leadership and all other counsel in each of those respective cases.  I am already working with many of the attorneys that are seeking leadership roles within this litigation and would be honored to be given the opportunity to formally serve on this litigation's PSC.

My firm and I have a long track record of litigating complex, large personal injury cases and have a great appreciation for civility within litigation.  Accordingly, this Court can expect that I will work cooperatively, professionally and courteously with the counsel, the Court staff and the Court in this matter. To that end, I understand and appreciate that an appointment to the

PSC of this litigation would require that the group ensure all attorneys representing clients across the country stay intimately involved and attuned to the developments in the case.

**D.     Professional Experience in this Type of Litigation**

My firm and I have substantial experience handling complex litigation involving pharmaceutical drug and medical device product liability litigation.  We have been appointed to leadership positions and/or were the coordinating firm on several California Judicial Council Coordinated Proceedings ("JCCP") including: (1) *In re: JCCP 4749 GranuFlo/Naturalyte Cases*; (2) *In re: JCCP 4786 Paxil II Cases*; and (3) *In re: JCCP 4771 Zoloft Birth Defect Cases*.

I currently serve on the Plaintiffs' Executive Committee No. 2 and am Liaison Counsel in the matter entitled *In re: Biomet M2A Magnum Hip Implant Products Liability Litigation* (MDL No. 2391).  In this role, my firm and I are responsible for contributing to the advancement of the litigation which includes significant document review and motion practice.  I am also responsible for assisting in communications with all plaintiffs' counsel with member cases and working with the other PEC and PSC members in all facets of the litigation.

I also serve on the Plaintiffs' Steering Committee in the matter entitled *In re: Fluoroquinolone Products Liability Litigation* (MDL No. 2642) involving allegations of personal injuries arising from the ingestion of this class of pharmaceutical drugs.  Lastly, I also serve on the Plaintiffs' Executive Committee of the JCCP entitled *In re: Butte Fire Cases* (JCCP 4853) – a mass tort involving hundreds of plaintiffs that sustained property damages and personal injuries as a result of a significant wildfire in Northern California.

Moreover, the Principal at my firm, John H. Gomez, Esq., was one of the co-lead trial attorneys on the *Loren Kransky, et al. v. DePuy Inc., et al.* (Los Angeles Superior Court, Case No. BC456086) – the first successful bellwether case tried in the DePuy ASR Hip Implant

Litigation that resulted in an $8.3 million verdict in 2013.  Despite the defendants' appeal of the verdict, my firm and the others involved in that matter saw the case through appeal when on July 21, 2016, the verdict was finally affirmed in its entirety.  We have also handled over 300 metal-on-metal hip cases in a variety of MDLs throughout the country.

## NOMINATIONS FOR APPOINTMENTS

Pursuant to PTO No. 1, I also respectfully nominate the following attorneys for the positions set forth herein.  In accordance with the Court's order, each lawyer nominated below filed a Taxotere® case prior to the creation of this MDL.  My firm or I have personally worked with several of the nominated attorneys in the past, and I am confident that this team of lawyers will aid the Court in the fair and zealous prosecution of these claims.

| Plaintiffs' Executive Committee | Karen Barth Menzies (Los Angeles, CA) – Proposed Co-Lead<br>Christopher L. Coffin (New Orleans, LA) – Proposed Co-Lead<br>J. Kyle Bachus (Denver, CO)<br>Benjamin Gordon (Pensacola, FL)<br>Mark R. Niemeyer (St. Louis, MO) |
|---|---|
| Plaintiffs' Steering Committee | Ahmed S. Diab (San Diego, CA)<br>Genevieve Zimmerman (Minneapolis, MN)<br>Gabriel A. Assaad (Houston, TX)<br>Steven R. Maher (Orlando, FL)<br>Jim Reeves (Biloxi, MS)<br>Val Exnicios (New Orleans, LA)<br>Lee Ann McGartland (Fort Worth, TX)<br>David F. Miceli (Carrolton, GA) |

Dated: October 24, 2016

Respectfully Submitted,

/s/ Ahmed S. Diab_____
Ahmed S. Diab, Esq.
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
T: 619.237.3490
F: 619.237.3496