**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF LOUISIANA**

---------------------------------------------------------
IN RE: TAXOTERE (DOCETAXEL)          :     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION        :
                                     :     SECTION "N"(5)
---------------------------------------------------------  :
                                     :     HON. Kurt D. Engelhardt
THIS DOCUMENT RELATES TO             :
ALL CASES                            :
---------------------------------------------------------  :

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case. I also sent a copy of this document by electronic mail and/or U.S. Mail to all counsel identified in PTO 1, Attachment B.

Dated: October 24, 2016                          Respectfully Submitted,

                                                 /s/ Ahmed S. Diab_____
                                                 Ahmed S. Diab, Esq.
                                                 GOMEZ TRIAL ATTORNEYS
                                                 655 West Broadway, Suite 1700
                                                 San Diego, CA 92101
                                                 T: 619.237.3490
                                                 F: 619.237.3496