UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)              MDL NO. 2740
       PRODUCTS LIABILITY LITIGATION
                                                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

**APPLICATION OF KAREN BARTH MENZIES FOR APPOINTMENT AS LEAD OR CO-LEAD COUNSEL AND TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1, Karen Barth Menzies of Gibbs Law Group LLP respectfully requests that the Court consider her for appointment as Plaintiffs' lead or co-lead counsel and a member of the Plaintiffs' Steering Committee.

Ms. Menzies has devoted her career to women's health issues. She has served as lead counsel in Paxil birth defect litigation, co-liaison counsel in Caldera transvaginal mesh litigation, and co-lead counsel in Lexapro/Celexa birth defect litigation, among others. She is regularly called upon to speak to legal and medical organizations, including on Taxotere, and has testified on multiple occasions before FDA advisory boards and the California legislature regarding drug safety. Ms. Menzies' firm began filing Taxotere cases in July 2016, all of which have been transferred to this District. She currently represents just under a hundred women harmed by Taxotere, is Co-Chair of AAJ's Taxotere Litigation Group, and is committed to working cooperatively to provide the best representation possible.

**A.**    **Ms. Menzies Is Willing and Able To Commit To The Time-Consuming Process of Representing Women Harmed By Taxotere.**

Ms. Menzies is committed to this case. She and her team have spent hours speaking with women harmed by Taxotere, and has a deep understanding of how difficult it is for these women—who endured chemotherapy and beat cancer—to lead a normal life while bearing the permanent scars and sickly appearance caused by their permanent hair loss. Just under a hundred Taxotere victims

have retained Ms. Menzies to represent them in their struggle, so far.  These women and the thousands like them will need advocates who appreciate the daily difficulties they face and can effectively convey their perspective.  Ms. Menzies will spend as much time as needed to ensure they receive that level of representation, and with responsibilities in other mass tort proceedings concluded or winding down, she has no ongoing obligations that would preclude her from doing so. Toward that end, Ms. Menzies is serving as the Co-Chair of the Taxotere Litigation Group assembled by the American Association for Justice to facilitate sharing of information, documents, and communication (including through the group's ListServe) amongst plaintiffs' attorneys.  The Group's meetings have been well received, with over a hundred attorneys attending the most recent meeting, and will continue to provide a crucial venue for Ms. Menzies and others to provide in-person updates and coordinate ongoing litigation efforts.  Ms. Menzies has also given several Taxotere presentations at attorney seminars, with more scheduled in the future, and was one of the lawyers who presented argument on behalf of Plaintiffs at the recent JPML hearing.

### B. Ms. Menzies Has Worked Cooperatively With Other Counsel In Other MDLs, State Coordinated Proceedings, and Professional Affiliations

Ms. Menzies's ability to listen, gather collective viewpoints, and effectively coordinate mass tort litigation has led to, and benefited from, numerous leadership appointments, including:

- Lead Counsel for the Plaintiffs' Steering Committee, Paxil Products Liability Litigation (MDL 1574);
- Co-Lead/Liaison Counsel, Paxil Birth Defect cases, Philadelphia Court of Common Pleas Mass Tort Program, state coordinated proceeding;
- Plaintiffs' Steering Committee member, Avandia Marketing, Sales Practices and Products Liability Litigation (MDL 1871);
- Plaintiffs' Steering Committee member, Transvaginal Mesh Litigation (MDLs 2187, 2325, 2326, 2327), Southern District of West Virginia at Charleston;
- Plaintiffs' Steering Committee member, Effexor Birth Defect Litig. (MDL 2458);
- Plaintiffs' Lead/Liaison and Executive Committee member, Fosamax Drug Cases, California state court coordinated action, JCCP No. 4644;
- Co-Lead/Liaison counsel, Lexapro/Celexa Birth Defect Litigation, Missouri state court coordinated action, 08AC-CC00566;

- Co-Liaison Counsel and Co-Liaison Settlement Counsel, Caldera transvaginal mesh cases, California state court coordinated action, JCCP No. 4733;
- Co-Liaison Counsel, Zoloft Birth Defect Litigation, California state court coordinated action, JCCP No. 4771;

In the Paxil Birth Defect cases, for example, Ms. Menzies successfully coordinated the efforts of plaintiffs' counsel through weekly conference calls, maintaining an overall agenda, and assigning litigation tasks to each of the lawyers involved in the case.  She made it a point to ensure that all counsel had the opportunity to be heard, while at the same time making sure that counsel vigorously advocated for Plaintiffs, remained on task and, to the extent possible, presented coordinated and organized positions to opposing counsel and ultimately the Court.

Ms. Menzies also takes pride in her ability to work effectively with defense counsel.  She is frequently invited to convey plaintiffs' perspective at ABA conferences and similar events attended by attorneys from both sides of the aisle, and regularly works with defense attorneys as a member of The Sedona Conference Working Group 1 and the ABA's Plaintiffs' Task Force.

### C.    Ms. Menzies Has 20 Years of Experience Representing Women In Pharmaceutical Mass Tort Litigation.

Ms. Menzies has devoted her entire career to representing plaintiffs injured by dangerous drugs and devices in MDLs and state coordinated cases.  She has developed particular expertise in women's health issues, as reflected in her leading roles in the Paxil birth defect litigation, Caldera transvaginal mesh litigation, and Lexapro/Celexa birth defect litigation, among others.  Her work has been recognized by *Lawyer's Weekly USA*, who selected her as its Lawyer of the Year in 2004; *The National Law Journal*, who selected Ms. Menzies as one of its Top 40 Under 40; and *California Lawyer*, who selected her as its California Lawyer of the Year in 2005.

Ms. Menzies has authored more than twenty publications and given over 75 speeches on drug safety, mass tort litigation, electronically stored information (ESI), and FDA reform, often

focusing on how those topics affect women in particular. She has testified three times before FDA advisory boards and twice before California Senate Committees regarding drug safety.

### D. Ms. Menzies and Her Team Are Willing and Able to Commit the Human and Financial Resources Needed to Most Effectively Represent Plaintiffs.

Ms. Menzies will be assisted in this litigation by her team at Gibbs Law Group, a 16-attorney law firm with offices in California, Florida, New York, and Washington, that regularly advances large sums of money to fund mass tort and consumer litigation. Gibbs Law Group shares Ms. Menzies's devotion to women's issues—for example, firm partner A.J. De Bartolomeo is the immediate past Chair of the AAJ Women's Trial Lawyer Caucus and served on the PSC in the Yaz Birth Control Litigation—and is prepared to commit whatever resources are needed to represent women harmed by Taxotere.

## NOMINATIONS

Ms. Menzies knows and has litigated as a team with many of the lawyers involved in this MDL and would be pleased to work cooperatively with them. She respectfully nominates Christopher Coffin (Co-Lead), Benjamin Gordon (Exec. Committee), Mark R. Niemeyer (Exec. Committee), Kyle Bachus (Exec. Committee), Gabriel Assaad, Ahmed Diab, Val Exnicios, Steven Maher, Lee Ann McGartland, David Miceli, Jim Reeves, and Genevieve Zimmerman, each of whom has shown they are committed to zealously representing Taxotere plaintiffs.

Dated: October 24, 2016          Respectfully submitted,

                                                **GIBBS LAW GROUP LLP**

                                                */s/ Karen Barth Menzies*

                                                Karen Barth Menzies (Cal. Bar No. 180234)
                                                400 Continental Blvd, 6th Floor
                                                El Segundo, California 90245
                                                Telephone: (510) 350-9700
                                                Email: kbm@classlawgroup.com