UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
　　　　　 PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## CERTIFICATE OF SERVICE

I, Karen Barth Menzies, herby certify that on October 24, 2016, I electronically filed the foregoing *Application of Karen Barth Menzies for Appointment as Lead or Co-Lead Counsel and to the Plaintiffs' Steering Committee* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Dated:  October 24, 2016　　　　　　　　　Respectfully submitted,

**GIBBS LAW GROUP LLP**

　*/s/ Karen Barth Menzies*

Karen Barth Menzies (Cal. Bar No. 180234)
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9700
Email:  kbm@classlawgroup.com

*Counsel for Plaintiff Valesta Collins*

## SERVICE LIST

Karen Barth Menzies
kbm@classlawgroup.com
Gibbs Law Group LLP
400 Continental Blvd, 6th Floor
El Segundo, CA 90245
(510) 350-9240

Eric H. Gibbs
ehg@classlawgroup.com
Amy M. Zeman
amz@classlawgroup.com
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, CA 94612

*Counsel for Plaintiff Valesta Collins*

Norman E. Siegel
siegel@stuevesiegel.com
Todd Hilton
hilton@stuevesiegel.com
Lisa Joyce
joyce@stuevesiegel.com
Abby McClelland
mcclellan@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

*Counsel for Plaintiff Valesta Collins*

Anna Dubrovsky
anna@dubrovskylawyers.com
Anna Dubrovsky Law Group, Inc.
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 746-1477

*Counsel for Plaintiff Ami Dodson*

Darin Lee Schanker
dschanker@coloradolaw.net
Jere Kyle Bachus
Kyle.bachus@coloradolaw.net
John Christopher Elliott
celliott@coloradolaw.net
Bachus and Schanker LLC
1899 Wynkoop Street, Suite700
Denver, CO 80202
(303) 893-9800

*Counsel for Plaintiffs Ami Dodson, Kelly Gahan, Melissa Leith, Karen Detrixhe, Yvonne Bemiss, Wanda Smith, Alma Walter, Kathy Mottola, Delight Wood, Hattie Carson, Monica Meyers, Christa Adams, Kimberly Free*

Peter J. Flowers
pjf@meyers-flowers.com
Brian J. Perkins
bjp@meyers-flowers.com
Kimberly Brancato
kb@meyers-flowers.com
Frank V. Cesarone
fvc@meyers-flowers.com
Meyers & Flowers, LLC
3 North Second Street , Suite 300
St. Charles, IL 60174
(630) 232-6333

*Counsel for Plaintiffs Theresa Wysocki, Christine Pistone*

Michelle L. Kranz
michelle@toledolaw.com
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
(419) 841-9623

*Counsel for Plaintiff Renita Johnson*

David M. Hundley
dmh@hundleylaw.com
Hundley Law Group
1620 W. Chicago Ave., Ste 307
Chicago, IL 60622
(312) 212-3343

*Counsel for Plaintiffs Erma Spann, Linda Traylor*

Christopher L. Coffin
ccoffin@pbclawfirm.com
Jessica A. Perez
jperez@pbclawfirm.com
Nicholas Ryan Rockforte
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, LLP
24110 Eden Street, Drawer 71
Plaquemine, LA 70765
(225) 687-6396

*Counsel for Plaintiffs Erma Spann, Linda Traylor, Yvonne Bemiss, Veronica Smith, Wanda Smith, Alma Walter, Carol Webb, Brenda Burney, Jennifer Clinkscales, Alina Gorniak*

Trent Miracle
tmiracle@simmonsfirm.com
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
(618) 259-2222

*Counsel for Plaintiff Mary Chase*

Mark R. Niemeyer
niemeyer@ngklawfirm.com
Michael S. Kruse
kruse@ngklawfirm.com
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919

*Counsel for Plaintiff Barbara Dalton*

Mark R. Niemeyer
niemeyer@ngklawfirm.com
Michael S. Kruse
kruse@ngklawfirm.com
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919

*Counsel for Plaintiff Debra Koontz*

David D. Burkhead
david@burkheadlaw.com
The Law Office of David Burkhead
P.O. Box 23243
Overland Park, KS 66283
(913) 953-0464

