UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
       PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL CASES      HON. KURT D. ENGELHARDT
*************************************************************************

**APPLICATION OF VAL PATRICK EXNICIOS FOR APPOINTMENT TO THE PSC**

**MAY IT PLEASE THE COURT:**

Pursuant to PTO # 1, I hereby respectfully request appointment by Your Honor to the Plaintiffs' Steering Committee in the subject MDL litigation, and all for the following reasons:

I.

I am well aware of the fact that Your Honor places great emphasis on strict adherence to the Tenets of Professionalism and Rules of Professional Conduct. As the recipient of the U.S. Fifth Circuit Court of Appeals' American Inns of Court Professionalism Award, and as current Co-Chairman (with Justice Marcus Clark) of the Louisiana Supreme Court's Class Action Rules of Professional Conduct & MDL Cmte., and as Chairman of the LSBA Mass Tort, Class Action & Complex Litigation Section, and as a Member of the LSBA Rules of Professional Conduct Cmte., I have extensive expertise in the areas of both professionalism and ethics, including in class actions, mass tort and MDL matters. I am also a frequent CLE lecturer on both professionalism and ethics and have taught the "Professional In Practice" course at Loyola Law School for many years. Given the scope of this MDL litigation, I respectfully suggest that my participation in the subject litigation in a leadership role as an experienced MDL professionalism and ethics counsel would serve Your Honor, the PSC and all parties and claimants' best interests.

II.

In addition to expertise in both professionalism and ethics, I have extensive experience in class action, mass tort and complex litigation matters and I have been involved in the subject Taxotere litigation prior to the formation of the subject MDL, and have a matter pending in this MDL. An abbreviated copy of my curriculum vitae (so as to meet the page limitation) is attached hereto for the Court's easy reference. As reference thereto will attest, I have been appointed by the Judges of this USDC-EDLa., and other state and federal court Judges,to multiple PSCs and I am committed to actively working and funding the subject Taxotere litigation and to working with all others appointed or otherwise interested in pursuing this important litigation.

III.

Also, pursuant to PTO No.1, I hereby nominate the following for the positions set forth below. I have worked with each of these lawyers on this case and each is committed to this litigation and each filed a Taxotere case prior to the formation of this MDL. I am confident that this diverse group of lawyers will work well together to zealously represent all claimants:

**Co-Lead Counsel**
Christopher L. Coffin (New Orleans, LA)   Karen Barth Menzies (Los Angeles, CA)
**Plaintiffs' Executive Committee**        **Plaintiffs' Steering Committee**
Benjamin Gordon (Pensacola, FL)            Gabriel Assaad (Houston, TX)
Mark R. Niemeyer (St. Louis, MO)           Ahmed Diab (San Diego, CA)
J. Kyle Bachus (Denver, CO)                Val Exnicios (New Orleans, LA)
                                           Steven R. Maher (Orlando, FL)
                                           Lee Ann McGartland (Fort Worth, TX)
                                           David F. Miceli (Carrolton, GA)
                                           Jim Reeves (Biloxi, MS)
                                           Genevieve Zimmerman (Minneapolis, MN)

Dated: October 24, 2016            Respectfully submitted:
                                   /s/ Val P. Exnicios
                                   VAL PATRICK EXNICIOS, T.A. (LA Bar #19563)
                                   *Liska, Exnicios & Nungesser*
                                   1515 Poydras Street, Suite 1400
                                   New Orleans, LA 70112
                                   (504) 410-9611/ vpexnicios@exnicioslaw.com

# ABBREVIATED CURRICULUM VITAE
# VAL PATRICK EXNICIOS, ESQ.

**LAW SCHOOL**   Loyola University School of Law
Degree: Juris Doctorate 1989
Honors: Law Review, Moot Court, Trial Practice Teaching Assistant

**PRIVATE PRACTICE**   Liska, Exnicios & Nungesser
1515 Poydras Street, Ste. 1400
New Orleans, LA 70112

## CONCENTRATIONS/AREAS OF PRACTICE:

consumer protection litigation, business litigation, personal injury litigation, environmental law, mass torts/class actions, medical products and pharmaceutical liability & ethics/professionalism.

