**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | |

**APPLICATION FOR APPOINTMENT OF DAVID F. MICELI
TO THE PLAINTIFFS' STEERING COMMITTEE
AND NOMINATIONS FOR APPOINTMENTS**

Pursuant to Pretrial Order No. 1, I submit this application for my appointment to the Plaintiffs' Steering Committee, and to the position of state-federal coordinating counsel. My education and experience in pharmaceutical product litigation, combined with my involvement in Taxotere cases prior to the formation of this MDL, and my willingness to dedicate the necessary time and resources to this case, make me an appropriate candidate for the Plaintiffs' Steering Committee.

On June 22, 2016, I and my firm filed a consolidated action in the Missouri Circuit Court, Twenty-Second Judicial District, in St. Louis, MO, on behalf of multiple plaintiffs. I and my firm have also filed numerous cases in various federal district courts, most or all of which have been transferred to this MDL. By having a substantial number of claims pending in both state and federal courts, and a demonstrated history of litigating mass tort cases in both courts, I believe I am uniquely well suited for the role of state-federal coordinating counsel. Fundamental to my commitment to litigating in state and federal courts is a willingness to foster cooperation among state and federal litigants.

1

I have collaborated with dozens of lawyers in this litigation from across the country prior to the formation of the MDL, and I worked cooperatively with those lawyers who filed papers and argued for centralization before the JPML, including those plaintiffs' lawyers who supported transfer to venues other than the Eastern District of Louisiana.  In addition, I have dedicated a significant amount of my time and resources to educating myself and others about the Taxotere case.

I have practiced law for over twenty years, and my entire career has been devoted to litigating complex, medically intensive cases.  Since 2001 the overwhelming percentage of my practice has been devoted to representing individuals injured or killed through defective pharmaceutical products and medical devices.  I have extensive experience litigating mass tort cases, and have been involved in numerous MDLs and state court consolidated litigations: Vioxx, Bextra/Celebrex, PPA (Phenylpropanolamine), Ephedra, Nutraquest, Baycol, Trasylol, Rezulin, Reglan, Chantix, Trans-Vaginal Mesh, Lipitor and Zoloft.  I served as lead trial counsel and mediation liaison in the Nutraquest consolidated litigation, against a bankrupt corporation.

I have most recently served on the Plaintiffs' Steering Committees for the In re: Trasylol MDL (MDL no. 1928), In re: Chantix MDL (MDL No. 2092), In re: Zoloft MDL (MDL No. 2342), and I served on Plaintiffs' Executive Committee In re: Lipitor Marketing, Sales Practices and Product Liability Litigation (MDL No. 2502).

I am a shareholder in the firm of Simmons Hanly Conroy; we are a firm devoted almost exclusively to litigating mass torts of all types.  The firm has offices in Illinois, Missouri, New York, California and Georgia. We have over seventy (70) lawyers and over 165 support staff. The firm and the undersigned applicant specifically have demonstrated a willingness and ability to work cooperatively with other counsel, including many of the counsel who are included in the

present petition for inclusion on the Plaintiffs' Executive Committee (PEC) and Plaintiffs' Steering Committee (PSC). I commit to devoting significant time, effort and resources to the work of the PEC/PSC in this litigation. Additionally, I have always maintained a level of professionalism with counsel on the defense of mass tort cases in which I have been involved. I have consistently demonstrated my ability to work in a spirit of cooperation with my colleagues. I and my firm have proven experience in this type of litigation, and are prepared to immediately move forward with the business of the PEC/PSC.

I fully intend to continue to commit significant time, energy and resources to these cases. As I have been doing for the last ten (10) months, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation. In addition, the Court can trust that I will work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, zealous representation, and that all counsel that wish to contribute work towards this case be given an opportunity to do so. Likewise, I will maintain respectful, professional relationships with opposing counsel and this Honorable Court.

I appreciate the Court's consideration and look forward to assisting in any way that this Honorable Court deems appropriate.

## **NOMINATIONS FOR APPOINTMENTS**

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below. Each lawyer I am nominating committed himself or herself to this litigation prior to the formation of this MDL, filed a case in federal court prior to the formation of this MDL and

has a case or cases currently pending in this MDL.[1]  As reflected in the individual applications, each has the experience and skill set necessary to effectively promote the plaintiffs' best interests.  Based on my prior experience, I am confident that this diverse group of lawyers will work collaboratively and professionally to zealously represent the plaintiffs in this litigation.

Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher L. Coffin (New Orleans, LA) (Co-Lead Counsel) | Karen Barth Menzies (Los Angeles, CA) (Co-Lead Counsel) |
| J. Kyle Bachus (Denver, CO) Mark R. Niemeyer (St. Louis, MO) | Benjamin Gordon (Pensacola, FL) |

Plaintiffs' Steering Committee

| | |
|---|---|
| Gabriel Assaad (Houston, TX) | Ahmed Diab (San Diego, CA) |
| Val Exnicios (New Orleans, LA) | Steven R. Maher (Winter Park, FL) |
| Lee Ann McGartland (Fort Worth, TX) | David F. Miceli (Carrollton, GA) |
| Jim Reeves (Biloxi, MS) | Genevieve Zimmerman (Minneapolis, MN) |

Dated: October 24, 2016            Respectfully submitted,

/s/ David F. Miceli
David F. Miceli (GA 503900)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
dmiceli@simmonsfirm.com

---

[1] Of the thirty-three (33) cases filed prior to the formation of this MDL, this group of lawyers filed approximately seventy-five percent (75%) of them.  Since the MDL was created, the JPML has transferred another fifty (50) cases.  Of all cases currently pending in the MDL, this group of lawyers represents over sixty-five percent (65%) of them.

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 24th day of October 2016, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system. All counsel listed in Exhibit B of the Pretrial Order No. 1 were served via email.

>                             */s/ David F. Miceli*_____
>                             David F. Miceli