IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO: ALL CASES | MDL NO. 2740<br><br>SECTION: "N" (5)<br><br>JUDGE ENGELHARDT |

**APPLICATION OF DAWN M. BARRIOS
TO THE PLAINTIFFS' STEERING COMMITTEE AND AS LIAISON COUNSEL**

I, Dawn M. Barrios, of Barrios, Kingsdorf & Casteix ("BKC"), apply for a Plaintiffs' Steering Committee ("PSC") seat as Liaison or Co-Liaison Counsel.[1] I pledge to serve the Court in any capacity the Court wishes.[2] My career and our firm are anchored on our reputation for professionalism, communication, integrity, credibility, and hard work.

**WILLINGNESS AND AVAILABILITY**

BKC is willing and available for any task requested by the Court or leadership. The true test of willingness and availability is a regular, consistent and sustained commitment over the life of the MDL. When I begin a case, I follow it through to completion.

Two examples of my long-term commitment to cases are evident in MDL 2047, *In re: Chinese Manufactured Drywall Products Liability Litigation* ("CDW"), and in MDL 1657, *In re: Vioxx Products Liability Litigation* ("Vioxx"). I still work in both of these MDLs primarily handling administrative matters despite master settlements reached in each years ago. Currently, the only MDL I spend any real time on is

---

[1] BKC is counsel of record in *Scott v. SANOFI S.A., et al.*, No. 16-00680, which was filed in the Middle District of Louisiana and is listed on Conditional Transfer Order No. 3.

[2] The Honorable Eldon E. Fallon has appointed 2 separate firms as Co-Liaison counsel in MDL 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.

-1-

MDL 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation* ("Xarelto"), so I have the time, energy and enthusiasm to work as appointed by Your Honor.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

I have been appointed by Courts to a liaison position in nine MDLs. [3] In addition to the administrative tasks outlined in PTO No.1 and the Orders of any court, I follow the general principles outlined in the Federal Judicial Center's Manual for Complex Litigation (Fourth) § 10.221 (2015) in my role as liaison counsel. In that capacity, my goal is to disseminate information to all, establish transparency so that non-MDL counsel are knowledgeable and feel comfortable that the MDL isn't a "black hole," provide the Court with information on the number of state cases and the presiding judges so that the transferee Court can communicate with the transferor judge (or coordinated action judge), liaison between any particular set of cases or groups (such as the Governmental Entities and the MDL in MDL 1657, *In re: Vioxx Products Liability Litigation,* ("Vioxx"), establish a database listing all counsel and their contact information so that I can send emails providing directions on where to locate information (such as a Sharefile or Dropbox), maintain databases of material pertinent to the case, serve counsel with pleadings and documents, notify all of the dates, times and call in numbers for status conferences, attempt to coordinate discovery so that the defense is not producing material twice or putting up witnesses twice, assist both MDL and non-MDL counsel with understanding any settlement and guiding them through the necessary steps, and managing evidence and documents. I endeavor to include as many non-MDL leadership counsel in the distribution of work in order to give competent counsel the ability to work on the case. All these tasks are done with the end

---

[3] Xarelto, CDW, Vioxx, MDL 2543, *In re: General Motors LLC Ignition Switch Litigation* ("GM"), MDL 2545, *In re: Testosterone Replacement Therapy Products Liability Litigation* ("Testosterone"), MDL 2299, *In re: Actos (Pioglitazone) Products Liability Litigation* ("Actos"), MDL 2151, *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Products Liability Litigation* ("Toyota"), MDL 1431, *In re: Baycol Products Litigation ("Baycol"), and MDL 1355, In re: Propulisd Product Liability* ("Propulsid")

goal of making counsel and litigants comfortable with the MDL and how it is working so that at the end of the day if settlement occurs objections will be minimized.  My staff, particularly Dena White, is proficient with accomplishing all these tasks electronically and is incredibly organized.

And our staff's work in the numerous other MDLs has given BKC the infrastructure and capacity needed to both help prosecute this MDL as a PSC member and to handle the administrative tasks as Liaison Counsel.

Humbly, I state that virtually every attorney I have worked with in individual cases or in MDLs will attest that I am a team player who works well with others on both sides of the bar, always to further the interests of the case. All matters in any case require professionalism, but in an MDL, professionalism must be exercised at the highest level. I have learned that most adversarial issues can be resolved by reaching out to opposing and/or aligned counsel and by working together to craft a solution acceptable to all.  I have played that role in several MDLs.

In 2014 the New Orleans Bar Association honored me with the Arceneaux Professionalism Award. This is a distinct honor of which I am very proud, especially since I am the first woman recipient.

## PROFESSIONAL EXPERIENCE IN COMPLEX LITIGATION

Complex litigation has been my practice's focus since 1992 with my first appointment to the Louisiana breast implant PSC[4].   Interestingly, much of what I learned about the position of liaison was from Professor Francis McGovern who was the Special Master in the Silicone Gel Breast Implant MDL- 926.

My Court and leadership appointments in the Eastern District of Louisiana have been:

- MDL 1355, *In re: Propulsid Product Liability,*  member of the State Liaison Committee*;*
- MDL 1643, *In re: Educational Testing Service Litigation* ("ETS")*,* Lead Counsel;

---

[4] *Spitzfaden et al. v. The Dow Chemical Company, et al*; No. 92-2589-F

- MDL 1657, *In re: Vioxx Products Liability Litigation,* Chair of the State Liaison Committee, Special Liaison Counsel for Government Entities, member of the Private Third Party Payor Bellwether Trial Committee, and the Common Benefit Fee and Cost Committee related to the Consumer Settlement Agreement;
- MDL 2047, *In re*: *Chinese-Manufactured Drywall Products Liability Litigation*, member of the PSC, the Fee Committee and Chair of the State/Federal Coordination Committee;
- MDL 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* ("DWH"), as a member of the Common Benefit Fee and Cost Committee and Co-Chair of the Economic Damage Committee; and
- MDL 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, an *ex-officio* member of the PSC, Chair of the State Liaison Counsel, and Co-Chair of the Administrative Committee

I have been honored with Court appointments in numerous other MDLs, outside of the EDLA . [5]

### WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

In each of the cases listed above and since the mid-1990s, BKC has devoted each attorney and paralegal to toil in the MDLs when appointed by the Court and whenever asked by MDL leadership. We have the financial ability to fund the litigation and are willing to commit any and all of BKC's resources to make this a successful MDL.

### APPOINTMENTS SOUGHT

I seek membership on the PSC and as Liaison Counsel or Co-Liaison Counsel.

Dated: October 24, 2016                BARRIOS, KINGSDORF & CASTEIX, LLP

By: /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
Tel: (504) 524-3300
Fax: (504) 524-3313
Email: barrios@bkc-law.com

---

[5] GM, SDNY, Federal/ State Liaison Counsel; MDL 2545; Testosterone, NDIL, Plaintiffs' Steering Committee; Federal-State Liaison Committee;MDL-2299; Actos, WDLA, Plaintiffs' Executive Committee, Plaintiffs' Steering Committee and Liaison Counsel to State Courts ; Toyota, CDCA, Plaintiffs' Liaison Committee for Personal Injury/ Wrongful Death Cases; Plaintiffs' Liaison Counsel to State and Other Types of Federal Cases; and Baycol, DMN, Liaison Advisory Committee