**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was served via email or U.S. Mail on all counsel listed on Attachment B attached to Pre-Trial Order No. 1 and filed electronically using the ECF system of the United States District Court for the Eastern District of Louisiana this 24th day of October, 2016.

/s/ Dawn M. Barrios