IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| | : HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | : |
| | : |

---

**APPLICATION FOR APPOINTMENT OF CHRISTOPHER L. COFFIN
TO THE PLAINTIFFS' STEERING COMMITTEE
AND NOMINATIONS FOR APPOINTMENTS**

Pursuant to Pretrial Order No. 1, I submit this application in support of my appointment as Plaintiffs' Lead or Co-Lead Counsel. My education and experience in pharmaceutical products liability litigation combined with my extensive involvement in Taxotere cases prior to the formation of this MDL, and my willingness to dedicate the necessary time and resources to this case, make me an exceptional candidate for the Lead or Co-Lead counsel position.

I personally began working on the Taxotere litigation in January of 2016. On March 10, 2016, I filed the third Taxotere permanent hair loss case in the country, and on May 17, 2016, I filed the first Taxotere case in the Eastern District of Louisiana. Since March of this year, I have been litigating Taxotere cases in multiple venues throughout the United States, and I have worked collaboratively with fellow plaintiffs' counsel and defense counsel on substantive issues including, but not limited to, ESI protocols, tolling agreements, oppositions to motions to dismiss, and protective orders. Furthermore, I collaborated with over a dozen lawyers across the country to coordinate this litigation prior to the formation of the MDL, and I worked cooperatively with those lawyers who filed papers and argued for centralization before the JPML, including Sanofi-Aventis's national defense counsel. In addition, I have dedicated a

1

significant amount of my time and resources to educating many of my colleagues about the Taxotere litigation. I have presented on this topic at four (4) national conferences since April of 2016, and I have shared my firm's intake criteria, complaints and knowledge about these cases with dozens of lawyers, many of whom are now involved in the litigation. In addition, I have led multiple meetings of plaintiffs' counsel who have been litigating the Taxotere cases throughout the country. Significantly, on October 21, 2016, at the most recent meeting of plaintiffs' counsel who represent a majority of the cases filed to date, I was selected by my peers, without objection, to be the "point person" for plaintiffs' counsel to communicate with the defense about the Court's directives in PTO No. 1. I have begun that process.

Although there are other qualified attorneys who could lead this litigation, very few possess the unique knowledge and experience that I offer in this particular case. I have been a registered nurse for over twenty (20) years and have focused the last fifteen (15) years of my legal career on mass tort and class action cases involving pharmaceutical products. I obtained my law degree and a certificate in healthcare law from the University of Maryland. Since obtaining my law degree, I have focused my practice on healthcare-related legal issues and litigated pharmaceutical and medical device cases on behalf of thousands of individuals.

Approximately ninety percent (90%) of my litigation case work over the last fifteen (15) years has involved a pharmaceutical product or medical device. I have served as Lead or Co-Lead Counsel in four (4) national MDL cases, including three (3) national pharmaceutical products MDLs: *In re: Benicar Products Liability Litigation* (D. of NJ) (MDL 2606); *In re: Celexa and Lexapro Products Liability Litigation* (E.D. of MO) (MDL 1736); and *In re: Celexa*

*and Lexapro Marketing and Sales Practices Litigation* (D. of MA) (MDL 2067).[1]  In addition, Federal Courts have appointed me to the Plaintiffs' Executive Committee or Plaintiffs' Steering Committee in eight (8) national MDL cases.  Of these appointments, four (4) were in national pharmaceutical MDLs: *In re: Paxil Products Liability Litigation* (C.D. of CA) (MDL 1574); *In re: Zoloft Products Liability Litigation* (E.D. of PA) (MDL 2342); *In re: Effexor Products Liability Litigation* (E.D. of PA) (MDL 2458); and *In re: Lipitor Marketing, Sales Practices and Product Liability Litigation* (D. of SC) (MDL 2502).  These experiences have helped me to develop the legal knowledge and leadership skills necessary to efficiently collaborate with PSC members and to lead a MDL case such as this.

I obtained a Bachelor of Science in Nursing degree and have been licensed as a registered nurse in Ohio, Georgia, Maryland, Virginia and Louisiana.  I have formally studied pharmacology, oncology, epidemiology, anatomy, physiology and pathophysiology, and in addition, I have practiced as a registered nurse in the area of oncology, treating cancer patients undergoing chemotherapy.  My knowledge of medical issues and my nursing experience provide me with a rare set of assets that will certainly add value to Plaintiffs' cases.

I fully intend to continue to commit significant time, energy and resources to these cases.[2]  As I have been doing for the last ten (10) months, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation.  The Court can trust that I will work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, and zealous representation.  Moreover, I pledge to maintain respectful, professional relationships with opposing counsel and this Honorable Court.  If appointed as Lead or Co-Lead Counsel, I

---

[1] The fourth MDL case in which I was appointed as Co-Lead counsel is *In re: Atlas Roofing Products Liability Litigation* (N.D. of GA) (MDL 2495).
[2] My firm currently represents 575 individual Taxotere plaintiffs.

will work to ensure that those lawyers with clients in this MDL will have an opportunity to contribute to the progress of this litigation.  I have been committed to these cases since January of this year, and I will continue to be committed to them throughout the pendency of this MDL.

I appreciate the Court's consideration and look forward to assisting in any way that this Honorable Court deems appropriate.

## NOMINATIONS FOR APPOINTMENTS

Pursuant to PTO No. 1, I hereby nominate the following individuals for the positions set forth below.  Each lawyer I am nominating <u>committed himself or herself to this litigation prior to the formation of this MDL, filed a case in federal court prior to the formation of this MDL and has a case or cases currently pending in this MDL.</u>[3]  As reflected in the individual applications, each has the experience and skill set necessary to effectively promote the plaintiffs' best interests.  Based on my prior experience, I am confident that this diverse group of lawyers will work collaboratively and professionally to zealously represent the plaintiffs in this litigation.

### Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher L. Coffin (New Orleans, LA) (Co-Lead Counsel) | Karen Barth Menzies (Los Angeles, CA) (Co-Lead Counsel) |
| J. Kyle Bachus (Denver, CO) Mark R. Niemeyer (St. Louis, MO) | Benjamin Gordon (Pensacola, FL) |

### Plaintiffs' Steering Committee

| | |
|---|---|
| Gabriel Assaad (Houston, TX) | Ahmed Diab (San Diego, CA) |
| Val Exnicios (New Orleans, LA) | Steven R. Maher (Winter Park, FL) |
| Lee Ann McGartland (Fort Worth, TX) | David F. Miceli (Carrollton, GA) |
| Jim Reeves (Biloxi, MS) | Genevieve Zimmerman (Minneapolis, MN) |

---

[3] Of the thirty-three (33) cases filed prior to the formation of this MDL, this group of lawyers filed approximately seventy-five percent (75%) of them.  Since the MDL was created, the JPML has transferred another fifty (50) cases.  Of all cases currently pending in the MDL, this group of lawyers represents over sixty-five percent (65%) of them.

Dated: October 24, 2016                             Respectfully Submitted,

                                                    /s/ Christopher L. Coffin
                                                    Christopher L. Coffin
                                                    Pendley, Baudin & Coffin, L.L.P.
                                                    1515 Poydras Street, Suite 1400
                                                    New Orleans, Louisiana 70112
                                                    Phone: (504) 355-0086
                                                    Fax:  (504) 523-0699


## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to all registered participants through the Court's electronic filing system and will be sent to those indicated as non-registered participants via e-mail on October 24, 2016.

Dated: October 24, 2016                             Respectfully submitted,

                                                    /s/ Christopher L. Coffin
                                                    Christopher L. Coffin