IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------
IN RE: TAXOTERE (DOCETAXEL)          :      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION        :
                                     :      SECTION "N"(5)
--------------------------------------------------------   :
                                     :      HON. KURT D. ENGELHARDT
THIS DOCUMENT RELATES TO             :
ALL CASES                            :
---------------------------------------------------------  :

### NOMINATIONS TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, I hereby submit the nominations listed below for the Plaintiffs' Steering Committee in this MDL. I represent dozens of Taxotere plaintiffs from around the United States and have filed cases that are pending in this MDL. Although I am not personally seeking a leadership position in this case, I have been appointed as Lead or Co-Lead counsel in multiple MDLs. I understand the knowledge and skill necessary to lead an MDL such as this, and I am confident that those I am nominating are qualified to serve in a leadership position in this case.

Christopher L. Coffin

Karen Barth Menzies

Benjamin Gordon

J. Kyle Bachus

Mark Niemeyer

Jim Reeves

I have personally worked with Mr. Coffin, Mr. Gordon and Mr. Reeves in PSC leadership positions. Each of them has impressed me with their work ethic and commitment to the

litigations in which we have been involved together.  I am confident that they would be an asset

to this case.  With regard to Mr. Coffin, he and I have served as Co-Lead Counsel together in an

MDL, and I find his leadership skills and work to be exceptional.

I also personally know Ms. Menzies, and I know Mr. Bachus and Mr. Niemeyer by

reputation.  Based on my knowledge and experience, they too would positively contribute to the

leadership of this litigation.

Dated: October 24, 2016       Respectfully Submitted,

*/s/ Daniel Bryson*
Daniel K. Bryson, Esq.
N.C. Bar #15781
Whitfield, Bryson, & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000
Fax: (919) 600-5035
E-mail: dan@wbmllp.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and current copy of the foregoing has been electronically filed with the Clerk of Court, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

This the 24th day of , 2016.

WHITFIELD BRYSON & MASON LLP

*<u>s/ Daniel K. Bryson</u>*
Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com