UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Beverly Smock v. Sanofi, S.A., Case No. 2:16-cv-15673 | MDL NO. 16-MD-2740 |

NOTICE OF APPEARANCE

COMES NOW Plaintiff, Kimberly Jordan, by and through her attorneys of record Paige Boldt, Ryan L. Thompson, and Mikal C. Watts, and hereby enters Rand Nolen of Fleming, Nolen & Jez, LLP as her additional attorneys of record in the above referenced matter.

This 24th day of October, 2016            Respectfully submitted,

/s/ *Rand Nolen*
Rand P. Nolen, TX Bar No. 00788126
Federal ID No. 19007
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Blvd., Ste. 4000
Houston, Texas 77056
Telephone: 713.621.7944
Fax: 713.621.9638
Email: Rand_Nolen@fleming-law.com

/s/ *Ryan L. Thompson*
Ryan L. Thompson, TX Bar No.24046969
Mikal C. Watts, TX Bar No. 20981820
WATTS GUERRA LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com

                                            Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served in accordance upon all counsel of record via the Court's CM/ECF Filing System on this 24th day of October, 2016.

                                            ___*/s/ Rand Nolen*_____
                                            Rand Nolen