UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)        :   MDL No. 2740
        PRODUCTS LIABILITY           :
        LITIGATION                   :   SECTION "N"(5)
                                     :
This document relates to all actions.  :

### RAND P. NOLEN'S APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

In compliance with the Court's PRETRIAL ORDER #1, I hereby apply for a position on the Plaintiffs' Steering Committee:

1. I have a willingness and availability to commit to this time-consuming project;

2. I am able to work cooperatively with co-counsel and opposing counsel;

3. As set forth below, I have ample professional experience in pharmaceutical products liability litigation;

4. My firm, Fleming, Nolen & Jez, L.L.P., and I are willing, able, and ready to commit the necessary resources to pursue this matter; and

5. I fully anticipate having a civil action on file that will be transferred or filed directing into this MDL by November 10, 2016.

### MY QUALIFICATIONS

I am an attorney licensed to practice in the State Bar of Texas, as well as the United States District Courts for the Southern, Western, Northern and Eastern Districts of Texas; United States Courts of Appeals for the First, Third, Fifth, Seventh, and Tenth Circuits; United States Court Of Federal Claims; and the United States Supreme Court. I am Board Certified, Personal Injury Trial Law by the Texas Board of Legal

Specialization.  I am a member of the American Board Of Trial Advocates, and a Fellow in the Litigation Counsel of America.  I am Peer Review Rated AV.

I have tried cases to verdict in the state courts of Texas, Oregon, Georgia, Pennsylvania, and Florida, as well as in the United States District Courts for the Southern and Western Districts of Texas.  I have also commenced trials or final pretrial (in some instances including jury selection) in Illinois, Kentucky, South Dakota, North Dakota, and Mississippi.

Since joining my firm in 1997, we have recovered more than $1 billion on more than fifteen thousand individual product liability cases for which I had direct responsibility. In doing so, I represented injured people involved in the following: Hormone Replacement Therapy litigation, Fen-phen Diet Drug litigation, Rezulin Diabetes Drug litigation, Ortho Evra Patch litigation, Hydroxycut Diet Supplement litigation, Asbestos litigation, Surgical Mesh litigation, Ford Rollover litigation, Firestone Tire litigation, and General Motors Rollover litigation.

I served as Class Counsel in *Harry Snowden, Individually and as Representative of All Persons Similarly Situated v. Farmers Insurance Company, Inc.*; Cause No. CIV-2000 (Cir. Ct. of Faulkner County, Arkansas, First Division, July 2009), which resulted in cash settlements for certain eligible Farmers Insurance Group policyholders in the State of Arkansas.

I served as Class Counsel in *Royce Yarbrough; Craig Fuller; and Robert Price Brent, III, Individually And As Representatives Of The Classes Of All Similarly Situated Persons v. ConocoPhillips Company, et al.*, Cause No.  99-DCV-107968 (In the 268th Judicial District, Fort Bend County, Texas), which was litigated for 15 years and which

resulted in the proper calculation royalties and the payment of additional royalties to more than 2,600 gas royalty owners.

I served as a member of the Mississippi Litigation Group for more than 16 years and also seperately represented 1,111 personal injury clients in *In Re: BOGALUSA CHEMICAL RELEASE*, No. 251-96-CIV ALL CASES, Circuit Court for the First Judicial District, Hinds County, Mississippi.

I have argued appeals before the United States Court of Appeals for the Fifth and Seventh Circuits, the Houston First Court of Appeals, the Houston Fourteenth Court of Appeals, the Texarkana Court of Appeals, the Superior Court of Pennsylvania, The Texas Supreme Court and the Pennsylvania Supreme Court.

My published appellate cases include the following: *Assicurazioni Generali, S.p.A. v. Ranger Ins. Co.*, 64 F.3d 979 (5th Cir. 1995); *AIU Ins.Co. v. Mallay Corp.*, 928 F. Supp. 407 (S.D. Tex. 1996) *aff'd.* 116 F.3d 1478 (1997); *Ackerman v. Northwestern Mut. Life Ins. Co.*, 172 F.3d 467 (7th Cir. 1999) *cert. denied*, 528 U.S. 874 (1999); *Park v. Larison* 28 S.W.3d 106 (Tex. App. -Texarkana 2000, no pet. h.); *Keystone Aerial Surveys, Inc. v. Pennsylvania Property & Cas. Ins. Guar. Ass'n*, 777 A.2d 84 (Pa. Super. Ct. 2001) *aff'd. Keystone Aerial Surveys, Inc. v. Pennsylvania Property & Cas. Ins. Guar. Ass'n*, 574 Pa. 147, 829 A.2d 297 (Pa. Jul 23, 2003); *Mathis v. Exxon Corp.*, 302 F.3d 448 (5th Cir. 2002); *Mercado v. Warner-Lambert Co.*, 106 S.W.3d 393, (Tex.App.-Houston [1st. Dist.] 2003, pet. denied); *In re Smart*, 103 S.W.3d 515 (Tex.App.-San Antonio 2003); *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 369 F.3d 293 (3rd Cir. 2004); *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 385 F.3d


386 (3rd Cir. 2004); *Cornejo-Ortega v. U.S.*, 61 Fed. Cl. 371 (July 23, 2004); *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 401 F.3d 143 (3rd Cir. 2005); *Pare v. Wyeth, Inc.*, 870 A.2d 378 (Pa. Super. Ct. 2005); *Trutec Oil And Gas, Inc. v. Western Atlas Intern., Inc.*, 194 S.W.3d 580 (Tex. App. – Houston [14th Dist.] 2006, no pet. h.); *Hauschildt v. Central Freight Lines, Inc.,* 2011 WL 455264 (Tex.App.-Waco 2011, pet. denied); *Harris v. Houston Livestock Show & Rodeo, Inc.*, 365 S.W.3d 28, 35 (Tex.App. – Houston [1st Dist.] 2011, pet denied); *In re ConocoPhillips Co.*, No. 14-11-01004-CV, 2012 WL 214147 (Tex. App. – Houston [14th Dist.] Jan. 24, 2012) *dism'd as moot Phillips Petroleum Co. v. Yarbrough*, 405 S.W.3d 70 (Tex. 2013); *Phillips Petroleum Company, et al., v. Royce Yarbrough, Individually and as Representative of the Class of All Similarly Situated Persons,* No. 14-11-00944, 2012 WL 195608 (Tex. App. – Houston [14th Dist], Jan. 24, 2012) *rev'd Phillips Petroleum Co. v. Yarbrough*, 405 S.W.3d 70 (Tex. 2013).

Dated:  October 24, 2016

                                                  Respectfully submitted,

                                                  **FLEMING, NOLEN & JEZ, L.L.P**

*/s/ Rand P. Nolen*
Rand P. Nolen
Texas State Bar No. 00788126
Federal ID No. 19007
George M. Fleming
Texas State Bar No. 07123000
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3019
Telephone (713) 621-7944
Fax (713) 621-9638
rand_nolen@fleming-law.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                               */s/ Rand P. Nolen*