## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Beverly Smock v. Sanofi, S.A., Case No. 2:16-cv-15673 | MDL NO. 16-MD-2740 |

## NOTICE OF APPEARANCE

COMES NOW Plaintiff, Beverly Smock, by and through her attorneys of record Ryan L. Thompson and Mikal C. Watts of Watts Guerra LLP, and hereby enters Marc J. Bern of Marc J. Bern & Partners LLP as her additional attorneys of record in the above referenced matter.

This 24th day of October, 2016           Respectfully submitted,

/s/ *Marc J. Bern*_____
Marc J. Bern (NYS Bar No. 1859271)
Marc J. Bern & Partners LLP
One Grand Central Place
60 E 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
bbrick@bernllp.com


/s/ *Ryan L. Thompson*_____
Ryan L. Thompson, TX Bar No.24046969
Mikal C. Watts, TX Bar No. 20981820
WATTS GUERRA LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com

Email: mcwatts@wattsguerra.com

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served in accordance upon all counsel of record via the Court's CM/ECF Filing System on this 24th day of October, 2016.

                                        ___/s/ Marc J. Bern_____
                                        Marc J. Bern