UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

### APPLICATION OF MARC J. BERN FOR MEMBERSHIP POSITION ON THE PLAINTIFFS' STEERING COMMITTEE

I, Marc J. Bern, pursuant to Pretrial Order No. No. 1 ("PTO #1"), submit this application for membership on the Plaintiffs' Steering Committee ("PSC") for *In re: Taxotere (Docetaxel) Products Liability Litigation*. I meet the following criteria specified by the Court:

1. Willingness and availability to commit to a time-consuming project;
2. Ability to work cooperatively with others;
3. Professional experience in this type of litigation;
4. Willingness to commit the necessary resources to pursue this matter.

**1.  I am Willing and Available to Commit To a Time-Consuming Process.**

I have the <u>willingness</u> to commit the time necessary to litigate this matter appropriately. In 2016 many of my contemporaries as well as medical professionals begin advising me of incidents of permanent alopecia occurring to recipients of Taxotere. I have thoroughly researched the issue and have formed my own independent opinion that this litigation has significant merit and that the

1

Plaintiffs' Steering Committee can benefit from my forty years of experience in such matters. I have recently been retained and plan on filing on behalf of my client by weeks' end. I possess the desire and the willingness to ensure that individuals injured by Taxotere are effectively, adequately and expeditiously represented.

Additionally, I have the availability to commit to a time-consuming process. My firm has (20) lawyers and over 60 employees. These lawyers and staff have the ability to handle the firm's daily business while I commit my time to leading and working up the Taxotere case in this MDL.

2. **I Have the Ability to Work Cooperatively With Others.**

In each of the MDL & State Court Consolidated Actions in which I have been involved, to wit; Trayslol; Incretin (appointed as California State Court Liaison to Federal Court); Fen Phen (New York State Court Committee); Rezulin (New York State Court Committee); Actos – (Illinois State Court Committee) and Levaquin (New Jersey State Court Committee), I have always been committed to working with and doing everything I could to further the plaintiff's cause with respect to each and every litigation.

3. **I Possess the Professional Experience Needed in This Type of Litigation.**

My professional experience in this type of litigation comes in two forms: (1) experience gained from prior memberships on PSCs, and (2) experience gained by

cases for major pharmaceutical and product liability litigations, including various MDLs.:

### 4. I Have Access to Sufficient Resources To Advance the Litigation in a Timely Manner.

Since 2000 my firm(s) have obtained $3 billion in verdicts and settlements. As a result, I have amassed sufficient resources to advance this litigation in a timely manner. I will supply the Court with recent tax returns to document my ability to advance this litigation in a timely manner. In addition, I have developed relationships with other fine firms across the country involved in this litigation to enable a group of such firms to collectively fund this litigation and to advance it in a cohesive and timely manner. As stated before, time is of the essence in this litigation, and if selected by the Court, I pledge to seek the lower end of the Court's proposed timeline of 18-24 months before the first bellwether trial, and to commit all the time and resources necessary to meet that trial schedule.

Submitted this 24th day of October, 2016.

*/s/ Marc J. Bern*
_____
Marc J. Bern