UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2740<br><br>Section "N" (5)<br><br>Hon. Judge Kurt D. Engelhardt<br><br>Chief Judge |

THIS DOCUMENT RELATES TO:
*ALL CASES*

### APPLICATION OF HUNTER J. SHKOLNIK FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE AND AS LIASION COUNSEL TO DELAWARE STATE LITIGATION

Our office represents 432 women who were prescribed Taxotere (Docetaxel) as a part of their chemotherapy regiment. These women have survived their cancer; however, they have been left suffering permanent alopecia, in varying degrees. We currently have a case on file in Federal Court, 3:16-cv-07510-AET-DEA, as well as filing cases in the State Courts of Delaware and California. It is our intention to file the remainder of our cases in the Delaware State Court but seek to coordinate with this MDL and Lead Counsel herein, as such, the undersigned respectfully requests appointment to the Plaintiffs' Steering Committee and as a coordinating counsel to the Delaware State Court.

I am a founding Partner at Napoli Shkolnik PLLC (NS), a law firm with over 200 employees, 55 lawyers, and offices in New York, New Jersey, Pennsylvania, Illinois, California, Delaware, Texas, and Florida. We are recognized nationally for handling complex product liability and other significant class action and mass tort actions. NS is heavily involved in litigations requiring client representation all over the country, for drug, product and other toxic exposures; as well as consumer class actions I personally have presented and published extensively in such areas as class actions, ethics in class actions, toxic tort, trial practice, drug and medical device litigation, medical

malpractice, automobile, substantial truck product liability, expert witness preparation and *Daubert* hearings.

I have had the privilege of serving as court-appointed Co-Lead Counsel and as a member of the Plaintiffs' Steering Committee in many complex multidistrict proceedings in the United States, including those described in greater detail in the list of cases attached as Exhibit "A". From these experiences I have learned how important it is to have strong leadership, supported by a diverse steering committee, with highly skilled lawyers with the knowledge and skill set to address the demands and challenges presented in massive litigations like the present action. Moreover, I understand the importance of having, not only first-rate legal minds, as well as seasoned and respected leaders, but top notch lawyers who will accept any assignment.

It would be my privilege to apply my experience to the plaintiffs' common benefit here, and, if appointed, I will commit my personal and firm's time and resources to so serve. I would welcome the opportunity to serve as a member of the Plaintiffs' Steering Committee.

As Exhibit "B" shows, I personally am, or have been, a Court Appointed member of the Plaintiffs Steering Committee and/or a Lead Counsel in various drug product liability, class action and other mass tort litigation areas. I have been appointed by state and federal courts throughout the country to serve in leadership capacities, including lead counsel, settlement counsel and executive committee member. This includes over 5 high-profile MDLs. I have been appointed to MDL trial teams, MDL negotiating teams and participated in negotiating over $2 billion in MDL-related settlements. I have also been appointed to a variety of MDL Federal and MDL State Coordination Committees. These appointments and opportunities have provided me with the knowledge and ability to be a useful member of the Plaintiffs' Steering Committee in this litigation.

In the last two and half years I have been appointed Lead or Co-Class Counsel in 4 diverse

class actions: (1) *In Re: Daily Fantasy Sports Litigation*, a consumer class action for damages arising out of improper or illegal conduct by the nation's two largest operators of online daily fantasy sports contests; (2) *Sterling, et al. v. Stratfor Enterprises, LLC, et al.*, a consumer class action for damages arising from Defendants' failure to secure its computer storage systems to protect Defendant Stratfor's users', subscribers', and those persons and entities that provided Defendant Stratfor with personal and financial information; (3) *Hernandez-Ortiz, et al. v. 2 Gold, L.L.C., et al.*, a class action alleging that Defendants caused Plaintiffs damages due to Defendants' failure to exercise due care to adequately secure Premises before Hurricane Sandy; and (4) *Carolyn Roberts, Alexander Wood and Mayer & Lee, P.C. v. Ocean Prime, LLC*, a class action alleging that Defendants caused Plaintiffs damages due to Defendants' failure to exercise due care to adequately secure, Premises before Hurricane Sandy.

    I have a proven track record of working well with others in the many Class and Mass Torts Actions where I have been appointed as either Lead Counsel and/or to the Plaintiffs Steering Committee, and in many cases various sub-committees. As the extensive list of cases set forth in Exhibit "B" reveals, I have served in every level of the MDL structure, from my early days doing document review, to leading discovery committees, science committees, deposition teams, bellwether trial selection teams, trial teams, as well as serving as national settlement counsel. This vast experience of working within complex MDL structures and very different leaderships allows me to bring a wealth of knowledge that is needed in this litigation. I am further willing to commit the necessary resources to assist Lead Counsel in pursuing this litigation at an expeditious pace. I believe that without exception, I have succeeded in maintaining the highest standards of decorum, cooperation and collegiality among plaintiff and defense counsels alike. Should the Court so desire, I would be pleased to provide a list of co-counsel and defense counsels who will vouch for my

professionalism and ability. I represent to the Court that my firm possesses ample resources, in terms of personnel and funding, to prosecute this case in a timely and efficient manner.

Over the course of 30 years of practice I have the opportunity to teach, lecture and write on various topics related trial practice, class actions, mass tort, ethics, product liability, complex litigation, etc. These important opportunities have helped me develop a very pragmatic outlook on complex litigation and the need to effectively, economically and expeditiously litigate and resolve very complex matters. I believe these characteristics will be important in bringing this case to resolution.

Respectfully Submitted,

/s/ *Hunter Shkolnik*
Hunter J. Shkolnik
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, New York 10017
(212) 397-1000
hunter@napolilaw.com

/s/ *Lisa Causey-Streete*
Lisa Causey-Streete (#33767)
Salim-Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457
(318) 354-1818
lcausey@salim-beasley.com