UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### JOINT NOMINATION OF EMILY C. JEFFCOTT OF THE LAMBERT FIRM, PLC AND IRVING J. WARSHAUER OR M. PALMER LAMBERT, OF GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC FOR APPOINTMENT AS PLAINTIFFS' CO-LIAISON COUNSEL

COME NOW, Mikal C. Watts and Ryan L. Thompson of WATTS GUERRA LLP, Sean Tracey of TRACEY & FOX, Dennis Reich of REICH & BINSTOCK, LLP, Russell Abney of FERRER, POIROT & WANSBROUGH, Anne Andrews of ANDREWS THORNTON HIGGINS RAZMARA, LLP, Scott Bickford and Lawrence Centola, III of MARTZELL, BICKFORD & CENTOLA, Alexander Dwyer and Andrew Kirkendall of KIRKENDALL DWYER, LLP, Rick Paul and Ashlea Schwarz of PAUL McINNES, LLP, Rand Nolen of FLEMING, NOLEN & JEZ, LLP, and Robert Hilliard of HILLIARD MUNOZ & GONZALES, LLP,[1] each having filed their applications for PSC positions on Monday, October 24, 2016, pursuant to Paragraph 16 of this Court's Pretrial Order No. 1, and file herein, this their Joint Nomination for the Appointment of Emily C. Jeffcott of THE LAMBERT FIRM, PLC and Irving J. Warshauer or M. Palmer Lambert of GAINSBURGH BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC for Appointment as Plaintiffs' Co-Liaison Counsel.

---

[1] If the Court desires a proposed leadership slate, as proposed by other groups, the undersigned would welcome the opportunity to suggest the same.

1

I.

Pursuant to Paragraph 15 of this Court's Pretrial Order No. 1, the undersigned, on behalf of all counsel signing on to this Joint Nomination, sought to "confer…and seek consensus regarding the nomination of candidates for liaison counsel for each group" by meeting personally with other plaintiffs' counsel in Las Vegas between October 19-21, and by calling Chris Coffin, Karen Menzies, Dawn Barrios, Gerald Meunier, Emily Jeffcott and Hugh Lambert, and by conducting a conference call with many lawyers at 5 p.m. on October 24, 2016.

After these efforts to confer, all Plaintiffs' counsel were unable to agree on who should serve as Plaintiffs' liaison counsel. As such, the undersigned respectfully nominate Emily Jeffcott of THE LAMBERT FIRM, PLC and Irving J. Warshauer or M. Palmer Lambert, of GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC, to serve as Plaintiffs' Co-Liaison Counsel.

II.

Emily Jeffcott and her firm's founder, Hugh "Skip" Lambert, of THE LAMBERT FIRM, PLC, worked incredibly hard on the multidistrict litigation before this Court known as *In re FEMA Formaldehyde*, MDL 1873, assisted in preparing written discovery in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179, work on the law and briefing committee in *In re:* Zofran, MDL 2657, and most recently, served a significant role in bellwether trial discovery in *In re Xarelto*, MDL 2592. Emily Jeffcott has accepted this nomination and requests the Court consider her as a candidate for Plaintiffs' Co-Liaison Counsel. *See* Exhibit A.

III.

Irving J. Warshauer and M. Palmer Lambert, and one of their firm's principals, Gerald Meunier, of GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER,

LLC, saw their firm serve this court as liaison counsel in *In re: FEMA Formaldehyde*, MDL 1873 and as a member of the PSC in *In re: Franck's Lab, Inc.*, MDL 2454, assist in the preservation of damages in *In re: Chinese Drywall*, MDL 2047, serve as co-class counsel in *In re: Pool Products Distribution Market Antitrust Litigation*, MDL 2328, and assist in discovery in *In re: Xarelto*, MDL 2592. Irving J. Warshauer and M. Palmer Lambert have accepted this nomination and request the Court consider them as candidates for Plaintiffs' Co-Liaison Counsel. *See* Exhibit B.

Submitted this 25th day of October 2016.

/s/ *Mikal C. Watts*

Mikal C. Watts
Ryan L. Thompson
Sean Tracey
Anne Andrews
Dennis Reich
Russell Abney
Scott Bickford
Lawrence Centola, III
Alexander Dwyer
Andrew Kirkendall
Rick Paul
Ashlea Schwarz
Rand Nolen
Robert Hilliard

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was on the date entered below, filed and forwarded to all counsel of record in this matter via the CM/ECF system.

October 25, 2016

/s/ *Mikal C. Watts*
Mikal C. Watts