# THE LAMBERT FIRM
## A PROFESSIONAL LAW CORPORATION

701 MAGAZINE STREET
NEW ORLEANS, LA 70130
WWW.THELAMBERTFIRM.COM

TOLL FREE: 1.800.521.1750
PHONE: 504.581.1750
FAX: 504.529.2931

October 25, 2016

Honorable Kurt D. Engelhardt
Chief Judge, Section N
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C367
New Orleans, Louisiana 70130

Re:  *In Re: Taxotere (Docetaxel) Products Liability Litigation*
     MDL No. 2740 – Nomination of Plaintiffs' Co-Liaison Counsel

Dear Judge Engelhardt:

With great privilege, I willingly accept the nomination by my peers to serve as Plaintiffs' Co-Liaison Counsel in MDL No. 2740, *In Re: Taxotere (Docetaxel) Products Liability Litigation*.

In furtherance of their nomination, below is a brief summary of my background, availability, experience, and commitment to act professionally.

## I.  BACKGROUND

I am a partner with The Lambert Firm, PLC, which is located just about a minute's walk from the Eastern District of Louisiana, and we represent multiple plaintiffs in this litigation that are pending transfer to this Honorable Court.[1] Throughout my career as a lawyer, I have consistently practiced in complex, multi-district litigations, serving on committees in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873, the Deepwater Horizon Oil Litigation, MDL No. 2179, the Xarelto Products Liability Litigation, MDL No. 2592, and the Zofran Products Liability Litigation, MDL No. 2657. In addition, my practice includes representing relators under the *qui tam* provisions of the False Claims Act.

I am admitted to practice law in Louisiana, Texas, New York, and the District of Columbia, and my skills as an advocate and leader have been recognized by multiple organizations such as *Texas Super Lawyers, Louisiana Super Lawyers, Top New Orleans Lawyers,* and *National Trial Lawyers.*

---

[1] *Fran B. Herbst v. Sanofi-Aventis US LLC et al.*, No. 9:16-CV-81764 (S.D. Fla. Oct. 19, 2016); *Maria Glynn v. Sanofi-Aventis US LLC et al.*, No. 2:16-CV-02355 (E.D. La. Oct. 20, 2016); *Anderson v. Sanofi-Aventis US LLC et al.*, 5:16-CV-01484 (W.D. La. Oct. 24, 2016).



## II. AVAILABILITY TO SERVE

I am willing and available to serve as Plaintiffs' Co-Liaison Counsel. Further, I have the unconditional support and backing of my firm, The Lambert Firm, PLC, should I be given the opportunity to serve this Honorable Court in this MDL.

## III. PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

I am very familiar with MDL practice before this Honorable Court. Prior to joining The Lambert Firm, PLC, I worked on MDL No. 1873, *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, serving on the bellwether trial teams for plaintiffs Alana Alexander, Earline Castanel, and Robin Lewis. For all bellwether trials, I provided substantial pretrial motion practice, including dispositive and *Daubert* motions. I also provided post-trial support in the form of appellate briefing. Shortly thereafter, I broadened my MDL experience to include MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*.

Generally, I am accustomed to managing and working larger, complex cases involving damages in excess of $100 million. I am currently involved in important common benefit roles in the Xarelto MDL, serving on that PSC's briefing and bellwether committees. I have been selected by the Xarelto PSC to serve as principal counsel for one of four bellwether plaintiffs selected for trial in 2017. More recently, I was asked to serve on the law and briefing committee in the Zofran MDL No. 2657 litigation.

My experience with MDLs extends back beyond my career as a lawyer. Before attending law school, I was involved on the administrative management side of other major pharmaceutical litigations, including FenPhen, Zyprexa, and Celebrex. I quickly learned the intricacies of each MDL's Plaintiff Fact Sheet and was involved in the development and implementation of efficient means to collect information for thousands of clients.

## IV. ABILITY TO WORK COOPERATIVELY WITH OTHERS

In daily life and particularly in my practice, it is a personal priority that I act with the upmost professionalism and decorum. I frequently interact and coordinate without outside counsel, including the United States Department of Justice and other governmental agencies. I likewise oversee a team of lawyers that assist me in developing and proactively managing my docket of cases.

More publicly, my ability to work well with others was recently demonstrated through my nomination to the Executive Committee for the Louisiana Association for Justice and as Chair of the Louisiana Association of Justice, New Lawyer's Division. I am also actively involved with the Special Olympics Louisiana, serving as the Vice-Chair of the Board of Directors and the Chair of the Development Committee.



    Based on my background, availability, experience, and commitment to professionalism, I am confidant in my ability to serve as Plaintiffs' Co-Liaison Counsel, and as such, I accept the nomination by my peers for this position.

Sincerely,

Emily C. Jeffcott, Esq.