ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
MICHAEL J. ECUYER
WALTER C. MORRISON IV*
M. PALMER LAMBERT
RACHEL A. STERNLIEB
KATHY A. RITO

OF COUNSEL
JACK C. BENJAMIN
STEVAN C. DITTMAN

*ALSO ADMITTED IN MISSISSIPPI

LAW OFFICES
**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

SAMUEL C. GAINSBURGH
(1926-2003)

NEW ROADS OFFICE:
143 MAIN STREET
SUITE 3
NEW ROADS, LA 70760
TELEPHONE: (225) 638-8511
TELECOPIER: (225) 638-8319

JACKSON OFFICE:
240 TRACE COLONY PARK DR.
SUITE 100
RIDGELAND, MS 39157
TELEPHONE: (601) 933-2054

*REPLY TO NEW ORLEANS OFFICE*

October 25, 2016

Honorable Kurt D. Engelhardt
Chief Judge, Section N
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C367
New Orleans, Louisiana 70130

    Re:    *In Re: Taxotere (Docetaxel) Products Liability Litigation*
           MDL No. 2740, Section "N," Division (5)

Dear Judge Engelhardt:

      We, Irving J. Warshauer and M. Palmer Lambert, of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. ("Gainsburgh Benjamin") anticipate being nominated for the position of Co-Liaison Counsel in this litigation, pursuant to paragraph 15 of the Court's Pretrial Order No. 1 entered on October 13, 2016 (Rec. Doc. 4). Please consider this as our certification of willingness to serve as Plaintiffs' Co-Liaison Counsel herein.

      Gainsburgh Benjamin is sole counsel for Mary D. Webre in the case captioned *Webre v. Sanofi-Aventis U.S. LLC, et al.*, case no. 16-682 pending in the United States District Court for the Middle District of Louisiana, a matter which will be transferring into this MDL. We have also been asked by several other firms to associate as co-counsel in a number of other cases which are being, or will be, handled in this MDL.

      Our qualifications for service as Co-Liaison Counsel are summarized in accordance with the following criteria and considerations:

    **A.**    <u>**A WILLINGNESS AND AVAILABILITY TO SERVE WITH COMMITMENT**</u>

      Being aware of the nature and the scope of this litigation, we understand that the designation of Liaison Counsel entails a significant commitment. The Court may be assured, however, that we have the energy, availability, and support to take on such a responsibility. The other partners of the firm, Robert J. David, Gerald E. Meunier, Michael J. Ecuyer, and Walter C. Morrison, IV, our associate, Kathy A. Rito, our nurse-paralegal, Beth Brown, and our legal

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

Honorable Kurt D. Engelhardt
October 25, 2016
Page 2

assistants, Dara Delger and Magan Ennis, all are prepared to actively participate in providing this support, should either or both of us be given the opportunity to serve as Plaintiffs' Co-Liaison Counsel.

### B. IRVING J. WARSHAUER'S EXPERIENCE IN MASS TORT AND COMPLEX LITIGATION

Since I was admitted to the bar in 1976, I have tried numerous cases to verdict, including trials of products liability, medical malpractice, mass torts, maritime, personal injury, and criminal cases. I have thirty-six (36) years of experience as a trial attorney at Gainsburgh Benjamin.[1]

The following matters reflect my experience in mass tort and complex litigation in this and other courts, primarily in cases where I assumed a leadership or principal role for the common benefits of plaintiffs:

1. Court-appointed by Judge Lance Africk as Co-Lead Trial Counsel and as a member of the Plaintiffs' Steering Committee in *Evans, et al. v. TIN, Inc., et al.*, Civil Action No. 11-2067, U.S. District Court, E.D. La., mass tort litigation involving the discharge of contaminants into the Pearl River, which concluded with a class settlement of thousands of property damage and/or personal injury claims.

2. Assigned through the PSC to assist in the development of the plaintiffs' claims for damages, including the perpetuation deposition of one of plaintiffs' experts on damages, in *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, U.S. District Court, E.D. La.

3. Designated as class counsel and served as lead trial counsel for plaintiffs in *Doerr, et al. v. Mobile Oil Corporation, et al.*, Case No. 83-912, 34th Judicial District Court for the Parish of St. Bernard, a class action lawsuit arising out of an oil refinery's discharge into the Mississippi River of untreated, contaminated waste water and storm water that was drawn into the St. Bernard Parish water system and then distributed to users through the parish causing various health problems. The class consisted of

---

[1] Before joining Gainsburgh, Benjamin in 1980, I was an Assistant United States Attorney for the Eastern District of Louisiana and a Trial Attorney in the United States Department of Justice, from whom I received a Special Commendation.

