UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>SECTION: N<br>JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Klara Ernys-Kofler v. Sanofi S.A., et al*, 2:16-cv-15506

## NOTICE OF VOLUTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, KLARA ERNYS-KOFLER, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *without* prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court on this 26th day of October, 2016, by using the CM/ECF system which will send notice of electronic filing to all parties of records.

Dated: October 26, 2016

By: /s/ C. Brooks Cutter
C. Brooks Cutter
CUTTER LAW, P.C.
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
Fax: (916) 588-9330

*Attorney for Plaintiff*