**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)      MDL No. 2740
PRODUCTS LIABILITY LITIGATION    SECTION: N
                                     JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Candyse Jenkins v. Sanofi S.A., et al*, 2:16-cv-15503

## NOTICE OF VOLUTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CANDYSE JENKINS, by and through undersigned counsel, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the

above-captioned action *without* prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

electronically filed with the Clerk of the Court on this 26th day of October, 2016, by using the

CM/ECF system which will send notice of electronic filing to all parties of records.


Dated: October 26, 2016

                                  By:    /s/ C. Brooks Cutter_____
                                              C. Brooks Cutter
                                            CUTTER LAW, P.C.
                                            401 Watt Ave.
                                            Sacramento, CA 95864
                                            Telephone: (916) 290-9400
                                            Fax: (916) 588-9330

                                            *Attorney for Plaintiff*