IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In re: Taxotere (Docetaxel) Products Liability Litigation* | MDL No.   2740 |
| | Master Docket No.   2:16-md-2740 |
| | Judge:   Hon. Kurt D. Engelhardt |
| **This document relates to:**<br><br>*Renita Johnson v. Sanofi-Aventis US LLC, et al.*<br><br>No. 2:16-cv-15296 | **NOTICE OF APPEARANCE** |

To the Clerk of the Court:

    I am admitted or otherwise authorized to practice in this Court; please enter my appearance on behalf of Plaintiff Renita Johnson.

October 27, 2016.        Respectfully Submitted,

                            */s/ James G. O'Brien*
                            James G. O'Brien (0088460) (PHV)
                            Michelle L. Kranz (0062479) (PHV)
                            Carasuana B. Wall (0090234) (PHV)
                            ZOLL & KRANZ, LLC
                            6620 W. Central Ave., Suite 100
                            Toledo, OH 43617
                            Tel.   (419) 841-9623
                            Fax   (419) 841-9719
                            Email  michelle@toledolaw.com
                            Email  cara@toledolaw.com
                            Email  jim@toledolaw.com

                            *Counsel for Plaintiff Renita Johnson*

## **CERTIFICATE OF SERVICE**

      I transmitted a true and accurate copy of the foregoing **Notice of Appearance** by filing a copy on the Court's electronic filing system on this date.

October 27, 2016.              */s/ James G. O'Brien*
                                        James G. O'Brien (0088460) (PHV)