UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> v. <br><br> THIS DOCUMENT RELATES TO BESSIE MAE WATSON CIVIL ACTION NO. 3:16-CV-759 | MDL: 2740 <br><br> SECTION: N (5) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Bessie Mae Watson in the above-titled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned counsel of record:

Dated: Nov. 2, 2016

                                        Respectfully submitted,

                                        JONES WARD PLC

                                        s/ Jasper D. Ward IV_____
                                        Jasper D. Ward IV
                                        Marion E. Taylor Building
                                        312 South 4th Street
                                        6th Floor
                                        Louisville, Kentucky 40202
                                        Ph:    502 882-6000
                                        Fax:   502 587-2007
                                        jasper@jonesward.com
                                        *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of November, 2016, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                        s/ Jasper D. Ward IV
                                                        *Counsel for Plaintiff*