**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

CLERK'S OFFICE
A TRUE COPY

Nov 03 2016

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS**
**LIABILITY LITIGATION**

Addelson, et al. v. Sanofi S.A., et al.,                )
16-cv-16041 N(5)    E.D. Missouri, C.A. No. 4:16-01277    )          MDL No. 2740

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Addelson*) on October 5, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Addelson* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on October 5, 2016, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Kurt D. Engelhardt.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel