UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § | MDL NO. 2740 |
| *THIS DOCUMENT RELATES TO:* § § | SECTION "N" (5) |
| *Lisa Medici v. Sanofi S.A., et al.,* § No. 2:16-cv-15569 § | HON. KURT D. ENGELHARDT |
| *Joan Phillips v. Sanofi S.A., et al.,* § No. 2:16-cv-15513 § | |
| *Gail Slade v. Sanofi S.A., et al.,* § No. 2:16-cv-15571 § | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., in the above-captioned matters.

DATED: November 8, 2016

Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

*Attorney for Defendant Hospira Worldwide, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  November 8, 2016

/s/ Mark S. Cheffo<br>
Mark S. Cheffo