UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case 2:16-md-02740-KDE-MBN MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Medici v. Sanofi S.A., et al.*, Case No. 2:16-cv-15569-KDE-MBN
*Phillips v. Sanofi S.A., et al.*, Case No. 2:16-cv-15513-KDE-MBN
*Slade v. Sanofi S.A., et al.*, Case No. 2:16-cv-15571-KDE-MBN

## NOTICE OF APPEARANCE

Please enter the appearance of Lori G. Cohen, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

                Respectfully submitted,

                */s/ Lori G. Cohen*
                Lori G. Cohen
                GREENBERG TRAURIG, LLP
                Terminus 200
                3333 Piedmont Road, NE, Suite 2500
                Atlanta, Georgia 30305
                (678) 553-2100
                cohenl@gtlaw.com

                ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Lori G. Cohen*
Lori G. Cohen