UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) Case 2:16-md-02740-KDE-MBN MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Medici v. Sanofi S.A., et al.*, Case No. 2:16-cv-15569-KDE-MBN
*Phillips v. Sanofi S.A., et al.*, Case No. 2:16-cv-15513-KDE-MBN
*Slade v. Sanofi S.A., et al.*, Case No. 2:16-cv-15571-KDE-MBN

## NOTICE OF APPEARANCE

Please enter the appearance of Ronald Clifton Merrell, II, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

> Respectfully submitted,
>
> */s/ Ronald Clifton Merrell, II*
> Ronald Clifton Merrell, II
> GREENBERG TRAURIG, LLP
> Terminus 200
> 3333 Piedmont Road, NE, Suite 2500
> Atlanta, Georgia 30305
> (678) 553-2100
> merrellc@gtlaw.com
>
> ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                        */s/ Ronald Clifton Merrell, II*
                                        Ronald Clifton Merrell, II