# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) Case 2:16-md-02740-KDE-MBN MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Medici v. Sanofi S.A., et al.*, Case No. 2:16-cv-15569-KDE-MBN
*Phillips v. Sanofi S.A., et al.*, Case No. 2:16-cv-15513-KDE-MBN
*Slade v. Sanofi S.A., et al.*, Case No. 2:16-cv-15571-KDE-MBN

## CORPORATE DISCLOSURE STATEMENT

Sandoz Inc., a non-governmental corporate Defendant in this matter, makes the following disclosure under Federal Rule of Civil Procedure 7.1[1]:

Sandoz Inc. is an indirect, wholly owned subsidiary of Novartis AG. Novartis AG trades on the SIX Swiss Stock Exchange under the symbol NOVN and on the New York Stock Exchange under the symbol NVS. No other publicly held corporation owns 10% or more of Sandoz Inc.'s stock.

Respectfully submitted,

*/s/ Lori G. Cohen*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan C. Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com

---

[1] By filing this Notice of Appearance, Sandoz Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

1

ATL 21668882v1

holdene@gtlaw.com

***Counsel for Defendant Sandoz Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                              */s/ Lori G. Cohen*
                                              Lori G. Cohen