UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case 2:16-md-02740-KDE-MBN MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Medici v. Sanofi S.A., et al.*, Case No. 2:16-cv-15569-KDE-MBN
*Phillips v. Sanofi S.A., et al.*, Case No. 2:16-cv-15513-KDE-MBN
*Slade v. Sanofi S.A., et al.*, Case No. 16-cv- 15571-KDE-MBN

## NOTICE OF APPEARANCE

Please enter the appearance of E. Paige Sensenbrenner, of the law firm Adams and Reese LLP, as counsel for Defendant Sandoz Inc.[1]

Respectfully submitted,

*/s/ E. Paige Sensenbrenner*
E. Paige Sensenbrenner (La. Bar No. 18429)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
paige.sensenbrenner@arlaw.com
(504) 581-3234 (Telephone)
(504) 566-0210 (Facsimile)

***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ E. Paige Sensenbrenner
E. Paige Sensenbrenner