UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § § | MDL NO. 2740 |
| § | HON. KURT D. ENGELHARDT |
| *THIS DOCUMENT RELATES TO:* § *Lisa Medici v. Sanofi S.A., et al.,* § No. 2:16-cv-15569 § *Joan Phillips v. Sanofi S.A., et al.,* § No. 2:16-cv-15513 § *Gail Slade v. Sanofi S.A., et al.,* § No. 2:16-cv-15571 § | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT HOSPIRA WORLDWIDE, LLC**

Defendant Hospira Worldwide, LLC ("Hospira"), formerly doing business as Hospira Worldwide, Inc., a non-governmental corporate party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1[1]:

Hospira is a limited liability company that has a single member, Hospira, Inc., a corporation. Hospira, Inc. is a wholly-owned subsidiary of Pfizer Inc., a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of Pfizer Inc.

DATED: November 9, 2016

Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

*Attorney for Defendant Hospira Worldwide, LLC*

---

[1] By filing this corporate disclosure statement and appearance of counsel, Hospira is not waiving any right to object to improper service, venue, or jurisdiction.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: November 9, 2016

/s/ Mark S. Cheffo<br>Mark S. Cheffo