IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE(DOCETAXEL) ) <br>     PRODUCTS LIABILITY ) <br>     LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Civil Case No. 2:16-cv-15724 ) <br> ) <br> RUTH HARRIS ) <br> ) <br>     Plaintiff, ) <br> ) <br> SANOFI S.A., AVENTIS PHARMA S.A., ) <br> and ) <br> SANOFI-AVENTIS U.S. LLC, separately, ) <br> and doing business as WINTHROP U.S. ) <br> ) <br>     Defendants. | MDL NO. 2740 <br><br> Chief Judge: Kurt D. Engelhardt <br><br> Mag Judge: Michael North |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, who desires to have Ravi K. Sangisetty (La. Bar No. 30709) and Michael E. Lillis (La. Bar No. 33245)of the law firm of Sangisetty Law Firm, LLC, located at 935 Gravier Street, Ste. 835, New Orleans, Louisiana 70112, with telephone 504-662-1016 and facsimile 504-662-1318 and email rks@sangisettylaw.com and mel@sangisettylaw.com, enroll as co-counsel of record in the above entitled and numbered cause. As such, plaintiff asks this Court to enroll Ravi K. Sangisetty and Michael E. Lillis of the law firm of Sangisetty Law Firm, LLC as co-counsel of record in the above entitled and numbered cause.

**WHEREFORE**, plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Ravi K. Sangisetty and Michael E. Lillis of the law firm of Sangisetty Law Firm, LLC as co-counsel of record in the above entitled and numbered cause.

DATED: November 11, 2016             Respectfully submitted,

MURRAY LAW FIRM

*/s/ Robin Myers Primeau*
Stephen B. Murray, Sr. (La. Bar. No. 9858)
Arthur M. Murray (La. Bar No. 27694 )
Robin Myers Primeau (La. Bar No. 32613)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(T)      504-525-8100
(F)      504-584-5249
smurray@murray-lawfirm.com
amurray@murray-lawfirm.com
rmyers@murray-lawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Motion to Enroll as Co-Counsel of Record** has contemporaneously or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana, using the CM/ECF filing system.

*/s/ Robin Myers Primeau*
**Robin Myers Primeau**