# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE(DOCETAXEL) ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Civil Case No. 2:16-cv-15724 ) <br> ) <br> RUTH HARRIS ) <br> ) <br>    Plaintiff, ) <br> ) <br> SANOFI S.A., AVENTIS PHARMA S.A., ) <br> and ) <br> SANOFI-AVENTIS U.S. LLC, separately, ) <br> and doing business as WINTHROP U.S. ) <br> ) <br>    Defendants. | MDL NO. 2740 <br><br> Chief Judge: Kurt D. Engelhardt <br><br> Mag Judge: Michael North |

## ORDER

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED** that Ravi K. Sangisetty and Michael E. Lillis of the law firm of Sangisetty Law Firm, LLC be enrolled as co-counsel of record for plaintiff.

New Orleans, Louisiana, this _____ day of _____ 2016.

_____
**JUDGE**