# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACQUELINE SIMS<br><br>      PLAINTIFF,<br><br>VS.<br><br>SAONFI S.A., ET AL<br><br>      DEFENDANTS | MDL NO. 2740 |

## WAIVER OF THE SERVICE OF SUMMONS

TO:   Michael P. McGartland

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **November 8, 2016** the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  November 8, 2016               /s/ Harley V. Ratliff
                                                                   Harley V. Ratliff
                                                                   Shook, Hardy & Bacon LLP
                                                                   111 South Wacker Drive, 51st Floor
                                                                   Chicago, IL 60606
                                                                   (312) 704-7700
                                                                   *Attorney for Defendant,*
                                                                        *Sanofi-Aventis U.S. LLC*