MINUTE ENTRY
ENGELHARDT, J.
November 10, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES

　　　A status conference was conducted on Thursday, November 10, 2016, at 10:00 a.m. A complete list of attendees is attached hereto.

**Court Reporter:   Jodi Simcox**

(JS10:  1:15)