PTO Received: _____

Trial Set: _____
Jury/Non-Jury

# TAXOTERE
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

**16 MD 2740**

Magistrate: **5**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **11-10-16**        TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Emily Jeffcott | The Lambert Firm PLC | Plfs |
| Hugh "Skip" Lambert | The Lambert Firm, PLC | Plfs |
| Chris Pinedo | Hilliard Munoz | Plaintiff Sims |
| Mikal Watts | Watts Guerra LLP | Plaintiffs |
| Jim Reeves | Reeves-Mestayer | Plaintiffs |
| Karen Menzies | (signature) | Plfs |

1

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____   TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Russ Abney | Ferrer Poirot Wansbrough | Plaintiffs |
| Ahmed Diab | Gomez Trial Attorneys | Plaintiffs |
| Lee McGartland | McGartland Law Firm | Plaintiffs |
| B X - Pflueger | McLeod Hizle(?) | Plaintiffs |
| MARK Niemeyer | Niemeyer, Grebel Kruse | Plaintiffs |
| Michael Kruse | Niemeyer, Grebel & Kruse | Plaintiffs |

2

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____                CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                                 _____

_____                Magistrate: _____
DEFENDANT(S)

*******************************************************************

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____                  TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Darin Schanker | Bachus & Schanker | TT |
| Kyle Bachus | Bachus & Schanker | TT |
| Chris Coffin | Pendley, Baudin & Coffin | Plaintiffs |
| GENEVIEVE ZIMMERMAN | MESHBESHER SPENCE | TT |
| David Hodges | Kennedy Hodges | TT |
| Gabriel Assaad | Kennedy Hodges | TT |

3

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                                         _____

_____   Magistrate: _____
DEFENDANT(S)

*************************************************************************

CONFERENCE: _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____                TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Mike McGartland | McGartland Law Firm | " |
| Bunnie Kendrick | Morris Bart, LLC | Plaintiffs |
| Betsy Barnes | Morris Bart, LLC | " " |
| Nick Rook | Morris Bart, LLC | " " |
| Abby McClellan | Stueve Siegel Hanson | Plaintiffs |
| Andrew Lemmon | Lemmon Law Firm | P's |

4

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                    _____

_____   Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____    TIME: _____

**PLEASE PRINT**              **PLEASE PRINT**              **PLEASE PRINT**

NAME                          FIRM                          REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| GERALD MEUNIER | GAINSBURGH, BENJAMIN | π's |
| John O'dell | Chaffe McCall | |
| David McLendon | Watts Guerra, LLP | Pl. |
| Mark (Letto) | Quinn Emanuel | Hospira |
| Ryan Thompson | Watts Guerra | π's |
| Alexander Dwyer | Kirkendall Dwyer | π |

PTO Received: _____

Trial Set: _____
　　　　　　　Jury/Non-Jury

_____　　CIVIL/CRIMINAL ACTION NO.:
　　PLAINTIFF(S)

VERSUS　　　　　　　　　　　　_____

_____　　Magistrate: _____
　　DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL　　_____ STATUS　　_____ SETTLEMENT

DATE: _____　　TIME: _____

**PLEASE PRINT**　　　　**PLEASE PRINT**　　　　**PLEASE PRINT**

**NAME**　　　　　　　　**FIRM**　　　　　　　　**REPRESENT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Dennis C. Reich | Reich and Binstock | πs |
| Palmer Lambert | Gainsburgh | πs |
| Ashlea Schwarz | Paul McInnes | πs |
| (signature) | Micatt... | |
| Steven Maher | The Maher Law Firm | π |
| C. Brannon Robertson | Fernilius Simon | πs |

6

PTO Received: _____

Trial Set: _____
                                          Jury/Non-Jury

_____
**PLAINTIFF(S)**

CIVIL/CRIMINAL ACTION NO.:

**VERSUS**

_____

_____
**DEFENDANT(S)**

Magistrate: _____

*********************************************************************

**CONFERENCE:** _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

**DATE:** _____   **TIME:** _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Dawn Barrios | Barrios Kingsdorf | П Scott |
| Val Exnicios | Liska Exnicios Nungesser | П V. Smith |
| Sean Tracey | Tracey & Fox | П P. Dobbie |
| Clint Capson | Tracey & Fox | П Renz, Dobbie |
| Anne Andrews | Andrews Thornton Higgins Pharmacy | ΠS Hanes Clinton Herbert |
| Jessica Perez | Pendley, Baudin, Coffin | multiple Πs |

7

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**                    _____

_____  Magistrate: _____
**DEFENDANT(S)**

*********************************************************************

**CONFERENCE:** _____ PRE-TRIAL  _____ STATUS  _____ SETTLEMENT

**DATE:** _____  **TIME:** _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Zachary Wood | Barrios, Kingsdorf | π Scott |
| Matt Moreland | Bruno Law Firm | π |
| Paige Sensenbrenner | Adams + Reese | Sandoz |
| David Miceli | Simmons Hanly Conroy | π |
| Cliff Merrell | Greenberg Traurig | D Sandoz |
| Evan Holden | Greenberg Traurig | Δ Sandoz |

8

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL  _____ STATUS  _____ SETTLEMENT

DATE: _____  TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Chris LoPalo | Napoli Shkolnik | N Johnson |
| Alyssa White | Johnson Law Grp | π |
| Nick Johnson | " | π |
| Jessica W. Hayes | Murray Law Firm | π |
| Harley Ratiff | Shook | Defendants |
| Douglas Moore | Irwin Fritchie | Sanofi As |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                   _____

_____  Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____         TIME: _____

## PLEASE PRINT             PLEASE PRINT             PLEASE PRINT

### NAME                    FIRM                     REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jon Strongman | Shook | D Sanofi |
| Kelly Bullard | Irwin Fritchie | ∆ sanofi/liaison |
| Lawrence Centola | Martzell Bickford Centola | π |
| Scott Bickford |  | π |
| Andrew Geiger | Allen Berger + Associates | π |
| Frederick B. Darley III | Beasley Allen | π |

10

PTO Received: _____

Trial Set: _____
            Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
      PLAINTIFF(S)

VERSUS                                _____

_____          Magistrate: _____
      DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____PRE-TRIAL      _____STATUS      _____SETTLEMENT

DATE: _____          TIME: _____

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

NAME                      FIRM                      REPRESENT

Gerald Waltman III        Davis & Crump             _____

Kevin Klibert             Beard                     π

_____            _____            _____

_____            _____            _____

_____            _____            _____

11