UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL NO.  2740
        PRODUCTS LIABILITY
        LITIGATION

                                                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On November 10, 2016, the Court held an initial status conference that was open to all counsel. During the conference, the Court discussed with counsel the topics listed on the attached agenda. **IT IS ORDERED** that:

(1) The applications for Special Counsel for Settlement Negotiations are to be emailed to chambers (chynna_anderson@laed.uscourts.gov) on or before **Monday, December 5, 2016**.

(2) The next status conference will take place on **January 27, 2017, at 10:00 a.m.**, with meeting of liaison counsel at 8:45 a.m. and meeting of the Plaintiffs' Steering Committee at 9:00 a.m.

New Orleans, Louisiana, this 16th day of November 2016.

                                                          **KURT D. ENGELHARDT**
                                                          **UNITED STATES DISTRICT JUDGE**