**Attachment A**

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | |

## [PROPOSED] JOINT AGENDA FOR INITIAL STATUS CONFERNCE ON NOVEMBER 10, 2016

Pursuant to Pretrial Order No. 1, the parties hereby submit for the Court's consideration this Joint Agenda for the initial status conference in this MDL, to be held on November 10, 2016. As directed by the Court, the parties have met and conferred in order to reach a consensus on the inclusion of the following issues in this Joint Agenda.

1. Appointment of Liaison Counsel and PSC.

    a. State/Federal Liaison.

    b. Additional Committees.

2. Status of Federal Court Filings.

3. Status of State Court Filings.

4. Service of Papers.

    a. Generate Corrected Service List.

    b. Potential for Use of a Counsel Contact Information Form.

    c. Potential for Stipulation Related to Waiver and Electronic Service on Domestic Defendants.

    d. Potential for Stipulation Related to Service on Foreign Entities.

**Attachment A**

5. Direct Filing Order.

6. Master Complaint/Short Form Complaints.

    a. Amendment of Pleadings.

    b. Joinder of Parties.

7. Master Answer/Short Form Answers.

8. Protective Order.

9. ESI Protocol.

10. Plaintiff Fact Sheets / Defendant Fact Sheets.

11. Potential for a Tolling Agreement.

12. Document Depository – procedures for productions to be processed.

13. Motion Practice.

    a. Schedule – the parties intend to meet and confer regarding a proposed schedule.

    b. Rules.

14. Discovery Plan and Schedule -- the parties intend to meet and confer regarding a proposed plan and schedule.

15. Class Certification – no class actions pending.

16. Role of Magistrate Judge.

17. Potential for Special Master Appointment.

18. Status Conference Schedule.

**Attachment A**

| | |
|---|---|
| Dated: November 2, 2016 | Respectfully submitted, |
| /s/ Christopher L. Coffin | /s/Douglas J. Moore |
| Christopher L. Coffin (#27902) | Douglas J. Moore (#27706) |
| **PENDLEY, BAUDIN & COFFIN, L.L.P.** | **IRWIN FRITCHIE URQUHART & MOORE LLC** |
| 1515 Poydras Street, Ste. 1400 | 400 Poydras Street, Suite 2700 |
| New Orleans, LA 70112 | New Orleans, Louisiana 70130 |
| Telephone: (504) 355-0086 | Telephone: (504) 310-2100 |
| Fax: (504) 523-0699 | Fax: (504) 310-2101 |
| ccoffin@pbclawfirm.com | dmoore@irwinllc.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |