UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.  2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

# PRETRIAL ORDER NO. 2

Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). With regards to the PSC, the Court notes that there is not a predetermined or requisite number of committee positions. Furthermore, the number of committee members as well as the individuals comprising the committee, are subject to change by order of this Court. Having reviewed the parties' applications and recommendations, the Court makes the following initial appointments:

1. **Plaintiffs' Liaison Counsel:**

The Court, having reviewed the applications and recommendations for this position and carefully considered the matter, finds that Dawn Barrios and Palmer Lambert are well qualified to carry out the various responsibilities of liaison counsel. Accordingly, the Court hereby appoints:

**Dawn Barrios**
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
Suite 3650
New Orleans, Louisiana 70139
Phone: (504) 524-3300
Facsimile: (504) 524-3313
Email: barrios@bkc-law.com

**Palmer Lambert**
Gainsburgh Benjamin David Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone: (504) 522-2304
Facsimile: (504) 528-9973
Email: plambert@gainsben.com

1

Liaison counsel shall have the responsibilities and authority set forth in Pretrial Order No. 1 (Rec. Doc. 4) at page 8.

2. **Defendants' Liaison Counsel:**

The Court, having reviewed the applications for this position and carefully considered the matter, finds that Douglas J. Moore is well qualified to carry out the various responsibilities of liaison counsel. Accordingly, the Court hereby appoints:

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email: dmoore@irwinllc.com

Liaison counsel shall have the responsibilities and authority set forth in Pretrial Order No. 1 (Rec. Doc. 4) at page 8.

3. **Plaintiffs' Steering Committee:**

Applications for PSC positions have been filed in accordance with the procedures set forth in Pretrial Order No. 1 (Rec. Doc. 4). The Court, having reviewed the applications and carefully considered the matter, hereby appoints the following members to the PSC, for a term commencing immediately until January 1, 2018:

| | |
|---|---|
| **Andrew Lemmon** | **Emily Jeffcott** |
| Lemmon Law Firm, LLC | The Lambert Firm, PLC |
| P.O. Box 904 | 701 Magazine Street |
| Hahnville, Louisiana 70057 | New Orleans, Louisiana 70130 |
| Phone: (985) 783-6789 | Phone: (504) 581-1750 |
| Facsimile: (985) 783-1333 | Facsimile: (504) 529-2931 |
| Email: andrew@lemmonlawfirm.com | Email: ejeffcott@thelambertfirm.com |

| | |
|---|---|
| **Christopher Coffin**<br>Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street<br>Suite 1400<br>New Orleans, Louisiana 70112<br>Phone: (504) 355-0086<br>Facsimile: (504) 523-0699<br>Email: ccoffin@pbclawfirm.com | **J. Kyle Bachus**<br>Bachus & Schanker, LLC<br>1800 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202<br>Phone: (303) 893-9800<br>Facsimile: (303) 893-9900<br>Email: kyle.bachus@coloradolaw.net |
| **Anne Andrews**<br>Andrews Thornton Higgins Razmara, LLP<br>2 Corporate Park<br>Suite 110<br>Irvine, California 92606<br>Phone: (949) 748-1000<br>Facsimile: (949) 315-3540<br>Email: aa@andrewsthornton.com | **Karen Barth Menzies**<br>Gibbs Law Group LLP<br>400 Continental Boulevard<br>6th Floor<br>El Segundo, California 90245<br>Phone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: kbm@classlawgroup.com |
| **Hunter J. Shkolnik**<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue<br>11th Floor<br>New York, New York 10017<br>Phone: (212) 397-1000<br>Facsimile: Not Available<br>Email: hunter@napolilaw.com | **Genevieve Zimmerman**<br>Meshbesher & Spence LTD<br>1616 Park Avenue South<br>Minneapolis, Minnesota 55404<br>Phone: (612) 339-9121<br>Facsimile: (612) 339-9188<br>Email: gzimmerman@meshbesher.com |
| **Abby E. McClellan**<br>Stueve Siegel Hanson LLP<br>460 Nichols Road<br>Suite 200<br>Kansas City, Missouri 64112<br>Phone: (816) 714-7100<br>Facsimile: (816) 714-7101<br>Email: mcclellan@stuevesiegel.com | **Lawrence J. Centola, III**<br>Martzell, Bickford, & Centola<br>338 Lafayette Street<br>New Orleans, Louisiana 70130<br>Phone: (504) 581-9065<br>Facsimile: (504) 581-7635<br>Email: usdcedla@mbfirm.com |
| **Alexander G. Dwyer**<br>Kirkendall Dwyer LLP<br>440 Louisiana<br>Suite 1901<br>Houston, Texas 77002<br>Phone: (713) 522-3529<br>Facsimile: (713) 495-2331<br>Email: adwyer@kirkendalldwyer.com | **David F. Miceli**<br>Simmons Hanly Conroy<br>One Court Street<br>Alton, Illinois 62002<br>Phone: (618) 259-2222<br>Facsimile: (618) 259-2251<br>Email: dmiceli@simmonsfirm.com |

| | |
|---|---|
| **Rand P. Nolen** | **Daniel Markoff** |
| Fleming, Nolen & Jez, LLP | Atkins & Markoff Law Firm |
| 2800 Post Oak Boulevard | 9211 Lake Hefner Parkway |
| Suite 4000 | Suite 104 |
| Houston, Texas 77056 | Oklahoma City, Oklahoma 73120 |
| Phone: (713) 621-7944 | Phone: (405) 607-8757 |
| Facsimile: (713) 621-9638 | Facsimile: (405) 607-8749 |
| Email: rand_nolen@fleming-law.com | Email: dmarkoff@atkinsandmarkoff.com |

Appointment to the PSC is of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform the PSC's exclusive functions, such as committee meetings and court appearances, except with prior approval of the Court.

The PSC shall have the responsibilities set forth in Pretrial Order No. 1 (Rec. Doc. 4) at pages 9 through 12. Additionally, as mentioned herein, the Court may, in its discretion, add counsel to or subtract counsel from this committee as necessary.

4. **Defendants' Committee:**

At this time, the Court does not find that this litigation requires appointment of a Defendants' Steering Committee.

5. **All Appointments Herein Shall be for a Term:**

All appointments contained in this Order shall be for a term beginning from the date of this Order until January 1, 2018, at which time the Court will appoint or reappoint committee members, liaison counsel, and special counsel for the next one year term. Applications for the subsequent term shall be submitted no later than November 15, 2017.

New Orleans, Louisiana, this 17th day of November 2016.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

4