AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| KELLY FISHER | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-CV-1173 |
| SANOFI S.A., et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sanofi S.A.
54 rue La Boetie
75008 Paris
France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Michelle Coyne
Deputy Clerk

September 26, 2016
Date

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-1173

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                          _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

Dossier 1:16-cv-01173-CCE-JEP

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*    10/11 2016

- at (place, street, number)
- *à (localité, rue numéro)*    SANOFI S.A. (R.C.S. 395 030 844)
  54 rue La Boetie, 75008 Paris
  FRANCE

~~-in one of the following methods authorised by article 5-~~
~~-dans une des formes suivantes prévues à l'article 5:~~

~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~a) selon les formes légales (article 5, alinéa premier, lettre a).~~

~~☐ (b) in accordance with the following particular method*:~~
~~b) selon la forme particulière suivante:~~ _____

~~☐ (c) by delivery to the addressee, who accepted it voluntarily. *~~
~~c) par remise simple~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*    Mme PAGES Karine    , selon l'article 10, lettre b de la Convention

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*    gestionnaire litiges

~~2) that the document has not been served, by reason of the following facts*:~~
~~2. que la demande n'a pas été exécutée, en raison des faits suivants:~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:*

Notice et éléments essentiels de l'acte, en anglais et en français
Assignation dans une Poursuite au Civil, en anglais et en français
Plainte et Demande de Procès Devant Jury, en anglais et en français

Done at    PARIS   , the    14/11 2016
*Fait à*                        *, le*

Signature and / or stamp.
*Signature et / ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
Signification d'acte en provenance de l'étranger

de PEROLLE

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

**SCP O.PEROLLE**
**F.SOUBIE-NINET**

Huissiers de Justice Associés

152 rue de Javel
75015 PARIS

Tel : .01.56.08.33.33
Fax : .01.56.08.33.34

contact@huissier-opfsn.com

Société Générale
30003  03540  00022077975 08



Paiement sécurisé
http://www.huissier-opfsn.com

Etude ouverte du Lundi au Vendredi de
9h30 à 12h00 et de 14h00 à 17h30
Sauf les Mardi et Jeudi de
9h00 à 12h00 et de 14h00 à 19h00

```
ACTE
D'HUISSIER
DE
JUSTICE
```

PREMIERE EXPEDITION



| Emolument | 50,00 |
|---|---|
| H.T. | 50,00 |
| Tva 20,00 % | 0,00 |
| Timbres | 1,18 |
| Coût de l'acte | 51,18 |

REFERENCES A RAPPELER:
Cor : 300, MD :84796 - JB
JB
14/11/2016

---

# SIGNIFICATION D UN ACTE EN PROVENANCE DE L ETRANGER
(convention de La Haye du 15 novembre 1965 (art10b)

L'AN **DEUX MILLE SEIZE** ET LE **DIX NOVEMBRE**

SCP Olivier PEROLLE, Françoise SOUBIE-NINET Huissiers de Justice Associés près le Tribunal de Grande Instance de Paris, y demeurant, 152, rue de Javel, 15e, Agissant par l'un d'eux soussigné

À :
**S.A. SANOFI**
immatriculée au RCS de PARIS sous le n° 395 030 844
54 Rue de la Boëtie
RDC rue
75008  PARIS
Où étant et parlant à comme il est dit à l'annexe

À LA DEMANDE DE :
**Madame KELLY FISCHER**
Ayant pour avocat Me Daniel k.Bryson
WITFIELD BRYSON & MASON LLP
900 W. Morgan Street
NC 27603 RALEIGH ( CAROLINE DU NORD) ETATS UNIS

### JE VOUS SIGNIFIE COPIE D UN ACTE EN PROVENANCE DE L ETRANGER

(X) Acte judiciaire
(  ) Acte extrajudiciaire

NATURE DE L ACTE : ASSIGNATION DANS UNE POURSUITE AU CIVIL

OBJET DE L ACTE : cette procédure à pour objet de vous informer qu'une action civile a été intentée contre vous et que vous devez y répondre.

DATE ET LIEU DE COMPARUTION AINSI QUE LES DELAIS FIGURANT DANS L ACTE :
Dans les vingt-et-un (21) jours suivant la signification de l'assignation ( sans compter le jour de la réception), vous devez signifier aux avocats de la demanderesse (Whitfield Bryson & Mason LLP) une réponse à la plainte jointe ou une requête en vertu de la Règle 12 des Règles Fédérales de procédure civile. Vous devez également déposer votre réponse ou votre requête auprès du Tribunal fédéral de première instance des Etats-Unis pour le district central de la Caroline du Nord dont l'adresse est la suivante : 324 W Market Street, Greensboro, North Carolina 27401, USA.
Si vous ne répondez pas un jugement par défaut sera prononcé à votre encontre accordant les conclusions demandées dans la plainte.

La présente signification vous est ainsi faite conformément aux dispositions de l'article 10b de la Convention de La Haye du 15/11/1965 publiée par décret n°72-1019 du 09/11/1972 relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile et commerciale.

Le présent acte contient  125 pages

---

Cor : 300, MD :84796    Acte : 150549

PREMIERE EXPEDITION

## SCP O.PEROLLE – F. SOUBIE-NINET
Huissiers de Justice Associés

Cor : 300, MD :84796

Acte : 150549

## SIGNIFICATION DE L'ACTE A PERSONNE MORALE

le dix Novembre deux mille seize

### Pour S.A. SANOFI, 54 Rue de la Boëtie RDC rue 75008 PARIS.

Cet acte a été signifié par Clerc assermenté, parlant à Madame PAGES Karine, gestionnaire litiges, ad, qui a déclaré être habilité(e) à recevoir la copie.

Un avis de passage, daté, mentionnant la nature de l'acte, le requérant et le nom de la personne ayant reçu copie a été laissé ce jour au siège du destinataire.

La lettre prévue à l'article 658 du Code de Procédure Civile, contenant copie de l'acte a été adressée dans le délai légal.

Le présent acte n'est pas soumis à la taxe fiscale.

Le présent acte comporte, 125 feuilles sur la copie.

Les mentions relatives à la signification sont visées par l'Huissier de Justice.

Cout définitif de l'acte :

| COUT DE L'ACTE | |
|---|---|
| Emolument | 50,00 |
| H.T. | 50,00 |
| Tva 20,00 % | 0,00 |
| Timbres | 1,18 |
| Coût de l'acte | 51,18 |

Olivier PEROLLE

