AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| KELLY FISHER <br><br> *Plaintiff(s)* <br> v. <br> SANOFI S.A., et al. <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-1173 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aventis Pharma, S.A.
20 Avenue Raymond Aron
92160 Antony
France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Michelle Coyne
Deputy Clerk

September 26, 2016
Date

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-1173

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Dossier 1:16-cv-01173-CCE-JEP

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)    le 21 Novembre 2016
- *le (date)*

- at (place, street, number)
- *à (localité, rue numéro)*   AVENTIS PHARMA S.A. (R.C.S. 304 463 284)
   20 Avenue Raymond Aron, 92160 Antony
   FRANCE

~~- in one of the following methods authorised by article 5~~
~~- dans une des formes suivantes prévues à l'article 5:~~

~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~a) selon les formes légales (article 5, alinéa premier, lettre a).~~

~~☐ (b) in accordance with the following particular method*:~~
~~b) selon la forme particulière suivante:~~

~~☐ (c) by delivery to the addressee, who accepted it voluntarily. *~~
~~c) par remise simple~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* Mr Champenais Fabrice , selon l'article 10, lettre b de la Convention

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*   HSE

~~2) that the document has not been served, by reason of the following facts*:~~
~~2. que la demande n'a pas été exécutée, en raison des faits suivants:~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Piéces renvoyées:*

Notice et éléments essentiels de l'acte, en anglais et en français
Assignation dans une Poursuite au Civil, en anglais et en français
Plainte et Demande de Procès Devant Jury, en anglais et en français

Done at   Boulogne  , the
*Fait à*                , le 22.11.2016

Signature and / or stamp.
*Signature et / ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
Signification d'acte en provenance de l'étranger

Gérard LOUVION
Huissier de Justice Associé

Compte N°0000322889R

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

SCP
**Gérard LOUVION**
**Michel PLUMEL**
Huissiers de Justice associés
23-29 Rue De La Belle Feuille
92100 BOULOGNE-BILLANCOURT
☎ : 01.41.10.49.00
📠 : 01.41.10.89.71
✉ : scp.louvion.plumel@huissier-justice.fr
Paiement Site web :
http://www.louvionplumel.fr
CAISSE DES DEPOTS ET CONSIGNATION
IBAN N : FR 63 40031 00001 0000322889R 50

PREMIÈRE EXPÉDITION

**ACTE D'HUISSIER DE JUSTICE**



Références : V – 83960
JM - SGGEN

## SIGNIFICATION

LE : LUNDI VINGT ET UN NOVEMBRE DEUX MILLE SEIZE
ANNULE ET REMPLACE UN PRECEDENT ACTE DE MON MINISTERE EN DATE DU 14/11/2016

**La Société Civile Professionnelle Gérard LOUVION et Michel PLUMEL, Huissiers de Justice associés, près le tribunal de Grande Instance de NANTERRE, Audienciers près le Tribunal d'Instance de BOULOGNE y séant demeurant dite ville, 23-29 Rue de la Belle Feuille, représentée par l'un d'eux soussigné,**

**A :**
SA AVENTIS PHARMA, inscrite sous le N° 304463284 au registre du commerce de NANTERRE, dont le siège social est à (92160) ANTONY, 20 Avenue Raymond Aron, agissant par son président directeur général
Pour qui la copie du présent a été remise comme indiqué à la modalité de signification.

**A LA DEMANDE DE :**
Kelly Fischer représentée par ses avocats Daniel K. Bryson - Whitfield Bryson & Mason LLP  NC 27603, ÉTATS-UNIS, 900 W. Morgan Street - Raleigh

**JE VOUS SIGNIFIE ET VOUS REMETS COPIE :**
D'une Notice et éléments essentiels de l'acte en anglais et en français.
Assignation dans une poursuite au civil en anglais et en français.
Plainte et Demande de Procès Devant Jury, en anglais et en français.

### TRES IMPORTANT

Lui déclarant que la présente signification lui est faite à toutes fins utiles et conformément aux dispositions de la Convention de la Haye du 15 novembre 1965.

SOUS TOUTES RESERVES

SCP
**Gérard LOUVION**
**Michel PLUMEL**
Huissiers de Justice associés
23-29 Rue De La Belle Feuille
92100 BOULOGNE-BILLANCOURT
☎ : 01.41.10.49.00
📠 : 01.41.10.89.71
✉ : scp.louvion.plumel@huissier-justice.fr
Site web: http://www.louvionplumel.fr
CAISSE DES DEPOTS ET CONSIGNATION
IBAN N°: FR 63 40031 00001 0000322889R 50

**ACTE**
**D'HUISSIER**
**DE**
**JUSTICE**
*EXPEDITION*

# MODALITE DE REMISE A PERSONNE
# (PERSONNE MORALE)

LE : LUNDI VINGT ET UN NOVEMBRE DEUX MILLE SEIZE

Affaire :

Kelly Fischer représentée par ses avocats Daniel K. Bryson - Whitfield Bryson & Mason LLP C/ AVENTIS PHARMA

Etant mandaté à l'effet de signifier un acte de : Signification

Celui-ci a été remis par clerc assermenté dont les mentions sont visées par nous sur l'original et l'expédition et selon les déclarations qui lui ont été faites, à :

**SA AVENTIS PHARMA, inscrite sous le N° 304463284 au registre du commerce de NANTERRE, dont le siège social est à (92160) ANTONY, 20 Avenue Raymond Aron, agissant par son président directeur général**

suivant les modalités ci-après indiquées.

Je me suis transporté à l'adresse ci-dessus, et là étant, la copie du présent a été remise à **Mr CHAMPENOIS Fabrice, H.S.E. ainsi déclaré(e),**

qui a affirmé être habilité(e) à recevoir copie de l'acte, et confirmé que le domicile ou siège social du destinataire était toujours à cette adresse.

La lettre prévue à l'article 658 du Code de procédure civile a été adressée ce jour ou le premier jour ouvrable suivant la date du présent, au domicile du destinataire ci-dessus, avec copie de l'acte. Le cachet de l'huissier est apposé sur l'enveloppe.

 La copie signifiée a été établie en 125 pages.

Le coût de l'acte est détaillé ci-contre.
Visées par moi les mentions relatives à la signification.

MICHEL PLUMEL



| COUT DE L'ACTE Décret n°2016-230 du 26 février 2016 Arrêté du 26 février 2016 fixant les tarifs règlementés des huissiers de justice | |
|---|---|
| Emolument (Art R444-3 C. Com) | 60,00 |
| Frais de déplacement (Art A444-48) | 7,67 |
| Taxe forfaitaire (Art 302 bis du CGI) | 13,04 |
| **Total hors affranchissement** | **80,71** |
| Affranchissement (Art R444-3) | |
| Affranchissement LS | 1,26 |
| **Total TTC** | **81,97** |
| Acte soumis à la taxe | |



Références : V – 83960
mpd - MRCPM