AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Beverly Smock

*Plaintiff(s)*

v.

SANOFI S.A.,
AVENTIS PHARMA S.A., SANOFI US SERVICES
INC., and SANOFI-AVENTIS U.S. LLC

*Defendant(s)*

Civil Action No. 2:16-cv-15673   N(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sanofi U.S. Services Inc.
55 Corporate Drive
Bridgewater, NJ 08807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan L. Thompson
Watts Guerra LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: Nov 23 2016

*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-15673

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sanofi U.S. Services Inc.
was received by me on *(date)* 11/23/2016 .

❐ I personally served the summons on the individual at *(place)*
____ on *(date)* ____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____ , a person of suitable age and discretion who resides there,
on *(date)* ____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____ , who is designated by law to accept service of process on behalf of *(name of organization)* ____
on *(date)* ____ ; or

❐ I returned the summons unexecuted because ____ ; or

☑ Other *(specify)*: I personally served the summons and complaint via certified mail/return receipt on the above named Defendant on November 30, 2016. Please see attached domestic return receipt indicating service.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/30/2016

*Server's signature*

Melissa Fuller, Paralegal
*Printed name and title*

5726 Hausman Rd. W., Ste. 119, San Antonio, TX 78249
*Server's address*

Additional information regarding attempted service, etc:



**UPS: Tracking Information**

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z

## Proof of Delivery

✖ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z60Y87R0242129869 |
| **Service:** | UPS 2nd Day Air® |
| **Weight:** | 1.00 lb |
| **Shipped/Billed On:** | 11/29/2016 |
| **Delivered On:** | 11/30/2016 10:18 A.M. |
| **Delivered To:** | BRIDGEWATER, NJ, US |
| **Received By:** | HESTER |
| **Left At:** | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   11/30/2016 11:42 A.M.   ET

🖨 Print This Page                                          ✖ Close Window