AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| In re: MDL 2740 Taxotere | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:16-md-02740 |
| This relates to Case No. 16-16239 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Yen D. Chau                                                                                                    .

Date:     11/30/2016                                        /s/ Daniel K. Bryson
                                                           *Attorney's signature*

                                                           Daniel K. Bryson / N.C. Bar No.: 15781
                                                           *Printed name and bar number*

/s/ John J. Morse                                          Whitfield Bryson & Mason LLP
John J. Morse, IN Bar No.: 16146-49                        900 W. Morgan Street
Morse & Bickel, P.C.                                       Raleigh, NC 27603
320 North Meridian Street, Suite 600
Indianapolis, IN 46204                                     *Address*
Email: Morse@morsebickel.com
Tel: (317) 686-1540                                        dan@wbmllp.com
Fax: (317) 686-1541                                        *E-mail address*

                                                           (919) 600-5003
                                                           *Telephone number*

                                                           (919) 600-5035
                                                           *FAX number*