## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)     ) | MDL: 2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | Civil No. 2:16-md-2740-KDE-MBN |
| THIS DOCUMENT RELATES TO:       ) | |
| Debra Lynn Johnson              ) | |
| Civil Action No. 2:16-cv-16254-KDE-MBN  ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff, Debra Lynn Johnson, in the above entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned counsel of record.

Dated: December 5, 2016

        Respectfully submitted,

        **ROBINS KAPLAN LLP**

        By:*/s/ Troy F. Tatting*
           Troy F. Tatting (MN #0354156)

        800 LaSalle Avenue
        Suite 2800
        Minneapolis, MN 55402
        Phone: (612) 349-8500
        Fax: (612) 339-4181
        *TTatting@RobinsKaplan.com*

        ATTORNEYS FOR PLAINTIFF

87172422.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of December, 2016, I electronically filed the foregoing **Notice of Appearance of Counsel** with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Troy F. Tatting*
Troy F. Tatting (MN #0354156)