UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL: 2740 |
| | ) | Civil No. 2:16-md-2740-KDE-MBN |
| THIS DOCUMENT RELATES TO: Debra Lynn Johnson Civil Action No. 2:16-cv-16254-KDE-MBN | ) ) ) | |

NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff, Debra Lynn Johnson, in the above entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned counsel of record.

Dated: December 5, 2016

Respectfully submitted,

**ROBINS KAPLAN LLP**

By:/s/ Tara D. Sutton
   Tara D. Sutton (MN #23199X)

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181
*TSutton@RobinsKaplan.com*

ATTORNEYS FOR PLAINTIFF

87172513.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of December, 2016, I electronically filed the foregoing **Notice of Appearance of Counsel** with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Troy F. Tatting*
　　Troy F. Tatting (MN #0354156)

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181
*TTatting@RobinsKaplan.com*