UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE KURT D. ENGELHARDT |

*Joan Phillips v. Sanofi, S.A., et al.*
No. 2:15-cv-15513
*Lisa Medici v. Sanofi, S.A., et al.*
No. 2:16-cv-15569
*Gail Slade v. Sanofi, S.A., et al.*
No. 2:16-cv-15571

## NOTICE OF APPEARANCE

TO CLERK OF COURT:

Kindly enter my appearance as counsel for Defendant, Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., in the above-captioned matters.

Respectfully submitted,

By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
CHAFFE MCCALL, L.L.P.
1100 Poydras Street
New Orleans, LA  70163
Phone (504) 585-7000
Fax:  (504) 585-7075
Email: olinde@chaffe.com
*Attorney for Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record..

/s/ John F. Olinde

1

2817724-1