MINUTE ENTRY
ENGELHARDT, J.
December 19, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

     A status conference was conducted on Monday, December 19, 2016, at 10:30 a.m. with liaison counsel for the plaintiff, Dawn M. Barrios and M. Palmer Lambert, and for the defendants, Douglas J. Moore.

(JS10: 2:00)