# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −14)

On October 4, 2016, the Panel transferred 28 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, 142 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 14, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY
Dec 19 2016

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**                      MDL No. 2740

### SCHEDULE CTO−14 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| 16-17575 N(5)  ALM | 2 | 16−00932 | Jones v. Sanofi S.A. et al |
| **ALABAMA NORTHERN** | | | |
| 16-17576 N(5)  ALN | 2 | 16−01918 | Johnson v. Sanofi S.A. et al |
| **KENTUCKY WESTERN** | | | |
| 16-17577 N(5)  KYW | 3 | 16−00753 | Spruel v. Sanofi S.A. et al |
| **LOUISIANA MIDDLE** | | | |
| 16-17578 N(5)  LAM | 3 | 16−00793 | Waguespack v. SANOFI S.A. et al |
| 16-17579 N(5)  LAM | 3 | 16−00803 | Folks v. SANOFI S.A. et al |
| **LOUISIANA WESTERN** | | | |
| 16-17580 N(5)  LAW | 5 | 16−01627 | Jones v. Sanofi S A et al |
| 16-17581 N(5)  LAW | 5 | 16−01659 | Brasell v. Sanofi S A et al |
| 16-17582 N(5)  LAW | 6 | 16−01626 | Quick v. Sanofi S A et al |
| 16-17583 N(5)  LAW | 6 | 16−01649 | Adams v. Sanofi−Aventis U S L L C et al |
| 16-17584 N(5)  LAW | 6 | 16−01650 | Sinegal v. Sanofi S A et al |
| **TENNESSEE EASTERN** | | | |
| 16-17585 N(5)  TNE | 2 | 16−00352 | Branstetter v. Sanofi, S.A. et al (TWP2) |
| 16-17586 N(5)  TNE | 2 | 16−00357 | Boone v. Sanofi, S.A. et al (TV2) |
| **TENNESSEE MIDDLE** | | | |
| 16-17587 N(5)  TNM | 2 | 16−00103 | Scott v. Sanofi S.A. et al |
| 16-17588 N(5)  TNM | 3 | 16−03024 | Hornsby v. Sanofi, S.A. et al |
| **TENNESSEE WESTERN** | | | |

| | | | | |
|---|---|---|---|---|
| 16-17589 | N(5) | TNW | 2 | 16−02940 | Harris v. Sanofi S.A. et al |