UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A. and SANOFI-AVENTIS U.S. LLC, separately, and doing business with WINTHROP U.S.<br><br>Defendants | **Document Electronically Filed**<br><br>Master Case MDL No. 2740<br><br>CIVIL ACTION NO. 16-cv-16890<br><br>**NOTICE OF APPEARANCE OF MARTIN P. SCHRAMA, ESQ.** |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above entitled action on behalf of the Plaintiff, Patricia Lyons, and respectfully requests that all pleadings and Notices of Electronic Filing in this case be served upon him accordingly.

Respectfully submitted,

STARK & STARK, P.C.
A Professional Corporation

By:   /s/ Martin P. Schrama
Martin P. Schrama, Esq.
**STARK & STARK**
A Professional Corporation
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
Tel. (609) 896-9060
Fax. (609) 895-7395
mschrama@stark-stark.com
Attorneys for Plaintiff, Patricia Lyons