IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBBIEGENE STURGES,** | § § § MDL No.: 2740 |
| *Plaintiff*, | § § § HON. KURT D. ENGELHARDT |
| v. | § § § Case No.: 2016-cv-16732 |
| **SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC,** | § § § |
| *Defendants*. | § |

## NOTICE OF SUBSTITUITION OF COUNSEL

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Plaintiff, Robbiegene Sturges hereby substitutes attorneys Alexandra W. Robertson and Timothy J. Becker of Johnson Becker, PLLC, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice *pro hac vice*" before this Court, as counsel of record in the above-captioned matter in place of Michelle L. Kranz of Zoll & Kranz, LLC.

Dated: December 21, 2016                                         Respectfully Submitted,

/s/ Michelle L. Kranz                                            /s/ Alexandra W. Robertson
Michelle L. Kranz (0062479)                                      Alexandra W. Robertson, Esq.
**ZOLL & KRANZ, LLC**                                            Timothy J. Becker, Esq.
6620 W. Central Ave., Suite 100                                  **Johnson Becker, PLLC**
Toledo, OH 43617                                                 444 Cedar Street, Suite 1800
(419) 841-9623 (telephone)                                       St. Paul, MN 55101
(419) 841-9719 (facsimile)                                       (612) 436-1800 (telephone)
michelle@toledolaw.com                                           (612) 436-1801 (facsimile)
                                                                 arobertson@johnsonbecker.com
                                                                 tbecker@johnsonbecker.com

*Attorney for Plaintiff*                                         *Attorney for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 21st day of December, 2016:

/s/ Alexandra W. Robertson
Alexandra W. Robertson