# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBBIEGENE STURGES,** § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **SANOFI S.A., AVENTIS PHARMA S.A.,** § <br> **and SANOFI-AVENTIS U.S. LLC,** § <br> § <br> *Defendants*. § | **MDL No.: 2740** <br><br> **HON. KURT D. ENGELHARDT** <br><br> **Case No.: 2016-cv-16732** |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Plaintiff, Robbiegene Sturges, and hereby moves to substitute attorneys Alexandra W. Robertson and Timothy J. Becker of Johnson Becker, PLLC, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice *pro hac vice*" before this Court, as counsel of record in the above-captioned matter in place of Michelle L. Kranz of Zoll & Kranz, LLC.

Dated: December 21, 2016                                              Respectfully Submitted,

/s/ Michelle L. Kranz                                                         /s/ Alexandra W. Robertson
Michelle L. Kranz (0062479)                                          Alexandra W. Robertson, Esq.
**ZOLL & KRANZ, LLC**                                                Timothy J. Becker, Esq.
6620 W. Central Ave., Suite 100                                 **Johnson Becker, PLLC**
Toledo, OH 43617                                                           444 Cedar Street, Suite 1800
(419) 841-9623 (telephone)                                         St. Paul, MN 55101
(419) 841-9719 (facsimile)                                          (612) 436-1800 (telephone)
michelle@toledolaw.com                                              (612) 436-1801 (facsimile)
                                                                                          arobertson@johnsonbecker.com
                                                                                          tbecker@johnsonbecker.com

*Attorney for Plaintiff*                                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 21st day of December, 2016:

/s/ Alexandra W. Robertson
Alexandra W. Robertson