IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBBIEGENE STURGES,** | § <br> § <br> §    MDL No.: 2740 <br> *Plaintiff*,                § <br> §    HON. KURT D. ENGELHARDT <br> v.                        § <br> §    Case No.: 2016-cv-16732 <br> **SANOFI S.A., AVENTIS PHARMA S.A.,**   § <br> **and SANOFI-AVENTIS U.S. LLC,**       § <br> § <br> *Defendants*.         § |

## **PROPOSED ORDER**

Plaintiff's Counsel's Motion to Substitute Counsel was submitted to the Court on December 21, 2016. Based on the Notice of Motion and Motion, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel is hereby GRANTED. Attorney Michelle L. Kranz shall be removed as counsel of record from the case and Attorney's Alexandra w. Robertson and Timothy J. Becker shall be substituted in, and appointed as Counsel for Plaintiff Robbiegene Sturges.

_____

Honorable Judge Kurt D. Engelhardt