UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                               MDL NO.  2740
        PRODUCTS LIABILITY
        LITIGATION

                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 19, 2016, the Court held a meeting with Plaintiffs' Liaison Counsel, Dawn Barrios and Palmer Lambert, and Defendants' Liaison Counsel, Douglas Moore. During the meeting, the Court discussed with counsel the topics listed on the attached agenda. **IT IS ORDERED** that:

(1) Counsel are to email chambers (chynna_anderson@laed.uscourts.gov) on or before **Friday, December 30, 2016,** with a proposed order regarding streamlined service on Sanofi-Aventis US, LLC (the domestic entity).

(2) Counsel are to email chambers (chynna_anderson@laed.uscourts.gov) on or before **Friday, December 30, 2016,** regarding the status or progress of discussions regarding streamlined protocol for service on foreign entities.

(3) Counsel are to email chambers (chynna_anderson@laed.uscourts.gov) on or before **Friday, December 30, 2016,** with a drafted letter to the United States Judicial Panel on Multidistrict Litigation regarding the scope of this litigation.

(4) Counsel are to email chambers (chynna_anderson@laed.uscourts.gov) on or before **Friday, December 30, 2016,** with a proposed order appointing a State and Federal Liaison Chairperson and detailing what information must be turned over from

1

Defendants to the State and Federal Liaison Chairperson to assist the Court and parties with state coordination.

(5) Counsel are to email chambers (chynna_anderson@laed.uscourts.gov) on or before **Friday, January 6, 2017,** with a proposed Common Benefit Order.

(6) Counsel are to email chambers (chynna_anderson@laed.uscourts.gov) on or before **Friday, January 13, 2017,** with proposed form Plaintiff Fact Sheets and Defendant Fact Sheets.

(7) Counsel are to set a conference with Magistrate Judge Michael B. North during the month of January to discuss protocol and other matters related to Electronically Stored Information (ESI).

(8) Counsel are to confer regarding the scheduling of a proposed "Science Day/Presentation" with the Court in February.

(9) The next meeting with liaison counsel will take place on **January 19, 2017, at 8:30 a.m.** Counsel are to submit a proposed agenda for the meeting on or before January 13, 2017, by 5:00 p.m. When possible and appropriate, such submissions should *briefly* indicate contrary positions where there is clear disagreement.

New Orleans, Louisiana, this 21st day of December 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE