**December 19th Liaison Counsel Meeting: Proposed Agenda**

1. Proposed Procedural Pretrial Orders

    a. Common Benefit Order

    b. Counsel Contact Form

    c. MDL Centrality

    d. PFS/DFS

    e. Streamlined Service on Sanofi-Aventis US, LLC

    f. Foreign Service

2. State Court Litigation

    a. California

    b. Delaware

    c. Missouri/City of St. Louis

    d. Coordination and reporting on non-MDL cases

3. Class Action Litigation

    a. Louisiana class action

    b. Others

4. Closing of Pleadings

    a. Master Complaint

    b. Master Answer/Motions to Dismiss

5. Product Identification/Other Docetaxel Manufacturers

    a. Role of other defendants

    b. Defendant sales/marketing/distribution data

6. Potential ESI Special Master

7. Potential Science Day

8. Settlement Committee Role/Responsibilities

9. PSC matters

    a. Leadership structure (Lead Counsel, Executive Committee)

2

      b.      Mechanics of reporting and reviewing time / Potential Special Master

      c.      Bank

      d.      Certified Public Accountant