IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHYLLIS S. BEAN,** § § § *Plaintiff*, § § **v.** § § **SANOFI S.A., AVENTIS PHARMA S.A.,** § **and SANOFI-AVENTIS U.S. LLC,** § § *Defendants*. § | **MDL No.: 2740** **HON. KURT D. ENGELHARDT** **Case No.: 2016-cv-15510** |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Plaintiff, Phyllis S. Bean, and hereby moves to substitute attorneys Alexandra W. Robertson and Timothy J. Becker of Johnson Becker, PLLC, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice *pro hac vice*" before this Court, as counsel of record in the above-captioned matter in place of Brandon L. Bogle of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

Dated: December 21, 2016                                    Respectfully Submitted,

/s/ Brandon L. Bogle                                              /s/ Alexandra W. Robertson
Brandon L. Bogle, Esq.                                         Alexandra W. Robertson, Esq.
**Levin, Papantonio, Thomas, Mitchell,**              Timothy J. Becker, Esq.
**Rafferty & Proctor, P.A.**                                     **Johnson Becker, PLLC**
316 South Baylen Street, Suite 600                      444 Cedar Street, Suite 1800
Pensacola, FL 32502                                              St. Paul, MN 55101
(850) 435-7043 (telephone)                                   (612) 436-1800 (telephone)
(850) 436-7020 (facsimile)                                    (612) 436-1801 (facsimile)
bbogle@levinlaw.com                                            arobertson@johnsonbecker.com
                                                                                 tbecker@johnsonbecker.com

*Attorney for Plaintiff*                                              *Attorney for Plaintiff*

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 21st day of December, 2016:

/s/ Alexandra W. Robertson
Alexandra W. Robertson