IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANA OAKES,** | § § § |
| *Plaintiff*, | § § |
| v. | § § |
| **SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC,** | § § § |
| *Defendants*. | § § |

MDL No.: 2740

HON. KURT D. ENGELHARDT

Case No.: 2016-cv-16030

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Plaintiff, Dana Oakes, and hereby moves to substitute attorneys Alexandra W. Robertson and Timothy J. Becker of Johnson Becker, PLLC, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice *pro hac vice"* before this Court, as counsel of record in the above-captioned matter in place of Brandon L. Bogle of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

Dated: December 21, 2016                                           Respectfully Submitted,

/s/ Brandon L. Bogle                                               /s/ Alexandra W. Robertson
Brandon L. Bogle, Esq.                                             Alexandra W. Robertson, Esq.
**Levin, Papantonio, Thomas, Mitchell,**                           Timothy J. Becker, Esq.
**Rafferty & Proctor, P.A.**                                       **Johnson Becker, PLLC**
316 South Baylen Street, Suite 600                                 444 Cedar Street, Suite 1800
Pensacola, FL 32502                                                St. Paul, MN 55101
(850) 435-7043 (telephone)                                         (612) 436-1800 (telephone)
(850) 436-7020 (facsimile)                                         (612) 436-1801 (facsimile)
bbogle@levinlaw.com                                                arobertson@johnsonbecker.com
                                                                   tbecker@johnsonbecker.com

*Attorney for Plaintiff*                                           *Attorney for Plaintiff*

-2-

*Attorney for Plaintiff*                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 21st day of December, 2016:

                                                         /s/ Alexandra W. Robertson
                                                         Alexandra W. Robertson