IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAUDETTE HENRY,** | MDL No.: 2740 |
| *Plaintiff*, | HON. KURT D. ENGELHARDT |
| v. | Case No.: 2016-cv-16730 |
| **SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC,** | |
| *Defendants*. | |

## O R D E R

Plaintiff's Counsel's Motion to Substitute Counsel (Rec. Doc. 145) was submitted to the Court on December 22, 2016. Based on the Notice of Motion and Motion, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel is hereby GRANTED. Attorney Brandon L. Bogle shall be removed as counsel of record from the case and Attorney's Alexandra w. Robertson and Timothy J. Becker shall be substituted in, and appointed as Counsel for Plaintiff Claudette Henry.

New Orleans, Louisiana this 28th day of December, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE