## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| **ROBBIEGENE STURGES,** § | |
| § | **MDL No.: 2740** |
| *Plaintiff*, § | |
| § | **HON. KURT D. ENGELHARDT** |
| **v.** § | |
| § | **Case No.: 2016-cv-16732** |
| **SANOFI S.A., AVENTIS PHARMA S.A.,** § | |
| **and SANOFI-AVENTIS U.S. LLC,** § | |
| § | |
| *Defendants*. § | |

---

## O R D E R

Plaintiff's Counsel's Motion to Substitute Counsel (Rec. Doc. 139) was submitted to the Court on December 21, 2016. Based on the Notice of Motion and Motion, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel is hereby GRANTED. Attorney Michelle L. Kranz shall be removed as counsel of record from the case and Attorney's Alexandra w. Robertson and Timothy J. Becker shall be substituted in, and appointed as Counsel for Plaintiff Robbiegene Sturges.

New Orleans, Louisiana this _____28th_____ day of ___December___, ___2016___.


_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**