IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANA OAKES, | § § § | |
| *Plaintiff*, | § § | MDL No.: 2740 |
| v. | § § | HON. KURT D. ENGELHARDT |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | § § § § | Case No.: 2016-cv-16030 |
| *Defendants*. | § | |

**O R D E R**

Plaintiff's Counsel's Motion to Substitute Counsel (Rec. Doc. 144) was submitted to the Court on December 22, 2016. Based on the Notice of Motion and Motion, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel is hereby GRANTED. Attorney Brandon L. Bogle shall be removed as counsel of record from the case and Attorney's Alexandra w. Robertson and Timothy J. Becker shall be substituted in, and appointed as Counsel for Plaintiff Dana Oakes.

New Orleans, Louisiana this 28th day of December, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE