UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | HON. KURT D. ENGELHARDT |

## ORDER

The Court recognizes the importance of establishing a leadership structure within the Plaintiffs' Steering Committee ("PSC") to facilitate efficient management of the Plaintiffs' case. As a result, and having considered the request of the Plaintiffs' Steering Committee, the Court makes the following appointments:

### Plaintiffs' Executive Committee

Christopher L. Coffin (Co-Lead Counsel)
Pendley, Baudin & Coffin, LLP
1515 Poydras St., Suite 1400
New Orleans, LA 70112
ccoffin@pbclawfirm.com

Karen Barth Menzies (Co-Lead Counsel)
Gibbs Law Group LLP
400 Continental Blvd, 6th Floor
El Segundo, California 90245
kbm@classlawgroup.com

J. Kyle Bachus
Bachus & Schanker, LLC
1800 Wynkoop Street, Suite 700
Denver, CO 80202
kyle.bachus@coloradolaw.net

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
dmiceli@simmonsfirm.com

It shall be the Plaintiffs' Executive Committee's duty to coordinate and manage the responsibilities of the PSC, schedule PSC meetings, and perform any other duty as the Court

may order.

The Court further orders that Co-Liaison Counsel, Dawn M. Barrios and M. Palmer Lambert, shall serve as *ex-officio* members of the Plaintiffs' Executive Committee.

New Orleans, Louisiana this 28th day of December, 2016.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**