UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          *     MDL NO. 2740
        PRODUCTS LIABILITY LITIGATION *
                                      *     SECTION "N" (5)
                                      *
THIS DOCUMENT RELATES TO:             *     JUDGE ENGELHARDT
ALL CASES                             *     MAG. JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRETRIAL ORDER NO. 7**

All counsel shall provide to the appropriate Liaison Counsel their contact information using the MDL 2740 Counsel Contact Information form attached hereto. The information set forth in this form shall be updated as necessary so that the information made available to Liaison Counsel remains current and accurate on an ongoing basis. The contact information shall be used for service, and Liaison Counsel shall be entitled to rely on the information when distributing or circulating information in these proceedings. The obligation to provide accurate and updated information in the MDL 2740 Counsel Contact Information form rests solely on the part of counsel providing the information. Liaison Counsel is relieved of any responsibility for serving materials on, or distributing information to, any counsel failing to provide current and accurate information in a MDL 2740 Counsel Contact Information form.

The Clerk of Court shall transmit a copy of this Order to all listed counsel of record herein. When an action is hereafter transferred into or consolidated with this MDL, the Clerk of Court shall: (i) file a copy of this Order in any such action; and (ii) forward a copy of this Order to counsel for the plaintiff(s) in the newly-filed or transferred action.

New Orleans, Louisiana this 28th day of December, 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1