**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**
**MDL 2740**                                                          **Judge Kurt D. Engelhardt**

| **MDL 2740 Counsel Contact Information (Form PTO-7)** |
|---|
| Please type below in the fillable form. |

### ATTORNEY INFORMATION

| Check One: | ☐ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
|---|---|---|---|

| Last Name: | First Name: | Middle Initial /Maiden: | Suffix: |
|---|---|---|---|

| Firm Name: |
|---|

| Address: |
|---|

| City: | State: | Zip: |
|---|---|---|

| Phone: | Fax: |
|---|---|

| Direct Dial No.: | Cell Phone: |
|---|---|

| State/ Bar No.: | Email Address: |
|---|---|

| Party Representing: |
|---|

| Assistant/Paralegal Name: | Assistant/Paralegal Email: |
|---|---|

**Choose One Option Below:**

☐ I elect to have Liaison Counsel transmit documents to me via email and consent on an ongoing basis to notify Liaison Counsel of any changes in the above information.

☐ I do not want to receive orders or other documents from Liaison Counsel.

_____     _____
Signed                                                         Date
Print Name:_____
_____

**Please remit form to: Plaintiffs' Liaison Counsel (Dawn Barrios/Palmer Lambert), 701 Poydras St., Ste. 3650, New Orleans, Louisiana 70139, dwhite@bkc-law.com; or Defendants' Liaison Counsel (Douglas Moore), 400 Poydras Street, Suite 2700, New Orleans, LA 70170, dmoore@irwinllc.com**