UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

# PRETRIAL ORDER NO. 8
## "Federal-State Coordination and Cooperation"

Recognizing the benefits of Federal-State Coordination and Cooperation, the Court hereby orders as follows:

1. Dawn M. Barrios is appointed as Plaintiffs' Federal-State Liaison Counsel to interact between this Court and any court and litigant outside this MDL in an effort to coordinate the different litigations and foster cooperation between them.

2. To assist the Court with Federal-State coordination and cooperation, five days before each Status Conference, counsel for each Defendant shall provide to Plaintiffs' Federal-State Liaison Counsel a chart identifying all cases not in the MDL which are pending against the Defendant in which it has been served, with the case name, venue, and the name and address of each counsel for each plaintiff on the pleadings and the contact information for each judge. The chart shall also indicate whether a dispositive motion has been filed, a scheduling order entered, or a trial date set. Should the Court not have a Status Conference in any month, the information and complaints described herein shall be due thirty (30) days after the preceding month's complaints and information were produced. By January 18, 2017 counsel for each Defendant must provide to Plaintiffs' Federal-State Liaison

Counsel a copy of all complaints, including amended complaints, which are pending against and have been served upon Defendant as of December 31, 2016. Thereafter, counsel for each Defendant shall continue to provide the information described in this Order for non-MDL cases.

3. At each status conference, Plaintiffs' Federal-State Liaison Counsel shall give a report to the Court on the non-MDL cases, the contact information for the judge, and any other relevant information, such as dispositive motion hearing, trial scheduling order, or trial date.

New Orleans, Louisiana, this 30th day of December 2016.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**