UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER SCHEDULING STATUS CONFERENCE

A status conference regarding protocol and other matters related to Electronically Stored Information (ESI) in the above matter is hereby SCHEDULED for January 23, 2017 at 3:00 p.m. before Magistrate Judge Michael B. North, Hale Boggs Building, Room B419, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this __4th__ day of __January__, 2017.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE