AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Linda Cargile | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:16-cv-17939 |
| Sanofi S.A., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Linda Cargile                         .

Date:   01/04/2016

/s/ Jason R. Fraxedas
*Attorney's signature*

Jason R. Fraxedas (FL Bar No. 63887)
*Printed name and bar number*

271 West Canton Ave. Suite 1,
Winter Park, FL 32789

*Address*

jrfraxedas@maherlawfirm.com
*E-mail address*

(407) 839-0866
*Telephone number*

(407) 425-7958
*FAX number*