UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### CONSENT MOTION FOR EXTENSION OF
### TIME TO SUBMIT COMMON BENEFIT ORDER

NOW INTO COURT comes the Plaintiffs' Steering Committee ("PSC"), through Plaintiffs' Liaison Counsel, which respectfully requests additional time to submit their proposed common benefit order. Pursuant to this Court's Order of December 21, 2016 (R. Doc. 140), undersigned counsel were directed to submit a proposed order regarding common benefit time and expenses in this MDL. The PSC requires additional time to complete its review and editing of the draft order. Additionally, it has become apparent to the PSC that certain terms in the forthcoming order contain defendant obligations. The PSC provided defendants with a copy of the subject terms on this date; however, the defendants have not been provided adequate time to review and either approve or propose changes to said terms. For the above reasons, the PSC respectfully suggests that additional time is necessary to both complete the drafting of the proposed common benefit order and confer with defendants on the terms that trigger defendant obligations.

Accordingly, the PSC requests an extension until Friday, January 13, 2017, on the current deadline for submission of a proposed common benefit order. Defendants have been contacted through Defendants' Liaison Counsel, who advised there is no objection to the relief requested.

Date:   January 6, 2017                    Respectfully submitted:

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile:  504-528-9973
E-Mail: plambert@gainsben.com

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/M. Palmer Lambert*
 M. PALMER LAMBERT