UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

# ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee,

IT IS ORDERED that the PSC is hereby granted an extension until January 13, 2017 to submit a proposed common benefit order.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE