UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION            SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee (Rec. Doc. 165),

IT IS ORDERED that the PSC is hereby granted an extension until January 13, 2017 to submit a proposed common benefit order.

NEW ORLEANS, LOUISIANA, this 9th day of January, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE