UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER RESCHEDULING STATUS CONFERENCE

The status conference scheduled for January 23, 2017 in the above matter is hereby RESCHEDULED for January 25, 2017 at 4:00 p.m. before Magistrate Judge Michael B. North, 500 Poydras Street, Hale Boggs Building, Room B419, New Orleans, Louisiana.

New Orleans, Louisiana, this  10th  day of  January , 2017.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE