# MDL 2740 – *In Re: Taxotere (Docetaxel) Products Liability Litigation*
## Liaison Counsel Meeting Agenda
### January 19, 2017

I. Status Report on Completed or Substantially Completed Issues

    1. Proposed Procedural Pretrial Orders

        a. Common Benefit Order

            i. Special Master selection

        b. MDL Centrality

        c. PFS/DFS Forms

        d. Service Waivers

    2. State Court Litigation (CA, DE, MO)

        a. Status/Census of each state court litigation

        b. Additional venues?

        c. Filing of State Court complaints by Plaintiff's steering committee

    3. ESI Meeting with Magistrate Judge North (1/25/17)

    4. Potential Science Presentation

    5. Settlement Committee Update

II. New Issues / Next Steps

    1. Participation of non-Sanofi defendants

    2. PFS/DFS Order (submission/notice/deficiency deadlines)

    3. Service on non-Sanofi Defendants

    4. Deadline for briefing on Louisiana Class Action (Matthews)

5. ~~Tracks for Brand and Hybrids/Generics~~

6. Closing of Pleadings

    a. Master and Short Form Complaint

    b. Master Answer/Motions to Dismiss

7. Timeline for Discovery