UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § | MDL NO. 2740 |
| *THIS DOCUMENT RELATES TO:* § § | SECTION "N" (5) |
| *Sherrell Allen v. Sanofi S.A., et al.,* § No. 2:16-cv-17203 § § | HON. KURT D. ENGELHARDT |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Mark S. Cheffo, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, as counsel for Defendant Pfizer Inc.[1]

DATED: January 23, 2017

Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

*Attorney for Defendant Pfizer Inc.*

---

[1] By filing this corporate disclosure statement and appearance of counsel, Pfizer Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: January 23, 2017

/s/ Mark S. Cheffo<br>
Mark S. Cheffo