UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § |
| *THIS DOCUMENT RELATES TO:* *Sherrell Allen v. Sanofi S.A., et al.,* No. 2:16-cv-17203 | MDL NO. 2740<br><br>HON. KURT D. ENGELHARDT |

**CORPORATE DISCLOSURE STATEMENT OF<br>DEFENDANT PFIZER INC.**

Defendant Pfizer Inc., a non-governmental corporate party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1[1]:

Pfizer Inc. is a publicly-traded company that has no parent corporation and no entity owning 10% or more of its stock.

DATED:  January 23, 2017            Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

*Attorney for Defendant Pfizer Inc.*

---

[1] By filing this corporate disclosure statement and appearance of counsel, Pfizer Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: January 23, 2017

/s/ Mark S. Cheffo<br>Mark S. Cheffo