MINUTE ENTRY
NORTH, M.J.
JANUARY 25, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)           MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                        SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A status conference was held on this date to discuss matters related to Electronically Stored Information ("ESI").

| PRESENT: | Dawn Barrios | Karen Menzies |
| | Palmer Lambert | Zachary Wool |
| | Douglas Moore | Genevieve Zimmerman |
| | Deborah Rouen | John Olinde |
| | Cliff Merrill | Mara Cusker Gonzalez |
| | | Patrick Oot |

A follow-up status conference will be held on a date to be determined (on or near the date set by the District Judge for the next status conference) to discuss the parties' proposals as to the structure of an ESI order in this case, including but not limited to the format of production, sources of information to be searched, search methodologies and time for completion.  Prior to the next ESI status conference, Plaintiffs' counsel and their ESI consultants are to have met in person with each Defendants' counsel and ESI consultant(s) to discuss the foregoing issues so as to identify areas of agreement and disagreement that will be discussed at the ESI status conference.  Plaintiffs and Defendants will be provided the

MJSTAR (00:20)

opportunity at the next conference to make general presentations to the Court (one presentation per side) regarding discovery of ESI in multi-district litigation. A date for the next ESI status conference will be set shortly after the District Judge schedules the next status conference.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE