MINUTE ENTRY
ENGELHARDT, J.
January 27, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

     A status conference was conducted on Friday, January 27, 2017, at 8:30 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore for the defendants.

(JS10: 0:60)