MINUTE ENTRY
ENGELHARDT, J.
January 27, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES

    A status conference was conducted on Friday, January 27, 2017, at 9:00 a.m. with plaintiff and defendant steering committee attorneys.  A complete list of attendees is attached hereto.

**Court Reporter:   Toni Tusa**

(JS10:  0:55)