# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

### DATE: JANUARY 27, 2017

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | DMB | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | MPL | Plaintiff's Liaison Counsel | |
| Christopher Coffin | CDC | Plaintiffs' Steering Committee Member | |
| Karen Menzies | KBM | Plaintiffs' Steering Committee Member | |
| Anne Andrews | AA | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | JKB | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | LC | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | AD | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | EJ | Plaintiffs' Steering Committee Member | |

1

| Name | Signature | Role |
|---|---|---|
| Andrew Lemmon | /s/ | Plaintiffs' Steering Committee Member |
| Abby McClellan | /s/ | Plaintiffs' Steering Committee Member |
| Daniel Markoff | /s/ | Plaintiffs' Steering Committee Member |
| David Miceli | /s/ | Plaintiffs' Steering Committee Member |
| Rand Nolen | /s/ | Plaintiffs' Steering Committee Member |
| Hunter Shkolnik | /s/ | Plaintiffs' Steering Committee Member |
| Genevieve Zimmerman | /s/ | Plaintiffs' Steering Committee Member |
| Douglas J. Moore | /s/ | Defendants' Liaison Counsel |
| Jon Strongman | /s/ | Defendants' Steering Committee Member **(Sanofi)** |
| Harley Ratlif | /s/ | Defendants' Steering Committee Member **(Sanofi)** |

| Mark Cheffo | *signature* | Defendants' Steering Committee Member **(Pfizer and Hospira)** | |
|---|---|---|---|
| John Olinde | *signature* | Defendants' Steering Committee Member **(Pfizer and Hospira)** | |
| Cliff Merrill | *signature* | Defendants' Steering Committee Member **(Sandoz)** | |
| Debbie Rouen | *signature* | Defendants' Steering Committee Member **(Sandoz)** | |
| | | | |
| | | | |
| | | | |
| | | | |