PTO Received: _____

Trial Set: _____
Jury/Non-Jury

# TAXOTERE
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**16 MD 2740**

_____
DEFENDANT(S)

Magistrate: **5**

*************************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **1-27-17**   TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Rand Nolen | Fleming, Nolen & Jez | Plaintiff PSC |
| Genevieve Zimmerman | Meshbesher Spence | π |
| Ben Gordon | Levin Papantonio | Settlement (π) |
| Anne Andrews | Andrews Thornton | PSC |
| Alexander Dwyer | Kirkendall Dwyer | π PSC |
| Daniel P. Markoff | Atkins & Markoff | π PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                     _____

_____   Magistrate: _____
DEFENDANT(S)

**************************************************************

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____    TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Evan Holden | Greenberg Traurig | Sandoz |
| Cliff Merrell | Greenberg Traurig | Sandoz |
| Debbie Rauen | Adams and Reese | Sandoz |
| Lawrence Centol | Nutall Bushy; Ltd | PSC |
| Emily Jeffcot | The Lambert Firm | PSC |
| Abby McClellan | Stueve Siegel Hanson | PSC |

PTO Received: _____

Trial Set: _____
            Jury/Non-Jury

_____      CIVIL/CRIMINAL ACTION NO.:
        PLAINTIFF(S)

VERSUS                            _____

_____      Magistrate: _____
        DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____   TIME: _____

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

NAME                      FIRM                      REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jessica Perez | PBC | π |
| Hunter Shkolnik | Napoli Shkolnik | π |
| Andre Mura | Gibbs Law Group | π |
| Amy Zeman | Gibbs Law Group | π |
| Palmer Lambert | Gainsburgh | π |
| Dawn Barrios | Barrios | π |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____                CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                               _____

_____                Magistrate: _____
DEFENDANT(S)

*************************************************************

CONFERENCE: ____ PRE-TRIAL    ____ STATUS    ____ SETTLEMENT

DATE: _____           TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Mark Cheffo | Quinn Emanuel | Pfizer/Hospira |
| Hugh Lambert | The Lambert Firm | π |
| Andrew Lemmon | Lemmon Law firm | π |
| Lila Razmara | Andrews Thornton Hssrs Razmara | πs |
| Dennis Reich | Reich and Binstock | πs |
| Kyle Bachus | Bachus & Schanker | π |

PTO Received: _____

Trial Set: _____
          Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
    PLAINTIFF(S)

VERSUS                        _____

_____        Magistrate: _____
    DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____PRE-TRIAL    ____STATUS    ____SETTLEMENT

DATE: _____          TIME: _____

**PLEASE PRINT**            **PLEASE PRINT**           **PLEASE PRINT**

NAME                        FIRM                       REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Ashlea Schwarz | Paul McInnes | P Settlement |
| Irving J. Warshauer | Gainsburgh Benjamin | Pl Settlement Comm. |
| John Olinde | Chaffe McCall | Hospira/Pfizer |
| Betsy Barnes | Morris Bart | Plaintiffs |
| Robin Myers | Murray Law Firm | pl. |
| Roma Petkauskas | BrownGreer | Independent |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                   _____

_____  Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL    ____ STATUS    ____ SETTLEMENT

DATE: _____    TIME: _____

**PLEASE PRINT**           **PLEASE PRINT**              **PLEASE PRINT**

NAME                       FIRM                          REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Mike Lillis | Sangisetty Law Firm | Plaintiffs |
| Ravi Sangisetty | " | " |
| KELSEY ZEITZER | LISKA, EXNICIOS, & NUNGESSER | " |
| Jake Woody | Brown Greer | N/A |
| Kelly Brilleaux | Irwin Fritchie | Sanofi Defendant/Liaison |
| Kimberly Jamison | The Lambert Firm | Plaintiffs |

PTO Received: _____

Trial Set: _____
               Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____   TIME: _____

**PLEASE PRINT**   **PLEASE PRINT**   **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Merritt Cunningham | Smith Stag | Plaintiffs |
| JULIE FINK | IN-HOUSE | PFIZER/HOSPIRA |
| Michael Stag | Smith Stag | π's |
| Karen Barth Menzies | Gibbs Law Group | π's |
| Chris Coffin | Pendley, Baudin & Coffin | Plaintiffs |