UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER SCHEDULING STATUS CONFERENCE

A status conference in the above matter is hereby SCHEDULED for March 16, 2017 at 2:00 p.m. before Magistrate Judge Michael B. North, Hale Boggs Building, Room B419, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 30th day of January, 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE