AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Kathleen M. Gabriel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-cv-16788 |
| Sanofi S.A., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kathleen M. Gabriel                                                                                         .

Date:   01/31/2017                                         s/ Samuel M. Wendt
                                                          *Attorney's signature*

                                                Samuel M. Wendt MO Bar # 53573
                                                *Printed name and bar number*

                                                    Wendt Law Firm, P.C.
                                                  1100 Main Street, Suite 2610
                                                    Kansas City, MO 64105
                                                          *Address*

                                                     sam@wendtlaw.com
                                                       *E-mail address*

                                                        (816) 531-4415
                                                      *Telephone number*

                                                        (816) 531-2507
                                                         *FAX number*