AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Jauronice Hayes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    16-cv-16802 |
| Sanofi S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jauronice Hayes                                                                                    .

Date:    01/31/2017

s/ Samuel M. Wendt
*Attorney's signature*

Samuel M. Wendt MO Bar # 53573
*Printed name and bar number*

Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105

*Address*

sam@wendtlaw.com
*E-mail address*

(816) 531-4415
*Telephone number*

(816) 531-2507
*FAX number*