AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Tangnika Snow | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 16-cv-16797 |
| Sanofi S.A., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tangnika Snow.

Date: 01/31/2017

s/ Samuel M. Wendt
*Attorney's signature*

Samuel M. Wendt MO Bar # 53573
*Printed name and bar number*

Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
*Address*

sam@wendtlaw.com
*E-mail address*

(816) 531-4415
*Telephone number*

(816) 531-2507
*FAX number*