AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| BERTHA RENEE SCHMITZ | ) | IN RE: TAXOTERE: PRODUCTS LIABILLITY LITIGATION - MDL 2740 |
| *Plaintiff* | ) | THIS DOCUMENT RELATES TO: |
| v. | ) | Case No.   C-16-4619-MMC |
| SANOFI S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bertha Renee Schmitz

Date:   02/01/2017

*Attorney's signature*

Andre Mura - CA SBN 298541
*Printed name and bar number*

GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA  94612

*Address*

amm@classlawgroup.com
*E-mail address*

(510) 350-9717
*Telephone number*

(510) 350-9791
*FAX number*