# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | |
| *Sheila Frost v. Sanofi S.A., et al,* 16:17042 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHEILA FROST, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action without prejudice.

>  */s/ J. Christopher Elliott*
>  **Darin L. Schanker**
>  **J. Kyle Bachus**
>  **J. Christopher Elliott**
>  Bachus & Schanker, LLC
>  1899 Wynkoop Street, Suite 700
>  Denver, CO 80202
>  Telephone: (303) 893-9800
>  FAX: (303) 893-9900
>  E-mail: dschanker@coloradolaw.net
>  E-mail: kyle.bachus@coloardolaw.net
>  Email: celliott@coloradolaw.net
>  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

                                          s/*J. Christopher Elliott*
                                          J. Christopher Elliott