**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**          MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                         SECTION "N" (5)

                                         JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Delois Jones v. Sanofi S.A., et al,* 16:17041

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Plaintiff, DELOIS JONES, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action without prejudice.

                                         */s/ J. Christopher Elliott*
                                         **Darin L. Schanker**
                                         **J. Kyle Bachus**
                                         **J. Christopher Elliott**
                                         Bachus & Schanker, LLC
                                         1899 Wynkoop Street, Suite 700
                                         Denver, CO 80202
                                         Telephone: (303) 893-9800
                                         FAX: (303) 893-9900
                                         E-mail: dschanker@coloardolaw.net
                                         E-mail: kyle.bachus@coloardolaw.net
                                         Email: celliott@coloradolaw.net
                                         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

s/*J. Christopher Elliott*
J. Christopher Elliott