UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Delois Jones v. Sanofi S.A., et al,* 16:17041

**************************************************************************

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss the above-captioned case without prejudice, each party to pay their own costs.

SO ORDERED this _____ day of February, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT