**ATTACHMENT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

## JOINT PROPOSED DEADLINES FOR MASTER AND SHORT FORM COMPLAINT, MASTER ANSWER, AND MOTIONS TO DISMISS

A. Master Complaint Filing Deadline and Short Form Complaint (Exemplar) Submission: March 31, 2017.

B. Short Forms filed in each case:

   a. May 31, 2017 for all cases docketed in the MDL prior to April 1, 2017; or

   b. 30 days following the docketing of the case in the MDL docket for all cases filed from April 1, 207 forward.

C. Motion to Dismiss regarding Personal Jurisdiction: 30 days after filing of the Master Complaint.[1]

D. All other Motions to Dismiss: 60 days after filing of the Master Complaint.

E. Opposition to Motions to Dismiss regarding Personal Jurisdiction: August 31, 2017.

F. Oppositions to all other Motions to Dismiss: 60 days after filing of Motions to Dismiss.

G. Master Answer:  May 31, 2017 or 30 days after ruling on all Motions to Dismiss.

---

[1] The parties have discussed whether discovery related to personal jurisdiction will be necessary and have agreed to defer setting a deadline for such discovery at this time. The parties have further agreed to meet and confer about this issue if defendants file a motion challenging personal jurisdiction.