# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "N" (5)

                                          JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Sheila Frost v. Sanofi S.A., et al,* 16:17042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

      THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss (Rec. Doc. 214) the above-captioned case without prejudice, each party to pay their own costs.

      New Orleans, Louisiana, this  6th  day of February, 2017.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**