# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Delois Jones v. Sanofi S.A., et al,* 16:17041

*****************************************************************************

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss (Rec. Doc. 215) the above-captioned case without prejudice, each party to pay their own costs.

New Orleans, Louisiana, this  6th  day of February, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**