UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO CASES LISTED HEREIN | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavit executed by Gordon Eli Fahner on January 26, 2017, hereby give notice of plaintiffs' voluntary dismissal of all claims asserted against the defendant Apotex, Inc. in the Complaint previously filed in the following proceedings:

| | |
|---|---|
| *Vickie McCray v Sanofi S.A., et al* | Case No. 16-17339 |
| *Yvonne Crawford v. Sanofi S.A., et al* | Case No. 16-17338 |
| *Lorraine Jackson v. Sanofi S.A., et al* | Case No. 17-381 |
| *Cassandra Dabney v. Sanofi S.A., et al* | Case No. 16-17299 |
| *Cassandra Anderson v. Sanofi S.A., et al* | Case No. 16-17300 |
| *Earma Webb v. Sanofi S.A., et al* | Case No. 16-17482 |
| *Tina Brewer v. Sanofi S.A., et al* | Case No. 16-17313 |
| *Angeliki Georgalos v. Sanofi S.A., et al* | Case No. 16-17314 |
| *Linda Hall v. Sanofi S.A., et al* | Case No. 16-17315 |
| *Robin Liebman v. Sanofi S.A., et al* | Case No. 16-17319 |
| *Patricia Morrison v. Sanofi S.A., et al* | Case No. 16-17325 |
| *Lorraine Darden v. Sanofi S.A., et al* | Case No. 16-17308 |
| *Carolyn White v. Sanofi S.A., et al* | Case No. 16-17485 |

| | |
|---|---|
| *Marie Ankner v. Sanofi S.A., et al* | Case No. 16-17312 |
| *Lisa Morris v. Sanofi S.A., et al* | Case No. 16-17329 |
| *Yvonne Hyter v. Sanofi S.A., et al* | Case No. 16-17326 |
| *Sherrial Walls v. Sanofi S.A., et al* | Case No. 16-17333 |

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Jeffrey R. Atkins, OBA# 15076
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: jatkins@atkinsandmarkoff.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

/s/ Daniel P. Markoff
Daniel P. Markoff