BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION           MDL Docket No. 2740
_____ /

THIS DOCUMENT RELATES TO:

*Patricia Lyons v. Sanofi*, S.A. et al., Case No. 16-cv-16890

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

IT IS HEREBY STIPULATED by and between the undersigned that Stefanie Colella-Walsh of the law firm of STARK & STARK shall be removed as counsel of record for client, Patricia Lyons, in civil action no. 16-cv-16890. Plaintiff engaged the law firm of MOLL LAW GROUP to serve as lead counsel in this case. Stefanie Colella-Walsh shall be relieved of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Ken Moll of the law firm of MOLL LAW GROUP, whose contact information is indicated below.

/s/Stefanie Colella-Walsh
Stefanie Colella-Walsh
**STARK & STARK**
993 Lenox Drive
Lawrenceville, NJ 064
T: (609) 895-7369
F: (609) 895-7395
scw@stark-stark.com


/s/ Ken Moll
Ken Moll
**MOLL LAW GROUP**
401 N. Michigan Avenue, 12th Floor
Chicago, IL 60611
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/Stefanie Colella-Walsh
Stefanie Colella-Walsh
**STARK & STARK**
993 Lenox Drive
Lawrenceville, NJ 064
T: (609) 895-7369
F: (609) 895-7395
scw@stark-stark.com