BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION     MDL Docket No. 2740
_____ /

THIS DOCUMENT RELATES TO:

*Patricia Lyons v. Sanofi*, S.A. et al., Case No. 16-cv-16890

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above entitled action on behalf of the Plaintiff and respectfully requests that all pleadings and Notices of Electronic Filing in this case be served upon him accordingly.

/s/ Martin P. Schrama
Martin P. Schrama
**STARK & STARK**
993 Lenox Drive
Lawrenceville, NJ 064
T: (609) 895-7445
F: (609) 895-7395
mschrama@stark-stark.com

4839-7028-0770, v. 1