### BEFORE THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                    MDL Docket No. 2740
_____ /

THIS DOCUMENT RELATES TO:

*Patricia Lyons v. Sanofi*, S.A. et al., Case No. 16-cv-16890

### ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD


CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for the

above-named case,

IT IS HEREBY ORDERED that Martin P. Schrama, Esq., Stefanie Colella-Walsh,

Esq. and the law firm of Stark & Stark, a Professional Corporation, are withdrawn as

Plaintiff's attorneys of record.

DONE AND SIGNED this _____day of _____, 2017, at New

Orleans, Louisiana.


_____

UNITED STATES DISTRICT JUDGE