**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **MDL NO. 2740** |
| ) | **SECTION "N" (5)** |
| ) | **HON. KURT D. ENGELHARDT** |
| ) | |
| ) | **This Document Relates to:** |
| ) | *Beverly Baringer v. Apotex, Inc., et al.,* |
| ) | 2:17-cv-00871; |
| ) | *Bonnie L. Janjanin v. Apotex, Inc.,et al.,* |
| ) | 2:17-cv-00885; and |
| ) | *Lori C. Parkinson v, Apotex, Inc., et al.,* |
| ) | 2:17-cv-00960. |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE FOR DEFENDANT APOTEX, INC.**

COMES NOW plaintiffs Beverly Baringer, Bonnie L. Janjanin, and Lori C. Parkinson, in the above styled actions, by their attorneys, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the Affidavit executed by Gordon Eli on January 26, 2017, hereby voluntarily dismiss defendant Apotex, Inc. without prejudice. Each party to bear their own fees and costs. This should not be construed to apply to any of the remaining Defendants in these cases.

February 8, 2017                              Respectfully Submitted,

*/s/ David F. Miceli*
David F. Miceli (GA Bar No. 503900)
Holly Nighbert (MO Bar No. 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                          */s/ David F. Miceli*
                          David F. Miceli