**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | § | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION "N" (5) |
| | § | |
| *THIS DOCUMENT RELATES TO:* | § | |
| *Kapreshia Freeman v. Sanofi S.A., et al.,* | § | HON. KURT D. ENGELHARDT |
| **No. 2:16-cv-17226-KDE-MBN** | § | |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Michael J. Suffern of the law firm Ulmer & Berne LLP,

as counsel for Defendant Actavis Pharma, Inc.[1]

DATED: February 9, 2017                    Respectfully submitted,

                                            /s/ Michael J. Suffern
                                            Michael J. Suffern
                                            ULMER & BERNE LLP
                                            600 Vine Street, Suite 2800
                                            Cincinnati, OH 45202
                                            Telephone: (513) 698-5064
                                            Facsimile: (513) 698-5065
                                            msuffern@ulmer.com

                                            *Attorney for Defendant Actavis Pharma, Inc.*

---

[1] By filing this corporate disclosure statement and appearance of counsel, Actavis Pharma, Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: February 9, 2017

/s/ Michael J. Suffern
Michael J. Suffern