UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § MDL NO. 2740 § § SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* *Kapreshia Freeman v. Sanofi S.A., et al.*, No. 2:16-cv-17226-KDE-MBN | § § HON. KURT D. ENGELHARDT § |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ACTAVIS PHARMA, INC

Defendant Actavis Pharma, Inc., a non-governmental corporate party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1[1]:

Actavis Pharma, Inc. is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries, Ltd., a publicly-traded Israeli corporation, and no publicly held corporation owns 10% or more of the stock of Actavis Pharma, Inc.

DATED: February 9, 2017          Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendant Actavis Pharma, Inc.*

---

[1] By filing this corporate disclosure statement and appearance of counsel, Actavis Pharma, Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: February 9, 2017

/s/ Michael J. Suffern
Michael J. Suffern