UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Case #2:16-cv-17731

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MOTION & MEMORANDUM TO CERTIFY CLASS**

NOW INTO COURT, through undersigned counsel comes putative class Plaintiffs, who respectfully request an additional 30 day time period to submit their Motion & Memorandum In Support of their Motion to Certify the Class in the above matter. Movers aver that their state court action was removed via Defendant's Notice of Removal filed on or about December 26, 2016.  Pursuant to LR 23.1 B, "[w]ithin 91 days after filing...of a notice of removal of the class action from state court....plaintiff must move for class certification under FRCP 23(c)(1), unless this period is extended upon motion for good cause and order by the court." The current deadline for filing of Plaintiffs' Motion To Certify is thus 91 days after 12/26/16, i.e., March 26, 2017. Due to Plaintiffs' Counsel trial calendar, the Mardi Gras holidays and without objection by Defense Counsel, an additional 30 days is hereby requested, i.e., until Tuesday, April 25, 2017.

Respectfully submitted:

*/s/ Val P. Exnicios*
**Val P. Exnicios (LA Bar #19563)**
**Kelsey L. Zeitzer (LA Bar #37368)**
*Liska, Exnicios & Nungesser*

1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
**Vpexnicios@exnicioslaw.com**
**Kzeitzer@exnicioslaw.com**

**AND**

**ALLAN BERGER (La. Bar # 2977)**
**ANDREW GEIGER (La. Bar # 32467)**
***ALLAN BERGER & ASSOCIATES P.L.C.***
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

/s/ Val P. Exnicios
Val P. Exnicios #19563