UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO Case #2:16-cv-17731 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering Plaintiffs' *Unopposed Motion for Extension of Time to File Motion & Memorandum In Support of Motion to Certify Class,* **IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby granted. Plaintiffs shall file their Motion To Certify on or before Tuesday, April 25, 2017.

_____
JUDGE