# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § MDL NO. 2740 § § SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* *Kapreshia Freeman v. Sanofi S.A., et al.*, No. 2:16-cv-17226-KDE-MBN | § § HON. KURT D. ENGELHARDT § |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jeffrey F. Peck of the law firm Ulmer & Berne LLP, as counsel for Defendant Actavis Pharma, Inc.[1]

DATED: February 10, 2017        Respectfully submitted,

                                        /s/ Jeffrey F. Peck
                                        Jeffrey F. Peck
                                        ULMER & BERNE LLP
                                          600 Vine Street, Suite 2800
                                          Cincinnati, OH 45202
                                          Telephone: (513) 698-5010
                                          Facsimile: (513) 698-5011
                                          jpeck@ulmer.com

                                          *Attorney for Defendant Actavis Pharma, Inc.*

---

[1] By filing this corporate disclosure statement and appearance of counsel, Actavis Pharma, Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: February 10, 2017

                                            /s/ Jeffrey F. Peck
                                            Jeffrey F. Peck