UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　SECTION "N" (5)

**EXHIBIT C TO PRETRIAL ORDER NO. 16**
**COMMON BENEFIT TIME AND EXPENSE RULES, HOLDBACK,**
**ASSESSMENTS, AND RELATED ISSUES**

### Litigation Task Categories

The following Litigation Task Codes/Categories are to be used to identify all tasks performed:

**Task Code**　　　　**Litigation Category**

01.　　Administration (data and file management)
02.　　ESI
03.　　Document Review
04.　　Legal Research
05.　　Pleadings, Briefs & Pretrial Motions
06.　　Written Discovery
07.　　Deposition Prep/Take/Defend
08.　　Experts/Consultants
09.　　Case Vetting/Bellwether
10.　　Trial Preparation and Trial
11.　　Court Appearances/Arguments before the Court
12.　　Status Conference Attendance
13.　　Litigation Strategy & Analysis
14.　　Settlement
15.　　Travel
16.　　Committee Meetings or Calls
17.　　PEC / Liaison Counsel Duties
18.　　Pre-MDL Common Benefit Work
19.　　Appeal