**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)              MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### AFFIDAVIT OF KENNETH W. DEJEAN
### TENDERED PURSUANT TO FED. R. CIV. P. 53

STATE OF LOUISIANA

PARISH OF LAFAYETTE

Kenneth W. DeJean, being first duly sworn according to law, states the following:

I am an attorney at law, duly licensed to practice law in the States of Louisiana and Colorado. My bar admissions are as follows:

- Louisiana State Bar Association – 1976
- Colorado State Bar Association – 1989
- U.S. District Court for the Eastern District of Louisiana – 1976
- U.S. District Court for the Western District of Louisiana – 1976
- U.S. Court of Appeals for the Fifth Circuit – 1982
- U.S. Court of Appeals for the Eleventh Circuit – 1983
- U.S. Supreme Court – 1987

I have thoroughly familiarized myself with the issues involved in the Multi-District Litigation captioned In Re: Taxotere (Docetaxel) Products Liability Litigation 2:16-md-2740-KDE-MBN. As a result of my knowledge of that case, I attest and affirm that there are no non-

disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as Special Master in the captioned matter.

_____
KENNETH W. DEJEAN

SWORN TO AND SUBSCRIBED before me, Notary Public, this 6th day of February, 2017.

_____
NOTARY PUBLIC
Name: Adam R. Credeur
Notary Number: 136438
My Appointment Expires: at death

OFFICIAL SEAL
ADAM R. CREDEUR
NOTARY ID #136438
NOTARY PUBLIC
STATE OF LOUISIANA
COMMISSIONED FOR LIFE

2