<u>EXHIBIT C</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  **TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
          **PRODUCTS LIABILITY**
          **LITIGATION**                                      **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

**[PROPOSED] ORDER**
[Appointment of Kenneth W. DeJean as Special Master]

On _____, 2017, this Court entered an Order advising all counsel of record of the

Undersigned's intent to appoint Kenneth W. DeJean as Special Master for the purposes set forth

in Section VII of the Common Benefit Order (Pretrial Order No. __, R. Doc. ___).  All parties

having had notice that the Court was considering the appointment of a special master in this matter,

and having had an opportunity to be heard and make suggestions and objections concerning the

naming of the special master,

     **IT IS ORDERED** that Kenneth W. DeJean is hereby appointed as Special Master herein,

pursuant to Rule 53 of the Federal Rules of Civil Procedure;

     **IT IS FURTHER ORDERED** that the Special Master shall be responsible for all purposes

set forth in Section VII of the Common Benefit Order (Pretrial Order No. __, R. Doc. ___) and

any other duties later assigned by the Court;

     **IT IS FURTHER ORDERED** that the Special Master shall be responsible for, and shall

have the authority to engage appropriate support personnel to assist in carrying out his duties as

Special Master;

**IT IS FURTHER ORDERED** that the Special Master may communicate *ex parte* with the Court or with the plaintiff attorneys, without providing notice to the attorneys or the parties;

**IT IS FURTHER ORDERED** that all recommendations to the Court rendered by the Special Master shall be in writing and shall be submitted to the Court;

**IT IS FURTHER ORDERED** that the Special Master's decisions will be done and reviewed in the manner described in in Section VII of the Common Benefit Order (Pretrial Order No. __, R. Doc. ___).

**IT IS FURTHER ORDERED** that the Special Master shall maintain those records upon which he bases his recommendations at his office, which is located at 417 W. University Avenue, Lafayette, LA 70506, or on the platform established by the PSC for entry of common benefit time and expenses, and shall make those records available for inspection as provided in the Common Benefit Order;

**IT IS FURTHER ORDERED** that the Special Master shall be invested with all powers incidental to the accomplishment of his duties as outlined above;

**IT IS FURTHER ORDERED** that the Special Master shall proceed with all reasonable diligence in accomplishing the above; and

**IT IS FINALLY ORDERED** that the Special Master and his staff shall be compensated by the Plaintiffs' Steering Committee (PSC) at the following rates: Special Master Kenneth W. DeJean: $400.00 per hour; paralegals: $50.00 per hour, all of which charges shall be billed on a monthly basis, except that the in-state travel charges of the Special Master shall not be billed.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

2