UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION     SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### PRETRIAL ORDER NO. 18
[Plaintiff Fact Sheet and Defendant Fact Sheet]

Pursuant to this Court's Orders of December 21, 2016 (R. Doc. 140) and January 11, 2017 (R. Doc. 170), on January 20, 2017, the parties submitted counterproposals on the form of the Plaintiff and Defendant Fact Sheets. After reviewing the respective submissions of the parties,

**IT IS ORDERED** that the document attached to this Order as Exhibit A will be the operable Plaintiff Fact Sheet in this matter;

**IT IS FURTHER ORDERED** that the document attached to this Order as Exhibit B will be the operable Defendant Fact Sheet in this matter; and

**IT IS FINALLY ORDERED** that the parties will be required to complete and submit for the Court's consideration the authorizations to be attached to Exhibit A, and the deadlines and guideline/rules for implementation of these forms in a Proposed Order through Liaison Counsel no later than **Friday, March 3, 2017**.

New Orleans, Louisiana, this 14th day of February, 2017.

                                                      KURT D. ENGELHARDT
                                                      UNITED STATES DISTRICT JUDGE