BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                MDL Docket No. 2740
_____ /

THIS DOCUMENT RELATES TO:

*Patricia Lyons v. Sanofi*, S.A. et al., Case No. 16-cv-16890

### ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 223) for the above-named case,

**IT IS HEREBY ORDERED** that Martin P. Schrama, Esq., Stefanie Colella-Walsh, Esq. and the law firm of Stark & Stark, a Professional Corporation, are withdrawn as Plaintiff's attorneys of record.

New Orleans, Louisiana, this  15th  day of   February  , 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**