## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

    SECTION "N" (5)

    JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Gail Slade v. Sanofi S.A., et al,* 16:15571

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SUN PHARMA INDUSTRIES, INC. d/b/a SUN PHARMA, ACCORD HEALTHCARE, LTD, and INTAS PHARMACEUTICALS LIMITED

Plaintiff, GAIL SLADE, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntary dismissal of defendants SUN PHARMA INDUSTRIES, INC. d/b/a SUN PHARMA, ACCORD HEALTHCARE, LTD. and INTAS PHARMACEUTICALS LIMITED, without prejudice, each party to bear its own costs.

    */s/ J. Christopher Elliott*
    **Darin L. Schanker**
    **J. Kyle Bachus**
    **J. Christopher Elliott**
    Bachus & Schanker, LLC
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 893-9800
    FAX: (303) 893-9900
    E-mail: dschanker@coloradolaw.net
    E-mail: kyle.bachus@coloardolaw.net
    Email: celliott@coloradolaw.net
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

                                              s/*J. Christopher Elliott*
                                              J. Christopher Elliott