**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lisa Medici v. Sanofi S.A., et al,* 16:15569 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ACCORD HEALTHCARE, LTD, and INTAS PHARMACEUTICALS LIMITED

Plaintiff, LISA MEDICI, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntary dismissal of defendants ACCORD HEALTHCARE, LTD. and INTAS PHARMACEUTICALS LIMITED, without prejudice, each party to bear its own costs.

*/s/ J. Christopher Elliott*
*Darin L. Schanker*
*J. Kyle Bachus*
*J. Christopher Elliott*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
Email: celliott@coloradolaw.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

s/*J. Christopher Elliott*
J. Christopher Elliott
