**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "N" (5)

                                               JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Lisa Medici v. Sanofi S.A., et al,* 16-15569

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss as to ACCORD HEALTHCARE, LTD. and INTAS PHARMACEUTICALS LIMITED only, in the above-captioned case without prejudice, each party to pay their own costs.

SO ORDERED this _____ day of February, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT