UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lisa Medici v. Sanofi S.A., et al,* 16-15569 | |

**************************************************************************

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss as to ACCORD HEALTHCARE, LTD. and INTAS PHARMACEUTICALS LIMITED only, in the above-captioned case without prejudice, each party to pay their own costs.

SO ORDERED this ____ day of February, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT