UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case #2:16-cv-17731

************************************************************************

## ORDER

Considering Plaintiffs' *Unopposed Motion for Extension of Time to File Motion & Memorandum In Support of Motion to Certify Class* (Rec. Doc. 228), **IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby **GRANTED**. Plaintiffs shall file their Motion To Certify on or before Tuesday, April 25, 2017.

New Orleans, Louisiana this 16th day of February, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**