# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** *Lisa Medici v. Sanofi S.A., et al,* 16-15569 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS (Rec. Doc. 239)

THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby **GRANTS** Plaintiff's Motion to Dismiss as to ACCORD HEALTHCARE, LTD. and INTAS PHARMACEUTICALS LIMITED only, in the above-captioned case without prejudice, each party to pay their own costs.

New Orleans, Louisiana this  21st  day of  February , 2017 .

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE