**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| *This filing pertains to:* | * | |
| *Jolie Hershey v. Sanofi S.A., et al.,* | | |
| *No. 17-1170-KDE-MBN* | * | JUDGE KURT D. ENGLEHARDT |
| | * | |
| | * | MAG. JUDGE NORTH |

**NOTICE OF APPEARANCE**

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A.

Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord

Healthcare, Inc.

RESPECTFULLY SUBMITTED:

BY:  /s/John P. Wolff, III
JOHN P. WOLFF, III, TA #14504
NANCY B. GILBERT, Bar #23095
CHAD A. SULLIVAN, Bar #27657
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Fax: (225) 343-9612
*Attorneys for Defendant, Accord Healthcare, Inc.*
Email: jwolff@keoghcox.com
           ngilbert@keoghcox.com
           csullivan@keoghcox.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

Baton Rouge, Louisiana, this ___23rd___ day of February, 2017.

___/s/John P. Wolff, III___
JOHN P. WOLFF, III