## UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION "N" (5) |
| *This filing pertains to:* *Terrie Long v. Sanofi S.A., et al.,* *No. 17-1166-KDE-MBN* | * * | JUDGE KURT D. ENGLEHARDT |
| | * * | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A. Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord Healthcare, Inc.

                              RESPECTFULLY SUBMITTED:

                              BY: /s/John P. Wolff, III
                              JOHN P. WOLFF, III, TA #14504
                              NANCY B. GILBERT, Bar #23095
                              CHAD A. SULLIVAN, Bar #27657
                              KEOGH, COX & WILSON, LTD.
                              701 Main Street
                              Post Office Box 1151
                              Baton Rouge, Louisiana  70821
                              Telephone:  (225) 383-3796
                              Fax: (225) 343-9612
                              ***Attorneys for Defendant, Accord Healthcare, Inc.***
                              Email: jwolff@keoghcox.com
                                              ngilbert@keoghcox.com
                                              csullivan@keoghcox.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

    Baton Rouge, Louisiana, this __23rd__ day of February, 2017.


                               /s/John P. Wolff, III
                              JOHN P. WOLFF, III