UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) * | MDL NO. 2740 | |
| PRODUCTS LIABILITY LITIGATION* | | |
| * | SECTION "N" (5) | |
| *This filing pertains to:* * | | |
| *Linda Renaud v. Sanofi S.A., et al.,* | | |
| *No. 17-1209-KDE-MBN* * | JUDGE KURT D. ENGLEHARDT | |
| * | | |
| * | MAG. JUDGE NORTH | |

NOTICE OF APPEARANCE

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A. Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord Healthcare, Inc.

RESPECTFULLY SUBMITTED:

BY:  /s/John P. Wolff, III
JOHN P. WOLFF, III, TA #14504
NANCY B. GILBERT, Bar #23095
CHAD A. SULLIVAN, Bar #27657
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Fax: (225) 343-9612
***Attorneys for Defendant, Accord Healthcare, Inc.***
Email: jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

Baton Rouge, Louisiana, this   23rd   day of February, 2017.


　　　　　　　　　　　　　  /s/John P. Wolff, III　　
　　　　　　　　　　　　　JOHN P. WOLFF, III