## UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) * | | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION* | | |
| * | | SECTION "N" (5) |
| *This filing pertains to:* * | | |
| *Kimely Rivers v. Sanofi S.A., et al.,* | | |
| *No. 17-862-KDE-MBN* * | | JUDGE KURT D. ENGLEHARDT |
| * | | |
| * | | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A. Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord Healthcare, Inc.

        RESPECTFULLY SUBMITTED:

        BY:  /s/John P. Wolff, III
        JOHN P. WOLFF, III, TA #14504
        NANCY B. GILBERT, Bar #23095
        CHAD A. SULLIVAN, Bar #27657
        KEOGH, COX & WILSON, LTD.
        701 Main Street
        Post Office Box 1151
        Baton Rouge, Louisiana  70821
        Telephone:  (225) 383-3796
        Fax: (225) 343-9612
        ***Attorneys for Defendant, Accord Healthcare, Inc.***
        Email: jwolff@keoghcox.com
              ngilbert@keoghcox.com
              csullivan@keoghcox.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

    Baton Rouge, Louisiana, this  23rd  day of February, 2017.


                                         /s/John P. Wolff, III
                                        JOHN P. WOLFF, III