# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION "N" (5) |
| *This filing pertains to:* | * | |
| *Carmelo Salvato v. Sanofi S.A., et al.,* | | |
| *No. 17-1212-KDE-MBN* | * | JUDGE KURT D. ENGLEHARDT |
| | * | |
| | * | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A. Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord Healthcare, Inc.

                                                                     RESPECTFULLY SUBMITTED:

                                                                     BY:  /s/John P. Wolff, III
                                                                     JOHN P. WOLFF, III, TA #14504
                                                                     NANCY B. GILBERT, Bar #23095
                                                                     CHAD A. SULLIVAN, Bar #27657
                                                                     KEOGH, COX & WILSON, LTD.
                                                                     701 Main Street
                                                                     Post Office Box 1151
                                                                     Baton Rouge, Louisiana  70821
                                                                     Telephone:  (225) 383-3796
                                                                     Fax: (225) 343-9612
                                                                     ***Attorneys for Defendant, Accord Healthcare, Inc.***
                                                                     Email: jwolff@keoghcox.com
                                                                                  ngilbert@keoghcox.com
                                                                                  csullivan@keoghcox.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

      Baton Rouge, Louisiana, this __23rd__ day of February, 2017.


                                      __/s/John P. Wolff, III__
                                      JOHN P. WOLFF, III