UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION "N" (5) |
| *This filing pertains to:* | * | |
| *Lori Parkinson v. Sanofi S.A., et al.,* | | |
| *No. 17-960-KDE-MBN* | * | JUDGE KURT D. ENGLEHARDT |
| | * | |
| | * | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A. Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord Healthcare, Inc.

RESPECTFULLY SUBMITTED:

BY: /s/John P. Wolff, III
JOHN P. WOLFF, III, TA #14504
NANCY B. GILBERT, Bar #23095
CHAD A. SULLIVAN, Bar #27657
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Fax: (225) 343-9612
***Attorneys for Defendant, Accord Healthcare, Inc.***
Email: jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

    Baton Rouge, Louisiana, this __23rd__ day of February, 2017.

                                   /s/John P. Wolff, III
                                  JOHN P. WOLFF, III