UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) * | | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION* | | |
| * | | SECTION "N" (5) |
| *This filing pertains to:* * | | |
| *Carol Breslauer v. Sanofi S.A., et al.,* | | |
| *No. 17-1199-KDE-MBN* * | | JUDGE KURT D. ENGLEHARDT |
| * | | |
| * | | MAG. JUDGE NORTH |

NOTICE OF APPEARANCE

Please enter the appearance of John P. Wolff, III, Nancy B. Gilbert and Chad A. Sullivan of the law firm Keogh, Cox & Wilson, Ltd. As counsel for Defendant, Accord Healthcare, Inc.

                                    RESPECTFULLY SUBMITTED:

                                    BY:  /s/John P. Wolff, III
                                    JOHN P. WOLFF, III, TA #14504
                                    NANCY B. GILBERT, Bar #23095
                                    CHAD A. SULLIVAN, Bar #27657
                                    KEOGH, COX & WILSON, LTD.
                                    701 Main Street
                                    Post Office Box 1151
                                    Baton Rouge, Louisiana  70821
                                    Telephone:  (225) 383-3796
                                    Fax: (225) 343-9612
                                    ***Attorneys for Defendant, Accord Healthcare, Inc.***
                                    Email: jwolff@keoghcox.com
                                            ngilbert@keoghcox.com
                                            csullivan@keoghcox.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

Baton Rouge, Louisiana, this   23rd   day of February, 2017.


    /s/John P. Wolff, III
JOHN P. WOLFF, III