# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Joan Phillips v. Sanofi S.A., et al, 16:15513*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS (Rec. Doc. 240)

THE COURT being fully advised on the matter and having reviewing the file and pleadings in this matter, hereby **GRANTS** Plaintiff's Motion to Dismiss as to ACCORD HEALTHCARE, LTD. and INTAS PHARMACEUTICALS LIMITED only, in the above-captioned case without prejudice, each party to pay their own costs.

New Orleans, Louisiana this  21st  day of  February , 2017 .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**