UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § MDL NO. 2740 § § SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* *Kapreshia Freeman v. Sanofi S.A., et al.*, No. 2:16-cv-17226-KDE-MBN | § § HON. KURT D. ENGELHARDT § § |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jeffrey R. Schaefer of the law firm Ulmer & Berne LLP, as counsel for Defendant Actavis Pharma, Inc.[1]

DATED: February 27, 2017    Respectfully submitted,

    /s/ Jeffrey R. Schaefer
    Jeffrey R. Schaefer
    ULMER & BERNE LLP
    600 Vine Street, Suite 2800
    Cincinnati, OH 45202
    Telephone: (513) 698-5108
    Facsimile: (513) 698-5109
    jschaefer@ulmer.com

    *Attorney for Defendant Actavis Pharma, Inc.*

---

[1] By filing this appearance of counsel, Actavis Pharma, Inc., is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: February 27, 2017

                                                /s/ Jeffrey R. Schaefer
                                                Jeffrey R. Schaefer