# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" ( 5) |
| THIS DOCUMENT RELATES TO: *Kapreshia Freeman v. Sanofi S.A., et al.* No. 2:16-cv-17226-KDE-MBN | HON. KURT D. ENGELHARDT MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Habib Nasrullah, of the law firm of Wheeler Trigg O'Donnell LLP, as counsel for Defendant Northstar Rx LLC.

Dated: February 28, 2017

Respectfully submitted,

*s/ Habib Nasrullah*
Habib Nasrullah
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:    303.244.1800
Facsimile:     303.244.1879
Email:  nasrullah@wtotrial.com

Attorneys for Defendant,
Northstar Rx, LLC

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 28, 2017, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which sends electronic notification of such filing to all CM/ECF participants.

DATED:  February 28, 2017

*s/Jeffery Burgdoff*