## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | §MDL NO. 2740<br>§<br>§SECTION "N" |
| *THIS DOCUMENT RELATES TO*:<br>*Kapreshia Freeman v. Sanofi S.A., et al.,*<br>No. 2:16-cv-17226-KDE-MBN | §<br>§HON. KURT D. ENGELHARDT<br>§ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

     Please enter the appearance of Stanton E. Shuler, Jr. and Cristin Bordelon of the law firm of Leake & Andersson, LLP, as counsel for Defendant Sun Pharma Global, Inc. Sun Pharma Global Inc. will also be represented by Geoffrey M. Coan and Kathleen E. Kelly of the law firm of Hinshaw & Culbertson, LLP, attorneys for whom motions for the admission to appear as counsel *pro hac vice* will be presented.

     Stanton E. Shuler, Jr. and Cristin Bordelon hereby file this Notice of Appearance for the purpose of receiving notice of pleadings and other matters. By filing this Notice of Appearance Sun Pharma Global, Inc. is not waiving and hereby preserves any claims, rights or defenses that it may have, including, without limitation, all defenses specified in Federal Rule 12(b) including, but not limited to, improper service, venue or jurisdiction, or any other applicable rule or law.

     Respectfully submitted,

/s/ Stanton E. Shuler, Jr.
_____
STANTON E. SHULER, JR. - #19152
CRISTIN BORDELON - #29863
Leake & Andersson, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Tel:  504/585-7500
Fax:  504/585-7775
E-mail:  sshuler@leakeandersson.com
             cbordelon@leakeandersson.com
Attorneys for Sun Pharma Global, Inc.


GEOFFREY M. COAN -
KATHLEEN E. KELLY -
Hinshaw & Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109
Tel:  617/213-7000
Fax:  617/213-7001
E-mail:  gcoan@hinshawlaw.com
             kekelly@hinshawlaw.com
Attorneys for Sun Pharma Global, Inc., to be *admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 1st day of March, 2017, at their last known address of record.

/s/ Stanton E. Shuler, Jr.
_____