UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)    *        16-MD-2740
PRODUCTS LIABILITY LITIGATION   *
                                *        Section N
                                *
Relates to:  All Cases          *        January 27, 2017
* * * * * * * * * * * * * * * *  *


GENERAL STATUS CONFERENCE BEFORE
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street, Suite 3650
                             New Orleans, Louisiana 70139

For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street, Suite 2800
                             New Orleans, Louisiana 70163

For the Defendants:          Irwin Fritchie Urquhart
                               & Moore, LLC
                             BY:  DOUGLAS J. MOORE, ESQ.
                             400 Poydras Street, Suite 2700
                             New Orleans, Louisiana 70130

Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.

**<u>PROCEEDINGS</u>**

**(January 27, 2017)**

**THE COURT:**  Good morning.  You may be seated.

We are here for a general status conference in *In re Taxotere (Docetaxel) Products Liability Litigation*, which is MDL 2740.  I have earlier this morning conferred with liaison counsel and also the steering committees involved in the case, so we have a great deal of information today, I think, to impart.

I was provided with a draft Joint Report No. 1 of Liaison Counsel, which we have discussed and which we will present here today.  I will make this part of the record once we complete our discussions today in the event there's a need for any further revisions to it.

By the way, if you have not signed in, there is a sign-in sheet somewhere in the room here.  If you have not yet signed in, please do so.  We would like to, at least at the outset, keep a record of all who are present here.  We also have some people who are listening in by phone.  We will have an accounting of who all that is, too, for our purposes of keeping track of attendance.  So they will be credited with attending, at least in terms of listening in.  We also have a court reporter here, so at some point there will be a transcript.

Why don't we go ahead and begin, then.  Who

10:07

1     would like to take the laboring oar?  Ms. Barrios.

2                 **MS. BARRIOS:**  Yes.  Good morning, Your Honor.

3     Dawn Barrios, co-liaison counsel.

4                       This is our first real status conference.  On

5     behalf of all the plaintiffs, plaintiffs' leadership, we would

6     like to thank you for the trust that you put in us by our

7     appointment.  We hope that we make you proud at the end.

8                       We have spent hours meeting and conferring with

9     Mr. Moore and his other defense counsel, and we are endeavoring

10    to bring you every order as a joint order.  So if you get

11    something that is not joint, know that we have really tried our

12    best because we spent a lot of time on that.

13                **THE COURT:**  Thank you.  It's understood.

14                **MS. BARRIOS:**  Going just through the joint report, I

15    would like to first thank Crystal because she has provided me

16    and keeps me up to date with the number of cases filed or

17    transferred to the MDL.  The new number is 766, so the number

18    in the joint report has already been exceeded, and we have 20

19    CTOs that have brought those cases here.

20                       The second item is the federal/state

21    coordination.  I will make this report as federal/state liaison

22    counsel.  It is always our intent to coordinate as much as

23    possible, to get the state court judges and litigants to

24    cooperate with us as much as possible.

25                       Mr. Moore's office has provided me with the

requisite statistics of the state court cases, and right now there are only two state court cases.  They are both in California.  None have assigned judges yet.  Whenever a case has an assigned judge, I will present that to you so that you can make whatever contact you deem necessary.  That is one of my major functions that I will be doing, making sure that there's cooperation and communication with all state court counsel.

**THE COURT:**  By the way, on that note, in case I haven't said it, and to the extent it needs to be said, if counsel who are involved in state court cases would like to provide the presiding judge with my contact information and he or she judge would like to contact me about the MDL, feel free.  They should feel free to contact me.  It's not a one-way street here.

In fact, we will set up for future -- I don't think we have it today.  We can do it today, but I don't think we have any that are participating today.  As part of our phone-in procedure, state court judges, those who have cases pending, will be able to participate in these conferences, if they so choose, and will also be facilitating their ability to ask questions of counsel, again should they so choose, to the extent there are any state court cases.

I'm certainly here to provide information and be of assistance to state court judges who have cases that are

10:10

1   impacted by the MDL.  Hopefully it's in the way of we here in

2   the MDL assisting those judges with regard to discovery issues

3   and things that we decide here that maybe could be dispensed

4   with in state court.  So that's my view of it, is that we here

5   can operate as a benefit to any cases that are pending in state

6   court.

7           **MS. BARRIOS:**  Yes, Your Honor.  I have that same

8   view.  I know that, because I have held this role in many MDLs,

9   the state court judges really appreciate the transferee court's

10  assistance with anything.  They don't want to reinvent the

11  wheel either.  They are out for efficiency, and I know that

12  Your Honor is too.

13          Turning to No. 3 on the joint report, the

14  pretrial orders, I would just like to go through a few of the

15  highlights.  These pretrial orders are on your website.  My

16  office also sends these pretrial orders out to every counsel.

17          The first pretrial order not only sets the

18  initial status conference, but also gives guidance and the law

19  on the preservation of evidence.  So that is one that everyone

20  should be very mindful of.

21          Pretrial Order No. 5 is an amended order, but it

22  provides for direct filing into the MDL, which is a convenience

23  for the party and something that we certainly thank the Court

24  for implementing.

25          Pretrial Order No. 7 is one that to me is very

1   important and that's the counsel contact form, because my

2   office, as liaison counsel along with Mr. Lambert, our job is

3   to make sure that everyone gets the information.  They don't

4   get the information unless they give us the counsel contact

5   form.  If you look at that, the form is attached to it.  It

6   would be e-mailed to my paralegal, whose email is

7   dwhite@bkc-law.com.

8                Pretrial Order No. 9 sets forth a streamlined

9   service on Sanofi-Aventis.

10                Pretrial Order No. 12 is the non-Sanofi

11   defendants' service information.  The order directs that each

12   defendant be named and served in at least one suit in the MDL

13   so that we can get a counsel of record and the case can move

14   forward.  I know that that was something that Your Honor was

15   very aware of, and I know the defense was very interested in

16   it.  So we are very happy with that order because we can move

17   forward quicker.

18                Item No. 4 is the counsel contact form, and we

19   went over that in the pretrial orders.

20          MR. COFFIN:  Your Honor, can I just clarify

21   something?  I apologize for interrupting Ms. Barrios.

22                We discussed this in the PSC conference, the

23   Court's clarification that you would like one -- at least one,

24   I should say, one non-Sanofi defendant to be served -- each of

25   them to be served once, I should say.  I don't want the message

10:13

1    to be murky with plaintiffs' lawyers who think that the Court

2    is somehow ordering the service of all non-Sanofi defendants

3    before February 15.

4          THE COURT:  Well, the way you phrased that, I think,

5    is not the way you initially phrased it.

6          MR. COFFIN:  Right.

7          THE COURT:  What I would like to have is enrolled

8    counsel by February 15 for all non-Sanofi defendants so that

9    they can participate in decisions made in the MDL and in

10   communications that go on between not only plaintiffs and

11   defendants, but also between the Court and them as parties or

12   soon to be parties, so that when we do decide something -- for

13   instance, the discovery protocol that we will be discussing and

14   has already been discussed at some point -- that they will not

15   enter the litigation and feel as though they are subject to

16   what has already occurred, and may even object to what has

17   already occurred because they were not a party or they were not

18   a participant, they were a nominal party.

19          So let me clarify your point that if they insist

20   on formal service of process through all of the proper channels

21   and mechanisms that are at plaintiffs' disposal to effect

22   proper service, then I expect by February 15 that plaintiffs

23   will comply with that, accomplish service of process on those

24   defendants, whether it's one case or whether -- I did not say

25   one case.

10:15

1        I think one case is enough for them to retain

2  counsel and have someone here, so that would be fine if it's

3  one case, but however many it takes to get them here in the

4  courtroom and at the table so that they can participate.

5        I'm not in any way suggesting that there's a

6  lessening of the burden on plaintiffs to serve through the

7  proper process.  Once they are served, I would hope that, as

8  was done with the Sanofi defendants, there's a mechanism

9  whereby any service thereafter will be a lot less burdensome

10  than the formal process that apparently exists for one or more

11  of these defendants.  So if it can be done by service of one

12  suit and have them appear and we can go from there, that's the

13  goal.

14        **MR. COFFIN:**  Thank you for the clarification,

15  Your Honor.  I wanted to be sure that all plaintiffs' lawyers

16  understand that the Plaintiffs' Steering Committee will handle

17  meeting the objective that Your Honor has so eloquently set

18  forth.  Thank you.

19        **THE COURT:**  Right.

20        **MS. BARRIOS:**  Your Honor, going to No. 5, which is

21  the Plaintiffs' Steering Committee, I do want to report to the

22  Court that leadership in the Plaintiffs' Steering Committee,

23  particularly the co-leads, Mr. Coffin and Ms. Menzies, they

24  have done a great job in opening their arms and inviting anyone

25  who wants to work in the MDL to work.

1    As far as I know, everyone who has made a

2    request has been placed on a committee with the exception of

3    one person, who I got an e-mail yesterday about and will

4    endeavor to put her on it, but we are being as inclusive as

5    possible.  We have met many times on the phone.  We had a

6    full-day meeting yesterday.  Everything is going along very

7    well with the Plaintiffs' Steering Committee.

8    **THE COURT:**  Let me say this on that particular topic.

9    The number of applications that we got for committee membership

10   and for liaison counsel, really on both sides, but in

11   particular on the plaintiffs' side -- it would be nice if

12   everyone could serve on the steering committee, but at some

13   point it becomes self-defeating when it becomes so cumbersome.

14   I know, from reviewing very carefully the

15   applications that were made, that there were several counsel

16   who I happened to know from their prior participation in my

17   previous MDL that are highly competent, highly capable, and I

18   thoroughly enjoyed their participation in the prior MDL.

19   Nobody was excluded, and I use the word -- if I were writing

20   it, I would put it in italics.

21   Nobody was excluded.  It is, rather, my attempt

22   to have others that maybe haven't had an opportunity to work on

23   an MDL, or who haven't had an opportunity to work on an MDL

24   with me, or who seemed particularly well-suited to this MDL, to

25   give them an opportunity to participate on the steering

10:18

1   committee level or any other level.  So the decision was not

2   one of exclusion of anybody.  It was, rather, to try to make

3   selections that were along these lines in order to accomplish

4   the goal of the MDL, of course.

5            For those who did not get chosen to serve in the

6   capacity they applied for, whether it was on the settlement

7   committee or whether it was on the Plaintiffs' Steering

8   Committee, stay tuned because your services, to the extent they

9   have not yet been -- I know you have made appointments and all.

10  In each of the other MDLs that I have had, there have been some

11  people that have joined the steering committee at some point

12  during the MDL.  There have been people for one reason or

13  another that could not finish their term on the steering

14  committee, for a variety of entirely legitimate reasons.

15           So if you were not chosen and you did submit an

16  application, it was not a rejection of your application so much

17  as it was a selection of a limited number of people to fill

18  those spots.  Your application was certainly well-received.

19  I'm grateful for your interest.  You may yet be appointed by

20  the Court to serve on a committee or in some capacity as the

21  MDL proceeds.

22           **MS. BARRIOS:**  Yes, Your Honor.  Thank you.  We have

23  looked at everyone who has asked us to work with that inclusive

24  attitude.  That's what we are trying to do.

25           The next, No. 6, is the direct filing order

10:19

1 which I mentioned when we reviewed pretrial orders.  Again,

2 it's Pretrial Order No. 5.

3         The service on Sanofi entities, that is

4 Pretrial Order No. 9 that we have discussed.

5         The service of the non-Sanofi entities is the

6 most recent order I believe Your Honor entered.  This is going

7 to go to what you and Mr. Coffin were just talking about.  We

8 need to have in this case at least one counsel for each

9 defendant -- at the very, very least -- make an appearance so

10 we can move the case forward.

11         The PSC will carry that burden and will make

12 sure that that happens.  So anyone who is listening or is in

13 the courtroom, they don't need to worry about that.  We are not

14 just shooting for one.  We are shooting for as many as we

15 possibly can do within the time constraints.

16     **MR. MOORE:**  Your Honor, if I could on that subject

17 matter make a comment and provide some information to the

18 Court.

19         Where we have been able to identify lawyers

20 representing defendants, even where they have not been served,

21 we have made an effort on the defense side, at the liaison

22 level, to confer with those lawyers and keep them informed and

23 get their participation/involvement in things that are

24 happening now.

25         Of the 11 non-Sanofi entities that are named in

10:21

1   cases in the MDL, we have counsel present today for Hospira and

2   Pfizer.  Seated at the table is Mark Cheffo from the Quinn

3   Emanuel firm.  Cliff Merrell is here from Greenberg Traurig on

4   behalf of Sandoz.

5           As I mentioned at the liaison counsel meeting,

6   national counsel Charles Fitzpatrick, who represents Apotex, is

7   present in the courtroom.  He wanted to address the Court about

8   his client's presence.  I don't want to disrupt the agenda for

9   that, but we could take it up, I guess, at the questions.

10          THE COURT:  Well, do you want to take it up now since

11  we are on the topic?

12          MR. MOORE:  That's fine.

13          THE COURT:  Let's go ahead and do that.

14          Good morning.

15          MR. FITZPATRICK:  Good morning, Your Honor.  Charles

16  Fitzpatrick from Rawle & Henderson, Philadelphia, a member in

17  the Eastern District of Pennsylvania.

18          Your Honor, I represent Apotex, Inc.  We have

19  been sued in a total of, I believe, 127 cases, all filed

20  directly into the MDL.  Apotex has never manufactured, sold, or

21  distributed docetaxel, and so I was hoping to use this

22  opportunity to sort of cut this off at the pass and not have to

23  show up for a whole lot more of these conferences.  I have an

24  affidavit, if people need it, from the senior vice president of

25  corporate finance for the company that we have not sold it.

10:22

1        **THE COURT:**  Okay.  Well, that seems pretty clear-cut.
2    Obviously, I'm sure the plaintiffs would like to scrutinize the
3    affidavit and if you have any information to counter -- I'm not
4    going to decide that today.  I do appreciate you bringing that.
5    The purpose of the MDL is to try to short-circuit things that
6    are either not issues or issues that are very simple and
7    dispositive through the communication of counsel.

