UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)   *        16-MD-2740
PRODUCTS LIABILITY LITIGATION *
                              *        Section N
                              *
Relates to:  All Cases        *        January 27, 2017
* * * * * * * * * * * * * * * *


STATUS CONFERENCE WITH
STEERING COMMITTEES BEFORE
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1515 Poydras Street, Suite 1400
                             New Orleans, Louisiana 70112

For the Plaintiffs:          Gibbs Law Group, LLP
                             BY:  KAREN BARTH MENZIES, ESQ.
                             400 Continental Blvd., 6th Floor
                             El Sugundo, California 90245

For the Defendants:          Irwin Fritchie Urquhart
                               & Moore, LLC
                             BY:  DOUGLAS J. MOORE, ESQ.
                             400 Poydras Street, Suite 2700
                             New Orleans, Louisiana 70130

Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.

**PROCEEDINGS**

**(January 27, 2017)**

**THE COURT:** Y'all can be seated.  I typically sit in the jury box for these.  This is a little less formal.  In fact, it feels odd sitting way up here.

I just want to go through a few things that I've discussed with your liaison counsel.  I did get the report, and we covered several things with it.  I understand you all have some things you want to raise.

Since this is the first time that we are really doing this, my expectations for this conference, as I just told liaison counsel, I'm not on these days, either this conference or the next one, going to rule on anything substantively.  This is a chance for us to try to identify some issues, identify some solutions, I can make some suggestions, or if you want to know preferences, things of that sort, it's a chance for us to discuss those particular types of issues.

We will have a record of this.  We will have a transcript of not only this conference, but the 10:00 conference as well.  To be sure, this is a status conference and not a court proceeding per se.  I want to make sure we understand all the ground rules of this.  I think it's productive to do it this way.

If your expectation is that we are going to have argument on something, that's not what I want today.  If we

09:09

1   need to file a motion on something, we will decide today, well,

2   let's file a motion, it needs to be filed on such-and-such a

3   day, and opposition will be on this day, and we will tee it up.

4   This is supposed to be a productive opportunity.

5           Where do we want to begin?  Does anybody want to

6   comment on anything in the draft joint report that has been

7   submitted?

8           **MR. COFFIN:**  Your Honor, Chris Coffin on behalf of

9   the plaintiffs.  Good morning.

10          There are a number of topics we discussed

11  amongst the PSC that we wanted to go through with Your Honor.

12  We can pull those out individually or walk through, however you

13  want to, but there's certainly a couple topics in here that

14  we --

15          **THE COURT:**  Okay.  Let's get a listing of what we

16  need to discuss because we need to finish this conference by

17  about a quarter till or 10 till to make the 10:00 conference.

18  Let's get a listing of those issues.  Maybe I can address them

19  directly without us having to plow the ground.

20          **MR. COFFIN:**  Okay.  I think first and foremost, if I

21  could, Your Honor, we haven't been in front of you since we

22  have been appointed as the PSC.

23          **THE COURT:**  Right.

24          **MR. COFFIN:**  On behalf of my co-lead counsel,

25  Karen Menzies, the PEC, and the PSC, we just want to express

09:11

1   our gratitude to the Court for putting trust in us.  We are

2   committed to this MDL, and we appreciate you giving us the

3   appointments.  Thank you.

4           **THE COURT:**  Sure, sure.

5           **MR. COFFIN:**  I think we could probably, with the

6   Court's permission, just walk through and check off what we

7   need to discuss.

8           **THE COURT:**  Right.

9           **MR. COFFIN:**  Our co-liaisons have given us some

10   information about what the Court has already covered, so

11   there's no sense in duplicating those things.

12           **THE COURT:**  Right.

13           **MR. COFFIN:**  The first report is on the case

14   inventory.  That's pretty self-explanatory.

15           The state/federal coordination, as you know,

16   Ms. Barrios is our state/federal coordinator.  I think you have

17   discussed the fact there are state court proceedings.

18           From the PSC's standpoint, Your Honor, first and

19   foremost, we are committed to this MDL.  We knew that there

20   were cases filed in state court.  I think it's important to

21   recognize there are many lawyers who only file in state court.

22           **THE COURT:**  Right.

23           **MR. COFFIN:**  From our standpoint, as Your Honor well

24   knows and the MDL stresses, coordination is the real key there.

25   We feel like the best way for us to truly coordinate those

09:12

1  cases is to be involved in those cases, which a lot of us are,

2  but we want to be up front with the Court and let Your Honor

3  know we expected this.  We see it in every other MDL, at least

4  that I have been involved with, and many of the PSC lawyers

5  will file state cases as well.

6         I think the key is, number one, our commitment

7  to making sure that this MDL is leading the country, and you

8  have that commitment from us.  Second is the importance of

9  coordination because if we don't have coordination with the

10  state courts, we will have a big problem, and none of us want

11  that.

12      **THE COURT:**  Yes.  Let me put some definition on that

13  conversation that I had with liaison counsel that I know they,

14  as they should, relayed to you on both sides.  We discussed it

15  again this morning, and Doug made a few good points about it

16  that I want to reiterate here.

17         Number one, yes, there will be state court cases

18  that are properly filed in state court, particularly in the

19  home states that we have identified for certain of the

20  defendants.  I believe you mentioned Delaware and perhaps

21  New Jersey, so I understand that.

22         We also have a direct filing order in this case

23  that I signed and was submitted to me by liaison counsel,

24  presumably with the approval and perhaps even the drafting

25  suggestions of lawyers on both sides.  I want that to be used

09:13

1    as much as possible recognizing, however, that some cases are

2    appropriately filed in state court.

3            I think the issue that was raised was whether

4    plaintiffs from other states could be lumped in and filed in

5    state court elsewhere, if I'm stating the problem correctly,

6    and thus there's a circumvention -- there's actually people

7    that wind up in state court where their case would not

8    otherwise be in state court, and I don't think we can live with

9    that.

10           If I'm not being clear, let me know, and we can

11   talk about this now because we just discussed it.  I think we

12   are on the same page.  I would like to have as many cases here

13   as possible.  I know many of them have been removed.  Some are

14   here, some are destined to be here, and some are destined --

15   especially if we wind up remanding cases out of this MDL, they

16   are destined to be tried in state court.

17           So I understand the idea of filing certain cases

18   in state court, but I want as many as can possibly be brought

19   into the MDL to be brought here, including and especially

20   through the direct filing process.

21           **MR. COFFIN:**  That's understood, Your Honor.  I can

22   clarify for the Court, with regard to the California state

23   cases, those are California residents.  There's a distributor

24   in California, McKesson, which allows for -- I'm sure the

25   defense will argue allows for cases to be filed in state court

09:15

1   there, so I think we are okay there.  Delaware we have talked

2   about.  The St. Louis filings are the other big issue.

3           **THE COURT:**  Right.

4           **MR. COFFIN:**  We might as well hit it head-on.  I

5   actually filed some cases there prior to this MDL even being

6   formed.  There is a process in St. Louis by which, arguably,

7   plaintiffs can be added into the -- the question as to whether

8   or not it's actually appropriate under the laws in the Eighth

9   Circuit to keep those cases, to remand those cases, it's a

10  question we are litigating, quite frankly.

11          **THE COURT:**  I understand.

12          **MR. COFFIN:**  I do think we are on the same page.  I

13  want to be very clear to the Court.  I believe and I think

14  Ms. Menzies believes that this Court will lead.  There will be

15  many, many more cases here as a result of direct filing, quite

16  frankly, than will be anywhere else.

17          **THE COURT:**  Doug, did you want to add anything?

18          **MR. MOORE:**  Your Honor, the only comment we wanted to

19  make was really to reiterate the point that I made in the

20  liaison counsel meeting, and that is if there is a plaintiff

21  that is signed up by members of the Plaintiffs' Steering

22  Committee, we firmly believe that it's in the best interest of

23  this Court, this litigation, and these proceedings that that

24  case, if it is a diverse plaintiff from the defendants, be

25  filed in the MDL, and that's not what we have seen happening.

09:16

1        Cases are being brought to Delaware, filed in
2    the hopes that we can't remove them under the home state
3    defendant rule.  Every case that we have removed, either in the
4    city of St. Louis or in Delaware or in California, they have
5    opposed our removal and they are opposing transfer to this
6    Court, even so that we could have uniform rulings on the
7    jurisdictional issues for those plaintiffs.
8        We know there's going to be state court
9    litigation.  We want coordination with that litigation.  We
10    want this MDL to lead.  I think we are on the same page there.
11    What we were concerned about and the issue we expressed to the
12    Court was the creation of pockets or inventories of cases that
13    could be part of this MDL by members of those who sought to be
14    the leadership of this MDL.
15        **THE COURT:**  Chris.
16        **MR. COFFIN:**  Your Honor, I understand the concern.
17    As Your Honor pointed out, if they are properly plaintiffs --
18    for example, California, those plaintiffs have the right to
19    file those cases in state court, assuming that the laws of
20    California allow them to do that.
21        **THE COURT:**  Well, I think his point and the word he
22    used both earlier today and just now is the *inventorying* of
23    cases that would otherwise properly be here.  I have a problem
24    with that as well, particularly if it's an attorney who I have
25    put in a leadership position.  I'm not going to allow anything

09:18

1    that hinders the ability of the MDL to take in cases.

2              I especially am talking about the process, as he

3    says, of *inventorying* cases that are not appropriate for state

4    court or plaintiffs, I should say, that are not appropriate for

5    state court because they have been tacked into a case, in other

6    words, to defeat federal jurisdiction.  Unless I'm

7    misunderstanding it, that's the issue as I see it.

8              So if you have plaintiffs that otherwise could

9    not get into state court, where there's diversity, where those

10   plaintiffs need to be in federal court, then -- and again I'm

11   going to use his word, *inventorying* them, and that may be

12   pejorative.  You might not like that word, and maybe it's not

13   the appropriate word.  I'm adopting it because that's what was

14   used here today.

15             Getting those cases out of the MDL so that they

16   can remain pending in state court is a problem, and I don't

17   think it's appropriate to do that.  I'm not accusing anybody of

18   doing it.  He is bringing it to the Court's attention, and I'm

19   stating my position on it.

20             **MR. COFFIN:**  Understood, Your Honor.  I think

21   California is where we have some murkiness in this situation

22   because California plaintiffs have filed in California and

23   McKesson is a California entity.  The case law has said it's

24   proper to bring those.  The defense will remove them if they

25   want and try to argue improper joinder.  If it's a California

resident, to be clear, and they have properly filed a case there against McKesson, is the Court comfortable with that?

THE COURT:  If there's state court jurisdiction or a good faith argument for state court jurisdiction, then that's one thing.

MR. COFFIN:  Fair enough.

THE COURT:  The problem that was illustrated to me in this discussion was tacking on, let's say, a Georgia resident with a Delaware resident and then filing multiple plaintiffs in Delaware.  I can't live with that.

MR. COFFIN:  That's understandable.  That circumstance is specific, to my knowledge, to St. Louis and that, I think, is what the defense is talking about.  I understand what you are saying there, Your Honor.  There have been a couple of those cases filed.  We understand your position.

THE COURT:  Believe me, I'm a federalist.  I fully respect the general jurisdiction of state courts where appropriate, so I'm not trying to begrudge anybody their jurisdictional choice, where they are legally required to be.

Having said that, the purpose of the MDL -- I have said this before, and I will bang the drum again.  The purpose of the MDL is to streamline issues, try to gather as many cases together in a single forum so that common issues can be discussed in search of a resolution, whether it's through a

09:20

1    mediation or special master or a series of bellwethers, and try

2    to resolve the case in its entirety and, if not, then to remand

3    those portions or cases that can't be resolved in the MDL.

4              The first part of that, the first word I used,

5    which you have heard me use already, is to "streamline" the

6    process.  I can't have anybody taking a roundabout way to

7    defeat that notion.  So that's a general concept.

8         MR. COFFIN:  Understood, Your Honor.  We are on the

9    same page there because streamlining equals efficiency.  We

10   understand that.  We strongly believe, as we have seen in other

11   MDLs, having our involvement in coordination with the state

12   court actions will absolutely help both streamlining the

13   litigation and, quite frankly, resolution.  It's happened in

14   multiple pharmaceutical cases.  We are on the same page there,

15   Your Honor.

16        THE COURT:  Okay.  What do we have next on our hit

17   list today?

18        MR. COFFIN:  The next was pretrial orders.  I don't

19   believe we need to go through those unless the Court would like

20   to, but those are laid out there, I think, mostly for counsel

21   who hasn't been involved.

22        THE COURT:  Right.

23        MR. COFFIN:  The counsel contact information form,

24   Mr. Lambert and Ms. Barrios have done a fine job of pushing us

25   on that, so we are working through that process.

