# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 2:16-md-02740-KDE-MBN<br><br>MDL No. 2740 |

THIS DOCUMENT RELATES TO ALL CASES WHERE EAGLE PHARMACEUTICALS, INC. IS NAMED AS A DEFENDANT

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Jay P. Lefkowitz of the law firm Kirkland & Ellis LLP as counsel for Defendant Eagle Pharmaceuticals, Inc.[1]

DATED:  March 2, 2017

Respectfully submitted,

/s/ Jay P. Lefkowitz_____
Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
lefkowitz@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Defendant Eagle Pharmaceuticals, Inc.*

---

[1] By filing this notice of appearance, Eagle Pharmaceuticals, Inc. does not waive any right to object to service, venue, or jurisdiction.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of all such filing to all CM/ECF participants.


DATED:  March 2, 2017                    /s/ Jay P. Lefkowitz
                                         Jay P. Lefkowitz