# March 6, 2017 Meeting of Liaison Counsel Agenda

1. Filing of State Court Cases by PSC

    a. City of St. Louis

    b. Delaware

    c. California

2. MDL Centrality Order and PFS/DFS Implementation Order

3. Disclosure of Third-Party Funding by Plaintiffs

4. Voluntary Dismissal of Claims/Potential Order

5. Lack of Product Identification/Filing of Cases Not Properly Vetted

6. Settlement Counsel Meeting – March 7, 2017 (NYC)

7. Service on All Defendants Per Court Order/Appearance of Counsel/ Waivers of Service- Streamlined Service

8. Defendants' Liaison Counsel for 505(b)(2) Defendants

9. Science Day

10. Status of ESI

Exhibit "A"