UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Pursuant to MDL Pretrial Order #1 (Dkt. No. 4), kindly enter my appearance as counsel for *Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC.*, in the above-captioned matters.

DATED:    March 8, 2017

                                        Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.

                                         /s/ Patrick Oot.
                                        Patrick L. Oot, Jr.
                                        1155 F Street NW
                                        Suite 200
                                        Washington, DC 20004
                                        Telephone:    202-639-5645
                                        Facsimile:     202-783-4211
                                        Email:            oot@shb.com

                                        *Attorney for Defendants Sanofi U.S.*
                                        *Services Inc. and sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:     March 8, 2017

                                                              /s/ Patrick Oot.
                                                            Patrick L. Oot, Jr.