UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| *This filing pertains to all cases where* | * | |
| *Accord Healthcare, Inc. is named* | * | JUDGE KURT D. ENGLEHARDT |
| *as a defendant* | * | |
| | * | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard W. Wolff of the law firm Keogh, Cox & Wilson, Ltd. as additional counsel for Defendant, Accord Healthcare, Inc.

RESPECTFULLY SUBMITTED:

BY:  /s/John P. Wolff, III
JOHN P. WOLFF, III, TA #14504
NANCY B. GILBERT, Bar #23095
CHAD A. SULLIVAN, Bar #27657
RICHARD W. WOLFF, Bar #34844
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Fax: (225) 343-9612
***Attorneys for Defendant, Accord Healthcare, Inc.***
Email: jwolff@keoghcox.com
   ngilbert@keoghcox.com
   csullivan@keoghcox.com
   rwolff@keoghcox.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed, and/or by electronic transmission and/or facsimile transmission.

    Baton Rouge, Louisiana, this <u>  9th  </u> day of <u>March, 2017.</u>

                         <u>  /s/John P. Wolff, III  </u>
                           JOHN P. WOLFF, III