UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE KURT D. ENGELHARDT |

**JOINT NOMINATION FOR DEFENSE LIAISON COUNSEL**

NOW INTO COURT, through undersigned counsel, come Defendants Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. ("Hospira"), Pfizer Inc. ("Pfizer"), and Sandoz Inc., who jointly hereby nominate John F. Olinde of the law firm of Chaffe McCall, L.L.P., as Defense Liaison Counsel, to serve with current Defense Liaison Counsel Douglas J. Moore. Mr. Olinde seeks confirmation pursuant to paragraph 1 of PTO No. 21 to serve as Defense Liaison Counsel for the generic/505(b)(2) defendants.[1]

Mr. Olinde understands the responsibilities and the commitment required to serve as liaison counsel because he currently serves in a similar role as liaison and local counsel for the Bayer defendants in MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation* (Xarelto MDL), pending before the Honorable Eldon E. Fallon. In that litigation, Mr. Olinde has worked successfully with the Court, liaison counsel, and lead counsel for the past two years to

---

[1] Mr. Olinde is counsel for Hospira and Pfizer in the cases filed in, transferred to, or to be transferred to this MDL. Hospira, Pfizer, and Sandoz Inc. do not waive any rights, including objections to jurisdiction, venue and service, by making this nomination.

help create the structure of the MDL, communicate with counsel, and resolve issues as they emerge.

Mr. Olinde has read the duties of liaison counsel set forth in paragraph 15 of PTO No. 1 and commits to being available to fulfill those responsibilities. He has the time and can bring the knowledge and experience that is necessary to act as liaison between the Court and the generic/505(b)(2) defendants.

Mr. Olinde has worked professionally and successfully with Plaintiffs' Co-Liaison Counsel, Dawn Barrios and Palmer Lambert, and their respective law firms for many years. Mr. Lambert's law partner is Plaintiffs' Co-Liaison Counsel in the Xarelto MDL, and Ms. Barrios serves in that litigation as State Liaison Counsel. Mr. Olinde knows Mr. Moore and has worked with his law firm in many different litigations, including the Xarelto MDL. Mr. Olinde also knows professionally and personally many of the attorneys who represent the generic/505(b)(2) defendants.

Mr. Olinde and Chaffe McCall, L.L.P. have served as local, regional, and national counsel for major pharmaceutical, medical device, and product manufacturers and have been involved in over 30 MDLs.[2] Mr. Olinde and the current staff of Chaffe McCall, L.L.P. were involved extensively in the *In Re Genetically Modified Rice Litigation*, MDL No. 1811, United States District Court, Eastern District of Missouri, and Mr. Olinde served as co-trial counsel in one of the bellwether cases.

The attorneys and staff at Chaffe McCall, L.L.P. have the experience and will provide the necessary support for communication with the Court and counsel as set forth in paragraph 15 of PTO No. 1.

---

[2] Mr. Olinde's curriculum vitae is attached hereto as Exhibit A.

WHEREFORE, Defendants Hospira, Pfizer, and Sandoz Inc., pray that the Court accept their nomination for Defendants' Liaison Counsel for the generic/505(b)(2) defendants and appoint John F. Olinde, Chaffe McCall, L.L.P., to this position.

Respectfully submitted,

By: */s/ Mark S. Cheffo*
    Mark S. Cheffo
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: markcheffo@quinnemanuel.com

By: */s/ John F. Olinde*
    John F. Olinde (LA Bar #1515)
    Peter J. Rotolo (LA Bar #21848)
CHAFFE MCCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 585-7000
Fax: (504) 585-7075
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc.*

And

By: */s/ R. Clifton Merrell*
    R. Clifton Merrell
    Lori G. Cohen
    Evan C. Holden
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Fax: (678) 553-2212
Email: merrellc@gtlaw.com

By: /s/ *Deborah B. Rouen*
   Deborah B. Rouen (La. Bar #2084)
   E. Paige Sensenbrenner (La. Bar #18429)
ADAMS AND REESE LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
Phone: (504) 585-0257
Fax: (504) 566-0210
Email: Debbie.Rouen@arlaw.com

*Attorneys for Defendant Sandoz Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2017, I electronically filed the foregoing Joint Nomination for Defense Liaison Counsel with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

*/s/ Mark S. Cheffo*