# EXHIBIT A



# John F. Olinde

Partner

Attorney Contact

T: (504) 585-7241
F: (504) 544-6084
olinde@chaffe.com

For over thirty years, John Olinde has represented clients in a wide variety of civil actions and disputes. He served as the Managing Partner of Chaffe McCall (2012-2015). John focuses his practice on product-liability defense, including the defense of pharmaceutical and medical-device claims, and handling insurance matters, construction claims, and general casualty litigation. In addition, John works as regional and local counsel in the area of complex litigation and has been involved in many different MDL matters.

Education

J.D., Louisiana State University Law Center
B.B.A., Emory University

Professional Memberships

American Bar Association
Defense Research Institute
Federal Bar Association
International Association of Defense Counsel
Louisiana Association of Defense Counsel
Louisiana Bar Foundation
Product Liability Advisory Council

Bar Admissions

Louisiana
U.S. District Courts for the Eastern, Middle, and Western Districts of Louisiana
U.S. Court of Appeals for the Fifth Circuit

Representative Matters and Experience

- Louisiana Counsel and/or Liaison Counsel or on Discovery, Expert and Trial Teams in Multi-District Litigation, including those involving Xarelto, GMO Rice, Yaz/Yasmin, Mirena, Trasylol, Magnavist, Baycol, Phenylpropanolamine (PPA), and Factor VIII
- Trial counsel for pharmaceutical and medical device manufacturers of a variety of products, including antibiotics, pain medication, catheters, stents, surgical sponges, birth control products, erectile dysfunction medication, atherectomy devices, blood thinners, NSAID's, muscle relaxers, foot pads, eye drops, and aspirin
- National trial counsel for an independent standards organization in smoke alarm litigation
- National trial counsel for a major manufacturer of small business machines
- National trial counsel for a major telecommunications company in Rounding-Up litigation
- Louisiana trial counsel for manufacturers involving many different products, including mobile hydraulic cranes, auto parts, food packaging, and ceramic tile
- Louisiana trial counsel for a major hotel management company regarding liability claims
- Trial counsel in construction litigation matters, including contract disputes, insurance claims, liens, and personal injuries

Honors and Awards

- Selected for inclusion in *The Best Lawyers in America* for Product Liability Litigation – Defendants and Mass Tort Litigation/Class Actions – Defendants, 2012- Present
- Selected for inclusion in *Louisiana Super Lawyers,* 2007, 2013 – Present
- Named as a Top Lawyer in Product Liability and Mass Tort Litigation/Class Actions by *New Orleans Magazine,* 2012 – Present
- Named as *City Business* Leadership in Law Honoree, 2007
- AV Preeminent® Peer Review Rating in Martindale-Hubbell
- Selected as Louisiana State University Law Center Hall of Fame, 1987
- Order of the Coif

Community Involvement

- Louisiana State Bar Association, Client Assistance Fund Committee, 1983 – Present
- Safety Net Committee, United Way, 2011 – Present
- Rotary New Orleans, President, 2015 – 2016; President Elect, 2014 – 2015; Board of Directors, 2011 – 2017; Secretary, 2012 – 2013