UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT |
| *THIS DOCUMENT RELATES TO:* ALL CASES | | |

## ORDER

Considering the foregoing joint motion of Defendants Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Pfizer Inc., and Sandoz Inc.,

IT IS ORDERED that the nomination of John F. Olinde as Defense Liaison Counsel to serve with current Defense Liaison Counsel Douglas J. Moore is hereby granted.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT