## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2740 |
| | § | SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* | § | |
| *Gail Slade v. Sanofi S.A., et al.,* | § | HON. KURT D. ENGELHARDT |
| No. 2:16-cv-15571 | § | |
| | § | |
| *This document also pertains to all cases* | § | |
| *where Hospira Worldwide, LLC is named as* | § | |
| *a defendant* | § | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendant Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., in the above-captioned matters.[1]

DATED:  March 13, 2017

Respectfully submitted,

/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
maracuskergonzalez@quinnemanuel.com

*Attorney for Defendant Hospira Worldwide, LLC*

---

[1]  By filing this appearance, Defendant Hospira Worldwide, LLC is not waiving any right to object to improper service, venue, or jurisdiction.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  March 13, 2017

/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez