UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | § <br> § <br> § | **MDL NO. 2740** |
| *THIS DOCUMENT RELATES TO:* <br> *Sherrell Allen v. Sanofi S.A., et al.,* <br> *No. 2:16-cv-17203* | § <br> § <br> § <br> § | **SECTION "N" (5)** <br><br> **HON. KURT D. ENGELHARDT** |

*This document also pertains to all cases*
*where Pfizer Inc. is named as a defendant*

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Pfizer Inc. in the above-captioned matter.[1]

DATED: March 13, 2017                  Respectfully submitted,

                                                    /s/ Mara Cusker Gonzalez
                                                    Mara Cusker Gonzalez
                                                    QUINN EMANUEL
                                                      URQUHART & SULLIVAN, LLP
                                                    51 Madison Avenue, 22nd Floor
                                                    New York, NY 10010
                                                    Telephone: (212) 849-7000
                                                    Facsimile: (212) 849-7100
                                                    maracuskergonzalez@quinnemanuel.com

                                                    *Attorney for Defendant Pfizer Inc.*

---

[1] By filing this appearance, Pfizer Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 13, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  March 13, 2017

                                           /s/ Mara Cusker Gonzalez
                                           Mara Cusker Gonzalez