UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case 2:16-md-02740-KDE-MBN<br>MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Medici v. Sanofi S.A., et al.*, Case No. 2:16-cv-15569-KDE-MBN

## NOTICE OF APPEARANCE

Please enter the appearance of Beth K. Toberman, Esq., of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

Respectfully submitted,

*/s/ Beth K. Toberman*
Beth K. Toberman
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
tobermanb@gtlaw.com

**Counsel for Defendant Sandoz Inc.**

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

ATL 21946373v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Beth K. Toberman*
Beth K. Toberman