MINUTE ENTRY
NORTH, M.J.
MARCH 16, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

　　　The Court held a lengthy status conference concerning the parties' efforts to craft an ESI Protocol in this matter.  Attending were:

| PRESENT: | Karen Menzies | Zachary Wool | Dawn Barrios |
|---|---|---|---|
| | Chris Coffin | Richard Wolff | Hunter Shkolnik |
| | Anne Andrews | Larry Centola | R. Clifton Merrell |
| | Patrick Oot | Douglas Moore | Andrew Lemmon |
| | Kathleen Kelly | Michael Suffern | Harley Ratliff |
| | John Olinde | Jeffrey Schaefer | Debbie Rouen |
| | Beth Toberman | Habib Nasrullah | |

　　　As stated in detail on the record at the hearing, within the next 30 days, counsel for Plaintiffs and counsel for Sanofi are to meet and confer for the purposes of:  (1) submitting a joint proposed protective order to govern discovery in the case going forward and (2) resolving the outstanding issues in dispute concerning the draft ESI Protocol, consistent with the guidance provided by the Court at the status conference.  In addition, counsel for Sanofi are to provide a good-faith response to Plaintiffs' March 7, 2017 request for information in order to better inform the parties' discussions concerning completion of an ESI Protocol. Disclosures made by any defendant as part of these discussions, including but not limited to

MJSTAR (03:00)

any response by Sanofi to the March 7, 2017 letter request, will be subject to the terms of the Protective Order eventually entered by this Court. Counsel for Plaintiffs and Sanofi are to contact the Court no later than April 17, 2017 to advise the Court as to progress made on these tasks.

Within the next 45 days, and soon as practicable, counsel for Plaintiffs will meet and confer with counsel for each of the remaining Defendants to discuss issues of proportionality, scope and timing of ESI as to those Defendants and are to be guided in those discussions by the detailed statements made by the Court on the record.

A Discovery Status conference as to all parties will be held before this Court on Tuesday, May 16, 2017 at 9:00 a.m. Liaison counsel shall contact the Court no later than a week in advance of that conference to discuss whether the conference should go forward as scheduled and, if so, the agenda for the conference.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE
