MINUTE ENTRY
ENGELHARDT, J.
March 17, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

       A status conference was conducted on Friday, March 17, 2017, at 8:30 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants.

(JS10: 0:30)