MINUTE ENTRY
ENGELHARDT, J.
March 17, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

      A status conference was conducted on Friday, March 17, 2017, at 9:00 a.m. with plaintiff and defendant steering committee attorneys. A complete list of attendees is attached hereto.

**Court Reporter:** Cathy Pepper

(JS10: 0:45)