# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

## DATE: MARCH 17, 2017

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | DMB | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | MPL | Plaintiff's Liaison Counsel | |
| Christopher Coffin | CJC | Plaintiffs' Steering Committee Member | |
| Karen Menzies | KBM | Plaintiffs' Steering Committee Member | |
| Anne Andrews | AA | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | MK | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | JC | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | Not Attending | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | (signature) | Plaintiffs' Steering Committee Member | |

1

| Name | Signature | Role |
|---|---|---|
| Andrew Lemmon | | Plaintiffs' Steering Committee Member |
| Abby McClellan | *[signature]* | Plaintiffs' Steering Committee Member |
| Daniel Markoff | NOT ATTENDING | Plaintiffs' Steering Committee Member |
| David Miceli | *[signature]* | Plaintiffs' Steering Committee Member |
| Rand Nolen | *[signature]* | Plaintiffs' Steering Committee Member |
| Hunter Shkolnik | *[signature]* | Plaintiffs' Steering Committee Member |
| Genevieve Zimmerman | NOT ATTENDING | Plaintiffs' Steering Committee Member |
| Douglas J. Moore | *[signature]* | Defendants' Liaison Counsel |
| Jon Strongman | NOT ATTENDING | Defendants' Steering Committee Member **(Sanofi)** |
| Harley Ratlif | *[signature]* | Defendants' Steering Committee Member **(Sanofi)** |
| Mark Cheffo | | Defendants' Steering Committee Member **(Pfizer and Hospira)** |
| John Olinde | J.O. | Defendants' Liaison Counsel |
| Cliff Merrill | *[signature]* | Defendants' Steering Committee Member **(Sandoz)** |
| Debbie Rouen | | Defendants' Steering Committee Member **(Sandoz)** |

| Name | Signature | Role |
|---|---|---|
| Chad Sullivan | *[signed]* | Defendants' Steering Committee Member (**Accord Healthcare, Inc.** |
| Michael Suffern | *[signed]* | Defendants' Steering Committee Member (**Actavis Pharma, Inc.** |
| Habib Nasrullah | *[signed]* | Defendants' Steering Committee Member (**Northstar Rx LLC)** |
| Dmitriy Tishyevich | *[signed]* | Defendants' Steering Committee Member (**Eagle Pharmaceuticals, Inc.)** |
| Erin Bosman | | Defendants' Steering Committee Member (**McKesson Corporation d/b/a McKesson Packaging)** |
| Geoffrey Coan | Not Attending | Defendants' Steering Committee Member (**Sun Pharma Global, Inc.)** |

*Handwritten annotations:* "Kathleen Kelly Substitute" and signature "Hunter Shkolnik (NDY)"

3