PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                                 16 md 2740

_____  Magistrate: _____
DEFENDANT(S)

TAXOTERE (General meeting)

*********************************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: 3-17-17          TIME: 10 AM

**PLEASE PRINT**     **PLEASE PRINT**     **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| BEN GORDON | LEVIN PAP | π's Settlement Committee |
| Jake Woody | Brown Greer | N/A |
| Val Exnicios | Liska, Exnicios & Nungesser | Plaintiffs |
| Irving Warshauer | Gainsburgh Benjamin | Plaintiff Settlement Comm. |
| Dmitriy Tishyevich | Kirkland & Ellis LLP | Eagle Pharmaceuticals, Inc. |
| Chad A Sullivan | Keogh Cox | Accord Healthcare, Inc |

1

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

_____  
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: _____

VERSUS

_____  
DEFENDANT(S)

Magistrate: _____

*****************************************************************************

CONFERENCE: _____ PRE-TRIAL     _____ STATUS     _____ SETTLEMENT

DATE: _____     TIME: _____

**PLEASE PRINT**     **PLEASE PRINT**     **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| David Miceli | Simmons Hanly Conroy | PSC/PEC |
| Mike Stag | Smith Stag | PSC |
| Merritt Cunningham | Smith Stag | PSC |
| Palmer Lambert | Gainsburgh | PLC |
| Harley | Shook | Sanofi |
| Adrienne Byard | Shook | Sanofi |

2

PTO Received: _____

Trial Set: _____
                    Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

*************************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____    TIME: _____

## PLEASE PRINT     PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Kyle Bachus | Bachus Schanker | π PSC |
| Rand Nolen | Fleming Nolen Jez | π PSC |
| Lawrence Centola | Martzell Bickford / Centola | PSC |
| Emily Jeffcott | The Lambert Firm | PSC |
| Patrick Oot | Shook Hardy & Bacon LLP | Sanofi |
| Kelly Brilleaux | Irwin Fritchie | Defense Liaison |

3

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL  ____ STATUS  ____ SETTLEMENT

DATE: _____  TIME: _____

## PLEASE PRINT     PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Michael J Suffern | Ulmer & Berne LLP | Actavis Pharma, Inc. |
| Abby McClellan | Stueve Siegel Hanson LLP | π |
| Hunter Shkolnik | Napoli Shkolnik | π |
| Anne Andrews | Andrews Thornton | P |
| Betsy Bernard | Higgins Rozmon / Morris Bart | Plaintiffs |
| Lauren Godshall | Morris Bart | Plaintiffs |

4

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: \_\_\_\_\_ PRE-TRIAL    \_\_\_\_\_ STATUS    \_\_\_\_\_ SETTLEMENT

DATE: _____    TIME: _____

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Karen Barth Menzies | Gibbs Law Group | π / PSC |
| Dawn Barrios | Barrios Kingsdorf | π / PLC |
| Douglas Moore | Irwin | Δ / DLC |
| Chris Coffin |  | π |
| Darin Schanker | Bachus & Schanker | π |
| Roma Petkauskas | BrownGreer | N/A |

5

PTO Received: _____

Trial Set: _____
                         Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL  _____ STATUS  _____ SETTLEMENT

DATE: _____   TIME: _____

**PLEASE PRINT**     **PLEASE PRINT**     **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Dennis Reich | Reich and Binstock | πs |
| Cliff Merrell | Greenberg Traurig | Δ Sandoz, Inc. |
| Lori Cohen | Greenberg Traurig | Δ Sandoz, Inc. |
| Debbie Rouen | Adams and Reese | Δ Sandoz, Inc. |
| Dena White | Barrios Kingsdorf | πs |
| Lance Unglesby | Unglesby & Greenbay | πs |

6