# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| LISA MORRIS & BYRON MORRIS, | MAG. JUDGE NORTH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| | Civil Action No.: 2:16-cv-17405 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, And doing business as WINTHROP U.S.; and | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action without prejudice.

Dated: March 23, 2017         Respectfully submitted,

/s/ *T. Aaron Stringer*_____
T. Aaron Stringer
LOWE LAW GROUP
6028 S. Ridgeline Dr., Suite 200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
aaron@lowelawgroup.com
UT-12681
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2017, a copy of the foregoing Notice was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                                       /s/ *T. Aaron Stringer*
                                                                        Attorney for Plaintiff