1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3      ****************************************************************

4      IN RE:  TAXOTERE
       (DOCETAXEL) PRODUCTS
5      LIABILITY LITIGATION

6                              CIVIL ACTION NO. 16-MD-2740 "N"
                               NEW ORLEANS, LOUISIANA
7                              FRIDAY, MARCH 17, 2017, 10:00 A.M.

8      THIS DOCUMENT RELATES TO:
       ALL CASES
9
       ****************************************************************
10

11           TRANSCRIPT OF GENERAL STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
12                    UNITED STATES DISTRICT JUDGE

13

14     APPEARANCES:

15

16     FOR THE PLAINTIFFS:         BARRIOS KINGSDORF & CASTEIX
                                   BY:   DAWN M. BARRIOS, ESQ.
17                                 701 POYDRAS STREET, SUITE 3650
                                   NEW ORLEANS, LOUISIANA 70139
18

19
                                   GAINSBURGH BENJAMIN DAVID
20                                 MEUNIER & WARSHAUER
                                   BY:  M. PALMER LAMBERT, ESQ.
21                                      IRVING J. WARSHAUER, ESQ.
                                   1100 POYDRAS STREET, SUITE 2800
22                                 NEW ORLEANS, LOUISIANA 70163

23

24                                 PENDLEY BAUDIN & COFFIN
                                   BY:  CHRISTOPHER L. COFFIN, ESQ.
25                                 1515 POYDRAS STREET, SUITE 1400
                                   NEW ORLEANS, LOUISIANA 70112

                         ***OFFICIAL TRANSCRIPT***

```
 1      APPEARANCES CONTINUED:

 2

 3                           LEVIN PAPANTONIO THOMAS
                             MITCHELL RAFFERTY & PROCTOR
 4                           BY:  BENJAMIN W. GORDON, ESQ.
                             316 S. BAYLEN STREET, SUITE 600
 5                           PENSACOLA, FLORIDA 32502

 6

 7                           GIBBS LAW GROUP
                             BY:  KAREN B. MENZIES, ESQ.
 8                           400 CONTINENTAL BOULEVARD
                             6TH FLOOR
 9                           EL SUGUNDO, CALIFORNIA 90245

10

11                           NAPOLI SHKOLNIK
                             BY:  HUNTER J. SHKOLNIK, ESQ.
12                           360 LEXINGTON AVENUE
                             11TH FLOOR
13                           NEW YORK, NEW YORK 10017

14

15                           LISKA EXNICIOS & NUNGESSER
                             BY:  VAL P. EXNICIOS, ESQ.
16                           1515 POYDRAS STREET
                             SUITE 1400
17                           NEW ORLEANS, LOUISIANA 70112

18

19                           SIMMONS HANLY CONROY
                             BY:  DAVID F. MICELI, ESQ.
20                           ONE COURT STREET
                             ALTON, ILLINOIS 62002

21

22                           BACHUS & SCHANKER
                             BY:  J. KYLE BACHUS, ESQ.
23                           1899 WYNKOOP STREET
                             SUITE 700
24                           DENVER, COLORADO 80202

25
```

*OFFICIAL TRANSCRIPT*

1   APPEARANCES CONTINUED:

2

3                           FLEMING, NOLEN & JEZ
                            BY:  RAND P. NOLEN, ESQ.
4                           2800 POST OAK BOULEVARD
                            SUITE 4000
5                           HOUSTON, TEXAS 77056

6

7                           MARTZELL BICKFORD & CENTOLA
                            BY:  LAWRENCE J. CENTOLA, ESQ.
8                           338 LAFAYETTE STREET
                            NEW ORLEANS, LOUISIANA 70130
9

10
                            THE LAMBERT FIRM
11                          BY:  EMILY C. JEFFCOTT, ESQ.
                            701 MAGAZINE STREET
12                          NEW ORLEANS, LOUISIANA 70130

13

14                          STUEVE SIEGEL HANSON
                            BY:  ABBY E. MCCLELLAN, ESQ.
15                          460 NICHOLS ROAD, SUITE 200
                            KANSAS CITY, MISSOURI 64112
16

17
                            MORRIS BART
18                          BY:  BETSY J. BARNES, ESQ
                                 LAUREN E. GODSHALL, ESQ.
19                          PAN AMERICA LIFE CENTER
                            601 POYDRAS STREET
20                          24TH FLOOR
                            NEW ORLEANS, LOUISIANA 70130
21

22
                            REICH & BINSTOCK
23                          BY:  DENNIS C. REICH, ESQ.
                            4265 SAN FELIPE
24                          SUITE 1000
                            HOUSTON, TEXAS 77027
25

                    *OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES CONTINUED:

 2

 3                              UNGLESBY & GREENBERG
                               BY:  LANCE UNGLESBY, ESQ.
 4                             1833 HASTINGS PLACE
                               NEW ORLEANS, LOUISIANA 70130
 5

 6
                               ANDREWS THORNTON HIGGINS RAZMARA
 7                             BY:  ANNE ANDREWS, ESQ.
                               2 CORPORATE PARK
 8                             SUITE 110
                               IRVINE, CALIFORNIA 92606
 9

10
     FOR SANOFI S.A.:          IRWIN FRITCHIE URQUHART & MOORE
11                             BY:  DOUGLAS J. MOORE, ESQ.
                                    KELLY E. BRILLEAUX, ESQ.
12                             400 POYDRAS STREET, SUITE 2700
                               NEW ORLEANS, LOUISIANA 70130
13

14
                               SHOOK, HARDY & BACON
15                             BY:  HARLEY V. RATLIFF, ESQ.
                                    ADRIENNE BYARD, ESQ.
16                             2555 GRAND BOULEVARD
                               KANSAS CITY, MISSOURI 64108
17

18
                               SHOOK, HARDY & BACON
19                             BY:  PATRICK OOT, ESQ.
                               1155 F STREET NW
20                             SUITE 200
                               WASHINGTON, DC 20004
21

22
     FOR ACTAVIS PHARMA,
23   INC.:                     ULMER & BERNE
                               BY:  MICHAEL J. SUFFERN, ESQ.
24                             600 VINE STREET
                               SUITE 2800
25                             CINCINNATI, OHIO 45202
```

*OFFICIAL TRANSCRIPT*

```
1    APPEARANCES CONTINUED:

2

3    FOR SANDOZ, A NOVARTIS
     DIVISION:                  GREENBURG TRAURIG
4                               BY:  R. CLIFTON MERRELL, ESQ.
                                     LORI G. COHEN, ESQ.
5                               TERMINUS 200
                                3333 PIEDMONT ROAD, NE
6                               ATLANTA, GEORGIA 30305

7

8                               ADAMS & REESE
                                BY:  DEBORAH B. ROUEN, ESQ.
9                               701 POYDRAS STREET
                                SUITE 4500
10                              NEW ORLEANS, LOUISIANA 70139

11

12   FOR PFIZER, INC., AND
     HOSPIRA WORLDWIDE,
13   LLC:                       QUINN EMANUEL URQUHART & SULLIVAN
                                BY:  MARK S. CHEFFO, ESQ.
14                              51 MADISON AVENUE, 22ND FLOOR
                                NEW YORK, NEW YORK 10010
15

16
     FOR HOSPIRA
17   WORLDWIDE, LLC:            CHAFFE MCCALL
                                BY:  JOHN F. OLINDE, ESQ.
18                              2300 ENERGY CENTRE
                                1100 POYDRAS STREET
19                              NEW ORLEANS, LOUISIANA 70163

20

21   FOR NORTHSTAR RX, LLC:     WHEELER TRIGGS O'DONNELL
                                BY:  HABIB NASRULLAH, ESQ.
22                              370 SEVENTEENTH STREET
                                SUITE 4500
23                              DENVER, COLORADO 80202

24

25
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR EAGLE PHARMACEUTICALS,
      INC.:                      KIRKLAND & ELLIS
 4                               BY:  DMITRIY TISHYEVICH, ESQ.
                                 601 LEXINGTON AVENUE
 5                               NEW YORK, NEW YORK 10022

 6

 7    FOR ACCORD HEALTHCARE,
      INC.:                      KEOGH COX & WILSON
 8                               BY:  CHAD A. SULLIVAN, ESQ.
                                 701 MAIN STREET
 9                               BATON ROUGE, LOUISIANA 70802

10

11    ALSO PRESENT:             KENNETH W. DEJEAN
                                 SPECIAL MASTER
12                               417 WEST UNIVERSITY AVENUE
                                 POST OFFICE BOX 4325
13                               LAFAYETTE, LOUISIANA 70502

14

15                              BROWNGREER
                                 JACOB S. WOODY
16                               250 ROCKETTS WAY
                                 RICHMOND, VIRGINIA 23231
17

18

19    OFFICIAL COURT REPORTER:  CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
22                               Cathy_Pepper@laed.uscourts.gov

