1             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  TAXOTERE
     (DOCETAXEL) PRODUCTS
5    LIABILITY LITIGATION

6                              CIVIL ACTION NO. 16-MD-2740 "N"
                               NEW ORLEANS, LOUISIANA
7                              FRIDAY, MARCH 17, 2017, 10:00 A.M.

8    THIS DOCUMENT RELATES TO:
     ALL CASES
9

     ****************************************************************
10

11      TRANSCRIPT OF STATUS CONFERENCE WITH STEERING COMMITTEES
           BEFORE THE GENERAL STATUS CONFERENCE PROCEEDINGS
12        HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                  UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15

     FOR THE PLAINTIFFS'
16   STEERING COMMITTEE:         BARRIOS KINGSDORF & CASTEIX
                                 BY:  DAWN M. BARRIOS, ESQ.
17                               701 POYDRAS STREET, SUITE 3650
                                 NEW ORLEANS, LOUISIANA 70139
18

19
                                 GAINSBURGH BENJAMIN DAVID
20                               MEUNIER & WARSHAUER
                                 BY:  M. PALMER LAMBERT, ESQ.
21                               1100 POYDRAS STREET, SUITE 2800
                                 NEW ORLEANS, LOUISIANA 70163
22

23
                                 PENDLEY BAUDIN & COFFIN
24                               BY:  CHRISTOPHER L. COFFIN, ESQ.
                                 1515 POYDRAS STREET, SUITE 1400
25                               NEW ORLEANS, LOUISIANA 70112

                     *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                          GIBBS LAW GROUP
                          BY:  KAREN B. MENZIES, ESQ.
4                          400 CONTINENTAL BOULEVARD
                          6TH FLOOR
5                          EL SUGUNDO, CALIFORNIA 90245

6

7                          NAPOLI SHKOLNIK
                          BY:  HUNTER J. SHKOLNIK, ESQ.
8                          360 LEXINGTON AVENUE
                          11TH FLOOR
9                          NEW YORK, NEW YORK 10017

10

11                         SIMMONS HANLY CONROY
                          BY:  DAVID F. MICELI, ESQ.
12                         ONE COURT STREET
                          ALTON, ILLINOIS 62002
13

14                         FLEMING, NOLEN & JEZ
15                         BY:  RAND P. NOLEN, ESQ.
                          2800 POST OAK BOULEVARD
16                         SUITE 4000
                          HOUSTON, TEXAS 77056
17

18                         MARTZELL BICKFORD & CENTOLA
19                         BY:  LAWRENCE J. CENTOLA, ESQ.
                          338 LAFAYETTE STREET
20                         NEW ORLEANS, LOUISIANA 70130

21

22                         THE LAMBERT FIRM
                          BY:  EMILY C. JEFFCOTT, ESQ.
23                         701 MAGAZINE STREET
                          NEW ORLEANS, LOUISIANA 70130
24

25

                    *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                                    STUEVE SIEGEL HANSON
                                     BY:  ABBY E. MCCLELLAN, ESQ.
4                                    460 NICHOLS ROAD, SUITE 200
                                     KANSAS CITY, MISSOURI 64112
5

6
                                     ANDREWS THORNTON HIGGINS RAZMARA
7                                    BY:  ANNE ANDREWS, ESQ.
                                     2 CORPORATE PARK
8                                    SUITE 110
                                     IRVINE, CALIFORNIA 92606
9

10                                   BACHUS & SCHANKER
                                     BY:  J. KYLE BACHUS, ESQ.
11                                   1899 WYNKOOP STREET
                                     SUITE 700
12                                   DENVER, COLORADO 80202

13

14   FOR THE DEFENDANTS'
     STEERING COMMITTEE:             IRWIN FRITCHIE URQUHART & MOORE
15                                   BY:  DOUGLAS J. MOORE, ESQ.
                                     400 POYDRAS STREET, SUITE 2700
16                                   NEW ORLEANS, LOUISIANA 70130

17

18                                   SHOOK, HARDY & BACON
                                     BY:  HARLEY V. RATLIFF, ESQ.
19                                   2555 GRAND BOULEVARD
                                     KANSAS CITY, MISSOURI 64108
20

21
                                     ULMER & BERNE
22                                   BY:  MICHAEL J. SUFFERN, ESQ.
                                     600 VINE STREET
23                                   SUITE 2800
                                     CINCINNATI, OHIO 45202
24

25

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                          GREENBURG TRAURIG
                           BY:  R. CLIFTON MERRELL, ESQ.
4                          TERMINUS 200
                           3333 PIEDMONT ROAD, NE
5                          ATLANTA, GEORGIA 30305

6

7                          ADAMS & REESE
                           BY:  DEBORAH B. ROUEN, ESQ.
8                          701 POYDRAS STREET
                           SUITE 4500
9                          NEW ORLEANS, LOUISIANA 70139

10

11                         QUINN EMANUEL URQUHART & SULLIVAN
                           BY:  MARK S. CHEFFO, ESQ.
12                         51 MADISON AVENUE, 22ND FLOOR
                           NEW YORK, NEW YORK 10010

13

14

15                         CHAFFE MCCALL
                           BY:  JOHN F. OLINDE, ESQ.
16                         2300 ENERGY CENTRE
                           1100 POYDRAS STREET
17                         NEW ORLEANS, LOUISIANA 70163

18

19                         WHEELER TRIGGS O'DONNELL
                           BY:  HABIB NASRULLAH, ESQ.
20                         370 SEVENTEENTH STREET
                           SUITE 4500
21                         DENVER, COLORADO 80202

22

23                         KIRKLAND & ELLIS
                           BY:  DMITRIY TISHYEVICH, ESQ.
24                         601 LEXINGTON AVENUE
                           NEW YORK, NEW YORK 10022

25

                    *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                                   KEOGH COX & WILSON
                                    BY:   CHAD A. SULLIVAN, ESQ.
4                                   701 MAIN STREET
                                    BATON ROUGE, LOUISIANA 70802
5

6                                   HINSHAW & CULBERTSON
7                                   BY:   KATHLEEN KELLY, ESQ.
                                    28 STATE STREET
8                                   24TH FLOOR
                                    BOSTON, MASSACHUSETTS 02109
9

10

11   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
12                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
13                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
14                               Cathy_Pepper@laed.uscourts.gov

15

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
16   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

17

18

19

20

21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*

1                **P-R-O-C-E-E-D-I-N-G-S**

2                FRIDAY, MARCH 17, 2017

3            M O R N I N G   S E S S I O N

4

08:06:36  5

09:06:47  6        THE COURT:  We're going to take about 45 minutes, as we

09:06:49  7    typically do on days of our general status conferences, to

09:06:52  8    discuss certain issues that I have on my list.  Anything that

09:06:55  9    you all wish to discuss we'll take up, but, again, we'll try to

09:07:02 10    break up at 9:45 so we do have some time in between and also so

09:07:06 11    that Cathy can get transferred over to the courtroom for the

09:07:09 12    general status conference, which I would like to start promptly

09:07:11 13    at 10:00.

09:07:12 14        First of all, good morning.  A couple of

09:07:15 15    announcements.  This is general information, but I had a

09:07:24 16    request for a committee member who could not make our meeting

09:07:29 17    today to send an associate or a partner or somebody who is not

09:07:33 18    on the committee.

09:07:35 19        With regret, I told them that that was not

09:07:40 20    acceptable for this simple reason:  All of you applied for

09:07:48 21    commit membership on a personal basis; in other words, it

09:07:51 22    wasn't your law firm, it wasn't you and two other people, it

09:07:53 23    was you.

09:07:53 24        I chose you all specifically and individually and

09:07:56 25    personally based upon your submission for committee membership,

*OFFICIAL TRANSCRIPT*

09:08:01  1   so I don't mind an excused absence.  In this case, the person

09:08:06  2   who requested it certainly had an excused absence and won't be

09:08:13  3   penalized or it won't be held against him.

09:08:15  4          I don't want to start having substitute committee

09:08:17  5   attendance because I would have had one today, two next time,

09:08:21  6   four the time after.  The next thing I know I've got a bunch of

09:08:24  7   lawyers who I did not appoint to the committees, who I'm not as

09:08:30  8   familiar with, and the lawyer who was supposed to be here, who

09:08:32  9   I personally chose to be on the committee, could be elsewhere

09:08:36 10   pursuing new business or getting involved in another important

09:08:40 11   case, but this case is important, and your applications were

09:08:44 12   important, and your status as committee members is important.

09:08:47 13          So, if you do have to miss a meeting for whatever

09:08:51 14   personal reason, whatever you have, or a business reason, I can

09:08:55 15   give you an accused absence -- hopefully there won't be very

09:08:59 16   many of those, because, as I said, these are one-year

09:09:02 17   appointments, so I ask you to not miss very many of them -- but

09:09:05 18   I can give you an excused absence, but I do not want to have

09:09:10 19   substitute people showing up for these meetings.

09:09:12 20          You can always get apprised of what happened

09:09:14 21   either from a transcript or from your colleagues who serve on

09:09:17 22   the committee.  So, don't assume that I'm just being mean to

09:09:21 23   the other lawyers who you would like to come in your stead.

09:09:30 24          We do have a number of things to cover.  I think

09:09:30 25   it's probably a little less of a load than we've have at the

**OFFICIAL TRANSCRIPT**

09:09:33 1   last two meeting, I think, until we open the floor here for

09:09:34 2   discussion.

09:09:36 3           I understand there are two -- I just met with

09:09:38 4   liaison counsel, so I'm going to go through the very few

09:09:42 5   things.  They've adequately addressed these with me, but I want

09:09:44 6   to tell you that I spoke with liaison counsel about the two

09:09:48 7   state court cases in Delaware.  Dawn has covered that, the

09:09:52 8   status of those with me, Dawn and Doug, where we are on those

09:09:56 9   two.

09:09:58 10          I also discussed with them the service issue and

09:10:05 11  the negotiation we're having with regard to the service on the

09:10:12 12  non-sanofi defendants.

09:10:17 13          MR. OLINDE:  You also asked --

09:10:19 14          THE COURT:  Let me also ask, if you would, while we're

09:10:20 15  in here, if you could state your name so we know who is

09:10:20 16  speaking.

09:10:22 17          MR. OLINDE:  Yes, Your Honor.  John Olinde and I was

09:10:23 18  recently appointed as a co-liaison.  I think the Court wanted

09:10:26 19  to have the people who were lead for the sanofi and the

09:10:30 20  non-sanofi defendants to introduce themselves.

09:10:35 21          THE COURT:  I was going to do that in the big

09:10:36 22  conference, but we can certainly do it here if you would like

09:10:39 23  to do it now.  Would y'all like to do it?  We're going to do it

09:10:43 24  again when we get across the hall.

09:10:44 25          MR. OLINDE:  Just so that people know who they are.

**OFFICIAL TRANSCRIPT**

09:10:46  1          THE COURT:  Let's go ahead and do that now.

09:10:50  2          MR. CHEFFO:  I'm Mark Cheffo from Quinn Emanuel,

10:10:04  3  New York, and I represent Pfizer and Hospira.

09:10:56  4          MR. SULLIVAN:  Good morning, Your Honor.  Chad Sullivan

09:10:58  5  from Keogh Cox & Wilson for Accord Healthcare, Inc.

09:11:02  6          MR. TISHYEVICH:  Good morning, Your Honor.

09:11:07  7  Dmitriy Tishyevich from Kirkland & Ellis for Eagle

09:11:09  8  Pharmaceuticals.

09:11:11  9          MR. SUFFERN:  Good morning, Your Honor.

09:11:11  10  Michael Suffern.  I represent Actavis Pharma, Inc.

09:11:16  11          MR. MERRELL:  Good morning.  Cliff Merrell from

09:11:18  12  Greenburg Traurig, representing Sandoz, Incorporated.

09:11:20  13          MS. KELLY:  Good morning, Your Honor.  Kathleen Kelly

09:11:23  14  for Sun Pharmaceutical Industries.

09:11:26  15          MR. NASRULLAH:  Good morning, Your Honor.

09:11:28  16  Habib Nasrullah for Northstar.

09:11:29  17          THE COURT:  Good morning.  Thank you.

09:11:31  18          What I just said about attendance would equally

09:11:34  19  apply to those -- now, this is an individual attorney-client

09:11:37  20  relationship, so you all are, in fact, the defense liaison

09:11:44  21  committee, but you each have a client here.  I would not like

09:11:47  22  to have others come so that every time we have one of these

09:11:50  23  meetings, I get somebody else representing the same defendants.

09:11:53  24          So, what I just said about committee membership

09:11:56  25  would equally apply to you all.  I'm going to be looking to

*OFFICIAL TRANSCRIPT*

09:11:59  1    have you here personally as opposed to somebody else from your
09:12:04  2    firm, and because that's the way we're going to proceed in this
09:12:09  3    meeting.
09:12:09  4              Okay.  Now, John, was that what you wanted to
09:12:13  5    discuss?
09:12:14  6              MR. OLINDE:  Yes, Your Honor.  Thank you very much.
09:12:16  7              THE COURT:  Let me continue on with what I discussed.
09:12:17  8    I understand we had a productive meeting yesterday with
09:12:20  9    Magistrate North.  I discussed that with liaison counsel.
09:12:24 10              We're on schedule with regard to our master
09:12:29 11    complaint, which will be filed on or before March 31.
09:12:36 12              We have selected May 3rd, 2017, as the science
09:12:42 13    day.  Let me say something about that before we go further.  It
09:12:47 14    may short circuit the questioning.
09:12:48 15              Science day, in my mind, as we sit here today, is
09:12:53 16    going to be a perhaps two- or a maximum three-hour session of
09:12:59 17    the bare fundamental basics.  I think the analogy I used with
09:13:04 18    liaison counsel is sort of the Vince Lombardi, *Gentlemen, this
09:13:10 19    is a football* type presentation.
09:13:12 20              I will tell you forthrightly I'm not a medically
09:13:16 21    inclined person.  I didn't go to medical school.  I don't read
09:13:19 22    medical journals in my spare time.  I'm not a pharmaceutical
09:13:23 23    person, so you need to educate me.  You and your clients need
09:13:26 24    to educate me on the fundamentals of what we're dealing with
09:13:29 25    here.

*OFFICIAL TRANSCRIPT*

09:13:31 1          At this point, for this May 3rd session, I would
09:13:36 2     like it to be as uncontroversial as possible.  I need to know
09:13:41 3     the principles involved, what you all think is important.  This
09:13:46 4     is the bedrock, sort of like driving the pilings for what we're
09:13:50 5     going to get to.
09:13:51 6          Before I rule on anything that is substantive in
09:13:53 7     this case, I would like to have an appreciation for the product
09:13:56 8     that's involved.  If you think it's important that I know how
09:13:58 9     it's manufactured, if you think it's important -- certainly
09:14:02 10    should be important -- that I know how it's used, how it's
09:14:04 11    intended to be used, what it's designed to do, what the desired
09:14:08 12    effect is, and how that is brought about as a matter of either
09:14:12 13    chemistry or however you want to couch it, this is to educate
09:14:17 14    me and my staff as to what we're dealing with here, not a
09:14:22 15    hashing out of the arguments of what should have happened, what
09:14:24 16    went wrong, what your theories are regarding liability or
09:14:28 17    damages.
09:14:30 18         There will be a day for that, and we may have
09:14:32 19    more than one.  In fact, it's quite likely that we'll have more
09:14:35 20    than one science day as we kind of grow this thing and you
09:14:38 21    impart to me the knowledge you think I need before I get into
09:14:42 22    substantive motion practice or bellwether trials.
09:14:46 23         So don't overreact.  I kind of get a sense that
09:14:49 24    the use of the term *science day* is sending people shivers up
09:14:56 25    their back about what could possibly happen on science day.

*OFFICIAL TRANSCRIPT*

09:14:59 1    Nothing is going to happen on science day except for me

09:15:01 2    listening to what you think I need to know.  Again, the less

09:15:05 3    controversial the better for at least this first one.

09:15:09 4            I don't need competing experts.  I need

09:15:13 5    information.  So maybe it's better that we call it *information

09:15:16 6    day*, if that makes you feel any better.  You know, don't fear

09:15:22 7    the science, well, don't fear science day.

09:15:26 8            I'm letting you all decide what it is because,

09:15:32 9    again, I don't know what the starting point is.  I don't know

09:15:34 10   what the logical starting point is.  If you want to start out

09:15:37 11   with molecular biology or whatever, that's fine with me, too,

09:15:41 12   but I expect you all to work together and make a presentation

09:15:44 13   to me that you think is information that I need, again, before

09:15:47 14   I get into the substance of the case.

