UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)        MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

THIS DOCUMENT RELATES TO:           SECTION "N" (5)
ALL CASES

## EX PARTE MOTION TO AMEND EXHIBIT B TO PRETRIAL ORDER NO.19

NOW INTO COURT, come Plaintiffs' Co-Liaison Counsel, who hereby move to amend Exhibit B (Rec. Doc. 262-2) to Pretrial Order No. 19 (Rec. Doc. 262) to add an additional Task Code for plaintiffs' counsel to use in submitting common benefit time.  The Plaintiffs' Steering Committee (PSC) has approved amendment of the Task Code list to include Number 20, entitled "Time & Expense Administration."  Accordingly, attached hereto is proposed Pretrial Order No. ___ which Plaintiffs' Co-Liaison Counsel request be entered by the Court.

WHEREFORE, Plaintiffs' Co-Liaison Counsel pray that after due consideration the Court grant this Motion and enter into the record of this matter the attached proposed Pretrial Order No. _____ which amends Exhibit B (Rec. Doc. 262-2) to Pretrial Order No. 19 (Rec. Doc 262) by adding an additional Task Code for plaintiffs' counsel to use in submitting common benefit time.

Dated: March 27, 2017

1

Respectfully submitted:

| | |
|---|---|
| */s/Dawn M. Barrios* | */s/M. Palmer Lambert* |
| Dawn M. Barrios (#2821) | M. Palmer Lambert (#33228) |
| **Barrios, Kingsdorf & Casteix, LLP** | **Gainsburgh Benjamin David Meunier & Warshauer, LLC** |
| 701 Poydras Street, Suite 3650 | 2800 Energy Centre, 1100 Poydras Street |
| New Orleans, LA 70139 | New Orleans, LA 70163-2800 |
| Telephone: 504-524-3300 | Telephone: 504-522-2304 |
| Facsimile: 504-524-3313 | Facsimile: 504-528-9973 |
| E-Mail: barrios@bkc-law.com | E-Mail: plambert@gainsben.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27th, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS

2