UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) |

**PROPOSED PRETRIAL ORDER NO. \_\_\_**
**(Amended Task Codes for Common Benefit Order)**

THE COURT being fully advised on the matter, hereby GRANTS Plaintiffs' Co-Liaison Counsel's Ex Parte Motion to Amend Exhibit B (Rec. Doc. 262-2) to Pretrial Order No. 19 (Rec. Doc. 262) regarding task codes for common benefit work and enters Pretrial Order No. _____.

New Orleans, Louisiana, this \_\_\_\_ day of March, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE