**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 2:16-md-02740-KDE-MBN MDL No. 2740 |

THIS DOCUMENT RELATES TO ALL CASES

## CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED ORDERS REGARDING THE STREAMLINED SERVICE OF DEFENDANTS EAGLE PHARMACEUTICALS, INC. AND NORTHSTAR RX LLC

Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC, through their respective undersigned counsel, respectfully request a seven-day extension of the March 23, 2017 deadline to submit to the Court their respective proposed orders regarding streamlined service. Defendants have had discussions with members of the Plaintiffs' Steering Committee about a potential dismissal of Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC, and will continue working toward a resolution. Given those discussions, the parties agree that a seven-day extension until April 3, 2017 with respect to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC is appropriate. Plaintiffs' counsel, through the Plaintiffs' Steering Committee, do not object to this request.

DATED: March 27, 2017

Respectfully submitted,

*/s/ Dmitriy Tishyevich*_____
Dmitriy Tishyevich

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
dmitriy.tishyevich@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Defendant Eagle Pharmaceuticals, Inc.*

*/s/ Habib Nasrullah*_____
Habib Nasrullah

WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
nasrullah@wtotrial.com
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879

*Counsel for Defendant NorthStar Rx, LLC*

2

KE 46249626.2

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of all such filing to all CM/ECF participants.


DATED: March 27, 2017                      */s/ Dmitriy Tishyevich*
                                           Dmitriy Tishyevich

KE 46249626.2