**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)  ) Case No. 2:16-md-02740-KDE-MBN
    PRODUCTS LIABILITY  )
    LITIGATION  ) MDL No. 2740
                         )

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

    Considering the Consent Motion for Extension of Time to Submit Proposed Orders Regarding the Streamlined Service of Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC, **IT IS HEREBY ORDERED** that the Motion is granted.  Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC shall have until April 3, 2017 to submit their respective proposed orders regarding streamlined service, if resolution is not reached.

    New Orleans, Louisiana, this _____ day of March, 2017

                                      _____
                                      KURT D. ENGELHARDT
                                      UNITED STATES DISTRICT JUDGE