UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) ) Case No. 2:16-md-02740-KDE-MBN
      PRODUCTS LIABILITY )
      LITIGATION ) MDL No. 2740
       )

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER NO. 34
**[Extending the Deadline to Submit Proposed Orders for Streamlined Service as to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC]**

Considering the Consent Motion for Extension of Time to Submit Proposed Orders Regarding the Streamlined Service of Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC (Rec. Doc. 306), **IT IS HEREBY ORDERED** that the Motion is granted. Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC shall have until **Monday, April 3, 2017** to submit their respective proposed orders regarding streamlined service, if resolution is not reached.

New Orleans, Louisiana, this  31st  day of March, 2017

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**