UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO. 35**
**[Scheduling Meetings Between the Court and the Settlement Committees]**

Pursuant to Pretrial Order No. 27 (Rec. Doc. 298), counsel from the Settlement Committees have contacted the Court to schedule a meeting.

**IT IS ORDERED** that the Court will hold a meeting with the Settlement Committees on **Wednesday, May 3, 2017**, following the conclusion of the "Science Day" presentations scheduled for this date.

**IT IS FURTHER ORDERED** that the Court will hold a follow-up meeting with the Settlement Committees on **Friday, May 12, 2017**, following the conclusion of the general status conference scheduled for this date.

New Orleans, Louisiana, this 31st day of March 2017.

                                   _____
                                   KURT D. ENGELHARDT
                                   UNITED STATES DISTRICT JUDGE