UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 2:16-md-02740-KDE-MBN<br><br>MDL No. 2740 |

THIS DOCUMENT RELATES TO ALL CASES

### CONSENT MOTION FOR WITHDRAWAL OF DEADLINE TO SUBMIT PROPOSED ORDERS REGARDING THE STREAMLINED SERVICE OF DEFENDANTS EAGLE PHARMACEUTICALS, INC. AND NORTHSTAR RX LLC

Defendants Eagle Pharmaceuticals, Inc. ("Eagle Pharmaceuticals") and NorthStar Rx, LLC ("NorthStar"), through their respective undersigned counsel, respectfully request that the Court withdraw the deadline for Eagle Pharmaceuticals and NorthStar to submit proposed orders regarding streamlined service.  Eagle Pharmaceuticals and NorthStar have reached tentative agreement with members of the Plaintiffs' Steering Committee to dismiss these Defendants from the MDL, based on the factual allegations made in each case in which they have been named to date, and anticipate formalizing those dismissals shortly.  Accordingly, the parties do not believe it is necessary for either Defendant to submit a proposed order on streamlined waiver, and they request that the Court withdraw that deadline with respect to Eagle Pharmaceuticals and NorthStar.  Plaintiffs' counsel, through the Plaintiffs' Steering Committee, do not object.

DATED:  March 31, 2017

Respectfully submitted,

*/s/ Dmitriy Tishyevich*
Dmitriy Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
dmitriy.tishyevich@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Defendant Eagle Pharmaceuticals, Inc.*

        */s/ Habib Nasrullah*_____
Habib Nasrullah
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
nasrullah@wtotrial.com
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879

*Counsel for Defendant NorthStar Rx, LLC*

KE 46286570.2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2017, I electronically filed the foregoing Consent Motion for Withdrawal of Deadline to Submit Proposed Orders Regarding the Streamlined Service of Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC with the Clerk of the Court using the CM/ECF system, which sends electronic notification of all such filing to all CM/ECF participants.

DATED:  March 31, 2017　　　　　　　　　*/s/ Dmitriy Tishyevich*
　　　　　　　　　　　　　　　　　　　　Dmitriy Tishyevich