## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 2:16-md-02740-KDE-MBN  MDL No. 2740 |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Considering the Consent Motion for Withdrawal of Deadline to Submit Proposed Orders Regarding the Streamlined Service of Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC, **IT IS HEREBY ORDERED** that the Motion is granted.  The deadline to submit proposed orders regarding streamlined service is hereby withdrawn with respect to Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC.

New Orleans, Louisiana, this _____ day of _____, 2017

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE