UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION        SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### SUBMISSION OF PROPOSED PRETRIAL ORDER REGARDING EXEMPLAR SHORT FORM COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 15

NOW INTO COURT comes the Plaintiffs' Steering Committee ("PSC"), through Plaintiffs' Liaison Counsel, which, pursuant to Pretrial Order No. 15 (R. Doc. 230), submits the attached proposed pretrial order adopting the PSC's exemplar short form complaint.

WHEREFORE, the PSC respectfully prays that the attached proposed pretrial order be entered authorizing the filing of short form complaints consistent with Pretrial Order No. 15.

Dated: March 31, 2017

Respectfully submitted:

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/M. Palmer Lambert*
M. PALMER LAMBERT