**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                    MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

**PRETRIAL ORDER NO. ___**
**(Exemplar Short Form Complaint)**

Pretrial Order 15 (R. Doc. 230) ordered the Plaintiffs, through the Plaintiffs' Steering

Committee (PSC), to submit a proposed Pretrial Order with an attached exemplar Short Form

Complaint. The exemplar Short Form Complaint provided to the Court is attached as Attachment

A for Plaintiffs' counsel's use when filing their complaints. Short Form Complaints shall be used

by Plaintiffs' counsel consistent with Pretrial Order No. 15, and counsel are encouraged to

review it prior to using the form provided by the PSC. Only one Plaintiff (and any

secondary/consortium/representative Plaintiff(s) claiming through or on behalf of the Plaintiff) is

allowed on each Short Form Complaint.  The Short Form Complaint is intended to provide

guidance for individual counsel who should refer to the Master Complaint in conjunction with

the use of the Short Form Complaint.  Individual Plaintiffs' counsel shall tailor the form to

correspond to each Plaintiff's claims/allegations.

If the Short Form Complaint is a Plaintiff's original pleading, it must be filed as a new

complaint through the Court's CM/ECF system consistent with the Local Rules[1] and served with

a summons, pursuant to Rule 4 of the Federal Rules of Civil Procedure, or pursuant to relevant

Pretrial Orders regarding "streamlined" service of process entered in this MDL, and not in the

---

[1] *See* Eastern District of Louisiana website for instructions on opening a new case.
http://www.laed.uscourts.gov/case-information/cmecf/efiling-new-case

master MDL docket.  If the Short Form Complaint is filed as an amending complaint, it should be filed in the member case, and not in the MDL master file.  For any case in which no Defendant has filed a responsive pleading or a motion directed at the pleadings pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff need not seek leave to amend until Defendants have filed a Master Answer pursuant to Pretrial Order No. 15.  For any case in which any Defendant has filed a responsive pleading or a motion directed at the pleadings pursuant to Rule 12 of the Federal Rules of Civil Procedure, whether Plaintiff must seek leave to amend a prior complaint, including by the filing of a Short Form Complaint, shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

     If further direction regarding filing is needed, please contact the Court at (504) 589-7715.

     If further direction regarding the Short Form Complaint is needed, Counsel may contact Plaintiffs' Liaison Counsel, Dawn Barrios or Palmer Lambert, with any questions regarding the exemplar form.

     NEW ORLEANS, LOUISIANA, this ___ day of _____, 2017.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE