UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : HON. KURT D. ENGELHARDT |
| _____ | : |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   _____

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   _____

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: _____

5. State in which Plaintiff(s) allege(s) injury: _____

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      A. Sanofi S.A.
      B. Aventis Pharma S.A.
      C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
      D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      A. Sandoz, Inc.
      B. Accord Healthcare, Inc.
      C. McKesson Corporation d/b/a McKesson Packaging
      D. Hospira Worldwide Inc.
      E. Hospira Inc
      F. Sun Pharma Global FZE
      G. Sun Pharma Global Inc.
      H. Caraco Pharmaceutical Laboratories Ltd.
      I. Pfizer Inc.
      J. Allergan Finance LLC f/k/a Actavis Inc.
      K. Actavis Pharma Inc.
      L. Other:

7. Basis for Jurisdiction:

   Diversity of Citizenship
   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

9. Brand Product(s) used by Plaintiff (check applicable):
    A. Taxotere
    B. Docefrez
    C. Docetaxel Injection
    D. Docetaxel Injection Concentrate
    E. Unknown
    F. Other:

General date range of use for Products identified in question 8:

10. State in which Products identified in question 8 was administered:

11. Counts in Master Complaint brought by Plaintiff(s):

    Count I
    Count II
    Count III
    Count IV
    Count V
    Count VI
    Count VII
    Count VIII

Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

12.    Name of Attorney(s), Bar Number(s), Law Firm(s), and Address(es) representing Plaintiff(s):

        By: