UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **EDLA17-cv-2891 N(5)** |
| Marino, et al. v. Sanofi U.S. Services Inc. et al., D. Delaware, C.A. No. 1:17-00240 | MDL No. 2740 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Marino*) on March 10, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Marino* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-27" filed on March 10, 2017, is LIFTED. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Kurt D. Engelhardt.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY
Apr 05, 2017

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA