**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)           )     Case No. 2:16-md-02740-KDE-MBN
     PRODUCTS LIABILITY                        )
     LITIGATION                                        )     MDL No. 2740
                                                               )

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER NO. 36**
**[Withdrawal of Deadline to Submit Proposed Orders Regarding Streamlined**
**Service as to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC]**

Considering the Consent Motion for Withdrawal of Deadline to Submit Proposed Orders Regarding the Streamlined Service of Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC (Rec. Doc. 311), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline to submit proposed orders regarding streamlined service is hereby withdrawn with respect to Defendants Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC.

New Orleans, Louisiana, this __6th__ day of _____April_____, 2017

                                      _____
                                        KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE