UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

THIS DOCUMENT RELATES TO:         SECTION "N" (5)
ALL CASES

**CONSENT MOTION TO AMEND EXHIBIT A TO PRETRIAL ORDER NO. 37**

    NOW INTO COURT, come Plaintiffs' Co-Liaison Counsel, who hereby move to amend Exhibit A (Rec. Doc. 318-1) to Pretrial Order No. 37 (Rec. Doc. 318) to allow for the names of the Plaintiff(s) and Defendant(s) to be inserted into the case caption of the Exemplar Short Form Complaint. Accordingly, attached hereto is proposed Pretrial Order No. ___, which Plaintiffs' Co-Liaison Counsel request be entered by the Court.

    Defendants have been contacted through Defendants' Co-Liaison Counsel, who informed Defendants do not oppose this motion.

    WHEREFORE, Plaintiffs' Co-Liaison Counsel pray that after due consideration the Court grant this Motion and enter into the record of this matter the attached proposed Pretrial Order No. _____, which amends Exhibit A (Rec. Doc. 318-1) to Pretrial Order No. 37 (Rec. Doc. 318) by allowing for the names of the Plaintiff(s) and Defendant(s) to be inserted into the case caption of the Exemplar Short Form Complaint.

Dated: April 13, 2017

Respectfully submitted:

| | |
|---|---|
| */s/Dawn M. Barrios* | */s/M. Palmer Lambert* |
| Dawn M. Barrios (#2821) | M. Palmer Lambert (#33228) |
| **Barrios, Kingsdorf & Casteix, LLP** | **Gainsburgh Benjamin David Meunier & Warshauer, LLC** |
| 701 Poydras Street, Suite 3650 | 2800 Energy Centre, 1100 Poydras Street |
| New Orleans, LA 70139 | New Orleans, LA 70163-2800 |
| Telephone: 504-524-3300 | Telephone: 504-522-2304 |
| Facsimile: 504-524-3313 | Facsimile: 504-528-9973 |
| E-Mail: barrios@bkc-law.com | E-Mail: plambert@gainsben.com |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/M. Palmer Lambert*
M. PALMER LAMBERT