UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) |

## PROPOSED PRETRIAL ORDER NO. \_\_

### [Amended Exemplar Short Form Complaint]

THE COURT being fully advised on the matter, hereby **GRANTS** Plaintiffs' Co-Liaison Counsel's Consent Motion to Amend Exhibit A (Rec. Doc. 318-1) to Pretrial Order No. 37 (Rec. Doc. 318) to allow for the names of Plaintiff(s) and Defendant(s) to be inserted into the case caption of the Exemplar Complaint and enters Pretrial Order No. _____.

**IT IS ORDERED** that Exhibit A to Pretrial Order No. 37 (Rec. Doc. 318-1) be and it is hereby amended so that the names of Plaintiff(s) and Defendant(s) shall be inserted into the case caption of the Exemplar Complaint (Rec. Doc. \_\_\_\_\_ ).

New Orleans, Louisiana, this \_\_\_\_ day of April, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE