**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "N" (5)

                                                JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO
CASES LISTED HEREIN

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL AS TO NORTHSTAR RX, LLC, UNDER FRCP 41(a)(1)(A)(i)**

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

hereby voluntarily dismisses Defendant Northstar RX, LLC from the below referenced actions in

the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to

bear its own attorneys' fees and costs.

| | |
|---|---|
| 2:16-cv-17092-KDE-MBN | Herron v. Sanofi S.A. et al |
| 2:16-cv-17094-KDE-MBN | Siler v. Sanofi S.A. et al |
| 2:16-cv-17103-KDE-MBN | Jones v. Sanofi S.A. et al |
| 2:16-cv-17106-KDE-MBN | Sullen v. Sanofi S.A. et al |
| 2:16-cv-17110-KDE-MBN | McKevain v. Sanofi S.A. et al |
| 2:16-cv-17114-KDE-MBN | Walker v. Sanofi S.A. et al |
| 2:16-cv-17119-KDE-MBN | Dawson v. Sanofi S.A. et al |
| 2:16-cv-17124-KDE-MBN | Coleman v. Sanofi S.A. et al |
| 2:16-cv-17131-KDE-MBN | Erkins v. Sanofi S.A. et al |
| 2:16-cv-17136-KDE-MBN | Jones v. Sanofi S.A. et al |
| 2:16-cv-17138-KDE-MBN | Jackson v. Sanofi S.A. et al |
| 2:16-cv-17139-KDE-MBN | Anderson v. Sanofi S.A. et al |
| 2:16-cv-17141-KDE-MBN | Spencer v. Sanofi S.A. et al |
| 2:16-cv-17142-KDE-MBN | Brown v. Sanofi S.A. et al |
| 2:16-cv-17144-KDE-MBN | Earnest v. Sanofi S.A. et al |

| | |
|---|---|
| 2:16-cv-17145-KDE-MBN | Harris v. Sanofi S.A. et al |
| 2:16-cv-17147-KDE-MBN | Section v. Sanofi S.A. et al |
| 2:16-cv-17151-KDE-MBN | Crawford v. Sanofi S.A. et al |
| 2:16-cv-17152-KDE-MBN | Granderson et al v. Sanofi S.A. et al |
| 2:16-cv-17154-KDE-MBN | Baker v. Sanofi S.A. et al |
| 2:16-cv-17155-KDE-MBN | Webb-McConnell v. Sanofi S.A. et al |
| 2:16-cv-17156-KDE-MBN | Selders v. Sanofi S.A. et al |
| 2:16-cv-17157-KDE-MBN | Clendenon v. Sanofi S.A. et al |
| 2:16-cv-17158-KDE-MBN | Hyde v. Sanofi S.A. et al |
| 2:16-cv-17160-KDE-MBN | Brown v. Sanofi S.A. et al |
| 2:16-cv-17161-KDE-MBN | McKenzie v. Sanofi S.A. et al |
| 2:16-cv-17162-KDE-MBN | Smith v. Sanofi S.A. et al |
| 2:16-cv-17163-KDE-MBN | Chappell v. Sanofi S.A. et al |
| 2:16-cv-17164-KDE-MBN | Clark v. Sanofi S.A. et al |
| 2:16-cv-17165-KDE-MBN | Chorak v. Sanofi S.A. et al |
| 2:16-cv-17166-KDE-MBN | Johnson v. Sanofi S.A. et al |
| 2:16-cv-17167-KDE-MBN | Gardner v. Sanofi S.A. et al |
| 2:16-cv-17168-KDE-MBN | Sheffield v. Sanofi S.A. et al |
| 2:16-cv-17169-KDE-MBN | Werning v. Sanofi S.A. et al |
| 2:16-cv-17170-KDE-MBN | Gillum v. Sanofi S.A. et al |
| 2:16-cv-17171-KDE-MBN | Bias v. Sanofi S.A. et al |
| 2:16-cv-17172-KDE-MBN | Burnstein v. Sanofi S.A. et al |
| 2:16-cv-17173-KDE-MBN | Walker v. Sanofi S.A. et al |
| 2:16-cv-17174-KDE-MBN | Champagne v. Sanofi S.A. et al |
| 2:16-cv-17175-KDE-MBN | Zenon v. Sanofi S.A. et al |
| 2:16-cv-17176-KDE-MBN | Hall v. Sanofi S.A. et al |
| 2:16-cv-17178-KDE-MBN | Holloway v. Sanofi S.A. et al |
| 2:16-cv-17179-KDE-MBN | St. Ann v. Sanofi S.A. et al |
| 2:16-cv-17180-KDE-MBN | Pickett v. Sanofi S.A. et al |
| 2:16-cv-17181-KDE-MBN | Kidd v. Sanofi S.A. et al |
| 2:16-cv-17182-KDE-MBN | Truehill v. Sanofi S.A. et al |
| 2:16-cv-17183-KDE-MBN | Petties v. Sanofi S.A. et al |
| 2:16-cv-17184-KDE-MBN | Roberts v. Sanofi S.A. et al |
| 2:16-cv-17185-KDE-MBN | Lewis v. Sanofi S.A. et al |
| 2:16-cv-17186-KDE-MBN | Justice v. Sanofi S.A. et al |
| 2:16-cv-17187-KDE-MBN | Forte v. Sanofi S.A. et al |
| 2:16-cv-17188-KDE-MBN | Hawkins v. Sanofi S.A. et al |
| 2:16-cv-17190-KDE-MBN | Chavez v. Sanofi S.A. et al |
| 2:16-cv-17195-KDE-MBN | Spivey v. Sanofi S.A. et al |
| 2:16-cv-17196-KDE-MBN | Kennedy v. Sanofi S.A. et al |
| 2:16-cv-17198-KDE-MBN | Davis v. Sanofi S.A. et al |

