AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Mary Villa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:16-cv-17949-KDE-MBN |
| Sanofi-Aventis U.S. LLC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mary Villa                                                                                     .

Date:      04/14/2017                                              /s/ Carasusana B. Wall
                                                                          *Attorney's signature*

                                                                  Carasusana B. Wall (OH 0090234)
                                                                   *Printed name and bar number*

                                                                  6620 W. Central Ave., Suite 100
                                                                           Toledo, OH 43617

                                                                               *Address*

                                                                     cara@toledolaw.com
                                                                          *E-mail address*

                                                                       (419) 841-9623
                                                                        *Telephone number*

                                                                       (419) 841-9719
                                                                          *FAX number*