UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>*Faye Chandler v. Sanofi, S.A., et al.* | MDL No. 2740<br><br><br><br>Case No.: 2:16-cv-16147-KDE-MBN |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Paul McInnes LLP has changed its name to Paul LLP. The office address, telephone numbers and facsimile number remain the same; however, e-mail addresses have changed to reflect the paulllp.com domain name.

DATED: April 17, 2017

                **PAUL LLP**

                */s/ Richard M. Paul III*
                Richard M. Paul III
                Ashlea Schwarz
                601 Walnut Street, Suite 300
                Kansas City, Missouri 64106
                (816) 984-8100 (P)
                (816) 984-8101 (F)
                rick@paulllp.com
                ashlea@paulllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the April 17, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                                      */s/ Richard M. Paul III*