**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" ( 5) |
| | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO *Kimely Rivers v. Sanofi S.A., et al.,* No. 2:17-cv-00862-KDE-MBN | MAG. JUDGE MICHAEL B. NORTH |

**NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREFJUDICE AS TO DEFENDANT EAGLE PHARMACEUTICALS, INC.**

TO THE CLERK OF THE COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Eagle Pharmaceuticals, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 19th day of April, 2017.        Respectfully submitted,

                                                  */s/ Ryan L. Thompson*
                                                Ryan L. Thompson
                                                Texas Bar No. 24046969
                                                Paige Boldt
                                                Texas Bar No. 24082626
                                                WATTS GUERRA LLP
                                                5726 Hausman Rd. W., Ste. 119
                                                San Antonio, TX 78249
                                                Telephone: 866.529.9100
                                                Fax: 210.448.0501
                                                Email: rthompson@wattsguerra.com
                                                Email: pboldt@wattsguerra.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED:  April 19, 2017                           */s/ Ryan L. Thompson*
                                                       Ryan Thompson