UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, sanofi-aventis U.S. LLC, will bring for hearing the accompanying Motion for Disclosure of Non-Party Interested Entities or Persons on the 7th day of June, 2017, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

         Respectfully Submitted,

         /s/ *Douglas J. Moore*
         Douglas J. Moore (Bar No. 27706)
         **IRWIN FRITCHIE URQUHART & MOORE LLC**
         400 Poydras Street, Suite 2700
         New Orleans, LA  70130
         Telephone: 504-310-2100
         Facsimile:  504-310-2120
         dmoore@irwinllc.com

         Harley Ratliff
         Adrienne L. Byard
         **SHOOK, HARDY & BACON L.L.P.**
         2555 Grand Boulevard
         Kansas City, Missouri 64108
         Telephone: 816-474-6550
         Facsimile:  816-421-5547
         hratliff@shb.com
         abyard@shb.com

         *Counsel for sanofi-aventis U.S. LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*