# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" ( 5) |
| THIS DOCUMENT RELATES TO | HON. KURT D. ENGELHARDT |
| *Helen Morris; 2:17-cv-02342*<br>*Judy Gattoni; 2:17-cv-02345*<br>*Yvonne Sharp; 2:17-cv-02344*<br>*Katrina Jordan; 2:17-cv-02340*<br>*Vicki Autry; 2:17-cv-02361*<br>*Patricia Hollis; 2:17-cv-02354*<br>*Nichole Laliberte; 2:17-cv-02351* | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EAGLE PHARMACEUTICALS, INC.

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Eagle Pharmaceuticals, Inc. from the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  April 21, 2017                    Respectfully submitted,

*s/ David F. Miceli*
David F. Miceli (GA Bar No. 503900)
Holly Nighbert (MO Bar No. 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile  (618) 259-2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: April 21, 2017                    */s/ David F. Miceli*
David F. Miceli