MINUTE ENTRY
ENGELHARDT, J.
April 21, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                          MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION
                                                     SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES


A status conference was conducted on Friday, April 21, 2017, at 9:00 a.m. with

liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J.

Moore and John F. Olinde for the defendants.


(JS10:  1:10)