UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| Renita Brown, | MAG. JUDGE NORTH |
| | Amended COMPLANT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: 2:16-cv- 17298 |
| vs. Sanofi S.A., Aventis Pharma S.A., Sanofi U.S. Services Inc., Sanofi-Aventis U.S. LLC, and Sandoz Inc., | |
| Defendant(s). | |

Amended **SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff: Katherine Grace

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: _____Georgia_____

5. State in which Plaintiff(s) allege(s) injury: _____Georgia_____

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      [X] A. Sanofi S.A.

      [X] B. Aventis Pharma S.A.

      [X] C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      [X] D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      [X] A. Sandoz, Inc.

      [ ] B. Accord Healthcare, Inc.

      [ ] C. McKesson Corporation d/b/a McKesson Packaging

      [ ] D. Hospira Worldwide Inc.

      [ ] E. Hospira Inc

      [ ] F. Sun Pharma Global FZE

      [ ] G. Sun Pharma Global Inc.

      [ ] H. Caraco Pharmaceutical Laboratories Ltd.

      [ ] I. Pfizer Inc.

      [ ] J. Allergan Finance LLC f/k/a Actavis Inc.

      [ ] K. Actavis Pharma Inc.

2

☐ L. Other:

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Northern District, Newnan Division

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere

☐ B. Docefrez

☒ C. Docetaxel Injection

☒ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> April 2011 through August 2011
> October 2014 through February 2015

11. State in which Product(s) identified in question 9 was/were administered:

> Georgia

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Loss of hair

13. Counts in Master Complaint brought by Plaintiff(s):

   [x] Count I – Strict Products Liability - Failure to Warn
   [X] Count II – Strict Products Liability for Misrepresentation
   [X] Count III – Negligence
   [X] Count IV – Negligent Misrepresentation
   [X] Count V – Fraudulent Misrepresentation
   [X] Count VI – Fraudulent Concealment
   [X] Count VII – Fraud and Deceit
   [x] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

   [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

Terence J. Sweeney, Esq.
(NJ Bar Admission No.037631987)
Law Offices of Terence J. Sweeney, Esq.
44 Fairmount Avenue
Suite One
Chatham, NJ  07928
Telephone (973) 665-0400
Telecopier (973) 665-0401
Sweeneylawfirm@optonline.net

5