UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case #2:16-cv-17731
**************************************************************************

## MOTION TO CERTIFY CLASS

Now into court through undersigned counsel come plaintiffs, Sheila Matthews, Debra Chetta and Emily Barre who hereby move this honorable court to certify a class as set forth in the memo in support attached hereto and made a part hereof as if copies herein in extenso.

                                                   Respectfully Submitted,

                                                   /s/Val Patrick Exnicios
                                                   VAL PATRICK EXNICIOS (# 19563)
                                                   Liska, Exnicios & Nungesser
                                                   Attorneys-At-Law
                                                   1515 Poydras Street
                                                   14th Floor, Ste. 1400
                                                   New Orleans, LA.  70112
                                                   Telephone: (504) 410-9611
                                                   Facsimile: (504) 410-9937

                                                   and

                                                   Michael Stag
                                                   Law Offices of Smith Stag, L.L.C.
                                                   365 Canal St Ste 2850
                                                   New Orleans LA, 70130-1163
                                                   Telephone: (504) 593-9600
                                                   Facsimile: (504) 593-9601

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing pleading has been sent to counsel of record for all parties by delivery of same by the ECF system this 25th day of April, 2017.

                                            /s/Val Patrick Exnicios
                                            VAL PATRICK EXNICIOS