UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Case #2:16-cv-17731
**************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs' *Motion for Class Certification* is hereby set for submission before the Honorable Judge Kurt D. Engelhardt, on May 10, 2017, at 9:30 a.m.

    Respectfully Submitted,

    /s/Val Patrick Exnicios
    VAL PATRICK EXNICIOS (# 19563)
    Liska, Exnicios & Nungesser
    Attorneys-At-Law
    1515 Poydras Street
    14th Floor, Ste. 1400
    New Orleans, LA.  70112
    Telephone: (504) 410-9611
    Facsimile: (504) 410-9937

    and

    Michael Stag
    Law Offices of Smith Stag, L.L.C.
    365 Canal St Ste 2850
    New Orleans LA, 70130-1163
    Telephone: (504) 593-9600
    Facsimile: (504) 593-9601

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing pleading has been sent to counsel of record for all parties by delivery of same by the ECF system this 25th day of April, 2017.

                                      /s/Val Patrick Exnicios  
                                      VAL PATRICK EXNICIOS