UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>       PRODUCTS LIABILITY<br>       LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Case #2:16-cv-17731

*************************************************************************

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Sheila Matthews, Debra Chetta and Emily Barre, who respectfully requests oral argument on their Motion & Memorandum in Support of Motion to Certify Class.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court grant them permission to provide oral argument in relation to their Motion and Memorandum in Support of Motion to Certify Class.

                                            Respectfully submitted:

                                            /s/Val Patrick Exnicios
                                            VAL PATRICK EXNICIOS (# 19563)
                                            Liska, Exnicios & Nungesser
                                            Attorneys-At-Law
                                            1515 Poydras Street
                                            14th Floor, Ste. 1400
                                            New Orleans, LA.  70112
                                            Telephone: (504) 410-9611
                                            Facsimile: (504) 410-9937

                                            and

                                            Michael Stag (LA Bar #23314)
                                            Law Offices of Smith Stag, L.L.C.

365 Canal St Ste 2850  
New Orleans LA, 70130-1163  
Telephone: (504) 593-9600  
Facsimile: (504) 593-9601

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing pleading has been sent to counsel of record for all parties by delivery of same by the ECF system this 25th day of April, 2017.

                                /s/Val Patrick Exnicios  
                                VAL PATRICK EXNICIOS