UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case #2:16-cv-17731

*************************************************************************

### ORDER

Considering the foregoing Request for Oral Argument, same is hereby granted. It is hereby ordered that Plaintiffs' Motion to Certify Class will be heard on the 10th day of May, 2017 at 9:30 a.m.

Done and Ordered this _____ day of _____, 2017.

_____
JUDGE