UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
No. 2:16-cv-17731

**CONSENT MOTION TO RESET SUBMISSION DATE**
**ON PLAINTIFFS' MOTION TO CERTIFY CLASS**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, sanofi-aventis U.S. LLC, and, with the consent of counsel for Plaintiffs, Sheila Matthews, Debra Chetta, and Emily Barre, respectfully requests that this Court reset the submission date on Plaintiff's Motion to Certify Class, which is currently set for submission on May 10, 2017. (Rec. Doc. No. 342). Undersigned counsel has conferred with counsel for Plaintiffs and, with consent, now requests that the Court reset the submission date on the referenced Motion to Certify Class to June 21, 2017.

**WHEREFORE**, Defendant, sanofi-aventis U.S. LLC, respectfully requests that this Court reset the submission date on Plaintiffs' Motion to Certify Class to June 21, 2017.

Respectfully Submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*