UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
No. 2:16-cv-17731

# ORDER

Considering the Consent Motion to Reset Submission Date on Plaintiffs' Motion to Certify Class, filed by Defendant, sanofi-aventis U.S. LLC with the consent of counsel for Plaintiffs, Sheila Matthews, Debra Chetta, and Emily Barre;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and the submission date on Plaintiffs' Motion to Certify Class (Rec. Doc. No. 342) is hereby reset to June 21, 2017.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE