UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### SANOFI AND AVENTIS PHARMA S.A.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**NOW INTO COURT**, through undersigned counsel, come Defendants Sanofi[1] and Aventis Pharma S.A. (collectively, the "French Defendants"), which are French corporate affiliates of Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. For the reasons more fully set forth in the attached Memorandum in Support, because Plaintiffs can demonstrate no facts that would establish personal jurisdiction over the French Defendants in this action, all claims asserted against the French Defendants in MDL No. 2740 should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

**WHEREFORE**, Defendants, Sanofi and Aventis Pharma S.A., respectfully request that this Court dismiss all claims against them.

---

[1] Plaintiffs incorrectly refer to Sanofi as Sanofi S.A. While Sanofi is organized under French law as a Société Anonyme, the corporate designation is not part of the Company's name.

00410546

Respectfully Submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com


Harley V. Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com

*Counsel for Sanofi and Aventis Pharma S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2