# EXHIBIT C

**EXHIBIT C**

| | State | Long arm statute | Coextensive with Due Process? | Federal Case Citation |
|---|---|---|---|---|
| 1 | Alabama | Ala. R. Civ. P. 4.2(b) | Yes | *Sloss Indus. Corp. v. Eurisol*, 488 F.3d 922, 925 (11th Cir. 2007) |
| 2 | Arizona | Ariz. R. Civ. P. 4.2 | Yes | *Ochoa v. J.B. Martin and Sons Farms, Inc.*, 287 F.3d 1182, 1188 (9th Cir. 2002) |
| 3 | Arkansas | Ark. Code Ann. § 16-4-101(B) | Yes | *Fields v. Excel Investments, Inc.*, No. 1:05CV00093 JLH, 2006 WL 335359, at *1 (E.D. Ark. Feb. 13, 2006) |
| 4 | California | Cal. Civ. Proc. Code § 410.10 | Yes | *Yahoo! Inc. v. La Ligue Contre Le Racisme Et L'Antisemitisme*, 433 F.3d 1199, 1205 (9th Cir. 2006) (en banc) |
| 5 | Colorado | Colo. Rev. Stat. Ann. § 13-1-124 | Yes | *Dudnikov v. Chalk & Vermilion Fine Arts, Inc.*, 514 F.3d 1063, 1070 (10th Cir. 2008) |
| 6 | Delaware | Del. Code Ann. tit. 10, § 3104(c) | Yes | *TriStrata Technology, Inc. v. Emulgen Laboratories, Inc.*, 537 F. Supp. 2d 635, 639 (D. Del. 2008) |
| 7 | District of Columbia | D.C. Code Ann. § 13-423(a) | Yes | *COM SAT Corp. v. Finshipyards S.A.M.*, 900 F. Supp. 515, 520 (D.C. 1995) |
| 8 | Florida | Fla. Stat. Ann. § 48.193 | Yes | *Rebozo v. Washington Post Co.*, 515 F. 2d 1208, 1213 (5th Cir. 1975) |
| 9 | Georgia | Ga. Code Ann. § 9-10-91 | No | *Diamond Crystal Brands, Inc. v. Food Movers Int'l, Inc.*, 593 F.3d 1249, 1259 (11th Cir. 2010) |

|    | **State** | **Long arm statute** | **Coextensive with Due Process?** | **Federal Case Citation** |
|----|-----------|----------------------|-----------------------------------|----------------------------|
| 10 | Idaho | Idaho Code Ann. § 5-514 | Yes | *Lake v. Lake*, 817 F.2d 1416, 1420 (9th Cir. 1987) |
| 11 | Illinois | 735 Ill. Comp. Stat. Ann. 5/2-209(c) | Yes | *Costello v. Haller*, No. 05 C 0726, 2006 WL 1762131, at *1–2 (N.D. Ill. June 20, 2006); *Hyatt Intern. Corp. v. Coco*, 302 F.3d 707, 715–16 (7th Cir. 2002) |
| 12 | Indiana | Ind. R. Trial P. 4.4 | Yes | *Gallert v. Courtaulds Packaging Co.*, 4 F. Supp. 2d 825, 829 (S.D. Ind. 1998) |
| 13 | Iowa | Iowa R. Civ. P. 1.306 | Yes | *McCabe v. Basham*, 450 F. Supp. 2d 916, 922 (N.D. Iowa 2006) |
| 14 | Kansas | Kan. Stat. Ann. § 60-308 | Yes | *OMI Holdings, Inc. v. Royal Ins. Co. of Canada*, 149 F.3d 1086, 1090 (10th Cir. 1998) |
| 15 | Kentucky | Ky. Rev. Stat. Ann. § 454.210(2) | No | *Modern Holdings, LLC v. Corning Inc.*, 2015 WL 1481443, at *5 (E.D. Ky., 2015) |
| 16 | Louisiana | La. Stat. Ann. § 13:3201 | Yes | *Patin v. Thoroughbred Power Boats Inc.*, 294 F.3d 640, 652 (5th Cir. 2002) |
| 17 | Maine | Me. Rev. Stat. Ann. tit. 14, § 704-A | Yes | *Angela Adams Licensing, LLC v. Dynamic Rugs, Inc.*, 463 F. Supp. 2d 82, 83–84 (D. Me. 2006) |
| 18 | Maryland | Md. Code Ann., Cts. & Jud. Proc. § 6-103 | Yes | *ALS Scan, Inc. v. Digital Serv. Consultants, Inc.*, 293 F.3d 707, 710 (4th Cir. 2002) |

