UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| _____<br>Robbiegene Sturges,<br><br>       Plaintiff,<br><br>vs.<br><br>SANOFI S.A.,<br>AVENTIS PHARMA S.A., and<br>SANOFI-AVENTIS U.S. LLC,<br><br>       Defendant(s). | : : : : : : : : : : : : : | **Stipulation of Dismissal with Prejudice**<br><br>Civil Action No.:16-cv-16732 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 30th day of April, 2017.

| | |
|---|---|
| JOHNSON BECKER, PLLC | IRWIN FRITCHIE URQUHART & MOORE |
| /s/ Alexandra Robertson | /s/ Douglas J. Moore |
| Alexandra Robertson, Esq.<br>Timothy J. Becker, Esq.<br>444 Cedar Street<br>Suite 1800<br>St. Paul, MN 55101<br>Phone: 612-436-1800<br>Fax: 612-436-1801<br>Email: tbecker@johnsonbecker.com | Douglas J. Moore, Esq.<br>400 Poydras St.<br>Suite 2700<br>New Orleans, LA 70130<br>Phone: 504-310-2100<br>Fax: 504-310-2100<br>Email: dmoore@irwinllc.com |
| Attorney for Plaintiff | Attorney for Defendants |