# MDL 2740 – *In Re: Taxotere (Docetaxel) Products Liability Litigation*
## Liaison Counsel Meeting Agenda
## April 21, 2017

1. Status of State Court Cases
    a. City of St. Louis
    b. Delaware
    c. California
    d. Remand Motion/Hearing Schedule

2. Revised MDL Centrality Order, PFS/DFS Implementation Order, and Short Form Complaint

3. Multi-Plaintiff Cases

4. Defendant Proposed Voluntary Dismissal Order

5. Status of ESI

6. Status of Fact Sheets

7. Discovery timeline and bellwether protocol

8. Science Day (May 3 at 8:30 a.m.)

9. 505(b)(2) Settlement Committee

Exhibit "A"