# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| BRENDA BURNEY | ) | IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION |
| *Plaintiff* | ) | MDL NO. 2740 |
| v. | ) | THIS PLEADING APPLES TO: |
| SANOFI S.A. ET AL | ) | Case No.   16-15280 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF. BRENDA BURNEY                                                                                           .

Date:   05/02/2017

s/ J. Kyle Bachus
*Attorney's signature*

J. Kyle Bachus (Colorado Bar #24441)
*Printed name and bar number*

1899 Wynkoop Street, Suite 700
Denver, Colorado 80202

*Address*

kyle.bachus@coloradolaw.net
*E-mail address*

*Telephone number*

*FAX number*