AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JENIFFER L. CLINKSCALES <br> *Plaintiff* <br> v. <br> SANOFI S.A. ET AL <br> *Defendant* | IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br> MDL NO. 2740 <br> THIS PLEADING APPLES TO: <br> Case No.   16-15324 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF. JENNIFER CLINKSCALES                              .

Date:  05/02/2017

s/ J. Kyle Bachus
*Attorney's signature*

J. Kyle Bachus (Colorado Bar #24441)
*Printed name and bar number*

1899 Wynkoop Street, Suite 700
Denver, Colorado 80202

*Address*

kyle.bachus@coloradolaw.net
*E-mail address*

*Telephone number*

*FAX number*