AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
|  | ) | IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION |
| SANDRA KLOCK | ) | MDL NO. 2740 |
| *Plaintiff* | ) | THIS PLEADING APPLES TO: |
| v. | ) | Case No.    16-14197 |
| SANOFI S.A. ET AL | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF. SANDRA KLOCK                                                                                              .

Date:        05/02/2017                                           s/ J. Kyle Bachus
                                                                                   *Attorney's signature*

                                                                   J. Kyle Bachus (Colorado Bar #24441)
                                                                          *Printed name and bar number*

                                                                     1899 Wynkoop Street, Suite 700
                                                                            Denver, Colorado 80202
                                                                                        *Address*

                                                                     kyle.bachus@coloradolaw.net
                                                                                  *E-mail address*

                                                                               *Telephone number*

                                                                                  *FAX number*