UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          :       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION        :
                                     :       SECTION "N" (5)
_____      :       JUDGE ENGELHARDT
Mary Burkhalter,                     :       MAG. JUDGE NORTH
                                     :
        Plaintiff,                   :       **Stipulation of Dismissal with Prejudice**
                                     :
vs.                                  :       Civil Action No.:17-cv-00833
                                     :
SANOFI S.A.,                         :
AVENTIS PHARMA S.A., and             :
SANOFI-AVENTIS U.S. LLC,             :
                                     :
        Defendant(s).                :
----------------------------------------------------- :

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with

prejudice, each party to bear its own costs. The parties specifically understand and agree that all

applicable statutes of limitation and prescriptive periods are not tolled by the filing of this

Stipulation of Dismissal.

        Dated this 3rd day of May, 2017.

JOHNSON BECKER, PLLC                         IRWIN FRITCHIE URQUHART & MOORE


 _/s/ Alexandra Robertson_____       _/s/ Douglas J. Moore_____
Alexandra Robertson, Esq.                    Douglas J. Moore, Esq.
Timothy J. Becker, Esq.                      400 Poydras St.
444 Cedar Street                             Suite 2700
Suite 1800                                   New Orleans, LA 70130
St. Paul, MN 55101                           Phone: 504-310-2100
Phone: 612-436-1800                          Fax: 504-310-2100
Fax: 612-436-1801                            Email:  dmoore@irwinllc.com
Email: tbecker@johnsonbecker.com

Attorney for Plaintiff                       Attorney for Defendants