MINUTE ENTRY
ENGELHARDT, J.
May 3, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)             MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

      An informational status conference was conducted on Wednesday, May 3, 2017, at 8:30 a.m. A complete list of attendees is attached hereto.

(JS10: 0:70)