# In Re: Taxotere (Docetaxel) Products Liability Litigation

## Science Day Presentations Attendance List

### May 3, 2017

**Plaintiffs' List of Attendees:**

1. Chris Coffin
2. Karen Menzies
3. Dawn Barrios
4. Palmer Lambert
5. Magan Ennis
6. Kyle Bachus
7. Dave Miceli
8. Dan Markoff
9. Genevieve Zimmerman
10. Jessica Perez Reynolds
11. Ben Gordon
12. Irving Warshauer
13. Mark Niemeyer
14. Dennis Reich
15. Darin Schanker
16. Chris Pinedo
17. Nicole Porter

18. Alyssa White

19. Rashmi Partha

**Sanofi's List of Attendees:**

1. Douglas Moore

2. Harley Ratliff

3. Adrienne Byard

4. Jon Strongman

5. Harvey Kaplan

6. Bruce Nagel

7. Brian Rudick

8. Kelly Brilleaux

9. Erin Leslie

**505(b)(2) Defendants' List of Attendees:**

1. Michael Suffern

2. R. Clifton Merrell

3. Lori G. Cohen

4. Deborah B. Rouen

5. William Hoffman

6. Mara Cusker Gonzales

7. Mark Cheffo

8. Diana Sterk

9. Julie Fink

10. Peter Rotolo

11. Chad Sullivan

12. William Mendolia

13. John Olinde