MINUTE ENTRY
ENGELHARDT, J.
May 3, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

     A status conference was conducted on Wednesday, May 3, 2017, at 9:30 a.m. with settlement committee attorney members. A complete list of attendees is attached hereto.

(JS10: 0:60)