PTO Received: _____

Trial Set: _____
Jury/Non-Jury

# TAXOTERE
### PLAINTIFF(S)

VERSUS

_____
### DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

16 M.D. 2740

Magistrate: _____

Settlement Committee Members.

*******************************************************************

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: 5-3-17          TIME: 9:30 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Douglas Moore | Irwin | Δ Sanofi |
| John Olinde | Chaffe, McCall | Δ Hospira |
| Jon Strongman | SHB | Δ Sanofi |
| HARVEY KAPLAN | SHB (retired) | Δ Sanofi |
| Brian Rudick | Solo | Δ Sanofi |
| Bruce Nagel | Nagel Rice | Δ Sanofi |

PTO Received: _____

Trial Set: _____
_____ Jury/Non-Jury

_____
**PLAINTIFF(S)**

CIVIL/CRIMINAL ACTION NO.:

**VERSUS**

_____

_____
**DEFENDANT(S)**

Magistrate: _____

*******************************************************************

CONFERENCE: _____ PRE-TRIAL _____STATUS _____SETTLEMENT

DATE: _____ TIME: _____

# PLEASE PRINT          PLEASE PRINT          PLEASE PRINT

| NAME | FIRM | REPRESENT |
| --- | --- | --- |
| Dennis Reich | Reich & Binstock LLP | PHS |
| Irving Warshauer | Gainsburgh Benjamin | Pls |
| Mark Niemeyer | Niemeyer, Grebel & Kruse | TT |
| Ben Gordon | Levin Papantonio | TT |
| Dawn Barrios | Barrios Kingsdorf | PLC |
| Palmer Lambert | Gainsburgh Benjamin | PLC |