UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO CASES LISTED HEREIN | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL AS TO PFIZER, INC., UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby give notice of plaintiffs' voluntary dismissal of all claims asserted against the defendant Pfizer, Inc. in the Complaints previously filed in the following proceedings, with each party bearing its own fees and costs:

| | |
|---|---|
| 2:16-cv-17092-KDE-MBN | Herron v. Sanofi S.A. et al |
| 2:16-cv-17094-KDE-MBN | Siler v. Sanofi S.A. et al |
| 2:16-cv-17103-KDE-MBN | Jones v. Sanofi S.A. et al |
| 2:16-cv-17106-KDE-MBN | Sullen v. Sanofi S.A. et al |
| 2:16-cv-17110-KDE-MBN | McKevain v. Sanofi S.A. et al |
| 2:16-cv-17119-KDE-MBN | Dawson v. Sanofi S.A. et al |
| 2:16-cv-17124-KDE-MBN | Coleman v. Sanofi S.A. et al |
| 2:16-cv-17136-KDE-MBN | Jones v. Sanofi S.A. et al |
| 2:16-cv-17138-KDE-MBN | Jackson v. Sanofi S.A. et al |
| 2:16-cv-17139-KDE-MBN | Anderson v. Sanofi S.A. et al |
| 2:16-cv-17141-KDE-MBN | Spencer v. Sanofi S.A. et al |
| 2:16-cv-17142-KDE-MBN | Brown v. Sanofi S.A. et al |
| 2:16-cv-17144-KDE-MBN | Earnest v. Sanofi S.A. et al |
| 2:16-cv-17145-KDE-MBN | Harris v. Sanofi S.A. et al |
| 2:16-cv-17147-KDE-MBN | Section v. Sanofi S.A. et al |

| Case Number | Case Name |
|---|---|
| 2:16-cv-17151-KDE-MBN | Crawford v. Sanofi S.A. et al |
| 2:16-cv-17154-KDE-MBN | Baker v. Sanofi S.A. et al |
| 2:16-cv-17155-KDE-MBN | Webb-McConnell v. Sanofi S.A. et al |
| 2:16-cv-17156-KDE-MBN | Selders v. Sanofi S.A. et al |
| 2:16-cv-17157-KDE-MBN | Clendenon v. Sanofi S.A. et al |
| 2:16-cv-17158-KDE-MBN | Hyde v. Sanofi S.A. et al |
| 2:16-cv-17161-KDE-MBN | McKenzie v. Sanofi S.A. et al |
| 2:16-cv-17163-KDE-MBN | Chappell v. Sanofi S.A. et al |
| 2:16-cv-17164-KDE-MBN | Clark v. Sanofi S.A. et al |
| 2:16-cv-17165-KDE-MBN | Chorak v. Sanofi S.A. et al |
| 2:16-cv-17166-KDE-MBN | Johnson v. Sanofi S.A. et al |
| 2:16-cv-17167-KDE-MBN | Gardner v. Sanofi S.A. et al |
| 2:16-cv-17169-KDE-MBN | Werning v. Sanofi S.A. et al |
| 2:16-cv-17171-KDE-MBN | Bias v. Sanofi S.A. et al |
| 2:16-cv-17172-KDE-MBN | Burnstein v. Sanofi S.A. et al |
| 2:16-cv-17173-KDE-MBN | Walker v. Sanofi S.A. et al |
| 2:16-cv-17174-KDE-MBN | Champagne v. Sanofi S.A. et al |
| 2:16-cv-17176-KDE-MBN | Hall v. Sanofi S.A. et al |
| 2:16-cv-17179-KDE-MBN | St. Ann v. Sanofi S.A. et al |
| 2:16-cv-17180-KDE-MBN | Pickett v. Sanofi S.A. et al |
| 2:16-cv-17182-KDE-MBN | Truehill v. Sanofi S.A. et al |
| 2:16-cv-17183-KDE-MBN | Petties v. Sanofi S.A. et al |
| 2:16-cv-17184-KDE-MBN | Roberts v. Sanofi S.A. et al |
| 2:16-cv-17185-KDE-MBN | Lewis v. Sanofi S.A. et al |
| 2:16-cv-17186-KDE-MBN | Justice v. Sanofi S.A. et al |
| 2:16-cv-17187-KDE-MBN | Forte v. Sanofi S.A. et al |
| 2:16-cv-17198-KDE-MBN | Davis v. Sanofi S.A. et al |
| 2:16-cv-17201-KDE-MBN | Dean v. Sanofi S.A. et al |
| 2:16-cv-17203-KDE-MBN | Allen, Sherrell. Sanofi S.A. et al |
| 2:16-cv-17204-KDE-MBN | Stevenson v. Sanofi S.A. et al |
| 2:16-cv-17206-KDE-MBN | Black v. Sanofi S.A. et al |
| 2:16-cv-17207-KDE-MBN | Papoulis v. Sanofi S.A. et al |
| 2:16-cv-17208-KDE-MBN | Howard v. Sanofi S.A. et al |
| 2:16-cv-17209-KDE-MBN | Jones v. Sanofi S.A. et al |
| 2:16-cv-17210-KDE-MBN | Jefferson v. Sanofi Aventis S.A. et al |
| 2:16-cv-17211-KDE-MBN | Bauer v. Sanofi S.A. et al |
| 2:16-cv-17212-KDE-MBN | McDowell v. Sanofi S.A. et al |
| 2:16-cv-17213-KDE-MBN | Thomas v. Sanofi S.A. et al |
| 2:16-cv-17214-KDE-MBN | Manigault v. Sanofi S.A. et al |
| 2:16-cv-17215-KDE-MBN | Williams v. Sanofi Aventis S.A. et al |

