UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| *This filing pertains to all cases where* | * | |
| *Accord Healthcare, Inc. is named* | * | JUDGE KURT D. ENGLEHARDT |
| *as a defendant* | * | |
| | * | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Julie A. Callsen of the law firm Tucker Ellis LLP, 950 Main Avenue, Suite 1100, Cleveland, OH 44113-7213, Telephone: 216.696.2286; Facsimile: 216.592.5009, as additional counsel for Defendant, Accord Healthcare, Inc.

                              RESPECTFULLY SUBMITTED:

                        BY:  /s/John P. Wolff, III
                            JOHN P. WOLFF, III, TA #14504
                            NANCY B. GILBERT, Bar #23095
                            CHAD A. SULLIVAN, Bar #27657
                            RICHARD W. WOLFF, Bar #34844
                            KEOGH, COX & WILSON, LTD.
                            701 Main Street
                            Post Office Box 1151
                            Baton Rouge, Louisiana  70821
                            Telephone:  (225) 383-3796
                            Fax: (225) 343-9612
                            ***Attorneys for Defendant, Accord Healthcare, Inc.***
                            Email: jwolff@keoghcox.com
                                        ngilbert@keoghcox.com
                                        csullivan@keoghcox.com
                                        rwolff@keoghcox.com