UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Vera Brooks, et al., v. Sanofi S.A., et al,* 17: 3897

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                              Respectfully submitted,

                                              /s/ Christopher LoPalo
                                             Christopher LoPalo, Esq.
                                             Napoli Shkolnik PLLC
                                             400 Broadhollow Rd. Suite 305
                                             Melville, NY 11747
                                             Tel: (212) 397-1000
                                             Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                                                   /s/ Christopher LoPalo
                                                                  Christopher LoPalo, Esq.