UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Mary Bryant, et al., v. Sanofi S.A., et al,* 17: 3901

*****************************************************************************

### ENTRY OF APPEARANCE

TO THE CLERK:

 Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                Respectfully submitted,

                  /s/ Christopher LoPalo
                Christopher LoPalo, Esq.
                Napoli Shkolnik PLLC
                400 Broadhollow Rd. Suite 305
                Melville, NY 11747
                Tel: (212) 397-1000
                Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                                     /s/ Christopher LoPalo
                                                                 Christopher LoPalo, Esq.