UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Diane Chappell, et al., v. Sanofi S.A., et al,* 17: 3906

*************************************************************************

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                           Respectfully submitted,

                                           /s/ Christopher LoPalo
                                         Christopher LoPalo, Esq.
                                         Napoli Shkolnik PLLC
                                         400 Broadhollow Rd. Suite 305
                                         Melville, NY 11747
                                         Tel: (212) 397-1000
                                         Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                    /s/ Christopher LoPalo
                                             Christopher LoPalo, Esq.