**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**         MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)


JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Letha Davis, et al., v. Sanofi S.A., et al,* 17: 3912

*************************************************************************

**ENTRY OF APPEARANCE**

TO THE CLERK:

     Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 12, 2017

                              Respectfully submitted,


                              /s/ Christopher LoPalo
                              Christopher LoPalo, Esq.
                              Napoli Shkolnik PLLC
                              400 Broadhollow Rd. Suite 305
                              Melville, NY 11747
                              Tel: (212) 397-1000
                              Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

   /s/ Christopher LoPalo
Christopher LoPalo, Esq.