UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Shari Goggans, et al., v. Sanofi S.A., et al,* 17: 3937

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                              Respectfully submitted,

                              /s/ Christopher LoPalo
                              Christopher LoPalo, Esq.
                              Napoli Shkolnik PLLC
                              400 Broadhollow Rd. Suite 305
                              Melville, NY 11747
                              Tel: (212) 397-1000
                              Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                 /s/ Christopher LoPalo
                                          Christopher LoPalo, Esq.