# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Ada Haywood, et al., v. Sanofi S.A., et al,* 17:3941

**************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                        Respectfully submitted,

                        /s/ Christopher LoPalo
                        Christopher LoPalo, Esq.
                        Napoli Shkolnik PLLC
                        400 Broadhollow Rd. Suite 305
                        Melville, NY 11747
                        Tel: (212) 397-1000
                        Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                     /s/ Christopher LoPalo  
                                                 Christopher LoPalo, Esq.