# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "N" (5)


                                               JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:

*Gail Livings, et al., v. Sanofi S.A., et al,* 17: 3968

**********************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

        Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 12, 2017

                                        Respectfully submitted,


                                          /s/ Christopher LoPalo
                                        Christopher LoPalo, Esq.
                                        Napoli Shkolnik PLLC
                                        400 Broadhollow Rd. Suite 305
                                        Melville, NY 11747
                                        Tel: (212) 397-1000
                                        Clopalo@napolilaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

<u>  /s/ Christopher LoPalo</u>
Christopher LoPalo, Esq.