**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | |
| | SECTION "N" (5) |
| | |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | |

*Wanda Locke, et al., v. Sanofi S.A., et al,* 17: 3977

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                                        Respectfully submitted,

                                                        /s/ Christopher LoPalo
                                                      Christopher LoPalo, Esq.
                                                      Napoli Shkolnik PLLC
                                                      400 Broadhollow Rd. Suite 305
                                                      Melville, NY 11747
                                                      Tel: (212) 397-1000
                                                      Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                /s/ Christopher LoPalo
                                           Christopher LoPalo, Esq.