UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Annie Marbury, et al., v. Sanofi S.A., et al,* 17: 3979

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ENTRY OF APPEARANCE

TO THE CLERK:

     Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                         Respectfully submitted,

                                         /s/ Christopher LoPalo
                                       Christopher LoPalo, Esq.
                                       Napoli Shkolnik PLLC
                                       400 Broadhollow Rd. Suite 305
                                       Melville, NY 11747
                                       Tel: (212) 397-1000
                                       Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.


Dated: May 12, 2017

                                                      /s/ Christopher LoPalo  
                                              Christopher LoPalo, Esq.