## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                  SECTION "N" (5)


                                  JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Beverly Nation, et al., v. Sanofi S.A., et al,* 17: 4011

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### <u>ENTRY OF APPEARANCE</u>

TO THE CLERK:

      Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 12, 2017

                                 Respectfully submitted,


                              <u>  /s/ Christopher LoPalo</u>
                              Christopher LoPalo, Esq.
                              Napoli Shkolnik PLLC
                              400 Broadhollow Rd. Suite 305
                              Melville, NY 11747
                              Tel: (212) 397-1000
                              Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

  /s/ Christopher LoPalo
Christopher LoPalo, Esq.