**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**       MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)


JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Beverly Nation, et al., v. Sanofi S.A., et al,* 17: 4011

**************************************************************************

<u>**ENTRY OF APPEARANCE**</u>

TO THE CLERK:

     Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 12, 2017

                       Respectfully submitted,


                       /s/ Christopher LoPalo
                       Christopher LoPalo, Esq.
                       Napoli Shkolnik PLLC
                       400 Broadhollow Rd. Suite 305
                       Melville, NY 11747
                       Tel: (212) 397-1000
                       Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

　　　/s/ Christopher LoPalo
Christopher LoPalo, Esq.