# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Mary A. Robinson, et al., v. Sanofi S.A., et al,* 17: 3967

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ENTRY OF APPEARANCE

TO THE CLERK:

     Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                              Respectfully submitted,

                                              /s/ Christopher LoPalo <br>
                                             Christopher LoPalo, Esq. <br>
                                             Napoli Shkolnik PLLC <br>
                                             400 Broadhollow Rd. Suite 305 <br>
                                             Melville, NY 11747 <br>
                                             Tel: (212) 397-1000 <br>
                                             Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                 /s/ Christopher LoPalo
                 Christopher LoPalo, Esq.