**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**          MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)


JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Venida Rodgers, et al., v. Sanofi S.A., et al,* 17: 3959

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 12, 2017

Respectfully submitted,


  /s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

/s/ Christopher LoPalo
Christopher LoPalo, Esq.