# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Patricia Self, et al., v. Sanofi S.A., et al,* 17: 4016

*************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

 Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

        Respectfully submitted,

        /s/ Christopher LoPalo
        Christopher LoPalo, Esq.
        Napoli Shkolnik PLLC
        400 Broadhollow Rd. Suite 305
        Melville, NY 11747
        Tel: (212) 397-1000
        Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

    /s/ Christopher LoPalo
Christopher LoPalo, Esq.