# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Sharon Stewart, et al., v. Sanofi S.A., et al,* 17: 4021

**************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                Respectfully submitted,

                                /s/ Christopher LoPalo
                               Christopher LoPalo, Esq.
                               Napoli Shkolnik PLLC
                               400 Broadhollow Rd. Suite 305
                               Melville, NY 11747
                               Tel: (212) 397-1000
                               Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                 /s/ Christopher LoPalo
                                             Christopher LoPalo, Esq.