# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**   MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Patricia Taylor, et al., v. Sanofi S.A., et al,* 17: 4024

*****************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

 Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

        Respectfully submitted,

          /s/ Christopher LoPalo
        Christopher LoPalo, Esq.
        Napoli Shkolnik PLLC
        400 Broadhollow Rd. Suite 305
        Melville, NY 11747
        Tel: (212) 397-1000
        Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                            /s/ Christopher LoPalo
                                        Christopher LoPalo, Esq.