# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Pamela Taylor, et al., v. Sanofi S.A., et al,* 17: 4025

*****************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

　　Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 11, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  /s/ Christopher LoPalo
　　　　　　　　　　　　　　　　　　　　Christopher LoPalo, Esq.
　　　　　　　　　　　　　　　　　　　　Napoli Shkolnik PLLC
　　　　　　　　　　　　　　　　　　　　400 Broadhollow Rd. Suite 305
　　　　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　　　　Tel: (212) 397-1000
　　　　　　　　　　　　　　　　　　　　Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                               /s/ Christopher LoPalo
                                          Christopher LoPalo, Esq.