UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Gail Thomas, et al., v. Sanofi S.A., et al,* 17: 4020

*****************************************************************************

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                            Respectfully submitted,

                            /s/ Christopher LoPalo
                            Christopher LoPalo, Esq.
                            Napoli Shkolnik PLLC
                            400 Broadhollow Rd. Suite 305
                            Melville, NY 11747
                            Tel: (212) 397-1000
                            Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                 /s/ Christopher LoPalo
                Christopher LoPalo, Esq.