**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | |
| | SECTION "N" (5) |

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Debbie Tucker, et al., v. Sanofi S.A., et al,* 17: 4010

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 12, 2017

Respectfully submitted,


  /s/ Christopher LoPalo

Christopher LoPalo, Esq.

Napoli Shkolnik PLLC

400 Broadhollow Rd. Suite 305

Melville, NY 11747

Tel: (212) 397-1000

Clopalo@napolilaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

<u>  /s/ Christopher LoPalo</u>
Christopher LoPalo, Esq.