UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Brenda Turner, et al., v. Sanofi S.A., et al,* 17: 3976

**************************************************************************

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

    Respectfully submitted,

    /s/ Christopher LoPalo
    Christopher LoPalo, Esq.
    Napoli Shkolnik PLLC
    400 Broadhollow Rd. Suite 305
    Melville, NY 11747
    Tel: (212) 397-1000
    Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                      /s/ Christopher LoPalo
                                              Christopher LoPalo, Esq.