# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**      MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

     SECTION "N" (5)

     JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Celeste West, et al., v. Sanofi S.A., et al,* 17: 2067

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ENTRY OF APPEARANCE

TO THE CLERK:

     Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

     Respectfully submitted,

     /s/ Christopher LoPalo
     Christopher LoPalo, Esq.
     Napoli Shkolnik PLLC
     400 Broadhollow Rd. Suite 305
     Melville, NY 11747
     Tel: (212) 397-1000
     Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                /s/ Christopher LoPalo
                                       Christopher LoPalo, Esq.