## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Barbara Williams, et al., v. Sanofi S.A., et al,* 17: 3951

**************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                    Respectfully submitted,

                                    /s/ Christopher LoPalo
                                  Christopher LoPalo, Esq.
                                  Napoli Shkolnik PLLC
                                  400 Broadhollow Rd. Suite 305
                                  Melville, NY 11747
                                  Tel: (212) 397-1000
                                  Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                  /s/ Christopher LoPalo
                                           Christopher LoPalo, Esq.