**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**         MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                                                                                SECTION "N" (5)

                                                                              JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Antionette Wilson, et al., v. Sanofi S.A., et al,* 17: 3948

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ENTRY OF APPEARANCE**

TO THE CLERK:

       Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

                                               Respectfully submitted,

                                               /s/ Christopher LoPalo
                                               Christopher LoPalo, Esq.
                                               Napoli Shkolnik PLLC
                                               400 Broadhollow Rd. Suite 305
                                               Melville, NY 11747
                                               Tel: (212) 397-1000
                                               Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                           /s/ Christopher LoPalo
                                          Christopher LoPalo, Esq.