# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Dollie Zanders, et al., v. Sanofi S.A., et al,* 17: 3936

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 12, 2017

    Respectfully submitted,

    /s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2017

                                                  /s/ Christopher LoPalo  
                                         Christopher LoPalo, Esq.