MINUTE ENTRY
ENGELHARDT, J.
May 12, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

   A status conference was conducted on Friday, May 12, 2017, at 9:00 a.m. with plaintiff and defendant steering committee attorneys.  A complete list of attendees is attached hereto.

**Court Reporter:   Lanie Smith**


(JS10:  0:60)