# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

### DATE: MAY 12, 2017

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | *DMB* | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | *MPL* | Plaintiff's Liaison Counsel | |
| Christopher Coffin | *CLC* | Plaintiffs' Steering Committee Member | |
| Karen Menzies | *KBM* | Plaintiffs' Steering Committee Member | |
| Anne Andrews | Not Attending | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | *[signature]* | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | Not Attending | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | ? ? | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | *[signature]* | Plaintiffs' Steering Committee Member | |

1

| Name | Signature | Role |
|---|---|---|
| Andrew Lemmon | Not attending | Plaintiffs' Steering Committee Member |
| Abby McClellan | [signed] | Plaintiffs' Steering Committee Member |
| Daniel Markoff | [signed] | Plaintiffs' Steering Committee Member |
| David Miceli | [signed] | Plaintiffs' Steering Committee Member |
| Rand Nolen | [signed] | Plaintiffs' Steering Committee Member |
| Hunter Shkolnik | [signed] | Plaintiffs' Steering Committee Member |
| Genevieve Zimmerman | [signed] | Plaintiffs' Steering Committee Member |
| Douglas J. Moore | | Defendants' Liaison Counsel |
| Jon Strongman | [signed] | Defendants' Steering Committee Member **(Sanofi)** |
| Harley Ratlif | [signed] | Defendants' Steering Committee Member **(Sanofi)** |
| Mark Cheffo | | Defendants' Steering Committee Member **(Pfizer and Hospira)** |
| John Olinde | | Defendants' Liaison Counsel |
| Cliff Merrill | [signed] | Defendants' Steering Committee Member **(Sandoz)** |

| Chad Sullivan | *[signature]* | Defendants' Steering Committee Member (**Accord Healthcare, Inc.** | |
|---|---|---|---|
| Michael Suffern | | Defendants' Steering Committee Member (**Actavis Pharma, Inc.** | |
| Habib Nasrullah | | Defendants' Steering Committee Member (**Northstar Rx LLC**) | |
| Dmitriy Tishyevich | | Defendants' Steering Committee Member (**Eagle Pharmaceuticals, Inc.**) | |
| Erin Bosman<br>Lead Δ Liaison<br>for McKesson | *Not Attending* | Defendants' Steering Committee Member (**McKesson Corporation d/b/a McKesson Packaging**) | |
| Geoffrey Coan | *GAC* | Defendants' Steering Committee Member (**Sun Pharma Global, Inc.**) | |