MINUTE ENTRY
ENGELHARDT, J.
May 12, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

         SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

       A status conference was conducted on Friday, May 12, 2017, at 10:00 a.m. A complete list of attendees is attached hereto.

**Court Reporter:  Lanie Smith**

(JS10:  0:35)