PTO Received: _____

Trial Set: _____
                          Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

**16 md 2740**

Magistrate: _____

# TAXOTERE GENERAL

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **5-12-17**          TIME: **10 AM**

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Adrienne Byard | Shook Hardy | Sanofi |
| Harley Ratliff | Shook Hardy | Sanofi |
| Jon Strongman | Shook Hardy | Sanofi |
| Ben Gordon | Levin Pap | TI's Settlement |
| Andrew Geiger | Allan Berger + Associates | TIs |
| Irving Warshauer | Gainsburgh | Pl Sett. Comm. |

(1)

PTO Received: _____

Trial Set: _____
                        Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

_____

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ ____PRE-TRIAL     _____STATUS     _____SETTLEMENT

DATE: _____     TIME: _____

PLEASE PRINT               PLEASE PRINT               PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Zachary Wood | Barrios Kingsdof | PSC |
| Val Exnicios | Liska Exnicios | PSC |
| Dr. Kevin Stephens | Liska, Exnicios | PSC |
| Judge Max Tobias (Ret.) | Liska, Exnicios | PSC |
| Kesy. Zeitzer | Liska, Exnicios | PSC |
| Hunter Shkolnik | Napoli Shkolnik | PSC |

(2)

PTO Received: _____

Trial Set: _____
                        Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
         PLAINTIFF(S)

VERSUS                            _____

_____          Magistrate: _____
         DEFENDANT(S)

******************************************************************************

CONFERENCE: _____ PRE-TRIAL         _____STATUS        _____SETTLEMENT

DATE: _____               TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Abby McClellan | Stueve Siegel Hanson | TTs |
| Daniel Madruff | Bokins & Madruff | PSC |
| Rand Nolen | Fleming, Nolen & Jez | PSC |
| David Miceli | Simmons Hanly Conroy | PEC |
| Chris Coffin | Pendley Baudin Coffin | PEC |
| Jessica Perez Reynolds | PBC | TT |
| GENEVIEVE ZIMMERMAN | MESHBESHER SPENCE (3) | TT / PSC |

PTO Received: _____

Trial Set: _____
　　　　　　　　　　　Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS
　　　　　　　　　　　　　　　　　_____

_____          Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____          TIME: _____

# PLEASE PRINT          PLEASE PRINT          PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Dawn Barrios | BK | LC |
| Palmer Lambert | GB | LC |
| Larry Centor | Mertert Bidden Cela | 77 |
| Dennis Reich | Reich and Binstock | TS |
| Kyle Bachus | Bachus Schawksn | TT PEC |
| Debbie Rouen | Adans & Reese | Sandoz |

(4)

PTO Received: _____

Trial Set: _____
                                    Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                             _____

_____          Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ___ PRE-TRIAL    _____STATUS    _____SETTLEMENT

DATE: _____        TIME: _____

**PLEASE PRINT**         **PLEASE PRINT**         **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Cliff Morvell | Greenberg Traurig | Δ Sandoz |
| Lori Cohen | '' | Δ Sandoz |
| Jon Strongman | Shook | Δ Sanofi |
| Chad Sullivan | Keogh Cox | Δ accord Healthcare, Inc |
| Jeff Peck | Ulmer | Actavis Pharma, Inc |
| Karen Barth Menzies | Gibbs Law Group | '' |
| Mark Cheffo | Quinn Emanuel | Hospira/Pfizer |

(5)