BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Mary L. Brown, 2:17-cv-3899 - (N)5* <br> *Rosie Clark, 2:17-cv-3907 - (N)5* <br> *Vinnia Davis, 2:17-cv-3914 - (N)5* <br> *Josephine Dobson, 2:17-cv-3915 - (N)5* <br> *Renee Duncan et. al, 17-cv-3916 - (N)5* <br> *Luevall Fluellen, 2:17-cv-3918 - (N)5* <br> *Nicolia Flynsmith et. al., 2:17-cv-3919 - N(5)* <br> *Carol L. Ford, 2:17-cv-3930 - (N)5* <br> *Diane Gilliam, 2:17-cv-3934 - (N)5* <br> *Shari Goggans, 2:17-cv-3937 - (N)5* <br> *Shirley Horton, 2:17-cv-3946 - (N)5* <br> *Dorothy Hymes, et. al., 2:17-cv-3950 - (N)5* <br> *Dollie Zanders, 2:17-cv-3936 - (N)5* <br> *Venida Rodgers, et. al., 2:17-cv-3959- (N)5* <br> *Jacqueline Warren, 2:17-cv-3963 - (N)5* <br> *Denise Young, 2:17-cv-3955- (N)5* <br> *Joni Timberman, 2:17-cv-4015 - (N)5* <br> *Mary Tolbert, 2:17-cv-4013 - (N)5* <br> *Rhonda Spence, 2:17-cv-4019 - (N)5* <br> *Patricia Taylor, 2:17-cv-4024 - (N)5* <br> *Mary Taylor, et. al., 2:17-cv-4026 - (N)5* <br> *Laura Tenort, 2:17-cv-4022 - N(5)* <br> *Nelvenia Thomas, 2:17-cv-4018 - (N)5* <br> *Jessie L. Brown, et al., 2:17*-cv-3898 - N(5) <br> *Tangela Lyles*, 2:17-cv-3973 - N(5) | MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned actions in the Taxotere (Docetaxel) Products

Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 16, 2017                                Respectfully submitted,

/s/   Christopher LoPalo
Christopher LoPalo, Esquire
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
CLoPalo@napolilaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 16, 2017                   /s/ Christopher LoPalo
                                                  Christopher LoPalo, Esquire