# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| Case #2:16-CV-17731 | |

## ORDER

Considering the request for oral argument (Rec. Doc. 343), **IT IS ORDERED** that the request is **DENIED** at this time. However, if the Court later determines that oral argument would be helpful on the Motion to Certify Class (Rec. Doc. 342), it will notify the parties. Otherwise, the motion, noticed for submission on June 21, 2017, will be determined on the briefs alone.

New Orleans, Louisiana, this 15th day of May 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1