MINUTE ENTRY
NORTH, M.J.
MAY 16, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                                                         SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

      A status conference was held on this date to discuss matters related to discovery.

| PRESENT: | Karen Menzies | Zachary Wool | Dawn Barrios |
|---|---|---|---|
| | Chris Coffin | Richard Wolff | R. Clifton Merrell |
| | Patrick Oot | Douglas Moore | Kathleen Kelly |
| | Michael Suffern | Harley Ratliff | John Olinde |
| | Mara Custer Gonzalez | Jeffrey Schaefer | Debbie Rouen |
| | Beth Toberman | Palmer Lambert | |

      The Court asked counsel for the Parties for an update on the progress they have made since the March 16, 2017 status conference toward achieving (1) an agreed-upon ESI protocol; (2) an agreed-upon proposed protective order modeled after the Court's standard protective order; and (3) an agreed-upon set of guidelines for collecting ESI of individual Plaintiffs.  Counsel reported that, notwithstanding the substantial progress they have made as to all three of these tasks, there remains disagreement on limited issues as to all three. The Court directed counsel to continue to meet and confer to attempt to resolve those issues and to report to the Court no later than Friday, May 26, 2017 whether any issues remain in dispute and, if so, what their respective positions are on how the Court should resolve them.

MJSTAR (01:45)

If there are remaining areas of disagreement, the Court will address them in a telephone status conference with counsel at 10:00 a.m. on Tuesday, May 30, 2017. Also at that telephone status conference, the Court will schedule a follow-up discovery status conference.

The Court also discussed with counsel for Plaintiffs and Sanofi the issue of limited jurisdictional discovery that Plaintiffs seek to conduct as to Sanofi. The Court directed Plaintiffs' counsel to send the proposed discovery to Sanofi no later than Friday, May 26, 2017 and to thereafter schedule a "meet and confer" with counsel for Sanofi to occur no later than Friday, June 2, 2017. If necessary, the Court will schedule a hearing to resolve differences as to the proposed jurisdictional discovery following that "meet and confer."

                                              MICHAEL B. NORTH
                                              UNITED STATES MAGISTRATE JUDGE