UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXAL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | SECTION "N" (5) |
| *Vinson, et al. v. Sanofi S.A., et al.* Case No. 2:17-cv-4030-N(5) | |
| *Bickley, et al. v. Sanofi, S.A., et al.*, Case No. 2:17-cv-01073-KDE-MBN | |

**PLAINTIFFS' OMNIBUS MOTION TO REMAND CERTAIN CASES TO THE TWENTY-SECOND JUDICIAL CIRCUIT, CITY OF ST. LOUIS, STATE OF MISSOURI**

**NOW INTO COURT**, through the undersigned counsel, come all Plaintiffs in the above captioned actions.  For the reasons more fully set forth in the attached Memorandum in Support, and pursuant to 28 U.S.C. § 1447(c), the Court should remand these cases to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri.[1]  This Court lacks subject matter jurisdiction over these actions.  In both actions, there is a lack of complete diversity of the parties and no federal question is at issue.

**WHEREFORE**, Plaintiffs pray that the Court remand these actions to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri.

---

[1] Plaintiffs note that a third case, *Whitted, et al. v. Sanofi S.A.*, et al., E.D. Mo. No. 4:17-cv-00769-RWS, is currently pending in the United States District Court for the Eastern District of Missouri.  Plaintiffs anticipate that the Defendants' Motion to Transfer the *Whitted* action to these multidistrict proceedings will be addressed by the JPML at May 25, 2017, hearing session.  Should the *Whitted* action thereafter be transferred to this Court, the same arguments justifying remand set forth in Plaintiffs' Memorandum in Support would apply to the *Whitted* action as well.

        Respectfully submitted,

        **NIEMEYER, GREBEL & KRUSE, LLC**

By:    */s/ Michael S. Kruse*
        Mark R. Niemeyer
        Michael S. Kruse
        10 S. Broadway, Suite 1125
        St. Louis, MO 63102
        314/241-1919 (T)
        314/665-3017 (F)
        niemeyer@ngklawfirm.com
        kruse@ngklawfirm.com

*Attorneys for Vinson Plaintiffs*

and

**SIMMONS HANLY CONROY**

By:    */s/ Eric S. Johnson*
        David F. Miceli
        Eric S. Johnson
        One Court Street
        Alton, IL 62002
        618/259-2222 (T)
        618/259-2251 (F)
        dmiceli@simmonsfirm.com
        ejohnson@simmonsfirm.com

*Attorneys for Bickley Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 19th day of May, 2017.

*/s/ Michael S. Kruse*