UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXAL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | SECTION "N" (5) |

*Vinson, et al. v. Sanofi S.A., et al.*
Case No. 2:17-cv-4030-N(5)

*Bickley, et al. v. Sanofi, S.A., et al.*,
Case No. 2:17-cv-01073-KDE-MBN

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs' in above captioned cases will bring for hearing their Omnibus Motion to Remand Certain Cases to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri on the 21st day of June, 2017 at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:   */s/ Michael S. Kruse*
       Mark R. Niemeyer
       Michael S. Kruse
       10 S. Broadway, Suite 1125
       St. Louis, MO 63102
       314/241-1919 (T)
       314/665-3017 (F)
       niemeyer@ngklawfirm.com
       kruse@ngklawfirm.com

       *Attorneys for Vinson Plaintiffs*

       and

                                          **SIMMONS HANLY CONROY**

By:          */s/ Eric S. Johnson*
              David F. Miceli
              Eric S. Johnson
              One Court Street
              Alton, IL 62002
              618/259-2222 (T)
              618/259-2251 (F)
              dmiceli@simmonsfirm.com
              ejohnson@simmonsfirm.com

              *Attorneys for Bickley Plaintiffs*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 19th day of May, 2017.

                                          */s/ Michael S. Kruse*