# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

This Document Relates to:                            SECTION "N" (5)

*Vinson, et al. v. Sanofi S.A., et al.*
Case No. 2:17-cv-4030-N(5)

*Bickley, et al. v. Sanofi, S.A., et al.*,
Case No. 2:17-cv-01073

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Certain Plaintiffs, who respectfully represent that oral argument will assist the Court's resolution of the pending Omnibus Motion to Remand, filed by the Plaintiffs (Rec. Doc. No. 467).

Therefore, pursuant to Local Rule 78.1E, Plaintiffs respectfully request oral argument on the motions which have been set for hearing on Friday, June 21, 2017, at 9:30 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:      */s/ Michael S. Kruse*
Mark R. Niemeyer
Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

*Attorneys for Vinson Plaintiffs*

and

**SIMMONS HANLY CONROY**

By:        */s/ Eric S. Johnson*
           David F. Miceli
           Eric S. Johnson
           One Court Street
           Alton, IL 62002
           618/259-2222 (T)
           618/259-2251 (F)
           dmiceli@simmonsfirm.com
           ejohnson@simmonsfirm.com
           *Attorneys for Bickley Plaintiffs*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 19th day of May, 2017.


           */s/ Michael S. Kruse*

2