BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Susan Fuller v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01812 |
| *Joann Pickrell v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01813 |
| *Margarett Wright v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01814 |
| *Robin Castagnola v. Sanofi S.A.*, | Case No. 2:17-cv-03864 |
| *Jenkins v. Sanofi S.A., et al.*, | Case No. 2:17-cv-03866 |
| *Gardner v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03865 |
| *Ernyes-Kofler et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03867 |
| *McCallister et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02356 |
| *Celeste West et al v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02067 |

**PLAINTIFFS' OMNIBUS MOTION TO REMAND CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA**

## OMNIBUS MOTION TO REMAND

Plaintiffs respectfully move this Court to remand their cases back to the Superior Courts of the State of California. The grounds for the motion are set forth in the attached memorandum in support.  As set forth throughout this motion, the allegations in the California state-court Complaints at issue as they relate to Defendant McKesson Corporation are virtually identical, if not verbatim.  Accordingly, Plaintiffs respectfully submit that the remand analysis as it relates to the cases filed in California Superior Courts can be handled in omnibus fashion.

Respectfully submitted this 19th day of May, 2017.

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Ahmed S. Diab
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*
**Attorneys for Plaintiffs in 2:17-cv-1812, 2:17-cv-1813 and 2:17-cv-1814**

CUTTER LAW P.C.

 /s/Celine Cutter
Celine Cutter (CA Bar # 312622)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
*ccutter@cutterlaw.com*

*Attorney for Plaintiffs in 2:17-cv-3866, 2:17-cv-3865, 2:17-cv-3867 and 2:17-cv-2356*