BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| | * | |

**THIS DOCUMENT RELATES TO:**
*Susan Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1812
*Joann Pickrell v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1813
*Margarett Wright v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1814
*Robin Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-03864
*Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866
*Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865
*Ernyes-Kofler et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867
*McCallister et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356
*Celeste West et al v. Sanofi S.A. et al.,* Case No. 2:17-cv-02067

---

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California is hereby set for submission on the 21st day of June, 2017, at 9:30 a.m. The procedures and deadlines for filing any responses, comments, objections, and/or replies are set forth in this Court's Order of May 12, 2017 (R. Doc. 458, ¶¶ 1-4).

2

Respectfully submitted,

 /s/Ahmed S. Diab
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

 /s/Celine Cutter
Celine Cutter (CA Bar # 312622)
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
*ccutter@cutterlaw.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      */s/ Ahmed S. Diab*
                                      Ahmed S. Diab (CA Bar # 262319)
                                      GOMEZ TRIAL ATTORNEYS
                                      655 West Broadway, Suite 1700
                                      San Diego, California 92101
                                      Telephone: (619) 237-3490
                                      Facsimile: (619) 237-3496
                                      adiab@thegomezfirm.com