# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES LISTED HEREIN

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above referenced matters, who respectfully request oral argument on their Remand Motion.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court grant them permission to provide oral argument in relation to their Remand Motion.

DATED: May 19, 2017

Respectfully submitted,

  /s/ Hunter J. Shkolnik, Esq.
Hunter J. Shkolnik, Esq.
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 19, 2017

                                               /s/ Hunter J. Shkolnik
                                            Hunter J. Shkolnik, Esq.