BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA


| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | *    MDL NO. 2740 <br> * <br> *    SECTION "N" (5) <br> *    JUDGE ENGELHARDT <br> *    MAG. JUDGE CHASEZ <br> * <br> * |

**THIS DOCUMENT RELATES TO THE CASES LISTED HEREIN:**
    *Susan Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1812
    *Joann Pickrell v. Sanofi, S.A. et al*., Case No. 2:17-cv-1813
    *Margarett Wright v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1814
    *Robin Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-03864
    *Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866
    *Gardner v. Sanofi S.A. et al*., Case No. 2:17-cv-03865
    *Ernyes-Kofler et al. v. Sanofi S.A. et al*., Case No. 2:17-cv-03867
    *McCallister et al. v. Sanofi S.A. et al*., Case No. 2:17-cv-02356
    *Celeste West et al v. Sanofi S.A. et al.,* Case No. 2:17-cv-02067

___

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Certain Plaintiffs, who respectfully represent that oral argument will assist the Court's resolution of the pending Omnibus Motion to Remand filed by the Plaintiffs (Rec. Doc. No. 469) (the "Remand Motion"). The Remand Motion requests consideration of jurisdictional issues presented concerning federal diversity jurisdiction and fraudulent joinder as it relates to Defendant McKesson Corporation, a California defendant.

Therefore, pursuant to Local Rule 78.1, Plaintiffs respectfully request oral argument on the motions which have been set for hearing on Friday, June 21st, 2017 at 9:30 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.

Respectfully submitted,

 /s/Ahmed S. Diab
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

 /s/Celine Cutter
Celine Cutter (CA Bar # 312622)
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
*ccutter@cutterlaw.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                              */s/ Ahmed S. Diab*
                              Ahmed S. Diab (CA Bar # 262319)
                              GOMEZ TRIAL ATTORNEYS
                              655 West Broadway, Suite 1700
                              San Diego, California 92101
                              Telephone: (619) 237-3490
                              Facsimile: (619) 237-3496
                              adiab@thegomezfirm.com