**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

------------------------------------------------------------ X

|  |  |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) | : |
| PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | : |

------------------------------------------------------------ SECTION "N" (5)

|  |  |
|---|---|
| ANN T. WILLIAMS, | : |
| | HON. KURT D. ENGELHARDT |
| Plaintiff | : |
| vs. | Civil Action No.: 2:16-cv-16234 |
| | : |
| SANOFI S.A., AVENTIS PHARMA S.A., | |
| SANOFI US SERVICES, INC., AND | : |
| SANOFI-AVENTIS U.S. LLC, | |
| | : |
| Defendants. | |

------------------------------------------------------------ X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

Ann T. Williams, through her undersigned counsel, hereby gives notice that the above-captioned

action is voluntarily dismissed, without prejudice against all defendants.

Date: May 22, 2017

Respectfully Submitted,

By: __/s/ Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Kevin P. Klibert (LA #26954)
Jennifer L. Crose (LA #32116)
**BECNEL LAW FIRM, LLC**
425 West Airline Hwy, Suite B
LaPlace, LA 70068
Ph:  (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com
kklibert@becnellaw.com

jcrose@becnellaw.com

Francois M. Blaudeau (ASB-7722-D32F)
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2224 1st Ave. North
Birmingham, AL 35293
Ph: (205) 547-5525
Fax: (205) 547-5526
francois@southernmedlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on May 22, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

By:   /s/ Matthew B. Moreland

Matthew B. Moreland (LA #24567)
Kevin P. Klibert (LA #26954)
Jennifer L. Crose (LA #32116)
**BECNEL LAW FIRM, LLC**
425 West Airline Hwy, Suite B
LaPlace, LA 70068
Ph:  (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com
kklibert@becnellaw.com
jcrose@becnellaw.com