**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

MDL NO. 2740

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached schedule**

**************************************************************************

**DELAWARE PLAINTIFFS'S MOTION TO REMAND TO THE SUPERIOR COURT OF DELAWARE**

**NOW INTO COURT**, through undersigned counsel, come Delaware Plaintiffs identified on the attached list of Delaware-filed Plaintiffs and for the reasons more fully set forth in the attached Memorandum in Support, because Defendants improperly removed these actions from the Superior Court of Delaware that involve forum defendants and that Defendants cannot prove satisfy the monetary threshold should be remanded.

**WHEREFORE**, Plaintiffs hereby request that the Court remand their cases to the Superior Court of Delaware, New Castle County.

Respectfully Submitted,

*/s/Hunter J. Shkolnik*
Hunter J. Shkolnik, Esquire
W. Steven Berman, Esquire
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
*Hunter @napolilaw.com*

*Attorneys for DE Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/Hunter J. Shkolnik*

**DELAWARE PLAINTIFFS JOINING THE OMNIBUS MOTION TO REMAND***

| | |
|---|---|
| *Charlene Allen, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3871 - N(5) |
| *Vera Anthony, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3870 - N(5) |
| *Teresa Arrington v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3893 - N(5) |
| *Doylene Austin v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3894 - N(5) |
| *Annie P. Blunt, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3894 - N(5) |
| *Pearl Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3896 - N(5) |
| *Vera Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3897 - N(5) |
| *Mary Bryant and Otis L. Bryant, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3901- N(5) |
| *Fannie Carlisle, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3904 - N(5) |
| *Beverly Chapman and George Chapman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3905 - N(5) |
| *Diane Chappell, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3906 - N(5) |
| *Shirley Coleman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3908 - N(5) |
| *Vertie Cook, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3909 - N(5) |
| *Anginelia Cross, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3910 - N(5) |
| *Gayle Darden, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3911 - N(5) |
| *Letha Davis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3912 - N(5) |
| *Rosa Fair, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al,* | 2:17-cv-3917 - N(5) |

| | |
|---|---|
| *Catherine Freeman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3932 - N(5) |
| *Trena Garrett, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3933 - N(5) |
| *Debra Gradney, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2: 17-CV-01891-N(5) |
| *Angela Hampton, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3935 - N(5) |
| *Kathrun Harmon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3938 - N(5) |
| *Virgie Haynes, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3939 - N(5) |
| *Ada Haywood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3941 - N(5) |
| *Sindy Howard, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3949 - N(5) |
| *Norma Jackon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3953 - N(5) |
| *Dell Knighten et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3954 - N(5) |
| *Anges Lamb, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3962 - N(5) |
| *Lynda Lewis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3965 - N(5) |
| *Gail Livings, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3968 - N(5) |
| *Wanda Locke, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3977 - N(5) |
| *Annie Marbury, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3979 - N(5) |
| *Diana Mullins, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4008 - N(5) |
| *Alice Myrick, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4009 - N(5) |
| *Beverly Nation, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4011 - N(5) |
| *Evelyn Nemec, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4012 - N(5) |

| *Shirley Nevels, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4014 - N(5) |
|---|---|
| *Bessie Nixon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3978 - N(5) |
| *Sharon Payton, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3974 - N(5) |
| *Rose Ray, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3969 - N(5) |
| *Mary A. Robinson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3967 - N(5) |
| *Patricia Self, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4016 - N(5) |
| *Dorothy Smith, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4017 - N(5) |
| *Sharon Stewart, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4021 - N(5) |
| *Bonnie Stone, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2;17-cv-4023 - N(5) |
| *Dena Strother, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4028 - N(5) |
| *Christine N. Sullivan, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-02874 N(5) |
| *Linda Taylor, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4027 - N(5) |
| *Pamela Taylor, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4024 - N(5) |
| *Gail Thomas, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4020 - N(5) |
| *Debbie Tucker, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4010 - N(5) |
| *Brenda Turner, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3976 - N(5) |
| *Brenda Walker, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3975 - N(5) |
| *Jacquelyn Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3970 - N(5) |
| *Twahla Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3964 - N(5) |

| | |
|---|---|
| *Carla Washington, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3960 - N(5) |
| *Barbara Williams, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3951 - N(5) |
| *Antionette Wilson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3948 - N(5) |
| *Denise Young, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3952 - N(5) |
| *Annie Youngblood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3947 - N(5) |