## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**
  *The cases listed in the attached schedule\**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

   **PLEASE TAKE NOTICE** that Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Court of New Castle County, Delaware, is hereby set for submission on the 21st day of June, 2017, at 9:30 a.m.  The procedures and deadlines for filing any responses, comments, objections, and/or replies are set forth in this Court's Order of May 12, 2017 (R. Doc. 458, ¶¶ 1-4).

                                   Respectfully submitted,


                                    */s/Hunter J. Shkolnik*
                                   Hunter J. Shkolnik, Esquire
                                   W. Steven Berman, Esquire
                                   **NAPOLI SHKOLNIK, PLLC**
                                   400 Broadhollow Rd.
                                   Suite 305
                                   Melville, NY 11747
                                   (212) 397-1000
                                   *Hunter @napolilaw.com*

                                   *Attorneys for DE Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                */s/Hunter J. Shkolnik*

**DELAWARE PLAINTIFFS JOINING THE
OMNIBUS MOTION TO REMAND\***

| | |
|---|---|
| *Charlene Allen, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3871 - N(5) |
| *Vera Anthony, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3870 - N(5) |
| *Teresa Arrington v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3893 - N(5) |
| *Doylene Austin v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3894 - N(5) |
| *Annie P. Blunt, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3894 - N(5) |
| *Pearl Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3896 - N(5) |
| *Vera Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3897 - N(5) |
| *Mary Bryant and Otis L. Bryant, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3901- N(5) |
| *Fannie Carlisle, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3904 - N(5) |
| *Beverly Chapman and George Chapman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3905 - N(5) |
| *Diane Chappell, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3906 - N(5) |
| *Shirley Coleman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3908 - N(5) |
| *Vertie Cook, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3909 - N(5) |
| *Anginelia Cross, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3910 - N(5) |
| *Gayle Darden, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3911 - N(5) |
| *Letha Davis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3912 - N(5) |
| *Rosa Fair, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al,* | 2:17-cv-3917 - N(5) |

| | |
|---|---|
| *Catherine Freeman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3932 - N(5) |
| *Trena Garrett, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3933 - N(5) |
| *Debra Gradney, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2: 17-CV-01891-N(5) |
| *Angela Hampton, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3935 - N(5) |
| *Kathrun Harmon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3938 - N(5) |
| *Virgie Haynes, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3939 - N(5) |
| *Ada Haywood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3941 - N(5) |
| *Sindy Howard, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3949 - N(5) |
| *Norma Jackon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3953 - N(5) |
| *Dell Knighten et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3954 - N(5) |
| *Anges Lamb, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3962 - N(5) |
| *Lynda Lewis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3965 - N(5) |
| *Gail Livings, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3968 - N(5) |
| *Wanda Locke, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3977 - N(5) |
| *Annie Marbury, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3979 - N(5) |
| *Diana Mullins, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4008 - N(5) |
| *Alice Myrick, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4009 - N(5) |
| *Beverly Nation, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4011 - N(5) |
| *Evelyn Nemec, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4012 - N(5) |

| | |
|---|---|
| *Shirley Nevels, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4014 - N(5) |
| *Bessie Nixon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3978 - N(5) |
| *Sharon Payton, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3974 - N(5) |
| *Rose Ray, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3969 - N(5) |
| *Mary A. Robinson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3967 - N(5) |
| *Patricia Self, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4016 - N(5) |
| *Dorothy Smith, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4017 - N(5) |
| *Sharon Stewart, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4021 - N(5) |
| *Bonnie Stone, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2;17-cv-4023 - N(5) |
| *Dena Strother, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4028 - N(5) |
| *Christine N. Sullivan, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-02874 N(5) |
| *Linda Taylor, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4027 - N(5) |
| *Pamela Taylor, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4024 - N(5) |
| *Gail Thomas, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4020 - N(5) |
| *Debbie Tucker, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4010 - N(5) |
| *Brenda Turner, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3976 - N(5) |
| *Brenda Walker, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3975 - N(5) |
| *Jacquelyn Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3970 - N(5) |
| *Twahla Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3964 - N(5) |

| | |
|---|---|
| *Carla Washington, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3960 - N(5) |
| *Barbara Williams, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3951 - N(5) |
| *Antionette Wilson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3948 - N(5) |
| *Denise Young, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3952 - N(5) |
| *Annie Youngblood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3947 - N(5) |