UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached schedule\**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DECLARATION OF CHRISTOPHER R. LOPALO**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Christopher R. LoPalo, duly admitted to appear before this Honorable MDL Court, declares the following to be true pursuant to the penalty of perjury:

1. I am a member of the Bars of Southern District of New York and Eastern District of New York and others, in good standing and have personal knowledge of the facts stated herein.

2. Attached as Exhibit "A" is a true and accurate copy of a Praecipe For Service filed with the Prothonotary of the Superior Court of Delaware, New Castle County, on November 9, 2016.

3. Attached as Exhibit "B" is a spreadsheet that reflects, as accurately as possible, the names, docket numbers, filing dates and other information set forth in the Omnibus Memorandum of Law for the additional Plaintiffs to whom the motion and memorandum pertain.

4.      Attached as Exhibit "C" is a true and accurate copy of Defendant Sanofi-Aventis U.S. LLC's Notice of Removal, filed in the United States District Court for the District of Delaware on November 17, 2016.

5.      Attached as Exhibit "D" is a true and accurate copy of Defendant's Opening Brief in Support of Motion to Stay, filed in the United States District Court for the District of Delaware on November 21, 2016.

6.      Attached as Exhibit "E is a true and accurate copy of a Defendant's Motion to Stay, filed in the United States District Court for the District of Delaware on November 21, 2016.

7.      Attached as Exhibit "F" is a true and accurate copy of an Affidavit of Service, filed in the United States District Court for the District of Delaware on December 6, 2016.

8.      Attached as Exhibit "G" is a true and accurate copy of an Affidavit of Service, filed in the United States District Court for the District of Delaware on December 6, 2016.

9.      Attached as Exhibit "H" is a true and accurate copy of Plaintiff's Motion to Remand, filed in the United States District Court for the District of Delaware on December 9, 2016.

Respectfully Submitted,

 /s/ Christopher LoPalo, Esq.
Christopher LoPalo, Esq.
Hunter J. Shkolnik, Esq.
**Napoli Shkolnik PLLC**
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

*Attorneys for DE Plaintiffs*