# EXHIBIT A

PLAINTIFFS' EXHIBIT "A" TO THE DECLARATION OF CHRISTOPHER LOPALO

### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DEBRA GRADNEY AND VICTOR GRADNEY, | ) |
| | ) C.A. No.: |
| Plaintiffs, | ) |
| | ) Jury Trial Demanded |
| v. | ) |
| | ) |
| SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; SANOFI S.A.; AVENTIS PHARMA S.A.; and DOES, INC | ) |
| Defendants | ) |

### PRAECIPE

**PLEASE ISSUE** Summons and Complaint through the Sheriff of New Castle County to the defendants at the addresses indicated herein:

**SANOFI U.S. SERVICES INC.,**
c/o The Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**SANOFI-AVENTIS U.S. LLC**
c/o The Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**NAPOLI SHKOLNIK, LLC**

By: /s/ James D. Heisman
James D. Heisman (#2746)
919 North Market Street, Suite 1801
Wilmington, DE 19801
(302) 330-8025
JHeisman@NapoliLaw.com
*Attorney for Plaintiffs*

DATED: November 9, 2016