| State Court | Pl. Last Name | Pl. First Name | Caption | Complaint Stamped | DE Sup. Ct. Docket No. | Notice of Removal | DE District Court Docket No. | Summons Issued | Summons Served | Remand Filed | Notice of Potential Tag Along Notice | Def. Opp. To Remand | Transfer | Transferor Docket No. | Def.'s Motion to Stay | Pl. Opp. to Stay | Def.'s Rely/Memo to Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superior Court of Delaware | Allen | Charlene | Charlene Allen, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al. | 12/10/16 | N16C-12-080 | 12/13/16 | 1:16-cv-01180 | 1/10/2017 | 1/11/2017 | 1/11/2017 w/ memo | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3871 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Anthony | Vera | Vera Anthony, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al. | 12/9/16 | N16C-12-079 | 12/13/16 | 1:16-cv-01179 | 1/10/2017 | 1/11/2017 | 1/11/2017 w/ memo | 12/16/16 | 1/30/17 | 4/5/2017 | 17-CV-3871 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Arrington | Teresa | Teresa Arrington v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al. | 12/13/16 | N16C-12-102 | 12/14/16 | 1:16-cv-01183 | 1/10/2017 | 1/11/2017 | 1/12/2017 w/ memo | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3893 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Austin | Doylene | Doylene Austin v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al. | 12/13/16 | N16C-12-103 | 12/14/16 | 1:16-cv-01187 | 1/10/2017 | 1/11/2017 | 1/12/2017 w/ memo | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3894 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Blunt | Annie P. | Annie P. Blunt, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al. | 12/13/16 | N16C-12-104 | 12/14/16 | 1:16-cv-01188 | 1/10/2017 | 1/11/2017 | 1/12/2017 w/ memo | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3895 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Brooks | Pearl | Pearl Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-105 | 12/14/16 | 1:16-cv-01189 | 1/10/2017 | 1/11/2017 | 1/12/2017 w/ memo | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3896 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Brooks | Vera | Vera Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-106 | 12/14/16 | 1:16-cv-01190 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3897 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Bryant | Mary | Mary Bryant and Otis L. Bryant, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-109 | 12/14/16 | 1:16-cv-01193 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3901 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Carlisle | Fannie | Fannie Carlisle, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | filed 12/13 | N16C-12-110 | 12/15/16 | 1:16-cv-01195 | 1/10/2017 | 1/11/2017 | 1/14/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3904 | 1/23/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Chapman | Beverly | Beverly Chapman and George Chapman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-111 | 12/15/16 | 1:16-cv-01197 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3905 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Chappell | Diane | Diane Chappell, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-112 | 12/15/16 | 1:16-cv-01198 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3906 | 1/13/17 | 1/30/17 | 1/23/2017 |

| State Court | Pl. Last Name | Pl. First Name | Caption | Complaint Stamped | DE Sup. Ct. Docket No. | Notice of Removal | DE District Court Docket No. | Summons Issued | Summons Served | Remand Filed | Notice of Potential Tag Along Notice | Def. Opp. To Remand | Transfer | Transferor Docket No. | Def.'s Motion to Stay | Pl. Opp. to Stay | Def.'s Rely/Memo to Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superior Court of Delaware | Coleman | Shirley | Shirley Coleman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-114 | 12/15/16 | 1:16-cv-01200 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3908 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Colon | Gloria | Gloria Colon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 2/9/17 | N17C-02-085 | – | – | | | – | | – | NO | – | – | – | – |
| Superior Court of Delaware | Cook | Vertie | Vertie Cook, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/13/16 | N16C-12-115 | 12/15/16 | 1:16-cv-01201 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/24/17 | 4/5/2017 | 17-CV-3909 | 1/13/17 | 1/30/17 | 1/24/2017 |
