# EXHIBIT E

PLAINTIFFS' EXHIBIT "E" TO THE LOPALO DECLARATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA GRADNEY AND<br>VICTOR GRADNEY,<br><br>        Plaintiffs,<br><br>        v.<br><br>SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S., INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; SANOFI S.A.; AVENTIS PHARMA S.A.; and DOES, INC.,<br><br>        Defendants. | C.A. No. 1:16-cv-01067-UNA |

## DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION TO STAY

PLEASE TAKE NOTICE that Defendant sanofi-aventis U.S. LLC[1] respectfully moves this Court to stay all proceedings in this action pending transfer of this case by the Judicial Panel on Multidistrict Litigation into *In re Taxotere (Docetaxel) Prod. Liab. Litig.*, MDL No. 2740, currently pending in the Eastern District of Louisiana. This Motion is based on the contemporaneously filed Memorandum in Support, incorporated by reference herein.

---

[1] No Defendant has been served in this matter. This Motion to Stay is solely on sanofi-aventis U.S. LLC's behalf and not on behalf of Sanofi U.S. Services Inc., Sanofi S.A., or Aventis Pharma S.A. This Motion to Stay does not waive the rights of Sanofi U.S. Services Inc., Sanofi S.A., or Aventis Pharma S.A.

1

PLAINTIFFS' EXHIBIT "E" TO THE LOPALO DECLARATION

| | |
|---|---|
| Dated: November 21, 2016 | Respectfully submitted, |
| | GIBBONS P.C. |
| | By: /s/ Christopher Viceconte |
| | Christopher Viceconte (#5568) |
| | 300 Delaware Avenue, Suite 1015 |
| | Wilmington, Delaware 19801 |
| | Tel.: (302) 518-6322 |
| | Fax: (302) 397-2050 |
| | cviceconte@gibbonslaw.com |
| | *Attorneys for Defendant* |
| | *sanofi-aventis U.S. LLC* |

OF COUNSEL:

SHOOK, HARDY & BACON L.L.P.
Harley V. Ratliff, Esq.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel.: (816) 474-6550
Fax: (816) 421-5547
hratliff@shb.com

2

PLAINTIFFS' EXHIBIT "E" TO THE LOPALO DECLARATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA GRADNEY AND VICTOR GRADNEY,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S., INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; SANOFI S.A.; AVENTIS PHARMA S.A.; and DOES, INC.,<br><br>Defendants. | C.A. No. 1:16-cv-01067-UNA |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify, pursuant to D. Del. LR 7.1.1, that counsel for Defendant sanofi-aventis U.S., LLC, conferred with counsel for Plaintiffs Debra Gradney and Victor Gradney, including oral communications involving Delaware counsel for the parties, regarding the relief requesting in the attached motion to stay, and counsel for Plaintiffs Debra Gradney and Victor Gradney did not consent to the requested relief, thereby necessitating the filing of this motion.

1

2509881.1  102678-94292

PLAINTIFFS' EXHIBIT "E" TO THE LOPALO DECLARATION

Dated: November 21, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　GIBBONS P.C.


　　　　　　　　　　　　　　　　By:　　/s/ Christopher Viceconte
　　　　　　　　　　　　　　　　　　　Christopher Viceconte (#5568)
　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1015
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Tel.: (302) 518-6322
　　　　　　　　　　　　　　　　　　　Fax: (302) 397-2050
　　　　　　　　　　　　　　　　　　　cviceconte@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*sanofi-aventis U.S. LLC*


OF COUNSEL:

SHOOK, HARDY & BACON L.L.P.
Harley V. Ratliff, Esq.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel.: (816) 474-6550
Fax: (816) 421-5547
hratliff@shb.com

2

2509881.1  102678-94292