# EXHIBIT F

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-01067 SLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sanofi-Aventis U.S. LLC
was received by me on *(date)* 12/06/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* The Corporation Service Company , who is
designated by law to accept service of process on behalf of *(name of organization)* Sanofi-Aventis U.S. LLC
on *(date)* 12/06/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/06/2016

*Server's signature*

David Kitto / Courier
*Printed name and title*

Reliable
1007 Orange St Suite 110
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: