# EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA GRADNEY AND VICTOR GRADNEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SANOFI U.S. SERVICES INC., formerly known as ) <br> SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS ) <br> U.S. LLC, separately and doing business as ) <br> WINTHROP U.S.; SANOFI S.A.; AVENTIS ) <br> PHARMA S.A.; and DOES, INC. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-cv-01067-SLR <br> Jury Trial Demanded |

## MOTION TO REMAND TO STATE COURT

Plaintiff hereby moves this Honorable Court to remand this case to state court. Removal is improper because the forum defendant rule bars removal as more fully set forth in Plaintiff's Memorandum of Points and Authorities in Support of Motion to Remand.

**NAPOLI SHKOLNIK, LLC**

**By:** <u>James D. Heisman</u>
James D. Heisman (#2746)
919 North Market Street, Suite 1801
Wilmington, DE 19801
(302) 330-8025
*Attorney for Plaintiffs*

*Date: December 9, 2016*

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Defendant, Sanofi U.S. Services Inc., and that the parties have not been able to reach agreement.

By: <u>James D. Heisman</u>
James D. Heisman (#2746)

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA GRADNEY AND VICTOR GRADNEY, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:16-cv-01067-SLR |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; SANOFI S.A.; AVENTIS PHARMA S.A.; and DOES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## [PROPOSED] ORDER ON MOTION TO REMAND TO STATE COURT

Having considered Plaintiffs' motion for an order remanding the instant action to state court and Defendant's opposition thereto, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant matter is remanded to state court.

Dated: _____

                                                  Honorable Sue L. Robinson
                                                  Judge of the United States
                                                  District Court, District of Delaware

## CERTIFICATE OF SERVICE

      I, James D. Heisman, Esquire, hereby certify that on this 9th day of December, 2016, I served a true and correct copy of the: Motion to Remand to State Court, Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion to Remand to State Court and Proposed Order upon the counsel of record via File & Servexpress.

                                                    /s/ James D. Heisman
                                                    James D. Heisman, Esquire