BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION               MDL Docket No. 2740
_____ /

THIS DOCUMENT RELATES TO:

*Fran Herbst v. Sanofi S.A., et al*. Case No. 2:16-cv-16229

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Emily C. Jeffcott, Esquire and Hugh P. Lambert, Esquire of the law firm of THE LAMBERT FIRM, PLC respectfully request leave to withdraw as counsel of record for client, Fran Herbst, in civil action no. 9:16-cv-81764. Dennis C. Reich, Esquire of the law firm of REICH AND BINSTOCK, LLP and J. Alistair McKenzie, Esquire of the law firm of MCKENZIE LAW FIRM, PA will continue their representation of Plaintiff Fran Herbst. As such, Plaintiff will not be prejudiced by this withdrawal nor will it unduly delay these proceedings.

Wherefore, Emily C. Jeffcott, Hugh P. Lambert, and The Lambert Firm, PLC request that this Court enter an Order allowing them to withdraw as attorneys for Fran Herbst.

Respectfully submitted this 23rd day of May, 2017.

        /s/ Emily Jeffcott
        Emily C. Jeffcott (LA #33204)
        Hugh P. Lambert (LA #7933)
        THE LAMBERT FIRM, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Phone: (504) 581-1750
        Fax: (504) 529-2931
        ejeffcott@thelambertfirm.com
        hlambert@thelambertfirm.com

/s/ Dennis Reich
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com

/s/ J. Alistair McKenzie
J. Alistair McKenzie (FL #91849)
MCKENZIE LAW FIRM, P.A.
905 East Hatton Street
Pensacola, FL 32503
Phone: (850) 432-2856
Fax: (850) 202-2012
amckenzie@mckenzielawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2017, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ Emily Jeffcott
Emily C. Jeffcott (LA #33204)
Hugh P. Lambert (LA #7933)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com
hlambert@thelambertfirm.com

Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com

J. Alistair McKenzie (FL #91849)
MCKENZIE LAW FIRM, P.A.
905 East Hatton Street
Pensacola, FL 32503
Phone: (850) 432-2856
Fax: (850) 202-2012
amckenzie@mckenzielawfirm.com