BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION         MDL Docket No. 2740
_____ /

THIS DOCUMENT RELATES TO:

*Fran Herbst v. Sanofi-Aventis U.S. LLC, et al*. Case No. 2:16-cv-16229

### ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that Emily C. Jeffcott, Esq., Hugh P. Lambert, Esq., and The Lambert Firm, PLC are withdrawn as Plaintiff's attorneys of record and shall be relieved of any further responsibility in connection with this action.

DONE AND SIGNED this _____ day of _____, 2017 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE