# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**

*The cases listed in the attached schedule\**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above referenced matters, who respectfully request oral argument on their Remand Motion.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court grant them permission to provide oral argument in relation to their Remand Motion.

DATED: May 19, 2017

Respectfully submitted,

  /s/ Hunter J. Shkolnik, Esq.
Hunter J. Shkolnik, Esq.
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 22, 2017

                                                        /s/ Hunter J. Shkolnik
                                                       Hunter J. Shkolnik, Esq.

## DELAWARE PLAINTIFFS JOINING THE
## OMNIBUS MOTION TO REMAND*

| | |
|---|---|
| *Charlene Allen, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3871 - N(5) |
| *Vera Anthony, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3870 - N(5) |
| *Teresa Arrington v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3893 - N(5) |
| *Doylene Austin v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3894 - N(5) |
| *Annie P. Blunt, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3894 - N(5) |
| *Pearl Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3896 - N(5) |
| *Vera Brooks, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3897 - N(5) |
| *Mary Bryant and Otis L. Bryant, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3901- N(5) |
| *Fannie Carlisle, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3904 - N(5) |
| *Beverly Chapman and George Chapman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3905 - N(5) |
| *Diane Chappell, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3906 - N(5) |
| *Shirley Coleman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3908 - N(5) |

| | |
|---|---|
| *Vertie Cook, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3909 - N(5) |
| *Anginelia Cross, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3910 - N(5) |
| *Gayle Darden, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3911 - N(5) |
| *Letha Davis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3912 - N(5) |
| *Rosa Fair, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al,* | 2:17-cv-3917 - N(5) |
| *Catherine Freeman, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3932 - N(5) |
| *Trena Garrett, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3933 - N(5) |
| *Debra Gradney, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2: 17-CV-01891-N(5) |
| *Angela Hampton, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3935 - N(5) |
| *Kathrun Harmon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3938 - N(5) |
| *Virgie Haynes, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3939 - N(5) |
| *Ada Haywood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3941 - N(5) |
| *Sindy Howard, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3949 - N(5) |
| *Norma Jackon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3953 - N(5) |

| | |
|---|---|
| *Dell Knighten et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3954 - N(5) |
| *Anges Lamb, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3962 - N(5) |
| *Lynda Lewis, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3965 - N(5) |
| *Gail Livings, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* | 2:17-cv-3968 - N(5) |
| *Wanda Locke, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3977 - N(5) |
| *Annie Marbury, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3979 - N(5) |
| *Diana Mullins, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4008 - N(5) |
| *Alice Myrick, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4009 - N(5) |
| *Beverly Nation, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4011 - N(5) |
| *Evelyn Nemec, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4012 - N(5) |
| *Shirley Nevels, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4014 - N(5) |
| *Bessie Nixon, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3978 - N(5) |
| *Sharon Payton, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3974 - N(5) |
| *Rose Ray, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3969 - N(5) |

| | |
|---|---|
| *Mary A. Robinson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3967 - N(5) |
| *Patricia Self, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4016 - N(5) |
| *Dorothy Smith, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4017 - N(5) |
| *Sharon Stewart, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4021 - N(5) |
| *Bonnie Stone, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2;17-cv-4023 - N(5) |
| *Dena Strother, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4028 - N(5) |
| *Christine N. Sullivan, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-02874 N(5) |
| *Linda Taylor, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4027 - N(5) |
| *Pamela Taylor, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4024 - N(5) |
| *Gail Thomas, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4020 - N(5) |
| *Debbie Tucker, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-4010 - N(5) |
| *Brenda Turner, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3976 - N(5) |
| *Brenda Walker, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3975 - N(5) |
| *Jacquelyn Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3970 - N(5) |

| | |
|---|---|
| *Twahla Walker, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3964 - N(5) |
| *Carla Washington, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3960 - N(5) |
| *Barbara Williams, et al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3951 - N(5) |
| *Antionette Wilson, et. al., v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3948 - N(5) |
| *Denise Young, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3952 - N(5) |
| *Annie Youngblood, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.* | 2:17-cv-3947 - N(5) |