BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: <br> *Doylene Austin, 2:17-cv-3895;* <br> *Evelyn Nemec, 2:17-cv- 4012;* <br> *Diane Chappell*, 2:17-cv-3906; <br> *Mary Bryant, et al.,* 2:17-cv-3901; <br> *Debbie Tucker, et. al.,* 2:17-cv-4010; <br> *Barbara Williams, et. al.,* 2:17-cv-3951; <br> *Vera Anthony*, 2:17-cv-3870 | HON. KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 24, 2017            Respectfully submitted,

                                                /s/ Christopher LoPalo
                                                Christopher LoPalo, Esquire
                                                **NAPOLI SHKOLNIK, PLLC**
                                                400 Broadhollow Rd, Suite 305
                                                Melville, NY 11747
                                                (212) 397-1000
                                                CLoPalo@napolilaw.com
                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 24, 2017                              /s/   Christopher LoPalo
                                                               Christopher LoPalo, Esquire