UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION

                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO                    HON. KURT D. ENGELHARDT
*Maria Concepcion v. Sanofi S.A., et al.*,   MAG. JUDGE MICHAEL B. NORTH
No. 2:2016-cv-15494

### <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

TO THE CLERK OF THE COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products

Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and

costs.

Dated: May 24, 2017                          Respectfully submitted,

                                    /s/ Karen Barth Menzies

                                  Karen Barth Menzies
                                  GIBBS LAW GROUP LLP
                                  400 Continental Blvd, 6th Floor
                                  El Segundo, California 90245
                                  Telephone: (510) 350-9240
                                  Facsimile: (510) 350-9701
                                  Email: kbm@classlawgroup.com

                                  Eric H. Gibbs
                                  Amy M. Zeman
                                  505 14th Street, Suite 1110
                                  Oakland, CA 94612
                                  Telephone: (510) 350-9700
                                  Facsimile: (510) 350-9701
                                  Email: ehg@classlawgroup.com
                                  amz@classlawgroup.com

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100 tel
Facsimile: (816) 714-7101 fax
Email: siegel@stuevesiegel.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 24, 2017                    /s/ Karen Barth Menzies
                                       Karen Barth Menzies