# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)


JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Patricia Marino, et al., v. Sanofi S.A., et al,* 17: 2891

*******************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

     Kindly enter my appearance on behalf of the above referenced plaintiffs in the above

captioned matters.

DATED: May 24, 2017

Respectfully submitted,


  /s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.


Dated: May 24, 2017


<u>  /s/ Christopher LoPalo</u>
Christopher LoPalo, Esq.