# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "N" ( 5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Pamela Ballantyne* ; 2:17-cv-04496<br>*Cynthia Brown*; 2:17-cv-04504<br>*Branda Brown*; 2:17-cv-04515<br>*Karen Burgess*; 2:17-cv-04528<br>*Carmelita Carter*; 2:17-cv-04537<br>*Gayle Day*; 2:17-cv-04580<br>*Wilie Manuel*; 2:17-cv-04829<br>*Zanette McCrea*; 2:17-cv-04817<br>*Shirley McKinley*; 2:17-cv-04758<br>*Theresa Robertson*; 2:17-cv-04839<br>*Robin Showalter;* 2:17-cv-04732<br>*Cuedette Smith*; 2:17-cv-04707<br>*Mildred Turner*; 2:17-cv-04827<br>*Phyllis Zeno*; 2:17-cv-04642 | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EAGLE PHARMACEUTICALS, INC.

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss Defendant Eagle Pharmaceuticals, Inc. from the above-captioned actions in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 25, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Andrew Geiger*
　　　　　　　　　　　　　　　　　　　Andrew Geiger, La. Bar No. 32467
　　　　　　　　　　　　　　　　　　　Allan Berger, La. Bar No. 2977
　　　　　　　　　　　　　　　　　　　Allan Berger & Associates, PLC
　　　　　　　　　　　　　　　　　　　4173 Canal Street
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70119
　　　　　　　　　　　　　　　　　　　Phone: 504-486-9481
　　　　　　　　　　　　　　　　　　　Fax: 504-483-8130
　　　　　　　　　　　　　　　　　　　ageiger@allan-berger.com
　　　　　　　　　　　　　　　　　　　aberger@allan-berger.com

　　　　　　　　　　　　　　　　　　　Brian King, La. Bar #24817
　　　　　　　　　　　　　　　　　　　Jason F. Giles, La. Bar #29211
　　　　　　　　　　　　　　　　　　　The King Firm, LLC
　　　　　　　　　　　　　　　　　　　2912 Canal Street
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70119
　　　　　　　　　　　　　　　　　　　Phone: 504-909-5464
　　　　　　　　　　　　　　　　　　　Fax: 800-901-6470

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on May 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 25, 2017　　　　　　　　　　*/s/ Andrew Geiger*
　　　　　　　　　　　　　　　　　　　Andrew Geiger