BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "N" (5)

THIS DOCUMENT RELATES TO:        HON. KURT D. ENGELHARDT
*Jacqueline Bell v. Sanofi, S.A. et al.*,        MAG. JUDGE MICHAEL B. NORTH
Case No. 2:16-cv-17957

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, JACQUELINE BELL, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 26, 2017        Respectfully submitted,

       GOMEZ TRIAL ATTORNEYS

       */s/Ahmed S. Diab*
       John H. Gomez (CA Bar # 171485) T.A.
       Ahmed S. Diab (CA Bar # 262319)
       Lindsay R. Stevens (CA Bar # 256811)
       655 West Broadway, Suite 1700
       San Diego, California 92101
       Telephone: (619) 237-3490
       Facsimile: (619) 237-3496
       *john@thegomezfirm.com*
       *adiab@thegomezfirm.com*
       *lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Ahmed S. Diab*
Ahmed S. Diab (CA Bar # 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
adiab@thegomezfirm.com