BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Erika Jones v. Sanofi, S.A. et al.*, Case No. 2:16-cv-17956 | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, ERIKA JONES, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 26, 2017                                   Respectfully submitted,

                                              GOMEZ TRIAL ATTORNEYS

                                              */s/Ahmed S. Diab*
                                              John H. Gomez (CA Bar # 171485) T.A.
                                              Ahmed S. Diab (CA Bar # 262319)
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496
                                              *john@thegomezfirm.com*
                                              *adiab@thegomezfirm.com*
                                              *lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Ahmed S. Diab*
Ahmed S. Diab (CA Bar # 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
adiab@thegomezfirm.com

1