UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' MASTER LONG FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Sun Pharma Global Inc.,[1] and McKesson Corporation, which respectfully bring the instant Motion to Dismiss. For the reasons more fully set forth in the attached Memorandum in Support, Defendants move to dismiss Plaintiffs' Master Long Form Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

**WHEREFORE**, Defendants respectfully request that this Court dismiss Plaintiffs' Master Long Form Complaint.

---

[1] At the time of filing this Motion, Sun Pharma Global Inc. and Plaintiffs have agreed to a voluntary dismissal without prejudice and have further agreed to substitute and accept streamlined service of process for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Laboratories, Ltd.  Plaintiffs have also named Sun Pharma Global FZE in this litigation but Sun Pharma Global FZE is a foreign company incorporated under the laws of the United Arab Emirates and has not been served with process, has not agreed to accept service of process in this litigation and consequently, Sun Pharma Global FZE is not appearing in this matter or joining in this Motion.

1

Respectfully Submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

SHOOK, HARDY & BACON L.L.P.

Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

GREENBERG TRAURIG, LLP

By: */s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

CHAFFE MCCALL, L.L.P.

By: */s/ John F. Olinde*
John F. Olinde (LA Bar #1515)
Peter J. Rotolo (LA Bar #21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 585-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

ULMER & BERNE LLP

By: */s/ Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
*Attorneys for Defendant Actavis Pharma, Inc.*

| | |
|---|---|
| KEOGH, COX & WILSON, LTD.<br><br>By: */s/John P. Wolff, III*<br>John P. Wolff, III, TA #14504<br>Nancy B. Gilbert, Bar #23095<br>Chad A. Sullivan, Bar #27657<br>Richard W. Wolff, Bar #34844<br>701 Main Street<br>Post Office Box 1151<br>Baton Rouge, Louisiana 70821<br>Telephone: (225) 383-3796<br>Fax: (225) 343-9612<br>jwolff@keoghcox.com<br>ngilbert@keoghcox.com<br>csullivan@keoghcox.com<br>rwolff@keoghcox.com<br><br>AND<br>Via *Pro Hac Vice* Admission<br><br>TUCKER ELLIS LLP<br><br>By: */s/ Julie A. Callsen*<br>Julie A. Callsen, TA, OH Bar #0062287<br>Brandon D. Cox, OH Bar #0089815<br>950 Main Ave.; Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: (216) 696-2286<br>Fax: (216) 592-5009<br>Julie.Callsen@TuckerEllis.com<br>Brandon.Cox@TuckerEllis.com<br><br>*Attorneys for Defendant Accord Healthcare Inc.* | LEAKE & ANDERSSON LLP<br><br>By: */s/ Stanton E. Shuler, Jr.*<br>Stanton E. Shuler, Jr. (Bar No. 19152)<br>1100 Poydras Street, Suite 1700<br>New Orleans, LA 70163-1701<br>Telephone: 504-585-7500<br>Facsimile: 504-585-7775<br>sshuler@leakeandandersson.com<br><br>HINSHAW & CULBERTSON LLP<br><br>By: */s/ Geoffrey M. Coan*<br>Kathleen E. Kelly<br>28 State Street<br>Boston, MA 02109<br>Telephone: 617-213-7000<br>Facsimile: 617-213-7001<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com<br><br>*Attorneys for Defendant Sun Pharma Global Inc.*<br><br>MORRISON & FOERSTER LLP<br><br>BY: *Erin M. Bosman*<br>Erin M. Bosman (Bar No. 204987)<br>Julie Y. Park (Bar No. 259929)<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858-720-5100<br>Facsimile: 858-720-5125<br>EBosman@mofo.com<br>JuliePark@mofo.com<br><br>*Attorneys for Defendant McKesson Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*