UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Sun Pharma Global Inc.,[1] and McKesson Corporation will bring for hearing the accompanying Motion to Dismiss Plaintiffs' Master Long Form Complaint on the 30th day of August, 2017, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

---

[1] At the time of filing this Motion, Sun Pharma Global Inc. and Plaintiffs have agreed to a voluntary dismissal without prejudice and have further agreed to substitute and accept streamlined service of process for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Laboratories, Ltd.  Plaintiffs have also named Sun Pharma Global FZE in this litigation but Sun Pharma Global FZE is a foreign company incorporated under the laws of the United Arab Emirates and has not been served with process, has not agreed to accept service of process in this litigation and consequently, Sun Pharma Global FZE is not appearing in this matter or joining in this Motion.

Respectfully Submitted,

| | |
|---|---|
| IRWIN FRITCHIE URQUHART & MOORE LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| By: /s/ *Douglas J. Moore* | By: */s/ Mark S. Cheffo* |
| Douglas J. Moore (Bar No. 27706) | Mark S. Cheffo |
| 400 Poydras Street, Suite 2700 | Mara Cusker Gonzalez |
| New Orleans, LA  70130 | 51 Madison Ave., 22nd Floor |
| Telephone: 504-310-2100 | New York, NY 10010 |
| Facsimile:  504-310-2120 | Phone: (212) 849-7000 |
| dmoore@irwinllc.com | Fax: (212) 849-7100 |
| | markcheffo@quinnemanuel.com |
| | maracuskergonzalez@quinnemanuel.com |

SHOOK, HARDY & BACON L.L.P.

CHAFFE MCCALL, L.L.P.

Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com

By:  */s/ John F. Olinde*
John F. Olinde (LA Bar #1515)
Peter J. Rotolo (LA Bar #21848)
1100 Poydras Street
New Orleans, LA 70163
Phone:  (504) 585-7000
Fax:  (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

GREENBERG TRAURIG, LLP

ULMER & BERNE LLP

By:  */s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

By: */s/ Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorneys for Defendant Sandoz Inc.*

*Attorneys for Defendant Actavis Pharma, Inc.*

KEOGH, COX & WILSON, LTD.

By: */s/John P. Wolff, III*
John P. Wolff, III, TA #14504
Nancy B. Gilbert, Bar #23095
Chad A. Sullivan, Bar #27657
Richard W. Wolff, Bar #34844
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Fax: (225) 343-9612
jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com
rwolff@keoghcox.com

AND
Via *Pro Hac Vice* Admission

TUCKER ELLIS LLP

By: */s/ Julie A. Callsen*
Julie A. Callsen, TA, OH Bar #0062287
Brandon D. Cox, OH Bar #0089815
950 Main Ave.; Suite 1100
Cleveland, OH   44113-7213
Telephone: (216) 696-2286
Fax: (216) 592-5009
Julie.Callsen@TuckerEllis.com
Brandon.Cox@TuckerEllis.com

*Attorneys for Defendant Accord Healthcare Inc.*

LEAKE & ANDERSSON LLP

By: */s/ Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr. (Bar No. 19152)
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Telephone: 504-585-7500
Facsimile:  504-585-7775
sshuler@leakeandandersson.com

HINSHAW & CULBERTSON LLP

By: */s/ Geoffrey M. Coan*
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile:  617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharma Global Inc.*

MORRISON & FOERSTER LLP

BY: *Erin M. Bosman*
Erin M. Bosman (Bar No. 204987)
Julie Y. Park (Bar No. 259929)
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
EBosman@mofo.com
JuliePark@mofo.com

*Attorneys for Defendant McKesson Corporation*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*