BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:     HON. KURT D. ENGELHARDT
*Vicki Jourdan v. Sanofi, S.A. et al.*,     MAG. JUDGE MICHAEL B. NORTH
Case No. 2:16-cv-16986

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, VICKI JOURDAN, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 26, 2017     Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

/s/Ahmed S. Diab
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          */s/ Ahmed S. Diab*
          Ahmed S. Diab (CA Bar # 262319)
          GOMEZ TRIAL ATTORNEYS
          655 West Broadway, Suite 1700
          San Diego, California 92101
          Telephone: (619) 237-3490
          Facsimile: (619) 237-3496
          adiab@thegomezfirm.com