UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

_____

**DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S MOTION TO DISMISS CLAIMS BARRED BY THE APPLICABLE STATUTES OF LIMITATIONS**
_____

**NOW INTO COURT**, through undersigned counsel, come Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., which respectfully bring the instant Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons more fully set forth in the attached Memorandum in Support, Defendants move to dismiss the claims of the Plaintiffs listed on Exhibit A to the instant Motion on the grounds that their claims are barred by the applicable statutes of limitations

**WHEREFORE**, Defendants respectfully request that this Court dismiss the Complaints of those Plaintiffs listed on Exhibit A to the instant Motion.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*