UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
|  | : |  |
|  | : | SECTION "N" (5) |
| LINDA DAVIS, | : |  |
|  | : | JUDGE ENGELHARDT |
| Plaintiff, | : | MAG. JUDGE NORTH |
|  | : |  |
| v. | : | COMPLAINT & JURY DEMAND |
|  | : |  |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI | : | Civil Action No.  2:17-cv-01773 |
| US SERVICES INC., SANOFI-AVENTIS U.S. LLC, | : |  |
| HOSPIRA WORLDWIDE INC., SUN PHARMA | : |  |
| GLOBAL INC., MCKESSON CORPORATION | : |  |
| d/b/a MCKESSON PACKAGING, SANDOZ INC, | : |  |
| and ACCORD HEALTHCARE INC. |  |  |
|  |  |  |
| Defendants. |  |  |

## SHORT FORM AMENDED COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand

filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short

Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form

Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.     Plaintiff: **Linda Davis**

2.     Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): **N/A**

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): **N/A**

4.     Current State of Residence: **Louisiana**

5.     State in which Plaintiff(s) allege(s) injury:  **Louisiana**

6.      Defendants (check all Defendants against whom a Complaint is made):

   a.      Taxotere Brand Name Defendants

   ☒   A.      Sanofi S.A.

   ☒   B.      Aventis Pharma S.A.

   ☒   C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☒   D.      Sanofi-Aventis U.S. LLC

   b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☒   A.      Sandoz, Inc.

   ☒   B.      Accord Healthcare, Inc.

   ☒   C.      McKesson Corporation d/b/a McKesson Packaging

   ☒   D.      Hospira Worldwide Inc.

   ☐   E.      Hospira Inc

   ☐   F.      Sun Pharma Global FZE

   ☒   G.      Sun Pharma Global Inc.

   ☐   H.      Caraco Pharmaceutical Laboratories Ltd.

   ☐   I.      Pfizer Inc.

   ☐   J.      Allergan Finance LLC f/k/a Actavis Inc.

   ☐   K.      Actavis Pharma Inc.

   ☐   L.      Other:

2

7.    Basis for Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court Western District of Louisiana

9.    Brand Product(s) used by Plaintiff (check applicable):

    ☐    A.    Taxotere

    ☐    B.    Docefrez

    ☐    C.    Docetaxel Injection

    ☐    D.    Docetaxel Injection Concentrate

    ☒    E.    Unknown (discovery pending)

    ☐    F.    Other:

10.   First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

3

> May 21, 2013 – September 3, 2013

11.   State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12.   Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent disfigurement including permanent alopecia; mental anguish; increased risk of future harm, suffering and discomfort and past, present, and future impairment of quality of life.

13.   Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count II – Strict Products Liability for Misrepresentation
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit
☒ Count VIII – Breach of Express Warranty (Sanofi Defendants only)

☒ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Liability under the Louisiana Products Liability Act (LPLA)
Plaintiff hereby incorporates and reaffirms ¶¶198-199 of her original Complaint.

Design Defect under LSA-RS 9:2800.56:
Plaintiff hereby reaffirms and incorporates ¶¶200-210 of her original Complaint.

Inadequate Warning Under LSA-RS 9:2800.57
Plaintiff hereby reaffirms and incorporates ¶¶211-221 of her original Complaint.

Breach of Express Warranty Under LSA-RS 9:2800.58
Plaintiff hereby reaffirms and incorporates ¶¶222-231 of her original Complaint.

Breach of Warranty in Redhibition.
Plaintiff hereby incorporates and reaffirms ¶¶232-239 of her original Complaint.

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s),
        Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Emily C. Jeffcott (LA #33204)
Hugh P. Lambert (LA #7933)
Kimberly A. Jemison (LA #37178)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com
hlambert@thelambertfirm.com
kjemison@thelambertfirm.com