UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Danah Anderson v. Sanofi S.A., et al* 2:2016-cv-15493
*Bertha Renee Schmitz v. Sanofi S.A., et al* 2:2016-cv-15502
*Valesta Collins v. Sanofi S.A., et al* 2:2016-cv-15281

******************************************************************************

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 31, 2017

                                        Respectfully submitted,
                                        /s/ Abby E. McClellan
                                        Abby E. McClellan
                                        Stueve Siegel Hanson LLP
                                        460 Nichols Road, Suite 200
                                        Kansas City, MO 64112
                                        Tel: 816-714-7123
                                        mcclellan@stuevesiegel.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 31, 2017

                                                      /s/ Abby E. McClellan
                                                      Abby E. McClellan