UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Danah Anderson v. Sanofi S.A., et al* 2:2016-cv-15493
*Bertha Renee Schmitz v. Sanofi S.A., et al* 2:2016-cv-15502
*Valesta Collins v. Sanofi S.A., et al* 2:2016-cv-15281
*Galemarie Kuchtyak v. Sanofi S.A., et al* 2:2016-cv-16235

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: June 1, 2017

                                         Respectfully submitted,
                                         /s/ Todd E. Hilton
                                         Todd E. Hilton
                                         Stueve Siegel Hanson LLP
                                         460 Nichols Road, Suite 200
                                         Kansas City, MO 64112
                                         Tel: 816-714-7118
                                         hilton@stuevesiegel.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 1, 2017

/s/ Todd E. Hilton
Todd E. Hilton