# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PLAINTIFF FACT SHEET**

    This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

    In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

    **Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

I.    **CORE CASE INFORMATION**

Attorney Information

    Please provide the following information for the civil action that you filed:
1. Caption: Delores Howard v. Sanofi S.A., et al
2. Court and Docket No.: USDC E.D.La 17-01073
3. MDL Docket No. (if different): 16-2740

8. For breast cancer, specify:

   a) Tumor size:

   | Tumor Size | Yes |
   |---|---|
   | TX | ☐ |
   | T0 | ☐ |
   | Tis | ☐ |
   | T1 | ☒ |
   | T2 | ☐ |
   | T3 | ☐ |
   | T4 (T4a, T4b, T4c, T4d) | ☐ |
   | Unknown | ☐ |

   b) Metastasis: <u>M0</u>

   c) Node involvement:

   | Node | Yes |
   |---|---|
   | Node + NX | ☐ |
   | Node + N0 | ☐ |
   | Node + N1 | ☒ |
   | Node + N2 | ☐ |
   | Node + N3 | ☐ |
   | Node – (negative) | ☐ |
   | Unknown | ☐ |

   d) HER2 + (positive):   ☐   HER2- (negative):  ☒   Unknown: ☐

   e) Estrogen receptor: Positive (ER+):  ☒  Negative (ER-):  ☐  Unknown: ☐

   f) Progesterone receptor: Positive (PR+):  ☒  Negative (PR-):  ☐  Unknown: ☐

9. Was Taxotere® or Docetaxel the only chemotherapy treatment that you ever received? Yes ☐  No ☒  Unknown ☐

10. Have you ever been treated with other chemotherapy drugs, either alone or in combination with or sequentially with Taxotere® or Docetaxel?   Yes ☒   No ☐   Unknown ☐

11. If yes, check which of the following chemotherapy drugs you took:

    | Drug | Yes |
    |---|---|
    | 5-Fluorouracil (Eludex) | ☐ |
    | Actinomycin | ☐ |

| Drug | Yes |
|---|---|
| Altretamine (Hexalen) | ☐ |
| Amsacrine | ☐ |
| Bleomycin | ☐ |
| Busulfan (Busulfex, Myleran) | ☐ |
| Cabazitaxel: Mitoxantrone | ☐ |
| Carboplatin (Paraplatin) | ☐ |
| Carmustine (BiCNU, Gliadel) | ☐ |
| Cetuximab (Erbitux) | ☐ |
| Chlorambucil (Leukeran) | ☐ |
| Cisplatin (Platinol) | ☐ |
| Cyclophosphamide (Neosar) | ☒ |
| Cytarabine (Depocyt) | ☐ |
| Dacarbazine | ☐ |
| Daunorubicin (Cerubidine, DaunoXome) | ☐ |
| Doxorubicin (Adriamycin, Doxil) | ☒ |
| Epirubicin (Ellence) | ☐ |
| Erlotinib (Tarceva) | ☐ |
| Etoposide (Etopophos, Toposar) | ☐ |
| Everolimus (Afinitor, Zortress) | ☐ |
| Faslodex (Fulvestrant) | ☐ |
| Gemcitabine (Gemzar) | ☐ |
| Hexamethylmelamine (Hexalen) | ☐ |
| Hydroxyurea (Hydrea, Droxia) | ☐ |
| Idarubicin (Idamycin) | ☐ |
| Ifosfamide (Ifex) | ☐ |
| L-asparginase (crisantaspase) | ☐ |
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |

| Drug | Yes |
|---|---|
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

   a) Number of cycles: <u>04</u>

   b) Frequency: Every week ☐ Every three weeks ☒
      Other:

   c) First treatment date: <u>03/??/2003</u>

   d) Last treatment date: <u>07/1/2003</u>

   e) Dosage: <u>75mg/M2</u>

      (1) Combined with another chemotherapy drug: ☒

      (2) Sequential with another chemotherapy drug: ☐

      (3) If so, describe the combination or sequence: <u>Doxorubicin and Cytoxan 2 weeks, X's 4 cycles, followed by Taxotere</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| McElveen, Dr. Leland | 1301 Taylor Street<br>Columbia, SC 29201 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| South Carolina Oncology Associates | 166 Stoneridge Drive<br>Columbia, SC 29210 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | ☒ | ☐ | N/A |

## X. DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

*Delores House*
Signature

May 24th, 2017
Date

## XI. AUTHORIZATIONS

See Attached Exhibit A.

31