# EXHIBIT A



December 20, 2016

VIA U.S. MAIL AND ELECTRONIC MAIL

John H. Gomez
Ahmed S. Diab
Lindsay R. Stevens
Gomez Trial Attorneys
655 W Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3492
john@thegomezfirm.com
adiab@thegomezfirm.com
lsevens@thegomezfirm.com

Harley Ratliff
2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
f 816.421.5547
hratliff@shb.com

Re:   *Pickrell v. Sanofi S.A., et al*, Case No. 37-2016-00044269-CU-PL-CTL
      (San Diego County Superior Court)
      *Wright v. Sanofi S.A., et al*, Case No. 37-2016-00044270-CU-PL-CTL
      (San Diego County Superior Court)
      *Fuller v. Sanofi S.A., et al*, Case No. 37-2016-00044267-CU-PL-CTL
      (San Diego County Superior Court)

Dear Counsel:

Sanofi-aventis U.S. LLC has reviewed the Complaints filed in the *Pickrell*, *Wright*, and *Fuller* cases. In order to properly respond to the respective Complaints, sanofi-aventis U.S. LLC must know the location where each of the Plaintiffs was allegedly treated with Taxotere®. We ask that you kindly send this information by Friday, December 30.

Regards,

Harley Ratliff

cc:   Rebecca Eickbush (via electronic mail only)

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

7934860 V1



December 1, 2016

VIA U.S. MAIL AND ELECTRONIC MAIL

Karen Barth Menzies  
GIBBS LAW GROUP LLP  
400 Continental Blvd, 6th Floor  
El Segundo, California 90245  
kbm@classlawgroup.com

Harley Ratliff  
2555 Grand Blvd.  
Kansas City, Missouri 64108  
**t** 816.474.6550  
**f** 816.421.5547  
hratliff@shb.com

Eric H. Gibbs  
Amy M. Zeman  
GIBBS LAW GROUP LLP  
505 14th Street, Suite 1110  
Oakland, CA 94612  
ehg@classlawgroup.com  
amz@classlawgroup.com

Re:   *Castagnola v. Sanofi, S.A., et al.*, Case No. BC641516 (Los Angeles County Superior Court);  
*Johnson v. Sanofi, S.A., et al.*, Case No. 16CECG03743 (Fresno County Superior Court)

Dear Counsel:

Sanofi-aventis U.S. LLC has reviewed the Complaints filed in the *Castagnola* and *Johnson* cases. In order to properly respond to the respective Complaints, sanofi-aventis U.S. LLC must know the location where each of these Plaintiffs was allegedly treated with Taxotere®. As the responsive pleading deadline is quickly approaching in *Castagnola*, we ask that you kindly send this information by Monday, December 5.

Regards,

Harley Ratliff

cc:   Rebecca Eickbush (via electronic mail only)

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

7900515 V1



December 20, 2016

VIA U.S. MAIL

C. Brooks Cutter
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, California 95864
bcutter@cutterlaw.com

Harley Ratliff
2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
f 816.421.5547
hratliff@shb.com

Re: *Ernyes-Kofler, et al. v. Sanofi, S.A., et al.*, Case No. 16CV303585 (Santa Clara County Superior Court); *McCallister, et al. v. Sanofi, S.A., et al.* (Sacramento County Superior Court)

Dear Counsel:

Sanofi-aventis U.S. LLC has reviewed the Complaints filed in the *Ernyes-Kofler* and *McCallister* cases. In order to properly respond to the respective Complaints, sanofi-aventis U.S. LLC must know the location where each of the Plaintiffs was allegedly treated with Taxotere®. We ask that you kindly send this information by Friday, December 30.

Regards,

Harley Ratliff

cc: Rebecca Eickbush (via electronic mail only)



December 1, 2016

VIA U.S. MAIL AND ELECTRONIC MAIL

C. Brooks Cutter
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, California 95864
bcutter@cutterlaw.com

Harley Ratliff
2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
f 816.421.5547
hratliff@shb.com

Re: *Jenkins v. Sanofi, S.A., et al.*, Case No. RG16838881 (Alameda County County Superior Court);
*Gardner v. Sanofi, S.A., et al.*, Case No. BC640591 (Los Angeles County Superior Court)

Dear Counsel:

Sanofi-aventis U.S. LLC has reviewed the Complaints filed in the *Jenkins* and *Gardner* cases. In order to properly respond to the respective Complaints, sanofi-aventis U.S. LLC must know the location where each of these Plaintiffs was allegedly treated with Taxotere®. We ask that you kindly send this information by Monday, December 5.

Regards,

Harley Ratliff

cc:   Rebecca Eickbush (via electronic mail only)

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

7903479 V1