# EXHIBIT B

| | |
|---|---|
| 1 | Amir Nassihi, SBN 235936 |
| | anassihi@shb.com |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| 3 | San Francisco, CA 94104-4505 |
| | Telephone: 415.544.1900 |
| 4 | Facsimile: 415.391.0281 |
| 5 | Attorneys for Defendants |
| | SANOFI-AVENTIS U.S. LLC & |
| 6 | SANOFI U.S. SERVICES INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CELESTE WEST, | | Case No. 3:17-cv-00982 |
| Plaintiff, | | **DECLARATION OF JOHN BOHLINGER IN SUPPORT OF DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC. NOTICE OF REMOVAL** |
| v. | | |
| SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; HOSPITAL WORLDWIDE, INC.; SUN PHARMA GLOBAL INC.; MCKESSON CORPORATION; SANDOZ INC.; ACCORD HEALTHCARE LTD.; ACCORD HEALTHCARE, INC.; INTAS PHARAMAUETICALS LIMITED; SANOFI S.A.; AVENTIS PHARAM S.A.; AND DOES, INC., 1 through 30, inclusive, | | [Filed Concurrently with Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. Notice of Removal]<br><br>Complaint filed: December 22, 2016 |
| Defendants. | | |

1

DECLARATION OF JOHN BOHLINGER IN SUPPORT OF DEFENDANTS SANOFI-AVENTIS
U.S. LLC AND SANOFI U.S. SERVICES INC.'S NOTICE OF REMOVAL
CASE NO. ____

I, John Bohlinger, declare as follows:

1. I am the Director of Operations for McKesson Corporation's U.S. Pharmaceutical business ("McKesson Pharma"). I have personal knowledge of the facts set forth herein and could competently testify to the facts herein.

2. McKesson Pharma does not now, nor has it ever, distributed Taxotere to Kaiser Permanente Medical Center 1425 S Main Street, Walnut Creek, California 94596, as identified by Plaintiff's counsel as the location where Plaintiff was treated with Taxotere (*see* E-mail from Rachel Shkolnik, Plaintiff's Counsel, to Harley Ratliff, sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. Counsel (Jan. 5, 2017, 3:22 p.m.), attached to Amir Nassihi's Declaration at ¶ 2, attached as Exhibit B to sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.'s Notice of Removal).

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed this 22nd day of February 2017 in Santa Fe Springs, California.

_____
JOHN BOHLINGER

2
DECLARATION OF JOHN BOHLINGER IN SUPPORT OF DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.'S NOTICE OF REMOVAL
CASE NO. ___ 7290508 V1