UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Pamela Ballantyne*: 2:17-cv-04496<br>*Karen Burgess*: 2:17-cv-04528<br>*Carolyn Hornyak*: 2:17-cv-04952<br>*Willie Manuel*: 2-17-cv-04829<br>*Theresa Robertson*: 2-17-cv-04839<br>*Pamela White*: 2:17-cv-05007 | HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SUN PHARMA GLOBAL INC.**

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismiss Defendant Sun Pharma Global Inc. from the following actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own attorneys' fees and costs:

Pamela Ballantyne v. Sandoz, et al.: 2:17-cv-04496

Karen Burgess v. Sandoz, et al.: 2:17-cv-04528

Carolyn Hornyak v. Sanofi S.A., et al.: 2:17-cv-04952

Willie Manuel v. Sandoz, Inc., et al.: 2:17-cv-04829

Theresa Robertson v. Sanofi S.A., et al.: 2:17-cv-04839

Pamela White v. Sanofi S.A., et al.: 2:17-cv-05007

Respectfully submitted,

*/s/ Andrew Geiger*
Andrew Geiger (Bar No. 32467)
**ALLAN BERGER & ASSOCIATES**
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
ageiger@bergerlawnola.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 2, 2017        */s/ Andrew Geiger*
Andrew Geiger