UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)       )        MDL No. 2740
PRODUCTS LIABILITY LITIGATION  )
                                                           )        SECTION: "N" (5)
                                                           )

**THIS DOCUMENT RELATES TO THE FOLLOWING CASE:**
*West v. Sanofi U.S. Services Inc. et al.*, 2:17-cv-02067-KDE-MBN (E.D. La.)

## JOINDER OF SANDOZ INC. IN SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

Defendant Sandoz Inc. ("Sandoz"), by and through its undersigned counsel of record, hereby joins in Defendant Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Omnibus Motion to Remand (the "Opposition") (Dkt. No. 511). As grounds for its joinder, Sandoz hereby incorporates by reference, as though set forth herein, the arguments raised in the Opposition, and further states as follows:

1. For purposes of determining diversity jurisdiction, Sandoz is now and was at the time Plaintiff commenced the above-captioned action a Colorado limited liability company with its principal place of business in New Jersey. (Compl. ¶ 45). Thus, for jurisdictional purposes, Sandoz is a citizen of Colorado and New Jersey. *See* 28 U.S.C. § 1332(c)(1).

2. Of the several cases at issue in Plaintiffs' Omnibus Motion to Remand, Sandoz is a named Defendant only in this lawsuit. Sandoz is not a party to the other cases to which the Omnibus Motion to Remand applies.

3. As is set forth in the Opposition and accompanying exhibits, remand would be particularly inappropriate as to this case, because Plaintiff here has already provided information permitting the conclusion—at this time and without the need for additional discovery—that forum Defendant McKesson Corporation is not a proper party that could defeat removal.

4. Moreover, remanding this action to California would be grossly inefficient and inequitable for Sandoz.

Respectfully submitted,

This 2nd day of June, 2017.

/s/ *Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**Greenberg Traurig, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

Deborah B. Rouen
E. Paige Sensenbrenner
**Adams and Reese LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                              */s/ Lori G. Cohen*
                                              Lori G. Cohen