UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "N" (5)
)

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**
*Allen, Charlene and Alvin v. Sanofi SA, et al.*, 2:17-cv-03871-KDE-MBN (E.D. La.)
*Anthony, Vera v. Sanofi SA, et al.*, 2:17-cv-03870-KDE-MBN (E.D. La.)
*Arrington, Teresa v. Sanofi SA, et al.*, 2:17-cv-03893-KDE-MBN (E.D. La.)
*Austin, Doylene and Herman v. Sanofi SA, et al.*, 2:17-cv-03894-KDE-MBN (E.D. La.)
*Blunt, Annie P. v. Sanofi SA, et al.*, 2:17-cv-03895-KDE-MBN (E.D. La.)
*Brooks, Pearl v. Sanofi SA, et al.*, 2:17-cv-03896-KDE-MBN (E.D. La.)
*Brooks, Vera v. Sanofi SA, et al.*, 2:17-cv-03897-KDE-MBN (E.D. La.)
*Bryant, Mary and Otis v. Sanofi SA, et al.*, 2:17-cv-03901-KDE-MBN (E.D. La.)
*Carlisle, Fannie v. Sanofi SA, et al.*, 2:17-cv-03904-KDE-MBN (E.D. La.)
*Chapman, Beverly and George v. Sanofi SA, et al.*, 2:17-cv-03905-KDE-MBN (E.D. La.)
*Chappell, Diane v. Sanofi SA, et al.*, 2:17-cv-03906-KDE-MBN (E.D. La.)
*Coleman, Shirley and Johnny v. Sanofi SA, et al.*, 2:17-cv-03908-KDE-MBN (E.D. La.)
*Cook, Vertie v. Sanofi SA, et al.*, 2:17-cv-03909-KDE-MBN (E.D. La.)
*Cross, Anginelia and Jonathan v. Sanofi SA, et al.*, 2:17-cv-03910-KDE-MBN (E.D. La.)
*Darden, Gayle v. Sanofi SA, et al.*, 2:17-cv-03911-KDE-MBN (E.D. La.)
*Davis, Letha v. Sanofi SA, et al.*, 2:17-cv-03912-KDE-MBN (E.D. La.)
*Evans, Verna v. Sanofi SA, et al.*, 2:17-cv-05419-KDE-MBN (E.D. La.)
*Fair, Rosa and Clean Crocket v. Sanofi SA, et al.*, 2:17-cv-03917-KDE-MBN (E.D. La.)
*Freeman, Catherine and Henry v. Sanofi SA, et al.*, 2:17-cv-03932-KDE-MBN (E.D. La.)
*Garrett, Trena v. Sanofi SA, et al.*, 2:17-cv-03933-KDE-MBN (E.D. La.)
*Gradney, Debra and Victor v. Sanofi SA, et al.*, 2:17-cv-01891-KDE-MBN (E.D. La.)
*Hampton, Angela v. Sanofi SA, et al.*, 2:17-cv-03935-KDE-MBN (E.D. La.)
*Harmon, Kathryn and Edgar v. Sanofi SA, et al.*, 2:17-cv-03938-KDE-MBN (E.D. La.)
*Haynes, Virgie v. Sanofi SA, et al.*, 2:17-cv-03939-KDE-MBN (E.D. La.)
*Haywood, Ada v. Sanofi SA, et al.*, 2:17-cv-03941-KDE-MBN (E.D. La.)
*Howard, Sindy v. Sanofi SA, et al.*, 2:17-cv-03949-KDE-MBN (E.D. La.)
*Jackson, Norma v. Sanofi SA, et al.*, 2:17-cv-03953-KDE-MBN (E.D. La.)
*Knighten, Dell and Joseph v. Sanofi SA, et al.*, 2:17-cv-03954-KDE-MBN (E.D. La.)
*Lamb, Agnes v. Sanofi SA, et al.*, 2:17-cv-03962-KDE-MBN (E.D. La.)
*Lewis, Lynda v. Sanofi SA, et al.*, 2:17-cv-03965-KDE-MBN (E.D. La.)
*Livings, Gail v. Sanofi SA, et al.*, 2:17-cv-03968-KDE-MBN (E.D. La.)
*Locke, Wanda and Steven v. Sanofi SA, et al.*, 2:17-cv-03977-KDE-MBN (E.D. La.)

