# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*Bright v. Sanofi S.A. et al 2:16-cv-15579* | Section "N" (5)<br><br>HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Carmen S. Scott moves this Court to grant her leave to withdraw as counsel in the above-captioned cases. In support of this Motion, she states as follows:

1. Attorneys from Motley Rice LLC including Carmen S. Scott have filed appearances on behalf of the Plaintiff in the case listed above.

2. Carmen S. Scott will no longer be representing the Plaintiff in this case. She does not need notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Johnson Becker, PLLC will continue to represent the respective Plaintiff in the case listed above. Therefore, Plaintiff will not be prejudiced by this withdrawal.

WHEREFORE, Carmen S. Scott hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for Plaintiff in the above-captioned case.

Dated:  June 5, 2017

Respectfully Submitted,

*By: /s/ Carmen S. Scott*
Carmen S. Scott, Esq. SC Bar # 7513
**Motley Rice LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Fax: (843) 216-9450
cscott@motleyrice.com

-and-

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
**Johnson Becker, PLLC**
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 5, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                       */s/ Alexandra W. Robertson*