IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Bishop v. Sanofi S.A. et al 2:16-cv-15579* | Section "N" (5) <br> HON. KURT D. ENGELHARDT <br> MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Plaintiff's Counsel's Motion to Withdraw as Counsel for the above-named Plaintiffs was submitted to the Court on June 5, 2017 (Rec. Doc. 516). Based on the Motion and the facts in the record, **IT IS HEREBY ORDERED**:

Plaintiff's Motion to Withdraw as counsel of record is hereby **GRANTED**. Attorney Carmen S. Scott is hereby removed as counsel of record from the case. Attorneys Alexandra W. Robertson and Timothy J. Becker shall remain as counsel of record for Plaintiffs in the above-named cases.

New Orleans, Louisiana this 6th day of June, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**