## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*Atkinson v. Sanofi S.A. et al 2:16-cv-17249*<br>*Fields v. Sanofi S.A. et al 2:16-cv-17247*<br>*Giambelluca v. Sanofi S.A. et al 2:16-cv-17251* | Section "N" (5)<br><br>HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Ronald E. Johnson, Jr. moves this Court to grant him leave to withdraw as counsel in the above-captioned cases. In support of this Motion, he states as follows:

1. Attorneys from Schachter Hendy & Johnson, PSC including Ronald E. Johnson, Jr. have filed appearances on behalf of the Plaintiffs in the cases listed above.

2. Ronald E. Johnson, Jr. will no longer be representing the Plaintiffs in these cases. He does not need notice of filings in these matters and requests to be removed from all service lists including the CM/ECF system.

3. Alexandra W. Robertson and Timothy J. Becker of Johnson Becker, PLLC will continue to represent the respective Plaintiffs in the cases listed above. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

WHEREFORE, Ronald E. Johnson, Jr. hereby respectfully asks that this Court grant leave for him to withdraw and to remove him from all service lists as counsel for Plaintiffs in the above-captioned cases.

Dated: June 8, 2017

Respectfully Submitted,

By: /s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr. Esq. KY Bar #88302
**Schachter Hendy & Johnson, PSC**
909 Wright's Summit Parkway, Ste. 210
Ft. Wright, KY 41011
Telephone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

-and-

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
**Johnson Becker, PLLC**
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 9, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                                           */s/ Alexandra W. Robertson*