BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

_____

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Susan Fuller v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01812 |
| *Joann Pickrell v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01813 |
| *Margarett Wright v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01814 |
| *Robin Castagnola v. Sanofi S.A.*, | Case No. 2:17-cv-03864 |
| *Jenkins v. Sanofi S.A., et al.*, | Case No. 2:17-cv-03866 |
| *Gardner v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03865 |
| *Ernyes-Kofler et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03867 |
| *McCallister et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02356 |
| *Celeste West et al v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02067 |

**DECLARATION OF AHMED S. DIAB IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT SANOFI-AVENTIS U.S. LLC'S AND SANDOZ INC.'S OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION TO REMAND**

I, Ahmed S. Diab, Esq., hereby declare:

1.　　I am an attorney licensed to practice law in the State of California, and I am a senior attorney with Gomez Trial Attorneys, counsel for Plaintiffs Fuller, Pickrell and Wright. I have personal knowledge of the facts set forth in this declaration.

2.　　On June 8, 2017, I visited McKesson Corporation's website, located at www.mckesson.com and downloaded three pages related to McKesson's Corporate Profile. Attached hereto as Exhibit J is a true and correct copy of these three website pages.

3.　　On a date prior to February 28, 2017, I visited Sanofi's website, located at http://www.sanofi.com/Images/45889_Sanofi_20-F_2015_V2.pdf and downloaded Form 20-F

1

2015.  Attached hereto as Exhibit K is a true and correct copy of excerpts from Sanofi Form 20-F 2015, pages 150 and 152.

4. On a date prior to February 28, 2017, I visited Sanofi's website, located at http://en.sanofi.com/company/governance/governance.aspx and downloaded twelve pages related to Sanofi's Corporate Governance.  Attached hereto as Exhibit L is a true and correct copy of these twelve website pages.

5. I sent correspondence by email to Sanofi defense counsel, Harley Ratliff and Madison Hatten of Shook Hardy & Bacon, on February 28, 2017.  Attached hereto as Exhibit M is a true and correct copy of my email to counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 9, 2017 at San Diego, California.

                                                                  GOMEZ TRIAL ATTORNEYS

                                                           /s/Ahmed S. Diab
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*
***Attorneys for Plaintiffs in 2:17-cv-1812, 2:17-cv-1813 and 2:17-cv-1814***