

   

# *We believe health has many definitions.*

We champion those working on the front lines of healthcare by helping them deliver better care at lower costs. We see the industry comprehensively. And we're confident in the impact we create because of that view.

We are McKesson. And we're defining better health.



A hospital uses our financial solutions to show an anxious grandmother exactly what she'll pay for a knee replacement before she schedules the surgery.

A pharmacist reminds a diabetes patient to take his medication because a system we developed with manufacturers triggered an adherence consultation.

**PROVIDERS**

We help healthcare providers navigate an evolving landscape to make smarter decisions about business operations and healthcare.

**MANUFACTURERS**

We work with pharmaceutical manufacturers to help develop and deliver advanced medical treatments that lead to improved care and outcomes.

*We deliver better health to the four major segments of healthcare.*

**1 MINUTE AT McKESSON**

*In one minute, McKesson will make better health possible for millions of patients. At the same time.*

**PHARMACIES**

We support the missions of pharmacies by expanding the range of medical supplies and services they can offer customers.

**HEALTH SYSTEMS**

We provide pharmaceutical distribution services are customizable and scalable for hospitals and health systems of all types and sizes, from small rural facilities to academic medical centers to multi-site integrated delivery networks.

A father uses our mobile app to refill his son's asthma medication so he can pick it up at his local independent pharmacy on the way home.

An accident victim avoids daily visits to the clinic for wound care supplies because we deliver directly to her house.

# McKESSON

## OUR BUSINESSES

McKesson delivers pharmaceutical and medical products and business services to retail pharmacies and institutional providers like hospitals and health systems throughout North America and internationally. We also provide specialty pharmaceutical solutions for biotech and pharmaceutical manufacturers, as well as practice management, technology and clinical support to oncology and other specialty practices. Additionally, we deliver a comprehensive offering of healthcare products, technology, equipment and related services to the non-hospital market — including physician offices, surgery centers, long-term care facilities and home healthcare businesses.

- U.S. Pharmaceutical
- Medical-Surgical
- Specialty
- Pharmacy Technology and Services
- Canada
- Celesio



**1/3** *of all pharmaceuticals*

used each day in North America are delivered by McKesson

**4th** *largest pharmacy chain*

4,700+ retail pharmacies are members of our Health Mart® franchise

**Company founded:** 1833

**Fortune 500:** Ranked 5th

**Headquarters:** San Francisco

**Employees:** Nearly 70,000



*More than* **200,000** *physicians use our technology and services*

## *McKesson is an industry leader in:*

- Pharmaceutical distribution in the U.S. and Canada
- Medical-surgical distribution to alternate care sites
- Generics pharmaceutical distribution
- Business and clinical services for providers



**76%** of hospitals with >200 beds are McKesson customers



**24** of the top 25 health plans are McKesson customers

mckesson.com

03.01.17