

# FORM 20-F
## 2015



SANOFI

### Item 6. Directors, Senior Management and Employees

Nevertheless, five Group employee representatives attend Board meetings without voting rights pursuant to the agreement implemented with the European Works Council signed on February 24, 2005.

One subsidiary falling within the scope of the French Employment Protection Act appointed an employee representative to its Board in 2015.

Following the enactment of the August 17, 2015 French Social Dialogue and Employment Act, a study will be conducted to determine the most appropriate level of employee representation within our Group as well as the most appropriate way to effect such representation.

**Executive Committee**

The Executive Committee is chaired by the Chief Executive Officer.

The Committee meets at least twice a month, and as of the date of this annual report on Form 20-F, has the following permanent members:

- **Olivier Brandicourt**, Chief Executive Officer;
- **Olivier Charmeil**, Executive Vice President, Vaccines;
- **Jérôme Contamine**, Executive Vice President, Chief Financial Officer;
- **Peter Guenter**, Executive Vice President, General Medicines and Emerging Markets;
- **Carsten Hellmann**, Executive Vice President, Merial;
- **Suresh Kumar,** Executive Vice President, External Affairs;
- **Karen Linehan,** Executive Vice President, Legal Affairs and General Counsel;
- **Philippe Luscan,** Executive Vice President, Global Industrial Affairs;
- **Muzzammil Mansuri**, Executive Vice President, Strategy and Business Development;
- **David P. Meeker**, Executive Vice President, Head of Sanofi Genzyme;
- **Roberto Pucci,** Executive Vice President, Human Resources;
- **Pascale Witz**, Executive Vice President, Diabetes and Cardiovascular; and
- **Elias Zerhouni,** President, Global Research and Development.

The name, business address, present principal occupation or employment and material occupations, positions, offices or employment for the past five years of each of the executive officers of Sanofi are set forth below. The business address and phone number of each such executive officer is c/o Sanofi, 54 rue La Boétie, 75008 Paris, France, +33 1 53 77 40 00.

**Olivier Brandicourt**
**Chief Executive Officer**
**Chairman of the Executive Committee**
*Date of birth: February 13, 1956*

Olivier Brandicourt was appointed Chief Executive Officer on April 2, 2015, and is also a member of the Strategy Committee of Sanofi.

For additional information regarding his professional education and business experience see "Composition of the Board of Directors as of December 31, 2015" in "A. Directors and Senior Management" of this Item 6.

Olivier Brandicourt is a citizen of France.

**Olivier Charmeil**
**Executive Vice President, Vaccines**
*Date of birth: February 19, 1963*

Olivier Charmeil is a graduate of HEC (*Ecole des Hautes Etudes Commerciales*) and of the *Institut d'Etudes Politiques* in Paris. From 1989 to 1994, he worked in the Mergers & Acquisitions department of Banque de l'Union Européenne. He joined Sanofi Pharma in 1994 as head of Business Development. Subsequently, he held various positions within the Group, including Chief Financial Officer (Asia) for Sanofi-Synthélabo in 1999 and *Attaché* to the Chairman, Jean-François Dehecq, in 2000, before being appointed as Vice President, Development within the Sanofi-Synthélabo International Operations Directorate, where he was responsible for China and support functions. In 2003, Olivier Charmeil was appointed Chairman and Chief Executive Officer of Sanofi-Synthélabo France, before taking the position of Senior Vice President, Business Management and Support within the Pharmaceutical Operations Directorate. In this role, he piloted the operational integration of Sanofi-Synthélabo and Aventis. He was appointed Senior Vice President Asia/Pacific, Pharmaceutical Operations in February 2006 and since January 1, 2008, Operations Japan have reported to him, as have Asia/Pacific and Japan Vaccines since February 2009. Since January 1, 2011, Olivier Charmeil has served as Executive Vice President Vaccines and as a member of the Executive Committee. He became the International Federation Pharmaceutical Manufacturers & Associations (IFPMA) representative on the GAVI Board on August 1, 2014 and as a result is also chairman of the CEO Steering Committee of IFPMA uniting the CEOs of the member companies (GSK, Merck, Johnson & Johnson, Pfizer, Takeda, Novartis and Daiichi Sankyo).

