| | |
|---|---|
| From: | Ahmed Diab |
| To: | Ratliff, Harley (SHB); Hatten, Madison M. (SHB) |
| Cc: | John Gomez; Lindsay Stevens |
| Subject: | RE: Pickrell / Fuller / Wright: Improper sanofi S.A. service |
| Date: | Tuesday, February 28, 2017 1:58:55 PM |
| Attachments: | 45889_Sanofi_20-F_2015_V2.pdf |
| | Sanofi - Governance.pdf |

Dear Harley & Madison,

I hope this email finds you well.  I'm in receipt of your letter on today's date, 2/28, concerning your contention that service upon Dr. David Meeker and Dr. Muzammil Mansuri on behalf of sanofi S.A. ("sanofi") was improper and ineffective.

As stated in your letter, California Code of Civil Procedure §416.10(b) authorizes services upon a corporation "by delivering a copy of the summons and the complaint…to the president, chief executive officer, or other head of the corporation, **a vice president**, a secretary or assistant secretary…"

According to pages 150 and 152 of the attached, 2015 Form 20-F filed by sanofi, Dr. Muzammi Mansuri is listed as an Executive Committee member and Executive **Vice President**, Strategy and Business Development.  Similarly, Dr. Meeker is also listed as a member of the Executive Committee and Executive **Vice President**.  The other attachment is straight from sanofi's website which lists Drs. Meeker and Mansuri, again, as Executive Vice Presidents and members of the Board of Directors of sanofi.

As we discussed in our telephone call on Friday, February 24th, I said I would be willing to consider withdrawal of service on these individuals if your client provided me with sworn declarations reflecting that the information set forth in the Form 20-F is inaccurate and that Drs. Meeker and Mansuri are not, in fact, Executive Vice Presidents as set forth therein.  As we also discussed, and as a practical matter, such declarations are required as part of any 12(b)(4) or (5) motion which is why I suggested that you provide the declarations to me in advance of any unnecessary motion practice.

I appreciate your attestation as an officer of the court that you have investigated these matters; however, your letter summarily dismisses and does not explain the apparent discrepancy in Form 20-F and on the website where Drs. Meeker and Mansuri are designated as Executive Vice Presidents of sanofi.  As you can tell, I disagree that this is a straightforward issue and would be happy to reconsider my position if given further information.

I am available anytime to discuss these issues further this week.  I'm also happy to grant you any extensions of time you would need to obtain the necessary information to resolve this without motion practice.

Thank you for your continued cooperation.



**Ahmed S. Diab** | Complex Litigation
GOMEZ TRIAL ATTORNEYS
655 West Broadway | Suite 1700 | San Diego, CA 92101
TEL 619 237 3490 | FAX 619 237 3496

**www.gomeztrialattorneys.com** | **www.ecolawyers.com**

**Confidentiality Note:** This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

---

**From:** Hatten, Madison M. (SHB) [mailto:MHATTEN@shb.com]
**Sent:** Tuesday, February 28, 2017 11:58 AM
**To:** Ahmed Diab <adiab@thegomezfirm.com>
**Cc:** Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Subject:** Pickrell / Fuller / Wright: Improper sanofi S.A. service

Counsel:

Please see attached.  Please note a response is requested by Friday, March 3.

Regards,
Madison

**Madison Hatten (SHB)**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com



Mail Gate made the following annotations on Tue Feb 28 2017 13:57:42

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.