UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>CHIEF JUDGE KURT D. ENGELHARDT |
| *THIS DOCUMENT RELATES TO:* | § § | MAG. JUDGE MICHAEL B. NORTH |
| *Susan Thomas v. Sandoz, Inc., et al.*<br>No.   17-cv- 5575 -KDE-MBN | § § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT ACTAVIS PHARMA, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Susan Thomas hereby gives notice of her voluntary dismissal without prejudice of defendant Actavis Pharma, Inc., only.

DATED: June 12, 2017                    Respectfully submitted,

                                        /s/ Andrew Geiger
                                        Andrew Geiger, Esq.
                                        Allan Berger, Esq.
                                        Allan Berger and Associates
                                        4173 Canal Street
                                        New Orleans, LA 70119
                                        Office Phone: (504) 526-2222
                                        Fax: (504) 483-8130
                                        ageiger@bergerlawnola.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: June 12, 2017

                                          /s/ Andrew Geiger