# EXHIBIT B



9. VI. CLAIM INFORMATION; Question 26

   Plaintiff's wig receipts are attached to this PFS.  In addition to the wigs themselves, Plaintiff must spend about $15.00 per wig to have the wig cut and styled.

   Plaintiff experienced serve headaches as a result of wearing wigs with her seeing eye glasses and so, Plaintiff had to purchase new titanium frame seeing eye glasses that would lightly fit under the wig so to prevent further headaches.  A copy of the receipt for the eye glasses is attached to this PFS.

