# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

# PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I. CORE CASE INFORMATION

Attorney Information

     Please provide the following information for the civil action that you filed:
        1. Caption: Matthews, et al vs. Sanofi S. A. Et al
        2. Court and Docket No.: 2:16-cv-17731
        3. MDL Docket No. (if different):

DEBRA, CHETTA                           1                           Plaintiff ID 1411

4. Date Lawsuit Filed:  December 22, 2016
5. Plaintiff's Attorney:  Andrew Geiger  and Val Exnicios
6. Plaintiff's Law Firm:  Allan Berger & Associates
7. Attorney's Address:  4173 Canal Street
    New Orleans, LA 70119
8. Attorney's Phone Number:  (504) 486-9481
9. Attorney's Email Address:  aberger@allan-berger.com

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: DEBRA, CHETTA
11. Street Address: ▇
12. City: ▇
13. State: ▇
14. Zip code: ▇
15. Date of Birth: ▇
16. Place of Birth: ▇
17. Social Security Number: ▇
18. Maiden or other names you have used or by which you have been known: ▇
19. Sex:  Male: ☐  Female: ☒
20. Race:

| Race | Yes |
|---|---|
| American Indian or Alaska Native |  |
| Asian |  |
| Black or African American |  |
| Native Hawaiian or Other Pacific Islander |  |
| White |  |

21. Ethnicity:

| Ethnicity | Yes |
|---|---|
| Hispanic or Latino |  |
| Not Hispanic or Latino |  |

22. Primary Language:  English

Representative Information

DEBRA, CHETTA                              2                              Plaintiff ID 1411

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

1. Were you treated with brand name Taxotere®?  Yes ☒   No ☐   Unknown ☐

Other Docetaxel

2. Were you treated with another Docetaxel or generic Taxotere®?   Yes ☐   No ☒
3. If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Winthrop | ☐ |
| Docetaxel – Teva Pharms USA | ☐ |
| Docetaxel – Dr. Reddy's Labs Ltd. | ☐ |
| Docetaxel – Eagle Pharms | ☐ |
| Docetaxel – Actavis Inc. | ☐ |
| Docetaxel – Pfizer Labs | ☐ |
| Docetaxel – Sandoz Inc. | ☐ |
| Docetaxel – Accord Healthcare, Inc. | ☐ |
| Docetaxel – Apotex Inc. | ☐ |
| Docetaxel – Hospira Inc. | ☐ |
| Docefrez – Sun Pharma Global, Inc. | ☐ |
| Unknown | ☐ |

4. **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

   **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records: ☒**



10. Have you ever been treated with other chemotherapy drugs, either alone or in combination with or sequentially with Taxotere® or Docetaxel?  Yes ☒  No ☐  Unknown ☐

11. If yes, check which of the following chemotherapy drugs you took:

| Drug | Yes |
|---|---|
| 5-Fluorouracil (Eludex) | ☐ |
| Actinomycin | ☐ |
| Altretamine (Hexalen) | ☐ |
| Amsacrine | ☐ |
| Bleomycin | ☐ |
| Busulfan (Busulfex, Myleran) | ☐ |
| Cabazitaxel: Mitoxantrone | ☐ |
| Carboplatin (Paraplatin) | ☒ |
| Carmustine (BiCNU, Gliadel) | ☐ |
| Cetuximab (Erbitux) | ☐ |
| Chlorambucil (Leukeran) | ☐ |
| Cisplatin (Platinol) | ☐ |
| Cyclophosphamide (Neosar) | ☐ |
| Cytarabine (Depocyt) | ☐ |
| Dacarbazine | ☐ |
| Daunorubicin (Cerubidine, DaunoXome) | ☐ |
| Doxorubicin (Adriamycin, Doxil) | ☐ |
| Epirubicin (Ellence) | ☐ |
| Erlotinib (Tarceva) | ☐ |
| Etoposide (Etopophos, Toposar) | ☐ |
| Everolimus (Afinitor, Zortress) | ☐ |
| Faslodex (Fulvestrant) | ☐ |

| Drug | Yes |
|---|---|
| Gemcitabine (Gemzar) | ☐ |
| Hexamethylmelamine (Hexalen) | ☐ |
| Hydroxyurea (Hydrea, Droxia) | ☐ |
| Idarubicin (Idamycin) | ☐ |
| Ifosfamide (Ifex) | ☐ |
| L-asparginase (crisantaspase) | ☐ |
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☒ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

   a) Number of cycles:  <u>06</u>
   b) Frequency: Every week ☐ Every three weeks ☒
      Other:
   c) First treatment date:  <u>06/26/2013</u>
   d) Last treatment date:  <u>10/8/2013</u>
   e) Dosage:  <u>80 mg</u>
      (1) Combined with another chemotherapy drug:  ☒

      (2) Sequential with another chemotherapy drug: ☐

      (3) If so, describe the combination or sequence: <u>with carboplatin</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| ■■■■■■■■ | ■■■■■■■■■■■ |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| ■■■■■■■■■■■■■ | ■■■■■■■■ |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| LA | 06/26/2013 | 10/8/2013 |



Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| **Alleged Injury** | **Yes** | **No** | **From** | **To** |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☐ | ☒ | | |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☐ | ☒ | | |
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 04/8/2014 | 05/8/2017 |
| Diffuse thinning of hair: partial scalp<br>☒ Top<br>☒ Sides<br>☒ Back<br>☐ Temples<br>☐ Other: | ☒ | ☐ | 04/17/2014 | 05/8/2017 |
| Diffuse thinning of hair: total scalp<br>☒ Top<br>☒ Sides<br>☐ Back<br>☐ Temples<br>☐ Other: | ☒ | ☐ | 04/17/2014 | 05/8/2017 |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | ☒ | ☐ | 04/17/2014 | 05/8/2017 |

