UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO CASES LISTED HEREIN** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\* PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL AS TO PFIZER, INC., UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes plaintiff herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby gives notice of plaintiff's voluntary dismissal of all claims asserted against the defendant Pfizer, Inc. only in the Complaint previously filed below, with each party bearing its own fees and costs:

2:17-cv-03716-KDE-MBN     Grace v. Sanofi S.A. et al

_/s/Terence J. Sweeney_____
TERENCE J. SWEENEY ESQ.
Attorney for Plaintiff
Katherine Grace
44 Fairmount Avenue, Suite 1
Chatham, New Jersey 07928
(973) 665-0400 telephone
(973) 665-0401 facsimile
Sweeneylawfirm@optonline.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non- CM/ECF participants.

                s/*Terence J. Sweeney*
                  Terence Sweeney