BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO.2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:  HON. KURT D. ENGELHARDT
*Karen Craighead v. Sanofi-Aventis U.S., Inc.,
Et al.*, Case No. 2:16-cv-15550

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT:

Plaintiff, KAREN CRAIGHEAD, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(l)(A)!i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDS 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  June 12, 2017                    Respectfully submitted,


                                         /s/Betsy J. Barnes_____
                                         Betsy J. Barnes (LA Bar # 19473)
                                         Rick L Root (LA Bar # 19988)
                                         Morris Bart, LLC
                                         601 Poydras Street, 24th Floor
                                         New Orleans, LA  70130
                                         Telephone:  504.525.8000
                                         Facsimile:   504.599.3392
                                         bbarnes@morrisbart.com
                                         rroot@morrisbart.com

                                         COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

     I hereby certify that on June 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the DM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing y first-class mail to all counsel of record who are non-CM/ECF participants.

                                        /s/Betsy J. Barnes_____
                                        Betsy J. Barnes (LA Bar # 19473)
                                        Rick L Root (LA Bar # 19988)
                                        Morris Bart, LLC
                                        601 Poydras Street, 24th Floor
                                        New Orleans, LA  70130
                                        Telephone:  504.525.8000
                                        Facsimile:    504.599.3392
                                        bbarnes@morrisbart.com
                                        rroot@morrisbart.com