IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Atkinson v. Sanofi S.A. et al* 2:16-cv-17249 *Fields v. Sanofi S.A. et al* 2:16-cv-17247 *Giambelluca v. Sanofi S.A. et al* 2:16-cv-17251 | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

**ORDER**

Plaintiff's Counsel's Motion to Withdraw as Counsel for the above-named Plaintiffs (Rec. Doc. 522) was submitted to the Court on June 9, 2017. Based on the Motion and the facts in the record, **IT IS HEREBY ORDERED**:

Plaintiff's Motion to Withdraw as counsel of record is hereby **GRANTED**. Attorney Ronald E. Johnson is hereby removed as counsel of record from the case. Attorneys Alexandra W. Robertson and Timothy J. Becker shall remain as counsel of record for Plaintiffs in the above-named cases.

New Orleans, Louisiana this 13th day of June, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE