UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                      SECTION "N" (5)

THIS DOCUMENT RELATES TO:  ALL CASES

PRETRIAL ORDER NO. 47
[Granting Requests for Oral Argument on Omnibus Motions to Remand]

Considering the requests for oral argument (Rec. Docs. 468, 471, 477) in connection with "Plaintiffs' Omnibus Motion to Remand Certain Cases to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri" (Rec. Doc. 467), "Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California" (Rec. Doc. 469), and "Delaware Plaintiffs' Motion to Remand to the Superior Court of Delaware" (Rec. Doc. 473);

**IT IS ORDERED** that the requests for oral argument are **GRANTED**, and oral argument on these motions shall be held on **Wednesday, June 21, 2017, at 10:00 a.m**.

Movants will collectively have a total of twenty (20) minutes to argue, and defendants will collectively have a total of twenty (20) minutes to argue. Any time reserved by movants for rebuttal must also come from the twenty (20) minutes allotted to movants.

New Orleans, Louisiana, this 13th day of June 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1