BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Carol Garcia-Crump, 2:17-cv-02789* | HON. KURT D. ENGELHARDT |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  June 15, 2017                                         Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  June 15, 2017                                /s/ Christopher L. Coffin
                                                                       Christopher L. Coffin