**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:     **TAXOTERE (DOCETAXEL)**     **MDL NO. 2740**
     **PRODUCTS LIABILITY**
     **LITIGATION**     **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**     **HON. KURT D. ENGELHARDT**
     *Donna Newbold, 2:17-cv-00832*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sandoz, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  June 15, 2017     Respectfully submitted,

     /s/ Christopher L. Coffin
     Christopher L. Coffin
     **Pendley, Baudin & Coffin, L.L.P.**
     1515 Poydras Street, Suite 1400
     New Orleans, LA 70112
     Tel: (504) 355-0086
     Fax: (504) 523-0699
     ccoffin@pbclawfirm.com

     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  June 15, 2017                         /s/ Christopher L. Coffin
                                              Christopher L. Coffin