BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Antoinette Durden, 2:16-cv-16635* | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharma Global Inc. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: June 15, 2017 | Respectfully submitted,<br><br>/s/ Christopher L. Coffin<br>Christopher L. Coffin<br>**Pendley, Baudin & Coffin, L.L.P.**<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>Tel: (504) 355-0086<br>Fax: (504) 523-0699<br>ccoffin@pbclawfirm.com<br><br>*Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  June 15, 2017                                    /s/ Christopher L. Coffin
                                                                  Christopher L. Coffin