BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   MDL NO.2740
PRODUCTS LIABILITY LITIGATION

            SECTION "N" (5)

THIS DOCUMENT RELATES TO:   HON. KURT D. ENGELHARDT
*Dorothy Freeman  v. Sanofi-Aventis S.A.,*
*et al.*, Case No. 2:17-cv-00955

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT:

  Plaintiff, DOROTHY FREEMAN, by and through undersigned counsel, pursuant to Fed.

R. Civ. P. 41(a)(l)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere

(Docetaxel) Products Liability Litigation, MDS 2740, without prejudice, each party to bear its

own attorneys' fees and costs.


Dated: June 15, 2017

         Respectfully submitted,


         /s/Betsy J. Barnes_____
         Betsy J. Barnes (LA Bar # 19473)
         Rick L Root (LA Bar # 19988)
         Morris Bart, LLC
         601 Poydras Street, 24th Floor
         New Orleans, LA 70130
         Telephone: 504.525.8000
         Facsimile: 504.599.3392
         bbarnes@morrisbart.com
         rroot@morrisbart.com


         COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of Court
by using the DM/ECF system which will send a notice of electronic filing to all counsel of
record who are CM/ECF participants. I further certify that I mailed the foregoing document and
the notice of electronic filing y first-class mail to all counsel of record who are non-CM/ECF
participants.

/s/Betsy J. Barnes
Betsy J. Barnes (LA Bar # 19473)
Rick L Root (LA Bar # 19988)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: 504.525.8000
Facsimile: 504.599.3392
bbarnes@morrisbart.com
rroot@morrisbart.com