UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### SANOFI AND AVENTIS PHARMA S.A.'S MOTION FOR PROTECTIVE ORDER

NOW COMES, by and through undersigned counsel, Defendants Sanofi and Aventis Pharma S.A.,[1] and pursuant to Fed. R. Civ. P. 26(c)(1), move this Court for a Protective Order:

1. Enforcing Rule 26(g)(1)(B) requirements to prevent unreasonable, unduly burdensome, and expensive discovery that needlessly increases the cost of litigation;

2. Finding that Plaintiffs' Requests do not satisfy the relevancy or proportionality requirements of Rule 26(b)(1);

3. Staying discovery against the French Defendants pending discovery against the U.S. Defendants; and

4. To the extent the Court finds discovery against the French Defendants is eventually appropriate, (a) compelling Plaintiffs, in the first instance, to seek targeted discovery from the French Defendants by employing the compulsory procedures of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555 (the "Hague Convention") and the requirements set forth in French Law No. 78-17 of January 6, 1978, as amended by Law No. 2004-801 of August 6, 2004 (the "French Data Protection Act" or "FDPA"); and (b) ordering Plaintiffs' counsel to bear the financial cost of their international discovery.

---

[1] Defendants sanofi and Aventis Pharma S.A. submit this Motion and Memorandum in Support without waiving their arguments that they have not been properly served, *see* Fed. R. Civ. P. 12(b)(5), and that this Court lacks personal jurisdiction over them, *see* Fed. R. Civ. P. 12(b)(2). Indeed, such arguments serve as bases for this Motion.

1

As further argued in *Defendants Sanofi and Aventis Pharma S.A.'s Memorandum in Support of their Motion for a Protective Order*, here attached, such an Order is necessary to protect these Defendants "from annoyance, embarrassment, oppression, or undue burden or expense." *See* Fed. R. Civ. P. 26(c)(1). Accordingly, Defendants respectfully request that the Court grant this Motion.

                          Respectfully Submitted:

                          /s/ *Douglas J. Moore*
                          Douglas J. Moore (Bar No. 27706)
                          IRWIN FRITCHIE URQUHART & MOORE LLC
                          400 Poydras Street, Suite 2700
                          New Orleans, LA 70130
                          Telephone:  504-310-2100
                          Facsimile:  504-310-2120
                          E-Mail:  dmoore@irwinllc.com

                          Harley V. Ratliff
                          Adrienne Byard
                          SHOOK, HARDY & BACON L.L.P.
                          2555 Grand Blvd.
                          Kansas City, MO 64108-2613
                          Telephone:  816-474-6550
                          Facsimile:  816-421-5547
                          E-Mail:  hratliff@shb.com

                          Patrick L. Oot
                          SHOOK, HARDY & BACON L.L.P.
                          1155 F STREET NW, SUITE 200
                          Washington, D.C. 20004
                          Telephone:  202-783-8400
                          Facsimile:   202-783-4211
                          E-mail: oot@shb.com

                          *Counsel for Sanofi and Aventis Pharma S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*