# EXHIBIT C



June 15, 2017

VIA U.S. MAIL AND ELECTRONIC MAIL

M. Palmer Lambert
GAINSBURGH BENJAMIN DAVID, MEUNIER & WARSHAUER L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
plambert@gainsben.com

Harley Ratliff
2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547
hratliff@shb.com

Re:     *In re Taxotere (Docetaxel) Products Liability Litigation*, MDL No.
        2740 (E.D. La.)

Dear Counsel:

I represent Sanofi and Aventis Pharma S.A. in the above-referenced action.

On May 26, 2017, I received from you via email two sets of Requests for
Production directed at the aforementioned defendants.  Because service of
this discovery was made on counsel of record, as opposed to pursuant to the
Hague Service Convention, such service is not effective.  In addition, as
discussed more fully in Sanofi and Aventis Pharma's Memorandum in
Support of their Motion for a Protective Order, these overly broad, far
reaching and otherwise irrelevant Requests cannot be responded to without
violating French law.

Accordingly, Sanofi and Aventis Pharma S.A. decline to accept service of the
discovery.  That notwithstanding, please find enclosed our objections to your
various requests.

Please let me know if you would like to discuss further.

Sincerely,

Harley Ratliff

cc:     Adrienne Byard

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C



Douglas J. Moore
John F. Olinde
Dawn Barrios
Karen Barth Menzies
Christopher Coffin