UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi and Aventis Pharma S.A.,[1] will bring for hearing the accompanying Motion for Protective Order on the 19th day of July, 2017, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

---

[1] Defendants sanofi and Aventis Pharma S.A. submit this Motion and Memorandum in Support without waiving their arguments that they have not been properly served, *see* Fed. R. Civ. P. 12(b)(5), and that this Court lacks personal jurisdiction over them, *see* Fed. R. Civ. P. 12(b)(2).

1

Respectfully Submitted:

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:  504-310-2100
Facsimile:  504-310-2120
E-Mail:  dmoore@irwinllc.com

Harley V. Ratliff
Adrienne Byard
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone:  816-474-6550
Facsimile:  816-421-5547
E-Mail:  hratliff@shb.com

Patrick L. Oot
SHOOK, HARDY & BACON L.L.P.
1155 F STREET NW, SUITE 200
Washington, D.C. 20004
Telephone:  202-783-8400
Facsimile:   202-783-4211
E-mail: oot@shb.com

***Counsel for Sanofi and Aventis Pharma S.A.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*