# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Yvonne Crawford, 2:16-cv-17338*
*Cassandra Anderson, 2:16-cv-17300*
*Rose Carter, 2:16-cv-17301*
*Cassandra Dabney, 2:16-cv-17299*
*Anna Washington, 2:16-cv-17306*
*Earma Webb, 2:16-cv-17482*
*Linell Douglas, 2:16-cv-17309*
*Jacqueline Dzielski, 2:16-cv-17311*
*Robin Liebman, 2:16-cv-17319*
*Esther Ruiz, 2:16-cv-17323*
*Janice Stern, 2:16-cv-17324*
*Lisa Morris, 2:16-cv-17329*
*Kathleen Slaughter, 2:16-cv-17331*
*Sherrial Walls, 2:16-cv-17333*
*Karen Patterson, 2:16-cv-17320*
*Linda Hall; 2:16-cv-17315*
*Carolyn White; 2:16-cv-17485*
*Dollie Zanders; 2:16-cv-17335*
*Linda Ditta; 2:16-cv-17303*

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT

Plaintiffs, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of June, 2017

                                            /s/ Daniel P. Markoff
                                            Daniel P. Markoff, OBA# 14886
                                            Jeffrey R. Atkins, OBA# 15076
                                            ATKINS & MARKOFF
                                            9211 Lake Hefner Parkway, Suite 104
                                            Oklahoma City, OK 73120
                                            Phone: (405) 607-8757
                                            Facsimile: (405) 607-8749
                                            Email: dmarkoff@atkinsandmarkoff.com
                                            Email: jatkins@atkinsandmarkoff.com
                                            ***ATTORNEYS FOR PLAINTIFFS***