# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT
# OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** *Vickie McCray, 2:16-cv-17339* | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Sanofi, S.A., Aventis Pharma, S.A., Sanofi-Aventis U.S., LLC, separately and d/b/a Winthrop U.S., Sun Pharma Global Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Pfizer, Inc., Actavis Pharma, Inc., and Sandoz Inc., only.

Dated this 15th day of June, 2017

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Jeffrey R. Atkins, OBA# 15076
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: jatkins@atkinsandmarkoff.com
***ATTORNEYS FOR PLAINTIFFS***