# UNITED STATES
# DISTRICT COURT
# EASTERN DISTRICT
# OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Patricia Morrison, 2:16-cv-17325*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendant, Pfizer, Inc., only.

Dated this 15th day of June, 2017

　　　　　　　　　　　　　/s/ Daniel P. Markoff
　　　　　　　　　　　　　Daniel P. Markoff, OBA# 14886
　　　　　　　　　　　　　Jeffrey R. Atkins, OBA# 15076
　　　　　　　　　　　　　ATKINS & MARKOFF
　　　　　　　　　　　　　9211 Lake Hefner Parkway, Suite 104
　　　　　　　　　　　　　Oklahoma City, OK 73120
　　　　　　　　　　　　　Phone: (405) 607-8757
　　　　　　　　　　　　　Facsimile: (405) 607-8749
　　　　　　　　　　　　　Email: dmarkoff@atkinsandmarkoff.com
　　　　　　　　　　　　　Email: jatkins@atkinsandmarkoff.com
　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFFS***