**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:        **TAXOTERE (DOCETAXEL)**        **MDL NO. 2740**
                **PRODUCTS LIABILITY**
                **LITIGATION**                  **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**        **HON. KURT D. ENGELHARDT**
     *Angela Hatchett, 2:17-cv-01673*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Actavis Pharma, Inc. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  June 16, 2017               Respectfully submitted,

                             /s/ Christopher L. Coffin
                             Christopher L. Coffin
                             **Pendley, Baudin & Coffin, L.L.P.**
                             1515 Poydras Street, Suite 1400
                             New Orleans, LA 70112
                             Tel: (504) 355-0086
                             Fax: (504) 523-0699
                             ccoffin@pbclawfirm.com

                             *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  June 16, 2017                    /s/ Christopher L. Coffin
                                         Christopher L. Coffin