UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### DEFENDANTS SANOFI-AVENTIS US LLC AND SANOFI US SERVICES, INC.'S MOTION FOR ENTRY OF VOLUNTARY DISMISSAL ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis US LLC and Sanofi U.S. Services, Inc. ("Defendants"). For the reasons more fully set forth in the attached Memorandum in Support of Motion for Entry of Voluntary Dismissal Order, for the promotion of the just and efficient conduct of the MDL and to eliminate the potential for using voluntary dismissals purely for strategic reasons, Defendants respectfully request that this Court enter a Pretrial Order governing voluntary dismissals without prejudice in this MDL.

**WHEREFORE**, Defendants, sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc., hereby respectfully request that this Court enter a Pretrial Order governing voluntary dismissals without prejudice in this MDL.

Respectfully Submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com


Harley V. Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com

*Counsel for sanofi-aventis US LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16th, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*