Exhibit B

| # | Case Name | MDL Case Docket No. | Date Filed | Filing Firm | MDL Document Docket No. | Original Jurisdiction | Plaintiff Status |
|---|---|---|---|---|---|---|---|
| 1 | Rowsey, Dorothy v. Sanofi SA, et al. | 2:16-cv-17321 | 2/6/2017 | Atkins & Markoff | 220 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 2 | Anderson, Cassandra v. Sanofi SA, et al. | 2:16-cv-17300 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 3 | Carter, Rose v. Sanofi SA, et al. | 2:16-cv-17301 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 4 | Crawford, Yvonne, v. Sanofi SA, et al. | 2:16-cv-17338 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 5 | Dabney, Cassandra v. Sanofi SA, et al. | 2:16-cv-17299 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 6 | Ditta, Linda v. Sanofi SA, et al. | 2:16-cv-17303 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 7 | Douglas, Linell v. Sanofi SA, et al. | 2:16-cv-17309 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 8 | Dzielski, Jacqueline v. Sanofi SA, et al. | 2:16-cv-17311 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 9 | Hall, Linda v. Sanofi SA, et al. | 2:16-cv-17315 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 10 | Liebman, Robin v. Sanofi SA, et al. | 2:16-cv-17319 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 11 | Morris, Lisa v. Sanofi SA, et al. | 2:16-cv-17329 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 12 | Patterson, Karen v. Sanofi SA, et al. | 2:16-cv-17320 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 13 | Ruiz, Esther v. Sanofi SA, et al. | 2:16-cv-17323 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 14 | Slaughter, Kathleen v. Sanofi SA, et al. | 2:16-cv-17331 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 15 | Stern, Janice v. Sanofi SA, et al. | 2:16-cv-17324 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 16 | Walls, Sherrial v. Sanofi SA, et al. | 2:16-cv-17333 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 17 | Washington, Anna v. Sanofi SA, et al. | 2:16-cv-17306 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 18 | Webb, Earma v. Sanofi SA, et al. | 2:16-cv-17482 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 19 | White, Carolyn v. Sanofi SA, et al. | 2:16-cv-17485 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 20 | Zanders, Dollie (TN) v. Sanofi SA, et al. | 2:16-cv-17335 | 6/16/2017 | Atkins & Markoff | 544 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 21 | Brewer, Tina v. Sanofi SA, et al. | 2:16-cv-17313 | 6/16/2017 | Atkins & Markoff | 545 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 22 | Darden, Lorraine v. Sanofi SA, et al. | 2:16-cv-17308 | 6/16/2017 | Atkins & Markoff | 546 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 23 | McCray, Vickie v. Sanofi SA, et al. | 2:16-cv-17339 | 6/16/2017 | Atkins & Markoff | 548 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 24 | Frost, Sheila (2) v. Sanofi SA, et al. | 2:16-cv-17042 | 2/3/2017 | Bachus & Schanker, LLC | 214 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 25 | Jones, Delois (2) v. Sanofi SA, et al. | 2:16-cv-17041 | 2/3/2017 | Bachus & Schanker, LLC | 215 | LA - Eastern District of Louisiana | Dismissed without Prejudice |

