**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                             **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO**
**ALL CASES**

### JOINT MOTION TO WITHDRAW PLEADINGS

NOW COMES, by and through undersigned counsel, Plaintiffs and Defendant sanofi-aventis U.S. LLC, which hereby jointly move to withdraw of the following pleadings:

1. Plaintiffs hereby move to withdraw their Opposition Memorandum (Rec. Doc. No. 497), in its entirety, and without prejudice, including any allegation that the Defendant, in its pleading, either committed plagiarism and/or that it should be sanctioned.

2. Defendant hereby moves to withdraw in its entirety, and without prejudice, its Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. No. 334).

The parties further request that these pleadings be removed from the Court's submission calendar.[1]

---

[1] Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons was initially noticed for submission on June 7, 2017. (Rec. Doc. No. 334). On June 6, 2017, the parties filed a Joint Notice of Withdrawal of Pleadings to withdraw both Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons and Plaintiffs' Opposition to Defendant's Motion. (Rec. Doc. No. 519). On June 12, 2017, the parties received a deficiency notice which required that the parties refile the document as a Motion with an order by June 19, 2017.

Respectfully Submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

SHOOK, HARDY & BACON L.L.P.

Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com

*Counsel for sanofi-aventis U.S. LLC and
Sanofi US Services Inc.*

/s/ *Christopher L. Coffin*
Christopher L. Coffin (LA Bar # 27902)
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699
E-Mail: ccoffin@pbclawfirm.com
*Plaintiffs' Co-Lead Counsel*

/s/ *Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
E-Mail: kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert
Gainsburgh Benjamin David Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile:  504-528-9973
E-Mail: plambert@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*