UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bickley, et al. v. Sanofi S.A., et al.*, 2:17-cv-01073-KDE-MBN (E.D. La.)
*Vinson, et al. v. Sanofi S.A., et al.*, 2:17-cv-04030-KDE-MBN (E.D. La.)

### SANOFI-AVENTIS U.S. LLC'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

Defendant sanofi-aventis U.S. LLC respectfully requests leave to file a Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand. Specifically, sanofi-aventis U.S. LLC seeks leave to file a very brief Notice of Supplemental Authority in order to alert the Court to a recent decision by the United States Supreme Court in *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*, No. 16-466, 582 U.S. ___ (2017). Attached to this Motion for Leave is the Notice of Supplemental Authority. Defendant sanofi-aventis U.S. LLC respectfully requests that the Court grant this Motion and permit leave to file the attached Notice.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

1

>Harley Ratliff
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile:  816-421-5547
>hratliff@shb.com
>abyard@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*