## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                      SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bickley, et al. v. Sanofi S.A., et al.*, 2:17-cv-01073-KDE-MBN (E.D. La.)
*Vinson, et al. v. Sanofi S.A., et al.*, 2:17-cv-04030-KDE-MBN (E.D. La.)

### ORDER

      Considering the Motion for Leave to File Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC;

      **IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Notice of Supplemental Authority in Support of sanofi-aventis U.S. LLC's Opposition to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

                                                _____
                                                Hon. Kurt D. Engelhardt
                                                UNITED STATES DISTRICT COURT JUDGE