UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | ) | |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) | ) | Case 2:16-md-02740-KDE-MBN |
| PRODUCTS LIABILITY | ) | MDL NO. 2740 |
| LITIGATION | ) | |
| | ) | |

THIS DOCUMENT RELATES TO:

*Medici v. Sanofi S.A., et al.*, Case No. 2:16-cv-15569-KDE-MBN

## NOTICE OF APPEARANCE

Please enter the appearance of Taryn W. Harper, Esq., of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc. [1]

Respectfully submitted,

*/s/ Taryn W. Harper*
Taryn W. Harper
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-1111
harpert@gtlaw.com

***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Taryn W. Harper*
Taryn W. Harper

ATL 22151492v1