UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## MOTION FOR DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, sanofi-aventis U.S. LLC, which respectfully requests that this Court order disclosure of non-party interested entities or persons in MDL No. 2740 for the reasons set forth in the attached Memorandum in Support.

**WHEREFORE**, Defendant, sanofi-aventis U.S. LLC, respectfully requests that this Court order disclosure of non-party interested entities or persons in MDL No. 2740.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2