# EXHIBIT A

**Strongman, Jon (SHB)**

| | |
|---|---|
| **From:** | Matt Dean <mdean@forpersist.com> |
| **Sent:** | Tuesday, February 7, 2017 9:29 AM |
| **To:** | Strongman, Jon (SHB) |
| **Subject:** | Taxotere - - AAJ Austin? |

Jon,

Hope you're doing well!

Wanted to see if you had a few minutes to discuss a potential co-counsel arrangement in regards to Taxotere. I'm including our case screening criteria/cost below. Let me know if you can spare 10 minutes today/this week to discuss further. We offer guaranteed contracts with your law firm pulling the medical records to proof up. Will you be in Austin for AAJ? If so, I'd like to meet with you briefly to discuss further.

**Taxotere:**
Guaranteed Contract: $1750 – Hair Loss or severe thinning after 6 months of chemo, completed – Via photos
$3500 – Guaranteed diagnosis (Alopecia) – co-counsel has to get diagnosis. If negative we will replace

Best regards,

Matt


*Matthew Dean*

Business Development
**Persist Communications**
*Co-Counsel Liaison for*
*Gacovino Lake & Associates P.C*
1500 Cordova Road #210
Fort Lauderdale, FL 33316
C: (619)302-1941
O: 866-4-Persist ext. 433
E: mdean@forpersist.com
www.MassTortServices.com

Watch a quick demo of what Persist can do for your firm at;
www.forpersist.com

  

1