**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                     **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                             **SECTION "N" (5)**

THIS DOCUMENT RELATES TO
ALL CASES

<u>**NOTICE OF SUBMISSION**</u>

PLEASE TAKE NOTICE that Defendant, sanofi-aventis U.S. LLC, will bring for hearing the accompanying Motion for Disclosure of Non-Party Interested Entities or Persons on the 5th day of July, 2017, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

                                      Respectfully submitted,

                                      /s/ *Douglas J. Moore*
                                      Douglas J. Moore (Bar No. 27706)
                                      **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                      400 Poydras Street, Suite 2700
                                      New Orleans, LA  70130
                                      Telephone: 504-310-2100
                                      Facsimile:  504-310-2120
                                      dmoore@irwinllc.com

                                      Harley Ratliff
                                      Adrienne L. Byard
                                      **SHOOK, HARDY & BACON L.L.P.**
                                      2555 Grand Boulevard
                                      Kansas City, Missouri 64108
                                      Telephone: 816-474-6550
                                      Facsimile:  816-421-5547
                                      hratliff@shb.com
                                      abyard@shb.com

                                      *Counsel for sanofi-aventis U.S. LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the

Court using the ECF system which sent notification of such filing to all counsel of record.


<u>/s/ Douglas J. Moore</u>