UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Verna Evans, et al., v. Sanofi S.A., et al, 17-cv-5419*

**************************************************************************

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: June 21, 2017

                                                  Respectfully submitted,

                                                  /s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 21, 2017

                                                /s/ Christopher LoPalo
                                         Christopher LoPalo, Esq.