UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Joint Motion to Withdraw Pleadings, filed by Plaintiffs and Defendant, sanofi-aventis U.S. LLC (Rec. Doc. 552);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and, that the following pleadings are withdrawn from this Court's docket:

1. Plaintiffs' Opposition Memorandum (Rec. Doc. No. 497) is withdrawn in its entirety, without prejudice, including any allegation that the Defendant, in its pleading, either committed plagiarism and/or that it should be sanctioned; and

2. Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. No. 334) is withdrawn in its entirety, without prejudice.

New Orleans, Louisiana this  20th  day of  June , 2017 .

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1