UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

**SANOFI AND AVENTIS-PHARMA S.A.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants Sanofi and Aventis-Pharma S.A. respectfully request leave to file a Notice of Supplemental Authority in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 346). Specifically, Defendants seek leave to file a very brief Notice of Supplemental Authority in order to alert the Court to a recent decision by the United States Supreme Court in *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*, No. 16-466, 582 U.S. ___ (2017). Defendants respectfully requests that the Court grant this Motion and permit leave to file the attached Notice.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi and Aventis-Pharma S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*