UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>IDA LIZ SANTIAGO RIVERA and MARIA REYES FLORES v. SANOFI S.A., ET AL. | Civil Action No.: 2:16-cv-17952 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ida Liz Santiago Rivera, by and through her counsel, hereby provides notice of dismissal without prejudice of her claims. Plaintiff Maria Reyes Flores continues to pursue her claims in this case.

By:  /s/ Karen Barth Menzies

Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs  (Cal. Bar No. 178658)
Amy M. Zeman (Cal. Bar No. 273100)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email:  ehg@classlawgroup.com
           amz@classlawgroup.com

1

CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 21, 2017                /s/ Karen Barth Menzies
                                                Karen Barth Menzies