# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                           MDL NO. 2740
          PRODUCTS LIABILITY
          LITIGATION                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO:  ALL CASES

### PRETRIAL ORDER NO. 48
### [Resetting Oral Argument on Omnibus Motions to Remand]

**IT IS ORDERED** that date of oral argument on "Plaintiffs' Omnibus Motion to Remand Certain Cases to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri" (Rec. Doc. 467), "Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California" (Rec. Doc. 469), and "Delaware Plaintiffs' Motion to Remand to the Superior Court of Delaware" (Rec. Doc. 473) shall be reset for **Thursday, July 6, 2017, at 10:30 a.m**.

Movants will collectively have a total of twenty (20) minutes to argue, and defendants will collectively have a total of twenty (20) minutes to argue. Any time reserved by movants for rebuttal must also come from the twenty (20) minutes allotted to movants.

New Orleans, Louisiana, this 22nd day of June 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1