UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **RELATES TO:** | NOTICE OF APPEARANCE |
| *Vera Smith v. Sanofi S.A., et al.*  CASE NO.:  2:17-cv-05832-KDE-MBN | |

**************************************************************************

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

Dated: June 22, 2017

*/s/ Anne Andrews*
Anne Andrews (CA SBN #: 103288)
John C. Thornton, Esq.
Sean Higgins, Esq.
**ANDREWS THORNTON**
**HIGGINS RAZMARA, LLP**
2 Corporate Park, Suite 110
Irvine, California 92606
Phone: (949) 748-1000
E: aa@andrewsthornton.com
E: jct@andrewsthornton.com
E: shiggins@andrewsthornton.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2017, I served a true and accurate copy of the following:

**NOTICE OF APPEARANCE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Irvine, California, June 22, 2017.

        */s/ Anne Andrews*
        Anne Andrews, Esq.
        John C. Thornton, Esq.
        Sean Higgins, Esq.
        ANDREWS THORNTON
        HIGGINS RAZMARA, LLP
        2 Corporate Park, Ste. 110
        Irvine, CA 92606
        E: shiggins@andrewsthornton.com
        E: aa@andrewsthornton.com
        E: jct@andrewsthornton.com

        *Attorneys for Plaintiff*