UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bickley, et al. v. Sanofi S.A., et al.*, 2:17-cv-01073-KDE-MBN (E.D. La.)
*Vinson, et al. v. Sanofi S.A., et al.*, 2:17-cv-04030-KDE-MBN (E.D. La.)

## ORDER

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC (Rec. Doc. 554);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Notice of Supplemental Authority in Support of sanofi-aventis U.S. LLC's Opposition to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana this 22nd day of June, 2017.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1