UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERA SMITH | CIVIL ACTION |
| V | NO. 2:17-cv-05832-KDE-MBN |
| SANOFI-AVENTIS U.S. LLC, ET AL. | SECTION "N" ( 5 ) |

STATEMENT IN COMPLIANCE WITH
F.R.C.P. RULE 7.1
CORPORATE DISCLOSURE

| VERA SMITH  NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
|---|---|
| PARENT CORPORATIONS | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

June 22, 2017
Date

Anne Andrews
Attorney

CA Bar No.: 103280
Bar Roll Number

2 Corporate Park, Suite 110
Address

Irvine, California 92606

## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2017, I served a true and accurate copy of the following: **STATEMENT IN COMPLIANCE WITH F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Irvine, California, June 22, 2017.

>
> */s/ Anne Andrews*
> Anne Andrews, Esq.
> John C. Thornton, Esq.
> Sean Higgins, Esq.
> ANDREWS THORNTON
> HIGGINS RAZMARA, LLP
> 2 Corporate Park, Ste. 110
> Irvine, CA 92606
> E: shiggins@andrewsthornton.com
> E: aa@andrewsthornton.com
> E: jct@andrewsthornton.com
>
> ***Attorneys for Plaintiff***