UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Castagnola v. Sanofi S.A., et al.*, **2:17-cv-03864-KDE-MBN (E.D. La.)**
*Ernys-Kofler v. Sanofi S.A., et al.*, **2:17-cv-03867-KDE-MBN (E.D. La.)**
*Fuller v. Sanofi S.A., et al.*, **2:17-cv-01812-KDE-MBN (E.D. La.)**
*Gardner v. Sanofi S.A., et al.*, **2:17-cv-03865-KDE-MBN (E.D. La.)**
*Jenkins v. Sanofi S.A., et al.*, **2:17-cv-03866-KDE-MBN (E.D. La.)**
*McCallister et al v. Sanofi S.A., et al.*, **2:17-cv-02356-KDE-MBN (E.D. La.)**
*Pickrell v. Sanofi S.A. et al., et al.*, **2:17-cv-01813-KDE-MBN**
*West v. Sanofi U.S. Services Inc., et al.*, **2:17-cv-02067-KDE-MBN (E.D. La.)**
*Wright v. Sanofi S.A. et al.*, **2:17-cv-01814-KDE-MBN (E.D. La.)**

## ORDER

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of

its Opposition to Plaintiffs' Omnibus Motion to Remand, filed by Defendant, sanofi-aventis U.S.

LLC (Rec. Doc. 555);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the

proposed Notice of Supplemental Authority in Support of sanofi-aventis U.S. LLC's Opposition

to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana this___22nd___ day of ____June____, __2017__.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1