BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　SECTION "N" (5)

_____

THIS DOCUMENT RELATES TO:
　　*Vera Smith v. Sanofi-Aventis U.S. LLC, et al.*, Case No.: 2:17-cv-05832-KDE-MBN

**PLAINTIFF VERA SMITH'S JOINDER TO PLAINTIFFS' OMNIBUS MOTION TO REMAND CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA**

　　Whereas this Court accepted transfer of Plaintiff Vera Smith's case to MDL 2740 on June 21, 2017, Plaintiff Vera Smith hereby joins Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California (Document 469, filed May 19, 2017). The allegations in Vera Smith's California state-court complaint as they relate to Defendant McKesson Corporation are virtually identical, if not verbatim, to those raised in Plaintiffs' Omnibus Motion to Remand. Furthermore, the Supreme Court's June 19, 2017 decision in *Bristol Meyers Squibb* has no bearing on Plaintiff Vera Smith because she is a California resident.

　　Respectfully submitted this 22nd day of June, 2017.

　　　　　　　　　　　　　　　　　　　By: */s/ Anne Andrews*
　　　　　　　　　　　　　　　　　　　Anne Andrews (SBN 103280)
　　　　　　　　　　　　　　　　　　　Sean Thomas Higgins (SBN 266888)
　　　　　　　　　　　　　　　　　　　**ANDREWS THORNTON**
　　　　　　　　　　　　　　　　　　　**HIGGINS RAZMARA, LLP**
　　　　　　　　　　　　　　　　　　　2 Corporate Park, Suite 110
　　　　　　　　　　　　　　　　　　　Irvine, California 92606
　　　　　　　　　　　　　　　　　　　Telephone: (800) 664-1734
　　　　　　　　　　　　　　　　　　　aa@andrewsthornton.com
　　　　　　　　　　　　　　　　　　　shiggins@andrewsthornton.com

　　　　　　　　　　　　　　　　　　　Jeffrey Bogert (SBN 132778)
　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF JEFFREY BOGERT**

        2121 Rosecrans Ave, Suite 3375
        El Segundo, California 90245
        Telephone: (310) 322-9050
        bogertlaw@outlook.com

*Attorneys for Plaintiff*

---

- 2 –
**PLAINTIFF VERA SMITH'S JOINDER TO PLAINTIFFS' OMNIBUS MOTION TO REMAND CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA**

## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2017, I served a true and accurate copy of the following: **PLAINTIFF VERA SMITH'S JOINDER TO PLAINTIFFS' OMNIBUS MOTION TO REMAND CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Irvine, California, June 22, 2017.

                                            */s/ Anne Andrews*
                                            Anne Andrews, Esq.
                                            John C. Thornton, Esq.
                                            Sean Higgins, Esq.
                                            ANDREWS THORNTON
                                            HIGGINS RAZMARA, LLP
                                            2 Corporate Park, Ste. 110
                                            Irvine, CA 92606
                                            E: shiggins@andrewsthornton.com
                                            E: aa@andrewsthornton.com
                                            E: jct@andrewsthornton.com

                                            ***Attorneys for Plaintiff***