# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**
*Vera Smith v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:17-cv-05832-KDE-MBN

## ORDER

Plaintiff Vera Smith's Motion for Joinder was submitted to this Court on June 22, 2017. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff Vera Smith's Motion for Joinder to Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California (Document 469, filed May 19, 2017) is hereby GRANTED.

Dated: _____

_____
The Hon. Kurt D. Engelhardt