IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY K. GIDCOMB and JAMES GIDCOMB<br><br>     Plaintiffs,<br><br>     v.<br><br>SANOFI S.A., ET. AL.<br>     Defendants. | CASE NO. 2:17-CV-04972 (KDE)(MBN)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs,

Mark K. Gidcomb and James Gidcomb, and their counsel, hereby give notice that the above-

captioned action against Allegran Finance LLC f/k/a Actavis Inc., and Actavis Pharma Inc.,

solely, is voluntary dismissed, without prejudice.


DATED: June 22, 2017                    MARC J. BERN & PARTNERS LLP
     New York, New York            *Attorneys for Plaintiffs*


Debra Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164