UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER:  2740 |
| | SECTION: "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER SCHEDULING STATUS CONFERENCES

In-person status conferences in the above matter are hereby SCHEDULED for July 26, 2017 at 2:00 p.m. and August 18, 2017 at 10:00 a.m. before Magistrate Judge Michael B. North, Hale Boggs Building, Room B419, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 23rd day of June, 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE