UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) Hon. Kurt D. Engelhardt Hon. Michael B. North |

## JOINT MOTION TO ADOPT THE PARTIES' ELECTRONICALLY STORED INFORMATION PROTOCOL AND PROTECTIVE ORDER

NOW INTO COURT, come Plaintiffs' Co-Liaison Counsel and Defendants' Co-Liaison Counsel who hereby move the Court to adopt the Electronically Stored Information Protocol attached hereto as Exhibit A and the Protective Order attached hereto as Exhibit B, which Orders shall apply to all cases in the MDL. Accordingly, attached are the proposed Pretrial Order No. ___ (Exhibit A) and No. ___ (Exhibit B), which Plaintiffs' Co-Liaison Counsel and Defendant's Co-Liaison Counsel request be entered by the Court.

WHEREFORE, Plaintiffs' Co-Liaison Counsel and Defense Co-Liaison Counsel pray that after due consideration the Court grant this Joint Motion and enter into the record of this matter the attached proposed Pretrial Order No. _____ and Pretrial Order No._____, to govern this MDL

Dated: June 23, 2017

Respectfully submitted:

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile:  504-528-9973
E-Mail: plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**Irwin Fritchie Urquhart & Moore LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
E-Mail: dmoore@irwinllc.com

*Defendant's Co-Liaison Counsel*

/s/ John F. Olinde
John F. Olinde (Bar No. 1515)
**Chaffe McCall, LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-585-7000
Facsimile:  504-585-7075
E-Mail: olinde@chaffe.com

*Defendant's Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Dawn M. Barrios
DAWN M. BARRIOS