UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) Hon. Kurt D. Engelhardt Hon. Michael B. North |

### PROPOSED PRETRIAL ORDER NO. __

### [Electronically Stored Information Protocol]

THE COURT being fully advised on the matter, hereby **GRANTS** Plaintiffs' Co-Liaison Counsel's and Co-Defendants' Liaison Counsel's Consent Motion to adopt the Electronically Stored Information Protocol as Pretrial Order No. _____.

**IT IS ORDERED** that the Electronically Stored Information Protocol Order attached hereto be adopted and govern the MDL.

New Orleans, Louisiana, this ____ day of June, 2017.

_____
MICHAEL B. NORTH
UNITED STATES DISTRICT MAGISTRATE JUDGE

1