UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5)<br><br>Hon. Kurt D. Engelhardt<br><br>Hon. Michael B. North |

**PROPOSED PRETRIAL ORDER NO. \_\_**

**[Protective Order]**

THE COURT being fully advised on the matter, hereby **GRANTS** Plaintiffs' Co-Liaison Counsel's and Co-Defendants' Liaison Counsel's Consent Motion to adopt the Protective Order as Pretrial Order No. \_\_\_\_\_.

**IT IS ORDERED** that the Protective Order attached hereto be adopted and govern the MDL.

New Orleans, Louisiana, this \_\_\_\_ day of June, 2017.

_____
MICHAEL B. NORTH
UNITED STATES DISTRICT MAGISTRATE JUDGE