NITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | HON. KURT D. ENGELHARDT |
| *All cases where sanofi-aventis U.S. LLC is named as a defendant* | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Kelly G. Bieri of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant sanofi-aventis U.S. LLC., in the above-captioned matters.

Dated: June 23, 2017

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 */s/ Kelly G. Bieri*
Kelly G. Bieri
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816-474-6550
Facsimile: 816-421-5547
E-Mail: kbieri@shb.com

*Attorney for Defendant sanofi-aventis U.S. LLC*

8252459 v1