BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Delores Osum v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-CV-16251 | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT:

Plaintiff, DELORES OSUM, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDS 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: June 23, 2017

                                            Respectfully submitted,
                                            */s/Richard L. Root*_____
                                            Betsy J. Barnes (LA Bar # 19473)
                                            Richard L Root (LA Bar # 19988)
                                            Morris Bart, LLC
                                            601 Poydras Street, 24th Floor
                                            New Orleans, LA 70130
                                            Telephone: 504.525.8000
                                            Facsimile: 504.599.3392
                                            bbarnes@morrisbart.com
                                            rroot@morrisbart.com

                                            COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 /s/Rick L. Root
                                                 Betsy J. Barnes (LA Bar # 19473)
                                                 Rick L Root (LA Bar # 19988)
                                                 Morris Bart, LLC
                                                 601 Poydras Street, 24th Floor
                                                 New Orleans, LA 70130
                                                 Telephone: 504.525.8000
                                                 Facsimile: 504.599.3392
                                                 bbarnes@morrisbart.com
                                                 rroot@morrisbart.com