**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Susan Fuller v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01812 |
| *Joann Pickrell v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01813 |
| *Margarett Wright v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01814 |
| *Robin Castagnola v. Sanofi S.A.*, | Case No. 2:17-cv-03864 |
| *Jenkins v. Sanofi S.A., et al.*, | Case No. 2:17-cv-03866 |
| *Gardner v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03865 |
| *Ernyes-Kofler et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03867 |
| *McCallister et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02356 |
| *Celeste West et al v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02067 |

**<u>ORDER</u>**

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of

Plaintiffs' Omnibus Motion to Remand Certain Cases to The Superior Courts of California, filed

by Plaintiffs:

*Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1812
*Pickrell v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1813
*Wright v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1814
*Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-03864
*Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866
*Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865
*Ernyes-Kofler et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867
*McCallister et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356
*West et al v. Sanofi S.A. et al.*, Case No. 2:17-cv-02067

///

///

///

**IT IS HEREBY ORDERED** that said Motion be and is GRANTED, and that the proposed Notice of Supplemental Authority in Support of Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California is hereby entered into the Court's docket.

New Orleans, Louisiana this _____ day of _____, _____.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE