BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Shirley Coleman*, 2:17-cv-3908;<br>*Letha Davis*, 2:17-cv-3912;<br>*Rose Ray*, 2:17-cv-3969;<br>*Dorothy Smith*, 2:17-cv-4017 | HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants Sanofi U.S. Services Inc., formerly known as Sanofi-Aventis U.S., Inc, Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S., Sun Pharma Global Inc., Mckesson Corporation doing business as Mckesson Packaging, Sandoz Inc., Accord Healthcare Ltd., Accord Healthcare, Inc., Intas Pharmaceuticals Limited; Sanofi S.A., and Aventis Pharma S.A. from the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: June 26, 2017                Respectfully submitted,

/s/__ Christopher LoPalo _____
Christopher LoPalo, Esquire
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
CLoPalo@napolilaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 26, 2017                   /s/ Christopher LoPalo
                                                 Christopher LoPalo, Esquire