BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Susan Fuller v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01812 |
| *Joann Pickrell v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01813 |
| *Margarett Wright v. Sanofi, S.A. et al.*, | Case No. 2:17-cv-01814 |
| *Robin Castagnola v. Sanofi S.A.*, | Case No. 2:17-cv-03864 |
| *Jenkins v. Sanofi S.A., et al.*, | Case No. 2:17-cv-03866 |
| *Gardner v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03865 |
| *Ernyes-Kofler et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-03867 |
| *McCallister et al. v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02356 |
| *Celeste West et al v. Sanofi S.A. et al.*, | Case No. 2:17-cv-02067 |

## ORDER

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of Plaintiffs' Omnibus Motion to Remand Certain Cases to The Superior Courts of California, filed by Plaintiffs:

*Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1812
*Pickrell v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1813
*Wright v. Sanofi, S.A. et al.*, Case No. 2:17-cv-1814
*Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-03864
*Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866
*Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865
*Ernyes-Kofler et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867
*McCallister et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356
*West et al v. Sanofi S.A. et al.,* Case No. 2:17-cv-02067

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Notice of Supplemental Authority in Support of Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California is hereby entered into the Court's docket.

New Orleans, Louisiana this     26th     day of     June    ,     2017    .

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE