# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**  **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**
*Vera Smith v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:17-cv-05832-KDE-MBN

## ORDER

Plaintiff Vera Smith's Motion for Joinder (Rec. Doc. 573) was submitted to this Court on June 22, 2017. Based on the Motion and the facts in the record, **IT IS HEREBY ORDERED**:

Plaintiff Vera Smith's Motion for Joinder to Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California (Document 469, filed May 19, 2017) is hereby **GRANTED**.

New Orleans, Louisiana this 26th day of June, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**