# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. KURT D. ENGELHARDT |
| ALL CASES | : | |

## ORDER

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of the Motion to Dismiss for Lack of Personal Jurisdiction, filed by Defendants, Sanofi and Aventis-Pharma S.A. (Rec. Doc. 564);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Notice of Supplemental Authority in Support of the Motion to Dismiss for Lack of Personal Jurisdiction is hereby entered into the Court's docket.

New Orleans, Louisiana this 22nd day of June, 2017.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1