UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL) PRODUCTS        MDL NO. 2740
         LIABILITY LITIGATION
                                              SECTION "N" (5)


THIS DOCUMENT RELATES TO:
ALL CASES


**CONSENT MOTION TO RE-SET SUBMISSION DATE OF DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION FOR DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS (REC. DOC. 559)**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), through Plaintiffs' Liaison Counsel, which respectfully requests to re-set the submission date of the  Defendant sanofi-aventis U.S. LLC's Motion for Disclosure of Non-Party Interested Entities or Persons (Doc. No. 559) to August 2, 2017, thereby making the opposition due on July 25, 2017.

Defendants have been contacted through Defendants' Liaison Counsel, who advised there is no objection to the relief requested.

Accordingly, the PSC requests that the original submission date be re-set for August 2, 2017, thereby making the opposition due on July 25, 2017.


Date:   June 27, 2017                    Respectfully submitted:


                                         /s/M. Palmer Lambert
                                         M. Palmer Lambert (#33228)
                                         **Gainsburgh Benjamin David Meunier &**
                                         **Warshauer, LLC**
                                         2800 Energy Centre
                                         1100 Poydras Street
                                         New Orleans, LA 70163-2800
                                         Telephone: 504-522-2304
                                         Facsimile: 504-528-9973
                                         E-Mail: plambert@gainsben.com

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Dawn M. Barrios*
Dawn M. Barrios