UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION     SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering Plaintiffs' Consent Motion to Re-Set Submission Date of Defendant Sanofi-Aventis U.S. LLC's Motion for Disclosure of Non-Party Interested Entities or Persons (Doc. No. 559), **IT IS HEREBY ORDERED** that the submission date by re-set for August 2, 2017 thereby making the opposition due on July 25, 2017, Plaintiffs' Consent Motion be and is hereby **GRANTED**. Plaintiffs shall file their Opposition to Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons on or before July 25, 2017.

New Orleans, Louisiana this _____ day of _____, 2017.

                                               KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE