UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
   PRODUCTS LIABILITY
   LITIGATION      SECTION "N" (5)


THIS DOCUMENT RELATES TO
ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRETRIAL ORDER NO. ___**
**(Docket Control Order—Voluntary Dismissals)**

It is hereby Ordered that Pretrial Order No. 15 continues to govern voluntary dismissal except in the following limited circumstance:

Following the deadline for submission of a Plaintiff Fact Sheet in an individual case, any plaintiff wishing to dismiss all their claims against all parties without prejudice can do so only with leave of the Court. To seek such leave, the party wishing to dismiss all claims against all parties without prejudice must file a motion with this Court seeking such leave and stating the reason for the sought dismissal.

New Orleans, Louisiana this _____ day of _____, _____.


_____
KURT D. ENGEL HARDT
UNITED STATES DISTRICT JUDGE