UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: Taxotere® (Docetaxel)                                              MDL. NO. 2740
Products Liability Litigation

THIS DOCUMENT RELATES TO ALL CASES                    SECTION "N" (5)

## NOTICE OF NON-ATTENDANCE AT STATUS CONFERENCE

PLEASE TAKE NOTICE that PEC/PSC member, J. Kyle Bachus will not be in attendance at the upcoming status conference on July 7, 2017, as he will be out of the country.

DATED: June 28, 2017                        *J. Kyle Bachus, Esq.*                         .
                                            **J. Kyle Bachus**  (#24441)
                                            Bachus & Schanker, LLC
                                            1899 Wynkoop Street, Suite 700
                                            Denver, CO 80202
                                            Telephone: (303) 893-9800
                                            FAX: (303) 893-9900
                                            E-mail: kyle.bachus@coloardolaw.net