UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Danah Anderson v. Sanofi S.A., et al* 2:2016-cv-15493
*Bertha Renee Schmitz v. Sanofi S.A., et al* 2:2016-cv-15502
*Valesta Collins v. Sanofi S.A., et al* 2:2016-cv-15281
*Galemarie Kuchtyak v. Sanofi S.A., et al 2:*2016-cv-16235
*Kathy Folks v. Sanofi S.A., et al* 2:2016-cv-17579

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: June 28, 2017

                                            Respectfully submitted,
                                            /s/ Jeffrey R. Scurlock
                                            Jeffrey R. Scurlock
                                            Stueve Siegel Hanson LLP
                                            460 Nichols Road, Suite 200
                                            Kansas City, MO 64112
                                            Tel: 816-714-7195
                                            scurlock@stuevesiegel.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 28, 2017

/s/ Jeffrey R. Scurlock
Jeffrey R. Scurlock