# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Danah Anderson v. Sanofi S.A., et al* 2:2016-cv-15493
*Bertha Renee Schmitz v. Sanofi S.A., et al* 2:2016-cv-15502
*Valesta Collins v. Sanofi S.A., et al* 2:2016-cv-15281
*Galemarie Kuchtyak v. Sanofi S.A., et al 2:*2016-cv-16235
*Kathy Folks v. Sanofi S.A., et al* 2:2016-cv-17579

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: June 28, 2017

> Respectfully submitted,
> /s/ Lisa R. Joyce
> Lisa R. Joyce
> Stueve Siegel Hanson LLP
> 460 Nichols Road, Suite 200
> Kansas City, MO 64112
> Tel: 816-714-7104
> joyce@stuevesiegel.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 28, 2017

/s/ Lisa R. Joyce
Lisa R. Joyce