UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

******************************************************************************

# ORDER

Considering Plaintiffs' Consent Motion to Re-Set Submission Date of Defendant Sanofi-Aventis U.S. LLC's Motion for Disclosure of Non-Party Interested Entities or Persons (Doc. No. 559);

**IT IS HEREBY ORDERED** that Plaintiffs' Consent Motion be and is hereby **GRANTED** and the submission date be re-set for **Wednesday, August 2, 2017.**

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Opposition to Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons on or before July 25, 2017.

New Orleans, Louisiana this  28th  day of      June     , 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE