UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION                      SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### PRETRIAL ORDER NO. 26A
[Modification to Designation of Defense Counsel to
Attend Plaintiffs' Steering Committee Meetings]

Pursuant to Pretrial Order No. 21 (Rec. Doc. 276), the Court entered Pretrial Order No. 26 (Rec. Doc. 289) to designate counsel on behalf of each of the Defendants to attend the Plaintiffs' Steering Committee meetings that take place prior to each status conference.

**IT IS ORDERED** that Pretrial Order No. 26 is hereby modified to permit Julie A. Callsen to be substituted in place and stead of Chad A. Sullivan to serve as the defense counsel to attend such meetings on behalf of Accord Healthcare, Inc.

New Orleans, Louisiana, this 28th day of June, 2017.

                                             _____
                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**

1