BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE:   TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION   SECTION "N" (5)

THIS DOCUMENT RELATES TO:   HON. KURT D. ENGELHARDT
*Shirley Nevels, 2:17-cv-4014*

MAG. JUDGE MICHAEL B. NORTH

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: June 30, 2017   Respectfully submitted,

/s/   Christopher LoPalo
Christopher LoPalo, Esquire
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
CLoPalo@napolilaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 30, 2017                                /s/ Christopher LoPalo
                                                           Christopher LoPalo, Esquire