# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740  SECTION "N" (5)  HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:  ALL CASES | | |

## SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC,'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF VOLUNTARY DISMISSAL ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Defendants"), who respectfully move this Court for leave to file a Reply to Plaintiffs' Opposition to their Motion for Entry of Voluntary Dismissal Order (Rec. Doc. No. 592). This Reply Memorandum will be helpful to the Court in evaluating Defendants' Motion for Entry of Voluntary Dismissal Order (Rec. Doc. No. 551), and in considering the arguments raised by Plaintiffs in their Opposition.

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply Memorandum in Support of their Motion for Entry of Voluntary Dismissal Order.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30th, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*