# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| ALL CASES | : : : | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Entry of Voluntary Dismissal Order, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Reply Memorandum in Support of Defendants' Motion for Entry of Voluntary Dismissal Order is hereby entered into the Court's docket.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1