# EXHIBIT A

**Exhibit A to Defendants' Reply in Support of their Motion for Entry of Voluntary Dismissal Order**
**Cases Voluntarily Dismissed Without Prejudice as of June 30, 2017**

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 1 | Rowsey, Dorothy | 2:16-cv-17321 | 2/6/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 220 |
| 2 | Anderson, Cassandra | 2:16-cv-17300 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 3 | Carter, Rose | 2:16-cv-17301 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 4 | Crawford, Yvonne, | 2:16-cv-17338 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 5 | Dabney, Cassandra | 2:16-cv-17299 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 6 | Ditta, Linda | 2:16-cv-17303 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 7 | Douglas, Linell | 2:16-cv-17309 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 8 | Dzielski, Jacqueline | 2:16-cv-17311 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 9 | Hall, Linda | 2:16-cv-17315 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 10 | Liebman, Robin | 2:16-cv-17319 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 11 | Morris, Lisa | 2:16-cv-17329 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 12 | Patterson, Karen | 2:16-cv-17320 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 13 | Ruiz, Esther | 2:16-cv-17323 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 14 | Slaughter, Kathleen | 2:16-cv-17331 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 15 | Stern, Janice | 2:16-cv-17324 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 16 | Walls, Sherrial | 2:16-cv-17333 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 17 | Washington, Anna | 2:16-cv-17306 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 18 | Webb, Earma | 2:16-cv-17482 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 19 | White, Carolyn | 2:16-cv-17485 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 20 | Zanders, Dollie (TN) | 2:16-cv-17335 | 6/16/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 544 |
| 21 | Watkins, Patricia | 2:16-cv-17307 | 6/23/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 575 |
| 22 | Mulina, Tracy | 2:16-cv-17305 | 6/26/2017 | Atkins & Markoff | E.D. La. | Dismissed without Prejudice | 584 |
| 23 | Frost, Sheila | 2:16-cv-17042 | 2/3/2017 | Bachus & Schanker, LLC | E.D. La. | Dismissed without Prejudice | 214 |
| 24 | Jones, Delois | 2:16-cv-17041 | 2/3/2017 | Bachus & Schanker, LLC | E.D. La. | Dismissed without Prejudice | 215 |

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 25 | Williams, Ann T. | 2:16-cv-16234 | 5/22/2017 | Becnel Law Firm, LLC | N.D. Ala. | Dismissed without Prejudice | 472 |
| 26 | Ernys-Kofler, Klara | 2:16-cv-15506 | 10/26/2016 | Cutter Law, P.C. | N.D. Cal. | Dismissed without Prejudice | 79 |
| 27 | Jenkins, Candyse (CA) | 2:16-cv-15503 | 10/26/2016 | Cutter Law, P.C. | N.D. Cal. | Dismissed without Prejudice | 80 |
| 28 | Concepcion, Maria | 2:16-cv-15494 | 5/24/2017 | Gibbs Law Group LLP | C.D. Cal. | Dismissed without Prejudice | 479 |
| 29 | Rivera, Ida Liz Santiago *(as it pertains to Plaintiff Ida Liz Santiago Rivera only)* | 2:16-cv-17952 | 6/21/2017 | Gibbs Law Group LLP | D.P.R. | Dismissed without Prejudice | 565 |
| 30 | Bell, Jacqueline | 2:16-cv-17957 | 5/26/2017 | Gomez Trial Attorneys | W.D. Tenn. | Dismissed without Prejudice | 486 |
| 31 | Bracken, Angela | 2:16-cv-17977 | 5/26/2017 | Gomez Trial Attorneys | M.D. La. | Dismissed without Prejudice | 487 |
| 32 | Jones, Erika | 2:16-cv-17956 | 5/26/2017 | Gomez Trial Attorneys | W.D. Tenn. | Dismissed without Prejudice | 488 |
| 33 | Perrilloux, Gaynelle | 2:16-cv-16988 | 5/26/2017 | Gomez Trial Attorneys | E.D. La. | Dismissed without Prejudice | 490 |
| 34 | Jourdan, Vicki | 2:16-cv-16986 | 5/26/2017 | Gomez Trial Attorneys | E.D. La. | Dismissed without Prejudice | 491 |
| 35 | Kennard, Anna | 2:16-cv-16991 | 5/26/2017 | Gomez Trial Attorneys | E.D. La. | Dismissed without Prejudice | 492 |
| 36 | Weeks, Anne | 2:16-cv-17113 | 5/26/2017 | Gomez Trial Attorneys | E.D. La. | Dismissed without Prejudice | 493 |

