UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Castagnola v. Sanofi S.A., et al.*, 2:17-cv-03864-KDE-MBN (E.D. La.)
*Ernys-Kofler v. Sanofi S.A., et al.*, 2:17-cv-03867-KDE-MBN (E.D. La.)
*Fuller v. Sanofi S.A., et al.*, 2:17-cv-01812-KDE-MBN (E.D. La.)
*Gardner v. Sanofi S.A., et al.*, 2:17-cv-03865-KDE-MBN (E.D. La.)
*Jenkins v. Sanofi S.A., et al.*, 2:17-cv-03866-KDE-MBN (E.D. La.)
*McCallister, et al v. Sanofi S.A., et al.*, 2:17-cv-02356-KDE-MBN (E.D. La.)
*Pickrell v. Sanofi S.A., et al.*, 2:17-cv-01813-KDE-MBN (E.D. La.)
*Smith v. Sanofi S.A., et al.*, 2:17-cv-05832-KDE-MBN (E.D. La.)
*West v. Sanofi U.S. Services Inc., et al.*, 2:17-cv-02067-KDE-MBN (E.D. La.)
*Wright v. Sanofi S.A., et al.*, 2:17-cv-01814-KDE-MBN (E.D. La.)

## ORDER

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

                                        _____
                                        Hon. Kurt D. Engelhardt
                                        UNITED STATES DISTRICT COURT JUDGE