UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. KURT D. ENGELHARDT |
| ALL CASES | : | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Entry of Voluntary Dismissal Order (Rec. Doc. 600), filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Reply Memorandum in Support of Defendants' Motion for Entry of Voluntary Dismissal Order is hereby entered into the Court's docket.

New Orleans, Louisiana this 5th day of July, 2017.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1