BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE:    TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Sindy Howard,* Index No. 17-cv-3949 | HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: July 5, 2017

Respectfully submitted,

/s/___Christopher LoPalo_____
Christopher LoPalo, Esquire
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
CLoPalo@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 5, 2017                          /s/   Christopher LoPalo
                                                  Christopher LoPalo, Esquire