UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

**THIS DOCUMENT RELATES TO:**      SECTION "N" (5)
**ALL CASES**

Hon. Kurt D. Engelhardt

Hon. Michael B. North

## PRETRIAL ORDER NO. 49

### [Electronically Stored Information Protocol]

THE COURT being fully advised on the matter, hereby **GRANTS** Plaintiffs' Co-Liaison Counsel's and Co-Defendants' Liaison Counsel's Consent Motion to adopt the Electronically Stored Information Protocol as Pretrial Order No. 49.

**IT IS ORDERED** that the Electronically Stored Information Protocol Order attached hereto be adopted and govern the MDL.

New Orleans, Louisiana, this  5th  day of July, 2017.

MICHAEL B. NORTH
UNITED STATES DISTRICT MAGISTRATE JUDGE