UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES

MDL NO. 2740

SECTION "N" (5)

Hon. Kurt D. Engelhardt

Hon. Michael B. North

### PRETRIAL ORDER NO. 50

### [Protective Order]

THE COURT being fully advised on the matter, hereby **GRANTS** Plaintiffs' Co-Liaison Counsel's and Co-Defendants' Liaison Counsel's Consent Motion to adopt the Protective Order as Pretrial Order No. 50.

**IT IS ORDERED** that the Protective Order attached hereto be adopted and govern the MDL.

New Orleans, Louisiana, this 5th day of July, 2017.

_____
MICHAEL B. NORTH
UNITED STATES DISTRICT MAGISTRATE JUDGE