UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                        SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The Court's orders of July 5, 207 (rec. docs. 611, 612) are hereby amended to indicate that the former order (Electronically Stored Information Protocol) is designated as Pre-Trial Order No. 49 and the latter order (Protective Order) is designated as Pre-Trial Order No. 50.

New Orleans, Louisiana, this  6th  day of            July            , 2017.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE