BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*[Rena Nicholson, 2:17-cv-00147-KDE-MBN]* | HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.


Dated: July 7, 2017                             Respectfully submitted,

/s/    *Jason R. Fraxedas*

Jason R. Fraxedas
Florida Bar # 63887
jrfraxedas@maherlawfirm.com

THE MAHER LAW FIRM
A Professional Association
271 West Canton Avenue, Suite 1
Winter Park, FL 32789
Phone: 407-839-0866
Fax: 407-425-7958

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 7, 2017                             /s/     Jason R. Fraxedas
                                                     Jason R. Fraxedas, Esquire