UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Hilda Adams,<br>    Plaintiff,<br><br>vs.<br><br>Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S.,<br>    Defendants.<br><br>Civil Case No.: 2:16-cv-17583 | : : : : : : : : : : : : : : : | HON. KURT D. ENGELHARDT |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Hilda Adams, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiffs' original Complaint was filed in the U.S.D.C. for the Western District of Louisiana on November 11, 2016, (*Hilda Adams  v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Case No. 6:16-cv-01649*) and, pursuant to streamlined service procedures articulated in PTO No. 9, Plaintiffs served all defendants. In May 2017, counsel received the National Drug Code form for Hilda Adams from her Oncologist. At that time, Plaintiff  learned the manufacturer of the drug that

---

[1] Plaintiffs' liaison counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

injured Plaintiff was Accord Healthcare, 16729-267-63 and 16729-267-64, rather than Sanofi Aventis and its related entities. Thus, Plaintiff's proposed amendment would reflect this change by substituting Accord Healthcare as the proper defendant.

Plaintiffs' liaison counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 7th day of July, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 7, 2017.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
