UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Hilda Adams, Plaintiff, | : : : : | |
| v. | | |
| Accord Healthcare, Inc., Defendant. | | |
| Civil Case No.: 2:16-cv-17583 | | |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Demand filed in the above referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff Hilda Adams.

2. Plaintiff herein currently resides in Franklin, Louisiana.

3. Plaintiff alleges injury in the State of Louisiana.

4. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A.    Sanofi S.A.

   ☐ B.    Aventis Pharma S.A.

    ☐ C.     Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

    ☐ D.     Sanofi-Aventis U.S. LLC

  b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

    ☐ A.     Sandoz, Inc.

    ☑ B.     Accord Healthcare, Inc.

    ☐ C.     McKesson Corporation d/b/a McKesson Packaging

    ☐ D.     Hospira Worldwide Inc.

    ☐ E.     Hospira Inc.

    ☐ F.     Sun Pharma Global FZE

    ☐ G.     Sun Pharma Global Inc.

    ☐ H.     Caraco Pharmaceutical Laboratories Ltd.

    ☐ I.     Pfizer Inc.

    ☐ J.     Allergan Finance LLC f/k/a Actavis Inc.

    ☐ K.     Actavis Pharma Inc.

    ☐ L.     Other: _____

5.  Basis for Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

6.  Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: U.S.D.C. for the Western District of Louisiana.

7.  Brand Product(s) used by Plaintiff (check applicable):

    ☐  A.  Taxotere

    ☐  B.  Docefrez

    ✓C.   Docetaxel Injection

    ☐  D.  Docetaxel Injection Concentrate

    ☐  E.  Unknown

    ☐  F.  Other: _____

8.  Frist date and last date of use: January 4, 2013 through April 24, 2013.

9.  State in which Product(s) identified was/were administered: Louisiana.

10. Nature and extent of alleged injury: Plaintiff suffers from permanent, persistent hair loss on her scalp, eyebrows, eyelashes and body hair. Plaintiff has significant thinning of the hair, so that there are visible bald spots on her head no matter how she styles her hair and has a change in the texture and thickness of her hair. Plaintiff did not know that Taxotere caused her hair loss until in or about June 2016.

11. Counts in Master Complaint brought by Plaintiff:

    ✓   Count I – Strict Products Liability – Failure to Warn
    ✓   Count II – Strict Products Liability for Misrepresentation
    ✓   Count III – Negligence
    ✓   Count IV – Negligent Misrepresentation
    ✓   Count V – Fraudulent Misrepresentation
    ✓   Count VI – Fraudulent Concealment
    ✓   Count VII – Fraud and Deceit
    ☐  Count VIII – Breach of Express Warranty (Sanofi Defendants only)
    ☐  Other: _____

This the _____ day of _____, 2017.

                        WHITFIELD BRYSON & MASON LLP

                        */s/ Daniel K. Bryson*_____
                        Daniel K. Bryson
                        N.C. State Bar No.: 15781
                        J. Hunter Bryson
                        N.C. State Bar No.: 50602
                        PO Box 12638

Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*