UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>SHEILA HAGGERTY<br>Plaintiff<br><br> v.<br><br>SANOFI, S.A., et al.,<br>Defendants | MDL NO. 2740<br><br>HON. KURT D. ENGELHARDT<br>MAG. JUDGE MICHAEL B. NORTH<br><br><br>CIVIL CASE NO. 2:16-cv-15782 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Sheila Haggerty, by and through counsel, hereby dismisses, without prejudice, all claims in this action against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant, and Plaintiff's claims will be dismissed without Order of the Court upon filing of this Notice. Each party to bear its own attorney's fees and costs.

Respectfully submitted this 7th day of July, 2017.

                                                    MICHAEL HINGLE & ASSOCIATES, LLC

                                                    /s/ Bryan A. Pfleeger
                                                    Michael Hingle, T.A. (LA Bar #6943)
                                                    Bryan Pfleeger, (LA Bar #23896)
                                                    220 Gause Boulevard,
                                                    Slidell, LA 70458
                                                    Telephone: (985) 641-6800
                                                    Facsimile: (985) 646-1471
                                                    christina@hinglelaw.com

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was filed and served via the Court's electronic filing system on the 7th day of July, 2017.

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Michael Hingle
Michael Hingle (Bar #6943)
Bryan Pfleeger (Bar #23896)
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471
Email: christina@hinglelaw.com

*Attorneys for Plaintiff*