MINUTE ENTRY
ENGELHARDT, J.
JULY 6, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)                    MDL 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N"

JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, JULY 6, 2017 AT 10:30 A.M.**

COURTROOM DEPUTY: Cherie Stouder
COURT REPORTER: Tana Hess
LAW CLERK: Chynna Anderson

APPEARANCES:  Hunter Shkolnik, counsel for Delaware Plaintiffs'
              Ahmed Diab, counsel for California Plaintiffs'
              Douglas Moore, counsel for Delaware Defendants'
              Jon Strongman, counsel fo California Defendants'
              (see attached list for additional attorneys in attendance)

1) **MOTION OF PLAINTIFFS', TO REMAND CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA (REF: 17-1812, 17-1813, 17-1814, 17-3864, 17-3866, 17-3865, 17-3867, 17-2356, 17-2067 )**
**(Rec. Doc. No. 469): ARGUMENT - ORDERED that individualized statements from each plaintiff listed on rec. doc. no. 469-3 should be filed suggesting what McKesson Corporation has to do with each of these plaintiffs' by 12:00 p.m. (noon) on Thursday, July 13, 2017.**

```
JS-10: 0:30
```

PAGE 2
MDL 2740
JULY 6, 2017

2) **MOTION OF PLAINTIFFS' TO REMAND TO THE SUPERIOR COURT OF DELAWARE** (REF: 17-3871, 17-3870, 17-3893, 17-3894, 17-3896, 17-3897, 17-3901, 17-3904, 17-3905, 17-3906, 17-3908, 17-3909, 17-3910, 17-3911, 17-3912, 17-3917, 17-3932, 17-3933, 17-1891, 17-3935, 17-3938, 17-3939, 17-3941, 17-3949, 17-3953, 17-3954, 17-3962, 17-3965, 17-3968, 17-3977, 17-3979, 17-4008, 17-4009, 17-4011, 17-4012, 17-4014, 17-3978, 17-3974, 17-3969, 17-3967, 17-4016, 17-4017, 17-4021, 17-4023, 17-4028, 17-2874, 17-4027, 17-4024, 17-4020, 17-4010, 17-3976, 17-3975, 17-3970, 17-3964, 17-3960, 17-3951, 17-3948, 17-3952, 17-3947)
**(Rec. Doc. No. 473): ARGUMENT - ORDERED SUBMITTED.**

3) **MOTION OF PLAINTIFFS' TO REMAND CERTAIN CASES TO THE TWENTY-SECOND JUDICIAL CIRCUIT, CITY OF ST. LOUIS, STATE OF MISSOURI** (REF: 17-4030, 17-1073)
**(Rec. Doc. No. 467): No Oral Argument was held - Parties are to file a written submission at a later date.**

| Date | Case | Name | Party |
|---|---|---|---|
| 7/6/17 | 16-md-2740 In Re: Taxotere (Docetaxel) Products Liability Litigation | Douglas Moore | SANOFI |
| | | Jon Strongman | Sanofi |
| | | John Olinde | Δs SOSbz liaison |
| | | Ahmed Diab | π CA Remand |
| | | Dawn Barrios | PLC |
| | | Cliff Merrell | Δ Sandoz |
| | | Hunter Shkolnik | |
| | | Palmer Lambert | PLC |
| | | Mara Cusker Gonzalez | Hospira/Pfizer |