IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Re:   TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY
      LITIGATION

MDL No. 2740

SECTION õNö ( 5)

THIS DOCUMENT RELATES TO
*Cuedette Smith; 2:17-cv-04707*
*Robin Showalter; 2:17-cv-04732*
*Shirley McKinley; 2:17-04758*
*David McCrea; 2:17-cv-04817*
*Mildred Turner; 2:17-cv-04827*
*Willie Manuel; 2:17-cv-04829*
*Theresa Robertson; 2:17-cv-04839*
*Wonza Singleton; 2:17-cv-04891*
*Joan Lirette; 2:17-cv-04897*
*Osannah Harrison; 2:17-cv-04898*
*Carolyn Hornyak; 2:17-cv-04952*

HON. KURT D. ENGELHARDT

MAG. JUDGE MICHAEL B. NORTH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NORTHSTAR RX LLC

TO THE CLERK OF THE COURT

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss Defendant Northstar Rx LLC from the following actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own attorneysø fees and costs:

*Cuedette Smith; 2:17-cv-04707*

*Robin Showalter; 2:17-cv-04732*

*Shirley McKinley; 2:17-04758*

*David McCrea; 2:17-cv-04817*

*Mildred Turner; 2:17-cv-04827*

*Willie Manuel; 2:17-cv-04829*

*Theresa Robertson; 2:17-cv-04839*

*Wonza Singleton; 2:17-cv-04891*

*Joan Lirette; 2:17-cv-04897*

*Osannah Harrison; 2:17-cv-04898*

*Carolyn Hornyak; 2:17-cv-04952*

Dated:  July 10, 2017.                                  Respectfully submitted,

*s/ Andrew Geiger*
Andrew Geiger (Bar No. 32467)
***ALLAN BERGER & ASSOCIATES***
4173 Canal Street
New Orleans, LA  70119
Telephone (504) 486-9481
Facsimile (504) 483-8130
ageiger@bergerlawnola.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  July 10, 2017.                                  *s/ Andrew Geiger*
Andrew Geiger

2