UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Susan Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01812
*Joann Pickrell v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01813
*Margarett Wright v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01814
*Robin Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-03864
*Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866
*Gardner v. Sanofi S.A. et al*., Case No. 2:17-cv-03865
*Ernyes-Kofler et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867
*McCallister et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356
*Celeste West et al v. Sanofi S.A. et al.,* Case No. 2:17-cv-02067
*Vera Smith v. Sanofi-Aventis U.S. LLC, et al.*, Case No. 2:17-cv-05832

## ORDER
### [Ordering Further Briefing on McKesson]

The Court held oral argument on "Plaintiffs' Omnibus Motion to Remand Certain Cases to the Superior Courts of California" (Rec. Doc. 469) on Thursday, July 6, 2017, at 10:30 a.m.

Having carefully considered the parties' supporting and opposing submissions, the parties' oral argument, and the applicable law, **IT IS ORDERED** that Plaintiffs shall have until **12:00 p.m. on Thursday, July 13, 2017**, to provide the Court with individualized statements regarding what information exists as to McKesson Corporation's alleged connection to each Plaintiff.

New Orleans, Louisiana, this 10th day of July 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE