MINUTE ENTRY
ENGELHARDT, J.
July 7, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES

    A status conference was conducted on Friday, July 7, 2017, at 8:30 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants.

    **Law Clerks: Chynna Anderson and Jennifer Rogers**

(JS10:  0:40)