UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                      SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### JOINT REPORT NO. 4 OF LIAISON COUNSEL
### (Status Conference, July 7, 2017)

NOW INTO COURT come Plaintiffs' Co-Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC"), who respectfully submit this Joint Report No. 4 of Liaison Counsel.

**1. REPORT OF CLAIMS AND CASE INVENTORY**

On October 4, 2016, the JPML transferred 28 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See In re Taxotere (Docetaxel) Prod. Liab. Litig.*, No. MDL 2740, 2016 WL 5845996 (U.S. Jud. Pan. Mult. Lit. Oct. 4, 2016).  Since that time, excluding voluntary dismissals, 318 additional actions have been transferred to the Eastern District of Louisiana pursuant to 29 Conditional Transfer Orders of the JPML.  As of June 30, 2017, excluding voluntary dismissals, there are 1,244 cases pending in the MDL before the Honorable Kurt D. Engelhardt.

**2. FEDERAL/STATE COORDINATION**

Related state court proceedings have been filed in California, Missouri, and Delaware. All of these state court proceedings, except for one lawsuit in Delaware, have been removed to federal court or are in the process of being removed to federal court.  Plaintiffs in Delaware, Missouri, and California have filed motions to remand.  In accordance with PTO 45 (Rec. Doc.

458), Plaintiffs filed their Motions to Remand on May 19, 2017 (Rec Docs. 467 (Missouri), 469 (California), 473 (Delaware)), which Sanofi Defendants opposed on June 2, 2017 (Rec. Docs. 510 (Missouri), 511 (California), 512 (Delaware)). Both sides have supplemented their briefing in light of recent Supreme Court and District Court precedent (Rec. Docs. 570 and 601 (sanofi), 587 (California plaintiffs)). On Missouri, the parties are meeting and conferring on withdrawal of Plaintiffs' Remand Motion and procedural issues related to the non-Missouri plaintiffs. Oral argument on the California and Delaware Motions to Remand was held on Thursday, July 6, 2017, at 10:30 a.m.

The parties continue to coordinate and communicate with all counsel and advise them of the status conference call in number (listen only). The parties also continue to alert the relevant state court judge(s) of the MDL and the Court's willingness to cooperate with the state court judges for the purposes of coordinating discovery and other pretrial proceedings and to provide the call in number for the status conferences, should they wish to join.

3.   **PRETRIAL ORDERS**

All Pretrial Orders are attached to this Joint Report as Appendix A.

The Court has issued the following important Pretrial Orders since the May 12, 2017 Status Conference:

**Pretrial Order No. 26A** (Rec. Doc. 598) entered June 28, 2017 – Modification to Designation of Defense Counsel to Attend Plaintiffs' Steering Committee Meetings

**Pretrial Order No. 40A** (Rec. Doc. 509) entered June 1, 2017 – Amending Pretrial Order No. 40 regarding Streamlined Service on Hospira Worldwide, LLC and Pfizer, Inc.

**Pretrial Order No. 45** (Rec. Doc. 458) entered May 12, 2017 – Setting the Briefing Schedule for the Omnibus Motions to Remand

**Pretrial Order No. 46** (Rec. Doc. 462) entered May 16, 2017 – Order from May 12, 2017 Status Conference

**Pretrial Order No. 47** (Rec. Doc. 534) entered June 13, 2017 – Granting Requests for Oral Argument on Omnibus Motions to Remand

> **Pretrial Order No. 48** (Rec. Doc. 566) entered June 28, 2017 – Resetting Oral Argument on Omnibus Motions To Remand
>
> **Pretrial Order No. 49** (Rec. Doc. 611, 613) entered July 5, 2017 – Electronically Stored Information Protocol
>
> **Pretrial Order No. 50** (Rec. Doc. 612, 613) entered July 5, 2017 – Protective Order

4.  **CASE MANAGEMENT ORDERS**

    The Court has issued the following Case Management Orders since the May 12, 2017 Status Conference:

    > **Case Management Order No. 1** (Rec Doc. 465) entered May 18, 2017 – Personal Jurisdiction Discovery
    >
    > **Case Management Order No. 2** (Rec. Doc. 474) entered May 23, 2017 – Discovery on French Sanofi Entities

5.  **SCHEDULING ORDER FOR ALL CASES**

On June 30, 2017, the parties submitted a proposed Case Management Order to the Court for the first trial. The parties wish to address the Court about the trial selection process and additional MDL Case Management Orders, which will be discussed further at the status conference.

