MINUTE ENTRY
ENGELHARDT, J.
July 7, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

         SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

       A status conference was conducted on Friday, July 7, 2017, at 9:00 a.m. with plaintiff and defendant steering committee attorneys. A complete list of attendees is attached hereto.

       **Court Reporter: Jodi Simcox**

       **Law Clerks: Chynna Anderson & Jennifer Rogers**

(JS10: 0:45)