# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

### DATE: JULY 7, 2017

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | DB | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | MPL | Plaintiff's Liaison Counsel | |
| Christopher Coffin | CC | Plaintiffs' Steering Committee Member | |
| Karen Menzies | KM | Plaintiffs' Steering Committee Member | |
| Anne Andrews | *signature* | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | *signature* | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | *signature* | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | *signature* | Plaintiffs' Steering Committee Member | |

9:15 - 10:00

1

| Name | Signature | Role |
|---|---|---|
| Andrew Lemmon | | Plaintiffs' Steering Committee Member |
| Abby McClellan | *signed* | Plaintiffs' Steering Committee Member |
| Daniel Markoff | *signed* | Plaintiffs' Steering Committee Member |
| David Miceli | *signed* | Plaintiffs' Steering Committee Member |
| Rand Nolen | *signed* | Plaintiffs' Steering Committee Member |
| Hunter Shkolnik | *signed* | Plaintiffs' Steering Committee Member |
| Genevieve Zimmerman | | Plaintiffs' Steering Committee Member |
| Douglas J. Moore | *DJM* | Defendants' Liaison Counsel |
| Jon Strongman | *signed* | Defendants' Steering Committee Member **(Sanofi)** |
| Harley Ratlif | | Defendants' Steering Committee Member **(Sanofi)** |
| Mark Cheffo | *signed* | Defendants' Steering Committee Member **(Pfizer and Hospira)** |
| John Olinde | *JFO* | Defendants' Liaison Counsel |
| Cliff Merrill | *signed* | Defendants' Steering Committee Member **(Sandoz)** |

| Julie A. Callsen | *signature* | Defendants' Steering Committee Member (**Accord Healthcare, Inc.** | |
| Michael Suffern | *signature* | Defendants' Steering Committee Member (**Actavis Pharma, Inc.** | |
| Habib Nasrullah | | Defendants' Steering Committee Member (**Northstar Rx LLC**) | |
| Dmitriy Tishyevich | | Defendants' Steering Committee Member (**Eagle Pharmaceuticals, Inc.**) | |
| Erin Bosman | | Defendants' Steering Committee Member (**McKesson Corporation d/b/a McKesson Packaging**) | |
| Geoffrey Coan | *signature* | Defendants' Steering Committee Member (**Sun Pharma Global, Inc.**) | |