MINUTE ENTRY
ENGELHARDT, J.
July 7, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION
                                               SECTION "N' (5)
THIS DOCUMENT RELATES TO
ALL CASES


        A status conference was conducted on Friday, July 7, 2017, at 10:00 a.m.  A

complete list of attendees is attached hereto.


**Court Reporter:   Jodi Simcox**

**Law Clerk:  Chynna Anderson**



(JS10:  0:60)