PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

__16 md 2740__

_____
DEFENDANT(S)

Magistrate: _____

TAXOTERE General

*************************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 7-7-17            TIME: 10 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Hugh P. Lambert | The Lambert Firm, PLC | π |
| Betsy Barnes | Morris Bart | TTS |
| Lauren Godshall | Morris Bart | TTS |
| Irving Warshauer | Gainsburgh Benjamin | Pl Steer Comm |
| Val P. Exnicios | Liska, Exnicios & Nungesser | P's |
| Ben Gordon | Levin Papantonio | π Settlement |

1

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____  
DEFENDANT(S)

Magistrate: _____

*******************************************************************

CONFERENCE: ____ PRE-TRIAL    ____ STATUS    ____ SETTLEMENT

DATE: _____    TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Dennis Reich | Reich & Binstock | Pls. |
| Kelly Brilleaux | Irwin Fritchie | Sanofi Defendants |
| Jake Woody | BG | N/A |
| CRAIG EILAND | Eiland Law | " |
| Lila Razmara | Andrews Thornton Higgins Razmara | Pls |
| Abby McClellan | Stueve Siegel Hanson | Pls |

2

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____  
DEFENDANT(S)

Magistrate: _____

*******************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____  TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Anne Andrews | PSC | PP |
| Daniel Markoff | PSC | PP |
| Cliff Merrell | Greenberg Traurig | D Sanofi |
| Hunter Shkolnik | Napoli Shkolnik | PSC |
| Emily Jeffcott | Lambert Firm | PSC |
| Chris Coffin | PBC | PSC |

3

PTO Received: _____

Trial Set: _____
   Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

*************************************************************************

CONFERENCE: ___ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____                TIME: _____

**PLEASE PRINT**            **PLEASE PRINT**            **PLEASE PRINT**

NAME                        FIRM                        REPRESENT

Jon Strongman               Shook Hardy                 Sanofi

Rand Nolen                  Fleming, Nolen & Jez        TT PSC

Michael J. Suffern          Ulmer & Berne LLP           Actavis Pharma, Inc.

Douglass Moore              Irwin Fritchie              D Sanofi

Palmer Lambert              Gainsburgh Benjamin         TT Liaison

Julie Callsen               Tucker Ellis                Accord

4

PTO Received: _____

Trial Set: _____
          Jury/Non-Jury

_____
     PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
     DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____PRE-TRIAL     ____STATUS     ____SETTLEMENT

DATE: _____                TIME: _____

**PLEASE PRINT**              **PLEASE PRINT**              **PLEASE PRINT**

NAME                          FIRM                          REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Geoff Coan | Hinshaw & Culbertson | Sun |
| Karen Menzies | Gibbs Law Group | Π |
| Alexandra Taylor | Kimbrell Taylor | Π |
| Dawn Barrios | Barrios Kingsdorf PLC | |