UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PLAINTIFFS' MEMORANDUM IN RESPONSE TO MOTION FOR PROTECTIVE ORDER

MAY IT PLEASE THE COURT:

On June 15, 2017, defendants Sanofi and Aventis-Pharma S.A. (collectively, "French sanofi defendants") filed a Motion for Protective Order. R. Doc. 542. On July 6, 2017, the PSC sent a letter to counsel for the French sanofi defendants withdrawing the discovery to which the instant motion was directed. Accordingly, the instant motion is now moot.

Moreover, the instant motion for protective order by the French sanofi defendants was filed in violation of Federal Rule of Civil Procedure 26(c)(1) and, for that reason alone, should be dismissed without prejudice.

Finally, the motion raises scope of discovery, proportionality and other issues related specifically to the discovery that has been withdrawn, some of which will not be ripe until after the Court determines whether the French sanofi defendants will remain parties in this matter, or whether they will be treated as third parties, i.e., upon the Court's ruling on their motion to dismiss for lack of personal jurisdiction that will require a determination of party or third-party status.

Accordingly, Plaintiffs respectfully request that the Defendants motion be deemed moot and, therefore, denied without prejudice.

Dated: July 11, 2017

Respectfully submitted:

*/s/ Christopher L. Coffin*
Christopher L. Coffin (LA Bar # 27902)
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699
E-Mail: ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Dawn M. Barrios*
Dawn M. Barrios (#2821)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
E-Mail: kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/ M. Palmer Lambert*
M. Palmer Lambert (#33228)
Gainsburgh Benjamin David Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT