UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION

NOW INTO COURT, through undersigned counsel, come Plaintiffs, through the Plaintiffs' Steering Committee (PSC), who respectfully bring the instant Motion to Compel Responses to Requests for Production. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiffs move to compel responses to document requests attached in Exhibit A to the instant Motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs' Motion to Compel.

Dated: July 11, 2017

Respectfully submitted:

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (LA Bar # 27902) | Karen Barth Menzies (CA Bar #180234) |
| Pendley, Baudin & Coffin, L.L.P. | Gibbs Law Group LLP |
| 1515 Poydras Street, Suite 1400 | 400 Continental Boulevard, 6th Floor |
| New Orleans, LA 70112 | El Segundo, CA 90245 |
| Telephone: 504-355-0086 | Telephone: 510-350-9700 |
| Facsimile: 504-523-0699 | Facsimile: 510-350-9701 |
| E-Mail: ccoffin@pbclawfirm.com | E-Mail: kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

1

| | |
|---|---|
| */s/ Dawn M. Barrios* <br> Dawn M. Barrios (#2821) <br> Barrios, Kingsdorf & Casteix, LLP <br> 701 Poydras Street, Suite 3650 <br> New Orleans, LA 70139 <br> Telephone: 504-524-3300 <br> Facsimile: 504-524-3313 <br> E-Mail: barrios@bkc-law.com <br><br> ***Plaintiffs' Co-Liaison Counsel*** | */s/ M. Palmer Lambert* <br> M. Palmer Lambert (#33228) <br> Gainsburgh Benjamin David Meunier & Warshauer, LLC <br> 2800 Energy Centre, 1100 Poydras Street <br> New Orleans, LA 70163-2800 <br> Telephone: 504-522-2304 <br> Facsimile: 504-528-9973 <br> E-Mail: plambert@gainsben.com <br><br> ***Plaintiffs' Co-Liaison Counsel*** |

## **CERTIFICATE OF COMPLIANCE WITH FRCP 37(a)(1)**

I hereby certify that movants have in good faith conferred with counsel for Sanofi and Aventis Pharma S.A. in an effort to obtain the discovery without Court action.

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT