UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### NOTICE OF SUBMISSION

　　TO:　ALL COUNSEL OF RECORD

　　PLEASE TAKE NOTICE that Plaintiffs' to Compel Responses to Requests for Production is hereby set for submission on the 2nd day of August, 2017, at 9:30 a.m.

Dated: July 11, 2017

Respectfully submitted:

| | |
|---|---|
| /s/ Christopher L. Coffin | /s/ Karen B. Menzies |
| Christopher L. Coffin (LA Bar # 27902) | Karen Barth Menzies (CA Bar #180234) |
| Pendley, Baudin & Coffin, L.L.P. | Gibbs Law Group LLP |
| 1515 Poydras Street, Suite 1400 | 400 Continental Boulevard, 6th Floor |
| New Orleans, LA 70112 | El Segundo, CA 90245 |
| Telephone: 504-355-0086 | Telephone: 510-350-9700 |
| Facsimile: 504-523-0699 | Facsimile: 510-350-9701 |
| E-Mail: ccoffin@pbclawfirm.com | E-Mail: kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

1

| | |
|---|---|
| */s/ Dawn M. Barrios* <br> Dawn M. Barrios (#2821) <br> Barrios, Kingsdorf & Casteix, LLP <br> 701 Poydras Street, Suite 3650 <br> New Orleans, LA 70139 <br> Telephone: 504-524-3300 <br> Facsimile: 504-524-3313 <br> E-Mail: barrios@bkc-law.com <br><br> ***Plaintiffs' Co-Liaison Counsel*** | */s/ M. Palmer Lambert* <br> M. Palmer Lambert (#33228) <br> Gainsburgh Benjamin David Meunier & Warshauer, LLC <br> 2800 Energy Centre, 1100 Poydras Street <br> New Orleans, LA 70163-2800 <br> Telephone: 504-522-2304 <br> Facsimile: 504-528-9973 <br> E-Mail: plambert@gainsben.com <br><br> ***Plaintiffs' Co-Liaison Counsel*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT

2