ATTORNEYS:

ALLAN BERGER

ANDREW J. GEIGER *
ageiger@bergerlawnola.com
*ALSO ADMITTED IN NEW YORK

———————————
LEGAL ASSISTANT/NOTARY:
BERNADETTE T. LOPEZ
blopez@bergerlawnola.com

LAW OFFICES OF
ALLAN BERGER & ASSOCIATES, P.L.C.
4173 CANAL STREET
NEW ORLEANS, LOUISIANA 70119-5972
TELEPHONE: (504) 526-2222
TOLL FREE: (888) 365-NOLA
FAX: (504) 483-8130
www.BergerLawNOLA.com

LEGAL NURSE CONSULTANT:
TARA SIDHOM, RN-CLNC

———————————
FINANCIAL ADMINISTRATOR:
CAROLYN M. GRIENER

———————————
DRUG LITIGATION ADMINISTRATOR:
MELANIE A. BRENNAN
aberger@bergerlawnola.com

———————————
MEDICAL MALPRACTICE PARALEGAL:
CARLA B. SMITH
csmith@bergerlawnola.com

July 12, 2017

APPLICATION FOR REFUND

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA   70130

Re:   Cordella Cook vs. Sanofi S.A., et al
       USDC EDLA Docket No. 2:17-cv-03428

Gentlemen:

According to the docket, a duplicate filing fee of $400 was received when filing our Complaint on April 13, 2017. We ask that a refund be issued for Receipt No. 053L-6082109 in the amount of $400.00. Thank you for your assistance in this matter.

Sincerely,

Melanie A. Brennan

MAB/ptb