UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Susan Fuller v. Sanofi, S.A. et al.,
    Case No. 2:17-cv-01812
Joann Pickrell v. Sanofi, S.A. et al.,
    Case No. 2:17-cv-01813
Margarett Wright v. Sanofi, S.A. et al.,
    Case No. 2:17-cv-01814
Robin Castagnola v. Sanofi S.A.,
    Case No. 2:17-cv-03864
Jenkins v. Sanofi S.A., et al.,
    Case No. 2:17-cv-03866
Gardner v. Sanofi S.A. et al.,
    Case No. 2:17-cv-03865
Ernyes-Kofler et al. v. Sanofi S.A. et al.,
    Case No. 2:17-cv-03867
McCallister et al. v. Sanofi S.A. et al.,
    Case No. 2:17-cv-02356
Celeste West et al v. Sanofi S.A. et al.,
    Case No. 2:17-cv-02067
Vera Smith v. Sanofi-Aventis U.S. LLC, et al.,
    Case No. 2:17-cv-05832
Smith v. Sanofi S.A. et al.,
    Case No. 2:17-cv-05832
Johnson v. Sanofi S.A. et al.,
    Case No. 2:17-cv-05833

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND (REC. DOC. 469)**
**(PLAINTIFFS' STATEMENTS ON EACH CASE REGARDING MCKESSON AS ORDERED BY THE COURT)**

Pursuant to this Court's Order dated July 11, 2017, (Rec. Doc. 620) twenty-five Plaintiffs respectfully submit "individualized statements regarding what information exists as to McKesson Corporation's alleged connection to each Plaintiff."

The individualized information below is based on Plaintiffs' medical records and public information. It includes dates of administration of the product at issue, the facility where the drug was administered, and publicly available information providing sufficient information to lead Plaintiffs to believe McKesson distributed, labeled, marketed, or promoted the Taxotere administered at these facilities. In addition, Plaintiffs submit National Drug Code (NDC) numbers, which are unique product identifiers, for individual prescriptions *to the extent available*, as medical records often do not contain NDC numbers. Also, for Plaintiffs who were administered Taxotere before the availability of any 505(b)(2) or generic drug product (prior to 2011), the only manufacturer would be Sanofi. McKesson's multi-oncology product catalog lists 15 different NDC numbers for Taxotere and docetaxel. Although NDC codes identify the manufacturer, NDC codes do not identify the distributor. Information definitively identifying the distributor is not publicly available or accessible to Plaintiffs.

To avoid any misimpression, Plaintiffs submit declarations of counsel explaining previous discussions between Plaintiff's counsel and Sanofi's counsel, and between Plaintiff's counsel and McKesson's counsel regarding a mutual exchange of distributor information. Sanofi counsel's request for facility information resulted in a telephone conversation and a follow up email from Plaintiff's counsel requesting distributor information, to which there was no response. C. Brooks Cutter Dec. ¶ 2 (Ex. J), Celine E. Cutter Dec. ¶ 2 (Ex. K). Plaintiff's counsel offered to counsel for McKesson the identity of certain Plaintiffs' treatment facilities in exchange for information regarding Sanofi's relationship with McKesson and the distribution

2

network. *Id*. Neither discussion was ultimately productive. Nonetheless, in response to a dialogue with the Court, Plaintiffs identify their treatment facilities in this submission.

## CASES APPEARING ON AMENDED EXHIBIT B

### Case 1: Susan Fuller

Plaintiff **Susan Fuller** received chemotherapy with Taxotere at San Diego Pacific Oncology & Hematology Associates, Inc. – Encinitas (now CCare Encinitas).  Facility records demonstrate that she was administered Taxotere between October 2006 and February 2007.  Because this predates the availability of generic docetaxel, Ms. Fuller was administered Taxotere created by the Sanofi Defendants.  *See* Ex. A.  According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day.  *See* Exs. D and E.   Despite diligent efforts, Plaintiff's counsel has not been able to determine the NDC number for Ms. Fuller's prescription.

### Case 2: Joann Pickrell

Plaintiff **Joann Pickrell** received chemotherapy with Taxotere at San Diego Cancer Center (now University of California San Diego Health).  Facility and client records demonstrate that she was administered Taxotere between September 2009 and November 2009.  Because this predates the availability of generic docetaxel, Ms. Fuller was administered Taxotere created by the Sanofi Defendants.  *See* Ex. A.  According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day.  *See* Exs. D and E.

