# EXHIBIT A

| Docetaxel Approval & Market Dates | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| ACCORD HEALTHCARE | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: June 8, 2011 (80mg/2mL Docetaxel injection--2 vial with Diluent; 20mg/.5mL Docetaxel injection--2 vial with Diluent); Market: June 30, 2011 (80mg/2mL Docetaxel injection--2 vial with Diluent; 20mg/.5mL Docetaxel injection--2 vial with Diluent); | Approval: April 20, 2012 (160 mg/8mL Docetaxel injection single-dose vial; 80mg/4mL Docetaxel injection single-dose vial; 20mg/1mL Docetaxel injection single-dose vial) Market: July 1, 2012 (160 mg/8mL Docetaxel injection single-dose vial); 80mg/4mL Docetaxel injection single-dose vial; 20mg/1mL Docetaxel injection single-dose vial) End of Market: September 19, 2012(80mg/2mL Docetaxel injection 2 vial with Diluent; October 9, 2012; 20mg/.5mL Docetaxel injection--2 vial with Diluent) | Approval: April 5, 2013 (160mg/8mL Docetaxel injection multi-dose vial; 80mg/4mL Docetaxel injection multi-dose vial; 20mg/1mL Docetaxel injection multi-dose vial) Market: May 30, 2013 (160mg/8mL Docetaxel injection multi-dose vial); August 2, 2013 (80mg/4mL Docetaxel injection multi-dose vial); September 2, 2013 (20mg/1mL Docetaxel injection multi-dose vial) End of Market: May 30, 2013 (160 mg/8mL Docetaxel injection single-dose vial); November 27, 2013 (80mg/4mL Docetaxel injection single-dose vial); September 20, 2013 (20mg/1mL Docetaxel injection single-dose vial) | | | |
| ACTAVIS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: April 12, 2013 (20mg/1mL, 80mg/4mL, and 140mg/7mL) Market: July 1, 2013 (20mg/1mL, 80mg/4mL, and 140mg/7mL) | | Approval: September 21, 2015 (160mg/8mL) Market: November 13, 2015 (160mg/8mL) | End of Market: May 31, 2016 (140mg/7mL) |
| EAGLE PHARMA, INC. | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: December 22, 2015 Market: January 29, 2016 |
| HOSPIRA | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: March 8, 2011 (20 mg/2 ml; 80 mg/8 ml; 160 mg/16 ml) Market: March 17, 2011 (20 mg/2 ml; 80 mg/8 ml; 160 mg/16 ml) | | | | | Approval: June 23, 2016 (20 mg/1 ml; 80 mg/4 ml; 120 mg/6 ml) Market: August 24, 2016 (20 mg/1 ml; 80 mg/4 ml) |

| Docetaxel Approval & Market Dates | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| MCKESSON PKG SERV | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: June 8, 2011 (NDA 201195, held by Accord) | X | X | X | Market: March 26, 2015 (NDC Nos. 63739-932-11 and 63739-971-17) | End of Market: April 20, 2016 (NDC 63739-932-11 ) and January 7, 2016 (NCD 63739-971-17) |
| NORTHSTAR RX LLC | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | Approval: No approval date; NorthStar RX is not an NDA holder Market: May 2016 |
| PFIZER | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: March 13, 2014 Market: June 23, 2014 | | End of Market: October 31, 2016 (200 mg/20 ml); December 31, 2016 (20 mg/2 ml; 80 mg/8 ml) |
| SANDOZ | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: June 29, 2011 (20mg; 80mg; 160 mg) Market: August 15, 2011 (20mg; 80mg; 160 mg) | | | | | |
| SANOFI AVENTIS | Approval: May 14, 1996 Market: June 6, 1996 | | | | | | | | | | | | | | | | | | | | |
| SUN PHARMA GLOBAL, INC. | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: May 3, 2011 (20mg; 80mg) DOCEFREZ™ Market: May 2011 (20mg; 80mg) | | | | End of Market: January 2015 (20mg); November 2015 (80mg) | X |
| WINTHROP | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: October 21, 2010 | Market: March 14, 2011 | | | | | |