# EXHIBIT B



BlueCross BlueShield of Texas

## McKesson Specialty Injectable Drug List
## June 1, 2007

| Drug | Code | | Drug | Code |
|---|---|---|---|---|
| Abraxane | J9264 | | Euflexxa | Q4085 |
| Acthrel | J0795 | | Fabrazyme | J0180 |
| Adenoscan | J0152 | | Follistim | S0128 |
| Advate | J7192 | | Forteo | J3110 |
| Alimta | J9305 | | Fuzeon | J1324 |
| Alphanate | J7190 | | Ganirelex (Antagon) | S0132 |
| Alphanine | J7193 | | Gemzar | J9201 |
| Amevive | J0215 | | Genotropin | J2941 |
| Amikacin | J0278 | | Genotropin Minquick | J2941 |
| Anzemet | J1260 | | Gleevec | S0088 |
| Avastin | J9305 | | Gonal-F | S0126 |
| Avonex | J1825 | | Herceptin | J9355 |
| Bebulin | J7194 | | Hexalen | J8999 |
| Benefix | J7195 | | Humate P | J7187 |
| Betaseron | J1830 | | Humatrope | J2941 |
| Botox | J0585 | | Humira | J0135 |
| Byetta | J3490 | | Hycamtin | J9350 |
| Campath | J9010 | | Infergen | J9212 |
| Camptosar | J9206 | | Infumorph | J2275 |
| Casodex | J8999 | | Intron A | J9214 |
| Cellcept | J7517 | | Kineret | J3590 |
| Cerezyme | J1785 | | Kogenate | J7192 |
| Cetrotide | J3490 | | Lior Intra Ref | J0476 |
| Copegus | J8499 | | Lucentis | J3590 |
| Cytogam | J0850 | | Macugen | J2503 |
| Depo – Testosterone | J1070 | | Menactra | 90734 |
| Dobutamine | J1250 | | Menopur | S0122 |
| Doxil | J9001 | | Monarch M | J7190 |
| Ellence | J9178 | | Monoclate P | J7190 |
| Eloxatin | J9263 | | Mononine | J7193 |
| Elspar | J9020 | | Myobloc | J0587 |
| Enbrel | J1438 | | NABI-HB | 90371 |
| Ethyol | J0207 | | Neumega | J2355 |

*The information contained herein is confidential. This is not a guaranty of payment for a service or that the reimbursement will be accurate on the date of service. Providing this schedule does not create a contractual obligation to reimburse at the indicated level. Reimbursement levels and codes are subject to change.*

*A Division of Health Care Service Corporation, a mutual Legal Reserve Company,
An Independent Licensee of the Blue Cross and Blue Shied Association*

02/07



**BlueCross BlueShield of Texas**

| Drug | Code | Drug | Code |
|---|---|---|---|
| Nexavar | J8999 | Serostim | J2941 |
| Norditropin | J2941 | Solu-Cortef | J1720 |
| Novoseven | J7189 | Sutent | J8999 |
| Nutropin | J2941 | Synagis | 90378 |
| Nutropin AQ | J2941 | Synvisc | Q4084 |
| Orencia | J0129 | Synthroid | J3490 |
| Orthovisc | Q4086 | Tarceva | J8999 |
| Ovidrel | J3490 | Taxotere | J9170 |
| Paclitaxel | J9265 | Temodar | J8700 |
| Pegasys | S0145 | Tevtropin | J2941 |
| Peg-Intron | S0146 | Thalomid | J8499 |
| Proleukin | J9015 | Thyrogen | J3240 |
| Pulmozyme | J7639 | Tobi | J7682 |
| Raptiva | S0162 | Tubersol | J3490 |
| Rebetol | J8499 | Tysabri | Q4079 |
| Rebetron | J3490 | Velcade | J9041 |
| Rebif | Q3026 | Vesanoid | J8999 |
| Recombinate | J7192 | Vidaza | J9025 |
| Refacto | J7192 | Vincristine | J9370 |
| Refludan | J1945 | Vincristine | J9375 |
| Remicade | J1745 | Viread | J8499 |
| Repronex | S0122 | Vistide | J0740 |
| Revlimid | J8499 | Vitamin K | J3430 |
| Ribavirin | J8499 | Vivitrol | J2315 |
| Risperdal Consta | J2794 | Xeloda | J8520 |
| Rituxin | J9310 | Xeloda | J8521 |
| Roferon-A | J9213 | Xolair | J2357 |
| Saizen | J2941 | Zometa | J3487 |
| Secreflo | J2850 | | |

*The information contained herein is confidential. This is not a guaranty of payment for a service or that the reimbursement will be accurate on the date of service. Providing this schedule does not create a contractual obligation to reimburse at the indicated level. Reimbursement levels and codes are subject to change.*

*A Division of Health Care Service Corporation, a mutual Legal Reserve Company,
An Independent Licensee of the Blue Cross and Blue Shied Association*

02/07