# EXHIBIT C

**Available Through McKesson Specialty Pharmacy Services**
Please contact McKesson to inquire about any products not listed here
**All drugs listed are subject to manufacturer availability.**

_Medications listed below may be obtained under BCBSIL major medical benefit_

| | | | | | |
|---|---|---|---|---|---|
| J0129 (10 MG) ORENCIA | J0795 (1 MCG) ACTHREL | J1825 (33 MCG) AVONEX | J3110 (10 MCG) FORTEO | J7322 (PER DOSE) SYNVISC | J9050 (100 MG) BICNU |
| J0133 (5 MG) ZOVIRAX | J0800 (40U) ACTHAR HP GEL | J1830 (0.25 MG) BETASERON | J3130 (200 MG) DELATESTRYL | J7323 (PER DOSE) EUFLEXXA | J9065 (1 MG) LEUSTATIN |
| J0135 (20 MG) HUMIRA | J0835 (.25 MG) CORTROSYN | J1945 (50 MG) REFLUDAN | J3240 (0.9 MG) THYROGEN | J7507 (1 MG) PROGRAF | J9070 (100 MG) ENDOXAN-ASTA |
| J0150 (6 MG) ADENOCARD | J0850 (1 VIAL) CYTOGAM | J2315 (1 MG) VIVITROL | J3487 (1 MG) ZOMETA | J7516 (250 MG) NEORAL SANDIMMUNE | J9110 (500 MG) CYTOSAR-U |
| J0152 (30 MG) ADENOSCAN | J1070 (100MG) DEPO-TESTOST | J2323 (1 MG) TYSARBI | J3488 (1 MG) RECLAST | J7517 (250 MG) CELLCEPT | J9151 (10 MG) DAUNOXOME |
| J0180 (1 MG) FRABRAZYME | J1080 (200MG) DEPO-TESTOST | J2353 (1 MG) SANDOSTATIN | J3490 (unclassified drug Use NDC with claim) COPEGUS GENOTROPIN KINERET LUCENTIS PEGASYS PEG-INTRON REBETOL REBIF RIBASPHERE RIBAVIRIN | J7682 (300 MG) TOBI | J9160 (300 MCG) ONTAK |
| J0207 (500 MG) ETHYOLI | J1110 (1MG) D.H.E. 45 | J2354 (25 MCG) SANDOSTATIN | | J8510 (2 MG) BUSULFLEX | ==J9170 (20 MG) TAXOTERE== |
| J0215 (0.5 MG) AMEVIVE | J1250 (250 MG) DOBUTAMINE | J2355 (5 MG) NEUMEGA | | J8520 (150 MG) XELODA | J9178 (2 MG) ELLENCE |
| J0270 (1.25 MCG) CAVERJECT EDEX | J1260 (10 MG) ANZEMET | J2405 (1 MG) ZOFRAN | | J8521 (500 MG) XELODA | J9201 (200 MG) GEMZAR |
| J0278 (100 MG) AMIKACIN | J1438 (25MG) ENBREL | J2503 (0.3 MG) MACUGEN | J7190 (1 IU) HEMOFIL-M MONARC-M MONOCLATE-P KOATE | J8600 (2 MG) ALKERAN | J9206 (20 MG) CAMPTOSAR |
| J0476 (50 MCG) LIORESAL INTRA | J1440 (300 MCG) NEUPOGEN | J2505 (6 MG) NEULASTA | J7192 (1 IU) ALPHANATE HELIXATE FS KOGENATE FS RECOMBINATE REFACTO | J8700 (5 MG) TEMODAR | J9211 (5 MG) IDAMYCIN |
| J0500 (20 MG) BENTYL | J1441 (480 MCG) NEUPOGEN | J2790 (300 MCG) BAYRHO WINRHO | | J9001 (10 mg) DOXIL | J9212 (1 MCG) INFERGEN |
| J0585 (type A / 1U) BOTOX | J1565 (50 MG) RESPIGAM | J2794 (0.5 MG) RISPERDAL CONSTA | J7193 (1 IU) BENEFIX | J9010 (10 MG) CAMPATH | J9213 (3 MILLION U) ROFERON-A |
| J0587 (type B / 100U) MYOBLOC | J1595 (20MG) COPAXONE | J2820 (50 MCG) LEUKINE | J7194 (1 IU) BEBULIN | J9015 (1 EACH) PROLUEKIN | J9214 (1 U) INTRON A REBETRON |
| J0630 (400U) MIACALCIN | J1645 (2500 IU) FRAGMIN | J2850 (1 MCG) SECRE-FLO | J7198 (1 IU) AUTOPLEX T | J9017 (1 MG) TRISENOX | J9230 (10 MG) MUSTARGEN |
| J0692 (500 MG) MAXIPIM | J1650 (10 MG) LOVENOX | J2940 (1 MG) PROTROPIN | J7195 (1 IU) PROPLEX | J9020 (10,000 U) ELSPAR | J9263 (0.5 MG) ELOXATIN AQ |
| J0725 (per 1,000 USP) units CORGONJECT-5 | J1720 (UP TO 100MG) SOLU-CORTEF | J2941 (1 MG) GROWTH HORMONES | J7321 (PER DOSE) HYALGAN | J9035 (10 MG) AVASTIN | J9264 (1 MG) ABRAXANE |
| J0740 (375 MG) VISTIDE | J1745 (10 MG) REMICADE | J3030 (6 MG) IMITREX | | J9041 (0.1 MG) VELCADE | |
| | J1785 (1U) CEREZYME | | | | |

Rev. 10/08

**Available Through McKesson Specialty Pharmacy Services**
Please contact McKesson to inquire about any products not listed here
**All drugs listed are subject to manufacturer availability.**

| | | | | | |
|---|---|---|---|---|---|
| J9265<br>(30 MCG)<br>TAXOL<br>NOV-ONXOL | | | | | |
| J9268<br>(10 MG)<br>NIPENT | | | | | |
| J9293<br>(5 MG)<br>NOVANTRONE | | | | | |
| J9300<br>(5 MG)<br>MYLOTARG | | | | | |
| J9305<br>(10 MG)<br>ALIMTA | | | | | |
| J9310<br>(100 MG)<br>RITUXAN | | | | | |
| J9320<br>(1 G)<br>ZANOSAR | | | | | |
| J9350<br>(4 MG)<br>HYCAMTIN | | | | | |
| J9355<br>(10MG)<br>HERCEPTIN | | | | | |
| J9600<br>(75 MG)<br>PHOTOFRIN | | | | | |
| Q0166<br>(1 MG)<br>KYTRIL | | | | | |
| Q3026<br>(11 MCG)<br>REBIF | | | | | |
| S0088<br>(100 MG)<br>GLEVEC | | | | | |
| S0122<br>(75 IU)<br>MENOPUR<br>REPRONEX | | | | | |
| S0126<br>(75 IU)<br>GONAL-F | | | | | |
| S0128<br>(75 IU)<br>FOLLSTIM | | | | | |
| S0146<br>(10 MCG per .5 ML)<br>PEG-INTRON | | | | | |
| S0156<br>(25 MG)<br>AROMASIN | | | | | |
| S0162<br>(125 MG)<br>RAPTIVA | | | | | |

Rev. 10/08