# EXHIBIT D

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please [click here](#)
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here
or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Oncology

- Home
- About Us
- Open An Account
- Login

[Place Order](#)
800.482.6700

Case 2:16-md-02740-JTM-MBN   Document 628-4   Filed 07/13/17   Page 3 of 5

McKesson Specialty Health — McKESSON

[Solutions for Oncology](#)

| Purchasing Efficiency | Clinical Tools and Services | Practice Management | News & Events |



Solutions to help you maximize your drug purchasing efficiency.

# Product Catalog

Access our searchable product catalog below.

This catalog is updated quarterly and may not reflect the most recent additions or changes. McKesson Specialty Health customers can log-in to the Customer Center for the most updated view of our available products. Product availability is not guaranteed. Customer eligibility, class-of-trade, and distribution restrictions may apply. For additional information, please contact Customer Care.

**Learn More Today**
To learn more about our catalog or any products, call 800. 482.6700 or Contact Us.

**Search**: docetaxel      **Show Results**: 40   [Apply]

| Product Number | Product Name | Generic Name | Unit | NDC Number | Catalog Number |
|---|---|---|---|---|---|
| 5002314 | DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA | DOCETAXEL | EA | 409020120 | 980-343 |
| 5003430 | DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA | DOCETAXEL | EA | 66758005003 | 751-054 |
| 5003963 | DOCETAXEL ONE-VIAL 160MG/8ML MDV AC 1/EA | DOCETAXEL | EA | 16729026765 | 751-226 |

| Product Number | Product Name | Generic Name | Unit | NDC Number | Catalog Number |
|---|---|---|---|---|---|
| 5002316 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 955102001 | 980-345 |
| 5005090 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 63739093211 | 000-391 |
| 5004901 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 43598025811 | 000-102 |
| 5004293 | DOCETAXEL ONE-VIAL 20MG/2ML MDV 1/EA | DOCETAXEL | EA | 66758005001 | 751-278 |
| 5002311 | DOCETAXEL ONE-VIAL 20MG/2ML SDV 1/EA | DOCETAXEL | EA | 409020102 | 980-342 |
| 5004902 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 43598025940 | 000-103 |
| 5002317 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 955102104 | 980-344 |
| 5005091 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 63739097117 | 000-392 |
| 5002313 | DOCETAXEL ONE-VIAL 80MG/8ML MDV 1/EA | DOCETAXEL | EA | 409020110 | 980-341 |
| 5004294 | DOCETAXEL ONE-VIAL 80MG/8ML MDV 1/EA | DOCETAXEL | EA | 66758005002 | 751-279 |
| 5002250 | TAXOTERE ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 75800301 | 909-885 |
| 5002251 | TAXOTERE ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 75800404 | 909-886 |

## Purchasing Efficiency

- Specialty Drug Distribution
- Onmark GPO
- Product Updates
- Product Catalog
- Vaccines



# Quick Links

Customer Center - place order
Current iKnowMed users click here for information
My Care Plus - patient portal
McKesson Medical-Surgical Products

# About McKesson Specialty Health

Who we are
Contact Us

# In The News

Now Available: 2017 ASP Drug Pricing File Updates from CMS
Better Thinking for Better Health
Press Releases

Copyright © 2014 McKesson. All Rights Reserved.

- Contact Us
- Terms Of Use