# EXHIBIT E

# National Drug Code Directory

**SHARE** (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM)

**TWEET** (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=NATIONAL DRUG CODE DIRECTORY&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM)

**LINKEDIN** (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM&TITLE=NATIONAL DRUG CODE DIRECTORY&SOURCE=FDA)

**PIN IT** (HTTPS://WWW.PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM&DESCRIPTION=NATIONAL DRUG CODE DIRECTORY)

**EMAIL** (MAILTO:?SUBJECT=NATIONAL DRUG CODE DIRECTORY&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM)

**PRINT**

Current through July 11, 2017

**Back to Search Page** (default.cfm?resetfields=1&collapse=0) | **Search Again** (default.cfm?sugg=NonProprietaryName&ApptName=docetaxel&collapse=1)

[CSV] [Excel]

**Display** 50 **records per page**

**Search for text in the table:**

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docetaxel | 0409-0366-01 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0366 | DOCETAXEL | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 08-24-2016 | N/A | NDA | 1 VIAL, SINGLE-USE in 1 CARTON (0409-0366-01) > 1 mL in 1 VIAL, SINGLE-USE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0409-0367-01 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0367 | DOCETAXEL | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 08-24-2016 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0367-01) > 4 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0409-0368-01 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0368 | DOCETAXEL | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 03-28-2017 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0368-01) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0409-0369-01 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0369 | DOCETAXEL | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 03-28-2017 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0369-01) > 6 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16714-465-01 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201195 | Northstar RxLLC | 16714-465 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 01-01-2016 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (16714-465-01) > 1 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0069-9141-11 | 20 mg/2mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA202356 | Pfizer Laboratories Div Pfizer Inc | 0069-9141 | docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 06-23-2014 | 08-31-2017 | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0069-9141-11) > 2 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0069-9142-11 | 80 mg/8mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA202356 | Pfizer Laboratories Div Pfizer Inc | 0069-9142 | docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 06-23-2014 | 08-31-2017 | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0069-9142-11) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 43598-258-11 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | ANDA204193 | Dr. Reddy's Laboratories Inc. | 43598-258 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 11-10-2014 | N/A | ANDA | 1 mL in 1 VIAL, GLASS (43598-258-11) | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 43598-259-40 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | ANDA204193 | Dr. Reddy's Laboratories Inc. | 43598-259 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 11-10-2014 | N/A | ANDA | 4 mL in 1 VIAL, GLASS (43598-259-40) | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docetaxel | 66758-050-01 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201525 | Sandoz Inc | 66758-050 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 06-29-2011 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-050-01) > 2 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 66758-050-02 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201525 | Sandoz Inc | 66758-050 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 06-29-2011 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-050-02) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16729-267-64 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA201195 | Accord Healthcare Inc. | 16729-267 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 05-30-2013 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (16729-267-64) > 4 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16729-267-65 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA201195 | Accord Healthcare Inc. | 16729-267 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 05-30-2013 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (16729-267-65) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 63739-932-11 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201195 | McKesson Packaging Services a business unit of McKesson Corporation | 63739-932 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 05-15-2013 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (63739-932-11) > 1 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 63739-971-17 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201195 | McKesson Packaging Services a business unit of McKesson Corporation | 63739-971 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 07-01-2012 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (63739-971-17) > 