# EXHIBIT F

ERNYES-KOFLER, Klara DOB ███████

See below for the NDC codes for these drugs

Meds   9/28/2012

Day, Cycle       Day 1, Cycle 1 - 9/12/12 EF 71.6%: Her start 9/28/12

CARBOplatin IV 650 mg

Dexamethasone Sodium Phosphate (DECADRON) IV       20 mg

DOCEtaxel (TAXOTERE) IV       140 mg

Trastuzumab (HERCEPTIN) IV     8 mg/kg/dose = 634.4 mg


Meds   10/19/2012

Day, Cycle       Day 1, Cycle 2

CARBOplatin IV 650 mg

Dexamethasone Sodium Phosphate (DECADRON) IV       20 mg

DOCEtaxel (TAXOTERE) IV       140 mg

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 475.8 mg


Meds   11/9/2012

Day, Cycle       Day 1, Cycle 3

CARBOplatin IV 650 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV       140 mg

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 475.8 mg


Meds   11/30/2012

Day, Cycle    Day 1, Cycle 4

CARBOplatin IV 560 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV    140 mg

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 475.8 mg


Meds    12/21/2012

Day, Cycle    Day 1, Cycle 5

CARBOplatin IV 630 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV    140 mg

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 475.8 mg


Meds    1/18/2013    2/8/2013

Day, Cycle    Day 1, Cycle 6    Day 1, Cycle 7

CARBOplatin IV 630 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV    144 mg

Trastuzumab (HERCEPTIN) IV    483 mg 483 mg


Meds    3/1/2013

Day, Cycle    Day 1, Cycle 8

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

Kaiser Permanente 00002

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg

Meds    3/22/2013

Day, Cycle        Day 1, Cycle 9

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg

Meds    4/12/2013

Day, Cycle        Day 1, Cycle 10

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg

Meds    5/3/2013

Day, Cycle        Day 1, Cycle 11

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg

Meds   5/24/2013

Day, Cycle        Day 1, Cycle 12

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg


Meds   6/14/2013

Day, Cycle        Day 1, Cycle 13

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg


Meds   7/5/2013

Day, Cycle        Day 1, Cycle 14

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg


Meds   7/26/2013

Day, Cycle        Day 1, Cycle 15

CARBOplatin IV

Case 2:16-md-02740-JTM-MBN   Document 628-6   Filed 07/13/17   Page 6 of 7

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg


Meds    8/16/2013

Day, Cycle    Day 1, Cycle 16

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg


Meds    9/6/2013

Day, Cycle    Day 1, Cycle 17

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 512.4 mg


Meds    9/24/2013

Day, Cycle    Day 1, Cycle 18 - HER ends 9/28/13

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV


Kaiser Permanente 00005

6 mg/kg/dose = 512.4 mg

NDC codes:

Carboplatin | 61703-339-18 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | ANDA076517 | Hospira Worldwide, Inc.

NDC Package Code: 61703-339-18

Product NDC: 61703-339

Dexamethasone | 55154-3275-4 | .5 mg/5mL | ELIXIR | ORAL | ANDA088254 | Cardinal Health

NDC Package Code: 55154-3275-4

Product NDC: 55154-3275

Docetaxel | 63739-932-11 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201195 | McKesson Packaging Services a business unit of McKesson Corporation

NDC Package Code: 63739-932-11

Product NDC: 63739-932

Herceptin | 50242-134-68 | | KIT | | BLA103792 | Genentech, Inc.

NDC Package Code: 50242-134-68

Product NDC: 50242-134

Kaiser Permanente 00006