# EXHIBIT G

# UC San Diego Health

## CONFIDENTIAL — UC San Diego Health — Restricted Information

Restricted Information is confidential information that is protected by law or University policy and that may include medical information related to a person's health care. It is being faxed to you under appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Re-disclosure without additional patient authorization or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Date: 7.12.17  Time: 3:02pm  No. of Pages: 4

## To

Name: Lauren Vogel

Company: Gomez Trial Attorneys

Phone: _____  Fax: 619-237-3496

## From

Name: VANESSA

Company: UCSD CANCER CENTER

Phone: 760-536-7737  Fax: 760-536-7959

Notes

Confidentiality Notice: This fax contains confidential restricted information. If you received this fax in error, please notify the UC San Diego Health — Privacy Office immediately by calling the phone number 858-657-7487 to arrange for return of these documents. If you received the fax electronically in error, please send the fax to the Privacy Office at 858-657-7488. If you do not receive all pages, please call the sender at the sender's number above.

Medical Group of North County, Inc.

Patient Name: **Pickrell, Joann J**
Patient Number:
Chart Number:

**Procedure**

Service Date: **09/14/09**

Diagnosis: **174.9 Ca Breast Female/USE 174.8 (C50.91)**

Procedure: **J9170 Taxotere 20 Mg (docetaxel)**
Modifiers:
Units: **6**

Service Ctr: **Vista Office**
POS Code: **11 - Office**
Referral:
Authorization:

Provider: **Subramanian, Rupa MD**
Supervisor: **Subramanian, Rupa MD**
Referring: **Subramanian, Rupa MD**

**Financial Details**

Encounter:
Voucher:
Finance Ctr:
Department:

Charge:        $4200.00
Adjustments:   $2031.42
Payments:      $2168.58
Balance:           $0.00

**Insurance Billing**

10/02/2009    United Healthcare

Ailment:

**Notes**

None

Medical Group of North County, Inc.

Patient Name: Pickrell, Joann J
Patient Number:
Chart Number:

**Procedure**

Service Date: 10/05/09

Procedure: J9170 Taxotere 20 Mg (docetaxel)
Modifiers:
Units: 6

Diagnosis: 174.9 Ca Breast Female/USE 174.8 (C50.91)

Service Ctr: Encinitas Office
POS Code: 11 - Office
Referral:
Authorization:

Provider: Subramanian, Rupa MD
Supervisor: Subramanian, Rupa MD
Referring: Subramanian, Rupa MD

**Financial Details**

Encounter:
Voucher:
Finance Ctr:
Department:

Charge:       $4200.00
Adjustments:  $2008.02
Payments:     $2191.98
Balance:         $0.00

**Insurance Billing**

10/08/2009    United Healthcare

Ailment:

**Notes**

None

Page 1 of 1. Printed 7/12/2017 at 1:57:15 PM

Medical Group of North County, Inc.

Patient Name: **Pickrell, Joann J**
Patient Number:
Chart Number:

**Procedure**

Service Date: **10/26/09**

Procedure: **J9170 Taxotere 20 Mg (docetaxel)**
Modifiers:
Units: **6**

Diagnosis: **174.9 Ca Breast Female/USE 174.8 (C50.91)**

Service Ctr: **Vista Office**
POS Code: **11 - Office**
Referral:
Authorization:

Provider: **Subramanian, Rupa MD**
Supervisor: **Subramanian, Rupa MD**
Referring: **Subramanian, Rupa MD**

**Financial Details**

Encounter:
Voucher:
Finance Ctr:
Department:

Charge:        $4200.00
Adjustments:   $2008.02
Payments:      $2191.98
Balance:           $0.00

**Insurance Billing**

10/27/2009    United Healthcare

Ailment:

**Notes**

None

Page 1 of 1. Printed 7/12/2017 at 1:57:46 PM

Medical Group of North County, Inc.

Patient Name: Pickrell, Joann J
Patient Number:
Chart Number:

### Procedure

Service Date: 11/16/09

Procedure: ==J9170 Taxotere 20 Mg (docetaxel)==
Modifiers:
Units: 6

Service Ctr: Vista Office
POS Code: 11 - Office
Referral:
Authorization:

Diagnosis: 174.9 Ca Breast Female/USE 174.8 (C50.91)

Provider: Subramanian, Rupa MD
Supervisor: Subramanian, Rupa MD
Referring: Subramanian, Rupa MD

### Financial Details

Encounter:
Voucher:
Finance Ctr:
Department:

| | |
|---|---|
| Charge: | $4200.00 |
| Adjustments: | $2008.02 |
| Payments: | $2191.98 |
| Balance: | $0.00 |

### Insurance Billing

11/19/2009    United Healthcare

Ailment:

### Notes

None