# EXHIBIT I



**BIG BUSINESS BACKUP AT A SMALL BUSINESS PRICE.**
Surprisingly affordable server-grade hybrid backup.
CARBONITE
LEARN MORE

## McKesson Corporation Contract Details

Defense contract under the Defense Logistics Agency awarded to McKesson Corporation on 2/23/2012.

0 Like

0 G+1

Per the U.S. DoD, * Indicates a "small business" classification and ** indicates a "small disadvantaged business". NOTE: the U.S. DoD only publicly reports contracts valued at $6.5 million USD or greater.

The contract language is EXACTLY as it appears on the official U.S. DoD website (http://www.defense.gov/contracts/) unless otherwise noted.

Contractor: McKesson Corporation
Department: Defense Logistics Agency
Awarded: 2/23/2012

McKesson Corp., San Francisco, Calif., was issued a modification exercising the ninth option year on contract SPM200-03-D-1666/P00030. The award is a firm-fixed-price, prime vendor contract with a maximum $1,227,991,223 for pharmaceuticals and other authorized supplies. Other location of performance is Arizona. Using service is Department of Defense. There were two responses to the Web solicitation. Type of appropriation is fiscal 2012/2013 Defense Working Capital Funds. The date of performance completion is Feb. 28, 2013. The Defense Logistics Agency Troop Support, Philadelphia, Pa., is the contracting activity.

## Total Contract Value: $1,227,991,223

View all contracts that include "McKesson Corporation" in the MiC database.

**E2 IS HYBRID BACKUP AT ITS BEST.**
Local and cloud recovery means that your files are easily retrievable.
CARBONITE
LEARN MORE

| Yearly Totals | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|

By Service / Agency     U.S. Army     U.S. Navy / Marines     U.S. Air Force     Defense Logistics Agency

Special Operations COMmand (SOCOM)     Transportation Command     Defense Advanced Research Projects Agency (DARPA)

Missile Defense Agency     National Geospatial Intelligence Agency     Defense Information Systems Agency

Defense Finance and Accounting     Defense Commissary Agency     Defense Media Activity     Defense Threat Reduction Agency

By Topic     What is the MiC?     Companies     Leaderboard     The Speech     Dwight Eisenhower Biography


WATCH NOW 7 DAYS FREE
FOOTBALL & MORE
Restrictions Apply

**By Agency**



Site Disclaimer   |   Privacy Policy

©2016 www.MilitaryIndustrialComplex.com • Content ©2006-2017 MilitaryIndustrialComplex.com • All Rights Reserved. The MilitaryIndustrialComplex.com logo is unique to this website (unless where indicated) and is protected by all applicable domestic and international intellectual property laws. Unless where indicated, the content presented on this website is from the public domainin any form. Material presented throughout this website is for entertainment and historical value. Images originating from the US DoD do not imply endorsement of this website nor its content.

