# EXHIBIT J



**DEPARTMENT OF THE ARMY**
MADIGAN HEALTHCARE SYSTEM
9040 JACKSON AVENUE
TACOMA, WA 98431-1100

REPLY TO
ATTENTION OF

MCHJ-CSA-P

MEMORANDUM FOR: Medical Record Requesting Organization.

SUBJECT:   National Drug Code (NDC) Disclaimer

    Your request for medical records included a request for a medication history with NDC codes. Military healthcare systems pharmacies do not use NDC codes like the civilian pharmacies. In the military system; NDC codes would only be available pertaining to original shipments (initial bulk shipments) and are not used throughout the distribution process.

    Therefore, individual patient medication distributions do not have assigned NDC codes available. Requests for NDC codes in military systems are generally considered as not able to be completed. While it may be possible to track the distribution history of a specific patient to a specific NDC code, this is outside the scope of normal duties of either correspondence or pharmacy personnel.

    Tracking down specific NDC codes through the supply chain for individual patient prescriptions may take several months, or longer, and is not guaranteed. Additionally, the NDC code available would be for the bulk shipment and not the individual distribution. Requests specifically needing NDC codes of this nature will be handled on a case by case basis through the pharmacy, as time allows. There is no way to "rush" these requests.

                                             Correspondence Section
                                             Madigan Army Medical Center
                                             Tacoma, WA  98431

Printed on Recycled Paper