# EXHIBIT K

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>DECLARATION OF C. BROOKS CUTTER IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND |

I, C. Brooks Cutter, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner at the law firm Cutter Law, P.C., and am counsel of record for the plaintiffs in *Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866; *Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865; *Ernyes-Kofler et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867; and *McCallister et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356. I have personal knowledge of the matters set forth in this declaration, and if called to testify I could and would competently testify to the truth of the matters asserted herein. This declaration is in support of Plaintiff's accompanying Motion to Remand.

2. On December 1, 2016, counsel for Sanofi sent me a letter and an email requesting information about the Plaintiffs' treatment. On December 2, I spoke with Harley Ratliff. I followed up our phone discussion with an email, to which he did not respond. True and correct copies of these emails are attached as Exhibit J.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed this 13th day of July, 2017 in Dubois, Wyoming.

_____
C. Brooks Cutter
*Attorney for Plaintiffs*