# EXHIBIT L

From: Hatten, Madison M. (SHB) [mailto:MHATTEN@shb.com]
Sent: Thursday, December 01, 2016 8:18 AM
To: Brooks Cutter <bcutter@cutterlaw.com>
Cc: Ratliff, Harley V. (SHB) <HRATLIFF@shb.com>; Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
Subject: [Taxotere] Jenkins / Gardner Information Requested

Counsel:

Please see attached.

Please note a response is requested by December 5.

Regards,
Madison


Madison Hatten (SHB)
Associate
Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com


Mail Gate made the following annotations on Thu Dec 01 2016 10:18:08

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.



December 1, 2016

VIA U.S. MAIL AND ELECTRONIC MAIL

C. Brooks Cutter
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, California 95864
bcutter@cutterlaw.com

Harley Ratliff
2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
f 816.421.5547
hratliff@shb.com

Re: *Jenkins v. Sanofi, S.A., et al.*, Case No. RG16838881 (Alameda County County Superior Court);
*Gardner v. Sanofi, S.A., et al.*, Case No. BC640591 (Los Angeles County Superior Court)

Dear Counsel:

Sanofi-aventis U.S. LLC has reviewed the Complaints filed in the *Jenkins* and *Gardner* cases. In order to properly respond to the respective Complaints, sanofi-aventis U.S. LLC must know the location where each of these Plaintiffs was allegedly treated with Taxotere®. We ask that you kindly send this information by Monday, December 5.

Regards,

Harley Ratliff

cc: Rebecca Eickbush (via electronic mail only)

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

7903479 V1

From: Brooks Cutter [mailto:bcutter@cutterlaw.com]
Sent: Thursday, December 1, 2016 4:30 PM
To: Hatten, Madison M. (SHB)
Cc: Ratliff, Harley V. (SHB); Eickbush, Rebecca (SHB)
Subject: RE: [Taxotere] Jenkins / Gardner Information Requested

I'd be happy to discuss your request for informal discovery at a mutually convenient time.

Brooks

C. Brooks Cutter
401 Watt Avenue, Sacramento, CA 95864
Tel (916) 290-9400 | Toll Free (888) 285-3333

---

From: Ratliff, Harley V. (SHB) [mailto:HRATLIFF@shb.com]
Sent: Thursday, December 01, 2016 3:21 PM
To: Brooks Cutter <bcutter@cutterlaw.com>; Hatten, Madison M. (SHB) <MHATTEN@shb.com>
Cc: Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
Subject: RE: [Taxotere] Jenkins / Gardner Information Requested

Brooks –

Good to hear from you.   Many years ago I was in your office taking Guidant defib depositions.   What time works tomorrow?

Harley

---

-----Original Message-----
From: Brooks Cutter [bcutter@cutterlaw.com]
Sent: Thursday, December 01, 2016 05:28 PM Central Standard Time
To: Ratliff, Harley V. (SHB); Hatten, Madison M. (SHB)
Cc: Eickbush, Rebecca (SHB); Celine Cutter
Subject: RE: [Taxotere] Jenkins / Gardner Information Requested

How about 10 AM pacific?

C. Brooks Cutter
401 Watt Avenue, Sacramento, CA 95864
Tel (916) 290-9400 | Toll Free (888) 285-3333

---

From: Ratliff, Harley V. (SHB) [mailto:HRATLIFF@shb.com]
Sent: Thursday, December 01, 2016 4:40 PM
To: Brooks Cutter <bcutter@cutterlaw.com>; Hatten, Madison M. (SHB) <MHATTEN@shb.com>
Cc: Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>; Celine Cutter <ccutter@cutterlaw.com>
Subject: RE: [Taxotere] Jenkins / Gardner Information Requested

That's fine. Call you then.


sent from mobile


-------------------------------------------------------------------------------------------------------------------


From: Brooks Cutter
Sent: Friday, December 02, 2016 10:45 AM
To: 'Ratliff, Harley V. (SHB)' <HRATLIFF@shb.com>
Subject: taxotere

Hi Harley,

In follow up to our discussion I wanted to inquire if your client would be willing to share some information with us informally about Sanofi's use of McKesson as a distributor of taxotere in California. Just a list of years and facilities if that exists. An issue that we are encountering is that it's not uncommon for NDC codes to be missing from the records we receive.

Thanks,
Brooks

C. Brooks Cutter
401 Watt Avenue, Sacramento, CA 95864
Tel (916) 290-9400 | Toll Free (888) 285-3333