# EXHIBIT M

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> DECLARATION OF CELINE E. CUTTER IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND |

I, Celine E. Cutter, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate at the law firm Cutter Law, P.C., counsel of record for the plaintiffs in *Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866; *Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865; *Ernyes-Kofler et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867; and *McCallister et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356. I have personal knowledge of the matters set forth in this declaration, and if called to testify I could and would competently testify to the truth of the matters asserted herein.

2. On February 2, I sent a list of facilities and dates where our clients received chemotherapy to counsel for McKesson. On March 22, counsel for McKesson replied that McKesson "did not distribute Taxotere to any of the locations" on the list. On March 24, I asked counsel to explain why my client's records listed McKesson Packaging Services, if McKesson had not distributed to that facility. Counsel responded that McKesson had only checked for "brand Taxotere" and not generic docetaxel in response to my inquiry, and requested that I send NDC numbers. True and correct copies of these emails are attached as Exhibit K.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed this 13th day of July, 2017 in Oakland, California.

Celine E. Cutter

*Attorney for Plaintiffs*