# EXHIBIT N

**From:** Celine Cutter [mailto:ccutter@cutterlaw.com]
**Sent:** Thursday, February 02, 2017 3:51 PM
**To:** Cortina, Samuel Christopher
**Subject:** RE: McCallister (McKesson/Taxotere) - Sacramento Superior Court

- External Email -

Hi Sam,

Here is a list of facilities where our clients were treated with Taxotere, and the dates when they were treated. Thank you for your help with this.

| Facility | Address of Facility | Dates of Treatment |
|---|---|---|
| Valley Medical Oncology Consultant | 2500 Mowry Avenue Suite 227 Fremont CA 94538 | 8/13/2013 - 12/2/2013 |
| Kaiser Permanente Northern California | 710 Lawrence Expressway Santa Clara CA 95051 | 9/12/2012 - 9/28/2013 |
| Martin Luther King Jr. Multi-Service Ambulatory Care Center Hematology-Oncology Clinic | 1670 E 120th Street Los Angeles CA 90059 | 7/15/2009 - 8/5/2009 |
| Stanford Health Care Blake Wilbur Clinics | 900 Blake Wilbur Drive Stanford, CA 94305 | 8/13/2012 - 10/15/2012 |
| City of Hope Medical Foundation South Pasadena | 209 Fair Oaks Avenue South Pasadena, CA, 91030 | 05/2009 - 10/2011 |
| St. Jude Medical Center/ St. Joseph Heritage Healthcare | 2151 N. Harbor Blvd. Fullerton, CA 92835 | 7/7/2008 - 9/29/2008 |
| City of Hope/Wilshire Oncology Medical Group | 1280 Corona Point Court Corona CA 92879 | 10/2012 - 11/2013 |
| Sutter Health Alta Bates Carol Ann Read Breast Health Center | 3100 Summit St. Oakland CA 94609 | 12/19/2007 - 1/9/2008 |
| St. Jude Heritage Medical Group Infusion Center | 2151 N Harbor Blvd Suite 2200 Fullteron, CA 92835 | 8/2014 - 10/31/2014 |
| South Pasadena Cancer Center | 209 Fair Oaks Ave South Pasadena CA 91030 | 3/2010 - 3/2011 |
| Kaiser Permanente Walnut Creek Medical Center | 1425 S Main Street Walnut Creek CA 94596 | 12/20/2010 - 4/4/2011 |
| Kaiser Permanente Northern California | 2025 Morse Avenue Sacramento, CA 95825 | 5/10/2012 - 8/31/2012 |

| | | |
|---|---|---|
| XiMed Medical Group | 9850 Genesee Avenue<br>La Jolla CA 92037 | 2/14/2007 -<br>5/30/2007 |
| Sutter Solano<br>Medical Center/Mt. Diablo Solano Oncology | 100 Hospital Drive<br>Vallejo, CA 94589 | 10/4/2012 -<br>11/21/2012 |
| Dr. Purewal | 165 St. Dominics Dr Suite 120<br>Manteca CA 95337 | 5/2009 - 12/2009 |

**Celine Cutter** | Attorney
**CUTTER LAW P.C.**
(916) 290-9426


**From:** Cortina, Samuel Christopher
**Sent:** Thursday, February 02, 2017 4:11 PM
**To:** Celine Cutter
**Cc:** Park, Julie Y.; Bosman, Erin M.
**Subject:** RE: McCallister (McKesson/Taxotere) - Sacramento Superior Court

Celine, thank you for your help as well.  We will get back to you as soon as we can.

Cheers,
Sam

**Samuel Cortina**
P: +1 (858) 720-5104

**From:** Park, Julie Y. [mailto:JuliePark@mofo.com]
**Sent:** Wednesday, March 22, 2017 9:09 PM
**To:** Celine Cutter <ccutter@cutterlaw.com>; Brooks Cutter <bcutter@cutterlaw.com>
**Cc:** Bosman, Erin M. <EBosman@mofo.com>; Cortina, Samuel Christopher <SCortina@mofo.com>
**Subject:** RE: McCallister (McKesson/Taxotere) - Sacramento Superior Court

Brooks and Celine:  We received the below chart from Celine with dates and places that your clients received Taxotere.  McKesson has confirmed that it did not distribute Taxotere to any of the locations on your chart.  The only exception is that McKesson did distribute to a different Stanford facility than the one on your chart, but not during the time period indicated.

In light of this information, we would ask that you voluntarily dismiss McKesson from the cases represented by the dates and locations in the chart below.  Please let us know if you have any questions.

Best regards,
Julie

**Julie Y. Park** | Attorney
Morrison & Foerster LLP
12531 High Bluff Drive | San Diego, CA 92130-2040
P: +1 (858) 314.7560 | F: +1 (858) 720.5125
JuliePark@mofo.com | www.mofo.com

***Visit MoFo's* Class Dismissed *Blog***
Class Action and Product Insights for Your Business

**From:** Celine Cutter [mailto:ccutter@cutterlaw.com]
**Sent:** Friday, March 24, 2017 4:46 PM
**To:** Park, Julie Y.; Brooks Cutter
**Cc:** Bosman, Erin M.; Cortina, Samuel Christopher
**Subject:** RE: McCallister (McKesson/Taxotere) - Sacramento Superior Court

Thanks for getting back to us, Julie.

I do have a follow-up question. We have obtained records that seem to contradict this. I'm attaching an example – the pharmacy records for the patient listed below who was treated at Kaiser Permanente Northern California from 9/12/2012-9/28/2013. On the last page it lists the NDC codes for the various drugs she received, and explicitly lists docetaxel from McKesson Packaging Services. Can you explain the discrepancy?

Thank you,
Celine

**Celine Cutter** |  Attorney
**CUTTER LAW P.C.**
(916) 290-9426


**From:** Park, Julie Y.
**Sent:** Monday, April 10, 2017 10:12 PM
**To:** Celine Cutter; Brooks Cutter
**Cc:** Bosman, Erin M.; Cortina, Samuel Christopher
**Subject:** RE: McCallister (McKesson/Taxotere) - Sacramento Superior Court

Celine:  Thanks for sending this.

There was a misunderstanding about product ID - McKesson only looked for Taxotere NDCs (i.e., brand Taxotere).  Please let us know which NDC(s) correspond to which centers and we can get additional information on this.

We're also looking into the dates; I don't believe McKesson Packaging sold docetaxel at the time your client received it, but we'll get back to you on that one.

Best regards,
Julie

**Julie Y. Park**
P: +1 (858) 314.7560 | F: +1 (858) 720.5125