# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Karen Touchi-Peters v. Sanofi S.A. et. al* Case No. 2:16-cv-15314 | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff Karen Marie Touchi-Peters respectfully asks this Court to substitute attorney Alexandra Robertson in place of attorneys Michael K. Johnson and Peter C. Snowdon. In support of this Motion, she states as follows: Attorneys Michael K. Johnson and Peter C. Snowdon will no longer be representing Plaintiff in this case. Attorney Snowdon is no longer affiliated with Johnson Becker PLLC. They do not need notice of filings and request to be removed from all service listings. Attorney Alexandra W. Robertson will be substituted in as counsel of record. Attorney Timothy J. Becker will continue to represent Plaintiff.

WHEREFORE, Plaintiff hereby respectfully asks that this Court to permit attorneys Michael K. Johnson and Peter C. Snowdon to be removed as counsel of record and to remove them from all service lists as counsel for Plaintiff, and to enter the appearance of attorney Alex W. Robertson.

Dated: July 13, 2017

Respectfully Submitted,

-and-

/s/ Michael K. Johnson  
Michael K. Johnson, Esq.  
MN Bar #0258696  
**Johnson Becker, PLLC**  
444 Cedar Street, Suite 1800  
St. Paul, Minnesota 55101  
Telephone: (612) 436-1800  
Fax: (612) 436-1801  
mjohnson@johnsonbecker.com

/s/ Alexandra W. Robertson  
Alexandra W. Robertson, Esq. MN Bar #395619  
Timothy J. Becker, Esq. MN Bar #256663  
**Johnson Becker, PLLC**  
444 Cedar Street, Suite 1800  
St. Paul, Minnesota 55101  
Telephone: (612) 436-1800  
Fax: (612) 436-1801  
arobertson@johnsonbecker.com  
tbecker@johnsonbecker.com

/s/ Peter C. Snowdon  
Peter C. Snowdon, Esq.  
MN Bar #0389642

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                  */s/ Alexandra W. Robertson*