**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Karen Touchi-Peters v. Sanofi S.A. et. al* Case No. 2:16-cv-15314 | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

**<u>ORDER</u>**

Plaintiff's Motion to Substitute Counsel was submitted to the Court on July 13, 2017.  Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel of record is hereby GRANTED. Attorneys Michael K. Johnson and Peter C. Snowdon are hereby removed as counsel of record from the case.  Attorney Alexandra W. Robertson shall be substituted in as counsel of record. Attorney Timothy J. Becker shall remain as counsel of record for Plaintiff.

Dated: _____          _____
                                                      The Hon. Kurt D. Engelhardt