UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2740 |
| | § | |
| _____ | § | SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* | § § | CHIEF JUDGE KURT D. ENGELHARDT |
| | § | MAG. JUDGE MICHAEL B. NORTH |
| *Jacqueline Sims v. Sandoz, Inc., et al.* | § | |
| No. 16-cv-15566-KDE-MBN | § | |
| | § | |
| _____ | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT ACTAVIS PHARMA, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff

Jacqueline Sims hereby gives notice of her voluntary dismissal without prejudice of defendant

Actavis Pharma, Inc., only.


DATED: July 14, 2017                    Respectfully submitted,

                                        /s/ Andrew Geiger
                                        Andrew Geiger, Esq.
                                        Allan Berger, Esq.
                                        Allan Berger and Associates
                                        4173 Canal Street
                                        New Orleans, LA 70119
                                        Office Phone: (504) 526-2222
                                        Fax: (504) 483-8130
                                        ageiger@bergerlawnola.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: July 14, 2017

/s/ Andrew Geiger