UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: Robin Showalter v. Sandoz, Inc., et al. No. 17-cv-4732-KDE-MBN | § § § § § § § | CHIEF JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT ACTAVIS PHARMA, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robin Showalter hereby gives notice of her voluntary dismissal without prejudice of defendant Actavis Pharma, Inc., only.

DATED: July 14, 2017

Respectfully submitted,

/s/ Andrew Geiger
Andrew Geiger, Esq.
Allan Berger, Esq.
Allan Berger and Associates
4173 Canal Street
New Orleans, LA 70119
Office Phone: (504) 526-2222
Fax: (504) 483-8130
ageiger@bergerlawnola.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: July 14, 2017

/s/ Andrew Geiger