UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## STIPULATION CONCERNING AMENDMENTS TO PLAINTIFFS' MASTER LONG FORM COMPLAINT, EXEMPLAR SHORT FORM COMPLAINT AND PLAINTIFFS' FACT SHEET

Now Into Court, through undersigned counsel, come Plaintiffs and Defendants who stipulate as follows:

Plaintiffs will amend the Master Long Form Complaint and Exemplar Short Form Complaint to (1) replace defendant Hospira Worldwide, Inc. *with* Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; (2) remove defendant Sun Pharma Global Inc.; (3) replace defendant Caraco Pharmaceutical Laboratories Ltd. *with* Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; and (4) replace Allergan Finance LLC f/k/a Actavis Inc. *with* Actavis LLC f/k/a Actavis Inc.

Defendants Hospira Worldwide, Inc., Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., and Allergan Finance LLC f/k/a Actavis Inc. will be dismissed without prejudice, and these Defendants shall have no obligation to plead or otherwise participate in this litigation.

Plaintiffs will amend the Plaintiff Fact Sheet to update the chart of entities provided in Section III, Production Identification to reflect only those entities named as defendants in Plaintiffs' Amended Master Long Form Complaint and Amended Short Form Complaint.

Any Plaintiff who had previously filed a case need not refile it to reflect the changes set forth in this Order and need not re-serve the defendant(s), with the exception of cases previously served on Sun Pharmaceuticals, Inc. f/k/a Caraco Laboratories Ltd. via the Docetaxel@hinshawlaw.com email address.[1] Any Plaintiff who previously served a complaint via the Docetaxel@hinshawlaw.com email while the stay was in place as to Sun Pharmaceuticals, Inc. f/k/a Caraco Laboratories Ltd. must re-serve his/her complaint via the terms of the amending Pretrial Order No. 39A on Sun Pharmaceutical Industries, Inc.

Also, the parties will work cooperatively to provide the Clerk of Court with a joint list of cases that name the Defendants to be replaced, so that the Defendants being dismissed without prejudice may be terminated in any individual ECF docket and the substituted Defendants may be added therein. The parties will do so within sixty (60) days of filing Plaintiffs' Amended Master Long Form and Short Form Complaints. Defendants also agree that Short Form Complaints and Plaintiff Fact Sheets which identify a Defendant to be dismissed will be read as naming the replacement Defendant identified above, and that accordingly such Short Form Complaints and Plaintiff Fact Sheets need not be resubmitted or amended.

These amendments will not reset or alter any responsive deadlines for any Defendant not being dismissed pursuant to this Stipulation and will relate back to the date an individual plaintiff filed a complaint in this matter.

Dated: July 14, 2017

---

[1] See Pretrial Orders No. 32A, 39A, and 40A.

Respectfully submitted:

| | |
|---|---|
| /s/Dawn M. Barrios | /s/M. Palmer Lambert |
| Dawn M. Barrios (#2821) | M. Palmer Lambert (#33228) |
| **Barrios, Kingsdorf & Casteix, LLP** | **Gainsburgh Benjamin David Meunier & Warshauer, LLC** |
| 701 Poydras Street, Suite 3650 | 2800 Energy Centre, 1100 Poydras Street |
| New Orleans, LA 70139 | New Orleans, LA 70163-2800 |
| Telephone: 504-524-3300 | Telephone: 504-522-2304 |
| Facsimile: 504-524-3313 | Facsimile: 504-528-9973 |
| E-Mail: barrios@bkc-law.com | E-Mail: plambert@gainsben.com |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |
| /s/ Douglas J. Moore | /s/ John F. Olinde |
| Douglas J. Moore (Bar No. 27706) | John F. Olinde (Bar No. 1515) |
| **Irwin Fritchie Urquhart & Moore LLC** | **Chaffe McCall, L.L.P.** |
| 400 Poydras Street, Suite 2700 | 1100 Poydras Street |
| New Orleans, LA 70130 | New Orleans, LA 70163 |
| Telephone: 504-310-2100 | Telephone: 504-585-7000 |
| Facsimile: 504-310-2120 | Facsimile: 504-585-7075 |
| E-Mail: dmoore@irwinllc.com | E-Mail: olinde@chaffe.com |
| *Defendants' Liaison Counsel* | *Defendants' Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT

3