UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PROPOSED ORDER CONCERNING AMENDMENTS TO
PLAINTIFFS' MASTER LONG FORM COMPLAINT, EXEMPLAR SHORT FORM
COMPLAINT  AND PLAINTIFFS' FACT SHEET**

　　　　By stipulation, the parties have informed the Court that Plaintiffs will be amending their Master Long Form Complaint and Exemplar Short Form Complaint in the following manner:

　　　　(1) replace defendant Hospira Worldwide, Inc. *with* Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.;

　　　　(2) remove defendant Sun Pharma Global Inc.;

　　　　(3) replace defendant Caraco Pharmaceutical Laboratories Ltd. *with* Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; and

　　　　(4) replace Allergan Finance LLC f/k/a Actavis Inc. *with* Actavis LLC f/k/a Actavis Inc. Plaintiffs will likewise amend the Plaintiff Fact Sheet to reflect only those entities named as defendants in Plaintiffs' Amended Complaint.

　　　　Defendants Hospira Worldwide, Inc., Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., and Allergan Finance LLC f/k/a Actavis Inc. shall be dismissed without prejudice, upon the Clerk of Court being apprised of the cases in which they are parties, and these Defendants shall have no obligation to plead or otherwise participate in this litigation as of the date hereof. These amendments will not reset or alter the deadline for responding to the

Master Long Form Complaint, Exemplar Short Form Complaint, or Plaintiff Fact Sheet for any Defendant not being dismissed pursuant to the Stipulation and this Order.

Any Plaintiff who had previously filed a case need not refile it to reflect the changes set forth in this Order and need not re-serve the defendant(s), with the exception of cases previously served on Sun Pharmaceuticals, Inc. f/k/a Caraco Laboratories Ltd. via the Docetaxel@hinshawlaw.com email address  Any Plaintiff who previously served a complaint via the Docetaxel@hinshawlaw.com email while the stay was in place as to Sun Pharmaceuticals, Inc. f/k/a Caraco Laboratories Ltd. must re-serve his/her complaint via the terms of the amending Pretrial Order No. 39A on Sun Pharmaceutical Industries, Inc.

Further, because not all cases name the defendants to be replaced as described above, within sixty (60) days of filing Plaintiffs' Amended Master Long Form and Amended Exemplar Short Form Complaints, the parties will provide the Clerk of Court with a list of cases that name the defendants to be removed or replaced. For each of the listed cases, plaintiffs will identify the defendant(s) to be removed or replaced, which will be dismissed without prejudice, and the defendants to be added.

New Orleans, Louisiana, this _____ day of _____, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE