MINUTE ENTRY
ENGELHARDT, J.
July 12, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

     A telephone conference was conducted on Wednesday, July 12, 2017, at 10:00 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore [Sanofi: Harley Ratliff] and John F. Olinde [(505(b)(2)] for the defendants. Also in attendance were Plaintiff Steering Committee lead counsel Christopher L. Coffin and Karen B. Menzies and Plaintiff Steering Committee member Andrew A. Lemmon. Judge Engelhardt's Law Clerks Chynna Anderson and Jennifer Rogers were in attendance as well.

(JS10: 1:00)