**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                      SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Castagnola v. Sanofi S.A., et al.*, **2:17-cv-03864-KDE-MBN (E.D. La.)**
*Ernys-Kofler v. Sanofi S.A., et al.*, **2:17-cv-03867-KDE-MBN (E.D. La.)**
*Fuller v. Sanofi S.A., et al.*, **2:17-cv-01812-KDE-MBN (E.D. La.)**
*Gardner v. Sanofi S.A., et al.*, **2:17-cv-03865-KDE-MBN (E.D. La.)**
*Jenkins v. Sanofi S.A., et al.*, **2:17-cv-03866-KDE-MBN (E.D. La.)**
*McCallister, et al v. Sanofi S.A., et al.*, **2:17-cv-02356-KDE-MBN (E.D. La.)**
*Pickrell v. Sanofi S.A., et al.*, **2:17-cv-01813-KDE-MBN (E.D. La.)**
*Smith v. Sanofi S.A., et al.*, **2:17-cv-05832-KDE-MBN (E.D. La.)**
*West v. Sanofi U.S. Services Inc., et al.*, **2:17-cv-02067-KDE-MBN (E.D. La.)**
*Wright v. Sanofi S.A., et al.*, **2:17-cv-01814-KDE-MBN (E.D. La.)**

<u>**ORDER**</u>

Considering the Motion for Leave to File Response to Plaintiff's Supplemental Memorandum in Support of Plaintiffs' Motion to Remand (Rec. Doc. 641), filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Response to Plaintiff's Supplemental Memorandum in Support of Plaintiffs' Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana this _____17th_____ day of _____July_____, _____2017_____.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1