**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: TAXOTERE (DOCETAXEL)                        MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "N" (5)


**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Ernys-Kofler, et al. v. Sanofi S.A., et al.*, **2:17-cv-03867-KDE-MBN (E.D. La.)**
*McCallister, et al. v. Sanofi S.A., et al.*, **2:17-cv-02356-KDE-MBN (E.D. La.)**

<u>**ORDER**</u>

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of

its Opposition to Plaintiffs' Omnibus Motion to Remand, filed by Defendant, sanofi-aventis U.S.

LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-

aventis U.S. LLC's proposed Notice of Supplemental Authority in Support of its Opposition to

Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.


_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE