# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**
*Celeste West, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* 2:17-cv-2067

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF CELESTE WEST'S *EX PARTE* MOTION TO WITHDRAW REMAND MOTION (REC. DOC. 469) AND PLAINTIFFS' SUPPLEMENTAL MEMORANDUM (REC. DOC. 628) AS TO DOCKET NO. 2:17-CV-2067 ONLY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Celeste West, Case No. 2:17-cv-2067, and submits to jurisdiction in this Court.

**WHEREFORE**, Plaintiff hereby requests that the Court withdraw Plaintiff's motion for remand (REC. DOC. 628) and Plaintiffs' Supplemental Memorandum (REC. DOC. 628) only as to Case No. 2:17-cv-2067.

Respectfully Submitted,

   /s/Hunter J. Shkolnik
Hunter J. Shkolnik, Esquire
Christopher R. LoPalo, Esquire
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
*Attorneys for Plaintiff Celeste West*
Hunter @napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      /s/Hunter J. Shkolnik
Hunter J. Shkolnik, Esquire
Christopher R. LoPalo, Esquire
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
*Attorneys for Plaintiff Celeste West*
Hunter @napolilaw.com