## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**               **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                               **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**
*Celeste West, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* 2:17-cv-2067

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

PLAINTIFF CELESTE WEST'S *EX PARTE* Motion to Withdraw the Remand Motion

(REC. DOC. 469) and Plaintiff's Supplemental Memorandum (REC. DOC. 628) only as to

Docket No. 2:17-cv-2067 was submitted to the Court on July 18, 2017. Based on the Motion and

the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Withdraw the Remand Motion (REC. DOC. 469) and Plaintiffs'

Supplemental Memorandum (REC. DOC. 628) only as to Docket No. 2:17-cv-2067 is hereby

GRANTED. By submitting to jurisdiction, Case No. 2:17-cv-2067 will remain in the MDL.


Dated: _____          _____
                                               The Hon. Kurt D. Engelhardt