IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY CASE
2:16-MD-02740-KDE-MBN

| | |
|---|---|
| PEARL MITCHELL, | C/A No. 2:16-CV-15578-KDE-MBN |
| Plaintiff, | SECTION "N" (5) |
| v. | HON. KURT D. ENGELHARDT |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | |
| Defendants. | |

## PARTIAL MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff Pearl Mitchell, and Joshua Christian, who hereby move to remove Joshua Christian as counsel of record, and continue to have Kennedy Hodges, LLP, David W. Hodges, and Gabriel A. Assaad as counsel of record for the following reasons:

Attorney Joshua Christian, whose law practice is based in South Carolina, represented Plaintiff Mitchell as local counsel when filing her original complaint in the District of South Carolina, Columbia Division. David W. Hodges and Gabriel A. Assaad are currently representing other plaintiffs in the present MDL, and the present MDL is distant in proximity from attorney Joshua Christian's practice. Further, Joshua Christian does not represent any other clients in the Taxotere MDL. Undersigned counsel Gabriel A. Assaad hereby certifies that he has communicated with Plaintiff Pearl Mitchell and attorney Joshua Christian – all have agreed to the removal of

Joshua Christian as counsel of record, and the continuance of Kennedy Hodges, LLP, David W. Hodges, and Gabriel A. Assaad as counsel of record for Plaintiffs.

        Respectfully submitted:

        CHRISTIAN & DAVIS, LLC

        By:  s/Joshua D. Christian
        Joshua Christian
        jchristian@christiananddavis.com
        1007 E. Washington St.
        Greenville, SC 29601
        Telephone: (864) 232-7363
        Facsimile: (864) 370-3731

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record have been notified of this motion via CM/ECF, which will electronically serve a copy of the foregoing on all parties on July 19, 2017.

        By: /s/ Joshua Christian
        Joshua Christian