UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Ernys-Kofler, et al. v. Sanofi S.A., et al.*, 2:17-cv-03867-KDE-MBN (E.D. La.)
*McCallister, et al. v. Sanofi S.A., et al.*, 2:17-cv-02356-KDE-MBN (E.D. La.)

## ORDER

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand (Rec. Doc. 648), filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana this  18th  day of  July , 2017 .

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE