**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL NO. 2740** |
| | ) | **SECTION "N" (5)** |
| | ) | **HON. KURT D. ENGELHARDT** |
| | ) | |
| | ) | **This Document Relates to:** |
| | ) | *Diana M. Fassl v. Actavis Pharma, Inc.,* |
| | ) | *et al.;* 2:17-cv-02360 |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE FOR DEFENDANT ACTAVIS PHARMA INC.**

COMES NOW plaintiff, in the above styled action, by their attorneys, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby voluntarily dismiss defendant Actavis Pharma, Inc. with prejudice. Each party to bear their own fees and costs. This should not be construed to apply to any of the remaining Defendants in these cases.

July 19, 2017                                    Respectfully Submitted,

                                                  */s/ David F. Miceli*
                                                  David F. Miceli (GA Bar No. 503900)
                                                  Holly Nighbert (MO Bar No. 64548)
                                                  **SIMMONS HANLY CONROY**
                                                  One Court Street
                                                  Alton, IL 62002
                                                  Telephone (618) 259-2222
                                                  Facsimile (618) 259-2251
                                                  dmiceli@simmonsfirm.com
                                                  hnighbert@simmonsfirm.com

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        */s/ David F. Miceli*
                                        David F. Miceli