UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)             MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

THIS DOCUMENT RELATES TO:                SECTION "N" (5)
ALL CASES

**PRETRIAL ORDER NO. 51**
**(Order from July 7, 2017 Status Conference)**

A status conference was held on July 7, 2017, at 10:00 a.m. in Judge Kurt D. Engelhardt's courtroom. At the conference, Plaintiffs' Liaison Counsel, Dawn Barrios and Palmer Lambert, and Defendants' Liaison Counsel, Douglas Moore and John Olinde, reported to the Court on the topics listed in "Joint Report No. 4 of Liaison Counsel" (Rec. Doc. 622). **IT IS ORDERED** that:

(1) The next status conference will take place on **Friday, September 8, at 10:00 a.m.** in Judge Engelhardt's courtroom, with the meeting of liaison counsel at 8:30 a.m. and meeting of the Plaintiffs' Steering Committee at 9:00 a.m. The Court has set up a conference line for the status conference. To participate, call (800) 260-0712 and enter access code 427302.[1]

(2) A teleconference regarding issues related to personal jurisdiction discovery shall take place on **Wednesday, July 12, 2017, at 10:00 a.m.** Counsel are to email their respective positions to the Court (chynna_anderson@laed.uscourts.gov) by **3:00 p.m. on Tuesday, July 11, 2017**.

(3) Liaison counsel shall submit four (4) proposed bellwether trial dates in 2019 to the Court by **5:00 pm. on Wednesday, July 12, 2017**.

---

[1] In "Joint Report No. 4 of Liaison Counsel" (Rec. Doc. 622), the access code for the call was incorrectly listed as 423344. The code provided within this Order is the correct access code for the conference line.

(4) Liaison counsel shall have until **5:00 p.m. on Wednesday, July 19, 2017**, to submit a revised Case Management Order for the first bellwether trial to take place in 2018, which details the bifurcated discovery process contemplated at the July 7, 2017 status conference. Specifically, the first phase of discovery shall consist of limited discovery on proposed plaintiffs with the goal of designating and ranking which plaintiffs are most appropriately designated as trial plaintiffs. Further, the second phase of discovery shall consist of "trial discovery" on those plaintiffs who have been selected for trial.

(5) Liaison counsel are to confer with the chairpersons for each Settlement Committee regarding a date to participate in a teleconference with the Court.

(6) Following the conclusion of any liaison counsel meeting, teleconference, or status conference, liaison counsel shall submit a proposed order summarizing any important instructions, dates, and/or deadlines contemplated by the Court. Counsel shall submit such proposed order by 5:00 p.m. on the second business day following the meeting, teleconference, or status conference.

New Orleans, Louisiana, this 18th day of July 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT