**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL NO. 2740** |
| | ) | **SECTION "N" (5)** |
| | ) | **HON. KURT D. ENGELHARDT** |
| | ) | |
| | ) | **This Document Relates to:** |
| | ) | *Diana M. Fassl v. Allergan Finance LLC,* |
| | ) | *et al.; 2*:17-cv-02360; |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE FOR DEFENDANT ALLERGAN FINANCE LLC**

COMES NOW plaintiff, in the above styled action, by their attorneys, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby voluntarily dismiss defendant Allergan Finance LLC with prejudice. Each party to bear their own fees and costs. This should not be construed to apply to any of the remaining Defendants in these cases.

July 20, 2017                                             Respectfully Submitted,

/s/ David F. Miceli
David F. Miceli (GA Bar No. 503900)
Holly Nighbert (MO Bar No. 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                              */s/ David F. Miceli*
                              David F. Miceli