# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Celeste West, v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC, et. al.,* 2:17-cv-2067

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

PLAINTIFF CELESTE WEST'S *EX PARTE* Motion to Withdraw the Remand Motion (REC. DOC. 469) and Plaintiff's Supplemental Memorandum (REC. DOC. 628) only as to Docket No. 2:17-cv-2067 was submitted to the Court on July 18, 2017. *See* Rec. Doc. 650. Based on the Motion and the facts in the record, **IT IS HEREBY ORDERED**:

Plaintiff's Motion to Withdraw the Remand Motion (REC. DOC. 469) and Plaintiffs' Supplemental Memorandum (REC. DOC. 628) only as to Docket No. 2:17-cv-2067 is hereby **GRANTED**. By submitting to jurisdiction, Case No. 2:17-cv-2067 will remain in the MDL.

New Orleans, Louisiana this 20th day of July, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**