UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                              MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                                         SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER RESCHEDULING STATUS CONFERENCE

The in-person status conference scheduled for July 26, 2017 at 2:00 p.m. in the above

matter is hereby rescheduled to begin at **3:30 p.m.** on that same date before Magistrate

Judge Michael B. North, 500 Poydras Street, Hale Boggs Building, Room B419, New Orleans,

Louisiana.

New Orleans, Louisiana, this 20th day of _____ July _____, 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE