UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Allen, Charlene and Alvin v. Sanofi S.A., et al.*, 2:17-cv-03871-KDE-MBN (E.D. La.)
*Anthony, Vera v. Sanofi S.A., et al.*, 2:17-cv-03870-KDE-MBN (E.D. La.)
*Arrington, Teresa v. Sanofi S.A., et al.*, 2:17-cv-03893-KDE-MBN (E.D. La.)
*Austin, Doylene and Herman v. Sanofi S.A., et al.*, 2:17-cv-03894-KDE-MBN (E.D. La.)
*Blunt, Annie P. v. Sanofi S.A., et al.*, 2:17-cv-03895-KDE-MBN (E.D. La.)
*Brooks, Pearl v. Sanofi S.A., et al.*, 2:17-cv-03896-KDE-MBN (E.D. La.)
*Brooks, Vera v. Sanofi S.A., et al.*, 2:17-cv-03897-KDE-MBN (E.D. La.)
*Bryant, Mary and Otis v. Sanofi S.A., et al.*, 2:17-cv-03901-KDE-MBN (E.D. La.)
*Carlisle, Fannie v. Sanofi S.A., et al.*, 2:17-cv-03904-KDE-MBN (E.D. La.)
*Chapman, Beverly and George v. Sanofi S.A., et al.*, 2:17-cv-03905-KDE-MBN (E.D. La.)
*Chappell, Diane v. Sanofi S.A., et al.*, 2:17-cv-03906-KDE-MBN (E.D. La.)
*Coleman, Shirley and Johnny v. Sanofi S.A., et al.*, 2:17-cv-03908-KDE-MBN (E.D. La.)
*Cook, Vertie v. Sanofi S.A., et al.*, 2:17-cv-03909-KDE-MBN (E.D. La.)
*Cross, Anginelia and Jonathan v. Sanofi S.A., et al.*, 2:17-cv-03910-KDE-MBN (E.D. La.)
*Darden, Gayle v. Sanofi S.A., et al.*, 2:17-cv-03911-KDE-MBN (E.D. La.)
*Davis, Letha v. Sanofi S.A., et al.*, 2:17-cv-03912-KDE-MBN (E.D. La.)
*Evans, Verna and Bobby v. Sanofi S.A., et al.*, 2:17-cv-005419-KDE-MBN (E.D. La.)
*Fair, Rosa and Clean Crocket v. Sanofi S.A., et al.*, 2:17-cv-03917-KDE-MBN (E.D. La.)
*Freeman, Catherine and Henry v. Sanofi S.A., et al.*, 2:17-cv-03932-KDE-MBN (E.D. La.)
*Garrett, Trena v. Sanofi S.A., et al.*, 2:17-cv-03933-KDE-MBN (E.D. La.)
*Gradney, Debra and Victor v. Sanofi S.A., et al.*, 2:17-cv-01891-KDE-MBN (E.D. La.)
*Hampton, Angela v. Sanofi S.A., et al.*, 2:17-cv-03935-KDE-MBN (E.D. La.)
*Harmon, Kathryn and Edgar v. Sanofi S.A., et al.*, 2:17-cv-03938-KDE-MBN (E.D. La.)
*Haynes, Virgie v. Sanofi S.A., et al.*, 2:17-cv-03939-KDE-MBN (E.D. La.)
*Haywood, Ada v. Sanofi S.A., et al.*, 2:17-cv-03941-KDE-MBN (E.D. La.)
*Howard, Sindy v. Sanofi S.A., et al.*, 2:17-cv-03949-KDE-MBN (E.D. La.)
*Jackson, Norma v. Sanofi S.A., et al.*, 2:17-cv-03953-KDE-MBN (E.D. La.)
*Knighten, Dell and Joseph v. Sanofi S.A., et al.*, 2:17-cv-03954-KDE-MBN (E.D. La.)
*Lamb, Agnes v. Sanofi S.A., et al.*, 2:17-cv-03962-KDE-MBN (E.D. La.)
*Lewis, Lynda v. Sanofi S.A., et al.*, 2:17-cv-03965-KDE-MBN (E.D. La.)
*Livings, Gail v. Sanofi S.A., et al.*, 2:17-cv-03968-KDE-MBN (E.D. La.)
*Locke, Wanda and Steven v. Sanofi S.A., et al.*, 2:17-cv-03977-KDE-MBN (E.D. La.)

