UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Allen, Charlene and Alvin v. Sanofi S.A., et al.*, 2:17-cv-03871-KDE-MBN (E.D. La.)
*Anthony, Vera v. Sanofi S.A., et al.*, 2:17-cv-03870-KDE-MBN (E.D. La.)
*Arrington, Teresa v. Sanofi S.A., et al.*, 2:17-cv-03893-KDE-MBN (E.D. La.)
*Austin, Doylene and Herman v. Sanofi S.A., et al.*, 2:17-cv-03894-KDE-MBN (E.D. La.)
*Blunt, Annie P. v. Sanofi S.A., et al.*, 2:17-cv-03895-KDE-MBN (E.D. La.)
*Brooks, Pearl v. Sanofi S.A., et al.*, 2:17-cv-03896-KDE-MBN (E.D. La.)
*Brooks, Vera v. Sanofi S.A., et al.*, 2:17-cv-03897-KDE-MBN (E.D. La.)
*Bryant, Mary and Otis v. Sanofi S.A., et al.*, 2:17-cv-03901-KDE-MBN (E.D. La.)
*Carlisle, Fannie v. Sanofi S.A., et al.*, 2:17-cv-03904-KDE-MBN (E.D. La.)
*Chapman, Beverly and George v. Sanofi S.A., et al.*, 2:17-cv-03905-KDE-MBN (E.D. La.)
*Chappell, Diane v. Sanofi S.A., et al.*, 2:17-cv-03906-KDE-MBN (E.D. La.)
*Coleman, Shirley and Johnny v. Sanofi S.A., et al.*, 2:17-cv-03908-KDE-MBN (E.D. La.)
*Cook, Vertie v. Sanofi S.A., et al.*, 2:17-cv-03909-KDE-MBN (E.D. La.)
*Cross, Anginelia and Jonathan v. Sanofi S.A., et al.*, 2:17-cv-03910-KDE-MBN (E.D. La.)
*Darden, Gayle v. Sanofi S.A., et al.*, 2:17-cv-03911-KDE-MBN (E.D. La.)
*Davis, Letha v. Sanofi S.A., et al.*, 2:17-cv-03912-KDE-MBN (E.D. La.)
*Evans, Verna and Bobby v. Sanofi S.A., et al.*, 2:17-cv-005419-KDE-MBN (E.D. La.)
*Fair, Rosa and Clean Crocket v. Sanofi S.A., et al.*, 2:17-cv-03917-KDE-MBN (E.D. La.)
*Freeman, Catherine and Henry v. Sanofi S.A., et al.*, 2:17-cv-03932-KDE-MBN (E.D. La.)
*Garrett, Trena v. Sanofi S.A., et al.*, 2:17-cv-03933-KDE-MBN (E.D. La.)
*Gradney, Debra and Victor v. Sanofi S.A., et al.*, 2:17-cv-01891-KDE-MBN (E.D. La.)
*Hampton, Angela v. Sanofi S.A., et al.*, 2:17-cv-03935-KDE-MBN (E.D. La.)
*Harmon, Kathryn and Edgar v. Sanofi S.A., et al.*, 2:17-cv-03938-KDE-MBN (E.D. La.)
*Haynes, Virgie v. Sanofi S.A., et al.*, 2:17-cv-03939-KDE-MBN (E.D. La.)
*Haywood, Ada v. Sanofi S.A., et al.*, 2:17-cv-03941-KDE-MBN (E.D. La.)
*Howard, Sindy v. Sanofi S.A., et al.*, 2:17-cv-03949-KDE-MBN (E.D. La.)
*Jackson, Norma v. Sanofi S.A., et al.*, 2:17-cv-03953-KDE-MBN (E.D. La.)
*Knighten, Dell and Joseph v. Sanofi S.A., et al.*, 2:17-cv-03954-KDE-MBN (E.D. La.)
*Lamb, Agnes v. Sanofi S.A., et al.*, 2:17-cv-03962-KDE-MBN (E.D. La.)
*Lewis, Lynda v. Sanofi S.A., et al.*, 2:17-cv-03965-KDE-MBN (E.D. La.)
*Livings, Gail v. Sanofi S.A., et al.*, 2:17-cv-03968-KDE-MBN (E.D. La.)
*Locke, Wanda and Steven v. Sanofi S.A., et al.*, 2:17-cv-03977-KDE-MBN (E.D. La.)

*Marbury, Annie v. Sanofi S.A., et al.*, 2:17-cv-03979-KDE-MBN (E.D. La.)
*Marino, Patricia v. Sanofi S.A., et al.*, 2:17-cv-02891-KDE-MBN (E.D. La.)
*Mullins, Diana v. Sanofi S.A., et al.*, 2:17-cv-04008-KDE-MBN (E.D. La.)
*Myrick, Alice v. Sanofi S.A., et al.*, 2:17-cv-04009-KDE-MBN (E.D. La.)
*Nation, Beverly A. v. Sanofi S.A., et al.*, 2:17-cv-04011-KDE-MBN (E.D. La.)
*Nemec, Evelyn v. Sanofi S.A., et al.*, 2:17-cv-04012-KDE-MBN (E.D. La.)
*Nevels, Shirley and Albert v. Sanofi S.A., et al.*, 2:17-cv-04014-KDE-MBN (E.D. La.)
*Nixon, Bessie v. Sanofi S.A., et al.*, 2:17-cv-03978-KDE-MBN (E.D. La.)
*Payton, Sharon and Fredrick v. Sanofi S.A., et al.*, 2:17-cv-03974-KDE-MBN (E.D. La.)
*Ray, Rose v. Sanofi S.A., et al.*, 2:17-cv-03969-KDE-MBN (E.D. La.)
*Robinson, Mary A. and Emerson v. Sanofi S.A., et al.*, 2:17-cv-03967-KDE-MBN (E.D. La.)
*Self, Trisha v. Sanofi S.A., et al.*, 2:17-cv-04016-KDE-MBN (E.D. La.)
*Smith, Dorothy v. Sanofi S.A., et al.*, 2:17-cv-04017-KDE-MBN (E.D. La.)
*Stewart, Sharon v. Sanofi S.A., et al.*, 2:17-cv-04021-KDE-MBN (E.D. La.)
*Stone, Bonnie v. Sanofi S.A., et al.*, 2:17-cv-04023-KDE-MBN (E.D. La.)
*Strother, Dena and Christopher v. Sanofi S.A., et al.*, 2:17-cv-04028-KDE-MBN (E.D. La.)
*Sullivan, Christine N. v. Sanofi S.A., et al.*, 2:17-cv-02874-KDE-MBN (E.D. La.)
*Taylor, Linda v. Sanofi S.A., et al.*, 2:17-cv-04027-KDE-MBN (E.D. La.)
*Taylor, Pamela and Julius v. Sanofi S.A., et al.*, 2:17-cv-04025-KDE-MBN (E.D. La.)
*Thomas, Gail v. Sanofi S.A., et al.*, 2:17-cv-04020-KDE-MBN (E.D. La.)
*Tucker, Debbie and Robert v. Sanofi S.A., et al.*, 2:17-cv-04010-KDE-MBN (E.D. La.)
*Turner, Brenda v. Sanofi S.A., et al.*, 2:17-cv-03976-KDE-MBN (E.D. La.)
*Walker, Brenda and Allen v. Sanofi S.A., et al.*, 2:17-cv-03975-KDE-MBN (E.D. La.)
*Walker, Jacquelyn v. Sanofi S.A., et al.*, 2:17-cv-03970-KDE-MBN (E.D. La.)
*Walker, Twahla v. Sanofi S.A., et al.*, 2:17-cv-03964-KDE-MBN (E.D. La.)
*Washington, Carla v. Sanofi S.A., et al.*, 2:17-cv-03960-KDE-MBN (E.D. La.)
*Williams, Barbara and Edward v. Sanofi S.A., et al.*, 2:17-cv-03951-KDE-MBN (E.D. La.)
*Wilson, Antoinette and Daryl v. Sanofi S.A., et al.*, 2:17-cv-03948-KDE-MBN (E.D. La.)
*Young, Denise v. Sanofi S.A., et al.*, 2:17-cv-03952-KDE-MBN (E.D. La.)
*Youngblood, Annie and Webster v. Sanofi S.A., et al.*, 2:17-cv-03947-KDE-MBN (E.D. La.)

### SANOFI-AVENTIS U.S. LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

Defendant sanofi-aventis U.S. LLC files this Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand.

2

**SUPPLEMENTAL AUTHORITY**

During the oral argument on the instant Motion, this Court asked:

*Do you have any cases that -- I'll take them from anywhere in the country, district or circuit cases -- that involve removal as was done here by the in-state defendant itself?*[1]

In response, the undersigned referred the Court to *Munchel v. Wyeth LLC*, 2012 U.S. Dist. LEXIS 128971, 2012 WL 4050072 (D. Del. Sept. 11, 2012), a matter in which both defendants were Delaware corporations and the matter was removed by one of the forum defendants prior to service being effected on any party.  Like this case, *Munchel* involved claims against pharmaceutical manufacturers for a product that was currently the subject of an MDL.  The *Munchel* Court specifically concluded that "**nothing in the statute limits the opportunity to remove only to non-forum defendants.**" *Id.* at *4.

Another decision was recently published wherein the forum defendant (from Delaware) was permitted to remove a diverse state court cases prior to service.  The case (attached as Exhibit "A") is *Young v. Bristol-Myers Squibb Co.*, 2017 U.S. Dist. LEXIS 98736 (D. Del. June 27, 2017),[2] and it involved plaintiffs from various forums around the United States who filed suit against Bristol-Myers Squibb and Pfizer, Inc., both Delaware corporations, in Delaware state court alleging personal injuries resulting from use of the pharmaceutical drug Eliquis.  *Id*. at *1-2.  These "in-state" or "forum" Defendants removed the actions to the United States District Court for the District of Delaware on the basis of diversity jurisdiction.  *Id*. at *2.  Plaintiffs moved to remand, arguing that removal was improper under 28 U.S.C. § 1441(b)(2).

Noting that he "has had several occasions to consider this issue," Judge Leonard P. Stark identified "no reason here to depart from [the Court's] previously-adopted reasoning" and once

---

[1] July 6, 2017 Hearing Tr. at p. 16, ln 13-16.
[2] The decision was issued by the Court on June 27, 2017, but it was later published by LEXIS and Westlaw, and only discovered by the undersigned after the hearing on the Motion to Remand the Delaware cases.

3

again found "the plain and unambiguous language of § 1441(b) as controlling." *Id*. at *4.  In reaching this conclusion, the Court cited its previous decisions in *Munchel v. Wyeth LLC*, 2012 U.S. Dist. LEXIS 128971, 2012 WL 4050072 (D. Del. Sept. 11, 2012) and *Hutchins v. Bayer Corp.*, 2009 U.S. Dist. LEXIS 4719, 2009 WL 192468 (D. Del. Jan. 23, 2009).  In each of those cases, the Court denied motions to remand pharmaceutical product liability suits under the plain language of 28 U.S.C. § 1441(b)(2) where forum defendants had not been served prior to removal.

In *Young*, the Court also noted that "the history of these cases" and "the totality of circumstances strongly supports exercising discretion to deny Plaintiffs' motions to remand." *Young*, 2017 U.S. Dist. LEXIS 98736, at *4-5.  In *Young*, the out-of-state plaintiffs' decision to file their complaints in Delaware state court came in the context of an existing Eliquis MDL in which substantial litigation had already taken place and of which plaintiffs were well aware.  Thus, the plaintiffs themselves had sought the benefit of the plain language of procedural provisions "seemingly (at least in part) to avoid transfer to the MDL," and the Court concluded that "removal is not a nonsensical result." *Id*. at *4.  Though the Court "recognize[d] that not all of the circumstances disfavor remand," it found that "the overwhelming majority of them do, providing further support (in addition to the statutory analysis) for denying Plaintiffs' motions." *Id*. at *5.

This recent authority squarely addresses questions presented by the Delaware remand motions and briefing currently pending in MDL 2740.  In the above-captioned cases, as in *Young*, "none 'of the parties in interest properly joined **and served** as defendants is a citizen' of 'the State in which [this] action' was brought, i.e., Delaware." *Id*. at *4 (emphasis in original).  Accordingly, the plain language of 28 U.S.C. § 1441(b)(2) presents no bar to federal diversity

4

jurisdiction here. This case further emphasizes that there is no language or provision of 1441(b) that limits the opportunity to remove only to non-forum defendants. To conclude otherwise necessitates an interpretation of the statute that imparts a requirement that does not exist in its plain text.

Therefore, this Court should deny Plaintiffs' motion to remand the above-captioned cases.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*