IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| ELLEN LOQUE and DALE LOQUE | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| | COMPLAINT & JURY DEMAND |
| v. | |
| | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiffs, Ellen Loque and Dale Loque, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, ELLEN LOUQUE, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on December 12, 2016, shortly after she became aware of claims associated with Taxotere use.

Subsequent to the filing of her original lawsuit, and after diligent and persistent investigation by counsel, Plaintiff learned this week from medical records that HOSPIRA, INC. was apparently the manufacturer of the chemotherapy drug she took which caused her permanent

hair loss. This fact was not evident from a normal review of the medical records, but rather involved investigation related to certain NDC codes that were not provided with requested medical records.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. and to add that she only recently became aware of these allegations.

Respectfully submitted,

MORROW, MORROW, RYAN, BASSETT & HAIK

By:  /s/ *Jeffrey M. Bassett*
    Jeffrey M. Bassett (#2840)
    Taylor J. Bassett (#33720)
    Kathleen E. Ryan (#36335)
    Post Office Drawer 1787
    Opelousas, LA  70571-1787
    337-948-4483
    337-942-5234 (fax)

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| ELLEN LOQUE and DALE LOQUE | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| | COMPLAINT & JURY DEMAND |
| v. | |
| | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

**ORDER GRANTING LEAVE TO FILE AMENDED
SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT

3