UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Ellen Louque and Dale Louque, | |
| | COMPLANT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: 2:16-cv-17332 |
| vs. | |
| Hospira Worldwide, Inc. and Hospira, Inc., | |
| Defendant(s). | |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Ellen Louque

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Dale Louque

1

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

                                n/a

4.     Current State of Residence:   Louisiana

5.     State in which Plaintiff(s) allege(s) injury:   Louisiana

6.     Defendants (check all Defendants against whom a Complaint is made):

    a.     Taxotere Brand Name Defendants

        ☐   A.   Sanofi S.A.

        ☐   B.   Aventis Pharma S.A.

        ☐   C.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐   D.   Sanofi-Aventis U.S. LLC

    b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐   A.   Sandoz, Inc.

        ☐   B.   Accord Healthcare, Inc.

        ☐   C.   McKesson Corporation d/b/a McKesson Packaging

        ☒   D.   Hospira Worldwide Inc.

        ☒   E.   Hospira Inc

        ☐   F.   Sun Pharma Global FZE

        ☐   G.   Sun Pharma Global Inc.

        ☐   H.   Caraco Pharmaceutical Laboratories Ltd.

        ☐   I.   Pfizer Inc.

        ☐   J.   Allergan Finance LLC f/k/a Actavis Inc.

        ☐   K.   Actavis Pharma Inc.

  ☐  L.  Other:

7.  Basis for Jurisdiction:

  ☒  Diversity of Citizenship

  ☐  Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.  Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

  Eastern District of Louisiana

9.  Brand Product(s) used by Plaintiff (check applicable):

  ☐  A.  Taxotere

  ☐  B.  Docefrez

  ☒  C.  Docetaxel Injection

  ☒  D.  Docetaxel Injection Concentrate

  ☐  E.  Unknown

  ☒  F.  Other: Medical records for the Plaintiff conifrm she received Docetaxel, but Plaintiff is unsure whether it was Docetaxel Injection or Docetaxel Injection Concentrate. Plaintiffs have been advised by the pharmacist that whatever Docetaxel she received was provided to the infusion clinic by Hospira, Inc.

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> August 5, 2014 - November 18, 2014

11. State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent alopecia/hair loss

13. Counts in Master Complaint brought by Plaintiff(s):

   - [X] Count I – Strict Products Liability - Failure to Warn
   - [X] Count II – Strict Products Liability for Misrepresentation
   - [X] Count III – Negligence
   - [X] Count IV – Negligent Misrepresentation
   - [X] Count V – Fraudulent Misrepresentation
   - [X] Count VI – Fraudulent Concealment
   - [X] Count VII – Fraud and Deceit
   - [ ] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

   - [X] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

Plaintiffs seek recovery under Louisiana law for Redhibition and violations of Louisiana Consumer Products Safety Law.

Plaintiffs further assert that they first became aware that they might have a potential claim against the manufacturer of Taxotere in August of 2016 and first became aware of any claim against any Hospira entity on July 17, 2017.

Should any defense based on the Statute of Limitations be asserted, Plaintiff's assert The Discovery Rule, which extends the Statute of Limitations in cases where causes of action did not become known until later.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

MORROW, MORROW, RYAN, BASSETT & HAIK

/s/ JEFFREY M. BASSETT

By: Jeffrey M. Bassett, No. 2840
Post Office Drawer 1787
Opelousas, LA 70571-1787
337-948-4483
337-942-5234 (fax)
jeffb@mmrblaw.com
cml@mmrblaw.com