IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY CASE
2:16-MD-02740-KDE-MBN

| | |
|---|---|
| PEARL MITCHELL, | C/A No.: 2:16-CV-15578-KDE-MBN |
| Plaintiff, | SECTION "N" (5) |
| v. | HON. KURT D. ENGELHARDT |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | |
| Defendants. | |

## ORDER

Upon considering the Partial Motion to Withdraw Counsel of Record (Rec. Doc. 655), filed by Plaintiff Pearl Mitchell and counsel Joshua Christian,

IT IS ORDERED THAT THE MOTION IS GRANTED.

IT IS FURTHER ORDERED THAT:

Joshua Christian is hereby removed as counsel of record for Plaintiff Pearl Mitchell.

Kennedy Hodges, LLP, David W. Hodges, and Gabriel A. Assaad will remain as counsel of record for Plaintiff Pearl Mitchell.

New Orleans, Louisiana, this __21st__ day of _____July_____, 2017.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**