UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)          MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION                   SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED MASTER LONG FORM COMPLAINT, FOR SUBSTITUTION OF REVISED PLAINTIFF FACT SHEET, AND FOR SUBSTITUTION OF REVISED EXEMPLAR SHORT FORM COMPLAINT**

NOW INTO COURT come Plaintiffs, through the Plaintiffs' Steering Committee, who respectfully seek leave to file their First Amended Master Long Form Complaint and Demand for Jury Trial (attached as Exhibit A) to correct certain naming issues of defendants in conjunction with the Parties' Stipulation Concerning Amendments to Plaintiffs' Master Long Form Complaint, Exemplar Short Form Complaint and Plaintiffs' Fact Sheet (Rec. Doc. 642). As set forth in the aforesaid Stipulation, the amendment "will not reset or alter any responsive deadlines for any Defendant not being dismissed pursuant to this Stipulation and will relate back to the date an individual plaintiff filed a complaint in this matter." Rec. Doc. 642.

Because the amendment only alters the allegations with respect to Defendant naming issues, the proposed order attached hereto provides that any responsive pleadings filed by Defendants to the original Master Long Form Complaint and Demand for Jury Trial (Rec. Doc. 312) be deemed also responsive to the First Amended Master Long Form Complaint and Demand for Jury Trial.

Plaintiffs further request that the Court enter pretrial orders adopting the revised Plaintiff Fact Sheet (attached as Exhibit B) and revised Exemplar Short Form Complaint (attached as

1

Exhibit C).  The revisions are necessary to correct the same defendant naming issues addressed in the Parties' Stipulation.  Plaintiffs request that the revised Plaintiff Fact Sheet (Ex. B) be substituted in place of the current Plaintiff Fact Sheet (Rec. Doc. 236-1).[1]  Plaintiffs further request that the revised exemplar Short Form Complaint (Ex. C) be substituted in place of the current exemplar Short Form Complaint (Rec. Doc. 318-1).

Defendants, through Liaison Counsel, have been contacted and do not oppose the relief requested herein.

WHEREFORE, Plaintiffs pray that (1) the First Amended Master Long Form Complaint and Demand for Jury Trial attached as Exhibit A be entered into the master docket; (2) the revised Plaintiff Fact Sheet attached as Exhibit B be substituted in place of the current Plaintiff Fact Sheet (Rec. Doc. 236-1); and (3) the revised exemplar Short Form Complaint attached as Exhibit C be substituted in place of the current exemplar Short Form Complaint (Rec. Doc. 318-1).

Dated: July 21, 2017

Respectfully submitted:

| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
|---|---|
| Christopher L. Coffin (LA Bar # 27902) | Karen Barth Menzies (CA Bar #180234) |
| Pendley, Baudin & Coffin, L.L.P. | Gibbs Law Group LLP |
| 1515 Poydras Street, Suite 1400 | 400 Continental Boulevard, 6th Floor |
| New Orleans, LA 70112 | El Segundo, CA 90245 |
| Telephone: 504-355-0086 | Telephone: 510-350-9700 |
| Facsimile: 504-523-0699 | Facsimile: 510-350-9701 |
| E-Mail: ccoffin@pbclawfirm.com | E-Mail: kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

---

[1] The Authorizations attached to the original Plaintiff Fact Sheet, adopted in Pretrial Order No. 23, do not require amendment.

2

| | |
|---|---|
| */s/Dawn M. Barrios* | */s/M. Palmer Lambert* |
| Dawn M. Barrios (#2821) | M. Palmer Lambert (#33228) |
| **Barrios, Kingsdorf & Casteix, LLP** | **Gainsburgh Benjamin David Meunier & Warshauer, LLC** |
| 701 Poydras Street, Suite 3650 | 2800 Energy Centre, 1100 Poydras Street |
| New Orleans, LA 70139 | New Orleans, LA 70163-2800 |
| Telephone: 504-524-3300 | Telephone: 504-522-2304 |
| Facsimile: 504-524-3313 | Facsimile: 504-528-9973 |
| E-Mail: barrios@bkc-law.com | E-Mail: plambert@gainsben.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |
| | |
| *Plaintiffs' Executive Committee* | *Plaintiffs' Steering Committee* |
| Christopher L. Coffin | Anne Andrews |
| Karen Barth Menzies | J. Kyle Bachus |
| J. Kyle Bachus | Lawrence J. Centola, III |
| David F. Miceli | Christopher L. Coffin |
| Dawn M. Barrios, *ex officio* | Alexander G. Dwyer |
| M. Palmer Lambert, *ex officio* | Emily C. Jeffcott |
| | Andrew Lemmon |
| | Daniel Markoff |
| | Abby E. McClellan |
| | Karen Barth Menzies |
| | David F. Miceli |
| | Rand P. Nolen |
| | Hunter J. Shkolnik |
| | Genevieve Zimmerman |

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                   */s/ M. Palmer Lambert*
                                                                   M. PALMER LAMBERT