UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)            MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                                      SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## [PROPOSED] ORDER

Considering the foregoing Consent Motion to for Leave to File First Amended Master Long Form Complaint, for substitution of revised Plaintiff Fact Sheet, and for substitution of revised exemplar Short for Complaint,

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall enter into the master docket Plaintiffs' First Amended Master Long Form Complaint as the next available record document number;

IT IS FURTHER ORDERED that any responsive pleadings filed by Defendants to the original Master Long Form Complaint and Demand for Jury Trial (Rec. Doc. 312) be deemed also responsive to the First Amended Master Long Form Complaint and Demand for Jury Trial;

IT IS FURTHER ORDERED that the revised Plaintiff Fact Sheet (attached as Exhibit B to Plaintiffs' Consent Motion) be substituted in place of the current Plaintiff Fact Sheet (Rec. Doc. 236-1); and,

IT IS FINALLY ORDERED that the revised exemplar Short Form Complaint (attached Exhibit C to Plaintiffs' Consent Motion) be substituted in place of the current exemplar Short Form Complaint (Rec. Doc. 318-1).

New Orleans, Louisiana this____day of_____, 2017.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE