

JOSEPH M. BRUNO*
STEPHEN P. BRUNO
JOSEPH M. BRUNO, JR.

STEPHANIE MAY BRUNO*
MELISSA A. DEBARBIERIS
DANIEL A. MEYER**
DON D. REICHERT
BRANDON M. BENNETT

OF COUNSEL
ROBERT J. BRUNO
ROBERT B. REES

*Also Licensed To Practice In Texas
**Also Licensed To Practice In Mississippi

REPLY TO (PLEASE CHECK)
NEW ORLEANS ✓
COVINGTON ___

July 24, 2017

APPLICATION FOR REFUND

**VIA ELECTRONIC TRANSMISSION**
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Wells vs. Sanofi S.A., et al.
USDC, EDLA; Docket No. 2:17-cv-6358

To Whom It May Concern:

According to the docket, a duplicate filing fee of $400.00 was received when filing our Complaint on June 30, 2017. We ask that a refund be issued for Receipt No. 053L-6237022 in the amount of $400.00. Thank you for your assistance in this matter.

Very truly yours,

BRUNO & BRUNO, L.L.P.

Joseph M. Bruno

JMB/sa

855 BARONNE ST., NEW ORLEANS, LA 70113 • TEL 504-525-1335 • FAX 504-581-1493
70325 HIGHWAY 1077, SUITE 300, COVINGTON, LA 70433 • TEL 985-236-1335 • FAX 985-792-7154
TOLL FREE 1-800-966-1335 • WWW.BRUNOBRUNOLAW.COM

