**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2740**<br><br>**HON. KURT D. ENGELHARDT**<br>**MAG. JUDGE MICHAEL B. NORTH** |
| **McCallister et al.,**<br>**Plaintiff**<br><br>  v.<br><br>**SANOFI, S.A., et al.,**<br>**Defendants** | **CIVIL CASE NO. 2:17-cv-2356** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, **Geraldine Jones and Ida Vincent - ONLY**, by and through counsel, hereby dismisses, without prejudice, all claims in this action against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant, and Plaintiffs' claims will be dismissed without Order of the Court upon filing of this Notice. Each party to bear its own attorney's fees and costs. The claims of all other Plaintiffs in the action are to remain pending.

Respectfully submitted this 24th day of July, 2017.

/s/ C. Brooks Cutter
C. Brooks Cutter, SBN 121407
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was filed and served via the Court's electronic filing system on the 24th day of July, 2017.

/s/ C. Brooks Cutter
C. Brooks Cutter, SBN 121407
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com