UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL)<br>PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

### CONSENT MOTION TO EXTEND PLAINTIFFS' DEADLINE FOR FILING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' MASTER LONG FORM COMPLAINT (REC. DOC. 489)

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), through Plaintiffs' Liaison Counsel, which respectfully requests that the deadline of July 25, 2017, as set by Pretrial Order No. 15, to file Plaintiffs' opposition to Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489) be extended to July 31, 2017.

Defendants have been contacted through Defendants' Liaison Counsel, who advised there is no objection to the relief requested.

Accordingly, the PSC requests that the deadline for filing Plaintiffs' opposition to Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint be extended to July 31, 2017.

Date:  July 24, 2017                              Respectfully submitted:

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com

Page **1** of **2**

>/s/Dawn M. Barrios
>Dawn M. Barrios (#2821)
>**Barrios, Kingsdorf & Casteix, LLP**
>701 Poydras Street, Suite 3650
>New Orleans, LA 70139
>Telephone: 504-524-3300
>Facsimile: 504-524-3313
>E-Mail: barrios@bkc-law.com
>
>*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>/s/ *M. Palmer Lambert*
>M. Palmer Lambert