UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

# [PROPOSED] ORDER

Considering the foregoing Consent Motion to Extend Plaintiffs' Deadline for Filing Opposition to Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489),

IT IS ORDERED that the Motion is hereby GRANTED, and the deadline for Plaintiffs to oppose Defendants' Motion (Rec. Doc. 489) previously set by Pretrial Order No. 15 is hereby extended to July 31, 2017.

New Orleans, Louisiana this____day of_____, 2017.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE