**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| ANGELA JONES, | : : | COMPLAINT & JURY DEMAND |
| Plaintiff, | : : | Civil Action No.: _16-cv-15315_ |
| vs. | : : | |
| HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. | : : : : : | |
| Defendants. | : | |

-----------------------------------------------------------

**AMENDED SHORT FORM
COMPLAINT**

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Angela Jones

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

N/A

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

  N/A

4.      Current State of Residence:   Mississippi

5.      State in which Plaintiff(s) allege(s) injury: Mississippi

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☐  A.   Sanofi S.A.

        ☐  B.   Aventis Pharma S.A.

        ☐  C.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐  D.   Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐  A.   Sandoz, Inc.

        ☐  B.   Accord Healthcare, Inc.

        ☐  C.   McKesson Corporation d/b/a McKesson Packaging

        ☒  D.   Hospira Worldwide Inc.

        ☒  E.   Hospira Inc

        ☐  F.   Sun Pharma Global FZE

        ☐  G.   Sun Pharma Global Inc.

        ☐  H.   Caraco Pharmaceutical Laboratories Ltd.

        ☐  I.   Pfizer Inc.

        ☐  J.   Allergan Finance LLC f/k/a Actavis Inc.

        ☐  K.   Actavis Pharma Inc.

☐  L.    Other:

7.    Basis for Jurisdiction:

☒    Diversity of Citizenship

☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the Southern District of Mississippi – Jackson Division

9.    Brand Product(s) used by Plaintiff (check applicable):

☐    A.    Taxotere

☐    B.    Docefrez

☐    C.    Docetaxel Injection

☒    D.    Docetaxel Injection Concentrate

☐    E.    Unknown

☐    F.    Other:

3

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> April 10, 2012 through December 12, 2014

11.     State in which Product(s) identified in question 9 was/were administered:

> Mississippi

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to present

13.     Counts in Master Complaint brought by Plaintiff(s):

[X]     Count I – Strict Products Liability - Failure to Warn
[X]     Count II – Strict Products Liability for Misrepresentation
[X]     Count III – Negligence
[X]     Count IV – Negligent Misrepresentation
[X]     Count V – Fraudulent Misrepresentation
[X]     Count VI – Fraudulent Concealment
[X]     Count VII – Fraud and Deceit
[X]     Count VIII – Breach of Express Warranty (Sanofi Defendants only)

[X]     Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Liability Under The Mississippi Products Liability Act; Extreme and Outrageous
Conduct / Intentional Infliction of Emotional Distress - Against All Defendants;
Punitive Damages
(See Exhibit A attached)

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s),
        Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:   Michael P. McGartland
      MS Bar No. 100487
      McGartland Law Firm, PLLC
      University Centre I, Suite 500
      1300 South University Drive
      Fort Worth, Texas 76107
      Telephone: (817) 332-9300
      Facsimile: (817) 332-9301
      mike@mcgartland.com

      Dean T. Xenick
      FL Bar No. 479550
      Zele Huber Trial Attorneys, P.A.
      4600 Military Trail, Suite 212
      Jupiter, FL 33458
      Telephone: (561) 630-9700
      Facsimile: (561) 630-9707
      dtx@ZHAttorneys.com