# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ANGELA JONES, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:16-cv-15315 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S., | : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendant Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S., LLC, separately, and doing business as Winthrop U.S. as follows:

1. Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint with exhibit and

3. Proposed Order.

1

Dated this 25th day of July, 2017.

                                                        Respectfully submitted by,

/s/ Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:	(817) 332-9300
Facsimile:	(817) 332-9301
mike@mcgartland.com

Dean T. Xenick
FL Bar No. 479550
Zele Huber Trial Attorneys, P.A.
4600 Military Trail, Suite 212
Jupiter, FL 33458
Telephone:	(561) 630-9700
Facsimile:	(561) 630-9707
dtx@ZHAttorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                  By:	/s/ *Michael P. McGartland*
                        Michael P. McGartland