# EXHIBIT C

[SANOFI LOGO]

Ministère des Affaires Étrangères
(Ministry of Foreign Affairs)
37, Quai d'Orsay
75351 PARIS

<u>Attn. Mr. Emmanuel Bonne</u>
Chief of Staff of the Minister of Foreign Affairs

Paris, June 9, 2017

**Re:** SANOFI - *Taxotere (docetaxel) Product Liability Litigation, MDL No. 2740*
Information based on Article 2 of Law No. 68-678 of July 26, 1968 as amended (hereinafter after "Blocking Act") concerning the communication of economic and financial type documents

Dear Chief of Staff,

In accordance with Article 2 of Law No. 68-678 of 26 July 1968 and Article 1 of Decree No. 81-550 of May 12, 1981, we wish to inform you herewith that Sanofi and its subsidiary, Aventis Pharma S.A., have recently received requests for communications ("discovery") "of economic, commercial, industrial, financial or technical" types of documents and information for establishing evidence within the framework of legal proceedings currently before the United States Civil Courts.

More specifically, Sanofi and Aventis Pharma S.A. have received three sets of requests for the communication of documents within the framework of liability litigation concerning the product Taxotere (docetaxel) cited in the reference, before the *United States District Court for the Eastern District of Louisiana*. These communication requests are attached to this letter.

Subject to these requests, Sanofi and Aventis Pharma S.A. are ordered to produce part of the requested information and documents before June 27, 2017, with the remainder to be provided no later than the end of the month. It should be noted that these three sets of requests have not been notified or transmitted via the procedures intended by the Hague Convention but were directly addressed to the external counsel representing Sanofi and Aventis Pharma S.A.

Related to this notification, we would appreciate it if you kindly informed us of your position concerning these requests and the applicability of the "Blocking Act") to this case, as well as of the "Loi relative à l'informatique, aux fichiers et aux libertés (Information Technology, Files and Individual Liberties Act — Law No. 78-17 of January 6 1978 as amended by Law N. 2004-801 of August 6, 2004) related to the data concerned.

Remaining at your disposal for any additional clarifications that might be useful to you, I remain,

Yours truly,

(Signature)
Claire TERRAZAS
Directeur des Affaires Juridiques Corporate
(Corporate Legal Affairs Director)

Attachments (in English):
Plaintiffs' first set of personal jurisdiction discovery to Sanofi defendants
First requests for production to defendant Sanofi S.A.
First requests for production to defendant Aventis Pharma S.A.



# Transimpex

**TRANSLATORS•INTERPRETERS•EDITORS•CONSULTANTS**

Two Pershing Square  
2300 Main Street, 9th floor  
Kansas City, Missouri 64108  
Phone (816) 561-3777 • Fax (816) 561-5515  
E-mail: translations@transimpex.com

602 Fairway  
Belton, Missouri 64012-2298  
Phone: (816) 331-1863 • Fax: (816) 331-6553  
E-mail: doris@transimpex.com  
www.transimpex.com

Transimpex Job No. 9752

French -> English  
Translation of Letter to Mr. Emmanuel Bonne

I, Aleyois E. Silcott, Project Coordinator at Transimpex Translations do hereby certify that the translation herein was completed by a professional Transimpex translator who is fluent in both French and English and is qualified to translate in accordance with *the American Translators Association Code of Professional Conduct and Business Practices* and that to the best of my knowledge the translation into English herein provided is, in fact, a literal and true interpretation of the statements in the original language, French.

_____  
Signature  
Aleyois E. Silcott

CHRISTA DEWALD  
Notary Public, Notary Seal  
State of Missouri  
Jackson County  
Commission # 17046643  
My Commission Expires 05-09-2021

State of Missouri  
County of Jackson

Subscribed and sworn to before me this 13th day of June in the year 2017.

_____  
Signature of Notary

**IN THE HEART OF AMERICA- YOUR LINK WITH THE WORLD**