UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing Consent Motion to Extend Plaintiffs' Deadline for Filing Opposition to Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489),

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the deadline for Plaintiffs to oppose Defendants' Motion (Rec. Doc. 489) previously set by Pretrial Order No. 15 is hereby extended to **Monday, July 31, 2017**.

New Orleans, Louisiana this 25th day of July, 2017.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE