**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) | **MDL NO. 2740** |
| ) | |
| ) | **SECTION: "N"5** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ENDELDARDT** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| CYNTHIA GRANT | 2:17-cv-05013 |
|---|---|

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO**
**SUBMIT PLAINTIFF FACT SHEET**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit her PFS is currently July 31, 2017. Plaintiff requests an additional 60 days, with a new deadline date of September 29, 2017, to provide the required PFS.

In support of her motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1) On May 17, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2) Soon thereafter, counsel sent the PFS to the client for completion, advising that the PFS must be completed and returned by July 31, 2017.

3) Counsel has been unable to contact Plaintiff despite numerous attempts.

4) Counsel requests an extension of time to submit Plaintiff's PFS because Plaintiff's sudden lack of contact raises concerns that Plaintiff may have suddenly fallen ill or had to leave

her home. Counsel submits that extra investigation may be necessary to be able to contact Plaintiff. Efforts to reach the client are continuing.

5) This is Plaintiff's first Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until September 29, 2017.

>Respectfully submitted,
>
>MARC J. BERN & PARTNERS LLP
>
>By:*/s/ Debra J. Humphrey*
>Debra J. Humphrey (5050448)
>60 East 42nd St., Suite 950
>New York, NY 10165
>(212) 702-5000
>(212) 818-20164 (Fax)
>dhumphrey@bernllp.com
>Counsel for Plaintiff

Dated: July 25, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet

has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 25th day of June, 2017.

                MARC J. BERN & PARTNERS LLP

                By:*/s/ Debra J. Humphrey*
                Debra J. Humphrey (5050448)
                60 East 42nd St., Suite 950
                New York, NY 10165
                (212) 702-5000
                (212) 818-20164 (Fax)
                dhumphrey@bernllp.com
                Counsel for Plaintiff