UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION     SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

PRETRIAL ORDER NO. 55
[Order Regarding the Filing of the Amended Master Long Form Complaint and Substitution of the Amended Exemplar Short Form Complaint and Amended Plaintiff Fact Sheet]

Considering the foregoing "Unopposed Motion for Leave to File First Amended Master Long Form Complaint, for Substitution of Revised Plaintiff Fact Sheet, and for Substitution of Revised Exemplar Short Form Complaint" (Rec. Doc. 673), **IT IS ORDERED** that:

(1) The Motion is hereby **GRANTED**, and the Clerk shall enter into the master docket Plaintiffs' First Amended Master Long Form Complaint as the next available record document number.

(2) Any responsive pleadings filed by Defendants to the original Master Long Form Complaint and Demand for Jury Trial (Rec. Doc. 312) be deemed also responsive to the First Amended Master Long Form Complaint and Demand for Jury Trial.

(3) The revised Plaintiff Fact Sheet (attached as Exhibit B to Plaintiffs' Consent Motion) be and is hereby substituted in place of the current Plaintiff Fact Sheet (Rec. Doc. 236-1) as of July, 25, 2017.

2

(4) The revised Exemplar Short Form Complaint (attached Exhibit C to Plaintiffs' Consent Motion) be and is hereby substituted in place of the current Exemplar Short Form Complaint (Rec. Doc. 318-1) as of July 25, 2017.

New Orleans, Louisiana this 25th day of July, 2017.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE