UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Allen, Charlene and Alvin v. Sanofi S.A., et al.*, 2:17-cv-03871-KDE-MBN (E.D. La.)
*Anthony, Vera v. Sanofi S.A., et al.*, 2:17-cv-03870-KDE-MBN (E.D. La.)
*Arrington, Teresa v. Sanofi S.A., et al.*, 2:17-cv-03893-KDE-MBN (E.D. La.)
*Austin, Doylene and Herman v. Sanofi S.A., et al.*, 2:17-cv-03894-KDE-MBN (E.D. La.)
*Blunt, Annie P. v. Sanofi S.A., et al.*, 2:17-cv-03895-KDE-MBN (E.D. La.)
*Brooks, Pearl v. Sanofi S.A., et al.*, 2:17-cv-03896-KDE-MBN (E.D. La.)
*Brooks, Vera v. Sanofi S.A., et al.*, 2:17-cv-03897-KDE-MBN (E.D. La.)
*Bryant, Mary and Otis v. Sanofi S.A., et al.*, 2:17-cv-03901-KDE-MBN (E.D. La.)
*Carlisle, Fannie v. Sanofi S.A., et al.*, 2:17-cv-03904-KDE-MBN (E.D. La.)
*Chapman, Beverly and George v. Sanofi S.A., et al.*, 2:17-cv-03905-KDE-MBN (E.D. La.)
*Chappell, Diane v. Sanofi S.A., et al.*, 2:17-cv-03906-KDE-MBN (E.D. La.)
*Coleman, Shirley and Johnny v. Sanofi S.A., et al.*, 2:17-cv-03908-KDE-MBN (E.D. La.)
*Cook, Vertie v. Sanofi S.A., et al.*, 2:17-cv-03909-KDE-MBN (E.D. La.)
*Cross, Anginelia and Jonathan v. Sanofi S.A., et al.*, 2:17-cv-03910-KDE-MBN (E.D. La.)
*Darden, Gayle v. Sanofi S.A., et al.*, 2:17-cv-03911-KDE-MBN (E.D. La.)
*Davis, Letha v. Sanofi S.A., et al.*, 2:17-cv-03912-KDE-MBN (E.D. La.)
*Evans, Verna and Bobby v. Sanofi S.A., et al.*, 2:17-cv-005419-KDE-MBN (E.D. La.)
*Fair, Rosa and Clean Crocket v. Sanofi S.A., et al.*, 2:17-cv-03917-KDE-MBN (E.D. La.)
*Freeman, Catherine and Henry v. Sanofi S.A., et al.*, 2:17-cv-03932-KDE-MBN (E.D. La.)
*Garrett, Trena v. Sanofi S.A., et al.*, 2:17-cv-03933-KDE-MBN (E.D. La.)
*Gradney, Debra and Victor v. Sanofi S.A., et al.*, 2:17-cv-01891-KDE-MBN (E.D. La.)
*Hampton, Angela v. Sanofi S.A., et al.*, 2:17-cv-03935-KDE-MBN (E.D. La.)
*Harmon, Kathryn and Edgar v. Sanofi S.A., et al.*, 2:17-cv-03938-KDE-MBN (E.D. La.)
*Haynes, Virgie v. Sanofi S.A., et al.*, 2:17-cv-03939-KDE-MBN (E.D. La.)
*Haywood, Ada v. Sanofi S.A., et al.*, 2:17-cv-03941-KDE-MBN (E.D. La.)
*Howard, Sindy v. Sanofi S.A., et al.*, 2:17-cv-03949-KDE-MBN (E.D. La.)
*Jackson, Norma v. Sanofi S.A., et al.*, 2:17-cv-03953-KDE-MBN (E.D. La.)
*Knighten, Dell and Joseph v. Sanofi S.A., et al.*, 2:17-cv-03954-KDE-MBN (E.D. La.)
*Lamb, Agnes v. Sanofi S.A., et al.*, 2:17-cv-03962-KDE-MBN (E.D. La.)
*Lewis, Lynda v. Sanofi S.A., et al.*, 2:17-cv-03965-KDE-MBN (E.D. La.)
*Livings, Gail v. Sanofi S.A., et al.*, 2:17-cv-03968-KDE-MBN (E.D. La.)
*Locke, Wanda and Steven v. Sanofi S.A., et al.*, 2:17-cv-03977-KDE-MBN (E.D. La.)

*Marbury, Annie v. Sanofi S.A., et al.*, 2:17-cv-03979-KDE-MBN (E.D. La.)
*Marino, Patricia v. Sanofi S.A., et al.*, 2:17-cv-02891-KDE-MBN (E.D. La.)
*Mullins, Diana v. Sanofi S.A., et al.*, 2:17-cv-04008-KDE-MBN (E.D. La.)
*Myrick, Alice v. Sanofi S.A., et al.*, 2:17-cv-04009-KDE-MBN (E.D. La.)
*Nation, Beverly A. v. Sanofi S.A., et al.*, 2:17-cv-04011-KDE-MBN (E.D. La.)
*Nemec, Evelyn v. Sanofi S.A., et al.*, 2:17-cv-04012-KDE-MBN (E.D. La.)
*Nevels, Shirley and Albert v. Sanofi S.A., et al.*, 2:17-cv-04014-KDE-MBN (E.D. La.)
*Nixon, Bessie v. Sanofi S.A., et al.*, 2:17-cv-03978-KDE-MBN (E.D. La.)
*Payton, Sharon and Fredrick v. Sanofi S.A., et al.*, 2:17-cv-03974-KDE-MBN (E.D. La.)
*Ray, Rose v. Sanofi S.A., et al.*, 2:17-cv-03969-KDE-MBN (E.D. La.)
*Robinson, Mary A. and Emerson v. Sanofi S.A., et al.*, 2:17-cv-03967-KDE-MBN (E.D. La.)
*Self, Trisha v. Sanofi S.A., et al.*, 2:17-cv-04016-KDE-MBN (E.D. La.)
*Smith, Dorothy v. Sanofi S.A., et al.*, 2:17-cv-04017-KDE-MBN (E.D. La.)
*Stewart, Sharon v. Sanofi S.A., et al.*, 2:17-cv-04021-KDE-MBN (E.D. La.)
*Stone, Bonnie v. Sanofi S.A., et al.*, 2:17-cv-04023-KDE-MBN (E.D. La.)
*Strother, Dena and Christopher v. Sanofi S.A., et al.*, 2:17-cv-04028-KDE-MBN (E.D. La.)
*Sullivan, Christine N. v. Sanofi S.A., et al.*, 2:17-cv-02874-KDE-MBN (E.D. La.)
*Taylor, Linda v. Sanofi S.A., et al.*, 2:17-cv-04027-KDE-MBN (E.D. La.)
*Taylor, Pamela and Julius v. Sanofi S.A., et al.*, 2:17-cv-04025-KDE-MBN (E.D. La.)
*Thomas, Gail v. Sanofi S.A., et al.*, 2:17-cv-04020-KDE-MBN (E.D. La.)
*Tucker, Debbie and Robert v. Sanofi S.A., et al.*, 2:17-cv-04010-KDE-MBN (E.D. La.)
*Turner, Brenda v. Sanofi S.A., et al.*, 2:17-cv-03976-KDE-MBN (E.D. La.)
*Walker, Brenda and Allen v. Sanofi S.A., et al.*, 2:17-cv-03975-KDE-MBN (E.D. La.)
*Walker, Jacquelyn v. Sanofi S.A., et al.*, 2:17-cv-03970-KDE-MBN (E.D. La.)
*Walker, Twahla v. Sanofi S.A., et al.*, 2:17-cv-03964-KDE-MBN (E.D. La.)
*Washington, Carla v. Sanofi S.A., et al.*, 2:17-cv-03960-KDE-MBN (E.D. La.)
*Williams, Barbara and Edward v. Sanofi S.A., et al.*, 2:17-cv-03951-KDE-MBN (E.D. La.)
*Wilson, Antoinette and Daryl v. Sanofi S.A., et al.*, 2:17-cv-03948-KDE-MBN (E.D. La.)
*Young, Denise v. Sanofi S.A., et al.*, 2:17-cv-03952-KDE-MBN (E.D. La.)
*Youngblood, Annie and Webster v. Sanofi S.A., et al.*, 2:17-cv-03947-KDE-MBN (E.D. La.)

## **ORDER**

Considering the Motion for Leave to File Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand (Rec. Doc. 667), filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Omnibus Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana this  24th  day of   July  ,  2017  .

_____
**KURT D. ENGELHARDT**
UNITED STATES DISTRICT JUDGE