IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> HON. KURT D. ENGELHARDT <br><br> COMPLAINT & JURY DEMAND <br><br> CIVIL ACTION NO. 2:17-cv-06921 |
| *This Document Relates to:* <br> *Cynthia A. Hayden* | | |

_____

### MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT
_____

Plaintiff, Cynthia A. Hayden, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Cynthia Hayden, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 19, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sun Pharma Global FZE and Sun Pharma Global Inc. should have been named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sun Pharma Global FZE and Sun Pharma Global Inc. and to add that she only recently became aware of these allegations.

3

Dated:  July 25, 2017				Respectfully submitted,

					*/s/ David F. Miceli*
					David F. Miceli (GA 503900)
					Holly R. Nighbert (MO 64548)
					**SIMMONS HANLY CONROY**
					One Court Street
					Alton, IL 62002
					Telephone: 618.259.2222
					Facsimile:  618.259.2251
					dmiceli@simmonsfirm.com
					hnighbert@simmonsfirm.com