# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. KURT D. ENGELHARDT |
| | COMPLAINT & JURY DEMAND |
| *This Document Relates to:* Cynthia A. Hayden | CIVIL ACTION NO. 2:17-cv-06921 |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on behalf of all parties as follows:

1. Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint; and

3. Proposed Order.

Dated: July 25, 2017                    Respectfully submitted,

*/s/ David F. Miceli*
David F. Miceli (GA 503900)
Holly R. Nighbert (MO 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.259.2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ David F. Miceli*
David F. Miceli