IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | HON. KURT D. ENGELHARDT |
| | : | |
| | : | COMPLAINT & JURY DEMAND |
| | : | |
| *This Document Relates to:* | : | CIVIL ACTION NO. 2:17-cv-06919 |
| *Terri M. Destefano* | : | |

_____

**MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
_____

Plaintiff, Terri M. Destefano, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Terri M. Destefano, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 19, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharma Global Inc. should have been named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharma Global Inc. and to add that she only recently became aware of these allegations.

3

Dated:  July 25, 2017                              Respectfully submitted,

                                        */s/ David F. Miceli*
                                        David F. Miceli (GA 503900)
                                        Holly R. Nighbert (MO 64548)
                                        **SIMMONS HANLY CONROY**
                                        One Court Street
                                        Alton, IL 62002
                                        Telephone: 618.259.2222
                                        Facsimile:  618.259.2251
                                        dmiceli@simmonsfirm.com
                                        hnighbert@simmonsfirm.com