IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> HON. KURT D. ENGELHARDT <br><br> COMPLAINT & JURY DEMAND <br><br> CIVIL ACTION NO. 2:17-cv-06919 |
| *This Document Relates to:* <br> Terri M. Destefano | | |

NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on behalf of all parties as follows:

1. Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint; and

3. Proposed Order.

Dated: July 25, 2017

Respectfully submitted,

*/s/ David F. Miceli*
David F. Miceli (GA 503900)
Holly R. Nighbert (MO 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.259.2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              */s/ David F. Miceli*
                                                 David F. Miceli