UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### SANOFI-AVENTIS U.S. LLC'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

**NOW INTO COURT**, through undersigned counsel, comes Defendant sanofi-aventis U.S. LLC, who respectfully moves this Court for leave to file a Reply to Plaintiffs' Opposition to Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. 696). This Reply Memorandum will be helpful to the Court in evaluating Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. 559), and in considering the arguments raised by Plaintiffs in their Opposition.

**WHEREFORE**, Defendant sanofi-aventis U.S. LLC respectfully requests that this Court grant leave to file its Reply Memorandum in Support of its Motion for Disclosure of Non-Party Interested Entities or Persons.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

2

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com
        *Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*