UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Reply Memorandum in Support of Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons is hereby entered into the Court's docket.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1