IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ANGELA JONES | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | COMPLAINT & JURY DEMAND |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S., | : : : : : | Civil Action No. 2:16-cv-15315 |
| Defendants. | : : : | |

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Angela Jones, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, ANGELA JONES, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on April 20, 2016, shortly after she became aware of claims associated with Taxotere use and her First Amended Complaint on June 15, 2016. Her Short Form Complaint was filed on May 30, 2017.

Subsequent to the filing of her original lawsuit, filing of her Short Form Complaint, and after diligent and persistent investigation by counsel, Plaintiff learned this week from medical records that HOSPIRA, INC. was apparently the manufacturer of the chemotherapy drug she took which caused her permanent hair loss. This fact was not evident from a normal review of the

medical records, but rather involved investigation related to certain NDC codes that were not provided with requested medical records.

Plaintiff, therefore, desires to amend the Complaint to substitute HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. as Defendants in this matter and to include allegations against them as the manufacturers of the drug administrated to the Plaintiff., as she only recently became aware of these allegations.

Dated this 28th day of July, 2017.

Respectfully submitted by,

/s/ Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:	(817) 332-9300
Facsimile:	(817) 332-9301
mike@mcgartland.com

Dean T. Xenick
FL Bar No. 479550
Zele Huber Trial Attorneys, P.A.
4600 Military Trail, Suite 212
Jupiter, FL 33458
Telephone:	(561) 630-9700
Facsimile:	(561) 630-9707
dtx@ZHAttorneys.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendants.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland