MINUTE ENTRY
NORTH, M.J.
JULY 26, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A status conference was held on this date.

| PRESENT: | Dawn Barrios | Debbie Rouen | Michael Suffern |
|---|---|---|---|
| | Douglas Moore | Kathleen Kelly | Evan Holden |
| | Patrick Oot | John Olinde | Beth Toberman |
| | Julie Park | Brandon Cox | Andrew Lemmon |
| | Emily Jeffcott | Karen Menzies | David Marcelo |
| | Harley Ratliff | Mara Custer Gonzalez | Palmer Lambert |

The Court will hold oral argument on Plaintiffs' Motion to Compel (Rec. doc. 626) at 3:30 p.m. on August 7, 2017. Counsel who wish to attend by phone may do so after making arrangements with the Court's staff.

Plaintiffs' counsel were directed to serve their Rule 30(b)(6) deposition notices on jurisdictional issues only as soon as possible so that any dispute concerning the proposed scope of those depositions can be resolved at the status conference scheduled for August 18, 2017.

No later than August 15, 2017, counsel for all parties are to submit letter briefs to the Court concerning any issues that remain in dispute concerning the confection of a Master

MJSTAR (01:00)

Discovery Protocol. Those issues will be addressed by the Court at the August 18, 2017 status conference.

      In-person status conferences are hereby SCHEDULED for September 21, 2017 at 3:30 p.m. and October 26, 2017 at 3:00 p.m.

                                                 MICHAEL B. NORTH
                                       UNITED STATES MAGISTRATE JUDGE