UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>HON. KURT D. ENGELHARDT |
| KAREN GREENE,<br><br>                    Plaintiff,<br><br>v.<br><br>SANOFI S.A.,<br>AVENTIS PHARMA S.A., and<br>SANOFI-AVENTIS U.S. LLC, separately, and doing business as WHINTHROP U.S.<br><br>          Defendants | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Civil No.:  17-cv-02540 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Karen Greene, by and through their attorneys, hereby dismiss this action, WITHOUT PREJUDICE, against all Defendants.

Each party to bear its own costs.

RESPECTFULLY SUBMITTED,

**THE GOSS LAW FIRM, P.C.**

/s/ Peter E. Goss_____
Peter E. Goss
4510 Belleview, Suite 201
Kansas City, MO 64111
(816) 336-1300
Fax (816) 336-1310
Email: pgoss@goss-lawfirm.com
**ATTORNEYS FOR PLAINTIFF**