**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| DEBORAH PAYNE | |
| Plaintiff, | JUDGE: ENGELHARDT |
| V | MAG. JUDGE: NORTH |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES, INC., AND SANOFI-AVENTIS U.S. LLC, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Defendants. | Civil Action No: 2 17-cv-01768 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Deborah Payne, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Date: July 31, 2017.

By:   /s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on July 27, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

      /s/ Dennis C. Reich
      Dennis C. Reich