# EXHIBIT A



| | | |
|---|---|---|
| Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
| Stanley P. Baudin | Courtney L. Stidham* | Allen M. Edwards |
| Christopher L. Coffin*† | *Also admitted in Alabama | David M. Hundley* |
| *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Illinois |
| †Registered nurse | Jonathan E. Chatwin | Tracy L. Turner* |
| Nicholas R. Rockforte | | *Admitted only in Ohio |

July 6, 2017

**VIA E-MAIL AND U.S. MAIL**
Mr. Harley Ratliff
Shook, Hardy & Bacon, LLP
2555 Grand Blvd
Kansas City, MO 64108

    Re:    *In re: Taxotere (Docetaxel) Products Liability Litigation*
             MDL No. 16-2740

Dear Harley:

    On June 15, 2017, you filed a Motion for Protective Order regarding written discovery served by the Plaintiffs' Steering Committee on the French Defendants on May 26, 2016. This discovery focused on the merits, rather than jurisdictional issues which are covered in separate written discovery. Prior to filing the Motion for Protective Order, Defendants neglected to meet and confer as required by FRCP 26(c)(1).

    Having now received Defendants' responses to the jurisdictional discovery, we recognize that the objections raised in your Motion for Protective Order – namely, the French Blocking Statute, service through the Hague, and the French Data Protection Act – are raised in your responses to the jurisdictional discovery. Plaintiffs will be filing a Motion to Compel responses to the jurisdictional discovery that address these points. Consequently, these issues are ripe and can be heard by the Court as soon as possible. Please advise if you will object to our request for expedited consideration of this Motion. Because the Court's intent was to address these objections *post haste,* and since Defendants reported to the Court that you would cooperate with Plaintiffs to produce relevant foreign discovery in an effort to moot the necessity of the foreign sanofi Defendants' participation in this MDL, we write to inform you that the Plaintiffs' Steering Committee is withdrawing, without prejudice, the Plaintiffs' First Requests for Production to Aventis Pharma, S.A. and Defendant Sanofi S.A. Accordingly, we consider your Motion for Protective Order moot.

    We intend to serve written discovery requests on all sanofi Defendants soon, that will include narrowed foreign merits discovery considering the objections you have asserted. Within this context, the Court can address your objections under FRCP 26(g)(1)(B) and 26(b)(1) on the overall discovery, rather than piecemeal.

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com

Ratliff, Harley
July 6, 2017
Page 2

    Finally, given the short timeframe for jurisdictional discovery and Defendants' refusal to produce documents, we will soon be serving deposition notices related to this issue.

Very truly yours,

Christopher L. Coffin

Karen Barth Menzies,
Plaintiffs' Co-Lead Counsel

cc:    Dawn Barrios, Esq. (via e-mail only)
       Palmer Lambert, Esq. (via e-mail only)
       Doug Moore, Esq. (via e-mail only)
       John Olinde (via e-mail only)