# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : : : | HON. KURT D. ENGELHARDT |

**DECLARATION OF CLAIRE TERRAZAS**

1.  My name is Claire Terrazas. I am employed as Vice President and Head of Corporate Legal Affairs of Sanofi.[1] I have held this position since November 2013. Through my position and experience with Sanofi, I am knowledgeable about Sanofi's business and operations and have knowledge about the subjects set forth in this Declaration, which I have confirmed through appropriate investigation. In particular, I am familiar with, among other matters, interactions between Sanofi and certain of its subsidiaries and affiliates, including sanofi-aventis, U.S. LLC, Sanofi US Services Inc., and Aventis Pharma S.A. In such capacity, I have knowledge of the statements herein, or make them after and based upon appropriate investigation. I am authorized to make this Declaration on behalf of Sanofi.

2.  Sanofi is a corporation organized under the laws of France and is domiciled in France. Its headquarters and principal place of business is located at 54, Rue La Boétie, in Paris.

3.  Sanofi is a holding company with diversified corporate investments. It has approximately 350 subsidiaries operating throughout the world.

---

[1] Plaintiffs incorrectly refer to Sanofi as Sanofi S.A. While Sanofi is organized under French law as a Société Anonyme, the corporate designation is not part of the Company's name.

1010003

4. Aventis Pharma S.A. is a corporation organized under the laws of France and is domiciled in France. Its headquarters and principal place of business is located at 20 Avenue Raymond Aron 92160 Antony, France.

5. Aventis Pharma S.A. has no employees in the United States.

6. Sanofi-aventis U.S. LLC is a Delaware limited liability company. Its headquarters and principal place of business is located in Bridgewater, New Jersey.

7. Sanofi US Services, Inc. is a Delaware corporation. Its headquarters and principal place of business is located in Bridgewater, New Jersey. Sanofi US Services, Inc. is the service provider to sanofi-aventis U.S. LLC.

8. Aventis Pharma S.A. is an indirect wholly owned subsidiary of Sanofi. Aventis Pharma S.A. does not have an ownership interest, direct or indirect, in sanofi-aventis U.S. LLC or Sanofi US Services Inc.

9. Sanofi US Services, Inc. is an indirect wholly owned subsidiary of Sanofi.

10. Sanofi US Services, Inc. is the sole shareholder of sanofi-aventis U.S. LLC. Thus, Sanofi does not directly own sanofi-aventis U.S. LLC; rather, sanofi-aventis U.S. LLC is an indirect subsidiary of Sanofi.

11. Neither Sanofi nor Aventis Pharma S.A. researched, developed, tested, manufactured, labeled, advertised, marketed, promoted, sold, and/or distributed Taxotere® (docetaxel) in the United States. Sanofi-aventis U.S. LLC is the holder of the approved New Drug Application (NDA) 020-449 for the active ingredient docetaxel, which has the proprietary name Taxotere®, and sanofi-aventis U.S. LLC corresponds with the FDA on labeling issues for the same.

12. Sanofi has no employees located in the United States.

1010003

13. As a holding company, Sanofi has no sales force and does not sell products or services anywhere in the world, let alone in the United States.

14. Sanofi and Aventis Pharma S.A. do not conduct business, maintain places of business, or target or direct business activities in any state or territory in the United States.

15. Sanofi and Aventis Pharma S.A. are not qualified, registered, or licensed to do business in any state or territory in the United States.

16. Sanofi and Aventis Pharma S.A. do not maintain a registered agent in any state or territory in the United States.

17. Sanofi and Aventis Pharma S.A. do not lease or own any real or personal property located in any state or territory in the United States, including any manufacturing sites, development centers, or distribution hubs. Instead, manufacturing sites, development centers, and distribution hubs identified in Plaintiffs' complaint are owned and operated by other entities, including sanofi-aventis U.S. LLC; Sanofi US Services, Inc.; Sanofi-Aventis P.R., Inc.; Sanofi-Pasteur Biologics Co.; Vaxserve, Inc.; Genzyme Corporation; and Genzyme BioSurgery.

18. Sanofi and Aventis Pharma S.A. do not maintain telephone numbers, mailing addresses, or bank accounts in any state or territory in the United States.

19. Sanofi and Aventis Pharma S.A. do not pay taxes in any state or territory in the United States.

20. Sanofi and Aventis Pharma S.A. certify annually to tax authorities in the United States that it was not, during the preceding year, "engaged in a trade or business in the United States."

21. Sanofi-aventis U.S. LLC and Sanofi US Services, Inc. are separate, distinct and independent entities from both Sanofi and Aventis Pharma S.A.

22. Sanofi-aventis U.S. LLC and Sanofi US Services, Inc. are not considered departments or divisions of Sanofi.

23. Sanofi-aventis U.S. LLC and Sanofi US Services, Inc. operate within the United States and, as such, transact business separately and independently of Sanofi and Aventis Pharma S.A.

24. Aventis Pharma S.A.'s principal place of business and headquarters facility is not shared with Sanofi, sanofi-aventis U.S. LLC, or Sanofi US Services, Inc.

25. Sanofi's principal place of business and headquarters facility is not shared with Aventis Pharma S.A., sanofi-aventis U.S. LLC, or Sanofi US Services, Inc.

26. Sanofi and Aventis Pharma S.A. are governed by their separate Boards of Directors. These Boards of Directors do not govern sanofi-aventis U.S. LLC or Sanofi US Services Inc.

27. None of the members of the Sanofi Board of Directors or the Aventis Pharma S.A. Board of Directors is a member of the sanofi-aventis U.S. LLC Board of Managers. The managers of sanofi-aventis U.S. LLC act independently in the interest of the company.

28. None of the members of the Sanofi Board of Directors or the Aventis Pharma S.A. Board of Directors is also a member of the Sanofi US Services Inc. Board of Directors. The directors of Sanofi US Services Inc. act independently in the interest of the company.

29. Sanofi-Aventis U.S. LLC cannot bind Sanofi or Aventis Pharma S.A. to contracts or other agreements to which it may enter.

30. Sanofi US Services Inc. cannot bind Sanofi or Aventis Pharma S.A. to contracts or other agreements to which it may enter.

1010003

31. Sanofi-aventis, U.S. LLC and Sanofi US Services Inc. each have thousands of employees in United States and engage in substantial business there.

32. Sanofi-aventis U.S. LLC and Sanofi US Services, Inc. are both adequately capitalized and have substantial assets that could satisfy any judgment in this case.

33. Control of the day-to-day operations of both sanofi-aventis U.S. LLC and Sanofi US Services Inc. resides within the management of those entities and not with Sanofi or Aventis Pharma S.A. Sanofi and Aventis Pharma S.A. do not have legal control of the ordinary business, personnel, financial, reserve, or other operations of sanofi-aventis U.S. LLC or Sanofi US Services Inc.

34. Sanofi does not provide manufacturing advice or instructions to, direct the sales forces of, or manage the operational risks of Aventis Pharma S.A., sanofi-aventis U.S. LLC, or Sanofi US Services Inc.

35. Sanofi does not control research and development activities for sanofi-aventis U.S. LLC or Sanofi US Services Inc. by defining priorities, coordinating work, and/or obtaining the industrial property rights under Sanofi's own name and at Sanofi's own expense.

36. There are no shared employees between Sanofi or Aventis Pharma S.A., on the one hand, and sanofi-aventis U.S. LLC or Sanofi US Services Inc. on the other.

37. Sanofi-aventis U.S. LLC and Sanofi US Services Inc. maintain books and records separately from Sanofi and Aventis Pharma S.A., including corporate records relating to finances, taxes, salaries, and other expenses.

38. Sanofi maintains the required corporate formalities for a French corporation.

39. Aventis Pharma S.A. maintains the required corporate formalities for a French corporation.

1010003

40. Sanofi-aventis U.S. LLC maintains the required corporate formalities for a limited liability company.

41. Sanofi US Services Inc. maintains the required corporate formalities for a corporation.

42. Neither Sanofi nor Aventis Pharma S.A. pays the salaries, expenses or losses of sanofi-aventis U.S. LLC or Sanofi US Services Inc.

43. Sanofi U.S. LLC and Sanofi US Services Inc. manage their assets independently of Sanofi.

44. Neither Sanofi nor Aventis Pharma S.A. have engaged in any conduct or transacted any business in any state or territory in the United States through sanofi-aventis U.S. LLC or Sanofi US Services Inc.

45. Sanofi-aventis U.S. LLC and Sanofi US Services Inc. are not agents of Sanofi or Aventis Pharma S.A. for purposes of selling and marketing Taxotere® (docetaxel) in any state or territory in the United States.

46. Neither Sanofi nor Aventis Pharma S.A. placed Taxotere® (docetaxel) into the stream of commerce to be marketed and sold by sanofi-aventis U.S. LLC or Sanofi US Services Inc.

47. Neither Sanofi nor Aventis Pharma S.A. was involved in the label development for Taxotere® (docetaxel) in the United States.

48. Neither Sanofi nor Aventis Pharma S.A. submitted a new drug application for Taxotere® (docetaxel) to the United States Food and Drug Administration (FDA). Nor did Sanofi or Aventis Pharma S.A. submit any labeling-related applications for Taxotere® (docetaxel) to the FDA.

49. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 4.28.17 .

_____
Claire Terrazas