Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO

_____

## TAXOTERE REQUEST FOR SUMMONS

　　　　Please (issue) (re-issue) summons on the (__complaint) (__amended complaint) pursuant to PTO # 53 and PTO#55 for the subsitution of the originally named defendant _____

Select new party to be served

___　　1.　(name)  Hospira Worldwide, LLC fka Hospira Worldwide Inc. _____
　　　　　　(address) _____

___　　2.　(name)  Sun Pharmaceutical Industries, Inc fka Caraco Pharmaceutical Labortories Ltd
　　　　　　(address) _____

___　　3.　(name)  Actavis LLC fka Actavis Inc. _____
　　　　　　(address) _____

___　　4.　(name) _____
　　　　　　(address) _____

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　Attorney　　　_____
　　　　　　　　　　　　Address 　　　_____
　　　　　　　　　　　　　　　　　　　_____