UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Hilda Adams,<br>    Plaintiff, | : : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S.,<br>    Defendants. | : : : : : | **ORDER** |
| Civil Case No.: 2:16-cv-17583 | : : | |

Upon Plaintiff's Motion for Leave to file a Amended Complaint (Rec. Doc. 615) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this  2nd  day of  August , 2017 .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**