UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons (Rec. Doc. 699), filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Reply Memorandum in Support of Defendant's Motion for Disclosure of Non-Party Interested Entities or Persons is hereby entered into the Court's docket.

New Orleans, Louisiana this   1st   day of   August  ,  2017  .

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1