IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ANGELA JONES | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | COMPLAINT & JURY DEMAND |
| v. | : : | Civil Action No. 2:16-cv-15315 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S., | : : : : | |
| Defendants. | : : | |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 700) in the above captioned matter.

New Orleans, Louisiana this  1st  day of  August , 2017 .

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**