UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)<br>          PRODUCTS LIABILITY<br>          LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO. 57**
**[Setting a Meeting with Liaison Counsel]**

**IT IS ORDERED** that the next meeting of liaison counsel shall take place on **Thursday, August 17, 2017, at 10:00 a.m.** in the undersigned's chambers.

New Orleans, Louisiana, this 3rd day of August 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**