## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| ELSIE GOVERT ANDREWS, | |
| Plaintiff, | JUDGE: ENGELHARDT |
| V | MAG. JUDGE: NORTH |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES, INC., AND SANOFI-AVENTIS U.S. LLC, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Defendants. | Civil Action No: 1 16-cv-06015 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Elsie Govert Andrews, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Date: August 3, 2017.

By: /s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 3, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

/s/ Dennis C. Reich  
Dennis C. Reich