IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA ROLLI and JERRY ROLLI<br>    Plaintiffs,<br><br>    v.<br><br>SANOFI S.A., ET. AL.<br>    Defendants. | CASE NO. 2:17-CV-04972 (KDE)(MBN)<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Linda Rolli and Jerry Rolli, and their counsel, hereby give notice that the above-captioned action against Allegran Finance LLC f/k/a Actavis Inc., and Actavis Pharma Inc., solely, is voluntary dismissed, without prejudice.

DATED: August 4, 2017      MARC J. BERN & PARTNERS LLP
New York, New York      *Attorneys for Plaintiffs*

Debra Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164