MINUTE ENTRY
NORTH, M.J.
AUGUST 7, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## HEARING ON MOTION

COURT REPORTER:  Toni Tusa

APPEARANCES:     Dawn Barrios, Zachary Wool, Dave Miceli, Karen Menzies, Andrew Lemmon, Palmer Lambert, Harley Ratliff, Kelly Brilleaux, Chris Coffin, Kathleen Kelly, Mara Cusker Gonzalez, Peter Rotolo, Michael Suffern, Brandon Cox, Beth Toberman, Kyle Bachus, Andre Mura, Doug Moore

MOTION:

(1)     Plaintiffs' Motion to Compel Responses to Requests for Production (Rec. doc. 626).

_____ :     Continued to

_____ :     No opposition

__1__ :     Opposition

## ORDERED

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

_____ :     Granted.

MJSTAR (01:30)

   \_\_\_\_\_ :      Denied.

   \_\_1\_\_ :      Other.  Guided by the direction provided by the Court during the course of today's hearing, counsel for the parties are to confer further in an attempt to facilitate the flow of that information that the Plaintiffs need and are entitled to in order to respond to the pending personal jurisdiction motion within the deadlines established by the District Judge.  To the extent there are any issues that cannot be so resolved, counsel are to identify them in correspondence provided to the Court (at efile-north@laed.uscourts.gov) in advance of the status conference scheduled for August 18, 2017.

 

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE