**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "N" (5)** |
| | : | **HON. KURT D. ENGELHARDT** |
| | : | |
| | : | **COMPLAINT & JURY DEMAND** |
| | : | |
| *This Document Relates to:* | : | **CIVIL ACTION NO. 2:17-cv-06919** |
| *Terri M. Destefano* | : | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff will bring for hearing the accompanying Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint on the 30th day of August, 2017, at 9:30 a.m, before the Honorable Judge Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Dated:  August 10, 2017                              Respectfully submitted,

                                                 */s/ David F. Miceli*
                                                 David F. Miceli (GA 503900)
                                                 Holly R. Nighbert (MO 64548)
                                                 **SIMMONS HANLY CONROY**
                                                 One Court Street
                                                 Alton, IL 62002
                                                 Telephone: 618.259.2222
                                                 Facsimile:  618.259.2251
                                                 dmiceli@simmonsfirm.com
                                                 hnighbert@simmonsfirm.com

                                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 10th day of August, 2017.

                                          */s/ David F. Miceli*
                                           David F. Miceli