**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | HON. KURT D. ENGELHARDT |
| | : | |
| | : | COMPLAINT & JURY DEMAND |
| | : | |
| *This Document Relates to:* | : | CIVIL ACTION NO. 2:17-cv-06921 |
| *Cynthia A. Hayden* | : | |

___

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR
LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
___

Plaintiff, Cynthia A. Hayden, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Cynthia Hayden, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 19, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sun Pharma Global FZE should have been named as Defendant in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sun Pharma Global FZE and to add that she only recently became aware of these allegations.

Dated: August 10, 2017         Respectfully submitted,

>    */s/ David F. Miceli*
>    David F. Miceli (GA 503900)
>    Holly R. Nighbert (MO 64548)
>    **SIMMONS HANLY CONROY**
>    One Court Street
>    Alton, IL 62002
>    Telephone: 618.259.2222
>    Facsimile: 618.259.2251
>    dmiceli@simmonsfirm.com
>    hbighbert@simmonsfirm.com
>    Attorneys for Plaintiff

## **CERTIFICATE OF COMPLAINCE**

In compliance with Local Rule 7.6 Defendants Liaison Counsel has been contacted and oppose our amendment.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 10th day of August, 2017.

>    */s/ David F. Miceli*
>    David F. Miceli

3