## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. KURT D. ENGELHARDT<br><br>COMPLAINT & JURY DEMAND<br><br>CIVIL ACTION NO. 2:17-cv-06921 |
| *This Document Relates to:*<br>*Cynthia A. Hayden* | | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff will bring for hearing the accompanying Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint on the 30th day of August, 2017, at 9:30 a.m, before the Honorable Judge Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Dated:  August 10, 2017            Respectfully submitted,

/s/ David F. Miceli
David F. Miceli (GA 503900)
Holly R. Nighbert (MO 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile:  618.259.2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 10th day of August, 2017.

                                          */s/ David F. Miceli*
                                            David F. Miceli