UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE: NORTH<br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Case No. 2:17-cv-05481 |
| DINAH TURNER, | | |
| Plaintiff, | | |
| v. | | |
| SANOFI S.A., et al., Defendants | | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Dinah Turner, through undersigned counsel, hereby gives notice that the above-captioned action against Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., solely, is voluntary dismissed without prejudice.

DATED: August 10, 2017                    Respectfully submitted,

                                          */s/ Lauren E. Godshall*
                                          Betsy J. Barnes, LA Bar #19473
                                          Lauren E. Godshall, LA Bar #31465
                                          Morris Bart LLC
                                          601 Poydras Street, 24th Floor
                                          New Orleans, Louisiana 70130
                                          Phone: (504) 599-3234
                                          Fax: (504) 599-3392

## CERTIFICATE OF SERVICE

I certify that on August 10, 2017, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to all parties' counsel of record who are registered ECF users. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure.

DATED: August 10, 2017.

*/s/ Lauren E. Godshall*
Lauren E. Godshall