IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE :  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| ELLEN LOQUE and DALE LOQUE | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| | COMPLAINT & JURY DEMAND |
| v. | |
| | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT (WITHOUT CONSENT)**

Plaintiffs, Ellen Loque and Dale Loque, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, ELLEN LOUQUE, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair.  Her original suit was filed on December 12, 2016, shortly after she became aware of claims associated with Taxotere use.

Subsequent to the filing of her original lawsuit, and after diligent and persistent investigation by counsel, Plaintiff recently learned from medical records that HOSPIRA, INC. was apparently the manufacturer of the chemotherapy drug she took which caused her permanent hair

loss. This fact was not evident from a normal review of the medical records, but rather involved investigation related to certain NDC codes that were not provided with requested medical records.

Pursuant to Local Rule 7.6, Defendants have been contacted regarding their position relative to the filing of this Amended Complaint. Defendants through Doug Moore have been contacted twice and Plaintiff has received no response. Defendants through John Olinde have expressed no opposition to the filing of this Amended Complaint if Plaintiff intended to dismiss the Sanofi Defendants, which they are not prepared to do at this time.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. and to add that she only recently became aware of these allegations.

        Respectfully submitted,

        MORROW, MORROW, RYAN, BASSETT & HAIK

        By:   /s/ *Jeffrey M. Bassett*_____
            Jeffrey M. Bassett (#2840)
            Taylor J. Bassett (#33720)
            Kathleen E. Ryan (#36335)
            Post Office Drawer 1787
            Opelousas, LA  70571-1787
            337-948-4483
            337-942-5234 (fax)

        *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ELLEN LOQUE and DALE LOQUE | SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| Plaintiffs, | COMPLAINT & JURY DEMAND |
| v. | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A.,<br>AVENTIS PHARMA S.A., and<br>SANOFI-AVENTIS U.S. LLC, separately,<br>and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

## ORDER GRANTING LEAVE TO FILE AMENDED
## SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT

3