IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE :  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ELLEN LOQUE and DALE LOQUE | SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiffs, | COMPLAINT & JURY DEMAND |
| v. | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Judge Engelhardt on August 30, 2017 at 9:30 a.m.

Respectfully submitted,

MORROW, MORROW, RYAN, BASSETT & HAIK

By:   /s/ *Jeffrey M. Bassett*_____
Jeffrey M. Bassett (#2840)
Taylor J. Bassett (#33720)
Kathleen E. Ryan (#36335)
Post Office Drawer 1787
Opelousas, LA  70571-1787
337-948-4483
337-942-5234 (fax)
***Attorneys for Plaintiff***