UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| KIMBERLY JORDAN | |
| Plaintiff(s), | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| vs. | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. LLC, and SANDOZ, INC. | |
| | Civil Action No.: 2:16-cv-16051 |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff, Kimberly Jordan, by and through the undersigned counsel, pursuant to Federal Rule of Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]

Plaintiffs' original suit was filed in the U.S.D.C for the District of New Jersey on October 10, 2016 (Kimberly Jordan v. Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, Case No. 3:16-cv-07510), and Plaintiff served all defendants. On October 24, 2016, Plaintiff's case was transferred in from U.S.D.C. for the District of New Jersey into the U.S.D.C. for the Western District of Louisiana (Case No. 2:16-16051). Plaintiff's Amended Short Form Complaint was filed on May 30, 2017. In June 2017, counsel received the National Drug Code form for Kimberly Jordan from her Oncologist. At that time, Plaintiff

---

[1] Plaintiffs' liaison counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

1

learned the manufacture of the drug that injured Plaintiff was Sandoz, Inc., rather than Sanofi Aventis and its related entities. Thus, Plaintiff's proposed amendment would reflect this change by substituting Sandoz, Inc. as the proper defendant.

Plaintiffs' liaison counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

**Dated this 15th day of August, 2017**                          **Respectfully submitted,**

*s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATE OF SERVICE

       I hereby certify that on August 15, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  August 15, 2017                   */s/ Ryan L. Thompson*
                                                  Ryan Thompson