UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| KIMBERLY JORDAN | : : | |
| Plaintiff(s), | , : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | : : | ORDER |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. LLC, and SANDOZ, INC. | : : : : | Civil Action No.: 2:16-cv-16051 |
| Defendants. | , : : | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint what was attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2017

_____
JUDGE, UNTED STATES DISTRICT COURT

1