UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Kelly Fisher,        Plaintiff, | : : : | HON. KURT D. ENGELHARDT |
| vs. | : : : | |
| Sandoz, Inc.,        Defendant. | : : : : | |
| Civil Case No.: 2:16-cv-15576 | : : : : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Kelly Fisher, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in the U.S.D.C. for the Middle District of North Carolina on September 23, 2016, (*Kelly Fisher v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Case No. 1:16-cv-01173*) and, Plaintiff served Sanofi S.A. through the Hague on November 10, 2016 and Aventis Pharma S.A. on November 21, 2016 and Sanofi Aventis U.S. LLC separately d/b/a Winthrop U.S. on October 12, 2016. In July 2017, counsel received the National Drug Code form for Kelly Fisher

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

from her Oncologist. At that time, Plaintiff learned the manufacturer of the drug that injured Plaintiff was Sandoz, Inc. 66758-050-03, rather than Sanofi Aventis and its related entities. Thus, Plaintiff's proposed amendment would reflect this change by substituting Sandoz, Inc. as the proper defendant.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 15th day of August, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 15, 2017.

*/s/ Daniel K. Bryson*
Daniel K. Bryson