UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | |
| Kelly Fisher,<br>    Plaintiff, | : | HON. KURT D. ENGELHARDT |
| vs. | : | |
| | : | **ORDER** |
| Sandoz, Inc.<br>    Defendant. | : | |
| Civil Case No.: 2:16-cv-15576 | : | |

Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____, 2017.

_____
U.S. District Court Judge