UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Kathalean A. Lau, Plaintiff, | : : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Sanofi S.A., et al., Defendants. | : : : | |
| Civil Case No.: 2:17-cv-7469 | : : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Kathalean A. Lau, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on August 3, 2017, (*Kathy Lou v. Sanofi S.A., et al., Case No. 6:16-cv-01649*). After filing, counsel realized that the Plaintiff's name listed on her complaint was not her correct legal name. Thus, Plaintiff's proposed amendment would reflect her legal name which is Kathalean A. Lau.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 15 day of August, 2017.

                                        WHITFIELD BRYSON & MASON LLP

                                        */s/ Daniel K. Bryson*
                                        Daniel K. Bryson
                                        N.C. State Bar No.: 15781
                                        J. Hunter Bryson
                                        N.C. State Bar No.: 50602
                                        PO Box 12638
                                        Raleigh, NC 27605
                                        Phone: 919-600-5000
                                        Facsimile: 919-600-5035
                                        Email: dan@wbmllp.com
                                        Email: hunter@wbmllp.com

                                        *Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 15, 2017.

*/s/ Daniel K. Bryson*
Daniel K. Bryson