UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Kathalean A. Lau, | : | HON. KURT D. ENGELHARDT |
|    Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Sanofi S.A., et al., | : | **ORDER** |
|    Defendants. | : | |
| | : | |
| Civil Case No.: 2:17-cv-7469 | : | |
| | : | |
| | : | |
| | : | |

     Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

     This the _____ day of _____, 2017.


_____
U.S. District Court Judge