# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : : : : THIS DOCUMENT RELATES TO: *Merrill Davis Jones Battle v. Sanofi S.A., et al., Civil Action No. 2:17-cv-5509* : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses claims against Defendants Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharma Global, Inc., Actavis Inc., and Actavis Pharma, Inc. from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: August 15, 2017            Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: August 15, 2017            Respectfully submitted,

                               /s/ Russell T. Abney_____
                               Russell T. Abney, Esq.
                               Attorney I.D. No. 000875 (GA)
                               FERRER, POIROT & WANSBROUGH
                               2100 RiverEdge Pkwy NW, Suite 1025
                               Atlanta, GA 30328
                               Telephone: 800.521.4492
                               Fax: 866.513.0115
                               atlanta@lawyerworks.com
                               *Attorney for the Plaintiffs*