IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE(DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N"(5) |
| BRENDA WASHINGTON | |
| | HON. KURT D. ENGELHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| v. | |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS, U.S., LLC. | Civil Case No. 2:17-CV-4966 |
| Defendants. | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT**

Plaintiff, BRENDA WASHINGTON, by and through undersigned counsel respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

Plaintiff's Short Form Complaint was filed in this matter based upon information and belief by Plaintiff that she was provided Taxotere/Docetaxel chemotherapy which caused her to experience permanent hair loss. Plaintiff's Short Form Complaint was filed on May 16, 2017.

Subsequent to the filing of her Short Form Complaint, and after diligent investigation by undersigned counsel, Plaintiff learned from medical records that HOSPIRA, INC. was apparently the manufacturer of the chemotherapy drug she took which caused her permanent hair loss. This fact was not evident from a normal review of the medical records, but rather involved an investigation and specific requests related to certain pharmacy codes that were not provided with the originally requested medical records.

Plaintiff, therefore, desires to amend the Short Form Complaint to substitute HOSPIRA, WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., as Defendants in this matter to include allegations against them as the manufacturers of the drug administered to Plaintiff.

Dated this 15th day of August, 2017.

        By:    */s/ Robin Myers Primeau*
                Stephen B. Murray, Sr. (La. Bar. No. 9858)
                Arthur M. Murray (La. Bar No. 27694 )
                Robin Myers Primeau (La. Bar No. 32613)
                Jessica W. Hayes (La. Bar No. 28927)
                MURRAY LAW FIRM
                650 Poydras Street, Suite 2150
                New Orleans, Louisiana 70130
                (T)    504-525-8100
                (F)    504-584-5249
                smurray@murray-lawfirm.com
                amurray@murray-lawfirm.com
                rmyers@murray-lawfirm.com
                jhayes@murray-lawfirm.com

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Unopposed Motion for Leave to File an Amended Short Form Complaint is agreed to by Defendants.

        By:    */s/ Robin Myers Primeau*
                Robin Myers Primeau

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2017, the foregoing document was filed with the clerk via CM/ECF system. Notice of this filing will be sent by operation of MDL

Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2740.

                        By:    */s/ Robin Myers Primeau*
                                  Robin Myers Primeau