# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE(DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N"(5) |
| BRENDA WASHINGTON | |
| | HON. KURT D. ENGELHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| v. | |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS, U.S., LLC. | Civil Case No. 2:17-CV-4966 |
| Defendants. | |

## ORDER GRANTING
## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT

The Court being fully advised on the matter and having reviewed the pleadings in this matter, hereby **GRANTS** Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint in the above captioned matter.

**SO ORDERED** this _____ day of August, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT JUDGE**