# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT
# OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Lorraine Darden, 2:16-cv-17308*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendant, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., only.

Dated this 16th day of August, 2017

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Jeffrey R. Atkins, OBA# 15076
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: jatkins@atkinsandmarkoff.com
***ATTORNEYS FOR PLAINTIFFS***