**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

<u>**ORDER**</u>

Considering the Motion for Leave to Exceed Page Limit, filed by Defendants sanofi-aventis U.S. LLC; Sanofi US Services Inc.; Sandoz Inc.; Hospira, Inc.; Hospira Worldwide, LLC; Pfizer Inc.; Actavis Pharma, Inc.; Accord Healthcare, Inc.; Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.;[1] and McKesson Corporation d/b/a McKesson Packaging Services, (collectively, "Defendants");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants may file their Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Doc. 489) in excess of the ten-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2017.

                                    _____
                                    JUDGE KURT D. ENGELHARDT

---

[1] At the time of the filing of the Motion, Sun Pharma Global Inc. and Plaintiffs agreed to a voluntary dismissal without prejudice and further agreed to substitute and accept streamlined service of process for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.  Plaintiffs also named Sun Pharma Global FZE in this litigation but Sun Pharma Global FZE is a foreign company incorporated under the laws of the United Arab Emirates and has not been served with process, has not agreed to accept service of process in this litigation and consequently, Sun Pharma Global FZE is not appearing in this matter or joining in this Motion.