UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                          MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:  ALL CASES

PRETRIAL ORDER NO. 58
[Granting Request for Oral Argument on Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489)]

Considering the request for oral argument (Rec. Doc. 719) in connection with Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489);

**IT IS ORDERED** that the request for oral argument is **GRANTED**, and oral argument on this motion shall be held on **Wednesday, August 30, 2017, at 9:30 a.m**.

Movants will collectively have a total of fifteen (15) minutes to argue, and Plaintiffs will collectively have a total of fifteen (15) minutes to argue. Any time reserved by Movants for rebuttal must also come from the fifteen (15) minutes allotted to Movants.

New Orleans, Louisiana, this 10th day of August 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1