MINUTE ENTRY
NORTH, M.J.
AUGUST 18, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further status conference was held on this date.

| PRESENT: | Kathleen Kelly | Clifton Merrell | Peter Rotolo |
|---|---|---|---|
| | Douglas Moore | Kelly Brilleaux | Patrick Oot |
| | Harley Ratliff | Kelly Bieri | Darin Shanker |
| | Kyle Bachus | Mara Custer Gonzalez | Dawn Barrios |
| | David Miceli | Palmer Lambert | Karen Menzies |
| | Michael Suffern | Brandon Cox | Chris Coffin |
| | Jessica Reynolds | Andrew Lemmon | |

PARTICIPATING VIA　　　　John Olinde　　　　Julie Park
TELEPHONE:

The Sanofi Defendants are to respond to Plaintiffs' requests for production of documents as directed during the conference no later than August 25, 2017.  The Court will issue a general discovery protocol applicable to the Sanofi Defendants by August 23, 2017 and a separate general discovery protocol applicable to the 505(b)(2) Defendants will be issued thereafter.

　　　　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR (01:40)