# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case 2:16-md-02740-KDE-MBN<br>MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Terri M. Destefano v. Sanofi S.A., et al.*, Case No. 2:17-cv-06919-KDE-MBN

### DEFENDANT SANDOZ INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Defendant Sandoz Inc. ("Sandoz") respectfully moves the Court for a two day extension of time to respond to Plaintiff's Motion for Leave to File Amended Short Form Complaint (MDL Doc. No. 726), for the reasons set forth below:

1. On August 10, 2017, Plaintiff Terri Destefano ("Plaintiff") filed a Motion for Leave to File Amended Short Form Complaint, seeking leave to file an amended complaint adding claims against defendants Sandoz and Sun Pharma Global FZE. *See* MDL Doc. No. 726. Plaintiff noticed her Motion for August 30, 2017.

2. Counsel for Plaintiff has granted Sandoz a two day extension of time to respond to Plaintiff's Motion, which would make Sandoz's response due on August 24, 2017.

For the foregoing reasons, Sandoz requests that this Court grant the Motion and enter the attached Proposed Order.

Respectfully submitted,

By: */s/ Evan C. Holden*
   Lori G. Cohen
   R. Clifton Merrell

1

Evan Holden
**Greenberg Traurig, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email:  cohenl@gtlaw.com
          merrellc@gtlaw.com
          holdene@gtlaw.com
*Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF COMPLAINCE

In compliance with Local Rule 7.6, Counsel for Plaintiff has been contacted and does not oppose the instant motion.

2

*ATL 22277674v1*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                             */s/ Evan C. Holden*
                                             Evan C. Holden

ATL 22277674v1