UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case 2:16-md-02740-KDE-MBN<br>MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Terri M. Destefano v. Sanofi S.A., et al.*, Case No. 2:17-cv-06919-KDE-MBN

### ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Defendant Sandoz Inc.'s Unopposed Motion for Extension of Time To Respond To Plaintiff's Motion For Leave To File Amended Short Form Complaint in the above captioned matter. Defendant Sandoz Inc. has until August 24, 2017 to file a response to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2017.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

ATL 22277709v1