UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Kelly Fisher,  Plaintiff, | : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Sandoz, Inc.  Defendant. | : : : | |
| Civil Case No.: 2:16-cv-15576 | : : : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file a Amended Complaint (Rec. Doc. 736) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short From Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this  22nd  day of  August , 2017 .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**