UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | |
| Kathalean A. Lau,    Plaintiff, | : | HON. KURT D. ENGELHARDT |
| vs. | : | |
| Sanofi S.A., et al.,    Defendants. | : | |
| Civil Case No.: 2:17-cv-7469 | : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file a Amended Complaint (Rec. Doc. 737) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this  22nd  day of  August , 2017 .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**