UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Mary Katherine Gidcomb: 2:17-cv-04972* | HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SUN PHARMA GLOBAL INC., SUN PHARMA GLOBAL FZE, AND CARACO PHARMACEUTICAL LABORATORIES, LTD.

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismiss with prejudice Defendants Sun Pharma Global Inc., Sun Pharma Global FZE, and Caraco Pharmaceutical Laboratories, Ltd. with each party to bear its own attorneys' fees and costs:

Respectfully submitted,

*/s/ Debra J. Humphrey*
Debra J. Humphrey (NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164

*Counsel for Plaintiff*

300282198v1 0995584

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  August 23, 2017            */s/ Debra J. Humphrey*
                                   Debra J. Humphrey