# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
|---|---|
| THIS DOCUMENT RELATES TO: *Cheryl Lynne Doerfler v. Sanofi S.A. et. al* Case No. 2:16-cv-17790 | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff Cheryl Doerfler respectfully asks this Court to substitute attorney Karen B. Menzies in place of attorneys Alexandra Robertson and Timothy Becker. In support of this Motion, she states as follows: Attorneys Alexandra Robertson and Timothy Becker will no longer be representing Plaintiff in this case. They do not need notice of filings and request to be removed from all service listings. Attorney Karen B. Menzies will be substituted in as counsel of record. Karen Menzies is Co-Lead Counsel and is familiar with the litigation and this case. Therefore, Plaintiff will not be prejudiced by this substitution.

WHEREFORE, Plaintiff hereby respectfully asks that this Court to permit attorneys Alexandra Robertson and Timothy Becker to be removed as counsel of record and to remove them from all service lists as counsel for Plaintiff, and to enter the appearance of attorney Karen B. Menzies.

Dated: August 23, 2017

Respectfully Submitted,

2

/s/   Karen Barth Menzies  
Karen Barth Menzies  
**GIBBS LAW GROUP LLP**  
400 Continental Blvd, 6th Floor  
El Segundo, California 90245  
Telephone: (510) 350-9240  
Fax: (510) 350-9701  
kbm@classlawgroup.com

-and-

/s/ Alexandra W. Robertson  
Alexandra W. Robertson, Esq. MN Bar #395619  
Timothy J. Becker, Esq. MN Bar #256663  
**Johnson Becker, PLLC**  
444 Cedar Street, Suite 1800  
St. Paul, Minnesota 55101  
Telephone: (612) 436-1800  
Fax: (612) 436-1801  
arobertson@johnsonbecker.com  
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

    */s/ Alexandra W. Robertson*