UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "N" (5)

                                                JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
    *Elizabeth Custard v. Sanofi S.A.,*
    *et al.; Civil Action No. 2:16-cv-17650*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sandoz Inc., Accord Healthcare Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc. and Actavis Pharma Inc. only.

Dated this 23rd day of August, 2017.

                                                **JACKSON ALLEN & WILLIAMS, LLP**

                                                /s/ Jennifer Williams
                                                John H. Allen, III, Esq. - Trial/Lead Counsel
                                                tallen@jacksonallenfirm.com
                                                Jennifer Williams, Esq.
                                                jwilliams@jacksonallenfirm.com
                                                3838 Oak Lawn Ave., Suite 1100
                                                Dallas, Texas 75219
                                                (214) 521-2300
                                                (214) 452-5637 (Facsimile)

                                                *Attorneys for Plaintiff*