IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---

IN RE: TAXOTERE (DOCETAXEL)  :  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    :  SECTION "N" (5)

---

                                                    :  HON. KURT D. ENGELHARDT

**THIS DOCUMENT RELATES TO:**
   *Christine Kinderdine and*           :
   *Jim Kinderine, 2:17-CV-00348*

                                                    :

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss Defendants Sanofi SA, Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis US, LLC from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice. Each party to bear its own attorneys' fees and costs.

Dated: August 24, 2017

                                              Respectfully submitted,

                                              */s/ Jennifer L. Lawrence*
                                              Jennifer L. Lawrence
                                              Anne L. Gilday
                                              THE LAWRENCE FIRM, PSC
                                              606 Philadelphia St.
                                              Covington, KY 41011
                                              859-578-9130
                                              Jenn.lawrence@lawrencefirm.com
                                              Anne.gilday@lawrencefirm.com
                                              *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                */s/ Jennifer L. Lawrence*
                Jennifer L. Lawrence