UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Brenda Hill - 2:16-cv-17397* | | JUDGE ENGELHARDT |
| | : | MAG. JUDGE NORTH |

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Allergen Finance LLC f/k/a Actavis Inc., Actavis Pharma Inc., Allergen PLC, and Teva Pharmaceutical Industries from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice. Each party to bear its own attorneys' fee and costs.

Dated: August 24, 2017            RESPECTFULLY SUBMITTED,

/s/ T. Aaron Stringer
T. Aaron Stringer (UT 12681)
**Lowe Law Group**
6028 S. Ridgeline Dr., Ste. 200
Ogden, Utah 84405
Telephone: 801-917-8500
Facsimile: 801-656-0997
aaron@lowelawgroup.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 24, 2017

/s/ T. Aaron Stringer
T. Aaron Stringer