**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                  **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                            **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO**
**ALL CASES**

**SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.'S**
**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**
**IN SUPPORT OF THEIR MOTION TO DISMISS CLAIMS**
**BARRED BY THE APPLICABLE STATUTES OF LIMITATIONS**
**AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., who respectfully move this Court for leave to file a Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 663).  This Reply Memorandum will be helpful to the Court in evaluating Defendant's Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 494), and in considering the arguments raised by Plaintiffs in their Opposition.

Defendants further request leave of court to file the instant Reply Memorandum in excess of the ten-page limit set forth in Local Rule 7.7. The standard limit of ten pages for the Reply Memoranda, as set forth in Local Rule 7.7, is insufficient under these circumstances to appropriately address the complex issues raised in Plaintiffs' Opposition to the Motion.

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., U.S. LLC respectfully request that this Court grant leave to file their Reply Memorandum in Support

1

of the Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations. Defendants further request that this Court grant leave to file the Reply Memorandum in excess of ten pages.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
***Counsel for sanofi-aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*

2