UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations and the Motion for Leave to Exceed Page Limit with regard to the Reply Memorandum in Support of Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that sanofi-aventis U.S. LLC and Sanofi US Services, Inc.'s proposed Reply Memorandum in Support of Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations is hereby entered into the Court's docket.

**IT IS FURTHER ORDERED** that the Motion for Leave to Exceed Page Limit be and is **GRANTED**, and that Defendants may file their Reply Memorandum in Support of Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations in excess of the ten-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
JUDGE KURT D. ENGELHARDT