# EXHIBIT 1

**Exhibit 1**

**Short Form Complaint Allegations Demonstrating Untimeliness[1]**

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-00824 | UT 2 | Andersen, Vicki Lynn | 1/31/2017 | 1/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/31/2013 | 7/31/2015 | 1 years, 6 months, 30 days |
| 2:16-cv-15493 | CA 2 | Anderson, Danah | 8/12/2016 | 9/30/2003† | Permanent hair loss from approximately 01/2004 to present. | 1/31/2004 | 1/31/2006 | 10 years, 6 months, 11 days |
| 2:16-cv-15555 | MN 6 | Anderson, Kristin | 8/3/2016 | 9/1/2009* | Permanent hair loss. Onset approximately Spring 2009. | 6/20/2009 | 6/20/2015 | 1 years, 1 months, 2 days |
| 2:16-cv-17953 | TN 1 | Atkins, Virginia | 12/8/2016 | 9/30/2011 | Disfiguring permanent alopecia beginning approximately December 2011 and continuing to date. | 12/31/2011 | 12/31/2012 | 3 years, 11 months, 7 days |
| 2:16-cv-17249 | KY 1 | Atkinson, Reba | 11/21/2016 | 8/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 2/28/2014 | 2/28/2015 | 1 years, 8 months, 20 days |
| 2:17-cv-00248 | AL 2 | Ballard, Barbara | 1/10/2017 | 12/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 6/30/2014 | 6/30/2016 | 0 years, 6 months, 9 days |

---

[1] This table presents a representative sample of Short Form Complaint injury allegations tending to demonstrate untimeliness. Not all relevant Plaintiffs or allegations are included. Some have been excerpted or omitted for brevity or ease of presentation.
*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-02692 | LA 1 | Bartholomew, Kimberly | 3/30/2017 | 11/18/2003 | Disfiguring permanent alopecia beginning approximately May 2004 and continuing to date. | 5/31/2004 | 5/31/2005 | 11 years, 9 months, 29 days |
| 2:17-cv-02159 | MD 3 | Baumgardner, Lisa | 3/15/2017 | 8/20/2013 | Permanent hair loss from April 28, 2013 to the present. | 4/28/2013 | 4/28/2016 | 0 years, 10 months, 14 days |
| 2:16-cv-16746 | WV 2 | Branham, Bettina | 11/10/2016 | 1/31/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/31/2012 | 7/31/2014 | 2 years, 3 months, 9 days |
| 2:16-cv-17581 | LA 1 | Brasell, Carolyn | 12/1/2016 | 5/31/2006 | [….] Plaintiff's hair loss occurred during her use of Taxotere and has not returned since she stopped taking Taxotere in or about April 2006. As a result of Defendants' wrongful conduct, Plaintiff has continued to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with Taxotere. | 4/30/2006 | 4/30/2007 | 9 years, 7 months, 0 days |
| 2:16-cv-17624 | LA 1 | Broussard, Cyndi | 12/20/2016 | 4/30/2010 | Change in thickness and texture of hair, permanent loss of eyebrows, 3/2010 - present. | 3/31/2010 | 3/31/2011 | 5 years, 8 months, 19 days |

\*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-2

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-16902 | LA 1 | Broussard, Geraldine | 11/9/2016 | 5/30/2007 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2007 | 11/30/2008 | 7 years, 11 months, 8 days |
| 2:16-cv-16485 | LA 1 | Burkett, Sharon R. | 11/18/2016 | 8/31/2007 | Permanent/Persistent hair loss on my scalp from February 13 2008 to May 2017 [….] | 2/13/2008 | 2/13/2009 | 7 years, 9 months, 17 days |
| 2:16-cv-16930 | TN 1 | Castleberry, Judith Wilma | 11/15/2016 | 11/30/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 5/30/2015 | 5/30/2016 | 0 years, 5 months, 14 days |
| 2:16-cv-15307 | IL 2 | Chase, Mary Renee | 5/27/2016 | 8/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 2/28/2014 | 2/28/2016 | 0 years, 2 months, 26 days |
| 2:16-cv-15281 | CA 2 | Collins, Valesta | 7/20/2016 | 10/31/2007 † | Permanent hair loss from approximately 11/2007 to present. | 11/30/2007 | 11/30/2009 | 6 years, 7 months, 19 days |
| 2:16-cv-17095 | LA 1 | Copeland, Mary | 12/12/2016 | 2/29/2008 | Disfiguring permanent alopecia beginning approximately August 2008 and continuing to date. | 8/30/2008 | 8/30/2009 | 7 years, 3 months, 11 days |
| 2:16-cv-16941 | TN 1 | Deberry, Karen Annette | 11/15/2016 | 4/30/2004 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/30/2004 | 10/30/2005 | 11 years, 0 months, 14 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-3

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-16255 | MS 3 | Dobson, Carolyn | 10/24/2016 | 10/27/2010 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/27/2011 | 4/27/2014 | 2 years, 5 months, 23 days |
| 2:16-cv-16942 | TN 1 | Drummond, Kimberly | 11/15/2016 | 10/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/30/2015 | 4/30/2016 | 0 years, 6 months, 14 days |
| 2:16-cv-17097 | KY 1 | Dudley, Elaine | 12/12/2016 | 12/31/2013 | Disfiguring permanent alopecia beginning approximately February 2013 and continuing to date. | 2/28/2013 | 2/28/2014 | 2 years, 9 months, 11 days |
| 2:16-cv-16943 | TN 1 | Dunn, Debra Lynne | 11/15/2016 | 4/30/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/30/2011 | 10/30/2012 | 4 years, 0 months, 14 days |
| 2:16-cv-17247 | KY 1 | Fields, Sherry | 11/21/2016 | 12/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 6/30/2015 | 6/30/2016 | 0 years, 4 months, 20 days |
| 2:16-cv-17579 | LA 1 | Folks, Kathy | 11/30/2016 | 3/31/2008 | Permanent hair loss from approximately 09/2008 to present. | 9/30/2008 | 9/30/2009 | 7 years, 2 months, 29 days |
| 2:16-cv-16259 | LA 1 | Garcia, Jane | 11/9/2016 | 9/30/2004 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2005 | 3/30/2006 | 10 years, 7 months, 8 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-4

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-17251 | KY 1 | Giambelluca, Denise | 11/21/2016 | 1/11/2010 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/11/2010 | 7/11/2011 | 5 years, 4 months, 20 days |
| 2:16-cv-16899 | LA 1 | Green, Cosandra L. | 11/9/2016 | 7/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 1/31/2015 | 1/31/2016 | 0 years, 9 months, 8 days |
| 2:16-cv-17256 | TN 1 | Hammond, Pamela | 11/18/2016 | 4/19/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/19/2011 | 10/19/2012 | 4 years, 0 months, 17 days |
| 2:16-cv-15564 | MN 6 | Hoerr, Robyn | 9/22/2016 | 1/1/2009* | Permanent hair loss. Onset approximately Summer 2008. | 9/21/2008 | 9/21/2014 | 2 years, 0 months, 21 days |
| 2:16-cv-16944 | TN 1 | Hutchens, Laura Louise | 11/15/2016 | 5/31/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2011 | 11/30/2012 | 3 years, 11 months, 14 days |
| 2:16-cv-17574 | KY 1 | Hylton, Lela | 11/21/2016 | 2/29/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 8/29/2012 | 8/29/2013 | 3 years, 2 months, 20 days |
| 2:17-cv-00381 | LA 1 | Jackson, Lorraine | 1/16/2017 | 10/1/2013* | Disfiguring permanent alopecia beginning approximately April 2013 and continuing to date. | 4/30/2013 | 4/30/2014 | 2 years, 8 months, 15 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-5

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-17580 | LA 1 | Jones, Mary Elizabeth | 11/23/2016 | 6/30/2009 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 12/30/2009 | 12/30/2010 | 5 years, 10 months, 22 days |
| 2:16-cv-17100 | KY 1 | King, Patrice | 12/12/2016 | 12/31/2006 | Disfiguring permanent alopecia beginning approximately March 2007 and continuing to date. | 3/31/2007 | 3/31/2008 | 8 years, 8 months, 11 days |
| 2:16-cv-16900 | LA 1 | Krapf, Susan Kirkland | 11/15/2016 | 10/31/2008 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/30/2009 | 4/30/2010 | 6 years, 6 months, 14 days |
| 2:16-cv-16945 | TN 1 | Kridner, Miriam | 11/15/2016 | 4/30/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/30/2013 | 10/30/2014 | 2 years, 0 months, 14 days |
| 2:16-cv-16235 | AZ 2 | Kuchtyak, Galemarie | 10/24/2016 | 4/30/2011 | Permanent hair loss from approximately 10/2011 to present. | 10/31/2011 | 10/31/2013 | 2 years, 11 months, 23 days |
| 2:17-cv-00528 | IN 2 | Luellen-Williams, Charnita M. | 1/23/2017 | 12/31/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 6/30/2013 | 6/30/2015 | 1 years, 6 months, 22 days |
| 2:16-cv-17101 | LA 1 | Malone, Dorothy | 12/12/2016 | 5/23/2011 | Disfiguring permanent alopecia beginning approximately November 2011 and continuing to date. | 11/30/2011 | 11/30/2012 | 4 years, 0 months, 11 days |

\*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-6

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-16948 | TN 1 | Mitchell, Lynda | 11/15/2016 | 6/30/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 12/30/2013 | 12/30/2014 | 1 years, 10 months, 14 days |
| 2:16-cv-17325 | NY 3 | Morrison, Patricia | 12/14/2016 | 3/1/2013* | Disfiguring permanent alopecia beginning approximately September 2012 and continuing to date. | 9/30/2012 | 9/30/2015 | 1 years, 2 months, 13 days |
| 2:16-cv-16949 | TN 1 | Mulligan, Brenda | 11/15/2016 | 9/30/2010 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2011 | 3/30/2012 | 4 years, 7 months, 14 days |
| 2:16-cv-16246 | LA 1 | Palmer, Erin | 11/9/2016 | 11/30/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 5/30/2015 | 5/30/2016 | 0 years, 5 months, 8 days |
| 2:16-cv-15294 | IL 2 | Pistone, Christine | 4/5/2016 | 5/31/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2011 | 11/30/2013 | 2 years, 4 months, 4 days |
| 2:17-cv-04795 | VA 2 | Rigney, Linda Susan | 5/9/2017 | 7/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 1/31/2014 | 1/31/2016 | 1 years, 3 months, 8 days |
| 2:16-cv-15834 | NV 2 | Rinaldi, Lorraine | 10/12/2016 | 10/31/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/30/2013 | 4/30/2015 | 1 years, 5 months, 11 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-7

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-15507 | CA 2 | Sandler, Abigail | 7/21/2016 | 12/31/2011 | Disfiguring permanent alopecia beginning approximately November 2011 and continuing to date. | 11/30/2011 | 11/30/2013 | 2 years, 7 months, 20 days |
| 2:16-cv-17954 | TN 1 | Sawyers, Janice | 12/8/2016 | 12/31/2008 | Disfiguring permanent alopecia beginning approximately October 2009 and continuing to date. | 10/31/2009 | 10/31/2010 | 6 years, 1 months, 7 days |
| 2:16-cv-15502 | CA 2 | Schmitz, Bertha Renee | 8/12/2016 | 12/31/2009 † | Permanent hair loss from approximately 8/2010 to present. | 8/31/2010 | 8/31/2012 | 3 years, 11 months, 11 days |
| 2:16-cv-17250 | KY 1 | Sheffield, Suzanne Louise | 11/21/2016 | 9/30/2009 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2010 | 3/30/2011 | 5 years, 7 months, 20 days |
| 2:17-cv-00617 | LA 1 | Smith, Blynda Kay | 1/25/2017 | 7/31/2011 | Thinning of hair on top, change in thickness and texture. April 28, 2011 - present. | 4/28/2011 | 4/28/2012 | 4 years, 8 months, 24 days |
| 2:16-cv-17107 | TN 1 | Smith, Cynthia | 12/12/2016 | 3/1/2010 | Disfiguring permanent alopecia beginning approximately September 2010 and continuing to date. | 9/30/2010 | 9/30/2011 | 5 years, 2 months, 11 days |
| 2:17-cv-04785 | NY 3 | Smith, Marina Anne | 5/8/2017 | 1/31/2006 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/31/2006 | 7/31/2009 | 7 years, 9 months, 7 days |

\*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-8

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-00486 | TX 2 | Smith, Michelle | 1/20/2017 | 6/30/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 12/30/2014 | 12/30/2016 | 0 years, 0 months, 19 days |
| 2:16-cv-17813 | OK 2 | Steele, Teresa | 12/28/2016 | 7/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 1/31/2014 | 1/31/2016 | 0 years, 10 months, 27 days |
| 2:16-cv-17254 | TN 1 | Thompson, Natasha | 11/18/2016 | 9/30/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2013 | 3/30/2014 | 2 years, 7 months, 17 days |
| 2:16-cv-15314 | MN 6 | Touchi-Peters, Karen Marie | 7/20/2016 | 3/31/2008 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 9/30/2008 | 9/30/2014 | 1 years, 9 months, 19 days |
| 2:16-cv-17485 | NY 3 | White, Carolyn | 12/15/2016 | 5/1/2013* | Disfiguring permanent alopecia beginning approximately November 2012 and continuing to date. | 11/30/2012 | 11/30/2015 | 1 years, 0 months, 14 days |
| 2:16-cv-17115 | TN 1 | Whitfield, Brenda | 12/12/2016 | 11/7/2014 | Disfiguring permanent alopecia beginning approximately April 2015 and continuing to date. | 4/30/2015 | 4/30/2016 | 0 years, 7 months, 11 days |
| 2:16-cv-15509 | FL 4 | Winkelman, Chalice | 9/26/2016 | 12/20/2006 | Permanent hair loss from April 28, 2006 to the present. | 4/28/2006 | 4/28/2010 | 6 years, 4 months, 25 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-9

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-04838 | CA 2 | Wittenberg, Dianne | 5/10/2017 | 6/30/2002 | December 2001 - Present. Resulting in disfiguring permanent alopecia. Plaintiff did not discover faillure to warn until July 2016. | 12/31/2001 | 12/31/2003 | 13 years, 4 months, 9 days |
| 2:17-cv-00291 | VA 2 | Woodall, Delores | 1/11/2017 | 5/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2014 | 11/30/2016 | 0 years, 1 months, 10 days |
| 2:16-cv-16889 | LA 1 | Wray, Elizabeth | 11/14/2016 | 5/31/2006 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2006 | 11/30/2007 | 8 years, 11 months, 13 days |
| 2:16-cv-17793 | TX 2 | Wynn, Carleen | 12/27/2016 | 3/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 9/30/2014 | 9/30/2016 | 0 years, 2 months, 26 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.