# EXHIBIT 2

**Exhibit 2**
**Plaintiffs Alleging Different States of Injury and Treatment**

|   | Docket No. | Plaintiff name | Date Complaint filed | State of injury SOL | State of treatment SOL | Latest possible alleged injury date | Latest possible SOL expiration date | Minimum Untimeliness |
|---|---|---|---|---|---|---|---|---|
| 1 | 2:16-cv-16746 | Branham, Bettina | 11/10/2016 | WV 2 | KY 1 | 7/31/2012 | 7/31/2014 | 2 years, 3 months, 9 days |
| 2 | 2:16-cv-15307 | Chase, Mary Renee | 5/27/2016 | IL 2 | AR 3 | 2/28/2014 | 2/28/2017 | --- |
| 3 | 2:16-cv-17913 | Frost, Sheila | 12/1/2016 | AL 2 | OH 2 | 6/27/2011 | 6/27/2013 | 3 years, 5 months, 3 days |
| 4 | 2:17-cv-02730 | Gaynor-Madison, Clara | 3/30/2017 | MI 3 | AL 2 | 4/16/2010 | 4/16/2013 | 3 years, 11 months, 14 days |
| 5 | 2:17-cv-01739 | Hamilton, Linda | 2/28/2017 | LA 1 | AL 2 | 11/18/2011 | 11/18/2013 | 3 years, 3 months, 10 days |
| 6 | 2:16-cv-17074 | Johnson, Beverly | 12/11/2016 | TN 1 | CA 2 | 8/28/2011 | 8/28/2013 | 3 years, 3 months, 14 days |
| 7 | 2:16-cv-15498 | Jones, Tonia | 9/16/2016 | AL 2 | CA 2 | 6/30/2009 | 6/30/2011 | 5 years, 2 months, 15 days |
| 8 | 2:16-cv-17958 | Lawrence, Carolyn | 12/8/2016 | TN 1 | MS 3 | 2/13/2013 | 2/13/2016 | 0 years, 9 months, 23 days |

| | Docket No. | Plaintiff name | Date Complaint filed | State of injury SOL | State of treatment SOL | Latest possible alleged injury date | Latest possible SOL expiration date | Minimum Untimeliness |
|---|---|---|---|---|---|---|---|---|
| 9 | 2:16-cv-17378 | Mahon, Melissa and Gary | 12/14/2016 | WV 2 | KY 1 | 6/30/2011 | 6/30/2013 | 3 years, 5 months, 13 days |
| 10 | 2:17-cv-04947 | Mangum, Sharon | 5/15/2017 | GA 2 MS 3 | MS 3 | 8/23/2011 | 8/23/2014 | 2 years, 8 months, 23 days |
| 11 | 2:17-cv-02072 | Manser, Rhonda | 3/13/2017 | PA 2 | MD 3 | 9/30/2013 | 9/30/2016 | 0 years, 5 months, 11 days |
| 12 | 2:16-cv-17393 | Martin, Juette | 12/14/2016 | MS 3 | LA 1 | 8/28/2010 | 8/28/2013 | 3 years, 3 months, 16 days |
| 13 | 2:16-cv-17218 | Mitchell, Cynthia | 12/12/2016 | LA 1 | AK 2 | 7/30/2012 | 7/30/2014 | 2 years, 4 months, 11 days |
| 14 | 2:16-cv-17392 | Powell, Ruth and Michael | 12/14/2016 | VI 2 | LA 1 | 1/20/2011 | 1/20/2013 | 3 years, 10 months, 23 days |
| 15 | 2:17-cv-04795 | Rigney, Linda Susan | 5/9/2017 | VA 2 | NC 3 | 1/31/2014 | 1/31/2017 | 0 years, 3 months, 8 days |
| 16 | 2:17-cv-04679 | Robertson, Fawn | 5/3/2017 | AL 2 | ID 2 | 3/28/2008 | 3/28/2010 | 7 years, 1 months, 2 days |
| 17 | 2:16-cv-17389 | St. Clair, Debra L. | 12/14/2016 | VI 2 | LA 1 | 8/28/2011 | 8/28/2013 | 3 years, 3 months, 16 days |

SOL Reply Ex. 2-2

8350345 v2

| | Docket No. | Plaintiff name | Date Complaint filed | State of injury SOL | State of treatment SOL | Latest possible alleged injury date | Latest possible SOL expiration date | Minimum Untimeliness |
|---|---|---|---|---|---|---|---|---|
| 18 | 2:17-cv-05040 | Turner, Susan A. | 5/18/2017 | OK 2 GA 2 | GA 2 | 4/23/2014 | 4/23/2016 | 1 years, 0 months, 24 days |
| 19 | 2:16-cv-15509 | Winkelman, Chalice | 9/26/2016 | FL 4 | OH 2 | 6/20/2007 | 6/20/2011 | 5 years, 3 months, 5 days |