# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN McLAUGHLIN | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7315 |
| RUTH RUBLE | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7316 |
| MELDA STRIMEL | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7317 |
| SUSAN STELZER | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7318 |
| HEATHER WALSH | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 15-384 |
| ALEXANDRA DUNSTAN, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 16-1458 |
| STACY CLARKE, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-1645 |

| VALERIE SOUTO, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-1921 |
| BRADLEY BAILEY, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-2166 |
| CRYSTAL CAMPOS, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-2154 |
| STACY MORGAN, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-2717 |
| MELISSA TULGETSKE, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3049 |
| CLAUDIA ABBEY | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3409 |
| MANDY BURGIS, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3589 |

| | | |
|---|---|---|
| KRYSTAL DONAHUE, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3710 |
| HARMONY MANTOR, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3730 |
| CLAUDIA OLAGUE, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3731 |
| CYNTHIA GROSS, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3732 |
| DANIELLE JOHNSON, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3733 |
| JENNIFER SUMMERLIN, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3766 |
| KRISTYN RODVILL, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3767 |

| BECKY CANTAZARA, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3768 |
| ELLEN BENNETT, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-3769 |
| ROSITA BRADFORD, et al. | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION et al. | : | NO. 16-4081 |

**ORDER**

**AND NOW**, this 23rd day of March, 2017, upon consideration of the parties' Proposed Joint Case Management Plan, and after an in-Chambers conference with counsel today, **IT IS HEREBY ORDERED** as follows:

1. On or before April 6, 2017, the parties shall agree upon the format of a Fact Sheet to be used for early resolution of statute of limitations issues, and shall submit a copy of the agreed-upon format to the Court.

2. On or before April 24, 2017, Plaintiffs shall file Amended Complaints in each of the above-captioned actions. At Plaintiffs' suggestion, the Amended Complaints shall be structured to resolve any question regarding this Court's subject matter jurisdiction by ensuring that each Complaint satisfies the requirements for diversity jurisdiction. In addition, the Amended Complaints shall conform to the rulings in this Court's prior Orders (dated March 22, 2016, and

February 21, 2017), and may include allegations pertinent to the statute of limitations issue, including any allegations regarding application of the discovery rule.

3. On or before July 24, 2017, Plaintiffs' counsel shall complete a statute of limitations Fact Sheet for each Plaintiff and shall submit the completed Fact Sheets to counsel for Defendants. If special circumstances prevent Plaintiffs' counsel from completing a Fact Sheet for any Plaintiff by the July 24, 2017 deadline, counsel shall apply to the Court for an extension of the deadline, and this Court will grant the requested extension for good cause shown. Upon Defendants' application, this Court will dismiss the claims of any Plaintiff for whom no substantially completed Fact Sheet has been submitted by the applicable deadline.

BY THE COURT:

_____
John R. Padova, J.