# EXHIBIT 1

**Exhibit 1**

**Short Form Complaint Allegations Demonstrating Untimeliness[1]**

| Dkt. No. | S O L | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-00824 | UT 2 | Andersen, Vicki Lynn | 1/31/2017 | 1/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/31/2013 | 7/31/2015 | 1 years, 6 months, 30 days |
| 2:16-cv-15493 | CA 2 | Anderson, Danah | 8/12/2016 | 9/30/2003† | Permanent hair loss from approximately 01/2004 to present. | 1/31/2004 | 1/31/2006 | 10 years, 6 months, 11 days |
| 2:16-cv-15555 | MN 6 | Anderson, Kristin | 8/3/2016 | 9/1/2009* | Permanent hair loss.  Onset approximately Spring 2009. | 6/20/2009 | 6/20/2015 | 1 years, 1 months, 2 days |
| 2:16-cv-17953 | TN 1 | Atkins, Virginia | 12/8/2016 | 9/30/2011 | Disfiguring permanent alopecia beginning approximately December 2011 and continuing to date. | 12/31/2011 | 12/31/2012 | 3 years, 11 months, 7 days |
| 2:16-cv-17249 | KY 1 | Atkinson, Reba | 11/21/2016 | 8/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 2/28/2014 | 2/28/2015 | 1 years, 8 months, 20 days |
| 2:17-cv-00248 | AL 2 | Ballard, Barbara | 1/10/2017 | 12/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 6/30/2014 | 6/30/2016 | 0 years, 6 months, 9 days |

[1] This table presents a representative sample of Short Form Complaint injury allegations tending to demonstrate untimeliness.  Not all relevant Plaintiffs or allegations are included. Some have been excerpted or omitted for brevity or ease of presentation.
*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | S O L | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-02692 | LA 1 | Bartholomew, Kimberly | 3/30/2017 | 11/18/2003 | Disfiguring permanent alopecia beginning approximately May 2004 and continuing to date. | 5/31/2004 | 5/31/2005 | 11 years, 9 months, 29 days |
| 2:17-cv-02159 | MD 3 | Baumgardner, Lisa | 3/15/2017 | 8/20/2013 | Permanent hair loss from April 28, 2013 to the present. | 4/28/2013 | 4/28/2016 | 0 years, 10 months, 14 days |
| 2:16-cv-16746 | WV 2 | Branham, Bettina | 11/10/2016 | 1/31/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/31/2012 | 7/31/2014 | 2 years, 3 months, 9 days |
| 2:16-cv-17581 | LA 1 | Brasell, Carolyn | 12/1/2016 | 5/31/2006 | [….] Plaintiff's hair loss occurred during her use of Taxotere and has not returned since she stopped taking Taxotere in or about April 2006.  As a result of Defendants' wrongful conduct, Plaintiff has continued to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with Taxotere. | 4/30/2006 | 4/30/2007 | 9 years, 7 months, 0 days |
| 2:16-cv-17624 | LA 1 | Broussard, Cyndi | 12/20/2016 | 4/30/2010 | Change in thickness and texture of hair, permanent loss of eyebrows, 3/2010 - present. | 3/31/2010 | 3/31/2011 | 5 years, 8 months, 19 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-2

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-16902 | LA 1 | Broussard, Geraldine | 11/9/2016 | 5/30/2007 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2007 | 11/30/2008 | 7 years, 11 months, 8 days |
| 2:16-cv-16485 | LA 1 | Burkett, Sharon R. | 11/18/2016 | 8/31/2007 | Permanent/Persistent hair loss on my scalp from February 13 2008 to May 2017 [….] | 2/13/2008 | 2/13/2009 | 7 years, 9 months, 17 days |
| 2:16-cv-16930 | TN 1 | Castleberry, Judith Wilma | 11/15/2016 | 11/30/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 5/30/2015 | 5/30/2016 | 0 years, 5 months, 14 days |
| 2:16-cv-15307 | IL 2 | Chase, Mary Renee | 5/27/2016 | 8/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 2/28/2014 | 2/28/2016 | 0 years, 2 months, 26 days |
| 2:16-cv-15281 | CA 2 | Collins, Valesta | 7/20/2016 | 10/31/2007 † | Permanent hair loss from approximately 11/2007 to present. | 11/30/2007 | 11/30/2009 | 6 years, 7 months, 19 days |
| 2:16-cv-17095 | LA 1 | Copeland, Mary | 12/12/2016 | 2/29/2008 | Disfiguring permanent alopecia beginning approximately August 2008 and continuing to date. | 8/30/2008 | 8/30/2009 | 7 years, 3 months, 11 days |
| 2:16-cv-16941 | TN 1 | Deberry, Karen Annette | 11/15/2016 | 4/30/2004 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/30/2004 | 10/30/2005 | 11 years, 0 months, 14 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-3

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-16255 | MS 3 | Dobson, Carolyn | 10/24/2016 | 10/27/2010 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/27/2011 | 4/27/2014 | 2 years, 5 months, 23 days |
| 2:16-cv-16942 | TN 1 | Drummond, Kimberly | 11/15/2016 | 10/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/30/2015 | 4/30/2016 | 0 years, 6 months, 14 days |
| 2:16-cv-17097 | KY 1 | Dudley, Elaine | 12/12/2016 | 12/31/2013 | Disfiguring permanent alopecia beginning approximately February 2013 and continuing to date. | 2/28/2013 | 2/28/2014 | 2 years, 9 months, 11 days |
| 2:16-cv-16943 | TN 1 | Dunn, Debra Lynne | 11/15/2016 | 4/30/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/30/2011 | 10/30/2012 | 4 years, 0 months, 14 days |
| 2:16-cv-17247 | KY 1 | Fields, Sherry | 11/21/2016 | 12/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 6/30/2015 | 6/30/2016 | 0 years, 4 months, 20 days |
| 2:16-cv-17579 | LA 1 | Folks, Kathy | 11/30/2016 | 3/31/2008 | Permanent hair loss from approximately 09/2008 to present. | 9/30/2008 | 9/30/2009 | 7 years, 2 months, 29 days |
| 2:16-cv-16259 | LA 1 | Garcia, Jane | 11/9/2016 | 9/30/2004 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2005 | 3/30/2006 | 10 years, 7 months, 8 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

SOL Reply Ex.1-4

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-17251 | KY 1 | Giambelluca, Denise | 11/21/2016 | 1/11/2010 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/11/2010 | 7/11/2011 | 5 years, 4 months, 20 days |
| 2:16-cv-16899 | LA 1 | Green, Cosandra L. | 11/9/2016 | 7/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 1/31/2015 | 1/31/2016 | 0 years, 9 months, 8 days |
| 2:16-cv-17256 | TN 1 | Hammond, Pamela | 11/18/2016 | 4/19/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/19/2011 | 10/19/2012 | 4 years, 0 months, 17 days |
| 2:16-cv-15564 | MN 6 | Hoerr, Robyn | 9/22/2016 | 1/1/2009* | Permanent hair loss. Onset approximately Summer 2008. | 9/21/2008 | 9/21/2014 | 2 years, 0 months, 21 days |
| 2:16-cv-16944 | TN 1 | Hutchens, Laura Louise | 11/15/2016 | 5/31/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2011 | 11/30/2012 | 3 years, 11 months, 14 days |
| 2:16-cv-17574 | KY 1 | Hylton, Lela | 11/21/2016 | 2/29/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 8/29/2012 | 8/29/2013 | 3 years, 2 months, 20 days |
| 2:17-cv-00381 | LA 1 | Jackson, Lorraine | 1/16/2017 | 10/1/2013* | Disfiguring permanent alopecia beginning approximately April 2013 and continuing to date. | 4/30/2013 | 4/30/2014 | 2 years, 8 months, 15 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-17580 | LA 1 | Jones, Mary Elizabeth | 11/23/2016 | 6/30/2009 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 12/30/2009 | 12/30/2010 | 5 years, 10 months, 22 days |
| 2:16-cv-17100 | KY 1 | King, Patrice | 12/12/2016 | 12/31/2006 | Disfiguring permanent alopecia beginning approximately March 2007 and continuing to date. | 3/31/2007 | 3/31/2008 | 8 years, 8 months, 11 days |
| 2:16-cv-16900 | LA 1 | Krapf, Susan Kirkland | 11/15/2016 | 10/31/2008 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/30/2009 | 4/30/2010 | 6 years, 6 months, 14 days |
| 2:16-cv-16945 | TN 1 | Kridner, Miriam | 11/15/2016 | 4/30/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 10/30/2013 | 10/30/2014 | 2 years, 0 months, 14 days |
| 2:16-cv-16235 | AZ 2 | Kuchtyak, Galemarie | 10/24/2016 | 4/30/2011 | Permanent hair loss from approximately 10/2011 to present. | 10/31/2011 | 10/31/2013 | 2 years, 11 months, 23 days |
| 2:17-cv-00528 | IN 2 | Luellen-Williams, Charnita M. | 1/23/2017 | 12/31/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 6/30/2013 | 6/30/2015 | 1 years, 6 months, 22 days |
| 2:16-cv-17101 | LA 1 | Malone, Dorothy | 12/12/2016 | 5/23/2011 | Disfiguring permanent alopecia beginning approximately November 2011 and continuing to date. | 11/30/2011 | 11/30/2012 | 4 years, 0 months, 11 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-16948 | TN 1 | Mitchell, Lynda | 11/15/2016 | 6/30/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 12/30/2013 | 12/30/2014 | 1 years, 10 months, 14 days |
| 2:16-cv-17325 | NY 3 | Morrison, Patricia | 12/14/2016 | 3/1/2013* | Disfiguring permanent alopecia beginning approximately September 2012 and continuing to date. | 9/30/2012 | 9/30/2015 | 1 years, 2 months, 13 days |
| 2:16-cv-16949 | TN 1 | Mulligan, Brenda | 11/15/2016 | 9/30/2010 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2011 | 3/30/2012 | 4 years, 7 months, 14 days |
| 2:16-cv-16246 | LA 1 | Palmer, Erin | 11/9/2016 | 11/30/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 5/30/2015 | 5/30/2016 | 0 years, 5 months, 8 days |
| 2:16-cv-15294 | IL 2 | Pistone, Christine | 4/5/2016 | 5/31/2011 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2011 | 11/30/2013 | 2 years, 4 months, 4 days |
| 2:17-cv-04795 | VA 2 | Rigney, Linda Susan | 5/9/2017 | 7/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 1/31/2014 | 1/31/2016 | 1 years, 3 months, 8 days |
| 2:16-cv-15834 | NV 2 | Rinaldi, Lorraine | 10/12/2016 | 10/31/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 4/30/2013 | 4/30/2015 | 1 years, 5 months, 11 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | S O L | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:16-cv-15507 | CA 2 | Sandler, Abigail | 7/21/2016 | 12/31/2011 | Disfiguring permanent alopecia beginning approximately November 2011 and continuing to date. | 11/30/2011 | 11/30/2013 | 2 years, 7 months, 20 days |
| 2:16-cv-17954 | TN 1 | Sawyers, Janice | 12/8/2016 | 12/31/2008 | Disfiguring permanent alopecia beginning approximately October 2009 and continuing to date. | 10/31/2009 | 10/31/2010 | 6 years, 1 months, 7 days |
| 2:16-cv-15502 | CA 2 | Schmitz, Bertha Renee | 8/12/2016 | 12/31/2009 † | Permanent hair loss from approximately 8/2010 to present. | 8/31/2010 | 8/31/2012 | 3 years, 11 months, 11 days |
| 2:16-cv-17250 | KY 1 | Sheffield, Suzanne Louise | 11/21/2016 | 9/30/2009 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2010 | 3/30/2011 | 5 years, 7 months, 20 days |
| 2:17-cv-00617 | LA 1 | Smith, Blynda Kay | 1/25/2017 | 7/31/2011 | Thinning of hair on top, change in thickness and texture.  April 28, 2011 - present. | 4/28/2011 | 4/28/2012 | 4 years, 8 months, 24 days |
| 2:16-cv-17107 | TN 1 | Smith, Cynthia | 12/12/2016 | 3/1/2010 | Disfiguring permanent alopecia beginning approximately September 2010 and continuing to date. | 9/30/2010 | 9/30/2011 | 5 years, 2 months, 11 days |
| 2:17-cv-04785 | NY 3 | Smith, Marina Anne | 5/8/2017 | 1/31/2006 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 7/31/2006 | 7/31/2009 | 7 years, 9 months, 7 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-00486 | TX 2 | Smith, Michelle | 1/20/2017 | 6/30/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 12/30/2014 | 12/30/2016 | 0 years, 0 months, 19 days |
| 2:16-cv-17813 | OK 2 | Steele, Teresa | 12/28/2016 | 7/31/2013 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 1/31/2014 | 1/31/2016 | 0 years, 10 months, 27 days |
| 2:16-cv-17254 | TN 1 | Thompson, Natasha | 11/18/2016 | 9/30/2012 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 3/30/2013 | 3/30/2014 | 2 years, 7 months, 17 days |
| 2:16-cv-15314 | MN 6 | Touchi-Peters, Karen Marie | 7/20/2016 | 3/31/2008 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 9/30/2008 | 9/30/2014 | 1 years, 9 months, 19 days |
| 2:16-cv-17485 | NY 3 | White, Carolyn | 12/15/2016 | 5/1/2013* | Disfiguring permanent alopecia beginning approximately November 2012 and continuing to date. | 11/30/2012 | 11/30/2015 | 1 years, 0 months, 14 days |
| 2:16-cv-17115 | TN 1 | Whitfield, Brenda | 12/12/2016 | 11/7/2014 | Disfiguring permanent alopecia beginning approximately April 2015 and continuing to date. | 4/30/2015 | 4/30/2016 | 0 years, 7 months, 11 days |
| 2:16-cv-15509 | FL 4 | Winkelman, Chalice | 9/26/2016 | 12/20/2006 | Permanent hair loss from April 28, 2006 to the present. | 4/28/2006 | 4/28/2010 | 6 years, 4 months, 25 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

| Dkt. No. | SOL | Plaintiff name | Date Complaint filed | End of treatment date | Alleged Injury (SFC) | Alleged Injury Date | Date SOL expired | Untimely by: |
|---|---|---|---|---|---|---|---|---|
| 2:17-cv-04838 | CA 2 | Wittenberg, Dianne | 5/10/2017 | 6/30/2002 | December 2001 - Present. Resulting in disfiguring permanent alopecia.  Plaintiff did not discover failure to warn until July 2016. | 12/31/2001 | 12/31/2003 | 13 years, 4 months, 9 days |
| 2:17-cv-00291 | VA 2 | Woodall, Delores | 1/11/2017 | 5/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2014 | 11/30/2016 | 0 years, 1 months, 10 days |
| 2:16-cv-16889 | LA 1 | Wray, Elizabeth | 11/14/2016 | 5/31/2006 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 11/30/2006 | 11/30/2007 | 8 years, 11 months, 13 days |
| 2:16-cv-17793 | TX 2 | Wynn, Carleen | 12/27/2016 | 3/31/2014 | Permanent hair loss approximately 6 months after discontinued use of Taxotere to present. | 9/30/2014 | 9/30/2016 | 0 years, 2 months, 26 days |

*End of treatment date calculated by adding six months to start of treatment or prescription date provided by plaintiff.
†End of treatment date calculated by adding one year to diagnosis date provided by plaintiff.

# EXHIBIT 2

**Exhibit 2**
**Plaintiffs Alleging Different States of Injury and Treatment**

| | Docket No. | Plaintiff name | Date Complaint filed | State of injury SOL | State of treatment SOL | Latest possible alleged injury date | Latest possible SOL expiration date | Minimum Untimeliness |
|---|---|---|---|---|---|---|---|---|
| 1 | 2:16-cv-16746 | Branham, Bettina | 11/10/2016 | WV 2 | KY 1 | 7/31/2012 | 7/31/2014 | 2 years, 3 months, 9 days |
| 2 | 2:16-cv-15307 | Chase, Mary Renee | 5/27/2016 | IL 2 | AR 3 | 2/28/2014 | 2/28/2017 | --- |
| 3 | 2:16-cv-17913 | Frost, Sheila | 12/1/2016 | AL 2 | OH 2 | 6/27/2011 | 6/27/2013 | 3 years, 5 months, 3 days |
| 4 | 2:17-cv-02730 | Gaynor-Madison, Clara | 3/30/2017 | MI 3 | AL 2 | 4/16/2010 | 4/16/2013 | 3 years, 11 months, 14 days |
| 5 | 2:17-cv-01739 | Hamilton, Linda | 2/28/2017 | LA 1 | AL 2 | 11/18/2011 | 11/18/2013 | 3 years, 3 months, 10 days |
| 6 | 2:16-cv-17074 | Johnson, Beverly | 12/11/2016 | TN 1 | CA 2 | 8/28/2011 | 8/28/2013 | 3 years, 3 months, 14 days |
| 7 | 2:16-cv-15498 | Jones, Tonia | 9/16/2016 | AL 2 | CA 2 | 6/30/2009 | 6/30/2011 | 5 years, 2 months, 15 days |
| 8 | 2:16-cv-17958 | Lawrence, Carolyn | 12/8/2016 | TN 1 | MS 3 | 2/13/2013 | 2/13/2016 | 0 years, 9 months, 23 days |

8350345 v2

| | Docket No. | Plaintiff name | Date Complaint filed | State of injury SOL | State of treatment SOL | Latest possible alleged injury date | Latest possible SOL expiration date | Minimum Untimeliness |
|---|---|---|---|---|---|---|---|---|
| 9 | 2:16-cv-17378 | Mahon, Melissa and Gary | 12/14/2016 | WV 2 | KY 1 | 6/30/2011 | 6/30/2013 | 3 years, 5 months, 13 days |
| 10 | 2:17-cv-04947 | Mangum, Sharon | 5/15/2017 | GA 2 MS 3 | MS 3 | 8/23/2011 | 8/23/2014 | 2 years, 8 months, 23 days |
| 11 | 2:17-cv-02072 | Manser, Rhonda | 3/13/2017 | PA 2 | MD 3 | 9/30/2013 | 9/30/2016 | 0 years, 5 months, 11 days |
| 12 | 2:16-cv-17393 | Martin, Juette | 12/14/2016 | MS 3 | LA 1 | 8/28/2010 | 8/28/2013 | 3 years, 3 months, 16 days |
| 13 | 2:16-cv-17218 | Mitchell, Cynthia | 12/12/2016 | LA 1 | AK 2 | 7/30/2012 | 7/30/2014 | 2 years, 4 months, 11 days |
| 14 | 2:16-cv-17392 | Powell, Ruth and Michael | 12/14/2016 | VI 2 | LA 1 | 1/20/2011 | 1/20/2013 | 3 years, 10 months, 23 days |
| 15 | 2:17-cv-04795 | Rigney, Linda Susan | 5/9/2017 | VA 2 | NC 3 | 1/31/2014 | 1/31/2017 | 0 years, 3 months, 8 days |
| 16 | 2:17-cv-04679 | Robertson, Fawn | 5/3/2017 | AL 2 | ID 2 | 3/28/2008 | 3/28/2010 | 7 years, 1 months, 2 days |
| 17 | 2:16-cv-17389 | St. Clair, Debra L. | 12/14/2016 | VI 2 | LA 1 | 8/28/2011 | 8/28/2013 | 3 years, 3 months, 16 days |

SOL Reply Ex. 2-2

| | Docket No. | Plaintiff name | Date Complaint filed | State of injury SOL | State of treatment SOL | Latest possible alleged injury date | Latest possible SOL expiration date | Minimum Untimeliness |
|---|---|---|---|---|---|---|---|---|
| 18 | 2:17-cv-05040 | Turner, Susan A. | 5/18/2017 | OK 2 GA 2 | GA 2 | 4/23/2014 | 4/23/2016 | 1 years, 0 months, 24 days |
| 19 | 2:16-cv-15509 | Winkelman, Chalice | 9/26/2016 | FL 4 | OH 2 | 6/20/2007 | 6/20/2011 | 5 years, 3 months, 5 days |

SOL Reply Ex. 2-3

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7315 |

| RUTH RUBLE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7316 |

| MELDA STRIMEL | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7317 |

| SUSAN STELZER | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7318 |

| HEATHER WALSH | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 15-384 |

| ALEXANDRA DUNSTAN, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 16-1458 |

| STACY CLARKE, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BAYER CORPORATION, et al | : | NO. 16-1645 |

| | | |
|---|---|---|
| VALERIE SOUTO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-1921 |

| | | |
|---|---|---|
| BRADLEY BAILEY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-2166 |

| | | |
|---|---|---|
| CRYSTAL CAMPOS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-2154 |

| | | |
|---|---|---|
| STACY MORGAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-2717 |

| | | |
|---|---|---|
| MELISSA TULGETSKE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3049 |

| | | |
|---|---|---|
| CLAUDIA ABBEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3409 |

| | | |
|---|---|---|
| MANDY BURGIS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3589 |

| | | |
|---|---|---|
| KRYSTAL DONAHUE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3710 |

| | | |
|---|---|---|
| HARMONY MANTOR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3730 |

| | | |
|---|---|---|
| CLAUDIA OLAGUE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3731 |

| | | |
|---|---|---|
| CYNTHIA GROSS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3732 |

| | | |
|---|---|---|
| DANIELLE JOHNSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3733 |

| | | |
|---|---|---|
| JENNIFER SUMMERLIN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3766 |

| | | |
|---|---|---|
| KRISTYN RODVILL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3767 |

| | | |
|---|---|---|
| BECKY CANTAZARA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3768 |

-------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ELLEN BENNETT, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION, et al | : | NO. 16-3769 |

-------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ROSITA BRADFORD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION et al. | : | NO. 16-4081 |

## ORDER

**AND NOW**, this 23rd day of March, 2017, upon consideration of the parties' Proposed
Joint Case Management Plan, and after an in-Chambers conference with counsel today, **IT IS
HEREBY ORDERED** as follows:

1. On or before April 6, 2017, the parties shall agree upon the format of a Fact Sheet to
be used for early resolution of statute of limitations issues, and shall submit a copy of the agreed-
upon format to the Court.

2. On or before April 24, 2017, Plaintiffs shall file Amended Complaints in each of the
above-captioned actions. At Plaintiffs' suggestion, the Amended Complaints shall be structured
to resolve any question regarding this Court's subject matter jurisdiction by ensuring that each
Complaint satisfies the requirements for diversity jurisdiction. In addition, the Amended
Complaints shall conform to the rulings in this Court's prior Orders (dated March 22, 2016, and

February 21, 2017), and may include allegations pertinent to the statute of limitations issue, including any allegations regarding application of the discovery rule.

3. On or before July 24, 2017, Plaintiffs' counsel shall complete a statute of limitations Fact Sheet for each Plaintiff and shall submit the completed Fact Sheets to counsel for Defendants. If special circumstances prevent Plaintiffs' counsel from completing a Fact Sheet for any Plaintiff by the July 24, 2017 deadline, counsel shall apply to the Court for an extension of the deadline, and this Court will grant the requested extension for good cause shown. Upon Defendants' application, this Court will dismiss the claims of any Plaintiff for whom no substantially completed Fact Sheet has been submitted by the applicable deadline.

BY THE COURT:

_____

John R. Padova, J.