UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Doc. 489) filed by Defendants sanofi-aventis U.S. LLC; Sanofi US Services Inc.; Sandoz Inc.; Hospira, Inc.; Hospira Worldwide, LLC; Pfizer Inc.; Actavis Pharma, Inc.; Accord Healthcare, Inc.; Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.;[1] and McKesson Corporation d/b/a McKesson Packaging Services;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion to Dismiss Plaintiffs' Master Long Form Complaint is hereby entered into the Court's docket.

**IT IS FURTHER ORDERED** that the Motion for Leave to Exceed Page Limit be and is **GRANTED**, and that Defendants may file their Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Master Long Form Complaint (in excess of the ten-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this   25th   day of   August  , 2017  .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

---

[1] At the time of the filing of the Motion, Sun Pharma Global Inc. and Plaintiffs agreed to a voluntary dismissal without prejudice and further agreed to substitute and accept streamlined service of process for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd. Plaintiffs also named Sun Pharma Global FZE in this litigation but Sun Pharma Global FZE is a foreign company incorporated under the laws of the United Arab Emirates and has not been served with process, has not agreed to accept service of process in this litigation and consequently, Sun Pharma Global FZE is not appearing in this matter or joining in this Motion.