# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*Cheryl Lynne Doerfler v. Sanofi S.A. et. al*<br><br>Case No. 2:16-cv-17790 | Section "N" (5)<br><br>HON. KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering Plaintiff's Motion to Substitute Counsel (Rec. Doc. 753) and the facts in the record, **IT IS HEREBY ORDERED**:

Plaintiff's Motion to Substitute Counsel of record is hereby GRANTED. Attorneys Alexandra Robertson and Timothy Becker are hereby removed as counsel of record from the case. Attorney Karen Menzies shall be substituted in as counsel of record.

New Orleans, Louisiana this 24th day of August, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**