UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br>Section "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Cynthia Lee, 2:17-CV-07821* | : : : | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants, Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Pfizer Inc., from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice.

Each party to bear its own attorneys' fees and costs.

Dated:  August 28, 2017

**ROBINS KAPLAN LLP**

By: */s/ Troy F. Tatting*

Tara D. Sutton
MN Bar #023199X
Munir R. Meghjee
MN Bar #0301437
Troy F. Tatting
MN Bar #0354156
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tsutton@robinskaplan.com
mmeghjee@robinskaplan.com
ttatting@robinskaplan.com

*Attorneys for Plaintiff*

88338421.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Troy F. Tatting
Troy F. Tatting

88338421.1