BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Billie Browne et al. v. Sanofi, S.A. et al.*, Case No. 2:17-cv-03129 | HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Plaintiffs, Billie Browne and Michael Browne, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully move this Court for leave to amend the Short Form Complaint filed in this action for the reasons set forth below:[1]

Plaintiffs' original Short Form Complaint was filed in the United States District Court for the Eastern District of Louisiana on April 10th, 2017, (*Billie Francine Browne and Michael Joseph Browne v. Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sandoz, Inc. Case No. 2:16-cv-03129*). The original Short Form Complaint was filed based upon the belief by Plaintiffs that Billie Browne was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. At the time of the filing of Plaintiffs' Short Form Complaint, Plaintiffs were informed and alleged, based upon information in Billie Browne's medical records, that the National Drug Code ("NDC") for the Docetaxel she received as treatment for breast cancer was manufactured by Sandoz, Inc., (NDC 466758005003).

---

[1] Plaintiff's counsel conferred with Defendants liaison counsel and counsel for Accord Healthcare regarding this motion and counsel for defendants does not oppose this motion.

Accordingly, Sandoz, Inc., along with Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi Aventis U.S. LLC were named as defendants to the original action.

Subsequent to the filing of the original Short Form Complaint, and after diligent and persistent investigation by counsel, Plaintiffs learned this week from medical records that Mrs. Browne also received Docetaxel manufactured by Accord Healthcare, Inc. (NDC 41672902676). This fact was not evident from the initial review of medical records, but rather involved investigation related to certain NDC codes from requested insurance billing records.

Plaintiffs, therefore, desire to amend the Short Form Complaint to add Accord Healthcare, Inc. as a defendant in this matter and to include allegations against them as the manufacturers of the drug administered to the Plaintiff, as she only recently became aware of these allegations.

Plaintiffs' counsel conferred with Defendants' liaison counsel and counsel for Accord Healthcare, Inc., and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to file the attached Amended Complaint.

Dated: August 29, 2017

Respectfully submitted,
GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

2

## **CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for defendants and there is no opposition to this motion.

## **CERTIFCATE OF SERVICE**

I hereby certify that on August 29, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Ahmed S. Diab (CA Bar # 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
adiab@thegomezfirm.com