UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| JEANETTE MEAD-NOTHAFT,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.,<br><br>    Defendants. | : : : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: <u>2:17-cv-07722</u> |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Jeanette Mead-Nothaft, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, JEANETTE MEAD-NOTHAFT, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on August 10, 2017, shortly after she became aware of claims associated with Taxotere use.

Subsequent to the filing of her original lawsuit, filing of her Short Form Complaint, an error was noticed that the signature block erroneously reflected the law offices of Pendley, Baudin & Coffin, L.L.P. The correct co-counsel for this matter is the law offices of Pittman, Dutton & Hellums.

Plaintiff, therefore, desires to amend the Complaint to substitute the law offices of Pittman, Dutton & Hellums in place of Pendley, Baudin & Coffin, L.L.P. in order to reflect the correct counsel of record.

Dated this 30th day of August, 2017.

Respectfully submitted by,

s/ Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendants.

By: s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: s/ *Michael P. McGartland*
Michael P. McGartland