UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| JEANETTE MEAD-NOTHAFT,<br><br>      Plaintiff,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.,<br><br>      Defendants. | : : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: _____ |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Jeanette Mead-Nothaft

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   N/A

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: New Jersey

5. State in which Plaintiff(s) allege(s) injury: Georgia

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - ☒ A. Sanofi S.A.
   - ☒ B. Aventis Pharma S.A.
   - ☒ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - ☒ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - ☐ A. Sandoz Inc.
   - ☐ B. Accord Healthcare, Inc.
   - ☐ C. McKesson Corporation d/b/a McKesson Packaging
   - ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - ☐ E. Hospira, Inc.
   - ☐ F. Sun Pharma Global FZE
   - ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - ☐ H. Pfizer Inc.
   - ☐ I. Actavis LLC f/k/a Actavis Inc.
   - ☐ J. Actavis Pharma, Inc.
   - ☐ K. Other:

2

7. Basis of Jurisdiction:

　　☒ Diversity of Citizenship

　　☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the Middle District of Georgia

9. Brand Product(s) used by Plaintiff (check applicable):

　　☒ A. Taxotere
　　☐ B. Docefrez
　　☐ C. Docetaxel Injection
　　☐ D. Docetaxel Injection Concentrate
　　☐ E. Unknown
　　☐ F. Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> July 12, 2011 through October 31, 2011

11. State in which Product(s) identified in question 9 was/were administered;

> Georgia

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing until present.

13. Counts in Master Complaint brought by Plaintiff(s):
    - ▪ Count I – Strict Products Liability – Failure to Warn
    - ▪ Count II – Strict Products Liability for Misrepresentation
    - ▪ Count III – Negligence
    - ▪ Count IV – Negligent Misrepresentation
    - ▪ Count V – Fraudulent Misrepresentation
    - ▪ Count VI – Fraudulent Concealment
    - ▪ Count VII – Breach of Express Warranty (Sanofi Defendants only)
    - ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana Law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

        By:    Michael P. McGartland
                MS Bar No. 100487
                McGartland Law Firm, PLLC
                University Centre I, Suite 500
                1300 South University Drive
                Fort Worth, Texas 76107
                Telephone: (817) 332-9300
                Facsimile: (817) 332-9301
                mike@mcgartland.com

                Chris T. Hellums
                AL Bar No. ASB-5583-L73C
                Jonathan S. Mann
                AL Bar No. ASB-1083-A36M
                Austin B. Whitten
                AL Bar No. ASB-7228-K13Y
                Pittman, Dutton & Hellums, P.C.
                2001 Park Place, #1100
                Birmingham, AL 35203
                Telephone: (205) 322-8880
                 Facsimile: (205) 328-2711
                PDH-efiling@pittmandutton.com
                chrish@pittmandutton.com
                jonm@pittmandutton.com
                austinw@pittmandutton.com