UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| JEANETTE MEAD-NOTHAFT,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.,<br><br>    Defendants. | : : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: **2:17-cv-07722** |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants Sanofi S.A., Aventis Pharma S.A, Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., as follows:

1. Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;
2. Amended Short Form Complaint and
3. Proposed Order.

1

Dated this 30th day of August, 2017.

        Respectfully submitted by,

        s/ Michael P. McGartland
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        1300 South University Drive, Suite 500
        Fort Worth, Texas 76107
        Telephone:    (817) 332-9300
        Facsimile:    (817) 332-9301
        mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    s/ *Michael P. McGartland*
           Michael P. McGartland