UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : : | |
| Tracy Stevenson, Plaintiff, | : : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Defendant. | : : : : | |
| Civil Case No.: 2:17-cv-1282 | : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Tracy Stevenson, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on February 14, 2017, (*Tracy Stevenson v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Case No.* 2:17-cv-1282) and, Plaintiff served Defendants pursuant to PTO 9. In June 2017, counsel received the National Drug Code form for Tracy Stevenson from her Oncologist. At that time, Plaintiff learned the manufacturer of the drug that injured Plaintiff was Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S.,, rather than Sanofi S.A. and

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Aventis Pharma S.A. Thus, Plaintiff's proposed amendment would reflect this change by substituting Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S. as the proper defendant.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 31st day of August, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

**CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August _____, 2017.

*/s/ Daniel K. Bryson*
Daniel K. Bryson