MINUTE ENTRY
NORTH, M.J.
AUGUST 30, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NUMBER: 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

　　　　A further status conference was held on this date.

| PRESENT: | Karen Menzies |
| | Chris Coffin |
| | Douglas Moore |
| | Palmer Lambert |
| | Andrew Lemmon |
| | |
| PARTICIPATING VIA | David Miceli |
| TELEPHONE: | Harley Ratliff |

The Court ruled on outstanding disputes concerning Defendants' responses to jurisdictional interrogatories. For the reasons stated in detail on the record, the Court hereby orders Defendants to supplement their responses to the specific interrogatories identified at the status conference no later than **12:00 noon, Wednesday, September 6, 2017**. The Court was also informed of ongoing discussions between counsel concerning disputes as to certain proposed topics of examination for upcoming jurisdictional Rule 30(b)(6) depositions. Counsel for the parties were directed to complete the meet-and-confer process concerning those topics, guided by the various rulings as to scope, relevance and

MJSTAR (01:15)

proportionality that have previously been issued by the Court on Plaintiffs' written jurisdictional discovery.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE