# MDL 2740 TAXOTERE SIGN-IN SHEET

DATE: 8/30/17          TIME: 9:30 AM

STATUS CONFERENCE: _____
OTHER: Motion Hearing

ATTORNEYS PRESENT: (PLEASE PRINT)

| NAME | FIRM | REPRESENT |
|---|---|---|
| Douglas Moore | IFHM | Sanofi |
| Karen Barth Menzies | Gibbs Law Group | Π |
| Chris Coffin | Pendly Bardin Coffin | Π |
| Cliff Merrell | Greenberg Travis | Δ Sandoz |
| Palmer Lambert | Guinsburgh Benjamin | Π |
| Dawn Barrios | Barrios Kingsdorf Casteix | Π |
| Bryce Kingsdorf | " " " | Π |
| John Olinde | Chaffe McCall | Warren Ds |
| Chad A Sullivan | Keogh Cox | Δ Accord Healthcare, Inc |
| Michael J. Sifkin | Ulmer & Berne LLP | Δ Actavis |
| Mara Cusker Gonzalez | Quinn Emanuel | Hospira, Pfizer Inc |