## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>IDA LIZ SANTIAGO RIVERA and MARIA REYES FLORES v. SANOFI S.A., ET AL. | Civil Action No.: 2:16-cv-17952 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Ida Liz Santiago Rivera's case be dismissed with prejudice, each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  Plaintiff Maria Reyes Flores, whose claims were brought in the same Complaint, continues to pursue her claims in this case.

2

Dated this <u>1st</u> day of September, 2017.

| GIBBS LAW GROUP LLP | IRWIN FRITCHIE URQUHART & MOORE |
|---|---|
| By: <u>/s/ Karen Barth Menzies</u> | By: <u>/s/ Douglas J. Moore</u> |

Karen Barth Menzies (*pro hac vice*)  Douglas J. Moore, Esq.
Cal. Bar No. 180234  400 Poydras St.
400 Continental Blvd, 6th Floor  Suite 2700
El Segundo, California 90245  New Orleans, LA 70130
Telephone: (510) 350-9240  Telephone: (504) 310-2100
Facsimile: (510) 350-9701  Facsimile: (504) 310-2100
Email: <u>kbm@classlawgroup.com</u>  Email: <u>dmoore@irwinllc.com</u>

Eric H. Gibbs (Cal. Bar No. 178658)  *Attorney for Defendants*
Amy M. Zeman (Cal. Bar No. 273100)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: <u>ehg@classlawgroup.com</u>
      <u>amz@classlawgroup.com</u>

*Attorney for Plaintiff*