BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION     SECTION "N" (5)

THIS DOCUMENT RELATES TO:     HON. KURT D. ENGELHARDT
*Trena Garrett*, 2:17-cv-3933

MAG. JUDGE MICHAEL B. NORTH

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants Sanofi U.S. Services INC., formerly known as Sanofi-Aventis U.S., Inc; Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S.; Sun Pharma Global Inc.; McKesson Corporation doing business as McKesson Packaging; Accord Healthcare Ltd.; Accord Healthcare, Inc.; Intas Pharmaceuticals Limited; Sanofi S.A.; Aventis Pharma S.A.; and Does, Inc., from the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 5, 2017            Respectfully submitted,

/s/__ Christopher LoPalo _____
Christopher LoPalo, Esquire
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
CLoPalo@napolilaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 5, 2017          /s/__ Christopher LoPalo_____
                     Christopher LoPalo, Esquire