IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE RASMUSSEN<br>　　　Plaintiff,<br><br>　　　v.<br><br>SANOFI S.A., ET. AL.<br>　　　Defendants. | CASE NO. 2:17-CV-04972 (KDE)(MBN)<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Joyce Rasmussen, and her counsel, hereby give notice that the above-captioned action against Allegran Finance LLC f/k/a Actavis Inc., and Actavis Pharma Inc., solely, is voluntary dismissed, without prejudice.

DATED: September 5, 2017　　　　　　　MARC J. BERN & PARTNERS LLP
　　　　　New York, New York　　　　　　　*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　　Debra Humphrey
　　　　　　　　　　　　　　　　　　　　　　　　One Grand Central Place
　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 950
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 702-5000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 818-0164