BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Alina S. Gorniak, 2:16-cv-15327* | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 5, 2017                    Respectfully submitted,

                                                               /s/ Christopher L. Coffin
                                                               Christopher L. Coffin
                                                               **Pendley, Baudin & Coffin, L.L.P.**
                                                               1515 Poydras Street, Suite 1400
                                                               New Orleans, LA 70112
                                                               Tel: (504) 355-0086
                                                               Fax: (504) 523-0699
                                                               ccoffin@pbclawfirm.com

                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 5, 2017  /s/ Christopher L. Coffin
Christopher L. Coffin