BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |

*Shelia Kroll, 2:17-cv-02776*      *Rosa Fisher, 2:17-cv-04939*
*Donna Newbold, 2:17-cv-00832*      *Mary Hudson, 2:17-cv-04929*
*Brenda Klokis, 2:17-cv-01778*      *Janice Johnson, 2:17-cv-01681*
*Joan Marion, 2:17-cv-02743*      *Patricia Klinger, 2:17-cv-04956*
*Velva Buckner, 2:16-cv-17062*      *Charlotte Tettamble, 2:17-cv-02780*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 5, 2017      Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 5, 2017                                                         /s/ Christopher L. Coffin
                                                                                                    Christopher L. Coffin