UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-CV-05833 |
| JUDY JOHNSON v. SANOFI S.A., ET AL. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MCKESSON CORPORATION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Judy Johnson, by and through her counsel, hereby provides notice of dismissal without prejudice of her claims against McKesson Corporation.

By: */s/ Karen Barth Menzies*

Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

Eric H. Gibbs (Cal. Bar No. 178658)
Amy M. Zeman (Cal. Bar No. 273100)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
amz@classlawgroup.com

1

CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 5, 2017        /s/ Karen Barth Menzies
                                             Karen Barth Menzies