AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana ▼

| | | |
|---|---|---|
| Linda Rolli and Jerry Rolli | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-04972 |
| Sanofi S.A., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff's Linda and Jerry Rolli                                                                .

Date:   09/05/2017                                           /s/ Alexandra Colella
                                                                            *Attorney's signature*

                                                            Alexandra Colella 203112017
                                                                *Printed name and bar number*
                                                            Marc J. Bern & Partners LLP
                                                            60 East 42nd Street Suite 950
                                                            New York, New York 10165

                                                                            *Address*

                                                            acolella@bernllp.com
                                                                        *E-mail address*

                                                            (212) 702-5000
                                                                    *Telephone number*

                                                            (212) 818-0164
                                                                        *FAX number*