AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Mary Katherine Gidcomb | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-04972 |
| Sanofi S.A., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mary K. Gidcomb    .

Date: 09/05/2017

/s/ Alexandra Colella
*Attorney's signature*

Alexandra Colella 203112017
*Printed name and bar number*
Marc J. Bern & Partners LLP
60 East 42nd Street Suite 950
New York, New York 10165

*Address*

acolella@bernllp.com
*E-mail address*

(212) 702-5000
*Telephone number*

(212) 818-0164
*FAX number*