**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Phyllis Wilhelm, 2:17-cv-05340* | HON. KURT D. ENGELHARDT |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S., LLC from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 5, 2017                     Respectfully submitted,

                                                            /s/ Alyssa White.
                                                            Alyssa White
                                                            Texas Bar No., 24073014
                                                            Federal Bar No. 1503719
                                                            **Johnson Law Group**
                                                            2925 Richmond Ave, Suite 1700
                                                            Houston, TX 77098
                                                            Tel: (713) 626-9336
                                                            Fax: (713) 583-9460
                                                            awhite@johnsonlawgroup.com

                                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 5, 2017                                                  /s/ Alyssa White
                                                                                          Alyssa White.