BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*LaDonna Brandenburgh, 2:17-cv-07164* | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S., LLC from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 5, 2017            Respectfully submitted,

                                                              /s/ Alyssa White.
                                                               Alyssa White
                                                               Texas Bar No., 24073014
                                                               Federal Bar No. 1503719
                                                               **Johnson Law Group**
                                                               2925 Richmond Ave, Suite 1700
                                                               Houston, TX 77098
                                                               Tel: (713) 626-9336
                                                               Fax: (713) 583-9460
                                                               awhite@johnsonlawgroup.com

                                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 5, 2017						/s/ Alyssa White
								Alyssa White.