**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:      **TAXOTERE (DOCETAXEL)**      **MDL NO. 2740**
                **PRODUCTS LIABILITY**
                **LITIGATION**                **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**        **HON. KURT D. ENGELHARDT**
*Tracey Thornton, 2:17-cv-07183*


**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S., LLC from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.


Dated:  September 5, 2017              Respectfully submitted,

                                  /s/ Alyssa White._____
                                  Alyssa White
                                  Texas Bar No., 24073014
                                  Federal Bar No. 1503719
                                  **Johnson Law Group**
                                  2925 Richmond Ave, Suite 1700
                                  Houston, TX 77098
                                  Tel: (713) 626-9336
                                  Fax: (713) 583-9460
                                  awhite@johnsonlawgroup.com

                                  *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  September 5, 2017                                         /s/ Alyssa White
                                                                                      Alyssa White.