UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-cv-01773 |
| LINDA DAVIS v. SANOFI S.A., ET AL. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Hospira Worldwide, Inc., Sun Pharmaceutical Industries, Inc., McKesson Corporation d/b/a McKesson Packaging, and Sandoz, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 6th day of September 2017.

            By: /s/*Emily C. Jeffcott*
               Emily C. Jeffcott (LA #33204)
               Hugh P. Lambert (LA #7933)
               Kimberly A. Jemison (LA #37178)
               THE LAMBERT FIRM, PLC
               701 Magazine Street
               New Orleans, LA 70130
               Phone: (504) 581-1750
               Fax: (504) 529-2931
               ejeffcott@thelambertfirm.com
               hlambert@thelambertfirm.com
               kjemison@thelambertfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 6, 2017                                         */s/ Emily C. Jeffcott*
                                                                                   Emily C. Jeffcott