UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) |

PRETRIAL ORDER NO. 59
[Resetting the Submission Date on Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations]

**IT IS ORDERED** that the submission date on Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 494) is hereby continued from Wednesday, August 30, 2017, to **Wednesday, November 8, 2017**.

New Orleans, Louisiana, this 5th day of September 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1