UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| JEANETTE MEAD-NOTHAFT,<br><br>      Plaintiff,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.,<br><br>      Defendants. | : : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: <u>**2:17-cv-07722**</u> |

**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

New Orleans, Louisiana, this 6th day of September 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**