BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Sharon Cockrum, 2:16-cv-17830* | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  September 8, 2017                     Respectfully submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall
**Zoll & Kranz, LLC**
6620 West Central Avenue
Suite 100
Toledo, Ohio 43617
Tel: (888) 841-9623
Fax: (419) 841-9719
cara@toledolaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 8, 2017  /s/ Carasusana B. Wall
Carasusana B. Wall