BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Mary Gardner vs. Sanofi S.A. et al.* Case No. 2:17-cv-03865 | HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses McKesson Corporation from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 8, 2017

Respectfully submitted,

CUTTER LAW, P.C.

*/s/C. Brooks Cutter*
C. Brooks Cutter (CA Bar # 121407)
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
*bcutter@cutterlaw.com*
*ccutter@cutterlaw.com*
*jdomer@cutterlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

Dated: September 8, 2017                    */s/ C. Brooks Cutter*
                                            C. Brooks Cutter