UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Martha Zepp,<br>    Plaintiff, | : : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br>    Defendants. | : : : : | |
| Civil Case No.: 2:16-cv-17348 | : : : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Martha Zepp, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on February 14, 2017, (*Martha Zepp v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Case No.* 2:17-cv-1282) and, Plaintiff served Defendants pursuant to PTO 9. In June 2017, counsel received the National Drug Code information for Martha Zepp from her Oncologist. At that time, Plaintiff learned the manufacturer of the drug that injured Plaintiff was Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and/or Hospira, Inc., rather than Sanofi

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

S.A. and Aventis Pharma S.A. Thus, Plaintiff's proposed amendment would reflect this change by substituting Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as the proper defendants.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 11th day of September, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 11, 2017.

/s/ *Daniel K. Bryson*
Daniel K. Bryson