UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| Martha Zepp,<br>     Plaintiff, | HON. KURT D. ENGELHARDT |
| vs. | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br>     Defendants. | |
| Civil Case No.: 2:16-cv-17348 | |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff Martha Zepp.

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): n/a

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff herein currently resides in Elmira, New York.

5. Plaintiff alleges injury in the State of New York.

6. Defendants (check all Defendants against whom a Complaint is made):

a. Taxotere Brand Name Defendants

☐ A. Sanofi S.A.

☐ B. Aventis Pharma S.A.

☐ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

☐ D. Sanofi-Aventis U.S. LLC

b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐ A. Sandoz, Inc.

☐ B. Accord Healthcare, Inc.

☐ C. McKesson Corporation d/b/a McKesson Packaging

☑ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☑ E. Hospira Inc.

☐ F. Sun Pharma Global FZE

☐ G. Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐ H. Pfizer Inc.

☐ I. Actavis LLC f/k/a Actavis Inc.

☐ J. Actavis Pharma Inc.

☐ K. Other: _____

7. Basis for Jurisdiction:

☑ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: U.S.D.C. for the Western District of New York.

9. Brand Product(s) used by Plaintiff (check applicable):

    ☐ A. Taxotere

    ☐ B. Docefrez

    ☑ C. Docetaxel Injection

    ☐ D. Docetaxel Injection Concentrate

    ☐ E. Unknown

    ☐ F. Other: _____

10. Frist date and last date of use: November 29, 2012 through March 14, 2013.

11. State in which Product(s) identified was/were administered: New York.

12. Nature and extent of alleged injury: Permanent and persistent hair loss on the scalp. Diffuse thinning of hair on the total scalp, significant enough that you can see visible bald spots. Plaintiff also suffers from a change of texture to her hair. Loss of body hair, eyebrows and eyelashes. Plaintiff did not know Taxotere caused her hair loss until in or about July 2016.

13. Counts in Master Complaint brought by Plaintiff:

    ☐ Count I – Strict Products Liability – Failure to Warn
    ☐ Count II – Strict Products Liability for Misrepresentation
    ☐ Count III – Negligence
    ☐ Count IV – Negligent Misrepresentation
    ☐ Count V – Fraudulent Misrepresentation
    ☐ Count VI – Fraudulent Concealment
    ☐ Count VII – Fraud and Deceit
    ☐ Count VIII – Breach of Express Warranty (Sanofi Defendants only)
    ☐ Other: _____

This the _____ day of _____, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*