UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Martha Zepp,  Plaintiff, | : : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,  Defendants. | : : : : | **ORDER** |
| Civil Case No.: 2:16-cv-17348 | : : : | |

Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the ____ day of _____, 2017.

_____
U.S. District Court Judge