# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ROBIN CASTAGNOLA v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-03864 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MCKESSON CORPORATION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Robin Castagnola, by and through her counsel, hereby provides notice of dismissal without prejudice of her claims against McKesson Corporation.

Dated:  September 11, 2017

By:  */s/ Karen Barth Menzies*

Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs  (Cal. Bar No. 178658)
Andre Mura (Cal. Bar No. 298541)
Amy M. Zeman (Cal. Bar No. 273100)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
       amm@classlawgroup.com
       amz@classlawgroup.com

1

CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 11, 2017        /s/ Karen Barth Menzies
                                                Karen Barth Menzies