# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Ernyes-Kofler et al., McCallister, et al.

**PLAINTIFF(S)**

**VERSUS**

Sanofi S.A., et al

**DEFENDANT(S)**

**CIVIL ACTION**

No. __MDL No. 2740__

SECTION: __"N" (5)__

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion __to remand__ is hereby set for submission before District Judge/Magistrate Judge __Kurt D. Engelhardt__ on _____ at _____ ___.m.

_____
(Signature)

C. Brooks Cutter
_____
(Name)

401 Watt Avenue
_____
(Address)

Sacramento, CA 95864
_____
(City)      (State)      (Zip)

(916) 290-9400
_____
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this __11th__ day of __September__, 20__17__.

_____
**(SIGNATURE)**