# APPENDIX C

Deficiency- No Response (Sanofi)

| Centrality Plaintiff ID | Plaintiff Name |
|---|---|
| 1428 | BRADLEY, ROBIN |
| 1414 | ROHLI, BRENDA |
| 1595 | KLOCK, SANDRA |
| 1591 | WARTBERG, CAROLYN |
| 1584 | CAROL, BASS |
| 1356 | SIMS, BRENDA |
| 1490 | GREEN, VEOLA |
| 1477 | HIGHSMITH, WYLINA |
| 1523 | MECKEL, MARY |
| 1340 | BUCKNER, NORMA |
| 1362 | CAPLETON, PAMELA |
| 1491 | DUNN, BRENDA |
| 1359 | WILSON, BEVELA |
| 1363 | WOOTEN, MARLON |
| 1638 | MARINO, PATRICIA |
| 1170 | DUNN, TIFFANY |
| 1286 | ANDREWS, ELSIE |
| 1317 | BOLIN MEERT, SUZANNE |
| 1177 | BOSCH, MARIA |
| 1246 | LAWRENCE, KAREN |
| 1249 | MORALES, SUSAN |
| 1250 | PAYNE, DEBORAH |
| 1293 | SPENCER, TONI |
| 1295 | WILSON, BETTY |
| 1396 | LANDRY, NANCY |
| 1405 | FOWLER, JANIS |
| 1540 | GIBSON, PEARL |
| 1476 | HARTLEY, SHIRLEY |
| 1536 | KATHLEEN, GABRIEL |
| 1467 | SEYMORE, LINDA |
| 1470 | STONE, ANITA |
| 1465 | YOUNG, DENISE |