# APPENDIX D

Missing 8-25-17 (Sanofi)

| Case Name | MDL Docket No. |
|---|---|
| Brown, Tammy v. Sanofi SA, et al. | 2:17-cv-05427 |
| Cargile, Linda v. Sanofi SA, et al. | 2:16-cv-17939 |
| Collins, Pamela v. Sanofi SA, et al. | 2:17-cv-05476 |
| Daley, Jennifer v. Sanofi SA, et al. | 2:17-cv-04825 |
| Daniels, Cordela v. Sanofi SA, et al. | 2:17-cv-04672 |
| Francois, Michelle v. Sanofi SA, et al. | 2:17-cv-04811 |
| Green, Saundra v. Sanofi SA, et al. | 2:16-cv-15518 |
| Gullette, Regina v. Sanofi SA, et al. | 2:17-cv-02756 |
| Hatcher, Barbara v. Sanofi SA, et al. | 2:17-cv-05117 |
| Hayes, Jauronice v. Sanofi SA, et al. | 2:16-cv-16802 |
| Henderson, Alicia v. Sanofi SA, et al. | 2:17-cv-04945 |
| Hill, Cheryl v. Sanofi SA, et al. | |
| Hornyak, Carolyn v. Sanofi SA, et al. | 2:17-cv-04952 |
| Markham, Donna v. Sanofi SA, et al. | 2:17-cv-04495 |
| McKinley, Shirley v. Sanofi SA, et al. | 2:17-cv-04758 |
| McNeal, Opal v. Sanofi SA, et al. | 2:16-cv-17919 |
| Miller, Lagayle v. Sanofi SA, et al. | 2:17-cv-03769 |
| Paxton, Alice v. Sanofi SA, et al. | 2:17-cv-05488 |
| Rieder, Jackie v. Sanofi SA, et al. | 2:17-cv-04824 |
| Robertson, Theresa v. Sanofi SA, et al. | 2:17-cv-04839 |

Missing 8-25-17 (Sanofi)

| Case Name | MDL Docket No. |
|---|---|
| Rodriguez, Elizabeth v. Sanofi SA, et al. | 2:16-cv-17245 |
| Tomasek, Arlene v. Sanofi SA, et al. | 2:16-cv-17246 |
| Wallis, June v. Sanofi SA, et al. | 2:17-cv-04954 |
| Yoho, Julie v. Sanofi SA, et al. | 2:17-cv-04125 |
| Zeno, Phyllis v. Sanofi SA, et al. | 2:17-cv-04642 |

Missing PFS 6-13-17 (Sanofi)

| Case Name | MDL Docket No. |
|---|---|
| Butler, Gail v. Sanofi SA, et al. | 2:17-cv-02135 |
| Davis, Patricia v. Sanofi SA, et al. | 2:17-cv-02309 |
| Guidry, Iris v. Sanofi SA, et al. | 2:16-cv-15656 |
| Hollis, Patricia P. v. Sanofi SA, et al. | 2:17-cv-02354 |
| Koontz, Debra v. Sanofi SA, et al. | 2:16-cv-15310 |
| Tolefree, Christine v. Sanofi SA, et al. | 2:16-cv-15318 |