MINUTE ENTRY
ENGELHARDT, J.
September 8, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)
THIS DOCUMENT RELATES TO
ALL CASES

　　A status conference was conducted on Friday, September 8, 2017, at 8:30 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants.

　　**Law Clerk:  Chynna Anderson**


(JS10: 0:40)