MINUTE ENTRY
ENGELHARDT, J.
September 8, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

     A status conference was conducted on Friday, September 8, 2017, at 9:00 a.m. with plaintiff and defendant steering committee attorneys. A complete list of attendees is attached hereto.

     **Court Reporter:  Lanie Smith**

     **Law Clerk:  Chynna Anderson**

(JS10:  0:40)