# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

## DATE: SEPTEMBER 8, 2017

| NAME | INITIALS | REPRESENTS | |
|------|----------|------------|---|
| Dawn Barrios | *(signature)* | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | *(signature)* | Plaintiff's Liaison Counsel | |
| Christopher Coffin | *(signature)* | Plaintiffs' Steering Committee Member | |
| Karen Menzies | *(signature)* | Plaintiffs' Steering Committee Member | |
| Anne Andrews | *(signature)* | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | *(signature)* | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | *(signature)* | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | *(signature)* | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | | Plaintiffs' Steering Committee Member | |

| Name | Signature | Role | |
|------|-----------|------|--|
| Andrew Lemmon | | Plaintiffs' Steering Committee Member | |
| Abby McClellan | | Plaintiffs' Steering Committee Member | |
| Daniel Markoff | | Plaintiffs' Steering Committee Member | |
| David Miceli | | Plaintiffs' Steering Committee Member | |
| Rand Nolen | | Plaintiffs' Steering Committee Member | |
| Hunter Shkolnik | | Plaintiffs' Steering Committee Member | |
| Genevieve Zimmerman | | Plaintiffs' Steering Committee Member | |
| Douglas J. Moore | | Defendants' Liaison Counsel | |
| Jon Strongman | | Defendants' Steering Committee Member (**Sanofi**) | |
| Harley Ratlif | | Defendants' Steering Committee Member (**Sanofi**) | |
| Mark Cheffo | | Defendants' Steering Committee Member (**Pfizer and Hospira**) | |
| John Olinde | | Defendants' Liaison Counsel | |
| Cliff Merrill | | Defendants' Steering Committee Member (**Sandoz**) | |

2

| | | | |
|---|---|---|---|
| Julie A. Callsen | | Defendants' Steering Committee Member (**Accord Healthcare, Inc.** | |
| Michael Suffern | | Defendants' Steering Committee Member (**Actavis Pharma, Inc.** | |
| Habib Nasrullah | | Defendants' Steering Committee Member (**Northstar Rx LLC**) | |
| Dmitriy Tishyevich | | Defendants' Steering Committee Member (**Eagle Pharmaceuticals, Inc.**) | |
| Erin Bosman | | Defendants' Steering Committee Member (**McKesson Corporation d/b/a McKesson Packaging**) | |
| Geoffrey Coan | | Defendants' Steering Committee Member (**Sun Pharma Global, Inc.**) | |