PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____    CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                 **16 md 2740**

_____    Magistrate: _____
DEFENDANT(S)

**TAXOTERE GENERAL**
*********************************************

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: **9-8-17**              TIME: **10:00 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Zachary Wool | Barrios, Kingsdorf | PSC |
| Dawn Barrios | Barrios, Kingsdorf | PSC |
| Val Exnicios | Liska Exnicios & Nungesser | Pls |
| Alexander Dwyer | ID | R |
| Hunter Shkolnik | Napoli Shkolnik | [signature] |
| Rand Nolen | Fleming, Nolen & Jez | PSC |

1

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

*********************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____     TIME: _____

PLEASE PRINT          PLEASE PRINT          PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| David Bonnin | Law Offices of Craig Eiland | Ps |
| Chris Coffin | PBC Law Firm | Pfs. |
| Palmer Lambert | Gainsburgh Benjamin | PLC |
| Dawn Barrios | Barrios Kingsdorf Casteix | PLC |
| Abby McClellan | Stueve Siegel Hanson | Plaintiffs |
| Erin Bosman | Morrison & Foerster | McKesson |

2

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____   TIME: _____

**PLEASE PRINT**      **PLEASE PRINT**      **PLEASE PRINT**

NAME      FIRM      REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Irving J. Warshauer | Gainsburgh, Benjamin | Plaintiff Settlement Comm. |
| Michael J. Suffern | Ulmer & Berne LLP | Deft. Actavis |
| David Miceli | Simmons Hanly Conroy | PEC |
| Dan Markoff | Atkinson Markoff | P's Disc. |
| Julie Callsen | Tucker Ellis | Amgen |
| Larry Centola | McArd Brophy Centola | PSC |

3

PTO Received: _____

Trial Set: _____
                              Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

****************************************************************

CONFERENCE: ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: _____   TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Kyle Bachus | Bachus Schanker | PEC π |
| Anne Andrews | AtHR | PSC π |
| Cliff Merrell | Greenberg Traurig | Δ Sandoz |
| Lori Cohen | Greenberg Traurig | Δ Sandoz |
| Mark Cheffo | Quinn Emanuel | Hospira/Pfizer |
| Geoff Coan | Hinshaw & Culbertson | Sun |

4

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.: _____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____PRE-TRIAL    _____STATUS    _____SETTLEMENT

DATE: _____    TIME: _____

PLEASE PRINT        PLEASE PRINT        PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Dawn Barrios | Barrios Kingsdorf | || |
| Debbie Rouen | Adams & Reese LLP | Δ Sandoz |
| Betsy Barnes | Morris Bart | JTs |
| John Enochs | Morris Bart | JTs |
| Lauren Godshall | Morris Bart | JTs |
| Douglas Moore | IRWIN | Δs |

5

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                          _____

_____          Magistrate: _____
DEFENDANT(S)

*****************************************************************

CONFERENCE: ___ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____            TIME: _____

PLEASE PRINT              PLEASE PRINT              PLEASE PRINT

NAME                      FIRM                      REPRESENT

BEN GORDON                Levin PAP                 π Settlement

Jon Strongman             Shook                     Sanofi

HADLEY                    S(toch                    Sherg

Andrew Lemmon             PSC                       π

John O'[...]              A/[...]                   Δs