**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  **TAXOTERE (DOCETAXEL)**<br>     **PRODUCTS LIABILITY**<br>     **LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:**<br>  *Lina Hawkins, 2:16-cv-16790* | **HON. KURT D. ENGELHARDT** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Actavis Pharma, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  September 12, 2017     Respectfully submitted,

             /s/ Carasusana B. Wall
             Carasusana B. Wall
             **Zoll & Kranz, LLC**
             6620 West Central Avenue
             Suite 100
             Toledo, Ohio 43617
             Tel: (888) 841-9623
             Fax: (419) 841-9719
             cara@toledolaw.com
             *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 12, 2017                    /s/ Carasusana B. Wall
                                              Carasusana B. Wall