UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)             PRODUCTS LIABILITY             LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Deborah Johnson, 2:16-cv-15607* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and PTO 54, hereby voluntarily dismisses Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (incorrectly sued as Hospira Worldwide, Inc.), Hospira, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (incorrectly sued as Caraco Pharmaceutical Laboratories, Ltd.), Pfizer Inc., Actavis LLC f/k/a Actavis Inc.(incorrectly sued as Allergan Finance LLC f/k/a Actavis Inc.), and Actavis Pharma, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  September ____, 2017

                                                  Respectfully submitted,

                                                  */s/ Betsy Barnes*
                                                  Betsy Barnes (#19473)
                                                  Morris Bart, LLC
                                                  601 Poydras St., 24th Floor
                                                  New Orleans, LA  70130
                                                  Phone:  504-525-8000
                                                  Fax:  504-599-3352
                                                  bbarnes@morrisbart.com

1

## CERTIFICATE OF SERVICE

     I hereby certify that on September \_\_\_\_, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                             */s/ Betsy Barnes*

2995676-1