**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**


IN RE: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "N" (5)


THIS DOCUMENT RELATES TO:                            HON. KURT D. ENGELHARDT
*Margarett Wright vs. Sanofi S.A. et al.*
Case No. 2:17-cv-1814


### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby voluntarily dismisses McKesson Corporation from the above-captioned action in the

Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to

bear its own attorneys' fees and costs.


Dated: September 12, 2017                     Respectfully submitted,

                                              GOMEZ TRIAL ATTORNEYS

                                               */s/Lindsay R. Stevens*
                                              John H. Gomez (CA Bar # 171485) T.A.
                                              Ahmed S. Diab (CA Bar # 262319)
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496
                                              *john@thegomezfirm.com*
                                              *adiab@thegomezfirm.com*
                                              *lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Lindsay R. Stevens
Ahmed S. Diab (CA Bar # 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
adiab@thegomezfirm.com