## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: Sewald v. Sanofi S.A., et al., Civil Action No. 2:17-cv-5316 | : : : | JUDGE KURT D. ENGELHARDT |
| | | MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Accord Healthcare, Inc., Actavis Inc., Actavis Pharma, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., McKesson Corporation d/b/a McKesson Packaging, Actavis LLC f/ka/ Actavis Inc., and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: September 13, 2017        Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 13, 2017    Respectfully submitted,

            /s/ Russell T. Abney_____
            Russell T. Abney, Esq.
            Attorney I.D. No. 000875 (GA)
            FERRER, POIROT & WANSBROUGH
            2100 RiverEdge Pkwy NW, Suite 1025
            Atlanta, GA 30328
            Telephone: 800.521.4492
            Fax: 866.513.0115
            atlanta@lawyerworks.com
            *Attorney for the Plaintiffs*