UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHRISTINE TOLEFREE | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 3:16-15318 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Christine Tolefree, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Dated this 19th day of September, 2017.

Respectfully submitted,

s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 South University, Suite 500
Fort Worth, TX 76107
(817) 332-9300
(817) 332-9301 (Fax)
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740, as well as certified mail, return receipt requested to the last known address of client on September 12, 2017.

By:   s/ *Michael P. McGartland*
       Michael P. McGartland