# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                 SECTION "N" (5)

                                                                 JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Renee Hammitt v. Sanofi S.A.,*
*et al.; Civil Action No. 2:17-cv-00319*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sandoz Inc., Accord Healthcare Inc., Hospira Worldwide Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Allergan Finance LLC f/k/a Actavis Inc. and Actavis Pharma Inc. only.

Dated this 20th day of September, 2017.

**JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*