IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
|---|---|
| THIS DOCUMENT RELATES TO: *Linda Rolli and Jerry Rolli v. Sanofi S.A. et. al* | Section "N" (5) <br> HON. KURT D. ENGELHARDT <br> MAG. JUDGE MICHAEL B. NORTH <br> Case No. 2:17-cv-07436 (KDE) (MBN) |

## MOTION TO SUBSTITUTE COUNSEL

COME NOW Plaintiffs, Linda Rolli and Jerry Rolli, and hereby move to substitute attorneys Alexandra W. Robertson and Timothy J. Becker of Johnson Becker, PLLC, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice pro hac vice" before this Court, as counsel of record in the above-captioned matter in place of Debra Humphrey of Marc J. Bern & Partners LLP.

Dated: September 20, 2017

/s/ Debra Humphrey
Debra Humphrey
**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702-5000
Fax: (212) 818-0164
Dhumphrey@bernllp.cm

**Attorney for Plaintiffs**

-and-

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
**Johnson Becker, PLLC**
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                         */s/ Debra Humphrey*