UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
_____

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | § | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION, | § | |
| _____ | § | SECTION "N" (5) |
| | § | |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | § | |
| | § | MAG. JUDGE NORTH |
| *Jeannetta McFadden v. Sanofi S.A., et al;* | § | |
| *Cause No. 2:17-cv-05464* | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, herby gives notice of her voluntary dismissal without prejudice of Defendants Allergan Finance LLC f/k/a Actavis Inc. and Actavis Pharma Inc. only.

Dated this 21st day of September, 2017

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

ATTORNEYS FOR PLAINTIFF