**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO:         HON. KURT D. ENGELHARDT
*Michelle Parker v. Sanofi, S.A. et al.*,
Case No. 2:17-cv-5462

## EX-PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for Plaintiff, Michelle Parker, in civil action no. 2:17-cv-5462 for the following reasons:

1. Ms. Parker has been non-responsive to all correspondence from Gomez Trial Attorneys, including U.S. Mail, Electronic Mail and Federal Express with direct signature request.

2. Gomez Trial Attorneys sent correspondence to Ms. Parker via U.S. Mail on May 31, 2017, July 19, 2017, and August 22, 2017.  Ms. Parker remains non-responsive to all written correspondence.

3. Gomez Trial Attorneys sent correspondence to Ms. Parker via Electronic Mail on April 13, 2017, May 25, 2017, July 7, 2017 and August 22, 2017.  Ms. Parker remains non-responsive to all e-mail communication.

4. Ms. Parker is also non-responsive to telephone calls from Gomez Trial Attorneys including phone calls made to her emergency contacts.

5. Gomez Trial Attorneys' staff attempted to reach Ms. Parker via telephone on all contact numbers on July 6, 2017 and July 13, 2017.  Two of the contact numbers

provided by Ms. Parker do not have voicemail options and two other numbers were incorrect numbers.  Ms. Parker remains non-responsive to all telephone contacts.

6.  Ms. Parker has been non-responsive to all attempts from Gomez Trial Attorneys to communicate with her in order to complete her court ordered Plaintiff Fact Sheet.

7.  Gomez Trial Attorneys conducted a skip trace search of Ms. Parker's last known address on May 30, 2017 and again in September 2017, through Westlaw, and it appears that the address on file with Gomez Trial Attorneys is correct.

8.  Ms. Parker fails to uphold the representation agreement with Gomez Trial Attorneys, and fails to participate, cooperate and/or respond to counsel regarding her case.

9.  Attached hereto as Exhibit 1 is a true and correct copy of correspondence sent to Ms. Parker, notifying her of counsel's intent to withdraw and providing her all upcoming court dates and deadlines. This correspondence was sent via Certified Mail/Return Receipt. Gomez Trial Attorneys received the return receipt on September 19th, 2017, with Ms. Parker's signature.

Gomez Trial Attorneys shall be relieved of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Michelle Parker, at the following contact information:

Michelle Parker
92 Huntington Terrace 2nd Fl.
Newark, NJ 07112
Tel. No.: (973) 230-8284
Cell No.: (973) 981-1268

Dated: September 21, 2017                              Respectfully submitted,

                                                      GOMEZ TRIAL ATTORNEYS

                                                       /s/Lindsay R. Stevens
                                                      John H. Gomez (CA Bar # 171485) T.A.

2

3

Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
adiab@thegomezfirm.com

1