# EXHIBIT 1



September 8, 2017

*Sent Via Certified Mail/Return Receipt:*
Michelle Parker
92 Huntington Terrace 2nd Fl.
Newark, NJ  07112

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Parker,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on April 13th, July 6th, July 13th, July 18th (on your emergency number as well), and sent correspondence via U.S. Mail on May 31st, July 19th and correspondence sent via FedEx with delivery receipt on August 22nd.  E-Mails were also sent to nypark@msn.com on April 13th, May 25th, July 7th and August 22nd  To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017.  This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). Your PFS was due on August 29, 2017, and by our determination is now deficient**.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction



- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

  **Bellwether Trials**
  1. Chetta, Debra 2:16-cv-17731
  2. Durden, Antoinette 2:16-cv-16635
  3. Earnest, Barbara 2:16-cv-17144
  4. Francis, Tanya 2:16-cv-17410
  5. Johnson, Deborah 2:16-cv-15607
  6. Kahn, Elizabeth 2:16-cv-17039
  7. Martin, Della 2:16-cv-15678
  8. Ray, Pearl 2:16-cv-17031
  9. Thibodeaux, Cynthia 2:16-cv-15859
  10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North
- 

  **Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts
- 7/27/2018 – L/D to complete Expert depositions

  **Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

  **Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

  **Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants

655 West Broadway, Suite 1700 | San Diego, CA 92101 | P. 619 237 3490 | F. 619 237 3496 | thegomezfirm.com



- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. ██████████████████████████████████████████████████████████████████████ **If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.

655 West Broadway, Suite 1700
San Diego, CA 92101

# GOMEZ
TRIAL ATTORNEYS



7016 0750 0000 4801 6047

Michelle Parker
92 Huntington Terrace 2nd Fl.
Newark NJ 07112

thegomezfirm.com

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Attn: Lupe Felix De Tautolere Parker

Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

7016 0750 0000 4801 6047

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To Michelle Parker
Street and Apt. No., or PO Box No. 92 Huntington Terrace, 2nd Fl.
City, State, ZIP+4 Newark, NJ 07112

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

02 1P
0000888537
$006.560
SEP 08 2017
PITNEY BOWES

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michelle Parker<br>92 Huntington Terrace<br>2nd Fl.<br>Newark, NJ 07112 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7016 0750 0000 4801 6047 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE
ND 070
14 SEP '17
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

Attn: Lupe Felix  De Taxotere-Parker

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Michelle* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* — C. Date of Delivery<br>X Michelle Parker |
| 1. Article Addressed to:<br><br>Michelle Parker<br>92 Huntington Terrace<br>2nd Fl.<br>Newark, NJ 07112 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7016 0750 0000 4801 6047 |