BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Michelle Parker v. Sanofi, S.A. et al.*, Case No. 2:17-cv-5462 | |

## ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

CONSIDERING the foregoing Ex Parte Motion to Withdraw as Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____day of _____, 2017, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE