```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)       *     16-MDL-2740
PRODUCTS LIABILITY LITIGATION      *
                                   *
                                   *     Section N
                                   *
Relates To All Cases               *     September 21, 2017
                                   *
*****************************************************************

              REPORTER'S OFFICIAL TRANSCRIPT OF THE

                 TELEPHONIC STATUS CONFERENCE

          BEFORE THE HONORABLE MICHAEL C. NORTH,
                UNITED STATES MAGISTRATE JUDGE.

*****************************************************************



APPEARANCES:

For the Plaintiffs:

Emily Jeffcott, Esq.              Karen Menzies, Esq.
Palmer Lambert, Esq.              Zachary Wool, Esq.
Andrew Lemmon, Esq.



For the Defendants:

Julie Callsen, Esq.               Julie Park, Esq.
Maria Gonzales, Esq.              Harley Ratliff, Esq.
Kathleen Kelly, Esq.              Michael Suffern, Esq.
R. Clifton Merrell, Esq.
Douglas Moore, Esq.
John Olinde, Esq.
Patrick Oot, Esq.


REPORTED BY:      Mary V. Thompson, RMR, FCRR
                  500 Poydras Street, Room B-275
                  New Orleans, Louisiana  70130
                  (504)589-7783
```

OFFICIAL TRANSCRIPT

(Reporter's Note: There was a constant echo throughout this telephonic hearing and at times it was very hard to understand what was being said.)

**P R O C E E D I N G S**

THE COURT: All right. I've got the agenda. It looks like -- we have an echo on my phone.

It looks like -- it does not look like we've got anything specific in terms of disputes to be resolved today. Is that right?

MR. RATLIFF: Your Honor, this is Harley Ratliff on behalf of Sanofi.

I think that is correct. As the plaintiffs might say, we've worked hard over the past week and a half to hopefully make as many of the status conferences dispute free, although I can't say that will be the case in the future.

MS. MENZIES: Yes. Your Honor, this is Karen Menzies. I apologize for the echo. I think we're all hearing it.

But the good news is we don't have anything, which is why we didn't submit any position papers to you, either, for resolution today.

And we want to thank you as well for doing the conference by phone instead of having us come down to New Orleans, those of us that would end up traveling.

But what we would like to do is give you an update on

the status of the discussion, and that's what the agenda was set for.

THE COURT: Okay.

MS. MENZIES: Again, Karen Menzies for the plaintiffs.

We'll start with discovery with Sanofi. As we noted, we had what we think is a very good meeting last Friday with Mr. Ratliff and Mr. Oot. David Miceli and I were there. And of course Mr. Lemmon was on the phone.

We met for about four-and-a-half hours or so and really marched through -- really our focus was on the plaintiffs' request for production, set one. We spent a good amount of time going through everything from general objections to the preliminary statements.

We got an update from Sanofi on their rolling production, and we understand that there is a deadline of probably -- of tomorrow for them to produce information that's set forth in PTO 49, which is the exact protocol that has to do with custodians and sources and retention policies and other different matters there. And we understand from counsel for Sanofi that we're on track to receive that tomorrow so that will be very helpful.

We also have been receiving documents. We understand, generally, that the Sanofi counsel are not withholding information on what we saw in general objections related to unlimited time period or a limited version of what their position

OFFICIAL TRANSCRIPT

```
03:38:21

03:38:42

03:38:54

03:39:12

03:39:31
```

 1  was regarding certain of our claims having to do with efficacy
 2  and others.  What they're finding is that they are giving it to
 3  us, as I understand, so that's good news.
 4          And then we understand we'll be getting some summaries
 5  and then indices of the IMD and MDA and other related databases
 6  that will help us further focus the requests that we do have
 7  pending with Sanofi.
 8          So I think by and large we are working well together.
 9          There is one issue so far that we have in dispute that
10  has to do with relevance claims related to efficacy, but we're
11  going to reserve that for a later hearing when we're addressing
12  other matters.
13          So that's the status for number one from the
14  plaintiffs' side.
15          THE COURT:  Okay.  Anything, Mr. Ratliff, from the
16  Sanofi side?
17          MR. RATLIFF:  You know, Your Honor, just very brief.
18          I think what Ms. Menzies laid out was by and large
19  representative of our meeting that we had last Friday.
20          Mr. Miceli and Ms. Menzies, to their credit, came to
21  Kansas City to meet with us in person.  I agree, I thought it was
22  an extremely productive meeting.  It helped, I think, cut through
23  a lot of times the overlawyering that goes on in discovery, and
24  to be able to have some candid conversations about some of their
25  claims, some of the hurdles that we have in sort of finding

|   |   |
|---|---|
| | 1  certain categories of documents, and getting an idea of where we |
| | 2  need to continue to be looking to keep production rolling out to |
| | 3  them. |
| | 4              There will be another large set of documents, in |
| 03:39:51 | 5  talking with our vendor and people internally, going out in |
| | 6  several productions next week, and that will continue onward. |
| | 7              There were a few items I think, as Ms. Menzies pointed |
| | 8  out, that we didn't leave the meeting in complete agreement on, |
| | 9  but I think they were not so substantial that we can't continue |
| 03:40:11 | 10  to talk about it.  Obviously we'll be meeting with Your Honor on |
| | 11  a fairly regular basis to raise these particular issues if |
| | 12  there's no accord that can be met. |
| | 13              But otherwise I think what Ms. Menzies said was |
| | 14  accurate. |
| 03:40:24 | 15              THE COURT:  I will -- very good.  I'm grateful that |
| | 16  you-all have taken the time and effort to try to resolve these |
| | 17  matters the way that you have.  And I think you're right, that |
| | 18  sitting down in a room together and meeting is always going to |
| | 19  be, I think, better calculated to get to the bottom of -- to |
| 03:40:45 | 20  resolve these sorts of disputes. |
| | 21              Hopefully, if counsel for the 505(b)(2) defendants and |
| | 22  the plaintiffs have any sort of similar disputes, y'all will take |
| | 23  a similar approach in resolving the discovery protocol and trying |
| | 24  to eliminate any disagreements.  Obviously if that doesn't |
| 03:41:07 | 25  happen, hopefully you-all can get a handle on whatever issues |

OFFICIAL TRANSCRIPT

```
03:41:25
03:41:37
03:41:59
03:42:21
03:42:36
```

 1  might remain by the next conference that we're scheduled to have,
 2  which is October 13th.
 3          MS. MENZIES:  That sounds good.  Thank you, Your Honor.
 4          MR. RATLIFF:  Your Honor, one other thing from Sanofi.
 5          The obligations that we have under the PTO that
 6  Ms. Menzies referenced for production tomorrow, those are on
 7  schedule and will be produced to them by close of business
 8  tomorrow if not sooner.
 9          THE COURT:  All right.  Very good.
10          Anything else?  Because this echo is driving us crazy.
11          MR. LEMMON:  Your Honor, this is Andrew Lemmon.  You
12  just mentioned October 13th.  Is that -- I think the last I had
13  seen, it was October 26th.
14          THE COURT:  Well, let me say this:  I got a request
15  that I hold October 13th for a status conference if necessary,
16  and I put that on the calendar.
17          MR. LEMMON:  I'm sorry, I was unaware.  Thank you.
18          MR. OLINDE:  Your Honor, this is John Olinde.  I'm
19  liaison for the 505(b)(2) defendants.
20          I appreciate your comments.  We had suggested with the
21  plaintiffs to have October 13th, and I appreciate you reserving
22  that.
23          And we'd also said that if we can't resolve anything,
24  we would do some letter briefs by the end of the day, 5:00 p.m.,
25  on the 10th of October.  But we certainly are going to try to

OFFICIAL TRANSCRIPT

```
03:42:52


03:43:14



03:43:28
```

 1  work with the plaintiffs, and I know they feel in a similar
 2  position to try to work out any differences we might have.
 3              THE COURT:  All right.  And our regularly scheduled
 4  session, then, was not the 13th.  I think Mr. Lemmon is right.
 5  It was later in October.
 6              So the 13th -- just for everyone else who is on the
 7  phone, the 13th I have penciled in for the 505(b)(2) defendants
 8  and plaintiffs if there are any issues just as between them on
 9  the discovery protocol.  Otherwise, we'll have our usual meeting
10  at the end of October as previously scheduled unless you-all call
11  me and let me know that we don't need to have it.
12              MR. RATLIFF:  Thank you.
13              MR. OLINDE:  Thank you.
14              THE COURT:  Thanks, everyone.  I appreciate the manner
15  in which you are working together.  And I know it's a lot of
16  work, but trying to work through these things amicably,
17  obviously, is a more efficient way of getting things done so I
18  appreciate it.
19              MS. MENZIES:  Thank you, Your Honor.
20                                          (Proceedings adjourned.)
21                              * * * *
                               **CERTIFICATE**
22
23     I hereby certify this 22nd day of September, 2017, that
    the foregoing is, to the best of my ability and understanding, a
    true and correct transcript of the proceedings in the
24  above-entitled matter.
                                   */s/ Mary V. Thompson*
25  _____
                                   Official Court Reporter

**OFFICIAL TRANSCRIPT**