UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Martha Zepp,<br>    Plaintiff, | : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br>    Defendants. | : : : : | |
| Civil Case No.: 2:16-cv-17348 | : : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file a Amended Complaint (Rec. Doc. 833) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this  19th   day of  September , 2017  .

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**