UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| DEBRA TOLLETT, | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | COMPLAINT & JURY DEMAND |
| v. | : : | Civil Action No.: 2:17-01950 |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : : | |
| Defendant(s). | | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO LEAVE TO FILE AMENDED SHORT FROM COMPLAINT TO ADD SANDOZ, INC. AS DEFENDANT**
_____

   Plaintiff, Debra Tollett, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a)(2) for the reasons set forth below:

   The original suit was filed in this matter based upon the belief by Plaintiff, Debra Tollett, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on March 7, 2017.

1

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sandoz Inc. should have been named as the Defendant in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint by filing and Amended Short Form Complaint to include an allegation against Sandoz Inc., and to add that she only recently became aware of these allega8tions.

Dated: September 22, 2017

                          Respectfully submitted,

By:   /s/ *Dennis C. Reich*
       Dennis C. Reich (TX #16739600)
       REICH AND BINSTOCK, LLP
       Whitney Bank Bldg. River Oaks
       4265 San Felipe #1000
       Houston, TX 77027
       Phone: (713) 622-7271

dreich@reichandbinstock.com

*Attorneys for Plaintiff*

### CERTIFICATE OF COMPLAINCE

In compliance with Local Rule 7.6 Defendants Liaison Counsel has been contacted is does NOT oppose Plaintiff's Motion.

### CERTIFICATE OF SERVICE

I hereby certify that on the **22nd** of September, the foregoing document was filed with the clerk via CM/ECF system. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established with the MDL 2740.

                          /s/Dennis C. Reich
                          Dennis C. Reich