UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO

2:17-01950_____

TAXOTERE REQUEST FOR SUMMONS

Please issue a summons on the Plaintiff, Debra Tollet's Amended Complaint pursuant to PTO # 53 and PTO#55 for the substitution of the originally named defendants.

Select new party to be served

1. (name) Sandoz,Inc._____
   (address)c/o sandoztaxoterecomplaints@gtlaw.com_____

Very truly yours,

/s/ Dennis C. Reich_____
Signature

Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com

*Attorneys for Plaintiff, Debra Tollett*