MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 21, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)           MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION
                                       SECTION: "N"(5)
THIS DOCUMENT RELATES TO
ALL CASES

A further status conference was held on this date.

PARTICIPATING:     Zachary Wool        Palmer Lambert
                   Karen Menzies       Emily Jeffcott
                   Douglas Moore       Andrew Lemmon
                   Harley Ratliff      John Olinde
                   Patrick Oot         Mara Gonzales
                   Cliff Merrill       Julie Callsen
                   Michael Suffern     Kathy Kelly
                   Julie Park

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:10)