# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Robin Castagnola v. Sanofi S.A. et. al* Case No. 2:17-cv-03864 | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff Robin Castagnola respectfully asks this Court to substitute attorneys Christopher L. Coffin and Jessica Perez in place of attorneys Eric H. Gibbs, Karen Barth Menzies, Andre M. Mura, and Amy M. Zeman. In support of this Motion, she states as follows: Eric H. Gibbs, Karen Barth Menzies, Andre M. Mura, and Amy M. Zeman will no longer be representing Plaintiff in this case. They do not need notice of filings in case no. 2-17:cv-03864 and request to be removed from all service listings as counsel for Plaintiff Castagnola. Attorneys Christopher L. Coffin and Jessica Perez will be substituted in as counsel of record. Christopher L. Coffin and Jessica Perez are familiar with the litigation and this case. Therefore, Plaintiff will not be prejudiced by this substitution.

WHEREFORE, Plaintiff hereby respectfully asks that this Court to permit attorneys Eric H. Gibbs, Karen Barth Menzies, Andre M. Mura, and Amy M. Zeman to be removed as counsel of record for Plaintiff Castagnola, to remove said counsel from all service lists as counsel for

Plaintiff Castagnola and to enter the appearance of attorneys Christopher L. Coffin and Jessica Perez on behalf of Plaintiff Castagnola.

Dated:  September 25, 2017

| | |
|---|---|
| | -and- |
| */s/ Karen Barth Menzies* | */s/ Christopher L. Coffin* |
| Karen Barth Menzies | Christopher L. Coffin |
| Eric H. Gibbs | Jessica Perez |
| Andre M. Mura | **PENDLEY, BAUDIN &COFFIN, L.L.P.** |
| Amy M. Zeman | 1515 Poydras Street, Suite 1400 |
| **GIBBS LAW GROUP LLP** | New Orleans, LA 70112 |
| 400 Continental Blvd, 6th Floor | Telephone:  (504) 355-0086 |
| El Segundo, California 90245 | Fax:  (504) 523-0699 |
| Telephone: (510) 350-9240 | ccoffin@pbclawfirm.com |
| Fax: (510) 350-9701 | jperez@pbclawfirm.com |
| kbm@classlawgroup.com | |
| ehg@classlawgrou.com | **Attorneys for Plaintiff** |
| amm@classlawgroup.com | |
| amz@classlawgroup.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                */s/ Karen Barth Menzies*