## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>SHARON STEWART v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-00375 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Sharon Stewart's case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 25th day of September 2017.

| | |
|---|---|
| **GIBBS LAW GROUP LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA 90245<br>Telephone: (510) 350-9240<br>Facsimile: (510) 350-9701<br>Email: kbm@classlawgroup.com | By: */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>　　　　kbrilleaux@irwinllc.com |

Eric H. Gibbs
Amy M. Zeman
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
       amz@classlawgroup.com

Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO  64108
Email:  hratliff@shb.com
        jstrongman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**

By:   */s/ Lori G. Cohen*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
Email:  cohenl@gtlaw.com
        merrellc@gtlaw.com
        holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
       debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**KEOGH, COX & WILSON, LTD.**

By:   */s/ John P. Wolff, III*
John P. Wolff, III
701 Main Street
Post Office Box 1151
Baton Rouge, LA  70821
Email: jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By:   /s/ Mark S. Cheffo
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY  10010
Email:  markcheffo@chaffe.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. and Hospira, Inc.*

**LEAKE & ANDERSON, LLP**

By:    *Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr.
Cristin Bordelon
1100 Poydras St., Suite 1700
New Orleans, LA  70163
Email:  sshuler @leakeanderson.com
          cbordelon@leakeanderson.com

Geoffrey M. COan
Kathleen E. Kelly
**HINSHAW & CULBERTSON, LLP**
28 State St., 24th Floor
Boston, MA  02109
Email:  gcoan@hinshawlaw.com
          kekelly@hinshawlaw.com

*Attorneys for Defendants Sun Pharma Global FZE, Sun Pharma Global, Inc., and Caraco Pharmaceutical Laboratories, Ltd.*