UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) |

PRETRIAL ORDER NO. 62
[Master Answer Deadline]

On August 30, 2017, this Court denied Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint as to Count One and Counts Three through Seven. With regard to Counts Two and Eight, Plaintiffs were given fourteen (14) days to amend or provide supplemental briefing in order to expressly identify what express statements or language constitutes the alleged misrepresentation or warranty as alleged in those particular counts. (Rec. Doc. 784). On September 13, 2017, Plaintiffs advised the Court that they would not be amending their Master Complaint as to Counts Two and Eight. Therefore, the Court entered Pretrial Order No. 61, dismissing Counts Two and Eight. *See* Rec. Doc. 877.

Moreover, this Court previously issued Pretrial Order No. 15, in which Section "H" states that, "Each Defendant shall file a Master Answer on or before 60 days following the filing of the Master Complaint or within 30 days after the Undersigned's ruling on all Motions to Dismiss, whichever is later." *See* Rec. Doc. 230. Given the aforementioned dismissal of Counts Two and Eight, the parties have conferred as to when the Master Answer is due under Pretrial Order No.

1

15, and they have suggested to the Court a deadline of **Monday, October 16, 2017** to file the Master Answer.[1]

Given the parties' agreement, **IT IS ORDERED** that the Master Answer deadline for each Defendant is set for **Monday, October 16, 2017**.

New Orleans, Louisiana, this 27th day of September, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties have also agreed that such deadline will not delay the litigation of this MDL.

2