# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

**THIS DOCUMENT RELATES TO**
**ALL CASES**

### PRETRIAL ORDER NO. 63
**[Setting a Meeting with Liaison Counsel]**

**IT IS ORDERED** that the next meeting of liaison counsel shall take place on **Friday, October 6, 2017, at 9:30 a.m.** in the undersigned's chambers.

New Orleans, Louisiana, this 27th day of September 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE