UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Robin Branstetter,<br>    Plaintiff,<br><br>vs.<br><br>Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br>    Defendants.<br><br>Civil Case No.: 2:16-cv-17585 | : : : : : : : : : : : : : | HON. KURT D. ENGELHARDT |

## ORDER

Upon Plaintiff's Motion for Leave to file a Amended Complaint (Rec. Doc. 834) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this __19th__ day of __September__, __2017__.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**