UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| Tracy Stevenson,<br>    Plaintiff, | : : | HON. KURT D. ENGELHARDT |
| vs. | : : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S.,<br>    Defendant. | : : : | |
| Civil Case No.: 2:17-cv-1282 | : : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file a Amended Complaint (Rec. Doc. 782) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this __19th__ day of __September__, __2017__.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**