# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Linda Rolli and Jerry Rolli v. Sanofi S.A. et. al* | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH Case No. 2:17-cv-07436 (KDE) (MBN) |

## ORDER

Plaintiffs' Motion to Substitute Counsel (Rec. Doc. 859) was submitted to the Court on September 20, 2017. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiffs' Motion to Substitute Counsel of record is hereby GRANTED. Attorney Debra Humphrey shall be removed as counsel of record from the case and Attorneys Alexandra W. Robertson and Timothy J. Becker shall be substituted in as Counsel of Record for Plaintiffs Linda Rolli and Jerry Rolli.

New Orleans, Louisiana this 25th day of September, 2017.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**