UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Betty Knott v. Sanofi S.A.,*
*et al.; Civil Action 2:17-cv-04701*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Hospira Worldwide Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Allergan Finance LLC f/k/a Actavis Inc. and Actavis Pharma Inc. only.

Dated this 2nd day of October, 2017.

**J.WILTZ LAW PLLC**

By: /s/ Jervan S. Wiltz
JERVAN S. WILTZ
State Bar No. 24084110
Van.wiltz@wiltzlaw.com
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: 1-214-477-3774
Fax: 1-888-874-5879
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

**J.WILTZ LAW PLLC**

By: /s/ Jervan S. Wiltz
JERVAN S. WILTZ
State Bar No. 24084110
Van.wiltz@wiltzlaw.com
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: 1-214-477-3774
Fax: 1-888-874-5879
ATTORNEY FOR PLAINTIFF