## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** : | **MDL NO. 2740** |
| **PRODUCTS LIABIILTY LITIGATION** : | |
| : | **SECTION "N"(5)** |
| : | |
| **THIS DOCUMENT RELATES TO:** : | **JUDGE KURT D. ENGELHARDT** |
| Sewald v. Sanofi S.A., et al., Civil Action : | |
| No. 2:17-cv-5316 : | **MAG. JUDGE MICHAEL B. NORTH** |
| : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S. from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: October 3, 2017                Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: October 3, 2017                        Respectfully submitted,

                                            /s/ Russell T. Abney_____
                                            Russell T. Abney, Esq.
                                            Attorney I.D. No. 000875 (GA)
                                            FERRER, POIROT & WANSBROUGH
                                            2100 RiverEdge Pkwy NW, Suite 1025
                                            Atlanta, GA 30328
                                            Telephone: 800.521.4492
                                            Fax: 866.513.0115
                                            atlanta@lawyerworks.com
                                            *Attorney for the Plaintiffs*