UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: Toles v. Accord Healthcare, Inc. et al, Civil Action No. 2:17-cv-09758 | JUDGE KURT D. ENGELHARDT |
| | MAG. JUDGE MICHAEL B. NORTH |

JURY TRIAL DEMANDED

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff VALERIE TOLES, by and through their undersigned counsel, hereby give notice that only their action is voluntarily dismissed, without prejudice, against the above listed defendants.

Respectfully submitted,

Date:     October 3, 2017           BROWN AND CROUPPEN, P.C.

_____
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com

1