UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )   MDL No. 2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "N" (5)
                              )
THIS DOCUMENT RELATES TO:     )
ALL ACTIONS                   )

**PROPOSED CASE MANAGEMENT ORDER NO. X**
**(CASE SUBSTITUTION PROTOCOL)**

The Court hereby Orders as follows:

1. **Applicability of Order**. The following protocol governs substitution of cases identified or to be identified in the first, second, third, fourth, and fifth trial scheduling orders ("trial pool cases").

2. **Requirements for Dismissal.** Before any case subject to a trial scheduling order can be dismissed, Plaintiffs are required to meet and confer with Defendants regarding the basis for such dismissal and comply with all other provisions of PTO 54 (Rec. Doc. 671). The dismissal of a case subject to a trial scheduling order must be with prejudice.

3. **Dismissal During First Phase Discovery – Defendant Pick.** If a trial pool case selected by Defendants is dismissed by Plaintiffs within 70 days of identification for any trial scheduling order, Defendants may select a replacement case within 14 days of dismissal. If a trial pool case selected by Defendants is dismissed after 70 days of identification for any trial scheduling order, Defendants may de-designate, within fourteen days of dismissal, one of Plaintiffs' selections from the trial pool cases.

4. **Dismissal During First Phase Discovery – Plaintiff Picks.** Because Plaintiffs determine whether to originally file suit and may subsequently seek to dismiss their suits

1

for any number of reasons, a trial pool case selected by Plaintiffs and subsequently dismissed may not be replaced.

5. **Dismissal During First Phase Discovery – Random Picks.** If a trial pool case chosen by random selection is dismissed by Plaintiffs within 70 days of identification for any trial scheduling order, a replacement will be selected by random selection within 14 days of dismissal. If a trial pool case selected by random selection is dismissed after 70 days of identification for any trial scheduling order, Defendants may de-designate, within fourteen days of dismissal, one other selection from the trial pool cases.

6. **Dismissal after Trial Selection or During Second Phase Discovery.** If after trial case selection following conclusion of Phase I discovery, a Primary Plaintiff's case is thereafter dismissed, the Court after hearing from the parties will select a replacement case from the alternative trial case Plaintiffs for that trial date.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
KURT D. ENGELHARDT
United States District Judge

CLERK TO FORWARD COPY TO MAGISTRATE JUDGE