# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Wanda Howard v. Sanofi S.A., et al., | : |
| Civil Action No. 2:17-cv-06153 | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. from the above- captioned case, without prejudice, each party to bear its own costs.

Dated: October 4, 2017                                  Respectfully submitted,

                                                        /s/ Leslie LaMacchia
                                                        Leslie LaMacchia: TX# 24048602
                                                        Adam Pulaski: TX# 16385800
                                                        Pulaski Law Firm, PLLC
                                                        2925 Richmond, Suite 1725
                                                        Houston, TX 77098
                                                        Tel: (713) 664-4555
                                                        Fax: (713) 664-7543
                                                        llamacchia@pulaskilawfirm.com
                                                        adam@pulaskilawfirm.com

                                                        *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: October 4, 2017                                                      Respectfully submitted,

/s/ Leslie LaMacchia
Leslie LaMacchia: TX# 24048602
Adam Pulaski: TX# 16385800
Pulaski Law Firm, PLLC
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorney for the Plaintiffs*