UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Barbara Earnest, 2:16-cv-17144* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and PTO 54, hereby voluntarily dismisses Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC  f/k/a Hospira Worldwide, Inc. (incorrectly named as Hospira Worldwide, Inc.), Hospira, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (incorrectly named as Caraco Pharmaceutical Laboratories, Ltd.) from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  October 4, 2017

> Respectfully submitted,
>
> */s/ J. Christopher Elliott*
> Darin L. Schanker (#23881)
> J. Kyle Bachus (#24441)
> J. Christopher Elliott (#41063)
> Bachus & Schanker, LLC
> 1899 Wynkoop Street, Suite 700
> Denver, CO  80202
> Telephone:  (303) 893-9800
> Telefax:  (303) 893-9900
> Email:  dschanker@coloradolaw.net
> Email:  kyle.bachus@coloradolaw.net

## CERTIFICATE OF SERVICE

  I hereby certify that on October 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

               */s/ J. Christopher Elliott*