BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:   TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION   SECTION "N" (5)

THIS DOCUMENT RELATES TO:   HON. KURT D. ENGELHARDT
*Amy Gardner, 2:17-cv-07178*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Pfizer Inc., from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  October 4, 2017         Respectfully submitted,

/s/ Alyssa White.
Alyssa White
Texas Bar No., 24073014
Federal Bar No. 1503719
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: (713) 626-9336
Fax: (713) 583-9460
awhite@johnsonlawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: October 4, 2017                                        /s/ Alyssa White
                                                              Alyssa White.