## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE ( DOCETAXEL )**
**PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| MARY KATHERINE GIDCOMB and JAMES GODCOMB<br><br>                Plaintiffs,<br><br>vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>                Defendants. | **MDL NO. 2740**<br><br>**SECTION "N" (5)**<br>**JUDGE ENGLEHARDT**<br>**MAG. JUDGE NORTH**<br><br>**MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**<br><br>**Civil Action No.: 2:17-cv-04972** |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    Plaintiffs, Mary Katherine Gidcomb and James Gidcomb, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated October 5, 2017

Respectfully submitted,

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic

filing system and thereby served upon all counsel of record by electronic filing on the 28th day of

September, 2017.

MARC J. BERN & PARTNERS LLP

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com
*Attorneys for Plaintiff*