UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| MARY KATHERINE GIDCOMB and JAMES GIDCOMB, | |
| | COMPLANT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: 2:17-cv-04972 |
| vs. | |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE, INC.; HOSPIRA INC., PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC., | |
| Defendant(s). | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Mary Katherine Gidcomb

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    James Gidcomb

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: Tennessee

5. State in which Plaintiff(s) allege(s) injury: Tennessee

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - [x] A. Sanofi S.A.
   - [x] B. Aventis Pharma S.A.
   - [x] C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - [x] D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - [x] A. Sandoz Inc.
   - [x] B. Accord Healthcare, Inc.
   - [x] C. McKesson Corporation d/b/a McKesson Packaging
   - [x] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - [x] E. Hospira, Inc.
   - [ ] F. Sun Pharma Global FZE
   - [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - [ ] H. Pfizer Inc.
   - [x] I. Actavis LLC f/k/a Actavis Inc.
   - [x] J. Actavis Pharma, Inc.

2

☐   K.   Other: 

7. Basis for Jurisdiction:

☒   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the Middle District of Tennessee
The Nashville Division

9. Brand Product(s) used by Plaintiff (check applicable):

☒   A.   Taxotere

☒   B.   Docefrez

☒   C.   Docetaxel Injection

☒   D.   Docetaxel Injection Concentrate

☒   E.   Unknown

☐   F.   Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> First date of use: approximately December 16, 2008
> Last date of use: approximately February 6, 2009

11. State in which Product(s) identified in question 9 was/were administered:

> Tennessee

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent Hair Loss

13. Counts in Master Complaint brought by Plaintiff(s):

   - [x] Count I – Strict Products Liability - Failure to Warn
   - [x] Count II – Strict Products Liability for Misrepresentation
   - [x] Count III – Negligence
   - [x] Count IV – Negligent Misrepresentation
   - [X] Count V – Fraudulent Misrepresentation
   - [x] Count VI – Fraudulent Concealment
   - [x] Count VII – Fraud and Deceit
   - [x] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

   - [X] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

**The warning and precautions in the Taxotere Label do not warn against permanent hair loss, and the adverse reactions do not state that use of Taxotere could cause permanent hair loss. The express language is stated below:**

Negligent Misrepresentation : *Morrison v. Allen*, 338 S.W.3d 417, 437 (Tenn. 2011), Fraudulent inducement : *Lowe v. Gulf Coast Dev. Inc.*, (Tenn. Ct. App. Nov. 1, 1991)).Breach of Express warranty : T.C.A. § 47-2-313 and UCC § 2-313

**WARNINGS AND PRECAUTIONS**
• Acute myeloid leukemia: In patients who received TAXOTERE, doxorubicin and cyclophosphamide, monitor for delayed myelodysplasia or myeloid leukemia (5.6)
• Cutaneous reactions: Reactions including erythema of the extremities with edema followed by desquamation may occur. Severe skin toxicity may require dose adjustment (5.7)
• Neurologic reactions: Reactions including. paresthesia, dysesthesia, and pain may occur. Severe neurosensory symptoms require dose adjustment or discontinuation if persistent. (5.8)
• Asthenia: Severe asthenia may occur and may require treatment discontinuation. (5.9)
• Pregnancy: Fetal harm can occur when administered to a pregnant woman. Women of childbearing potential should be advised not to become

pregnant when receiving TAXOTERE (5.10, 8.1)

-

**ADVERSE REACTIONS**
Most common adverse reactions across all TAXOTERE indications are
infections, neutropenia, anemia, febrile neutropenia, hypersensitivity,
thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia,
nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting,
mucositis, alopecia, skin reactions, myalgia (6)
WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, and FLUID RETENTION

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Debra Humphrey
(NYS Bar No. 505448)
Marc J. Bern & Partners LLP
60 East 2nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

5