## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| CYNTHIA GRANT<br>　　　　　　　Plaintiff,<br><br> vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>　　　　　　　Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-05013 |

## **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

　　　　Plaintiff, Cynthia Grant, by and through counsel, respectfully seek leave of Court to file an

Amended Complaint in this matter.

Dated September 28, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Debra Humphrey
　　　　　　　　　　　　　　　　　　　　　　　　　Debra Humphrey, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　NY Bar 5050448
　　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 950
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 702-5000
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 818-0164
　　　　　　　　　　　　　　　　　　　　　　　　　Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

                                             MARC J. BERN & PARTNERS LLP

                                             By: /s/ Debra Humphrey
                                             Debra Humphrey, Esq.
                                             NY Bar 5050448
                                             60 East 42nd Street, Suite 950
                                             New York, New York 10165
                                             Phone: (212) 702-5000
                                             Fax: (212) 818-0164
                                             Email: Dhumphrey@bernllp.com
                                             *Attorneys for Plaintiff*