# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| VICTORIA JACKSON and TROY JACKSON<br>Plaintiffs,<br><br> vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-07056 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, Victoria Jackson and Troy Jackson, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated September 28, 2017                                Respectfully submitted,

                                                        By: /s/ Debra Humphrey
                                                        Debra Humphrey, Esq.
                                                        NY Bar 5050448
                                                        60 East 42nd Street, Suite 950
                                                        New York, New York 10165
                                                        Phone: (212) 702-5000
                                                        Fax: (212) 818-0164
                                                        Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

                                        MARC J. BERN & PARTNERS LLP

                                        By: /s/ Debra Humphrey
                                        Debra Humphrey, Esq.
                                        NY Bar 5050448
                                        60 East 42nd Street, Suite 950
                                        New York, New York 10165
                                        Phone: (212) 702-5000
                                        Fax: (212) 818-0164
                                        Email: Dhumphrey@bernllp.com
                                        *Attorneys for Plaintiff*