**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE ( DOCETAXEL )**
**PRODUCTS LIABILITY LITIGATION**

| |
|---|
| VICTORIA JACKSON and TROY JACKSON<br>Plaintiffs,<br><br> vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC., Defendants. |

**MDL NO. 2740**

**SECTION "N" (5)**
**JUDGE ENGLEHARDT**
**MAG. JUDGE NORTH**

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

**Civil Action No.: 2:17-cv-07056**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter with a short form complaint, alleging all counts in the Master Complaint. The case was filed based upon the belief that Counts in the master complaint could be alleged in the short form complaints. On August 30, 2017, the Court held oral argument on Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint. At the conclusion of the hearing, the Court denied Defendants' motion with respect to Count One and Counts Three through Seven of Plaintiffs' First Amended Master Long Form Complaint. In addition, the Court ordered that Counts Two and Eight, which allege strict liability and breach of express warranty, be dismissed. Pursuant to Pre-Trial Order 61, Plaintiffs may move to amend their complaint's to

allege analogous state law claims that may be viable on an individual bases. It is hereby requested that this Motion to Amend the Complaint be granted.

Dated September 28, 2017                    Respectfully submitted,

 

                     By: /s/ Debra Humphrey
                     Debra Humphrey, Esq.
                     NY Bar 5050448
                     60 East 42nd Street, Suite 950
                     New York, New York 10165
                     Phone: (212) 702-5000
                     Fax: (212) 818-0164
                     Email: Dhumphrey@bernllp.com