# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | : <br> : | **MDL NO. 2740** |
| LORETTA MOLT and J. RONALD MOLT, | : | **SECTION "N"(5)** |
| Plaintiffs, | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| vs. | : | |
| | : | **COMPLANT & JURY DEMAND** |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US | : | |
| SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; | : | **Civil Action No.:** 2:17-cv-08883 |
| SANOFI-AVENTIS U.S. LLC; SANDOZ, INC., ACCORD | : | |
| HEALTHCARE, INC.; MCKESSON CORPORATION d/ | : | |
| b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE , | : | |
| LLC f/k/a HOSPIRA WORLDWIDE, | : | |
| INC.; HOSPIRA INC.; SUN PHARMA | : | |
| GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. | : | |
| f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD.; | : | |
| PFIZER INC.; ACTAVIS LLC f/k/a ACTAVIS INC.; ACTAVIS | : | |
| PHARMA, INC., | : | |
| Defendants. | : | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Loretta Molt

_____

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

J. Ronald Molt

_____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

        Not Applicable

4.      Current State of Residence: Pennsylvania

5.      State in which Plaintiff(s) allege(s) injury: Pennsylvania

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                [X]    A.    Sanofi S.A.

                [x]    B.    Aventis Pharma S.A.

                [x]    C.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                [x]    D.    Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                [X]    A.    Sandoz Inc.

                [x]    B.    Accord Healthcare, Inc.

                [x]    C.    McKesson Corporation d/b/a McKesson Packaging

                [x]    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                [x]    E.    Hospira, Inc.

                [x]    F.    Sun Pharma Global FZE

                [x]    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

                [x]    H.    Pfizer Inc.

                [x]    I.    Actavis LLC f/k/a Actavis Inc.

                [x]    J.    Actavis Pharma, Inc.

☐   K.   Other: 

7.   Basis for Jurisdiction:

☒   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the Eastern District of Pennsylvania

9.   Brand Product(s) used by Plaintiff (check applicable):

☒   A.   Taxotere

☒   B.   Docefrez

☒   C.   Docetaxel Injection

☒   D.   Docetaxel Injection Concentrate

☒   E.   Unknown

☐   F.   Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> First date of use: approximately May 29th, 2015
>
> Last date of use: approximately September 11th, 2015

11.     State in which Product(s) identified in question 9 was/were administered:

> Pennsylvania

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent Hair Loss

13.     Counts in Master Complaint brought by Plaintiff(s):

[X]     Count I – Strict Products Liability - Failure to Warn
[X]     Count II – Strict Products Liability for Misrepresentation
[X]     Count III – Negligence
[X]     Count IV – Negligent Misrepresentation
[X]     Count V – Fraudulent Misrepresentation
[X]     Count VI – Fraudulent Concealment
[X]     Count VII – Fraud and Deceit
[X]     Count VIII – Breach of Express Warranty (Sanofi Defendants only)

[X]     Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW
Pa. Code§ 4107(2010), Foley v. Clark Equip. Co361 Pa. Super. 599 (1987)

WARNINGS AND PRECAUTIONS

"Acute myeloid leukemia: In patients who received TAXOTERE, doxorubicin and cyclophosphamide, monitor for delayed myelodysplasia or myeloid leukemia (5.6) • Cutaneous reactions: Reactions including erythema of the extremities with edema followed by desquamation may occur. Severe skin toxicity may require dose adjustment (5.7) • Neurologic reactions: Reactions including. paresthesia, dysesthesia, and pain may occur. Severe neurosensory symptoms require dose adjustment or discontinuation if persistent. (5.8) • Asthenia: Severe asthenia may occur and may require treatment discontinuation. (5.9) • Pregnancy: Fetal harm can occur when administered to a pregnant woman. Women of childbearing potential should be advised not to become pregnant when receiving TAXOTERE (5.10, 8.1)."

ADVERSE REACTIONS

"Most common adverse reactions across all TAXOTERE indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, myalgia (6)."

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

Debra Humphrey, Esq.
(NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com