**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| JOYCE RASMUSSEN<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>　　　　　　Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-04840- |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

　　　　Plaintiff, Joyce Rasmussen, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated October 5, 2017　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Debra Humphrey
　　　　　　　　　　　　　　　　　　　　　　　Debra Humphrey, Esq.
　　　　　　　　　　　　　　　　　　　　　　　NY Bar 5050448
　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 950
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 702-5000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 818-0164
　　　　　　　　　　　　　　　　　　　　　　　Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

MARC J. BERN & PARTNERS LLP

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com
*Attorneys for Plaintiff*