UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| JOYCE RASMUSSEN<br>　　　　　　Plaintiff,<br><br> vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>　　　　　　Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>Civil Action No.: 2:17-cv-04840 |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter.

SO ORDERED this_____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT