UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION TO ISSUE WRITTEN DISCOVERY

**NOW INTO COURT**, through undersigned counsel, come Defendants, sanofi-aventis U.S. LLC, and Sanofi US Services Inc., who, for the reasons discussed in the attached Memorandum in Support, move this Court to issue an Order allowing the issuance of written discovery to Plaintiffs in cases subject to any trial scheduling order pursuant Paragraph 9 of Amended Pretrial Order No. 22 (Rec. Doc. No. 325).

**WHEREFORE**, Defendants respectfully request that this Court enter an Order in accordance with PTO 22, allowing Defendants to issue written discovery to the Plaintiffs subject to CMO 3, and future trial scheduling orders, that is non-duplicative of the PFS.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

        Harley V. Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

        *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*

2