UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**[PROPOSED] PRETRIAL ORDER #X**
(Written Discovery on Plaintiffs Subject to CMO No. 3 and
Any Future Trial Scheduling Order)

In accordance with PTO No. 22A at ¶ 9 (Rec. Doc. 325), Defendants are authorized by the Court to serve written discovery that is non-duplicative of the PFS on the Plaintiffs subject to CMO No. 3, as well as on Plaintiffs subject to future trial scheduling orders.

Thus done and signed, this the _____ day of _____, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE