# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:<br>*Mary D. Webre, 2:16-cv-16035* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and PTO 54, hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc. (incorrectly named), Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (incorrectly named as Caraco Pharmaceutical Laboratories, Ltd.), Pfizer Inc., Actavis Pharma, Inc., Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., and Actavis LLC f/k/a Actavis Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 9, 2017

Respectfully submitted,

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT (#33228)
ROBERT J. DAVID (#4704)
GERALD E. MEUNIER (#9471)
IRVING J. WARSHAUER (#13252)
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: plambert@gainsben.com
Email: rdavid@gainsben.com
Email: gmeunier@gainsben.com
Email: iwarshauer@gainsben.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT