# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2740 |
| ) | SECTION "N" (5) |
| ) | HON. KURT D. ENGELHARDT |
| This Document Relates to: ) | |
| ) | |
| *Bickley, et al. v. Sanofi S.A., et al.* ) | |
| Case No. 2:17-cv-01073-KDE-MBN ) | |
| ) | |
| *Vinson, et al. v. Sanofi S.A., et al.* ) | |
| Case No. 2:17-cv-04030-KDE-MBN ) | |
| ) | |
| *Whitted, et al. v. Sanofi S.A., et al.* ) | |
| Case No. 2:17-cv-05834-KDE-MBN ) | |

## **MOTION TO WITHDRAW**

COMES NOW the Parties, by and through their undersigned counsel, and jointly move the Court to withdraw the following documents from the master docket.

Motion to Remand; Document No. 467
Reply In Support of Plaintiffs' Omnibus Motion to Remand; Document No. 525

Dated: October 10, 2017			Respectfully submitted,

>			*/s/ David F. Miceli*
>			David F. Miceli
>			Eric S. Johnson
>			Holly R. Nighbert
>			**SIMMONS HANLY CONROY**
>			One Court Street
>			Alton, IL 62002
>			Telephone: 618.259.2222
>			Facsimile:  618.259.2251
>			dmiceli@simmonsfirm.com
>			ejohnson@simmonsfirm.com
>			hnighbert@simmonsfirm.com
>
>			*Attorneys for Bickley and Whitted Plaintiffs*

        -and-

        Michael S. Kruse
        Mark R. Niemeyer
        **NIEMEYER, GREBEL & KRUSE LLC**
        10 S. Broadway, Suite 1125
        St. Louis, MO 63102
        Telephone: 314-241-1919
        Facsimile: 314-665-3017
        kruse@ngklawfirm.com
        niemeyer@ngklawfirm.com

        *Attorneys for Vinson Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF system on this 10th day of October, 2017 to all parties of interest.

        */s/ David F. Miceli*
        David F. Miceli


Steven Kherkher
John T. Boundas
Brian A. Abramson
**WILLIAMS KHERKHER HART BOUNDAS LLP**
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226
skherkher@williamskherkher.com
jboundas@williamskherkher.com
babramson@williamskherkher.com

*Attorneys for Whitted Plaintiffs*

Christopher L. Coffin
Jessica A. Perez
Nicholas Ryan Rockforte
**PENDLEY, BAUDIN & COFFIN, LLP**
1515 Poydras Street, Ste. 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699
ccoffin@pbclawfirm.com
jperez@pbclawfirm.com
nrockforte@pbclawfirm.com

Darin Lee Schanker
J. Kyle Bachus
J. Christopher Elliott
**BACHUS & SCHANKER, LLC**
1899 Wynkoop Street
Suite 700
Denver, CO 80202
Telephone: 303-893-9800
Facsimile: 303-893-9900
dschanker@coloradolaw.net
kyle.bachus@coloradolaw.net
celliott@coloradolaw.net

*Attorneys for Vinson Plaintiffs*