IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>SECTION "N" (5)<br>HON. KURT D. ENGELHARDT |
| This Document Relates to: | |
| *Bickley, et al. v. Sanofi S.A., et al.*<br>Case No. 2:17-cv-01073-KDE-MBN | |
| *Vinson, et al. v. Sanofi S.A., et al.*<br>Case No. 2:17-cv-04030-KDE-MBN | |
| *Whitted, et al. v. Sanofi S.A., et al.*<br>Case No. 2:17-cv-05834-KDE-MBN | |

**ORDER**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion to Withdraw docket numbers 467 and 525 in the above captioned matters.

SO ORDERED this _____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT