BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Leota Acord; 2:17-cv-8955*<br>*Tammie Lackey; 2:17-cv-9705*<br>*Ronna Anthony; 2:17-cv-10212*<br>*Kimberly Lambert; 2:17-cv-8856*<br>*Constance Baum; 2:17-cv-8853*<br>*Pearlease Lucas; 2:17-cv-8855*<br>*Karen Boden; 2:17-cv-10167*<br>*Sharon Maddox; 2:17-cv-9739*<br>*Priscilla Cazayoux; 2:17-cv-766*<br>*Georgia Mahoney; 2:17-cv-8863*<br>*Larita Davis; 2:17-cv-8784*<br>*Brenda McClain; 2:17-cv-8897*<br>*Nicole Dent; 2:17-cv-9704*<br>*Laura Quattro; 2:17-cv-10002*<br>*Monique George; 2:17-cv-1543*<br>*Tara Rothwell-Clark; 2:17-cv-9882*<br>*Jo Marie Hawks; 2:17-cv-8781*<br>*Kelly Shanks; 2:16-cv-15514*<br>*Diane Hoard; 2:17-cv-9697*<br>*Shannon Thompson; 2:17-cv-10109*<br>*Adia Hill; 2:17-cv-8858*<br>*Kelly Trayler; 2:17-cv-10112*<br>*Nina James; 2:17-cv-760*<br>*Margaret Tucker; 2:17-cv-0763*<br>*Richgina Jeff-Carter; 2:17-cv-8857*<br>*Shari Wallis; 2:17-cv-0762*<br>*Cynthia Johnson 2:17-cv-9671*<br>*Martha Watts; 2:17-cv-10115*<br>*Prelinda Johnson; 2:17-cv-9673*<br>*Rose Williams; 2:17-cv-1016*<br>*Yolanda Williford; 2:17-cv-10213* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Div. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC, separately and d/b/a Winthrop U.S. from the above-captioned actions in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each part to bear its own attorneys' fees and costs.  This dismissal applies only to the Defendants listed herein and not to any other Defendants.

Dated: October 10, 2017                                   Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway, Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff