UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALERIE TOLES | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:17-cv-09758 |
| | § | |
| ACCORD HEALTHCARE, INC. ET AL | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF VALERIE TOLES NOTICE OF DISMISSAL.**

On October 3, 2017, Plaintiff Valerie Toles filed her Notice of Dismissal. Plaintiff Toles now files this Notice to inform the Court that she is withdrawing her previously filed Notice of Dismissal.

DATED:  October 10, 2017                    Respectfully submitted,


                                            Seth S. Webb/s/

                                            BROWN AND CROUPPEN, P.C.
                                            SETH SHARROCK WEBB,
                                            # 51236
                                            211 N. Broadway, Suite 1600
                                            St. Louis, Missouri  63102
                                            sethw@getbc.com
                                            ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

      I certify that on October 10, 2017 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are CM/ECF participants.

      Seth S. Webb  /S/
      Seth S. Webb
      Attorney for Plaintiff