UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

### SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.'S MOTION FOR ENTRY OF A PROTOCOL REGARDING *EX PARTE* CONTACT WITH PHYSICIANS

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., who respectfully move this Court to enter Defendants' Proposed Pretrial Order governing the parties' interactions with any MDL Plaintiff's prescribing or treating physician(s). As more fully set forth in the attached Memorandum of Law, the Proposed Order will promote the efficient, accurate, and fair adjudication of the claims in MDL 2740, protect the parties' interests, and ensure adequate access to uniquely knowledgeable expert witnesses.

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. respectfully request that this Court enter Defendants' Proposed Pretrial Order governing the parties' interactions with any MDL Plaintiff's prescribing or treating physician(s).

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*