**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                 **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                           **SECTION "N" (5)**

THIS DOCUMENT RELATES TO
ALL CASES

### SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.'S MOTION TO COMPEL PRODUCTION OF ELECTRONICALLY STORED INFORMATION

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., who respectfully move this Court pursuant to Rule 37(a) to compel Plaintiffs to produce electronically stored information and enter Defendants' Proposed Order, attached as **Exhibit A** to Defendants' Memorandum of Law.  As more fully set forth in the attached Memorandum of Law, the Proposed Order is necessary because the vast majority of Plaintiffs in this MDL have failed to produce electronic documents and information as required by the Plaintiff Fact Sheet ("PFS") and ESI Protocol (PTO No. 49).

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. respectfully request that this Court enter Defendants' Proposed Order compelling Plaintiffs to produce responsive ESI and comply with the ESI Protocol.

                                   Respectfully submitted,

                                   */s/ Douglas J. Moore*
                                   Douglas J. Moore (Bar No. 27706)
                                   **IRWIN FRITCHIE URQUHART &
                                   MOORE LLC**
                                   400 Poydras Street, Suite 2700
                                   New Orleans, LA 70130
                                   Telephone: 504-310-2100
                                   Facsimile: 504-310-2120
                                   dmoore@irwinllc.com

1

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to all counsel of

record.

/s/ *Douglas J. Moore*