# EXHIBIT E

[search box] G+ | More Next Blog» Create Blog Sign In

# Elizabeth vs. C

### Steve & Elizabeth at White Rock Overlook in New Mexico



It is July 2009. I have finished all my treatments. I am enjoying the scenery of New Mexico. Life is good.

## Blog Archive

- ▶ 2010 (1)
- ▶ 2009 (66)
- ▼ 2008 (69)
  - ▼ December (10)
    - HaPpY nEw YeAr!
    - Pathology Results
    - Update
    - Stayed at Home Today
    - My First Venture Out
    - Up in the Middle of the Night
    - It's Over
    - It started
    - Tomorrow,Tomorrow--the Big Day
    - Counting Down the Days Until Surgery
  - ▶ November (8)
  - ▶ October (6)
  - ▶ September (8)
  - ▶ August (10)
  - ▶ July (8)
  - ▶ June (13)
  - ▶ May (6)

## Contributors

Elizabeth

Steve

## Visitors to this site:

Hit Counter

[Hit Counter]

---

**Wednesday, December 31, 2008**

## HaPpY nEw YeAr!



*A surprise snow fell on New Orleans in 2008.*
*We wonder what exciting surprises 2009 will bring us.*
*We hope you have a great year.*
*Elizabeth and Steve*

Posted by Elizabeth at Wednesday, December 31, 2008　No comments: 

**Wednesday, December 24, 2008**

## Pathology Results

Yesterday I went to visit the surgeon for my post-op appointment. I found out that the three lymph nodes that he removed were all clean. Good news. Then he told me that he removed seven millimeters of cancerous cells (about one quarter of an inch) with clean margins. More good news. He said that about 70-80 percent of patients will have some tumor cells remaining after pre-surgery chemotherapy. Now I can truly say that I am cancer free.

During the first week of January I have an appointment with the radiation oncologist and my oncologist. I will be starting the Avastin treatments then if all looks good.

I have truly had a happy holiday with the good report from my surgeon. Hope you do too.

Posted by Elizabeth at Wednesday, December 24, 2008　No comments: 

**Tuesday, December 23, 2008**

## Update

Elizabeth vs. C. 2008

I went to work for half a day the last two days before vacation. I wanted to make sure the students had new books to read for the holidays. My first morning back it was a mob scene in the library. There were several stacks of books three feet high to be returned. I got those books back on the shelves, and the students checked out more. I was also able to unpack about 3 boxes of new books. I brought home my own stack of new titles to read. I have finished two of them. I am glad that I went back early. It was nice to see everyone.

Now I have a two week break from school. I am going to enjoy myself since I finally have energy and feel good.

This afternoon I go to see my surgeon and get the pathology for the tissue that he removed. I will report after I hear from him.

Posted by Elizabeth at Tuesday, December 23, 2008   No comments:   

## Wednesday, December 17, 2008
## Stayed at Home Today

I thought that I could make it into work for a half day today. I am having some issues, but I don't think that they are connected to the surgery. I am not whining here, just stating the facts. I am having terrible allergy issues: sneezing, sore throat, and dripping nose. It is most unpleasant. I have to carry tissue with me everywhere I go (around the house). I know it is allergy not a cold. I am trying to control the running nose with Benadryl, but it is not working. My other issue is my stomach. I won't go into the icky details, but I took an Immodium this morning. It seems to be working.

I plan to work the mornings only on Thursday and Friday. I know the kids want to see me--I have been getting text messages on my phone and a few emails. I want to see the kids and teachers too. Plus, I have a shipment of $4000 in new books just sitting there. I want some new reads for the holidays!

Posted by Elizabeth at Wednesday, December 17, 2008   3 comments:

## Saturday, December 13, 2008
## My First Venture Out

Until this evening, I had not left the house since we returned home from Ochsner Hospital on Wednesday afternoon. I have enjoyed sleeping, reading, and answering the telephone. I haven't even watched that much television, though I caught the movie, *Christmas in Connecticut* today with Barbara Stanwyck and Sydney Greenstreet. It wasn't very good, but I still enjoyed it.

Steve had to work today, so I decided to walk Josey Brown with him when he came home. I didn't even change out of my flannels. I added a hat and scarf and walking shoes, and we took a short walk with the dog. It felt pretty good to be out.

I sort of like this recuperation gig. It is very relaxing.

Posted by Elizabeth at Saturday, December 13, 2008   No comments:   

## Thursday, December 11, 2008
## Up in the Middle of the Night

I can't sleep, so I am catching up on the emails that I missed today. No, there was nothing that couldn't wait, but I enjoyed hitting the delete button to clean up the trash.

The surgery went so well today. There were two procedures pre-surgery that I thought would be painful. They weren't. The area was numbed before the needles were injected, so neither the wire insertion or the radioactive dye were problems.

I am feeling great! I have slight discomfort but no real pain. I did take a pain

pill before I went to sleep, as I did not want to wake up with throbbing at the site of surgery. Instead I have a bit of insomnia.

On Friday afternoon I will be able to take off the dressing and shower. Everything has gone so smoothly that I anticipate not to be disappointed with how I look. Anyway, it has been a difficult battle, and I expected to have some battle scars.

I want to give a shout out of thanks to all who put me in their thoughts and prayers. It worked! I am so pleased with today's outcome.

Posted by Elizabeth at Thursday, December 11, 2008  2 comments:

## Wednesday, December 10, 2008

## It's Over

I meant to post this as soon as Elizabeth was out of surgery. Blogging on the ipod touch in the family waiting area at Ocshner Hospital turned out to be more difficult then I expected. But anyway the operation was over by 1:30, and it was a major success. I spoke with the surgeon right after the operation, and he was very pleased with the outcome. Three sentinel lymph nodes were removed, and they were all cancer free. We will find out the pathology of the tissue removed when Elizabeth returns for a follow-up on the 23rd. We would be very surprised if there is any cancer cells present. All things considered this was as good as it could possibly get.

We got home about 4 this afternoon and Elizabeth is feeling pretty good. She's been up and around. We just had a very nice dinner her Mom made for us and now we are about to take it easy for the rest of the night. Thanks to everyone who called and wrote; we really appreciate your concern and your prayers.

Posted by Steve at Wednesday, December 10, 2008  No comments:

## It started

Elizabeth was wheeled into surgery at noon today. The operation should take about an hour.

Posted by Steve at Wednesday, December 10, 2008  1 comment: 

## Tuesday, December 9, 2008

## Tomorrow, Tomorrow---the Big Day

I am scheduled for surgery at 11AM tomorrow. There are only two people ahead of me, so maybe I will actually get wheeled into surgery for 11. My first procedure is at 7:45AM at the Breast Center, and then they want me in the hospital as soon as that is finished so that they can start to prep me. Maybe I will be home for 4PM.

Steve plans to post here on the blog when they wheel me into surgery, and then post again after Dr. Corsetti talks to him post-surgery. If you want to know what happens, you can read it here. Almost in real time, Steve will have the iPod Touch, and the mini-keyboard will be a bit of an obstacle.

Wish me luck, or as I have been telling the students at school---you should be wishing the doctor good luck. He will be doing all the work, not me.

Posted by Elizabeth at Tuesday, December 09, 2008  1 comment:

## Sunday, December 7, 2008

## Counting Down the Days Until Surgery

Wednesday is the big day. I have a 7:45AM appointment at the breast center. They will insert a wire to mark the site of the tumor. Or should I say, where the tumor use to be. Then I go across the street to surgery. I do not know the time that the surgery is scheduled. I won't know until they call me on Tuesday. Steve

will be with me. He will probably get to sit with me until I go into surgery. Then the surgery should take an hour, and I will be sleeping it off for 90 minutes to 2 hours. Steve will be allowed into recovery after that. I won't be staying overnight in the hospital; I will go home that afternoon.

The surgeon did not expect any surprises with my surgery--all routine. For him that is, not for me. I am getting a bit nervous. I know that on Thursday that I will be happy that half of my treatment has been completed.

The surgeon wants me home for a week and a half, so that brings me up to my school's winter break. I will have three and a half weeks to rest and get myself back together before going to work and continuing my treatments. I return to the doctor for radiation treatments a month after the surgery.

Posted by Elizabeth at Sunday, December 07, 2008   No comments: 📧

Sunday, November 30, 2008

## My Week Off Was Great!

I haven't written in almost two weeks because I have been so busy. I am back to the land of the living, and it feels great! I had lots to do around the house, and I got some socializing in too during the week. Here is a picture of me on Thansgiving morning toasting the day with a bloody mary.



I have had a handful of drinks over the last six months, as alcohol has tasted so nasty to me. I liked having a holiday devoted to food when I could actually enjoy the taste of it. We served breakfast/brunch at our house that morning then spent the afternoon at the racetrack betting on the horses. No, we did not win anything, but my mother won several races. In the evening we went to my mother's house for turkey sandwiches. My sister was in town with her new boyfriend. So on the Friday after Thanksgiving, we all piled into the car to check out some of the Prospect 1 art around town.

Below is my sister, Taffy, standing inside the latex house by Takashi Horisaki at the welcome center for Prospect 1. Click here for a picture of the house.



Posted by Elizabeth at Sunday, November 30, 2008   No comments: 

Tuesday, November 18, 2008

## Surgery Date is Set

I am going into surgery on Wednesday, December 10th. The mass has shrunk to nothing, and I will be able to have a lumpectomy or breast conservation surgery. There was only one bump in facing surgery. I am hoping to have only the sentinel lymph node removed. However, with chemo prior to surgery sometimes the radioactive dye that is used to determine the sentinel lymph node does not do its job. In that case I have to have an axillary lymph node dissection. In that procedure several lymph nodes are removed and tested for cancer. We won't know until the surgery if this will happen. When you have several lymph nodes removed you have to worry about swelling in the arm, and you could have problems with that arm in the future.

I am not looking forward to surgery, but I am ready for it to happen. It is time for the next step.

Posted by Elizabeth at Tuesday, November 18, 2008   2 comments: 

Monday, November 17, 2008

## I Visit the Surgeon Tomorrow

I was starting to get nervous about the MRI. I wanted to make sure that it was readable. Today I called my clinical trial nurse to see if she could pull it up on the computer. She did. There was a comment by the radiologist about movement, but the pictures were readable. There does not seem to be any tumor present. That is exciting news. So far everything that the doctors told me would happen has happened. I am looking forward to my meeting with the surgeon. I hope that he has more good news. Next time that I write, I will have the date of my surgery and how extensive it will be.

Posted by Elizabeth at Monday, November 17, 2008   No comments: 

Sunday, November 16, 2008

## Yum Yum



On Friday night we did make it to Kim Son. I knew exactly what I wanted to order when we walked in the door. We would start with imperial rolls and squid salad. Then I would have a shrimp vermicelli bowl for my entree. It was delicious though I had forgotten that the squid salad had some heat to it, and I am still having trouble dealing with too much spiciness in my food. Anyway, I forgot until the end of the meal that I could take a picture with my phone. The first shot shows the salad that we brought home for later noshing, and the second picture shows you how much I enjoyed my entree.



Posted by Elizabeth at Sunday, November 16, 2008   No comments: 

### Thursday, November 13, 2008

## All Clear for Surgery

Today I saw the oncologist. My blood levels were just where they should be, and she gave me the go ahead to schedule my surgery. I told my MRI horror story to my doctor today, and she was pretty confident that it can be read even with some slight movement. MRIs are only done on Wednesdays, and they are read only once a week. So I really will have no clue about the results until I see the surgeon next week. I see the surgeon on Tuesday. As long as the dreaded MRI from yesterday is readable, the surgeon will tell me his plan for my surgery when I see him.

More good news today. I can now eat sushi and raw food when we eat out. I don't have to worry about my immune system. Yea!!! I think that we will go the Vietnamese restaurant Kim Son tomorrow night, so that I can have a vermicelli noodle bowl which is filled with raw veggies. Steve will probably have one too. My favorite dishes at Kim Son all contain raw veggies, so we haven't eaten there much over the last 6 months. It is one of our regular spots. I have sorely missed the flavors of their food, and so has Steve.

Posted by Elizabeth at Thursday, November 13, 2008   No comments:

### Wednesday, November 12, 2008

## Another Way to Spell Hell is MRI

Okay, I guess that I now know that I am claustrophobic. I try to be a good patient. I really do. Today did me in. I had the MUGU test with no problem. You lie down on your back and the machine only covers your left side to take pictures of your heart. You have to be still, but most of your body is out in the

Elizabeth vs. C: 2008

open though the machine is very, very close to your body.

I lost it during the MRI. Ochsner has this new machine that has a smaller opening than the older MRI. The radiologist likes her breast patients to use the new machine. I was prepped for the machine with the smaller opening. There is a bit of prep work to get your breasts at just the right position. I was sent through the tube. When the machine moved into position, I just could not take it. I insisted that I be removed. I refused to be put through that machine again, and I asked for the older one. Once I got settled in there, the hot flashes started. I was so hot and that made the whole experience worse. I was sticking to the heavy hospital sheet. Several times I thought about screaming to be freed from the tube. Halfway through they came to see if I was okay because there was movement in my body when the machine was making its loud proclamations. I wasn't moving; I was just breathing heavily because of my anxiety.

They had to repeat some of the pictures because of movement. I may have to repeat the whole thing as they said the radiologist is very picky. Next time, which I hope there is not one, I will demand to be sedated. I can't go through the paces like that again. It was nightmarish. They told me at the beginning that it was 25 minutes for the whole shebang, but since they had to repeat scans I was in there longer.

Cross your fingers for me that the pictures that were taken today are readable because I really, really, really don't want to have to go through that tube with the loud pounding anytime soon.

Posted by Elizabeth at Wednesday, November 12, 2008   No comments:

## Tuesday, November 11, 2008

## Tests Tomorrow

Not much to report here. I have been feeling pretty good the last week, but I am still very tired. I have to watch how much energy I expend at work because I have come home a couple of days and just collapsed. I don't necessarily need to sleep, but I do need to rest.

Tomorrow I go in for two tests. One is a MUGU that will test how well my heart is pumping. I had one pre-chemo. This one is to see if all is well post-chemo. The chemo drugs can affect your heart. The other test that I will have is an MRI. This is important because it will give us a measure of what is left of the tumor. Even though I go to see the oncologist on Thursday, I will not know the results of the MRI until I see the surgeon on the 18th.

I have noticed more fuzz on my head. I imagine that it will be several months before I can go hatless, but I like seeing hair grow. It means that I am getting healthier too.

Posted by Elizabeth at Tuesday, November 11, 2008   No comments:

## Sunday, November 2, 2008

## Check out the hair I grew for Halloween

Actually this is the first time that I have put on a wig since I lost my hair. Everyone at school loved the red hair. I don't think that I would ever grow my hair this long again, but it was fun for a day.

Elizabeth vs. C: 2008



Posted by Elizabeth at Sunday, November 02, 2008   1 comment:   

**Monday, October 27, 2008**

## Ups and Downs of Chemo

I had my last treatment of the dreaded AC (Adriamycin and Cyclophosphamide combo) on Thursday. On Friday I spent the day sleeping. I had good days on Saturday and Sunday. My friend Leslie came by on Saturday for a nice long visit. Steve had decided that he wanted to sit with me for my last treatment, so Leslie came to visit at the house rather than sit with me in the chemo room. It was certainly more pleasant at home and a lot more fun. I was able to do the evening walk with Steve and the dog on Friday through Sunday. That was a step in the right direction. Then around 8PM on Sunday, the drugs started doing their thing. I did not feel good. Luckily, I had medicine to take that alleviated the nasty feeling that I was having.

Today is a gorgeous fall New Orleans day. I don't feel like going outside, but I have all the window treatments open and lots of light coming in to make the house feel cheerful. I can lie in bed and see the wind rustling the crape myrtle tree. Phase I is almost over, and I can't wait.

Posted by Elizabeth at Monday, October 27, 2008   2 comments:   

**Wednesday, October 22, 2008**

## Showered with Gifts

On Monday at school I was inundated with gifts that the teachers and students brought to me from the race on Sunday. I got a key chain from one of the students, a scarf was put in my mailbox anonymously, a teacher brought me a pink koozie from Touro Hospital, another teacher ordered a pink lunch bag for me and Peg Martinez (my friend Leslie's sister) sent me her medal that she received after running the Komen race. I also got a box of pink Savon soaps from Steve's sister; as well as a couple of pink ribbon pins from my sister. It is all about the pink during October's breast cancer month. It is very touching that so many are thinking about me now. Thanks to you all--it means a lot.

Tomorrow is it my last chemo treatment. I don't get to ring the bell though because I will be returning to the chemo room in January for 10 treatments of Avastin. I will receive that drug every three weeks, so my treatment won't be complete until some time in June. Then I get to ring the bell. Thank goodness the side effects of Avastin don't include hair loss and nausea.

Posted by Elizabeth at Wednesday, October 22, 2008   No comments: 

**Sunday, October 19, 2008**

## Komen Race for the Cure on the Bayou



Today was the annual Komen Race for the Cure that raises money for breast cancer research. The Taylor Tiger team was over 30 people strong with students, faculty, and the faculty's kids. On Friday at school there was a pink ribbon day to help raise money for the team. I don't know the total, but it was one of the best ever for the school. I did not think that I could make the three mile walk this year, but Steve and I did go out to cheer the team on their way. I saw about half of the students and faculty, as they were spread throughout the mass of runners and walkers. It was a beautiful, cool morning, so it wasn't much of a hardship to hang out on the bayou and wait for the racers. We stood near the end of the bridge that you see in the picture above, then we crossed the bridge to catch the group as they made their way back.

I heard that there were 7500 registered in the race. Here is a shot of the mass making their way to the 2 mile marker. The bayou was filled with youngsters enjoying canoe rides; I don't think that they had any connection to the race.



Below are two of my students from Taylor. They were near the back of the pack. The student on the left was complaining that she couldn't walk the 3 miles. I will find out tomorrow if she made it back to the park.



Posted by Elizabeth at Sunday, October 19, 2008   No comments: 

**Wednesday, October 15, 2008**

## One Week until LAST Treatment

I shouldn't have gotten so excited about my upcoming appointments. They have been moved to later dates. I found out that to fit the protocol for my clinical trial I must wait 3 to 4 weeks after the last chemotherapy before I can have an MRI. Then it takes several days after the test for the results. I can't see the surgeon until he sees the MRI. This test is key because it will determine the current size of the tumor and whether I am a candidate for a lumpectomy or a mastectomy. Surgery is definitely after November 18th and probably after Thanksgiving. That is what I had originally thought.

I have been at school every day for the last week, but I am not feeling that great. I keep pushing along knowing that this phase of my treatment will soon be behind me.

Posted by Elizabeth at Wednesday, October 15, 2008   2 comments: 

**Wednesday, October 8, 2008**

## One week after

Again it has taken me a week to recuperate from my last treatment. I had a pretty good day today. I was even able to run a couple of errands in the neighborhood. I plan to go back to work tomorrow. Next week is Teen Read Week, and I have lots of neat activities to prepare for the library onslaught. Anyway, I hope that there is a library onslaught.

When I started the chemo, I met Judy. She was going to be my chemo nurse every time I went. That didn't exactly happen, but she was my nurse this last time. She has been a cheerleader for me every time that I do visit. I took my picture with her so that you could meet her too.



I cannot believe that there is only one treatment left of the eight. It has been an ordeal. I have made it through so far; there should be no problem with the last one. Though if the doctor said I could skip the last one, you know I would.

Please take a look at my upcoming appointments. I have now started scheduling for phase two of this process. I am on the books to see my surgeon on election day. We will make the appointment for the surgery then. I am so looking forward to moving on and finally getting to eat food that tastes good to me. I haven't talked much of how bad food tastes, but chemo wreaks havoc on the taste buds.

Oh, have I told you about the hot flashes? Something else I am anticipating--the change in seasons to temper my hot flashes. More on that another day.

Posted by Elizabeth at Wednesday, October 08, 2008  2 comments:

**Wednesday, October 1, 2008**

## Time for Another Round

Tomorrow I go back to Ochsner to experience the continued onslaught of drugs. No, I am not looking forward to it, but I know that it is a necessity. If it takes me awhile to post again, then you know that I am feeling down in the dumps.

Here is a picture of some of the Taylor students who walked on Sunday in the annual N.O. AIDS walk near our house. I could not walk the course. However, I went out to cheer them on. That is me on the far left looking out of place as I stand in the street.

Elizabeth vs. C: 2008



Posted by Elizabeth at Wednesday, October 01, 2008   1 comment: 

## Sunday, September 28, 2008

## Who Knew?

I had decided early on in the summer that I would begin school in August even though I would be in the middle of my chemo treatments. I had accrued over 90 sick days over my 23 years of teaching. I figured that if I needed to take a week off for each of my four treatments and a week for my surgery and then a few days here and there for appointments and/or tests that I wouldn't use anywhere near 90 days. So far, so good.

When I am absent, the library at school is closed for business. I worried about that but decided that I needed to be able to work when I felt good. It was all about me because that is the way I look at life these days. I have to take care of myself to get through the beating that the drugs cause to my body.

However, it isn't all about me, and I learned that lesson over the last few weeks. The other day two junior girls were talking to me. One told me that I was her hero. The other explained that since I am managing so well with the cancer treatment, that has inspired her to be able to do anything. They both could not believe the energy that I have and the interest that I still have in them and books and the library. I realize now that my attending school when I can has been an inspiration to the students. Who knew? I didn't know that my cancer was going to be a teachable moment kind of thing. I have been very honest with the students. When I first announced to them about my illness, I just explained that I would be undergoing medical treatments. I could not get up in front of hundreds to say the C word. For any who have asked, I have been very forthright and explained to them as much as they seem to want to hear. Many have questions for me, and I answer them honestly. Too many of these students will be touched by C in their lives, seeing me go through it may remind them that life puts obstacles in our way but it doesn't mean that we are done.

Posted by Elizabeth at Sunday, September 28, 2008   No comments: 

## Sunday, September 21, 2008

## Belated SHOUT OUT!!!!

I am very remiss in not sending out a shout out of thanks to the Atlantans who harbored us from Hurricane Gustav. My sister, Felicia Michelson, let us crash the first night when we arrived at 2AM. Josey Brown, the greyhound, found a love for tramping around her huge half acre backyard. Then Cathy, Frederic, Adam and Abigail Kahn let us stay in their downstairs room for the duration of our evacuation. Though Josey Brown had some issues, they provided us a safe harbor from the storm.

Thanks again--we certainly appreciated it.

Posted by Elizabeth at Sunday, September 21, 2008   No comments:

## Thursday, September 18, 2008

## Knocks Me for A Loop

I wasn't expecting that. This chemo treatment hit me hard. By Tuesday the 16th I was starting to feel better, but I also started to feel extremely weak. I could barely get out of bed. I stayed home through Wednesday because I was so tired. I think that on Wednesday I took three separate naps during the course of the day. I also was home awaiting the arrival of the locksmith because our front door dead bolt wouldn't work. Now our lock is in ship shape, and I have 2 weeks to mend before my next go round. Do I really have to do it all over again?

Today I returned to school. The library was swarming with tweens at 7AM. I was overcome. Pleased because they were excited to have access to the books once again, but overwhelmed to be back at my normal routine which felt anything but normal. The library was abuzz all day long with books in and out. At first I thought that I would not be able to accomplish anything worthwhile, but by the end of the day I actually got some needed work completed. I know that I can make it through Friday with some weekend rest before a whole week in the work force next week.

Posted by Elizabeth at Thursday, September 18, 2008   2 comments: ⊠➔

## Sunday, September 14, 2008
## Had My Treatment

You may have guessed by my lack of posting that I had my 6th treatment on Thursday. My white blood count had a reading of 1122 on Wednesday. It needs to be at 1200 before they will give me my treatment. When I had my blood work done again on Thursday, it was at 1900. So the 24 hours made a big difference. Next time I will not have my blood work the day ahead. I scheduled it that way so I could go in quickly from work on Wednesday to have the blood drawn and then work half a day on Thursday.

I am feeling okay. I haven't made it out the front door since Thursday afternoon, but that is to be expected. I plan to be home on Monday and Tuesday to fully recuperate. Hopefully, my strength will allow me to make it through a full day on Wednesday. The drugs that I am taking to keep away the nausea disrupt my sleep patterns, so if I don't have to worry about getting up to get to school for 7AM then I can sleep and wake as needed.

I explained to the doctor that I went back to school too early after my 5th round of chemo because I couldn't sleep. I figured that if I couldn't sleep then I might as well be at work. She said that even if I can't sleep, my body needs the rest. So I am going to get the rest. It should make it easier to transition back to work if my body has had enough down time. It is hard to know how much down time that I actually need. I will let you know.

Posted by Elizabeth at Sunday, September 14, 2008   No comments: ⊠➔

## Wednesday, September 10, 2008
## Will I or Won't I?

I got my blood work done today for tomorrow's chemo treatment. My white blood count was a bit low, too low to receive a treatment. They want me to go in tomorrow and give more blood to see if 24 hours makes a difference. If my count makes it to the magic number by tomorrow morning, then I will have my treatment as scheduled. If not, then I will have to wait until next week. Oh well, this has happened to many people I know that have undergone chemotherapy. I was just on a roll there and thought that I would get all my treatments as scheduled.

Posted by Elizabeth at Wednesday, September 10, 2008   1 comment: ⊠➔

## Sunday, September 7, 2008
## Hurray!!!!!

Power has been restored to our house as of 11:15AM Sunday, Sept 7th. An Entergy man with a long pole arrived to remove the limb from the breaker switch. He had to replace the fuse and flip the breaker, and we were back in

business. Steve is sitting on the sofa enjoying the Saints, and I have started the laundry. Now if the refrigerator was full and we had cold drinks, we would be in heaven, but as it stands we are happy for now.

I am trying to blow cool air Ike's way so he moves as far west as possible.

Posted by Elizabeth at Sunday, September 07, 2008   1 comment:

## Saturday, September 6, 2008

## Evacuation Update

We are back in New Orleans as of Friday at 7PM. Our house has no power though there are many houses in our neighborhood with lights. We are staying at my mother's house until we can have A/C at home. It is hot here. We are hopeful that the electricity will be turned on by Sunday evening.

Looking warily at Ike in the Carribean. We are trying to be optimistic about this hurricane veering away from the NOLA area.

Posted by Elizabeth at Saturday, September 06, 2008   No comments:

## Monday, September 1, 2008

## On the Road for 20 Hours

I don't think that I can ever do this again. We left home before 5AM heading east. We arrived at my sister's house in Atlanta at 2AM Eastern time. We tried the backroads and county lanes of MS and AL to avoid the bumper to bumper on the Interstate. I don't think that it saved us any time but it was pretty. Our dog was a model evacuee. She slept the entire 20 hours. I drove two legs of the trip, but Steve did the majority of driving. We hate car driving when conditions are good, so this was a hell.

We hope all our friends and family who had to leave too are now safe and sound with electricity.

Posted by Elizabeth at Monday, September 01, 2008   No comments:

## Saturday, August 30, 2008

## Time to Go . . .

Okay, we really didn't want to leave. This afternoon when the storm was predicted to hit a category 5 once in the Gulf, that was the moment that the decision was made.



See the light pink dots--that designates a Cat 5, then the hot pink designates a Cat 4. The storm is not to be a direct hit to New Orleans, but the high winds could mean a nasty storm surge.

We have secured the house the best that we could. I have all my medical records neatly filed in a binder. I have also put together all our important papers. We have packed enough clothing for a long haul. We will drive to Atlanta. Since my mother is staying with my sister and my sister only has a two bedroom house, we are going to stay with Frederic and Cathy Kahn. The plan is to leave at 5AM before the majority of evacuees. Hah! Do you think that we will see a traffic jam on I-10 with bumper to bumper cars? Let's hope not. As we would like to get to Atlanta in less than 9 hours. Wish us luck.

Elizabeth vs. C. 2008

Posted by Elizabeth at Saturday, August 30, 2008　No comments: 

## Should we stay or should we go?

That is the question on most people's minds in New Orleans right now. Some of my students have already left town, some are packing up right now, others like us are still watching the track and hoping that home will be the safest place.



I am most comfortable at home. Without electricity I might amend that statement, but for now I am into the comfort of my own home. Today we will keep abreast of the news, rest because both of us are exhausted from work (another reason that evacuation sounds uninviting), and move outdoor objects to safety.

At the end of the day, if we need to leave town then we will head eastward to Atlanta before the crack of dawn on Sunday morning. I don't have another treatment due until September 11th, so I do not need require any medical attention before that Thursday.

Posted by Elizabeth at Saturday, August 30, 2008　No comments: 

Wednesday, August 27, 2008

## Back to Work and Gustav

Today was my first full day back after my 5th treatment. I went in to work yesterday for about 4 hours. I was a basketcase after being there 3 hours and barely made it home in the afternoon to crawl into bed. Last night I had a full night's rest, my first since Thursday. It makes a world of difference. I made it through the whole day today. I still made a bee line into the bed when I got home at 3:15PM, but I only needed a short nap to recuperate from the day in the library.

I just want to mention Hurricane Gustav that is headed into the Gulf, so that I have a record of it for the future. Something else to worry about--I am not really thrilled about another worry. Hopefully, this hurricane will steer clear of NOLA, and we will be back to work after Labor Day. I have copies of all my medical records and lists of the medicines that I need to take for my next treatment. if for some reason we are not home.

Posted by Elizabeth at Wednesday, August 27, 2008　1 comment: 

Sunday, August 24, 2008

## 5th Treatment was on August 21st

Elizabeth vs. C 2008



Before each chemo treatment I must get blood taken and tested and sometimes urine too. My clinical trial nurse, Melanie, was blown away because all the levels were in the normal range this time. I made a copy of the report for you. The column on the left gives my levels, and the column on the far right gives the normal ranges for each test that was made. I am in the normal range on all levels; no highs or lows on anything.



One of the new drugs that I got this round is called Adriamycin. This drug is not given in a drip like all the others. The nurse must inject it by hand. It is noted by its red color and is sometimes called the red devil. So far this weekend I have been able to tolerate the medication without too much nausea. I am on medication to help that will end tomorrow. I am extremely fatigued, but that is normal. My sleep patterns are all screwed up as I am up some in the night and must nap on and off during the day. I took off on Friday and will do that again tomorrow. We will see if I can make it to school on Tuesday. I am more than half way through the worst part of this ordeal, though I don't feel like celebrating.

Posted by Elizabeth at Sunday, August 24, 2008   No comments:   

## Wednesday, August 20, 2008
### New Drugs Tomorrow

My treatment tomorrow means that I will be receiving Adriamycin and Cytoxan. Both of these drugs have been used for breast cancer for many years and other

Elizabeth vs. C. 2008

cancers too. One of the most common side effect of these drugs is hair loss. Been there, done that. I guess that I won't be expecting my hair to grow back any time soon. The other common side effect is nausea. I hope the drugs they give me to counteract the nausea will work. I am awaiting the arrival of several pounds of ginger candy that seems to help ease the queasiness for me. World Market use to carry the candy, but they didn't have it during my last few visits there. I went there just to buy that candy and went home disappointed each time. That is why I love the Internet. I found the company that makes Gin Gins, and several bags are on the Fed Ex truck somewhere between California and my house right now.

Today I left school feeling good. I hate the thought that I will be sick again. It is hard to walk into the chemo room knowing that poison is going to be put into my body. As Steve keeps reminding me, we have to kill the C. That is my job right now. With the help of my Ochsner team, we are doing a pretty good job on the battlefield.

Posted by Elizabeth at Wednesday, August 20, 2008   1 comment: ➡️

## Sunday, August 17, 2008

## I AM A C . . .

















Posted by Elizabeth at Sunday, August 17, 2008    2 comments: 

## Saturday, August 16, 2008

### I am over the Xeloda!



Here is the last one of the dreaded pills that I hate. I never have to take these again. I didn't think that I would ever reach this point in my treatment.





I had to take these pills for two weeks after the first four of my chemo treatments. Ugh! These pills were part of the clinical trial. They have been used effectively for later stage cancers, but they wanted to see the effectiveness with an early stage like mine. I dreaded each and every pill that I had to put in my mouth. The first two cycles I had to take 1650 mg--which meant four different pills after breakfast and dinner each day for two weeks. They tasted nasty, or maybe it was just the water that tasted nasty. They decreased my dose to 1300 mg for the last two cycles because I was having such awful side effects. That was when it hurt to walk or touch anything. I still had to take 4 pills to get the right dose just smaller tablets.

No more Xeloda for me, as they are not part of my chemical cocktail for the last four cylces of chemotherapy. I am half way through and still kicking.

Treatment number 5 is on Thursday.

Posted by Elizabeth at Saturday, August 16, 2008    No comments: 

## Sunday, August 10, 2008

### Tumor is Changing

I wanted to let you know that we got a glowing report from Dr.Larned, my oncologist, during my visit on the 31st of July. I told her that I can feel the tumor is changing. Yes, to me it seems smaller! She agrees that it is changing. She said that is great news that the tumor is responding to the chemo. She keeps telling us how good it is to go through chemotherapy before surgery. She is very positive that I will get the results I want and be able to have a

lumpectomy when it is time for surgery. So far, so good.

I made it through three days of work last week. I think that I over extended myself, as I cannot move off of the sofa today. Sunday is a day of rest for me. I will plan to leave when the bell rings each day after school, so I can nap or rest every afternoon as needed. Steve is encouraging me to do this, and I think that he is right.

Posted by Elizabeth at Sunday, August 10, 2008    1 comment: 

---

## Wednesday, August 6, 2008
## Back to Work

I made it through my first day of school for the new year. Hurray!

The first thing that I did this morning was set up my refrigerator in the library so I could have cold drinks in the heat. The rest of the day I sat in meetings, so I sat and listened and worked on my laptop. This didn't call for too much energy. I left school at 2:40PM even though I could have stayed later to work in the library. Reading and a nap were on the afternoon agenda.

I did have some stomach issues today. This could have been nerves because of the start of school or the chemo. Either way I am happy that Immodium solves the stomach issues.

Last year at this time I set up a profile on Librarything.com to catalog all the books that I have read. From August 2007-August 2008 I have read 68 books. I don't know if this is more or less than I usually read. Anyway, if you are interested in seeing what I read this year check out this link.

Posted by Elizabeth at Wednesday, August 06, 2008   No comments:

---

## Saturday, August 2, 2008
## 4th Chemo Treatment -- 4 More to Go!

Before each treatment I have to see the doctor, and before I see the doctor I have to give Miss Cynthia some blood.

Here are the tools of her trade-->



Miss Cynthia is great. You put your arm out, turn your head, and before you know it she has filled the vials with blood for testing. She is amazing. She always has a smile on her face, and I don't mind that she is the first person that I see when I arrive for treatment.

This is Miss Cynthia-->

When I arrive in the chemo room, I have to pick a chair. I like to find one along the wall with windows. Here is a picture of the chair that I have used 3 times.

You can see that it is a recliner. They want you to be comfortable.







Mary North, who teaches with me at Pat Taylor, came with me to this treatment.

Posted by Elizabeth at Saturday, August 02, 2008　No comments: 

### Wednesday, July 30, 2008

## I feel great! Too bad I have a treatment tomorrow.

I have not been writing so much lately. I tried to use this time when I feel good (better than I have felt all summer actually) to get chores done and run necessary errands. I even went into school today to make sure I will be ready for work next week. By the time I am finished in the afternoons, I am spent and not interested in writing. Steve said that I am like my old self. I feel like my old self. That will all change tomorrow.

Mary North, who teaches with me at Patrick Taylor, will sit with me in the chemo room tomorrow. The treatment should last about 2 and a half hours. I told her to bring her laptop so that she can get some work done (free wi-fi at Ochsner), but we will probably spend most of our time trying to solve the world's problems. Unless I get too tired. They start my drip with benadryl. I get a little loopy at the beginning of the treatment. It is not too bad by the time I leave, though I wouldn't want to drive myself home.

I have only one 14 day course of the dreaded Xeloda pills left to take. That starts tomorrow. Then on August 12th that will be it for me. Thank goodness; I really hate the hand and foot troubles that I have had with that drug. Then I get to find out how my body responds to a whole new set of medicine.

Posted by Elizabeth at Wednesday, July 30, 2008　No comments: 

### Monday, July 28, 2008

## Hey Book Group -- Thanks for the cool cap

Elizabeth vs. C: 2008



I was so touched when I was presented this hat at the June meeting of my book group. It really took me by surprise. I always try to be correct and write thank you notes, but I didn't really know how to deal with thanking a group of people for a gift. So I sent out an email to all the members, since that is how we communicate.

I also thought it would be nice to share this in the blog and let everyone see me wearing my new hat. Thank you Book Group for the hat and support. You all are great!

Posted by Elizabeth at Monday, July 28, 2008   No comments: 

## Monday, July 21, 2008
## Smooth Sailing

Okay, it is not totally smooth, but this cycle of treatments has been the easiest so far. I haven't had much to write here because I have felt so much better this third cycle than the first two cycles. I went to the doctor's office today to show them my hands. My condition is considered a grade 2 reaction to the drugs. That means they will lessen the amount of drugs that I will be given during my fourth cycle. I am all for that. These drugs are strong!

Everyone has been so complimentary of my hats and scarves that I wear to cover my bald head. That's nice, but it is hot out there. We just returned from a dog walk, and I wish that I could have gone without a head covering. Now I am hot and miserable. I sort of have a peach fuzz covering my head and to me it is unattractive. I am just not liberated enough to go au naturale.

When I report to school on August 6th, I will be on day 7 of my 4th cycle. Since the students don't arrive until the 11th, I should be able to handle the meetings and low key events that happen before the first day with kids. I will have the 5th through 8th cycle of treatments after school starts. I will be given a different cocktail of drugs than I am taking now. The side effects may be different, and I may or may not be able to tolerate them as well. The doctors cannot tell me how my body will react. I am anxious about it , but everyone says that I should take one day at a time.

My book group chose a book with a character that gets breast cancer. That took me by surprise. Luckily, it was not a major focus of the book because I may not have been able to get through it.

Posted by Elizabeth at Monday, July 21, 2008   No comments: 

## Thursday, July 17, 2008
## A Week Since Last Treatment

As you can see in the picture my hands are peeling. This only hurts in the places where it is very red like where my thumb meets my palm. Yes, it is very unpleasant and hurts in places on both hands. Ick. Anyway, the doctor has stopped the pills again until my hands improve. I go see her next week to find out if I need to continue to take the Xeloda. I hope that I will be finished for this cycle.

I feel crummy, but Steve keeps reminding me that I am doing so much better than the first two cycles. My stomach seems to be better and I definitely have less queasiness. So maybe this is what I can expect in the next cycles.

I report back to work in three weeks. I hope that I can do it. I hope that working will help me keep my mind off feeling lousy.

Elizabeth vs. C: 2008



Posted by Elizabeth at Thursday, July 17, 2008　6 comments: 

Friday, July 11, 2008

## Trees Grow in Houston

Here are Chris Cunningham and Jo Ann Moinet standing on the deck outside Jo Ann's Houston apartment. What a gorgeous setting! Who knew you would find this in the concrete jungle known as Houston, TX. The apartment is located in the neighborhood known as the Heights. It was a wonderful neighborhood made up of trees, sidewalks and craftsman cottages.



We spent our mini-vacation shopping and visiting and eating. Jo Ann treated me to a dry pedicure which was so relaxing. A full pedicure is one of those luxuries that I cannot indulge in during my chemo treatments. I have to worry about infections.

On Tuesday night we had a delicious Vietnamese dinner at Vietnam on 19th Street in the Heights. Joan sitting at the head of the table always orders for the group. She did good. Starting on the left and going clockwise around the table are Andy, Rick (Joan's husband), Jo Ann, Annie (who used to live in NOLA), Chris, Joan, Mary Stuart (who used to live in NOLA), me (in my head scarf), and Ryan (Andy's son).

The trip was a great success! I think that we should plan a repeat for next summer, then I can sleep in the closet instead of Chris.

On Thursday, the 10th, I had my third chemo treatment. All went well and today is okay. However, the Saturday after is when it all hits my system, so I am

Elizabeth vs. C: 2008

bracing
myself for
a difficult
weekend.
I will keep
you up to
date.



Posted by Elizabeth at Friday, July 11, 2008   No comments:   

Sunday, July 6, 2008
## The Kahn Women Are All Survivors!



Here we are: my mother, Felicia Kahn (diagnosed with C 2 years ago), me
(diagnosed with C April 11, 2008), and my sister, Felicia "Taffy" Michelson
(diagnosed with C 12 years ago and thyroid cancer in 2007). My sister came to
spend the holiday weekend in New Orleans with us. The photographer is Pam
Knight from Durham, England who was also visiting over the weekend.
We are standing in the patio of Feelings Cafe where we had just enjoyed Sunday
brunch.
Posted by Elizabeth at Sunday, July 06, 2008   3 comments:

## I'm getting costly cancer drug for free
There was an extensive article about the drug Avastin in the *New York Times*
today.   Click here if you would like to read it. This drug is part of my clinical
trial. It has been used on advanced cases of C for years; now they want to see if

Elizabeth vs. C. 2008

it works on early stages of C. I am a guinea pig for that. Luckily, I don't have to pay for it.

Posted by Elizabeth at Sunday, July 06, 2008   No comments: 

**Tuesday, July 1, 2008**

## ACSCAN Bus visits New Orleans



Yesterday my mother and I went to see the American Cancer Society Community Action Network Bus. The bus is traveling to 48 states before arriving in Washington D. C. on election day. The idea is to raise awareness for the need for congress to provide funding to the fight against cancer. Here is a link to the American Cancer Society website==>http://acscan.org/bus/

We found a small spot left on the side to write a message and sign our names.





Posted by Elizabeth at Tuesday, July 01, 2008   1 comment: 

**Saturday, June 28, 2008**

## Eat whatever you want

My doctor told me that many women gain 8 to 10 pounds while on chemo for C. I haven't exactly figured out how. Between the diarrhea which hit me again and the way food tastes now, it is hard to imagine how one could overeat. I remember pre-chemo enjoying food, well it wasn't really that long ago.

Now I wonder each time I put something in my mouth how it will actually taste. When we went to North Carolina we were drinking tap water with ice made from tap water. I fixed myself several glasses and drank it. Finally, I asked Steve why we were drinking such awful tasting water. It turned out that I was the only one who thought it tasted bad. I find very few liquids that taste good to me, but I am drinking apple juice and peppermint iced tea with some small enjoyment. (peppermint tea courtesy of Cameron Smith)

Food can taste good one day and not the next. During my stomach upset I lived on bananas and banana bread. I will make sure to always have a loaf in the freezer ready if needed. When I talked to the nurse yesterday she said to eat whatever works. If all I can eat is candy bars and junk food than so be it. Chocolate does not taste so great right now, so I am not going there. I want to eat a healthy diet especially while I am on chemo, but it is a trial. This is the first time in my life that I was told by a doctor not to lose weight. I wish that I could enjoy that thought.

Also, they gave me some relief for the hand-foot syndrome. I am off the pills from my evening Friday night dose until Monday morning. If my situation improves, then I will resume the pills at a lower dose until Wednesday. For the 3rd cycle I will begin the pills at the lower dosage. Hurrah, they listened to me and gave me a viable solution. I hate the Xeloda.

Posted by Elizabeth at Saturday, June 28, 2008   2 comments: 

**Thursday, June 26, 2008**

## Another day in discomfort

No, my hands and feet aren't better today. The nurse suggested that I put my feet up. Okay, I can do that, but I wish that I didn't have to today. Oh, well.

Last night I had horrendous diarrhea. You didn't want to know that, but it helps to describe my overall well-being. Not so great. Immodium is a wonder drug though it is so nasty tasting that I could barely get it down.

If you visit the blog to see that I haven't posted in a number of days, there are two possible explanations. The first is that I am doing so well that I don't have time to stop and write because I am busy enjoying myself out of the house. On the other hand it could be that I am doing so poorly that I don't have the energy or fitness to sit at the computer and type. Since I can bring a laptop to bed, it must be that I am really out of it.

Posted by Elizabeth at Thursday, June 26, 2008  3 comments: 

## Wednesday, June 25, 2008
## Side Effects- each day something new appears

For two weeks after the drip I take this pill called Xeloda. On the first day that I received it, they handed me a pile of literature highlighting all the side effects. Then they said don't focus on these because there is a good chance that you won't have any of them. Well, I now have palmar-plantar erythrodysesthesia (PPE) or in layman's terms hand-foot syndrome. It is not so bad looking-I have redness on the palms of my hand and the bottom of my feet. The reason that I am miserable is because every step that I take is painful, every time I touch something to pick it up it is painful. There is no magic pill to make this go away except a reduction in dosage. I have a call into Ochsner. Hopefully, they will be able to recommend something and I will be able to walk more comfortably tomorrow.

Chemo is the pits.

Posted by Elizabeth at Wednesday, June 25, 2008  No comments: 

## Monday, June 23, 2008
## Feeling the effects of the 2nd treatment

I wanted to let you know that I had my hair sheared on Friday. My already very short hair was coming out in handfuls. I went to Kenneth to have him cut it as close as possible. I have about one half inch fuzz all over my head, and he left the hair in front of my ears. I imagine all that is left will eventually fall out. When you see me, I will be in scarf or hat. I did buy a wig, but I am not sure how comfortable I am wearing it. Kenneth has been cutting my hair for over 20 years, and I reminded him that I will be AWOL for awhile. He invited me to visit, but I don't think visiting the hair dresser will be high on my list of to dos. Too depressing, yes I am feeling not so good about the bald head. Though Steve is being very supportive, and if you have met some of the men in my family then you know that bald is a very common look.

My sister visited the traveling Fight Back Cancer Bus while it was in Atlanta. You can see the back of her large straw hat in the picture below. By the way, she has not had two bouts of breast cancer. She is a two time survivor though: breast cancer 12 years ago and thyroid cancer last year.



**Rolling petition makes cancer fight a priority**

Two-time breast cancer survivor, Felicia Kahn Michaelson, 45, from Vinings signs the American Cancer Society's Fight Back Express Bus for herself, her mother and her sister, who is currently battling the disease. The American Cancer Society Cancer Action Network is sponsoring a six-month bus tour that will travel to 48 states. ELISSA EUBANKS /AJC

RELATED: Atlantans sign  Protect your health  More Metro photos

The bus will be in New Orleans on June 30th at the Patrick F. Taylor Hope Lodge on River Road. I plan to make a trek over there to sign it too. Here is a link with information==> http://acscan.org/events/view/event/175

Now to my state of being after the second treatment. Actually, day 3 and 4 of this cycle were better for me than the first cycle. Today is day 5 of the cycle, and I am still house bound. I just don't feel good. I am slightly nauseous and very tired. I have fingertip pain which is a side effect of the drugs and now pain on the bottom of my feet. It hurts to walk. I hope that will be fleeting, but I don't know. Each day is new for me.

Posted by Elizabeth at Monday, June 23, 2008  No comments:

## Thursday, June 19, 2008

## Chemo treatment #2

Today Steve and I met my new oncologist, Dr. Larned. Click her picture below to follow a link to her resume. We were very pleased with the way that she handled all my questions about the side effects that I have been having. She had read my file and seemed to get a good sense of what we expected from the treatments. I think that we will be happy with her. She has promised that she will be at Ochsner for the long haul.

My friend Leslie McDermott (15 year C survivor) met us after the doctor visit so Steve could head off to work. She sat with me in the chemo room. As you can see in the picture she did a bit of work while I received the drugs. Ha ha, we actually talked most of the time. Leslie discovered that the woman who ran her C support group is now working as an oncology nurse. They were thrilled to see each other, and it was a happy reunion. Leslie still meets with her group several times a year for social get togethers, and she hoped that Christine will join them next time. I am hoping to go to the next gathering too.

My next treatment is 3 weeks from today. My friend Jo Ann Moinet has offered to sit through the long procedure with me.

Elizabeth vs. C: 2008

Two down, six more to go.



Posted by Elizabeth at Thursday, June 19, 2008    No comments: 

## Trip to the Outer Banks of NC



We stayed in Nags Head, NC for four nights. By day Steve and I traveled around seeing the sights. The highlights included the lighthouses at Cape Hatteras and Bodie Island and the Wright Brothers Museum.

Here is Steve standing in front of the Bodie Lighthouse.

In the evenings we shared a meal and spent time with the whole Simon clan. The family was gathered to celebrate the 50th wedding anniversary of John and Louise. Visiting with the kids was fun because we don't get to see them very often. From left to right: Kieren, Taran, and Bronwyn Smith children of Julie and Cameron who live in Dayton, OH. Bronwyn is holding Dennery Simon; her brother Kaleo is sitting on the far right. They are children of John and Elizabeth who recently moved to Sugarloaf, NY from NYC. Lenka Simon is sitting next to Steve and Nik is on Steve's lap. They are children of Richard and Olgica and live in Oakland, CA.



As you can see, I am now wearing a head covering full time. My hair started shedding a week ago and now needs to be cut off as I am losing hair by the handful.

Posted by Elizabeth at Thursday, June 19, 2008   No comments: 

## Friday, June 13, 2008

### Leaving town

Tomorrow we are off to Nags Head, NC for a much deserved vacation. We are joining the whole Simon clan on their yearly family summer trip. They will be 8 adults and 7 kids strong. Louise, the matriarch of the family, is a C survivor for about 20 years-give or take a few. We get to see our 4 year old godchild, Kaleo, who we have not seen for way too long, and we finally get to meet his baby sister, Dennery. It should be restful and relaxing.

Don't worry, I am bringing plenty of sun screen and long sleeves and do not plan to hang out in the sun.

Posted by Elizabeth at Friday, June 13, 2008   1 comment: 

## Wednesday, June 11, 2008

### Meeting my new clinical trial nurse and battle scars

When you sign on to be part of a clinical trial, you are assigned a nurse who is there to hold your hand through all the phases of treatment. I called my nurse last week to speak to her about some of the side effects that I was having and found out that she no longer works for Ochsner. I was surprised and upset. She had promised to be there for me and now she wouldn't.

I have a new nurse. Her name is Melanie. When I was at Ochsner yesterday to see my surgeon, I made a date to meet Melanie. She was very sweet, and I am sure that she is going to be a big help to me. I just hope that she isn't so overloaded with new patients now and that I will not receive personal treatment. Unfortunately, she will be on vacation when I have my 2nd chemo treatment so someone else will be filling her shoes that day. That should not be a big problem. On the 19th I will be meeting my new oncologist as well as getting my next treatment.

My appointment with the surgeon was just a check up for him to see how the port-a-cath site looks. The port is used to administer the chemotherapy drips and to draw blood. It has already been used, so I know that it is working fine. I won't see Dr. Corsetti again for a few months. He wants me back after my last

Elizabeth vs. C: 2008

chemo, which will be around the end of October. He will then schedule my surgery which should happen about a month after my last chemo treatment. We are still hoping that the tumor will shrink and that I will be a candidate for lumpectomy. Dr. Corsetti is very confident that this will occur. I had a number of questions for him about my C, but he said that he will be able to give me answers once he performs the surgery.

Feeling really good these days. I have a week off of meds. Yea! I can eat again too!

Posted by Elizabeth at Wednesday, June 11, 2008   No comments: 

Sunday, June 8, 2008

## It takes a lot of meds to kill C



Here are some of the medications that have been prescribed to me since I was diagnosed April 11th. I have also included some of the helpful over the counter drugs that I have needed. I am not a pill popper so having to take medications on a regular basis is very foreign to me.

Posted by Elizabeth at Sunday, June 08, 2008   No comments: 

## Taking time in the garden when feeling good



Posted by Elizabeth at Sunday, June 08, 2008  2 comments: 

**Thursday, June 5, 2008**

## Another day on chemo

This was another bad day for me. I just didn't feel good this morning, and I didn't want to get out of bed. As a matter of fact I am tapping away on the laptop in bed right now. I did get up and get dressed and make a trek to the store for food that I can eat. The side effects have started. So if you don't want to know about them, don't read any further.

The pills that I have to take for 2 weeks, I will have one week with no medication, cause mouth sores or mucositis in doctor-speak. That means it hurts to eat and swallow. My morning grape nuts are a nightmare. The nuts that I enjoyed, well they are out the window. I haven't eaten pudding in years, but it sure works well now. Yogurt that is great too. I am not much on soup, but I guess that I will learn to like it. Jello, well I haven't eaten that in years either, but it is quite soothing to the throat even if it doesn't give much nutritional value. I am trying to eat a healthy diet, but when the main consideration is softness and ease of eating it is hard to find good nutrition. One website suggested baby food, but I don't think that I am there yet.

The up side to all this-I have the time off from school to stay in bed if I choose. Tomorrow I made a lunch date with my friend Deborah Oppenheim, and I hope to feel well enough to go. Deborah is a breast cancer survivor for at least 6 years, maybe more.

Posted by Elizabeth at Thursday, June 05, 2008  6 comments: 

**Sunday, June 1, 2008**

## Chemo = good, Cancer = bad

I had a revelation of sorts while waiting with Elizabeth in the Chemo room. I looked over at her sitting in the chair with these powerful drugs dripping into her body and realized that chemo isn't evil; chemo is good.

Chemo is a dreaded experience, one that most people will avoid at any cost. The negative side effects are discussed over and over. Everyone is aware of them. Every Doctor and every Nurse we talk to is constantly warning us about the problems that may develop. No one has spent any time telling us about all

Elizabeth vs. C: 2008

the good that will be done. We never hear how these drugs attack the fast growing cancer cells and destroy them. How the tumor inside her body will be eaten away. I find it very odd that chemo is looked upon so negatively. It needs some positive pr. Chemotherapy: happily killing cancer cells 24/7.

Posted by Steve at Sunday, June 01, 2008   1 comment:

## In the dumps

Yesterday was not a good day. I woke up queasy. After some ginger candy to settle my stomach, I was able to eat a piece of toast and drink a cup of tea. I barely got out of bed all day. Steve urged me to join him on the evening dog walk, and I was able to manage that. This was the first time since my diagnosis that I actually felt bad.

Today I feel better, but I am very, very tired.

I am taking an oral chemo medication for 2 weeks. Even though the drip was last week, I still have fresh drugs coursing through my body every 12 hours. I get one week off from chemo before the next drip. I sure hope this tiredness does not last.

Posted by Elizabeth at Sunday, June 01, 2008   1 comment:

Thursday, May 29, 2008

## First Treatment in the Chemotherapy Room



As you can see I got hooked up to my medicine, and I still have a smile on my face. There are windows on one side of the room, and I was lucky to have a chair with some natural light at my back.

The day started early. I had blood drawn at 8:20AM. Then we had a doctor's appointment at 9:30AM. We took a pager from the receptionist so we could sit in the atrium which has a better ambiance than the waiting room in hematology. Since this was my first treatment there was lots of education and lots of explanations of the drugs that I am taking. They didn't hook me up until noon. I was starving as I had eaten breakfast at 6AM. Steve bought us chicken quedallias from the cafeteria, and we enjoyed our lunch in the chemo room.

The drip started with benadryl and some anti-nausea medication. Then there was a 90 minute drip of taxotere. They provided me with the "beautiful" blue blanket you see in the picture below. Then I had another 90 minute drip of Bevacizacumab. I got several gifts today from the drug companies. We thought that was hilarious, but some of the gifts are very useful including the pill dispenser. Along with chemo by vein, I have to take pills of Xeloda for 14 days. I have to take 1650 mg each dose--that's a lot of pills. So using the dispenser is going to help me make sure that I take the right amount.

My cousin's wife , Avery Corenswet, who works at Ochsner came and sat with us twice today. The nurse was impressed that we knew someone in her position in management. We like knowing people in high places. It was nice to have her visit us.

My first side effects: metal taste in my mouth and fatigue. I came home and slept for 3 hours. I have some energy now and am able to stay up and write.

Today at the hospital, I read, worked on a crossword puzzle, surfed the net on my new Ipod Touch(Ochsner has free wi-fi--yea Ochsner), listened to a book on my Ipod, and ate lunch. I would have prefered all of the above to have happened in another location, but I did keep busy.

When I return for another round on June 19th, I meet my new oncologist. Dr. Kardinal is moving to Missouri to teach. I have been assigned to Dr. Zoe Larned. I have heard good things about her, and I look forward to meet her. My friend Leslie McDermott will sit with me for my second treatment. She has been cancer free for 15 years.



Posted by Elizabeth at Thursday, May 29, 2008   1 comment:

---

## Wednesday, May 28, 2008
## Defining C
The doctors have lots of ways to explain exactly what I have growing in my body. The tumor is in my left breast. The MRI showed the right breast as all clear of C.
My tumor is called ILC or invasive lobular carcinoma. They have put me at a stage II, and the tumor is 3.7 cm. I am estrogen and progesterone positive and HER-2 negative.

I started taking steroids today in preparation for tomorrow's chemo treatment. I still have pink spots that began growing last week, and I am hoping the dexamethasone will take care of the spots. Today I am going to buy a wig. I feel the need to be prepared, though I have a bag of hats and scarves.
Posted by Elizabeth at Wednesday, May 28, 2008   No comments:

## Saturday, May 24, 2008
## Our Doctors



Ralph Corsetti
**Surgeon**



Carl Kardinal
Oncologist

Posted by Steve at Saturday, May 24, 2008  No comments: 



# Dr. Corsetti installs the port

This past Monday we arrived at surgery around 1:15PM. It was time for Dr. Corsetti to put in the port that will be used to administer chemotherapy. I got prepped then Steve was able to sit with me until I entered surgery. I clearly heard that they were given me the antibiotic Cipro in my IV. Rmember that, it comes in to play later. The anesthetist tells me that he is serving the margaritas and that I need to put on my party hat. I do remember going into the surgical suite, but after that I am back in recovery talking up a storm. Steve walks in a few minutes later. We can't leave until they take a chest x-ray, and it gets read. That took awhile because the radiologist left the hospital to change for the Hornets game. He came back and gave me the all clear, and we left. After picking up dinner at Picadilly, we arrived home at 6:15. A very long day but I survived my first surgery. I even went to work the next day.

I thought that I would have some time off for the site to heal. On Tuesday I start to notice a pink splotch on my neck. On Wednesday I get a call from Dr. Kardinal that I have a UTI. He wants me to take Cipro. I think that might have been the reason for the pink splotch. Then it turns out I have to go see Dr. Kardinal for a check up. I start the Cipro Wednesday afternoon and wake up Thursday with pink spots on my neck. By late Thursday the spots cover my chest. I make a zillion phone calls back and forth to Dr. Corsetti's nurse and Dr. Kardinal's nurse. They don't think that it is the antibiotic, but they still want me to stop taking it. They will mark my chart with the new allergy. The splotches look exactly like the spots I got when I took pencillin years ago. No more Cipro for me. It is now Saturday and my chest is still covered with itchy pink spots.

Posted by Elizabeth at Saturday, May 24, 2008  No comments: 

Newer Posts                              Home                              Older Posts

Subscribe to: Posts (Atom)

8/5/2017

Case 2:16-md-02740-JTM-MBN   Document 918-6   Filed 10/10/17   Page 37 of 68
Elizabeth vs. C: 2009

| | G+ | More | Next Blog» | | Create Blog | Sign In |

# Elizabeth vs. C

## Steve & Elizabeth at White Rock Overlook in New Mexico



It is July 2009. I have finished all my treatments. I am enjoying the scenery of New Mexico. Life is good.

## Blog Archive

► 2010 (1)
▼ 2009 (66)
  ▼ October (6)
    Picture in the Newspaper on Sunday
    Pictures from Volleyball for the Cure
    Tiger Volleyball Team Poses with Ms. Kahn
    Port Out -- I am Done!!!!!!!
    My Name in the Paper
    Port Removal Day Fast Approaching
  ► September (2)
  ► August (5)
  ► July (8)
  ► June (6)
  ► May (7)
  ► April (6)
  ► March (8)
  ► February (10)
  ► January (8)
► 2008 (69)

## Contributors

Elizabeth

Steve

## Visitors to this site:

Hit Counter

[Hit Counter]

---

Thursday, October 22, 2009

## Picture in the Newspaper on Sunday

METAIRIE • JEFFERSON

# Metairie Picayune

SUNDAY, OCTOBER 18, 2009



Archbishop Hannan High School volleyball players wear pink socks during the charity volleyball tournament.



Kayla Pelman, Haynes No. 24, drinks the ball over a blocker during the tournament.

# SPIKING CANCER



Patrick Taylor Science and Technology librarian Elizabeth Kahn receives a round of applause as she is escorted by students John Fox, left, and Jacob Lewis.

With pink in their hearts — and, in some cases, on their uniforms — volleyball players from Patrick Taylor Science and Technology Academy, Haynes Academy for Advanced Studies, Archbishop Hannan High School and First Baptist battled it out Oct. 10 in 'Volleyball for the Cure.' Money raised was donated to breast cancer research, and two cancer survivors were honored: Patrick Taylor librarian Elizabeth Kahn and Haynes volleyball player Kayla Pelman.

Posted by Elizabeth at Thursday, October 22, 2009    No comments:

---

Tuesday, October 13, 2009

## Pictures from Volleyball for the Cure

Elizabeth vs. C: 2009

Click the play button, then sit back and enjoy the show!

Posted by Elizabeth at Tuesday, October 13, 2009    No comments: 

## Monday, October 12, 2009
### Tiger Volleyball Team Poses with Ms. Kahn
Click the picture below to enlarge it.

Posted by Elizabeth at Monday, October 12, 2009    No comments: 

## Sunday, October 11, 2009
### Port Out -- I am Done!!!!!!!
Friday was a good day. My appointment with the surgeon was at 8AM by 9:15AM we were driving up to the house, and I was port-less. The surgery was not pleasant, as I was awake the whole time and the initial shot of anesthetic stung and burned. That part was quick, and I really could not feel a thing when my skin was cut and the device was removed. Dr. Corsetti's resident performed the surgery, but Dr. Corsetti was watching every step of the way. I did not worry. Though when the resident pulled off his mask, he looked so young. That was a bit disconcerting.

I got to take the port home. I have pictures to share. I have not had time to work on the pictures to get them publishable. I will do that within a few days.

Posted by Elizabeth at Sunday, October 11, 2009    No comments: 

## Thursday, October 8, 2009
### My Name in the Paper
Click here to read about the volleyball tournament on Saturday. Okay, they spelled my name wrong, but at least I was in the paper.

Posted by Elizabeth at Thursday, October 08, 2009    No comments: 

## Tuesday, October 6, 2009
### Port Removal Day Fast Approaching
I am anxious about Friday. On the one hand I am thrilled that my port-a-cath will be removed, but on the other hand I am not looking forward to any pain. I heard that the doctor will use a local anesthetic and that it should only minutes to take out. Okay, just make it quick.

Above you see a picture of the logo on the shirt for Saturday's game. The Taylor Tigers are hosting a volleyball tournament to benefit breast cancer. I mentioned it in an earlier post. I am not a big fan of pink, but I will be wearing it on Saturday at the game. After game two I will be called down courtside and given a plaque.

Posted by Elizabeth at Tuesday, October 06, 2009   No comments:

Monday, September 28, 2009

## October is almost here - Think Pink

On October 10th the Patrick Taylor volleyball team is sponsoring a tournament to benefit breast cancer . All money raised will be presented to the Komen foundation. I am going to be honored at the game on the 10th. I had to buy a pink t-shirt for the game. I will post pics when I get the shirt. I really don't know what the honor will entail. I am afraid to ask.

On October 25th is the annual Komen Race for the Cure against breast cancer. The school has formed a team. I will be walking with students and teachers in that event. If you would like to donate in my name go here-->donate to Komen here

Posted by Elizabeth at Monday, September 28, 2009   No comments: 

Tuesday, September 1, 2009

## Finally Scheduled

I was hoping that my port would be removed in September. I called today to find out that my surgeon is booked for the next month. I have an appointment on Friday, October 9th. I was told that it is not a major surgery but more like going to the dentist. We will see. Anyway, that is a milestone for me. No more bump on my chest. I am looking forward to it.

Posted by Elizabeth at Tuesday, September 01, 2009   2 comments: 

Sunday, August 23, 2009

## Almost Done

I used this blog to document my treatment for cancer which started April 2008 and finished July 2009. I have one more step to complete before I am truly done and that is getting the port-a-cath removed from my chest. This will happen some time in September. I think that after seeing the surgeon for that I will end this blog.

I have begun a new blog today. A blog that will not focus on my health but on my professional life as a school librarian. It should be a lot more fun. Click here to find my new blog--> Tales from a Loud Librarian.

Posted by Elizabeth at Sunday, August 23, 2009   1 comment:

Saturday, August 15, 2009

## Graduation from Chemo Diploma



Pink Ribbon Award

This is to certify that

*Elizabeth Kahn*

Has completed chemotherapy

on this day, the 10th of July, 2009.

Posted by Elizabeth at Saturday, August 15, 2009    No comments: 

## 30 Day Medical Review

It is getting near the end. I had my 30 day review with my oncologist and clinical trial nurse this past Thursday. Dr. Larned says that everything is good, and so now I will visit her every 3 months for 2 years. On each visit it is routine for me to do blood work. This was my last visit with Melanie. I am finished the clinical trial, however they do keep track of me for 5 years I think. So I will be getting phone calls from a data manager to give them updates on my health.

Every day is a step away from treatment.

Posted by Elizabeth at Saturday, August 15, 2009    No comments: 

Sunday, August 9, 2009

## Summer Vacation is Over

Tomorrow I go back to work. I am ready, but this has been a very busy summer that was so different from 2008. I have had lots of time to read, travel, and visit with friends. Now I have to get serious and focus on my school library. Luckily, it is a place that I love to be. It is also my good fortune that the reading that I so love is part of my job.

Posted by Elizabeth at Sunday, August 09, 2009    No comments: 

Tuesday, August 4, 2009

## Another Step Back Into the Land of the Healthy

Today I had my first haircut since June of 2008. The sides were going crazy as was the back, but Kenneth wanted me to wait so I waited as long as possible. I am so pleased with my new haircut. Kenneth did a great job making it look like real hair. I am disappointed about the current thinness, but I am encouraged that it will grow. Having my hair shaped is certainly an improvement.

I am also taking a step and returning the scarves and hat that my sister lent me to wear. If I am going to be out in the sun, I need a hat so my scalp won't burn. However, I love the fact that I don't need to cover my head just to walk out my front door.

Posted by Elizabeth at Tuesday, August 04, 2009    No comments: 

Tuesday, July 28, 2009

# New Mexico Finale

We lost our Internet connection for several days in New Mexico, so I was not able to upload the last photos from our trip until we returned home.

For this trip we rented a casita with mountain views. Getting a mountain view is unusual in Santa Fe. We loved the location of our rental because we felt like we were outside of town with the views, but it was only a 10 to 15 minute drive to the Plaza. Here is a photo that shows the views from the upper patio. In the afternoons we would sit and watch the light change over the mountains.



On one of our last days we went to Pecos National Park to see the Indian ruins. The Pecos Pueblo was abandoned in the late 19th century. Here I am standing by the ruins of the 1717 church.



This is a picture of the church.

Elizabeth vs. C: 2009



Steve is climbing into a kiva that has been rebuilt. Kivas were used by the Native Americans for ceremonies and sacred rituals.



There had been some rain, and this cactus took advantage of the water and bloomed.



Posted by Elizabeth at Tuesday, July 28, 2009   No comments: ▷→

## Tuesday, July 21, 2009

## More From New Mexico



On Sunday we went to Bandelier National Monument to do some hiking. We
have been before, so we chose a trail that neither of us had ever taken. It was
a 2 mile round trip walk under shade through Frijoles Canyon. A very easy walk,
until we arrived at the ladders. The ladders take you up 140 vertical feet to
Alcove House, a former home of the Ancestral Pueblos (previously known as
Anasazi). I decided that I could climb the 4 wooden ladders to the top. Here are
some pictures to prove that I did it.

It is going to be a long way up.



Steve begins the ascent.



I take a rest before beginning another climb.

Elizabeth vs. C: 2009



Steve has made it to the top along with a number of Boy Scouts.



This is the view looking out from Alcove House.



You can't visit New Mexico and not visit a few churches. This one was too small to enter.



A visit to Taos isn't complete unless we go to Blue Fish. Here is the entryway and the fabulous garden in front of the building.

Elizabeth vs. C: 2009





I love the colors of New Mexico. Here is view taken somewhere on the route from Santa Fe to Taos.

Elizabeth vs. C: 2009



Posted by Elizabeth at Tuesday, July 21, 2009  No comments: 

Saturday, July 18, 2009

## Saturday in Santa Fe

Today was our first full day in Santa Fe. It was hot but we kept busy anyway. One of our stops was to Shidoni Foundry and Gallery in Tesuque just a 10 minute drive from Santa Fe. They have two huge fields full of sculptures, but we were there to see the bronze pour that the public is allowed to see only once a week.

The bronze must heat to around 2000 degrees farenheit before it can be poured.



The workers have donned their fashionable heat resistant outfits before the

pour can begin. The pour does not start until precisely 2:45PM. You can see by the clock on the right that there is a minute to go. The workers have been diligently watching the clock.



Here are the molds getting positioned for the pour. There is a winch in the ceiling that is used to lift and move all the heavy equipment. It is very loud and very hot during the pour.



You can see the hot bronze being poured into the molds. It took about seven minutes for the whole event. However, there was a lot of prep work before the pour can occur. I was told that the molds can be broken and opened in an hour.

Elizabeth vs. C: 2009

The metal will still be hot. Usually, they put the filled molds aside for the weekend and open them on Mondays.



Steve met a new friend in the sculpture garden. He was quite friendly, not menacing at all.



Posted by Elizabeth at Saturday, July 18, 2009   No comments:

**Thursday, July 16, 2009**
## I Have Done It!

Today I completed my 18th chemo treatment. Ringing the bell was awesome. We took video of the event, but I can't figure out how to insert it into the blog on this computer. Until then I have some still pictures to post.
Here are the double doors to the chemo room that I dreaded.



Now I get to ring the bell.



Steve posed with me after I finished.

Elizabeth vs. C: 2009



Posted by Elizabeth at Thursday, July 16, 2009   No comments: 📧

Wednesday, July 15, 2009

## Tomorrow is the Day!

At 9AM tomorrow I will be walking through those double doors for the last time. I never thought that this day would arrive--my very last chemo treatment. I am doing a little dance here that you can't see.

To celebrate the end Steve and I will leave for Santa Fe on Friday. So the pictures of me ringing the bell to mark the occasion may not be posted until we get back.

Posted by Elizabeth at Wednesday, July 15, 2009   No comments: 📧

Sunday, July 12, 2009

## The Young Lady Who Lived in a Shoe Box

In Houston we stayed in Jo Ann's newly renovated "shoe box". It is an old shoe repair store that has been renovated into a 600 square foot apartment. I guess that you would call it a pied-à-terre. Here is a picture of Jo Ann and Chris standing in the front of the shoe box. You can see that they kept the signs on the windows and unfortunately have had to contend with several people knocking on the door with shoes in hand.



Here is a picture of the back of the shoe box. That is Deborah Oppenheim leaving out of the gate. She drove with us so that she could visit her good friends in Houston.



We are creatures of habit. Here we are at dinner at Vietnam Restaurant. You will find a very similar picture on a blog post from July 2008 from last year's trip to Houston. Starting on the left and going clockwise around the table are Rick (lives in Houston), Chris, Jo Ann, Annie (who used to live in NOLA), Eileen (who used to live in NOLA), Mary Stuart (who used to live in NOLA), me , and Joan (married to Rick).

Elizabeth vs. C: 2009



I met Mary Stuart when we taught at McMain together. In Houston she is working as an artist making and decorating wooden objects. This picture was taken in her studio.



Posted by Elizabeth at Sunday, July 12, 2009    No comments: 

### Wednesday, July 8, 2009
## Tomorrow is Another Travel Day
Tomorrow I am going on the 2nd annual trek to Houston with Chris Cunningham and Jo Ann Moinet. Jo Ann has just finished renovating a very petite sized home in the Heights neighborhood. Last year we stayed at an apartment that she had rented for a year. This is a "girl's" trip filled with visiting friends, eating, and shopping. Look for pics when I return. Too bad I am not heading to cooler weather, but it should be fun anyway.

Posted by Elizabeth at Wednesday, July 08, 2009    1 comment: 

### Saturday, July 4, 2009
## Lots of Pics to Share
We have had a busy week. We spent four days in upstate New York in the town of Sugarloaf visiting John and Elizabeth Simon with their two kids, Kaleo and Dennery; then when we returned to NOLA my nephews were visiting from Virginia. Here are a bunch of pictures to show you all the fun that we had.

Elizabeth vs. C: 2009

We played a round of mini golf. Here I am with John and Kaleo waiting to take our turn at this difficult hole.



Mini golf can be brutal; here is the gang taking a break.



I convinced Steve that we needed to take a day trip to Frenchtown, NJ, so that I could visit the original Blue fish store. The first picture is the storefront. It is an old mill that has been home to Blue fish since 1984. You may recognize me in the second picture. I have a smile on my face because I have just purchased a brand new Blue fish outfit.





We traveled up the road from the Simon's house to get ice cream and take in this view of Warwick Valley. As you can see it is a beautiful spot.



Steve and I posing with the kids. Last summer we visited with the Simon family in Nags Head, NC. You can go back to an old post in June of 2008 to see Dennery and Kaleo with all of their cousins.



When we returned to NOLA, we returned to the heat. My mother and I took Joshua and Zachary to the Aquarium in hopes of a cool outing.



Posted by Elizabeth at Saturday, July 04, 2009   No comments: 

## Saturday, June 27, 2009

## This is Heaven

It is summertime, and it is 69 degrees inside with the windows open. I love it. Why do we spend the summer in New Orleans? I am looking out of a big picture window that faces a "forest." I have a comfy sofa to rest my head and a good book. I don't think that I will move for the rest of the day.

Posted by Elizabeth at Saturday, June 27, 2009   No comments: [>]

## Thursday, June 25, 2009

## Only 1 More Left!!!!

Yesterday was my 9th Avastin treatment since January. I have now completed 17 chemotherapy infusions since May of last year. In three weeks I will walk through those double doors of the chemo room for the last time. I will finally

get to ring the bell. That will be a momentous day for me and for Steve.

I can hardly believe it. Watch here for video of the occasion.

Since the summer hit in New Orleans, I have been experiencing horrible hot flashes (before summer I had them but the hot flashes were milder). They occur at least five times a day. I think so anyway, today I am making a count. I am curious to see how many I actually have every day. I am on my third one since I woke this morning. It is now 11:30AM. So the number will probably be higher than five. They can be embarrassing. The other day I was in a small shop and was talking to the sales rep when I began dripping from my forehead onto the merchandise. I tried to make a quick exit without being rude.

Tomorrow we travel up north to visit our friends John and Elizabeth Simon in Sugarloaf, NY. I am hoping the cooler weather there will keep the hot flashes at bay.
Posted by Elizabeth at Thursday, June 25, 2009    No comments: 

Saturday, June 20, 2009
## Mammogram - Check
On Thursday I went for a mammogram. I had one 6 months ago on the left side just before surgery. This was my 6 month check. Ochsner now has digital mammonography. It seems that it was easy for them to read the left side. All looked as it should post surgery, and they could compare it to the picture taken in December. I had to take multiple pics on the right side. Maybe 4 or 5 extra ones. I was starting to get nervous. Since it is difficult to compare the old mammograms to the digital ones, the doctors needed the extra shots. It took an hour, but I was given the all clear.

Later that day I went to see my surgeon. All well there too. However, I was hoping that I could schedule the removal of my port. That truly marks the end of this ordeal. Since the drug that I am taking blocks new blood vessels from forming, he doesn't want to remove the port until 6 weeks after my last treatment. That puts me into September for removal, which means some time away from work. So I don't have a definite date because they will not schedule that far in advance.
Posted by Elizabeth at Saturday, June 20, 2009    No comments: 

Sunday, June 14, 2009
## Active Weekend
I am trying to up my activity level. On Saturday we spent time in the garden weeding. That was my second day of weeding this week. The garden both in the back and in the front finally looks good. With no rain I am out there every other day watering, but I hate the weeding. I hate the watering too, but I like healthy plants more.

On Sunday I took Josey Brown for the monthly walk with the hounds around Audubon Park. There were only 6 greyhounds on our walk. On good months with the weather not so hot there are sometimes 12 hounds. They are something to see all together. Today was hot, and I found out that the walk will go on hiatus for the summer and resume in September. I know that it is hot, but Josey must be walked twice a day no matter what the weather.
Posted by Elizabeth at Sunday, June 14, 2009    No comments: 

Tuesday, June 9, 2009
## Getting Near the End
I have been on a clinical trial for my whole chemotherapy regimen. When you sign up for a clinical trial, you are assigned a research nurse who holds your hand through the treatment. My first treatment was May 29, 2008 and my last treatment is planned for July 16, 2009. The nurse initially signed on to my case

Elizabeth vs. C: 2009

left Ochsner before I had my first chemo last May.

So I have been with Melanie Zazulak for over a year. I see her before each chemo. She asks me a zillion questions, and I get to ask her a zillion also. She schedules all my appointments. She is my connection to the doctor. It is a whole lot faster to call Melanie and get her to talk to Dr. Larned for me. She usually called back with a solution to my problem within twenty minutes. Melanie has made my journey much easier. I think that on July 16th will be my last visit with Melanie.

I finally got a picture of her during my last visit. Here we are in the hallway in oncology.



Posted by Elizabeth at Tuesday, June 09, 2009   No comments: 

**Monday, June 1, 2009**

## Back Home

We spent a long weekend visiting my father in law in Delray, FL. That was my first trip of the summer. Here is a picture of me with Bob.



On Thursday, I had my 7th Avastin treatment. Only two more left. YEA!!

Elizabeth vs. C: 2009

Posted by Elizabeth at Monday, June 01, 2009    No comments: 

Thursday, May 28, 2009

## No Haircut for Me

I don't like the way that my hair has been curling. It really bothers me; it is very frizzy too. I went to visit Kenneth today to see if my hair was ready for a cut. He said no. I should wait another two months before I get it cut. He shaved all my hair for me last year in the middle of June. It has been a year since I have had a haircut. I wish that I was ready for one now.

Posted by Elizabeth at Thursday, May 28, 2009    No comments: 

## Val and Sal @ Patrick Taylor Academy

On Monday, May 18th I was asked by the school's salutatorian to accompany her to the annual Jefferson Parish School's Val/Sal luncheon. Each student is allowed to bring a teacher past or present who has had an influence on them. I was honored that Mai Vu chose me. The luncheon was held at Andrea's Restaurant. Each student spoke and each teacher spoke. That meant there were 44 mini-speeches. I was one of the few who wrote down words ahead of time. I choked up anyway. Below is a picture of the val and sal for Taylor, along with Tinashe Blanchet a math teacher who was asked to attend.



Posted by Elizabeth at Thursday, May 28, 2009    No comments: 

Sunday, May 24, 2009

## Just Two More Days

We have a half tomorrow and Tuesday, then I am off for the summer. I can't wait.

Posted by Elizabeth at Sunday, May 24, 2009    No comments: 

Sunday, May 17, 2009

## Only 3 More Avastin Treatments

Thursday was a long day. After a full day at school I saw the doctor and had a treatment. The Avastin drip lasts 30 minutes, but the nurse forgot to turn on the machine. When she came back to check on me 30 minutes later, I still had not had any medicine. Then my blood pressure dropped, and they had to give me saline. So I did not leave Ochsner until 5:30PM. I am doing fine, but three hours in the hospital after work is not my choice of fun things to do.

Elizabeth vs. C 2009

Posted by Elizabeth at Sunday, May 17, 2009  No comments:  

Sunday, May 10, 2009

## I Think That I Have Survived

I have eaten what I wanted today. I am feeling so much better. The one thing that I did not have while I was sick was hot flashes. They are back, so I guess that I am all mended.

This week I go for blood work to check my cholesterol and glucose levels and to have my seventh Avastin treatment.

The blood pressure medicine is working. My pressure now falls in the normal range.

Posted by Elizabeth at Sunday, May 10, 2009  No comments:  

Saturday, May 9, 2009

## I Think I Had Food Poisoning

On Thursday I picked up burritos from Felipe's for dinner. I had to eat early because I wanted to go back to school for a parent's meeting. I ate mine and left the house even before Steve got home from work. During the meeting my stomach began to hurt. Luckily, it wasn't until about an hour after I got home that the food I had eaten decided to leave me in a very ugly way.

On Friday I slept almost all day. I was very weak and getting up was a chore. I was able to eat some toast and thought that I was on the mend since I could eat.

I am still feeling weak and tired, and I have eaten very little. I hope that tomorrow I will be able to do my Sunday chores and get ready for another work week.

Posted by Elizabeth at Saturday, May 09, 2009  No comments:  

Sunday, May 3, 2009

## This is What I Do

We went to the Fest yesterday. I did pretty well in the heat, but we spent much of our time in the tents sitting in real chairs without the sun beating down on us – a much more civilized way to go. Today I rest, so that I can make it through another work week. Here is a picture of what I do when I am exhausted and need rest.



Elizabeth vs. C: 2009

Posted by Elizabeth at Sunday, May 03, 2009   No comments: 

## Sunday, April 26, 2009
## Great Day at the Jazz Fest



Posted by Elizabeth at Sunday, April 26, 2009   No comments: 

## Saturday, April 25, 2009
## Doctor Follow Up

My radiologist oncologist said that I am good to go. My next mammogram will be in June. We had a long talk, and he explained that they are working on a protocol for doctor visits post treatment. Ochsner is trying to make a plan so patients don't have to visit so many doctors. So for the next year I will be seeing one of my doctor's every three months but not every doctor every three months.

The other thing I discussed with my doctor was my mammogram of one year ago after I found the lump. For some reason I assumed that the mass was not detected in the mammogram but only in the ultrasound taken the same day. I was wrong. The mass was seen in both, and they were pretty sure by the characteristics of the mass that I had cancer. They didn't tell me that. I only heard that I had cancer after my biopsy and the pathology report was completed. That was news to me. However, it really didn't matter if they suspected cancer before my biopsy because I would have just been worrying until I got the final results of the pathology.

Tomorrow I visit my new primary care physician. This is to discuss my blood pressure. I really don't want medication, but I may have no choice.

Posted by Elizabeth at Saturday, April 25, 2009   No comments:

## Sunday, April 19, 2009
## Last Day of Freedom

Tomorrow it is back to work. We only have five and a half weeks until the end of the school year, so I can't complain. I have two doctor appts. this week. I see the radiation oncologist on Thursday for a final check up. I think that he gives me the aokay for a mammogram at this time, but I might be mistaken. Then later that day I go back to Ochsner for my sixth Avastin treatment. This time I don't have to see the doctor, so it might take less than the usual two hours. I hope so anyway.

My original chemo nurse, I have had many over the last year, moved to a different department. The chemo room didn't look the same last time because there were so many new faces. I hope on Thursday that I will have one of the nurses that I know. It makes it a little easier and more comfortable.

A new book in one of my favorite series comes out on Tuesday, *Tea Time for the Traditionally Built* by Alexander McCall Smith. I have pre-ordered it for my Kindle. It will magically appear, and I can't wait. It will be a treat to savor as I sit for my treatment on Thursday.

Posted by Elizabeth at Sunday, April 19, 2009   No comments: 

## Wednesday, April 15, 2009
## I am a Top Chef Fan

Yesterday, there was a cooking demonstration by two chefs from the TV show *Top Chef* at the Green Market. Since I was off from school, I went with my mother. What fun. Here is a picture of Richard from season 4 acting as sous chef for Radhika from season 5. Radhika made halibut with lentils and corn and a bit of greens. She covered the fish in an Indian spice that her mother makes. It was delicious and not spicy at all, just flavorful.



Afterwards, they signed autographs, and I got to have my picture taken with them. That's me with the short hair in the middle.



Posted by Elizabeth at Wednesday, April 15, 2009   No comments:

Friday, April 10, 2009

## Spring Break Finally Arrived

Today was the first of my 10 days off from spring break. What wonderful things did I do to celebrate? I think that I slept a good portion of the day. Oh well, I needed it.

Posted by Elizabeth at Friday, April 10, 2009　No comments: 

Sunday, April 5, 2009

## Spring is Here



Okay, the roses are not from our garden though our garden is in full bloom. This time of year is its peak.

The photograph is a picture of the roses that I received as a gift from friends Elizabeth and John Simon. They were sent Fed Ex. The packaging was an amazing feat. Most of the blossoms were closed and opened after 24 hours in water.

Posted by Elizabeth at Sunday, April 05, 2009　No comments: 

Tuesday, March 31, 2009

## My Mental State

I am moving along with life and nearing the end of my treatment, and I think that I am doing fine. Then yesterday afternoon, I tell Steve to give me 45 minutes to rest as I wanted to join him on a dog walk. I got up, changed clothes, and I think that I had taken about three or four steps beyond our gate when I ended up down on the sidewalk. My knees and hands were scraped, and I was quite shaken. It was all I could do to get up and get back inside to lie down.

Steve keeps reminding me to take it easy that I am not fully healed. He is right, but I keep ignoring him and try to keep up my pace pre-c.

Posted by Elizabeth at Tuesday, March 31, 2009　No comments: 

Sunday, March 29, 2009

## Working on the Hairdo

If you know my family then you know that I come by baldness naturally. However, my sister, who went through the chemo process 14 years ago, wears her hair long. When both my father and my sister were visiting this week we took some pictures. I am working on growing my hair, but it is not a quick process.

Elizabeth vs. C: 2009

The three of us:



My dad poses with me in my library:



Posted by Elizabeth at Sunday, March 29, 2009   No comments: 

## Sunday, March 22, 2009
## It's a Beautiful Day in New Orleans

This is one of those days that you are really glad that you live in New Orleans. I am still low on energy and spend most of my time when not at work, at home. Today I am out on the deck in the back with my computer in my lap. The sun is shining but not too hot. The thermometer reads 80 degrees. I am glad that today is my day off so I can enjoy.

Posted by Elizabeth at Sunday, March 22, 2009   No comments: 

## Sunday, March 15, 2009
## What did Elizabeth do today?

Mostly sleep. My father flew in very late last night. I thought that I was able to stay up late and sleep late and that would solve that. Apparently not. I spent much of the day resting except for enjoying a lobster lunch with Dad and Emily. They brought the lobster meat with them from Maine.

Posted by Elizabeth at Sunday, March 15, 2009   1 comment: 

## Saturday, March 14, 2009
## Life Without any Worries

See how Josey Brown, the greyhound, takes over the bed. She seems quite comfortable.

Elizabeth vs. C: 2009



Posted by Elizabeth at Saturday, March 14, 2009    No comments: 

Tuesday, March 10, 2009

## Shout out to Steve: HAPPY ANNIVERSARY!!!!

It was thirteen years ago today. Today the low was 64 degrees. On our wedding day the low was 29 degrees, and we planned an outdoor wedding. It was suppose to be just like it is today for our wedding. Oh well, everyone huddling under their coats was certainly something to remember.

Posted by Elizabeth at Tuesday, March 10, 2009    1 comment:

Monday, March 9, 2009

## Just One More Phase Left

It would have been nice to say that once radiation was done that my treatment would have been complete. Not so. I signed up for a long haul when I agreed to participate in the clinical trial. I go on Thursday for my fourth Avastin treatment. After that I will have six more every three weeks. I don't finish until the middle of July.

I am having some joint issues that I won't whine about here, but I plan to ask on Thursday if the Avastin exacerbates arthritis. I was first diagnosed with arthritis in one of my toes at 23, so it isn't new for me. However, I go through periods where it doesn't bother me and periods where I am very uncomfortable. Like now. I hope that there is a connection so that way I can't blame the discomfort on age but on the drugs.

Posted by Elizabeth at Monday, March 09, 2009    No comments:

Wednesday, March 4, 2009

## Just a Quickie!

Here I am at school in my hatless state. Nobody seems to mind, and I have gotten compliments. Maybe not compliments, but people are pleased to see my head after so many months under wraps. I lost my hair mid-June 2008, and it is the beginning of March 2009 before I go without head covers. That is a long time.

Elizabeth vs. C. 2009



Posted by Elizabeth at Wednesday, March 04, 2009   No comments: ✉

Newer Posts                          Home                          Older Posts

Subscribe to: Posts (Atom)

G+    More    Next Blog»         Create Blog   Sign In

# Elizabeth vs. C

### Steve & Elizabeth at White Rock Overlook in New Mexico



It is July 2009. I have finished all my treatments. I am enjoying the scenery of New Mexico. Life is good.

**Saturday, February 6, 2010**

## Now that my Treatments are Done

I only go to my doctors now for check ups. I see my oncologist every three months and my surgeon every six months. I don't think about the cancer all the time like I used to do. I don't think that there is anything left to say, and this blog is complete.

I am still blogging but at a new address. You can find out what I am reading and what is happening in my school library by visiting me here --> http://www.talesfromaloudlibrarian.com/.

Posted by Elizabeth at Saturday, February 06, 2010   No comments:   

Newer Posts                 Home                 Older Posts

Subscribe to: Posts (Atom)

### Blog Archive

▼ 2010 (1)
  ▼ February (1)
      Now that my Treatments are Done
► 2009 (66)
► 2008 (69)

### Contributors

Elizabeth

Steve

### Visitors to this site:

Hit Counter

Hit Counter