# EXHIBIT G



7/2016



7/2016