UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "N" (5)

                                                JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
    *Elizabeth Custard v. Hospira, Inc.,*
    *et al.; Civil Action No. 2:16-cv-17650*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC only.

Dated this 11th day of October, 2017.

                                           **JACKSON ALLEN & WILLIAMS, LLP**

                                           /s/ Jennifer Williams
                                           John H. Allen, III, Esq. - Trial/Lead Counsel
                                           tallen@jacksonallenfirm.com
                                           Jennifer Williams, Esq.
                                           jwilliams@jacksonallenfirm.com
                                           3838 Oak Lawn Ave., Suite 1100
                                           Dallas, Texas 75219
                                           (214) 521-2300
                                           (214) 452-5637 (Facsimile)

                                           *Attorneys for Plaintiff*