UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                       SECTION "N" (5)

                                                       JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Elaine Doucette v. Hospira, Inc.,
et al.; Civil Action No. 2:16-cv-17887*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC only.

Dated this 11th day of October, 2017.

                                             **JACKSON ALLEN & WILLIAMS, LLP**

                                             /s/ Jennifer Williams
                                             John H. Allen, III, Esq. - Trial/Lead Counsel
                                             tallen@jacksonallenfirm.com
                                             Jennifer Williams, Esq.
                                             jwilliams@jacksonallenfirm.com
                                             3838 Oak Lawn Ave., Suite 1100
                                             Dallas, Texas 75219
                                             (214) 521-2300
                                             (214) 452-5637 (Facsimile)

                                             *Attorneys for Plaintiff*