# UNITED STATES DISTRICT COURT

## EASTERN DISTIRCT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABLITY LITIGATIION | § § § § § | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE KURT D. ENGELHARDT<br>MAG. JUDGE MICHAEL B. NORTH |
| *THIS DOCUMENT RELATES TO:*<br>.<br>*Thecla Davis v. Sanofi S.A., et al*<br>No. 17-cv-7886 | § § § § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff Thecla Davis, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of her voluntary dismissal without prejudice of defendant Sanofi Aventis S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 11, 2017        Respectfully submitted:

/s/ Val Patrick Exnicios
VAL PATRICK EXNICIOS (LA Bar #19563)
KELSEY LEIGH ZEITZER (LA Bar #37368)
***Liska, Exnicios & Nungesser***
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
vpexnicios@exnicioslaw.com
kzeitzer@exnicioslaw.com

/s/ Andrew Lemmon
ANDREW LEMMON (LA Bar #18302)
**Lemmon Law Firm**
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: (504) 581-5644
Facismile: (985) 783-1333
andrew@lemmonlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Val Patrick Exnicios*
                                                VAL PATRICK EXNICIOS