IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT  This Document Relates to: *Kara Sanders v. Sanofi S.A., et al.*, 2:17-cv-05669 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE FOR
DEFENDANT ALLERGAN FINANCE LLC F/K/A ACTAVIS INC.**

COMES NOW plaintiff Kara Sanders in the above-captioned action, by her attorneys, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby voluntarily dismiss defendant Allergan Finance LLC f/k/a Actavis Inc. without prejudice. Each party to bear their own fees and costs. This should not be construed to apply to any of the remaining Defendants in this case.

Dated: October 11, 2017

Respectfully Submitted,

*/s/ David F. Miceli*
David F. Miceli (GA Bar No. 503900)
Holly Nighbert (MO Bar No. 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ David F. Miceli*
David F. Miceli
