UNITED STATES DISTRICT COURT

EASTERN DISTIRCT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE | § | MDL NO. 2740 |
| (DOCETAXEL) | § | |
| PRODUCTS LIABLITY | § | SECTION "N" (5) |
| LITIGATIION | § | JUDGE KURT D. ENGELHARDT |
| _____ | § | MAG. JUDGE MICHAEL B. NORTH |
| *THIS DOCUMENT RELATES TO:* | § | |
| . | § | |
| *Sheila Matthews, et al. v. Sanofi S.A., et al.* | § | |
| No. 17-cv-17731 | § | |
| _____ | § | |

## MOTION TO COMPEL RETURN ON SUBPOENA

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Emily Barre, who respectfully brings the instant Motion to Compel Return on Subpoena To Produce Documents, Information Or Objects Or To Permit Inspection. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiff moves to compel return on the subpoena attached as "Exhibit C" to the instant Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court set a date and time for the instant Motion, that Ochsner Hospital be ordered to appear and show cause (before Magistrate Judge Donald North as directed by His Honor Judge Engelhardt) why Plaintiffs' Motion to Compel should not be granted.

Dated: October 12, 2017          Respectfully submitted:


*/s/ Val Patrick Exnicios*
VAL PATRICK EXNICIOS (LA Bar #19563)
KELSEY LEIGH ZEITZER (LA Bar #37368)
Liska, Exnicios & Nungesser
1515 Poydras Street, Suite 1400
New Orleans, LA 70112

Telephone: (504) 410-9611
Facsimile: (504) 410-9937
vpexnicios@exnicioslaw.com
kzeitzer@exnicioslaw.com

### CERTIFICATE OF COMPLIANE WITH FRCP 37(a)(1)

I hereby certify that movants have in good faith conferred with counsel for Ochsner Medical Center in an effort to obtain the discovery without Court Action.

/s/ Val Patrick Exnicios
VAL PATRICK EXNICIOS

### CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Val Patrick Exnicios
VAL PATRICK EXNICIOS