KELSEY LEIGH ZEITZER
kzeitzer@exnicioslaw.com

# LISKA, EXNICIOS & NUNGESSER
ATTORNEYS AT LAW
www.exnicioslaw.com
1515 POYDRAS STREET
SUITE 1400
NEW ORLEANS, LA 70112

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937



March 29, 2017

Emily Barre
# 2 Bourg Court
Harahan, LA 70123

RE: Taxotere Request for Specific Stage and Diagnosis, and for Product ID Request Form

Dear Ms. Emily Barre:

I hope this letter finds you well. We have been busy analyzing your case and look forward to receiving complete sets of medical records on your Taxotere case.

Due to the nature of the chemotherapy reporting in the medical records, we must identify two pieces of critical information by obtaining the following at the outset:

1. A definitive diagnosis of breast cancer with information on the stage; and
2. Proof that Taxotere and/or Docetaxel was used as the chemotherapy agent in your treatment.

Taxotere is the name-brand form of the drug, and Docetaxel is the generic name of the drug. We know that name-brand Taxotere was administered to those who completed treatment prior to March 2011, because it was the only version of the drug on the market at that time.

But, the generic form of Taxotere was introduced into the market at the beginning of March 2011. So, knowing the exact dates of your treatment will be one piece of the puzzle we need to identify which manufacturer's docetaxel you received. Thus, we need **ADDITIONAL INFORMATION** to identify the manufacturer of the generic Taxotere and/or Docetaxel administered after March 2011.

Multiple companies sold the generic version of Taxotere after March 2011 and unfortunately, the name of the manufacturer is never listed in the medical records. We **MUST** know the

Emily Barre
March 29, 2017
Page 1

manufacturer of the Taxotere and/or Docetaxel for you in order to proceed against the correct defendant. There is a risk that your case will be dismissed if the specific manufacturer is not identified.

**Therefore, please take the enclosed form to either your oncologist or to the administrator of the infusion center where you received your treatment. It is crucial that the form is completed based on the drug(s) administered to you during the time of your treatment, NOT what is currently being used at the facility.**

**And, please obtain from your oncologist the medical record which indicates your breast cancer diagnosis and the staging.** You need only ask your oncologist for the records. If you are representing a family member who was injured by Taxotere, you will probably be required to show a form of identification and a copy of your loved one's death certificate in order to obtain the records.

I cannot express to you how beneficial it will be for your case if you provide us with both the form indicating which type of Taxotere or Docetaxel you received and the medical records about your breast cancer diagnosis and staging in a timely manner. If you have any questions at all, do not hesitate to call me at (504) 410-9611.

With best personal and professional regards, I remain

Very truly yours,

KELSEY LEIGH ZEITZER

Enclosure: As stated

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____   SSN: ____-____-____

DATE OF BIRTH: ___/___/___

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☑ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL, INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT
ADMINISTERED
TAXOL/PACLITAXEL

___/___/___                                    ___/___/___
DATE OF FIRST TREATMENT                        DATE OF LAST TREATMENT                # OF DOSES

_____                _____
SIGNATURE OF REPRESENTATIVE OF                 NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____                _____
PRINTED NAME & TITLE OF REPRESENTATIVE         ADDRESS

_____                _____
DATE                                           CITY, STATE, ZIP

**LISKA, EXNICIOS & NUNGESSER**
ATTORNEYS AT LAW

www.exnicioslaw.com
1515 POYDRAS STREET
SUITE 1400
NEW ORLEANS, LA 70112

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

KELSEY LEIGH ZEITZER
kzeitzer@exnicioslaw.com

March 29, 2017

Ochsner Medical Center
1514 Jefferson Highway
Jefferson, LA 70121

RE: Emily Barre
Taxotere Request for Specific Stage and Diagnosis, and for Product ID Request Form

To Whom it May Concern:

Please be advised that our firm is representing Emily Barre in her potential case against Taxotere.

Due to the nature of chemotherapy reporting in the medical records, we are in need of further identification regarding two pieces of critical information by obtaining the following at the outset:

1. A definitive diagnosis of breast cancer with information on the stage; and
2. Proof that Taxotere and/or Docetaxel was used as the chemotherapy agent in Emily Barre's treatment.

As you know, Taxotere is the name-brand form of the drug, and Docetaxel is the generic name of the drug. We know that name-brand Taxotere was administered to those who completed treatment prior to March 2011, because it was the only version of the drug on the market at that time. But, the generic form of Taxotere was introduced into the market at the beginning of March 2011. Multiple companies sold the generic version of Taxotere after March 2011 and unfortunately, the name of the manufacturer is never listed in the medical records.

It is crucial that the attached form is completed based on the drug(s) administered to Emily Barre during the time of Emily Barre's treatment, and not what is currently being used at your facility. Please complete the attached form and return it in the pre-paid postage envelope. I have also enclosed a signed HIPAA authorization for your file.

Emily Barre
March 29, 2017
Page 1

Further, please provide the medical record which indicates Emily Barre's breast cancer diagnosis and the staging.

If you have any questions, please do not hesitate to contact me.

With best personal and professional regards, I remain

Very truly yours,

*[signature]*
KELSEY LEIGH ZEITZER

Enclosure: As stated

# AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION
## PURSUANT TO 45CFR164.508

TO: Ochsner Medical Center

I do hereby authorize use and/or disclosure of protected health information maintained on me to:

Liska Exnicios Nungesser
1515 Poydras St., Suite 1400
New Orleans, LA 70112

to be used, pursuant to 45CFR164.508C(1)(iv), in connection with litigation in which I may be involved.

Pursuant to 45CFR164.508C(1)(i), I authorize the disclosure of my entire chart which includes but is not limited to the following:

| | | |
|---|---|---|
| medical records | operative reports | respiratory therapy |
| sign-in sheets | admit reports | physical therapy |
| x-rays | consultation notes | speech therapy |
| MRI films | physician(s) orders | occupational therapy |
| C/T scan films | discharge reports | dietician notes |
| discogram films | doctor's notes/orders | prescription records |
| bone scan films | nurses' notes | S.O.A.P. notes |
| EMG/nerve conduction films | entire charts | progress notes |
| myelogram films | itemized invoices and/or | laboratory reports |
| diagnostic testing films | billing for services rendered | |
| diagnostic records or reports | documentation regarding insurance | |

_EAB_
initials

I acknowledge that the released information may contain alcohol and drug abuse, psychiatric, HIV or genetic information and consent to the release of same.

Pursuant to 45CFR164.501C(1)(V), this authorization shall expire on _____. I understand that if I fail to specify an expiration date, this authorization will expire upon the final resolution of my litigation.

I understand that I may refuse to sign this authorization and it is strictly voluntary. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. I have the right to revoke this authorization at any time. I further understand that I must do so in writing and present written revocation to the health care provider specified herein. I further understand that the revocation will not apply to information that has already been released pursuant to this authorization. 45CFR164.508(C)(2)(i). I have the right to receive a copy of this form after I sign it.

The information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. 45CFR164.508(C)(2)(ii). A photostatic copy of this Authorization may serve as an original.

I have read the above and authorize the disclosure of the protected health information as stated.

_Emily Aby Barr_
Patient Signature

Date of Birth

Social Security Number

03/28/17
Date

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____   SSN: ____-____-____

DATE OF BIRTH: ___/___/___

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDY'S LAB LTD.**
- ☐ 43598-256-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL, INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS / ☐ WAS NOT
**ADMINISTERED TAXOL/PACLITAXEL**

___/___/___   ___/___/___   _____
DATE OF FIRST TREATMENT   DATE OF LAST TREATMENT   # OF DOSES

_____   _____
SIGNATURE OF REPRESENATIVE OF   NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____   _____
PRINTED NAME & TITLE OF REPRESENTATIVE   ADDRESS

_____   _____
DATE   CITY, STATE, ZIP

KELSEY LEIGH ZEITZER
kzeitzer@exnicioslaw.com

# LISKA, EXNICIOS & NUNGESSER
ATTORNEYS AT LAW

www.exnicioslaw.com
1515 POYDRAS STREET
SUITE 1400
NEW ORLEANS, LA 70112

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

March 29, 2017

Dr. Chris Theodossiou, M.D.
1514 Jefferson Highway
Jefferson, LA 70121

RE: Emily Barre
Taxotere Request for Specific Stage and Diagnosis, and for Product ID Request Form

To Whom it May Concern:

Please be advised that our firm is representing Emily Barre in her potential case against Taxotere.

Due to the nature of chemotherapy reporting in the medical records, we are in need of further identification regarding two pieces of critical information by obtaining the following at the outset:

1. A definitive diagnosis of breast cancer with information on the stage; and
2. Proof that Taxotere and/or Docetaxel was used as the chemotherapy agent in Emily Barre's treatment.

As you know, Taxotere is the name-brand form of the drug, and Docetaxel is the generic name of the drug. We know that name-brand Taxotere was administered to those who completed treatment prior to March 2011, because it was the only version of the drug on the market at that time. But, the generic form of Taxotere was introduced into the market at the beginning of March 2011. Multiple companies sold the generic version of Taxotere after March 2011 and unfortunately, the name of the manufacturer is never listed in the medical records.

It is crucial that the attached form is completed based on the drug(s) administered to Emily Barre during the time of Emily Barre's treatment, and not what is currently being used at your facility. Please complete the attached form and return it in the pre-paid postage envelope. I have also enclosed a signed HIPAA authorization for your file.

Emily Barre
March 29, 2017
Page 1

Emily Barre
March 29, 2017
Page 2

Further, please provide the medical record which indicates Emily Barre's breast cancer diagnosis and the staging.

If you have any questions, please do not hesitate to contact me.

With best personal and professional regards, I remain

Very truly yours,

*[signature]*
KELSEY LEIGH ZEITZER

Enclosure: As stated

# AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION
## PURSUANT TO 45CFR164.508

TO: Dr. Chris Theodossiou, M.D.

I do hereby authorize use and/or disclosure of protected health information maintained on me to:

Liska Exnicios Nungesser
1515 Poydras St, Suite 1400
New Orleans, LA 70112

to be used, pursuant to 45CFR164.508C(1)(iv), in connection with litigation in which I may be involved, but is not limited to the following:

Pursuant to 45CFR164.508C(1)(i), I authorize the disclosure of my entire chart which includes

| | | |
|---|---|---|
| medical records | operative reports | respiratory therapy |
| sign-in sheets | admit reports | physical therapy |
| x-rays | consultation notes | speech therapy |
| MRI films | physician(s) orders | occupational therapy |
| C/T scan films | discharge reports | dietician notes |
| discogram films | doctor's notes/orders | prescription records |
| bone scan films | nurses' notes | S.O.A.P. notes |
| EMG/nerve conduction films | entire charts | progress notes |
| myelogram films | itemized invoices and/or | laboratory reports |
| diagnostic testing films | billing for services rendered | |
| diagnostic records or reports | documentation regarding insurance | |

___EAB___ I acknowledge that the released information may contain alcohol and drug abuse,
initials    psychiatric, HIV or genetic information and consent to the release of same.

Pursuant to 45CFR164.50(C)(1)(V), this authorization shall expire on _____. I understand that if I fail to specify an expiration date, this authorization will expire upon the final resolution of my litigation.

I understand that I may refuse to sign this authorization and it is strictly voluntary. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. I have the right to revoke this authorization at any time. I further understand that I must do so in writing and present written revocation to the health care provider specified herein. I further understand that the revocation will not apply to information that has already been released pursuant to this authorization. 45CFR164.508(C)(2)(i). I have the right to receive a copy of this form after I sign it.

The information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. 45CFR164.508(C)(2)(ii). A photostatic copy of this Authorization may serve as an original.

I have read the above and authorize the disclosure of the protected health information as stated.

_Emily Aly Ben_____
Patient Signature

3/29/817
Date

_____
Date of Birth

_____
Special Security Number

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: ___/___/___     SSN: ___-___-___

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL, INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS / ☐ WAS NOT **ADMINISTERED TAXOL/PACLITAXEL**

___/___/___                    ___/___/___
DATE OF FIRST TREATMENT        DATE OF LAST TREATMENT         # OF DOSES

_____        _____
SIGNATURE OF REPRESENTATIVE OF          NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____        _____
PRINTED NAME & TITLE OF REPRESENTATIVE  ADDRESS

_____        _____
DATE                                    CITY, STATE, ZIP