**From:** Kelsey Zeitzer [kzeitzer@exnicioslaw.com]
**Sent:** Friday, June 30, 2017 1:51 PM
**To:** 'Jason Chou'
**Cc:** 'Brandy Sergi'
**Subject:** RE: Emily Barre

Best,

Kelsey L. Zeitzer
Associate Attorney
Liska, Exnicios & Nungesser
Attorneys-At-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-410-9611 and return the original message to us via email and must delete it from his or her computer.

We were contacted today by an Ochsner representative regarding this matter. Thank you again for your assistance.

**From:** Jason Chou [mailto:jason.chou@ochsner.org]
**Sent:** Friday, June 30, 2017 12:37 PM
**To:** Kelsey Zeitzer
**Subject:** Re: Emily Barre

I just reached out again and asked them to contact you directly as I'm out today.

Jason Chou
Sent from my iPhone

On Jun 30, 2017, at 11:09 AM, Kelsey Zeitzer <kzeitzer@exnicioslaw.com> wrote:



**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**STOP! Do you trust this email?**
If you are unsure DO NOT click any links and NEVER input your username and password.

1

Any update?

Kelsey L. Zeitzer
Associate Attorney
Liska, Exnicios & Nungesser
Attorneys-At-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

---

**From:** Jason Chou [mailto:jason.chou@ochsner.org]
**Sent:** Thursday, June 29, 2017 10:52 PM
**To:** Brandy Sergi
**Cc:** 'Kelsey Zeitzer'
**Subject:** RE: Emily Barre

Thank you. I have escalated the request to our team and relayed the urgency.

Jason Chou, PharmD, MS
AVP Pharmacy, Ochsner Medical Center
1514 Jefferson Highway, New Orleans, LA 70121
Phone: 504-842-3043, Fax: 504-842-4246

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-410-9611 and return the original message to us via email and must delete it from his or her computer.

---

**From:** Brandy Sergi [mailto:bsergi@exnicioslaw.com]
**Sent:** Thursday, June 29, 2017 5:21 PM
**To:** Jason Chou <jason.chou@ochsner.org>
**Cc:** 'Kelsey Zeitzer' <kzeitzer@exnicioslaw.com>; 'Brandy Sergi' <bsergi@exnicioslaw.com>
**Subject:** FW: Emily Barre

**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

<image001.jpg>

**STOP!** Do you trust this email?
If you are unsure DO NOT click any links and NEVER input your username and password

Dear Jason:

2

Thank you so much for meeting with Ms. Barre. Attached is the letter as requested. Thank you again for your time, we very much appreciate your promptness in helping us with this matter considering the highly time sensitive deadline that we are working against. Should you or anyone need any information please contact Ms. Zeitzer at (504) 319-2895.

Brandy M. Sergi
Paralegal
Liska, Exnicios & Nungesser
Attorneys-At-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
bsergi@exnicioslaw.com

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-410-9611 and return the original message to us at bsergi@exnicioslaw.com or vpexnicios@exnicioslaw.com. Please note and be advised that Val P. Exnicios and all attorneys and support staff of Liska, Exnicios & Nungesser utilize email transmission as an ancillary support of traditional fax and US 1st Class Mail communication. Email is not necessarily checked or reviewed at regular intervals and as such, can not and should not be relied upon for primary communication, service of pleadings, motions, and/or the like.

<image002.jpg> Virus-free. www.avast.com

3

# LISKA, EXNICIOS & NUNGESSER
ATTORNEYS AT LAW

www.exnicioslaw.com

1515 POYDRAS STREET
SUITE 1400
NEW ORLEANS, LA 70112

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

KELSEY LEIGH ZEITZER
kzeitzer@exnicioslaw.com

June 29, 2017

Jason Chou
c/o Ochsner Medical Center
1514 Jefferson Highway
New Orleans, LA 70121

RE:  Emily Barre

Taxotere Request for Specific Stage and Diagnosis, and for Product ID Request Form

Dear Jason:

Please be advised that our firm is representing Emily Barre in her potential case against Taxotere.

Due to the nature of chemotherapy reporting in the medical records, we are in need of further identification regarding two pieces of critical information by obtaining the following at the outset:

1. A definitive diagnosis of breast cancer with information on the stage; and
2. Proof that Taxotere and/or Docetaxel was used as the chemotherapy agent in Emily Barre's treatment.

As you know, Taxotere is the name-brand form of the drug, and Docetaxel is the generic name of the drug. We know that name-brand Taxotere was administered to those who completed treatment prior to March 2011, because it was the only version of the drug on the market at that time. But, the generic form of Taxotere was introduced into the market at the beginning of March 2011. Multiple companies sold the generic version of Taxotere after March 2011 and unfortunately, the name of the manufacturer is never listed in the medical records.

**It is crucial that we are provided with the Manufacturer and NDC Code for Docetaxel administered to Emily Barre during the time of Mrs. Barre's treatment, and not what is currently being used at your facility.** You already have a signed HIPAA authorization for your file.

If you have any questions, please do not hesitate to contact me.

With best personal and professional regards, I remain

Very truly yours,

Kelsey Zeitzer

KELSEY LEIGH ZEITZER