## UNITED STATES DISTRICT COURT

## EASTERN DISTIRCT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE | § | MDL NO. 2740 |
| (DOCETAXEL) | § | |
| PRODUCTS LIABLITY | § | SECTION "N" (5) |
| LITIGATIION | § | JUDGE KURT D. ENGELHARDT |
| _____ | § | MAG. JUDGE MICHAEL B. NORTH |
| *THIS DOCUMENT RELATES TO:* | § | |
| . | § | |
| *Sheila Matthews, et al. v. Sanofi S.A., et al.* | § | |
| No. 17-cv-17731 | § | |
| _____ | § | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's Motion to Compel Return on Subpoena will come for hearing on November 1, 2017 at 11:00 a.m., before the Honorable Michael North, United States Distirct Court Judge, at the United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Camp Street, New Orleans, Louisiana.

Dated: October 12, 2017          Respectfully submitted:

*/s/ Val Patrick Exnicios*
VAL PATRICK EXNICIOS (LA Bar #19563)
KELSEY LEIGH ZEITZER (LA Bar #37368)
Liska, Exnicios & Nungesser
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
vpexnicios@exnicioslaw.com
kzeitzer@exnicioslaw.com