BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Betty Burns, 2:16-cv-16778* | HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sandoz, Inc.; Accord Healthcare, Inc.; Hospira Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) ProductsLiability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated:  October 13, 2017 | Respectfully submitted,<br><br>/s/ Carasusana B. Wall<br>Carasusana B. Wall<br>**Zoll & Kranz, LLC**<br>6620 West Central Avenue<br>Suite 100<br>Toledo, Ohio 43617<br>Tel: (888) 841-9623<br>Fax: (419) 841-9719<br>cara@toledolaw.com<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  October 13, 2017                                         /s/ Carasusana B. Wall
                                                                                Carasusana B. Wall