BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Lina Hawkins, 2:16-cv-16790* | HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sandoz, Inc.; Accord Healthcare, Inc.; Hospira Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) ProductsLiability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  October 13, 2017            Respectfully submitted,

                                                              /s/ Carasusana B. Wall
                                                               Carasusana B. Wall
                                                               **Zoll & Kranz, LLC**
                                                               6620 West Central Avenue
                                                               Suite 100
                                                               Toledo, Ohio 43617
                                                               Tel: (888) 841-9623
                                                               Fax: (419) 841-9719
                                                               cara@toledolaw.com
                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  October 13, 2017                                    /s/ Carasusana B. Wall
                                                                              Carasusana B. Wall