UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
         PRODUCTS LIABILITY
         LITIGATION                                             SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01812
*Pickrell v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01813
*Wright v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01814
*Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-03864
*Jenkins v. Sanofi S.A., et al.*, Case No. 2:17-cv-03866
*Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865
*Ernyes-Kofler, et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867
*McCallister, et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356
*Smith v. Sanofi-Aventis U.S. LLC, et al.*, Case No. 2:17-cv-05832
*Johnson  v. Sanofi S.A. et al.*, Case No. 2:17-cv-05833

PRETRIAL ORDER NO. 64
[Order Clarifying the Court's Ruling (Rec. Doc. 784) on California Plaintiffs' Motion to
Remand]

On August 30, 2017, this Court ruled on Plaintiffs' Omnibus Motion to Remand Certain

Cases to the Superior Courts of California (Rec. Doc. 469), and the motion was **GRANTED IN**

**PART** and **DENIED IN PART**. For the sake of clarity in the record, the Court reiterates its

ruling herein.

With regard to: (1) *Pickrell v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01813, (2) *Jenkins v.*

*Sanofi S.A., et al.*, Case No. 2:17-cv-03866, and (3)  *Smith v. Sanofi-Aventis U.S. LLC, et al.*, Case

No. 2:17-cv-05832, Plaintiffs' motion to remand is **GRANTED**, and these cases shall be

**REMANDED** to California state court.

With regard to: (1) *Fuller v. Sanofi, S.A. et al.*, Case No. 2:17-cv-01812**,** (2) *Wright v.*

*Sanofi, S.A. et al.*, Case No. 2:17-cv-01814, (3) *Castagnola v. Sanofi S.A.*, Case No. 2:17-cv-

1

03864**,** (4) *Gardner v. Sanofi S.A. et al.*, Case No. 2:17-cv-03865, and (5) *Johnson  v. Sanofi S.A.*

*et al.*, Case No. 2:17-cv-05833, Plaintiffs' motion to remand is **DENIED**.[1]

With regard to: (1) *Ernyes-Kofler, et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-03867, and

(2) *McCallister, et al. v. Sanofi S.A. et al.*, Case No. 2:17-cv-02356, counsel were ordered to submit

supplemental briefing on the severance of these two multi-plaintiff cases within ten days of the

Court's August 30, 2017 ruling.[2]

New Orleans, Louisiana, this 12th day of October 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

---

[1]     These Plaintiffs were further ordered to file a motion to dismiss without prejudice as to McKesson within ten days of the Court's August 30, 2017 ruling on the motion. Plaintiffs complied with this Court's ruling thereafter. *See* Rec. Docs. 792, 832, 836, 852, and 853.

[2]     Plaintiffs complied with this Court's Order and submitted supplemental briefing on September 11, 2017. *See* Rec. Doc. 837.