UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

October 13 2017

Clerk
Alameda County Superior Court
René C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

RE: Candyse Jenkins
v.
Sanofi S.A. et al
Civil Action No. 17-3866 N(5)
Your No. RG16838881

Dear Sir:

I am enclosing herewith a certified copy of an order entered by this court on October 13, 2017 remanding the above-entitled case to your court.

Very truly yours,
WILLIAM W. BLEVINS, CLERK
By: _____
Deputy Clerk

Enclosure

Clerk
Alameda County Superior Court
René C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612