UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

October 13, 2017

Clerk
Los Angeles Superior Court
Michael Antonovich
Antelope Valley Court
42011 4th Street West
Lancaster, CA  93534

RE: Vera Smith
     v.
   Sanofi–Aventis U,S. LLC. et al
Civil Action No. 17-5832 N(5)
Your No. MC026778

Dear Sir:

   I am enclosing herewith a certified copy of an order entered by this court on October 13, 2017 remanding the above-entitled case to your court.

Very truly yours,
WILLIAM W. BLEVINS, CLERK
By:_____
       Deputy Clerk

Enclosure

Clerk
Los Angeles Superior Court
Michael Antonovich
Antelope Valley Court
42011 4th Street West
Lancaster, CA  93534