UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

October 13, 2017

Clerk  
San Diego Superior Court  
Hall of Justice  
330 West Broadway  
San Diego, CA  92101

RE: Joann Pickrell  
v.  
Sanofi S.A.. et al  
Civil Action No. 17-1813 N(5)  
Your No. 37-2016-00044269-CU-PL-CTL

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on October 13, 2017 remanding the above-entitled case to your court.

Very truly yours,

WILLIAM W. BLEVINS, CLERK

By: _____  
Deputy Clerk

Enclosure

Clerk
San Diego Superior Court
Hall of Justice
330 West Broadway
San Diego, CA  92101