**UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "N" (5)

                                                     JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
   *Judith Crump v. Sanofi, S.A.,
   et al; Civil Action No. 2:17-cv-7855*

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel,

hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi, S.A., Aventis

Pharma, S.A., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC

only.

Dated this 16th Day of October, 2017.


                              **DAVIS & CRUMP, P.C.**

                              <u>/s/ Trevor B. Rockstad</u>
                              Davis & Crump, P.C.
                              <u>Trevor.rockstad@daviscrump.com</u>
                              2601 14th Street
                              Gulfport, MS 39501
                              (228) 863-6000
                              (228) 864-0907 (Facsimile)

                              *Attorney for Plaintiff*