UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
　　*Mary Davis Smith v. Sanofi, S.A.,*
　　*et al; Civil Action No. 2:17-cv-8581*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC only.

Dated this 16th Day of October, 2017.

　　　　　　　　　　　　　　　　　　**DAVIS & CRUMP, P.C.**

　　　　　　　　　　　　　　　　　　/s/ Trevor B. Rockstad
　　　　　　　　　　　　　　　　　　Davis & Crump, P.C.
　　　　　　　　　　　　　　　　　　Trevor.rockstad@daviscrump.com
　　　　　　　　　　　　　　　　　　2601 14th Street
　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　(228) 863-6000
　　　　　　　　　　　　　　　　　　(228) 864-0907 (Facsimile)

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*