UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
 *Catherine Dillon v. Sanofi, S.A.,*
 *et al; Civil Action No. 2:17-cv-3751*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC only.

Dated this 16th Day of October, 2017.

        **DAVIS & CRUMP, P.C.**

        /s/ Trevor B. Rockstad
        Davis & Crump, P.C.
        Trevor.rockstad@daviscrump.com
        2601 14th Street
        Gulfport, MS 39501
        (228) 863-6000
        (228) 864-0907 (Facsimile)

        *Attorney for Plaintiff*