UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "N" (5)

       JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
    *Rose Ferrell v. Sanofi, S.A.,*
    *et al; Civil Action No. 2:17-cv-7862*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC only.

Dated this 16th Day of October, 2017.

           **DAVIS & CRUMP, P.C.**

           /s/ Trevor B. Rockstad
           Davis & Crump, P.C.
           Trevor.rockstad@daviscrump.com
           2601 14th Street
           Gulfport, MS 39501
           (228) 863-6000
           (228) 864-0907 (Facsimile)

           *Attorney for Plaintiff*