UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "N" (5)

                                                    JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Sarah Thibodeaux v. Sanofi, S.A.,*
*et al; Civil Action No. 2:17-cv-6338*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC only.

Dated this 16th Day of October, 2017.

                                        **DAVIS & CRUMP, P.C.**

                                        /s/ Trevor B. Rockstad
                                        Davis & Crump, P.C.
                                        Trevor.rockstad@daviscrump.com
                                        2601 14th Street
                                        Gulfport, MS 39501
                                        (228) 863-6000
                                        (228) 864-0907 (Facsimile)

                                        *Attorney for Plaintiff*