UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Jennifer Williams v. Sanofi, S.A., et al; Civil Action No. 2:17-cv-4745*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC only.

Dated this 16th Day of October, 2017.

**DAVIS & CRUMP, P.C.**

/s/ Trevor B. Rockstad
Davis & Crump, P.C.
Trevor.rockstad@daviscrump.com
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907 (Facsimile)

*Attorney for Plaintiff*