UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                      SECTION: "N"(5)

THIS DOCUMENT RELATES TO
*Sheila Matthews, et al.*
*v. Sanof, S.., et al.*
Number:  17-17731

## ORDER SETTING ORAL ARGUMENT

Oral argument on Plaintiff's Motion Motion to Compel Return on Subpoena (rec. doc. 931) will be held on November 1, 2017 at 11:00 a.m. before Magistrate Judge Michael B. North, Courtroom B-407, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 16th day of October, 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

To the Clerk:
in addition to counsel
of record, please forward
a copy of this order to:
Ochsner Legal Affairs
1450 Poydras Street, Suite 2250
New Orleans, Louisiana 70112