## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ANGELA ABEL and CHAD ALAN ABEL, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| vs. | : : | ORDER |
| | : : | Civil Action No.: 2:17-cv-01354 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COME NOW Plaintiffs Angela Abel and Chad Alan Abel, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully request leave to file their Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiffs' supporting memorandum, filed concurrently herewith, Plaintiffs request that this Court allow Plaintiffs to file their Amended Short Form Complaint.

Respectfully submitted this the 16th. day of October, 2017.

/s/ Frederick B. Darley, III
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)

(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Frederick B. Darley, III*
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)