UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ANGELA ABEL and CHAD ALAN ABEL, Plaintiffs, | : : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | : : : | ORDER Civil Action No.: 2:17-cv-01354 |
| SANOFI S.A., et al. Defendants. | : : : : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COME NOW Plaintiffs Angela Abel and Chad Alan Abel, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), submit this Memorandum in Support of their Motion for Leave to File an Amended Short Form Complaint.

The original suit was filed in this matter based upon the belief by Plaintiff Angela Abel, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on February 15, 2017, shortly after she became aware of claims associated with Taxotere use. In the original suit, only the Sanofi-related entities were named as party defendants and the Sanofi-related entities were subsequently served pursuant to the Court's Pretrial Order No. 9.

Subsequent to the filing of their original lawsuit, and after diligent and persistent investigation by counsel, Plaintiffs discovered that the Taxotere/Docetaxel at issue may not have been manufactured and/or marketed by the Sanofi-related defendants. However, despite

Case 2:16-md-02740-JTM-MBN   Document 964-8   Filed 10/16/17   Page 2 of 3

numerous attempts and considerable diligence, Plaintiffs and Plaintiffs' counsel have been unable to obtain the National Drug Code to identify the manufacturer of the Taxotere/Docetaxel administered to Plaintiff Angela Abel.  Plaintiffs' counsel has ordered and requested information from the appropriate medical providers on multiple occasions, but has been unsuccessful in obtaining information to confirm the National Drug Code or other information to identify the manufacturer of the Taxotere/Docetaxel administered to Plaintiff Angela Abel.  At the present time, Plaintiffs' counsel is working to obtain this information.

Plaintiffs' proposed Amended Short Form Complaint seeks to add additional defendant-entities as party defendants.  Based on a form provided by Defendants' Liaison Counsel showing the dates in which each defendant-entity marketed certain versions of Taxotere/Docetaxel, Plaintiffs' proposed Amended Short Form Complaint adds defendant-entities according to the Plaintiff Angela Abel's dates of chemotherapy treatments.  Specifically, Plaintiffs seek to add the following as defendants: Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.

Defendants will not be prejudiced by Plaintiffs' proposed Amended Complaint.  Plaintiffs are not seeking to raise any additional legal theories and only seek to include the proper defendants and products that form the basis of the Plaintiffs' lawsuit.  Additionally, Plaintiffs are proposing this amendment during the early stages of litigation as significant discovery remains to be completed.

Pursuant to Local Rule 7.6, Defendants have been contacted regarding their position relative to the filing of this Amended Short Form Complaint. Defendants through Doug Moore and John Olinde have been contacted and Plaintiffs' counsel has received no response.

2

For the foregoing reasons, Plaintiffs request that this Court grant leave to file Plaintiffs' proposed Amended Short Form Complaint.

Respectfully submitted this the 16th day of October, 2017.

> */s/ Frederick B. Darley, III*
> Frederick B. Darley, III
> AL State Bar No: ASB-0452-K74D
> Andy D. Birchfield, Jr.
> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
> P.O. Box 4160
> 234 Commerce Street
> Montgomery, AL 36103 (36104)
> (334) 269-2343 – Phone
> (334) 954-7555 – Fax
> Beau.Darley@BeasleyAllen.com
> Andy.Birchfield@BeasleyAllen.com
> ATTORNEYS FOR PLAINTIFFS