**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| PHYLLIS BATIE and GERAL BATIE, | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : : | ORDER Civil Action No.: 2:16-cv-16233 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Judge Engelhardt on November 8, 2017 at 9:30 a.m.

Respectfully submitted,

*/s/ Frederick B. Darley, III*
Frederick B. Darley, III
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFFS