# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SARA MULLEN, | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : : | ORDER Civil Action No.: 2:17-cv-01262 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Judge Engelhardt on November 8, 2017 at 9:30 a.m.

Respectfully submitted,

*/s/ Frederick B. Darley, III*
Frederick B. Darley, III
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFF