UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| LILLIE NORMAN, Plaintiff, | : : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | : : : : | ORDER Civil Action No.: 2:17-cv-01603 |
| SANOFI S.A., et al. Defendants. | : : | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Lillie Norman, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this the 16th day of October, 2017.

*/s/ Frederick B. Darley, III*
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone

(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Frederick B. Darley, III*
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)

2