UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| LILLIE NORMAN, | : : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | ORDER Civil Action No.: 2:17-cv-01603 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Sara Mullen, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), submits this Memorandum in Support of her Motion for Leave to File an Amended Short Form Complaint.

The original suit was filed in this matter based upon the belief by Plaintiff that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on February 24, 2017, shortly after she became aware of claims associated with Taxotere use. In the original suit, only the Sanofi-related entities were named as party defendants and the Sanofi-related entities were subsequently served pursuant to the Court's Pretrial Order No. 9.

Subsequent to the filing of her original lawsuit, and after diligent and persistent investigation by counsel, Plaintiff discovered that the Taxotere/Docetaxel at issue may not have been manufactured and/or marketed by the Sanofi-related defendants. However, despite

numerous attempts and considerable diligence, Plaintiff and Plaintiff's counsel have been unable to obtain the National Drug Code to identify the manufacturer of the Taxotere/Docetaxel administered to Plaintiff. Plaintiff's counsel has ordered and requested information from the appropriate medical providers on multiple occasions, but has been unsuccessful in obtaining information to confirm the National Drug Code or other information to identify the manufacturer of the Taxotere/Docetaxel administered to Plaintiff. At the present time, Plaintiff's counsel is working to obtain this information.

Plaintiff's proposed Amended Short Form Complaint seeks to add additional defendant-entities as party defendants. Based on a form provided by Defendants' Liaison Counsel showing the dates in which each defendant-entity marketed certain versions of Taxotere/Docetaxel, Plaintiff's proposed Amended Short Form Complaint adds defendant-entities according to Plaintiff's dates of chemotherapy treatments. Specifically, Plaintiff seeks to add the following as defendants: Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.

Defendants will not be prejudiced by Plaintiff's proposed Amended Complaint. Plaintiff is not seeking to raise any additional legal theories and only seeks to include the proper defendants and products that form the basis of her lawsuit. Additionally, Plaintiff is proposing this amendment during the early stages of litigation as significant discovery remains to be completed.

Pursuant to Local Rule 7.6, Defendants have been contacted regarding their position relative to the filing of this Amended Short Form Complaint. Defendants through Doug Moore and John Olinde have been contacted and Plaintiff's counsel has received no response.

For the foregoing reasons, Plaintiff requests that this Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Respectfully submitted this the 16th day of October, 2017.

/s/ Frederick B. Darley, III
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Frederick B. Darley, III
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)