**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| SHELLEY PEARSON, | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | ORDER |
| | : | |
| | : | Civil Action No.: 2:16-cv-17840 |
| | : | |
| SANOFI S.A., et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short

Form Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT