# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                          SECTION "N"(5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee,

IT IS ORDERED that the PSC is hereby granted an extension until October 20, 2017 to file an opposition to Defendants' Motion to Issue Written Discovery (Rec. Doc. 904).

New Orleans, Louisiana, this _____ day of October, 2017.

                                                 KURT D. ENGELHARDT
                                                 UNITED STATES DISTRICT JUDGE