UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| MARY KATHERINE GIDCOMB and JAMES GODCOMB<br><br>                       Plaintiffs,<br><br>  vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; and PFIZER INC.<br>                      Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-04972 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

    Plaintiffs, Mary Katherine Gidcomb and James Gidcomb, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. Defendants oppose this motion.

Dated October 17, 2017

                               Respectfully submitted,


                               By: /s/ Debra Humphrey
                               Debra Humphrey, Esq.
                               NY Bar 5050448
                               60 East 42nd Street, Suite 950
                               New York, New York 10165
                               Phone: (212) 702-5000
                               Fax: (212) 818-0164
                               Email: Dhumphrey@bernllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic

filing system and thereby served upon all counsel of record by electronic filing on the 28th day of

September, 2017.

MARC J. BERN & PARTNERS LLP

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com
*Attorneys for Plaintiff*