UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| JOYCE RASMUSSEN<br>    Plaintiff,<br><br> vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>    Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-04840- |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

 Plaintiff, Joyce Rasmussen, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. Defendants oppose this motion.

Dated October 17, 2017           Respectfully submitted,

                     By: /s/ Debra Humphrey
                     Debra Humphrey, Esq.
                     NY Bar 5050448
                     60 East 42nd Street, Suite 950
                     New York, New York 10165
                     Phone: (212) 702-5000
                     Fax: (212) 818-0164
                     Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

        MARC J. BERN & PARTNERS LLP

        By: /s/ Debra Humphrey
        Debra Humphrey, Esq.
        NY Bar 5050448
        60 East 42nd Street, Suite 950
        New York, New York 10165
        Phone: (212) 702-5000
        Fax: (212) 818-0164
        Email: Dhumphrey@bernllp.com
        *Attorneys for Plaintiff*