# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE ( DOCETAXEL )**
**PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| CYNTHIA GRANT<br>                    Plaintiff,<br><br>vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD<br>HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>                    Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-05013 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Cynthia Grant, by and through counsel, respectfully seek leave of Court to file an

Amended Complaint in this matter. Defendants oppose this motion.


Dated October 17, 2017                              Respectfully submitted,


                                                   By: /s/ Debra Humphrey
                                                   Debra Humphrey, Esq.
                                                   NY Bar 5050448
                                                   60 East 42nd Street, Suite 950
                                                   New York, New York 10165
                                                   Phone: (212) 702-5000
                                                   Fax: (212) 818-0164
                                                   Email: Dhumphrey@bernllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

MARC J. BERN & PARTNERS LLP

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com
*Attorneys for Plaintiff*