UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| MARY KATHERINE GIDCOMB and JAMES GODCOMB<br>        Plaintiffs,<br><br> vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; and PFIZER INC.<br>        Defendants. | **MDL NO. 2740**<br><br>**SECTION "N" (5)**<br>**JUDGE ENGLEHARDT**<br>**MAG. JUDGE NORTH**<br><br>**MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**<br><br>**Civil Action No.: 2:17-cv-04972** |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, Mary Katherine Gidcomb and James Gidcomb, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. Defendants oppose this motion.

Dated October 18, 2017 Respectfully submitted,

> By: /s/ Debra Humphrey
> Debra Humphrey, Esq.
> NY Bar 5050448
> 60 East 42nd Street, Suite 950
> New York, New York 10165
> Phone: (212) 702-5000
> Fax: (212) 818-0164
> Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

        MARC J. BERN & PARTNERS LLP

        By: /s/ Debra Humphrey
        Debra Humphrey, Esq.
        NY Bar 5050448
        60 East 42nd Street, Suite 950
        New York, New York 10165
        Phone: (212) 702-5000
        Fax: (212) 818-0164
        Email: Dhumphrey@bernllp.com
        *Attorneys for Plaintiff*