**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | **TAXOTERE (DOCETAXEL)** | **MDL NO. 2740** |
| | **PRODUCTS LIABILITY** | |
| | **LITIGATION** | **SECTION "N" (5)** |

**THIS DOCUMENT RELATES TO:**          **HON. KURT D. ENGELHARDT**
*Cheryl L. Moen, 2:17-cv-06776*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A.; Aventis Pharma S.A.; Sanofi-Aventis U.S. LLC; Sanofi US Services Inc.; Accord Healthcare, Inc.; Hospira Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Sun Pharma Global FZE;  Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis Pharma, Inc.; Actavis LLC f/k/a Actavis Inc. and Winthrop from the above-captioned action in the Taxotere (Docetaxel) ProductsLiability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  October 18, 2017                 Respectfully submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall
**Zoll & Kranz, LLC**
6620 West Central Avenue
Suite 100
Toledo, Ohio 43617
Tel: (888) 841-9623
Fax: (419) 841-9719
cara@toledolaw.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2017, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.


Dated:  October 18, 2017                                  /s/ Carasusana B. Wall
                                                          Carasusana B. Wall