# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Audrey Reed and Elliott Reed

**PLAINTIFF(S)**

**VERSUS**

Sanofi S.A.

**DEFENDANT(S)**

**CIVIL ACTION**

No. 2:17-cv-04946

SECTION: "N" (5)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion For Leave to Amend the Cmplaint is hereby set for submission before District Judge/Magistrate Judge Kurt D. Engelhardt on November 8, 2017 at 9:30 a.m.

/s/Debra Humphrey
(Signature)

Debra Humphrey
(Name)

60 E. 42nd St. Ste. 950
(Address)

New York    NY    10165
(City)    (State)    (Zip)

212-702-5000
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 18th day of October, 20 17.

/s/Debra Humphrey
**(SIGNATURE)**