UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| LORETTA MOLT and J. RONALD MOLT<br>Plaintiffs,<br><br>vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-04946 |

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, Audrey Reed and Elliott Reed, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. Defendants oppose this motion.

Dated October 18, 2017                    Respectfully submitted,

                                          By: /s/ Debra Humphrey
                                          Debra Humphrey, Esq.
                                          NY Bar 5050448
                                          60 East 42nd Street, Suite 950
                                          New York, New York 10165
                                          Phone: (212) 702-5000
                                          Fax: (212) 818-0164
                                          Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of September, 2017.

    MARC J. BERN & PARTNERS LLP

    By: /s/ Debra Humphrey
    Debra Humphrey, Esq.
    NY Bar 5050448
    60 East 42nd Street, Suite 950
    New York, New York 10165
    Phone: (212) 702-5000
    Fax: (212) 818-0164
    Email: Dhumphrey@bernllp.com
    *Attorneys for Plaintiff*