# EXHIBIT 1



# McGARTLAND
## LAW FIRM, PLLC

1300 S. University Dr., Ste. 500
Fort Worth, TX 76107

*Office* (817) 332-9300
*Toll Free* 1-866-832-9300
*Fax* (817) 332-9301
firm@mcgartland.com

September 19, 2017

**Via Federal Express Priority Overnight**

Ms. Pearl Ray
106 Bella Street
Chauvin, LA 70344

RE:   In Re: Taxotere (Docetaxel) Products Liability Litigation
      Pearl Ray v. Sanofi S.A., et al.; Civil Action No.: 2:16-cv-17031

Ms. Ray:

This will confirm our telephone conversation regarding your pending lawsuit involving your use of the drug Taxotere. It is my understanding that you do not wish to proceed with your lawsuit and would like for it to dismissed. Per your request, please accept this letter as acknowledgment of your desire to dismiss the above-referenced matter.

So that we may ask the Court to dismiss your lawsuit, please acknowledge your request to do so by signing in the space indicated below and returning same to us in the enclosed self-addressed, stamped envelope. By signing, you hereby acknowledge that you and I discussed your rights and options concerning your case and after consideration you still desire to voluntarily dismiss your case, as you do not wish to proceed any further.

If this is not your understanding or if you have any questions or concerns, please contact me immediately.

Sincerely,

*[signature: MP McGartland by RWM]*

Michael P. McGartland

Voluntary Dismissal Requested by:

_____
Print Name

_____
Signature

_____
Date