UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| PEARL RAY, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:16-cv-17031 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants as follows:

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice with Exhibits; and

2. Proposed Order.

Dated this 18th day of October, 2017.

                                           s/ *Michael P. McGartland*
                                           Michael P. McGartland
                                           TX Bar No. 13610800
                                           McGartland Law Firm, PLLC
                                           University Centre I, Suite 500
                                           1300 South University Drive
                                           Fort Worth, Texas 76107
                                           Telephone:   (817) 332-9300
                                           Facsimile:    (817) 332-9301
                                           mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 18th day of October, 2017.

                                          s/ *Michael P. McGartland*
                                          Michael P. McGartland
                                          TX Bar No. 13610800
                                          McGartland Law Firm, PLLC
                                          University Centre I, Suite 500
                                          1300 South University Drive
                                          Fort Worth, Texas 76107
                                          Telephone:   (817) 332-9300
                                          Facsimile:    (817) 332-9301
                                          mike@mcgartland.com