UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Danah Anderson v. Sanofi S.A., et al* 2:2016-cv-15493
*Bertha Renee Schmitz v. Sanofi S.A., et al* 2:2016-cv-15502
*Valesta Collins v. Sanofi S.A., et al* 2:2016-cv-15281
*Galemarie Kuchtyak v. Sanofi S.A., et al 2:*2016-cv-16235
*Kathy Folks v. Sanofi S.A., et al* 2:2016-cv-17579
*Gloria Guerra v. Accord Healthcare, Inc. 2:17-cv-07181*
*Jeanne Ojala v. Sanofi S.A., et al 2:17-cv-10267*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, Lisa R. Joyce moves the Court to grant her leave to withdraw as counsel in the above-captioned cases. In support of this Motion, she states as follows:

1. Attorneys from Stueve Siegel Hanson LLP and including Lisa R. Joyce and Gibbs Law Group have filed appearances on behalf of the Plaintiffs in the cases listed above and/or are listed as representing the plaintiffs on the complaints for the cases listed above.

2. Lisa R. Joyce will no longer be representing the Plaintiffs in these cases. She does not need notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Stueve Siegel Hanson LLP and Gibbs Law Group will continue to represent the respective Plaintiffs in the cases listed above. Therefore, the Plaintiffs will not be prejudiced by this withdrawal.

WHEREFORE, Lisa R. Joyce hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for the Plaintiffs in the above-captioned cases.

Dated: October 19, 2017

Respectfully Submitted.

| /s/ Lisa R. Joyce | -and- | /s/ Todd E. Hilton |
|---|---|---|

/s/ Lisa R. Joyce
Lisa R. Joyce MO Bar #50367
STUEVE SIEGEL HANSON LLP
460 Nichols Road Suite 200
Kansas City, MO 64112
Telephone: 816.714.7104
Fax: 816.714.7101
Email: joyce@stuevesiegel.com

-and-

/s/ Todd E. Hilton
Todd E. Hilton MO Bar #51388
Norman E. Siegel MO Bar #44378
Abby McClellan MO Bar # 66069
Jeff Scurlock MO Bar #48310
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100 tel
Facsimile: (816) 714-7101 fax
Email: siegel@stuevesiegel.com
hilton@stuevesiegel.com
mcclellan@stuevesiegel.com
scurlock@stuevesiegel.com

Karen Barth Menzies
CA Bar #180234
GIBBS LAW GROUP
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

Eric H. Gibbs CA Bar # 178658
Amy M. Zeman CA Bar #.273100
GIBBS LAW GROUP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
amz@classlawgroup.com

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 19, 2017

                                                      /s/ Lisa R. Joyce
                                                      Lisa R. Joyce