UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Danah Anderson v. Sanofi S.A., et al* 2:2016-cv-15493
*Bertha Renee Schmitz v. Sanofi S.A., et al* 2:2016-cv-15502
*Valesta Collins v. Sanofi S.A., et al* 2:2016-cv-15281
*Galemarie Kuchtyak v. Sanofi S.A., et al 2:*2016-cv-16235
*Kathy Folks v. Sanofi S.A., et al* 2:2016-cv-17579
*Gloria Guerra v. Accord Healthcare, Inc.* 2:17-cv-07181
*Jeanne Ojala v. Sanofi S.A., et al* 2:17-cv-10267

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Plaintiffs' Counsel's Motion to Withdraw as Counsel for the above-named Plaintiffs was submitted to the Court on October 19, 2017. Based on the motion and the facts in the records, IT IS HEREBY ORDERED:

Plaintiffs' Motion to Withdraw as counsel of record is hereby GRANTED. Attorney Lisa R. Joyce is hereby removed as counsel of record from the cases. Attorneys Todd E. Hilton, Norman E. Siegel, Abby E. McClellan, and Jeff E. Scurlock of Stueve Siegel Hanson LLP and Karen Barth Menzies, Eric H. Gibbs, and Amy M. Zeman of Gibbs Law Group shall remain as counsel of record for Plaintiffs in the above-named cases.

Dated:_____                        _____
                                              The Hon. Kurt D. Engelhardt