UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                                            SECTION: "N"(5)
THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

Defendants have filed a motion in this case which, including exhibits, is 144 pages in length.  (Rec. doc. 918).  The hearing on said motion being November 1, 2017, on or before October 25, 2017, counsel for Defendants shall deliver a hard copy of said motion and exhibits to the undersigned's chambers at 500 Poydras Street, Room B419.  This copy must be bound, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of the CM/ECF system.  Counsel for and the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this  20th  day of          October         , 2017.

                                                  MICHAEL B. NORTH
                                          UNITED STATES MAGISTRATE JUDGE