UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Case Substitution Protocol (Doc. 888) filed by Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Sun Pharmaceuticals Industries, Inc., and McKesson Corporation ("Defendants");

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memorandum be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion for Case Substitution Protocol is hereby entered into the Court's docket.

New Orleans, Louisiana this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE KURT D. ENGELHARDT