UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF ELECTRONICALLY STORED INFORMATION

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., who respectfully move this Court for leave to file a Reply Memorandum in support of their Motion to Compel Production of Electronically Stored Information (Rec. Doc. 977). This Reply Memorandum will be helpful to the Court in evaluating Defendants' Motion and in considering the arguments raised by Plaintiffs in their Opposition.

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and sanofi U.S. Services, Inc. respectfully request that this Court grant leave to file their Reply Memorandum in Support of their Motion to Compel Production of Electronically Stored Information.

    Respectfully submitted,

    /s/ *Douglas J. Moore*
    Douglas J. Moore (Bar No. 27706)
    **IRWIN FRITCHIE URQUHART & MOORE LLC**
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Telephone: 504-310-2100
    Facsimile: 504-310-2120
    dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
