UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Compel Production of Electronically Stored Information filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that sanofi-aventis U.S. LLC and Sanofi US Services, Inc.'s proposed Reply Memorandum in Support of Motion to Compel Production of Electronically Stored Information is hereby entered into the Court's docket.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
MAGISTRATE JUDGE MICHAEL B. NORTH