# EXHIBIT B

|              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| ------------ | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| **From:**    | Oot, Patrick L. (SHB)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| **Sent:**    | Thursday, May 25, 2017 5:15 PM                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| **To:**      | Zachary Wool (zwool@bkc-law.com); Karen Barth Menzies (kbm@classlawgroup.com); Paul McVoy (pmcvoy@metaediscovery.com); plambert@gainsben.com                                                                                                                                                                                                                                                                                                                                                                   |
| **Cc:**      | Ratliff, Harley (SHB); Byard, Adrienne L. (SHB); merrellc@gtlaw.com; 'TobermanB@gtlaw.com'; KEKelly@hinshawlaw.com; Mara Cusker Gonzalez; msuffern@ulmer.com; 'jschaefer@ulmer.com'; Suffern, Mike (msuffern@ulmer.com); Park, Julie Y. (JuliePark@mofo.com); Mara Cusker Gonzalez (maracuskergonzalez@quinnemanuel.com); Rachel Passaretti-Wu (rachelpassarettiwu@quinnemanuel.com); jwolff (jwolff@keoghcox.com); Douglas Moore (dmoore@irwinllc.com); olinde@chaffe.com; Kelly E. Brilleaux (kbrilleaux@irwinllc.com) |
| **Subject:** | Taxotere (docetaxel) MDL: Documents for 5-26-2017 Submission to Judge North                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| **Attachments:** | File - Guidance Regarding Potential Sources of Electronically Stored Information - Agreed Final (clean).pdf; File - Taxotere Protective Order - Agreed Final (clean).pdf; File - Taxotere Protective Order - Agreed Final (redlined of Judge North model).pdf; Guidance Regarding Potential Sources of Electronically Stored Information - Agreed Final (clean).docx; Taxotere ESI Protocol - Agreed Final (clean).docx; Taxotere Protective Order - Agreed Final (clean).docx; Taxotere Protective Order - Agreed Final (redlined of Judge North model).docx; Taxotere ESI Protocol - Agreed Final (clean).pdf |

Hi Zachary.

The joint defendants have met and conferred today on the PSC Guidance.

As stated in yesterday's meet and confer, Defendants may seek additional supporting ESI (chain of custody, meta-data, etc.) for specific plaintiffs under the ESI Protocol. Defendants do not agree with the PSC's position that Fact Sheets limit discovery.

Under the ESI Protocol, discovery objections are preserved for both plaintiffs and defendants and can be addressed when ripe.

With that caveat, we accept the PSC edits to final guidance. Attached please find all 4 final documents in PDF format for filing and Word format for so that we all have the latest versions:

1. Guidance Regarding Potential Sources of Electronically Stored Information
2. ESI Protocol
3. Protective Order
4. Protective Order (redlined – per Judge North's Rules)

The files include joint efforts to fix typos, etc. Please note that Section XII.A. (on return and destruction of ESI) now synergizes with the protective order.

Let us know if this works.

Upon your final review, I can work with Doug, Palmer and John to sort out the filing tomorrow and to cancel our call with Judge North.

Best,

1

Patrick

**Patrick L. Oot**
*Partner*
Shook, Hardy & Bacon L.L.P.
o: 202.639.5645 | oot@shb.com
m. 703.472.6576

