UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

### SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF PROTOCOL REGARDING *EX PARTE* CONTACT WITH PHYSICIANS

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., who respectfully move this Court for leave to file a Reply to Plaintiffs' Opposition to Defendant's Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians (Rec. Doc. 976). This Reply Memorandum will be helpful to the Court in evaluating Defendants' Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians (Rec. Doc. 917), and in considering the arguments raised by Plaintiffs in their Opposition.

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., U.S. LLC respectfully request that this Court grant leave to file their Reply Memorandum in Support of the Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*