# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that sanofi-aventis U.S. LLC and Sanofi US Services, Inc.'s proposed Reply Memorandum in Support of Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians is hereby entered into the Court's docket.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
JUDGE KURT D. ENGELHARDT