UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| PEARL RAY, | : : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:16-cv-17031 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Pearl Ray, by and through the undersigned counsel of record and files this Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** Plaintiff Ray, through the undersigned counsel, seeks dismissal of her action as she no longer wishes to pursue any claim associated with her use of Taxotere. Plaintiff Ray informed the undersigned counsel of her lack of desire to pursue this matter some months ago and since that time has ceased all communications with counsel's office. Counsel's attempts to communicate with Ms. Ray are more fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

2. **Type of Dismissal Sought:** Plaintiff Ray prays her action will be dismissed without prejudice.

3. **Status of Plaintiff's Fact Sheet:** On May 16, 2017, a PFS was submitted on behalf of Plaintiff Ray based on the information counsel was able to obtain prior to Ms. Ray choosing to not pursue her action and refusing to communicate with counsel. However, counsel was unable to obtain information to allow certain fields of the PFS to be fully completed as fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

4. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss Without Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **Grounds for the Defendants' Opposition:** Counsel for the Defendants has advised that because Plaintiff Ray had previously been designated as a Bellwether Case, the Defendants intend to oppose dismissal of her case without prejudice.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Ray prays this Court will enter an Order of Dismissal Without Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 23rd day of October, 2017.

    s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:      (817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 23rd day of October, 2017.

                                         s/ *Michael P. McGartland*
                                         Michael P. McGartland
                                         TX Bar No. 13610800
                                         McGartland Law Firm, PLLC
                                         University Centre I, Suite 500
                                         1300 South University Drive
                                         Fort Worth, Texas 76107
                                         Telephone:   (817) 332-9300
                                         Facsimile:    (817) 332-9301
                                         mike@mcgartland.com