UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| PEARL RAY, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:16-cv-17031 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants as follows:

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice;

2. Plaintiff's Memorandum Brief in Support of Motion for Voluntary Dismissal Without Prejudice with Exhibits; and

3. Proposed Order.

Dated this 23rd day of October, 2017.

                                                 s/ *Michael P. McGartland*
                                               Michael P. McGartland
                                               TX Bar No. 13610800
                                               McGartland Law Firm, PLLC
                                               University Centre I, Suite 500
                                               1300 South University Drive
                                               Fort Worth, Texas 76107
                                               Telephone:    (817) 332-9300
                                               Facsimile:     (817) 332-9301
                                               mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 23rd day of October, 2017.

    s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:      (817) 332-9301
mike@mcgartland.com