UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| PEARL RAY, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:16-cv-17031 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

**ORDER**

IT IS SO ORDERED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge