# EXHIBIT A

*Compilation of "before treatment" photographs produced by bellwether Plaintiffs before being selected for trial*

# Pearl Ray
*Submitted 5/16/2017*



Undated                               1979

# Tanya Francis
*Submitted 5/18/2017*

# No Before Photographs Produced

# Deborah Johnson
*Submitted 5/23/2017*



7/7/2007



Undated



8/18/2007



Undated

# Antoinette Durden
*Submitted 5/22/2017*



Undated

# Debra Chetta
*Submitted 5/23/2017*



Undated



Undated



Undated



Undated

# Elizabeth Kahn
*Submitted 5/20/2017*



Undated

# Barbara Earnest
*Submitted 5/16/2017*



Before chemo

(2006)

Before Chemo (2009)





Undated



Undated

# Lisa Tuyes
*Submitted 5/17/2017*



Undated

# Cynthia Thibodeaux
*Submitted 5/17/2017*



Undated



Undated

# Della Martin
*Submitted 5/20/2017*

# No Before Photographs Produced