UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO ISSUE WRITTEN DISCOVERY

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., who respectfully move this Court for leave to file a Reply Memorandum in support of their Motion to Issue Written Discovery. This Reply Memorandum will be helpful to the Court in evaluating Defendant's Motion to Issue Written Discovery (Rec. Doc. 904), and in considering the arguments raised by Plaintiffs in their Opposition (Rec. Doc. 1002).

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply Memorandum in Support of their Motion to Issue Written Discovery.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

2

>Harley Ratliff
>Adrienne L. Byard
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>
>***Counsel for sanofi-aventis U.S. LLC and sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*