**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO** <br> **ALL CASES** | |

**ORDER**

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Issue Written Discovery filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that sanofi-aventis U.S. LLC and Sanofi US Services, Inc.'s proposed Reply Memorandum in Support of Motion to Issue Written Discovery is hereby entered into the Court's docket.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
JUDGE KURT D. ENGELHARDT

00448082

1