# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>Charles v. Sanofi S.A., et al.,<br>Civil Action No. 2:17-cv-06344 | | |

## REQUEST FOR SUBPOENA

Please issue signed subpoena as noted below, pursuant to Rule 45(a)(1) and (2) of the Federal Rules of Civil Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Civil Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**
_____ set(s) for trial or hearing scheduled on: _____
                                                                                            DATE OF TRIAL OR HEARING

**DEPOSITION SUBPOENAS**
_____ Set(s) for deposition to be taken on: _____
                                                                                            DATE OF DEPOSITION

✓    **SUBPOENAS FOR PRODUCTION OR INSPECTION**

Dated: October 24, 2017                            Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Request for Subpoena has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: October 24, 2017      Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*