UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER RESETTING ORAL ARGUMENT

Oral argument on Defendants' Motion to Compel (rec. doc. 918) scheduled for November 1, 2017 is hereby RESCHEDULED for October 26, 2017, at 3:00 p.m. before Magistrate Judge Michael B. North, Courtroom B-407, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this  24th  day of  October , 2017.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE