# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION ōNö (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Guidry, Iris v. Sanofi SA, et al. Case No. 2:16-cv-15656 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated October 25, 2017

s/Andrew J. Geiger
Andrew J. Geiger (Bar No. 32467)
ALLAN BERGER AND ASSOCIATES
4173 Canal Street
New Orleans, LA   70119
Telephone: (504) 526-2222
Fax: (504) 483-8130
ageiger@bergerlawnola.com

*Counsel for Plaintiff*

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

*Counsel Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated October 25, 2017                    Respectfully submitted,


                                          s/Andrew J. Geiger
                                          ANDREW J. GEIGER (La. Bar No. 32467)
                                          Allan Berger and Associates
                                          4173 Canal Street
                                          New Orleans, LA   70119
                                          Telephone: (504) 526-2222
                                          Fax: (504) 483-8130
                                          ageiger@bergerlawnola.com