# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION õNö (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Miller, Pamela v. Sanofi SA, et al. Case No. 2:17-cv-06192 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated October 25, 2017

| | |
|---|---|
| s/Andrew J. Geiger | /s/ *Douglas J. Moore* |
| Andrew J. Geiger (Bar No. 32467) | Douglas J. Moore (Bar No. 27706) |
| ALLAN BERGER AND ASSOCIATES | IRWIN FRITCHIE URQUHART & MOORE LLC |
| 4173 Canal Street | 400 Poydras Street, Suite 2700 |
| New Orleans, LA 70119 | New Orleans, LA 70130 |
| Telephone: (504) 526-2222 | Telephone: 504-310-2100 |
| Fax: (504) 483-8130 | Facsimile: 504-310-2120 |
| ageiger@bergerlawnola.com | dmoore@irwinllc.com |
| *Counsel for Plaintiff* | *Counsel Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated October 25, 2017                    Respectfully submitted,

                                                    s/Andrew J. Geiger
                                                ANDREW J. GEIGER (La. Bar No. 32467)
                                                Allan Berger and Associates
                                                4173 Canal Street
                                                New Orleans, LA   70119
                                                Telephone: (504) 526-2222
                                                Fax: (504) 483-8130
                                                ageiger@bergerlawnola.com