## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Loretta Molt and J. Ronald Molt

**PLAINTIFF(S)**

**VERSUS**

Sanofi S.A. et al.

**DEFENDANT(S)**

**CIVIL ACTION**

**No.**  2:17-cV-08883

**SECTION:**  "N" (5)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion  For Leave to Amend the Complaint  is

hereby set for submission before District Judge/Magistrate Judge  Kurt D. Engelhardt  on

November 8, 2017  at  9:30  a .m.

/s/Debra Humphrey

(Signature)

Debra Humphrey

(Name)

60 E. 42nd St. STE 950

(Address)

New York          NY          10165

(City)          (State)          (Zip)

212-702-5000

(Telephone)

**CERTIFICATE OF SERVICE**

**I hereby certify that I have served a copy
of this document on all counsel of record
either in person or by mailing it postage
prepaid on this**  25th  **day of**
October  **, 20**  17  **.**

_____
**(SIGNATURE)**