UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| BEVELA WILSON, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:16-cv-17040 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Bevela Wilson, by and through the undersigned counsel of record and files this Unopposed Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** The undersigned counsel seeks dismissal of this action as Plaintiff Wilson has exhibited no interest in pursuing this matter. Plaintiff Wilson has ignored all attempts of contact by the undersigned counsel. By correspondence dated May 31, 2017, counsel advised Plaintiff Wilson that her refusal to cooperate in the process and provide information to complete her Plaintiff's Fact Sheet would result in dismissal of her case. The undersigned counsel has received no response to his attempts to contact Plaintiff Wilson, to date. Counsel's attempts to communicate with Ms. Wilson are more fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

2. **Type of Dismissal Sought:** Counsel for Ms. Wilson prays her action will be dismissed without prejudice.

3. **Status of Plaintiff's Fact Sheet:** On May 22, 2017, a PFS was submitted on behalf of Plaintiff Wilson based on the information counsel was able to obtain prior to Ms. Wilson ceasing communication with counsel. However, counsel was unable to obtain executed authorizations or information to allow certain fields of the PFS to be fully completed as fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

4. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss Without Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **No Opposition by Defendants:** Counsel for the Defendants has advised that the Defendants do not intend to oppose dismissal of her case without prejudice.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Wilson prays this Court will enter an Order of Dismissal Without Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 25th day of October, 2017.

      s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Unopposed Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 25th day of October, 2017.

    s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:	(817) 332-9300
Facsimile:	(817) 332-9301
mike@mcgartland.com