# EXHIBIT 1



1300 S. University Dr., Ste. 500

Fort Worth, TX 76107

October 3, 2017

*Office* (817) 332-9300

*Toll Free* 1-866-832-9300

*Fax* (817) 332-9301

firm@mcgartland.com

**VIA EMAIL AND U.S. MAIL**

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108
hratliff@shb.com
kbieri@shb.com

Douglas J. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
dmoore@irwinllc.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
olinde@chaffe.com

Dawn Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
barrios@bkc-law.com

Palmer Lambert
Gainsburgh Benjamin David Meunier &
Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
plambert@gainsben.com

> RE: Motion for Voluntary Dismissal Without Prejudice Pursuant to PTO 54 for the following cases:
>
> (1) Pearl Ray v. Sanofi, S.A., et al.; 2:16-cv-17031
> (2) Christine Tolefree v. Sanofi, S.A., et al.; 3:16-cv-15318
> (3) Bevela Wilson v. Sanofi, S.A., et al.; 2:16-cv-17040
> (4) Marlon Wooten v. Sanofi, S.A., et al; 2:16-cv-17008

Dear Counsel:

In accordance with PTO 54 entered on or about July 21, 2017, the following will serve as notice of our intent to file a Motion for Voluntary Dismissal Without Prejudice on behalf of each of the plaintiffs in the four (4) above-styled and numbered actions fourteen (14) days from the date of this correspondence. This correspondence will further serve to confirm my previous telephone conversations with Counsel for the Sanofi Defendants, Kelly Bieri of Shook, Hardy & Bacon LLP, regarding our request for voluntary dismissal without prejudice in each of the above-referenced matters.

October 3, 2017
Page 2

    As I discussed with Ms. Bieri both last week and again earlier today, our office has been unable to communicate with the four (4) plaintiffs listed above. In the case of Plaintiff Tolefree, unfortunately, our office has been advised Ms. Tolefree has passed away and we have been unable to locate any heir and/or representative to act on her behalf. Plaintiff Ray has informed our office she no longer wishes to pursue her claim and has now ceased all communication. Consequently, we are unable to pursue a claim on behalf of these plaintiffs and asked that we be allowed to dismiss their claims without prejudice.

    During our telephone conversation earlier today, Ms. Bieri advised the Sanofi Defendants intend to oppose any Motion for Voluntary Dismissal Without Prejudice filed on behalf of these plaintiffs. However, Ms. Bieri did not provide us with "the grounds for such opposition" as required by PTO 54. Consequently, we ask that you provide us with the defendants' grounds for opposing our requests for dismissal without prejudice as to these plaintiffs to allow us to comply with the Court's requirements.

    Thank you for your attention to this matter and we look forward to receiving your grounds for opposing our requests to dismiss these actions without prejudice.

Best regards,

Michael P. McGartland