**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| BEVELA WILSON, | : | JUDGE ENGELHARDT |
| | : | |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | |
| | : | Civil Action No. 2:16-cv-17040 |
| SANOFI S.A., AVENTIS PHARMA S.A., and | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and | : | |
| Doing business as WINTHROP U.S. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This matter having been brought on for hearing on Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice, and the Court having been advised Defendants do not oppose same, finds the motion is well-taken and should be, and hereby is, granted.

IT IS SO ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, without prejudice, each party to bear their own costs.

Signed, this_____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge