UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| MARLON WOOTEN, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | Civil Action No. 2:16-cv-17008 |
| Defendants. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Marlon Wooten, by and through the undersigned counsel of record and files this Unopposed Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** Plaintiff Wooten, through the undersigned counsel, seeks dismissal of her action as she no longer wishes to pursue any claim associated with her use of Taxotere. Plaintiff Wooten informed the undersigned counsel of her lack of desire to pursue this matter some months ago and since that time has ceased all communications with counsel's office. Counsel's attempts to communicate with Ms. Wooten are more fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

2. **Type of Dismissal Sought:** Plaintiff Wooten prays her action will be dismissed without prejudice.

3. **Status of Plaintiff's Fact Sheet:** On May 22, 2017, a PFS was submitted on behalf of Plaintiff Wooten based on the information counsel was able to obtain prior to Ms. Wooten choosing to not pursue her action and refusing to communicate with counsel. However, counsel was unable to obtain executed authorizations or information to allow certain fields of the PFS to be fully completed as fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

4. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss Without Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **No Opposition by Defendants:** Counsel for the Defendants has advised that the Defendants do not intend to oppose dismissal of her case without prejudice.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Wooten prays this Court will enter an Order of Dismissal Without Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 25th day of October, 2017.

         s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Unopposed Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 25th day of October, 2017.

                                           s/ *Michael P. McGartland*
                                           Michael P. McGartland
                                           TX Bar No. 13610800
                                           McGartland Law Firm, PLLC
                                           University Centre I, Suite 500
                                           1300 South University Drive
                                           Fort Worth, Texas 76107
                                           Telephone:   (817) 332-9300
                                           Facsimile:    (817) 332-9301
                                           mike@mcgartland.com