UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| MARLON WOOTEN, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:16-cv-17008 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants as follows:

1. Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice;

2. Plaintiff's Memorandum Brief in Support of Unopposed Motion for Voluntary Dismissal Without Prejudice with Exhibits; and

3. Proposed Order.

Dated this 25th day of October, 2017.

                                            s/ *Michael P. McGartland*
                                            Michael P. McGartland
                                            TX Bar No. 13610800
                                            McGartland Law Firm, PLLC
                                            University Centre I, Suite 500
                                            1300 South University Drive
                                            Fort Worth, Texas 76107
                                            Telephone:    (817) 332-9300
                                            Facsimile:     (817) 332-9301
                                            mike@mcgartland.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 25th day of October, 2017.

                                           s/ *Michael P. McGartland*
                                           Michael P. McGartland
                                           TX Bar No. 13610800
                                           McGartland Law Firm, PLLC
                                           University Centre I, Suite 500
                                           1300 South University Drive
                                           Fort Worth, Texas 76107
                                           Telephone:   (817) 332-9300
                                           Facsimile:    (817) 332-9301
                                           mike@mcgartland.com