# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 2740** |
| **MARLON WOOTEN,** | : : | **SECTION "N" (5) JUDGE ENGELHARDT** |
| Plaintiff, | : : | **MAG. JUDGE NORTH** |
| vs. | : : | |
| **SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S.** | : : : : | **Civil Action No. 2:16-cv-17008** |
| Defendants. | : : | |

## ORDER

This matter having been brought on for hearing on Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice, and the Court having been advised Defendants do not opposed same, finds the motion is well-taken and should be, and hereby is, granted.

IT IS SO ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge