UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHRISTINE TOLEFREE, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:16-cv-15318 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Christine Tolefree, by and through the undersigned counsel of record and files this Unopposed Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** The undersigned counsel seeks dismissal of Plaintiff Tolefree's action as counsel has been advised Ms. Tolefree has passed away. Despite inquiry, counsel is not aware of the existence of any heirs and/or representatives of Ms. Tolefree to pursue this cause of action.

2. **Type of Dismissal Sought:** Counsel prays this action will be dismissed without prejudice.

3. **Status of Plaintiff's Fact Sheet:** No PFS has been submitted in this matter as counsel has been unable to obtain the necessary information due to Plaintiff Tolefree's passing.

4. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the

Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss Without Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **No Opposition by Defendants:** Counsel for the Defendants has advised that the Defendants do not intend to oppose dismissal of her case without prejudice.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Wooten prays this Court will enter an Order of Dismissal Without Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 25th day of October, 2017.

   s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Unopposed Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 25th day of October, 2017.

                                                   s/ *Michael P. McGartland*
                                                 Michael P. McGartland
                                                 TX Bar No. 13610800
                                                 McGartland Law Firm, PLLC
                                                 University Centre I, Suite 500
                                                 1300 South University Drive
                                                 Fort Worth, Texas 76107
                                                 Telephone:    (817) 332-9300
                                                 Facsimile:     (817) 332-9301
                                                 mike@mcgartland.com