UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| CHRISTINE TOLEFREE, | : : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:16-cv-15318 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

**PLAINTIFF'S MEMORANDUM BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Christine Tolefree, by and through the undersigned counsel of record and files this Memorandum Brief in Support of her Unopposed Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

**REASON(S) FOR SEEKING DISMISSAL**

1. Counsel for Plaintiff Tolefree seeks dismissal of Plaintiff Tolefree's action as counsel has been advised Ms. Tolefree has passed away.  Despite inquiry, counsel is not aware of the existence of any heir(s) and/or representative of Ms. Tolefree to pursue this cause of action.

2. After being advised of Ms. Tolefree's passing, counsel sent correspondence to Ms. Tolefree's last known address seeking contact with her heir(s) and/or representative.  A copy of counsel's September 12, 2107, correspondence has been attached hereto as Exhibit

1. The undersigned counsel has not been contacted by any heir and/or representative of Ms. Tolefree to date.

### PLAINTIFF SEEKS DISMISSAL WITHOUT PREJUDICE

3. Counsel for Plaintiff Tolefree prays her action will be dismissed without prejudice.

### STATUS OF PLAINTIFF RAY'S PLAINTIFF'S FACT SHEET (PFS)

4. No Plaintiff's Fact Sheet has been submitted on behalf of Ms. Tolefree as counsel was unable to secure the necessary information to complete same.

### COUNSEL'S CERTIFICATION AS REQUIRED BY PTO NO. 54 REGARDING COMMUNICATION WITH COUNSEL

5. As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss Without Prejudice more than fourteen (14) days prior to the instant filing.

6. On October 3, 2017, the undersigned counsel notified Defense and Liaison counsel in writing of his intent to seek a Voluntary Dismissal Without Prejudice on behalf of Plaintiff Wooten. A copy of said correspondence has been attached hereto as Exhibit 2.

### NO OPPOSITION FROM DEFENDANTS

7. Following the October 3rd correspondence, the undersigned counsel spoke by phone with Counsel for the Defendants, Harley Ratliff. Mr. Ratliff advised that the Defendants do not intend to oppose dismissal of her case without prejudice.

8. Defendants' non-opposition was documented by correspondence dated October 9, 2017, a copy of which has been attached hereto as Exhibit 3.

2

WHEREFORE, PREMISE CONSIDERED, Counsel for Plaintiff Tolefree prays this Court will enter an Order of Dismissal Without Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 25th day of October, 2017.

>s/ *Michael P. McGartland*
>Michael P. McGartland
>TX Bar No. 13610800
>McGartland Law Firm, PLLC
>University Centre I, Suite 500
>1300 South University Drive
>Fort Worth, Texas 76107
>Telephone:    (817) 332-9300
>Facsimile:    (817) 332-9301
>mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Unopposed Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 25th day of October, 2017.

>s/ *Michael P. McGartland*
>Michael P. McGartland
>TX Bar No. 13610800
>McGartland Law Firm, PLLC
>University Centre I, Suite 500
>1300 South University Drive
>Fort Worth, Texas 76107
>Telephone:    (817) 332-9300
>Facsimile:    (817) 332-9301
>mike@mcgartland.com