# EXHIBIT 1



# McGARTLAND
LAW FIRM, PLLC

1300 S. University Dr., Ste. 500

Fort Worth, TX 76107

*Office* (817) 332-9300

*Toll Free* 1-866-832-9300

*Fax* (817) 332-9301

firm@mcgartland.com

September 12, 2017

**Via Certified Mail, Return Receipt Requested**
**7016 1970 0000 9147 4800**

Representative and/or Heir(s) of
Christine Tolefree
3800 Yarbro St. #227
Jackson, MS 39204

    Re:   *Christine Tolefree v. Sanofi S.A., et al.; Case No. 3:16-cv-15318*
           In the United States District Court for the Eastern District of Louisiana

To Whom it May Concern:

    It is our understanding that Ms. Tolefree passed away after the filing the above-referenced lawsuit. Our office is unaware of any heirs of Ms. Tolefree's that have come forward to pursue this litigation and we are also unaware of any estate that has been established. Therefore, we must file a Notice of Voluntary Dismissal Without Prejudice as we are unable to move forward with this matter. Enclosed you will find a copy of the dismissal which will be filed within seven (7) days of the date of this letter unless we receive notice that Ms. Tolefree's heirs wish to pursue this matter.

    Thank you in advance for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact this office.

Sincerely,

Michael P. McGartland

MPM: sj
Enclosures