# EXHIBIT 3



1300 S. University Dr., Ste. 500
Fort Worth, TX 76107

Office (817) 332-9300
Toll Free 1-866-832-9300
Fax (817) 332-9301
firm@mcgartland.com

October 9, 2017

**VIA EMAIL AND U.S. MAIL**

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108
hratliff@shb.com
kbieri@shb.com

Douglas J. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
dmoore@irwinllc.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
olinde@chaffe.com

Dawn Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
barrios@bkc-law.com

Palmer Lambert
Gainsburgh Benjamin David Meunier &
Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
plambert@gainsben.com

> RE: Motion for Voluntary Dismissal Without Prejudice Pursuant to PTO 54 for the following cases:
> (1) Pearl Ray v. Sanofi, S.A., et al.; 2:16-cv-17031
> (2) Christine Tolefree v. Sanofi, S.A., et al.; 3:16-cv-15318
> (3) Bevela Wilson v. Sanofi, S.A., et al.; 2:16-cv-17040
> (4) Marlon Wooten v. Sanofi, S.A., et al; 2:16-cv-17008

Dear Harley:

Thank you for taking the time last Thursday, October 5, 2017, to clarify the Sanofi Defendants' position regarding dismissal without prejudice of the above-referenced matters. This correspondence will serve to document our telephone conversation in accordance with PTO 54.

It is now our understanding the Sanofi Defendants do not intend to oppose our dismissal without prejudice in the Christine Tolefree, Bevela Wilson, and Marlon Wooten cases. However, because the *Ray* case was previously designated as a bellwether selection, the Sanofi Defendants will oppose any motion to dismiss her case without prejudice. If our understanding of Defendants' position is incorrect, please let us know at your earliest convenience.

Counsel
October 9, 2017
Page 2

    Thank you again for your courtesy in this matter and we will proceed with filing our motions to dismiss accordingly unless we hear differently from you.

Best regards,

Michael P. McGartland