UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHRISTINE TOLEFREE, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:16-cv-15318 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants as follows:

1. Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice;

2. Plaintiff's Memorandum Brief in Support of Unopposed Motion for Voluntary Dismissal Without Prejudice with Exhibits; and

3. Proposed Order.

Dated this 25th day of October, 2017.

                                                   s/ *Michael P. McGartland*
                                                 Michael P. McGartland
                                                 TX Bar No. 13610800
                                                 McGartland Law Firm, PLLC
                                                 University Centre I, Suite 500
                                                 1300 South University Drive
                                                 Fort Worth, Texas 76107
                                                 Telephone:    (817) 332-9300
                                                 Facsimile:     (817) 332-9301
                                                 mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 25th day of October, 2017.

    s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com