UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

| | |
|---|---|
| WILLIAM W. BLEVINS<br>CLERK | 500 POYDRAS ST., ROOM C-151<br>NEW ORLEANS, LA 70130 |

October 27, 2017

Clerk
Superior Court of Delaware
New Castle County
500 North King Street
Wilmington, DE 19801

**In Re:**
**Taxotere (Docetaxel)MDL Remand Order**
**17-1891, 17-2874, 17-2891, 17-3871,**
**17-3893, 17-3895, 17-3896, 17-3905,**
**17-3908, 17-3909, 17-3910, 17-3911,**
**17-3912, 17-3917, 17-3933, 17-3935,**
**17-3938, 17-3939, 17-3941, 17-3947,**
**17-3948, 17-3952, 17-3952, 17-3953,**
**17-3954, 17-3960, 17-3962, 17-3964,**
**17-3965, 17-3968, 17-3969, 17-3970,**
**17-3974, 17-3975, 17-3976, 17-3978,**
**17-3979, 17-4008, 17-4009, 17-4011,**
Dear Sir:  **17-4016, 17-4017, 17-4020, 17-4021,**
**17-4023, 17-4025, 17-4028, 17-5419**

    I am enclosing herewith a certified copy of an order entered by this court on October 24, 2017 remanding the above-entitled cases to your court.

Very truly yours,

WILLIAM W. BLEVINS, CLERK

By: _____

Deputy Clerk

Enclosure

**Superior Court of Delaware**
New Castle County
500 North King Street
Wilmington, DE 19801