**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:       **TAXOTERE (DOCETAXEL)**      **MDL NO. 2740**
                **PRODUCTS LIABILITY**
                **LITIGATION**              **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**      **HON. KURT D. ENGELHARDT**
*Mary Royalty, 2:17-cv-11101*

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a

Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S., LLC from the above-captioned action in the

Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own

attorneys' fees and costs.

Dated:  October 26, 2017               Respectfully submitted,

                                     /s/ Alyssa White.
                                     Alyssa White
                                     Texas Bar No., 24073014
                                     Federal Bar No. 1503719
                                     **Johnson Law Group**
                                     2925 Richmond Ave, Suite 1700
                                     Houston, TX 77098
                                     Tel: (713) 626-9336
                                     Fax: (713) 583-9460
                                     awhite@johnsonlawgroup.com

                                     *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 26, 2017, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.


Dated: October 26, 2017                         /s/ Alyssa White

                                             Alyssa White.