## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Deborah Payne,<br><br>v.<br><br>Sanofi-Aventis U.S. LLC, et al. | HON. KURT D. ENGELHARDT<br><br><br>Case No. 2:17-cv-01768 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated October 26, 2017

/s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com

*Counsel for Plaintiff*

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

*Counsel Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated October 26, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Dennis C. Reich*
　　　　　　　　　　　　　　　　　　　　Dennis C. Reich (TX #16739600)
　　　　　　　　　　　　　　　　　　　　REICH AND BINSTOCK, LLP
　　　　　　　　　　　　　　　　　　　　Whitney Bank Bldg. River Oaks
　　　　　　　　　　　　　　　　　　　　4265 San Felipe #1000
　　　　　　　　　　　　　　　　　　　　Houston, TX 77027
　　　　　　　　　　　　　　　　　　　　Phone: (713) 622-7271
　　　　　　　　　　　　　　　　　　　　dreich@reichandbinstock.com