UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N"(5)

THIS DOCUMENT RELATES TO:
ALL CASES

# ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee (Rec. Doc. 971),

**IT IS ORDERED** that the PSC is hereby granted an extension until October 20, 2017 to file an opposition to Defendants' Motion to Issue Written Discovery (Rec. Doc. 904).

New Orleans, Louisiana, this  25th  day of October, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE