UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Case Substitution Protocol (Doc. 888) filed by Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Sun Pharmaceuticals Industries, Inc., and McKesson Corporation ("Defendants");

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memorandum be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion for Case Substitution Protocol is hereby entered into the Court's docket.

New Orleans, Louisiana this 25th day of October, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

00447411

1