UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that sanofi-aventis U.S. LLC and Sanofi US Services, Inc.'s proposed Reply Memorandum in Support of Motion for Entry of a Protocol Regarding *Ex Parte* Contact with Physicians is hereby entered into the Court's docket.

New Orleans, Louisiana this 25th day of October, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00447452

1