UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Issue Written Discovery filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that sanofi-aventis U.S. LLC and Sanofi US Services, Inc.'s proposed Reply Memorandum in Support of Motion to Issue Written Discovery is hereby entered into the Court's docket.

New Orleans, Louisiana this  25th  day of       October      , 2017.

                                       _____
                                       KURT D. ENGELHARDT
                                       UNITED STATES DISTRICT JUDGE