# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | Section "N" (5) |
| *Robin Castagnola v. Sanofi S.A. et. al* | HON. KURT D. ENGELHARDT |
| Case No. 2:17-cv-03864 | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Plaintiff's Motion to Substitute Counsel (Rec. Doc. 875) was submitted to the Court on September 26, 2017. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel of record is hereby GRANTED. Attorneys Eric H. Gibbs, Karen Barth Menzies, Andre M. Mura, and Amy M. Zeman are hereby removed as counsel of record from case no. 2:17-cv-03864. Attorneys Christopher L. Coffin and Jessica Perez shall be substituted in as counsel of record for Plaintiff Robin Castagnola.

New Orleans, Louisiana this  26th  day of  October , 2017 .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**