UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:     SECTION "N" (5)
ALL CASES

## ORDER AND REASONS

Presently before the Court is Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. 494). Plaintiffs, through the Plaintiffs' Steering Committee, have filed Plaintiffs' Opposition to Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s Motion to Dismiss Claims Barred by the Applicable Statute of Limitations, and Alternatively, Plaintiff's Request to Continue the Submission Date (Rec. Doc. 663), to which Defendants have replied (Rec. Doc. 771). Having carefully considered the parties' supporting and opposing submissions, the record, and the applicable law, **IT IS ORDERED** that Defendants' motion is **DENIED WITHOUT PREJUDICE**.

Out of prudence, and without discounting any of Defendants' arguments, the Court declines to entertain the motion at this time. The Court finds that it is more appropriate to address this type of motion once a flight of plaintiffs has been examined through discovery. Thus, such motion would be ripe for this Court's consideration after the first scheduled bellwether trial in this MDL.

New Orleans, Louisiana, this 26th day of October 2017.

                                               KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE