BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:　　　　　　　　HON. KURT D. ENGELHARDT
*Fannie Hudson v. Sanofi, S.A. et al.*,
Case No. 2:17-cv-7349

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for client, Fannie Hudson, in civil action no. 2:17-cv-7349 for the following reasons:

1. Ms. Hudson has been non-responsive to all correspondence from Gomez Trial Attorneys, including U.S. Mail, Electronic Mail, Federal Express, and Certified Mail with return receipt requested.

2. Ms. Hudson is also non-responsive to telephone calls from Gomez Trial Attorneys made on September 22nd, 2017, September 26th, 2017, October 2nd, 2017 and October 13th, 2017. On three (3) occasions with response from Ms. Hudson on September 14th, 2017, October 4th, 2017 and October 24th, 2017 she was uncooperative.

3. Gomez Trial Attorneys sent correspondence to Ms. Hudson via U.S. Mail on July 28th, 2017, September 22nd, 2017, September 29th, 2017 and October 16th, 2017. Ms. Hudson remains non-responsive to all written correspondence.

4. Ms. Hudson fails to uphold the representation agreement with Gomez Trial Attorneys, and fails to participate, cooperate and respond to counsel regarding her case.

5. Ms. Hudson has been non-responsive to all attempts from Gomez Trial Attorneys to communicate with her in order to receive back her completed court-ordered Plaintiff Fact Sheet.

6. Attached hereto as Exhibit 1 is a true and correct copy of correspondence sent to Ms. Hudson, notifying her of counsel's intent to withdraw and providing her all upcoming court dates and deadlines. This correspondence was sent via Certified Mail/Return Receipt. Gomez Trial Attorneys received the return receipt on October 24th, 2017, with Ms. Hudson's signature.

Gomez Trial Attorneys shall be relieved of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Fannie Hudson, at the following contact information:

Fannie Hudson
328 Griffin Rd.
Lamar, MS 38642
Tel. No.: (901) 530-7050

Dated: October 27, 2017                     Respectfully submitted,

                                            GOMEZ TRIAL ATTORNEYS

                                             /s/Lindsay R. Stevens
                                            John H. Gomez (CA Bar # 171485) T.A.
                                            Ahmed S. Diab (CA Bar # 262319)
                                            Lindsay R. Stevens (CA Bar # 256811)
                                            655 West Broadway, Suite 1700
                                            San Diego, California 92101
                                            Telephone: (619) 237-3490
                                            Facsimile: (619) 237-3496
                                            *john@thegomezfirm.com*
                                            *adiab@thegomezfirm.com*
                                            *lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      */s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1