# EXHIBIT 1



October 16, 2017

*Sent Via Certified Mail/Return Receipt:*
Fannie Hudson
328 Griffin Rd.
Lamar, MS 38642

RE:   Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Hudson,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. Our office has called you via telephone on September 14th, September 22nd, September 26th, October 2nd, October 4th, October 13th (on your emergency number as well), and sent correspondence via U.S. Mail on July 28th, September 22nd and correspondence sent via FedEx with delivery receipt on September 29th, we now must take steps to withdraw as counsel in your case. To that end, **we will be filing an ex-parte motion to withdraw as your counsel on October 23rd, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case. **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). The extended deadline for your PFS is now October 27th, 2017, and it would already be deemed deficient but for our request to defendants for an extension**. These documents were first mailed to you on July 28th, 2017 and we have tried to follow up with you several times since then to finalize your PFS for service. Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction
- 10/16/2017 - Taxotere Master Answer Due by All Defendants
- 10/31/2017 – L/D to Submit Exhibit A as to Amended PO No. 60

   **Bellwether Trials**
   1. Chetta, Debra 2:16-cv-17731
   2. Durden, Antoinette 2:16-cv-16635



   3. Earnest, Barbara 2:16-cv-17144
   4. Francis, Tanya 2:16-cv-17410
   5. Johnson, Deborah 2:16-cv-15607
   6. Kahn, Elizabeth 2:16-cv-17039
   7. Martin, Della 2:16-cv-15678
   8. Ray, Pearl 2:16-cv-17031
   9. Thibodeaux, Cynthia 2:16-cv-15859
   10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North
- 

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts
- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial



      To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 23rd, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.   Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday, October 23rd, 2017.  <u>If we do not hear from you by Monday October 23rd, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.</u>**

      Thank you for your prompt attention to this matter.

      Very Truly Yours,

      Lindsay R. Stevens, Esq.



USPS TRACKING #

9590 9402 1626 6053 0955 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

RECEIVED OCT 2 3 2017

● Sender: Please print your name, address, and ZIP+4® in this box●

GOMEZ
Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

Attn: Lupe Felix
Re: Taxotere – Hudson, Fannie

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fannie Hudson
328 Griffin Rd.
Lamar, MS 38642



9590 9402 1626 6053 0955 71

2. Article Number *(Transfer from service label)*

7013 2250 0000 0433 2367

A. Signature
X *Fannie Hudson*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
10/18/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt