BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:     HON. KURT D. ENGELHARDT
*Fannie Hudson v. Sanofi, S.A. et al.*,
Case No. 2:17-cv-7349

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____day of _____, 2017, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1