UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Barbara Grace Finnegan
Case No.: 16-cv-17791

## PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO AMEND HER COMPLAINT

**NOW COMES** Plaintiff Barbara Finnegan, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff filed her original Complaint on December 27, 2016, and served Defendants pursuant to PTO 9. In her original and short form Complaint, Plaintiff named Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC as Defendants. Around May 2017, counsel for Plaintiff received National Drug Code information from Ms. Finnegan's health provider that indicated that Ms. Finnegan was treated with docetaxel manufactured by Accord Healthcare, Inc.

Therefore, Plaintiff's proposed amendment would reflect this correction by removing the Sanofi entities as Defendants and substituting Accord Healthcare, Inc., as the proper Defendant. Plaintiff's counsel has conferred with Defendant Liaison Counsel, who did not respond to Plaintiff's request. However, Plaintiff believes that Defendant's would not oppose this Motion, because no Defendant will be prejudiced, and because its sole purpose is to properly identify the

Docetaxel product that was used in Plaintiff's case. For these reasons, Plaintiff requests that this Court grant leave to file an amended Complaint.

Respectfully Submitted,

Dated: October 30, 2017            **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**