UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| _____, | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | Civil Action No.: |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | |
| Defendant(s). | |

TO:

## CERTIFICATE CONFIRMING PLAINTIFF'S USE OF TAXOTERE AS TREATMENT FOR BREAST CANCER

I, __Amol Rakkar__ hereby certify and confirm that I treated __Barbara Finnegan__, Plaintiff in the above captioned matter, with the following chemotherapy medication:

| | | | |
|---|---|---|---|
| ☐ | Taxotere- | Sanofi Aventis US | |
| ☐ | Docetaxel | Winthrop US | NDC 0955-1020-01 |
| ☐ | | | NDC 0955-1021-04 |
| ☐ | Docetaxel-Anhydrous | Hospira, Inc. | NDC 0409-0201-02 |
| ☐ | | | NDC 0409-0201-10 |
| ☐ | | | NDC 0409-0201-20 |
| ☐ | | | NDC 0409-0201-25 |
| ☐ | | | NDC 0409-0201-26 |
| ☐ | | | NDC 0409-0201-27 |
| ☐ | Docefrez | Sun Pharma | |
| ☐ | Docetaxel-Anhydrous | Mckesson Packaging | NDC 63739-932-11 |
| ☐ | | | NDC 63739-971-17 |
| ☐ | Docetaxel | Sandoz | NDC 66758-080-01 |
| ☐ | | | NDC 66758-080-02 |
| ☐ | | | NDC 66758-080-03 |
| ☒ | Docetaxel | Accord Healthcare | NDC 16729-120-49 |

| | | | NDC |
|---|---|---|---|
| ☐ | | | NDC 16729-228-50 |
| ☐ | Docetaxel | Apotex, Inc. | |
| ☐ | Docetaxel-Anhydrous | Accord Healthcare | NDC 16729-267-63 |
| ☐ | | | NDC 16729-267-64 |
| ☐ | | | NDC 16729-267-65 |
| ☐ | | | NDC 16729-231-63 |
| ☐ | | | NDC 16729-231-64 |
| ☐ | | | NDC 16729-231-65 |
| ☐ | Docetaxel | Sagent Pharmaceuticals | NDC 25021-222-01 |
| ☐ | | | NDC 25021-222-04 |
| ☐ | | | NDC 25021-222-07 |
| ☐ | Docetaxel-Anhydrous | Pfizer Laboratories | NDC 0069-9141-11 |
| ☐ | | | NDC 0069-9141-22 |
| ☐ | | | NDC 0069-9142-11 |
| ☐ | | | NDC 0069-9142-22 |
| ☐ | | | NDC 0069-9144-11 |
| ☐ | Docetaxel | Actavis Pharma | NDC 45963-734-54 |
| ☐ | | | NDC 45963-765-52 |
| ☐ | | | NDC 45963-781-74 |
| ☐ | | | NDC 45963-790-56 |
| ☐ | Docetaxel | Dr. Reddys Lab LTD | NDC 43598-258-11 |
| ☐ | | | NDC 43598-259-40 |
| ☐ | Docetaxel | Sandoz | NDC 66758-950-02 |
| ☐ | | | NDC 66758-950-03 |
| ☐ | Docetaxel-Anhydrous | Teva Pharms USA | NDC 0703-5720-01 |
| ☐ | | | NDC 0703-5730-01 |
| ☐ | Docetaxel-Anhydrous | Northstar RX LLC | NDC 16714-465-01 |
| ☐ | | | NDC 16714-500-01 |
| ☐ | Docetaxel | Eagle Pharmaceuticals | NDC 42367-121-25 |
| ☐ | | | NDC 42367-121-29 |

DONE THIS THE 15 DAY OF May, 2017

_Katha_
Doctor, M.D.

Sworn and subscribed before me this the 15 day of May, 2017

_Anita J. Brucato_
NOTARY PUBLIC

My commission expires: 5/31/2017



ANITA J BRUCATO
Notary Public - Arizona
Maricopa County
My Comm. Expires May 31, 2017

**Jesse Cranmer**

| | | |
|---|---|---|
| 11153 | DIPHENHYDRAMNE 50MG VL 25X1ML | 00641-0376-25 |
| 41119 | DOCETAXEL 160MG/8ML RTU MDV | 16729-0267-65 |
| 41468 | DOCETAXEL 80MG/4ML RTU MDV | 16729-0267-64 |
| 10759 | DOXORUBICIN 200MG/100ML MDVSOL | 00703-5040-01 |

41119  GEN  DOCETAXEL 160MG/8ML RTU MDV  Each  SOL
ACCORD HEALTHCARE, INC
NDC: 16729-0267-65

41468  GEN  DOCETAXEL 80MG/4ML RTU MDV  Each  SOL
ACCORD HEALTHCARE, INC
NDC: 16729-0267-64

*This is the Taxotere (Docetaxel) we used during - Her Treatment Time Frame*

*Jesse*

Jesse Cranmer  CPhT.
Pharmacy Technician Team Lead
9250 West Thomas Rd. Suite #150
Phoenix AZ, 85037

Jcranmer@pvhomed.com

Main (623) 478-8091
Pharmacy (602) 375-6222  Ext. 2620
Fax (602) 644-3689

1