# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | **SECTION "N" (5)** |

THIS DOCUMENT RELATES TO:

Joyce D. Carter
Case No.: 17-cv-00963

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2017

_____

The Hon. Kurt D. Engelhardt