## CERTIFICATE OF AUTHENTICITY OF PRODUCT ID ADMINISTERED

PATIENT NAME: Joyce Carter

DATE OF BIRTH: 9/17/1956

TREATMENT PERIOD: 5/2015 – 7/2015

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANOFI AVENTIS US LLC d/b/a WINTRHOP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☒ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-54

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

NO NDC INFORMATION EXISTS FOR THIS PATIENT, ALTHOUGH OUR FACILITY USED THE ABOVE PRODUCT DURING THEIR TREATMENT PERIOD.
☐ SEE PRODUCT ABOVE.

_Peg Diegel_
SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER

PEG DIEGEL
PRINTED NAME & TITLE OF REPRESENTATIVE

9-5-17
DATE

_____
CITY, STATE, ZIP

8239524 v1



**McKESSON**
McKesson
Specialty Health

McKesson Specialty Care Dist.
401 Mason Road
LA VERGNE, TN 37086
(800) 482-6700
mscs.mckesson.com

# INVOICE

Page 1 of 2

| Billing No. | Billing Date | Customer No. |
|---|---|---|
| 308968276 | 05-06-2015 | 56976 |

**Purchase Order No.**
LYNX_POLL_150506130017

| Ordered By | Order Taken By |
|---|---|
|  | Lynx Mobile |

**Order Reason**

CHOICE NET 10

**Ship-to**
BAYVIEW ONCOLOGY ASSOCIATES
TOLEDO CLINIC INC
2751 BAY PARK DR #206
OREGON, OH 43616

**Bill-to:**
TOLEDO CLINIC INC
TOLEDO CLINIC INC
4235 SECOR ROAD
TOLEDO, OH 43623

| Sales Order No. / Order Date / Delivery No. | NDC / MFR Item No. / Catalog No. | Material No. / Material Description | Bill Qty / Unit | Unit Price | Tax | Extended Amount |
|---|---|---|---|---|---|---|
| 108691599<br>05-06-2015<br>205859568 | 62856-0797-01<br>497-276 | 5001600<br>ALOXI 0.05MG/ML 5ML SDV PF 1/EA | 7<br>EA | 175.29 | 0.00 | 1,227.03 |
| 108691599<br>05-06-2015<br>205859568 | 00409-0201-20<br>980-343 | 5002314<br>DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA<br>Concentration is 10MG/ML | 2<br>EA | 435.46 | 0.00 | 870.92 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid), and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor.

FINANCE CHARGES: Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated and prorated from the due date until paid. Customers incur finance charges based on the outstanding balance charged at a rate of 1.5% on the first late day and every 30 days thereafter. For either method, the maximum Annual Percentage Rate (APR) is 18% or, if lower, the maximum rate permitted under applicable law.

Return this portion with payment

**Bill-to:**
TOLEDO CLINIC INC
TOLEDO CLINIC INC
4235 SECOR ROAD
TOLEDO, OH 43623

**Billing Date**
05-06-2015

**Billing No.**
308968276

**Customer No.**
56976

**McKESSON**
McKesson
Specialty Health

**Remit Payment To:**

McKesson Specialty Care Distribution
15212 Collections Center Drive
Chicago, IL 60693

| CHOICE NET 10 | Up to 05/16/2015 without deduction | 2,386.10 |
|---|---|---|

**Amount Paid:**



**McKESSON**
McKesson
Specialty Health

McKesson Specialty Care Dist.
401 Mason Road
LA VERGNE, TN 37086
(800) 482-6700
mscs.mckesson.com

# INVOICE
REPRINT

Page 1 of 2

| Billing No. | Billing Date | Customer No. |
|---|---|---|
| 309290813 | 07/21/2015 | 56976 |

**Purchase Order No.**
LYNX_CART_150721161241

| Ordered By | Order Taken By |
|---|---|
|  | Lynx Mobile |

**Order Reason**

CHOICE NET 10

**Ship-to**
BAYVIEW ONCOLOGY ASSOCIATES
TOLEDO CLINIC INC
2751 BAY PARK DR #206
OREGON, OH 43616

**Bill-to:**
TOLEDO CLINIC INC
TOLEDO CLINIC INC
4235 SECOR ROAD
TOLEDO, OH 43623

Now Available: Imatinib Mesylate (Generic Version of Gleevec®) Tablets. Order Today!

| Sales Order No. / Order Date / Delivery No. | NDC / MFR Item No. / Catalog No. | Material No. / Material Description | Bill Qty / Unit | Unit Price | Tax | Extended Amount |
|---|---|---|---|---|---|---|
| 108982930 07/21/2015 206111256 | 00002-7640-01 800-925 | 5000251 ALIMTA 100MG SDV PWD   EL 1/EA | 2 EA | 570.36 | 0.00 | 1,140.72 |
| 108982930 07/21/2015 206111256 | 00002-7623-01 800-915 | 5000252 ALIMTA 500MG SDV PWD   EL 1/EA | 3 EA | 2,851.80 | 0.00 | 8,555.40 |
| 108982930 07/21/2015 206111256 | 62856-0797-01 497-276 | 5001600 ALOXI 0.05MG/ML 5ML SDV PF 1/EA | 8 EA | 186.20 | 0.00 | 1,489.60 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid), and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor.

FINANCE CHARGES: Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated and prorated from the due date until paid. Customers incur finance charges based on the outstanding balance charged at a rate of 1.5% on the first late day and every 30 days thereafter. For either method, the maximum Annual Percentage Rate (APR) is 18% or, if lower, the maximum rate permitted under applicable law.

Return this portion with payment

**Bill-to:**
TOLEDO CLINIC INC
TOLEDO CLINIC INC
4235 SECOR ROAD
TOLEDO, OH 43623

**Billing Date**
07/21/2015

**Billing No.**
309290813

**Customer No.**
56976

**McKESSON**
McKesson
Specialty Health

**Remit Payment To:**

McKesson Specialty Care Distribution
15212 Collections Center Drive
Chicago, IL 60693

| CHOICE NET 10 | Up to 07/31/2015 without deduction | 13,058.61 |

**Amount Paid:**



**MCKESSON**
**McKesson Specialty Health**

McKesson Specialty Care Dist.
401 Mason Road
LA VERGNE, TN 37086
(800) 482-6700
mscs.mckesson.com

# INVOICE

Page 2 of 2

| Billing No. | Billing Date | Customer No. |
|---|---|---|
| 309290813 | 07/21/2015 | 56976 |

**Purchase Order No.**
LYNX_CART_150721161241

| Sales Order No. / Order Date / Delivery No. | NDC / MFR Item No. / Catalog No. | Material No. / Material Description | Bill Qty Unit | Unit Price | Tax | Extended Amount |
|---|---|---|---|---|---|---|
| 108982930 07/21/2015 206111256 | 63323-0516-10 866-907 | 5001670 DEXAMETHASONE SOD 10MG/ML 10ML MDV10/PAC | 1 PAC | 39.61 | 0.00 | 39.61 |
| 108982930 07/21/2015 206111256 | 63323-0172-60 909-740 | 5002140 CARBOPLATIN 10MG/ML 60ML MDV  APP 1/EA | 5 EA | 47.48 | 0.00 | 237.40 |
| 108982930 07/21/2015 206111256 | 00409-0201-20 980-343 | 5002314 DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA Concentration is 10MG/ML | 3 EA | 435.46 | 0.00 | 1,306.38 |
| 108982930 07/21/2015 206111256 | 63323-0710-50 350-218 | 5002634 LEUCOVORIN 200MG LYO PWD SDV  APP 1/EA | 2 EA | 19.25 | 0.00 | 38.50 |
| 108982930 07/21/2015 206111256 | 55111-0685-07 980-942 | 5003663 ZOLEDRONIC ACID 4MG/5ML SDV  DRL 1/EA Generic version of Zometa | 3 EA | 91.07 | 0.00 | 273.21 |
| 108982930 07/21/2015 206111256 | 16729-0092-03 983-182 | 5004321 GEMCITABINE 200MG PWD SDV ACC1/EA | 4 EA | 5.05 | 0.00 | 20.20 |
| 108982930 07/21/2015 206111256 | 16729-0276-38 982-190 | 5004526 FLUOROURACIL 50MG/ML 100ML SDV ACC 1/EA | 1 EA | 18.48 | 0.00 | 18.48 |
| 108982930 07/21/2015 206111256 | 45963-0619-59 000-347 | 5005066 GEMCITABINE 1GM PWD SDV ACT 1/EA | 5 EA | 27.69 | 0.00 | 138.45 |

| | |
|---|---|
| Total Tax Amount: | 0.00 |
| Invoice Amount: | 13,257.95 |
| Program Discount: | 199.34- |
| Total Invoice Amount: | 13,058.61 |

