## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                    MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                                                SECTION "N" (5)


THIS DOCUMENT RELATES TO:

Patricia Tramble
Case No.: 17-cv-00827

---

## ORDER

---

      Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.


The _____ day of _____, 2017


                                                    _____

                                                    The Hon. Kurt D. Engelhardt