# MERCY ONCOLOGY
**Medication Administration Record**

SITE: Norman

PATIENT NAME: Steele Teresa
D.O.B.: 7-13-60
DATE: 6-24-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: ___
INCIDENT TO PHYSICIAN: KK/KT

Consent signed: ☐ Yes ☐ No    Allergies checked: ☐ Yes ☐ No    denied

Vital Signs: Time:___ BP:___ P:___ R:___ T:___

LAB DRAW TIME / INITIAL:___   IV START TIME: 1045 A   BLOCD RETURN: ☒ PRESENT  ☐ NOT PRESENT (EXPLAIN)___
☐ PERIPHERAL:  ☐ RIGHT  ☐ LEFT   ☒ PORT   ☐ HICKMAN   ☐ GROSHONG   ☐ PICC   ☐ SUB-CLAVIAN
G. BUTTERFLY___  G. CANNULA 20g 3/4 HUBER / GRIPPER___   G. NEEDLE___   # OF ATTEMPTS: 1   NURSE: ___
REDNESS, SWELLING OR DISCOMFORT AT SITE ☐ NO   ☐ YES (EXPLAIN)___

PUMP PROGRAM VERIFIED: INITIALS ___ & ___   INJ. SUBCUTANEOUS SITE:___   IM SITE:___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START INITIAL | STOP INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500NS | — | | | IV | 1045 | 1030 |
| Zofran | 16mg | — | | took her own | PO | | |
| Decadron | 10mg | 100NS | ✓ | | IVPB | 1056 H | 1518 |
| Taxotere | 136mg | 500NS | ✓ | | IVPB | 1013 | 1224 |
| Heparin | 500unit | | | | IVP | 1232 | |

DC TIME: 1230   DEVICE INTACT ☐ YES ☐ NO   SITE BENIGN ☐ YES ☐ NO   NURSE: Maria Shafer

☐ DORSAL  ☐ PLANTAR

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| Nausea | ✓ | MILD - able to eat reasonable intake | MODERATE - intake significantly decreased but able to eat | SEVERE - no significant intake | | |
| Vomiting | ✓ | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | | mild | moderate | severe | Ileus > 96 hours | |
| Stomatitis | | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite___ (wt. loss #)   ☐ Hot Flashes   ☐ Insomnia
☐ Peripheral Neuropathy   ☐ Bleeding   ☐ Heartburn
☐ SOB c exertion / at rest   ☐ UTI Symptoms   ☐ ___
☐ Neutropenia   ☐ Fever___   ☐ Congestion s / c drainage
☐ Cough prod. / non prod.   ☐ Rash   ☐ Pain___ 0-10 Scale

LABORATORIES CHECKED: ☐ yes ☐ No
Date:___
WBC/ANC___ /___
Hgb/Hct___ /___
PLTS___ BUN/CR___

Signature / Title: ___
Maria Shafer

ELR_033 (8/21/12)

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|

## Private Pay

### STEELE, TERESA (150303487S)

| DEXAMETHASONE 10MG/ML 10ML 10/PK MDV (26931) | 10.00 MG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
|---|---|---|---|---|---|
| NDC # 00069-4541-02 **Total:** | 10 MG | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | 136.00 MG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| NDC # 66758-0050-03 **Total:** | 136 MG | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 1000/ML 5ML SYRINGE (111056) | 1.00 | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| NDC # 63807-0600-05 **Total:** | 1 | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9% (BB) 500ML BAG 24/CS (18001) | 1.00 BAG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| NDC # 00264-7800-10 | 1.00 BAG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| NDC # 00264-7800-10 **Total:** | 2 BAG | **Charge** | | | **$0.00** |

Total Items Used: 149.00  Total Cost: $0.00

## Private Pay

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **STEELE, TERESA (150303487S)** | | | | | |
| DEXAMETHASONE 10MG/ML 10ML 10/PK MDV (26931) | 10.00 MG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| NDC # 00069-4541-02 | **Total:** 10 MG | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | 135.00 MG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| NDC # 66758-0050-03 | **Total:** 135 MG | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 100U/ML 5ML SYRINGE (111056) | 1.00 | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| NDC # 63807-0600-05 | **Total:** 1 | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9% (BB)500ML BAG 24/CS (18001) | 1.00 BAG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| NDC # 00264-7800-10 | **Total:** 1.00 BAG | **Charge** | | | **$0.00** |
| | 1.00 BAG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| NDC # 00264-7800-10 | **Total:** 2 BAG | **Charge** | | | **$0.00** |

Total Items Used: 148.00                                    Total Cost: $0.00

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **Private Pay** | | | | | |
| **STEELE, TERESA (1503034875)** | | | | | |
| DEXAMETHASONE 10MG/ML 1ML 25/PK SDV (11173) | 10.00 MG | Remove | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 00641-0367-25 | | | | | |
| **Total:** | **10 MG** | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | 136.00 MG | Remove | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 66758-0050-03 | | | | | |
| **Total:** | **136 MG** | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 100U/ML 5ML SYRINGE (111056) | 1.00 | Remove | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 63807-0600-05 | | | | | |
| **Total:** | **1** | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9% (BB) 500ML BAG 24/CS (18001) | 1.00 BAG | Remove | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 00264-7800-10 | | | | | |
|  | 1.00 BAG | Remove | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 00264-7800-10 | | | | | |
| **Total:** | **2 BAG** | **Charge** | | | **$0.00** |

Total Items Used: 149.00

| | Items Used | Total Cost |
|---|---|---|
| **Grand Total :** | **38,140** | **$0.00** |

** Since accuracy of cost data requires timely maintenance of any price changes, Pyxis cannot guarantee the accuracy of the financial data shown above. **

End of Report

# MERCY ONCOLOGY
## Medication Administration Record

SITE: Norman

PATIENT NAME: Steele, Teresa
D.O.B.: 7-13-60
DATE: 7-8-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: _____
INCIDENT TO PHYSICIAN: KKD/KKT

Consent signed: ☐ Yes ☐ No    Allergies checked: ☐ Yes ☐ No
Vital Signs: Time: WNL   BP: ___   P: ___   R: ___   T: ___

LAB DRAW TIME / INITIAL: _____   IV START TIME: 1206   BLOOD RETURN: ☒ PRESENT ☐ NOT PRESENT (EXPLAIN)_____
☐ PERIPHERAL: ☒ RIGHT ☐ LEFT    ☒ PORT    ☐ HICKMAN    ☐ GROSHONG    ☐ PICC    ☐ SUB-CLAVIAN
___ G. BUTTERFLY ___ G. CANNULA  3/4 HUBER / GRIPPER  20 G. NEEDLE   # OF ATTEMPTS: 1
REDNESS, SWELLING OR DISCOMFORT AT SITE ☒ NO  ☐ YES (EXPLAIN)_____   NURSE: (initials)

PUMP PROGRAM VERIFIED: INITIALS ___ & ___   INJ. SUBCUTANEOUS SITE: ___   IM SITE: ___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START/INITIAL | STOP/INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500 NS | | | | IV | 1206 k | 1343 k |
| Zofran | 16mg | — | | pt took own | PO | | |
| Decadron | 10mg | 100 NS | | | IVPB | 1210 k | 1240 k |
| Taxotere | 137mg | 500 NS | WV | | IVPB | 1242 k | 1340 k |
| Heparin | 500 units | | | | IVP | 1343 k | — |

DC TIME: 1343   DEVICE INTACT ☒ YES ☐ NO   SITE BENIGN ☒ YES ☐ NO   NURSE: (initials)

☐ DORSAL  ☐ PLANTAR

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| Nausea | | MILD – able to eat reasonable intake ✓ | MODERATE – intake significantly decreased but able to eat | SEVERE – no significant intake | | |
| Vomiting | | 1 episode in 24 hours ✓ | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | | increase of 2-3 stools / day over pre-Rx ✓ | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | | mild ✓ | moderate | severe | Ileus > 96 hours | |
| Stomatitis | | painless ulcers, erythema or mild movement ✓ | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | | subjective weakness; no objective findings ✓ | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | | mild anxiety or depression ✓ | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite _____ (wt. loss #)   ☐ Hot Flashes    ☐ Insomnia         LABORATORIES CHECKED: ☐ yes ☐ No
☐ Peripheral Neuropathy                 ☐ Bleeding        ☐ Heartburn        Date: _____
☐ SOB c exertion / at rest              ☐ UTI Symptoms    ☐ _____            WBC/ANC _____ / _____
☐ Neutropenia                           ☐ Fever _____     ☐ Congestion s / c drainage   Hgb/Hct _____ / _____
☐ Cough prod. / non prod.               ☐ Rash            ☐ Pain _____ 0-10 Scale       PLTS _____ BUN/CR _____

Signature / Title: B. Clauser RN
K. Moyer RN

ELR_033 (8/21/12)

## Private Pay

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **STEELE, TERESA (150303487S)** | | | | | |
| DEXAMETHASONE 10MG/ML 1ML 25/PK SDV (11173) | 10.00 MG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00641-0367-25 | **Total:** 10 MG | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | 137.00 MG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 66758-0050-03 | **Total:** 137 MG | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 100U/ML 5ML SYRINGE (111056) | 1.00 | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 63807-0600-05 | **Total:** 1 | **Charge** | | | **$0.00** |
| ONDANSETRON 8MG TABS 30/BTL (33642) ZOFRAN 8MG TABS | 2.00 TABS | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| | -2.00 TABS | Return | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00781-1681-31 | **Total:** 0 TABS | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9% (BB) 500ML BAG 24/CS (L8001) | 1.00 BAG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00264-7800-10 | **Total:** 1 BAG | **Charge** | | | **$0.00** |
| | | | | **Total Cost:** | **$0.00** |

Total Items Used: 150.00

# MERCY ONCOLOGY
**Medication Administration Record**

SITE: Norman

PATIENT NAME: Steele Teresa
D.O.B.: 7-13-60
DATE: 5-29-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: ___
INCIDENT TO PHYSICIAN: JMO

Consent signed: ☐ Yes ☐ No    Allergies checked: ☐ Yes ☐ No
Vital Signs: Time: ___ BP: 116/69  P: 102  R: 16  T: 98.7

LAB DRAW TIME / INITIAL: ___   IV START TIME: 1355   BLOOD RETURN: ☒ PRESENT  ☐ NOT PRESENT (EXPLAIN)
☐ PERIPHERAL: ☒ RIGHT  ☐ LEFT    ☒ PORT 3/4"   ☐ HICKMAN   ☐ GROSHONG   ☐ PICC x1   ☐ SUB-CLAVIAN
G. BUTTERFLY ___  G. CANNULA ___  HUBER/GRIPPER 20 G. NEEDLE   # OF ATTEMPTS: x1
REDNESS, SWELLING OR DISCOMFORT AT SITE ☒ NO  ☐ YES (EXPLAIN) ___   NURSE: BR G

PUMP PROGRAM VERIFIED: INITIALS ___ & ___    INJ. SUBCUTANEOUS SITE: ___    IM SITE: ___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START INITIAL | STOP INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500 NS | — | | | IV | 1355/BR | 1520/BR |
| Zofran | 16 mg | — | | Pt took own | PO | — | — |
| Decadron | 10 m | 100 NS | | | IVPB | 1358/BR | 1418/BR |
| Taxotere | 136 mg | 500 NS | ✓ | | IVPB | 1420/BR | 1518/BR |
| Heparin | 500 units | — | | | IVP | 1520/KR | — |

DC TIME: 1300   DEVICE INTACT ☒ YES ☐ NO   SITE BENIGN: ☒ YES ☐ NO   NURSE: ___

☐ DORSAL
☐ PLANTAR

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 MILD | 2 MODERATE | 3 SEVERE | 4 | Days Duration |
|---|---|---|---|---|---|---|
| Nausea | ∅ | able to eat reasonable intake | intake significantly decreased but able to eat | no significant intake | | |
| Vomiting | ∅ | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | ∅ | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | ∅ | mild | moderate | severe | Ileus > 96 hours | |
| Stomatitis | ∅ | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | 1 | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | 1 | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite ___ (wt. loss #)   ☐ Hot Flashes   ☐ Insomnia   LABORATORIES CHECKED: ☐ yes ☐ No
☐ Peripheral Neuropathy   ☐ Bleeding   ☐ Heartburn   Date: ___
☐ SOB c exertion / at rest   ☐ UTI Symptoms   ☐ ___   WBC/ANC ___ / ___
☐ Neutropenia   ☐ Fever ___   ☐ Congestion s / c drainage   Hgb/Hct ___ / ___
☐ Cough prod. / non prod.   ☐ Rash   ☐ Pain ___ 0-10 Scale   PLTS ___ BUN/CR ___

Discussed Taxotere, possible side effects + management of side effects. Pt verbalized understanding. Consent form signed.

Signature / Title: Bell Rowfuller
K. Mogen RN

ELR_033 (8/21/12)

# MERCY ONCOLOGY
## Medication Administration Record

SITE: Norman

PATIENT NAME: Steele, Teresa
D.O.B.: 7-13-60
DATE: 6-10-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: ___
INCIDENT TO PHYSICIAN: KKD/KKT

Consent signed: ☐ Yes ☐ No    Allergies checked: ☐ Yes ☐ No

Vital Signs: Time: ___ BP: ___ P: ___ R: ___ T: ___ *clinic*

LAB DRAW TIME / INITIAL: ___    IV START TIME: 1107    BLOOD RETURN: ☒ PRESENT ☐ NOT PRESENT (EXPLAIN)___
☐ PERIPHERAL:  ☐ RIGHT  ☐ LEFT    ☒ PORT  ☐ HICKMAN  ☐ GROSHONG  ☐ PICC  ☐ SUB-CLAVIAN
___ G. BUTTERFLY ___ G. CANNULA ___ HUBER / GRIPPER ___ G. NEEDLE    # OF ATTEMPTS: 1
REDNESS, SWELLING OR DISCOMFORT AT SITE: ☒ NO  ☐ YES (EXPLAIN) ___    NURSE: ___

PUMP PROGRAM VERIFIED: INITIALS ___ & ___    INJ. SUBCUTANEOUS SITE: ___    IM SITE: ___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START / INITIAL | STOP / INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500NS | | | | IV | 1107 | 1238 |
| Zofran | 16mg | | | Took home | PO | | |
| Decadron | 10mg | 100NS | | | IVPB | 1117 | 1134 |
| Taxotere | 135mg | 500NS | | | IVPB | 1134 | 1235 |
| Heparin | 500units | | | | IVP | 1238 | |

DC TIME: ___    DEVICE INTACT ☐ YES ☐ NO    SITE BENIGN: ☐ YES ☐ NO    NURSE: ___
☐ DORSAL
☐ PLANTAR

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| Nausea | ✓ | MILD able to eat reasonable intake | MODERATE intake significantly decreased but able to eat | SEVERE no significant intake | | |
| Vomiting | ✓ | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | ✓ | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | | mild | moderate | severe | Ileus > 96 hours | |
| Stomatitis | | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | ✓ | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite ___ (wt. loss #)    ☐ Hot Flashes    ☐ Insomnia
☐ Peripheral Neuropathy    ☐ Bleeding    ☐ Heartburn
☐ SOB c exertion / at rest    ☐ UTI Symptoms    ☐ ___
☐ Neutropenia    ☐ Fever ___    ☐ Congestion s / c drainage
☐ Cough prod. / non prod.    ☐ Rash    ☐ Pain ___ 0 - 10 Scale

LABORATORIES CHECKED: ☐ yes ☐ No
Date: ___
WBC/ANC ___ / ___
Hgb/Hct ___ / ___
PLTS ___ BUN/CR ___

Signature / Title: ___

ELR_033 (8/21/12)