MINUTE ENTRY
ENGELHARDT, J.
October 27, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

    A status conference was conducted on Friday, October 27, 2017, at 9:00 a.m. with plaintiff and defendant steering committee attorneys. A complete list of attendees is attached hereto.

    **Court Reporter: Karen Ibox**

    **Law Clerks: Chynna Anderson & Jennifer Rogers**

(JS10: 0:45)