# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

## DATE: OCTOBER 27, 2017

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | DMB | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | MPL | Plaintiff's Liaison Counsel | |
| Christopher Coffin | | Plaintiffs' Steering Committee Member | |
| Karen Menzies | KBM | Plaintiffs' Steering Committee Member | |
| Anne Andrews | | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | | Plaintiffs' Steering Committee Member | |

| | | | |
|---|---|---|---|
| Andrew Lemmon | | Plaintiffs' Steering Committee Member | |
| Abby McClellan | | Plaintiffs' Steering Committee Member | |
| Daniel Markoff | | Plaintiffs' Steering Committee Member | |
| David Miceli | | Plaintiffs' Steering Committee Member | |
| Rand Nolen | | Plaintiffs' Steering Committee Member | |
| Hunter Shkolnik | | Plaintiffs' Steering Committee Member | |
| Genevieve Zimmerman | | Plaintiffs' Steering Committee Member | |
| Douglas J. Moore | | Defendants' Liaison Counsel | |
| Jon Strongman | | Defendants' Steering Committee Member **(Sanofi)** | |
| Harley Ratlif | | Defendants' Steering Committee Member **(Sanofi)** | |
| Mark Cheffo | | Defendants' Steering Committee Member **(Pfizer and Hospira)** | |
| John Olinde | | Defendants' Liaison Counsel | |
| Cliff Merrill | | Defendants' Steering Committee Member **(Sandoz)** | |

| | | | |
|---|---|---|---|
| Julie A. Callsen | | Defendants' Steering Committee Member **(Accord Healthcare, Inc.** | |
| Michael Suffern | | Defendants' Steering Committee Member **(Actavis Pharma, Inc.** | |
| Habib Nasrullah | | Defendants' Steering Committee Member **(Northstar Rx LLC)** | |
| Dmitriy Tishyevich | | Defendants' Steering Committee Member **(Eagle Pharmaceuticals, Inc.)** | |
| Erin Bosman<br><br>Geoffrey Coan | | Defendants' Steering Committee Member **(McKesson Corporation d/b/a McKesson Packaging)**<br><br>Defendants' Steering Committee Member **(Sun Pharma Global, Inc.)** | |