MINUTE ENTRY
ENGELHARDT, J.
October 27, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION
                                               SECTION "N' (5)
THIS DOCUMENT RELATES TO
ALL CASES

     A status conference was conducted on Friday, October 27, 2017, at 10:00

a.m.  A complete list of attendees is attached hereto.

**Court Reporter:  Karen Ibos**

**Law Clerk:  Chynna Anderson**

(JS10:  0:50)