PTO Received: _____

Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S) _____

CIVIL/CRIMINAL ACTION NO.:

VERSUS

**16md2740**

DEFENDANT(S) _____

Magistrate: _____

**Taxotere General**

*******************************************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS ____ SETTLEMENT

DATE: **10-27-17**   TIME: **10:00 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Val Exnicios | Liska Exnicios & Nungesser | PP |
| Lachary Wool | Barrios, Kingsdorf & Costeix | PP |
| Betsy Barnes | Morris Bart | π |
| Lauren Godshall | Morris Bart | π |
| Ben Gordon | Levin Pap | π Settlement Carulla |
| Darin Schanker | Barnes & Schanker | π |

1

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

**********************************************************************

CONFERENCE: ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: _____   TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Mark Niemeyer | NGK | TT Settlement Comm |
| Anne Higgins | Lambert Firm | π |
| Jessica Perez Reynolds | PBC | π |
| Irving Warshauer | Ginsburg Benjamin | Pl. Settlement Comm |
| Hunter [illegible] | [illegible] | π PSC |
| [illegible] | Andrew Trozato / Higgins Reyn | π PSC |

2

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____PRE-TRIAL  _____STATUS  _____SETTLEMENT

DATE: _____  TIME: _____

**PLEASE PRINT**    **PLEASE PRINT**    **PLEASE PRINT**

NAME      FIRM      REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Daniel Markoff | Ulmer & Markoff | P |
| Andrew Lemmon | Lemmon Firm | D |
| Abby McClellan | Stueve Siegel Hanson | π |
| Alexander Dwyer | Kirkendall Dwyer | π |
| Rand Nolen | Fleming Nolen Jez | π PSC |
| Lawrence Centoli | Martzell Bickford ; Centoli | " " |

3

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                      _____

_____   Magistrate: _____
DEFENDANT(S)

*************************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____        TIME: _____

# PLEASE PRINT         PLEASE PRINT         PLEASE PRINT

NAME | FIRM | REPRESENT
--- | --- | ---
Dawn Barrios | Barrios Kingsdorf & Casteix | π
Palmer Lambert | ~~Kerr~~ Gainsburgh Benjamin | π
Michael Suffern | Ulmer & Berne | Actavis Pharma, Inc.
Cliff Merrell | Greenberg Traurig | Sandoz
Lori Cohen | " | "
Geoff Coan | Hinshaw & Culbertson | Sun Pharma

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____         CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                         _____

_____         Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____    TIME: _____

## PLEASE PRINT      PLEASE PRINT      PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| John Olsh | Chaffe | Ds liason |
| Mark Cheffo | Quinn Emanuel | Hospira/Pfizer |
| David Miceli | Simmons Hanly Conroy | PSC |
| Kyle Bachu | Barrios Schrader | TT PSC |
| Douglas Moore | Irwin | ALC Sanofi |
| Jon Strongman | Shook | Sanofi |

PTO Received: _____

Trial Set: _____
                    Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

********************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____     TIME: _____

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

NAME                      FIRM                      REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Karen Barth Menzies | Gibbs Law Group | π |
| Chris Coffin | Pendley Baudin & Coffin | π |
| Harvey Kaplan | Shook Hardy | Δ settlement Sanofi |
| Debbie Rouen | Adams & Reese | Sandoz |
| Kelly Brilleaux | Irwin Fritchie | D Liason Sanofi |
| Brandon D. Cox | Tucker Ellis LLP | Accord Healthcare, Inc. |

6

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL      _____ STATUS      _____ SETTLEMENT

DATE: _____      TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Mara Cusker Gonzalez | Quinn Emanuel | Hospira and Pfizer |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |