BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Linda Cargile v. Sanofi, S.A. et al.,* Case No. 2:16-cv-17939 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AFREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed as to all defendants with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated October 30, 2017

                                THE MAHER LAW FIRM
A Professional Association
271 West Canton Ave., Suite 1
Winter Park, FL 32789
Phone: 407-839-0866
Fax: 407-425-7958

/s/ *Jason R. Fraxedas*

Jason R. Fraxedas
Florida Bar # 63887
jrfraxedas@maherlawfirm.com

*Counsel for Plaintiff*

/s/ *Douglas J. Moore*

Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-aventis U.S. LLC and Sanofi U.S. Service Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated October 30, 2017                            Respectfully submitted,

                                                              THE MAHER LAW FIRM
                                                              A Professional Association
                                                              271 West Canton Ave., Suite 1
                                                              Winter Park, FL 32789
                                                               Phone: 407-839-0866
                                                              Fax: 407-425-7958
                                                               Attorneys for Plaintiff

                                                              /s/ *Jason R. Fraxedas*

                                                              Jason R. Fraxedas
                                                              Florida Bar # 63887
                                                              jrfraxedas@maherlawfirm.com