MINUTE ENTRY
NORTH, M.J.
OCTOBER 26, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                  MDL NUMBER:  2740
          PRODUCTS LIABILITY
          LITIGATION
                                              SECTION: "N"(5)
THIS DOCUMENT RELATES TO
ALL CASES

A further status conference was held on this date.

PRESENT:    Dawn Barrios          Deborah Rouen        Michael Suffern
            Douglas Moore         Patrick Oot          John Olinde
            Brandon Cox           Andrew Lemmon        Emily Jeffcott
            Karen Menzies         Harley Ratliff       Palmer Lambert
            Zachary Wool          Daniel Markoff       David Miceli
            Cliff Merrell         Christopher Coffin   Kyle Bachus
            Kelly Bieri           Rand Nolen           Jessica Reynolds
            Darin Schanker        Mara Cusker Gonzalez

PARTICIPATING BY PHONE:   Julie Park        Kathy Kelly

The Court discussed in detail the Motion to Compel Production of Electronically Stored Information filed by Defendants.  (Rec. doc. 918).  After said discussion, the Court granted Defendants' motion to withdraw that motion.

Concerning the issues of custodial discovery raised by the parties, the Court set the following deadlines and limits:  The parties are to reach agreement on search terms for ESI no later than **November 10, 2017**.  The Court set a limit of **40** custodians from whom ESI may be sought at this time, to be chosen by Plaintiffs.  Should Defendants determine that any of the 40 nominated custodians not possess ESI, counsel for Defendants shall inform

MJSTAR (01:15)

Plaintiffs of that fact and Plaintiffs may select a replacement.  Discovery from additional custodians will be permitted only by agreement of the parties or order of the Court.

Plaintiffs' request for production of litigation hold information is denied at this time, as the record does not support the need for such discovery.  Issues regarding retention and/or perceived spoliation should be resolved by the parties on a plaintiff-by-plaintiff basis and brought to the attention of the Court only should those efforts fail.

The next discovery status conference is set for **November 14, 2017 at 3:00 p.m.**  At that status conference, the parties should be prepared to discuss the appropriate deadline for serving responses to outstanding requests for production.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE