UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:16-CV-17790 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : : : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Cheryl Doerfler, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her Second Amended Short Form Complaint, attached hereto as Exhibit A. For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff requests that the Court grant such leave.

Respectfully submitted this 30th day of October 2017.

                                                    */s/ Karen Barth Menzies*
                                                   Karen Barth Menzies (*pro hac vice*)
                                                   **GIBBS LAW GROUP LLP**
                                                   400 Continental Blvd., 6th Floor
                                                   El Segunda, CA  90245
                                                   Phone:  (510) 350-9240
                                                   Fax:  (510) 350-9701
                                                   Email:  kbm@classlawgroup.com

                                                  *Attorney for Plaintiff Cheryl Doerfler*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segunda, CA  90245
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com