UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:16-CV-17790 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : : : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Cheryl Doerfler, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a) submits this Memorandum in Support of her motion for leave to file an amended short form complaint.

Plaintiff filed her original long form complaint and subsequent short form complaint based on her understanding that she had received the chemotherapy drug Taxotere and that it caused her suffer permanent alopecia. Plaintiff named and served three Sanofi entities as defendants.

Upon further investigation, Plaintiff has discovered that she received generic docetaxel produced by Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Based on this newly obtained information, Plaintiff seeks to amend her complaint to add the Hospira entities as defendants and remove the Sanofi entities.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint. Plaintiff does not seek to raise additional legal theories. Plaintiff seeks only to include the proper defendants as parties to her suit.

Plaintiff e-mailed Defendants' Liaison counsel on October 4, 2017, and again on October 9, 2017, seeking approval to file an ex parte/consent motion for leave to amend. Counsel for Sanofi responded that Sanofi did not object. Plaintiff received no further response from Defendants' Liaison Counsel on behalf of the remaining Defendants.

For the foregoing reasons, Plaintiff respectfully requests the Court grant leave to file Plaintiff's Second Amended Short Form Complaint.

Respectfully submitted this 30th day of October 2017.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segunda, CA  90245
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com

*Attorney for Plaintiff Cheryl Doerfler*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

>   */s/ Karen Barth Menzies*
>   Karen Barth Menzies (*pro hac vice*)
>   **GIBBS LAW GROUP LLP**
>   400 Continental Blvd., 6th Floor
>   El Segunda, CA  90245
>   Phone:  (510) 350-9240
>   Fax:  (510) 350-9701
>   Email:  kbm@classlawgroup.com