**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:16-CV-17790 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : : : | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on November 14, 2017, at 9:30 a.m.

Respectfully submitted this 30th day of October 2017.

                                                     */s/ Karen Barth Menzies*
                                                   Karen Barth Menzies (*pro hac vice*)
                                                   **GIBBS LAW GROUP LLP**
                                                   400 Continental Blvd., 6th Floor
                                                   El Segunda, CA 90245
                                                   Phone: (510) 350-9240
                                                   Fax: (510) 350-9701
                                                   Email: kbm@classlawgroup.com

                                                   *Attorney for Plaintiff Cheryl Doerfler*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segunda, CA  90245
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com