UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)<br>           PRODUCTS LIABILITY<br>           LITIGATION | MDL NUMBER:  2740<br><br>SECTION: "N"(5) |
| THIS DOCUMENT RELATES TO<br>*Sheila Matthews, et al.*<br>*v. Sanofi, S.A., et al.*<br>Number:  17-17731 | |

**ORDER ON MOTION**
**OCTOBER 31, 2017**

APPEARANCES:

MOTION:

(1) Plaintiff, Emily Barre's, Motion to Compel Return on Subpoena (Rec. doc. 931).

_____ :   Continued to

_____ :   No opposition

_____ :   Opposition

**ORDERED**

   1   :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE