UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION
                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Teresa Steele
Case No.: 16-cv-17813

PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO AMEND HER COMPLAINT

**NOW COMES** Plaintiff Teresa Steele, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff filed her original Complaint on December 28, 2016, and served Defendants pursuant to PTO 9. In her original and short form Complaint, Plaintiff named Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC as Defendants. Around May 2017, counsel for Plaintiff received National Drug Code information from Ms. Steele's healthcare provider that indicated that Ms. Steele was treated with docetaxel manufactured by Sandoz, Inc.

Therefore, Plaintiff's proposed amendment would reflect this correction by removing the Sanofi entities as Defendants and substituting Sandoz, Inc. as the proper Defendant. Plaintiff's counsel has conferred with Defendant Liaison Counsel, who did not respond to Plaintiff's request. However, Plaintiff believes that Defendant's would not oppose this Motion, because no Defendant will be prejudiced, and because its sole purpose is to properly identify the Docetaxel

product that was used in Plaintiff's case. For these reasons, Plaintiff requests that this Court grant leave to file an Amended Complaint.

Respectfully Submitted,

Dated: October 31, 2017                    **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and has not objected to Plaintiff's Motion.

## CERTIFICATE OF SERVICE

I certify that on October 31, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson