# MERCY ONCOLOGY
## Medication Administration Record

SITE: Norman

PATIENT NAME: Steele Teresa
D.O.B.: 7-13-60
DATE: 6-24-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: ___
INCIDENT TO PHYSICIAN: KK/KT

Consent signed: ☐ Yes ☐ No    Allergies checked: ☐ Yes ☐ No

Vital Signs: Time: ___ BP: ___ P: ___ R: ___ T: ___ *decl*

LAB DRAW TIME / INITIAL: ___   IV START TIME: 1045    BLOOD RETURN: ☒ PRESENT  ☐ NOT PRESENT (EXPLAIN) ___
☐ PERIPHERAL: ☐ RIGHT ☐ LEFT    ☒ PORT    ☐ HICKMAN    ☐ GROSHONG    ☐ PICC    ☐ SUB-CLAVIAN
G. BUTTERFLY ___ G. CANNULA 20g 3/4 HUBER / GRIPPER ___ G. NEEDLE ___ # OF ATTEMPTS: 1    NURSE: ___
REDNESS, SWELLING OR DISCOMFORT AT SITE ☐ NO  ☐ YES (EXPLAIN) ___

PUMP PROGRAM VERIFIED: INITIALS ___ & ___    INJ. SUBCUTANEOUS SITE: ___    IM SITE: ___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START INITIAL | STOP INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500NS | — | | | IV | 1045 | 1030 |
| Zofran | 16mg | — | | Took let own | PO | | |
| Decadron | 10mg | 100NS | ✓ | | IVPB | 1056 | 1158 |
| Taxotere | 136mg | 500NS | ✓ | | IVPB | 1013 | 1024 |
| Heparin | 500unt | | | | IVP | 1232 | |

DC TIME: 1250    DEVICE INTACT ☒ YES ☐ NO    SITE BENIGN ☒ YES ☐ NO    NURSE: Maria Shafer

☐ DORSAL  ☐ PLANTAR

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| | | MILD | MODERATE | SEVERE | | |
| Nausea | ✓ | able to eat reasonable intake | intake significantly decreased but able to eat | no significant intake | | |
| Vomiting | ✓ | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | | mild | moderate | severe | Ileus > 96 hours | |
| Stomatitis | | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite ___ (wt. loss #)
☐ Peripheral Neuropathy
☐ SOB c exertion / at rest
☐ Neutropenia
☐ Cough prod. / non prod.

☐ Hot Flashes
☐ Bleeding
☐ UTI Symptoms
☐ Fever ___
☐ Rash

☐ Insomnia
☐ Heartburn
☐ ___
☐ Congestion s / c drainage
☐ Pain ___ 0 - 10 Scale

LABORATORIES CHECKED: ☐ yes ☐ No
Date: ___
WBC/ANC ___ / ___
Hgb/Hct ___ / ___
PLTS ___ BUN/CR ___

Signature / Title: ___
Maria Shafer

ELR_033 (8/21/12)

# Private Pay

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **STEELE, TERESA (150303487S)** | | | | | |
| DEXAMETHASONE 10MG/ML 10ML 10/PK MDV | | | | | |
| NDC # 00069-4541-02 (26931) | 10.00 MG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| **Total:** | 10 MG | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) | | | | | |
| TAXOTERE 160MG 10MG/ML 16ML | | | | | |
| NDC # 66758-0050-03 | 136.00 MG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| **Total:** | 136 MG | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 1000/ML 5ML SYRINGE (111056) | | | | | |
| NDC # 63807-0600-05 | 1.00 | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| **Total:** | 1 | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9% (BB) 500ML BAG 24/CS (18001) | | | | | |
| NDC # 00264-7800-10 | 1.00 BAG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| NDC # 00264-7800-10 | 1.00 BAG | Remove | 05/29/2013 | 05/29/2013 | $0.00 |
| **Total:** | 2 BAG | **Charge** | | | **$0.00** |

**Total Items Used: 149.00**    **Total Cost: $0.00**

## Private Pay

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **STEELE, TERESA (150303487S)** | | | | | |
| DEXAMETHASONE 10MG/ML, 10ML, 10/PK MDV (26931) | | | | | |
| NDC # 00069-4541-02 | 10.00 MG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| | **Total:** 10 MG | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | | | | | |
| NDC # 66758-0050-03 | 135.00 MG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| | **Total:** 135 MG | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 100U/ML 5ML SYRINGE (111056) | | | | | |
| NDC # 63807-0600-05 | 1.00 | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| | **Total:** 1 | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9%(BB)500ML BAG 24/CS (18001) | | | | | |
| NDC # 00264-7800-10 | 1.00 BAG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| NDC # 00264-7800-10 | 1.00 BAG | Remove | 06/10/2013 | 06/10/2013 | $0.00 |
| | **Total:** 2 BAG | **Charge** | | | **$0.00** |

**Total Items Used:** 148.00   **Total Cost:** $0.00

## Private Pay

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **STEELE, TERESA (1503034875)** | | | | | |
| DEXAMETHASONE 10MG/ML 1ML 25/PK SDV (11173) | | | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 00641-0367-25 | | | | | |
| Total: | 10 MG | Remove | | | $0.00 |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | | | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 66758-0050-03 | | | | | |
| Total: | 136.00 MG | Remove | | | $0.00 |
| | 136 MG | Charge | | | |
| HEPARIN LOCK FLUSH 100U/ML 5ML SYRINGE (111056) | | | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 63807-0600-05 | | | | | |
| Total: | 1.00 | Remove | | | $0.00 |
| | 1 | Charge | | | |
| SODIUM CHL 0.9% (BB) 500ML BAG 24/CS (18001) | | | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 00264-7800-10 | | | | | |
| | 1.00 BAG | Remove | | | |
| | | | 06/24/2013 | 06/24/2013 | $0.00 |
| NDC # 00264-7800-10 | | | | | |
| Total: | 1.00 BAG | Remove | | | $0.00 |
| | 2 BAG | Charge | | | |

Total Items Used: 149.00

| | Items Used | Total Cost |
|---|---|---|
| Grand Total : | 38,140 | $0.00 |

**\*\* Since accuracy of cost data requires timely maintenance of any price changes, Pyxis cannot guarantee the accuracy of the financial data shown above. \*\***

End of Report

# MERCY ONCOLOGY
**Medication Administration Record**

SITE: Norman

PATIENT NAME: Steele, Teresa
D.O.B.: 7-13-60
DATE: 7-8-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: ___
INCIDENT TO PHYSICIAN: KKD/KKT

Consent signed: ☐ Yes ☐ No  Allergies checked: ☐ Yes ☐ No
Vital Signs: Time: ____ BP: ____ P: ____ R: ____ T: ____

LAB DRAW TIME / INITIAL: ____  IV START TIME: 1206  BLOOD RETURN: ☒ PRESENT ☐ NOT PRESENT (EXPLAIN) ____
☐ PERIPHERAL: ☒ RIGHT ☐ LEFT   ☒ PORT   ☐ HICKMAN   ☐ GROSHONG   ☐ PICC   ☐ SUB-CLAVIAN
____ G. BUTTERFLY ____ G. CANNULA   3/4 HUBER / GRIPPER   20 G. NEEDLE   # OF ATTEMPTS: 1
REDNESS, SWELLING OR DISCOMFORT AT SITE ☒ NO ☐ YES (EXPLAIN) ____   NURSE: ____

PUMP PROGRAM VERIFIED: INITIALS ____ & ____   INJ. SUBCUTANEOUS SITE: ____   IM SITE: ____

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START / INITIAL | STOP / INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500 NS | | | | IV | 1206 | 1343 |
| Zofran | 16 mg | — | | pt took own | PO | | |
| Decadron | 10 mg | 100 NS | | | IVPB | 1210 | 1240 |
| Taxotere | 137 mg | 500 NS | ✓ | | IVPB | 1242 | 1340 |
| Heparin | 500 units | | | | IVP | 1343 | — |

DC TIME: 1343   DEVICE INTACT ☒ YES ☐ NO   SITE BENIGN ☒ YES ☐ NO   NURSE: ____

☐ DORSAL
☐ PLANTAR

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| **Nausea** | | MILD able to eat reasonable intake | MODERATE intake significantly decreased but able to eat | SEVERE no significant intake | | |
| **Vomiting** | | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| **Diarrhea** | | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| **Constipation** | | mild | moderate | severe | Ileus > 96 hours | |
| **Stomatitis** | | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| **Fatigue** | | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| **Anxiety** | | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite ____ (wt. loss #)  ☐ Hot Flashes   ☐ Insomnia              LABORATORIES CHECKED: ☐ yes ☐ No
☐ Peripheral Neuropathy              ☐ Bleeding       ☐ Heartburn             Date: ____
☐ SOB c exertion / at rest           ☐ UTI Symptoms   ☐ ____                  WBC/ANC ____ / ____
☐ Neutropenia                        ☐ Fever ____     ☐ Congestion s / c drainage  Hgb/Hct ____ / ____
☐ Cough prod. / non prod.            ☐ Rash           ☐ Pain ____ 0 - 10 Scale    PLTS ____ BUN/CR ____

Signature / Title: B. Clause RN
                  K. Moyer RN

ELR_033 (8/21/12)

## Private Pay

| Item Name and Item ID | Total Dispense Units | Tx Type | Tx Date | Date of Service | Retail Cost |
|---|---|---|---|---|---|
| **STEELE, TERESA (150303487S)** | | | | | |
| DEXAMETHASONE 10MG/ML 1ML 25/PK SDV (11173) | 10.00 MG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00641-0367-25 | **Total:** 10 MG | **Charge** | | | **$0.00** |
| DOCETAXEL 160MG 10MG/ML 16ML MDV (38424) TAXOTERE 160MG 10MG/ML 16ML | 137.00 MG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 66758-0050-03 | **Total:** 137 MG | **Charge** | | | **$0.00** |
| HEPARIN LOCK FLUSH 1000/ML 5ML SYRINGE (111056) | 1.00 | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 63807-0600-05 | **Total:** 1 | **Charge** | | | **$0.00** |
| ONDANSETRON 8MG TABS 30/BTL (33642) ZOFRAN 8MG TABS | 2.00 TABS | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00781-1681-31 | -2.00 TABS | Return | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00781-1681-31 | **Total:** 0 TABS | **Charge** | | | **$0.00** |
| SODIUM CHL 0.9% (BB) 500ML BAG 24/CS (18001) | 1.00 BAG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00264-7800-10 | 1.00 BAG | Remove | 07/08/2013 | 07/08/2013 | $0.00 |
| NDC # 00264-7800-10 | **Total:** 2 BAG | **Charge** | | | **$0.00** |

**Total Items Used: 150.00**       **Total Cost: $0.00**

# MERCY ONCOLOGY
**Medication Administration Record**

SITE: Norman

PATIENT NAME: Steele Teresa
D.O.B.: 7-13-60
DATE: 5-29-13

ORDERING PHYSICIAN: KKT
COVERING PHYSICIAN: ___
INCIDENT TO PHYSICIAN: JMO

Consent signed: ☐ Yes ☐ No
Allergies checked: ☐ Yes ☐ No

Vital Signs: Time: ___ BP: 116/69 P: 102 R: 16 T: 98.7

LAB DRAW TIME / INITIAL: ___   IV START TIME: 1355   BLOOD RETURN: ☒ PRESENT ☐ NOT PRESENT (EXPLAIN) ___
☐ PERIPHERAL: ☒ RIGHT ☐ LEFT   ☒ PORT 3/4"   ☐ HICKMAN   ☐ GROSHONG   ☐ PICC x 1   ☐ SUB-CLAVIAN
G. BUTTERFLY ___ G. CANNULA ___ HUBER / GRIPPER 20 G. NEEDLE   # OF ATTEMPTS: x 1
REDNESS, SWELLING OR DISCOMFORT AT SITE ☒ NO ☐ YES (EXPLAIN) ___   NURSE: BR G

PUMP PROGRAM VERIFIED: INITIALS ___ & ___   INJ. SUBCUTANEOUS SITE: ___   IM SITE: ___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START INITIAL | STOP INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500N5 | — | | | IV | 1355/BR | 1520/BR |
| Zofran | 16mg | — | | Pt took own | PO | — | — |
| Decadron | 10m | 100N5 | | | IVPB | 1358/BR | 1418/BR |
| Taxotere | 136mg | 500N5 | ✓ | | IVPB | 1420/BR | 1518/BR |
| Heparin | 500 units | — | | | IVP | 1520/BR | |

DC TIME: 1520   DEVICE INTACT ☒ YES ☐ NO   SITE BENIGN: ☒ YES ☐ NO   NURSE: ___

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| Nausea | ∅ | MILD able to eat reasonable intake | MODERATE intake significantly decreased but able to eat | SEVERE no significant intake | | |
| Vomiting | ∅ | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | ∅ | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | ∅ | mild | moderate | severe | Ileus > 96 hours | |
| Stomatitis | ∅ | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | 1 | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | 1 | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite ___ (wt. loss #)
☐ Peripheral Neuropathy
☐ SOB c exertion / at rest
☐ Neutropenia
☐ Cough prod. / non prod.
☐ Hot Flashes
☐ Bleeding
☐ UTI Symptoms
☐ Fever ___
☐ Rash
☐ Insomnia
☐ Heartburn
☐ ___
☐ Congestion s / c drainage
☐ Pain ___ 0 - 10 Scale

LABORATORIES CHECKED: ☐ yes ☐ No
Date: ___
WBC/ANC ___ / ___
Hgb/Hct ___ / ___
PLTS ___ BUN/CR ___

Discussed Taxotere, possible side effects + management of side effects. Pt verbalized understanding. Consent form signed.

Signature / Title: Britt Rowfuller
K. Mogen RN

ELR_033 (8/21/12)

# MERCY ONCOLOGY
**Medication Administration Record**

Site: Norman
Patient Name: Steele, Teresa
D.O.B.: 7-13-60
Date: 6-10-13

Ordering Physician: KKT
Covering Physician: ___
Incident to Physician: KKD/KKT

Consent signed: ☐ Yes ☐ No   Allergies checked: ☐ Yes ☐ No — *clinic*
Vital Signs: Time:___ BP:___ P:___ R:___ T:___

LAB DRAW TIME / INITIAL: ___   IV START TIME: 1107   BLOOD RETURN: ☐ PRESENT ☐ NOT PRESENT (EXPLAIN) ___
☐ PERIPHERAL: ☐ RIGHT ☐ LEFT   ☒ PORT   ☐ HICKMAN   ☐ GROSHONG   ☐ PICC   ☐ SUB-CLAVIAN
___ G. BUTTERFLY ___ G. CANNULA ___ HUBER/GRIPPER ___ G. NEEDLE   # OF ATTEMPTS: 1
REDNESS, SWELLING OR DISCOMFORT AT SITE ☒ NO ☐ YES (EXPLAIN) ___   NURSE: ___

PUMP PROGRAM VERIFIED: INITIALS ___ & ___   INJ. SUBCUTANEOUS SITE: ___   IM SITE: ___

| DRUG / TREATMENT | DOSE | SOLUTION | VERIFY | CONC. / DISP. | ROUTE | START / INITIAL | STOP / INITIAL |
|---|---|---|---|---|---|---|---|
| Flush | 500 NS | | | | IV | 1107 | 1238 |
| Zofran | 16 mg | — | | Took home | PO | | |
| Decadron | 10 mg | 100 NS | | | IVPB | 1112 | 1134 |
| Taxotere | 135 mg | 500 NS | | | IVPB | 1134 | 1235 |
| Heparin | 500 units | | | | IVP | 1238 | |

DC TIME: ___   DEVICE INTACT ☐ YES ☐ NO   SITE BENIGN: ☐ YES ☐ NO   NURSE: ___

Documentation of wasted medication is in the PYXIS documentation. Wasted medications are disposed of in chemotherapy waste receptacles.

| Assessment: | 0 | 1 | 2 | 3 | 4 | Days Duration |
|---|---|---|---|---|---|---|
| Nausea | | MILD able to eat reasonable intake | MODERATE intake significantly decreased but able to eat | SEVERE no significant intake | | |
| Vomiting | | 1 episode in 24 hours | 2 to 5 episodes in 24 hours | 6 to 10 episodes in 24 hours | > 10 episodes in 24 hours or requiring parenteral support | |
| Diarrhea | | increase of 2-3 stools / day over pre-Rx | increase of 4-6 stools / day, or nocturnal stools, or moderate cramping | increase of 7-9 stools / day, or incontinence, or severe cramping | increase of >10 stools / day, or grossly bloody diarrhea or need for parenteral support | |
| Constipation | | mild | moderate | severe | Ileus > 96 hours | |
| Stomatitis | | painless ulcers, erythema or mild movement | painful erythema, edema or ulcers but can eat | painful erythema, edema or ulcers and cannot eat | requires parenteral or enteral support | |
| Fatigue | | subjective weakness; no objective findings | mild objective weakness without significant impairment of function | objective weakness with impairment of function | bed-bound | |
| Anxiety | | mild anxiety or depression | moderate anxiety or depression | severe anxiety or depression | suicidal ideation | |

☐ Loss of Appetite ___ (wt. loss #)   ☐ Hot Flashes   ☐ Insomnia
☐ Peripheral Neuropathy   ☐ Bleeding   ☐ Heartburn
☐ SOB c exertion / at rest   ☐ UTI Symptoms   ☐ ___
☐ Neutropenia   ☐ Fever ___   ☐ Congestion s / c drainage
☐ Cough prod. / non prod.   ☐ Rash   ☐ Pain ___ (0 - 10 Scale)

LABORATORIES CHECKED: ☐ yes ☐ No
Date: ___
WBC/ANC ___ / ___
Hgb/Hct ___ / ___
PLTS ___ BUN/CR ___

Signature / Title: ___

ELR_033 (8/21/12)