Apr.25.2017 01:16 PM    6234888065    PAGE. 5/ 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) : MDL NO. 2740
PRODUCTS LIABILITY LITIGATION :
: SECTION "N" (5)
: JUDGE ENGELHARDT
: MAG. JUDGE NORTH
_____, :
Plaintiff, :
: Civil Action No.:
vs. :
:
SANOFI S.A., :
AVENTIS PHARMA S.A., and :
SANOFI-AVENTIS U.S. LLC, :
:
Defendant(s). :
_____

TO:

**CERTIFICATE CONFIRMING PLAINTIFF'S USE OF TAXOTERE AS TREATMENT FOR BREAST CANCER**

I, Amol Rakkar hereby certify and confirm that I treated Barbara Fonnegra, Plaintiff in the above captioned matter, with the following chemotherapy medication:

| | | | |
|---|---|---|---|
| ☐ | Taxotere-  | Sanofi Aventis US | |
| ☐ | Docetaxel | Winthrop US | NDC 0955-1020-01 |
| ☐ | | | NDC 0955-1021-04 |
| ☐ | Docetaxel-Anhydrous | Hospira, Inc. | NDC 0409-0201-02 |
| ☐ | | | NDC 0409-0201-10 |
| ☐ | | | NDC 0409-0201-20 |
| ☐ | | | NDC 0409-0201-25 |
| ☐ | | | NDC 0409-0201-26 |
| ☐ | | | NDC 0409-0201-27 |
| ☐ | Docefrez | Sun Pharma | |
| ☐ | Docetaxel-Anhydrous | Mckesson Packaging | NDC 63739-932-11 |
| ☐ | | | NDC 63739-971-17 |
| ☐ | Docetaxel | Sandoz | NDC 66758-080-01 |
| ☐ | | | NDC 66758-080-02 |
| ☐ | | | NDC 66758-080-03 |
| ☒ | Docetaxel | Accord Healthcare | NDC 16729-120-49 |

| | | | |
|---|---|---|---|
| ☐ | Docetaxel | | NDC 16729-228-50 |
| ☐ | Docetaxel-Anhydrous | Apotex, Inc. | |
| ☐ | | Accord Healthcare | NDC 16729-267-63 |
| ☐ | | | NDC 16729-267-64 |
| ☐ | | | NDC 16729-267-65 |
| ☐ | | | NDC 16729-231-63 |
| ☐ | | | NDC 16729-231-64 |
| ☐ | | | NDC 16729-231-65 |
| ☐ | Docetaxel | Sagent Pharmaceuticals | NDC 25021-222-01 |
| ☐ | | | NDC 25021-222-04 |
| ☐ | | | NDC 25021-222-07 |
| ☐ | Docetaxel-Anhydrous | Pfizer Laboratories | NDC 0069-9141-11 |
| ☐ | | | NDC 0069-9141-22 |
| ☐ | | | NDC 0069-9142-11 |
| ☐ | | | NDC 0069-9142-22 |
| ☐ | | | NDC 0069-9144-11 |
| ☐ | Docetaxel | Actavis Pharma | NDC 45963-734-54 |
| ☐ | | | NDC 45963-765-52 |
| ☐ | | | NDC 45963-781-74 |
| ☐ | | | NDC 45963-790-56 |
| ☐ | Docetaxel | Dr. Reddys Lab LTD | NDC 43598-258-11 |
| ☐ | | | NDC 43598-259-40 |
| ☐ | Docetaxel | Sandoz | NDC 66758-950-02 |
| ☐ | | | NDC 66758-950-03 |
| ☐ | Docetaxel-Anhydrous | Teva Pharms USA | NDC 0703-5720-01 |
| ☐ | | | NDC 0703-5730-01 |
| ☐ | Docetaxel-Anhydrous | Northstar RX LLC | NDC 16714-465-01 |
| ☐ | | | NDC 16714-500-01 |
| ☐ | Docetaxel | Eagle Pharmaceuticals | NDC 42367-121-25 |
| ☐ | | | NDC 42367-121-29 |

DONE THIS THE 15 DAY OF May, 2017

_____
Doctor, M.D.

Sworn and subscribed before me this the 15 day of May, 2017

_____
NOTARY PUBLIC

My commission expires: 5/31/2017

ANITA J BRUCATO
Notary Public - Arizona
Maricopa County
My Comm. Expires May 31, 2017

**Jesse Cranmer**

| | | |
|---|---|---|
| 11153 | DIPHENHYDRAMNE 50MG VL 25X1ML | 00641-0376-25 |
| 41119 | DOCETAXEL 160MG/8ML RTU MDV | 16729-0267-65 |
| 41468 | DOCETAXEL 80MG/4ML RTU MDV | 16729-0267-64 |
| 10759 | DOXORUBICIN 200MG/100ML MDVSOL | 00703-5040-01 |

41119   GEN   DOCETAXEL 160MG/8ML RTU MDV   Each   SOL
ACCORD HEALTHCARE, INC
NDC: 16729-0267-65

41468   GEN   DOCETAXEL 80MG/4ML RTU MDV   Each   SOL
ACCORD HEALTHCARE, INC
NDC: 16729-0267-64

This is the Taxotere (Docetaxel) we used during - her Treatment time frame

Jesse

Jesse Cranmer CPhT.
Pharmacy Technician Team Lead
9250 West Thomas Rd. Suite #150
Phoenix AZ, 85037

Jcranmer@pvhomed.com

Main (623) 478-8091
Pharmacy (602) 375-6222 Ext. 2620
Fax (602) 644-3689

1