UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Patricia Tramble
Case No.: 17-cv-00827

PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO AMEND HER COMPLAINT

**NOW COMES** Plaintiff Joyce Carter, through her undersigned counsel, who respectfully

brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff filed her original Complaint on January 31, 2017, and served Defendants

pursuant to PTO 9.  In her original and short form Complaint, Plaintiff named Sanofi S.A.,

Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC as Defendants.  Around June 2017, counsel

for Plaintiff received National Drug Code information from Ms. Tramble's healthcare provider

that indicated that Ms. Tramble was treated with docetaxel manufactured by Sandoz, Inc.

Therefore, Plaintiff's proposed amendment would reflect this correction by removing the

Sanofi entities as Defendants and substituting Sandoz, Inc., as the proper Defendant.  Plaintiff's

counsel has conferred with Defendant Liaison Counsel, who did not respond to Plaintiff's

request. However, Plaintiff believes that Defendant's would not oppose this Motion, because no

Defendant will be prejudiced, and because its sole purpose is to properly identify the Docetaxel

product that was used in Plaintiff's case.  For these reasons, Plaintiff requests that this Court grant leave to file an Amended Complaint.


Respectfully Submitted,


Dated: October 31, 2017                    **JOHNSON BECKER, PLLC**

                                           /s/ Alexandra W. Robertson
                                           Alexandra W. Robertson, Esq. MN Bar #395619
                                           Timothy J. Becker, Esq. MN Bar #256663
                                           Johnson Becker, PLLC
                                           444 Cedar Street, Suite 1800
                                           St. Paul, Minnesota 55101
                                           (612) 436-1800 (telephone)
                                           arobertson@johnsonbecker.com
                                           tbecker@johnsonbecker.com

                                           **Attorneys for Plaintiff**


## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and has not objected to Plaintiff's Motion.


## CERTIFICATE OF SERVICE

I certify that on October 31, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                           /s/ Alexandra Robertson
                                           Alexandra Robertson