UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| ——————————————— | : | JUDGE ENGELHARDT |
| Patricia Tramble, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 17-cv-00827 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------ | : | |

### DECLARATION CONFIRMING PLAINTIFF'S PRODUCT USE FOR TREATMENT OF BREAST CANCER

I, _Todd Holt_ declare that Patricia Tramble was treated with the following chemotherapy medication during her chemotherapy treatment from approximately November 2014 to March 2015:

| | | | |
|---|---|---|---|
| ☐ | Taxotere- | Sanofi Aventis US | |
| ☐ | Docetaxel | Winthrop US | NDC 0955-1020-01 |
| ☐ | | | NDC 0955-1021-04 |
| ☐ | Docetaxel-Anhydrous | Hospira, Inc. | NDC 0409-0201-02 |
| ☐ | | | NDC 0409-0201-10 |
| ☐ | | | NDC 0409-0201-20 |
| ☐ | | | NDC 0409-0201-25 |
| ☐ | | | NDC 0409-0201-26 |
| ☐ | | | NDC 0409-0201-27 |
| ☐ | Docefrez | Sun Pharma | |
| ☐ | Docetaxel-Anhydrous | Mckesson Packaging | NDC 63739-932-11 |
| ☐ | | | NDC 63739-971-17 |
| ☐ | Docetaxel | Sandoz | NDC 66758-050-01 |
| ☐ | | | NDC 66758-050-02 |
| ☒ | | | NDC 66758-050-03 |
| ☐ | Docetaxel | Accord Healthcare | NDC 16729-120-49 |

| | | | |
|---|---|---|---|
| ☐ | | | NDC 16729-228-50 |
| ☐ | Docetaxel | Apotex, Inc. | |
| ☐ | Docetaxel-Anhydrous | Accord Healthcare | NDC 16729-267-63 |
| ☐ | | | NDC 16729-267-64 |
| ☐ | | | NDC 16729-267-65 |
| ☐ | | | NDC 16729-231-63 |
| ☐ | | | NDC 16729-231-64 |
| ☐ | | | NDC 16729-231-65 |
| ☐ | Docetaxel | Sagent Pharmaceuticals | NDC 25021-222-01 |
| ☐ | | | NDC 25021-222-04 |
| ☐ | | | NDC 25021-222-07 |
| ☐ | Docetaxel-Anhydrous | Pfizer Laboratories | NDC 0069-9141-11 |
| ☐ | | | NDC 0069-9141-22 |
| ☐ | | | NDC 0069-9142-11 |
| ☐ | | | NDC 0069-9142-22 |
| ☐ | | | NDC 0069-9144-11 |
| ☐ | Docetaxel | Actavis Pharma | NDC 45963-734-54 |
| ☐ | | | NDC 45963-765-52 |
| ☐ | | | NDC 45963-781-74 |
| ☐ | | | NDC 45963-790-56 |
| ☐ | Docetaxel | Dr. Reddy's Labs. Inc. | NDC 43598-258-11 |
| ☐ | | | NDC 43598-259-40 |
| ☐ | Docetaxel | Sandoz | NDC 66758-950-02 |
| ☐ | | | NDC 66758-950-03 |
| | | | NDC 66758-950-04 |
| ☐ | Docetaxel-Anhydrous | Teva Pharms USA | NDC 0703-5720-01 |
| ☐ | | | NDC 0703-5730-01 |
| ☐ | Docetaxel-Anhydrous | Northstar RX LLC | NDC 16714-465-01 |
| ☐ | | | NDC 16714-500-01 |
| ☐ | Docetaxel | Eagle Pharmaceuticals | NDC 42367-121-25 |
| ☐ | | | NDC 42367-121-29 |

I verify under penalty of perjury that the foregoing is true and correct.

Signed:

_Todd Hoh_

Executed on: 6/28/17

By [print name]: _Todd Hoh_