# Appendix E.6

PFS Not Substantially Complete (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| August, Judith v. Sanofi SA, et al. | 2:16-cv-16231 |
| Autry, Vicki v. Sanofi SA, et al. | 2:17-cv-02361 |
| Bice, Barbara v. Sanofi SA, et al. | 2:17-cv-00751 |
| Bosch, Maria B. v. Sanofi SA, et al. | 2:16-cv-17490 |
| Boyland, Joanne v. Sanofi SA, et al. | 2:17-cv-01073 |
| Brown, Patricia v. Sanofi SA, et al. | 2:16-cv-17359 |
| Carolyn, Brasell B. v. Sanofi SA, et al. | 2:16-cv-17581 |
| Chandler, Faye v. Sanofi SA, et al. | 2:16-cv-16147 |
| Dawson, Dianne v. Sanofi SA, et al. | 2:16-cv-17302 |
| Fulcher, Jody v. Sanofi SA, et al. | 2:16-cv-15855 |
| Hays, Patsy v. Sanofi SA, et al. | 2:16-cv-17540 |
| Merchant, Valeria F. v. Sanofi SA, et al. | 2:16-cv-16252 |
| Reyes Flores, Maria v. Sanofi SA, et al. | 2:16-cv-17952 |
| Secrease, Johnnie v. Sanofi SA, et al. | 2:16-cv-17959 |
| Solomon, Paulette v. Sanofi SA, et al. | 2:17-cv-10844 |
| Stamper, Wanda v. Sanofi SA, et al. | 2:16-cv-17381 |
| Summers, Charlotte v. Sanofi SA, et al. | 2:16-cv-16805 |
| Young, Denise v. Sanofi SA, et al. | 2:16-cv-16800 |