# APPENDIX G.6

Deficiency – No Response (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Adams v. Sanofi S.A., et al. | 2:16-cv-16299 |
| Autry v. Sanofi S.A., et al. | 2:17-cv-02361 |
| Baxter v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01502 |
| Bice v. Sanofi S.A., et al. | 2:17-cv-00751 |
| Carbino, et al. v. Sanofi-Aventis US, LLC, et al. | 2:17-cv-00539 |
| Cook v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-17980 |
| Dickerson, et al. v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16776 |
| Garner v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16803 |
| Georgalos v. Sanofi S.A., et al. | 2:16-cv-17314 |
| Hammitt v. Sanofi S.A., et al. | 2:17-cv-00319 |
| Harrell v. Sanofi S.A., et al. | 2:17-cv-00792 |
| Jackson v. Sanofi S.A., et al. | 2:17-cv-00381 |
| Jackson, et al. v. Sanofi S.A., et al. | 2:16-cv-16796 |
| Long v. Sanofi S.A., et al. | 2:17-cv-01166 |
| Long v. Sanofi S.A., et al. | 2:16-cv-16781 |
| Lonzo v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16793 |
| Lyles v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16773 |
| Manser v. Sanofi S.A., et al. | 2:17-cv-02072 |
| Nixon v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03978 |
| Prince v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-17801 |
| Renaud v. Sanofi S.A., et al. | 2:17-cv-01209 |
| Steinbeiser v. Sanofi S.A., et al. | 2:17-cv-03403 |
| Tabron v. Sanofi S.A., et al. | 2:17-cv-01729 |
| Thomas v. Sanofi S.A., et al. | 2:17-cv-01732 |
| Woodgett, et al. v. Sanofi S.A., et al. | 2:16-cv-15491 |