*Counsel for Plaintiff Karen Detrixhe*

Andrew Allen Lemmon
andrew@lemmonlawfirm.com
Lemmon Law Firm
15058 River Rd.
PO Box 904
Hahnville, LA 70057
(985) 783-6789

*Counsel for Plaintiff Yvonne Bemiss, Wanda Smith*

Val Patrick Exnicios
vpexnicios@exnicioslaw.com
Liska, Exnicios & Nungesser
1515 Poydras St., Suite 1400
New Orleans, LA 70112
(504) 410-9611

*Counsel for Plaintiff Veronica Smith*

Timothy J. Becker
tbecker@johnsonbecker.com
Michael K. Johnson
mjohnson@johnsonbecker.com
Peter C. Snowdon
psnowdon@johnsonbecker.com
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
(612) 436-1800

*Counsel for Plaintiff Karen Touchi-Peters*

Michael P. McGartland
mike@mcgartland.com
McGartland Law Firm, PLLC
1300 South University, Suite 500
Fort Worth, TX 76107
(817) 332-9300

*Counsel for Plaintiffs Homer Carpenter, Florine Chase, Hattie Grines, Angela Jones, Christine Tolefree, Alina Gorniak*

Daniel Kent Bryson
dan@wbmllp.com
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000

*Counsel for Plaintiffs Kathy Mottola, Delight Wood*

Ned C. Gold, Jr.
gold@neo-lawgroup.com
Thomas D. Lambros
tdlambros@gmail.com
Ford, Gold, Kovoor & Simon
8872 East Market Street
Warren, OH 44484
(330) 856-6888

*Counsel for Plaintiff Hattie Carson*

Elizabeth Middleton Burke
bburke@rpwb.com
Christiaan A Marcum
cmarcum@rpwb.com
H. Blair Hahn
bhahn@rpwb.com
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd, Bldg A.
PO Box 1007
Mt Pleasant, SC 29465
(843) 727-6500

*Counsel for Plaintiffs Jennifer Clinkscales, Monica Meyers*

Jennifer K. O'Connell
joconnell@easttennlaw.com
Ogle, Elrod, & Baril PLLC
706 Walnut Street, Suite 700
Knoxville, TN 37902
(865) 546-1111

*Counsel for Plaintiff Christa Adams*

Gabriel A. Assaad
gassaad@kennedyhodges.com
Kennedy Hodges LLP
711 W Alabama St
Houston, TX 77006
(713) 523-0001

*Counsel for Plaintiff Kimberly Free*

Grant D. Blaies
grantblaies@bhilaw.com
Blaies & Hightower, L.L.P.
421 W. 3rd Street, Suite 900
Fort Worth, TX 76102
(817) 334-0800

*Counsel for Plaintiff Alina Gorniak*

Jon Strongman
jstrongman@shb.com
Eric Anthony Swan
eswan@shb.com
Harley Victor Ratliff
hratliff@shb.com
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Fax: (816) 421-5547

*Counsel for Defendant*

Molly McIntosh Jagannathan
molly.jagannathan@troutmansanders.com
Troutman Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
704-998-4074
Fax: 704-998-4051

*Counsel for Defendant*

James B. Irwin
jirwin@irwinllc.com
Douglas J. Moore
dmoore@irwinllc.com
Kelly E. Brilleaux
kbrilleaux@irwinllc.com
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St., Suite 2700
New Orleans, LA 70130
504-310-2100

*Counsel for Defendant*

Mark J. Goldberg
markgoldberg@cs-law.com
Cosmich, Simmons & Brown,
PLLC - Jackson
P.O. Box 22626
One Eastover Center
100 Vision Drive, Suite 200 (39211)
Jackson, MS 39225-2626
601-863-2100
Fax: 601-863-0078

*Counsel for Defendant*

Joshua A. Klarfeld
jklarfeld@ulmer.com
Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7192
Fax: 216-583-7193

*Counsel for Defendant*

Keith D Munson
kmunson@wcsr.com
Womble Carlyle Sandridge and Rice
PO Box 10208
Greenville, SC 29603
864-255-5400
Fax: 864-255-5440

*Counsel for Defendant*

Crews Townsend
ctownsend@millermartin.com
Meredith Corey Lee
meredith.lee@millermartin.com
Miller & Martin
832 Georgia Avenue
Suite 1000, Volunteer Building
423-785-8289

*Counsel for Defendant*