## SPECIAL SERVICE TO THE LOUISIANA SUPREME COURT:

**1. Judicial Experience:**   **Judge Pro Tempore - January-June 30, 2015**
State of Louisiana
Civil District Court For The Parish of Orleans, Div. "H"

**2. Louisiana Supreme Court Committee Co-Chairman:**
**LSC Cmte. On Class Actions, Mass Torts & Complex Litigation, MDL & RPC, 2016-17**

## PROFESSIONAL ORGANIZATIONAL AFFILIATIONS:
LSBA, NOBA, LAJ, 1989-Present
Federal Bar Association, 2008-Present

1. Chairman, LSBA Section Council (2003-present)(voluntary component of mandatory Bar)
2. Chairman, LSBA Class Action, Mass Tort & Complex Litigation Section (2008-present)
3. Chairman, LSBA Bench & Bar Section (2003-2009)
4. Member, LSBA Rules of Professional Conduct Committee (2004-present)
5. Member, LSBA Ethics Advisory Service, (2013- present)
6. Member, LSC's MCLE Committee (2005-06)

## SAMPLING OF MASS TORT/CLASS ACTION MATTERS:

1. Committeeman   Federal Plaintiffs' Steering Committee in re Gaylord/Bogalusa Explosion - appointed by U.S.D.C. Judge Martin Feldman 1995-96
2. Committeeman   State Court Plaintiffs' Steering Committee in re Riverwalk/Brightfield

Page 1 of 2

| | |
|---|---|
| 3. Committeeman | Litigation - appointed by C.D.C. Judge Max Tobias 1996 |
| | Federal Plaintiffs' Steering Committee in re Baton Rouge Benzene Barge Spill - appointed by U.S.D.C. Judge John Parker 1997 to 2000 |
| 4. Committeeman | State Court Plaintiffs' Steering Committee in re Redux/Fen-Phen Litigation - appointed by C.D.C. Judge Terri Love 1997 |
| 5. Committeeman | State Court Plaintiff Steering Committee in re M/T Westchester Oil Spill - appointed by 25th JDC Judge W. Roe, (removed, see #10 below) |
| 6. Co-Lead Counsel | In RE Malathion (Rink, et al v Cheminova, et al) U.S. District Court for the Middle District of Florida; 1999-05 |
| 8. Liaison Counsel | Federal Plaintiffs's Steering Committee in re M/T Westchester Allision - appointed by U.S.D.C.-EDla. Judge Edith Brown Clement, 2001-05, (settled, 2005), (then Judge Jay Zainey presiding) |
| 9. Co-Lead Counsel | Federal PSC & Executive Committee in re Murphy Oil, appointed by USDC-EDLa. Judge Eldon Fallon, 2005 to 2008 (settled) |
| 10. Co-Lead Counsel | PSC in Re Katrina Hospital & Nursing Home Litigation, 2006 to present, appointed by 4 different Louisiana state court Judges |
| 11. Co-Lead/Exec. Cmte. | MDL PSC in Re NSA/Telcos wiretapping Litigation; appointed by USDC-ND Calif. Chief Judge Vaughn Walker, 2006 to 2011 (case closed) |

## ACADEMIC POSITIONS:

Loyola Law, Freshmen Professionalism Orientation, 2000 to 2013
Skills Professor, Loyola Law, 2006, Trial Practice
Adjunct Professor, Loyola Law, Professional in Practice, 2003 to 2010

## SAMPLES OF CLE TEACHING POSITIONS:

LAJ (then LTLA), Ethics & Professionalism in Mass Tort and Class Action Litigation, 1998
NOBA, Mass Tort & Class Action Litigation from Mass Tort Disaster to Trial, 2000
Certified LSBA CLE Professionalism Instructor, 2001 to present
Host, LSBA Sandestin CLE, Ethics and Professionalism, 2001-2015

## AWARDS:

2009-10, United States Fifth Circuit Court of Appeals' American Inns of Court Professionalism Award
2006, Louisiana State Bar Association President's Award
2006, CitiBusiness Leadership In Law Award
2007, Louisiana Attorney General's Award for Community Service

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

/s/ Val P. Exnicios
Val P. Exnicios #19563