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

Honorable Kurt D. Engelhardt
October 25, 2016
Page 3

        approximately 15,000 individuals, and the case involved a three week class certification hearing and a four week trial on the merits.

4. Designated as class counsel in *Daniels, et al. v. Witco Corporation, et al.*, Case No. 526-334, 24th Judicial District Court for the Parish of Jefferson, a class action involving an explosion and fire at a chemical plant in Gretna, Louisiana that resulted in the airborne release of harmful chemicals which caused ailments to residents in the neighborhood. This litigation involved a week-long trial on class certification.

5. Designated as class counsel in *Brumfield, et al. v. The City of New Orleans*, Case No. 2002-9341, Civil District Court for the Parish of Orleans, a class action that involved property damage to residents near a Housing Authority of New Orleans development.

### C. M. PALMER LAMBERT'S EXPERIENCE IN MASS TORT AND COMPLEX LITIGATION

I have assumed active, as well as leadership, roles in other mass tort and multi-district litigation matters (both pending and resolved), before this Court (E.D. La.), specifically in serving the common benefit of plaintiffs.

1. As a member of the bellwether trial and settlement teams in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873, U.S. District Court, E.D. La., I was charged with the tasks of research, expert preparation, deposition preparation and pretrial briefing for one of the bellwether summary jury trials. I had primary responsibility for the evaluation of various insurance coverage issues, as well as for the organization and analysis of claims data for approximately 60,000 claimants. I was directly involved in settlement negotiations and mediations, which resulted in the class and mass joinder settlements that concluded the MDL proceedings; and I also assumed responsibility for co-drafting (with defendants' counsel) and filing all class settlement pleadings.

2. I worked closely with Irving Warshauer of our firm, who was appointed Co-Lead Trial Counsel by Judge Lance Africk in the consolidated litigation entitled *Evans, et al. v. TIN, Inc., et al.*, Civil Action No. 11-2067, U.S. District Court, E.D. La., was tasked with various common benefit discovery and class settlement roles, including participation on deposition teams and a lead role on preparation, filing and implementation of the class settlement.

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

Honorable Kurt D. Engelhardt
October 25, 2016
Page 4

3. In *In Re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047, U.S. District Court, E.D. La., I assisted Gerald Meunier with various common benefit projects, including preparation and presentation of evidence in a class damages trial against defendants held in default by the Court.

4. I was appointed as co-class counsel for the settlement classes certified by Judge Sarah Vance in *In Re: Pool Products Distribution Market Antitrust Litigation,* MDL No. 2328, U.S. District Court, E.D. La. I was primarily involved in the settlement phase of that litigation and served as the indirect-purchaser-plaintiffs' lead drafter of all class settlement related documents and pleadings. I also served as the indirect-purchaser-plaintiffs' lead presenter of the Rule 23 fairness aspects at both class fairness hearings. Prior to the settlement phase, I participated in a number of discovery depositions and drafted both Rule 56 and *Daubert* pleadings on behalf of indirect-purchaser-plaintiffs.

5. As a member of the Court-appointed PSC in *In Re: Franck's Lab, Inc. Products Liability Litigation,* MDL No. 2454, U.S. District Court, E.D. La., I was intimately involved with all aspects of the litigation. I assumed the role of primary drafter of all joint reports prepared on behalf of the PSC and defendants' liaison counsel. I also took the lead on all Rule 12 and Rule 56 opposition pleadings. I assisted Michael Ecuyer in the handling and reporting to the Court of the PSC's financial and time-keeping obligations. I was tasked with the drafting and editing of most, if not all, settlement-related documents and pleadings.

6. Currently, I am assisting others in the discovery and bellwether trial preparation phases of the *In Re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL No. 2592, U.S. District Court, E.D. La. My responsibilities in the Xarelto MDL, however, will not impede my ability to dedicate the requisite time and effort to service on the PSC in this litigation.

D. **GAINSBURGH BENJAMIN'S EXPERIENCE IN MASS TORT AND COMPLEX LITIGATION**

Gainsburgh Benjamin has a proven record of legal expertise in a number of mass tort/complex litigation matters. Our firm's members frequently have been called upon to serve as liaison counsel and/or in active, lead roles on Plaintiff Steering Committees in this type of

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

Honorable Kurt D. Engelhardt
October 25, 2016
Page 5

litigation.[2] Gainsburgh Benjamin brings to this MDL the totality of not only that experience but also its professional standing with the mass tort/class action bar and the courts.

### E. NOMINEES' RECORDS OF PROFESSIONALISM AND ABILITY TO WORK COOPERATIVELY WITH OTHER COUNSEL

In all cases in which we have been involved and assumed active/leadership roles, we have demonstrated an ability to cooperate with, and earn the respect of, co-counsel, opposing counsel, and the courts. In our work in MDLs and other mass tort cases in particular, we have a record of successful results on plaintiffs' behalf through a combination of problem-solving cooperation with other counsel, and, where necessary, the exercise of strong advocacy skills at a highly-professional level.

### F. IRVING J. WARSHAUER'S PROFESSIONAL STANDING

I was honored recently with the Federal Bar Association, New Orleans Chapter's Jack Martzell Professionalism Award. I have consistently maintained an AV rating in Martindale-Hubbell. For the past fourteen years, I have been listed in The Best Lawyers in America. In 2009, I was named "New Orleans Best Lawyers' Personal Injury Litigator of the Year" and was selected as "Best Lawyers' 2016 New Orleans Plaintiffs Personal Injury Litigation Lawyer of the Year." Since 2006, I have been listed in Louisiana Super Lawyers, and in the 2010 and 2011 publications I was listed as one of "The Top 50" lawyers in Louisiana. This year, I was recognized as one of Louisiana Super Lawyers' "Top 50" lawyers in both New Orleans and Louisiana. I was named to New Orleans CityBusiness' 2012 Leadership in Law class, which honors attorneys who have achieved success in their law practice and have made positive contributions to the greater community.

I am a fellow of the American College of Trial Lawyers (in which I served on the Louisiana State Committee from 2007 – 2012), the Litigation Counsel of America, the American Bar Foundation, and the Louisiana Bar Foundation. I was the President of the Tulane Law School American Inn of Court from 2006 – 2008. I have served in the Louisiana State Bar Association's House of Delegates since 1997 and I have been a member of the Louisiana State Bar Association's Ethics Advisory Service Committee for the past eleven years. I served as Chair of the New Orleans Bar Association's Products Liability Committee in 2014 and 2015.

---

[2] Illustrative examples: *In Re: Xarelto (Rivaroxaban) Products Liability Litigation; In Re: Franck's Lab, Inc. Products Liability Litigation; In Re: Pool Products Distribution Market Antitrust Litigation; Evans, et al. v. TIN, Inc.; In Re: Oil Spill by the Oil Rig "Deepwater Horizon"; In Re: Chinese-Manufactured Drywall Products Liability Litigation; In Re: FEMA Trailer Formaldehyde Product Liability Litigation; In Re: Vioxx, Products Liability Litigation; In Re: Katrina Canal Breaches Consolidated Litigation; Turner, et al v. Murphy Oil USA, Inc.; Brumfield, et al. v. The City of New Orleans; Doerr, et al. v. Mobile Oil Corporation, et al.; Daniels, et al. v. Witco Corporation; In Re: Chemical Release at Bogalusa.*

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

Honorable Kurt D. Engelhardt
October 25, 2016
Page 6

I believe that my professional standing has been further enhanced by my civic activities, including service on the Board of Directors, and as the current President of, Louisiana Appleseed, a non-profit organization whose mission is to increase access to education, justice and opportunity. I also was a member of the Board of Directors of Make-A-Wish Foundation of Louisiana, of which I was President from 2005 – 2006, and I was President of the Audubon Area Zoning Association. I serve on the Advisory Board of the South Central Regional Office of the Anti-Defamation League (ADL) and for two years I was Co-Chair of this region's Civil Rights Committee and I am now a member of ADL's National Civil Rights Committee. I was a member of the Isidore Newman School Board of Governors from 1997 – 2014, and I was the Board Chair from 2007 – 2010.

### G. M. PALMER LAMBERT'S PROFESSIONAL STANDING

I continue my work as a member of the federal and state bars in this community, and I have assumed leadership responsibilities in a number of areas. I serve on the Board of Directors of the Younger Lawyers Division of the New Orleans Chapter of the Federal Bar Association. I am honored to have served as a Court-appointed member of the Eastern District of Louisiana's Magistrate Selection Committee, which recently was tasked with evaluating and recommending candidates for replacement of retired Magistrate Judge Sally Shushan. I was president of the Academy of New Orleans Trial Lawyers from 2011 to 2013 and remain one of the group's three directors. I am an active member of the New Orleans Bar Association's Class Actions/Complex Litigation Committee and the Pharmaceutical and Medical Devices Committee. I have been recognized as a Louisiana Super Lawyers' "Rising Star" from 2014 to present.

If given the honor of serving as Co-Liaison Counsel, we will bring to this MDL, and to the Court, a commitment to advocacy on behalf of plaintiffs characterized by scholarship, dedication, thoroughness and professionalism. The Court's attention to and consideration of our nomination are appreciated.

Sincerely,

Irving J. Warshauer                    M. Palmer Lambert