8            So I would expect that to be taken seriously by
9    counsel and for them to be able to either investigate and agree
10   or offer some countervailing information that might suggest
11   that your participation be prolonged beyond today, but I can't
12   decide today simply based on that.  I don't have the affidavit,
13   but I'm sure I will see it as part -- unless there's a
14   stipulated dismissal, in which case I won't need to see it.
15   Counsel, I'm sure, will take that very seriously.

16           **MR. FITZPATRICK:**  Thank you, Your Honor.

17           **MR. COFFIN:**  Your Honor, Chris Coffin on behalf of
18   the plaintiffs.

19           The PSC became aware of this issue recently.
20   One of the things the Court should be aware of or the Court is
21   aware of is it's very difficult sometimes to identify which
22   company manufactured because of the NDC code issue.  You're
23   aware of that.

24           Our position is if Apotex did not market and
25   sell the product in the United States, we have no desire to

have that company in this case.  We would like to sort it out
the best we can.  Mr. Fitzpatrick just handed me a four-line
affidavit that we will scrutinize carefully, as the Court
suggested.  If, in fact, they should not be in the case, we
will make sure that they are out.

**THE COURT:**  Sure.  Well, I will say this -- and I
don't want this to sound threatening -- but the disclosure has
been made on the record.  The document has been provided.  We
certainly will give you an opportunity to do some due diligence
to verify the information that he has brought to our attention
and to act upon it.

I think we would all like to know sooner or
later since we are talking about getting the proper people in
the room, and the counter of that is getting the proper people
that really shouldn't be in the case from having to expend
resources coming to conference after conference after
conference.

I would like your team to address that as soon
as you can, I would think within the next 30 days or so.  If
there's a need to dismiss without prejudice, however you wish
to style it after conferring with counsel, but this is exactly
the type of thing, at this point in the MDL, where we need to
sort through.  If they don't belong in the case, then they
don't belong in the case.  If they do, then I think obviously
you need to make a showing to counsel.  Then if he wants to

10:25

1    file the appropriate motion -- coordinate it with liaison

2    counsel, of course, at all times -- then we will docket it and

3    decide it.

4              **MR. COFFIN:**  Understood, Your Honor.  We will do that

5    within the next 30 days.

6              **THE COURT:**  Okay.  Great.

7              **MR. COFFIN:**  Thank you, Your Honor.

8              **THE COURT:**  Thank you.

9              Mr. Moore, did you have anything further on this

10   issue or anything we have covered up to this point, that

11   Ms. Barrios has covered?

12             **MR. MOORE:**  No, Your Honor.

13             **MS. BARRIOS:**  Mr. Moore, I don't mean to block you

14   out.  Feel free to jump in on any topic.

15             **MR. MOORE:**  I will.  I will not be shy.

16             **MS. BARRIOS:**  I don't think you are that shy.

17             Your Honor, No. 9 is the preservation order.

18   That's covered in our Pretrial Order No. 1.  We know that the

19   preservation order must be much more robust, especially

20   considering the electronically stored information, and the

21   parties are working to that end.

22             We had a very, very productive meeting with

23   Magistrate Judge North.  He has given us instructions that we

24   are to meet face-to-face with each other with our experts and

25   start going through the sources of all the information.  He

will meet with us probably the day before your next status
conference, because the next day would be Saturday.  So we are
moving forward on that, but the preservation order is important
for everybody to know.

        **MR. MOORE:**  I just want to clarify a point that Dawn
made, Your Honor.  I think what Dawn was referring to is the
drafting of an ESI protocol --

        **THE COURT:**  Right.

        **MR. MOORE:**  -- as we discussed in the meeting
earlier.  In terms of the scope of the preservation order
that's referenced under this section of PTO 1, we included a
provision here indicating that if the parties determined it was
necessary to modify that, we would bring that to the Court
after meeting and conferring.

        That did happen in *Xarelto*.  There was a
modification to the preservation order.  It was not -- I think
Dawn used the phrase -- significantly broadened.  In *Xarelto*
they had to narrow it because of some technical issues and just
some realities of issues that were impacted by the scope of the
original order.  So that may happen, but that's something we
will talk about as we move along.

        **THE COURT:**  Okay.  Good.

        **MS. BARRIOS:**  I would like to take back my word make
it more *robust* and change it to *adjustment*.

        **THE COURT:**  Okay.

10:27

1            **MS. BARRIOS:**  Your Honor, the next number is No. 10,

2    MDL Centrality.  As you know, in our liaison counsel meetings

3    we have spoken almost ad nauseam about how much we enjoy it,

4    like it, how much it will make this case move so much faster,

5    give everybody so much more information.  I would like to

6    introduce Jake Woody, who is a representative from BrownGreer,

7    so that he might give you a presentation on Centrality.

8            **THE COURT:**  Okay.

9            **MR. WOODY:**  Good morning, Your Honor.

10           **THE COURT:**  Good morning.

11           **MR. WOODY:**  My name is Jake Woody.  I'm senior

12   counsel with BrownGreer in Richmond, Virginia.

13           We have had several discussions with the parties

14   about using our MDL Centrality system in this case.  I thought

15   I would take a minute and give you a brief overview of what it

16   does and what you can get out of it.

17           We have been using this system in the *Xarelto*

18   case for Judge Fallon for a number of years.  It takes the

19   plaintiff and defendant fact sheets and makes it an online fact

20   sheet so that the plaintiffs and their counsel can submit the

21   fact sheets and their supporting records online.  We then

22   notify the defendants that the fact sheet is ready for them to

23   review.

24           We store all of the fact sheet information, all

25   the answers, and the supporting records in a central database

1   which allows us to report to the parties and the Court, if

2   necessary, what's in the fact sheets, what the answers say, and

3   who has submitted a fact sheet.  This, I think, has been

4   particularly useful to the court in *Xarelto* to pick bellwether

5   cases, to make sure that the bellwether cases that are selected

6   are appropriate and match the demographics of the MDL as a

7   whole.

8           In *Xarelto* there are a number of different

9   injuries.  This case, I think, is one signature injury, but you

10  might have product identification issues that we can use the

11  fact sheet answers and the supporting records to try to clear

12  that up as best we can and figure out which defendants are

13  involved in which cases.

14          We give separate access to plaintiffs' counsel

15  and defense counsel.  We are happy to give the Court access if

16  you are interested in that or your personnel so that you or

17  they can log in and review those records if you need to.  We

18  can provide monthly reports.  I do that for Judge Fallon.  I

19  also take my lead from counsel and the Court as to how much

20  information I need to provide and who should have it.  So I

21  will always defer to them and to you as far as what I provide

22  and who I give it to.

23          I'm happy to be working on this case and really

24  looking forward to it.  The last thing I wanted to mention is

25  that I know there's no fact sheet approved yet, but to the

10:30

1  extent it would be useful for us to look at it, not for

2  substantive issues but more for formatting, to help maybe

3  shortcut some problems that can arise because of the way

4  questions are set up or phrased, I'm happy to do that.

5          THE COURT:  Thank you.  We are going to talk about

6  the fact sheets in a second.  I don't think that's a problem.

7  In fact, liaison counsel have asked that they get the fact

8  sheet back that I provided directly to them for that very

9  purpose, so that it can be reviewed for proper formatting, so

10  that it can be implemented by you and your firm.

11          MR. WOODY:  Yes, Your Honor.  I did also want to

12  mention that in addition to the plaintiff and defendant fact

13  sheets, we do offer a way to take the Court's ECF notifications

14  and automatically convert those into e-mails, with the pleading

15  or order actually attached to the e-mail, that we then

16  circulate to all counsel of record and their staff that is

17  registered with us.

18              So that it makes it easier to find those

19  records, we also store them in a searchable database that

20  complements the Court's PACER system.  I'm happy to do that

21  here.  I think it's in maybe a draft PTO.  We would need to

22  receive those ECF notifications, but we can work with the clerk

23  to make sure that that happens.

24          THE COURT:  Okay.  Well, I appreciate that.  Let me

25  talk to counsel about that.  Anything that, again, helps

10:31

1  streamline and expedite things in this case and disseminate as
2  much information as possible as quickly as possible I think we
3  would certainly want to take advantage of.  Let me talk to
4  counsel about that because I know they have interfaced with you
5  directly.

6          **MR. WOODY:**  Yes, sir.

7          **THE COURT:**  Does anybody have any questions about
8  Centrality and what this gentleman has just told us about it
9  and how it's going to work?

10         **MR. WOODY:**  If anybody has any questions at a later
11 date, I'm happy to answer them, or provide tutorials for firms
12 that need it.  I will provide my e-mail to lead counsel and
13 they can distribute that as necessary.

14         **THE COURT:**  Great.  Well, this is my third MDL, and
15 this is the first time I have encountered your services.
16 Although I have heard so many wonderful things about it, I have
17 to tell you that the expectations are very high.  So not to put
18 undue pressure on you, but I have heard great things about it,
19 and I'm sure it's going to be very, very helpful to the lawyers
20 and the parties in this case and to the Court.

21         **MR. WOODY:**  Thank you, Your Honor.

22         **THE COURT:**  Thank you.

23             Ms. Barrios, did you want to pick up with fact
24 sheets?

25         **MS. BARRIOS:**  Yes, sir.  I just wanted to thank

10:32

1  Mr. Woody for making the trip down here to make that

2  presentation.

3         **THE COURT:**  Yes.  It's much appreciated.

4         **MS. BARRIOS:**  And to also mention for the record that

5  we will be working with the defense in putting together an

6  order to implement everything that Mr. Woody just discussed.

7             Item No. 11 is the plaintiff and defendant fact

8  sheet.  This is one issue that unfortunately we were not able

9  to come to 100 percent agreement on.  We have presented it to

10  Your Honor, and I understand that we will get Your Honor's

11  version sometime next week.

12         **THE COURT:**  Yes.  So I take it everyone here is aware

13  of it, but to the extent there is anyone here who is not, I

14  have been provided with two separate letter statements of

15  position from both the plaintiffs' side and the defendants'

16  side regarding the two different fact sheets, plaintiff fact

17  sheet and defendant fact sheet.

18             With that, I have been provided the drafts which

19  feature all of the agreed upon provisions, and also has some

20  highlighting or some graphics to illustrate the parts that are

21  objected to or not agreed upon, and other graphics that suggest

22  inclusions or exclusions or modifications.  I have carefully

23  gone through those.  I think we got those either late last week

24  or early this week.

25         **MS. BARRIOS:**  Right.  Friday.

1    **THE COURT:**  This week I have spent a considerable

2    amount of time reviewing both the letters as well as the draft

3    fact sheets and have made some decisions with regard to what

4    you all have submitted.  I'm happy to resolve the disputes.

5    Having said that, I know that -- well, I'll tell you right now

6    I did not look at one set and say, "Okay.  I prefer this one as

7    opposed to that one, so we are going to use that."

8         It's not a perfect world.  Nobody here will get

9    the fact sheet as he or she dreamed it would be and would

10   prefer it to be.  I have included more than you all have wanted

11   on each side and I have made other modifications, as they have

12   been presented, to what I think is a fair exercise at this

13   point.

14        As we just heard, with regard to the banking of

15   this information, it's with an idea that we can get information

16   that is reviewable and manipulatable -- I hate to use that

17   word, if it is a word, *manipulatable* -- for purposes of not

18   only selecting bellwethers, but also for purposes of evaluating

19   the cases that are pending.

20        So I don't view it so much as a threshold

21   exercise -- although I'm sure many of you do.  There is

22   information in there that ultimately is going to need to be

23   gathered and produced, and so I have maybe indulged that a

24   little bit more than you envisioned when you discussed the fact

25   sheets yourself.  I will get those to you probably Monday or

1    Tuesday.  I will provide them to liaison counsel.  You all can

2    talk about formatting so it can be done properly.

3             Now, having said all that, when you get them, I

4    do not want to receive from liaison counsel -- and I really

5    don't want to receive from individual counsel -- e-mails to my

6    clerks, hate mail, griping, "Why do we have this in here?"

7    "What were you thinking when you added this?"  "What were you

8    thinking when you cut this out?"  "You didn't understand the

9    issue, Judge."

10             I've been through them, and I have given a great

11    deal of thought to each and every question and each and every

12    blank that you are asking counsel to fill out with his or her

13    client.  So you might save yourself some trouble and save us

14    some trouble by refraining from questioning that and refraining

15    from beating up on liaison counsel about why are we doing all

16    this.

17             I have reviewed everything carefully, and I

18    can't tell you again that -- I'm happy to do it, but now it's

19    done, and we are going to move forward.  We are moving on.

20    Once we get the fact sheets, we are moving on.

21             The only exception -- the only exception -- will

22    be if liaison counsel together come to me and suggest a change

23    in the form that they have agreed upon, all defendants and all

24    plaintiffs -- without dissent, there's an agreed upon

25    modification to the plaintiff fact sheet -- then I will hear

10:37

1    that from them, and I would be amenable to considering what

2    they suggest.  Again, I'm trying to head off at the pass some

3    disagreement with what I have decided and some attempt to

4    revisit this issue of what is going to be the PFS and the DFS.

5         **MS. BARRIOS:**  Thank you, Your Honor.  To the extent

6    that Mr. Lambert and I can take away all those gripes from you,

7    that's what we are here for.  So if anybody wants to gripe and

8    they feel that they have to get it out of their system, they

9    can feel free to call myself or Mr. Lambert.  We will be happy

10   to do a psychological session with them so they can do that.

11        Item No. 12 is the class certification briefing

12   schedule.  Your Honor, the class action that was filed was

13   filed by Mr. Exnicios and Mr. Berger.  Neither one could be

14   here today.  We did call.  Mr. Coffin called yesterday.  We

15   would like an opportunity to speak with them.  I know that

16   Mr. Moore would like to speak on the issue.  As liaison

17   counsel, we would ask for a reasonable extension of time, and

18   we will pass that information on to the people who filed it.

19        **THE COURT:**  Okay.  Mr. Moore.

20        **MR. MOORE:**  Yes, Judge.  We learned in between the

21   committee meeting and this meeting that Mr. Exnicios and

22   Mr. Berger were out of town and would need to be consulted on

23   what level of an extension that they would be requesting.

24   Obviously, as indicated in the report, we would like this

25   motion heard in accordance with the deadlines required by the

10:38

Local Rules, but we will confer with Mr. Exnicios next week,
when he gets back in town, to find out what sort of extension
he is asking for, and then report back to the Court on that
with due diligence.

THE COURT:  Okay.  I have made my thoughts known in
the prior meeting, but I will restate them here briefly.  I do
want this on the docket for decision.  I do not want this or
any other issue that can be decided to simply be dangling out
in the case without a hearing date.  If they do need additional
time, a reasonable extension would be considered, but again
it's got to be a reasonable extension.  I think I said in the
other meeting what I thought was reasonable.

I can't have things pending in the case that are
not set for hearing, so I do want to get this on the docket for
a hearing date and a briefing schedule.  I would appreciate it
if you all would confer with those counsel and get to me a
briefing schedule that reflects, if necessary, a brief
extension of the currently existing deadline under the local
rule, and sooner rather than later.  When I say an extension,
one that is not too far off of the deadline that is already set
under the local rule, but is reasonable and that we can get
something on the docket regarding class certification on that
particular case.

MR. MOORE:  We will do it, Judge.

MS. BARRIOS:  As far as we know, Your Honor, that's

1    the only class case that has been filed, so we don't have that

2    issue in any other case.

3                Item No. 13 refers to Pretrial Order No. 12 that

4    asks the parties to put together some deadlines on the

5    pleadings.  We presented a joint proposal to Your Honor this

6    morning.  You indicated that while it wouldn't be the schedule

7    that you would have done, that you would be happy to accept it

8    for us, and we will circulate that to everyone.

9         **THE COURT:**  Do you want to announce these dates now?

10   I was going to go through this unless you feel like you want to

11   circulate it.

12        **MS. BARRIOS:**  I think both would be best.  If you

13   would like to go through the dates, that would be great.

14        **THE COURT:**  Let me state that the joint proposed

15   deadlines for the master and short form complaint, master

16   answer, and motions to dismiss, as reflected in what liaison

17   counsel has provided to me, are a master complaint filing

18   deadline and short form complaint exemplar submission of

19   March 31, 2017; short forms filed in each case by May 31, 2017,

20   for all cases that have been docketed here prior to April 1, or

21   30 days following the docketing of the case in the MDL docket

22   for all cases filed from April 1, 2017, forward.

23                A motion to dismiss regarding personal

24   jurisdiction, if there is any such motion, would be filed

25   30 days after the filing of the master complaint.  There's some

uncertainty as to whether that will be necessary or so desired by any defendant in this case.  All other motions to dismiss would be filed 60 days after the filing of the master complaint.

Opposition to the motions to dismiss regarding personal jurisdiction would be filed no later than August 31, 2017.  Oppositions to other motions to dismiss would be filed 60 days after the filing of the motions to dismiss.  The master answer would be due on May 31, 2017, or 30 days after a ruling on all motions to dismiss.

Again, as I mentioned to the group this morning, as in any other case, these are deadlines, which means the last day that it can be done.  It does not mean that it has to be done on that date.  If it can be done earlier, you will earn my gratification and my respect, especially since we are talking about 60 days triggered by the filing.  If you've got it done, let's go ahead and file it.  Let's get it done.  Let's get these motions filed, we decide them, and let's move on.

MR. COFFIN:  Your Honor, one comment, as you will recognize in the agreed upon order that we submitted to Your Honor, and that is that counsel for the defense, Mr. Ratliff and I, had a productive discussion, obviously came to an agreement on this schedule, with the input from my colleagues.

One of the things that we talked about was the

10:43

1    issue of the need for a motion to dismiss on personal

2    jurisdiction.  To be fair to the defense, they want to analyze

3    that issue.  On our side, as we mentioned in the footnote, we

4    want an opportunity to discuss with them, if they do decide to

5    file such a motion, that we could build in a discovery

6    schedule.

7            **THE COURT:**  Right.

8            **MR. COFFIN:**  Nobody is making any judgments on

9    whether or not that will happen or not, but I wanted to bring

10   that to the Court's attention and to the attention of the

11   lawyers.

12           **THE COURT:**  I understand and I expect that.  Further

13   to that point, I would expect that there be an immediate

14   exchange of information.  I don't think we need to always

15   utilize the formal discovery process of requests for

16   productions and interrogatories and depositions.  If we have to

17   do that, then let's do it, and let's do it on an expedited

18   basis.  What I don't want to have happen is:

19                "Here's my request for production."

20                "Okay."  I have so many days under the Federal

21   Rules, so on the last day, or even with an extension, "Now

22   here's my bank of documents."

23                "Well, now I want to take a deposition."

24                "Now we need to go to the magistrate because

25   they didn't produce everything."

10:44

1       We need to cut through all of that.  I'm talking

2   about it for personal jurisdiction in particular since that's

3   what you had just raised, Mr. Coffin.  As a general rule in

4   MDLs, we have gotten to be able to have a free flow of

5   information on things that -- especially on personal

6   jurisdiction.  We all know what the factors are.  We all know

7   what the relevant evidence is going to be.  We all know what

8   the interrogatories would be if they were formally written and

9   propounded.

10      So if we are going to encounter that issue,

11  let's go ahead and exchange the information.  Let's do a very

12  quick briefing schedule, and I will decide that up front since

13  that is a threshold question.

14      Yes, Mr. Moore.

15  **MR. MOORE:**  It is, Judge.  I was going to comment

16  that, sort of as I said at the liaison counsel meeting, we are

17  not conceding that discovery is even necessary on this issue.

18  We need to see the basis of jurisdiction as asserted against

19  these French entities.  They need to see our motion to dismiss.

20  Then our plan is to confer with them as to whether discovery is

21  even needed; if so, what information would be reasonable.  Then

22  certainly we would endeavor to make the exchanges quick and

23  informal as opposed to having to go through anything arduous,

24  in any event.

25  **THE COURT:**  If you do run into a problem on

10:45

1    discovery, particularly with regard to personal jurisdiction,

2    maybe we can handle that either by phone conference or in my

3    conference room as opposed to the briefing schedule.  We could

4    really get bogged down with "I want to file my memo," then "I

5    have to file an opposition pursuant to the Local Rules," and

6    then "I have to file a reply."

7                In the two previous MDLs, we resolved a lot of

8    discovery issues just by getting on the phone.  I got a letter

9    from each of you explaining what your position was, read the

10   letters, get everybody on the phone.  I listen to what other

11   points you want to make, and then I will decide it right then

12   and there, rather than having to go through the process of

13   formal briefing and the magistrate, and then whichever of you

14   is not happy with the magistrate, well, then want me to review

15   it anyway.

16                We are going to cut through that, and I will

17   decide those things based upon an expedited presentation.  I

18   think you all know the drill here.  You are all in the

19   appointed positions you are in in the MDL because of my belief

20   that you are able to handle things on that basis so that we

21   don't get bogged down on a telescoping of the timeline.

22                We will have a court reporter.  Even if it's a

23   telephone conference and we have four discovery issues, well,

24   then I will have a court reporter in my office.  We will hear

25   you out on the phone.  There will be a record of it, and I will

1    make a ruling on it.

2                    Okay.  What's next?

3          MS. BARRIOS:  Your Honor, with regard to the proposed

4    deadlines, we will do a proposed order for you.  We will get

5    together with Mr. Moore and present it to you.

6          THE COURT:  Okay.

7          MS. BARRIOS:  The next is discovery.  We don't really

8    have any discovery issue except the ESI meeting that we had

9    with Judge North.  I hope that we have talked about that in

10   enough detail for everyone to understand.  If they don't, they

11   can feel free to give us a call.

12                    Item No. 15 is motion practice.  We have no

13   motions pending now.

14                    Item No. 16 is the science presentation.  We

15   understand exactly what Your Honor has wanted.  You spoke about

16   it in the liaison counsel meeting.  You also spoke about it at

17   the counsel meeting today.

18                    We had already begun to do a joint agenda, if

19   you will.  Mr. Moore, Mr. Lambert, and I have circulated it to

20   our leads.  We are going to continue to work on that and give

21   you that core information to make sure that that's exactly what

22   you want so that when we have the science presentation, we are

23   able to achieve your objective of educating Your Honor on the

24   product.  We understand that there's no arguments and no

25   advocacy.

10:48

1       THE COURT:  Right.

2       MS. BARRIOS:  Item No. 17 is the appearance and

3  participation of other defendants.

4       MR. MOORE:  Yes, Your Honor.  As discussed in the

5  committee meeting, we will confer amongst the parties with whom

6  lawyers have made appearances and make a recommendation on

7  whether a co-liaison defense counsel for the generics is

8  necessary; and, if so, we will make a recommendation to the

9  Court on that.

10       THE COURT:  Okay.  I'm willing to do that.  I want to

11  make sure, though -- again, this is another thing until we have

12  all of the other defendants here so that they can discuss it

13  amongst themselves and with you and come to some consensus on

14  it, that would be great.  I hate to do that now because we

15  still have defendants out there who have not participated

16  heretofore.  So when we get everybody on your side represented,

17  then we can discuss that with specificity as to who that person

18  might be and what their responsibilities are vis-à-vis your

19  role as liaison counsel for the Sanofi defendants.

20       MR. MOORE:  Thank you, Judge.

21       THE COURT:  Next.

22       MS. BARRIOS:  Item No. 18 is the settlement

23  committee.  Your Honor has appointed settlement committees for

24  both sides.  The chair of the plaintiffs' side on the

25  settlement committee, Mr. Ben Gordon, is here if Your Honor

10:49

1    would like to hear from him.  I know that they have had a

2    face-to-face meeting.  They have had several conferences.  I'm

3    going to leave it to Your Honor's pleasure.

4              **THE COURT:**  If he wants to make a few remarks.

5              I don't need a detailed rollout of what all has

6    happened.  For the benefit of our group, if you would like to

7    describe what has happened up to this point, that would be

8    great.

9              **MR. GORDON:**  Thank you, Your Honor.  Ben Gordon for

10   the plaintiffs.

11             First, let me say I would just briefly like to

12   thank you on behalf of myself and Mr. Niemeyer, Mr. Warshauer,

13   Mr. Reich, and Ms. Schwarz for appointing us in this role.

14   It's a role that we hadn't necessarily expected at the

15   beginning but that we very much are embracing and are excited

16   about trying to fulfill Your Honor's mission.

17             To that end, we have had multiple discussions

18   and meetings to talk about concepts and ideas that we think

19   would help to fulfill what your directives are in PTO 6.

20   Recently I have had multiple conversations and a meeting --

21   which I would describe not necessarily as productive this

22   early, but as positive -- with Mr. Strongman.

23             It was a pleasant meeting with a free-flowing

24   exchange of information and ideas about concepts, everything

25   from -- his verbiage -- what is a case and how do we get our

10:51

1   arms around what is a case, and how does that inform us about

2   potential buckets or major variables in the case that could

3   impact settlement discussions.  I took away from the meeting

4   that it was a very positive, fruitful, engaging process and

5   that we would like to have a follow-up meeting of the entire

6   committees in the near future.

7            **THE COURT:**  Thank you very much, Mr. Gordon.

8            Mr. Strongman.

9            **MR. STRONGMAN:**  Jon Strongman on behalf of Sanofi,

10  and I concur with Mr. Gordon.  We had a very pleasant

11  conversation.  I think we are off to a good start.  A couple of

12  small details as it relates to the defense settlement

13  committee.

14            We have met amongst ourselves, the committee

15  that's been appointed.  I know Mr. Moore has brought to your

16  attention the issue that Mr. Agneshwar needs to be replaced on

17  our settlement committee due to a current situation he is

18  involved in.  We have another person that we are going to

19  submit an application for.

20            A little bit of background as to why we proposed

21  to the Court to form the committee the way we did.  On our

22  committee currently we have defense counsel, plaintiffs'

23  counsel, and now one of the recommendations that we are going

24  to propose to Your Honor is another non-Sanofi in-house

25  counsel.

10:52

1          So we are going to have a representation on

2     behalf of Sanofi from all of the perspectives involved in the

3     litigation so that all of the different variables and issues

4     that arise on all sides are considered and are able to be

5     discussed in an informed way.  I think we are off to a great

6     start, and I agree that a joint meeting of these committees is

7     our next step.

8          THE COURT:  Good.  Well, I appreciate that.  That

9     shouldn't be a problem with regard to another committee member,

10    and also particularly a non-Sanofi member, as well, that you

11    just mentioned.  So just keep me apprised, Mr. Moore, if you

12    would, and we will make those designations.

13         MR. MOORE:  Yes.  We have a submission that we have

14    prepared to e-mail to Chynna that will have this new person's

15    information and their CV in a proposed order.

16         THE COURT:  Thanks.

17         MS. BARRIOS:  Your Honor, last but not least is just

18    our thanks to the Court and also our message to all counsel out

19    there if there are any questions, Mr. Lambert and I stand

20    ready, willing, and able to help.  Mr. Lambert's telephone

21    number is (504) 522-2304, and my number is (504) 524-3300.

22         The last item of business, I think, is just the

23    announcement of the next status conference, which will be

24    March 17, a Friday.

25         THE COURT:  Right, March 17, which is a Friday, and

10:54

1    we will follow the same schedule that we followed here.  I will

2    confer with liaison counsel in the morning, and then at 9:00 I

3    will meet with the committees, and then at 10:00 Central time,

4    for those of you who are not in Central time, we will have our

5    general status conference, which we have just had here today.

6              Now, I always save some time at the end for any

7    questions by counsel who are present who would like to ask

8    about anything we have either already discussed that you have

9    some uncertainty about or if there's any issue that we haven't

10   discussed that you would like to have addressed by liaison

11   counsel or by me.  Now is the time to do it.  Anybody?

12             I know that will change as we go.  So if anybody

13   has anything now, you can come up to the podium.  If not, we

14   will see everybody, then, on the 17th of March.  In the interim

15   period, I will be talking with liaison counsel with frequency

16   about the advancement of the MDL and some of the many issues we

17   have talked about here today.

18             So even though the 17th might seem a bit far

19   off, we will have involvement of the Court with the projects

20   that we have outlined here between now and then, and you will

21   get a full rundown -- certainly then, if not before -- through

22   the dissemination of the information as we make progress.

23             Thank all of you for being here.  Thank you for

24   your service in the MDL.

25        **MS. BARRIOS:**  Thank you, Your Honor.

10:55

1          **MR. MOORE:**  Thank you, Your Honor.

2          **MR. COFFIN:**  Thank you, Your Honor.

3          (Proceedings adjourned.)

4                          * * *

5                       **<u>CERTIFICATE</u>**

6          I, Toni Doyle Tusa, CCR, FCRR, Official Court

7   Reporter for the United States District Court, Eastern District

8   of Louisiana, certify that the foregoing is a true and correct

9   transcript, to the best of my ability and understanding, from

10  the record of proceedings in the above-entitled matter.

11

12

13                          _<u>s/ Toni Doyle Tusa</u>_
                            Toni Doyle Tusa, CCR, FCRR
14                          Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

MR. COFFIN: [9]  6/19 7/5 8/13 13/16
15/3 15/6 27/18 28/7 37/1
MR. FITZPATRICK: [2]  12/14 13/15
MR. GORDON: [1]  33/8
MR. MOORE: [13]  11/15 12/11 15/11
15/14 16/4 16/8 24/19 25/23 29/14
32/3 32/19 35/12 36/25
MR. STRONGMAN: [1]  34/8
MR. WOODY: [6]  17/8 17/10 19/10
20/5 20/9 20/20
MS. BARRIOS: [21]  3/1 3/13 5/6 8/19
10/21 15/12 15/15 16/22 16/25 20/24
21/3 21/24 24/4 25/24 26/11 31/2 31/6
32/1 32/21 35/16 36/24
THE COURT: [42]

## 1

10 [1]  17/1
100 [1]  21/9
10:00 Central [1]  36/3
11 [2]  11/25 21/7
1100 [1]  1/16
12 [3]  6/10 24/11 26/3
127 [1]  12/19
13 [1]  26/3
15 [4]  7/3 7/8 7/22 31/12
16 [1]  31/14
16-MD-2740 [1]  1/4
17 [3]  32/2 35/24 35/25
17th [2]  36/14 36/18
18 [1]  32/22

## 2

20 [1]  3/18
2017 [7]  1/6 2/2 26/19 26/19 26/22
27/7 27/9
2304 [1]  35/21
27 [2]  1/6 2/2
2700 [1]  1/19
2740 [2]  1/4 2/6
275 [1]  1/21
2800 [1]  1/16

## 3

30 [1]  15/5
30 days [4]  14/19 26/21 26/25 27/9
31 [4]  26/19 26/19 27/6 27/9
3300 [1]  35/21
3650 [1]  1/13

## 4

400 [1]  1/19

## 5

500 [1]  1/21
504 [3]  1/22 35/21 35/21
522-2304 [1]  35/21
524-3300 [1]  35/21
589-7778 [1]  1/22

## 6

60 [1]  27/16
60 days [2]  27/3 27/8

## 7

701 [1]  1/13
70130 [2]  1/20 1/22
70139 [1]  1/14
70163 [1]  1/17

766 [1]  3/17
7778 [1]  1/22

## 9

9:00 I [1]  36/2

## A

ability [2]  4/21 37/9
able [9]  4/20 11/19 13/9 21/8 29/4
30/20 31/23 35/4 35/20
about [32]  4/13 9/3 11/7 11/13 12/7
14/13 16/21 17/3 17/14 19/5 19/25
20/4 20/7 20/8 20/16 20/18 23/2 23/15
27/16 27/25 29/2 31/9 31/15 31/16
33/16 33/18 33/24 34/1 36/8 36/9
36/16 36/17
above [1]  37/10
above-entitled [1]  37/10
accept [1]  26/7
access [2]  18/14 18/15
accomplish [2]  7/23 10/3
accordance [1]  24/25
accounting [1]  2/20
achieve [1]  31/23
act [1]  14/11
action [1]  24/12
actually [1]  19/15
ad [1]  17/3
ad nauseam [1]  17/3
added [1]  23/7
addition [1]  19/12
additional [1]  25/9
address [2]  12/7 14/18
addressed [1]  36/10
adjourned [1]  37/3
adjustment [1]  16/24
advancement [1]  36/16
advantage [1]  20/3
advocacy [1]  31/25
affidavit [4]  12/24 13/3 13/12 14/3
after [8]  14/16 14/16 14/21 16/14 26/25
27/3 27/8 27/9
again [8]  4/22 11/1 19/25 23/18 24/2
25/10 27/11 32/11
against [1]  29/18
agenda [2]  12/8 31/18
Agneshwar [1]  34/16
agree [2]  13/9 35/6
agreed [5]  21/19 21/21 23/23 23/24
27/20
agreement [2]  21/9 27/23
ahead [2]  2/25 12/13 27/17 29/11
aided [1]  1/25
all [44]
allows [1]  18/1
almost [1]  17/3
along [4]  6/2 9/6 10/3 16/21
already [7]  3/18 7/14 7/16 7/17 25/20
31/18 36/8
also [16]  2/7 2/18 2/22 4/21 5/16 5/18
7/11 18/19 19/11 19/19 21/4 21/19
22/18 31/16 35/10 35/18
although [2]  20/16 22/21
always [4]  3/22 18/21 28/14 36/6
amenable [1]  24/1
amended [1]  5/21
amongst [3]  32/5 32/13 34/14
amount [1]  22/2
analyze [1]  28/2
announce [1]  26/9

announcement [1]  35/23
another [5]  10/13 32/11 34/18 34/24
35/9
answer [3]  20/11 26/16 27/9
answers [3]  17/25 18/2 18/11
any [22]  2/14 4/18 4/23 5/5 8/5 8/9 10/1
13/3 15/10 20/7 20/10 25/8 26/2 26/24
27/2 27/12 28/8 29/24 31/8 35/19 36/6
36/9
anybody [6]  10/2 20/7 20/10 24/7 36/11
36/12
anyone [3]  8/24 11/12 21/13
anything [7]  5/10 15/9 15/10 19/25
29/23 36/8 36/13
anyway [1]  30/15
apologize [1]  6/21
Apotex [4]  12/6 12/18 12/20 13/24
apparently [1]  8/10
appear [1]  8/12
appearance [2]  11/9 32/2
appearances [2]  1/11 32/6
application [4]  10/16 10/16 10/18 34/19
applications [2]  9/9 9/15
applied [1]  10/6
appointed [4]  10/19 30/19 32/23 34/15
appointing [1]  33/13
appointment [1]  3/7
appointments [1]  10/9
appreciate [5]  5/9 13/4 19/24 25/15
35/8
appreciated [1]  21/3
apprised [1]  35/11
appropriate [2]  15/1 18/6
approved [1]  18/25
April [2]  26/20 26/22
April 1 [2]  26/20 26/22
arduous [1]  29/23
are [78]
arguments [1]  31/24
arise [2]  19/3 35/4
arms [2]  8/24 34/1
around [1]  34/1
as [71]
ask [3]  4/22 24/17 36/7
asked [2]  10/23 19/7
asking [2]  23/12 25/3
asks [1]  26/4
asserted [1]  29/18
assigned [2]  4/3 4/4
assistance [2]  4/25 5/10
assisting [1]  5/2
at [34]  2/17 2/17 2/22 2/23 3/7 6/5 6/12
6/23 7/14 7/21 8/4 9/12 10/11 10/23
11/8 11/9 11/21 12/2 12/5 12/9 12/22
14/22 15/2 19/1 20/10 22/6 22/12 24/2
29/16 31/16 33/14 36/2 36/3 36/6
attached [2]  6/5 19/15
attempt [2]  9/21 24/3
attendance [1]  2/21
attending [1]  2/22
attention [4]  14/10 28/10 28/10 34/16
attitude [1]  10/24
August [1]  27/6
August 31 [1]  27/6
automatically [1]  19/14
Aventis [1]  6/9
aware [6]  6/15 13/19 13/20 13/21
13/23 21/12
away [2]  24/6 34/3

**B**

back [4]  16/23 19/8 25/2 25/3
background [1]  34/20
bank [1]  28/22
banking [1]  22/14
Barrios [7]  1/12 1/13 3/1 3/3 6/21 15/11
 20/23
based [2]  13/12 30/17
basis [3]  28/18 29/18 30/20
be [81]
beating [1]  23/15
became [1]  13/19
because [15]  3/12 3/15 5/8 6/1 6/16
 7/17 10/8 13/22 16/2 16/18 19/3 20/4
 28/24 30/19 32/14
becomes [2]  9/13 9/13
been [20]  3/18 7/14 9/2 10/9 10/10
 10/12 11/19 11/20 12/19 14/8 14/8
 17/17 18/3 21/14 21/18 22/12 23/10
 26/1 26/20 34/15
before [4]  1/8 7/3 16/1 36/21
begin [1]  2/25
beginning [1]  33/15
begun [1]  31/18
behalf [6]  3/5 12/4 13/17 33/12 34/9
 35/2
being [2]  9/4 36/23
belief [1]  30/19
believe [2]  11/6 12/19
bellwether [2]  18/4 18/5
bellwethers [1]  22/18
belong [2]  14/23 14/24
Ben [2]  32/25 33/9
benefit [2]  5/5 33/6
Benjamin [1]  1/15
Berger [2]  24/13 24/22
best [5]  3/12 14/2 18/12 26/12 37/9
between [4]  7/10 7/11 24/20 36/20
beyond [1]  13/11
bit [3]  22/24 34/20 36/18
bkc [1]  6/7
bkc-law.com [1]  6/7
blank [1]  13/12
block [1]  15/13
bogged [2]  30/4 30/21
both [6]  4/2 9/10 21/15 22/2 26/12
 32/24
brief [2]  17/15 25/17
briefing [6]  24/11 25/15 25/17 29/12
 30/3 30/13
briefly [2]  25/6 33/11
bring [3]  3/10 16/13 28/9
bringing [1]  13/4
broadened [1]  16/17
brought [3]  3/19 14/10 34/15
BrownGreer [2]  17/6 17/12
buckets [1]  34/2
build [1]  28/5
burden [2]  8/6 11/11
burdensome [1]  8/9
business [1]  35/22
but [31]  4/17 5/18 5/21 7/11 8/3 9/4
 9/10 9/12 12/9 13/11 13/13 14/7 14/21
 16/3 16/20 18/9 18/25 19/2 19/22
 20/18 21/13 22/18 23/18 25/1 25/6
 25/10 25/21 28/9 33/15 33/22 35/17

**C**

California [1]  4/3

call [3]  24/9 24/14 31/11
called [1]  24/11
came [1]  27/22
can [41]
can't [3]  13/11 23/18 25/13
capable [1]  9/17
capacity [2]  10/6 10/20
carefully [4]  9/14 14/3 21/22 23/17
carry [1]  11/11
case [35]  2/8 4/3 4/9 6/13 7/24 7/25 8/1
 8/3 11/8 11/10 13/14 14/1 14/4 14/15
 14/23 14/24 17/4 17/14 17/18 18/9
 18/23 20/1 20/20 25/9 25/13 25/23
 26/1 26/2 26/19 26/21 27/2 27/12
 33/25 34/1 34/2
cases [18]  1/6 3/16 3/19 4/1 4/2 4/11
 4/19 4/23 4/25 5/5 12/1 12/19 18/5
 18/5 18/13 22/19 26/20 26/22
Casteix [1]  1/12
CCR [3]  1/21 37/6 37/13
central [3]  17/25 36/3 36/4
Centrality [4]  17/2 17/7 17/14 20/8
certainly [7]  4/24 5/23 10/18 14/9 20/3
 29/22 36/21
CERTIFICATE [1]  37/5
certification [2]  24/11 25/22
certify [1]  37/8
chair [1]  32/24
change [3]  16/24 23/22 36/12
channels [1]  7/20
Charles [1]  12/6 12/15
Cheffo [1]  12/2
choose [2]  4/21 4/22
chosen [2]  10/5 10/15
Chris [1]  13/17
Chynna [1]  35/14
circuit [1]  13/5
circulate [3]  19/16 26/8 26/11
circulated [1]  31/19
clarification [2]  6/23 8/14
clarify [3]  6/20 7/19 16/5
class [4]  24/11 24/12 25/22 26/1
clear [2]  13/1 18/11
clear-cut [1]  13/1
clerk [1]  19/22
clerks [1]  23/6
client [1]  23/13
client's [1]  12/8
Cliff [1]  12/3
co [3]  3/3 8/23 32/7
co-leads [1]  8/23
co-liaison [2]  3/3 32/7
code [1]  13/22
Coffin [5]  8/23 11/7 13/17 24/14 29/3
colleagues [1]  27/24
come [4]  21/9 23/22 32/13 36/13
coming [1]  14/16
comment [3]  11/17 27/19 29/15
committee [23]  8/16 8/21 8/22 9/2 9/7
 9/9 9/12 10/1 10/7 10/8 10/11 10/14
 10/20 24/21 32/5 32/23 32/25 34/13
 34/14 34/17 34/21 34/22 35/9
committees [5]  2/7 32/23 34/6 36/5
 36/3
communication [2]  4/7 13/7
communications [1]  7/10
company [3]  12/25 13/22 14/1
competent [1]  9/17
complaint [5]  26/15 26/17 26/18 26/25
 27/4

complements [1]  19/20
complete [1]  36/13
comply [1]  7/23
computer [1]  1/25
computer-aided [1]  1/25
conceding [1]  29/17
concepts [2]  33/18 33/24
concur [1]  34/10
confer [6]  11/22 25/1 25/16 29/20 32/5
 36/2
conference [14]  1/8 2/4 3/4 5/18 6/22
 14/16 14/16 14/17 16/2 30/2 30/3
 30/23 35/23 36/5
conferences [3]  4/20 12/23 33/2
conferred [1]  2/6
conferring [3]  3/8 14/21 16/14
consensus [1]  32/13
considerable [1]  22/1
considered [2]  25/10 35/4
considering [2]  15/20 24/1
constraints [1]  11/15
consulted [1]  24/22
contact [7]  4/5 4/12 4/13 4/14 6/1 6/4
 6/18
continue [1]  31/20
convenience [1]  5/22
conversation [1]  34/11
conversations [1]  33/20
convert [1]  19/14
cooperate [1]  3/24
cooperation [1]  4/7
coordinate [2]  3/22 15/1
coordination [1]  3/21
core [1]  31/21
corporate [1]  12/25
correct [1]  37/8
could [9]  5/3 9/12 10/13 11/16 12/9
 24/13 28/5 30/3 34/2
counsel [62]
counter [2]  13/3 14/14
countervailing [1]  13/10
couple [1]  34/11
course [2]  10/4 15/2
court [40]
court's [5]  5/9 6/23 19/13 19/20 28/10
courtroom [3]  8/4 11/13 12/7
covered [3]  15/10 15/11 15/18
credited [1]  2/21
Crystal [1]  3/15
CTOs [1]  3/19
cumbersome [1]  9/13
current [1]  34/17
currently [2]  25/18 34/22
cut [5]  12/22 13/1 23/8 29/1 30/16
CV [1]  35/15

**D**

dangling [1]  25/8
database [2]  17/25 19/19
date [5]  3/16 20/11 25/9 25/15 27/14
dates [2]  26/9 26/13
David [1]  1/15
DAWN [5]  1/13 3/3 16/5 16/6 16/17
Dawn Barrios [1]  3/3
day [5]  9/6 16/1 16/2 27/13 28/21
days [9]  14/19 15/5 26/21 26/25 27/3
 27/8 27/9 27/16 28/20
deadline [3]  25/18 25/20 26/18
deadlines [5]  24/25 26/4 26/15 27/12
 31/4

**D**

deal [2] 2/8 23/11
decide [10] 5/3 7/12 13/4 13/12 15/3 27/18 28/4 29/12 30/11 30/17
decided [2] 24/3 25/8
decision [2] 10/1 25/7
decisions [2] 7/9 22/3
deem [1] 4/5
defeating [1] 9/13
defendant [8] 6/12 6/24 11/9 17/19 19/12 21/7 21/17 27/2
defendants [15] 1/12 7/2 7/8 7/11 7/24 8/8 8/11 11/20 17/22 18/12 23/23 32/3 32/12 32/15 32/19
defendants' [2] 6/11 21/15
defense [10] 3/9 6/15 11/21 18/15 21/5 27/21 28/2 32/7 34/12 34/22
defer [1] 18/21
demographics [1] 18/6
deposition [1] 28/23
depositions [1] 28/16
describe [2] 33/7 33/21
designations [1] 35/12
desire [1] 13/25
desired [1] 27/1
detail [1] 31/10
detailed [1] 33/5
details [1] 34/12
determined [1] 16/12
DFS [1] 24/4
did [11] 7/24 10/5 10/15 13/24 15/9 16/15 19/11 20/23 22/6 24/14 34/21
didn't [2] 23/8 28/25
different [3] 18/8 21/16 35/3
difficult [1] 13/21
diligence [2] 14/9 25/4
direct [2] 5/22 10/25
directives [1] 33/19
directly [3] 12/20 19/8 20/5
directs [1] 6/11
disagreement [1] 24/3
disclosure [1] 14/7
discovery [11] 5/2 7/13 28/5 28/15 29/17 29/20 30/1 30/8 30/23 31/7 31/8
discuss [3] 28/4 32/12 32/17
discussed [11] 2/11 6/22 7/14 11/4 16/9 21/6 22/24 32/4 35/5 36/8 36/10
discussing [1] 7/13
discussion [1] 27/22
discussions [4] 2/13 17/13 33/17 34/3
dismiss [10] 14/20 26/16 26/23 27/2 27/5 27/7 27/8 27/10 28/1 29/19
dismissal [1] 13/14
dispensed [1] 5/3
disposal [1] 7/21
dispositive [1] 13/7
disputes [1] 22/4
disrupt [1] 12/8
disseminate [1] 20/1
dissemination [1] 36/22
dissent [1] 23/24
distribute [1] 20/13
distributed [1] 12/21
DISTRICT [6] 1/1 1/2 1/9 12/17 37/7 37/7
do [40]
docetaxel [1] 1/4 2/5 12/21
docket [5] 15/2 25/7 25/14 25/22 26/21
docketed [1] 26/20

docketing [1] 26/21
document [1] 14/5
documents [1] 28/22
does [4] 17/16 20/7 27/13 34/1
doing [2] 4/6 23/15
don't [24] 2/25 4/16 4/17 5/10 6/3 6/25 11/13 12/8 13/12 14/7 14/23 14/24 15/13 15/16 19/6 22/20 23/5 26/1 28/14 28/18 30/21 31/7 31/10 33/5
done [11] 8/8 8/11 8/24 23/2 23/9 26/7 27/13 27/14 27/14 27/16 27/17
DOUGLAS [1] 1/19
down [3] 21/1 30/4 30/21
Doyle [4] 1/21 37/6 37/13 37/13
draft [3] 2/10 19/21 22/2
drafting [1] 16/7
drafts [1] 21/18
dreamed [1] 22/9
drill [1] 30/18
due [4] 14/9 25/4 27/9 34/17
during [1] 10/12
dwhite [1] 6/7

**E**

e-mail [4] 9/3 19/15 20/12 35/14
e-mailed [1] 6/6
e-mails [2] 19/14 23/5
each [10] 6/11 6/24 10/10 11/8 15/24 22/11 23/11 23/11 26/19 30/9
earlier [3] 2/6 16/10 27/14
early [2] 21/24 33/22
earn [2] 27/14
easier [1] 19/18
EASTERN [3] 1/2 12/17 37/7
ECF [2] 19/13 19/22
educating [1] 31/23
effect [1] 7/21
efficiency [1] 5/11
effort [1] 11/21
either [6] 5/11 13/6 13/9 21/23 30/2 36/8
electronically [1] 15/20
eloquently [1] 8/17
email [1] 6/6
Emanuel [1] 12/3
embracing [1] 33/15
encounter [1] 29/10
encountered [1] 20/15
end [4] 3/7 15/21 33/17 36/6
endeavor [2] 9/4 29/22
endeavoring [1] 3/9
engaging [1] 34/4
ENGELHARDT [1] 1/9
enjoy [1] 17/3
enjoyed [1] 9/18
enough [2] 8/1 31/10
enrolled [1] 7/7
enter [1] 7/15
entered [1] 11/6
entire [1] 34/5
entirely [1] 10/14
entities [4] 11/3 11/5 11/25 29/19
entitled [1] 37/10
envisioned [1] 22/24
ESI [2] 16/7 31/8
especially [3] 15/19 27/15 29/5
ESQ [3] 1/13 1/16 1/19
evaluating [1] 22/18
even [7] 7/16 11/20 28/21 29/17 29/21 30/22 36/18

event [2] 2/13 29/24
every [4] 3/6 5/16 23/11 23/11
everybody [5] 16/4 17/5 30/10 32/16 36/14
everyone [8] 5/19 6/3 9/1 9/12 10/23 21/12 26/8 31/10
everything [5] 5/19 6/3 9/1 9/12 10/23 21/12 26/8 31/10
everything [5] 5/16 6/21 6/23 17/17 28/25 33/24
evidence [2] 5/19 29/7
exactly [3] 14/21 31/15 31/21
exceeded [1] 3/18
except [1] 31/8
exception [1] 9/2 23/21 23/21
exchange [3] 28/14 29/11 33/24
exchanges [1] 29/22
excited [1] 33/15
excluded [2] 9/19 9/21
exclusion [1] 10/2
exclusions [1] 21/22
exemplar [1] 26/18
exercise [2] 22/12 22/21
existing [1] 25/18
exists [1] 8/10
Exnicios [3] 24/13 24/21 25/1
expect [4] 7/22 13/8 28/12 28/13
expectations [1] 20/17
expected [1] 33/14
expedite [1] 20/1
expedited [2] 28/17 30/17
expend [1] 14/15
experts [1] 15/24
explaining [1] 30/9
extension [8] 24/17 24/23 25/2 25/10 25/11 25/18 25/19 28/21
extent [6] 4/10 4/23 10/8 19/1 21/13 24/5

**F**

face [4] 15/24 15/24 33/2 33/2
face-to-face [2] 15/24 33/2
facilitating [1] 4/21
fact [25] 4/16 14/4 17/19 17/19 17/21 17/22 17/24 18/2 18/3 18/11 18/25 19/6 19/7 19/7 19/12 20/23 21/7 21/16 21/16 21/17 22/3 22/9 22/24 23/20 23/25
factors [1] 29/6
fair [2] 22/12 28/2
Fallon [2] 17/18 18/18
far [5] 9/1 18/21 25/20 25/25 36/18
faster [1] 17/4
FCRR [3] 1/21 37/6 37/13
feature [1] 21/19
February [1] 7/3 7/8 7/22
February 15 [3] 7/3 7/8 7/22
federal [3] 3/20 3/21 28/20
federal/state [2] 3/20 3/21
feel [8] 4/13 4/14 7/15 15/14 24/8 24/9 26/10 31/11
few [2] 5/14 33/4
figure [1] 18/12
file [6] 15/1 27/17 28/5 30/4 30/5 30/6
filed [13] 3/16 12/19 24/12 24/13 24/18 26/1 26/19 26/22 26/24 27/3 27/6 27/7 27/18
filing [5] 5/22 10/25 26/17 26/25 27/3 27/8 27/16
fill [2] 10/17 23/12
finance [1] 12/25
find [2] 19/18 25/2

**F**

fine [2]  8/2 12/12
finish [1]  10/13
firm [2]  12/3 19/10
firms [1]  20/11
first [5]  3/4 3/15 5/17 20/15 33/11
Fitzpatrick [3]  12/6 12/16 14/2
flow [1]  29/4
flowing [1]  33/23
follow [2]  34/5 36/1
follow-up [1]  34/5
followed [1]  36/1
following [1]  26/21
footnote [1]  28/3
foregoing [1]  37/8
form [8]  6/1 6/5 6/5 6/18 23/23 26/15
  26/18 34/21
formal [4]  7/20 8/10 28/15 30/13
formally [1]  29/8
formatting [3]  19/2 19/9 23/2
forms [1]  26/19
forth [2]  6/8 8/18
forward [7]  6/14 6/17 11/10 16/3 18/24
  23/19 26/22
four [2]  14/2 30/23
four-line [1]  14/2
free [7]  4/13 4/14 15/14 24/9 29/4
  31/11 33/23
free-flowing [1]  33/23
French [1]  29/19
frequency [1]  32/7
Friday [3]  21/25 35/24 35/25
Fritchie [1]  1/18
front [1]  29/12
fruitful [1]  34/4
fulfill [2]  33/16 33/19
full [2]  9/6 36/21
full-day [1]  9/6
functions [1]  4/6
further [3]  2/14 15/9 28/12
future [2]  4/16 34/6

**G**

Gainsburgh [1]  1/15
gathered [1]  22/23
general [4]  1/8 2/4 29/3 36/5
generics [1]  32/7
gentleman [1]  20/8
get [28]  3/10 3/23 6/4 6/13 8/3 10/5
  11/23 17/16 19/7 21/10 22/8 22/15
  22/25 23/3 23/20 24/8 25/14 25/16
  25/21 27/17 27/17 30/4 30/10 30/21
  31/4 32/16 33/25 36/21
gets [2]  6/3 25/2
getting [3]  14/13 14/14 30/8
give [11]  6/4 9/25 14/9 17/5 17/7 17/15
  18/14 18/15 18/22 31/11 31/20
given [2]  15/23 23/10
gives [1]  5/18
go [14]  2/25 5/14 7/10 8/12 11/7 12/13
  26/10 26/13 27/17 28/24 29/11 29/23
  30/12 36/12
goal [2]  8/13 10/4
going [23]  3/14 8/20 9/6 11/6 13/4
  15/25 19/5 20/9 20/19 22/7 22/22
  23/19 24/4 26/10 29/7 29/10 29/15
  30/16 31/20 33/3 34/18 34/23 35/1
gone [1]  21/23
good [9]  2/3 3/2 12/14 12/15 16/22

17/9 17/10 34/11 35/8
Gordon [4]  32/25 33/9 34/7 34/10
got [6]  9/3 9/9 21/23 25/11 27/16 30/8
gotten [1]  29/4
graphics [2]  21/20 21/21
grateful [1]  10/19
gratification [1]  27/15
great [10]  2/8 8/24 15/6 20/14 20/18
  23/10 26/13 32/14 33/8 35/5
Greenberg [1]  12/3
gripe [1]  24/7
gripes [1]  24/6
griping [1]  23/6
group [2]  27/11 33/6
guess [1]  12/9
guidance [1]  5/18

**H**

had [17]  9/5 9/22 9/23 10/10 15/22
  16/18 17/13 27/22 29/3 31/8 31/18
  33/1 33/2 33/17 33/20 34/10 36/5
hadn't [1]  33/14
handed [1]  14/2
handle [3]  8/16 30/2 30/20
happen [4]  16/15 16/20 28/9 28/18
happened [3]  9/16 33/6 33/7
happening [1]  11/24
happens [2]  11/12 19/23
happy [11]  6/16 18/15 18/23 19/4 19/20
  20/11 22/4 23/18 24/9 26/7 30/14
has [31]  3/15 3/18 3/25 4/4 7/14 7/16
  7/16 8/17 9/1 9/2 10/23 12/20 14/7
  14/8 14/10 15/11 15/23 18/3 18/20
  20/10 21/9 26/1 26/17 27/13 31/15
  32/23 33/5 33/7 34/15 36/13
hate [3]  22/16 23/6 32/14
have [122]
haven't [4]  4/10 9/22 9/23 36/9
having [5]  14/15 22/5 23/3 29/23 30/12
he [12]  4/12 12/7 14/10 14/25 15/23
  15/25 17/7 22/9 25/2 25/3 33/4 34/17
head [1]  24/2
hear [3]  23/25 30/24 33/1
heard [4]  20/16 20/18 22/14 24/25
hearing [3]  25/9 25/14 25/15
held [1]  5/8
help [3]  19/2 33/19 35/20
helpful [1]  20/19
helps [1]  19/25
Henderson [1]  12/16
her [2]  9/4 23/12
here [33]  2/4 2/12 2/16 2/18 2/23 3/19
  4/15 4/24 5/1 5/3 5/4 8/2 8/3 12/3
  16/12 19/21 21/1 21/12 21/13 22/8
  23/6 24/7 24/14 25/6 26/20 30/18
  32/12 32/25 36/1 36/5 36/17 36/20
  36/23
here's [2]  28/19 28/22
heretofore [1]  32/16
high [1]  20/17
highlighting [1]  21/20
highlights [1]  12/5
highly [2]  9/17 9/17
him [1]  33/1
his [4]  3/9 12/8 23/12 33/25
Honor [43]
Honor's [3]  21/10 33/3 33/16
HONORABLE [1]  1/9
hope [1]  3/7 8/7 31/9
Hopefully [1]

hoping [1]  12/21
Hospira [1]  4/21
hours [1]  3/8
house [1]  34/24
how [6]  17/3 17/4 18/19 20/9 33/25
  34/1
however [2]  8/3 14/20

**I**

I'll [1]  22/5
I'm [20]  4/24 8/5 10/19 13/2 13/3 13/13
  13/15 17/11 18/23 19/4 19/20 20/11
  20/19 22/4 22/21 23/18 24/2 29/1
  32/10 33/2
I've [1]  23/10
idea [1]  22/15
ideas [2]  33/18 33/24
identification [1]  18/10
identify [2]  11/19 13/21
if [55]
illustrate [1]  21/20
immediate [1]  28/13
impact [1]  34/3
impacted [2]  5/1 16/19
impart [1]  2/9
implement [1]  21/6
implemented [1]  19/10
implementing [1]  5/24
important [2]  6/1 16/3
in [135]
In re [1]  2/5
in-house [1]  34/24
Inc [1]  12/18
included [2]  16/11 22/10
inclusions [1]  21/22
inclusive [1]  9/4 10/23
indicated [2]  24/24 26/6
indicating [1]  16/12
individual [1]  23/5
indulged [1]  22/23
inform [1]  34/1
informal [1]  29/23
information [28]  2/8 4/12 4/24 6/3 6/4
  6/11 11/17 13/3 13/10 14/10 15/20
  15/25 17/5 17/24 18/20 20/2 22/15
  22/15 22/22 24/18 28/14 29/5 29/11
  29/21 31/21 33/24 35/15 36/22
informed [2]  11/22 35/5
initial [1]  5/18
initially [1]  7/5
injuries [1]  18/9
injury [1]  18/9
input [1]  27/23
insist [1]  7/19
instance [1]  7/13
instructions [1]  15/23
intent [1]  3/22
interest [1]  10/19
interested [2]  6/15 18/16
interfaced [1]  20/4
interim [1]  36/14
interrogatories [2]  28/16 29/8
interrupting [1]  6/21
into [4]  5/22 12/20 19/14 29/25
introduce [1]  17/6
investigate [1]  13/9
inviting [1]  8/24
involved [5]  2/7 4/11 18/13 34/18 35/2
involvement [2]  11/23 36/19
Irwin [1]  1/18

**I**

is [102]
issue [16]  13/19 13/22 15/10 21/8 23/9 24/4 24/16 25/8 26/2 28/1 28/3 29/10 29/17 31/8 34/16 36/9
issues [11]  5/2 13/6 13/6 16/18 16/19 18/10 19/2 30/8 30/23 35/3 36/16
it [105]
it's [17]  3/13 4/14 5/1 7/24 8/2 11/2 13/21 19/21 20/9 20/19 21/3 22/8 22/15 23/18 25/11 30/22 33/14
italics [1]  9/20
item [10]  3/20 6/18 21/7 24/11 26/3 31/12 31/14 32/2 32/22 35/22
Item No [1]  21/7

**J**

Jake [2]  17/6 17/11
January [2]  1/6 2/2
job [2]  6/2 8/24
joined [1]  10/11
joint [10]  2/10 3/10 3/11 3/14 3/18 5/13 26/5 26/14 31/18 35/6
Jon [1]  34/9
judge [13]  1/9 4/4 4/12 4/13 15/23 17/18 18/18 23/9 24/20 25/24 29/15 31/9 32/20
Judge Fallon [2]  17/18 18/18
Judge North [1]  31/9
judges [6]  3/23 4/3 4/19 4/25 5/2 5/9
judgments [1]  28/8
jump [1]  15/14
jurisdiction [7]  26/24 27/6 28/2 29/2 29/6 29/18 30/1
just [20]  3/14 5/14 6/20 11/7 11/14 14/2 16/5 16/18 20/8 20/25 21/6 22/14 29/3 30/8 33/11 35/11 35/17 35/22 36/5

**K**

keep [3]  2/18 11/22 35/11
keeping [1]  2/21
keeps [1]  3/16
Kingsdorf [1]  1/12
know [25]  3/11 5/8 5/11 6/14 6/15 9/1 9/14 9/16 10/9 14/12 15/18 16/4 17/2 18/25 20/4 22/5 24/15 25/25 29/6 29/6 29/7 30/18 33/1 34/15 36/12
known [1]  25/5
KURT [1]  1/9

**L**

laboring [1]  3/1
LAMBERT [6]  1/16 6/2 24/6 24/9 31/19 35/19
Lambert's [1]  35/20
last [6]  18/24 21/23 27/12 28/21 35/17 35/22
late [1]  21/23
later [4]  14/13 20/10 25/19 27/6
law [1]  5/18
law.com [1]  6/7
lawyers [7]  7/1 8/15 11/19 11/22 20/19 28/11 32/6
lead [2]  18/19 20/12
leadership [2]  3/5 8/22
leads [2]  8/23 31/20
learned [1]  24/20
least [7]  2/17 2/22 6/12 6/23 11/8 11/9 35/17

leave [1]  33/3
legitimate [1]  10/14
less [1]  8/9
lessening [1]  8/6
let [6]  7/19 9/8 19/24 20/3 26/14 33/11
let's [9]  12/13 27/17 27/17 27/17 27/18 28/17 28/17 29/11 29/11
letter [2]  21/14 30/8
letters [2]  2/2 30/10
level [4]  10/1 10/1 11/22 24/23
LIABILITY [2]  1/4 2/5
liaison [24]  2/7 2/11 3/3 3/21 6/2 9/10 11/21 12/5 15/1 17/2 19/7 23/1 23/4 23/15 23/22 24/16 26/16 26/19 31/16 32/7 32/19 36/2 36/10 36/15
like [27]  2/17 3/1 3/6 3/15 4/11 4/13 5/14 6/23 7/7 13/2 14/1 14/12 14/18 16/23 17/4 17/5 24/15 24/16 24/24 26/10 26/13 33/1 33/6 33/11 34/5 36/7 36/10
limited [1]  10/17
line [1]  14/2
lines [1]  10/3
listen [1]  30/10
listening [3]  2/19 2/22 11/12
litigants [1]  3/23
litigation [4]  1/4 2/5 7/15 35/3
little [1]  22/24 34/20
LLC [2]  1/15 1/18
LLP [1]  1/12
local [4]  25/1 25/18 25/21 30/5
log [1]  18/17
look [3]  6/5 19/1 22/6
looked [1]  10/23
looking [1]  18/24
lot [4]  3/12 8/9 12/23 30/7
LOUISIANA [6]  1/2 1/14 1/17 1/20 1/22 37/8

**M**

made [11]  7/9 9/1 9/15 10/9 11/21 14/8 16/6 22/3 22/11 25/5 32/6
magistrate [4]  15/23 28/24 30/13 30/14
mail [5]  9/3 19/15 20/12 23/6 35/14
mailed [1]  20/6
mails [2]  19/14 23/5
major [2]  4/6 34/2
make [26]  2/12 3/7 3/21 4/5 6/3 10/2 11/9 11/11 11/17 14/5 14/25 16/23 17/4 18/5 19/23 21/1 29/22 30/11 31/1 31/21 32/6 32/8 32/11 33/4 35/12 36/22
makes [2]  17/19 19/18
making [3]  4/6 21/1 28/8
manipulatable [2]  22/16 22/17
manufactured [1]  12/20 13/22
many [8]  5/8 8/3 9/5 11/14 20/16 22/21 28/20 36/16
March [4]  26/19 35/24 35/25 36/14
March 17 [2]  35/24 35/25
March 31 [1]  26/19
Mark [1]  12/2
market [1]  13/24
master [6]  26/15 26/15 26/17 26/25 27/3 27/8
match [1]  18/6
matter [2]  11/17 37/10
may [6]  2/3 7/16 10/19 16/20 26/19 27/9
May 31 [2]  26/19 27/9

maybe [6]  5/3 9/2 19/2 19/21 22/23 30/2
MD [1]  1/4
MDL [29]  2/6 3/17 4/13 5/1 5/2 5/22 6/12 7/9 8/25 9/17 9/18 9/23 9/23 9/24 10/4 10/12 10/21 12/1 12/20 13/5 14/22 17/2 17/14 18/6 20/14 26/21 30/19 36/16 36/24
MDLs [4]  5/8 10/10 29/4 30/7
me [20]  3/15 3/16 3/25 4/13 4/14 5/25 7/19 9/8 9/24 14/2 19/24 20/3 23/22 25/16 26/14 26/17 30/14 33/11 35/11 36/11
mean [2]  15/13 27/13
means [1]  27/12
mechanical [1]  1/24
mechanism [1]  8/8
mechanisms [1]  7/21
meet [3]  15/24 16/1 36/3
meeting [22]  3/8 8/17 9/6 12/5 15/22 16/9 16/14 24/21 24/21 25/6 25/12 29/16 31/8 31/16 31/17 32/5 33/2 33/20 33/23 34/3 34/5 35/6
meetings [2]  17/2 33/18
member [3]  12/16 35/9 35/10
membership [1]  9/9
memo [1]  30/4
mention [3]  18/24 19/12 21/4
mentioned [5]  11/1 12/5 27/11 28/3 35/11
Menzies [1]  8/23
Merrell [1]  12/3
message [2]  6/25 35/18
met [2]  9/5 34/14
Meunier [1]  1/15
might [6]  13/10 17/7 18/10 23/13 32/18 36/18
mindful [1]  5/20
minute [1]  17/15
mission [1]  33/16
modification [2]  16/16 23/25
modifications [2]  21/22 22/11
modify [1]  16/13
Monday [1]  22/25
monthly [1]  18/18
Moore [12]  1/18 1/19 3/9 15/9 15/13 24/16 24/19 29/14 31/5 31/19 34/15 35/11
Moore's [1]  3/25
more [8]  8/10 12/23 15/19 16/24 17/5 19/2 22/10 22/24
morning [10]  2/3 2/6 3/2 12/14 12/15 17/9 17/10 26/6 27/11 36/2
most [1]  11/6
motion [8]  15/1 24/25 26/23 26/24 28/1 28/5 29/19 31/12
motions [8]  26/16 27/2 27/5 27/7 27/8 27/10 27/18 31/13
move [7]  6/13 6/16 11/10 16/21 17/4 23/19 27/18
moving [3]  16/3 23/19 23/20
Mr [1]  24/14
Mr. [38]
Mr. Agneshwar [1]  34/16
Mr. Ben [1]  32/25
Mr. Berger [2]  24/13 24/22
Mr. Coffin [3]  8/23 11/7 29/3
Mr. Exnicios [3]  24/13 24/21 25/1
Mr. Fitzpatrick [1]  14/2
Mr. Gordon [2]  34/7 34/10

## M

Mr. Lambert [5]  6/2 24/6 24/9 31/19 35/19
Mr. Lambert's [1]  35/20
Mr. Moore [10]  3/9 15/9 15/13 24/16 24/19 29/14 31/5 31/19 34/15 35/11
Mr. Moore's [1]  3/25
Mr. Niemeyer [1]  33/12
Mr. Ratliff [1]  27/22
Mr. Reich [1]  33/13
Mr. Strongman [2]  33/22 34/8
Mr. Warshauer [1]  33/23
Mr. Woody [2]  21/1 21/6
Ms [1]  3/1
Ms. [5]  6/21 8/23 15/11 20/23 33/13
Ms. Barrios [3]  6/21 15/11 20/23
Ms. Menzies [1]  8/23
Ms. Schwarz [1]  33/13
much [14]  3/22 3/24 10/16 15/19 17/3 17/4 17/4 17/5 18/19 20/2 21/3 22/20 33/15 34/7
multiple [2]  33/17 33/20
murky [1]  7/1
must [1]  15/19
my [26]  4/6 4/12 5/4 5/15 6/1 6/6 9/16 9/21 16/23 17/11 18/19 20/12 20/14 23/5 25/5 27/14 27/15 27/23 28/19 28/22 30/2 30/4 30/19 30/24 35/21 37/9
myself [2]  24/9 33/12

## N

name [1]  17/11
named [2]  6/12 11/25
narrow [1]  16/18
national [1]  12/6
nauseam [1]  17/3
NDC [1]  13/22
near [1]  34/6
necessarily [2]  33/14 33/21
necessary [8]  4/5 16/13 18/2 20/13 25/17 27/1 29/17 32/8
need [22]  2/13 11/8 11/13 12/24 13/14 14/20 14/22 14/25 18/17 18/20 19/21 20/12 22/22 24/22 25/9 28/1 28/14 28/24 29/1 29/18 29/19 33/5
needed [1]  29/21
needs [2]  4/10 34/16
Neither [1]  24/13
never [1]  12/20
new [6]  1/14 1/17 1/20 1/22 3/17 35/14
next [13]  10/25 14/19 15/5 16/1 16/2 17/1 21/11 25/1 31/2 31/7 32/21 35/7 35/23
nice [1]  9/11
Niemeyer [1]  33/12
no [18]  2/10 5/21 5/25 6/18 13/25 15/12 17/1 18/25 21/7 24/11 26/3 27/6 31/12 31/12 31/14 31/24 31/24 32/2
No. [11]  5/13 6/8 6/10 8/20 10/25 11/2 11/4 15/17 15/18 26/3 32/22
No. 1 [1]  15/18
No. 12 [1]  6/10 26/3
No. 18 [1]  32/22
No. 3 [1]  5/13
No. 5 [2]  8/20 11/2
No. 6 [1]  10/25
No. 9 [3]  6/8 11/4 15/17
Nobody [4]  9/19 9/21 22/8 28/8

nominal [1]  7/18
non [8]  6/10 6/24 7/2 7/8 11/5 11/25 34/24 35/10
non-Sanofi [8]  6/10 6/24 7/2 7/8 11/5 11/25 34/24 35/10
None [1]  4/3
North [2]  15/23 31/9
not [51]
note [1]  4/9
notifications [2]  19/13 19/22
notify [1]  17/22
now [17]  4/1 11/24 12/10 22/5 23/3 23/18 26/9 28/21 28/23 28/24 31/13 32/14 34/23 36/6 36/11 36/16 36/19
number [10]  3/16 3/17 3/17 9/9 10/17 17/1 17/18 18/8 35/21 35/21

## O

oar [1]  3/1
object [1]  7/16
objected [1]  21/21
objective [2]  8/17 31/23
obviously [4]  13/2 14/24 24/24 27/22
occurred [2]  7/16 7/17
off [6]  12/22 24/2 25/20 34/11 35/5 36/19
offer [2]  13/10 19/13
office [4]  3/25 5/16 6/2 30/24
Official [3]  1/21 37/6 37/14
Okay [13]  13/1 15/6 16/22 16/25 17/8 19/24 22/6 24/19 25/5 28/20 31/2 31/6 32/10
on [87]
once [4]  2/12 6/25 8/7 23/20
one [30]  4/5 4/14 5/19 5/25 6/12 6/23 6/23 6/24 7/24 7/25 8/1 8/3 8/10 8/11 9/3 10/2 10/12 11/8 11/14 13/20 18/9 21/8 22/6 22/6 22/7 24/13 25/20 27/19 27/25 34/23
one-way [1]  4/14
online [2]  17/19 17/21
only [7]  4/2 5/17 7/10 22/18 23/21 23/21 26/1
opening [1]  8/24
operate [1]  5/5
opportunity [7]  9/22 9/23 9/25 12/22 14/9 24/15 28/4
opposed [3]  22/7 29/23 30/3
opposition [2]  27/5 30/5
Oppositions [1]  27/7
or [45]
order [28]  3/10 3/10 5/17 5/21 5/21 5/25 6/8 6/10 6/11 6/16 10/3 10/25 11/2 11/4 11/6 15/17 15/18 15/19 16/3 16/10 16/16 16/20 19/15 21/6 26/3 27/20 31/4 35/15
ordering [1]  7/2
orders [5]  5/14 5/15 5/16 6/19 11/1
original [1]  16/20
Orleans [4]  1/14 1/17 1/20 1/22
other [15]  3/9 10/1 10/10 15/24 21/21 22/11 25/8 25/12 26/2 27/2 27/7 27/12 30/10 32/3 32/12
others [1]  9/22
our [26]  2/13 2/20 3/4 3/6 3/11 3/22 4/18 6/2 13/24 14/10 15/18 15/24 17/2 17/14 28/3 29/19 29/20 31/20 33/6 33/25 34/17 34/21 35/7 35/18 35/18 36/4
ourselves [1]  34/14

out [16]  5/1 5/16 14/1 14/5 15/14 17/16 18/7 23/8 23/17 23/18 24/22 25/2 25/8 30/25 32/15 35/18
outlined [1]  36/20
outset [1]  2/18
over [1]  6/19
overview [1]  17/15

## P

PACER [1]  19/20
PALMER [1]  1/16
paralegal [1]  6/6
part [3]  2/12 4/18 13/13
participant [1]  7/18
participate [4]  4/20 7/9 8/4 9/25
participated [1]  32/15
participating [1]  4/18
participation [5]  9/16 9/18 11/23 13/11 32/3
participation/involvement [1]  11/23
particular [4]  9/8 9/11 25/23 29/2
particularly [5]  8/23 9/24 18/4 30/1 35/10
parties [9]  7/11 7/12 15/21 16/12 17/13 18/1 20/20 26/4 32/5
parts [1]  21/20
party [3]  5/23 7/17 7/18
pass [3]  12/22 14/24 24/2
pending [5]  4/20 5/5 22/19 25/13 31/13
Pennsylvania [1]  12/17
people [8]  2/19 10/11 10/12 10/17 12/24 14/13 14/14 24/24
percent [1]  21/9
perfect [1]  22/8
period [3]  36/15
person [3]  9/3 32/17 34/18
person's [1]  35/14
personal [6]  26/23 27/6 28/1 29/2 29/5 30/1
personnel [1]  18/16
perspectives [1]  35/2
Pfizer [1]  12/2
PFS [1]  24/4
Philadelphia [1]  12/16
phone [7]  2/19 4/19 9/5 30/2 30/8 30/10 30/25
phone-in [1]  4/19
phrase [1]  16/17
phrased [3]  7/4 7/5 19/4
pick [2]  18/4 20/23
placed [1]  9/2
plaintiff [5]  17/19 19/12 21/7 21/16 23/25
plaintiffs [11]  1/12 1/15 3/5 7/10 7/22 8/6 13/2 13/18 17/20 23/24 33/10
plaintiffs' [14]  3/5 7/1 7/21 8/15 8/16 8/21 8/22 9/7 9/11 10/7 18/14 21/15 32/24 34/22
plan [1]  29/20
pleading [1]  19/14
pleadings [1]  26/5
pleasant [2]  33/23 34/10
please [1]  2/17
pleasure [1]  33/3
podium [1]  36/13
point [11]  2/23 7/14 7/19 9/13 10/11 14/22 15/10 16/5 22/13 28/13 33/7
points [1]  30/11
position [3]  13/24 21/15 30/9
positions [1]  30/19

**P**

positive [2] 33/22 34/4
possible [5] 3/23 3/24 9/5 20/2 20/2
possibly [1] 11/15
potential [1] 34/2
Poydras [4] 1/13 1/16 1/19 1/21
practice [1] 31/12
prefer [2] 22/6 22/10
prejudice [1] 14/20
prepared [1] 35/14
presence [1] 12/8
present [7] 2/12 2/18 4/4 12/1 12/7 31/5 36/7
presentation [5] 17/7 21/2 30/17 31/14 31/22
presented [3] 21/9 22/12 26/5
preservation [6] 5/19 15/17 15/19 16/3 16/10 16/16
president [1] 12/24
presiding [1] 4/12
pressure [1] 20/18
pretrial [14] 5/14 5/15 5/16 5/17 5/21 5/25 6/8 6/10 6/19 11/1 11/2 11/4 15/18 26/3
Pretrial Order [1] 11/4
pretty [1] 13/1
previous [2] 9/17 30/7
prior [4] 9/16 9/18 25/6 26/20
probably [2] 16/1 22/25
problem [3] 19/6 29/25 35/9
problems [1] 19/3
procedure [1] 4/19
proceedings [4] 1/24 2/1 37/3 37/10
proceeds [1] 10/21
process [7] 7/20 7/23 8/7 8/10 28/15 30/12 34/4
produce [1] 28/25
produced [1] 22/23
product [3] 13/25 18/10 31/24
production [1] 28/19
productions [1] 28/16
productive [3] 15/22 27/22 33/21
PRODUCTS [2] 1/4 2/5
progress [1] 36/22
projects [1] 36/19
prolonged [1] 13/11
proper [6] 7/20 7/22 8/7 14/13 14/14 19/9
properly [1] 23/2
proposal [1] 26/5
propose [1] 34/24
proposed [5] 26/14 31/3 31/4 34/20 35/15
propounded [1] 29/9
protocol [2] 7/13 16/7
proud [1] 3/7
provide [9] 4/12 4/24 11/17 18/18 18/20 18/21 20/11 20/12 23/1
provided [8] 2/10 3/15 3/25 14/8 19/8 21/14 21/18 26/17
provides [1] 5/22
provision [1] 16/12
provisions [1] 21/19
PSC [3] 6/22 11/11 13/19
psychological [1] 24/10
PTO [3] 16/11 19/21 33/19
PTO 1 [1] 16/11
purpose [2] 13/5 19/9
purposes [3] 2/20 22/17 22/18

**Q**

question [2] 23/11 29/13
questioning [1] 23/14
questions [7] 4/22 12/9 19/4 20/7 20/10 35/19 36/7
quick [2] 29/12 29/22
quicker [1] 6/17
quickly [1] 20/2
Quinn [1] 12/2

**R**

raised [1] 29/3
rather [4] 9/21 10/2 25/19 30/12
Ratliff [1] 27/22
Rawle [1] 12/16
re [2] 1/4 2/5
read [1] 30/9
ready [2] 17/22 35/20
real [1] 3/4
realities [1] 16/19
really [8] 3/11 5/9 9/10 14/15 18/23 23/4 30/4 31/7
reason [1] 10/12
reasonable [6] 24/17 25/10 25/11 25/12 25/21 29/21
reasons [1] 10/14
receive [3] 19/22 23/4 23/5
received [1] 10/18
recent [1] 11/6
recently [2] 13/19 33/20
recognize [1] 27/20
recommendation [2] 32/6 32/8
recommendations [1] 34/23
record [8] 2/12 2/18 6/13 14/8 19/16 21/4 30/25 37/10
recorded [1] 1/24
records [5] 17/21 17/25 18/11 18/17 19/19
referenced [1] 16/11
referring [1] 16/6
refers [1] 26/3
reflected [1] 26/16
reflects [1] 25/17
refraining [1] 23/14 23/14
regard [6] 5/2 22/3 22/14 30/1 31/3 35/9
regarding [4] 21/16 25/22 26/23 27/5
registered [1] 19/17
Reich [1] 33/13
reinvent [1] 5/10
rejection [1] 10/16
relates [2] 1/6 34/12
relevant [1] 29/7
remarks [1] 33/4
replaced [1] 34/16
reply [1] 30/6
report [9] 2/10 3/14 3/18 3/21 5/13 8/21 18/1 24/24 25/3
reporter [6] 1/21 2/23 30/22 30/24 37/7 37/14
reports [1] 18/18
represent [1] 12/18
representation [1] 35/1
representative [1] 17/6
represented [1] 32/16
representing [1] 11/20

represents [1] 12/6
requesting [1] 24/23
requests [1] 28/15
required [1] 24/25
requisite [1] 4/1
resolve [1] 22/4
resolved [1] 30/7
resources [1] 14/16
respect [1] 27/15
responsibilities [1] 32/18
restate [1] 25/6
retain [1] 8/1
review [3] 17/23 18/17 30/14
reviewable [1] 22/16
reviewed [3] 11/1 19/9 23/17
reviewing [2] 9/14 22/2
revisions [1] 2/14
revisit [1] 24/4
Richmond [1] 17/12
right [10] 4/1 7/6 8/19 16/8 21/25 22/5 28/7 30/11 32/1 35/25
robust [2] 15/19 16/24
role [4] 5/8 32/19 33/13 33/14
rollout [1] 33/5
room [4] 1/21 2/16 14/14 30/3
rule [3] 25/19 25/21 29/3
Rules [3] 25/1 28/21 30/5
ruling [2] 27/9 31/1
run [1] 29/25
rundown [1] 36/21

**S**

said [6] 4/10 4/10 22/5 23/3 25/11 29/16
same [2] 5/7 36/1
Sandoz [1] 12/4
Sanofi [14] 6/9 6/10 6/24 7/2 7/8 8/8 11/3 11/5 11/25 32/19 34/9 34/24 35/2 35/10
Sanofi-Aventis [1] 6/9
Saturday [1] 16/2
save [3] 23/13 23/13 36/6
say [9] 6/24 6/25 7/24 9/8 14/6 18/2 22/6 25/19 33/11
schedule [9] 24/12 25/15 25/17 26/6 27/23 28/6 29/12 30/3 36/1
Schwarz [1] 33/13
science [2] 31/14 31/22
scope [2] 16/10 16/19
scrutinize [2] 13/2 14/3
searchable [1] 19/19
seated [2] 2/3 12/2
second [2] 3/20 19/6
section [2] 1/5 16/11
see [5] 13/13 13/14 29/18 29/19 36/14
seem [1] 36/18
seemed [1] 9/24
seems [1] 13/1
selected [1] 18/5
selecting [1] 22/18
selection [1] 10/17
selections [1] 10/3
self [1] 9/13
self-defeating [1] 9/13
sell [1] 13/25
sends [1] 5/16
senior [2] 12/24 17/11
separate [2] 18/14 21/14
seriously [3] 13/8 13/15

**S**

serve [4]  8/6 9/12 10/5 10/20
served [5]  6/12 6/24 6/25 8/7 11/20
service [11]  6/9 6/11 7/2 7/20 7/22 7/23
8/9 8/11 11/3 11/5 36/24
services [2]  10/8 20/15
session [1]  24/10
set [6]  4/16 8/17 19/4 22/6 25/14 25/20
sets [2]  5/17 6/8
settlement [7]  10/6 32/22 32/23 32/25
34/3 34/12 34/17
several [3]  9/15 17/13 33/2
she [3]  3/15 4/13 22/9
sheet [13]  2/16 17/20 17/22 17/24 18/3
18/11 18/25 19/8 21/8 21/17 21/17
22/9 23/25
sheets [10]  17/19 17/21 18/2 19/6
19/13 20/24 21/16 22/3 22/25 23/20
shooting [2]  11/14 11/14
short [4]  13/5 26/15 26/18 26/19
short-circuit [1]  13/5
shortcut [1]  19/3
should [8]  4/14 4/22 5/20 6/24 6/25
13/20 14/4 18/20
shouldn't [2]  14/15 35/9
show [1]  12/23
showing [1]  14/25
shy [2]  15/15 15/16
side [8]  9/11 11/21 21/15 21/16 22/11
28/3 32/16 32/24
sides [3]  9/10 32/24 35/4
sign [1]  2/16
sign-in [1]  2/16
signature [1]  18/9
signed [2]  2/15 2/17
significantly [1]  16/17
simple [1]  13/6
simply [2]  13/12 25/8
since [5]  12/10 14/13 27/15 29/2 29/12
sir [2]  20/6 20/25
situation [1]  34/17
small [1]  34/12
so [68]
software [1]  1/25
sold [2]  12/20 12/25
some [26]  2/19 2/23 7/14 9/12 10/10
10/11 10/20 11/17 13/10 14/9 16/18
16/19 19/3 21/19 21/20 22/3 23/13
23/14 24/2 24/3 26/4 26/25 32/13 36/6
36/9 36/16
somehow [1]  7/2
someone [1]  8/2
something [7]  3/11 5/23 6/14 6/21 7/12
16/20 25/22
sometime [1]  21/11
sometimes [1]  13/21
somewhere [1]  2/16
soon [2]  7/12 14/18
sooner [2]  14/12 25/19
sort [5]  12/22 14/1 14/23 25/2 29/16
sound [1]  14/7
sources [1]  15/25
speak [2]  24/15 24/16
specificity [1]  32/17
spent [3]  3/8 3/12 22/1
spoke [2]  31/15 31/16
spoken [1]  17/3
spots [1]  10/18
staff [1]  19/16

**stand [1]  35/19**
start [3]  18/23 34/11 35/6
state [14]  3/20 3/21 3/23 4/1 4/2 4/7
4/11 4/19 4/23 4/25 5/4 5/5 5/9 26/14
statements [1]  21/14
STATES [4]  1/1 1/9 13/25 37/7
statistics [1]  24/1
status [7]  1/8 2/4 3/4 5/18 16/1 35/23
36/5
stay [1]  10/8
steering [10]  2/7 8/16 8/21 8/22 9/7
9/12 9/25 10/7 10/11 10/13
stenography [1]  1/24
step [1]  35/7
still [1]  32/15
stipulated [1]  13/14
store [2]  17/24 19/19
stored [1]  15/20
streamline [1]  20/1
streamlined [1]  6/8
street [5]  1/13 1/16 1/19 1/21 4/14
Strongman [3]  33/22 34/8 34/9
style [1]  14/21
subject [2]  7/15 11/16
submission [2]  26/18 35/13
submit [3]  10/15 17/20 34/19
submitted [3]  18/3 22/4 27/20
substantive [1]  14/25
such [2]  26/24 28/5
sued [1]  12/19
suggest [4]  13/10 21/21 23/22 24/2
suggested [1]  14/4
suggesting [1]  8/5
suit [2]  6/12 8/12
Suite [3]  1/13 1/16 1/19
suited [1]  9/24
supporting [3]  17/21 17/25 18/11
sure [15]  4/6 6/3 8/15 11/12 13/2 13/13
13/15 14/5 14/6 18/5 19/23 20/19
22/21 31/21 32/11
system [4]  17/14 17/17 19/20 24/8

**T**

table [2]  8/4 12/2
take [12]  3/1 12/9 12/10 13/15 16/23
17/15 18/19 19/13 20/3 21/12 24/6
28/23
taken [1]  13/8
takes [2]  8/3 17/18
talk [6]  16/21 19/5 19/25 20/3 23/2
33/18
talked [3]  27/25 31/9 36/17
talking [5]  11/7 14/13 27/15 29/1 36/15
TAXOTERE [2]  1/4 2/5
team [1]  14/18
technical [1]  16/18
telephone [2]  30/23 35/20
telescoping [1]  30/21
tell [3]  20/17 22/5 23/18
term [1]  10/13
terms [2]  2/22 16/10
than [6]  8/10 22/10 22/24 25/19 27/6
30/12
thank [24]  3/6 3/13 3/15 5/23 8/14 8/18
10/22 13/16 15/7 15/8 19/5 20/21
20/22 20/25 24/5 32/20 33/9 33/12
34/7 36/23 36/23 36/25 37/1 37/2
thanks [2]  35/16 35/18
that [265]
that's [14]  5/4 6/1 8/12 10/24 12/12

15/13 16/11 16/20 19/6 24/7 25/25
29/2 31/2 35/8 37/5
their [12]  4/21 8/24 9/16 9/18 10/13
11/23 17/20 17/21 19/16 24/8 32/18
35/15
them [23]  6/25 7/11 8/1 8/3 8/12 9/25
11/22 13/9 17/22 18/21 19/8 19/19
20/11 23/1 23/3 23/10 24/1 24/10
24/15 25/6 27/18 28/4 29/20
themselves [2]  32/13
then [26]  2/25 7/22 14/23 14/24 14/25
15/2 17/21 19/15 23/25 25/3 28/17
29/20 29/21 30/4 30/6 30/11 30/11
30/13 30/14 30/24 32/17 36/2 36/3
36/14 36/20 36/21
there [20]  2/15 2/23 4/2 4/23 8/12 9/15
10/10 10/12 16/15 18/8 21/13 22/21
22/22 26/24 28/13 30/12 30/25 32/15
35/19 35/19
there's [11]  2/13 4/7 8/5 8/8 13/13
14/20 18/25 23/24 26/25 31/24 36/9
thereafter [1]  8/9
these [11]  4/20 5/15 5/16 8/11 10/3
12/23 26/9 27/12 27/18 29/19 35/6
they [52]
thing [3]  14/22 18/24 32/11
things [12]  5/3 11/23 13/5 13/20 20/1
20/16 20/18 25/13 27/25 29/5 30/17
30/20
think [27]  2/9 4/17 4/17 7/1 7/4 8/1
14/12 14/19 14/24 15/16 16/6 16/16
18/3 18/9 19/6 19/21 20/2 21/23 22/12
25/11 26/12 28/14 30/18 33/18 34/11
35/5 35/22
thinking [2]  23/7 23/8
third [1]  20/14
this [59]
thoroughly [1]  9/18
those [19]  3/19 4/19 5/2 7/23 10/5
10/18 11/22 18/17 19/14 19/18 19/22
21/23 21/23 22/25 24/6 25/16 30/17
35/12 36/4
though [3]  7/15 32/11 36/18
thought [2]  17/14 23/11 25/12
thoughts [1]  25/5
threatening [1]  14/7
threshold [2]  22/20 29/13
through [16]  3/14 5/14 7/20 8/6 13/7
14/23 15/25 21/23 23/10 26/10 26/13
29/1 29/23 30/12 30/16 36/21
time [10]  3/12 11/15 20/15 22/2 24/17
25/10 36/3 36/4 36/6 36/11
timeline [1]  30/21
times [2]  9/5 15/2
today [24]  2/8 2/12 2/13 4/17 4/17 4/18
12/1 13/4 13/11 13/12 24/14 31/17
36/5 36/17
together [4]  21/5 23/22 26/4 31/5
told [1]  20/8
Toni [4]  1/21 37/6 37/13 37/17
too [3]  2/20 5/12 25/20
took [1]  34/3
topic [3]  9/8 12/11 15/14
total [1]  12/19
town [2]  24/22 25/2
track [1]  2/21
transcript [2]  2/24 37/9
transcription [1]  1/25
transferee [1]  5/9
transferred [1]  3/17

**T**

Traurig [1]  12/3
tried [1]  3/11
triggered [1]  27/16
trip [1]  21/1
trouble [2]  23/13 23/14
true [1]  37/8
trust [1]  3/6
try [3]  10/2 13/5 18/11
trying [3]  10/24 24/2 33/16
Tuesday [1]  23/1
tuned [1]  10/8
Turning [1]  5/13
Tusa [4]  1/21 37/6 37/13 37/13
tutorials [1]  20/11
two [4]  4/2 21/14 21/16 30/7
type [1]  14/22

**U**

ultimately [1]  22/22
uncertainty [2]  27/1 36/9
under [4]  16/11 25/18 25/21 28/20
understand [7]  8/16 21/10 23/8 28/12
31/10 31/15 31/24
understanding [1]  37/9
understood [2]  3/13 15/4
undue [1]  20/18
unfortunately [1]  21/8
UNITED [4]  1/1 1/9 13/25 37/7
United States [1]  13/25
unless [3]  6/4 13/13 26/10
until [1]  32/11
up [14]  3/16 4/16 12/9 12/10 12/23
15/10 18/12 19/4 20/23 23/15 29/12
33/7 34/5 36/13
upon [7]  14/11 21/19 21/21 23/23
23/24 27/20 30/17
Urquhart [1]  1/18
us [15]  3/6 3/24 6/4 10/23 15/23 16/1
18/1 19/1 19/17 20/8 23/13 26/8 31/11
33/13 34/1
use [5]  9/19 12/21 18/10 22/7 22/16
used [1]  16/17
useful [2]  18/4 19/1
using [3]  1/24 17/14 17/17
utilize [1]  28/15

**V**

variables [2]  34/2 35/3
variety [1]  10/14
verbiage [1]  33/25
verify [1]  14/10
version [1]  21/11
very [23]  5/20 5/25 6/15 6/15 6/16 9/6
9/14 11/9 11/9 13/6 13/15 13/21 15/22
15/22 19/8 20/17 20/19 20/19 29/11
33/15 34/4 34/7 34/10
vice [1]  12/24
view [3]  5/4 5/8 22/20
Virginia [1]  17/12
vis [2]  32/18 32/18
vis-à-vis [1]  32/18

**W**

want [26]  5/10 6/25 8/21 12/8 12/10
14/7 16/5 19/11 20/3 20/23 23/4 23/5
25/7 25/7 25/14 26/9 26/10 28/2 28/4
28/18 28/23 30/4 30/11 30/14 31/22
32/10
wanted [7]  8/15 12/7 18/24 20/25 22/10

28/9 31/15
wants [4]  8/25 11/25 29/7 33/4
Warshauer [2]  1/15 33/12
was [28]  2/10 6/14 6/14 6/15 8/8 9/19
9/21 10/1 10/2 10/6 10/7 10/16 10/17
10/18 12/21 16/6 16/12 16/15 16/16
24/12 24/12 25/12 26/10 27/25 29/15
30/9 33/23 34/4
way [11]  2/15 4/9 4/14 5/1 7/4 7/5 8/5
19/3 19/13 34/21 35/5
we [199]
website [1]  5/15
week [5]  21/11 21/23 21/24 22/1 25/1
well [16]  7/4 9/7 9/24 10/18 12/10 13/1
14/6 19/24 20/14 22/2 22/5 28/23
30/14 30/23 35/8 35/10
well-received [1]  10/18
well-suited [1]  9/24
went [1]  6/19
were [15]  7/17 7/17 7/18 9/15 9/15
9/19 10/3 10/15 11/7 16/19 21/8 23/7
23/7 24/22 29/8
what [39]
what's [2]  18/2 31/2
whatever [1]  4/5
wheel [1]  5/11
when [11]  7/12 9/13 11/1 22/24 23/3
23/7 23/8 25/2 25/19 31/22 32/16
Whenever [1]  4/3
where [3]  11/19 11/20 14/22
whereby [1]  8/9
whether [8]  7/24 7/24 10/6 10/7 27/1
28/9 29/20 32/7
which [17]  2/5 2/11 2/11 5/22 8/20 11/1
13/14 13/21 18/1 18/12 18/13 21/18
27/12 33/21 35/23 35/25 36/5
whichever [1]  30/13
while [1]  26/6
who [29]  2/18 2/19 2/20 2/25 4/11 4/19
4/25 7/1 8/25 9/1 9/3 9/16 9/23 9/24
10/5 10/23 11/12 12/6 17/6 18/3 18/20
18/22 21/13 24/18 32/15 32/17 36/4
36/7 36/7
whole [2]  12/23 18/7
whom [1]  32/5
whose [1]  6/6
why [4]  2/25 23/6 23/15 34/20
will [76]
willing [2]  32/10 35/20
wish [1]  14/20
within [3]  11/15 14/19 15/5
without [3]  14/20 23/24 25/9
won't [1]  13/14
wonderful [1]  20/16
Woody [4]  17/6 17/11 21/1 21/6
word [4]  9/19 16/23 22/17 22/17
work [8]  8/25 8/25 9/22 9/23 10/23
19/22 20/9 31/20
working [3]  15/21 18/23 21/5
world [1]  22/8
worry [1]  11/13
would [65]
wouldn't [1]  26/6
writing [1]  9/19
written [1]  29/8

**X**

Xarelto [5]  16/15 16/17 17/17 18/4 18/8

**Y**

years [1]  17/18
Yes [12]  3/2 5/7 10/22 19/11 20/6
20/25 21/3 21/12 24/20 29/14 32/4
35/13
yesterday [3]  9/3 9/6 24/14
yet [5]  2/17 4/3 10/9 10/19 18/25
you [118]
You're [1]  13/22
you've [1]  27/16
your [65]
Your Honor [35]  5/7 5/12 6/14 6/20
8/15 8/17 8/20 10/22 11/6 11/16 12/18
13/16 15/4 15/12 15/17 16/6 17/9
19/11 20/21 21/10 24/5 24/12 26/5
27/19 27/21 31/3 31/15 31/23 32/4
32/23 32/25 34/24 36/25 37/1 37/2
Your Honor's [3]  21/10 33/3 33/16
yourself [2]  22/25 23/13