09:22

1          The Plaintiffs' Steering Committee, we wanted

2   the Court to know that we have moved quickly to take efforts to

3   organize the steering committee into various subcommittees.  We

4   have, as the Court has instructed, included many lawyers who

5   are not on the steering committee, both as co-chairs and

6   committees and members.

7          **THE COURT:**  Okay.  Good.

8          **MR. COFFIN:**  Direct filing, Your Honor covered that.

9   We appreciate you entering that order.  We think it serves

10  efficiency.

11          Service on the Sanofi entities, I believe that

12  Your Honor clarified the -- oh, this is on the --

13          **THE COURT:**  The non-Sanofi.

14          **MR. COFFIN:**  I'm sorry.  Yes.  We don't need to cover

15  this part because we have essentially what's a waiver of

16  service on the Sanofi foreign entities.  Perhaps we could take

17  up No. 8, the non-Sanofi entities.

18          The issue we have is a clarification with your

19  order of February 15.  I understand from Mr. Lambert and

20  Ms. Barrios that Your Honor has clarified that you would like

21  one of the non-Sanofi entities to be served, at least, so that

22  they can make an appearance.

23          **THE COURT:**  Yes.  What I would like is, to the extent

24  that those entities are requiring proper formal service, that

25  that be effected before February 15, such that we have counsel

identified, enrolled, and hopefully present here for all of those entities.

This isn't uncommon, but we have some entities out there, and there's always a caveat every time we discuss something that, well, they don't represent, and they point it out because they don't.  Their authority is limited.  They have actually none over a party who is not here.  Just because they are defendants or co-defendants or similar, whatever, they don't represent them.

So what I want to do is to make certain that formal service of process through whatever means is required under the law or under a treaty -- I know we have some foreign entities -- that that is completed by February 15, such that that defendant will make an appearance.

Each of these entities, as I understand it, is a defendant in multiple cases.  I don't think we have anybody who is a defendant in only one case.  But if they are served in one case and they identify counsel, then I think we are on the road to having a productive conversation not only among co-defendants where their interests would overlap, which I think would be to a large degree, but then we will also have an ability to discuss things with them, plaintiffs' side to the defendants' side.

So, no, I don't mean in every single case that's pending.  Obviously there are cases that are going to be filed

09:24

1   between now and February 15 and maybe some even after.  So, no,
2   my purpose was to get service completed and counsel enrolled by
3   February 15.
4           **MR. COFFIN:**  Thank you for that clarification,
5   Your Honor.  I appreciate it.
6                   On the preservation order, I think we just
7   wanted to remind counsel under PTO 1 about the obligation for
8   preservation.
9                   MDL Centrality, I know Your Honor has heard from
10  the co-liaisons on the plaintiffs' side, Mr. Moore on the
11  defense side.  We have agreed to use it on the plaintiffs'
12  side.  As you are aware, in *Xarelto* it has been used very
13  effectively.
14          **THE COURT:**  I hope my expectations aren't too high,
15  but I expect this to be a boon to, again, streamlining and
16  making this MDL go very smoothly on both sides.  The bank of
17  information that's going to be available and subject to inquiry
18  and manipulation by counsel, as needed, to recover data I hope
19  is going to be made very easy as a result of this Centrality.
20  It's the first time I have encountered it.  I didn't have it in
21  the two previous MDLs.  I'll be curious to see.  Again, I have
22  high expectations, based on what you all have said.
23          **MR. MOORE:**  Your Honor, on that, we are in favor of
24  using it.  We have met with the representative from the
25  BrownGreer group, who I understand is going to be here today.

09:26

1    Once we have an appearance from all of the defendants on the

2    defense side, we have to figure out how to apportion the costs

3    based on who has what cases when we start getting that

4    information in.

5         We are, as Your Honor mentioned, looking forward

6    to using it.  I have not used it personally.  They are using it

7    in *Xarelto*.  I know that they have made some improvements.  One

8    of the things we will do differently here than was done in

9    *Xarelto* is actually have BrownGreer have ownership in

10   formatting of the fact sheets electronically as opposed to

11   having a paper version go out and have to reconstruct that on

12   the back end.  So everything will be done by tapping a screen

13   and getting all the information.

14        **THE COURT:**  Okay.  Good.

15        **MR. COFFIN:**  The next item, Your Honor, is the

16   plaintiff and defendant fact sheets.  As Your Honor is well

17   aware, we made submissions last Friday.

18        I would say this.  We want the Court to know,

19   both parties, that we did work diligently in an attempt to

20   negotiate.  Unfortunately, we had some differences of opinion,

21   as we certainly will have from time to time.  We do have good

22   working relationships.  We do intend in the future to strive

23   towards agreement.  On this one, we just saw things differently

24   and, quite frankly, interpreted what the Court wanted a little

25   differently.

1    **THE COURT:**  That's fine.  I have reviewed the

2  submissions, the letter version of your positions.  I have

3  reviewed the particular drafts which were marked and outlined

4  clearly as to what each side proposed to be in or out.  I've

5  reviewed them several times over the past few days and invested

6  a considerable amount of time, which is fine, to the extent

7  that there was no agreement on it.  I have made decisions as to

8  what they will and will not include.  You will get them next

9  week.  I will tell you now that I leaned on the side of being

10  more inclusive of information.  That's number one.

11          Number two, when you do get them -- I'm going to

12  provide them to liaison counsel next week.  When you do get

13  them, I do not want to receive correspondence, e-mails, hate

14  mail, explosive packages from anybody on either side.  You have

15  asked me to decide what goes in them.  I will decide what goes

16  in them.

17          You are probably going to need to produce all of

18  this information on both sides at some point in this litigation

19  anyway, but I don't want to have the gnashing of teeth about

20  why is he making us do this.  I understand that some of the

21  questions are burdensome.  I understand that some of it may not

22  be relevant to what the exercise is now in some of your

23  opinions.

24          The best time to do this is to go ahead and try

25  to get this information, capture it on the front end, so I have

tried to be a little more inclusive than maybe some of you all
think is necessary right now, but that's my decision.

Everything that was not highlighted, everything
that was agreed upon has been left untouched, so I have not
tinkered with your fact sheets if you have agreed.  I have only
gone to the yellow portions of those documents and looked at
what the competing positions were, what the alternative
suggestions were in a few cases.

Some of the time periods, when we talk about
dates going back, for instance, on the plaintiffs' fact sheets,
I have taken a look at that.  I have tried to be as reasonable
as I can be, though I know that won't be the prevailing thought
when you get them, but that's the way I see it.  Those are
going to be the fact sheets we are going to use.

So please do not either bug your liaison counsel
or, even worse, bug my clerks or me about, well, you didn't
understand why we didn't want this and now this is a problem
and now we have got to go do -- I do understand.  I do
understand that there are complexities that are raised with
each and every question that you have to answer.  Some are
easier than others.

Some of you all had in here the production of
documents.  It may be a volume of documents.  There may be an
easier way to do it.  I personally picked everybody on these
committees and the applications.  All of you all are very

09:30

1    capable of digesting client information and putting it in a

2    form that is informative.  Nobody is in this case for their

3    first rodeo.

4              You're involved and you know how to format

5    information such that it can be organized, and I trust that

6    y'all will be able to do that such that it can be produced in a

7    way that's comprehensive and as complete as can be at this

8    point.

9              Palmer.

10        **MR. LAMBERT:**  Your Honor, Palmer Lambert, co-liaison

11   counsel for plaintiffs.

12              Once we receive those forms, we will provide it

13   to BrownGreer, who will work with us on the formatting so that

14   it's in the proper electronic form.  We will also work with

15   defendants on a pretrial order adopting the fact sheets and

16   directing their exchange and whatnot.  That's something we

17   didn't talk about yet.

18        **THE COURT:**  Okay.

19        **MR. COFFIN:**  Along those same lines, Your Honor, we

20   do believe that it will be important to have some core

21   information that we agree would preclude a core deficiency.

22              To give you some examples, in many other MDLs we

23   agree on what that core information is because, as part of

24   Your Honor's order on the plaintiff fact sheet and defense fact

25   sheet, we will have to have timing and we will have to have a

trigger for the timing of the defense fact sheet having to be
served.

So we are kind of foreshadowing what we will
need to do, as Mr. Lambert says, in that order.  One of those
things, I think, is determining those core pieces of
information that will trigger the defense having to submit a
defense fact sheet.  That way we will avoid, hopefully, motion
practice on every little deficiency that will hold things up.

**THE COURT:**  Right.  I'm in favor of that.

**MR. COFFIN:**  It does happen.

**THE COURT:**  I'm in favor of any mechanism that avoids
motion practice as to every deficiency.

**MR. COFFIN:**  As a small, little side note, in the
*Bair Hugger* MDL in the District of Minnesota, the plaintiffs
were served with 200-plus deficiency letters all at once, and
I'm sure the judge is cringing at that.  We will endeavor to
avoid that by having some core issues and trying to avoid the
motion practice in front of Your Honor.

**THE COURT:**  Okay.  Doug.

**MR. MOORE:**  Not to forecast too much, but obviously
the negotiation of the order relating to the fact sheets will
be the next step in the process.  Motions related to
deficiencies, what constitutes a deficiency, the timing for the
exchange, and so forth is something we worked diligently on.
Hopefully we can agree on it.

09:33

1          Motion practice related to the deficiency of

2     fact sheets is something that is common in MDLs.  It has a very

3     important purpose on our side --

4          **THE COURT:**  Yes.

5          **MR. MOORE:**  -- of the aisle.  It's hopefully

6     something we will be able to come to an agreement on.

7          **THE COURT:**  I was going to say we are not reinventing

8     the wheel here.  I can't think of an MDL where this has not

9     been a mechanism to identify and try to rectify problems or

10    deficiencies in fact sheets.  So I would suggest, as I know you

11    will, to look at what was done in other cases.

12              In that regard, as long as we don't get bogged

13    down timewise, where you need a God-awful amount of time and

14    the MDL is going to be burdened or weighted down timewise, I'm

15    pretty agreeable to whatever you all work out, whatever

16    mechanism you think satisfies both sides.

17              So if you get together and if you want to

18    appoint somebody, and the liaison counsel come back to me with

19    a mechanism that addresses it to your satisfaction, then I'll

20    probably be fine with that.  Unless you tell me you need

21    four years to do it, I probably am okay with it.

22          **MR. COFFIN:**  Understood.  Thank you, Your Honor.

23          **THE COURT:**  What else do we have on here?

24          **MR. COFFIN:**  The next item was class cert briefing

25    schedule.  Your Honor, the lawyers on the PSC were not involved

09:35

1    in that briefing.  We will need to consult with those lawyers

2    about timing regarding class cert.

3          **MR. MOORE:**  That was a question that I had with

4    relation to this item when we sent over our draft of this item

5    for the joint report.  We indicated we would ask for a briefing

6    schedule consistent with Local Rule 23.1(B).  The sentence was

7    added that plaintiffs will seek a reasonable extension of the

8    deadline.  I didn't know if that meant the steering committee

9    or the lawyers who brought that class action will be able to

10   address that at the main meeting.

11         **MR. COFFIN:**  Well, procedurally, Your Honor, first of

12   all, I'm not aware of whether that case has actually been

13   docketed in this MDL or not.

14         **MR. MOORE:**  It is.

15         **MR. COFFIN:**  It is?  Okay.

16         **THE COURT:**  I thought it had been.

17         **MR. COFFIN:**  I just wasn't aware of that.  What we

18   will need to do is consult with the lawyers who filed that

19   class case.  Probably they will need to have some input on the

20   briefing on that.  I understand that we will need a bit of an

21   extension.

22         **THE COURT:**  Yes.  I need a briefing schedule.  Again,

23   it's an echo of what I just said.  An extension is one thing; a

24   long extension is something else.  Indefiniteness is simply

25   unacceptable.  I don't like things that are just kicked down

09:36

1    the road.  We have to get it on the calendar.

2                What was -- Doug, I don't know if you know off

3    the top of your head -- the date that would normally be under

4    Local Rule 23.1?  What was the date that --

5                MR. MOORE:  It's 91 days, I believe, from docketing.

6    It was filed in Civil District Court in Orleans Parish

7    originally, and we removed it shortly thereafter.

8                THE COURT:  Was that in late November or December,

9    something like that?

10               MR. MOORE:  I think it was in December.  Again, we

11   are not trying to put pressure unnecessarily on the other side.

12   If the lawyers who brought this class action will say to us

13   with a straight face that they believe they are going to make a

14   colorable argument to certify a personal injury class in the

15   Fifth Circuit and they just need more time to brief that

16   because of their schedules, that's one thing.  But if it's "We

17   want an extension to extend the equitable tolling that we would

18   obtain by filing a noncertifiable class petition," that's

19   another --

20               THE COURT:  I want to get it briefed and decided.

21   Again, a reasonable extension is one thing, 30 days beyond what

22   the normal date is.  Let's identify the date that exists under

23   the local rule.

24               If we are talking about another 30 days or

25   something like that, another 45 days, that's one thing.  But,

no, we are not going to leave it just out there sort of
dangling around in the case, and we are not going to be talking
about any six months.  I don't see that.  I don't see it as
that kind of a calendaring problem.

We need to get it briefed, we need to get it
docketed on the calendar, and we need to have a hearing.  We
need to figure out what's going to happen at that hearing, if
it's going to be an evidentiary hearing or whether we want to
submit this with affidavits and documents, you know, how do you
all see that.

So I need you all to confer on that posthaste,
maybe today at the end of our 10:00 conference.  That's a
one-hour conference.  So at 11:00 if you all can stick
around -- you don't have to, but today would be nice -- or
first thing Monday morning, maybe you can confer with the
attorneys involved in that case and come up with a schedule.
If you submit it to me and it's reasonable based on the
parameters I just gave, then we will probably live with that.

**MR. COFFIN:**  We can certainly do that, Your Honor,
and we will.

**THE COURT:**  I did get some proposed dates with regard
to a master complaint, the short form complaint, the master
answer, and that also included the potential, but not promised,
personal jurisdiction issue briefing.  I assume all of you are
familiar with that.  It was submitted to me this morning by

09:39

1    liaison counsel.  It's fine with me, the dates that are

2    outlined on here.  Anybody have anything to add to this

3    briefing schedule?  Pleading schedule?

4                    Okay.  What else on our report?

5              MR. COFFIN:  I don't think we need to cover the

6    discovery issues.  Your Honor, you have been debriefed on them

7    meeting with Magistrate Judge North?

8              THE COURT:  I have not spoken to him, but liaison

9    counsel described the meeting this morning, and it sounded like

10   it went fairly well.

11             MR. MOORE:  One additional point to mention in

12   addition to what was mentioned in the liaison counsel meeting,

13   Your Honor.  We have prepared a draft ESI protocol with a

14   protective order to follow.  We are waiting for one edit from

15   Pfizer, and then we will be able to transmit that to the other

16   side so we can begin working on crafting that.

17             THE COURT:  This is another issue, again, where we

18   don't have all defendants to sign off on it, and defense

19   counsel is not authorized to do so for parties who have not yet

20   been served.  Again, the point of February 15 is to make sure

21   we have somebody here who can participate in the MDL on behalf

22   of those entities.

23             MR. MOORE:  We did talk about that with

24   Magistrate North, and he wanted us to sort of begin advancing

25   the ball, recognizing that there will be other lawyers showing

1  up that would have to be included and have to sign off on

2  whatever we would submit to him.

3      **THE COURT:**  Right.  We would like to have everybody

4  governed by the same protocol, but we can't do that if they are

5  not here to agree to it.  The February 15 date is important for

6  that as well.

7      Yes.

8      **MS. MENZIES:**  Karen Menzies also for the plaintiffs.

9  In addition to what counsel has said, we are happy to look at

10  that protocol, but we did discuss with Judge North that in the

11  meantime we can be spending time with each of the defendants in

12  person, meet and confer -- they probably told you that, but we

13  can be understanding better what each of the defendants' source

14  data is, which has more to do with their factual ESI within

15  their institutions.  So negotiating the terms of the protocol

16  doesn't need to hold that up.  We are looking forward to making

17  significant process in the meantime for each defendant that is

18  in the case now.

19      **THE COURT:**  Right.  That's correct, and I appreciate

20  that.

21      Let me state generally we don't need to wait --

22  not just on this topic, but on any other topic, don't wait for

23  the Court to be involved in things that need to be done,

24  particularly with regard to discovery.  Discovery could

25  possibly be very complicated in this case given the amount of

09:42

1   documents that are probably involved.  I know on the fact

2   sheets you discuss communications and things of that sort.  We

3   could at least be discussing informally the parameters of what

4   is going to be expected to be produced or what is going to be

5   expected to be the subject of a motion to compel or some other

6   discovery dispute.

7              The other thing, as a general rule -- and I say

8   this in every case -- just because we set a deadline does not

9   mean that it has to happen on the date of the deadline.  I

10  think institutionally, as lawyers, when we see a deadline, we

11  figure, "Well, I'm going to file it on that day because that's

12  the deadline."  If you can do it earlier, that's great.  Like,

13  for instance, on our master complaint, if you have it ready,

14  then go ahead and do it.  The deadline is exactly that.  It's

15  the last day to do it, not the day to do it.

16             I think you're right, Karen.  With regard to

17  discovery, it's not too early to be talking about, even with

18  some specificity, what the expectations are going to be before

19  we actually get into actually doing it.

20             Anything else on discovery?

21        **MR. COFFIN:**  No, Your Honor.

22        **THE COURT:**  Doug, anything on your side right now

23  that you want to raise?

24        **MR. MOORE:**  No, Your Honor.

25        **THE COURT:**  Or anybody else?  We have another couple

09:43

1    minutes before we adjourn and go across the hall.

2                     The science presentation I have spoken to

3    liaison counsel about.  I would like that to be, as I told

4    them -- and I think they are working towards this end very

5    well -- a generic presentation of the product itself, how is it

6    used, how is it manufactured, information that -- I don't view

7    it as a session where there will be imparted to me any advocacy

8    of positions regarding liability or damages.

9                     I will state forthrightly, as I told you all

10   early on -- and I think this is a good thing -- I'm not

11   familiar with this product.  In fact, I had not heard of it

12   before we started the MDL.  I need to climb the learning curve,

13   and I'm depending on all counsel to come together with some

14   basic information, whether it's a treatise -- if there's

15   something you want me to read, that you both have read and

16   think is informative, I will be happy to read it.  If it can be

17   done in a PowerPoint presentation that you all have looked at

18   and approve of or think would be helpful, then I would like to

19   do that.

20                     When I say "science day" -- I think that's the

21   word we are now starting to use for this in MDLs -- I just view

22   it as an opportunity to impart to me and to my staff the basic

23   fundamental facts about what we are dealing with here in a

24   nonadversarial way so that I understand the product itself

25   that's the subject of the litigation.

09:45

1          I don't want to rule on anything substantively

2     until I do.  I think it would be totally improper and unhelpful

3     for me to endeavor to learn on my own -- I think you all would

4     probably object to that -- or to sit and get information fed to

5     me in an adversarial way where I'm making fact findings based

6     upon contrary information without the benefit of some

7     fundamental principles that are undisputed.

8          So that's how I view that.  We are still talking

9     about it, putting it together, and I'm anxious to have that

10    information once we accomplish the packaging of it.

11          MR. COFFIN:  Your Honor, just one clarification

12    point.  Our understanding from Mr. Lambert and Ms. Barrios is

13    that you want each side to have a short presentation, perhaps

14    as long as an hour, on the topics that you have just spoken

15    about.  Is that correct?

16          THE COURT:  Well, if that's the way you all choose to

17    do it, that's fine.  I was thinking, too, that it may be

18    something that you come together on and say, "Look, this is the

19    undisputed science behind this product.  This is how it's

20    manufactured.  This is how it's made.  When it is employed in a

21    surgery or treatment, this is how it's designed to be used."

22          We can start out with that.  What I don't want

23    to get is two competing presentations, "Oh, that's not right,"

24    because that's what the litigation is about.  That's why we are

25    going to have witnesses and experts and whatnot.

09:46

1        What I want to know is the fundamental

2   information about the product and how it is supposed to work,

3   what it was designed to do, how it's been used, how does it get

4   from the manufacturer to the patient, whatever information you

5   have that would be helpful.  But, no, I would rather not sit

6   through an hour of the plaintiffs' version of events and an

7   hour of the defendants' version of events because, again,

8   that's what we are going to do with a jury at some point.

9        **MR. COFFIN:**  Not to belabor this -- maybe we can talk

10   about it again at another time -- but I want to be clear that

11   when you talk about how the product works, how it's

12   administered, what it was approved for, those kind of things

13   are you expecting that we will get into issues like the label

14   for the product included X warnings and up until such date

15   or --

16        **THE COURT:**  If you want to point that out and there's

17   no dispute that the product came with -- then that's helpful

18   for me to know.  I'm more concerned about the science of it,

19   quite honestly, before we even get to the warnings and the

20   packaging and the advertisement and what was told to patients

21   by either their physicians or by the manufacturer.

22        I'm ground level.  The basement level for me is

23   what is it, what does it do, what is it designed to do, how

24   does it get to the patient, how does a doctor use it properly.

25   I assume all of that is probably pretty well established, I

09:48

1    would think, before we get into whether there was a proper

2    warning, whether it did what it was supposed to do, whether it

3    did other things it wasn't supposed to do.  That's the

4    litigation.

5                **MR. COFFIN:**  At the very basics, maybe.  We probably

6    have some disagreements about whether it's more toxic than it

7    should be or not, but probably we can come together on some of

8    these things, at least.

9                **THE COURT:**  We could do it in three parts.  We could

10   do 45 minutes of the basics and then 45 minutes of what you

11   think and 45 minutes of what -- we could do it that way too.

12   I'm pretty open-minded about it.  I just need to know it.

13               **MR. COFFIN:**  Understood.

14               **THE COURT:**  I need to know what we are dealing with

15   here.  You all know a lot more about this product than I know

16   right now.  Before we get too far into this case, I want to

17   know as much about it as you all, if not more.

18               **MR. COFFIN:**  Okay.  We will work together and see

19   what we can come up with.

20               **THE COURT:**  Anything else that we can talk about here

21   in this committee meeting?

22               **MR. COFFIN:**  Next status conference, has

23   Your Honor --

24               **THE COURT:**  Yes.  March 17 is the date we identified,

25   which is a Friday.

09:49

1    **MR. COFFIN:**  Your Honor, is it the Court's intent to

2    have status conferences approximately every 30 days?

3        **THE COURT:**  Not 30 days -- it might be a little soon

4    to have them every 30 days -- certainly every 60 days, I would

5    hope, at least at the outset.  Then as we go, it may be every

6    90 days, but right now I would like to have them sooner rather

7    than later until we make sure we are well off of the launching

8    pad and we have a game plan.

9            I still feel like it's a little bit nebulous --

10   and this is not uncommon -- in terms of who is doing what and

11   why and when.  So I would rather have them sooner.  I talked to

12   liaison counsel, and March 17 was probably the best day

13   upcoming given the Mardi Gras holiday and everything else going

14   on, plus some of the key dates that are coming up that we have

15   already set up.  We thought the 17th would be a productive time

16   to reconvene.

17       **MR. COFFIN:**  I'll say from the plaintiffs'

18   perspective -- and we have not talked about this, but I have

19   found it -- I think my co-lead counsel would agree -- very

20   advantageous to have regular status conferences.  A lot of

21   times we have had them every 30 days.  I understand the

22   Court --

23       **THE COURT:**  Well, I'm going to meet with liaison

24   counsel -- not to interrupt you.

25       **MR. COFFIN:**  Yes.

**THE COURT:** I apologize. I'm going to meet with liaison counsel much more frequently than that.

**MR. COFFIN:** Right.

**THE COURT:** There's nothing stopping you all from meeting without me being there, either by way of committees, this group minus court staff -- in fact, if it's not on my calendar and you want to have a meeting here in this room or in my courtroom, we can certainly make that available to you if you so choose. Certainly between liaison counsel or designated people on the committees, that's fine too.

The 17th will be the next series of liaison counsel first, committees second -- which we are doing now -- and then the 10:00 general status conference, which I view as a reporting conference, where the entire universe of lawyers involved in the case can attend, receive reporting from liaison counsel and anyone else who is designated to address certain things, and ask questions if they have questions.

**MR. COFFIN:** Understood. Thank you.

**MR. MOORE:** Your Honor, the only other thing on my list -- I know we are right at 10:00 now -- was the issue you talked about, liaison counsel making an appearance, participation of the other defendants. I don't know if you wanted to address that with some of those lawyers now or whether you wanted to --

**THE COURT:** We can talk about it in the other room.

09:51

1   I don't have any problem with appointing a co-liaison counsel
2   on the defense side for the generic manufacturers.  I don't
3   have any problem doing that.  I will ask you all.  If you all
4   want to confer on it and nominate, if you have somebody in mind
5   that would serve that purpose, I'm all ears.
6           MR. COFFIN:  Your Honor, one point on this that's
7   relative to the non-Sanofi defendants, and that is I believe
8   Your Honor has talked about separate tracks.  If not, we
9   certainly have.  We would encourage the Court to bring us
10  together to talk about separate tracks for the Sanofi, for the
11  pure generics -- which are very different, Your Honor, legally
12  certainly, the pure generics, from those generics who have
13  their own NDAs, their own New Drug Applications.
14          Quite frankly, for somebody who has been
15  litigating pharmaceutical cases for 15 years, it's a bit
16  complex, but it's important because we do not want this MDL to
17  be held up because of issues we may be facing with these kind
18  of hybrid generics that are not true generics.  I think if I
19  could step in their shoes for a second --
20          THE COURT:  Well, I think that's what he is talking
21  about.  We recognize that there are distinctions.  If it's of
22  assistance not only to the defense side, but also to the Court,
23  and now, from what you are saying, to you all, then, yes,
24  that's fine.  We will proceed in that fashion.
25          MR. COFFIN:  Okay.

09:53

1   **THE COURT:**  I think the specific point is having

2   somebody other than Doug participate at the liaison counsel

3   level to talk about a variety of things, including what you

4   just mentioned, I assume, at some point.

5   **MR. COFFIN:**  Yes.  I just wanted to be clear that we

6   believe that separate tracks is a good idea.  We think it would

7   be the most efficient way.  Thank you, Your Honor.

8   **THE COURT:**  Okay.  Anything else?

9   We will see you all across the hall shortly.

10   (Proceedings adjourned.)

11   * * *

12   <u>**CERTIFICATE**</u>

13   I, Toni Doyle Tusa, CCR, FCRR, Official Court

14   Reporter for the United States District Court, Eastern District

15   of Louisiana, certify that the foregoing is a true and correct

16   transcript, to the best of my ability and understanding, from

17   the record of proceedings in the above-entitled matter.

18

19

20   _s/ Toni Doyle Tusa_
     Toni Doyle Tusa, CCR, FCRR
21   Official Court Reporter

22

23

24

25

MR. COFFIN: [46]
MR. LAMBERT: [1]  18/9
MR. MOORE: [12]  7/17 14/22 19/19
20/4 21/2 21/13 22/4 22/9 24/10 24/22
26/23 32/18
MS. MENZIES: [1]  25/7
THE COURT: [56]

**1**

10 [1]  3/17
10:00 [1]  2/19
10:00 conference [2]  3/17 23/12
10:00 general [1]  32/13
10:00 now [1]  32/20
11:00 [1]  23/13
1400 [1]  1/14
15 [7]  12/19 12/25 13/13 14/1 14/3
24/20 25/5
15 years [1]  33/15
1515 [1]  1/14
16-MD-2740 [1]  1/4
17 [2]  30/24 31/12
17th [2]  31/15 32/11

**2**

200-plus [1]  19/15
2017 [2]  1/6 2/2
23.1 [2]  21/6 22/4
27 [2]  1/6 2/2
2700 [1]  1/19
2740 [1]  1/4
275 [1]  1/21

**3**

30 days [6]  22/21 22/24 31/2 31/3 31/4
31/21

**4**

400 [2]  1/16 1/19
45 [1]  22/5
45 minutes [3]  30/10 30/10 30/11

**5**

500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**6**

60 days [1]  31/4
6th [1]  1/16

**7**

70112 [1]  1/14
70130 [2]  1/20 1/22
7778 [1]  1/22

**9**

90 [1]  31/6
90245 [1]  1/17
91 [1]  22/5

**A**

ability [3]  9/1 13/22 34/16
able [4]  18/6 20/6 21/9 24/15
about [39]
above [1]  34/17
above-entitled [1]  34/17
absolutely [1]  11/12
accomplish [1]  28/10

accusing [1]  9/17
across [2]  27/1 34/5
action [2]  21/9 22/12
actions [1]  11/12
actually [8]  6/6 7/5 7/8 13/7 15/9 21/12
26/19 26/19
add [2]  7/17 24/2
added [2]  7/7 21/7
addition [2]  24/12 25/9
additional [1]  24/11
address [4]  3/18 21/10 32/16 32/23
addresses [1]  20/19
adjourn [1]  27/1
adjourned [1]  34/10
administered [1]  29/12
adopting [2]  9/13 18/15
advancing [1]  24/24
advantageous [1]  31/20
adversarial [1]  28/5
advertisement [1]  29/20
advocacy [1]  27/7
affidavits [1]  23/9
after [1]  14/1
again [12]  5/15 9/10 10/22 14/15 14/21
21/22 22/10 22/21 24/17 24/20 29/7
29/10
against [1]  10/2
agree [5]  18/21 18/23 19/25 25/5 31/19
agreeable [1]  20/15
agreed [3]  14/11 17/4 17/5
agreement [3]  15/23 16/7 20/6
ahead [2]  16/24 26/14
aided [1]  1/25
aisle [1]  20/5
all [34]  1/6 2/8 2/22 13/1 14/22 15/1
15/13 16/17 17/1 17/22 17/25 17/25
19/15 20/15 21/12 23/10 23/11 23/13
23/24 24/18 27/9 27/13 27/17 28/3
28/16 29/25 30/15 30/17 32/4 33/3
33/3 33/5 33/23 34/9
allow [2]  8/20 8/25
allows [2]  6/24 6/25
Along [1]  18/19
already [3]  4/10 11/5 31/15
also [6]  5/22 13/21 18/14 23/23 25/8
33/22
alternative [1]  17/7
always [1]  13/4
am [2]  9/2 20/21
among [1]  13/19
amongst [1]  3/11
amount [3]  16/6 20/13 25/25
another [6]  22/19 22/24 22/25 24/17
26/25 29/10
answer [2]  17/20 23/23
anxious [1]  28/9
any [6]  19/11 23/3 25/22 27/7 33/1 33/3
anybody [8]  3/5 9/17 10/19 11/6 13/16
16/14 24/2 26/25
anyone [1]  32/16
anything [10]  2/13 3/6 7/17 8/25 24/2
26/20 26/22 28/1 30/20 34/8
anyway [1]  16/19
anywhere [1]  7/16
apologize [1]  32/1
appearance [4]  12/22 13/14 15/1 32/21
Appearances [1]  1/11
applications [2]  17/25 33/13
appoint [1]  20/18
appointed [1]  3/22

appointing [1]  33/1
appointments [1]  33/5
apportion [1]  15/2
appreciate [4]  4/2 12/9 14/5 25/19
appropriate [6]  7/8 9/3 9/4 9/13 9/17
10/19
appropriately [1]  6/2
approval [1]  5/24
approve [1]  27/18
approved [1]  29/12
approximately [1]  31/2
are [84]
aren't [1]  14/14
arguably [1]  7/6
argue [2]  6/25 9/25
argument [3]  2/25 10/4 22/14
around [2]  23/2 23/14
as [59]
ask [3]  21/5 32/17 33/3
asked [1]  16/15
assistance [1]  33/22
assume [3]  23/24 29/25 34/4
assuming [1]  8/19
at [25]  5/3 12/21 16/18 17/6 17/11 18/7
19/15 19/16 20/11 21/10 23/7 23/12
23/13 25/9 26/3 27/17 29/8 29/10 30/5
30/8 31/5 31/5 32/20 34/2 34/4
attempt [1]  15/19
attend [1]  32/15
attention [1]  9/18
attorney [1]  8/24
attorneys [1]  23/16
authority [1]  13/6
authorized [1]  24/19
available [2]  14/17 32/8
avoid [3]  19/7 19/17 19/17
avoids [1]  19/11
aware [4]  14/12 15/17 21/12 21/17
awful [1]  20/13

**B**

B-275 [1]  1/21
back [3]  15/12 17/10 20/18
Bair [1]  19/14
Bair Hugger [1]  19/14
ball [1]  24/25
bang [1]  10/22
bank [1]  14/16
Barrios [4]  4/16 11/24 12/20 28/12
BARTH [1]  1/16
based [4]  14/22 15/3 23/17 28/5
basement [1]  29/22
basic [2]  27/14 27/22
basics [2]  30/5 30/10
Baudin [1]  1/13
be [99]
because [18]  3/16 5/9 6/11 9/5 9/13
9/22 11/9 12/15 13/6 13/7 18/23 22/16
26/8 26/11 28/24 29/7 33/16 33/17
been [17]  3/6 3/21 3/22 5/4 6/13 9/5
10/15 11/21 14/12 17/4 20/9 21/12
21/16 24/6 24/20 29/3 33/14
before [9]  1/9 10/22 12/25 26/18 27/1
27/12 29/19 30/1 30/16
begin [3]  3/5 24/16 24/24
begrudge [1]  10/19
behalf [2]  3/8 3/24 24/21
behind [1]  28/19
being [5]  6/10 7/5 8/1 16/9 32/5
belabor [1]  7/8

## B

believe [12]  5/20 7/13 7/22 10/17 11/10
11/19 12/11 18/20 22/5 22/13 33/7
34/6
believes [1]  7/14
bellwethers [1]  11/1
benefit [1]  28/6
best [5]  4/25 7/22 16/24 31/12 34/16
better [1]  25/13
between [2]  14/1 32/9
beyond [1]  22/21
big [2]  5/10 7/2
bit [3]  21/20 31/9 33/15
Blvd [1]  1/16
bogged [1]  20/12
boon [1]  14/15
both [10]  5/14 5/25 8/22 11/12 12/5
14/16 15/19 16/18 20/16 27/15
box [1]  2/4
brief [1]  22/15
briefed [2]  22/20 23/5
briefing [7]  20/24 21/1 21/5 21/20 21/22
23/24 24/3
bring [2]  9/24 33/9
bringing [1]  9/18
brought [5]  6/18 6/19 8/1 21/9 22/12
BrownGreer [3]  14/25 15/9 18/13
bug [2]  17/15 17/16
burdened [1]  20/14
burdensome [1]  16/21
but [29]  2/19 3/13 5/2 6/18 11/20 13/3
13/17 13/21 14/15 16/19 17/2 17/13
19/20 22/16 22/25 23/14 23/23 24/8
25/4 25/10 25/12 25/22 29/5 29/10
30/7 31/6 31/18 33/16 33/22

## C

calendar [3]  22/1 23/6 32/7
calendaring [1]  23/4
California [12]  1/17 6/22 6/23 6/24 8/4
8/18 8/20 9/21 9/22 9/22 9/23 9/25
came [1]  29/17
can [34]  2/3 2/15 3/12 3/18 6/8 6/10
6/18 6/21 7/7 9/16 10/24 12/22 17/12
18/5 18/6 18/7 19/25 23/13 23/15
23/19 24/16 24/21 25/11 25/13 26/12
27/16 28/22 29/9 30/7 30/19 30/20
32/8 32/15 32/25
can't [6]  8/2 10/10 11/3 11/6 20/8 25/4
capable [1]  38/1
capture [1]  16/25
case [22]  4/13 5/22 6/7 7/24 8/3 9/5
9/23 10/1 11/2 13/17 13/18 13/24 18/2
21/12 21/19 23/2 23/16 25/18 25/25
26/8 30/16 32/15
cases [33]  1/6 4/20 5/1 5/1 5/5 5/17 6/1
6/12 6/15 6/17 6/23 6/25 7/5 7/9 7/9
7/15 8/1 8/12 8/19 8/23 9/1 9/3 9/15
10/15 10/24 11/3 11/14 13/16 13/25
15/3 17/8 20/11 33/15
caveat [1]  13/4
CCR [3]  1/21 34/13 34/20
Centrality [1]  14/9 14/19
cert [2]  20/24 21/2
certain [4]  5/19 6/17 13/10 32/16
certainly [8]  3/13 15/21 23/19 31/4 32/8
32/9 33/9 33/12
CERTIFICATE [1]  34/12
certify [2]  22/14 34/15

## C (cont.)

chairs [1]  12/5
chance [2]  4/1 4/16
check [1]  4/6
choice [1]  10/20
choose [2]  28/16 32/9
Chris [2]  3/8 8/15
CHRISTOPHER [1]  1/13
Circuit [2]  7/9 22/15
circumstance [1]  10/12
circumvention [1]  6/6
city [1]  8/4
Civil [1]  22/6
clarification [3]  12/18 14/4 28/11
clarified [2]  12/12 12/20
clarify [1]  6/22
class [7]  20/24 21/2 21/9 21/19 22/12
22/14 22/18
clear [5]  6/10 7/13 10/1 29/10 34/5
clearly [1]  16/4
clerks [1]  17/16
client [1]  18/1
climb [1]  27/12
co [9]  3/24 4/9 12/5 13/8 13/20 14/10
18/10 31/19 33/1
co-chairs [1]  12/5
co-defendants [2]  13/8 13/20
co-lead [2]  3/24 31/19
co-liaison [2]  18/10 33/1
co-liaisons [2]  4/9 14/10
Coffin [3]  1/13 1/13 3/8
colorable [1]  22/14
come [7]  20/6 20/18 23/16 27/13 28/18
30/7 30/19
comfortable [1]  10/2
coming [1]  31/14
comment [2]  3/6 7/18
commitment [2]  5/6 5/8
committed [2]  4/2 4/19
committee [6]  7/22 12/1 12/3 12/5 21/8
30/21
committees [6]  1/9 12/6 17/25 32/5
32/10 32/12
common [2]  10/24 20/2
communications [1]  26/2
compel [1]  26/5
competing [2]  17/7 28/23
complaint [3]  23/22 23/22 26/13
complete [1]  18/7
completed [2]  13/13 14/2
complex [1]  33/16
complexities [1]  17/19
complicated [1]  25/25
comprehensive [1]  18/7
computer [1]  1/25
computer-aided [1]  1/25
concept [1]  11/7
concern [1]  8/16
concerned [2]  8/11 29/18
confer [4]  23/11 23/15 25/12 33/4
conference [13]  1/8 2/11 2/12 2/19
2/20 2/20 3/16 3/17 23/12 23/13 30/22
32/13 32/14
conferences [2]  31/2 31/20
considerable [1]  16/6
consistent [1]  21/6
constitutes [1]  19/23
consult [2]  21/1 21/18
contact [1]  11/23
Continental [1]  1/16
contrary [1]  28/6

## C (cont.)

conversation [2]  5/13 13/19
coordinate [1]  4/25
coordination [6]  4/15 4/24 5/9 5/9 8/9
11/11
coordinator [1]  4/16
core [5]  18/20 18/21 18/23 19/5 19/17
correct [3]  25/19 28/15 34/15
correctly [1]  6/5
correspondence [1]  16/13
costs [1]  15/2
could [13]  3/21 4/5 6/4 8/6 8/13 9/8
12/16 25/24 26/3 30/9 30/9 30/11
33/19
counsel [34]  2/7 2/12 3/24 5/13 5/23
7/20 11/20 11/23 12/25 13/18 14/2
14/7 14/18 16/12 17/15 18/11 20/18
24/1 24/9 24/12 24/19 25/9 27/3 27/13
31/12 31/19 31/24 32/2 32/9 32/12
32/16 32/21 33/1 34/2
country [1]  5/7
couple [2]  3/13 10/15 26/25
court [49]
Court's [3]  4/6 9/18 31/1
courtroom [1]  32/8
courts [2]  5/10 10/18
cover [2]  12/14 24/5
covered [3]  2/8 4/10 12/8
crafting [1]  24/16
creation [1]  8/12
cringing [1]  19/16
curious [1]  14/21
curve [1]  27/12

## D

damages [1]  27/8
dangling [1]  23/2
data [2]  14/18 25/14
date [8]  22/3 22/4 22/22 22/22 25/5
26/9 29/14 30/24
dates [4]  17/10 23/21 24/1 31/14
day [7]  3/3 3/3 26/11 26/15 26/15 27/20
31/12
days [12]  2/12 16/5 22/5 22/21 22/24
22/25 31/2 31/3 31/4 31/4 31/6 31/21
deadline [6]  21/8 26/8 26/9 26/10 26/12
26/14
dealing [2]  27/23 30/14
debriefed [1]  24/6
December [2]  22/8 22/10
decide [3]  3/1 16/15 16/15
decided [1]  22/20
decision [1]  17/2
decisions [1]  16/7
defeat [2]  9/6 11/7
defendant [6]  8/3 13/14 13/16 13/17
15/16 25/17
defendants [12]  1/18 5/20 7/24 13/8
13/8 13/20 15/1 18/15 24/18 25/11
32/22 33/7
defendants' [3]  13/23 25/13 29/7
defense [12]  6/25 9/24 10/13 14/11
15/2 18/24 19/1 19/6 19/7 24/18 33/2
33/22
deficiencies [2]  19/23 20/10
deficiency [6]  18/21 19/8 19/12 19/15
19/23 20/1
definition [1]  5/12
degree [1]  13/21
Delaware [6]  5/20 7/1 8/1 8/4 10/9
10/10

## D

depending [1] 27/13
described [1] 24/9
designated [2] 32/9 32/16
designed [3] 28/21 29/3 29/23
destined [3] 6/14 6/14 6/16
determining [1] 19/5
did [8] 2/7 7/17 15/19 23/21 24/23
 25/10 30/2 30/3
didn't [5] 14/20 17/16 17/17 18/17 21/8
differences [1] 15/20
different [1] 33/11
differently [3] 15/8 15/23 15/25
digesting [1] 18/1
diligently [2] 15/19 19/24
direct [4] 5/22 6/20 7/15 12/8
directing [1] 18/16
directly [1] 3/19
disagreements [1] 30/6
discovery [6] 24/6 25/24 25/24 26/6
 26/17 26/20
discuss [2] 2/17 3/16 4/7 13/4 13/22
 25/10 26/2
discussed [6] 2/7 3/10 4/7 5/14 6/11
 10/25
discussing [1] 26/3
discussion [1] 10/8
dispute [2] 26/6 29/17
distinctions [1] 33/21
distributor [1] 6/23
DISTRICT [7] 1/1 1/2 1/10 19/14 22/6
 34/14 34/14
diverse [1] 7/24
diversity [1] 9/9
do [48]
DOCETAXEL [1] 1/4
docketed [2] 21/13 23/6
docketing [1] 22/5
doctor [1] 29/24
documents [5] 17/6 17/23 17/23 23/9
 26/1
does [7] 3/5 19/10 26/8 29/3 29/23
 29/24 29/24
doesn't [1] 25/16
doing [6] 2/11 9/18 26/19 31/10 32/12
 33/3
don't [27] 5/9 6/8 9/16 11/18 12/14 13/5
 13/6 13/9 13/16 13/24 16/19 20/12
 21/25 22/2 23/3 23/3 23/14 24/5 24/18
 25/21 25/22 27/6 28/1 28/22 32/22
 33/1 33/2
done [6] 11/24 15/8 15/12 20/11 25/23
 27/17
Doug [6] 5/15 7/17 19/19 22/2 26/22
 34/2
DOUGLAS [1] 1/19
down [3] 20/13 20/14 21/25
Doyle [4] 1/21 34/13 34/20 34/20
draft [3] 3/6 21/4 24/13
drafting [1] 5/24
drafts [1] 16/3
Drug [1] 33/13
drum [1] 10/22
duplicating [1] 4/11

## E

e-mails [1] 16/13
each [7] 13/15 16/4 17/20 25/11 25/13
 25/17 28/13

easier [2] 8/22 26/12
early [2] 26/17 27/10
ears [1] 33/5
easier [2] 17/21 17/24
EASTERN [2] 1/2 34/14
easy [1] 14/19
echo [1] 21/23
edit [1] 24/14
effected [1] 12/25
effectively [1] 14/13
efficiency [1] 11/9 12/10
efficient [1] 34/7
efforts [1] 12/2
Eighth [1] 7/8
either [6] 2/12 8/3 16/14 17/15 29/21
 32/5
EI [1] 1/17
electronic [1] 18/14
electronically [1] 15/10
else [10] 7/16 20/23 21/24 24/4 26/20
 26/25 30/20 31/13 32/16 34/8
elsewhere [1] 6/5
employed [1] 28/20
encountered [1] 14/20
encourage [1] 33/9
end [4] 15/12 16/25 23/12 27/4
endeavor [2] 19/16 28/3
ENGELHARDT [1] 1/9
enough [1] 10/6
enrolled [2] 13/1 14/2
entering [1] 12/9
entire [1] 32/14
entirety [1] 11/2
entities [10] 12/11 12/16 12/17 12/21
 12/24 13/2 13/3 13/13 13/15 24/22
entitled [1] 34/17
entity [1] 9/23
equals [1] 11/9
equitable [1] 22/17
ESI [2] 24/13 25/14
especially [3] 6/15 6/19 9/2
ESQ [3] 1/13 1/16 1/19
essentially [1] 12/15
established [1] 29/25
even [7] 5/24 7/5 8/6 14/1 17/16 26/17
 29/19
events [1] 29/6 29/7
every [13] 5/3 8/3 13/4 13/24 17/20
 19/8 19/12 26/8 31/2 31/4 31/4 31/5
 31/21
everybody [2] 17/24 25/3
everything [4] 15/12 17/3 17/3 31/13
evidentiary [1] 23/8
exactly [1] 26/14
example [1] 8/18
examples [1] 18/22
exchange [2] 18/16 19/24
exercise [1] 16/22
exists [1] 22/22
expect [1] 14/15
expectation [1] 2/24
expectations [4] 2/11 14/14 14/22
 26/18
expected [3] 5/3 26/4 26/5
expecting [1] 29/13
experts [1] 28/25
explanatory [1] 4/14
explosive [1] 16/14
express [1] 3/25
expressed [1] 8/11

extend [1] 22/17
extension [6] 21/21 21/21 21/23 21/24
 22/17 22/21
extent [2] 12/23 16/6

## F

face [1] 22/13
facing [1] 33/17
fact [19] 2/5 4/17 15/10 15/16 17/5
 17/10 17/14 18/15 18/24 18/24 19/1
 19/7 19/21 20/2 20/10 26/1 27/11 28/5
 32/6
facts [1] 27/23
factual [1] 25/14
Fair [1] 10/6
fairly [1] 24/10
faith [1] 10/4
familiar [2] 23/25 27/11
far [1] 30/16
fashion [1] 33/24
favor [3] 14/23 19/9 19/11
FCRR [3] 1/21 34/13 34/20
February [7] 12/19 12/25 13/13 14/1
 14/3 24/20 25/5
February 15 [7] 12/19 12/25 13/13 14/1
 14/3 24/20 25/5
fed [2] 28/4
federal [4] 4/15 4/16 9/6 9/10
federalist [1] 10/17
feel [2] 4/25 31/9
feels [1] 2/5
few [4] 2/6 5/15 16/5 17/8
Fifth [1] 22/15
figure [3] 15/2 23/7 26/11
file [6] 3/1 3/2 4/21 5/5 8/19 26/11
filed [15] 3/2 4/20 5/18 6/2 6/4 6/25 7/5
 7/25 8/1 9/22 10/1 10/15 13/25 21/18
 22/6
filing [7] 5/22 6/17 6/20 7/15 10/9 12/8
 22/18
filings [1] 7/2
findings [1] 28/5
fine [8] 11/24 16/1 16/6 20/20 24/1
 28/17 32/10 33/24
finish [1] 3/16
firmly [1] 7/22
first [11] 2/10 3/20 4/13 4/18 11/4 11/4
 14/20 18/3 21/11 23/15 32/12
Floor [1] 1/16
follow [1] 24/14
forecast [1] 19/20
foregoing [1] 34/15
foreign [2] 12/16 13/12
foremost [2] 3/20 4/19
foreshadowing [1] 19/3
form [4] 11/23 18/2 18/14 23/22
formal [3] 2/4 12/24 13/11
format [1] 18/4
formatting [2] 15/10 18/13
formed [1] 7/6
forms [1] 18/12
forth [1] 19/24
forthrightly [1] 27/9
forum [1] 10/24
forward [2] 15/5 25/16
found [1] 31/19
four [1] 20/21
four years [1] 20/21
frankly [5] 7/10 7/16 11/13 15/24 33/14
frequently [1] 32/2

## F

Friday [1] 15/17 30/25
Fritchie [1] 1/18
front [4] 3/21 5/2 16/25 19/18
fully [1] 10/17
fundamental [3] 27/23 28/7 29/1
future [1] 15/22

## G

game [1] 31/8
gather [1] 10/23
gave [1] 23/18
general [4] 10/18 11/7 26/7 32/13
generally [1] 25/21
generic [2] 27/5 33/2
generics [5] 33/11 33/12 33/12 33/18
33/18
Georgia [1] 10/8
get [26] 2/7 3/15 3/18 9/9 14/2 16/8
16/11 16/12 16/25 17/13 20/12 20/17
22/1 22/20 23/5 23/5 23/21 26/19 28/4
28/23 29/3 29/13 29/19 29/24 30/1
30/16
getting [4] 9/15 15/3 15/13
Gibbs [1] 1/15
give [1] 18/22
given [3] 4/9 25/25 31/13
giving [1] 4/2
gnashing [1] 16/19
go [10] 2/6 3/11 11/19 14/16 15/11
16/24 17/18 26/14 27/1 31/5
God [1] 20/13
God-awful [1] 20/13
goes [2] 16/15 16/15
going [30] 2/13 2/24 8/8 8/25 9/11
13/25 14/17 14/19 14/25 16/11 16/17
17/10 17/14 17/14 20/7 20/14 22/13
23/1 23/2 23/7 23/8 26/4 26/4 26/11
26/18 28/25 29/8 31/13 31/23 32/1
gone [1] 17/6
good [8] 3/9 5/15 10/4 12/7 15/14
15/21 27/10 34/6
got [1] 17/18
governed [1] 25/4
Gras [1] 31/13
gratitude [1] 4/1
great [1] 26/12
ground [2] 2/22 3/19 29/22
group [1] 1/15 14/25 32/6

## H

had [7] 5/13 15/20 17/22 21/3 21/16
27/11 31/21
hall [2] 27/1 34/9
happen [3] 19/10 23/7 26/9
happened [1] 11/13
happening [1] 7/25
happy [2] 25/9 27/16
has [18] 3/6 4/10 9/23 12/4 12/20 14/9
14/12 15/3 17/4 20/2 20/8 21/12 25/9
25/14 26/9 30/22 33/8 33/14
hasn't [1] 11/21
hate [1] 16/13
haven't [1] 3/21
have [121]
having [9] 3/19 10/21 11/11 13/19
15/11 19/1 19/6 19/17 34/1
he [6] 8/21 9/2 9/18 16/20 24/24 33/20
head [2] 7/4 22/3

head-on [1] 7/4
heard [3] 7/19 14/6 27/11
hearing [3] 23/6 23/7 23/8
held [1] 33/17
help [1] 11/12
helpful [3] 27/18 29/5 29/17
here [24] 2/5 3/13 5/16 6/14 6/14 6/14
6/19 7/15 8/23 9/14 13/1 13/7 14/25
15/8 17/22 20/8 20/3 24/2 24/21 25/5
27/23 30/15 30/20 32/7
high [2] 14/14 14/22
highlighted [1] 17/3
him [2] 24/8 25/2
hinders [1] 9/1
his [2] 8/21 9/11
hit [2] 7/4 11/16
hold [2] 19/8 25/16
holiday [1] 31/13
home [2] 5/19 8/2
honestly [1] 29/19
Honor [42]
Honor's [1] 18/24
HONORABLE [1] 1/9
hope [3] 14/14 14/18 31/5
hopefully [4] 13/1 19/7 19/25 20/5
hopes [1] 8/2
hour [4] 23/13 28/14 29/6 29/7
how [16] 15/2 18/4 23/9 27/5 27/6 28/8
28/19 28/20 28/21 29/2 29/3 29/3
29/11 29/11 29/23 29/24
however [2] 3/12 6/1
Hugger [1] 19/14
hybrid [1] 33/18

## I

I'll [3] 14/21 20/19 31/17
I'm [30] 2/12 6/5 6/10 6/24 8/25 9/6
9/10 9/13 9/17 9/18 10/17 10/19 12/14
16/11 19/9 19/11 19/16 20/14 21/12
26/11 27/10 27/13 28/5 28/9 29/18
29/22 30/12 31/23 32/1 33/5
I've [2] 2/6 16/4
idea [2] 6/17 34/6
identified [3] 5/19 13/1 30/24
identify [5] 2/14 2/14 13/18 20/9 22/22
if [46]
illustrated [1] 10/7
impart [1] 27/22
imparted [1] 27/7
importance [1] 5/8
important [4] 4/20 18/20 20/3 25/5
33/16
improper [1] 9/25 28/2
improvements [1] 15/7
in [124]
include [1] 16/8
included [4] 12/4 23/23 25/1 29/14
including [1] 6/19 34/3
inclusive [1] 16/10 17/1
Indefiniteness [1] 21/24
indicated [1] 21/5
individually [1] 3/12
informally [1] 26/3
information [20] 4/10 11/23 14/17 15/4
15/13 16/10 16/18 16/25 18/1 18/5
18/21 18/23 19/6 27/6 27/14 28/4 28/6
28/10 29/2 29/4
informative [1] 18/2 27/16
injury [1] 22/14
input [1] 21/19

inquiry [1] 14/17
instance [2] 9/7 26/13
institutionally [1] 26/10
institutions [1] 25/15
instructed [1] 12/4
intend [1] 15/22
intent [1] 31/1
interest [1] 7/22
interests [1] 13/20
interpreted [1] 15/24
interrupt [1] 31/24
into [9] 6/19 7/7 9/5 9/9 12/3 26/19
29/13 30/1 30/16
inventories [1] 8/12
inventory [1] 4/14
inventorying [3] 8/22 9/3 9/11
invested [1] 16/5
involved [9] 5/1 5/4 11/21 18/4 20/25
23/16 25/23 26/1 32/15
involvement [1] 11/11
Irwin [1] 1/18
is [106]
isn't [1] 13/3
issue [8] 6/3 7/2 8/11 9/7 12/18 23/24
24/17 32/20
issues [10] 2/14 2/17 3/18 8/7 10/23
10/24 19/17 24/6 29/13 33/17
it [114]
it's [36]
item [4] 15/15 20/24 21/4 21/4
its [1] 11/2
itself [2] 27/5 27/24

## J

January [2] 1/6 2/2
Jersey [1] 5/21
job [1] 11/24
joinder [1] 9/25
joint [2] 3/6 21/5
judge [4] 1/10 19/16 24/7 25/10
Judge North [1] 25/10
jurisdiction [5] 9/6 10/3 10/4 10/18
23/24
jurisdictional [2] 8/7 10/20
jury [2] 2/4 29/8
just [23] 2/6 2/11 3/25 4/6 6/11 8/22
13/7 14/6 15/23 21/17 21/23 21/25
22/15 23/1 23/18 25/22 26/8 27/21
28/11 28/14 30/12 34/4 34/5

## K

KAREN [4] 1/16 3/25 25/8 26/16
Karen Menzies [1] 3/25
keep [1] 7/9
key [3] 4/24 5/6 31/14
kicked [1] 21/25
kind [4] 19/3 23/4 29/12 33/17
knew [1] 4/19
know [29] 2/16 4/15 5/3 5/13 6/10 6/13
8/8 12/2 13/12 14/9 15/7 15/18 17/12
18/4 20/10 21/8 22/2 22/2 23/9 26/1
29/1 29/18 30/12 30/14 30/15 30/15
30/17 32/20 32/22
knowledge [1] 10/12
knows [1] 4/24
KURT [1] 1/9

## L

label [1] 29/13
laid [1] 11/20

## L

Lambert [5]   11/24 12/19 18/10 19/4
   28/12
large [1]   13/21
last [2]   15/17 26/15
late [1]   22/8
later [1]   31/7
launching [1]   31/7
law [3]   1/15 9/23 13/12
laws [2]   7/8 8/19
lawyers [13]   4/21 5/4 5/25 12/4 20/25
   21/1 21/9 21/18 22/12 24/25 26/10
   32/14 32/23
lead [4]   3/24 7/14 8/10 31/19
leadership [2]   8/14 8/25
leading [1]   5/7
leaned [1]   16/9
learn [1]   28/3
learning [1]   27/12
least [5]   5/3 12/21 26/3 30/8 31/5
leave [1]   23/1
left [1]   17/4
legally [2]   10/20 33/11
less [1]   2/4
let [4]   5/2 5/12 6/10 25/21
let's [5]   3/2 3/15 3/18 10/8 22/22
letter [1]   16/2
letters [1]   19/15
level [3]   29/22 29/22 34/3
liability [1]   1/4 27/8
liaison [22]   2/7 2/12 5/13 5/23 7/20
   16/12 17/15 18/10 20/18 24/1 24/8
   24/12 27/3 31/12 31/23 32/2 32/9
   32/11 32/15 32/21 33/1 34/2
liaisons [2]   4/9 14/10
like [17]   4/25 6/12 9/12 11/19 12/20
   12/23 21/25 22/9 22/25 24/9 25/3
   26/12 27/3 27/18 29/13 31/6 31/9
limited [1]   13/6
lines [1]   18/19
list [2]   11/17 32/20
listing [2]   3/15 3/18
litigating [2]   7/10 33/15
litigation [9]   1/4 7/23 8/9 8/9 11/13
   16/18 27/25 28/24 30/4
little [7]   2/4 15/24 17/1 19/8 19/13 31/3
   31/9
live [3]   6/8 10/10 23/18
LLC [1]   1/18
LLP [1]   1/13 1/15
local [3]   21/6 22/4 22/23
long [3]   20/12 21/24 28/14
look [4]   17/11 20/11 25/9 28/18
looked [2]   17/6 27/17
looking [2]   15/5 25/16
lot [3]   5/1 30/15 31/20
Louis [4]   7/2 7/6 8/4 10/12
LOUISIANA [5]   1/2 1/14 1/20 1/22
   34/15
lumped [1]   6/4

## M

made [7]   5/15 7/19 14/19 15/7 15/17
   16/7 28/20
Magistrate [2]   24/7 24/24
Magistrate Judge North [1]   24/7
Magistrate North [1]   24/24
mail [1]   16/14
mails [1]   16/13

main [1]   21/10
make [11]   2/13 2/21 3/17 7/19 12/22
   13/10 13/14 22/13 24/20 31/7 32/8
making [6]   5/7 14/16 16/20 25/16 28/5
   32/21
manipulation [1]   14/18
manufactured [2]   27/6 28/20
manufacturer [2]   29/4 29/21
manufacturers [1]   33/2
many [10]   4/21 5/4 6/12 6/13 6/18 7/15
   7/15 10/24 12/4 18/22
March [2]   30/24 31/12
March 17 [2]   30/24 31/12
Mardi [1]   31/13
Mardi Gras [1]   31/13
marked [1]   16/3
master [4]   11/1 23/22 23/22 26/13
matter [1]   34/17
may [7]   9/11 16/21 17/23 17/23 28/17
   31/5 33/17
maybe [8]   3/18 9/12 14/1 17/1 23/12
   23/15 29/9 30/5
McKesson [3]   6/24 9/23 10/2
MD [1]   1/4
MDL [26]   4/2 4/19 4/24 5/3 5/7 6/15
   6/19 7/5 7/25 8/10 8/13 8/14 9/1 9/15
   10/21 10/23 11/3 14/9 14/16 19/1
   20/8 20/14 21/13 24/21 27/12 33/16
MDLs [5]   11/11 14/21 18/22 20/2 27/21
me [22]   5/12 5/23 6/10 10/7 10/17 11/5
   16/15 17/16 20/18 20/20 23/17 23/25
   24/1 25/21 27/7 27/15 27/22 28/3 28/5
   29/18 29/22 32/5
mean [2]   13/24 26/9
means [1]   13/11
meant [1]   21/8
meantime [2]   25/11 25/17
mechanical [1]   1/24
mechanism [4]   19/11 20/9 20/16 20/19
mediation [1]   11/1
meet [3]   25/12 31/23 32/1
meeting [8]   7/20 21/10 24/7 24/9 24/12
   30/21 32/5 32/7
members [1]   7/21 8/13 12/6
mention [1]   24/11
mentioned [4]   5/20 15/5 24/12 34/4
MENZIES [4]   1/16 3/25 7/14 25/8
met [1]   14/24
might [3]   7/4 9/12 31/3
mind [1]   30/12
minded [1]   30/12
Minnesota [1]   19/14
minus [1]   32/6
minutes [4]   27/1 30/10 30/10 30/11
misunderstanding [1]   9/7
Monday [1]   23/15
months [1]   23/2
Moore [3]   1/18 1/19 14/10
more [10]   7/15 16/10 17/1 22/15 25/14
   29/18 30/6 30/15 30/17 32/2
morning [5]   3/9 5/15 23/15 23/25 24/9
most [1]   34/7
mostly [1]   11/20
motion [7]   3/1 3/2 19/7 19/12 19/18
   20/1 26/5
Motions [1]   19/22
moved [1]   12/2
Mr [1]   19/4
Mr. [4]   11/24 12/19 14/10 28/12
Mr. Lambert [3]   11/24 12/19 28/12

Mr. Moore [1]   14/10
Ms. [5]   4/16 7/14 11/24 12/20 28/12
Ms. Barrios [4]   4/16 11/24 12/20 28/12
Ms. Menzies [1]   7/14
much [4]   6/1 19/20 30/17 32/2
multiple [3]   10/9 11/14 13/16
murkiness [1]   9/21
my [15]   2/11 3/24 9/19 10/12 14/2
   14/14 17/2 17/16 27/22 28/3 31/19
   32/6 32/8 32/19 34/16

## N

NDAs [1]   33/13
nebulous [1]   31/9
necessary [1]   17/2
need [29]   3/1 3/16 3/16 4/7 9/10 11/19
   12/14 16/17 19/4 20/13 20/20 21/1
   21/18 21/19 21/20 21/22 22/15 23/5
   23/5 23/6 23/7 23/11 24/5 25/16 25/21
   25/23 27/12 30/12 30/14
needed [1]   14/18
needs [1]   3/2
negotiate [1]   15/20
negotiating [1]   25/15
negotiation [1]   19/21
New [5]   1/14 1/20 1/22 5/21 33/13
New Jersey [1]   5/21
next [10]   2/13 11/16 11/18 15/15 16/8
   16/12 19/22 20/24 30/22 32/11
nice [1]   23/14
no [9]   4/11 13/24 14/1 16/7 23/1 26/21
   26/24 29/5 29/17
No. [1]   12/17
No. 8 [1]   12/17
Nobody [1]   18/2
nominate [1]   33/4
non [4]   12/13 12/17 12/21 33/7
non-Sanofi [4]   12/13 12/17 12/21 33/7
nonadversarial [1]   27/24
noncertifiable [1]   22/18
none [2]   5/10 13/7
normal [1]   22/22
normally [1]   22/3
North [3]   24/7 24/24 25/10
not [61]
note [1]   19/13
nothing [1]   32/4
notion [1]   11/7
November [1]   22/8
now [17]   6/11 8/22 14/1 16/9 16/22
   17/2 17/17 17/18 25/18 26/22 27/21
   30/16 31/6 32/12 32/20 32/23 33/23
number [5]   3/10 5/6 5/17 16/10 16/11

## O

object [1]   28/4
obligation [1]   14/7
obtain [1]   22/18
obviously [2]   13/25 19/20
odd [1]   2/5
off [5]   4/6 22/2 24/18 25/1 31/7
Official [3]   1/21 34/13 34/21
oh [2]   12/12 28/23
okay [14]   3/15 3/20 7/1 11/16 12/7
   15/14 18/18 19/19 20/21 21/15 24/4
   30/18 33/25 34/8
on [94]
once [4]   15/1 18/12 19/15 28/10
one [20]   2/13 5/6 5/17 10/5 12/21
   13/17 13/17 15/7 15/23 16/10 19/4

# O

one... [9]  21/23 22/16 22/21 22/25
23/13 24/11 24/14 28/11 33/6
one-hour [1]  23/13
only [8]  2/19 4/21 7/18 13/17 13/19
17/5 32/19 33/22
open [1]  30/12
open-minded [1]  30/12
opinion [1]  15/20
opinions [1]  16/23
opportunity [2]  3/4 27/22
opposed [2]  8/5 15/10
opposing [1]  8/5
opposition [1]  3/3
or [40]
order [9]  5/22 12/9 12/19 14/6 18/15
18/24 19/4 19/21 24/14
orders [1]  11/18
organize [1]  12/3
organized [1]  18/5
originally [1]  22/7
Orleans [4]  1/14 1/20 1/22 22/6
Orleans Parish [1]  22/6
other [18]  5/3 6/4 7/2 9/5 11/10 18/22
20/11 22/11 24/15 24/25 25/22 26/5
26/7 30/3 32/19 32/22 32/25 34/2
others [1]  17/21
otherwise [3]  6/8 8/23 9/8
our [14]  4/1 4/9 4/14 4/23 5/6 8/5 11/11
11/16 20/3 21/4 23/12 24/4 26/13
28/12
out [15]  3/12 6/15 8/17 9/15 11/20 13/4
13/6 15/2 15/11 16/4 20/15 23/1 23/7
28/22 29/16
outlined [2]  16/3 24/2
outset [1]  31/5
over [3]  13/7 16/5 21/4
overlap [1]  13/20
own [3]  28/3 33/13 33/13
ownership [1]  15/9

# P

packages [1]  16/14
packaging [2]  28/10 29/20
pad [1]  31/8
page [5]  6/12 7/12 8/10 11/9 11/14
Palmer [2]  18/9 18/10
paper [1]  15/11
parameters [2]  23/18 26/3
Parish [1]  22/6
part [4]  8/13 11/4 12/15 18/23
participate [2]  24/21 34/2
participation [1]  32/22
particular [2]  2/17 16/3
particularly [3]  5/18 8/24 25/24
parties [2]  15/19 24/19
parts [1]  30/9
party [1]  13/7
past [1]  16/5
patient [2]  29/4 29/24
patients [1]  29/20
PEC [1]  3/25
pejorative [1]  9/12
pending [2]  9/16 13/25
Pendley [1]  1/13
people [2]  6/6 32/10
per [1]  2/21
per se [1]  2/21
perhaps [4]  5/20 5/24 12/16 28/13

periods [1]  17/9
permission [1]  4/6
person [1]  25/12
personal [2]  22/14 23/24
personally [2]  15/6 17/24
perspective [1]  31/18
petition [1]  22/18
Pfizer [1]  24/15
pharmaceutical [2]  11/14 33/15
physicians [1]  29/21
picked [1]  17/24
pieces [1]  19/5
plaintiff [4]  7/20 7/24 15/16 18/24
plaintiffs [17]  1/13 1/15 3/9 6/4 7/7 8/7
8/17 8/18 9/4 9/8 9/10 9/22 10/9 18/11
19/14 21/7 25/8
plaintiffs' [8]  7/21 12/1 13/22 14/10
14/11 17/10 29/6 31/17
plan [1]  31/8
Pleading [1]  24/3
please [1]  17/15
plow [1]  3/19
plus [2]  19/15 31/14
pockets [1]  8/12
point [13]  7/19 8/21 13/5 16/18 18/8
24/11 24/20 28/12 29/8 29/16 33/6
34/1 34/4
pointed [1]  8/17
points [1]  5/15
portions [2]  11/3 17/6
position [3]  8/25 9/19 10/16
positions [3]  16/2 17/7 27/8
possible [2]  6/1 6/13
possibly [2]  6/18 25/25
posthaste [1]  23/11
potential [1]  23/23
PowerPoint [1]  27/17
Poydras [3]  1/14 1/19 1/21
practice [4]  19/8 19/12 19/18 20/1
preclude [1]  18/21
preferences [1]  2/16
prepared [1]  24/13
present [1]  13/1
presentation [4]  27/2 27/5 27/17 28/13
presentations [1]  28/23
preservation [2]  14/6 14/8
pressure [1]  22/11
presumably [1]  5/24
pretrial [2]  11/18 18/15
pretty [4]  4/14 20/15 29/25 30/12
prevailing [1]  17/12
previous [1]  14/21
principles [1]  28/7
prior [1]  7/5
probably [13]  4/5 16/17 20/20 20/21
21/19 23/18 25/12 26/1 28/4 29/25
30/5 30/7 31/12
problem [9]  5/10 6/5 8/23 9/16 10/7
17/17 23/4 33/1 33/3
problems [1]  20/9
procedurally [1]  21/11
proceed [1]  33/24
proceeding [1]  2/21
proceedings [6]  1/24 2/1 4/17 7/23
34/10 34/17
process [8]  6/20 7/6 9/2 11/6 11/25
13/11 19/22 25/17
produce [1]  16/17
produced [2]  18/6 26/4
product [7]  27/5 27/11 27/24 28/19

29/2 29/11 29/14 29/17 30/15
production [4]  7/22
productive [4]  2/23 3/4 13/19 31/15
PRODUCTS [1]  1/4
promised [1]  23/23
proper [4]  9/24 12/24 18/14 30/1
properly [5]  5/18 8/17 8/23 10/1 29/24
proposed [2]  16/4 23/21
protective [1]  24/14
protocol [4]  24/13 25/4 25/10 25/15
provide [2]  16/12 18/12
PSC [5]  3/11 3/22 3/25 5/4 20/25
PSC's [1]  4/18
PTO [1]  14/7
pull [1]  3/12
pure [2]  33/11 33/12
purpose [5]  10/21 10/23 14/2 20/3 33/5
pushing [1]  11/24
put [3]  5/12 8/25 22/11
putting [3]  4/1 18/1 28/9

# Q

quarter [1]  3/17
question [4]  7/7 7/10 17/20 21/3
questions [3]  16/21 32/17 32/17
quickly [1]  12/2
quite [6]  7/10 7/15 11/13 15/24 29/19
33/14

# R

raise [2]  2/9 26/23
raised [2]  6/3 17/19
rather [3]  29/5 31/6 31/11
RE [1]  1/4
read [3]  27/15 27/15 27/16
ready [1]  26/13
real [1]  4/24
really [2]  2/10 7/19
reasonable [4]  17/11 21/7 22/21 23/17
receive [3]  16/13 18/12 32/15
recognize [2]  4/21 33/21
recognizing [2]  6/1 24/25
reconstruct [1]  15/11
reconvene [1]  31/16
record [2]  2/18 34/17
recorded [1]  1/24
recover [1]  14/18
rectify [1]  20/9
regard [5]  6/22 20/12 23/21 25/24
26/16
regarding [2]  21/2 27/8
regular [1]  31/20
reinventing [1]  20/7
reiterate [2]  5/16 7/19
Related [2]  19/22 20/1
Relates [1]  1/6
relating [1]  19/21
relation [1]  21/4
relationships [1]  15/22
relative [1]  33/7
relayed [1]  5/14
relevant [1]  16/22
remain [1]  9/16
remand [2]  7/9 11/2
remanding [1]  6/15
remind [1]  14/7
removal [1]  8/5
remove [2]  8/2 9/24
removed [2]  6/13 8/3 22/7
report [5]  2/7 3/6 4/13 21/5 24/4

# R

Reporter [3]  1/21 34/14 34/21
reporting [2]  32/14 32/15
represent [2]  13/5 13/9
representative [1]  14/24
required [2]  10/20 13/11
requiring [1]  12/24
resident [3]  10/1 10/8 10/9
residents [1]  6/23
resolution [2]  10/25 11/13
resolve [1]  11/2
resolved [1]  11/3
respect [1]  10/18
result [2]  7/15 14/19
reviewed [3]  16/1 16/3 16/5
right [18]  3/23 4/8 4/12 4/22 7/3 8/18
 11/22 17/2 19/9 25/3 25/19 26/16
 26/22 28/23 30/16 31/6 32/3 32/20
road [2]  13/18 22/1
rodeo [1]  18/3
room [3]  1/21 32/7 32/25
roundabout [1]  11/6
rule [7]  2/13 8/3 21/6 22/4 22/23 26/7
 28/1
rules [1]  2/22
rulings [1]  8/6

# S

said [6]  9/23 10/21 10/22 14/22 21/23
 25/9
same [7]  6/12 7/12 8/10 11/9 11/14
 18/19 25/4
Sanofi [7]  12/11 12/13 12/16 12/17
 12/21 33/7 33/10
satisfaction [1]  20/19
satisfies [1]  20/16
saw [1]  15/23
say [9]  9/4 10/8 15/18 20/7 22/12 26/7
 27/20 28/18 31/17
saying [2]  10/14 33/23
says [2]  9/3 19/4
schedule [6]  20/25 21/6 21/22 23/16
 24/3 24/3
schedules [1]  22/16
science [4]  27/2 27/20 28/19 29/18
screen [1]  15/12
se [1]  2/21
search [1]  10/25
seated [1]  2/3
second [3]  5/8 32/12 33/19
Section [1]  1/5
see [10]  5/3 9/7 14/21 17/13 23/3 23/3
 23/10 26/10 30/18 34/9
seek [1]  21/7
seen [2]  7/25 11/10
self [1]  4/14
self-explanatory [1]  4/14
sense [1]  4/11
sent [1]  21/4
sentence [1]  21/6
separate [3]  33/8 33/10 34/6
series [2]  11/1 32/11
serve [1]  33/5
served [5]  12/21 13/17 19/2 19/15
 24/20
serves [1]  12/9
service [5]  12/11 12/16 12/24 13/11
 14/2
session [1]  27/7

set [2]  26/8 31/15
several [2]  28/18/5
sheet [4]  18/24 18/25 19/1 19/7
sheets [10]  15/10 15/16 17/5 17/10
 17/14 18/15 19/21 20/2 20/10 26/2
shoes [1]  33/19
short [2]  23/22 28/13
shortly [2]  22/7 34/9
should [5]  5/14 9/4 30/7
showing [1]  24/25
side [17]  13/22 13/23 14/10 14/11
 14/12 15/2 16/4 16/9 16/14 19/10 20/3
 22/11 24/16 26/22 28/13 33/2 33/22
sides [5]  5/14 5/25 14/16 16/18 20/16
sign [2]  24/18 25/1
signed [2]  5/23 7/21
significant [1]  25/17
similar [1]  13/8
simply [1]  21/24
since [2]  2/10 3/21
single [2]  10/24 13/24
sit [3]  2/3 28/4 29/5
sitting [1]  2/5
situation [1]  9/21
six [1]  23/3
small [1]  19/13
smoothly [1]  14/16
so [33]  4/10 5/21 6/17 7/1 8/6 9/8 9/15
 10/19 10/24 11/7 11/25 12/21 13/10
 13/24 14/1 15/12 16/25 17/4 17/15
 18/19 19/3 19/24 20/10 20/17 23/11
 23/13 24/16 24/19 25/15 27/24 28/8
 31/11 32/9
software [1]  1/25
solutions [1]  2/15
some [40]
somebody [5]  20/18 24/21 33/4 33/14
 34/2
something [12]  2/25 3/1 13/5 18/16
 19/24 20/22 20/6 21/24 22/9 22/25
 27/15 28/18
soon [1]  31/3
sooner [2]  31/6 31/11
sorry [1]  12/14
sort [4]  2/16 23/1 24/24 26/2
sought [1]  8/13
sounded [1]  24/9
source [1]  25/13
special [1]  11/1
specific [2]  10/12 34/1
specificity [1]  26/18
spending [1]  25/11
spoken [3]  24/8 27/2 28/14
St. [4]  7/2 7/6 8/4 10/12
St. Louis [4]  7/2 7/6 8/4 10/12
staff [2]  27/22 32/6
standpoint [2]  4/18 4/23
start [2]  15/3 28/22
started [1]  27/12
starting [1]  27/21
state [30]  4/15 4/16 4/17 4/20 4/21 5/5
 5/10 5/17 5/18 6/16 6/7 6/8 6/16
 6/18 6/22 6/25 8/2 8/8 8/19 9/3 9/5 9/9
 9/16 10/3 10/4 10/18 11/11 25/21 27/9
state/federal [2]  4/15 4/16
states [5]  1/1 1/10 5/19 6/4 34/14
stating [2]  6/5 9/19
status [6]  1/8 2/20 30/22 31/2 31/20
 32/13
steering [6]  1/9 7/21 12/1 12/3 12/5

21/8
stenography [1]  1/24
step [2]  19/22 33/19
stick [1]  23/13
still [2]  28/8 31/9
stopping [1]  32/4
straight [1]  22/13
streamline [2]  10/23 11/5
streamlining [3]  11/9 11/12 14/15
Street [3]  1/14 1/19 1/21
stresses [1]  4/24
strive [1]  15/22
strongly [1]  11/10
subcommittees [1]  12/3
subject [3]  14/17 26/5 27/25
submissions [2]  15/17 16/2
submit [4]  19/6 23/9 23/17 25/2
submitted [3]  3/7 5/23 23/25
substantively [2]  2/13 28/1
such [7]  3/2 3/2 12/25 13/13 18/5 18/6
 29/14
such-and-such [1]  3/2
suggest [1]  20/10
suggestions [3]  2/15 5/25 17/8
Sugundo [1]  1/17
Suite [2]  1/14 1/19
supposed [4]  3/4 29/2 30/2 30/3
sure [5]  2/20 2/21 4/4 4/4 5/7 6/24
 19/16 24/20 31/7
surgery [1]  28/21

# T

tacked [1]  9/5
tacking [1]  10/8
take [3]  9/1 12/2 12/16
taken [1]  17/11
taking [1]  11/6
talk [10]  6/11 17/9 18/17 24/23 29/9
 29/11 30/20 32/25 33/10 34/3
talked [5]  7/1 31/11 31/18 32/21 33/8
talking [7]  9/2 10/13 22/24 23/2 26/17
 28/8 33/20
tapping [1]  15/12
TAXOTERE [1]  1/4
tee [1]  3/3
teeth [1]  16/19
tell [2]  16/9 20/20
terms [2]  25/15 31/10
than [9]  7/16 15/8 17/1 17/21 30/6
 30/15 31/7 32/2 34/2
Thank [5]  4/3 14/4 20/22 32/18 34/7
that [210]
that's [39]
their [13]  6/7 10/19 13/6 13/20 18/2
 18/16 22/16 25/14 25/15 29/21 33/13
 33/13 33/19
them [22]  3/18 6/13 8/2 8/20 9/11 9/24
 13/9 13/22 16/5 16/8 16/11 16/12
 16/13 16/15 16/16 17/13 24/6 27/4
 31/4 31/6 31/11 31/21
then [16]  9/10 10/4 10/9 11/2 13/18
 13/21 20/19 23/18 24/15 26/14 27/18
 29/17 30/10 31/5 32/13 33/23
there [30]  3/10 4/17 4/19 4/21 4/24
 5/17 7/1 7/1 7/5 7/6 7/14 7/20 8/10
 10/2 10/14 10/14 11/9 11/14 11/20
 13/4 13/25 16/7 17/19 17/23 23/1
 24/25 27/7 30/1 32/5 33/21
there's [12]  3/13 4/11 6/6 6/6 6/23 8/8
 9/9 10/3 13/4 27/14 29/16 32/4

**T**

thereafter [1] 22/7
these [5] 2/4 2/12 7/23 13/15 17/24 30/8 33/17
they [31] 5/13 5/14 6/15 8/4 8/5 8/17 9/5 9/15 9/24 10/1 10/20 12/22 13/5 13/5 13/6 13/6 13/7 13/11 13/17 13/18 15/6 15/7 16/8 21/19 22/13 22/13 22/15 25/4 25/12 27/4 32/17
thing [9] 10/5 21/23 22/16 22/21 22/25 23/15 26/7 27/10 32/19
things [18] 2/6 2/8 2/9 2/16 4/11 13/22 15/8 15/23 19/5 19/8 21/25 25/23 26/2 29/12 30/3 30/8 32/17 34/3
think [45]
thinking [1] 28/17
this [82]
those [33] 2/17 3/12 3/18 4/11 4/25 5/1 6/23 7/9 7/9 8/7 8/13 8/18 8/19 9/9 9/15 9/24 10/15 11/3 11/19 11/20 12/24 13/2 17/6 17/13 18/12 18/19 19/4 19/5 21/1 24/22 29/12 32/23 33/12
though [1] 17/12
thought [3] 17/12 21/16 31/15
three [1] 30/9
through [10] 2/6 3/11 3/12 4/6 6/20 10/25 11/19 11/25 13/11 29/6
thus [1] 6/6
till [2] 3/17 3/17
time [13] 2/10 13/4 14/20 15/21 15/21 16/6 16/24 17/9 20/13 22/15 25/11 29/10 31/15
times [2] 16/5 31/21
timewise [2] 20/13 20/14
timing [4] 18/25 19/1 19/23 21/2
tinkered [1] 17/5
today [8] 2/25 3/1 8/22 9/14 11/17 14/25 23/12 23/14
together [8] 10/24 20/17 27/13 28/9 28/18 30/7 30/18 33/10
told [5] 2/11 25/12 27/3 27/9 29/20
tolling [1] 22/17
Toni [4] 1/21 34/13 34/20 34/20
too [7] 14/14 19/20 26/17 28/17 30/11 30/16 32/10
top [1] 22/3
topic [2] 25/22 25/22
topics [3] 3/10 3/13 28/14
totally [1] 28/2
towards [2] 15/23 27/4
toxic [1] 30/6
tracks [3] 33/8 33/10 34/6
transcript [2] 2/19 34/16
transcription [1] 1/25
transfer [1] 8/5
transmit [1] 24/15
treatise [1] 27/14
treatment [1] 28/21
treaty [1] 13/12
tried [3] 6/16 17/1 17/11
trigger [2] 19/1 19/6
true [2] 33/18 34/15
truly [1] 4/25
trust [2] 4/1 18/5
try [6] 2/14 9/25 10/23 11/1 16/24 20/9
trying [3] 10/19 19/17 22/11
Tusa [4] 1/21 34/13 34/20 34/20
two [3] 14/21 16/11 28/23

types [1] 2/17
typically [1] 2/3

**U**

unacceptable [1] 21/25
uncommon [2] 13/3 31/10
under [7] 7/8 8/2 13/12 13/12 14/7 22/3 22/22
understand [20] 2/8 2/22 5/21 6/17 7/11 8/16 10/14 10/15 11/10 12/19 13/15 14/25 16/20 16/21 17/17 17/18 17/19 21/20 27/24 31/21
understandable [1] 10/11
understanding [3] 25/13 28/12 34/16
understood [6] 6/21 9/20 11/8 20/22 30/13 32/18
undisputed [2] 28/7 28/19
Unfortunately [1] 15/20
unhelpful [1] 28/2
uniform [1] 8/6
UNITED [3] 1/1 1/10 34/14
universe [1] 32/14
unless [3] 9/6 11/19 20/20
unnecessarily [1] 22/11
until [3] 28/2 29/14 31/7
untouched [1] 17/4
up [16] 2/5 3/3 5/2 6/7 6/15 7/21 12/17 19/8 23/16 25/1 25/16 29/14 30/19 31/14 31/15 33/17
upcoming [1] 31/13
upon [2] 17/4 28/6
Urquhart [1] 1/18
us [16] 2/14 2/16 3/19 4/1 4/2 4/9 4/25 5/1 5/8 5/10 11/24 16/20 18/13 22/12 24/24 33/9
use [6] 9/11 11/5 14/11 17/14 27/21 29/24
used [9] 5/25 8/22 9/14 11/4 14/12 15/6 27/6 28/21 29/3
using [4] 1/24 14/24 15/6 15/6

**V**

variety [1] 34/3
various [1] 12/3
version [4] 15/11 16/2 29/6 29/7
very [11] 7/13 14/12 14/16 14/19 17/25 20/2 25/25 27/4 30/5 31/19 33/11
view [4] 27/6 27/21 28/8 32/13
volume [1] 17/23

**W**

wait [2] 25/21 25/22
waiting [1] 24/14
waiver [1] 12/15
walk [2] 3/12 4/6
want [40]
wanted [9] 3/11 7/18 12/1 14/7 15/24 24/24 32/23 32/24 34/5
warning [1] 30/2
warnings [2] 29/14 29/19
was [34] 5/23 6/3 6/3 7/19 8/12 9/13 10/7 10/8 11/18 14/2 15/8 16/7 17/3 17/4 20/7 20/11 20/24 21/3 21/6 22/2 22/4 22/6 22/8 24/14 28/1 28/17 29/3 29/12 29/20 30/1 30/2 31/12 32/20
wasn't [2] 21/17 30/3
way [14] 2/5 2/23 4/25 11/6 17/13 17/24 18/7 19/7 27/24 28/5 28/16 30/1 32/5 34/7

we [212]
we'll [18] 16/12
weighted [1] 20/14
well [20] 2/20 3/1 4/23 5/5 5/7 4 8/21 8/24 13/5 15/16 17/16 21/11 24/10 25/6 26/11 27/5 28/16 29/25 31/7 31/23 33/20
went [1] 24/10
were [7] 4/20 8/11 16/3 17/7 17/8 19/15 20/25
what [59]
what's [2] 12/15 23/7
whatever [6] 13/8 13/11 20/15 20/15 25/2 29/4
whatnot [2] 18/16 28/25
wheel [1] 20/8
when [11] 15/3 16/11 16/12 17/9 17/13 21/4 26/10 27/20 28/20 29/11 31/11
where [14] 3/15 6/7 9/9 9/9 9/21 10/18 10/20 13/20 20/8 20/13 24/17 27/7 28/5 32/14
whether [11] 6/3 7/7 10/25 21/12 23/8 27/14 30/1 30/2 30/2 30/6 32/24
which [12] 5/1 6/24 7/6 11/5 13/20 16/3 16/6 25/14 30/25 32/12 32/13 33/11
who [19] 4/21 8/13 8/24 11/21 12/4 13/7 13/16 14/25 15/3 18/13 21/9 21/18 22/12 24/19 24/21 31/10 32/16 33/12 33/14
why [4] 16/20 17/17 28/24 31/11
will [60]
wind [2] 6/7 6/15
within [1] 25/14
without [3] 3/19 28/6 32/5
witnesses [1] 28/25
won't [1] 17/12
word [6] 8/21 9/11 9/12 9/13 11/4 27/21
words [1] 9/6
work [6] 15/19 18/13 18/14 20/15 29/2 30/18
worked [1] 19/24
working [4] 11/25 15/22 24/16 27/4
works [1] 29/11
worse [1] 17/16
would [34] 6/7 6/12 8/23 11/19 12/20 12/23 13/20 13/21 15/18 18/21 20/10 21/5 22/3 22/17 23/14 25/1 25/2 25/3 27/3 27/18 27/18 28/2 28/3 29/5 29/5 30/1 31/4 31/6 31/11 31/15 31/19 33/5 33/9 34/6

**X**

Xarelto [3] 14/12 15/7 15/9

**Y**

y'all [2] 2/3 18/6
years [2] 20/21 33/15
yellow [1] 17/6
yes [11] 5/12 5/17 12/14 12/23 20/4 21/22 25/7 30/24 31/25 33/23 34/5
yet [2] 18/17 24/19
you [94]
you're [2] 18/4 26/16
your [54]
Your Honor [32] 3/8 3/11 4/18 4/23 5/2 7/18 8/16 8/17 9/20 10/14 11/8 11/15 12/12 12/20 14/5 14/9 15/15 15/16 18/19 20/22 20/25 21/11 24/6 24/13 26/21 26/24 28/11 30/23 31/1 32/19

Y
Your Honor... [2]  33/6 33/8
Your Honor's [1]  18/24