23

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

25
```

*OFFICIAL TRANSCRIPT*

1                              **I N D E X**

2

3

4        AGENDA ITEMS                                          PAGE

5

6        CASE INVENTORY........................................   11

7        FEDERAL/STATE COORDINATION............................   12

8        PRETRIAL ORDERS.......................................   12

9        COUNSEL CONTACT INFORMATION FORM......................   13

10       DIRECT FILING.........................................   13

11       SERVICE ON THE SANOFI ENTITIES........................   14

12       PRESERVATION ORDER....................................   21

13       PROTECTIVE ORDER......................................   21

14       MDL CENTRALITY........................................   21

15       PLAINTIFF AND DEFENDANT FACT SHEETS...................   29

16       CLASS CERTIFICATION BRIEFING SCHEDULE.................   29

17       MASTER COMPLAINT, SHORT FORM COMPLAINT, AND MASTER

18       ANSWER................................................   29

19       DISCOVERY.............................................   30

20       MOTION PRACTICE.......................................   36

21       SCIENCE PRESENTATION ORDER, ALSO KNOWN AS THE

22       *INFORMATIONAL SESSION*...............................   38

23       APPEARANCE AND PARTICIPATION OF OTHER DEFENDANTS......   40

24       APPOINTMENT OF CO-LIAISON COUNSEL FOR DEFENDANTS......   40

25       SETTLEMENT COMMITTEES.................................   40

                        ***OFFICIAL TRANSCRIPT***

1    APPOINTED MR. KENNETH DEJEAN AS SPECIAL MASTER FOR

2    THE REVIEW OF TIME AND EXPENSES SUBMITTED AS COMMON

3    BENEFIT..........................................    47

4    NEXT STATUS CONFERENCE IS MAY 12, 2017, AT 10:00.....    49

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              M O R N I N G   S E S S I O N

3              FRIDAY, MARCH 17, 2017

4              (COURT CALLED TO ORDER)

5

6

10:08:22  7           THE DEPUTY CLERK:  All rise.

10:08:22  8           THE COURT:  This is in the Taxotere litigation,

10:08:26  9    MDL 16-2740.

10:08:27 10           For the record, I have confirmed with liaison

10:08:31 11    counsel earlier this morning, and also with the appointed

10:08:38 12    committees in this case -- we do have several new defense

10:08:40 13    counsel -- I should say -- defendants who have been served

10:08:43 14    since our last conference, and so we have attendees here, who

10:08:47 15    are here for the first time as a result of that service.

10:08:51 16           Why don't we go ahead, rather than have everybody

10:08:54 17    make appearance, there is a sign-in sheet which everyone should

10:08:58 18    sign.  If you are here today, if you would go ahead and sign

10:09:01 19    in, that's greatly appreciated.

10:09:02 20           Where is that sheet?  Right in the middle of the

10:09:02 21    room.  So if anybody has not signed, please do so before you

10:09:02 22    leave today.  If anybody enters the courtroom, if somebody back

10:09:16 23    there could point out the sign-in sheet, so that we know who

10:09:18 24    all is in attendance today.

10:09:21 25           Why don't we go ahead and start with the

                            *OFFICIAL  TRANSCRIPT*

10:09:23 1   introductions.  John Olinde was appointed yesterday as liaison

10:09:27 2   counsel for the non-sanofi defendants, and I'll let him proceed

10:09:32 3   at this point, so that we know who all has joined us here.

10:09:36 4        MR. OLINDE:  Thank you, Your Honor.  John Olinde for

10:09:38 5   Chaffe McCall.  I was just appointed yesterday, newly admitted,

10:09:41 6   but we do have a number of the lead attorneys for some of the

10:09:44 7   non-sanofi defendants, and I'll have them just stand up and

10:09:48 8   state who they represent to the Court.

10:09:50 9        MR. SUFFERN:  Good morning, Your Honor.

10:09:51 10  Michael Suffern, from Ulmer & Berne in Cincinnati, Ohio.  I

10:09:54 11  represent Actavis Pharma, Inc.

10:09:55 12       MR. MERRELL:  Good morning, Your Honor.  Cliff Merrell,

10:09:58 13  from Greenberg Traurig.  I represent Sandoz.

10:10:01 14       MR. CHEFFO:  Good morning, Your Honor.  Mark Cheffo,

10:10:04 15  from Quinn Emanuel, New York, and I represent Pfizer and

10:10:05 16  Hospira.

10:10:06 17       MR. SULLIVAN:  Good morning, Your Honor.

10:10:09 18  Chad Sullivan, with Keogh Cox & Wilson.  I represent Accord

10:10:14 19  Healthcare, Incorporated.

10:10:14 20       MR. TISHYEVICH:  Your Honor, Dmitriy Tishyevich,

10:10:17 21  Kirkland & Ellis, representing Eagle Pharmaceuticals.

10:10:17 22       MS. KELLY:  Good morning, Your Honor.  Kathleen Kelly,

10:10:20 23  Hinshaw & Culbertson, for Sun Pharmaceutical, Inc.

10:10:20 24       MR. NASRULLAH:  Good morning, Your Honor.

10:10:20 25  Habib Nasrullah for Northstar RX, LLC.

*OFFICIAL TRANSCRIPT*

10:10:31 1          THE COURT:  All right.  Good morning to you all.

10:10:34 2              I've gone through the draft joint report, but let

10:10:38 3      me call upon liaison counsel at this point, if you would, to go

10:10:41 4      ahead and present the report.  As we go through, there will be

10:10:43 5      things that we can highlight, informational things that will be

10:10:47 6      important to be discussed today.

10:10:48 7              We will also open the floor for discussion.  If

10:10:53 8      there is anything that has not been covered today that you

10:10:55 9      would like to discuss, or questions you may want to ask

10:10:58 10     counsel, we'll open the floor for discussion once we've covered

10:11:02 11     what's in the report.

10:11:03 12             So let's go ahead and proceed.  Mr. Lambert.

10:11:06 13         MR. LAMBERT:  Good morning, Your Honor.  Palmer

10:11:08 14     Lambert, from the firm of Gainsburgh, Benjamin, David,

10:11:12 15     Meunier & Warshauer, co-liaison counsel for plaintiffs.

10:11:14 16             May it please the Court, before I get into the

10:11:16 17     agenda, just two quick things.  At the Court's direction, to

10:11:22 18     promote coordination of the state court proceedings, I

10:11:24 19     understand we have Judge Medinilla, or her chambers, on the

10:11:28 20     line today.  Dawn Barrios was helpful in setting that up.  So

10:11:34 21     thank you to her for participating, Her Honor.

10:11:38 22             I did want to congratulate John Olinde on his

10:11:42 23     appointment as co-liaison counsel for defendants.  We look

10:11:45 24     forward to working with him on the case.

10:11:46 25             Agenda Item Number 1 is the case inventory.

*OFFICIAL TRANSCRIPT*

10:11:52  1   There currently are 857 cases pending in the MDL.  It's part of
10:11:57  2   a moving target, as there are conditional transfer orders that
10:12:02  3   are in place.  This is approximately an increase of about a
10:12:06  4   hundred cases since the last conference.
10:12:09  5          Federal/state coordination, there have been cases
10:12:14  6   filed, as previously reported, in California, Delaware, and
10:12:19  7   Missouri.  They allege the same general facts and circumstances
10:12:25  8   as plaintiffs in federal court here.  All but two of these
10:12:29  9   cases have been removed to this Court.  Two are pending in
10:12:34 10   Delaware at this time.
10:12:39 11          The next section is pretrial orders.  Since the
10:12:45 12   last conference, a number of pretrial orders have been entered.
10:12:50 13   The pretrial orders are available on the Court's website.  They
10:12:54 14   are also distributed through MDL Centrality, which I understand
10:12:58 15   will have a presentation in a little while from Jake Woody from
10:13:02 16   BrownGreer.
10:13:03 17          I do want to highlight a couple of these for
10:13:05 18   counsel.  Pretrial Order Number 15, Record Document 230, sets
10:13:12 19   deadlines for the master complaint, March 31st; the short form
10:13:18 20   exemplar complaint on the same date; and then there are
10:13:21 21   deadlines subsequent to that, that counsel need to familiarize
10:13:26 22   themselves with.
10:13:26 23          Pretrial Order Number 18 was entered
10:13:32 24   February 14th.  Those are the quorum plaintiff and defendant
10:13:41 25   plaintiff fact sheets.  The plaintiff fact sheet,

*OFFICIAL TRANSCRIPT*

10:13:42 1   Record Document 236-1, was actually amended by Pretrial Order

10:13:48 2   Number 23 to add authorizations that plaintiffs are required to

10:13:53 3   sign.

10:13:54 4          The fact sheets will be served pursuant to

10:14:00 5   directions in Pretrial Order Number 22 and served through

10:14:05 6   MDL Centrality, which was implemented pursuant to Pretrial

10:14:11 7   Order Number 24.

10:14:11 8          We, as the PSC, would recommend that everybody --

10:14:18 9   plaintiffs' counsel familiarize themselves with all the

10:14:21 10  pretrial orders in the case.

10:14:22 11         One more thing about Pretrial Order Number 22.

10:14:29 12  The deadline for submission of plaintiff fact sheets is now set

10:14:34 13  for all cases that were filed prior to March 10th.  You have

10:14:38 14  75 days.  Please be mindful of that deadline, which I have

10:14:45 15  calendared as May 24th, but I'll ask everybody to do their own

10:14:48 16  math on that.

10:14:49 17         Section Number 4 in the joint report is counsel

10:14:55 18  contact information form.  We encourage all counsel to comply

10:15:00 19  with Pretrial Order Number 7.  This is the way that

10:15:05 20  Ms. Barrios' office and my office communicate all orders and

10:15:10 21  notices to all counsel, and it's important that we get this

10:15:13 22  form completed.

10:15:14 23         Section Number 5 is direct filing.  There is a

10:15:19 24  direct file order that this Court has entered.  It is Pretrial

10:15:24 25  Order Number 5.  There was a Pretrial Order Number 4, which

*OFFICIAL TRANSCRIPT*

10:15:28 1   needs to be disregarded.  It was superseded by Pretrial Order

10:15:32 2   Number 5.  Counsel need to follow that procedure if they want

10:15:36 3   to file their case directly in the MDL.

10:15:40 4        Following submission of the exemplar short form

10:15:47 5   complaint, the procedures in Pretrial Order Number 15 need to

10:15:52 6   be followed for filing complaints in the MDL.

10:15:56 7        Section Number 6 is service on the sanofi

10:16:06 8   entities.  There is a streamlined procedure, Pretrial Order

10:16:10 9   Number 9.  That pretrial order requires use of the waiver

10:16:13 10  process, and there is a specific addressee identified in the

10:16:18 11  order.

10:16:19 12       Service on non-sanofi entities is Agenda Item

10:16:27 13  Number 7.  That is being currently discussed with the

10:16:31 14  non-sanofi entities through John Olinde.  There may be a

10:16:37 15  necessity to move the current deadline of March 27th, I

10:16:44 16  believe.

10:16:44 17       MR. OLINDE:  Just briefly, Your Honor, it may be

10:16:47 18  necessary for another week.  We don't know that, but we're

10:16:50 19  going to try to work on it.  In having conversations with

10:16:53 20  Mr. Coffin today, he's agreed to speak with each one of the

10:16:57 21  lead attorneys for each defendant about this issue, so he's

10:17:00 22  going to contact them about this issue.

10:17:02 23       THE COURT:  Okay.  If we can get it done by the 24th,

10:17:04 24  that would be great.  If you need -- it's the 27th, I'm sorry.

10:17:09 25  That would be great.

*OFFICIAL TRANSCRIPT*

10:17:10  1          Mr.  Coffin, you approached.

10:17:13  2          MR. COFFIN:  Yes.  Thank you, Your Honor.

10:17:14  3  Chris Coffin, on behalf of the plaintiffs.

10:17:16  4          Mr. Olinde and I have discussed this.  My

10:17:18  5  understanding is that each separate 505(b)(2) defendant would

10:17:22  6  like to discuss the service issue with me.  From our

10:17:26  7  standpoint, we would like the Court's order related to sanofi,

10:17:29  8  and we would be encouraging them to adopt the same thing.

10:17:34  9          THE COURT:  Okay.  They have the prerogative to discuss

10:17:36 10  individually with you if there is something that doesn't work

10:17:38 11  about that order, but I would hope that you could easily come

10:17:39 12  to an agreement that would expedite service, as we've done with

10:17:43 13  the sanofi entities.

10:17:46 14          MR. MOORE:  One more issue, Your Honor.  Douglas Moore,

10:17:49 15  defense liaison counsel, for sanofi.

10:17:52 16          One more issue related to the non-sanofi

10:17:55 17  defendants.  One of the things that we discussed this morning

10:17:56 18  during the liaison counsel meeting was the defendants working

10:18:01 19  to put together a list or a chart identifying approval dates

10:18:06 20  and marketing dates for the various 505(b)(2) defendants.

10:18:12 21          We have committed to do that for the purpose of

10:18:16 22  aiding plaintiffs in identifying which manufacturers should be

10:18:22 23  placed on a complaint when they don't know whose docetaxel

10:18:28 24  their client took.

10:18:29 25          The more due diligence we can do on the front end

                        *OFFICIAL  TRANSCRIPT*

10:18:33 1    to avoid the misnaming of entities on complaints, the more

10:18:37 2    important it will be towards efficiency and moving the case

10:18:41 3    forward.

10:18:41 4            We hope that for all of these cases -- and there

10:18:44 5    is about half of them that allege a date of use at a time when

10:18:49 6    the product was generic.  Cases in 2013 and 2014 only named

10:18:55 7    sanofi at the time when our market share was 22 percent.  So

10:19:04 8    there is an 80 percent chance -- 22 percent was our market

10:19:07 9    share, so there is roughly an 80 percent chance in those

10:19:11 10   circumstances that, although they've only named sanofi, it may

10:19:14 11   not be our case.  It may belong to one of the other defendants.

10:19:16 12           In cases where they've just named everyone, all

10:19:20 13   but one of those defendants is improperly named in those cases.

10:19:23 14           So we hope that the plaintiff fact sheet and the

10:19:27 15   information that we received through that process will begin to

10:19:30 16   answer the question of whose cases are whose.  That's obviously

10:19:33 17   an important issue for the defense, so that we can begin to

10:19:38 18   know, you know, what each potential party's liability is.  It's

10:19:42 19   going to impact everything we do in terms of moving forward

10:19:45 20   efficiently in this litigation.

10:19:46 21           THE COURT:  Yes.  This is an important point.  I hate

10:19:49 22   to use the term *matching*, for those of you who were involved in

10:19:54 23   the *FEMA Trailer Formaldehyde* MDL, because that conjures up a

10:19:59 24   lot of posttraumatic stress, but we recognize that, kind of

10:20:03 25   like in that case, the plaintiff might not, and in many cases

*OFFICIAL TRANSCRIPT*

10:20:08  1    won't, know which particular product, which particular

10:20:13  2    manufacturer is involved, because the plaintiff didn't make a

10:20:17  3    personal selection out of the options that were available at

10:20:21  4    that time.

10:20:22  5          In some instances, we know that there was only

10:20:24  6    one product available at the time; and, in some instances, we

10:20:27  7    know that there was only one product available in a particular

10:20:31  8    location at a pertinent time; but, there is going to have to be

10:20:36  9    some coordination.

10:20:37 10          I think what Mr. Moore is talking about is an

10:20:40 11    excellent point because I don't want this to be something

10:20:43 12    that's going to slow down the proceedings of the MDL.  At some

10:20:47 13    point, plaintiff's counsel will have to satisfy him or herself,

10:20:52 14    as well as, most importantly, the client, that we're talking

10:20:55 15    about the proper manufacturer involved in that particular

10:21:02 16    plaintiff's case.

10:21:04 17          Because the plaintiff may not readily know this,

10:21:07 18    you may have named as a defendant more than one of the now

10:21:13 19    several defendants, when, in fact, in most cases -- and I'm

10:21:17 20    just guessing -- that maybe in 99 percent of the cases, there

10:21:21 21    is going to be one, and only one, defendant, but you may not

10:21:24 22    know who that is.

10:21:25 23          What Mr. Moore is talking about, what they have

10:21:29 24    discussed with me earlier today, and actually before today, is

10:21:31 25    putting together a reliable database, for lack of a better

*OFFICIAL TRANSCRIPT*

10:21:38  1   term, someplace, a receptacle for information that you can

10:21:42  2   consult to narrow down, hopefully to one, but maybe, if you

10:21:48  3   can't to one, then at least narrow down the possible properly

10:21:54  4   named defendants.  Hopefully, you can narrow it down to the one

10:21:57  5   defendant that's material to your client's claims.

10:22:01  6           The more information that the defendants can

10:22:04  7   provide with regard to those parameters, the better.

10:22:09  8   Mr. Lambert had mentioned this morning that he would put

10:22:12  9   together -- or he would -- on the plaintiff side, they would

10:22:15 10   put together this information, so that plaintiffs' counsel can

10:22:18 11   consult with it.

10:22:19 12           We're talking about now on future filed claims,

10:22:22 13   but, even as to the pending claims, I would expect -- and I

10:22:27 14   think everybody in this case is a responsible litigant.  Kind

10:22:30 15   of like we had last time, with the gentleman who was here whose

10:22:33 16   client did not belong in the case.  He brought documentation.

10:22:37 17   After its examination by plaintiffs' counsel and whatever other

10:22:41 18   additional due diligence was necessary, a determination was

10:22:44 19   made that, in fact, the gentleman was correct, and there was a

10:22:47 20   dismissal.

10:22:48 21           So I would depend upon the responsibility of

10:22:51 22   counsel on both sides to, A, provide information that will be

10:22:56 23   informative to plaintiffs' counsel.  If you believe that your

10:22:59 24   client does not belong in a particular case or set of cases,

10:23:04 25   you need to make that known and provide the documentation or

*OFFICIAL TRANSCRIPT*

10:23:10 1   what have you, and then plaintiffs' counsel can digest that

10:23:14 2   information and, as I say, do further due diligence and come to

10:23:18 3   a conclusion.

10:23:19 4          If you disagree with the defendant and persist in

10:23:22 5   your belief that you do have a claim against that defendant, I

10:23:25 6   would expect you to share that with the appropriate defense

10:23:29 7   counsel, so that we can hash this out on the front end.

10:23:32 8          Likewise, if you agree that, in fact, your

10:23:36 9   client's proper defendant is either someone else or is someone

10:23:40 10  who's named, but not the others, that you can take appropriate

10:23:43 11  action to dismiss a defendant who has been improperly joined in

10:23:47 12  the claim.  So that process, I would like to make a certain we

10:23:52 13  can get that started.

10:23:52 14         Now, a lot of this is going to have to do --

10:23:55 15  particularly on the defense side -- we haven't gotten to the

10:23:58 16  plaintiff fact sheets and the DFS yet, but a lot of this

10:24:01 17  information, I would hope, is going to be available not only on

10:24:04 18  the DFS, but, as a general matter, it'd be in your interest on

10:24:08 19  the defense side to make that information known sooner rather

10:24:11 20  than later, so we don't wind up having to go through this on

10:24:14 21  future cases, and hopefully get yourself out of cases you don't

10:24:18 22  belong in, so you can concentrate on cases you're properly

10:24:21 23  named in.

10:24:22 24         All right.  Mr. Lambert.

10:24:24 25         MR. LAMBERT:  Yes, Your Honor.  Just to add to that, I

*OFFICIAL TRANSCRIPT*

10:24:27  1     believe it was mentioned in the steering committee meeting, we,

10:24:30  2     as plaintiffs, want to find out the appropriate defendants, and

10:24:37  3     we appreciate the defendants helping us with that chart of the

10:24:37  4     marketing dates.

10:24:38  5             We'll provide that to all plaintiffs' counsel.

10:24:40  6     Just so that plaintiffs' counsel on the phone are clear, this

10:24:43  7     is the comparison of the use date of the drug versus the

10:24:47  8     approval date of the ANDA or NDA and the begin marketing date.

10:24:57  9             Clearly, if you took the drug before a drug was

10:24:59 10     approved or sold, that's probably not the defendant that you

10:25:02 11     need to be naming in your case.

10:25:04 12             THE COURT:  Right.

10:25:05 13             MR. LAMBERT:  In addition, just to clarify some

10:25:11 14     differences between the matching process in *FEMA Trailer* and in

10:25:14 15     this case, it was fairly simple for a plaintiff to ask the

10:25:18 16     government for the information, and the government would have

10:25:21 17     it, in order to figure out which defendant --

10:25:23 18             THE COURT:  I don't recall that being simple.

10:25:26 19             MR. LAMBERT:  But the information was maintained

10:25:29 20     somewhere hopefully.

10:25:31 21             THE COURT:  They had a repository of sorts.  Even then,

10:25:36 22     it wasn't entirely accurate in every single instance, but

10:25:39 23     you're right.  You're right.

10:25:40 24             MR. LAMBERT:  That's correct.

10:25:41 25             In this case, we have facilities which maintain

**OFFICIAL TRANSCRIPT**

10:25:45  1   records where the drugs were administered, and if those

10:25:50  2   records -- and I'm sure some of the plaintiffs' counsel share

10:25:52  3   this frustration -- if those records don't mention the

10:25:55  4   particular NDC code for the defendant manufacturer, it begins a

10:26:01  5   difficult process of trying to narrow down who that is.

10:26:03  6           So, in addition to the chart that will be

10:26:09  7   helpful, the DFS responses that are required under Pretrial

10:26:14  8   Order Number -- I believe it's 18, will be helpful.  And

10:26:18  9   plaintiffs need to look at those responses to clean up their

10:26:21 10   pleadings at that time.

10:26:24 11           THE COURT:  Right.

10:26:25 12           MR. LAMBERT:  Moving on to Section Number 8, the

10:26:28 13   preservation order.  Counsel are reminded to familiarize

10:26:32 14   themselves with the terms of Pretrial Order Number 1, which

10:26:35 15   require specifics on preservation of evidence for all parties

10:26:39 16   in the case.

10:26:40 17           Section Number 9 is regarding the protective

10:26:45 18   order.  I'll report further on this in Item Number 14, which is

10:26:52 19   regarding the discovery and the ESI meeting that was handled

10:26:56 20   yesterday with Judge North; but, for the purposes of this

10:27:00 21   agenda item, the parties are conferring regarding a protective

10:27:04 22   order.

10:27:04 23           Section Number 10 is MDL Centrality.  We do need

10:27:08 24   to correct the last sentence in the first paragraph here.  The

10:27:13 25   order has been entered.  It is Pretrial Order Number 24.  I

*OFFICIAL TRANSCRIPT*

10:27:17 1  would like to invite Mr. Woody up here from BrownGreer to do a

10:27:23 2  brief presentation.

10:27:24 3          THE COURT:  Okay.  Mr. Woody.

10:27:44 4          MR. WOODY:  Good morning, Your Honor.  Nice to see you

10:27:47 5  again.  My name is Jake Woody.  I'm from BrownGreer.

10:27:50 6          Can we clear that mark?

10:28:09 7          THE COURT:  There we go.  Thank you, guys.

10:28:13 8          MR. WOODY:  Good to see you again.

10:28:14 9          Your Honor, I appreciate the time.

10:28:16 10         Palmer mentioned that the Court has entered the

10:28:18 11  various PTOs approving not only the plaintiff and defendant

10:28:22 12  facts sheet, but the use of MDL Centrality to serve those.  I

10:28:27 13  thought it might be good to take a brief moment to talk about

10:28:29 14  what MDL Centrality is, how to use it, and how to access it.

10:28:34 15         It's an online -- MDL Centrality is an online

10:28:38 16  plaintiff and defendant fact sheet exchange portal.  It's also

10:28:44 17  a pleading and order library that we use to store the various

10:28:47 18  documents that are filed with the Court, to make them

10:28:47 19  searchable.  Because the fact sheets are done online, it allows

10:28:51 20  us to report to the Court and to the parties what they say and

10:28:54 21  what the supporting documents say.

10:28:56 22         The address for the Taxotere portal is

10:29:03 23  www.mdlcentrality.com/taxotere.  Existing MDL Centrality users,

10:29:11 24  of which there are a fair amount, can use their current

10:29:14 25  credentials.  They don't have to use a different login and

*OFFICIAL TRANSCRIPT*

10:29:16  1    password for Taxotere.  They can use the same ones.

10:29:19  2            New firms can follow the instructions on the home

10:29:21  3    page, which I'll show in just a minute, to gain access.  We

10:29:24  4    have unlimited accounts for users.  There is no charge or

10:29:27  5    anything.  If you want to have 10 or 20 or a hundred people

10:29:30  6    with accounts, you can.  We encourage everyone to have their

10:29:34  7    own login and password.  It makes it easier to track who is

10:29:38  8    doing what in the system.

10:29:39  9            This is our home page.  As you can see, it's a

10:29:44 10    login, just like you have with many other types of portals.

10:29:47 11    Again, every firm user should have their own set of

10:29:50 12    credentials.  We have a link on the page for people who need

10:29:55 13    access, they can sign up with us by going to this web page.

10:29:58 14            Once they log in, this is our home page.  We have

10:30:03 15    a fair amount of information right on the home page.  We do

10:30:06 16    send a lot of e-mails to people, whether it's pleadings and

10:30:09 17    summaries of the pleadings and fact sheet submission receipts

10:30:14 18    and things like that, and people can control these e-mails

10:30:16 19    right on the home page.

10:30:17 20            We don't want to send too much, but some of these

10:30:19 21    e-mails are very important, so we encourage people to manage

10:30:23 22    their own e-mail preferences here.

10:30:24 23            We'll also put information about the status

10:30:26 24    conferences right on the home page, so that people can keep

10:30:29 25    track of when these are.  Then, of course, we'll put important

**OFFICIAL TRANSCRIPT**

10:30:33  1    documents like PTOs and the fact sheet template, and we keep

10:30:38  2    that updated as new PTOs come in.

10:30:41  3            Our intent here is just to make it sort of a

10:30:42  4    parallel of what the Court puts on its own web page, so when

10:30:45  5    they come to do fact sheets, they might want to get other

10:30:49  6    information about the case, and they can do that here.

10:30:51  7            To start a fact sheet, you just click the fact

10:30:54  8    sheet button right at the top.  We'll ask for some key

10:30:57  9    information right at the beginning -- name, address -- excuse

10:31:00  10   me, name, date of birth, and Social Security number.  These are

10:31:03  11   questions that are on the fact sheets themselves.

10:31:06  12           We ask for them at this stage because we can tell

10:31:09  13   by the social if somebody has already been registered, either

10:31:13  14   by one firm or by other firms, and can notify them that they

10:31:17  15   might have a duplicate issue, and let them resolve it earlier

10:31:20  16   rather than later.

10:31:21  17           Once you register a plaintiff, you can begin the

10:31:25  18   fact sheet.  It's fairly self-explanatory.  You click the start

10:31:29  19   button to start a fact sheet.  And I'll show that in just a

10:31:33  20   minute.

10:31:33  21           You can also upload all of your supporting

10:31:36  22   documents here by using the upload button.  Things like the

10:31:39  23   authorizations, supporting medical records, whatever you need

10:31:41  24   to upload in support of your fact sheet, you can do it here.

10:31:44  25           Once you start a fact sheet, it will open up as a

*OFFICIAL TRANSCRIPT*

fillable PDF.  There are a couple of ways to fill it out.  You

call fill it out right on the screen.  We'll just walk you

through it.  It's the same -- exact same PDF that the Court

approved.  We've made it fillable, so that you can type it in,

the answers and things like that.

         You can also fill it out offline, outside of

MDL Centrality.  You can send it to your client and have them

fill it out.  When you're ready, you can import it directly in,

so nobody has to retype it.

         So there are two ways to do it.  When you are

ready to submit, you click the Submit button, and we'll walk

you through that process.

         Service is not effective until you submit it.  So

just because you filled out and uploaded documents doesn't mean

you served it.  You have to click Submit, and at that point the

defendants will have access to it, and service will be

affected.

         Before you click Submit, the defendants can't see

either your fact sheet or your supporting documents, so it's

important to do that last step when you're ready to submit.

         Of course, because this is online, we can harvest

all of the answers out of the fact sheets and put them into our

reports that are available to individual plaintiff's firms, who

can see information about their own cases, and the parties can

see information about the MDL as a whole, which is really the

purpose of doing this online.

Then to upload documents, again, you just click the Upload.  You get a pop-up that lets you pick what kind of document it is, whether it's a medical record or authorization, provide some additional detail.

If you have ten medical records, you might want to specify a doctor's name or a hospital or a date range or something like that.  You can do that here.  That's a good way to keep the documents organized.

Then I do want to touch briefly on the docket component because I think that is a useful tool.  This is a screenshot of the docket central feature, which is a button at the top.  You can search for specific pleadings, or you can simply elect to see them all.

Here, I'm showing them all.  It's the name, the docket number, who filed it.  You can open them as PDFs.  It's a little bit more convenient, I think, than PACER.  Everything is here.  You don't have to pay per page or anything like that.

You can also do keyword searching.  Here, I've searched for the word *pretrial,* and I've gotten returns on a number of documents, and it can also tell you what page that word appears on.

If you're searching for a case cite or a plaintiff name or an attorney, you can do that here.  It's easier to navigate.  As you start to get into thousands and

*OFFICIAL TRANSCRIPT*

10:34:16  1    thousands of documents, I think this is a useful tool.

10:34:19  2        This has been a very high-level overview.  I

10:34:22  3    expect that people probably have questions and will have

10:34:23  4    questions when they start using it.  I encourage them to

10:34:26  5    contact us.  We have a special e-mail address,

10:34:30  6    taxotere@browngreer.com.  We have a toll-free number

10:34:36  7    (888)361-0741.

10:34:36  8        I'll provide a copy of this presentation to the

10:34:39  9    Court.  If you want to post it on your web page, so that people

10:34:42 10    who maybe come into the case later on have a reference, this

10:34:46 11    might be a useful tool.

10:34:47 12        THE COURT:  We probably should do that, put that link

10:34:51 13    up on the website information.

10:34:53 14        Thank you, Mr. Woody.

10:34:54 15        Does anybody have any questions right now about

10:34:56 16    this process?  Anything that he has just covered or anything he

10:35:01 17    hadn't explained that you might be wondering about?

10:35:08 18        MR. WOODY:  If anybody has questions later, I'll put my

10:35:11 19    e-mail on here.  I've done a couple of demos already for the

10:35:11 20    plaintiffs and defendants separately.  I'll be happy to do more

10:35:14 21    for individual firms or answer any questions that people have.

10:35:17 22        THE COURT:  All right.  Thank you.  I much appreciate

10:35:20 23    it.

10:35:29 24        MR. WOODY:  Thank you, Your Honor.

10:35:29 25        THE COURT:  This is going to be really important when

*OFFICIAL TRANSCRIPT*

10:35:31  1    we get into the PFS submissions and the DFS, for obvious

10:35:35  2    reasons.

10:35:35  3          I might be getting a little bit ahead of you,

10:35:37  4    Mr. Lambert, but one of the things that we talked about in

10:35:39  5    committee meetings is that we would like to begin the process

10:35:42  6    of identifying -- this is going to take some time, but with the

10:35:46  7    PFS submissions, we can start the process of identifying

10:35:52  8    potential bellwether cases for trial purposes, and start

10:35:57  9    thinking about where on the calendar we would like to put

10:35:59 10    those, and all of the work that needs to be done on those

10:36:02 11    specific cases.

10:36:03 12          We'll get into the details of that between now

10:36:06 13    and the next status conference.  I say *the details*.  We'll put

10:36:11 14    a little bit more refinement on that process, but it's going to

10:36:15 15    begin with an ability to identify the claimants out there and

10:36:19 16    match them with the appropriate defendant, so that we know what

10:36:22 17    the options are or potential universe of bellwether plaintiffs,

10:36:28 18    bellwether cases is going to be.

10:36:31 19          The best way to do that, it seems, is going to be

10:36:34 20    through this MDL Centrality process, where all of the

10:36:38 21    information is available to both sides, where they can make

10:36:40 22    that type of evaluation.

10:36:41 23          All right.  Go ahead, Mr. Lambert.

10:36:44 24       MR. LAMBERT:  Yes, Your Honor.

10:36:45 25          We hope that the information from MDL Centrality

**OFFICIAL TRANSCRIPT**

10:36:49 1    will be helpful in that selection process, and also eventually

10:36:54 2    helpful, hopefully, in the resolution stage of the case.

10:36:58 3            Section 11, plaintiff and defendant fact sheets.

10:37:03 4    After extensive work and negotiation between the parties, and

10:37:07 5    with the Court's assistance, we now have approved plaintiff

10:37:12 6    fact sheets and defendant fact sheets and a protocol for

10:37:15 7    service of those fact sheets through MDL Centrality.  Those are

10:37:20 8    Pretrial Orders Number 18, 22, and 24.

10:37:24 9            Also, just note that Pretrial Order Number 23

10:37:31 10   amended the plaintiff fact sheet to include the authorizations

10:37:35 11   that were approved by Your Honor.

10:37:37 12           Section Number 12, class certification briefing

10:37:43 13   schedule.  There is a class action -- putative class action

10:37:49 14   filed in this MDL, *Matthews versus sanofi S.A., et al*.  That

10:37:55 15   case has been joined with the MDL, and the deadline for

10:38:00 16   plaintiffs to file their motion for class certification is set

10:38:04 17   on April 25th.

10:38:06 18           Section 13 is the master complaint, short form

10:38:12 19   complaint, and master answer.  That's dealt with in Pretrial

10:38:17 20   Order Number 15, which we've already briefly discussed.

10:38:21 21   March 31st is the deadline for filing of the master complaint

10:38:27 22   and exemplar short form complaint.

10:38:31 23           In addition, the defendants have proposed a

10:38:35 24   voluntary dismissal order, which we have not yet had a chance

10:38:39 25   to meet and confer on, but we will do that with defendants.

*OFFICIAL TRANSCRIPT*

10:38:43  1          Section Number 14 is regarding discovery.

10:38:49  2   Yesterday, there was a conference with Magistrate Judge North

10:38:55  3   regarding ESI and the parties' advancement on negotiations of

10:39:01  4   an ESI discovery protocol.

10:39:05  5          The meeting was very productive.  The parties

10:39:08  6   will continue to meet and confer, and they are ordered to

10:39:11  7   report back to the Court, to Judge North, in 30 days.

10:39:15  8          I believe Mr. Coffin has something to add.

10:39:19  9          MR. COFFIN:  Your Honor, on this issue of discovery, as

10:39:22 10   we discussed in the prior meeting with Your Honor, from the

10:39:28 11   plaintiffs' perspective, we would like to keep things rolling

10:39:31 12   on working with the defendants to set out a discovery schedule,

10:39:34 13   so that we can present something to Your Honor.  The same thing

10:39:36 14   with a bellwether process.

10:39:39 15          I do understand, as Mr. Ratliff said previously,

10:39:43 16   that the defendants don't believe we're at a point where we can

10:39:47 17   make bellwether selections -- nor do we, quite frankly, at this

10:39:51 18   point, Your Honor -- but we do think that it would be helpful

10:39:54 19   for the Court to set out the process, as Your Honor has

10:39:56 20   indicated, setting some calendar dates so that we have

10:40:00 21   deadlines.

10:40:01 22          We all understand what the discovery schedule is

10:40:03 23   and how that will interplay with the bellwether process.  So we

10:40:08 24   would appreciate having some input from the Court on when we

10:40:12 25   should be submitting discovery schedules and a bellwether

                          *OFFICIAL TRANSCRIPT*

10:40:17 1    process for the Court's consideration.

10:40:18 2             THE COURT:  Mr. Moore.

10:40:20 3             MR. MOORE:  Thank you, Your Honor.  Douglas Moore.

10:40:26 4             We are certainly willing to work with the

10:40:30 5    plaintiffs' leadership to talk about how discovery should

10:40:35 6    proceed and the timing of that and when we should begin to

10:40:38 7    think about the selection of bellwether plaintiffs and

10:40:42 8    bellwether trials and so forth.

10:40:44 9             One thing I think to be reminded of is the

10:40:49 10   Court's admonition to liaison counsel at one of the earlier

10:40:53 11   meetings, and that is that it's not the Court's intentions to

10:40:56 12   set deadlines just so we can move them.

10:40:58 13            I know, in Xarelto, we have had to move the trial

10:41:02 14   dates a couple of times.  So, obviously, what we'll need to do

10:41:05 15   in building out our schedule is give ourselves sufficient

10:41:08 16   enough time to do the work that needs to be done.

10:41:11 17            There are some unknowns in that.  You know, we're

10:41:17 18   doing, through the plaintiff fact sheets and defense fact

10:41:20 19   sheets, things we know we have to do, no matter what happens

10:41:24 20   with the master complaint and the discovery, that we can

10:41:27 21   proceed at this point in motion practice; but, if Your Honor

10:41:31 22   were to deny all of our motions, and the scope of discovery is

10:41:34 23   this, if you grant our motions, it becomes this, obviously,

10:41:38 24   those two worlds might involve a different schedule.

10:41:42 25            But we're certainly willing and able to work with

*OFFICIAL TRANSCRIPT*

10:41:46 1   the plaintiffs to begin to have a discussion, keeping in mind

10:41:50 2   the Court's edict to move things forward efficiently and

10:41:53 3   working towards the ultimate end of this litigation.

10:41:58 4       THE COURT:  All right.  Well, we're going to have a

10:42:01 5   certain amount of discovery contained in the fact sheets, and

10:42:04 6   that's the whole purpose of them.  So we'll have some

10:42:07 7   generalized information -- well, in the plaintiffs' case,

10:42:12 8   you'll have some specific information, and in response, you're

10:42:14 9   going to have information about each of the defendants, that

10:42:17 10  will help us decide which cases would be good bellwether cases.

10:42:24 11      I would like you all to confer on what discovery

10:42:30 12  you need, first of all, as a general matter.  And then, as we

10:42:33 13  get into what we need for a specific plaintiff and a specific

10:42:38 14  defendant in order to try a case, what is it that you're going

10:42:42 15  to be looking for to put on a case in front of a jury.

10:42:47 16      Because we don't have -- we're just getting

10:42:50 17  started with the MDL Centrality -- which I know we're going to

10:42:54 18  have to upload all of this information, and it will be

10:42:57 19  available and subject to being manipulated by counsel so that

10:43:01 20  you can isolate certain factors in each of the cases.  We'll

10:43:05 21  get to that -- my hope is that by the time we have our next

10:43:10 22  conference -- which, by the way, will be, I believe we said,

10:43:14 23  May 2nd, I think was the date.

10:43:19 24      MR. COFFIN:  May the 12th, Your Honor.

10:43:20 25      THE COURT:  We will at least have dates.  We probably

*OFFICIAL TRANSCRIPT*

10:43:22 1   won't have particular cases identified, but we can at least

10:43:26 2   have a first bellwether trial date.

10:43:30 3          Now, when I say that, you all are going to need

10:43:34 4   to talk, and we're going to have to meet, in a conference with

10:43:38 5   me, as to what that date will be and what's a realistic date;

10:43:42 6   but, again, we want to try to move things forward.

10:43:44 7          My thought, which I expressed with the committees

10:43:48 8   this morning, is to pick three or four, identify three or four

10:43:51 9   bellwether cases for a particular trial date, in the event that

10:43:56 10  one can't go forward.  In other words, we'll have one, and then

10:43:59 11  we'll have backups, three backup cases.  In case that first

10:44:03 12  case can't go, we don't waste a trial date and have to stand

10:44:06 13  down.

10:44:06 14         But there will have to be discovery done -- and

10:44:13 15  we talked about this when we designed the fact sheets -- there

10:44:16 16  will have to be discovery done for that specific case.  You'll

10:44:18 17  have to do it for those specific plaintiffs that are set for

10:44:21 18  that day, even though we'll only the try one at a time or --

10:44:24 19  whichever way you all want to proceed, if there is a preference

10:44:27 20  and there is a consensus on it, then I'm all ears.

10:44:31 21         I do think that it is time for us to start

10:44:33 22  thinking about dates.  We can fill in the blanks on this later,

10:44:37 23  including the primary blank is which plaintiff against which

10:44:41 24  defendant.  That's obviously the first order of business, but I

10:44:44 25  don't think it's too early for us to be talking about getting a

*OFFICIAL TRANSCRIPT*

10:44:48 1   bellwether trial calendar.

10:44:51 2        MR. COFFIN:  We understand that, Your Honor.  We

10:44:54 3   understand the sensitivities to -- the defense has of trying to

10:45:00 4   figure out what we're doing as far as discovery, and what the

10:45:03 5   plaintiffs look like, and getting all of the information.

10:45:06 6        Those are a lot of problems that we recognize,

10:45:10 7   but I think, as Your Honor said, we need to get to the

10:45:13 8   solutions.  And if we don't start setting out some dates for

10:45:17 9   discovery, including the discovery we need to do -- to be

10:45:19 10  clear, we need time to do general causation discovery on our

10:45:23 11  side.  So, we just want to start the process with Your Honor in

10:45:27 12  setting out some dates, as you suggested, so that we can get to

10:45:31 13  the solution of what those dates finally will be.

10:45:34 14       THE COURT:  What I would like you all to do -- and,

10:45:36 15  again, I'm giving you the chance to decide something that I'm

10:45:40 16  more than happy to decide.  I can pull out my calendar.  I have

10:45:44 17  two calendars right here in front of me -- three, counting this

10:45:48 18  desk calendar -- and I can start giving you dates and telling

10:45:50 19  you when something needs to be done, but I'm going to hear from

10:45:54 20  you that it can't be done by a certain date or a motion to

10:45:58 21  continue or this, that, or the other.

10:45:59 22       I'm giving you all the opportunity to confer and

10:46:02 23  put together a realistic calendar, not one that is going to

10:46:08 24  take our next decade to get done, but a realistic calendar,

10:46:13 25  identify what you need on both sides -- general causation,

**OFFICIAL TRANSCRIPT**

10:46:17  1   specific causation, identify what you need -- talk about how

10:46:21  2   long it's going to take to get it, realistically.

10:46:24  3          If you give me a schedule that has all of your

10:46:28  4   general discovery deadlines, both document production and --

10:46:32  5   we're in the process of doing this as it is with regard to the

10:46:36  6   ESI and what you covered yesterday with the magistrate.  If you

10:46:40  7   can give me a schedule of deadlines that you all think is

10:46:43  8   workable, I will be very deferential to it.  I'm not saying

10:46:52  9   I'll agree with it, but I'll certainly be very deferential to

10:46:55 10   what you think realistically you can do to get us to this

10:46:57 11   bellwether date.  Again, I'm giving you all the chance to do

10:47:00 12   it.

10:47:01 13          Don't misinterpret what I'm saying here.  I'm not

10:47:06 14   being derelict in my responsibility to set dates.  I'll gladly

10:47:12 15   do that, but you won't like them.  I'm ambitious about wanting

10:47:19 16   to get this case going.

10:47:21 17        MR. COFFIN:  We appreciate that.

10:47:22 18        THE COURT:  Let's get together and put the dates

10:47:24 19   together, and if they are reasonable, I will defer to you all

10:47:26 20   on the schedule that you set forth, what your plan is.  If they

10:47:31 21   are not, if I think it can be done quicker, or if I have

10:47:34 22   something on my calendar that makes me want to build in more

10:47:37 23   time, then you'll have the benefit of that.

10:47:41 24          I'm going to depend on you all to put together --

10:47:44 25   to identify what needs to be done, talk about how long it's

**_OFFICIAL TRANSCRIPT_**

10:47:47  1   going to take to do it, and set some deadlines for yourself

10:47:50  2   that I can adopt in a court order, all the way up to and

10:47:54  3   including a bellwether trial date.

10:47:57  4        I think it's time for us to start talking about

10:47:59  5   the date, even though we don't know who the particular

10:48:01  6   plaintiff will be or even who the particular defendant will be.

10:48:05  7        MR. COFFIN:  Thank you, Your Honor.  We'll do that.

10:48:08  8   We'll meet and confer, and we'll get you some proposals.

10:48:12  9        THE COURT:  Okay.  I'm talking about if you could do

10:48:14 10   that in the next couple, few weeks, that would be great.  I'll

10:48:15 11   meet with liaison counsel, and I'll start putting things on my

10:48:19 12   calendar, and we'll go forward.

10:48:20 13        MR. COFFIN:  We'll certainly endeavor to do that.

10:48:22 14   Thank you, Your Honor.

10:48:24 15        THE COURT:  All right.  Mr. Lambert.

10:48:26 16        MR. LAMBERT:  Thank you, Your Honor.

10:48:27 17        Section Number 15, motion practice.  The parties

10:48:31 18   are meeting and conferring.  And we discussed across the hall a

10:48:36 19   schedule for hearing the various remand motions, and also for

10:48:39 20   grouping the issues together, probably by state, but there may

10:48:45 21   be some more groupings beyond that.

10:48:48 22        THE COURT:  What we talked about in particular was the

10:48:52 23   cases that are transferred here with motions pending in them,

10:48:56 24   specifically motions that relate to jurisdiction.  Counsel have

10:49:01 25   agreed to, within the next week, identify all pending motions

*OFFICIAL TRANSCRIPT*

that remain on cases that -- in other words, motions that were
filed in the previous jurisdiction, the case is now here, and
there are motions that relate to jurisdiction.

If you will identify those pending motions and
the cases that they are in, as well as any memoranda or filings
that relate to your arguments, I will endeavor to get those
disposed of as promptly as possible.

Insofar as other motions may be pending,
particularly and especially with regard to the defendants who
have been served, those will be accounted for as part of our
master complaint and response to the master complaint process,
unless otherwise ordered.

MR. LAMBERT:  Thank you, Your Honor.  We'll ask
individual counsel to help us out with identifying which
motions are pending in their individual cases.

THE COURT:  Right.

MR. LAMBERT:  I also want to mention in this section
that there are defendants -- defendant deadlines for motions
set forth in Pretrial Order Number 15 related to omnibus
motions to dismiss on 12(b) issues.

THE COURT:  Right.

MR. LAMBERT:  Also, in this section plaintiffs were
provided with a proposed order regarding identification of
third-party funding entities.  We will be meeting and
conferring with defendants on that issue.

*OFFICIAL TRANSCRIPT*

10:50:35 1          Section Number 16 is the science presentation

10:50:42 2   order, also known as the *informational session*.  This date has

10:50:47 3   been set.  It is May 3rd.  I'm not sure that we have a time set

10:50:52 4   for it.

10:50:53 5          THE COURT:  Why don't we say 8:30.

10:50:55 6          MR. LAMBERT:  8:30.  Our understanding is that it will

10:51:00 7   be a two- to three-hour session on, hopefully, noncontentious

10:51:09 8   issues related to the science involved in this case.

10:51:11 9          THE COURT:  I'm going to repeat myself for those who

10:51:13 10  were not here last time.  Whether you're new to the case, or

10:51:16 11  because your client has just been served, or whether you just

10:51:21 12  weren't here last time but you are this time, what Mr. Lambert

10:51:24 13  is talking about when he says *information day*, I think there is

10:51:30 14  a bit of an over-reaction to the term *science day*.

10:51:35 15         I do not envision competing experts.  The use of

10:51:38 16  the word *science,* I think, conjures up armies of experts coming

10:51:42 17  in here to impart to us all the fruits of all of their pearls

10:51:49 18  of wisdom that we don't have.

10:51:53 19         Rather, what I envision is information that many

10:51:55 20  of you already possess about the product that you can impart to

10:51:59 21  me and my staff before I decide anything of a substantive

10:52:04 22  nature.

10:52:05 23         You all are to confer on this and put together --

10:52:08 24  if you want to do a PowerPoint, if you want to give me

10:52:11 25  literature to read that is easy enough to understand at this

*OFFICIAL TRANSCRIPT*

10:52:17 1    juncture.  I will state forthrightly, as I have in the past, I

10:52:21 2    don't know anything about this product.  I'm not a medical

10:52:24 3    person in terms of background, so this is sort of bare bones,

10:52:29 4    start with the ABC's of what we're dealing with here.

10:52:32 5         I don't expect there to be argument per se.

10:52:36 6    There may be different theories about things that you might

10:52:39 7    want to highlight.  But on this information day or science day,

10:52:43 8    I will not decide anything, nor do I expect argument from

10:52:47 9    counsel.

10:52:48 10        I expect a presentation that will give me

10:52:51 11   information.  There may be more than one of these days as we

10:52:55 12   go, as we build upon the bank of knowledge that the Court needs

10:53:01 13   in order to start considering motions that are substantive, as

10:53:05 14   opposed to case management and procedural issues,

10:53:08 15   jurisdictional issues.  So don't overreact to the term *science

10:53:12 16   day*.  It's more appropriately called *information day*.

10:53:16 17        At least this first one, I would hope that there

10:53:21 18   will be agreement between counsel as to what this two- to

10:53:23 19   three-hour span would cover.  And it will be an open courtroom

10:53:26 20   for anyone who cares to come, but it is educational in nature,

10:53:33 21   not adversarial.  That's my intent, so we'll work toward that

10:53:37 22   end.

10:53:38 23        MR. LAMBERT:  To that end, Your Honor, we are working

10:53:40 24   through liaison counsel on a proposed bullet point for that

10:53:48 25   presentation.

                          *OFFICIAL TRANSCRIPT*

10:53:48  1          THE COURT:  Good.

10:53:50  2          MR. LAMBERT:  Section 17 is appearance and

10:53:52  3  participation of other defendants.  I think we've already

10:53:54  4  addressed this before.  Defendants did submit an order to this

10:54:00  5  Court identifying the individuals who would participate in the

10:54:03  6  steering committee meetings prior to their conference, and I

10:54:08  7  don't know that there is much more to say about this particular

10:54:11  8  section.

10:54:11  9          Section 18, appointment of co-liaison counsel for

10:54:17 10  defendants.  As set forth earlier today, John Olinde has been

10:54:23 11  appointed as co-defense liaison counsel on behalf of the

10:54:28 12  non-sanofi defendants.

10:54:31 13          Section 19 is settlement committees.  I ask

10:54:39 14  Mr. Gordon to come up and give a report.

10:54:44 15          MR. GORDON:  Good morning, Your Honor.  Ben Gordon

10:54:48 16  for -- Levin Papantonio for the plaintiff settlement committee.

10:54:52 17          I had the pleasure ten days ago of meeting in

10:54:54 18  New York City with the combined settlement committees for the

10:54:57 19  plaintiffs and defense.  I think Mr. Strongman could not be

10:55:01 20  here today, but I believe Mr. Kaplan, his senior partner

10:55:06 21  emeritus, I guess is on the phone today.

10:55:09 22          I will say from our point of view for the

10:55:12 23  plaintiffs, I would characterize the meeting as *a very positive

10:55:15 24  meeting*.  We talked about a number of issues, both in terms of

10:55:18 25  the merits of the case from each side's perspective, but more

**OFFICIAL TRANSCRIPT**

10:55:22  1   in terms of process and how we fulfilled the Court's mandate
10:55:26  2   under PTO 6.
10:55:28  3           We came away, I think, with a better
10:55:30  4   understanding of each side's views of various important issues.
10:55:34  5   I won't get a lot into the substance right now, unless you ask
10:55:37  6   me to, Your Honor, but one of the things that came away from
10:55:40  7   it -- and, frankly, this was Mr. Kaplan's mantra -- was that
10:55:46  8   we, as a group, believe our role is to be as noncontentious and
10:55:51  9   nonadversarial and cordial as we can.  We met for several hours
10:55:57 10   and embraced that role in that fashion.
10:55:58 11           While we did talk about a number of substantive
10:56:01 12   issues that informed settlement, we did so in a respectful and
10:56:06 13   nonadversarial, nonacrimonious way.  We talked about a number
10:56:11 14   of obstacles to settlement.
10:56:14 15           We talked about, really, down to two fundamental
10:56:18 16   issues; that is, how we determine for each side what is a case,
10:56:21 17   however you define that, whatever buckets may fulfill that, and
10:56:25 18   what the universe of cases may be.  Because I think we have a
10:56:29 19   consensus, and I won't pretend to speak for defense, but unless
10:56:33 20   we can define those two items, we won't be able to get to where
10:56:36 21   the Court wants us to get in terms of making recommendations
10:56:40 22   and trying to see if we can help create an endgame for this
10:56:44 23   MDL.
10:56:44 24           It was a very good meeting.  We came away with
10:56:47 25   the consensus that we would like to meet with the Court

*OFFICIAL TRANSCRIPT*

10:56:50 1 privately, separately, or as two groups, if the Court wishes,

10:56:54 2 sooner rather than later.  I followed up with Mr. Strongman,

10:56:58 3 and we intend to have a conversation next week about the next

10:57:01 4 step.

10:57:01 5     THE COURT:  Okay.  Well, that sounds exactly like what

10:57:03 6 I had envisioned the settlement committees to do.  By the way,

10:57:08 7 let me point out that Mr. Olinde is going to speak to the

10:57:12 8 non-sanofi defendants about their participation.

10:57:16 9     On the one hand, we don't want any particular

10:57:19 10 party left out; on the other hand, the committees have to be

10:57:24 11 manageable.  On the defendants' side, adding to the team to

10:57:28 12 account for the non-sanofi defendants is something that perhaps

10:57:33 13 we should do, but if we could limit that, in other words, have

10:57:36 14 a representative or a liaison person participate, that would be

10:57:39 15 better than having someone from each of the defendants.  A

10:57:42 16 little different than on the plaintiffs' side, where we do have

10:57:45 17 so many plaintiffs' counsel who are each representing more than

10:57:48 18 one, perhaps dozens of plaintiffs.

10:57:51 19     We're going to have to work that out, but I want

10:57:53 20 to make certain that, obviously, if we can achieve a settlement

10:57:58 21 in this case, at some point, we would want it -- the most

10:58:03 22 desirous settlement would be all of the cases with all of the

10:58:06 23 defendants.  Whether that's achievable or not, we don't know

10:58:10 24 today, and we won't know maybe for some time.  So that's one

10:58:13 25 thing.

**OFFICIAL TRANSCRIPT**

10:58:13  1          The second thing is, if you all do wish to meet

10:58:16  2     with me, we will begin the process.  If you would e-mail my

10:58:19  3     clerk, and we can perhaps find some dates that you all are

10:58:25  4     available.  I don't know if you mean just representatives of

10:58:28  5     the two committees, or whether you want to try to have a more

10:58:31  6     general meeting, but I'm certainly open to that.

10:58:33  7          If you all believe it would be productive for my

10:58:38  8     involvement at this early juncture, then I'm certainly

10:58:41  9     available and willing to entertain whatever you all would like

10:58:45 10     to present.

10:58:46 11          I don't want to have a circumstance where I'm

10:58:50 12     constantly getting involved in your discussions, unless you

10:58:56 13     think it would be productive.  I don't expect at this juncture

10:59:02 14     for you all to constantly report to me.  I don't see an

10:59:05 15     obligation there yet, but I'm certainly willing to do it.  If

10:59:08 16     you all believe it's time and it would be productive, then at

10:59:12 17     any point in time I'm certainly more than happy to meet with

10:59:15 18     you all.

10:59:17 19          MR. GORDON:  Thank you, Your Honor.  I will say it's

10:59:18 20     very early days, obviously, and I don't want to pretend to

10:59:21 21     speak for the defendants, but a couple of things.

10:59:23 22          Mr. Kaplan, in particular -- not to take anything

10:59:27 23     away from Mr. Strongman or any of the others on the

10:59:29 24     committee -- we have a very diverse committee, a broad range of

10:59:33 25     different ideas and backgrounds, which I think is helpful --

**OFFICIAL TRANSCRIPT**

10:59:35  1    but, you know, he, frankly, is a very young lawyer.  I looked

10:59:41  2    up to and fought battles with Mr. Kaplan and his firm, and he's

10:59:46  3    got a tremendous wealth of experience that many others don't

10:59:50  4    have, and I think it would be beneficial to have him at an

10:59:54  5    initial meeting, if the defense wants that.

10:59:58  6              We didn't talk a lot about the role of other

11:00:01  7    defendants and the potential overlap or interplay between the

11:00:07  8    other defendants' potential liability and sanofi's.  Our

11:00:13  9    meeting was strictly focused on sanofi and, essentially, the

11:00:13 10    brand name Taxotere.

11:00:19 11              So how they overlap and whether it makes sense to

11:00:21 12    have Mr. Olinde or others for the defense join in such a

11:00:25 13    colloquy, I'll leave up to defense and the Court, but I do

11:00:28 14    think that sometime in the relatively near future to move

11:00:31 15    forward.

11:00:31 16              I spoke some to Mr. Woody about this, the

11:00:34 17    MDL Centrality group, because they have been very helpful,

11:00:39 18    BrownGreer, in past MDLs I've worked on.  I think their

11:00:42 19    organization could be very helpful to both sides in starting to

11:00:45 20    inform what the potential universe of claims may be.  So,

11:00:49 21    talking to the Court and the defense about that sooner rather

11:00:52 22    than later, I think would be helpful.

11:00:53 23              THE COURT:  That's fine.  We'll pick a date and time.

11:00:56 24    We can compare notes on that calendar-wise, and if it is more

11:01:02 25    efficient -- and by that I mean cost effective -- we don't

*OFFICIAL TRANSCRIPT*

necessarily have to meet here.  If you all are in a location
that's more convenient for you all, I'll go to the location
that you're at in order to save on the fees and costs and your
valuable time.

We can discuss that as well, but we'll try to get
it on the calendar as soon as you confer and decide who needs
to be there and what dates and times are available, and we'll
go toward that end.  Maybe sometime next week we can pick a
date and time -- within the next week, pick a date and time in
the near future.  I'm not saying we meet next week, but
circulate the information and get back to us, and we'll get it
on the calendar soon.

MR. GORDON:  I'll follow up with your clerk.  Thank
you, Your Honor.

THE COURT:  Thank you.

MR. RATLIFF:  Your Honor, Harley Ratliff for sanofi.
I'll keep this fairly brief.

I'm here as sort of the liaison, I guess, for our
settlement committee.  I know Mr. Kaplan is on the phone.  I
was pleased to hear what Mr. Gordon said because that was the
feedback I got.  I talked to each one of the people who were
there for our side.  They described it as *productive*, as
*cordial,* as *a good stepping stone or building block for future
meetings*.

I think everyone was pleased that they could talk

*OFFICIAL TRANSCRIPT*

11:02:20 1    about what are the hurdles.  I don't know if it was

11:02:23 2    Mr. Strongman's phrase or Mr. Gordon's phrase, but *what makes*

11:02:27 3    *the case?*  That really fundamental level will be what drives

11:02:31 4    this litigation and, I think, drives their discussions.

11:02:35 5         There will be issues, I think, we see as more

11:02:37 6    important and issues they see as more important, but overall I

11:02:41 7    think the tenor of the meeting was strong, and the feedback I

11:02:44 8    got was everyone thought it was a positive experience and a

11:02:47 9    very good idea on Your Honor's part.

11:02:49 10        With respect to a meeting with you, I know that

11:02:54 11   is something that the people on our settlement committee,

11:02:58 12   certainly not the -- not Mr. Strongman, because he had been

11:03:02 13   here before, but the other three who don't know you, haven't

11:03:05 14   been in this courtroom -- unlike Mr. Gordon -- I know they are

11:03:08 15   interested in meeting with you.

11:03:09 16        What they have told me is they thought the most

11:03:11 17   productive thing would be able to have at least a brief

11:03:14 18   ex parte meeting on both sides, and then maybe a joint meeting.

11:03:18 19   Nothing too lengthy, but just so they feel like they know who

11:03:22 20   you are, and you know who they are, and sort of kind of what

11:03:25 21   your guidance is and what you expect out of it.

11:03:28 22        THE COURT:  Okay.

11:03:30 23        MR. RATLIFF:  So we will work with Mr. Gordon to get

11:03:32 24   that set up.

11:03:32 25        THE COURT:  That's fine.  That's fine.

**OFFICIAL TRANSCRIPT**

11:03:34  1          Mr. Olinde.

11:03:35  2          MR. OLINDE:  Your Honor, just, again, briefly, I am

11:03:39  3  going to be talking to the non-sanofi defendants to see what

11:03:45  4  sort of committee to set up with respect to the non-sanofi

11:03:49  5  defendants, and try to report back to the Court to let them

11:03:52  6  know how that's going to work or what the proposal is going to

11:03:55  7  be for that.  Thank you.

11:03:57  8          THE COURT:  I appreciate that.  Thank you.

11:03:59  9          All right.  Mr. Lambert.

11:04:00 10          MR. LAMBERT:  Your Honor, we're coming to the end of

11:04:02 11  the agenda here.  Before I get into Section 20, I just want to

11:04:06 12  mention that Pretrial Order Number 19 governs the submission of

11:04:12 13  common benefit time and expenses in this case.

11:04:16 14          If any counsel are participating on the common

11:04:21 15  benefit side on the plaintiff side of the case, they need to

11:04:23 16  familiarize themselves with that order and submit their time

11:04:26 17  and expenses pursuant to the deadline set therein.

11:04:30 18          If there are any questions on how to do that,

11:04:33 19  either myself or Stan Bodan, from Mr. Cochran's firm, are there

11:04:39 20  to answer questions.

11:04:42 21          Section Number 20, the Court entered Pretrial

11:04:47 22  Order No. 20 and appointed Mr. Kenneth DeJean as Special Master

11:04:52 23  for the review of time and expenses submitted as common

11:04:56 24  benefit, and I think Mr. DeJean is here to introduce himself.

11:05:03 25          SPECIAL MASTER DEJEAN:  I'm here, yes.

*OFFICIAL TRANSCRIPT*

11:05:04  1          THE COURT:  Good morning.

11:05:16  2          SPECIAL MASTER DEJEAN:  Good morning, Your Honor.

11:05:17  3              Just briefly, I'm Ken DeJean, or *Kenny*, as some

11:05:21  4     people call me, and I answer to other names also that probably

11:05:24  5     should not be of record.  But, nevertheless, I look forward to

11:05:28  6     working with the Court, with plaintiffs' counsel, and also to

11:05:31  7     meet defense counsel.

11:05:32  8              Doug, I think I met you before.  And I look

11:05:36  9     forward to working with everybody, getting to know everybody.

11:05:38 10              I just want everyone to feel comfortable that I

11:05:43 11     am not like the Wizard of Oz that stays behind the curtain.

11:05:48 12     Call me, contact me.  We're going to have questions about

11:05:51 13     entries.  We're going to have things.  We'll work through this

11:05:54 14     process.

11:05:54 15              I look forward to the Court's guidance in

11:05:57 16     reporting to the Court and trying to assist in any way I can.

11:06:01 17          THE COURT:  Well, I appreciate that.  I appreciate your

11:06:03 18     service in that role.  You've been spoken of very highly.  I

11:06:08 19     know you've got a great deal of experience.  And from the

11:06:12 20     Court's perspective, your job is a very, very critical one

11:06:15 21     ultimately in the successful completion of the MDL.

11:06:18 22              So, I appreciate you making yourself available to

11:06:21 23     all counsel to try to resolve things sooner rather than later.

11:06:29 24          SPECIAL MASTER DEJEAN:  Your Honor, just to put members

11:06:30 25     of the plaintiffs' group at ease, there is no magic to this.

                            ***OFFICIAL TRANSCRIPT***

11:06:34 1   If there are questions about entries, if there are questions

11:06:36 2   about documentation that will come up, I'm happy to talk with

11:06:41 3   them, happy to explain to the Court, report to the Court,

11:06:43 4   whatever you need.

11:06:44 5       THE COURT:  Likewise, feel free to contact us as well.

11:06:47 6   If something comes up with regard to your tasks that you need

11:06:50 7   the Court's input on, certainly contact us directly.

11:06:54 8       SPECIAL MASTER DEJEAN:  Thank you.  Your Honor.  I

11:06:56 9   appreciate it.

11:06:56 10      THE COURT:  Thank you.

11:06:58 11          All right.  Mr. Lambert anything further?

11:07:00 12      MR. LAMBERT:  Just the last agenda item.  Number 21 is

11:07:03 13  the next status conference, which Your Honor has already

11:07:05 14  identified.  May 12th, 10:00 a.m., will be the next.

11:07:10 15      THE COURT:  Right.  We'll follow the same timeline that

11:07:13 16  we followed here today, but that will be on May 12th, 2017.

11:07:18 17          Mr. Moore, is there anything you would like to

11:07:20 18  cover on behalf of the sanofi defendants?

11:07:23 19      MR. MOORE:  No, Your Honor.

11:07:24 20      THE COURT:  All right.  Likewise, Mr. Olinde?

11:07:27 21      MR. OLINDE:  Nothing further, Your Honor.

11:07:28 22      THE COURT:  All right.  Now, we'll go ahead and open

11:07:30 23  the floor.  If anyone has any questions about anything we have

11:07:33 24  already covered or would like to raise any issues that have not

11:07:37 25  been covered, now would be a good time to do that.  Anybody?

*OFFICIAL TRANSCRIPT*

11:07:43  1          Okay.  I would like to schedule -- and we can do
11:07:45  2  this through e-mail -- I would like to schedule another meeting
11:07:48  3  with liaison counsel sometime in the next two to three weeks.
11:07:53  4  Then, of course, I'll wait to hear with regard to the
11:07:57  5  settlement committee.
11:07:57  6          I would expect, as we talked about with
11:08:02  7  Mr. Coffin and Mr. Moore, about perhaps a longer term calendar
11:08:06  8  where we can start putting things on our timeline, one end
11:08:10  9  being, of course, today, and the other end being a potential
11:08:14 10  bellwether trial date.  And then we can start putting things on
11:08:17 11  in between, what our expectations are.
11:08:19 12          I feel like the MDL is proceeding.  I think we're
11:08:22 13  finally at a point where we have more direction than we have in
11:08:27 14  the past two, which is very positive.  I think we're finally to
11:08:31 15  the point where we're all rowing in the same direction on this.
11:08:34 16  And I'm encouraged that we'll be able to get back to this
11:08:40 17  timeline, we'll be able to put things on there, and things will
11:08:43 18  start moving a little bit quicker, especially now that we'll
11:08:46 19  have the fact sheets available, hopefully soon, and we'll have
11:08:49 20  some dates that will be on our calendar.
11:08:53 21          All right.  Unless anybody has anything else,
11:08:56 22  we'll be adjourned for today.  Thank you all for coming.  I
11:08:59 23  really appreciate it.
11:09:01 24          VOICES:  Thank you, Your Honor.
         25          (WHEREUPON, at 11:09 a.m., the proceedings were

**OFFICIAL TRANSCRIPT**

1     concluded.)

2                                  *     *     *

3

4

5                          REPORTER'S CERTIFICATE

6

7          I, Cathy Pepper, Certified Realtime Reporter, Registered

8     Merit Reporter, Certified Court Reporter in and for the State

9     of Louisiana, Official Court Reporter for the United States

10    District Court, Eastern District of Louisiana, do hereby

11    certify that the foregoing is a true and correct transcript to

12    the best of my ability and understanding from the record of the

13    proceedings in the above-entitled and numbered matter.

14

15

16                              _s/Cathy Pepper_
                                _____

17                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
18                              Registered Merit Reporter
                                Official Court Reporter
19                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
20

21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*

## 1

**1** [2] - 11:25, 21:14
**10** [2] - 21:23, 23:5
**1000** [1] - 3:24
**10010** [1] - 5:14
**10017** [1] - 2:13
**10022** [1] - 6:5
**10:00** [2] - 1:7, 49:14
**10:00....** [1] - 8:4
**10th** [1] - 13:13
**11** [2] - 7:6, 29:3
**110** [1] - 4:8
**1100** [2] - 1:21, 5:18
**1155** [1] - 4:19
**11:09** [1] - 50:25
**11TH** [1] - 2:12
**12** [4] - 7:7, 7:8, 8:4, 29:12
**12(b** [1] - 37:20
**12th** [3] - 32:24, 49:14, 49:16
**13** [3] - 7:9, 7:10, 29:18
**14** [3] - 7:11, 21:18, 30:1
**1400** [2] - 1:25, 2:16
**14th** [1] - 12:24
**15** [5] - 12:18, 14:5, 29:20, 36:17, 37:19
**1515** [2] - 1:25, 2:15
**16** [1] - 38:1
**16-2740** [1] - 9:9
**16-MD-2740** [1] - 1:6
**17** [3] - 1:7, 9:3, 40:2
**18** [4] - 12:23, 21:8, 29:8, 40:9
**1833** [1] - 4:4
**1899** [1] - 2:23
**19** [2] - 40:13, 47:12

## 2

**2** [1] - 4:7
**20** [4] - 23:5, 47:11, 47:21, 47:22
**200** [3] - 3:15, 4:20, 5:5
**20004** [1] - 4:20
**2013** [1] - 16:6
**2014** [1] - 16:6
**2017** [4] - 1:7, 8:4, 9:3, 49:16
**21** [4] - 7:12, 7:13, 7:14, 49:12
**22** [5] - 13:5, 13:11, 16:7, 16:8, 29:8
**22ND** [1] - 5:14
**23** [2] - 13:2, 29:9
**230** [1] - 12:18
**2300** [1] - 5:18
**23231** [1] - 6:16
**236-1** [1] - 13:1
**24** [3] - 13:7, 21:25, 29:8
**24TH** [1] - 3:20
**24th** [2] - 13:15, 14:23
**250** [1] - 6:16
**2555** [1] - 4:16
**25th** [1] - 29:17
**2700** [1] - 4:12
**27th** [2] - 14:15, 14:24
**2800** [3] - 1:21, 3:4, 4:24
**29** [3] - 7:15, 7:16, 7:18
**2nd** [1] - 32:23

## 3

**30** [2] - 7:19, 30:7
**30305** [1] - 5:6
**316** [1] - 2:4
**31st** [2] - 12:19, 29:21
**32502** [1] - 2:5
**3333** [1] - 5:5
**338** [1] - 3:8
**36** [1] - 7:20
**360** [1] - 2:12
**3650** [1] - 1:17
**370** [1] - 5:22
**38** [1] - 7:22
**3rd** [1] - 38:3

## 4

**4** [2] - 13:17, 13:25
**40** [3] - 7:23, 7:24, 7:25
**400** [2] - 2:8, 4:12
**4000** [1] - 3:4
**417** [1] - 6:12
**4265** [1] - 3:23
**4325** [1] - 6:12
**4500** [2] - 5:9, 5:22
**45202** [1] - 4:25
**460** [1] - 3:15
**47** [1] - 8:3
**49** [1] - 8:4

## 5

**5** [3] - 13:23, 13:25, 14:2
**500** [1] - 6:20
**504** [1] - 6:21
**505(b)(2** [2] - 15:5, 15:20
**51** [1] - 5:14
**589-7779** [1] - 6:21

## 6

**6** [2] - 14:7, 41:2
**600** [2] - 2:4, 4:24
**601** [2] - 3:19, 6:4
**62002** [1] - 2:20
**64108** [1] - 4:16
**64112** [1] - 3:15
**6TH** [1] - 2:8

## 7

**7** [2] - 13:19, 14:13
**700** [1] - 2:23
**701** [4] - 1:17, 3:11, 5:9, 6:8
**70112** [2] - 1:25, 2:16
**70130** [6] - 3:8, 3:12, 3:20, 4:4, 4:12, 6:21
**70139** [2] - 1:17, 5:10
**70163** [2] - 1:22, 5:19
**70502** [1] - 6:13
**70802** [1] - 6:9
**75** [1] - 13:14
**77027** [1] - 3:24
**77056** [1] - 3:5

## 8

**8** [1] - 21:12
**80** [2] - 16:8, 16:9
**80202** [2] - 2:24, 5:23
**857** [1] - 12:1
**888)361-0741** [1] - 27:7
**8:30** [2] - 38:5, 38:6

## 9

**9** [2] - 14:9, 21:17
**90245** [1] - 2:9
**92606** [1] - 4:8
**99** [1] - 17:20

## A

**a.m** [2] - 49:14, 50:25
**A.M** [1] - 1:7
**ABBY** [1] - 3:14
**ABC's** [1] - 39:4
**ability** [2] - 28:15, 51:15
**able** [5] - 31:25, 41:20, 46:17, 50:16, 50:17
**above-entitled** [1] - 51:16
**access** [4] - 22:14, 23:3, 23:13, 25:16
**Accord** [1] - 10:18
**ACCORD** [1] - 6:7
**account** [1] - 42:12
**accounted** [1] - 37:10
**accounts** [2] - 23:4, 23:6
**accurate** [1] - 20:22
**achievable** [1] - 42:23
**achieve** [1] - 42:20
**Actavis** [1] - 10:11
**ACTAVIS** [1] - 4:22
**action** [3] - 19:11, 29:13
**ACTION** [1] - 1:6
**ADAMS** [1] - 5:8
**add** [3] - 13:2, 19:25, 30:8
**adding** [1] - 42:11
**addition** [3] - 20:13, 21:6, 29:23
**additional** [2] - 18:18, 26:5
**address** [3] - 22:22, 24:9, 27:5
**addressed** [1] - 40:4
**addressee** [1] - 14:10
**adjourned** [1] - 50:22
**administered** [1] - 21:1
**admitted** [1] - 10:5
**admonition** [1] - 31:10
**adopt** [2] - 15:8, 36:2
**ADRIENNE** [1] - 4:15
**advancement** [1] - 30:3
**adversarial** [1] - 39:21
**affected** [1] - 25:17
**Agenda** [1] - 14:12
**agenda** [5] - 11:17, 11:25, 21:21, 47:11, 49:12
**ago** [1] - 40:17
**agree** [2] - 19:8, 35:9
**agreed** [2] - 14:20, 36:25
**agreement** [2] - 15:12, 39:18
**ahead** [8] - 9:16, 9:18, 9:25, 11:4, 11:12, 28:3, 28:23, 49:22
**AIDED** [1] - 6:24
**aiding** [1] - 15:22
**al** [1] - 29:14
**ALL** [1] - 1:8
**allege** [2] - 12:7, 16:5
**allows** [1] - 22:19
**ALSO** [2] - 6:11, 7:21
**ALTON** [1] - 2:20
**ambitious** [1] - 35:15
**amended** [2] - 13:1, 29:10
**AMERICA** [1] - 3:19
**amount** [3] - 22:24, 23:15, 32:5
**AND** [5] - 5:12, 7:15, 7:17, 7:23, 8:2
**ANDA** [1] - 20:8
**ANDREWS** [2] - 4:6, 4:7
**ANNE** [1] - 4:7
**answer** [5] - 16:16, 27:21, 29:19, 47:20, 48:4
**ANSWER....................................................** [1] - 7:18
**answers** [2] - 25:5, 25:22
**APPEARANCE** [1] - 7:23
**appearance** [2] - 9:17, 40:2
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**appointed** [5] - 9:11, 10:1, 10:5, 40:11, 47:22
**APPOINTED** [1] - 8:1
**appointment** [2] - 11:23, 40:9
**APPOINTMENT** [1] - 7:24
**appreciate** [11] - 20:3, 22:9, 27:22, 30:24, 35:17, 47:8, 48:17, 48:22, 49:9, 50:23
**appreciated** [1] - 9:19
**approached** [1] - 15:1
**appropriate** [4] - 19:6, 19:10, 20:2, 28:16
**appropriately** [1] - 39:16
**approval** [2] - 15:19, 20:8
**approved** [4] - 20:10, 25:4, 29:5, 29:11
**approving** [1] - 22:11
**April** [1] - 29:17
**argument** [2] - 39:5, 39:8

**arguments** [1] - 37:6
**armies** [1] - 38:16
**AS** [3] - 7:21, 8:1, 8:2
**assist** [1] - 48:16
**assistance** [1] - 29:5
**AT** [1] - 8:4
**ATLANTA** [1] - 5:6
**attendance** [1] - 9:24
**attendees** [1] - 9:14
**attorney** [1] - 26:24
**attorneys** [2] - 10:6, 14:21
**authorization** [1] - 26:4
**authorizations** [3] - 13:2, 24:23, 29:10
**available** [13] - 12:13, 17:3, 17:6, 17:7, 19:17, 25:23, 28:21, 32:19, 43:4, 43:9, 45:7, 48:22, 50:19
**AVENUE** [4] - 2:12, 5:14, 6:4, 6:12
**avoid** [1] - 16:1

## B

**B-275** [1] - 6:20
**BACHUS** [2] - 2:22, 2:22
**background** [1] - 39:3
**backgrounds** [1] - 43:25
**backup** [1] - 33:11
**backups** [1] - 33:11
**BACON** [2] - 4:14, 4:18
**bank** [1] - 39:12
**bare** [1] - 39:3
**BARNES** [1] - 3:18
**BARRIOS** [2] - 1:16, 1:16
**Barrios** [1] - 11:20
**Barrios'** [1] - 13:20
**BART** [1] - 3:17
**BATON** [1] - 6:9
**battles** [1] - 44:2
**BAUDIN** [1] - 1:24
**BAYLEN** [1] - 2:4
**becomes** [1] - 31:23
**BEFORE** [1] - 1:11
**begin** [9] - 16:15, 16:17, 20:8, 24:17, 28:5, 28:15, 31:6, 32:1, 43:2
**beginning** [1] - 24:9
**begins** [1] - 21:4
**behalf** [3] - 15:3, 40:11, 49:18

**behind** [1] - 48:11
**belief** [1] - 19:5
**bellwether** [16] - 28:8, 28:17, 28:18, 30:14, 30:17, 30:23, 30:25, 31:7, 31:8, 32:10, 33:2, 33:9, 34:1, 35:11, 36:3, 50:10
**belong** [4] - 16:11, 18:16, 18:24, 19:22
**Ben** [1] - 40:15
**beneficial** [1] - 44:4
**benefit** [4] - 35:23, 47:13, 47:15, 47:24
**BENEFIT....................
......................** [1] - 8:3
**BENJAMIN** [2] - 1:19, 2:4
**Benjamin** [1] - 11:14
**Berne** [1] - 10:10
**BERNE** [2] - 4:23
**best** [2] - 28:19, 51:15
**BETSY** [1] - 3:18
**better** [4] - 17:25, 18:7, 41:3, 42:15
**between** [6] - 20:14, 28:12, 29:4, 39:18, 44:7, 50:11
**beyond** [1] - 36:21
**BICKFORD** [1] - 3:7
**BINSTOCK** [1] - 3:22
**birth** [1] - 24:10
**bit** [5] - 26:17, 28:3, 28:14, 38:14, 50:18
**blank** [1] - 33:23
**blanks** [1] - 33:22
**block** [1] - 45:23
**Bodan** [1] - 47:19
**bones** [1] - 39:3
**BOULEVARD** [3] - 2:8, 3:4, 4:16
**BOX** [1] - 6:12
**brand** [1] - 44:10
**brief** [4] - 22:2, 22:13, 45:17, 46:17
**BRIEFING** [1] - 7:16
**briefing** [1] - 29:12
**briefly** [4] - 11:17, 26:10, 29:20, 47:2, 48:3
**BRILLEAUX** [1] - 4:11
**broad** [1] - 43:24
**brought** [1] - 18:16
**BrownGreer** [4] - 12:16, 22:1, 22:5, 44:18
**BROWNGREER** [1] - 6:15
**buckets** [1] - 41:17

**build** [2] - 35:22, 39:12
**building** [2] - 31:15, 45:23
**bullet** [1] - 39:24
**business** [1] - 33:24
**button** [5] - 24:8, 24:19, 24:22, 25:11, 26:12
**BY** [30] - 1:16, 1:20, 1:24, 2:4, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:23, 4:3, 4:7, 4:11, 4:15, 4:19, 4:23, 5:4, 5:8, 5:13, 5:17, 5:21, 6:4, 6:8, 6:23, 6:24
**BYARD** [1] - 4:15

## C

**calendar** [14] - 28:9, 30:20, 34:1, 34:16, 34:18, 34:23, 34:24, 35:22, 36:12, 44:24, 45:6, 45:12, 50:7, 50:20
**calendar-wise** [1] - 44:24
**calendared** [1] - 13:15
**calendars** [1] - 34:17
**California** [1] - 12:6
**CALIFORNIA** [2] - 2:9, 4:8
**CALLED** [1] - 9:4
**cares** [1] - 39:20
**case** [38] - 9:12, 11:24, 11:25, 13:10, 14:3, 16:2, 16:11, 16:25, 17:16, 18:14, 18:16, 18:24, 20:11, 20:15, 20:25, 21:16, 24:6, 26:23, 27:10, 29:2, 29:15, 32:7, 32:14, 32:15, 33:11, 33:12, 33:16, 35:16, 37:2, 38:8, 38:10, 39:14, 40:25, 41:16, 42:21, 46:3, 47:13, 47:15
**CASE** [1] - 7:6
**CASES** [1] - 1:8
**cases** [33] - 12:1, 12:4, 12:5, 12:9, 13:13, 16:4, 16:6, 16:12, 16:13, 16:16, 16:25, 17:19, 17:20, 18:24, 19:21, 19:22, 25:24, 28:8, 28:11,

28:18, 32:10, 32:20, 33:1, 33:9, 33:11, 36:23, 37:1, 37:5, 37:15, 41:18, 42:22
**CASTEIX** [1] - 1:16
**Cathy** [2] - 51:10, 51:20
**CATHY** [1] - 6:19
**Cathy_Pepper@laed .uscourts.gov** [1] - 51:22
**cathy_Pepper@laed. uscourts.gov** [1] - 6:22
**causation** [3] - 34:10, 34:25, 35:1
**CCR** [2] - 6:19, 51:20
**CENTER** [1] - 3:19
**CENTOLA** [2] - 3:7, 3:7
**central** [1] - 26:12
**Centrality** [13] - 12:14, 13:6, 21:23, 22:12, 22:14, 22:15, 22:23, 25:7, 28:20, 28:25, 29:7, 32:17, 44:17
**CENTRALITY............
......................** [1] - 7:14
**CENTRE** [1] - 5:18
**certain** [5] - 19:12, 32:5, 32:20, 34:20, 42:20
**certainly** [10] - 31:4, 31:25, 35:9, 36:13, 43:6, 43:8, 43:15, 43:17, 46:12, 49:7
**CERTIFICATE** [1] - 51:8
**certification** [2] - 29:12, 29:16
**CERTIFICATION** [1] - 7:16
**CERTIFIED** [1] - 6:19
**Certified** [3] - 51:10, 51:11, 51:20
**certify** [1] - 51:14
**Chad** [1] - 10:18
**CHAD** [1] - 6:8
**Chaffe** [1] - 10:5
**CHAFFE** [1] - 5:17
**chambers** [1] - 11:19
**chance** [5] - 16:8, 16:9, 29:24, 34:15, 35:11
**characterize** [1] - 40:23
**charge** [1] - 23:4
**chart** [3] - 15:19, 20:3, 21:6

**CHEFFO** [2] - 5:13, 10:14
**Cheffo** [1] - 10:14
**Chris** [1] - 15:3
**CHRISTOPHER** [1] - 1:24
**Cincinnati** [1] - 10:10
**CINCINNATI** [1] - 4:25
**circulate** [1] - 45:11
**circumstance** [1] - 43:11
**circumstances** [2] - 12:7, 16:10
**cite** [1] - 26:23
**City** [1] - 40:18
**CITY** [2] - 3:15, 4:16
**CIVIL** [1] - 1:6
**claim** [2] - 19:5, 19:12
**claimants** [1] - 28:15
**claims** [4] - 18:5, 18:12, 18:13, 44:20
**clarify** [1] - 20:13
**CLASS** [1] - 7:16
**class** [4] - 29:12, 29:13, 29:16
**clean** [1] - 21:9
**clear** [3] - 20:6, 22:6, 34:10
**clearly** [1] - 20:9
**clerk** [2] - 43:3, 45:13
**CLERK** [1] - 9:7
**click** [6] - 24:7, 24:18, 25:11, 25:15, 25:18, 26:2
**client** [6] - 15:24, 17:14, 18:16, 18:24, 25:7, 38:11
**client's** [2] - 18:5, 19:9
**Cliff** [1] - 10:12
**CLIFTON** [1] - 5:4
**co** [4] - 11:15, 11:23, 40:9, 40:11
**CO** [1] - 7:24
**co-defense** [1] - 40:11
**co-liaison** [3] - 11:15, 11:23, 40:9
**CO-LIAISON** [1] - 7:24
**Cochran's** [1] - 47:19
**code** [1] - 21:4
**COFFIN** [9] - 1:24, 1:24, 15:2, 30:9, 32:24, 34:2, 35:17, 36:7, 36:13
**Coffin** [3] - 14:20, 15:3, 50:7
**coffin** [2] - 15:1, 30:8
**COHEN** [1] - 5:4
**colloquy** [1] - 44:13
**COLORADO** [2] -

2:24, 5:23
**combined** [1] - 40:18
**comfortable** [1] - 48:10
**coming** [3] - 38:16, 47:10, 50:22
**committed** [1] - 15:21
**committee** [10] - 20:1, 28:5, 40:6, 40:16, 43:24, 45:19, 46:11, 47:4, 50:5
**committees** [7] - 9:12, 33:7, 40:13, 40:18, 42:6, 42:10, 43:5
**COMMITTEES...........**
**.................** [1] - 7:25
**common** [3] - 47:13, 47:14, 47:23
**COMMON** [1] - 8:2
**communicate** [1] - 13:20
**compare** [1] - 44:24
**comparison** [1] - 20:7
**competing** [1] - 38:15
**complaint** [11] - 12:19, 12:20, 14:5, 15:23, 29:18, 29:19, 29:21, 29:22, 31:20, 37:11
**COMPLAINT** [2] - 7:17
**complaints** [2] - 14:6, 16:1
**completed** [1] - 13:22
**completion** [1] - 48:21
**comply** [1] - 13:18
**component** [1] - 26:11
**COMPUTER** [1] - 6:24
**COMPUTER-AIDED**
[1] - 6:24
**concentrate** [1] - 19:22
**concluded** [1] - 51:1
**conclusion** [1] - 19:3
**conditional** [1] - 12:2
**confer** [7] - 29:25, 30:6, 32:11, 34:22, 36:8, 38:23, 45:6
**conference** [9] - 9:14, 12:4, 12:12, 28:13, 30:2, 32:22, 33:4, 40:6, 49:13
**CONFERENCE** [2] - 1:11, 8:4
**conferences** [1] - 23:24
**conferring** [3] - 21:21, 36:18, 37:25
**confirmed** [1] - 9:10
**congratulate** [1] - 11:22

**conjures** [2] - 16:23, 38:16
**CONROY** [1] - 2:18
**consensus** [3] - 33:20, 41:19, 41:25
**consideration** [1] - 31:1
**considering** [1] - 39:13
**constantly** [2] - 43:12, 43:14
**consult** [2] - 18:2, 18:11
**contact** [6] - 13:18, 14:22, 27:5, 48:12, 49:5, 49:7
**CONTACT** [1] - 7:9
**contained** [1] - 32:5
**CONTINENTAL** [1] - 2:8
**continue** [2] - 30:6, 34:21
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**control** [1] - 23:18
**convenient** [2] - 26:17, 45:2
**conversation** [1] - 42:3
**conversations** [1] - 14:19
**coordination** [3] - 11:18, 12:5, 17:9
**COORDINATION.......**
**.................** [1] - 7:7
**copy** [1] - 27:8
**cordial** [2] - 41:9, 45:23
**CORPORATE** [1] - 4:7
**correct** [4] - 18:19, 20:24, 21:24, 51:14
**cost** [1] - 44:25
**costs** [1] - 45:3
**counsel** [42] - 9:11, 9:13, 10:2, 11:3, 11:10, 11:15, 11:23, 12:18, 12:21, 13:9, 13:17, 13:18, 13:21, 14:2, 15:15, 15:18, 17:13, 18:10, 18:17, 18:22, 18:23, 19:1, 19:7, 20:5, 20:6, 21:2, 21:13, 31:10, 32:19, 36:11, 37:14, 39:9, 39:18, 39:24, 40:9, 40:11, 42:17, 47:14, 48:6, 48:7, 48:23, 50:3
**Counsel** [1] - 36:24
**COUNSEL** [2] - 7:9,

7:24
**counting** [1] - 34:17
**couple** [6] - 12:17, 25:1, 27:19, 31:14, 36:10, 43:21
**course** [4] - 23:25, 25:21, 50:4, 50:9
**COURT** [44] - 1:1, 2:19, 6:19, 9:4, 9:8, 11:1, 14:23, 15:9, 16:21, 20:12, 20:18, 20:21, 21:11, 22:3, 22:7, 27:12, 27:22, 27:25, 31:2, 32:4, 32:25, 34:14, 35:18, 36:9, 36:15, 36:22, 37:16, 37:21, 38:5, 38:9, 40:1, 42:5, 44:23, 45:15, 46:22, 46:25, 47:8, 48:1, 48:17, 49:5, 49:10, 49:15, 49:20, 49:22
**court** [3] - 11:18, 12:8, 36:2
**Court** [31] - 10:8, 11:16, 12:9, 13:24, 22:10, 22:18, 22:20, 24:4, 25:3, 27:9, 30:7, 30:19, 30:24, 39:12, 40:5, 41:21, 41:25, 42:1, 44:13, 44:21, 47:5, 47:21, 48:6, 48:16, 49:3, 51:11, 51:12, 51:13, 51:21, 51:22
**Court's** [12] - 11:17, 12:13, 15:7, 29:5, 31:1, 31:10, 31:11, 32:2, 41:1, 48:15, 48:20, 49:7
**courtroom** [3] - 9:22, 39:19, 46:14
**cover** [2] - 39:19, 49:18
**covered** [6] - 11:8, 11:10, 27:16, 35:6, 49:24, 49:25
**COX** [1] - 6:7
**Cox** [1] - 10:18
**create** [1] - 41:22
**credentials** [2] - 22:25, 23:12
**critical** [1] - 48:20
**CRR** [2] - 6:19, 51:20
**Culbertson** [1] - 10:23
**current** [2] - 14:15, 22:24
**curtain** [1] - 48:11

# D

**database** [1] - 17:25
**date** [22] - 12:20, 16:5, 20:7, 20:8, 24:10, 26:7, 32:23, 33:2, 33:5, 33:9, 33:12, 34:20, 35:11, 36:3, 36:5, 38:2, 44:23, 45:9, 50:10
**dates** [16] - 15:19, 15:20, 20:4, 30:20, 31:14, 32:25, 33:22, 34:8, 34:12, 34:13, 34:18, 35:14, 35:18, 43:3, 45:7, 50:20
**DAVID** [2] - 1:19, 2:19
**David** [1] - 11:14
**Dawn** [1] - 11:20
**DAWN** [1] - 1:16
**days** [5] - 13:14, 30:7, 39:11, 40:17, 43:20
**DC** [1] - 4:20
**deadline** [6] - 13:12, 13:14, 14:15, 29:15, 29:21, 47:17
**deadlines** [8] - 12:19, 12:21, 30:21, 31:12, 35:4, 35:7, 36:1, 37:18
**deal** [1] - 48:19
**dealing** [1] - 39:4
**dealt** [1] - 29:19
**DEBORAH** [1] - 5:8
**decade** [1] - 34:24
**decide** [6] - 32:10, 34:15, 34:16, 38:21, 39:8, 45:6
**DEFENDANT** [1] - 7:15
**defendant** [22] - 12:24, 14:21, 15:5, 17:18, 17:21, 18:5, 19:4, 19:5, 19:9, 19:11, 20:10, 20:17, 21:4, 22:11, 22:16, 28:16, 29:3, 29:6, 32:14, 33:24, 36:6, 37:18
**defendants** [38] - 9:13, 10:2, 10:7, 11:23, 15:17, 15:18, 15:20, 16:11, 16:13, 17:19, 18:4, 18:6, 20:2, 20:3, 25:16, 25:18, 27:20, 29:23, 29:25, 30:12, 30:16, 32:9, 37:9, 37:18, 37:25, 40:3, 40:4,

40:10, 40:12, 42:8, 42:12, 42:15, 42:23, 43:21, 44:7, 47:3, 47:5, 49:18
**defendants'** [2] - 42:11, 44:8
**DEFENDANTS....** [2] - 7:23, 7:24
**defense** [16] - 9:12, 15:15, 16:17, 19:6, 19:15, 19:19, 31:18, 34:3, 40:11, 40:19, 41:19, 44:5, 44:12, 44:13, 44:21, 48:7
**defer** [1] - 35:19
**deferential** [2] - 35:8, 35:9
**define** [2] - 41:17, 41:20
**DeJean** [3] - 47:22, 47:24, 48:3
**DEJEAN** [6] - 6:11, 8:1, 47:25, 48:2, 48:24, 49:8
**Delaware** [2] - 12:6, 12:10
**demos** [1] - 27:19
**DENNIS** [1] - 3:23
**DENVER** [2] - 2:24, 5:23
**deny** [1] - 31:22
**DEPUTY** [1] - 9:7
**derelict** [1] - 35:14
**described** [1] - 45:22
**designed** [1] - 33:15
**desirous** [1] - 42:22
**desk** [1] - 34:18
**detail** [1] - 26:5
**details** [2] - 28:12, 28:13
**determination** [1] - 18:18
**determine** [1] - 41:16
**DFS** [4] - 19:16, 19:18, 21:7, 28:1
**differences** [1] - 20:14
**different** [5] - 22:25, 31:24, 39:6, 42:16, 43:25
**difficult** [1] - 21:5
**digest** [1] - 19:1
**diligence** [3] - 15:25, 18:18, 19:2
**direct** [2] - 13:23, 13:24
**DIRECT** [1] - 7:10
**direction** [3] - 11:17, 50:13, 50:15
**directions** [1] - 13:5
**directly** [3] - 14:3,

25:8, 49:7
**disagree** [1] - 19:4
**discovery** [19] - 21:19, 30:1, 30:4, 30:9, 30:12, 30:22, 30:25, 31:5, 31:20, 31:22, 32:5, 32:11, 33:14, 33:16, 34:4, 34:9, 34:10, 35:4
**DISCOVERY**..............
.......................... [1] - 7:19
**discuss** [4] - 11:9, 15:6, 15:9, 45:5
**discussed** [8] - 11:6, 14:13, 15:4, 15:17, 17:24, 29:20, 30:10, 36:18
**discussion** [3] - 11:7, 11:10, 32:1
**discussions** [2] - 43:12, 46:4
**dismiss** [2] - 19:11, 37:20
**dismissal** [2] - 18:20, 29:24
**disposed** [1] - 37:7
**disregarded** [1] - 14:1
**distributed** [1] - 12:14
**District** [3] - 51:13, 51:22
**DISTRICT** [3] - 1:1, 1:1, 1:12
**diverse** [1] - 43:24
**DIVISION** [1] - 5:3
**DMITRIY** [1] - 6:4
**Dmitriy** [1] - 10:20
**docetaxel** [1] - 15:23
**DOCETAXEL** [1] - 1:4
**docket** [3] - 26:10, 26:12, 26:16
**doctor's** [1] - 26:7
**Document** [2] - 12:18, 13:1
**DOCUMENT** [1] - 1:8
**document** [2] - 26:4, 35:4
**documentation** [3] - 18:16, 18:25, 49:2
**documents** [10] - 22:18, 22:21, 24:1, 24:22, 25:14, 25:19, 26:2, 26:9, 26:21, 27:1
**done** [13] - 14:23, 15:12, 22:19, 27:19, 28:10, 31:16, 33:14, 33:16, 34:19, 34:20, 34:24, 35:21, 35:25
**Doug** [1] - 48:8

**DOUGLAS** [1] - 4:11
**Douglas** [2] - 15:14, 31:3
**down** [7] - 17:12, 18:2, 18:3, 18:4, 21:5, 33:13, 41:15
**dozens** [1] - 42:18
**draft** [1] - 11:2
**drives** [2] - 46:3, 46:4
**drug** [3] - 20:7, 20:9
**drugs** [1] - 21:1
**due** [3] - 15:25, 18:18, 19:2
**duplicate** [1] - 24:15
**during** [1] - 15:18

## E

**e-mail** [5] - 23:22, 27:5, 27:19, 43:2, 50:2
**e-mails** [3] - 23:16, 23:18, 23:21
**Eagle** [1] - 10:21
**EAGLE** [1] - 6:3
**early** [3] - 33:25, 43:8, 43:20
**ears** [1] - 33:20
**ease** [1] - 44:25
**easier** [2] - 23:7, 26:25
**easily** [1] - 15:11
**Eastern** [1] - 51:13
**EASTERN** [1] - 1:1
**easy** [1] - 38:25
**edict** [1] - 32:2
**educational** [1] - 39:20
**effective** [2] - 25:13, 44:25
**efficiency** [1] - 16:2
**efficient** [1] - 44:25
**efficiently** [2] - 16:20, 32:2
**either** [4] - 19:9, 24:13, 25:19, 47:19
**EL** [1] - 2:9
**elect** [1] - 26:14
**ELLIS** [1] - 6:3
**Ellis** [1] - 10:21
**EMANUEL** [1] - 5:13
**Emanuel** [1] - 10:15
**embraced** [1] - 41:10
**emeritus** [1] - 40:21
**EMILY** [1] - 3:11
**encourage** [4] - 13:18, 23:6, 23:21, 27:4
**encouraged** [1] - 50:16
**encouraging** [1] -

15:8
**end** [9] - 15:25, 19:7, 32:3, 39:22, 39:23, 45:8, 47:10, 50:8, 50:9
**endeavor** [2] - 36:13, 37:6
**endgame** [1] - 41:22
**ENERGY** [1] - 5:18
**ENGELHARDT** [1] - 1:11
**entered** [6] - 12:12, 12:23, 13:24, 21:25, 22:10, 47:21
**enters** [1] - 9:22
**entertain** [1] - 43:9
**entirely** [1] - 20:22
**entities** [6] - 14:8, 14:12, 14:14, 15:13, 16:1, 37:24
**ENTITIES**..................
.... [1] - 7:11
**entitled** [1] - 51:16
**entries** [2] - 48:13, 49:1
**envision** [2] - 38:15, 38:19
**envisioned** [1] - 42:6
**ESI** [4] - 21:19, 30:3, 30:4, 35:6
**especially** [2] - 37:9, 50:18
**ESQ** [33] - 1:16, 1:20, 1:21, 1:24, 2:4, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:18, 3:23, 4:3, 4:7, 4:11, 4:11, 4:15, 4:15, 4:19, 4:23, 5:4, 5:4, 5:8, 5:13, 5:17, 5:21, 6:4, 6:8
**essentially** [1] - 44:9
**et** [1] - 29:14
**evaluation** [1] - 28:22
**event** [1] - 33:9
**eventually** [1] - 29:1
**evidence** [1] - 21:15
**ex** [1] - 46:18
**exact** [1] - 25:3
**exactly** [1] - 42:5
**examination** [1] - 18:17
**excellent** [1] - 17:11
**exchange** [1] - 22:16
**excuse** [1] - 24:9
**exemplar** [2] - 12:20, 14:4, 29:22
**existing** [1] - 22:23
**EXNICIOS** [2] - 2:14,

2:15
**expect** [9] - 18:13, 19:6, 27:3, 39:5, 39:8, 39:10, 43:13, 46:21, 50:6
**expectations** [1] - 50:11
**expedite** [1] - 15:12
**EXPENSES** [1] - 8:2
**expenses** [3] - 47:13, 47:17, 47:23
**experience** [4] - 44:3, 46:8, 48:19
**experts** [2] - 38:15, 38:16
**explain** [1] - 49:3
**explained** [1] - 27:17
**explanatory** [1] - 24:18
**expressed** [1] - 33:7
**extensive** [1] - 29:4

## F

**facilities** [1] - 20:25
**FACT** [1] - 7:15
**fact** [33] - 12:25, 13:4, 13:12, 16:14, 17:19, 18:19, 19:8, 19:16, 22:16, 22:19, 23:17, 24:1, 24:5, 24:7, 24:11, 24:18, 24:19, 24:24, 24:25, 25:19, 25:22, 29:3, 29:6, 29:7, 29:10, 31:18, 32:5, 33:15, 50:19
**factors** [1] - 32:20
**facts** [2] - 12:7, 22:12
**fair** [2] - 22:24, 23:15
**fairly** [3] - 20:15, 24:18, 45:17
**familiarize** [4] - 12:21, 13:9, 21:13, 47:16
**far** [1] - 34:4
**fashion** [1] - 41:10
**feature** [1] - 26:12
**February** [1] - 12:24
**federal** [1] - 12:8
**FEDERAL/STATE** [1] - 7:7
**federal/state** [1] - 12:5
**feedback** [2] - 45:21, 46:7
**fees** [1] - 45:3
**FELIPE** [1] - 3:23
**FEMA** [2] - 16:23, 20:14
**few** [1] - 36:10
**figure** [2] - 20:17, 34:4

**file** [3] - 13:24, 14:3, 29:16
**filed** [7] - 12:6, 13:13, 18:12, 22:18, 26:16, 29:14, 37:2
**filing** [3] - 13:23, 14:6, 29:21
**FILING**.....................
................. [1] - 7:10
**filings** [1] - 37:5
**fill** [5] - 25:1, 25:2, 25:6, 25:8, 33:22
**fillable** [2] - 25:1, 25:4
**filled** [1] - 25:14
**finally** [3] - 34:13, 50:13, 50:14
**fine** [3] - 44:23, 46:25
**firm** [5] - 11:14, 23:11, 24:14, 44:2, 47:19
**FIRM** [1] - 3:10
**firms** [4] - 23:2, 24:14, 25:23, 27:21
**first** [7] - 9:15, 21:24, 32:12, 33:2, 33:11, 33:24, 39:17
**FLEMING** [1] - 3:3
**FLOOR** [4] - 2:8, 2:12, 3:20, 5:14
**floor** [3] - 11:7, 11:10, 49:23
**FLORIDA** [1] - 2:5
**focused** [1] - 44:9
**follow** [4] - 14:2, 23:2, 45:13, 49:15
**followed** [3] - 14:6, 42:2, 49:16
**following** [1] - 14:4
**FOR** [11] - 1:16, 4:10, 4:22, 5:3, 5:12, 5:16, 5:21, 6:3, 6:7, 7:24, 8:1
**foregoing** [1] - 51:14
**FORM** [1] - 7:17
**form** [6] - 12:19, 13:18, 13:22, 14:4, 29:18, 29:22
**FORM**.....................[1] - 7:9
**Formaldehyde** [1] - 16:23
**forth** [4] - 31:8, 35:20, 37:19, 40:10
**forthrightly** [1] - 39:1
**forward** [11] - 11:24, 16:3, 16:19, 32:2, 33:6, 33:10, 36:12, 44:15, 48:5, 48:9, 48:15
**fought** [1] - 44:2
**four** [2] - 33:8

**frankly** [3] - 30:17, 41:7, 44:1
**free** [2] - 27:6, 49:5
**FRIDAY** [2] - 1:7, 9:3
**FRITCHIE** [1] - 4:10
**front** [4] - 15:25, 19:7, 32:15, 34:17
**fruits** [1] - 38:17
**frustration** [1] - 21:3
**fulfill** [1] - 41:17
**fulfilled** [1] - 41:1
**fundamental** [2] - 41:15, 46:3
**funding** [1] - 37:24
**future** [5] - 18:12, 19:21, 44:14, 45:10, 45:23

## G

**gain** [1] - 23:3
**GAINSBURGH** [1] - 1:19
**Gainsburgh** [1] - 11:14
**general** [7] - 12:7, 19:18, 32:12, 34:10, 34:25, 35:4, 43:6
**GENERAL** [1] - 1:11
**generalized** [1] - 32:7
**generic** [1] - 16:6
**gentleman** [2] - 18:15, 18:19
**GEORGIA** [1] - 5:6
**GIBBS** [1] - 2:7
**gladly** [1] - 35:14
**GODSHALL** [1] - 3:18
**Gordon** [5] - 40:14, 40:15, 45:20, 46:14, 46:23
**GORDON** [4] - 2:4, 40:15, 43:19, 45:13
**Gordon's** [1] - 46:2
**government** [2] - 20:16
**governs** [1] - 47:12
**GRAND** [1] - 4:16
**grant** [1] - 31:23
**great** [4] - 14:24, 14:25, 36:10, 48:19
**greatly** [1] - 9:19
**Greenberg** [1] - 10:13
**GREENBERG** [1] - 4:3
**GREENBURG** [1] - 5:3
**group** [3] - 41:8, 44:17, 48:25
**GROUP** [1] - 2:7
**grouping** [1] - 36:20
**groupings** [1] - 36:21

**groups** [1] - 42:1
**guess** [2] - 40:21, 45:18
**guessing** [1] - 17:20
**guidance** [2] - 46:21, 48:15
**guys** [1] - 22:7

## H

**HABIB** [1] - 5:21
**Habib** [1] - 10:25
**half** [1] - 16:5
**hall** [1] - 36:18
**hand** [2] - 42:9, 42:10
**handled** [1] - 21:19
**HANLY** [1] - 2:18
**HANSON** [1] - 3:14
**happy** [5] - 27:20, 34:16, 43:17, 49:2, 49:3
**HARDY** [2] - 4:14, 4:18
**Harley** [1] - 45:16
**HARLEY** [1] - 4:15
**harvest** [1] - 25:21
**hash** [1] - 19:7
**HASTINGS** [1] - 4:4
**hate** [1] - 16:21
**HEALTHCARE** [1] - 6:7
**Healthcare** [1] - 10:19
**hear** [3] - 34:19, 45:20, 50:4
**HEARD** [1] - 1:11
**hearing** [1] - 36:19
**help** [3] - 32:10, 37:14, 41:22
**helpful** [10] - 11:20, 21:7, 21:8, 29:1, 29:2, 30:18, 43:25, 44:17, 44:19, 44:22
**helping** [1] - 20:3
**hereby** [1] - 51:13
**herself** [1] - 17:13
**HIGGINS** [1] - 4:6
**high** [1] - 27:2
**high-level** [1] - 27:2
**highlight** [3] - 11:5, 12:17, 39:7
**highly** [1] - 48:18
**himself** [1] - 17:23
**Hinshaw** [1] - 10:23
**home** [6] - 23:2, 23:9, 23:14, 23:15, 23:19, 23:24
**Honor** [49] - 10:4, 10:9, 10:12, 10:14, 10:17, 10:20, 10:22,

10:24, 11:13, 11:21, 14:17, 15:2, 15:14, 19:25, 22:4, 22:9, 27:24, 28:24, 29:11, 30:9, 30:10, 30:13, 30:18, 30:19, 31:3, 31:21, 32:24, 34:2, 34:7, 34:11, 36:7, 36:14, 36:16, 37:13, 39:23, 40:15, 41:6, 43:19, 45:14, 45:16, 47:2, 47:10, 48:2, 48:24, 49:8, 49:13, 49:19, 49:21, 50:24
**Honor's** [1] - 46:9
**HONORABLE** [1] - 1:11
**hope** [7] - 15:11, 16:4, 16:14, 19:17, 28:25, 32:21, 39:17
**hopefully** [5] - 18:2, 18:4, 19:21, 20:20, 29:2, 38:7, 50:19
**HOSPIRA** [2] - 5:12, 5:16
**Hospira** [1] - 10:16
**hospital** [1] - 26:7
**hour** [2] - 38:7, 39:19
**hours** [1] - 41:9
**HOUSTON** [2] - 3:5, 3:24
**hundred** [2] - 12:4, 23:5
**HUNTER** [1] - 2:11
**hurdles** [1] - 46:1

## I

**idea** [1] - 46:9
**ideas** [1] - 43:25
**identification** [1] - 37:23
**identified** [3] - 14:10, 33:1, 49:14
**identify** [7] - 28:15, 33:8, 34:25, 35:1, 35:25, 36:25, 37:4
**identifying** [6] - 15:19, 15:22, 28:6, 28:7, 37:14, 40:5
**ILLINOIS** [1] - 2:20
**impact** [1] - 16:19
**impart** [2] - 38:17, 38:20
**implemented** [1] - 13:6
**import** [1] - 25:8
**important** [12] - 11:6, 13:21, 16:2, 16:17,

16:21, 23:21, 23:25, 25:20, 27:25, 41:4, 46:6
**importantly** [1] - 17:14
**improperly** [2] - 16:13, 19:11
**IN** [1] - 1:4
**Inc** [2] - 10:11, 10:23
**INC** [4] - 4:23, 5:12, 6:3, 6:7
**include** [1] - 29:10
**including** [3] - 33:23, 34:9, 36:3
**Incorporated** [1] - 10:19
**increase** [1] - 12:3
**indicated** [1] - 30:20
**individual** [4] - 25:23, 27:21, 37:14, 37:15
**individually** [1] - 15:10
**individuals** [1] - 40:5
**inform** [1] - 44:20
**INFORMATION** [1] - 7:9
**information** [31] - 13:18, 16:15, 18:1, 18:6, 18:10, 18:22, 19:2, 19:17, 19:19, 20:16, 20:19, 23:15, 23:23, 24:6, 24:9, 25:24, 25:25, 27:13, 28:21, 28:25, 32:7, 32:8, 32:9, 32:18, 34:5, 38:13, 38:19, 39:7, 39:11, 39:16, 45:11
**INFORMATIONAL** [1] - 7:22
**informational** [2] - 11:5, 38:2
**informative** [1] - 18:23
**informed** [1] - 41:12
**initial** [1] - 44:5
**input** [2] - 30:24, 49:7
**insofar** [1] - 37:8
**instance** [1] - 20:22
**instances** [2] - 17:5, 17:6
**instructions** [1] - 23:2
**intend** [1] - 42:3
**intent** [2] - 24:3, 39:21
**intentions** [1] - 31:11
**interest** [1] - 19:18
**interested** [1] - 46:15
**interplay** [2] - 30:23, 44:7
**introduce** [1] - 47:24
**introductions** [1] - 10:1

**inventory** [1] - 11:25
**INVENTORY** .............
........................ [1] - 7:6
**invite** [1] - 22:1
**involve** [1] - 31:24
**involved** [5] - 16:22, 17:2, 17:15, 38:8, 43:12
**involvement** [1] - 43:8
**IRVINE** [1] - 4:8
**IRVING** [1] - 1:21
**IRWIN** [1] - 4:10
**IS** [1] - 8:4
**isolate** [1] - 32:20
**issue** [9] - 14:21, 14:22, 15:6, 15:14, 15:16, 16:17, 24:15, 30:9, 37:25
**issues** [12] - 36:20, 37:20, 38:8, 39:14, 39:15, 40:24, 41:4, 41:12, 41:16, 46:5, 46:6, 49:24
**it'd** [1] - 19:18
**item** [2] - 21:21, 49:12
**Item** [3] - 11:25, 14:12, 21:18
**items** [1] - 41:20

## J

**JACOB** [1] - 6:15
**Jake** [2] - 12:15, 22:5
**JEFFCOTT** [1] - 3:11
**JEZ** [1] - 3:3
**job** [3] - 48:20
**JOHN** [1] - 5:17
**John** [5] - 10:1, 10:4, 11:22, 14:14, 40:10
**join** [1] - 44:12
**joined** [3] - 10:3, 19:11, 29:15
**joint** [3] - 11:2, 13:17, 46:18
**Judge** [4] - 11:19, 21:20, 30:2, 30:7
**JUDGE** [1] - 1:12
**juncture** [3] - 39:1, 43:8, 43:13
**jurisdiction** [3] - 36:24, 37:2, 37:3
**jurisdictional** [1] - 39:15
**jury** [1] - 32:15

## K

KANSAS [2] - 3:15, 4:16
Kaplan [4] - 40:20, 43:22, 44:2, 45:19
Kaplan's [1] - 41:7
KAREN [1] - 2:7
Kathleen [1] - 10:22
keep [5] - 23:24, 24:1, 26:9, 30:11, 45:17
keeping [1] - 32:1
Kelly [1] - 10:22
KELLY [2] - 4:11, 10:22
Ken [1] - 48:3
KENNETH [2] - 6:11, 8:1
Kenneth [1] - 47:22
Kenny [1] - 48:3
Keogh [1] - 10:18
KEOGH [1] - 6:7
key [1] - 24:8
keyword [1] - 26:19
kind [4] - 16:24, 18:14, 26:3, 46:20
KINGSDORF [1] - 1:16
KIRKLAND [1] - 6:3
Kirkland [1] - 10:21
knowledge [1] - 39:12
known [3] - 18:25, 19:19, 38:2
KNOWN [1] - 7:21
KURT [1] - 1:11
KYLE [1] - 2:22

## L

lack [1] - 17:25
LAFAYETTE [2] - 3:8, 6:13
LAMBERT [18] - 1:20, 3:10, 11:13, 19:25, 20:13, 20:19, 20:24, 21:12, 28:24, 36:16, 37:13, 37:17, 37:22, 38:6, 39:23, 40:2, 47:10, 49:12
Lambert [10] - 11:12, 11:14, 18:8, 19:24, 28:4, 28:23, 36:15, 38:12, 47:9, 49:11
LANCE [1] - 4:3
last [9] - 9:14, 12:4, 12:12, 18:15, 21:24, 25:20, 38:10, 38:12, 49:12

LAUREN [1] - 3:18
LAW [1] - 2:7
LAWRENCE [1] - 3:7
lawyer [1] - 44:1
lead [2] - 10:6, 14:21
leadership [1] - 31:5
least [5] - 18:3, 32:25, 33:1, 39:17, 46:17
leave [2] - 9:22, 44:13
left [1] - 42:10
lengthy [1] - 46:19
level [2] - 27:2, 46:3
LEVIN [1] - 2:3
Levin [1] - 40:16
LEXINGTON [2] - 2:12, 6:4
liability [2] - 16:18, 44:8
LIABILITY [1] - 1:5
LIAISON [1] - 7:24
liaison [15] - 9:10, 10:1, 11:3, 11:15, 11:23, 15:15, 15:18, 31:10, 36:11, 39:24, 40:9, 40:11, 42:14, 45:18, 50:3
library [1] - 22:17
LIFE [1] - 3:19
likewise [3] - 19:8, 49:5, 49:20
limit [1] - 42:13
line [1] - 11:20
link [2] - 23:12, 27:12
LISKA [1] - 2:14
list [1] - 15:19
literature [1] - 38:25
litigant [1] - 18:14
LITIGATION [1] - 1:5
litigation [4] - 9:8, 16:20, 32:3, 46:4
LLC [4] - 5:13, 5:17, 5:21, 10:25
location [3] - 17:8, 45:1, 45:2
log [1] - 23:14
login [3] - 22:25, 23:7, 23:10
look [6] - 11:23, 21:9, 34:5, 48:5, 48:8, 48:15
looked [1] - 44:1
looking [1] - 32:15
LORI [1] - 5:4
LOUISIANA [16] - 1:1, 1:6, 1:17, 1:22, 1:25, 2:16, 3:8, 3:12, 3:20, 4:4, 4:12, 5:10, 5:19, 6:9, 6:13, 6:21
Louisiana [2] - 51:12, 51:13

## M

MADISON [1] - 5:14
MAGAZINE [1] - 3:11
magic [1] - 48:25
magistrate [1] - 35:6
Magistrate [1] - 30:2
mail [5] - 23:22, 27:5, 27:19, 43:2, 50:2
mails [3] - 23:16, 23:18, 23:21
MAIN [1] - 6:8
maintain [1] - 20:25
maintained [1] - 20:19
manage [1] - 23:21
manageable [1] - 42:11
management [1] - 39:14
mandate [1] - 41:1
manipulated [1] - 32:19
mantra [1] - 41:7
manufacturer [1] - 17:2, 17:15, 21:4
manufacturers [1] - 15:22
March [4] - 12:19, 13:13, 14:15, 29:21
MARCH [2] - 1:7, 9:3
MARK [1] - 5:13
Mark [1] - 10:14
mark [1] - 22:6
market [2] - 16:7, 16:8
marketing [3] - 15:20, 20:4, 20:8
MARTZELL [1] - 3:7
Master [1] - 47:22
MASTER [8] - 6:11, 7:17, 8:1, 47:25, 48:2, 48:24, 49:8
master [7] - 12:19, 29:18, 29:19, 29:21, 31:20, 37:11
match [1] - 28:16
matching [2] - 16:22, 20:14
material [1] - 18:5
math [1] - 13:16
matter [4] - 19:18, 31:19, 32:12, 51:16
Matthews [1] - 29:14
MAY [1] - 8:4
McCall [1] - 10:5
MCCALL [1] - 5:17
MCCLELLAN [1] - 3:14
MDL [26] - 7:14, 9:9, 12:1, 12:14, 13:6,
14:3, 14:6, 16:23, 17:12, 21:23, 22:12, 22:14, 22:15, 22:23, 25:7, 25:25, 28:20, 28:25, 29:7, 29:14, 29:15, 32:17, 41:23, 44:17, 48:21, 50:12
MDLs [1] - 44:18
mean [3] - 25:14, 43:4, 44:25
MECHANICAL [1] - 6:23
medical [4] - 24:23, 26:4, 26:6, 39:2
Medinilla [1] - 11:19
meet [11] - 29:25, 30:6, 33:4, 36:8, 36:11, 41:25, 43:1, 43:17, 45:1, 45:10, 48:7
meeting [20] - 15:18, 20:1, 21:19, 30:5, 30:10, 36:18, 37:24, 40:17, 40:23, 40:24, 41:24, 43:6, 44:5, 44:9, 46:7, 46:10, 46:15, 46:18, 50:2
meetings [4] - 28:5, 31:11, 40:6, 45:24
members [1] - 48:24
memoranda [1] - 37:5
mention [3] - 21:3, 37:17, 47:12
mentioned [3] - 18:8, 20:1, 22:10
MENZIES [1] - 2:7
MERIT [1] - 6:20
Merit [2] - 51:11, 51:21
merits [1] - 40:25
MERRELL [2] - 5:4, 10:12
Merrell [1] - 10:12
met [2] - 41:9, 48:8
MEUNIER [1] - 1:20
Meunier [1] - 11:15
MICELI [1] - 2:19
Michael [1] - 10:10
MICHAEL [1] - 4:23
middle [1] - 9:20
might [10] - 16:25, 22:13, 24:5, 24:15, 26:6, 27:11, 27:17, 28:3, 31:24, 39:6
mind [1] - 32:1
mindful [1] - 13:14
minute [2] - 23:3, 24:20
misinterpret [1] - 35:13

misnaming [1] - 16:1
MISSOURI [2] - 3:15, 4:16
Missouri [1] - 12:7
MITCHELL [1] - 2:3
moment [1] - 22:13
Moore [7] - 15:14, 17:10, 17:23, 31:2, 31:3, 49:17, 50:7
MOORE [5] - 4:10, 4:11, 15:14, 31:3, 49:19
morning [16] - 9:11, 10:9, 10:12, 10:14, 10:17, 10:22, 10:24, 11:1, 11:13, 15:17, 18:8, 22:4, 33:8, 40:15, 48:1, 48:2
MORRIS [1] - 3:17
most [4] - 17:14, 17:19, 42:21, 46:16
motion [4] - 29:16, 31:21, 34:20, 36:17
MOTION [1] - 7:20
motions [14] - 31:22, 31:23, 36:19, 36:23, 36:24, 36:25, 37:1, 37:3, 37:4, 37:8, 37:15, 37:18, 37:20, 39:13
move [6] - 14:15, 31:12, 31:13, 32:2, 33:6, 44:14
moving [5] - 12:2, 16:2, 16:19, 21:12, 50:18
MR [46] - 8:1, 10:4, 10:9, 10:12, 10:14, 10:17, 10:20, 10:24, 11:13, 14:17, 15:2, 15:14, 19:25, 20:13, 20:19, 20:24, 21:12, 22:4, 22:8, 27:18, 27:24, 28:24, 30:9, 31:3, 32:24, 34:2, 35:17, 36:7, 36:13, 36:16, 37:13, 37:17, 37:22, 38:6, 39:23, 40:2, 40:15, 43:19, 45:13, 45:16, 46:23, 47:2, 47:10, 49:12, 49:19, 49:21
MS [1] - 10:22

## N

name [7] - 22:5, 24:9, 24:10, 26:7, 26:15, 26:24, 44:10

named [8] - 16:6, 16:10, 16:12, 16:13, 17:18, 18:4, 19:10, 19:23
names [1] - 48:4
naming [1] - 20:11
NAPOLI [1] - 2:11
narrow [4] - 18:2, 18:3, 18:4, 21:5
NASRULLAH [2] - 5:21, 10:24
Nasrullah [1] - 10:25
nature [2] - 38:22, 39:20
navigate [1] - 26:25
NDA [1] - 20:8
NDC [1] - 21:4
NE [1] - 5:5
near [2] - 44:14, 45:10
necessarily [1] - 45:1
necessary [2] - 14:18, 18:18
necessity [1] - 14:15
need [22] - 12:21, 14:2, 14:5, 14:24, 18:25, 20:11, 21:9, 21:23, 23:12, 24:23, 31:14, 32:12, 32:13, 33:3, 34:7, 34:9, 34:10, 34:25, 35:1, 47:15, 49:4, 49:6
needs [7] - 14:1, 28:10, 31:16, 34:19, 35:25, 39:12, 45:6
negotiation [1] - 29:4
negotiations [1] - 30:3
nevertheless [1] - 48:5
New [2] - 10:15, 40:18
NEW [19] - 1:6, 1:17, 1:22, 1:25, 2:13, 2:16, 3:8, 3:12, 3:20, 4:4, 4:12, 5:10, 5:14, 5:19, 6:5, 6:21
new [4] - 9:12, 23:2, 24:2, 38:10
newly [1] - 10:5
next [14] - 12:11, 28:13, 32:21, 34:24, 36:10, 36:25, 42:3, 45:8, 45:9, 45:10, 49:13, 49:14, 50:3
NEXT [1] - 8:4
nice [1] - 22:4
NICHOLS [1] - 3:15
NO [1] - 1:6
nobody [1] - 25:9
NOLEN [2] - 3:3, 3:3
non [10] - 10:2, 10:7, 14:12, 14:14, 15:16,

40:12, 42:8, 42:12, 47:3, 47:4
non-sanofi [10] - 10:2, 10:7, 14:12, 14:14, 15:16, 40:12, 42:8, 42:12, 47:3, 47:4
nonacrimonious [1] - 41:13
nonadversarial [2] - 41:9, 41:13
noncontentious [2] - 38:7, 41:8
North [3] - 21:20, 30:2, 30:7
NORTHSTAR [1] - 5:21
Northstar [1] - 10:25
note [1] - 29:9
notes [1] - 44:24
nothing [2] - 46:19, 49:21
notices [1] - 13:21
notify [1] - 24:14
NOVARTIS [1] - 5:3
number [9] - 10:6, 12:12, 24:10, 26:16, 26:21, 27:6, 40:24, 41:11, 41:13
Number [35] - 11:25, 12:18, 12:23, 13:2, 13:5, 13:7, 13:11, 13:17, 13:19, 13:23, 13:25, 14:2, 14:5, 14:7, 14:9, 14:13, 21:8, 21:12, 21:14, 21:17, 21:18, 21:23, 21:25, 29:8, 29:9, 29:12, 29:20, 30:1, 36:17, 37:19, 38:1, 47:12, 47:21, 49:12
numbered [1] - 51:16
NUNGESSER [1] - 2:14
NW [1] - 4:19

**O**

O'DONNELL [1] - 5:21
OAK [1] - 3:4
obligation [1] - 43:15
obstacles [1] - 41:14
obvious [1] - 28:1
obviously [6] - 16:16, 31:14, 31:23, 33:24, 42:20, 43:20
OF [5] - 1:1, 1:11, 7:23, 7:24, 8:2
office [1] - 13:20
OFFICE [1] - 6:12

Official [2] - 51:12, 51:21
OFFICIAL [1] - 6:19
offline [1] - 25:6
Ohio [1] - 10:10
OHIO [1] - 4:25
OLINDE [5] - 5:17, 10:4, 14:17, 47:2, 49:21
Olinde [10] - 10:1, 10:4, 11:22, 14:14, 15:4, 40:10, 42:7, 44:12, 47:1, 49:20
omnibus [1] - 37:19
ON [1] - 7:11
once [4] - 11:10, 23:14, 24:17, 24:25
ONE [1] - 2:19
one [32] - 13:11, 14:20, 15:14, 15:16, 15:17, 16:11, 16:13, 17:6, 17:7, 17:18, 17:21, 18:2, 18:3, 18:4, 24:14, 28:4, 31:9, 31:10, 33:10, 33:18, 34:23, 39:11, 39:17, 41:6, 42:9, 42:18, 42:24, 45:21, 48:20, 50:8
ones [1] - 23:1
online [5] - 22:15, 22:19, 25:21, 26:1
OOT [1] - 4:19
open [7] - 11:7, 11:10, 24:25, 26:16, 39:19, 43:6, 49:22
opportunity [1] - 34:22
opposed [1] - 39:14
options [2] - 17:3, 28:17
order [21] - 13:24, 14:9, 14:11, 15:7, 15:11, 20:17, 21:13, 21:18, 21:22, 21:25, 22:17, 29:24, 32:14, 33:24, 36:2, 37:23, 38:2, 39:13, 40:4, 45:3, 47:16
ORDER [2] - 7:21, 9:4
Order [20] - 12:18, 12:23, 13:1, 13:5, 13:7, 13:11, 13:19, 13:25, 14:1, 14:5, 14:8, 21:8, 21:14, 21:25, 29:9, 29:20, 37:19, 47:12, 47:22
ORDER.................
............ [1] - 7:12
ORDER...................

.............. [1] - 7:13
ordered [2] - 30:6, 37:12
orders [6] - 12:2, 12:11, 12:12, 12:13, 13:10, 13:20
Orders [1] - 29:8
ORDERS..................
.................. [1] - 7:8
organization [1] - 44:19
organized [1] - 26:9
ORLEANS [13] - 1:6, 1:17, 1:22, 1:25, 2:16, 3:8, 3:12, 3:20, 4:4, 4:12, 5:10, 5:19, 6:21
OTHER [1] - 7:23
otherwise [1] - 37:12
ourselves [1] - 31:15
outside [1] - 25:6
over-reaction [1] - 38:14
overall [1] - 46:6
overlap [2] - 44:7, 44:11
overreact [1] - 39:15
overview [1] - 27:2
own [6] - 13:15, 23:7, 23:11, 23:22, 24:4, 25:24
Oz [1] - 48:11

**P**

PACER [1] - 26:17
PAGE [1] - 7:4
page [12] - 23:3, 23:9, 23:12, 23:13, 23:14, 23:15, 23:19, 23:24, 24:4, 26:18, 26:21, 27:9
Palmer [2] - 11:13, 22:10
PALMER [1] - 1:20
PAN [1] - 3:19
Papantonio [1] - 40:16
PAPANTONIO [1] - 2:3
paragraph [1] - 21:24
parallel [1] - 24:4
parameters [1] - 18:7
PARK [1] - 4:7
part [3] - 12:1, 37:10, 46:9
parte [1] - 46:18
participate [2] - 40:5, 42:14

participating [2] - 11:21, 47:14
PARTICIPATION [1] - 7:23
participation [2] - 40:3, 42:8
particular [14] - 17:1, 17:7, 17:15, 18:24, 21:4, 33:1, 33:9, 36:5, 36:6, 36:22, 40:7, 42:9, 43:22
particularly [2] - 19:15, 37:9
parties [7] - 21:15, 21:21, 22:20, 25:24, 29:4, 30:5, 36:17
parties' [1] - 30:3
partner [1] - 40:20
party [2] - 37:24, 42:10
party's [1] - 16:18
password [2] - 23:1, 23:7
past [3] - 39:1, 44:18, 50:14
PATRICK [1] - 4:19
pay [1] - 26:18
PDF [2] - 25:1, 25:3
PDFs [1] - 26:16
pearls [1] - 38:17
pending [8] - 12:1, 12:9, 18:13, 36:23, 36:25, 37:4, 37:8, 37:15
PENDLEY [1] - 1:24
PENSACOLA [2] - 2:5
people [23] - 23:5, 23:12, 23:16, 23:18, 23:21, 23:24, 27:3, 27:9, 27:21, 45:21, 46:11, 48:4
Pepper [3] - 51:10, 51:19, 51:20
PEPPER [1] - 6:19
per [2] - 26:18, 39:5
percent [5] - 16:7, 16:8, 16:9, 17:20
perhaps [4] - 42:12, 42:18, 43:3, 50:7
persist [1] - 19:4
person [2] - 39:3, 42:14
personal [1] - 17:3
perspective [3] - 30:11, 40:25, 48:20
pertinent [1] - 17:8
PFIZER [1] - 5:12
Pfizer [1] - 10:15
PFS [2] - 28:1, 28:7
PHARMA [1] - 4:22

**Pharma** [1] - 10:11
**Pharmaceutical** [1] - 10:23
**PHARMACEUTICAL S** [1] - 6:3
**Pharmaceuticals** [1] - 10:21
**phone** [3] - 20:6, 40:21, 45:19
**phrase** [2] - 46:2
**pick** [5] - 26:3, 33:8, 44:23, 45:8, 45:9
**PIEDMONT** [1] - 5:5
**place** [1] - 12:3
**PLACE** [1] - 4:4
**placed** [1] - 15:23
**PLAINTIFF** [1] - 7:15
**plaintiff** [24] - 12:24, 12:25, 13:12, 16:14, 16:25, 17:2, 17:17, 18:9, 19:16, 20:15, 22:11, 22:16, 24:17, 26:24, 29:3, 29:5, 29:10, 31:18, 32:13, 33:23, 36:6, 40:16, 47:15
**plaintiff's** [3] - 17:13, 17:16, 25:23
**plaintiffs** [18] - 11:15, 12:8, 13:2, 15:3, 15:22, 20:2, 21:9, 27:20, 28:17, 29:16, 31:7, 32:1, 33:17, 34:5, 37:22, 40:19, 40:23, 42:18
**PLAINTIFFS** [1] - 1:16
**plaintiffs'** [15] - 13:9, 18:10, 18:17, 18:23, 19:1, 20:5, 20:6, 21:2, 30:11, 31:5, 32:7, 42:16, 42:17, 48:6, 48:25
**plan** [1] - 35:20
**pleading** [1] - 22:17
**pleadings** [4] - 21:10, 23:16, 23:17, 26:13
**pleased** [2] - 45:20, 45:25
**pleasure** [1] - 40:17
**point** [17] - 9:23, 10:3, 11:3, 16:21, 17:11, 17:13, 25:15, 30:16, 30:18, 31:21, 39:24, 40:22, 42:7, 42:21, 43:17, 50:13, 50:15
**pop** [1] - 26:3
**pop-up** [1] - 26:3
**portal** [2] - 22:16, 22:22
**portals** [1] - 23:10

**positive** [3] - 40:23, 46:8, 50:14
**possess** [1] - 38:20
**possible** [2] - 18:3, 37:7
**post** [1] - 27:9
**POST** [2] - 3:4, 6:12
**posttraumatic** [1] - 16:24
**potential** [7] - 16:18, 28:8, 28:17, 44:7, 44:8, 44:20, 50:9
**PowerPoint** [1] - 38:24
**POYDRAS** [9] - 1:17, 1:21, 1:25, 2:15, 3:19, 4:12, 5:9, 5:18, 6:20
**practice** [2] - 31:21, 36:17
**PRACTICE.................. ...................** [1] - 7:20
**preference** [1] - 33:19
**preferences** [1] - 23:22
**prerogative** [1] - 15:9
**present** [3] - 11:4, 30:13, 43:10
**PRESENT** [1] - 6:11
**PRESENTATION** [1] - 7:21
**presentation** [6] - 12:15, 22:2, 27:8, 38:1, 39:10, 39:25
**PRESERVATION** [1] - 7:12
**preservation** [2] - 21:13, 21:15
**pretend** [2] - 41:19, 43:20
**PRETRIAL** [1] - 7:8
**pretrial** [6] - 12:11, 12:12, 12:13, 13:10, 14:9, 26:20
**Pretrial** [22] - 12:18, 12:23, 13:1, 13:5, 13:6, 13:11, 13:19, 13:24, 13:25, 14:1, 14:5, 14:8, 21:7, 21:14, 21:25, 29:8, 29:9, 29:19, 37:19, 47:12, 47:21
**previous** [1] - 37:2
**previously** [2] - 12:6, 30:15
**primary** [1] - 33:23
**privately** [1] - 42:1
**problems** [1] - 34:6
**procedural** [1] - 39:14

**procedure** [2] - 14:2, 14:8
**procedures** [1] - 14:5
**proceed** [5] - 10:2, 11:12, 31:6, 31:21, 33:19
**proceeding** [1] - 50:12
**proceedings** [4] - 11:18, 17:12, 50:25, 51:16
**PROCEEDINGS** [3] - 1:11, 6:23, 9:1
**process** [22] - 14:10, 16:15, 19:12, 20:14, 21:5, 25:12, 27:16, 28:5, 28:7, 28:14, 28:20, 29:1, 30:14, 30:19, 30:23, 31:1, 34:11, 35:5, 37:11, 41:1, 43:2, 48:14
**PROCTOR** [1] - 2:3
**PRODUCED** [1] - 6:24
**product** [6] - 16:6, 17:1, 17:6, 17:7, 38:20, 39:2
**production** [1] - 35:4
**productive** [6] - 30:5, 43:7, 43:13, 43:16, 45:22, 46:17
**PRODUCTS** [1] - 1:4
**promote** [1] - 11:18
**promptly** [1] - 37:7
**proper** [2] - 17:15, 19:9
**properly** [2] - 18:3, 19:22
**proposal** [1] - 47:6
**proposals** [1] - 36:8
**proposed** [3] - 29:23, 37:23, 39:24
**protective** [2] - 21:17, 21:21
**PROTECTIVE** [1] - 7:13
**protocol** [2] - 29:6, 30:4
**provide** [6] - 18:7, 18:22, 18:25, 20:5, 26:5, 27:8
**provided** [1] - 37:23
**PSC** [1] - 13:8
**PTO** [1] - 41:2
**PTOs** [3] - 22:11, 24:1, 24:2
**pull** [1] - 34:16
**purpose** [3] - 15:21, 26:1, 32:6
**purposes** [2] - 21:20, 28:8
**pursuant** [3] - 13:4,

13:6, 47:17
**put** [17] - 15:19, 18:8, 18:10, 23:23, 23:25, 25:22, 27:12, 27:18, 28:9, 28:13, 32:15, 34:23, 35:18, 35:24, 38:23, 48:24, 50:17
**putative** [1] - 29:13
**puts** [1] - 24:4
**putting** [4] - 17:25, 36:11, 50:8, 50:10

**Q**

**questions** [13] - 11:9, 24:11, 27:3, 27:4, 27:15, 27:18, 27:21, 47:18, 47:20, 48:12, 49:1, 49:23
**quick** [1] - 11:17
**quicker** [2] - 35:21, 50:18
**Quinn** [1] - 10:15
**QUINN** [1] - 5:13
**quite** [1] - 30:17
**quorum** [1] - 12:24

**R**

**RAFFERTY** [1] - 2:3
**raise** [1] - 49:24
**RAND** [1] - 3:3
**range** [2] - 26:7, 43:24
**rather** [7] - 9:16, 19:19, 24:16, 38:19, 42:2, 44:21, 48:23
**RATLIFF** [3] - 4:15, 45:16, 46:23
**Ratliff** [2] - 30:15, 45:16
**RAZMARA** [1] - 4:6
**RE** [1] - 1:4
**reaction** [1] - 38:14
**read** [1] - 38:25
**readily** [1] - 17:17
**ready** [3] - 25:8, 25:11, 25:20
**realistic** [3] - 33:5, 34:23, 34:24
**realistically** [2] - 35:2, 35:10
**really** [5] - 25:25, 27:25, 41:15, 46:3, 50:23
**Realtime** [2] - 51:10, 51:20
**REALTIME** [1] - 6:19
**reasonable** [1] - 35:19

**reasons** [1] - 28:2
**receipts** [1] - 23:17
**received** [1] - 16:15
**receptacle** [1] - 18:1
**recognize** [2] - 16:24, 34:6
**recommend** [1] - 13:8
**recommendations** [1] - 41:21
**Record** [2] - 12:18, 13:1
**record** [4] - 9:10, 26:4, 48:5, 51:15
**RECORDED** [1] - 6:23
**records** [5] - 21:1, 21:2, 21:3, 24:23, 26:6
**REESE** [1] - 5:8
**reference** [1] - 27:10
**refinement** [1] - 28:14
**regard** [5] - 18:7, 35:5, 37:9, 49:6, 50:4
**regarding** [6] - 21:17, 21:19, 21:21, 30:1, 30:3, 37:23
**register** [1] - 24:17
**Registered** [1] - 51:10
**REGISTERED** [1] - 6:20
**registered** [2] - 24:13, 51:21
**REICH** [3] - 3:22, 3:23
**relate** [3] - 36:24, 37:3, 37:6
**related** [4] - 15:7, 15:16, 37:19, 38:8
**RELATES** [1] - 1:8
**relatively** [1] - 44:14
**reliable** [1] - 17:25
**remain** [1] - 37:1
**remand** [1] - 36:19
**reminded** [2] - 21:13, 31:9
**removed** [1] - 12:9
**repeat** [1] - 38:9
**report** [11] - 11:2, 11:4, 11:11, 13:17, 21:18, 22:20, 30:7, 40:14, 43:14, 47:5, 49:3
**reported** [1] - 12:6
**REPORTER** [3] - 6:19, 6:19, 6:20
**Reporter** [7] - 51:10, 51:11, 51:12, 51:20, 51:21, 51:21
**REPORTER'S** [1] - 51:8
**reporting** [1] - 48:16
**reports** [1] - 25:23

**repository** [1] - 20:21
**represent** [5] - 10:8, 10:11, 10:13, 10:15, 10:18
**representative** [1] - 42:14
**representatives** [1] - 43:4
**representing** [2] - 10:21, 42:17
**require** [1] - 21:15
**required** [2] - 13:2, 21:7
**requires** [1] - 14:9
**resolution** [1] - 29:2
**resolve** [2] - 24:15, 48:23
**respect** [2] - 46:10, 47:4
**respectful** [1] - 41:12
**response** [2] - 32:8, 37:11
**responses** [2] - 21:7, 21:9
**responsibility** [2] - 18:21, 35:14
**responsible** [1] - 18:14
**result** [1] - 9:15
**returns** [1] - 26:20
**retype** [1] - 25:9
**REVIEW** [1] - 8:2
**review** [1] - 47:23
**RICHMOND** [1] - 6:16
**rise** [1] - 9:7
**RMR** [2] - 6:19, 51:20
**ROAD** [2] - 3:15, 5:5
**ROCKETTS** [1] - 6:16
**role** [4] - 41:8, 41:10, 44:6, 48:18
**rolling** [1] - 30:11
**room** [1] - 9:21
**ROOM** [1] - 6:20
**ROUEN** [1] - 5:8
**ROUGE** [1] - 6:9
**roughly** [1] - 16:9
**rowing** [1] - 50:15
**RX** [2] - 5:21, 10:25

**S**

**S.A** [2] - 4:10, 29:14
**s/Cathy** [1] - 51:19
**SAN** [1] - 3:23
**SANDOZ** [1] - 5:3
**Sandoz** [1] - 10:13
**sanofi** [20] - 10:2, 10:7, 14:7, 14:12, 14:14, 15:7, 15:13,

15:15, 15:16, 16:7, 16:10, 29:14, 40:12, 42:8, 42:12, 44:9, 45:16, 47:3, 47:4, 49:18
**SANOFI** [2] - 4:10, 7:11
**sanofi's** [1] - 44:8
**satisfy** [1] - 17:13
**save** [1] - 45:3
**SCHANKER** [1] - 2:22
**schedule** [1] - 29:13, 30:12, 30:22, 31:15, 31:24, 35:3, 35:7, 35:20, 36:19, 50:1, 50:2
**SCHEDULE..............** [1] - 7:16
**schedules** [1] - 30:25
**SCIENCE** [1] - 7:21
**science** [6] - 38:1, 38:8, 38:14, 38:16, 39:7, 39:15
**scope** [1] - 31:22
**screen** [1] - 25:2
**screenshot** [1] - 26:12
**se** [1] - 39:5
**search** [1] - 26:13
**searchable** [1] - 22:19
**searched** [1] - 26:20
**searching** [2] - 26:19, 26:23
**second** [1] - 43:1
**Section** [3] - 21:12, 40:9, 47:11
**section** [18] - 12:11, 13:17, 13:23, 14:7, 21:17, 21:23, 29:3, 29:12, 29:18, 30:1, 36:17, 37:17, 37:22, 38:1, 40:2, 40:8, 40:13, 47:21
**Security** [1] - 24:10
**see** [12] - 22:4, 22:8, 23:9, 25:18, 25:24, 25:25, 26:14, 41:22, 43:14, 46:5, 46:6, 47:3
**selection** [3] - 17:3, 29:1, 31:7
**selections** [1] - 30:17
**self** [1] - 24:18
**self-explanatory** [1] - 24:18
**send** [3] - 23:16, 23:20, 25:7
**senior** [1] - 40:20
**sense** [1] - 44:11
**sensitivities** [1] - 34:3
**sentence** [1] - 21:24

**separate** [1] - 15:5
**separately** [2] - 27:20, 42:1
**serve** [1] - 22:12
**served** [6] - 9:13, 13:4, 13:5, 25:15, 37:10, 38:11
**SERVICE** [1] - 7:11
**service** [9] - 9:15, 14:7, 14:12, 15:6, 15:12, 25:13, 25:16, 29:7, 48:18
**session** [2] - 38:2, 38:7
**SESSION..................
............** [1] - 7:22
**set** [18] - 13:12, 18:24, 23:11, 29:16, 30:12, 30:19, 31:12, 33:17, 35:14, 35:20, 36:1, 37:19, 38:3, 40:10, 46:24, 47:4, 47:17
**sets** [1] - 12:18
**setting** [4] - 11:20, 30:20, 34:8, 34:12
**settlement** [11] - 40:13, 40:16, 40:18, 41:12, 41:14, 42:6, 42:20, 42:22, 45:19, 46:11, 50:5
**SETTLEMENT** [1] - 7:25
**SEVENTEENTH** [1] - 5:22
**several** [3] - 9:12, 17:19, 41:9
**share** [4] - 16:7, 16:9, 19:6, 21:2
**sheet** [17] - 9:17, 9:20, 9:23, 12:25, 16:14, 22:12, 22:16, 23:17, 24:1, 24:7, 24:8, 24:18, 24:19, 24:24, 24:25, 25:19, 29:10
**sheets** [17] - 12:25, 13:4, 13:12, 19:16, 22:19, 24:5, 24:11, 25:22, 29:3, 29:6, 29:7, 31:18, 31:19, 32:5, 33:15, 50:19
**SHEETS................** [1] - 7:15
**SHKOLNIK** [2] - 2:11, 2:11
**SHOOK** [2] - 4:14, 4:18
**SHORT** [1] - 7:17
**short** [4] - 12:19, 14:4, 29:18, 29:22
**show** [2] - 23:3, 24:19

**showing** [1] - 26:15
**side** [10] - 18:9, 19:15, 19:19, 34:11, 41:16, 42:11, 42:16, 45:22, 47:15
**side's** [2] - 40:25, 41:4
**sides** [5] - 18:22, 28:21, 34:25, 44:19, 46:18
**SIEGEL** [1] - 3:14
**sign** [6] - 9:17, 9:18, 9:23, 13:3, 23:13
**sign-in** [2] - 9:17, 9:23
**signed** [1] - 9:21
**SIMMONS** [1] - 2:18
**simple** [2] - 20:15, 20:18
**simply** [1] - 26:14
**single** [1] - 20:22
**slow** [1] - 17:12
**Social** [1] - 24:10
**social** [1] - 24:13
**sold** [1] - 20:10
**solution** [1] - 34:13
**solutions** [1] - 34:8
**someone** [3] - 19:9, 42:15
**someplace** [1] - 18:1
**sometime** [3] - 44:14, 45:8, 50:3
**somewhere** [1] - 20:20
**soon** [3] - 45:6, 45:12, 50:19
**sooner** [4] - 19:19, 42:2, 44:21, 48:23
**sorry** [1] - 14:24
**sort** [5] - 24:3, 39:3, 45:18, 46:20, 47:4
**sorts** [1] - 20:21
**sounds** [1] - 42:5
**span** [1] - 39:19
**Special** [1] - 47:22
**special** [1] - 27:5
**SPECIAL** [6] - 6:11, 8:1, 47:25, 48:2, 48:24, 49:8
**specific** [9] - 14:10, 26:13, 28:11, 32:8, 32:13, 33:16, 33:17, 35:1
**specifically** [1] - 36:24
**specifics** [1] - 21:15
**specify** [1] - 26:7
**spoken** [1] - 48:18
**staff** [1] - 38:21
**stage** [2] - 24:12, 29:2
**Stan** [1] - 47:19
**stand** [2] - 10:7, 33:12

**standpoint** [1] - 15:7
**start** [20] - 9:25, 24:7, 24:18, 24:19, 24:25, 26:25, 27:4, 28:7, 28:8, 33:21, 34:8, 34:11, 34:18, 36:4, 36:11, 39:4, 39:13, 50:8, 50:10, 50:18
**started** [2] - 19:13, 32:17
**starting** [1] - 44:19
**state** [4] - 10:8, 11:18, 36:20, 39:1
**State** [1] - 51:11
**STATES** [2] - 1:1, 1:12
**States** [2] - 51:12, 51:22
**status** [3] - 23:23, 28:13, 49:13
**STATUS** [2] - 1:11, 8:4
**stays** [1] - 48:11
**steering** [2] - 20:1, 40:6
**STENOGRAPHY** [1] - 6:23
**step** [2] - 25:20, 42:4
**stepping** [1] - 45:23
**stone** [1] - 45:23
**store** [1] - 22:17
**streamlined** [1] - 14:8
**STREET** [18] - 1:17, 1:21, 1:25, 2:4, 2:15, 2:19, 2:23, 3:8, 3:11, 3:19, 4:12, 4:19, 4:24, 5:9, 5:18, 5:22, 6:8, 6:20
**stress** [1] - 16:24
**strictly** [1] - 44:9
**strong** [1] - 46:7
**Strongman** [4] - 40:19, 42:2, 43:23, 46:12
**Strongman's** [1] - 46:2
**STUEVE** [1] - 3:14
**subject** [1] - 32:19
**submission** [4] - 13:12, 14:4, 23:17, 47:12
**submissions** [2] - 28:1, 28:7
**submit** [5] - 25:11, 25:13, 25:20, 40:4, 47:16
**Submit** [3] - 25:11, 25:15, 25:18
**submitted** [1] - 47:23
**SUBMITTED** [1] - 8:2
**submitting** [1] - 30:25
**subsequent** [1] -

*OFFICIAL TRANSCRIPT*

12:21
**substance** [1] - 41:5
**substantive** [3] -
38:21, 39:13, 41:11
**successful** [1] - 48:21
**SUFFERN** [2] - 4:23,
10:9
**Suffern** [1] - 10:10
**sufficient** [1] - 31:15
**suggested** [1] - 34:12
**SUGUNDO** [1] - 2:9
**SUITE** [15] - 1:17,
1:21, 1:25, 2:4, 2:16,
2:23, 3:4, 3:15, 3:24,
4:8, 4:12, 4:20, 4:24,
5:9, 5:22
**SULLIVAN** [3] - 5:13,
6:8, 10:17
**Sullivan** [1] - 10:18
**summaries** [1] - 23:17
**Sun** [1] - 10:23
**superseded** [1] - 14:1
**support** [1] - 24:24
**supporting** [4] -
22:21, 24:21, 24:23,
25:19
**system** [1] - 23:8

# T

**target** [1] - 12:2
**tasks** [1] - 49:6
**Taxotere** [4] - 9:8,
22:22, 23:1, 44:10
**TAXOTERE** [1] - 1:4
**taxotere@
browngreer.com** [1]
- 27:6
**team** [1] - 42:11
**template** [1] - 24:1
**ten** [2] - 26:6, 40:17
**tenor** [1] - 46:7
**term** [5] - 16:22, 18:1,
38:14, 39:15, 50:7
**TERMINUS** [1] - 5:5
**terms** [6] - 16:19,
21:14, 39:3, 40:24,
41:1, 41:21
**TEXAS** [2] - 3:5, 3:24
**THE** [47] - 1:11, 1:16,
3:10, 7:11, 7:21, 8:2,
9:7, 9:8, 11:1, 14:23,
15:9, 16:21, 20:12,
20:18, 20:21, 21:11,
22:3, 22:7, 27:12,
27:22, 27:25, 31:2,
32:4, 32:25, 34:14,
35:18, 36:9, 36:15,
36:22, 37:16, 37:21,

38:5, 38:9, 40:1,
42:5, 44:23, 45:15,
46:22, 46:25, 47:8,
48:1, 48:17, 49:5,
49:10, 49:15, 49:20,
49:22
**themselves** [5] -
12:22, 13:9, 21:14,
24:11, 47:16
**theories** [1] - 39:6
**therein** [1] - 47:17
**they've** [2] - 16:10,
16:12
**thinking** [2] - 28:9,
33:22
**third** [1] - 37:24
**third-party** [1] - 37:24
**THIS** [1] - 1:8
**THOMAS** [1] - 2:3
**THORNTON** [1] - 4:6
**thousands** [1] - 26:25,
27:1
**three** [8] - 33:8, 33:11,
34:17, 38:7, 39:19,
46:13, 50:3
**three-hour** [1] - 38:7,
39:19
**TIME** [1] - 8:2
**timeline** [1] - 49:15,
50:8, 50:17
**timing** [1] - 31:6
**Tishyevich** [1] - 10:20
**TISHYEVICH** [2] - 6:4,
10:20
**TO** [2] - 1:8, 9:4
**today** [16] - 9:18, 9:22,
9:24, 11:6, 11:8,
11:20, 14:20, 17:24,
40:10, 40:20, 40:21,
42:24, 49:16, 50:9,
50:22
**together** [10] - 15:19,
17:25, 18:9, 18:10,
34:23, 35:18, 35:19,
35:24, 36:20, 38:23
**toll** [1] - 27:6
**toll-free** [1] - 27:6
**took** [2] - 15:24, 20:9
**tool** [3] - 26:11, 27:1,
27:11
**top** [2] - 24:8, 26:13
**touch** [1] - 26:10
**toward** [2] - 39:21,
45:8
**towards** [2] - 16:2,
32:3
**track** [2] - 23:7, 23:25
**Trailer** [1] - 16:23,
20:14
**transcript** [1] - 51:14

**TRANSCRIPT** [2] -
1:11, 6:23
**TRANSCRIPTION** [1] -
6:24
**transfer** [1] - 12:2
**transferred** [1] - 36:23
**TRAURIG** [1] - 5:3
**Traurig** [1] - 10:13
**tremendous** [1] - 44:3
**trial** [8] - 28:8, 31:13,
33:2, 33:9, 33:12,
34:1, 36:3, 50:10
**trials** [1] - 31:8
**TRIGGS** [1] - 5:21
**true** [1] - 51:14
**try** [8] - 14:19, 32:14,
33:6, 33:18, 43:5,
45:5, 47:5, 48:23
**trying** [4] - 21:5, 34:3,
41:22, 48:16
**two** [14] - 11:17, 12:8,
12:9, 25:10, 31:24,
34:17, 38:7, 39:18,
41:15, 41:20, 42:1,
43:5, 50:3, 50:14
**type** [2] - 25:4, 28:22
**types** [1] - 23:10

# U

**Ulmer** [1] - 10:10
**ULMER** [1] - 4:23
**ultimate** [1] - 32:3
**ultimately** [1] - 48:21
**under** [2] - 21:7, 41:2
**UNGLESBY** [2] - 4:3,
4:3
**UNITED** [2] - 1:1, 1:12
**United** [2] - 51:12,
51:22
**universe** [3] - 28:17,
41:18, 44:20
**UNIVERSITY** [1] -
6:12
**unknowns** [1] - 31:17
**unless** [5] - 37:12,
41:5, 41:19, 43:12,
50:21
**unlike** [1] - 46:14
**unlimited** [1] - 23:4
**up** [21] - 10:7, 11:20,
16:23, 19:20, 21:9,
22:1, 23:13, 24:25,
26:3, 27:13, 36:2,
38:16, 40:14, 42:2,
44:2, 44:13, 45:13,
46:24, 47:4, 49:2,
49:6
**updated** [1] - 24:2

**Upload** [1] - 26:3
**upload** [5] - 24:21,
24:22, 24:24, 26:2,
32:18
**uploaded** [1] - 25:14
**URQUHART** [2] - 4:10,
5:13
**useful** [2] - 26:11,
27:1, 27:11
**user** [1] - 23:11
**users** [2] - 22:23, 23:4

# V

**VAL** [1] - 2:15
**valuable** [1] - 45:4
**various** [5] - 15:20,
22:11, 22:17, 36:19,
41:4
**versus** [2] - 20:7,
29:14
**view** [1] - 40:22
**views** [1] - 41:4
**VINE** [1] - 4:24
**VIRGINIA** [1] - 6:16
**VOICES** [1] - 50:24
**voluntary** [1] - 29:24

# W

**wait** [1] - 50:4
**waiver** [1] - 14:9
**walk** [2] - 25:2, 25:11
**wants** [2] - 41:21, 44:5
**WARSHAUER** [2] -
1:20, 1:21
**Warshauer** [1] - 11:15
**WASHINGTON** [1] -
4:20
**waste** [1] - 33:12
**WAY** [1] - 6:16
**ways** [2] - 25:1, 25:10
**wealth** [1] - 44:3
**web** [3] - 23:13, 24:4,
27:9
**website** [2] - 12:13,
27:13
**week** [6] - 14:18,
36:25, 42:3, 45:8,
45:9, 45:10
**weeks** [2] - 36:10,
50:3
**WEST** [1] - 6:12
**WHEELER** [1] - 5:21
**WHEREUPON** [1] -
50:25
**whichever** [1] - 33:19
**whole** [2] - 25:25, 32:6

**willing** [4] - 31:4,
31:25, 43:9, 43:15
**WILSON** [1] - 6:7
**Wilson** [1] - 10:18
**wind** [1] - 19:20
**wisdom** [1] - 38:18
**wise** [1] - 44:24
**wish** [1] - 43:1
**wishes** [1] - 42:1
**Wizard** [1] - 48:11
**wondering** [1] - 27:17
**WOODY** [5] - 6:15,
22:4, 22:8, 27:18,
27:24
**woody** [4] - 22:1, 22:3,
27:14, 44:16
**Woody** [2] - 12:15,
22:5
**word** [3] - 26:20,
26:22, 38:16
**words** [3] - 33:10,
37:1, 42:13
**workable** [1] - 35:8
**worlds** [1] - 31:24
**WORLDWIDE** [2] -
5:12, 5:17
**www.mdlcentrality.
com/taxotere** [1] -
22:23
**WYNKOOP** [1] - 2:23

# X

**Xarelto** [1] - 31:13

# Y

**yesterday** [5] - 10:1,
10:5, 21:20, 30:2,
35:6
**York** [2] - 10:15, 40:18
**YORK** [6] - 2:13, 5:14,
6:5
**young** [1] - 44:1
**yourself** [2] - 19:21,
36:1, 48:22

*OFFICIAL  TRANSCRIPT*