09:15:49 15           The other things I discussed, we discussed the

09:15:53 16   settlement committees.  I think one of the things today we'll

09:15:57 17   spend time with the big group on is what we just did here, the

09:16:01 18   introduction.  We have our newly served defendants, and John

09:16:06 19   has been appointed as of yesterday as the liaison counsel for

09:16:09 20   that group of defendants.  Their participation in the

09:16:13 21   settlement committee -- committees that I've already appointed

09:16:17 22   because they will have representatives there.

09:16:19 23           For the benefit of our new, I say *new defendants*,

09:16:23 24   newly served defendants, those of you who are here for the

09:16:27 25   first time, I'll repeat what I said in other committees.  The

**OFFICIAL TRANSCRIPT**

09:16:30  1  settlement committees are designed to keep sort of a

09:16:33  2  35,000-foot view of the case and specifically not be involved

09:16:39  3  in bellwethers, discovery trench warfare, or any other types of

09:16:46  4  hand-to-hand combat that other lawyers are doing during the

09:16:49  5  course of the case.

09:16:50  6         Their job, the settlement committees, are

09:16:53  7  expected to have information available to them that may impact

09:16:58  8  your client's consideration of the case.  Upside, downside,

09:17:04  9  liability or not, damages or not, extent of damages, value of

09:17:10 10  cases either individually or as a group.  It's not so much a

09:17:15 11  strategic or tactical job as it is to discuss how the MDL might

09:17:23 12  be resolved.

09:17:24 13         At this juncture I would be even more descriptive

09:17:29 14  by saying what would the component parts of a settlement in the

09:17:34 15  MDL look like?  What are the expectations?  I'm not talking

09:17:38 16  about dollars.  I'm not talking about the specifics of drafting

09:17:42 17  documents.  I'm talking about what the component parts of a

09:17:45 18  settlement would look like.  What do the plaintiffs expect in

09:17:49 19  this case?  What would the defendants individually and as a

09:17:53 20  group expect in this case if it was resolved, okay?

09:17:57 21         So, again, you're working now at a level that's

09:18:02 22  sort of an en globo consideration of the MDL as opposed to

09:18:07 23  particular bellwethers or document productions or electronic

09:18:10 24  discovery.  So if you have somebody that is going to be

09:18:13 25  involved in trying a bellwether case, that's probably not the

*OFFICIAL TRANSCRIPT*

09:18:17  1    person you want involved at this settlement conference --
09:18:21  2    settlement committee level.
09:18:22  3          I want to kind try to keep some separation there.
09:18:27  4    I do expect that liaison counsel and lead counsel will impart
09:18:31  5    to settlement committee members information that they think has
09:18:34  6    some bearing, not on the success of a particular bellwether
09:18:40  7    trial but, rather, on a consideration that might impact a
09:18:44  8    settlement discussion.
09:18:45  9          I also mentioned to John earlier that if there is
09:18:49 10    a defendant in this case that is or considers itself to be a
09:18:57 11    minor player, litigation is expensive.  MDL litigation is
09:19:00 12    expensive.  If there is an interest in resolving a particular
09:19:06 13    defense -- I say this to plaintiffs' counsel as well -- if
09:19:09 14    there is an interest in resolving a particular defendant's
09:19:12 15    participation in the MDL, given that they don't have a great
09:19:15 16    number of cases -- I don't know what's out there; I don't know
09:19:17 17    how big a player anybody is in this case -- but if there is a
09:19:22 18    realization that somebody wants out of the MDL and there is an
09:19:25 19    interest on plaintiffs' side to discuss those cases that are
09:19:31 20    involved with that particular defendant, then feel free to
09:19:35 21    commence a separate, more specific negotiation of terms of
09:19:40 22    settlement.
09:19:42 23          I don't know if I'm being clear here.  I'm
09:19:46 24    sensitive to the idea that once things are put in the MDL,
09:19:50 25    resources get consumed and sometimes resources get consumed for

*OFFICIAL TRANSCRIPT*

09:19:54 1    smaller players much to their prejudice.  They are consuming

09:20:02 2    resources on a grander scale than they would have had they been

09:20:07 3    sued individually and might have been better off not being in

09:20:11 4    the MDL.  So if there is a way to negotiate that, then I'm all

09:20:14 5    ears.

09:20:14 6             I would ask that you all let me know if that's

09:20:17 7    the case.  Somebody shoot me an e-mail.  Just give me a

09:20:21 8    heads-up.  You can do it through liaison counsel.  Let me know

09:20:24 9    that somebody is moving in that direction.  I would appreciate

09:20:28 10   that.

09:20:29 11            All right.  The only other things -- that may be

09:20:32 12   it.  Our next conference, both committee meeting and big

09:20:37 13   conference, will be on May 12th.

09:20:43 14            Discussion.

09:20:44 15       MR. MOORE:  Good morning, Judge.  Douglas Moore,

09:20:48 16   defense liaison counsel and counsel for sanofi.

09:20:52 17            This relates to Item Number 2 on the agenda and

09:20:55 18   subject matter that we had discussed over the last couple of

09:20:58 19   liaison meetings and at our last status conference and steering

09:21:02 20   committee meeting, and that is the filing of cases by the

09:21:06 21   plaintiffs' leadership that would otherwise have federal

09:21:09 22   jurisdiction but are nonetheless filed in state courts.  We

09:21:17 23   have made some progress, we think, on those issues.

09:21:20 24            Your Honor has indicated your intention to take

09:21:23 25   up jurisdictional issues related to those cases being Delaware,

*OFFICIAL TRANSCRIPT*

09:21:28 1   Missouri, and California.  The issue, I think, right now is

09:21:34 2   ensuring that the delay in getting those cases to the MDL is

09:21:41 3   resolved in a way so that we can take those issues up.

09:21:44 4        Mr. Ratliff is able to speak on the specifics of

09:21:48 5   those litigations and sort of where things stand.

09:21:52 6        THE COURT:  Good morning.

09:21:52 7        MR. RATLIFF:  Good morning, Your Honor.  I don't know

09:21:55 8   exactly how much you had talked about it with liaison counsel,

09:21:58 9   but we have three sets of cases -- Delaware, which is, I

09:22:03 10  believe, 84 or 85 cases.  One of them is already here.  They

09:22:07 11  are all filed by single firm, Mr. Shkolnik's firm.

08:22:10 12       The issue in all of those removals is, I would

08:22:13 13  say, functionally identical.  All the pleadings will probably

08:22:15 14  come out the same.

08:22:16 15       I would anticipate that unless there is some

08:22:19 16  action by the Delaware -- the District of Delaware, which has

08:22:24 17  not happened in the past few months, all of those will be

08:22:26 18  transferred but for maybe a small handful of those.  We have

08:22:30 19  four City of St. Louis cases that we removed to the

08:22:33 20  Eastern District of Missouri.

08:22:34 21       I should step back.  All of the Delaware cases

08:22:38 22  are multidefense cases.  I can't say every single one of these

08:22:42 23  defendants are there but most of them.  In the City of

08:22:44 24  St. Louis, there are four cases.  Those are all sanofi-only

08:22:49 25  cases.

*OFFICIAL TRANSCRIPT*

08:22:49  1           The first one was removed called Allison, and

08:22:53  2   that was removed.  The issue of personal jurisdiction and

08:22:57  3   remand was briefed, argued in an oral argument before the

08:23:01  4   Eastern District.  We won that motion.  Removal for remand was

08:23:05  5   denied.  It was sent here.

08:23:06  6           The second case, Bickley, which is a 52-plaintiff

08:23:09  7   case, all the exact same briefing took place.  Nothing ever

08:23:14  8   happened.  It was transferred here.

08:23:16  9           Now we have two more cases that are currently in

08:23:19 10   the Eastern District of Missouri.  Vincent, same issues, same

08:23:23 11   briefing, which we had already won on.  That is set to be heard

08:23:26 12   on March 30th.

08:23:28 13           Then we have the fourth case, Whitted, which will

08:23:32 14   not be heard on the March 30th docket for the JPML; but,

08:23:36 15   otherwise, it's fully briefed on functionally the exact same

08:23:40 16   issues that were raised in the very first.

08:23:42 17           The last set of cases we have -- well, so

08:23:46 18   Delaware, City of St. Louis, those were all filed by PSC

08:23:52 19   members.

08:23:52 20           The last component, we have is the State of

08:23:54 21   California.  That's a little bit more of a, I should say

08:23:58 22   perhaps a nuance issue there.  We have some cases -- we have

08:24:02 23   11 cases that we have removed.  All of them named McKesson as

08:24:09 24   the distributor, as the in-state defendant to keep jurisdiction

08:24:12 25   in the state court.

                          *OFFICIAL TRANSCRIPT*

08:24:14  1          None of them, none of those complaints, however,

08:24:17  2   allege the name of the facility where the woman took Taxotere

08:24:25  3   or docetaxel.  We've asked for the medical records -- not the

08:24:27  4   medical records, just the identity of the facility so we can

08:24:30  5   determine if McKesson really was a distributor.

08:24:33  6          In one case, I think in Mr. Shkolnik's case they

08:24:36  7   actually provided us the medical records that identified the

08:24:39  8   facility.  We talked back to McKesson.  McKesson said, "We had

08:24:43  9   never distributed to that particular facility."  They provided

08:24:46 10   an affidavit and that case was removed.

08:24:49 11          So all of those cases are removed.  Most of them

08:24:50 12   are California plaintiffs.  We have a few that are

08:24:54 13   multiplaintiff -- Louisiana, Tennessee, Alabama, Kentucky with

08:24:57 14   the California plaintiff.

08:24:59 15          So currently right now, like I said, seven are

08:25:02 16   either in the MDL or clearly on their way.  The other four

08:25:07 17   remain pending in the Central District and, I believe, the

08:25:11 18   Southern District of California.

08:25:12 19          So that's the status of things.  Certainly we

08:25:15 20   would like to -- we're not here to delay getting those issues

08:25:19 21   heard in terms of removal.

08:25:20 22          I will say we have some concern about expending

08:25:24 23   the time and resources of rebriefing all of the cases that were

08:25:28 24   removed to the Eastern District of Missouri since the issues

08:25:32 25   are identical, and it's already been decided in a very

**OFFICIAL TRANSCRIPT**

08:25:35 1  well-thought-out and lengthy opinion from the judge in the

08:25:38 2  Eastern District of Missouri.

08:25:42 3          So if you want to have us rebrief that, we will,

08:25:42 4  if Your Honor chooses, but you'll find that to be somewhat of a

08:25:46 5  redundant activity.

08:25:47 6          THE COURT:  Does anybody want to respond?

08:25:49 7          Chris.

08:25:50 8  MR. COFFIN:  Your Honor, Chris Coffin on behalf of

08:25:53 9  plaintiffs.  I think it's accurate that there are some cases

08:25:55 10 here from state court that have already been transferred, and

08:25:58 11 some of that remand briefing has already been done; in fact, I

08:26:02 12 think the majority of it has been done.

08:26:04 13         One of the questions is whether Your Honor wants

08:26:05 14 us to resubmit that briefing to Your Honor, only because, if I

08:26:11 15 recall correctly, in PTO 1, Your Honor indicated that

08:26:15 16 everything is basically off the table except for the complaints

08:26:19 17 that will be transferred, and then we need to refile that

08:26:22 18 briefing.

08:26:22 19         So I think procedurally we need to figure that

08:26:24 20 out; but, otherwise, I agree that the process is going as it

08:26:29 21 should through transfers through the JPML, the JPML considers

08:26:34 22 them, whether or not they should be transferred to Your Honor,

08:26:38 23 and whether or not they need to be remanded.

08:26:40 24         The Missouri issue, I'm not a Missouri lawyer,

08:26:43 25 but I know enough to know that the decisions on remand from the

*OFFICIAL TRANSCRIPT*

08:26:49 1    Eastern District of Missouri back to the City of St. Louis

08:26:54 2    vary.  Some judges say remand is absolutely proper under the

08:26:58 3    way that the Missouri rules currently are; some say it's not.

08:27:02 4            So, Mr. Ratliff is correct.  On the first case,

08:27:09 5    the remand was denied, and I don't understand, I don't know

08:27:13 6    enough to know the ins and outs of Missouri law, admittedly,

08:27:18 7    Your Honor, but I know enough to know that there is some

08:27:20 8    distinguishing factors from case to case.

08:27:22 9            I know that Missouri lawyers who are well-versed

08:27:25 10   in that case would say Your Honor needs to consider this

08:27:28 11   yourself.  There are, I think, three or four cases in which

08:27:31 12   Your Honor will be able to do that.

08:27:32 13       THE COURT:  Why don't we do this:  Would you all,

08:27:34 14   within the next week, by next Friday, would you all confer and,

08:27:40 15   through liaison counsel, provide to me a list of pending

08:27:49 16   matters that I need to decide that were pending when the case

08:27:53 17   got here, and identify, if there already is briefing in the

08:28:00 18   record, identify where I can find the briefs that are relative

08:28:03 19   to that pending matter, anything you want to be considered with

08:28:07 20   that so that we can go through and tackle those.

08:28:11 21           About how many are we talking about right now?

08:28:14 22   Chris, you mentioned --

08:28:16 23       MR. COFFIN:  If I could, for a second, Mr. Shkolnik

08:28:19 24   could probably tell us from Delaware.  He has a number of

08:28:22 25   cases.

**_OFFICIAL TRANSCRIPT_**

08:28:22 1      THE COURT:  Just a ballpark.  We're going to get an

08:28:25 2 accounting by next Friday.  Go ahead.

08:28:27 3      MR. SHKOLNIK:  Good morning, Your Honor.

08:28:29 4 Hunter Shkolnik from Napoli Shkolnik.

08:28:29 5      THE COURT REPORTER:  I'm sorry.  I couldn't hear your

08:28:35 6 name.  Good morning.  Thank you.

08:28:27 7      MR. SHKOLNIK:  Good morning, Your Honor.

08:28:29 8 Hunter Shkolnik from Napoli Shkolnik.

08:28:35 9           There has been briefing in, I don't know the

08:28:37 10 exact number but I think it's four or five cases, and then an

08:28:42 11 order entered before the federal judge in Delaware allowing us

08:28:45 12 to apply the briefing to all the cases that have been removed.

08:28:45 13      THE COURT:  Okay.

08:28:29 14      MR. SHKOLNIK:  They are not multiplaintiffs.  These are

08:28:51 15 individual plaintiffs against various sanofi defendants which

08:28:56 16 are Delaware corporations.

08:28:59 17           So there is fully briefed set of papers that are

08:29:02 18 on their way here or here already.  I think the first case was

08:29:05 19 the first fully briefed case, and we have not continued

08:29:09 20 briefing after that, so you should have that.

08:29:12 21           We've agreed to waive the CTO objections to get

08:29:15 22 all the cases to you quickly so that there is no cost for

08:29:18 23 briefing again the CTOs and move the process along.

08:29:24 24      THE COURT:  I appreciate that.  It's better if they are

08:29:26 25 here quicker, but having said that, it's not going to slow down

*OFFICIAL TRANSCRIPT*

08:29:29  1    our process of what we're doing here in terms of discovery and

08:29:33  2    hopefully get some bellwether dates and things like that.  But

08:29:37  3    I do appreciate that.

08:29:38  4         I think we need to do sort of a round-up on what

08:29:40  5    is pending as we sit here today.  Then if anything else is

08:29:43  6    transferred here with something pending in it, you all are

08:29:46  7    going to have to give us sort of a heads-up because there are

08:29:49  8    so many -- every day I get CTOs e-mailed, and I just don't have

08:29:54  9    time to go through each of the records on those as they come

08:29:57 10    in.

08:29:58 11         I'm cognizant of them but I would like to --

08:30:00 12    maybe every time there is a CTO, if, within seven days, liaison

08:30:05 13    counsel -- of course, they are going to need to be advised by

08:30:09 14    counsel involved that there is an open matter on that docket

08:30:12 15    pending that this court needs to determine and dispose of.

08:30:16 16         As we sit here today, though, I do need you all

08:30:18 17    to corral all of these.  Let's get an accounting of what is

08:30:22 18    open that needs to be decided and, as I said, identify the

08:30:26 19    pleadings, where I can find them, as to each of those matters.

08:30:29 20         If it's a general pleading, that's even better,

08:30:32 21    where I can -- rather than me have to read the same thing

08:30:36 22    multiple times, if there is an argument that's been fully

08:30:39 23    briefed and it is applicable to an open motion, I would like to

08:30:44 24    know that, where I can just read through the material once and

08:30:47 25    that it's going to apply.  We'll try to dispose of those as

*OFFICIAL TRANSCRIPT*

08:30:50  1    quickly as possible.

08:30:52  2        MR. MOORE:  Your Honor, we can certainly provide you

08:30:55  3    that accounting for what is currently here and was pending

08:31:00  4    working with the plaintiffs' leadership to identify what needs

08:31:03  5    to be resolved by you.

08:31:05  6        My only thought or comment is that many times

08:31:09  7    we'll have cases come here where there are motions directed

08:31:14  8    towards the pleadings or other preliminary matters that are

08:31:16  9    still pending when they transfer that aren't necessarily

08:31:19 10    something that we need to address right away.  We can put a pin

08:31:24 11    in those things, but the jurisdictional issues are obviously

08:31:29 12    one of those --

08:31:30 13        THE COURT:  That's what I'm talking about specifically,

08:31:32 14    the motions that are pending pertinent to jurisdiction.

08:31:35 15        Some of the other motions that have been raised

08:31:38 16    by the defendants we'll get to.  I know we have the master

08:31:41 17    complaint that will be here.  That may tackle some of the

08:31:43 18    issues that have been raised in the individual cases in other

08:31:46 19    jurisdictions that are now here.

08:31:48 20        So I'm not anxious to go through and rule on

08:31:50 21    those on an individual basis unless we have to, but we'll get

08:31:55 22    to those.  So if you do have motions that are pending that you

08:31:58 23    still want to pursue, and I assume you want to pursue all of

08:32:02 24    them if you raised them in the other jurisdiction, then we'll

08:32:04 25    get to those as well.

                                    *OFFICIAL TRANSCRIPT*

08:32:06  1          In fact, once we get to the point of the master

08:32:08  2    complaint and responsive pleadings, we may want to package

08:32:13  3    those and identify for your purposes -- and mine as well so

08:32:17  4    that I can turn things on the docket -- but package those prior

08:32:23  5    motions into sort of an omnibus motion.

08:32:26  6          This would incorporate these motions previously

08:32:30  7    raised in individual cases, if it's possible to do that.  So

08:32:33  8    that way they know they are addressing multiple motions that

08:32:37  9    were already pending, and they are all going to be disposed of

08:32:40 10    together in one omnibus motion and omnibus opposition.

08:32:47 11          MR. COFFIN:  I think we're all on the same page with

08:32:49 12    those cases in which there has been briefing.  We'll bring that

08:32:52 13    list to Your Honor within a week.

08:32:55 14          There are cases in which the issues have not been

08:32:59 15    briefed.  One on the top of my mind is a California case that

08:33:03 16    is before Your Honor.  I know that we're prepared to file that

08:33:07 17    remand brief, and we would like to do so, so I expect you'll

08:33:11 18    see that soon.

08:33:12 19          Now, we have not worked out a specific schedule

08:33:14 20    related to that California case.  If you would like us to do

08:33:18 21    that --

08:33:18 22          THE COURT:  Just indicate as much on our accounting of

08:33:20 23    pending motions, just indicate as much.  If it needs to be

08:33:24 24    briefed or if there is something else to be said about it, tell

08:33:28 25    us that too.

                              *OFFICIAL TRANSCRIPT*

08:33:30  1          MR. COFFIN:  Okay.  We can do that.

08:33:31  2          MR. RATLIFF:  Your Honor, one point of clarity on what

08:33:34  3  Mr. Coffin said.  I think the overall accounting is going to be

08:33:38  4  right at about a hundred cases, broken up between the three.

08:33:41  5          Now, I think the one rub to that is Mr. Shkolnik

08:33:44  6  said he was going to withdraw his opposition to the 85 or so

08:33:49  7  Delaware cases, so that still leaves -- in fact, we have two

08:33:52  8  contested transfers of Missouri cases and, I believe, the four

08:33:55  9  contested transfers of the California cases.

08:33:58 10          I just don't know where that stands in terms of

08:34:01 11  we want to move this process along and get these before

08:34:04 12  Your Honor to make sort of consistent rulings, then I think

08:34:07 13  those oppositions should be withdrawn so we can get this

08:34:11 14  process set up.

08:34:14 15          MR. COFFIN:  First of all, the JPML meeting is

08:34:16 16  March 30th, so those will be resolved on March 30th, so a week

08:34:20 17  and a half away.

08:34:22 18          What's left after that, we can give you an

08:34:24 19  accounting, and we can come back to Your Honor and say the

08:34:28 20  process.

08:34:28 21          THE COURT:  I would rather let the JPML address those

08:34:38 22  transfers, especially since it's coming up.  Are you asking me

08:34:41 23  to comment on it?  I'm not going to order those cases in.

08:34:45 24  Obviously I would like them to be here as well.  The more the

08:34:47 25  better so that we can --

***OFFICIAL TRANSCRIPT***

08:34:51  1    MR. MOORE:  Your Honor, I guess the issue we're raising

08:34:53  2    is when we had the liaison counsel meeting on the 6th, we

08:34:58  3    discussed this issue, and it was -- I think the phrase you used

08:35:04  4    was those oppositions being a *roadblock* to advancing the ball

08:35:09  5    here.

08:35:10  6         So we had sent an e-mail to Mr. Lambert and

08:35:15  7    Mr. Barrios expressing our expectation based on your comment

08:35:20  8    that the leadership on the plaintiffs' side of this MDL would

08:35:24  9    begin to remove those roadblocks.  So even though it's going to

08:35:28 10    be heard in two or three weeks, there is nothing stopping them

08:35:31 11    from doing what you --

08:35:32 12    THE COURT:  I would like them to do that, but I'm not

08:35:35 13    going to order them to do it.  I would strongly encourage them.

08:35:38 14    Anything that slows down a case getting here that is ultimately

08:35:42 15    going to be here anyway is a roadblock.

08:35:46 16         If you want to reserve your rights, if it's a

08:35:49 17    conditional -- it's a conditional transfer, if you want to

08:35:53 18    reserve your rights, it's entirely possible that these cases

08:35:56 19    are going to be remanded when the time comes; so, I don't see

08:35:59 20    where you -- and maybe I'm missing something here, but I don't

08:36:02 21    see where you lose anything if you're in California with your

08:36:06 22    case being transferred here.

08:36:07 23         If you've reserved your objections with regard to

08:36:11 24    jurisdiction and venue and whatever else have you -- the

08:36:18 25    ultimate goal of the MDL is to decide as many common issues as

*OFFICIAL TRANSCRIPT*

08:36:22 1  possible, and hopefully, my hope and I think my assignment is
08:36:27 2  to see if the entirety of the matter can't be resolved here.
08:36:33 3       At the end of the day, maybe it's appropriate
08:36:36 4  today to say it's the pot of gold at the end of the rainbow for
08:36:40 5  me, but sometimes we don't do that.  Sometimes we have to
08:36:43 6  remand cases before we get to the end of the rainbow.
08:36:46 7       Yes, I would call it a *roadblock*, and, Doug,
08:36:51 8  you're right, that's the word I used.  It is a roadblock.
08:36:55 9  We've got to get the cases here in order to consider them for
08:36:59 10 those purposes.
08:37:02 11      MR. COFFIN:  Your Honor, just to be clear, we
08:37:03 12 understand that.  All of the lawyers involved in these cases
08:37:08 13 are not on the PSC, and I want to be quite frank with the
08:37:14 14 Court, and the defendants know this, we're just not all on the
08:37:17 15 same page.
08:37:18 16      THE COURT:  I understand.
08:37:19 17      MR. COFFIN:  So we need to let that process play out.
08:37:22 18      THE COURT:  I understand.  Everybody needs to do what
08:37:24 19 they think is in the best interest of their client, but if you
08:37:29 20 can stress to other counsel who are not on the committees, I
08:37:33 21 don't see where they give up anything, other than the time
08:37:35 22 spent in the MDL, which they are going to spend here anyway,
08:37:39 23 hopefully for their benefit, but I don't see what they give up
08:37:42 24 if they reserve their rights.
08:37:43 25      It is, by definition, a conditional transfer

*OFFICIAL TRANSCRIPT*

08:37:46  1  order.  If they reserve their rights, they are going to be back

08:37:48  2  there.  If the case can't be resolved, they are going to be

08:37:51  3  back where they are now; so, I mean, I just don't understand

08:37:55  4  what the hang-up would be if you know that you've reserved your

08:38:00  5  rights.

08:38:01  6      MR. COFFIN:  Some of us are on the same page,

08:38:03  7  Your Honor.

08:38:04  8      THE COURT:  Okay.  We only have about ten more minutes.

08:38:07  9  I covered everything I wanted to cover.

08:38:10  10      Doug.

08:38:11  11      MR. MOORE:  Your Honor, one of the things that we

08:38:12  12  addressed at the liaison counsel meeting that I indicated that

08:38:16  13  there may be some discussion on related to the newly added

08:38:19  14  505(b)(2) defendants.

08:38:22  15      Perhaps Mr. Olinde can speak to this in better

08:38:25  16  detail, or the counsel representing some of those parties, but

08:38:28  17  as we indicated, there are parties who have concerns about

08:38:34  18  their presence and participation and some of the heavy lifting

08:38:37  19  that we're now beginning to do with PSI protocols, talking

08:38:41  20  about cross-border discovery when they have only been named or

08:38:45  21  served in a couple of those cases, and those cases identified

08:38:48  22  treatment dates at a time when they weren't even marketing the

08:38:51  23  product.

08:38:52  24      So I know there has been some discussions about

08:38:54  25  that, and I think some of those individuals would like to speak

*OFFICIAL TRANSCRIPT*

08:38:57 1    on --

08:38:58 2         THE COURT:  John, if you want to say something.  I'm

08:39:01 3    trying to conserve time.  We only have about ten minutes, and I

08:39:04 4    don't know what else you want to talk about, but we're going to

08:39:05 5    have to cut it short if there is more.

08:39:08 6         MR. OLINDE:  I had a brief discussion with some of the

08:39:10 7    defendants about that.  They started to have some conversation

08:39:13 8    with the attorneys in those cases, so I don't think it's

08:39:17 9    necessary for them to speak to the Court about it, other than

08:39:20 10   they are going to some ongoing conversations with the --

08:39:20 11        THE COURT:  Let me state --

08:39:25 12        MR. OLINDE:  -- who sued them.

08:39:26 13        THE COURT:  Let me state generally for those of you who

08:39:28 14   are newcomers here, maybe it's your first attendance at these

08:39:33 15   conferences, at the last general conference in the courtroom

08:39:37 16   across the hall, a gentleman was here who was counsel for an

08:39:41 17   entity named as a defendant, and he presented in the conference

08:39:45 18   an affidavit or some documentation, which I personally didn't

08:39:49 19   look at but he brought, claiming that his client had been

08:39:53 20   inappropriately named as a defendant.

08:39:56 21        I asked him to turn that over to plaintiffs'

08:39:59 22   counsel so that it could be considered.  Again, I didn't look

08:40:05 23   at it, but I assume and continue to assume and will continue to

08:40:09 24   assume, of course, that plaintiffs' counsel, all plaintiffs'

08:40:12 25   counsel will be responsible with information that they are

*OFFICIAL TRANSCRIPT*

08:40:16 1    given regarding the properly named defendants.

08:40:18 2          If we have an instance such as what Doug and John

08:40:21 3    are describing, and I don't know which one of you raised it,

08:40:25 4    but if we have an instance where an entity is not in any way

08:40:28 5    involved but has nonetheless been named as a defendant for

08:40:32 6    whatever reason, out of prudence and abundance of caution by

08:40:35 7    plaintiffs' counsel, I ask you to please turn that over to

08:40:39 8    plaintiffs' counsel so that they can examine it, confirm it, do

08:40:42 9    further due diligence, if necessary, and, if appropriate,

08:40:48 10   respond that no, the defendant does belong in the litigation

08:40:55 11   or, as what happened with the gentleman at the last meeting,

08:40:58 12   dismiss a claim that's unfounded.  That's going to be a process

08:41:03 13   as we sort through this, it's going to be a process that's

08:41:07 14   going to be ongoing.

08:41:08 15         Plaintiffs' counsel, I should say individual

08:41:11 16   plaintiffs will in many, if not most cases not know

08:41:16 17   specifically which defendant is involved until there is some

08:41:21 18   discovery which has already started.  I think Doug has tried to

08:41:24 19   make this information available.  It will be shared.

08:41:28 20         Palmer mentioned at the liaison counsel meeting

08:41:32 21   where perhaps we could have a chart of some sort or some

08:41:36 22   repository of information that plaintiffs' counsel henceforth

08:41:38 23   can go to and see that a certain product was not marketed until

08:41:42 24   such and such a date, was not in use until such and such a date

08:41:47 25   so that that can be a representation made, a binding

**OFFICIAL TRANSCRIPT**

08:41:51 1    representation, and that plaintiffs' counsel can rely on it in

08:41:54 2    determining what defendant is the appropriate defendant for

08:41:57 3    each particular client.

08:41:59 4          So there is a learning curve involved here that

08:42:02 5    everyone is going to have to not only climb but also abide by

08:42:06 6    once that information is imparted.  If we have problems after

08:42:09 7    that with defendants being wrongfully named, then that's

08:42:12 8    something we'll take up then, but I don't get a sense right

08:42:16 9    now, other than trying to be prudent on the plaintiffs' side,

08:42:19 10   that that's happening.

08:42:23 11      MR. COFFIN:  Your Honor, from the plaintiffs'

08:42:24 12   perspective, just to be clear, as you pointed out with the last

08:42:30 13   defendant in the last status conference, he came up, provided

08:42:34 14   with us an affidavit, and to my knowledge that's been totally

08:42:36 15   resolved.

08:42:37 16         So to give some of those defendants or a

08:42:40 17   defendant or two some comfort, if you have an issue, come talk

08:42:44 18   to us.  Provide us with the information.  We're going to work

08:42:47 19   with you.  We're not in the business of keeping defendants in a

08:42:50 20   case just for the heck of keeping you in a case.  So we'll do

08:42:53 21   that.

08:42:54 22         I would ask the Court to have the same discussion

08:42:57 23   in the large status conference so that other lawyers throughout

08:43:01 24   the country hear this, and it will make it easier for the

08:43:04 25   leadership to be able to work with them to resolve these issues

*OFFICIAL TRANSCRIPT*

08:43:09 1    properly.

08:43:09 2         THE COURT:  Make certain that you raise it.  If I don't

08:43:12 3    comment on it directly, make certain that you raise it, and

08:43:14 4    I'll repeat what I just said.

08:43:16 5         Anything else?  Yes.

08:43:16 6         MR. RATLIFF:  Your Honor, just one matter.  I know

08:43:18 7    we're short on time.  As it relates to the science day or

08:43:27 8    informational day --

08:43:30 9         THE COURT:  The information day.

08:43:31 10         MR. RATLIFF:  I had received an inquiry from several of

08:43:33 11    our settlement committee members -- not necessarily

08:43:37 12    Mr. Strongman, who is my partner and certainly knows more about

08:43:39 13    than the others, but Mr. Kaplan, Mr. Nagel, Mr. Rudick -- as to

08:43:44 14    whether they could attend.  They thought it could be helpful in

08:43:46 15    their role to hear not just what we tell them but what they

08:43:50 16    learn from us but also what they learn from the other side too.

08:43:53 17         I didn't know exactly what the form and format of

08:43:55 18    that would be or if there would be any objection on that side.

08:43:58 19    So I thought it would be worth raising here versus at the

08:44:01 20    general meeting.

08:44:02 21         MR. COFFIN:  I think Mr. Ratliff brings up a good

08:44:06 22    point; that is, who will be welcome on science day?  I'm sorry.

08:44:11 23    Information day.  I'm corrected by Ms. Barrios, which happens

08:44:15 24    often.

08:44:17 25         Your Honor, I think it's a good point.  Is it

*OFFICIAL TRANSCRIPT*

08:44:19 1    just the PSC?  Would the Court like the settlement committee

08:44:23 2    members?

08:44:23 3              THE COURT:  I have it in an open courtroom.

08:44:26 4              MR. COFFIN:  That's fine with us.  I don't have a

08:44:27 5    problem with it.

08:44:28 6              THE COURT:  If somebody wants to come in and listen,

08:44:30 7    whether it's counsel or whether it's an innocent bystander

08:44:33 8    roaming the halls of the courthouse, it's fine with me.

08:44:36 9              Again, I'm not going to rule on anything.  I

08:44:41 10   don't consider it argumentative, but if people want to come to

08:44:45 11   that, counsel want to come to that, even if they are not on a

08:44:48 12   committee, that's fine with me.

08:44:50 13             MR. COFFIN:  We don't have any objection to that.

08:44:51 14             THE COURT:  Okay.

08:44:53 15             MR. COFFIN:  I had one last issue, and that is the

08:44:57 16   discussion about a discovery schedule and the beginning

08:45:01 17   discussion of the bellwether process.  We don't want to get too

08:45:06 18   far behind that.

08:45:07 19             As you probably know, as you do know, we had a

08:45:10 20   productive meeting with Magistrate Judge North.  He intends to

08:45:13 21   have an ESI protocol and certainly a protective order near or

08:45:19 22   done in about 30 days, so it makes sense for us to start

08:45:22 23   thinking ahead about the discovery schedule and about the

08:45:26 24   process.

08:45:26 25             We have broached that.  Ms. Menzies and I have

*OFFICIAL TRANSCRIPT*

08:45:31  1    talked to Mr. Ratliff about starting that process, but I think

08:45:35  2    some direction from Your Honor would be helpful because we're

08:45:37  3    not on the exact same page as to whether or not we need to set

08:45:40  4    that out now or we need to submit it to the Court.

08:45:42  5         THE COURT:  Well, I'm glad you raised that.  One of the

08:45:46  6    good things about now having a full set of represented

08:45:53  7    defendants in the case is that I think that we can, and that's

08:45:57  8    a very recent development, I think that we can now focus our

08:46:00  9    attention on a timeline of setting up bellwether trials.

08:46:06 10         There is a lead-up to that, as you know, starting

08:46:09 11    with general discovery, which I think you all have gotten into

08:46:14 12    to some extent, and then the process of identifying bellwether

08:46:19 13    cases to try.  Of course, on the defendant's side, I assume

08:46:24 14    each case will involve only one defendant per plaintiff.

08:46:29 15         If you all want to do this with individual

08:46:32 16    plaintiffs or if you want to pick.  It seems to me in my prior

08:46:37 17    MDLs what we did was picked maybe three or four plaintiffs and

08:46:42 18    labeled them by priority, 1, 2, 3, 4, and we set those on

08:46:46 19    particular dates within the next 12 to 18 months.

08:46:50 20         The reason we picked more than one to go to trial

08:46:52 21    on each date is because sometimes somebody either got cold

08:46:58 22    feet, wanted to dismiss their claim, whatever, for some reason

08:47:03 23    that particular plaintiff -- then all of a sudden that

08:47:05 24    plaintiff didn't go to trial, and all of a sudden we lost a

08:47:08 25    bellwether day.

*OFFICIAL TRANSCRIPT*

08:47:09  1            I don't think it's too much to ask to work up two

08:47:13  2    or three bellwethers for a particular trial date.  In the event

08:47:16  3    that one, the lead, the prioritized one can't go to trial for

08:47:21  4    whatever reason, we still have a backup or two that could go to

08:47:26  5    trial on that day.

08:47:26  6            What I would like you all to do, and I think I

08:47:29  7    mentioned this not this morning, I mentioned this at the prior

08:47:34  8    liaison counsel meeting earlier this month, was to maybe

08:47:38  9    fashion a calendar, a timeline working back how long do you

08:47:41 10    think you will need to tee up a bellwether case.

08:47:46 11            My expectations are probably on the more

08:47:49 12    unrealistic side, but I like to get stuff done sooner rather

08:47:54 13    than later and then calculate back.  You will need to have all

08:47:57 14    of the standard typical trial deadlines, such as disclosure of

08:48:02 15    expert reports, motion practice, fact witness deadlines, that

08:48:09 16    sort of thing, and we can give you our standard scheduling

08:48:13 17    order so that you can build those dates in.

08:48:16 18            I would like to get those on the calendar between

08:48:19 19    now and perhaps maybe the next status conference, just start

08:48:23 20    getting at least the first bellwether, first set of bellwethers

08:48:27 21    on the calendar.

08:48:28 22            To be clear, I'm talking about trying one

08:48:32 23    particular plaintiff's case.  If you think it's better to try

08:48:35 24    more than one, if there is any advantage, you all need to talk

08:48:38 25    about this.

*OFFICIAL TRANSCRIPT*

08:48:39 1          We can do multiple plaintiffs with a single

08:48:42 2    defendant, if you would like to do that.  Defendants may object

08:48:45 3    to that.  If it's not feasible, then we can do one plaintiff's

08:48:49 4    case as a test case.  The key is going to be identifying

08:48:53 5    bellwether candidates.

08:48:55 6          MR. RATLIFF:  Your Honor, on that point, Chris and

08:48:59 7    Karen and I did have a discussion about this, sort of as a

08:49:02 8    two-part discussion, which is, one, a bellwether selection

08:49:05 9    process.

08:49:05 10          What I told them and I'll tell you, Your Honor,

08:49:07 11   is at this stage it's very hard for me to engage in that type

08:49:11 12   of negotiation because we know essentially nothing about these

08:49:15 13   plaintiffs.  We don't know if they are all going to look like

08:49:18 14   what appears on Mr. Coffin's web site or if they are going to

08:49:22 15   have injuries or alleged injuries that are far different than

08:49:25 16   that.  That's the goal of the fact sheet and MDL Centrality and

08:49:29 17   what would comprise -- as a discovery pool.

08:49:33 18          As I did tell Ms. Menzies and Mr. Coffin, while

08:49:36 19   certainly at the end of the day I would be happy with no

08:49:38 20   scheduling order, I anticipated you would not be, and we would

08:49:41 21   be working on that.

08:49:42 22          THE COURT:  Well, we spent some time in the last couple

08:49:46 23   of months on the fact sheet issue.  It's taken the time it's

08:49:50 24   taken.  I've tried to resolve them as quickly as I can.  I was

08:49:53 25   hoping that you all could resolve that, and we would be off to

*OFFICIAL TRANSCRIPT*

08:49:57  1    the races by now.

08:49:58  2              I suspect that there will be some disagreement on

08:50:01  3    who would be a model bellwether plaintiff.  There always is.

08:50:05  4    So there is a process for that too that I've employed in the

08:50:08  5    past that I take nominations from both sides along with a short

08:50:13  6    brief as to why you think these particular individuals are good

08:50:17  7    bellwether candidates.

08:50:20  8              Maybe I'll ask for 12 or the plaintiffs' side --

08:50:22  9    I'm thinking out loud here -- 12 on the plaintiff's side and 12

08:50:22 10    on the defendants' side.  Heaven forbid if there is an overlap

08:50:25 11    by one or two, which would make it easy.  I suspect that there

08:50:29 12    won't be.

08:50:33 13              If there is, then great, those are the ones we're

08:50:35 14    going to do.  If there isn't, then I will pick one or two or

08:50:43 15    three or some combination off of the list, and then for the

08:50:47 16    next bellwether we will use the same process so that you're not

08:50:52 17    saddled with your opponent's ideal bellwether.

08:50:56 18              The nature of a bellwether is that it stands

08:50:59 19    alone as a test case, but it is one of several that are deemed

08:51:05 20    necessary for you all to get an appreciation of all of the

08:51:08 21    vexations of the case.

08:51:09 22         MR. RATLIFF:  Your Honor, I take that guidance as

08:51:13 23    something we have to talk to our client about.  Kind of

08:51:16 24    speaking candidly, I'm not sure we would necessarily be in

08:51:20 25    agreement with having to decide to pick one or for -- having a

*OFFICIAL TRANSCRIPT*

08:51:24 1   sort of randomized bellwether selection based off the MDL

08:51:29 2   Centrality information.  That's probably a discussion between

08:51:32 3   us.

08:51:32 4           THE COURT:  The problem with picking them random is

08:51:36 5   that we frequently find a case that neither side thinks is

08:51:39 6   going to be representative, a result that is not particularly

08:51:42 7   useful.  That's why I'm a little more deferential to counsel

08:51:47 8   knowing, however, that what plaintiffs think is a perfectly

08:51:50 9   representative case that is one that they have a lot of

08:51:52 10  confidence in and a positive result isn't the same case that he

08:51:57 11  would recommend.

08:51:58 12          In the *FEMA Trailer* case we had the smokers and

08:52:02 13  nonsmokers.  We had people with asthma, and it's all about

08:52:06 14  people with respiratory illnesses.  We had age differences and

08:52:11 15  whatnot, so there are a lot of different factors and every side

08:52:14 16  weighted them differently in order to, hopefully, get what they

08:52:17 17  think is a positive result in a bellwether that they could

08:52:20 18  trumpet as success in the case.

08:52:23 19          So it's going to be a process that we're going to

08:52:24 20  engage in.  I think you're right in the sense that you don't

08:52:27 21  know what the universe is to select from until you get the fact

08:52:30 22  sheets, and likewise you need to concentrate -- it's not a

08:52:34 23  given that the first bellwether will be a sanofi case.

08:52:39 24  Although they have the majority of the cases in the MDL, it may

08:52:44 25  be likely but it's not definitive.  There may be a good

**OFFICIAL TRANSCRIPT**

08:52:51  1    bellwether case out there that's a non-sanofi defendant.  We

08:52:51  2    just don't know yet.

08:52:57  3              It's ten till, so we're extended beyond --

08:53:01  4         MR. CHEFFO:  Briefly, since you are raising this, the

08:53:05  5    one thing -- making good points that Your Honor raised and both

08:53:10  6    sides raised about trying to find a case that makes sense is

08:53:12  7    the issue of *Lexecon* because it can become a gamesmanship

08:53:17  8    issue.

08:53:17  9              If someone says -- you know, our concern, we pick

08:53:20 10    someone and then that person says, "I don't want to try my case

08:53:23 11    in the Fifth Circuit," so those are things that we probably

08:53:26 12    need to work through so we have a fair pool of folks.

08:53:29 13         THE COURT:  For those who are here for the first time,

08:53:32 14    I have said in the past that bellwethers are not exclusively

08:53:35 15    the domain of the Eastern District.  We have cases pending in

08:53:39 16    state court.  We may have cases that are appropriately tried,

08:53:43 17    *Lexecon* type cases or non.  Notwithstanding *Lexecon* we may have

08:53:49 18    the need to try a bellwether elsewhere.

08:53:52 19              We'll cross that bridge when we get to it.  I

08:53:54 20    think we can start with an Eastern District case.  I would like

08:53:57 21    to start with an Eastern District case, but we all recognize

08:54:01 22    that these cases are from other jurisdictions, and their value

08:54:05 23    may or may not -- shouldn't be, but realistically we know that

08:54:08 24    their value may be appreciated in another jurisdiction that we

08:54:12 25    want to test them against.

08:54:13 1      One other thing we did, and we're getting way

08:54:16 2 ahead of ourselves here, in the *FEMA Trailer* case we had

08:54:21 3 design, Counsel designed -- I simply encouraged them to go

08:54:25 4 forward forth and do this in a way they felt was equitable -- a

08:54:31 5 summary trial process.  You can talk to Palmer about that, the

08:54:35 6 lawyers involved in it.

08:54:36 7      I think it was very successful.  It respected the

08:54:42 8 cost involved in trying a full-blown bellwether, but it also

08:54:49 9 resulted in a testing of the key issues in the case against a

08:54:57 10 jury, whether it was one from here or -- in that case they were

08:54:59 11 from here but a jury elsewhere, where a case could be, in a

08:55:04 12 nonbinding way, be exposed to a real jury who tried the case

08:55:11 13 without knowing that it was a summary proceeding and get a

08:55:18 14 result.

08:55:19 15      In fact, in that case, I believe we had even on

08:55:21 16 the jury verdict forms, it was not a standard liability damage

08:55:24 17 form, it was a jury verdict form that counsel agreed would ask

08:55:28 18 questions that were useful.

08:55:30 19      For instance, in that case was it important that

08:55:32 20 the plaintiff was a smoker?  The jury could come back.  That's

08:55:36 21 not a question you would typically ask a jury on a regular

08:55:41 22 full-blown trial, but it was an answer that was a useful

08:55:45 23 answer.

08:55:46 24      Then after that, Counsel would have the

08:55:48 25 opportunity, together with the -- these were done by the

*OFFICIAL TRANSCRIPT*

08:55:53 1   magistrate judges -- with the magistrate judge's supervision

08:56:00 2   who questioned the jury pool afterward.

08:56:02 3           The reason we did that is because of the

08:56:06 4   excessive costs involved in the bellwethers, particularly with

08:56:10 5   regard to experts who were nationally known people, getting

08:56:14 6   them in here to testify, and how it gets to the point of a

08:56:19 7   diminishing return.

08:56:20 8           Palmer can discuss that and the lawyers involved

08:56:24 9   in that case, many of whom are involved in this case as well,

08:56:27 10  even if they are not on in the committee, can also discuss

08:56:30 11  whether you want to do that.

08:56:32 12          The form itself that these trials took -- and we

08:56:34 13  had two.  We had a summary discovery process that was truncated

08:56:38 14  to provide the bare basics and a summary trial process, and the

08:56:46 15  goal was to try to get the most useful information quickly and

08:56:50 16  cost effectively.

08:56:52 17          I'm not suggesting we do that in this case yet.

08:56:55 18  I'm certainly not suggesting we do it first.  We did it in that

08:56:58 19  case, because we had, I think, three or four bellwethers, and

08:57:02 20  we had some experience with a two-week bellwether trial and

08:57:06 21  what that cost, and so the summary jury trials were useful

08:57:11 22  after that.  So, something to think about, but, again, that's

08:57:16 23  way down the road.

08:57:17 24          Let's change venues here and we'll see you

08:57:20 25  shortly.

*OFFICIAL TRANSCRIPT*

1          (WHEREUPON, at 8:57 a.m., the proceedings were

2     concluded.)

3                            *    *    *

4

5

6                      REPORTER'S CERTIFICATE

7

8          I, Cathy Pepper, Certified Realtime Reporter, Registered

9     Merit Reporter, Certified Court Reporter in and for the State

10    of Louisiana, Official Court Reporter for the United States

11    District Court, Eastern District of Louisiana, do hereby

12    certify that the foregoing is a true and correct transcript to

13    the best of my ability and understanding from the record of the

14    proceedings in the above-entitled and numbered matter.

15

16

17                              *s/Cathy Pepper*

18                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
19                              Registered Merit Reporter
                                Official Court Reporter
20                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
21

22

23

24

25

                        ***OFFICIAL TRANSCRIPT***

## 0

**02109** [1] - 5:8

## 1

**1** [2] - 19:15, 34:18
**10010** [1] - 4:12
**10017** [1] - 2:9
**10022** [1] - 4:24
**10:00** [2] - 1:7, 6:13
**11** [1] - 17:23
**110** [1] - 3:8
**1100** [2] - 1:21, 4:16
**11TH** [1] - 2:8
**12** [4] - 34:19, 37:8, 37:9
**12th** [1] - 15:13
**1400** [1] - 1:24
**1515** [1] - 1:24
**16-MD-2740** [1] - 1:6
**17** [1] - 1:7, 6:2
**18** [1] - 34:19
**1899** [1] - 3:11

## 2

**2** [3] - 3:7, 15:17, 34:18
**200** [2] - 3:4, 4:4
**2017** [3] - 1:7, 6:2, 10:12
**22ND** [1] - 4:12
**2300** [1] - 4:15
**24TH** [1] - 5:8
**2555** [1] - 3:19
**2700** [1] - 3:15
**28** [1] - 5:7
**2800** [3] - 1:21, 2:15, 3:23

## 3

**3** [1] - 34:18
**30** [1] - 33:22
**30305** [1] - 4:5
**30th** [4] - 17:12, 17:14, 25:16
**31** [1] - 10:11
**3333** [1] - 4:4
**338** [1] - 2:19
**35,000-foot** [1] - 13:2
**360** [1] - 2:8
**3650** [1] - 1:17
**370** [1] - 4:19
**3rd** [2] - 10:12, 11:1

## 4

**4** [1] - 34:18
**400** [2] - 2:4, 3:15
**4000** [1] - 2:16
**45** [1] - 6:6
**4500** [2] - 4:8, 4:20
**45202** [1] - 3:23
**460** [1] - 3:4

## 5

**500** [1] - 5:12
**504** [1] - 5:13
**505(b)(2** [1] - 28:14
**51** [1] - 4:12
**52-plaintiff** [1] - 17:6
**589-7779** [1] - 5:13

## 6

**600** [1] - 3:22
**601** [1] - 4:23
**62002** [1] - 2:12
**64108** [1] - 3:19
**64112** [1] - 3:4
**6th** [1] - 26:2
**6TH** [1] - 2:4

## 7

**700** [1] - 3:11
**701** [4] - 1:17, 2:23, 4:8, 5:4
**70112** [1] - 1:25
**70130** [4] - 2:20, 2:23, 3:16, 5:13
**70139** [2] - 1:17, 4:9
**70163** [2] - 1:21, 4:16
**70802** [1] - 5:4
**77056** [1] - 2:16

## 8

**80202** [2] - 3:12, 4:20
**84** [1] - 16:10
**85** [2] - 16:10, 25:6
**8:57** [1] - 42:1

## 9

**90245** [1] - 2:5
**92606** [1] - 3:8
**9:45** [1] - 6:10

## A

**A.M** [1] - 1:7
**a.m** [1] - 42:1
**ABBY** [1] - 3:3
**abide** [1] - 31:5
**ability** [1] - 42:13
**able** [3] - 16:4, 20:12, 31:25
**above-entitled** [1] - 42:14
**absence** [4] - 7:1, 7:2, 7:15, 7:18
**absolutely** [1] - 20:2
**abundance** [1] - 30:6
**acceptable** [1] - 6:20
**Accord** [1] - 9:5
**accounting** [6] - 21:2, 22:17, 23:3, 24:22, 25:3, 25:19
**accurate** [1] - 19:9
**accused** [1] - 7:15
**Actavis** [1] - 9:10
**action** [1] - 16:16
**ACTION** [1] - 1:6
**activity** [1] - 19:5
**ADAMS** [1] - 4:7
**added** [1] - 28:13
**address** [2] - 23:10, 25:21
**addressed** [2] - 8:5, 28:12
**addressing** [1] - 24:8
**adequately** [1] - 8:5
**admittedly** [1] - 20:6
**advancing** [1] - 26:4
**advantage** [1] - 35:24
**advised** [1] - 22:13
**affidavit** [3] - 18:10, 29:18, 31:14
**age** [1] - 38:14
**agenda** [1] - 15:17
**agree** [1] - 19:20
**agreed** [2] - 21:21, 40:17
**agreement** [1] - 37:25
**ahead** [4] - 9:1, 21:2, 33:23, 40:2
**AIDED** [1] - 5:16
**Alabama** [1] - 18:13
**ALL** [1] - 1:8
**allege** [1] - 18:2
**alleged** [1] - 36:15
**Allison** [1] - 17:1
**allowing** [1] - 21:11
**alone** [1] - 37:19
**ALTON** [1] - 2:12
**analogy** [1] - 10:17

**ANDREWS** [2] - 3:6, 3:7
**ANNE** [1] - 3:7
**announcements** [1] - 6:15
**answer** [2] - 40:22, 40:23
**anticipate** [1] - 16:15
**anticipated** [1] - 36:20
**anxious** [1] - 23:20
**anyway** [2] - 26:15, 27:22
**APPEARANCES** [5] - 1:14, 2:1, 3:1, 4:1, 5:1
**applicable** [1] - 22:23
**applications** [1] - 7:11
**applied** [1] - 6:20
**apply** [4] - 9:19, 9:25, 21:12, 22:25
**appoint** [1] - 7:7
**appointed** [3] - 8:18, 12:19, 12:21
**appointments** [1] - 7:17
**appreciate** [3] - 15:9, 21:24, 22:3
**appreciated** [1] - 39:24
**appreciation** [2] - 11:7, 37:20
**apprised** [1] - 7:20
**appropriate** [3] - 27:3, 30:9, 31:2
**appropriately** [1] - 39:16
**argued** [1] - 17:3
**argument** [2] - 17:3, 22:22
**argumentative** [1] - 33:10
**arguments** [1] - 11:15
**assignment** [1] - 27:1
**associate** [1] - 6:17
**assume** [6] - 7:22, 23:23, 29:23, 29:24, 34:13
**asthma** [1] - 38:13
**ATLANTA** [1] - 4:5
**attend** [1] - 32:14
**attendance** [3] - 7:5, 9:18, 29:14
**attention** [1] - 34:9
**attorney** [1] - 9:19
**attorney-client** [1] - 9:19
**attorneys** [1] - 29:8
**available** [2] - 13:7, 30:19
**AVENUE** [3] - 2:8,

4:12, 4:23

## B

**B-275** [1] - 5:12
**BACHUS** [2] - 3:10, 3:10
**backup** [1] - 35:4
**BACON** [1] - 3:18
**ball** [1] - 26:4
**ballpark** [1] - 21:1
**bare** [2] - 10:17, 41:14
**BARRIOS** [2] - 1:16, 1:16
**Barrios** [2] - 26:7, 32:23
**based** [3] - 6:25, 26:7, 38:1
**basics** [2] - 10:17, 41:14
**basis** [2] - 6:21, 23:21
**BATON** [1] - 5:4
**BAUDIN** [1] - 1:23
**bearing** [1] - 14:6
**become** [1] - 39:7
**bedrock** [1] - 11:4
**BEFORE** [2] - 1:11, 1:12
**begin** [1] - 26:9
**beginning** [2] - 28:19, 33:16
**behalf** [1] - 19:8
**behind** [1] - 33:18
**bellwether** [24] - 11:22, 13:25, 14:6, 22:2, 33:17, 34:9, 34:12, 34:25, 35:10, 35:20, 36:5, 36:8, 37:3, 37:7, 37:16, 37:17, 37:18, 38:1, 38:17, 38:23, 39:1, 39:18, 40:8, 41:20
**bellwethers** [7] - 13:3, 13:23, 35:2, 35:20, 39:14, 41:4, 41:19
**belong** [1] - 30:10
**benefit** [2] - 12:23, 27:23
**BENJAMIN** [1] - 1:19
**BERNE** [1] - 3:21
**best** [2] - 27:19, 42:13
**better** [9] - 12:3, 12:5, 12:6, 15:3, 21:24, 22:20, 25:25, 28:15, 35:23
**between** [4] - 6:10, 25:4, 35:18, 38:2
**beyond** [1] - 39:3
**BICKFORD** [1] - 2:18

**Bickley** [1] - 17:6
**big** [4] - 8:21, 12:17, 14:17, 15:12
**binding** [1] - 30:25
**biology** [1] - 12:11
**bit** [1] - 17:21
**blown** [2] - 40:8, 40:22
**border** [1] - 28:20
**BOSTON** [1] - 5:8
**BOULEVARD** [3] - 2:4, 2:15, 3:19
**break** [1] - 6:10
**bridge** [1] - 39:19
**brief** [3] - 24:17, 29:6, 37:6
**briefed** [7] - 17:3, 17:15, 21:17, 21:19, 22:23, 24:15, 24:24
**briefing** [11] - 17:7, 17:11, 19:11, 19:14, 19:18, 20:17, 21:9, 21:12, 21:20, 21:23, 24:12
**briefly** [1] - 39:4
**briefs** [1] - 20:18
**bring** [1] - 24:12
**brings** [1] - 32:21
**broached** [1] - 33:25
**broken** [1] - 25:4
**brought** [2] - 11:12, 29:19
**build** [1] - 35:17
**bunch** [1] - 7:6
**business** [3] - 7:10, 7:14, 31:19
**BY** [25] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:10, 3:15, 3:18, 3:22, 4:3, 4:7, 4:11, 4:15, 4:19, 4:23, 5:3, 5:7, 5:15, 5:16
**bystander** [1] - 33:7

# C

**calculate** [1] - 35:13
**calendar** [3] - 35:9, 35:18, 35:21
**CALIFORNIA** [2] - 2:5, 3:8
**California** [9] - 16:1, 17:21, 18:12, 18:14, 18:18, 24:15, 24:20, 25:9, 26:21
**candidates** [2] - 36:5, 37:7
**candidly** [1] - 37:24
**case** [64] - 7:1, 7:11,

11:7, 12:14, 13:2, 13:5, 13:8, 13:19, 13:20, 13:25, 14:10, 14:17, 15:7, 17:6, 17:7, 17:13, 18:6, 18:10, 20:4, 20:8, 20:10, 20:16, 21:18, 21:19, 24:15, 24:20, 26:14, 26:22, 28:2, 31:20, 34:7, 34:14, 35:10, 35:23, 36:4, 37:19, 37:21, 38:5, 38:9, 38:10, 38:12, 38:18, 38:23, 39:1, 39:6, 39:10, 39:20, 39:21, 40:2, 40:9, 40:10, 40:11, 40:12, 40:15, 40:19, 41:9, 41:17, 41:19
**CASES** [1] - 1:8
**cases** [50] - 8:7, 13:10, 14:16, 14:19, 15:20, 15:25, 16:2, 16:9, 16:10, 16:19, 16:21, 16:22, 16:24, 16:25, 17:9, 17:17, 17:22, 17:23, 18:11, 18:23, 19:9, 20:11, 20:25, 21:10, 21:12, 21:22, 23:7, 23:18, 24:7, 24:12, 24:14, 25:4, 25:7, 25:8, 25:9, 25:23, 26:18, 27:6, 27:9, 27:12, 28:21, 29:8, 30:16, 34:13, 38:24, 39:15, 39:16, 39:17, 39:22
**CASTEIX** [1] - 1:16
**CATHY** [1] - 5:11
**Cathy** [3] - 6:11, 42:8, 42:18
**Cathy_Pepper@laed .uscourts.gov** [1] - 42:20
**cathy_Pepper@laed. uscourts.gov** [1] - 5:14
**caution** [1] - 30:6
**CCR** [2] - 5:11, 42:18
**CENTOLA** [2] - 2:18, 2:19
**Central** [1] - 18:17
**Centrality** [2] - 36:16, 38:2
**CENTRE** [1] - 4:15
**certain** [4] - 6:8, 30:23, 32:2, 32:3
**certainly** [5] - 7:2, 8:22, 11:9, 18:19, 23:2, 32:12, 33:21,

36:19, 41:18
**CERTIFICATE** [1] - 42:6
**CERTIFIED** [1] - 5:11
**Certified** [3] - 42:8, 42:9, 42:18
**certify** [1] - 42:12
**Chad** [1] - 9:4
**CHAD** [1] - 5:3
**CHAFFE** [1] - 4:14
**change** [1] - 41:24
**chart** [1] - 30:21
**Cheffo** [1] - 9:2
**CHEFFO** [3] - 4:11, 9:2, 39:4
**chemistry** [1] - 11:13
**chooses** [1] - 19:4
**chose** [2] - 6:24, 7:9
**Chris** [4] - 19:7, 19:8, 20:22, 36:6
**CHRISTOPHER** [1] - 1:24
**CINCINNATI** [1] - 3:23
**circuit** [1] - 10:14
**Circuit** [1] - 39:11
**City** [4] - 16:19, 16:23, 17:18, 20:1
**CITY** [2] - 3:4, 3:19
**CIVIL** [1] - 1:6
**claim** [2] - 30:12, 34:22
**claiming** [1] - 29:19
**clarity** [1] - 25:2
**clear** [4] - 14:23, 27:11, 31:12, 35:22
**clearly** [1] - 18:16
**client** [6] - 9:19, 9:21, 27:19, 29:19, 31:3, 37:23
**client's** [1] - 13:8
**clients** [1] - 10:23
**Cliff** [1] - 9:11
**CLIFTON** [1] - 4:3
**climb** [1] - 31:5
**co** [1] - 8:18
**co-liaison** [1] - 8:18
**Coffin** [1] - 19:8
**COFFIN** [15] - 1:23, 1:24, 19:8, 20:23, 24:11, 25:1, 25:15, 27:11, 27:17, 28:6, 31:11, 32:21, 33:4, 33:13, 33:15
**coffin** [2] - 25:3, 36:18
**Coffin's** [1] - 36:14
**cognizant** [1] - 22:11
**cold** [1] - 34:21
**colleagues** [1] - 7:21
**COLORADO** [2] -

3:12, 4:20
**combat** [1] - 13:4
**combination** [1] - 37:15
**comfort** [1] - 31:17
**coming** [1] - 25:22
**commence** [1] - 14:21
**comment** [4] - 23:6, 25:23, 26:7, 32:3
**commit** [1] - 6:21
**COMMITTEE** [2] - 1:16, 3:14
**committee** [18] - 6:16, 6:18, 6:25, 7:4, 7:9, 7:12, 7:22, 9:21, 9:24, 12:21, 14:2, 14:5, 15:12, 15:20, 32:11, 33:1, 33:12, 41:10
**committees** [7] - 7:7, 12:16, 12:21, 12:25, 13:1, 13:6, 27:20
**COMMITTEES** [1] - 1:11
**common** [1] - 26:25
**competing** [1] - 12:4
**complaint** [2] - 10:11, 23:17, 24:2
**complaints** [2] - 18:1, 19:16
**component** [3] - 13:14, 13:17, 17:20
**comprise** [1] - 36:17
**COMPUTER** [1] - 5:16
**COMPUTER-AIDED** [1] - 5:16
**concentrate** [1] - 38:22
**concern** [2] - 18:22, 39:9
**concerns** [1] - 28:17
**concluded** [1] - 42:2
**conditional** [3] - 26:17, 27:25
**confer** [1] - 20:14
**CONFERENCE** [2] - 1:11, 1:11
**conference** [11] - 6:12, 8:22, 14:1, 15:12, 15:13, 15:19, 29:15, 29:17, 31:13, 31:23, 35:19
**conferences** [2] - 6:7, 29:15
**confidence** [1] - 38:10
**confirm** [1] - 30:8
**CONROY** [1] - 2:11
**conserve** [1] - 29:3
**consider** [3] - 20:10, 27:9, 33:10

**consideration** [3] - 13:8, 13:22, 14:7
**considered** [2] - 20:19, 29:22
**considers** [2] - 14:10, 19:21
**consistent** [1] - 25:12
**consumed** [2] - 14:25
**consuming** [1] - 15:1
**contested** [2] - 25:8, 25:9
**CONTINENTAL** [1] - 2:4
**continue** [3] - 10:7, 29:23
**continued** [1] - 21:19
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**controversial** [1] - 12:3
**conversation** [1] - 29:7
**conversations** [1] - 29:10
**CORPORATE** [1] - 3:7
**corporations** [1] - 21:16
**corral** [1] - 22:17
**correct** [2] - 20:4, 42:12
**corrected** [1] - 32:23
**correctly** [1] - 19:15
**cost** [2] - 41:22, 40:8, 41:16, 41:21
**costs** [1] - 41:4
**couch** [1] - 11:13
**counsel** [34] - 8:4, 8:6, 10:9, 10:18, 12:19, 14:4, 14:13, 15:8, 15:16, 16:8, 20:15, 22:13, 22:14, 26:2, 27:20, 28:12, 28:16, 29:16, 29:22, 29:24, 29:25, 30:7, 30:8, 30:15, 30:20, 30:22, 31:1, 33:7, 33:11, 35:8, 38:7, 40:17
**Counsel** [2] - 40:3, 40:24
**country** [1] - 31:24
**couple** [4] - 6:14, 15:18, 28:21, 36:22
**course** [4] - 13:5, 22:13, 29:24, 34:13
**COURT** [35] - 1:1, 2:12, 5:11, 6:6, 8:14, 8:21, 9:1, 9:17, 10:7, 16:6, 19:6, 20:13, 21:1, 21:5, 21:13, 21:24, 23:13, 24:22,

25:21, 26:12, 27:16, 27:18, 28:8, 29:2, 29:11, 29:13, 32:2, 32:9, 33:3, 33:6, 33:14, 34:5, 36:22, 38:4, 39:13

**court** [5] - 8:7, 17:25, 19:10, 22:15, 39:16

**Court** [11] - 8:18, 27:14, 29:9, 31:22, 33:1, 34:4, 42:9, 42:10, 42:11, 42:19, 42:20

**courthouse** [1] - 33:8

**courtroom** [3] - 6:11, 29:15, 33:3

**courts** [1] - 15:22

**cover** [2] - 7:24, 28:9

**covered** [2] - 8:7, 28:9

**COX** [1] - 5:3

**Cox** [1] - 9:5

**cross** [2] - 28:20, 39:19

**cross-border** [1] - 28:20

**CRR** [2] - 5:11, 42:18

**CTO** [2] - 21:21, 22:12

**CTOs** [2] - 21:23, 22:8

**CULBERTSON** [1] - 5:6

**curve** [1] - 31:4

**cut** [1] - 29:5

## D

**damage** [1] - 40:16

**damages** [3] - 11:17, 13:9

**date** [4] - 30:24, 34:21, 35:2

**dates** [4] - 22:2, 28:22, 34:19, 35:17

**DAVID** [2] - 1:19, 2:11

**DAWN** [1] - 1:16

**Dawn** [2] - 8:7, 8:8

**days** [3] - 6:7, 22:12, 33:22

**deadlines** [2] - 35:14, 35:15

**dealing** [2] - 10:24, 11:14

**DEBORAH** [1] - 4:7

**decide** [4] - 12:8, 20:16, 26:25, 37:25

**decided** [2] - 18:25, 22:18

**decisions** [1] - 19:25

**deemed** [1] - 37:19

**defendant** [15] -

14:10, 14:20, 17:24, 29:17, 29:20, 30:5, 30:10, 30:17, 31:2, 31:13, 31:17, 34:14, 36:2, 39:1

**defendant's** [2] - 14:14, 34:13

**defendants** [20] - 8:12, 8:20, 9:23, 12:18, 12:20, 12:23, 12:24, 13:19, 16:23, 21:15, 23:16, 27:14, 28:14, 29:7, 30:1, 31:7, 31:16, 31:19, 34:7, 36:2

**DEFENDANTS'** [1] - 3:14

**defendants'** [1] - 37:10

**defense** [3] - 9:20, 14:13, 15:16

**deferential** [1] - 38:7

**definition** [1] - 27:25

**definitive** [1] - 38:25

**Delaware** [11] - 8:7, 15:25, 16:9, 16:16, 16:21, 17:18, 20:24, 21:11, 21:16, 25:7

**delay** [2] - 16:2, 18:20

**denied** [2] - 17:5, 20:5

**DENVER** [2] - 3:12, 4:20

**describing** [1] - 30:3

**descriptive** [1] - 13:13

**design** [1] - 40:3

**designed** [3] - 11:11, 13:1, 40:3

**desired** [1] - 11:11

**detail** [1] - 28:16

**determine** [2] - 18:5, 22:15

**determining** [1] - 31:2

**development** [1] - 34:8

**differences** [1] - 38:14

**different** [2] - 36:15, 38:15

**differently** [1] - 38:16

**diligence** [1] - 30:9

**diminishing** [1] - 41:7

**directed** [1] - 23:7

**direction** [2] - 15:9, 34:2

**directly** [1] - 32:3

**disagreement** [1] - 37:2

**disclosure** [1] - 35:14

**discovery** [10] - 13:3, 13:24, 22:1, 28:20, 30:18, 33:16, 33:23,

34:11, 36:17, 41:13

**discuss** [7] - 6:8, 6:9, 10:5, 13:11, 14:19, 41:8, 41:10

**discussed** [7] - 8:10, 10:7, 10:9, 12:15, 15:18, 26:3

**discussion** [11] - 8:2, 14:8, 15:14, 28:13, 29:6, 31:22, 33:16, 33:17, 36:7, 36:8, 38:2

**discussions** [1] - 28:24

**dismiss** [2] - 30:12, 34:22

**dispose** [2] - 22:15, 22:25

**disposed** [1] - 24:9

**distinguishing** [1] - 20:8

**distributed** [1] - 18:9

**distributor** [2] - 17:24, 18:5

**District** [15] - 16:16, 16:20, 17:4, 17:10, 18:17, 18:18, 18:24, 19:2, 20:1, 39:15, 39:20, 39:21, 42:11, 42:20

**DISTRICT** [3] - 1:1, 1:1, 1:12

**Dmitriy** [1] - 9:7

**DMITRIY** [1] - 4:23

**docetaxel** [1] - 18:3

**DOCETAXEL** [1] - 1:4

**docket** [2] - 17:14, 22:14, 24:4

**document** [1] - 13:23

**DOCUMENT** [1] - 1:8

**documentation** [1] - 29:18

**documents** [1] - 13:17

**dollars** [1] - 13:16

**domain** [1] - 39:15

**done** [5] - 19:11, 19:12, 33:22, 35:12, 40:25

**Doug** [5] - 8:8, 27:7, 28:10, 30:2, 30:18

**DOUGLAS** [1] - 3:15

**Douglas** [1] - 15:15

**down** [3] - 21:25, 26:14, 41:23

**downside** [1] - 13:8

**drafting** [1] - 13:16

**driving** [1] - 11:4

**due** [1] - 30:9

**during** [1] - 13:4

## E

**e-mail** [2] - 15:7, 26:6

**e-mailed** [1] - 22:8

**Eagle** [1] - 9:7

**ears** [1] - 15:5

**easier** [1] - 31:24

**EASTERN** [1] - 1:1

**Eastern** [10] - 16:20, 17:4, 17:10, 18:24, 19:2, 20:1, 39:15, 39:20, 39:21, 42:11

**easy** [1] - 37:11

**educate** [3] - 10:23, 10:24, 11:13

**effect** [1] - 11:12

**effectively** [1] - 41:16

**either** [5] - 7:21, 11:12, 13:10, 18:16, 20:8

**EL** [1] - 2:5

**electronic** [1] - 13:23

**ELLIS** [1] - 4:22

**Ellis** [1] - 9:7

**elsewhere** [2] - 7:9, 39:18, 40:11

**Emanuel** [1] - 9:2

**EMANUEL** [1] - 4:11

**EMILY** [1] - 2:22

**employed** [1] - 37:4

**en** [1] - 13:22

**encourage** [1] - 26:13

**encouraged** [1] - 40:3

**end** [4] - 27:3, 27:4, 27:6, 36:19

**ENERGY** [1] - 4:15

**engage** [2] - 36:11, 38:20

**ENGELHARDT** [1] - 1:12

**ensuring** [1] - 16:2

**entered** [1] - 21:11

**entirely** [1] - 26:18

**entirety** [1] - 27:2

**entitled** [1] - 42:14

**entity** [2] - 29:17, 30:4

**equally** [2] - 9:18, 9:25

**equitable** [1] - 40:4

**ESI** [1] - 33:21

**especially** [1] - 25:22

**ESQ** [23] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:10, 3:15, 3:18, 3:22, 4:3, 4:7, 4:11, 4:15, 4:19, 4:23, 5:3, 5:7

**essentially** [1] - 36:12

**event** [1] - 35:2

**exact** [4] - 17:7, 17:15, 21:10, 34:3

**exactly** [2] - 16:8, 32:17

**examine** [1] - 30:8

**except** [2] - 12:1, 19:16

**excessive** [1] - 41:4

**exclusively** [1] - 39:14

**excused** [3] - 7:1, 7:2, 7:18

**expect** [5] - 12:12, 13:18, 13:20, 14:4, 24:17

**expectation** [1] - 26:7

**expectations** [2] - 13:15, 35:11

**expected** [1] - 13:7

**expending** [1] - 18:22

**expensive** [2] - 14:11, 14:12

**experience** [1] - 41:20

**expert** [1] - 35:15

**experts** [2] - 12:4, 41:5

**exposed** [1] - 40:12

**expressing** [1] - 26:7

**extended** [1] - 39:3

**extent** [2] - 13:9, 34:12

## F

**facility** [4] - 18:2, 18:4, 18:8, 18:9

**fact** [10] - 9:20, 11:19, 19:11, 24:1, 25:7, 35:15, 36:16, 36:23, 38:21, 40:15

**factors** [2] - 20:8, 38:15

**fair** [1] - 39:12

**familiar** [1] - 7:8

**far** [2] - 33:18, 36:15

**fashion** [1] - 35:9

**fear** [2] - 12:6, 12:7

**feasible** [1] - 36:3

**federal** [2] - 15:21, 21:11

**feet** [1] - 34:22

**felt** [1] - 40:4

**FEMA** [2] - 38:12, 40:2

**few** [3] - 8:4, 16:17, 18:12

**Fifth** [1] - 39:11

**figure** [1] - 19:19

**file** [1] - 24:16

**filed** [4] - 10:11, 15:22, 16:11, 17:18

filing [1] - 15:20
fine [4] - 12:11, 33:4, 33:8, 33:12
firm [4] - 6:22, 10:2, 16:11
FIRM [1] - 2:22
first [15] - 6:14, 12:3, 12:25, 17:1, 17:16, 20:4, 21:18, 21:19, 25:15, 29:14, 35:20, 38:23, 39:13, 41:18
five [1] - 21:10
FLEMING [1] - 2:14
floor [1] - 8:1
FLOOR [4] - 2:4, 2:8, 4:12, 5:8
focus [1] - 34:8
folks [1] - 39:12
football [1] - 10:19
FOR [2] - 1:15, 3:14
forbid [1] - 37:10
foregoing [1] - 42:12
form [4] - 32:17, 40:17, 41:12
format [1] - 32:17
forms [1] - 40:16
forth [1] - 40:4
forthrightly [1] - 10:20
forward [1] - 40:4
four [9] - 7:6, 16:19, 16:24, 18:16, 20:11, 21:10, 25:8, 34:17, 41:19
fourth [1] - 17:13
frank [1] - 27:13
free [1] - 14:20
frequently [1] - 38:5
Friday [2] - 20:14, 21:2
FRIDAY [2] - 1:7, 6:2
FRITCHIE [1] - 3:14
full [3] - 34:6, 40:8, 40:22
full-blown [2] - 40:8, 40:22
fully [4] - 17:15, 21:17, 21:19, 22:22
functionally [2] - 16:13, 17:15
fundamental [1] - 10:17
fundamentals [1] - 10:24

**G**

GAINSBURGH [1] - 1:19
gamesmanship [1] -

39:7
general [7] - 6:7, 6:12, 6:15, 22:20, 29:15, 32:20, 34:11
GENERAL [1] - 1:11
generally [1] - 29:13
gentleman [2] - 29:16, 30:11
Gentlemen [1] - 10:18
GEORGIA [1] - 4:5
GIBBS [1] - 2:3
given [3] - 14:15, 30:1, 38:23
glad [1] - 34:5
globo [1] - 13:22
goal [3] - 26:25, 36:16, 41:15
gold [1] - 27:4
GRAND [1] - 3:19
grander [1] - 15:2
great [2] - 14:15, 37:13
Greenburg [1] - 9:12
GREENBURG [1] - 4:3
GROUP [1] - 2:3
group [4] - 12:17, 12:20, 13:10, 13:20
grow [1] - 11:20
guess [1] - 26:1
guidance [1] - 37:22

**H**

HABIB [1] - 4:19
Habib [1] - 9:16
half [1] - 25:17
hall [2] - 8:24, 29:16
halls [1] - 33:8
hand [2] - 13:4
hand-to-hand [1] - 13:4
handful [1] - 16:18
hang [1] - 28:4
hang-up [1] - 28:4
HANLY [1] - 2:11
HANSON [1] - 3:3
happy [1] - 36:19
hard [1] - 36:11
HARDY [1] - 3:18
HARLEY [1] - 3:18
hashing [1] - 11:15
heads [2] - 15:8, 22:7
heads-up [2] - 15:8, 22:7
Healthcare [1] - 9:5
hear [3] - 21:5, 31:24, 32:15
HEARD [1] - 1:12
heard [4] - 17:11,

17:14, 18:21, 26:10
Heaven [1] - 37:10
heavy [1] - 28:18
heck [1] - 31:20
held [1] - 7:3
helpful [2] - 32:14, 34:2
henceforth [1] - 30:22
hereby [1] - 42:11
HIGGINS [1] - 3:6
HINSHAW [1] - 5:6
Honor [38] - 8:17, 9:4, 9:6, 9:9, 9:13, 9:15, 10:6, 15:24, 16:7, 19:4, 19:8, 19:13, 19:14, 19:15, 19:22, 20:7, 20:10, 20:12, 21:3, 21:7, 23:2, 24:13, 24:16, 25:2, 25:12, 25:19, 26:1, 27:11, 28:7, 28:11, 31:11, 32:6, 32:25, 34:2, 36:6, 36:10, 37:22, 39:5
HONORABLE [1] - 1:12
hope [1] - 27:1
hopefully [5] - 7:15, 22:2, 27:1, 27:23, 38:16
hoping [1] - 36:25
Hospira [1] - 9:3
hour [1] - 10:16
HOUSTON [1] - 2:16
hundred [1] - 25:4
Hunter [2] - 21:4, 21:8
HUNTER [1] - 2:7

**I**

idea [1] - 14:24
ideal [1] - 37:17
identical [2] - 16:13, 18:25
identified [2] - 18:7, 28:21
identify [5] - 20:17, 20:18, 22:18, 23:4, 24:3
identifying [2] - 34:12, 36:4
identity [1] - 18:4
ILLINOIS [1] - 2:12
illnesses [1] - 38:14
impact [2] - 13:7, 14:7
impart [2] - 11:21, 14:4
imparted [1] - 31:6
important [9] - 7:10,

7:11, 7:12, 11:3, 11:8, 11:9, 11:10, 40:19
IN [1] - 1:4
in-state [1] - 17:24
inappropriately [1] - 29:20
Inc [2] - 9:5, 9:10
inclined [1] - 10:21
incorporate [1] - 24:6
Incorporated [1] - 9:12
indicate [2] - 24:22, 24:23
indicated [4] - 15:24, 19:15, 28:12, 28:17
individual [7] - 9:19, 21:15, 23:18, 23:21, 24:7, 30:15, 34:15
individually [4] - 6:24, 13:10, 13:19, 15:3
individuals [2] - 28:25, 37:6
Industries [1] - 9:14
information [15] - 6:15, 12:5, 12:13, 13:7, 14:5, 29:25, 30:19, 30:22, 31:6, 31:18, 32:9, 32:23, 38:2, 41:15
informational [1] - 32:8
injuries [2] - 36:15
innocent [1] - 33:7
inquiry [1] - 32:10
instance [3] - 30:2, 30:4, 40:19
intended [1] - 11:11
intends [1] - 33:20
intention [1] - 15:24
interest [4] - 14:12, 14:14, 14:19, 27:19
introduce [1] - 8:20
introduction [1] - 12:18
involve [1] - 34:14
involved [17] - 7:10, 11:3, 11:8, 13:2, 13:25, 14:1, 14:20, 22:14, 27:12, 30:5, 30:17, 31:4, 40:6, 40:8, 41:4, 41:8, 41:9
IRVINE [1] - 3:8
IRWIN [1] - 3:14
issue [13] - 8:10, 16:1, 16:12, 17:2, 17:22, 19:24, 26:1, 26:3, 31:17, 33:15, 36:23, 39:7, 39:8

issues [14] - 6:8, 15:23, 15:25, 16:3, 17:10, 17:16, 18:20, 18:24, 23:11, 23:18, 24:14, 26:25, 31:25, 40:9
Item [1] - 15:17
itself [2] - 14:10, 41:12

**J**

JEFFCOTT [1] - 2:22
JEZ [1] - 2:14
job [2] - 13:6, 13:11
John [6] - 8:17, 10:4, 12:18, 14:9, 29:2, 30:2
JOHN [1] - 4:15
journals [1] - 10:22
JPML [5] - 17:14, 19:21, 25:15, 25:21
JUDGE [1] - 1:12
Judge [2] - 15:15, 33:20
judge [2] - 19:1, 21:11
judge's [1] - 41:1
judges [2] - 20:2, 41:1
juncture [1] - 13:13
jurisdiction [7] - 15:22, 17:2, 17:24, 23:14, 23:24, 26:24, 39:24
jurisdictional [2] - 15:25, 23:11
jurisdictions [2] - 23:19, 39:22
jury [9] - 40:10, 40:11, 40:12, 40:16, 40:17, 40:20, 40:21, 41:2, 41:21

**K**

KANSAS [2] - 3:4, 3:19
Kaplan [1] - 32:13
Karen [1] - 36:7
KAREN [1] - 2:3
KATHLEEN [1] - 5:7
Kathleen [1] - 9:13
keep [3] - 13:1, 14:3, 17:24
keeping [2] - 31:19, 31:20
KELLY [2] - 5:7, 9:13
Kelly [1] - 9:13
Kentucky [1] - 18:13
KEOGH [1] - 5:3

**Keogh** [1] - 9:5
**key** [2] - 36:4, 40:9
**kind** [4] - 11:20, 11:23, 14:3, 37:23
**KINGSDORF** [1] - 1:16
**Kirkland** [1] - 9:7
**KIRKLAND** [1] - 4:22
**knowing** [2] - 38:8, 40:13
**knowledge** [2] - 11:21, 31:14
**known** [1] - 41:5
**knows** [1] - 32:12
**KURT** [1] - 1:12
**KYLE** [1] - 3:10

**L**

**labeled** [1] - 34:18
**LAFAYETTE** [1] - 2:19
**Lambert** [1] - 26:6
**LAMBERT** [2] - 1:20, 2:22
**large** [1] - 31:23
**last** [11] - 8:1, 15:18, 15:19, 17:17, 17:20, 29:15, 30:11, 31:12, 31:13, 33:15, 36:22
**LAW** [1] - 2:3
**law** [2] - 6:22, 20:6
**LAWRENCE** [1] - 2:19
**lawyer** [2] - 7:8, 19:24
**lawyers** [8] - 7:7, 7:23, 13:4, 20:9, 27:12, 31:23, 40:6, 41:8
**lead** [4] - 8:19, 14:4, 34:10, 35:3
**lead-up** [1] - 34:10
**leadership** [4] - 15:21, 23:4, 26:8, 31:25
**learn** [2] - 32:16
**learning** [1] - 31:4
**least** [2] - 12:3, 35:20
**leaves** [1] - 25:7
**left** [1] - 25:18
**lengthy** [1] - 19:1
**less** [2] - 7:25, 12:2
**letting** [1] - 12:8
**level** [2] - 13:21, 14:2
**Lexecon** [3] - 39:7, 39:17
**LEXINGTON** [2] - 2:8, 4:23
**LIABILITY** [1] - 1:5
**liability** [3] - 11:16, 13:9, 40:16
**liaison** [18] - 8:4, 8:6, 8:18, 9:20, 10:9,

10:18, 12:19, 14:4, 15:8, 15:16, 15:19, 16:8, 20:15, 22:12, 26:2, 28:12, 30:20, 35:8
**lifting** [1] - 28:18
**likely** [2] - 11:19, 38:25
**likewise** [1] - 38:22
**list** [4] - 6:8, 20:15, 24:13, 37:15
**listen** [1] - 33:6
**listening** [1] - 12:2
**litigation** [3] - 14:11, 30:10
**LITIGATION** [1] - 1:5
**litigations** [1] - 16:5
**load** [1] - 7:25
**logical** [1] - 12:10
**Lombardi** [1] - 10:18
**look** [5] - 13:15, 13:18, 29:19, 29:22, 36:13
**looking** [1] - 9:25
**lose** [1] - 26:21
**lost** [1] - 34:24
**loud** [1] - 37:9
**Louis** [4] - 16:19, 16:24, 17:18, 20:1
**Louisiana** [3] - 18:13, 42:10, 42:11
**LOUISIANA** [12] - 1:1, 1:6, 1:17, 1:21, 1:25, 2:20, 2:23, 3:16, 4:9, 4:16, 5:4, 5:13

**M**

**MADISON** [1] - 4:12
**MAGAZINE** [1] - 2:23
**Magistrate** [2] - 10:9, 33:20
**magistrate** [2] - 41:1
**mail** [2] - 15:7, 26:6
**mailed** [1] - 22:8
**MAIN** [1] - 5:4
**majority** [2] - 19:12, 38:24
**manufactured** [1] - 11:9
**MARCH** [2] - 1:7, 6:2
**March** [5] - 10:11, 17:12, 17:14, 25:16
**MARK** [1] - 4:11
**Mark** [1] - 9:2
**marketed** [1] - 30:23
**marketing** [1] - 28:22
**MARTZELL** [1] - 2:18
**MASSACHUSETTS** [1] - 5:8

**master** [3] - 10:10, 23:16, 24:1
**material** [1] - 22:24
**matter** [7] - 11:12, 15:18, 20:19, 22:14, 27:2, 32:6, 42:14
**matters** [3] - 20:16, 22:19, 23:8
**maximum** [1] - 10:16
**MCCALL** [1] - 4:14
**MCCLELLAN** [1] - 3:3
**McKesson** [4] - 17:23, 18:5, 18:8
**MDL** [16] - 13:11, 13:15, 13:22, 14:11, 14:15, 14:18, 14:24, 15:4, 16:2, 18:16, 26:8, 26:25, 27:22, 36:16, 38:1, 38:24
**MDLs** [1] - 34:17
**mean** [2] - 7:22, 28:3
**MECHANICAL** [1] - 5:15
**medical** [5] - 10:21, 10:22, 18:3, 18:4, 18:7
**medically** [1] - 10:20
**meeting** [15] - 6:16, 7:13, 8:1, 10:3, 10:8, 15:12, 15:20, 25:15, 26:2, 28:12, 30:11, 30:20, 32:20, 33:20, 35:8
**meetings** [3] - 7:19, 9:23, 15:19
**member** [1] - 6:16
**members** [5] - 7:12, 14:5, 17:19, 32:11, 33:2
**membership** [3] - 6:21, 6:25, 9:24
**mentioned** [5] - 14:9, 20:22, 30:20, 35:7
**Menzies** [2] - 33:25, 36:18
**MENZIES** [1] - 2:3
**Merit** [2] - 42:9, 42:19
**MERIT** [1] - 5:12
**MERRELL** [2] - 4:3, 9:11
**Merrell** [1] - 9:11
**met** [1] - 8:3
**MEUNIER** [1] - 1:20
**MICELI** [1] - 2:11
**Michael** [1] - 9:10
**MICHAEL** [1] - 3:22
**might** [3] - 13:11, 14:7, 15:3
**mind** [3] - 7:1, 10:15, 24:15

**mine** [1] - 24:3
**minor** [1] - 14:11
**minutes** [3] - 6:6, 28:8, 29:3
**miss** [2] - 7:13, 7:17
**missing** [1] - 26:20
**MISSOURI** [3] - 3:4, 3:19
**Missouri** [12] - 16:1, 16:20, 17:10, 18:24, 19:2, 19:24, 20:1, 20:3, 20:6, 20:9, 25:8
**model** [1] - 37:3
**molecular** [1] - 12:11
**month** [1] - 35:8
**months** [3] - 16:17, 34:19, 36:23
**MOORE** [6] - 3:14, 3:15, 15:15, 23:2, 26:1, 28:11
**Moore** [1] - 15:15
**morning** [15] - 6:14, 9:4, 9:6, 9:9, 9:11, 9:13, 9:15, 9:17, 15:15, 16:6, 16:7, 21:3, 21:6, 21:7, 35:7
**most** [4] - 16:23, 38:11, 30:16, 41:15
**motion** [6] - 11:22, 17:4, 22:23, 24:5, 24:10, 35:15
**motions** [8] - 23:7, 23:14, 23:15, 23:22, 24:5, 24:6, 24:8, 24:23
**move** [2] - 21:23, 25:11
**moving** [1] - 15:9
**MR** [39] - 8:13, 8:17, 8:25, 9:2, 9:4, 9:6, 9:9, 9:11, 9:15, 10:6, 15:15, 16:7, 19:8, 20:23, 21:3, 21:7, 21:14, 23:2, 24:11, 25:1, 25:2, 25:15, 26:1, 27:11, 27:17, 28:6, 28:11, 29:6, 29:12, 31:11, 32:6, 32:10, 32:21, 33:4, 33:13, 33:15, 36:6, 37:22, 39:4
**MS** [1] - 9:13
**multidefense** [1] - 16:22
**multiplaintiff** [1] - 18:13
**multiplaintiffs** [1] - 21:14

**multiple** [3] - 22:22, 24:8, 36:1

**N**

**Nagel** [1] - 32:13
**name** [3] - 8:15, 18:2, 21:6
**named** [7] - 17:23, 28:20, 29:17, 29:20, 30:1, 30:5, 31:7
**NAPOLI** [1] - 2:7
**Napoli** [2] - 21:4, 21:8
**Nasrullah** [1] - 9:16
**NASRULLAH** [2] - 4:19, 9:15
**nationally** [1] - 41:5
**nature** [1] - 37:18
**NE** [1] - 4:4
**near** [1] - 33:21
**necessarily** [2] - 23:9, 32:11, 37:24
**necessary** [3] - 29:9, 30:9, 37:20
**need** [25] - 10:23, 11:2, 11:21, 12:2, 12:4, 12:13, 19:17, 19:19, 19:23, 20:16, 22:4, 22:13, 22:16, 23:10, 27:17, 34:3, 34:4, 35:10, 35:13, 35:24, 38:22, 39:12, 39:18
**needs** [6] - 20:10, 22:15, 22:18, 23:4, 24:23, 27:18
**negotiate** [1] - 15:4
**negotiation** [3] - 8:11, 14:21, 36:12
**never** [1] - 18:9
**new** [3] - 7:10, 12:23
**New** [1] - 9:3
**NEW** [16] - 1:6, 1:17, 1:21, 1:25, 2:9, 2:20, 2:23, 3:16, 4:9, 4:12, 4:16, 4:24, 5:13
**newcomers** [1] - 29:14
**newly** [3] - 12:18, 12:24, 28:13
**next** [9] - 7:5, 7:6, 15:12, 10:14, 21:2, 34:19, 35:19, 37:16
**NICHOLS** [1] - 3:4
**NO** [1] - 1:6
**NOLEN** [2] - 2:14, 2:15
**nominations** [1] - 37:5
**non** [4] - 8:12, 8:20,

39:1, 39:17
**non-sanofi** [3] - 8:12, 8:20, 39:1
**nonbinding** [1] - 40:12
**none** [2] - 18:1
**nonetheless** [2] - 15:22, 30:5
**nonsmokers** [1] - 38:13
**North** [2] - 10:9, 33:20
**Northstar** [1] - 9:16
**nothing** [4] - 12:1, 17:7, 26:10, 36:12
**notwithstanding** [1] - 39:17
**nuance** [1] - 17:22
**number** [4] - 7:24, 14:16, 10:24, 21:10
**Number** [1] - 15:17
**numbered** [1] - 42:14

**O**

**O'DONNELL** [1] - 4:18
**OAK** [1] - 2:15
**object** [1] - 36:2
**objection** [2] - 32:18, 33:13
**objections** [2] - 21:21, 26:23
**obviously** [2] - 23:11, 25:24
**OF** [2] - 1:1, 1:11
**Official** [2] - 42:10, 42:19
**OFFICIAL** [1] - 5:11
**often** [1] - 32:24
**OHIO** [1] - 3:23
**Olinde** [2] - 8:17, 28:15
**OLINDE** [7] - 4:15, 8:13, 8:17, 8:25, 10:6, 29:6, 29:12
**omnibus** [3] - 24:5, 24:10
**once** [4] - 14:24, 22:24, 24:1, 31:6
**ONE** [1] - 2:12
**one** [38] - 7:5, 7:16, 9:22, 11:19, 11:20, 12:3, 12:16, 16:10, 16:22, 17:1, 18:6, 19:13, 23:12, 24:10, 24:15, 25:2, 25:5, 28:11, 30:3, 32:6, 33:15, 34:5, 34:14, 34:20, 35:3, 35:22, 35:24, 36:3, 36:8, 37:11, 37:14, 37:19,

32:12
**parts** [2] - 13:14, 13:17
**past** [3] - 16:17, 37:5, 39:14
**penalized** [1] - 7:3
**pending** [14] - 18:17, 20:15, 20:16, 20:19, 22:5, 22:6, 22:15, 23:3, 23:9, 23:14, 23:22, 24:9, 24:23, 39:15
**PENDLEY** [1] - 1:23
**people** [9] - 6:22, 7:19, 8:19, 8:25, 11:24, 33:10, 38:13, 38:14, 41:5
**PEPPER** [1] - 5:11
**Pepper** [3] - 42:8, 42:17, 42:18
**per** [1] - 34:14
**perfectly** [1] - 38:8
**perhaps** [5] - 10:16, 17:22, 28:15, 30:21, 35:19
**person** [5] - 7:1, 10:21, 10:23, 14:1, 39:10
**personal** [3] - 6:21, 7:14, 17:2
**personally** [4] - 6:25, 7:9, 10:1, 29:18
**perspective** [1] - 31:12
**pertinent** [1] - 23:14
**Pfizer** [1] - 9:3
**Pharma** [1] - 9:10
**pharmaceutical** [1] - 10:22
**Pharmaceutical** [1] - 9:14
**Pharmaceuticals** [1] - 9:8
**phrase** [1] - 26:3
**pick** [4] - 34:16, 37:14, 37:25, 39:9
**picked** [2] - 34:17, 34:20
**picking** [1] - 38:4
**PIEDMONT** [1] - 4:4
**pilings** [1] - 11:4
**pin** [1] - 23:10
**place** [1] - 17:7
**plaintiff** [6] - 18:14, 34:14, 34:23, 34:24, 34:7, 40:20
**plaintiff's** [3] - 35:23, 36:3, 37:9
**plaintiffs** [10] - 13:18, 18:12, 19:9, 21:15,

30:16, 34:16, 34:17, 36:1, 36:13, 38:8
**PLAINTIFFS'** [1] - 1:15
**plaintiffs'** [16] - 14:13, 14:19, 15:21, 23:4, 26:8, 29:21, 29:24, 30:7, 30:8, 30:15, 30:22, 31:1, 31:9, 31:11, 37:8
**play** [1] - 27:17
**player** [2] - 14:11, 14:17
**players** [1] - 15:1
**pleading** [1] - 22:20
**pleadings** [4] - 16:13, 22:19, 23:8, 24:2
**point** [9] - 11:1, 12:9, 12:10, 24:1, 25:2, 32:22, 32:25, 36:6, 41:6
**pointed** [1] - 31:12
**points** [1] - 39:5
**pool** [3] - 36:17, 39:12, 41:2
**positive** [2] - 38:10, 38:17
**possible** [5] - 11:2, 23:1, 24:7, 26:18, 27:1
**possibly** [1] - 11:25
**POST** [1] - 2:15
**pot** [1] - 27:4
**POYDRAS** [7] - 1:17, 1:21, 1:24, 3:15, 4:8, 4:16, 5:12
**practice** [2] - 11:22, 35:15
**prejudice** [1] - 15:1
**preliminary** [1] - 23:8
**prepared** [1] - 24:16
**presence** [1] - 28:18
**presentation** [2] - 10:19, 12:12
**presented** [1] - 29:17
**previously** [1] - 24:6
**principles** [1] - 11:3
**prioritized** [1] - 35:3
**priority** [1] - 34:18
**problem** [2] - 33:5, 38:4
**problems** [1] - 31:6
**procedurally** [1] - 19:19
**proceed** [1] - 10:2
**proceeding** [1] - 40:13
**PROCEEDINGS** [3] - 1:11, 5:15, 6:1
**proceedings** [2] - 42:1, 42:14
**process** [20] - 19:20,

21:23, 22:1, 25:11, 25:14, 25:20, 27:17, 30:12, 30:13, 33:17, 33:24, 34:1, 34:12, 36:9, 37:4, 37:16, 38:19, 40:5, 41:13, 41:14
**PRODUCED** [1] - 5:16
**product** [3] - 11:7, 28:23, 30:23
**productions** [1] - 13:23
**productive** [2] - 10:8, 33:20
**PRODUCTS** [1] - 1:4
**progress** [1] - 15:23
**promptly** [1] - 6:12
**proper** [1] - 20:2
**properly** [2] - 30:1, 32:1
**protective** [1] - 33:21
**protocol** [1] - 33:21
**protocols** [1] - 28:19
**provide** [4] - 20:15, 23:2, 31:18, 41:14
**provided** [5] - 18:7, 18:9, 31:13
**prudence** [1] - 30:6
**prudent** [1] - 31:9
**PSC** [3] - 17:18, 27:13, 28:19
**PSI** [1] - 28:19
**PTO** [1] - 19:15
**purposes** [2] - 24:3, 27:10
**pursue** [2] - 23:23
**pursuing** [1] - 7:10
**put** [2] - 14:24, 23:10

**Q**

**questioned** [1] - 41:2
**questioning** [1] - 10:14
**questions** [2] - 19:13, 40:18
**quicker** [1] - 21:25
**quickly** [4] - 21:22, 23:1, 36:24, 41:15
**Quinn** [1] - 9:2
**QUINN** [1] - 4:11
**quite** [2] - 11:19, 27:13

**R**

**races** [1] - 37:1
**rainbow** [2] - 27:4,

37:25, 38:9, 39:5, 40:1, 40:10
**one-year** [1] - 7:16
**ones** [1] - 37:13
**ongoing** [2] - 29:10, 30:14
**open** [5] - 8:1, 22:14, 22:18, 22:23, 33:3
**opinion** [1] - 19:1
**opponent's** [1] - 37:17
**opportunity** [1] - 40:25
**opposed** [2] - 10:1, 13:22
**opposition** [2] - 24:10, 25:6
**oppositions** [2] - 25:13, 26:4
**oral** [1] - 17:3
**order** [9] - 21:11, 25:23, 26:13, 27:9, 28:1, 33:21, 35:17, 36:20, 38:16
**ORLEANS** [10] - 1:6, 1:17, 1:21, 1:25, 2:20, 2:23, 3:16, 4:9, 4:16, 5:13
**otherwise** [3] - 15:21, 17:15, 19:20
**ourselves** [1] - 40:2
**outs** [1] - 20:6
**overall** [1] - 25:3
**overlap** [1] - 37:10
**overreact** [1] - 11:23

**P**

**package** [2] - 24:2, 24:4
**page** [4] - 24:11, 27:15, 28:6, 34:3
**Palmer** [3] - 30:20, 40:5, 41:8
**PALMER** [1] - 1:20
**papers** [1] - 21:17
**PARK** [1] - 3:7
**part** [1] - 36:8
**participation** [3] - 12:20, 14:15, 28:18
**particular** [12] - 13:23, 14:6, 14:12, 14:14, 14:20, 18:9, 31:3, 34:19, 34:23, 35:2, 35:23, 37:6
**particularly** [2] - 38:6, 41:4
**parties** [2] - 28:16, 28:17
**partner** [2] - 6:17,

27:6
**raise** [2] - 32:2, 32:3
**raised** [9] - 17:16, 23:15, 23:18, 23:24, 24:7, 30:3, 34:5, 39:5, 39:6
**raising** [3] - 26:1, 32:19, 39:4
**RAND** [1] - 2:15
**random** [1] - 38:4
**randomized** [1] - 38:1
**rather** [4] - 14:7, 22:21, 25:21, 35:12
**Ratliff** [4] - 16:4, 20:4, 32:21, 34:1
**RATLIFF** [7] - 3:18, 16:7, 25:2, 32:6, 32:10, 36:6, 37:22
**RAZMARA** [1] - 3:6
**RE** [1] - 1:4
**read** [3] - 10:21, 22:21, 22:24
**real** [1] - 40:12
**realistically** [1] - 39:23
**realization** [1] - 14:18
**really** [1] - 18:5
**Realtime** [2] - 42:8, 42:18
**REALTIME** [1] - 5:11
**reason** [8] - 6:20, 7:14, 30:6, 34:20, 34:22, 35:4, 41:3
**rebrief** [1] - 19:3
**rebriefing** [1] - 18:23
**received** [1] - 32:10
**recent** [1] - 34:8
**recently** [1] - 8:18
**recognize** [1] - 39:21
**recommend** [1] - 38:11
**record** [2] - 20:18, 42:13
**RECORDED** [1] - 5:15
**records** [4] - 18:3, 18:4, 18:7, 22:9
**redundant** [1] - 19:5
**REESE** [1] - 4:7
**refile** [1] - 19:17
**regard** [4] - 8:11, 10:10, 26:23, 41:5
**regarding** [2] - 11:16, 30:1
**REGISTERED** [1] - 5:12
**Registered** [1] - 42:8
**registered** [1] - 42:19
**regret** [1] - 6:19
**regular** [1] - 40:21
**related** [3] - 15:25,

24:20, 28:13
**RELATES** [1] - 1:8
**relates** [2] - 15:17, 32:7
**relationship** [1] - 9:20
**relative** [1] - 20:18
**rely** [1] - 31:1
**remain** [1] - 18:17
**remand** [8] - 17:3, 17:4, 19:11, 19:25, 20:2, 20:5, 24:17, 27:6
**remanded** [2] - 19:23, 26:19
**removal** [2] - 17:4, 18:21
**removals** [1] - 16:12
**remove** [1] - 26:9
**removed** [8] - 16:19, 17:1, 17:2, 17:23, 18:10, 18:11, 18:24, 21:12
**repeat** [2] - 12:25, 32:4
**REPORTER** [4] - 5:11, 5:11, 5:12, 21:5
**Reporter** [7] - 42:8, 42:9, 42:10, 42:18, 42:19, 42:19
**REPORTER'S** [1] - 42:6
**reports** [1] - 35:15
**repository** [1] - 30:22
**represent** [2] - 9:3, 9:10
**representation** [2] - 30:25, 31:1
**representative** [2] - 38:6, 38:9
**representatives** [1] - 12:22
**represented** [1] - 34:6
**representing** [3] - 9:12, 9:23, 28:16
**request** [1] - 6:16
**requested** [1] - 7:2
**reserve** [4] - 26:16, 26:18, 27:24, 28:1
**reserved** [2] - 26:23, 28:4
**resolve** [3] - 31:25, 36:24, 36:25
**resolved** [8] - 13:12, 13:20, 16:3, 23:5, 25:16, 27:2, 28:2, 31:15
**resolving** [2] - 14:12, 14:14
**resources** [4] - 14:25, 15:2, 18:23

**respected** [1] - 40:7
**respiratory** [1] - 38:14
**respond** [2] - 19:6, 30:10
**responsible** [1] - 29:25
**responsive** [1] - 24:2
**resubmit** [1] - 19:14
**result** [4] - 38:6, 38:10, 38:17, 40:14
**resulted** [1] - 40:9
**return** [1] - 41:7
**rights** [5] - 26:16, 26:18, 27:24, 28:1, 28:5
**RMR** [5] - 5:11, 42:18
**road** [1] - 41:23
**ROAD** [2] - 3:4, 4:4
**roadblock** [6] - 26:4, 26:15, 27:7, 27:8
**roadblocks** [1] - 26:9
**roaming** [1] - 33:8
**role** [1] - 32:15
**ROOM** [1] - 5:12
**ROUEN** [1] - 4:7
**ROUGE** [1] - 5:4
**round** [1] - 22:4
**round-up** [1] - 22:4
**rub** [1] - 25:5
**Rudick** [1] - 32:13
**rule** [3] - 11:6, 23:20, 33:9
**rules** [1] - 20:3
**rulings** [1] - 25:12

# S

**s/Cathy** [1] - 42:17
**saddled** [1] - 37:17
**Sandoz** [1] - 9:12
**sanofi** [8] - 8:12, 8:19, 8:20, 15:16, 16:24, 21:15, 38:23, 39:1
**sanofi-only** [1] - 16:24
**scale** [1] - 15:2
**SCHANKER** [1] - 3:10
**schedule** [4] - 10:10, 24:19, 33:16, 33:23
**scheduling** [2] - 35:16, 36:20
**school** [1] - 10:21
**science** [10] - 10:12, 10:15, 11:20, 11:24, 11:25, 12:1, 12:7, 32:7, 32:22
**second** [2] - 17:6, 20:23
**see** [8] - 24:18, 26:19, 26:21, 27:2, 27:21,

27:23, 30:23, 41:24
**select** [1] - 38:21
**selected** [1] - 10:12
**selection** [2] - 36:8, 38:1
**send** [1] - 6:17
**sending** [1] - 11:24
**sense** [5] - 11:23, 31:8, 33:22, 38:20, 39:6
**sensitive** [1] - 14:24
**sent** [2] - 17:5, 26:6
**separate** [1] - 14:21
**separation** [1] - 14:3
**serve** [1] - 7:21
**served** [3] - 12:18, 12:24, 28:21
**service** [2] - 8:10, 8:11
**session** [2] - 10:16, 11:1
**set** [8] - 17:11, 17:17, 21:17, 25:14, 34:3, 34:6, 34:18, 35:20
**sets** [1] - 16:9
**setting** [1] - 34:9
**settlement** [13] - 12:16, 12:21, 13:1, 13:6, 13:14, 13:18, 14:1, 14:2, 14:5, 14:8, 14:22, 32:11, 33:1
**seven** [2] - 18:15, 22:12
**SEVENTEENTH** [1] - 4:19
**several** [2] - 32:10, 37:19
**shared** [1] - 30:19
**sheet** [2] - 36:16, 36:23
**sheets** [1] - 38:22
**shivers** [1] - 11:24
**SHKOLNIK** [5] - 2:7, 2:7, 21:3, 21:7, 21:14
**Shkolnik** [6] - 20:23, 21:4, 21:8, 25:5
**Shkolnik's** [2] - 16:11, 18:6
**SHOOK** [1] - 3:18
**shoot** [1] - 15:7
**short** [4] - 10:14, 29:5, 32:7, 37:5
**shortly** [1] - 41:25
**showing** [1] - 7:19
**side** [12] - 14:19, 26:8, 31:9, 32:16, 32:18, 34:13, 35:12, 37:8, 37:9, 37:10, 38:5, 38:15

**sides** [2] - 37:5, 39:6
**SIEGEL** [1] - 3:3
**SIMMONS** [1] - 2:11
**simple** [1] - 6:20
**simply** [1] - 40:3
**single** [3] - 16:11, 16:22, 36:1
**sit** [3] - 10:15, 22:5, 22:16
**site** [1] - 36:14
**slow** [1] - 21:25
**slows** [1] - 26:14
**small** [1] - 16:18
**smaller** [1] - 15:1
**smoker** [1] - 40:20
**smokers** [1] - 38:12
**someone** [2] - 39:9, 39:10
**sometimes** [4] - 14:25, 27:5, 34:21
**somewhat** [1] - 19:4
**soon** [1] - 24:18
**sooner** [1] - 35:12
**sorry** [2] - 21:5, 32:22
**sort** [14] - 10:18, 11:4, 13:1, 13:22, 16:5, 22:4, 22:7, 24:5, 25:12, 30:13, 30:21, 35:16, 36:7, 38:1
**Southern** [1] - 18:18
**spare** [1] - 10:22
**speaking** [2] - 8:16, 37:24
**specific** [2] - 14:21, 24:19
**specifically** [4] - 6:24, 13:2, 23:13, 30:17
**specifics** [2] - 13:16, 16:4
**spend** [2] - 12:17, 27:22
**spent** [2] - 27:22, 36:22
**St** [4] - 16:19, 16:24, 17:18, 20:1
**staff** [1] - 11:14
**stage** [1] - 36:11
**stand** [1] - 16:5
**standard** [3] - 35:14, 35:16, 40:16
**stands** [2] - 25:10, 37:18
**start** [7] - 6:12, 7:4, 12:10, 33:22, 35:19, 39:20, 39:21
**started** [2] - 29:7, 30:18
**starting** [4] - 12:9, 12:10, 34:1, 34:10
**STATE** [1] - 5:7

**State** [2] - 17:20, 42:9

**state** [9] - 8:7, 8:15, 15:22, 17:24, 17:25, 19:10, 29:11, 29:13, 39:16

**STATES** [2] - 1:1, 1:12

**States** [2] - 42:10, 42:20

**status** [9] - 6:7, 6:12, 7:12, 8:8, 15:19, 18:19, 31:13, 31:23, 35:19

**STATUS** [2] - 1:11, 1:11

**stead** [1] - 7:23

**steering** [1] - 15:19

**STEERING** [3] - 1:11, 1:16, 3:14

**STENOGRAPHY** [1] - 5:15

**step** [1] - 16:21

**still** [4] - 23:9, 23:23, 25:7, 35:4

**stopping** [1] - 26:10

**strategic** [1] - 13:11

**STREET** [15] - 1:17, 1:21, 1:24, 2:12, 2:19, 2:23, 3:11, 3:15, 3:22, 4:8, 4:16, 4:19, 5:4, 5:7, 5:12

**stress** [1] - 27:20

**strongly** [1] - 26:13

**Strongman** [1] - 32:12

**STUEVE** [1] - 3:3

**stuff** [1] - 35:12

**subject** [1] - 15:18

**submission** [1] - 6:25

**submit** [1] - 34:4

**substance** [1] - 12:14

**substantive** [2] - 11:6, 11:22

**substitute** [2] - 7:4, 7:19

**success** [2] - 14:6, 38:18

**successful** [1] - 40:7

**sudden** [2] - 34:23, 34:24

**sued** [2] - 15:3, 29:12

**SUFFERN** [2] - 3:22, 9:9

**Suffern** [1] - 9:10

**suggesting** [2] - 41:17, 41:18

**SUGUNDO** [1] - 2:5

**SUITE** [11] - 1:17, 1:21, 1:24, 2:16, 3:4, 3:8, 3:11, 3:15, 3:23, 4:8, 4:20

**SULLIVAN** [3] - 4:11,

5:3, 9:4

**Sullivan** [1] - 9:4

**summary** [5] - 40:5, 40:13, 41:13, 41:14, 41:21

**Sun** [1] - 9:14

**supervision** [1] - 41:1

**supposed** [1] - 7:8

**suspect** [2] - 37:2, 37:11


**T**

**table** [1] - 19:16

**tackle** [2] - 20:20, 23:17

**tactical** [1] - 13:11

**TAXOTERE** [1] - 1:4

**Taxotere** [1] - 18:2

**tee** [1] - 35:10

**ten** [3] - 28:8, 29:3, 39:3

**Tennessee** [1] - 18:13

**term** [1] - 11:24

**TERMINUS** [1] - 4:4

**terms** [4] - 14:21, 18:21, 22:1, 25:10

**test** [3] - 36:4, 37:19, 39:25

**testify** [1] - 41:6

**testing** [1] - 40:9

**TEXAS** [1] - 2:16

**THE** [37] - 1:11, 1:12, 1:15, 2:22, 3:14, 6:6, 8:14, 8:21, 9:1, 9:17, 10:7, 16:6, 19:6, 20:13, 21:1, 21:5, 21:13, 21:24, 23:13, 24:22, 25:21, 26:12, 27:16, 27:18, 28:8, 29:2, 29:11, 29:13, 32:2, 32:9, 33:3, 33:6, 33:14, 34:5, 36:22, 38:4, 39:13

**themselves** [1] - 8:20

**theories** [1] - 11:16

**they've** [1] - 8:5

**thinking** [2] - 33:23, 37:9

**thinks** [1] - 38:5

**THIS** [1] - 1:8

**THORNTON** [1] - 3:6

**three** [9] - 10:16, 16:9, 20:11, 25:4, 26:10, 34:17, 35:2, 37:15, 41:19

**three-hour** [1] - 10:16

**throughout** [1] - 31:23

**timeline** [2] - 34:9,

35:9

**TISHYEVICH** [1] - 4:23, 9:6

**Tishyevich** [1] - 9:7

**TO** [1] - 1:8

**today** [7] - 6:17, 7:5, 10:15, 12:16, 22:5, 22:16, 27:4

**together** [3] - 12:12, 24:10, 40:25

**took** [3] - 17:7, 18:2, 41:12

**top** [1] - 24:15

**totally** [1] - 31:14

**towards** [1] - 23:8

**Trailer** [2] - 38:12, 40:2

**TRANSCRIPT** [2] - 1:11, 5:15

**transcript** [2] - 7:21, 42:12

**TRANSCRIPTION** [1] - 5:16

**transfer** [3] - 23:9, 26:17, 27:25

**transferred** [8] - 6:11, 16:18, 17:8, 19:10, 19:17, 19:22, 22:6, 26:22

**transfers** [4] - 19:21, 25:8, 25:9, 25:22

**Traurig** [1] - 9:12

**TRAURIG** [1] - 4:3

**treatment** [1] - 28:22

**trench** [1] - 13:3

**trial** [14] - 14:7, 34:20, 34:24, 35:2, 35:3, 35:5, 35:14, 40:5, 40:22, 41:14, 41:20

**trials** [4] - 11:22, 34:9, 41:12, 41:21

**tried** [4] - 30:18, 36:24, 39:16, 40:12

**TRIGGS** [1] - 4:18

**true** [1] - 42:12

**trumpet** [1] - 38:18

**truncated** [1] - 41:13

**try** [8] - 6:9, 14:3, 22:25, 34:13, 35:23, 39:10, 39:18, 41:15

**trying** [6] - 13:25, 29:3, 31:9, 35:22, 39:6, 40:8

**turn** [3] - 24:4, 29:21, 30:7

**two** [18] - 6:22, 7:5, 8:1, 8:3, 8:6, 8:9, 10:16, 17:9, 25:7, 26:10, 31:17, 35:1, 35:4, 36:8, 37:11,

37:14, 41:13, 41:20

**two-part** [1] - 36:8

**two-week** [1] - 41:20

**type** [3] - 10:19, 36:11, 39:17

**types** [1] - 13:3

**typical** [1] - 35:14

**typically** [2] - 6:7, 40:21


**U**

**ULMER** [1] - 3:21

**ultimate** [1] - 26:25

**ultimately** [1] - 26:14

**uncontroversial** [1] - 11:2

**under** [1] - 20:2

**unfounded** [1] - 30:12

**United** [2] - 42:10, 42:20

**UNITED** [2] - 1:1, 1:12

**universe** [1] - 38:21

**unless** [2] - 16:15, 23:21

**unrealistic** [1] - 35:12

**up** [22] - 6:9, 6:10, 7:19, 11:24, 15:8, 15:25, 16:3, 22:4, 22:7, 25:4, 25:14, 25:22, 27:21, 27:23, 28:4, 31:8, 31:13, 32:21, 34:9, 34:10, 35:1, 35:10

**upside** [1] - 13:8

**URQUHART** [2] - 3:14, 4:11

**useful** [5] - 38:7, 40:18, 40:22, 41:15, 41:21


**V**

**value** [3] - 13:9, 39:22, 39:24

**various** [1] - 21:15

**vary** [1] - 20:2

**venue** [1] - 26:24

**venues** [1] - 41:24

**verdict** [2] - 40:16, 40:17

**versed** [1] - 20:9

**versus** [1] - 32:19

**vexations** [1] - 37:21

**view** [1] - 13:2

**Vince** [1] - 10:18

**Vincent** [1] - 17:10

**VINE** [1] - 3:22


**W**

**waive** [1] - 21:21

**wants** [3] - 14:18, 19:13, 33:6

**warfare** [1] - 13:3

**WARSHAUER** [1] - 1:20

**web** [1] - 36:14

**week** [4] - 20:14, 24:13, 25:16, 41:20

**weeks** [1] - 26:10

**weighted** [1] - 38:16

**welcome** [1] - 32:22

**well-thought-out** [1] - 19:1

**well-versed** [1] - 20:9

**whatnot** [1] - 38:15

**WHEELER** [1] - 4:18

**WHEREUPON** [1] - 42:1

**Whitted** [1] - 17:13

**WILSON** [1] - 5:3

**Wilson** [1] - 9:5

**wish** [1] - 6:9

**WITH** [1] - 1:11

**withdraw** [1] - 25:6

**withdrawn** [1] - 25:13

**witness** [1] - 35:15

**woman** [1] - 18:2

**won** [2] - 17:4, 17:11

**word** [1] - 27:23

**words** [1] - 6:21

**worth** [1] - 32:19

**wrongfully** [1] - 31:7

**WYNKOOP** [1] - 3:11


**Y**

**y'all** [1] - 8:23

**year** [1] - 7:16

**yesterday** [2] - 10:8, 12:19

**York** [1] - 9:3

**YORK** [6] - 2:9, 4:12, 4:24

**yourself** [1] - 20:11