| | |
|---|---|
| 2:16-cv-17199-KDE-MBN | Turner v. Sanofi S.A. et al |
| 2:16-cv-17201-KDE-MBN | Dean v. Sanofi S.A. et al |
| 2:16-cv-17203-KDE-MBN | Allen, Betty v. Sanofi S.A. et al |
| 2:16-cv-17204-KDE-MBN | Stevenson v. Sanofi S.A. et al |
| 2:16-cv-17205-KDE-MBN | Hughes v. Sanofi S.A. et al |
| 2:16-cv-17206-KDE-MBN | Black v. Sanofi S.A. et al |
| 2:16-cv-17207-KDE-MBN | Papoulis v. Sanofi S.A. et al |
| 2:16-cv-17208-KDE-MBN | Howard v. Sanofi S.A. et al |
| 2:16-cv-17209-KDE-MBN | Jones v. Sanofi S.A. et al |
| 2:16-cv-17210-KDE-MBN | Jefferson v. Sanofi Aventis S.A. et al |
| 2:16-cv-17211-KDE-MBN | Bauer v. Sanofi S.A. et al |
| 2:16-cv-17212-KDE-MBN | McDowell v. Sanofi S.A. et al |
| 2:16-cv-17213-KDE-MBN | Thomas v. Sanofi S.A. et al |
| 2:16-cv-17214-KDE-MBN | Manigault v. Sanofi S.A. et al |
| 2:16-cv-17215-KDE-MBN | Williams v. Sanofi Aventis S.A. et al |
| 2:16-cv-17216-KDE-MBN | Samuels v. Sanofi S.A. et al |
| 2:16-cv-17218-KDE-MBN | Mitchell v. Sanofi S.A. et al |
| 2:16-cv-17219-KDE-MBN | Noe v. Sanofi S.A. et al |
| 2:16-cv-17220-KDE-MBN | Williams v. Sanofi S.A. et al |
| 2:16-cv-17222-KDE-MBN | Williams v. Sanofi S.A. et al |
| 2:16-cv-17223-KDE-MBN | Palmatier v. Sanofi S.A. et al |
| 2:16-cv-17224-KDE-MBN | Small v. Sanofi S.A. et al |
| 2:16-cv-17225-KDE-MBN | Nelson v. Sanofi S.A. et al |
| 2:16-cv-17226-KDE-MBN | Freeman v. Sanofi S.A. et al |
| 2:16-cv-17227-KDE-MBN | September v. Sanofi S.A. et al |
| 2:16-cv-17228-KDE-MBN | Pelfrey v. Sanofi S.A. et al |
| 2:16-cv-17231-KDE-MBN | Fuller v. Sanofi S.A. et al |
| 2:16-cv-17232-KDE-MBN | Tipton v. Sanofi S.A. et al |
| 2:16-cv-17235-KDE-MBN | Young v. Sanofi S.A. et al |
| 2:16-cv-17237-KDE-MBN | Anderson v. Sanofi S.A. et al |
| 2:16-cv-17239-KDE-MBN | Harris v. Sanofi S.A. et al |
| 2:16-cv-17240-KDE-MBN | Glanton v. Sanofi S.A. et al |
| 2:16-cv-17241-KDE-MBN | Waller v. Sanofi S.A. et al |
| 2:16-cv-17492-KDE-MBN | Willis v. Sanofi S.A. et al |
| 2:16-cv-17493-KDE-MBN | Ward v. Sanofi S.A. et al |
| 2:16-cv-17495-KDE-MBN | Walker vs. Sanofi S.A. et al |
| 2:16-cv-17496-KDE-MBN | Simmons v. Sanofi S.A. et al |
| 2:16-cv-17498-KDE-MBN | Anderson v. Sanofi S.A. et al |
| 2:16-cv-17499-KDE-MBN | Adams, Christa v. Sanofi S.A. et al |
| 2:16-cv-17501-KDE-MBN | Bentley v. Aventis Pharma S.A. et al |

| | |
|---|---|
| 2:16-cv-17502-KDE-MBN | Bingham v. Sanofi S.A. et al |
| 2:16-cv-17504-KDE-MBN | Keys v. Sanofi S.A. et al |
| 2:16-cv-17508-KDE-MBN | O'Brien vs. Sanofi S.A. et al |
| 2:16-cv-17509-KDE-MBN | Powell v. Sanofi S.A. et al |
| 2:16-cv-17512-KDE-MBN | Semeniuk v. Sanofi S.A. et al |
| 2:17-cv-00094-KDE-MBN | Tarver v. Sanofi SA et al |
| 2:17-cv-00096-KDE-MBN | Harbin v. Sanofi S.A. et al |
| 2:17-cv-00116-KDE-MBN | Mayfield v. Sanofi SA et al |
| 2:17-cv-00117-KDE-MBN | Russell v. Sanofi S.A. et al |
| 2:17-cv-00118-KDE-MBN | Austin v. Sanofi S.A. et al |
| 2:17-cv-00119-KDE-MBN | Cherem v. Sanofi S.A. et al |
| 2:17-cv-00381-KDE-MBN | Jackson v. Sanofi S.A. et al |
| 2:17-cv-00730-KDE-MBN | Colbert v. Sanofi S.A. et al |
| 2:17-cv-00734-KDE-MBN | Thornton v. Sanofi S.A. et al |
| 2:17-cv-00739-KDE-MBN | Goins v. Sanofi S.A. et al |
| 2:17-cv-00747-KDE-MBN | Peyton v. Sanofi S.A. et al |
| 2:17-cv-00751-KDE-MBN | Bice v. Sanofi S.A. et al |
| 2:17-cv-00756-KDE-MBN | Jefferson v. Sanofi S.A. et al |
| 2:17-cv-01738-KDE-MBN | Burks, v. Sanofi S.A. et al |
| 2:17-cv-00739-KDE-MBN | Goins v. Sanofi S.A., et al |
| 2:17-cv-00747-KDE-MBN | Peyton v. Sanofi S.A., et al |
| 2:17-cv-00734-KDE-MBN | Thornton v. Sanofi S.A., et al |
| 2:16-cv-17185-KDE-MBN | Lewis v. Sanofi S.A., et al |
| 2:17-cv-00730-KDE-MBN | Colbert v. Sanofi S.A., et al |
| 2:17-cv-01700-KDE-MBN | Hoy v. Sanofi S.A., et al |
| 2:17-cv-00751-KDE-MBN | Bice v. Sanofi S.A., et al |
| 2:17-cv-00756-KDE-MBN | Jefferson v. Sanofi S.A., et al |

*/s/ J. Christopher Elliott*
**Darin L. Schanker**
**J. Kyle Bachus**
**J. Christopher Elliott**
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
Email: celliott@coloradolaw.net
Attorneys for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/*J. Christopher Elliott*
J. Christopher Elliott