8129660 v3

|    | **State** | **Long arm statute** | **Coextensive with Due Process?** | **Federal Case Citation** |
|----|-----------|----------------------|-----------------------------------|---------------------------|
| 19 | Massachusetts | Mass. Gen. Laws Ann. ch. 223A, § 3 | Yes | *Cambridge Literary Properties, Ltd. v. W. Goebel Porzellanfabrik G.m.b.H. & Co. Kg.*, 295 F.3d 59, 63 (1st Cir. 2002) |
| 20 | Michigan | Mich. Comp. Laws Ann. § 600.705 | Yes | *Lifestyle Lift Holding Co., Inc. v. Prendiville*, 768 F. Supp. 2d 929, 933 (E.D. Mich. 2011). |
| 21 | Minnesota | Minn. Stat. Ann. § 543.19 | Yes | *St. Paul Fire & Marine Ins. Co. v. Courtney Enterprises, Inc.*, 270 F.3d 621, 623 (8th Cir. 2001) |
| 22 | Mississippi | Miss. Code Ann. § 13-3-57 | No | *Paz v. Brush Engineered Materials, Inc.*, 445 F.3d 809, 813 (5th Cir. 2006) |
| 23 | Missouri | Mo. Rev. Stat. § 506.500 | Yes | *Porter v. Berall*, 293 F.3d 1073, 1075 (8th Cir. 2002) |
| 24 | Montana | Mont. R. Civ. P. 4(b) | Yes | *King v. Am. Family Mut. Ins. Co.*, 632 F.3d 570, 578-79 (9th Cir. 2011) |
| 25 | New Jersey | N.J. Ct. R. 4:4-4 | Yes | *Gerald Chamales Corp. v. Oki Data Americas, Inc.*, 557 F. Supp. 2d 494, 498 (D.N.J. 2008); *Miller Yacht Sales, Inc. v. Smith*, 384 F.3d 93, 96 (3d Cir. 2004), citing *Charles Gendler & Co. v. Telecom Equip. Corp.*, 508 A.2d 1127, 1131 (1986) |
| 26 | New Mexico | N.M. Stat. Ann. § 38-1-16 | Yes | *Res. Assocs. Grant Writing & Evaluation Servs., Inc. v. Southampton Union Free Sch. Dist.*, 193 F. Supp. 3d 1200, 1220 (D.N.M. 2016) |
| 27 | New York | N.Y. C.P.L.R. 302 | No | *A.W.L.I. Grp., Inc. v. Amber Freight Shipping Lines*, 828 F. Supp. 2d 557, 563-74 (E.D.N.Y. 2011) |

|    | **State** | **Long arm statute** | **Coextensive with Due Process?** | **Federal Case Citation** |
|----|-----------|----------------------|-----------------------------------|---------------------------|
| 28 | North Carolina | N.C. Gen. Stat. Ann. § 1-75.4 | Yes | *Christian Sci. Bd. of Directors of First Church of Christ, Scientist v. Nolan*, 259 F.3d 209, 215 (4th Cir. 2001) |
| 29 | Ohio | Ohio Rev. Code Ann. § 2307.382 | No | *Conn v. Zakharov*, 667 F.3d 705, 712 (6th Cir. 2012) |
| 30 | Oklahoma | Okla. Stat. Ann. tit. 12, § 2004 | Yes | *Shrader v. Biddinger*, 633 F.3d 1235, 1239 (10th Cir. 2011) |
| 31 | Oregon | Or. R. Civ. P. 4 | Yes | *Dubois v. All Am. Transp., Inc.*, No. CIV. 05-1765-JE, 2006 WL 2054640, at *2 (D. Or. July 24, 2006) |
| 32 | Pennsylvania | 42 Pa. Stat. and Cons. Stat. Ann. § 5322 | Yes | *Cali v. E. Coast Aviation Servs., Ltd.*, 178 F. Supp. 2d 276, 285 (E.D.N.Y. 2001), citing *Mellon Bank (E.) PSFS, Nat. Ass'n v. Farino*, 960 F.2d 1217, 1221 (3d Cir. 1992) |
| 33 | Puerto Rico | P.R. Laws Ann. 32, App. III, Rule 4.7(a) | Yes | *Ramos v. Hyundai Motor Co.*, 431 F. Supp. 2d 209, 213–14 (D.P.R. 2006), aff'd sub nom., *Diaz-Ramos v. Hyundai Motor Co.*, 501 F.3d 12 (1st Cir. 2007) |
| 34 | South Carolina | S.C. Code Ann. § 36-2-803 | Yes | *Foster v. Arletty 3 Sarl*, 278 F.3d 409, 414 (4th Cir. 2002) |
| 35 | Tennessee | Tenn. Code Ann. § 20-2-214 | Yes | *Southern Mach. Co. v. Mohasco Industries, Inc.*, 401 F.2d 374, 377 (6th Cir. 1968) |
| 36 | Texas | Tex. Civ. Prac. & Rem. Code Ann. § 17.042 | Yes | *Mullins v. TestAmerica, Inc.*, 564 F.3d 386, 398 (5th Cir. 2009) |
| 37 | Utah | Utah Code Ann. § 78B-3-201 | Yes | *Greer v. Safeway*, 317 F. App'x 838, 841 (10th Cir. 2009) |

|    | **State** | **Long arm statute** | **Coextensive with Due Process?** | **Federal Case Citation** |
|----|-----------|----------------------|-----------------------------------|---------------------------|
| 38 | Vermont | Vt. Stat. Ann. tit. 12, § 913 | Yes | *Metro. Life Ins. Co. v. Robertson-Ceco Corp.*, 84 F.3d 560, 567 (2d Cir. 1996) |
| 39 | Virginia | Va. Code Ann. § 8.01-328.1 | Yes | *Consulting Engineers Corp. v. Geometric Ltd.*, 561 F.3d 273, 277 (4th Cir. 2009) |
| 40 | Washington | Wash. Rev. Code Ann. § 4.28.185 | Yes | *Dokoozian Constr. LLC v. Exec. Risk Specialty Ins. Co.*, No. C15-703 MJP, 2015 WL 12085859, at *1 (W.D. Wash. July 28, 2015) |
| 41 | West Virginia | W. Va. Code Ann. § 56-3-33 | Yes | *Bryan v. U.S. Dept. of Justice*, No. 1:07-cv-101, 2007 WL 2892967, at *2 (N.D.W. Va. Sept. 28, 2007) |
| 42 | Wisconsin | Wis. Stat. Ann. § 801.05 | Yes | *Fabry Glove & Mitten Co. v. Spitzer*, 908 F. Supp. 625, 630 (E.D. Wis. 1995) |