| Case Number | Case Name |
|---|---|
| 2:16-cv-17216-KDE-MBN | Samuels v. Sanofi S.A. et al |
| 2:16-cv-17218-KDE-MBN | Mitchell v. Sanofi S.A. et al |
| 2:16-cv-17219-KDE-MBN | Noe v. Sanofi S.A. et al |
| 2:16-cv-17222-KDE-MBN | Williams v. Sanofi S.A. et al |
| 2:16-cv-17223-KDE-MBN | Palmatier v. Sanofi S.A. et al |
| 2:16-cv-17224-KDE-MBN | Small v. Sanofi S.A. et al |
| 2:16-cv-17225-KDE-MBN | Nelson v. Sanofi S.A. et al |
| 2:16-cv-17226-KDE-MBN | Freeman v. Sanofi S.A. et al |
| 2:16-cv-17227-KDE-MBN | September v. Sanofi S.A. et al |
| 2:16-cv-17228-KDE-MBN | Pelfrey v. Sanofi S.A. et al |
| 2:16-cv-17232-KDE-MBN | Tipton v. Sanofi S.A. et al |
| 2:16-cv-17235-KDE-MBN | Young v. Sanofi S.A. et al |
| 2:16-cv-17239-KDE-MBN | Harris v. Sanofi S.A. et al |
| 2:16-cv-17240-KDE-MBN | Glanton v. Sanofi S.A. et al |
| 2:16-cv-17492-KDE-MBN | Willis v. Sanofi S.A. et al |
| 2:16-cv-17493-KDE-MBN | Ward v. Sanofi S.A. et al |
| 2:16-cv-17496-KDE-MBN | Simmons v. Sanofi S.A. et al |
| 2:16-cv-17499-KDE-MBN | Adams v. Sanofi S.A. et al |
| 2:16-cv-17501-KDE-MBN | Bentley v. Aventis Pharma S.A. et al |
| 2:16-cv-17508-KDE-MBN | O'Brien vs. Sanofi S.A. et al |
| 2:16-cv-17509-KDE-MBN | Powell v. Sanofi S.A. et al |
| 2:17-cv-00094-KDE-MBN | Tarver v. Sanofi SA et al |
| 2:17-cv-00096-KDE-MBN | Harbin v. Sanofi S.A. et al |
| 2:17-cv-00116-KDE-MBN | Mayfield v. Sanofi SA et al |
| 2:17-cv-00117-KDE-MBN | Russell v. Sanofi S.A. et al |
| 2:17-cv-00118-KDE-MBN | Austin v. Sanofi S.A. et al |
| 2:17-cv-00119-KDE-MBN | Cherem v. Sanofi S.A. et al |
| 2:17-cv-00730-KDE-MBN | Colbert v. Sanofi S.A. et al |
| 2:17-cv-00734-KDE-MBN | Thornton v. Sanofi S.A. et al |
| 2:17-cv-00739-KDE-MBN | Goins v. Sanofi S.A. et al |
| 2:17-cv-00747-KDE-MBN | Peyton v. Sanofi S.A. et al |
| 2:17-cv-00751-KDE-MBN | Bice v. Sanofi S.A. et al |
| 2:17-cv-00756-KDE-MBN | Jefferson v. Sanofi S.A. et al |
| 2:17-cv-00918-KDE-MBN | Vandiver v. Sanofi S.A. et al |
| 2:17-cv-02733-KDE-MBN | Chandler v. Sanofi S.A. et al |
| 2:17-cv-02396-KDE-MBN | Rouse v. Sanofi S.A. et al |
| 2:17-cv-01738-KDE-MBN | Burks v. Sanofi S.A. et al |
| 2-17-cv-02309-KDE-MBN | Davis v. Sanofi S.A. et al |
| 2:17-cv-01951-KDE-MBN | Key v. Sanofi S.A. et al |
| 2:17-cv-01844-KDE-MBN | Sims v. Sanofi S.A. et al |
| 2:17-cv-02397-KDE-MBN | Jones v. Sanofi S.A. et al |

| | |
|---|---|
| 2:16-cv-17970-KDE-MBN | Hurley v. Sanofi S.A. et al |
| 2:17-cv-01739-KDE-MBN | Hamilton v. Sanofi S.A. et al |

*s/ J. Christopher Elliott*
**Darin L. Schanker**
**J. Kyle Bachus**
**J. Christopher Elliott**
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
Email: celliott@coloradolaw.net
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

s/*J. Christopher Elliott*
J. Christopher Elliott