| Superior Court of Delaware | Cross | Anginelia | Anginelia Cross, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-116 | 12/15/16 | 1:16-cv-01202 | | | – | 12/16/2016 | – | 4/5/2017 | 17-CV-3909 | 1/13/17 | 1/30/17 | – |
| Superior Court of Delaware | Darden | Gayle | Gayle Darden, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-119 | 12/15/16 | 1:16-cv-01207 | 1/10/2017 | 1/11/2017 | 1/12/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3911 | 1/13/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Duffield | Penny | Penny Duffield, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/15/16 | N16C-12-181 | – | – | | | – | 12/22/2016 | – | NO | – | – | – | – |
| Superior Court of Delaware | Fair | Rosa | Rosa Fair, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-124 | 12/15/16 | 1:16-cv-01212 | 1/10/2017 | 1/11/2017 | 1/14/17 | 12/16/16 | 1/23/17 | 4/5/2017 | 17-CV-3917 | 1/17/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Freeman | Catherine | Catherine Freeman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-128 | 12/15/16 | 1:16-cv-01216 | 1/10/2017 | 1/11/2017 | 1/14/17 | 12/20/16 | 1/23/17 | 4/5/2017 | 17-CV-3932 | 1/17/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Garrett | Trena | Trena Garrett, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-129 | ######## | 1:16-cv-01219 | 1/10/2017 | 1/11/2017 | 1/14/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3933 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Gradney | Debra | Debra Gradney, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 11/9/2016 | N16C-11-090 | ######## | 1:16-cv-01067 | 12/6/2016 | 12/6/2016 | 12/9/2016 w/ memo | 11/18/2016 | 12/22/2016 w/ memo | 2/23/2017 | 17-CV-01891 | 11/21/2016 w/ memo | 12/8/2016 w/ memo | 12/15/2016 |
| Superior Court of Delaware | Hampton | Angela | Angela Hampton, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-131 | ######## | 1:16-cv-01225 | 1/10/2017 | 1/10/2017 | 1/14/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3935 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Harmon | Kathryn | Kathrun Harmon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-134 | ######## | 1:16-cv-01230 | 1/10/2017 | 1/11/2017 | 1/14/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3938 | 1/17/2017 | 1/30/2017 | 1/23/2017 |

| State Court | Pl. Last Name | Pl. First Name | Caption | Complaint Stamped | DE Sup. Ct. Docket No. | Notice of Removal | DE District Court Docket No. | Summons Issued | Summons Served | Remand Filed | Notice of Potential Tag Along Notice | Def. Opp. To Remand | Transfer | Transferor Docket No. | Def.'s Motion to Stay | Pl. Opp. to Stay | Def.'s Rely/Memo to Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superior Court of Delaware | Haynes | Virgie | Virgie Haynes, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-135 | ######## | 1:16-cv-01231 | 1/10/2017 | 1/11/2017 | 1/14/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3939 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Haywood | Ada | Ada Haywood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-136 | ######## | 1:16-cv-01234 | 1/10/2017 | 1/11/2017 | 1/14/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3941 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Howard | Sindy | Sindy Howard, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-140 | ######## | 1:16-cv-01241 | 1/10/2017 | 1/11/2017 | 1/14/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3949 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Jackson | Norma | Norma Jackon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-144 | ######## | 1:16-cv-01246 | 1/17/2017 | 1/18/2017 | 1/18/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3953 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Knighten | Dell | Dell Knighten et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-145 | ######## | 1:16-cv-01247 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3954 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Lamb | Agnes | Anges Lamb, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-149 | ######## | 1:16-cv-01251 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3962 | 1/17/2017 | 1/30/2017 | 1/23/2017 |
| Superior Court of Delaware | Lewis | Lynda | Lynda Lewis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-152 | ######## | 1:16-cv-01256 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/23/2017 | 4/5/2017 | 17-CV-3965 | 1/17/2017 | _ | 1/23/2017 |
| Superior Court of Delaware | Livings | Gail | Gail Livings, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-154 | ######## | 1:16-cv-01258 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/24/2017 | 4/5/2017 | 17-CV-3968 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Locke | Wanda | Wanda Locke, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-161 | ######## | 1:16-cv-01265 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/24/2017 | 4/5/2017 | 17-CV-3977 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Marbury | Annie | Annie Marbury, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-163 | ######## | 1:16-cv-01269 | 1/17/2017 | | 1/18/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-3979 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Marino | Patricia | Patricia Marion et. Al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 3/2/2017 | N17C-03-064 | 3/8/2017 | 1:17-cv-00240 | 4/3/2017 | | not filed; due 4/7/17 | 3/9/2017 | _ | NO | 2:17-CV-02891 | _ | _ | _ |
| Superior Court of Delaware | Mullins | Diana | Diana Mullins, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-164 | ######## | 1:16-cv-01270 | | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4008 | 1/18/2017 | 1/30/2017 | _ |

| State Court | Pl. Last Name | Pl. First Name | Caption | Complaint Stamped | DE Sup. Ct. Docket No. | Notice of Removal | DE District Court Docket No. | Summons Issued | Summons Served | Remand Filed | Notice of Potential Tag Along Notice | Def. Opp. To Remand | Transfer | Transferor Docket No. | Def.'s Motion to Stay | Pl. Opp. to Stay | Def.'s Rely/Memo to Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superior Court of Delaware | Myrick | Alice | Alice Myrick, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-165 | ######## | 1:16-cv-01271 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4009 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Nation | Beverly A | Beverly Nation, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/20/2016 | N16C-12-167 | ######## | 1:16-cv-01273 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4011 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Nemec | Evelyn | Evelyn Nemec, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/20/2016 | N16C-12-168 | ######## | 1:16-cv-01274 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4012 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Nevels | Shirley | Shirley Nevels, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-170 | ######## | 1:16-cv-01277 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4014 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Nixon | Bessie | Bessie Nixon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-162 | ######## | 1:16-cv-01268 | 1/17/2017 | | 1/18/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-3978 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Payton | Sharon | Sharon Payton, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-158 | ######## | 1:16-cv-01262 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/24/2017 | 4/5/2017 | 17-CV-3974 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Ray | Rose | Rose Ray, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-155 | ######## | 1:16-cv-01259 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/24/2017 | 4/5/2017 | 17-CV-3969 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Robinson | Mary A. | Mary A. Robinson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-153 | ######## | 1:16-cv-01257 | 1/17/2017 | | 1/18/2017 | 12/20/16 | 1/24/2017 | 4/5/2017 | 17-CV-3967 | 1/17/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Self | Patricia | Patricia Self, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-172 | ######## | 1:16-cv-01284 | | | 1/18/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4016 | 1/18/2017 | 1/30/2017 | _ |
| Superior Court of Delaware | Smith | Dorothy | Dorothy Smith, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-173 | ######## | 1:16-cv-01286 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4016 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Stewart | Sharon | Sharon Stewart, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-177 | ######## | 1:16-cv-01290 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4021 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Stone | Bonnie | Bonnie Stone, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-179 | ######## | 1:16-cv-01292 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4023 | 1/18/2017 | 1/30/2017 | 1/24/2017 |

| State Court | Pl. Last Name | Pl. First Name | Caption | Complaint Stamped | DE Sup. Ct. Docket No. | Notice of Removal | DE District Court Docket No. | Summons Issued | Summons Served | Remand Filed | Notice of Potential Tag Along Notice | Def. Opp. To Remand | Transfer | Transferor Docket No. | Def.'s Motion to Stay | Pl. Opp. to Stay | Def.'s Rely/Memo to Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superior Court of Delaware | Strother | Dena | Dena Strother, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/29/2016 | N16C-12-422 | 1/5/2017 | 1:17-cv-00012 | 1/17/2017 | | 1/19/2017 | 1/6/2017 | 1/24/2017 | 4/5/2017 | 17-CV-4028 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Sullivan | Christine | Christine N. Sullivan, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 2/22/2017 | N17C-02-186 | 2/24/2017 | 1:17-cv-00195 | | | – | 2/27/2017 | – | NO | – | – | – | – |
| Superior Court of Delaware | Taylor | Linda | Linda Taylor, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-184 | ######## | 1:16-cv-01296 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4027 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Taylor | Pamela | Pamela Taylor, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16C-12-182 | ######## | 1:16-cv-01294 | 1/17/2017 | | 1/19/2017 | 12/22/2016 | 1/24/2017 | 4/5/2017 | 17-CV-4025 | 1/18/2017 | 1/30/2017 | 1/24/2017 |
| Superior Court of Delaware | Thomas | Gail | Gail Thomas, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-176 | 12/21/16 | 1:16-cv-01289 | 1/17/2017 | | 1/19/17 | 12/22/2016 | 1/20/17 | 4/5/2017 | 17-CV-4020 | 1/18/17 | 1/30/17 | 1/24/2017 |
| Superior Court of Delaware | Tucker | Debbie | Debbie Tucker, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-166 | 12/20/16 | 1:16-cv-01272 | 1/17/2017 | | 1/19/17 | 12/22/2016 | 1/24/17 | 4/5/2017 | 17-CV-4010 | 1/18/17 | 1/30/17 | 1/24/2017 |
| Superior Court of Delaware | Turner | Brenda | Brenda Turner, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-160 | 12/19/16 | 1:16-cv-01264 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/24/17 | 4/5/2017 | 17-CV-3976 | 1/17/17 | 1/30/17 | _1/24/2017 |
| Superior Court of Delaware | Walker | Brenda | Brenda Walker, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-159 | 12/19/16 | 1:16-cv-01263 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3975 | 1/17/17 | 1/30/17 | 1/24/2017 |
| Superior Court of Delaware | Walker | Jacquelyn | Jacquelyn Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-156 | 12/19/16 | 1:16-cv-01260 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3970 | 1/17/17 | 1/18/17 | 1/24/2017 |
| Superior Court of Delaware | Walker | Twahla | Twahla Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-151 | 12/19/16 | 1:16-cv-01253 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3964 | 1/17/17 | 1/18/17 | 1/23/2017 |
| Superior Court of Delaware | Washington | Carla | Carla Washington, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-148 | 12/19/16 | 1:16-cv-01250 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3960 | 1/17/17 | 1/18/17 | 1/23/2017 |

| State Court | Pl. Last Name | Pl. First Name | Caption | Complaint Stamped | DE Sup. Ct. Docket No. | Notice of Removal | DE District Court Docket No. | Summons Issued | Summons Served | Remand Filed | Notice of Potential Tag Along Notice | Def. Opp. To Remand | Transfer | Transferor Docket No. | Def.'s Motion to Stay | Pl. Opp. to Stay | Def.'s Rely/Memo to Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superior Court of Delaware | Williams | Barbara | Barbara Williams, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-142 | 12/19/16 | 1:16-cv-01244 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3951 | 1/17/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Wilson | Antoinette | Antionette Wilson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-139 | 12/16/16 | 1:16-cv-01238 | 1/10/2017 | 1/11/2017 | 1/14/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3948 | 1/17/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Young | Denise | Denise Young, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-23-043 | 12/19/16 | 1:16-cv-01245 | 1/17/2017 | | 1/18/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3952 | 1/17/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Youngblood | Annie | Annie Youngblood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/16 | N16C-12-138 | 12/16/16 | 1:16-cv-01237 | 1/10/2017 | 1/11/2017 | 1/14/17 | 12/20/16 | 1/17/17 | 4/5/2017 | 17-CV-3947 | 1/17/17 | 1/30/17 | 1/23/2017 |
| Superior Court of Delaware | Davis | Letha | Letha Davis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al., | 12/14/2016 | N16-cv-208 | ######## | 1:16-cv-01208 | 1/10/2017 | 1/11/2017 | 1/12/2017 | 12/16/2016 | 1/23/2017 | 4/5/2017 | 17-cv-3912 | 1/13/2017 | 1/30/2017 | 1/23/2017 |