*Marbury, Annie v. Sanofi SA, et al.*, 2:17-cv-03979-KDE-MBN (E.D. La.)
*Marino, Patricia v. Sanofi SA, et al.*, 2:17-cv-02891-KDE-MBN (E.D. La.)
*Mullins, Diana v. Sanofi SA, et al.*, 2:17-cv-04008-KDE-MBN (E.D. La.)
*Myrick, Alice v. Sanofi SA, et al.*, 2:17-cv-04009-KDE-MBN (E.D. La.)
*Nation, Beverly A. v. Sanofi SA, et al.*, 2:17-cv-04011-KDE-MBN (E.D. La.)
*Nemec, Evelyn v. Sanofi SA, et al.*, 2:17-cv-04012-KDE-MBN (E.D. La.)
*Nevels, Shirley and Albert v. Sanofi SA, et al.*, 2:17-cv-04014-KDE-MBN (E.D. La.)
*Nixon, Bessie v. Sanofi SA, et al.*, 2:17-cv-03978-KDE-MBN (E.D. La.)
*Payton, Sharon and Fredrick v. Sanofi SA, et al.*, 2:17-cv-03974-KDE-MBN (E.D. La.)
*Ray, Rose v. Sanofi SA, et al.*, 2:17-cv-03969-KDE-MBN (E.D. La.)
*Robinson, Mary A. and Emerson v. Sanofi SA, et al.*, 2:17-cv-03967-KDE-MBN (E.D. La.)
*Self, Trisha v. Sanofi SA, et al.*, 2:17-cv-04016-KDE-MBN (E.D. La.)
*Smith, Dorothy v. Sanofi SA, et al.*, 2:17-cv-04017-KDE-MBN (E.D. La.)
*Stewart, Sharon v. Sanofi SA, et al.*, 2:17-cv-04021-KDE-MBN (E.D. La.)
*Stone, Bonnie v. Sanofi SA, et al.*, 2:17-cv-04023-KDE-MBN (E.D. La.)
*Strother, Dena and Christopher v. Sanofi SA, et al.*, 2:17-cv-04028-KDE-MBN (E.D. La.)
*Sullivan, Christine N. v. Sanofi US Services, et al.*, 2:17-cv-02874-KDE-MBN (E.D. La.)
*Taylor, Linda v. Sanofi SA, et al.*, 2:17-cv-04027-KDE-MBN (E.D. La.)
*Taylor, Pamela and Julius v. Sanofi SA, et al.*, 2:17-cv-04025-KDE-MBN (E.D. La.)
*Thomas, Gail v. Sanofi SA, et al.*, 2:17-cv-04020-KDE-MBN (E.D. La.)
*Tucker, Debbie and Robert v. Sanofi SA, et al.*, 2:17-cv-04010-KDE-MBN (E.D. La.)
*Turner, Brenda v. Sanofi SA, et al.*, 2:17-cv-03976-KDE-MBN (E.D. La.)
*Walker, Brenda and Allen v. Sanofi SA, et al.*, 2:17-cv-03975-KDE-MBN (E.D. La.)
*Walker, Jacquelyn v. Sanofi SA, et al.*, 2:17-cv-03970-KDE-MBN (E.D. La.)
*Walker, Twahla v. Sanofi SA, et al.*, 2:17-cv-03964-KDE-MBN (E.D. La.)
*Washington, Carla v. Sanofi SA, et al.*, 2:17-cv-03960-KDE-MBN (E.D. La.)
*Williams, Barbara and Edward v. Sanofi SA, et al.*, 2:17-cv-03951-KDE-MBN (E.D. La.)
*Wilson, Antoinette and Daryl v. Sanofi SA, et al.*, 2:17-cv-03948-KDE-MBN (E.D. La.)
*Young, Denise v. Sanofi SA, et al.*, 2:17-cv-03952-KDE-MBN (E.D. La.)
*Youngblood, Annie and Webster v. Sanofi SA, et al.*, 2:17-cv-03947-KDE-MBN (E.D. La.)

## JOINDER OF SANDOZ INC. IN SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

Defendant Sandoz Inc. ("Sandoz"), by and through its undersigned counsel of record, hereby joins in Defendant Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Omnibus Motion to Remand (the "Opposition") (Dkt. No. 512). As grounds for its joinder, Sandoz hereby

incorporates by reference, as though set forth herein, the arguments raised in the Opposition, and further states as follows:

1. For purposes of determining diversity jurisdiction, Sandoz is now and was at the time Plaintiffs commenced the above-captioned actions a Colorado limited liability company with its principal place of business in New Jersey. Thus, for jurisdictional purposes, Sandoz is a citizen of Colorado and New Jersey. *See* 28 U.S.C. § 1332(c)(1).

2. Remanding these cases to Delaware would be grossly inefficient and inequitable for Sandoz.

                                       Respectfully submitted,

This 2nd day of June, 2017.

                                       */s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**Greenberg Traurig, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email:  cohenl@gtlaw.com
       merrellc@gtlaw.com
       holdene@gtlaw.com

Deborah B. Rouen
E. Paige Sensenbrenner
**Adams and Reese LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email:  debbie.rouen@arlaw.com
       paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                                  */s/ Lori G. Cohen*  
                                                  Lori G. Cohen

ATL 22113751v1