In May, 2015, Olivier Charmeil and André Syrota were appointed as Co-Leaders of "Medicine of the Future", an initiative developed by the French Minister for Economy,

## Item 6. Directors, Senior Management and Employees

and Foreign Commercial Service where he spearheaded global trade for the Obama Administration. From 2013, he served as a Partner with Oliver Wyman leading the firm's Public Sector Practice and as part of the Health and Life Sciences Team. He was appointed to his present position in June 2015.

Suresh Kumar is a citizen of Canada and of the United States of America.

*Karen Linehan*
**Executive Vice President, Legal Affairs and General Counsel**
*Date of birth: January 21, 1959*

Karen Linehan graduated from Georgetown University with Bachelor of Arts and Juris Doctorate degrees. Prior to practicing law, Ms. Linehan served on the congressional staff of the Speaker of the U.S. House of Representatives from September 1977 to August 1986. Until December 1990, she was an Associate in a mid-size law firm in New York. In January 1991, she joined Sanofi as Assistant General Counsel of its U.S. subsidiary. In July 1996, Ms. Linehan moved to Paris to work on international matters within the Group and she has held a number of positions within the Legal Department, most recently as Vice President – Deputy Head of Legal Operations. She was appointed to her current position in March 2007.

Karen Linehan is a citizen of the United States of America and Ireland.

*Philippe Luscan*
**Executive Vice President, Global Industrial Affairs**
*Date of birth: April 3, 1962*

Philippe Luscan is a graduate of the *École Polytechnique* and the *École des Mines* in Biotechnology in Paris. He began his career in 1987 as a Production Manager at Danone. In 1990, he joined the Group as Director of the Sanofi Chimie plant at Sisteron, France, and subsequently served as Industrial Director of Sanofi in the United States, as Vice President Supply Chain and as Vice President Chemistry in September 2006. He was appointed to his present position in September 2008. Since January 1, 2015, Philippe Luscan is also President of Sanofi in France.

Philippe Luscan is a citizen of France.

*Muzammil Mansuri*
**Executive Vice President, Strategy and Business Development**
*Date of birth: January 20, 1954*

Muzammil Mansuri holds a Bachelor of Science degree in Chemistry and a Ph.D. in Organic Chemistry from University College London. He held post-doctoral positions at the University of California, Los Angeles (UCLA) and Columbia University. He started his career in 1981 with Shell Research Limited where he began as a research scientist. After Shell, he spent several years with Bristol-Myers Company in various R&D roles with increasing responsibility. From 2007 to 2010, he was Chairman and CEO at CGI Pharmaceuticals. Before joining Sanofi, Muzammil's most recent position was Senior Vice President, Research & Development Strategy and Corporate Development at Gilead Sciences. He was appointed to his current position in February 2016.

Muzammil Mansuri is a citizen of the Unites States of America and United Kingdom.

*David P. Meeker*
**Executive Vice President, Head of Sanofi Genzyme**
*Date of birth: October 4, 1954*

Dr. Meeker received his M.D. from the University of Vermont Medical School. He completed an Internal Medicine residency at Beth Israel Hospital in Boston and a Pulmonary/Critical Care fellowship at Boston University. He completed the Advanced Management Program at Harvard Business School in 2000.

Prior to joining Genzyme, Dr. Meeker was the Director of the Pulmonary Critical Care Fellowship at the Cleveland Clinic and an assistant professor of medicine at Ohio State University. He is the author of more than 40 articles and multiple book chapters.

Dr. Meeker joined Genzyme in 1994 as Medical Director to work on the Gene Therapy and Cystic Fibrosis program. Subsequently, as Vice President, Medical Affairs, he was responsible for the development of therapeutic products, including treatments in the current rare genetic diseases portfolio.

He was promoted to Senior Vice President in 1998, and in 2000 became the Business Unit Leader for Genzyme's Lysosomal Storage Disease and Thyrogen programs in Europe. Dr. Meeker was promoted to President of the Global LSD business unit in 2003. In this role, he oversaw the global launches of Aldurazyme®, Fabrazyme® and Myozyme®. In 2008, he was promoted to Executive Vice President of Therapeutics, Biosurgery and Transplant. In 2009, he became Chief Operating Officer. In this role, he was responsible for Genzyme's commercial organization, overseeing the business units, country management organization and global market access functions. He became Chief Executive Officer of Genzyme in November 2011 and a member of the Executive committee in September 2013.

In January 2016, he was appointed as head of the Specialty Care Global Business Unit.

David P. Meeker is a citizen of the United States of America.