DEBRA, CHETTA                                           15                                          Plaintiff ID 1411

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | ☐ | ☒ | | |
| Small bald area in the hair on your head | ☐ | ☒ | | |
| Large bald area in the hair on your head | ☒ | ☐ | 04/17/2014 | 05/8/2017 |
| Multiple bald spots in the hair on your head | ☒ | ☐ | 04/17/2014 | 05/8/2017 |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | ☒ | ☐ | 04/17/2014 | 05/8/2017 |
| Other: | ☐ | ☐ | | |
| Permanent/Persistent Loss of Eyebrows | ☒ | ☐ | 07/??/2013 | 05/8/2017 |
| Permanent/Persistent Loss of Eyelashes | ☒ | ☐ | 07/??/2013 | 05/8/2017 |
| Permanent/Persistent Loss of Body Hair | ☐ | ☒ | | |
| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ | | |
| Permanent/Persistent Loss of Nasal Hair | ☐ | ☒ | | |
| Permanent/Persistent Loss of Ear Hair | ☐ | ☒ | | |
| Permanent/Persistent Loss of Hair in Other Areas Describe: | ☐ | ☐ | | |

6. Have you ever received treatment for the injury you allege in this lawsuit?
   Yes ☒  No ☐

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| ▬▬▬▬▬▬▬▬ | 10/30/2015 to 12/??/2015<br>☐ Present | Ketoconazole 2% Shampoo<br>Finasteride Tabs 5 mg.<br>Rogain |
| ▬▬▬▬▬▬▬▬ | 10/??/2013 to 12/19/2013<br>☐ Present | Latisse for Eyelashes |

7. Were you diagnosed by a healthcare provider for the injury you allege in this lawsuit?
   Yes ☐  No ☒

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| | ☐ Present | |

8. Have you discussed with any healthcare provider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?
   Yes ☐  No ☒

DEBRA, CHETTA                                  16                          Plaintiff ID 1411

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| | ☐ Present | |

Statement Information

9. Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes ☒   No ☐

10. If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| Paper hand out with information about Taxotere | ☒ | ☐ |

11. Were you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes ☒   No ☐

12. If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| ▇▇▇▇▇▇▇▇▇▇ |

13. Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes ☐   No ☒

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
| | |

15. Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes ☐   No ☒

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| | | | |

17. Have you filed a MedWatch Adverse Event Report to the FDA? Yes ☐  No ☒

**YOU MUST UPLOAD NOW ANY MEDICAL RECORDS IN YOUR POSSESSION DEMONSTRATING ALLEGED INJURY OR PHOTOGRAPHS SHOWING YOUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

18. Mental or Emotional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes ☒  No ☐

19. If yes, did you seek treatment for the psychiatric or psychological condition? Yes ☐  No ☒

| Provider | Date | Condition |
|---|---|---|
|  |  |  |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes ☒  No ☐

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
| ▓▓▓▓▓▓ | 12/7/2015 | Finasteride $7.36 |
| ▓▓▓▓▓▓ | 10/30/2015 | Ketoconazole Shampoo $10.00 |
| ▓▓▓▓▓▓ | 10/30/2015 | Dr. Office Visit |

22. Lost Wages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel? Yes ☐  No ☒

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|---|---|
|  |  |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|---|---|
|  |  |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses? Yes ☒  No ☐

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---|---|
| Cell-U-Plex Thick Full Hair Shampoo | $5.29 |
| Toppik Hair Thicker Spray | $19.94 |
| Toppik Hair Building Powder Fibers | $119.96 |
| Nioxin Diamax Thickening Treatment | $27.99 |
| Rogain Treatment | $91.94 |
| Grow Hair Growth Serum | $34.99 |
| Biotin Supplement Tablets | $106.56 |
| Latisse for Eyebrows | $179.00 |
| Waxing the City Eyebrow & Lash Treatment | $46.00 |
| Hi Brow Beauty Bar | $40.00 |

## VII. HAIR LOSS INFORMATION

Background

1. Did you ever see a healthcare provider for hair loss BEFORE taking Taxotere® or Docetaxel? Yes ☐  No ☒

2. Did your hair loss begin during chemotherapy treatment?  Yes ☒  No ☐

3. If yes, did you FIRST experience hair loss:
   a) After treatment with another chemotherapy agent: ☐
   b) After treatment with Taxotere® or Docetaxel: ☒

4. At any time before or during the hair loss were you:

| Condition | Yes | Description |
|---|---|---|
| Pregnant | ☐ |  |
| Seriously ill | ☐ |  |
| Hospitalized | ☐ |  |
| Under severe stress | ☐ |  |
| Undergoing treatment for any other medical condition | ☐ |  |

5. When did you FIRST discuss with or see a healthcare provider about your hair loss?
   10/28/2015
6. Have you started any special diets at any time before or during the hair loss?
   Yes ☐  No ☒  Describe:

Hair Loss History

| Question | No | Yes | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | ☒ | ☐ | |
| Have you had blood tests done to evaluate your hair loss problem? | ☒ | ☐ | |
| Have your hormones ever been checked to evaluate your hair loss problem? | ☒ | ☐ | |
| Have you ever been told by a doctor that you have a thyroid condition? | ☐ | ☒ | Brinz, Laura |
| Have you ever been treated with thyroid hormone? | ☐ | ☒ | Brinz, Laura |
| Have you ever been told by a doctor that you have a low iron level? | ☒ | ☐ | |