**Exhibit B**

| # | Case Name | MDL Case Docket No. | Date Filed | Filing Firm | MDL Document Docket No. | Original Jurisdiction | Plaintiff Status |
|---|---|---|---|---|---|---|---|
| 26 | Williams, Ann T. v. Sanofi SA, et al. | 2:16-cv-16234 | 5/22/2017 | Becnel Law Firm, LLC | 472 | AL - Northern District of Alabama | Dismissed without Prejudice |
| 27 | Ernys-Kofler, Klara v. Sanofi SA, et al. | 2:16-cv-15506 | 10/26/2016 | Cutter Law, P.C. | 79 | CA - Northern District of California | Dismissed without Prejudice |
| 28 | Jenkins, Candyse (CA) v. Sanofi SA, et al. | 2:16-cv-15503 | 10/26/2016 | Cutter Law, P.C. | 80 | CA - Northern District of California | Dismissed without Prejudice |
| 29 | Concepcion, Maria v. Sanofi SA, et al. | 2:16-cv-15494 | 5/24/2017 | Gibbs Law Group LLP | 479 | CA - Central District of California | Dismissed without Prejudice |
| 30 | Bell, Jacqueline v. Sanofi SA, et al. | 2:16-cv-17957 | 5/26/2017 | Gomez Trial Attorneys | 486 | TN - Western District of Tennessee | Dismissed without Prejudice |
| 31 | Bracken, Angela v. Sanofi SA, et al. | 2:16-cv-17977 | 5/26/2017 | Gomez Trial Attorneys | 487 | LA - Middle District of Louisiana | Dismissed without Prejudice |
| 32 | Jones, Erika v. Sanofi SA, et al. | 2:16-cv-17956 | 5/26/2017 | Gomez Trial Attorneys | 488 | TN - Western District of Tennessee | Dismissed without Prejudice |
| 33 | Perrilloux, Gaynelle v. Sanofi SA, et al. | 2:16-cv-16988 | 5/26/2017 | Gomez Trial Attorneys | 490 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 34 | Jourdan, Vicki v. Sanofi SA, et al. | 2:16-cv-16986 | 5/26/2017 | Gomez Trial Attorneys | 491 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 35 | Kennard, Anna v. Sanofi SA, et al. | 2:16-cv-16991 | 5/26/2017 | Gomez Trial Attorneys | 492 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 36 | Weeks, Anne v. Sanofi SA, et al. | 2:16-cv-17113 | 5/26/2017 | Gomez Trial Attorneys | 493 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 37 | Justice, Lora v. Sanofi SA, et al. | 2:16-cv-17098 | 5/30/2017 | Gomez Trial Attorneys | 495 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 38 | Sullen, Cynthia (2) v. Sanofi SA, et al. | 2:16-cv-17404 | 3/3/2017 | Lowe Law Group | 273 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 39 | Spivey, Sharon (2) v. Sanofi SA, et al. | 2:17-cv-00181 | 3/3/2017 | Lowe Law Group | 274 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 40 | Morris, Lisa and Byron (2) v. Sanofi SA, et al. | 2:16-cv-17405 | 3/23/2017 | Lowe Law Group | 296 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 41 | Craighead, Karen v. Sanofi SA, et al. | 2:16-cv-15550 | 6/13/2017 | Morris Bart, LLC | 532 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 42 | Freeman, Dorothy v. Sanofi SA, et al. | 2:17-cv-00955 | 6/15/2017 | Morris Bart, LLC | 540 | LA - Eastern District of Louisiana | Dismissed without Prejudice |
| 43 | Brown, Jessie L. and Johnnie v. Sanofi SA, et al. | 2:17-cv-03898 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 44 | Brown, Mary L. v. Sanofi SA, et al. | 2:17-cv-03899 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 45 | Clark, Rosie v. Sanofi SA, et al. | 2:17-cv-03907 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 46 | Davis, Vinnia v. Sanofi SA, et al. | 2:17-cv-03914 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 47 | Dobson, Josephine v. Sanofi SA, et al. | 2:17-cv-03915 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 48 | Duncan, Renee and Douglas v. Sanofi SA, et al. | 2:17-cv-03916 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 49 | Fluellen, Luevall v. Sanofi SA, et al. | 2:17-cv-03918 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 50 | Flynsmith, Nicolia and Bobby v. Sanofi SA, et al. | 2:17-cv-03919 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |

Exhibit B

| # | Case Name | MDL Case Docket No. | Date Filed | Filing Firm | MDL Document Docket No. | Original Jurisdiction | Plaintiff Status |
|---|---|---|---|---|---|---|---|
| 51 | Ford, Carol L. v. Sanofi SA, et al. | 2:17-cv-03930 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 52 | Gilliam, Diane v. Sanofi SA, et al. | 2:17-cv-03934 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 53 | Goggans, Shari v. Sanofi SA, et al. | 2:17-cv-03937 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 54 | Horton, Shirley v. Sanofi SA, et al. | 2:17-cv-03946 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 55 | Hymes, Dorothy and Macic v. Sanofi SA, et al. | 2:17-cv-03950 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 56 | Lyles, Tangela (2) v. Sanofi SA, et al. | 2:17-cv-03973 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 57 | Rodgers, Venida and Don v. Sanofi SA, et al. | 2:17-cv-03959 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 58 | Spence, Rhonda v. Sanofi SA, et al. | 2:17-cv-04019 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 59 | Taylor, Mary and Gerald v. Sanofi SA, et al. | 2:17-cv-04026 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 60 | Taylor, Patricia v. Sanofi SA, et al. | 2:17-cv-04024 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 61 | Tenort, Laura v. Sanofi SA, et al. | 2:17-cv-04022 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 62 | Thomas, Nelvenia v. Sanofi SA, et al. | 2:17-cv-04018 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 63 | Timberman, Joni v. Sanofi SA, et al. | 2:17-cv-04015 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 64 | Tolbert, Mary v. Sanofi SA, et al. | 2:17-cv-04013 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 65 | Warren, Jacqueline v. Sanofi SA, et al. | 2:17-cv-03963 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 66 | Young, Denise (2) v. Sanofi SA, et al. | 2:17-cv-03955 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 67 | Zanders, Dollie v. Sanofi SA, et al. | 2:17-cv-03936 | 5/16/2017 | Napoli Shkolnik LLC | 459 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 68 | Anthony, Vera v. Sanofi SA, et al. | 2:17-cv-03870 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 69 | Austin, Doylene and Herman v. Sanofi SA, et al. | 2:17-cv-03894 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 70 | Bryant, Mary and Otis v. Sanofi SA, et al. | 2:17-cv-03901 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 71 | Chappell, Diane v. Sanofi SA, et al. | 2:17-cv-03906 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 72 | Nemec, Evelyn v. Sanofi SA, et al. | 2:17-cv-04012 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 73 | Tucker, Debbie and Robert v. Sanofi SA, et al. | 2:17-cv-04010 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 74 | Williams, Barbara and Edward (AL) v. Sanofi SA, et al. | 2:17-cv-03951 | 5/24/2017 | Napoli Shkolnik LLC | 478 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 75 | Freeman, Catherine and Henry v. Sanofi SA, et al. | 2:17-cv-03932 | 6/12/2017 | Napoli Shkolnik LLC | 529 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |

**Exhibit B**

| # | Case Name | MDL Case Docket No. | Date Filed | Filing Firm | MDL Document Docket No. | Original Jurisdiction | Plaintiff Status |
|---|---|---|---|---|---|---|---|
| 76 | Robinson, Mary A. and Emerson v. Sanofi SA, et al. | 2:17-cv-03967 | 6/12/2017 | Napoli Shkolnik LLC | 529 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 77 | Taylor, Linda v. Sanofi SA, et al. | 2:17-cv-04027 | 6/12/2017 | Napoli Shkolnik LLC | 529 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 78 | Brooks, Vera v. Sanofi SA, et al. | 2:17-cv-03897 | 6/16/2017 | Napoli Shkolnik LLC | 543 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 79 | Locke, Wanda and Steven v. Sanofi SA, et al. | 2:17-cv-03977 | 6/16/2017 | Napoli Shkolnik LLC | 543 | DE - Superior Court of the State of Delaware | Dismissed without Prejudice |
| 80 | Garcia-Crump, Carol v. Sanofi SA, et al. | 2:17-cv-02789 | 6/15/2017 | Pendley, Baudin & Coffin LLP | 535 | LA - Eastern District of Louisiana | Dismissed without Prejudice |