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 37 | Justice, Lora | 2:16-cv-17098 | 5/30/2017 | Gomez Trial Attorneys | E.D. La. | Dismissed without Prejudice | 495 |
| 38 | Sullen, Cynthia | 2:16-cv-17404 | 3/3/2017 | Lowe Law Group | E.D. La. | Dismissed without Prejudice | 273 |
| 39 | Spivey, Sharon | 2:17-cv-00181 | 3/3/2017 | Lowe Law Group | E.D. La. | Dismissed without Prejudice | 274 |
| 40 | Morris, Lisa and Byron | 2:16-cv-17405 | 3/23/2017 | Lowe Law Group | E.D. La. | Dismissed without Prejudice | 296 |
| 41 | Craighead, Karen | 2:16-cv-15550 | 6/13/2017 | Morris Bart, LLC | E.D. La. | Dismissed without Prejudice | 532 |
| 42 | Freeman, Dorothy | 2:17-cv-00955 | 6/15/2017 | Morris Bart, LLC | E.D. La. | Dismissed without Prejudice | 540 |
| 43 | Osum, Delores | 2:16-cv-16251 | 6/23/2017 | Morris Bart, LLC | W.D. La. | Dismissed without Prejudice | 580 |
| 44 | Brown, Jessie L. and Johnnie | 2:17-cv-03898 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 45 | Brown, Mary L. | 2:17-cv-03899 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 46 | Clark, Rosie | 2:17-cv-03907 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 47 | Davis, Vinnia | 2:17-cv-03914 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 48 | Dobson, Josephine | 2:17-cv-03915 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 49 | Duncan, Renee and Douglas | 2:17-cv-03916 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 50 | Fluellen, Luevall | 2:17-cv-03918 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 51 | Flynsmith, Nicolia and Bobby | 2:17-cv-03919 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 52 | Ford, Carol L. | 2:17-cv-03930 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 53 | Gilliam, Diane | 2:17-cv-03934 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 54 | Goggans, Shari | 2:17-cv-03937 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 55 | Horton, Shirley | 2:17-cv-03946 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 56 | Hymes, Dorothy and Macic | 2:17-cv-03950 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 57 | Lyles, Tangela | 2:17-cv-03973 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 58 | Rodgers, Venida and Don | 2:17-cv-03959 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 59 | Spence, Rhonda | 2:17-cv-04019 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 60 | Taylor, Mary and Gerald | 2:17-cv-04026 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 61 | Taylor, Patricia | 2:17-cv-04024 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 62 | Tenort, Laura | 2:17-cv-04022 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 63 | Thomas, Nelvenia | 2:17-cv-04018 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 64 | Timberman, Joni | 2:17-cv-04015 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 65 | Tolbert, Mary | 2:17-cv-04013 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 66 | Warren, Jacqueline | 2:17-cv-03963 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 67 | Young, Denise | 2:17-cv-03955 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 68 | Zanders, Dollie | 2:17-cv-03936 | 5/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 459 |
| 69 | Anthony, Vera | 2:17-cv-03870 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |
| 70 | Austin, Doylene and Herman | 2:17-cv-03894 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |
| 71 | Bryant, Mary and Otis | 2:17-cv-03901 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |
| 72 | Chappell, Diane | 2:17-cv-03906 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |
| 73 | Nemec, Evelyn | 2:17-cv-04012 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |
| 74 | Tucker, Debbie and Robert | 2:17-cv-04010 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |
| 75 | Williams, Barbara and Edward (AL) | 2:17-cv-03951 | 5/24/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 478 |

| # | Plaintiff Name(s) | Docket No. | Date Filed | Filing Firm | Original Jurisdiction | Plaintiff Status | Dismissal Document No. |
|---|---|---|---|---|---|---|---|
| 76 | Freeman, Catherine and Henry | 2:17-cv-03932 | 6/12/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 529 |
| 77 | Robinson, Mary A. and Emerson | 2:17-cv-03967 | 6/12/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 529 |
| 78 | Taylor, Linda | 2:17-cv-04027 | 6/12/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 529 |
| 79 | Brooks, Vera | 2:17-cv-03897 | 6/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 543 |
| 80 | Locke, Wanda and Steven | 2:17-cv-03977 | 6/16/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 543 |
| 81 | Nevels, Shirley and Albert | 2:17-cv-04014 | 6/30/2017 | Napoli Shkolnik LLC | Delaware State Court | Dismissed without Prejudice | 599 |
| 82 | Garcia-Crump, Carol | 2:17-cv-02789 | 6/15/2017 | Pendley, Baudin & Coffin LLP | E.D. La. | Dismissed without Prejudice | 535 |