6.  **COUNSEL CONTACT INFORMATION FORM**

    All counsel in the MDL are required to complete the Counsel Contact Information Form (available as a fillable PDF on the Court's MDL 2740 website) attached to PTO No. 7 (Rec. Doc. 155), and forward it to Plaintiffs' Co-Liaison Counsel at dwhite@bkc-law.com. This information must be kept current by counsel and will be relied upon throughout the litigation. Co-Liaison Counsel provides a copy of all Counsel Contact Forms to Jacob Woody at BrownGreer. BrownGreer will rely on the information included in the Counsel Contact Form to serve all pleadings.

**7.** **MASTER COMPLAINT AND SHORT FORM COMPLAINT**

The Master Long Form Complaint was filed on March 31, 2017 and bears Rec. Doc. 312. PTO 41 (Rec. Doc 331) provides the Court-approved amended Exemplar Short Form Complaint, which supersedes PTO 37 (Rec. Doc. 318).  Counsel are advised to make reference to the Master Long Form Complaint when completing the Short Form Complaint.  The parties will be filing some amendments to these complaints to address issues with the proper names of some defendants. Additionally, should any plaintiff's counsel use the Short Form Complaint as an amending complaint, and not include all the defendants named in the original complaint, on the Clerk's docket, the Clerk's office will close the plaintiff's claims against the defendant(s) who is (are) not named.

If any case was docketed in the MDL prior to April 1, 2017, a Short Form Complaint may be filed as an amended complaint in the plaintiff's individual case, not in the master MDL docket.  If the case is filed in or transferred to the MDL from April 1, 2017 forward, the plaintiff must file a Short Form Complaint.  The relevant PTOs are PTO No. 15 (Rec. Doc. 230), PTO No. 37 (Rec. Doc. 318), and PTO 41 (Rec. Doc. 331).

**8.** **PLAINTIFF AND DEFENDANT FACT SHEETS**

Counsel should note the rules of the Plaintiff Fact Sheets ("PFS") in several Pretrial Orders:

- Amended PTO 22 (Rec. Doc. 325) sets forth service of PFSs and Defendant Fact Sheets;

- PTO 23 (Rec. Doc. 280) amends Exhibit A which are the authorizations to PFS (Rec. Doc. 280);

- PTO 24 (Rec. Doc. 279) provides additional details on the service of fact sheets and authorizations through MDL Centrality and the PLC Distribution of Orders and Notices per PTO 1

Amended PTO 22 (Rec. Doc. 325) provides the timeframe for service of completed PFS and DFS forms; however, the Court has determined that the term "date of this order" in the Orders refers to the date of the initial PTO 22 (i.e., March 10, 2017).

The parties will file shortly an Amended Plaintiff Fact Sheet to address issues of the proper names of the defendants' entities. All counsel are encouraged to become very familiar with these PTOs as they establish the procedures and deadlines relative to PFS and DFS.

As July 6, 2017, Plaintiffs have served 508 PFSs and 271 PFSs are in progress. Based on the 508 PFSs received as of July 6, they divide among defendants as follows: 314 sanofi, 34 Hospira, 6 Sandoz, 5 Accord, 88 Unknown, 44 Blank, 17 Other/Miscellaneous. The parties are conferring on the status of photographic evidence submitted with fact sheets, the descriptions of plaintiffs' injuries in the Short Form complaints, the Deficiency Notices issued, and the status of product identification in multi-defendant cases. Many PFSs are due under the provisions of Amended PTO 22 (Rec. Doc. 325) on July 24 and September 22, 2017.

**9.   MDL CENTRALITY**

Fillable versions of the Plaintiff Fact Sheet and Defense Fact Sheet are on the Court's website under the tab "Forms," as well as on the BrownGreer website.

**10.   SERVICE ON DEFENDANTS**

Counsel for sanofi and the Plaintiffs' Steering Committee (PSC) have agreed to a streamlined service procedure set forth in PTO 9 (Rec. Doc. 160) for service of complaints on the domestic sanofi entity. As a result of PTO 9 (Rec. Doc. 160), plaintiff is not required to effectuate service on the foreign sanofi entities unless otherwise ordered by the Court.

Counsel for several defendants have also agreed to streamlined service procedures: for Accord Healthcare, Inc., a streamlined service procedure is in PTO 29 (Rec. Doc. 303); for

Sandoz Inc. in PTO 30 (Rec. Doc. 304); for Actavis Pharma, Inc. in PTO 32 (Rec. Doc. 307); for McKesson Corporation in PTO 33 (Rec. Doc. 308); for Sun Pharma, Inc. in PTO 39 (Rec. Doc. 327); and for Hospira Worldwide, LLC in PTO 40A (Rec. Doc. 509) that amends and supersedes PTO 40 (Rec. Doc. 328).

A proposed Pretrial Order No. 32A has been submitted to the Court relating to Streamlined Service on Activis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.  A proposed Pretrial Order No. 39A has been submitted to the Court relating to Streamlined Service of Process of Sun Pharmaceutical Industries, Inc.  Both proposed Pretrial Orders No. 32A and 39A will be re-submitted due to discussions with the Clerk's office.

The parties have worked to resolve certain defendant naming issues and will submit an agreed Stipulation and Proposed Order Concerning Amendments to Plaintiffs' Master Complaint, Exemplar Short Form Complaint, and Plaintiffs' Fact Sheet.

**11.** **DISMISSAL OF DEFENDANTS**

Three entities, who were originally named as defendants, have been dismissed in all cases pending in the MDL.  One entity (Apotex, Inc.) submitted proof by affidavit that it did not manufacture Docetaxel.  The other entities, Northstar RX, LLC and Eagle Pharmaceuticals, Inc., submitted proof that they did not manufacture Docetaxel until after the date of infusions alleged in the individual Complaints.  The referenced documents are as follows: Northstar RX LLC (Rec. Docs. 320, 324, 333, 335), Eagle Pharmaceuticals, Inc. (Rec. Doc. 319, 332, 336), and Apotex, Inc. (Rec. Docs. 219, 224, 225).

The PSC and all defendants agree to make a concerted effort to ensure that defendants who did not market the product before the dates of use or infusion alleged in the complaints are

dismissed from those cases. The parties are prepared to discuss this issue at the status conference.

12. **PRESERVATION ORDER**

Counsel are reminded to familiarize themselves with the terms of PTO 1 (Rec. Doc. 4, ¶12) regarding preservation of evidence. The parties will meet and confer if it becomes appropriate to modify, amend or supplement PTO No. 1 regarding Preservation Order.

13. **PROTECTIVE ORDER**

On May 26, 2017, the parties jointly submitted a Protective Order to Magistrate Judge North for his consideration. Magistrate Judge North entered the Protective Order on July 5, 2017 as PTO 50 (Rec. Docs. 612, 613).

14. **ESI DISCOVERY**

On May 26, 2017, the parties jointly submitted an Electronically Stored Information Protocol to Magistrate Judge North for his consideration. Magistrate Judge North entered the Electronically Stored Information Protocol on July 5, 2017 as PTO 49 (Rec. Docs. 611, 613).

15. **DISCOVERY OF DEFENDANTS**

Plaintiffs have served jurisdictional discovery and foreign merits discovery and the Defendants have responded. The parties have met and conferred multiple times about this discovery served by the Plaintiffs. The Sanofi Defendants have filed a Motion for Protective Order (Rec. Doc. 542) related to the foreign merits discovery, and the Plaintiffs anticipate filing a Motion to Compel related to the jurisdictional discovery

16. **MOTION PRACTICE**

The Plaintiffs' Omnibus Motions to Remand were re-set for argument on July 6, 2017 at 10:30 a.m.

On April 28, 2017, French Defendants sanofi and Aventis Pharma S.A. filed a Motion to Dismiss For Lack of Personal Jurisdiction (Rec. Doc. 346), which it supplemented on June 26, 2017 (Rec. Doc. 590).  The date of submission on that motion is October 11, 2017.

On May 26, 2017, Defendants filed a Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489).  The date of submission for that motion is August 30, 2017.

On May 26, 2017, sanofi filed a Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 494).  The date of submission of that motion is August 30, 2017.

On June 15, 2017, sanofi filed a Motion for Protective Order related to Merits Discovery on French Defendants (Rec. Doc. 542).  The date of submission for that motion is July 19, 2017.

On June 16, 2017, sanofi filed a Motion for Entry of Voluntary Dismissal Order (Rec. Doc. 551).  Plaintiffs opposed the motion on June 27, 2017 (Rec. Doc. 592).  The date of submission for that motion is July 5, 2017.

On June 20, 2017, sanofi filed a Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. 559).  The date of submission for that motion has been re-set for August 2, 2017 (Rec. Doc. 597). Plaintiffs' opposition to the motion is due on July 25, 2017 (*id.*).

17. **CLASS CERTIFICATION BRIEFING**

Class Certification briefing is complete and was submitted to the Court on June 21, 2017 for decision.

18. **SETTLEMENT COMMITTEES**

Pursuant to PTO 6 (Rec. Doc. 133), the Court appointed representatives to a plaintiff's Settlement Committee and to a sanofi Settlement Committee.  Settlement Committees are tasked with maintaining a continuing, collaborative discussion of the elements and characteristics of a

framework for potential resolution of cases. Pursuant to PTO 44 (Rec. Doc. 371), the Court appointed a separate Settlement Committee for the non-sanofi defendants, referred to as the 505(b)(2) defendants. The chairpersons for each Settlement Committee have communicated and are prepared to report to the Court at the status conference.

19. **SPECIAL MASTER FOR PLAINTIFFS' TIME AND EXPENSES**

In PTO 20 (Rec. Doc. 265) the Court appointed Kenneth W. DeJean as Special Master for the Plaintiffs to review the time and expenses submitted as common benefit during the course of the MDL. At this time the Special Master is learning the time and expense reporting system and will shortly begin his first review of the time and expenses submitted.

20. **UPCOMING DEADLINES OR IMPORTANT DATES**

   A. July 5, 2017 – Submission date for Motion for Entry of Voluntary Dismissal Order (Rec. Doc. 551)
   B. July 19, 2017 – Submission date for Motion for Protective Order related to Merits Discovery on French Defendants (Rec. Doc. 542)
   C. July 25, 2017 – PTO 15 (Rec. Doc. 230) Plaintiffs, through the PSC, shall file any Opposition Memoranda to Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489) and sanofi's Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 494)
   D. July 26, 2017 – Status Conference with Magistrate Judge North
   E. August 2, 2017 – Submission date for Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. 597)
   F. August 18, 2017 – Status Conference with Magistrate Judge North
   G. August 30, 2017 – Submission date for Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489) and sanofi's Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 494)
   H. August 31, 2017 – PTO 15 (Rec. Doc. 230) Deadline for Plaintiffs to file any Opposition Memoranda to the Defendants' Motions to Dismiss directed to the Master Complaint and regarding personal jurisdiction (Rec. Doc. 346).
   I. [date not yet triggered] - PTO 15 (Rec. Doc. 230) - Each Defendant shall file a Master Answer on or before 60 days following the filing of the Master Complaint or within 30 days after the Court's ruling on all Motions to Dismiss, whichever is later.

**21.    NEXT STATUS CONFERENCE**

The Court has announced that the next general status conference will be held on September 8, 2017, at 10:00 a.m. in Judge Engelhardt's courtroom, with the meeting of Liaison Counsel at 8:30 a.m. in Chambers, and the meeting of the PSC and the defendants' Lead Counsel at 9 a.m.  The Court has set up a telephone conference line for the status conference that begins at 10:00 a.m.  To join the status conference by telephone at 10:00 a.m., call (800) 260-0712 and enter access code 423344.

Dated: July 11, 2017

Respectfully submitted:

| | |
|---|---|
| */s/Dawn M. Barrios* | */s/M. Palmer Lambert* |
| Dawn M. Barrios (#2821) | M. Palmer Lambert (#33228) |
| **Barrios, Kingsdorf & Casteix, LLP** | **Gainsburgh Benjamin David Meunier & Warshauer, LLC** |
| 701 Poydras Street, Suite 3650 | 2800 Energy Centre, 1100 Poydras Street |
| New Orleans, LA 70139 | New Orleans, LA 70163-2800 |
| Telephone: 504-524-3300 | Telephone: 504-522-2304 |
| Facsimile: 504-524-3313 | Facsimile: 504-528-9973 |
| E-Mail: barrios@bkc-law.com | E-Mail: plambert@gainsben.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

| | |
|---|---|
| */s/ Douglas J. Moore* | */s/ John F. Olinde* |
| Douglas J. Moore (Bar No. 27706) | John F. Olinde (Bar No. 1515) |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **CHAFFE MCCALL, L.L.P.** |
| 400 Poydras Street, Suite 2700 | 1100 Poydras Street |
| New Orleans, LA  70130 | New Orleans, LA  70163 |
| Telephone: 504-310-2100 | Telephone: 504-585-7000 |
| Facsimile:  504-310-2120 | Facsimile:  504-585-7075 |
| E-Mail: dmoore@irwinllc.com | E-Mail: olinde@chaffe.com |
| *Defendants' Liaison Counsel* | *Defendants' Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/M. Palmer Lambert*
**M. PALMER LAMBERT**