According to facility records, the Healthcare Common Procedure Coding System (HCPS) "J" code for the Taxotere administered to Ms. Pickrell is J9170. *See* Ex. G.  According to

research by counsel, McKesson distributed Taxotere with this specific "J" code. *See* Ex. C. Despite diligent efforts, Plaintiff's counsel has not been able to determine the NDC number for Ms. Pickrell's prescription.

**Case 3: Margarett Wright**

Plaintiff **Margarett Wright** received chemotherapy with Taxotere at Kaiser Permanente – Zion. Facility and client records demonstrate that she was administered Taxotere between March 2010 and June 2010. Because this predates the availability of generic docetaxel, Ms. Fuller was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, and according to the time table provided by the defendants, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C. McKesson continues to distribute Sanofi Taxotere to this day. *See* Exs. D and E.

Moreover, Plaintiff Wright received chemotherapy at a Kaiser Permanente facility. Although counsel has not been able to obtain records with the National Drug Code "NDC" for her prescription despite diligent efforts, McKesson is known to have distributed docetaxel at Kaiser Permanente facilities in California. *See* Case 7: Klara Ernyes-Kofler, *infra*.

**Case 4: Robin Castagnola**

Plaintiff **Robin Castagnola** received chemotherapy with Taxotere at UCLA Cancer Center-Santa Clarita. Facility records demonstrate that she was administered Taxotere between February and June 2010. Because this predates the availability of generic docetaxel, Ms. Castagnola was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C (evidencing distribution of Sanofi Taxotere in Texas and Illinois before FDA approval of generic docetaxel). McKesson continues to distribute Sanofi

4

Taxotere to this day. See Exs. D and E.  Plaintiff's counsel has not been able to determine the NDC number for Ms. Castagnola's prescription.

**Case 5: Candyse Jenkins**

Plaintiff **Candyse Jenkins** received chemotherapy with Taxotere beginning in 2007 at Alta Bates in Berkeley and Hematology Oncology Associates in Oakland, California.  Because this predates the availability of generic docetaxel, Ms. Jenkins was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.

Moreover, according to research by counsel, as of 2006, Alta Bates contracted with McKesson's RelayHealth Pharmacy Solutions Division. Despite diligent efforts Plaintiff's counsel has not been able to determine the NDC number for Ms. Jenkins' prescription.

**Case 6: Mary Gardner**

Plaintiff **Mary Gardner** received chemotherapy with Taxotere in 2009 at Martin Luther King, Jr. Hematology-Oncology Clinic in Los Angeles, California.  Because this predates the availability of generic docetaxel, Ms. Gardner was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.  Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Gardner's prescription.

**Case 7: Klara Ernyes-Kofler**

Plaintiff **Klara Ernyes-Kofler** received chemotherapy with docetaxel beginning in 2012 at Kaiser Permanente in Santa Clara, California.  Her medical records indicate that she received

docetaxel with NDC number 63739-932-11, which is labeled by McKesson Packaging Services. *See* Ex. F.

**Case. 8: Nadine Spertus**

Plaintiff **Nadine Spertus** received chemotherapy with Taxotere beginning in 2007 at Scripps Memorial Hospital in La Jolla, California. Because this predates the availability of generic docetaxel, Ms. Spertus was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C. McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E. Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Spertus' prescription.

**Case 9: Ann Buchanan**

Plaintiff **Ann Buchanan** received chemotherapy with Taxotere beginning in 2009 at the Tennessee Oncology Midtown Clinic in Nashville, Tennessee. Because this predates the availability of generic docetaxel, Ms. Buchanan was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C. McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E. Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Buchanan's prescription.

**Case 10:  Vera Sue Green**

Plaintiff **Vera Sue Green** received chemotherapy with Taxotere beginning in 2006 at H.P. Long Hospital in Pineville, Louisiana. Because this predates the availability of generic docetaxel, Ms. Green was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period

before generics were available. *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.  Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Green's prescription.

**Case 11: Sharon M. Stewart**

Plaintiff **Sharon M. Stewart** received chemotherapy with Taxotere beginning in 2008 at LSU Earl K. Long Medical Center.  Because this predates the availability of generic docetaxel, Ms. Stewart was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.  Earl K. Long Medical Center closed in 2013.  Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Stewart's prescription.

**Case 12:  Sylvia Washington**

Plaintiff **Sylvia Washington** received chemotherapy with Taxotere beginning in 2010 at Commonwealth Cancer Center in Frankfort, Kentucky.  The NDC number for Ms. Washington's Taxotere prescription is 00075-8001-20, which is labeled by Sanofi-Aventis U.S. LLC. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.

**Case 13:  Lisa McCallister**

Plaintiff **Lisa McCallister** received chemotherapy with docetaxel beginning in 2012 at Kaiser Permanente in Sacramento, California.  Although counsel for Plaintiff has not been able to obtain records with the NDC numbers of her prescription despite diligent effort, she was

7

treated during the same time period (2012) and by the same provider (Kaiser Permanente of Northern California) as Klara Ernyes-Kofler, whose records show McKesson-labeled docetaxel.

**Case 14: Janine Hanson**

Plaintiff **Janine Hanson** received chemotherapy with Taxotere beginning in 2008 at St. Jude Medical Center/Heritage Health in Fullerton, California.  Because this predates the availability of generic docetaxel, Ms. Hanson was administered Taxotere created by the Sanofi Defendants. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available.  *See* Exs. B and C.  McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E. Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Hanson's prescription.

**Case 15:  Brenda Banks**

Plaintiff **Brenda Banks** received chemotherapy with docetaxel beginning in 2014 at West Clinic in Memphis, Tennessee.  Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Banks' prescription.

**Case 16:  Brenda Hawkins**

Plaintiff **Brenda Hawkins** received chemotherapy with docetaxel beginning in 2013 at Louisiana Hematology Oncology Associates in Baton Rouge, Louisiana. Despite diligent effort Plaintiff's counsel has not been able to determine the NDC number for Ms. Hawkins' prescription.

**Case 17: Penny Miller**

Plaintiff **Penny Miller** received chemotherapy with Taxotere beginning in 2013 at TJ Samson Community Hospital in Glasgow, Kentucky.  The NDC number for Ms. Miller's Taxotere prescription is 00075-8001-20, which is labeled by Sanofi-Aventis, U.S. LLC.

According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C. McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.

**Case 18: Carolyn Boyd**

Plaintiff **Carolyn Boyd** received chemotherapy with Taxotere beginning in 2008 at Tennessee Oncology in Chattanooga. The NDC number for Ms. Boyd's Taxotere prescription is 00075-8001-20, which is labeled by Sanofi-Aventis, U.S. LLC. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C. McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.

**Case 19: Sandra Isham**

Plaintiff **Sandra Isham** received chemotherapy with docetaxel beginning in August 2010 at University of Tennessee Medical Center. The University of Tennessee is affiliated with U.S. Oncology and McKesson Specialty Health. Ms. Isham's medical billing records show code J9171 was used to bill for her docetaxel. Research by counsel indicates that this code is used for McKesson billing. *See* Ex. H. U.S. Oncology – a McKesson subsidiary – researches and promotes Taxotere in collaboration with Sanofi. For example, U.S. Oncology published results of Trial 9735 in 2006.[1] That trial compared docetaxel favorably to doxorubicin, and was supported by Sanofi-Aventis. U.S. Oncology also has an ongoing clinical trial sponsored by Sanofi, which compares the effects of docetaxel and doxorubicin in women with high-risk breast cancer (Trial 6090). Trial 6090 began in 2007, and continues today. Researchers presented findings from Trial 6090 last year at the American Society of Clinical Oncology Annual

---

[1] "Phase III Trial Comparing Doxorubicin Plus Cyclophosphamide With Docetaxel Plus Cyclophosphamide As Adjuvant Therapy for Operable Breast Cancer." Jones, Stephen E. *et al.*, J. Clin. Oncol. 24:5381-5387 (2006).

9

Meeting.[2] In addition, U.S. Oncology's clinical trials recruit patients across the country. For example, Trial 6090 alone has 1296 participants located in Alabama, Arizona, California, Colorado, Florida, Georgia, Illinois, Indiana, Kansas, Maryland, Minnesota, Missouri, Nevada, New Jersey, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, and Washington.

**Case 20: Ida Vincent**

After filing the case for Plaintiff **Ida Vincent**, counsel obtained records showing that Ms. Vincent's claims are no longer relevant to this case. Counsel intends to dismiss her claim, and is awaiting the client's permission to do so.

**Case 21: Geraldine Jones**

After filing the case for Plaintiff **Geraldine Jones**, counsel obtained records showing that Ms. Jones' claims are no longer relevant to this case. Counsel intends to dismiss her claim, and is awaiting the client's permission to do so.

**Case 22: Josephine Hicks**

Plaintiff **Josephine Hicks** received chemotherapy with docetaxel beginning in 2012, at Madigan Army Medical Center in Tacoma, Washington. McKesson is the pharmaceutical "prime vendor" to the Dept. of Veterans Affairs. Research by counsel indicates that during the time McKesson appears to have had a contract valued at $1.2 billion with the Department of Defense's Defense Logistic Agency to provide pharmaceuticals and other authorized supplies to the military. *See* Ex. I. A letter from the Dept. of the Army states that it buys pharmaceuticals in bulk, and only the original purchase records would contain the NDC number. *See* Ex. J. As a

---

[2] "Breast Cancer – Triple-Negative/Cytotoxics/Local Therapy." Blum, Joanne L. *et al.* J. Clin. Oncol. 34 (2016).

result, Plaintiff's counsel has not been able to determine the NDC number for Ms. Hicks' prescription.

**Case 23: Vera Smith**

Plaintiff **Vera Smith**, a California resident, began receiving docetaxel injections on or about January 6, 2014 at Antelope Valley Cancer Center in California. Plaintiff Smith alleges the actual Taxotere injections she received were distributed by McKesson Corp. based on the billing records from Antelope Valley Cancer Center, which contain billing codes for Taxotere (*see* Ex. A) that match those utilized by McKesson for the Taxotere it distributes (*see* Ex. B). In addition, Plaintiff alleges liability as against McKesson Corp. based on its role in activities other than distribution, including promotion and research as elsewhere alleged in this briefing and in Plaintiff's Complaint. Finally, Plaintiff Smith notes that she was transferred to the MDL after the initial round of remand briefing but has filed a joinder to the omnibus California briefing.

**Case 24: Judy Johnson[3]**

Plaintiff **Judy Johnson** received chemotherapy with Taxotere at California Oncology of the Central Valley in Fresno, California. Facility records demonstrate that Ms. Johnson was administered Taxotere between December 2010 and March 2011. Because this predates the availability of generic docetaxel, Ms. Johnson was administered Taxotere created by the Sanofi. *See* Ex. A. According to research by counsel, McKesson distributed Sanofi Taxotere during the period before generics were available. *See* Exs. B and C (evidencing distribution of Sanofi Taxotere in Texas and Illinois before FDA approval of generic docetaxel). McKesson continues to distribute Sanofi Taxotere to this day. See Exs. D and E.

---

[3] Ms. Johnson's case was recently transferred on June 21, 2017 to the MDL, *Judy Johnson v. Sanofi S.A. et al.*, MDL Case No. 2:17-cv-05883-KDE-MBN.

11

On December 28, 2016, counsel for Ms. Johnson spoke with counsel for Sanofi-Aventis U.S. LLC to determine whether they could reach a resolution eliminating the necessity for a motion to remand.  Menzies Decl. ¶ 2 [Dkt. 12-2] *Johnson v. Sanofi S.A.*, Case No. 2:17-cv-05833-KDE-MBN (E.D. La.).  Defense counsel had served correspondence requesting information related to the facility where Ms. Johnson received treatment.  Plaintiff's counsel responded that Ms. Johnson would agree to a mutual exchange of information, which would include Sanofi's relationship to McKesson and the distribution network.  Plaintiff counsel also inquired whether Defendant Sanofi-Aventis U.S. LLC would agree not to remove the case if the information exchanged showed that the Taxotere that Ms. Johnson took was distributed by McKesson.  Defense counsel advised Plaintiff's counsel that they would not agree to the mutual exchange and not to remove the case if the distributor was McKesson.

Date:   July 13, 2017                     Respectfully submitted:

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/Dawn M. Barrios

DAWN M. BARRIOS