4 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 39822-2120-1 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | ANDA206177 | X-GEN Pharmaceuticals, Inc. | 39822-2120 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 04-17-2017 | N/A | ANDA | 1 VIAL in 1 CARTON (39822-2120-1) > 1 mL in 1 VIAL | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 39822-2180-1 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | ANDA206177 | X-GEN Pharmaceuticals, Inc. | 39822-2180 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 04-17-2017 | N/A | ANDA | 1 VIAL in 1 CARTON (39822-2180-1) > 4 mL in 1 VIAL | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 39822-2200-1 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | ANDA206177 | X-GEN Pharmaceuticals, Inc. | 39822-2200 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 04-17-2017 | N/A | ANDA | 1 VIAL in 1 CARTON (39822-2200-1) > 10 mL in 1 VIAL | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0955-1020-01 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA020449 | Winthrop U.S. | 0955-1020 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 10-21-2010 | N/A | NDA AUTHORIZED GENERIC | 1 VIAL, GLASS in 1 CARTON (0955-1020-01) > 1 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0955-1021-04 | 80 mg/4mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA020449 | Winthrop U.S. | 0955-1021 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 10-21-2010 | N/A | NDA AUTHORIZED GENERIC | 1 VIAL, GLASS in 1 CARTON (0955-1021-04) > 4 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0955-1022-08 | 160 mg/8mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA020449 | Winthrop U.S. | 0955-1022 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 10-23-2016 | N/A | NDA AUTHORIZED GENERIC | 1 VIAL, GLASS in 1 CARTON (0955-1022-08) > 8 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 42367-121-21 | 20 mg/mL | INJECTION | INTRAVENOUS | NDA205934 | Eagle Pharmaceuticals, Inc. | 42367-121 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 01-15-2016 | N/A | NDA | 1 VIAL, SINGLE-DOSE in 1 CARTON (42367-121-21) > 1 mL in 1 VIAL, SINGLE-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 42367-121-25 | 20 mg/mL | INJECTION | INTRAVENOUS | NDA205934 | Eagle Pharmaceuticals, Inc. | 42367-121 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 01-15-2016 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (42367-121-25) > 4 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docetaxel | 42367-121-29 | 20 mg/mL | INJECTION | INTRAVENOUS | NDA205934 | Eagle Pharmaceuticals, Inc. | 42367-121 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 01-15-2016 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (42367-121-29) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 45963-734-54 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA203551 | Actavis Pharma, Inc. | 45963-734 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 09-01-2014 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (45963-734-54) > 1 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 45963-734-74 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA203551 | Actavis Pharma, Inc. | 45963-734 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 09-01-2014 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (45963-734-74) > 7 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 45963-765-52 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA203551 | Actavis Pharma, Inc. | 45963-765 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 09-01-2014 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (45963-765-52) > 4 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 45963-781-74 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA203551 | Actavis Pharma, Inc. | 45963-781 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 09-01-2014 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (45963-781-74) > 7 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 45963-790-56 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA203551 | Actavis Pharma, Inc. | 45963-790 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 10-13-2015 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (45963-790-56) > 8 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16714-500-01 | 80 mg/4mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201195 | Northstar RxLLC | 16714-500 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 01-01-2016 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (16714-500-01) > 4 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 66758-050-03 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201525 | Sandoz Inc | 66758-050 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 06-29-2011 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-050-03) > 16 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 66758-950-02 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201525 | Sandoz Inc | 66758-950 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 07-22-2015 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-950-02) > 2 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 66758-950-03 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201525 | Sandoz Inc | 66758-950 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 07-22-2015 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-950-03) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 66758-950-04 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201525 | Sandoz Inc | 66758-950 | docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 07-22-2015 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-950-04) > 16 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 57884-3021-0 | 40 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | ANDA203170 | Jiangsu Hengrui Medicine Co., Ltd. | 57884-3021 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 02-15-2017 | N/A | ANDA | 1 BLISTER PACK in 1 CARTON (57884-3021-0) > 2 VIAL, GLASS in 1 BLISTER PACK > .5 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0703-5720-01 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | ANDA203877 | Teva Parenteral Medicines, Inc. | 0703-5720 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 02-11-2016 | N/A | ANDA | 1 VIAL, SINGLE-USE in 1 CARTON (0703-5720-01) > 1 mL in 1 VIAL, SINGLE-USE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0703-5730-01 | 80 mg/4mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | ANDA203877 | Teva Parenteral Medicines, Inc. | 0703-5730 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 02-11-2016 | N/A | ANDA | 1 VIAL, SINGLE-USE in 1 CARTON (0703-5730-01) > 4 mL in 1 VIAL, SINGLE-USE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCETAXEL | 16729-120-49 | | KIT | | NDA201195 | Accord Healthcare Inc. | 16729-120 | docetaxel | | HUMAN PRESCRIPTION DRUG | 06-30-2011 | N/A | NDA | 1 KIT in 1 CARTON (16729-120-49) * .5 mL in 1 VIAL, SINGLE-DOSE * 1.95 mL in 1 VIAL, SINGLE-DOSE | N/A |
| DOCETAXEL | 16729-228-50 | | KIT | | NDA201195 | Accord Healthcare Inc. | 16729-228 | docetaxel | | HUMAN PRESCRIPTION DRUG | 06-30-2011 | N/A | NDA | 1 KIT in 1 CARTON (16729-228-50) * 2 mL in 1 VIAL, SINGLE-DOSE * 7.2 mL in 1 VIAL, SINGLE-DOSE | N/A |
| Docetaxel | 16729-231-63 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA201195 | Accord Healthcare Inc. | 16729-231 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 07-01-2012 | N/A | NDA | 1 VIAL, SINGLE-DOSE in 1 CARTON (16729-231-63) > 1 mL in 1 VIAL, SINGLE-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16729-231-64 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA201195 | Accord Healthcare Inc. | 16729-231 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 07-01-2012 | N/A | NDA | 1 VIAL, SINGLE-DOSE in 1 CARTON (16729-231-64) > 4 mL in 1 VIAL, SINGLE-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16729-231-65 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA201195 | Accord Healthcare Inc. | 16729-231 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 07-01-2012 | N/A | NDA | 1 VIAL, SINGLE-DOSE in 1 CARTON (16729-231-65) > 8 mL in 1 VIAL, SINGLE-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 16729-267-63 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA201195 | Accord Healthcare Inc. | 16729-267 | Docetaxel | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 05-30-2013 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (16729-267-63) > 1 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0409-0201-02 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0201 | DOCETAXEL ANHYDROUS | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 03-17-2011 | N/A | NDA | 1 VIAL, SINGLE-USE in 1 CARTON (0409-0201-02) > 2 mL in 1 VIAL, SINGLE-USE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0409-0201-10 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0201 | DOCETAXEL ANHYDROUS | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 03-17-2011 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0201-10) > 8 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Docetaxel | 0409-0201-20 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA022234 | Hospira, Inc. | 0409-0201 | DOCETAXEL ANHYDROUS | DOCETAXEL ANHYDROUS | HUMAN PRESCRIPTION DRUG | 03-17-2011 | N/A | NDA | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0201-20) > 16 mL in 1 VIAL, MULTI-DOSE | Micro Inhibi [PE], Micro Inhibi [EPC] |
| TAXOTERE | 0075-8003-01 | 20 mg/mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA020449 | sanofi-aventis U.S. LLC | 0075-8003 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 08-02-2010 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (0075-8003-01) > 1 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| TAXOTERE | 0075-8004-04 | 80 mg/4mL | INJECTION, SOLUTION, CONCENTRATE | INTRAVENOUS | NDA020449 | sanofi-aventis U.S. LLC | 0075-8004 | Docetaxel | DOCETAXEL | HUMAN PRESCRIPTION DRUG | 08-02-2010 | N/A | NDA | 1 VIAL, GLASS in 1 CARTON (0075-8004-04) > 4 mL in 1 VIAL, GLASS | Micro Inhibi [PE], Micro Inhibi [EPC] |
| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |

Showing 1 to 48 of 48 entries     Previous   1   Next

**Background Information (https://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm)**

Drug questions email: **DRUGINFO@FDA.HHS.GOV (mailto:DRUGINFO@FDA.HHS.Gov)**

See also: **Drug Registration and Listing Instructions (https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/DrugRegistrationandListing/ucm078801.htm)**
**National Drug Code Directory Data Files (https://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm)**

U.S Department of Health and Human Services
Public Health Service
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Data Management and Services