*Marbury, Annie v. Sanofi S.A., et al.*, 2:17-cv-03979-KDE-MBN (E.D. La.)
*Marino, Patricia v. Sanofi S.A., et al.*, 2:17-cv-02891-KDE-MBN (E.D. La.)
*Mullins, Diana v. Sanofi S.A., et al.*, 2:17-cv-04008-KDE-MBN (E.D. La.)
*Myrick, Alice v. Sanofi S.A., et al.*, 2:17-cv-04009-KDE-MBN (E.D. La.)
*Nation, Beverly A. v. Sanofi S.A., et al.*, 2:17-cv-04011-KDE-MBN (E.D. La.)
*Nemec, Evelyn v. Sanofi S.A., et al.*, 2:17-cv-04012-KDE-MBN (E.D. La.)
*Nevels, Shirley and Albert v. Sanofi S.A., et al.*, 2:17-cv-04014-KDE-MBN (E.D. La.)
*Nixon, Bessie v. Sanofi S.A., et al.*, 2:17-cv-03978-KDE-MBN (E.D. La.)
*Payton, Sharon and Fredrick v. Sanofi S.A., et al.*, 2:17-cv-03974-KDE-MBN (E.D. La.)
*Ray, Rose v. Sanofi S.A., et al.*, 2:17-cv-03969-KDE-MBN (E.D. La.)
*Robinson, Mary A. and Emerson v. Sanofi S.A., et al.*, 2:17-cv-03967-KDE-MBN (E.D. La.)
*Self, Trisha v. Sanofi S.A., et al.*, 2:17-cv-04016-KDE-MBN (E.D. La.)
*Smith, Dorothy v. Sanofi S.A., et al.*, 2:17-cv-04017-KDE-MBN (E.D. La.)
*Stewart, Sharon v. Sanofi S.A., et al.*, 2:17-cv-04021-KDE-MBN (E.D. La.)
*Stone, Bonnie v. Sanofi S.A., et al.*, 2:17-cv-04023-KDE-MBN (E.D. La.)
*Strother, Dena and Christopher v. Sanofi S.A., et al.*, 2:17-cv-04028-KDE-MBN (E.D. La.)
*Sullivan, Christine N. v. Sanofi S.A., et al.*, 2:17-cv-02874-KDE-MBN (E.D. La.)
*Taylor, Linda v. Sanofi S.A., et al.*, 2:17-cv-04027-KDE-MBN (E.D. La.)
*Taylor, Pamela and Julius v. Sanofi S.A., et al.*, 2:17-cv-04025-KDE-MBN (E.D. La.)
*Thomas, Gail v. Sanofi S.A., et al.*, 2:17-cv-04020-KDE-MBN (E.D. La.)
*Tucker, Debbie and Robert v. Sanofi S.A., et al.*, 2:17-cv-04010-KDE-MBN (E.D. La.)
*Turner, Brenda v. Sanofi S.A., et al.*, 2:17-cv-03976-KDE-MBN (E.D. La.)
*Walker, Brenda and Allen v. Sanofi S.A., et al.*, 2:17-cv-03975-KDE-MBN (E.D. La.)
*Walker, Jacquelyn v. Sanofi S.A., et al.*, 2:17-cv-03970-KDE-MBN (E.D. La.)
*Walker, Twahla v. Sanofi S.A., et al.*, 2:17-cv-03964-KDE-MBN (E.D. La.)
*Washington, Carla v. Sanofi S.A., et al.*, 2:17-cv-03960-KDE-MBN (E.D. La.)
*Williams, Barbara and Edward v. Sanofi S.A., et al.*, 2:17-cv-03951-KDE-MBN (E.D. La.)
*Wilson, Antoinette and Daryl v. Sanofi S.A., et al.*, 2:17-cv-03948-KDE-MBN (E.D. La.)
*Young, Denise v. Sanofi S.A., et al.*, 2:17-cv-03952-KDE-MBN (E.D. La.)
*Youngblood, Annie and Webster v. Sanofi S.A., et al.*, 2:17-cv-03947-KDE-MBN (E.D. La.)

## **ORDER**

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE