# APPENDIX H.6

Not Substantially Complete (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
| --- | --- |
| Adams v. Sanofi S. A., et al. | 2:16-cv-16299 |
| Anknew v. Sanofi S.A., et al. | 2:16-cv-17325 |
| Autry v. Sanofi S.A., et al. | 2:17-cv-02361 |
| Baxter v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01502 |
| Beasley v. Sanofi S.A., et al. | 2:17-cv-06824 |
| Bice v. Sanofi S.A., et al | 2:17-cv-00751 |
| Blevins v. Sanofi S.A., et al. | 2:17-cv-05528 |
| Blumlo, et al v. Sanofi S.A., et al. | 2:16-cv-17972 |
| Boyland v. Sanofi S.A., et al. | 2:17-cv-00793 |
| Brewer v. Sanofi S.A., et al. | 2:16-cv-17313 |
| Brown v. Sanofi S.A., et al. | 2:16-cv-17359 |
| Brown v. Sanofi-Aventis LLC, Sandoz Inc. | 2:16-cv-17928 |
| Browne v. Sanofi S.A., et al. | 2:17-cv-03129 |
| Burks v. Sanofi S.A., et al | 2:17-cv-01738 |
| Burns et al. v. Sanofi S.A., et al. | 2:16-cv-17358 |
| Carbino, et al. v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-00539 |
| Cook v. Sanofi-Aventis U.S. LLC | 2:16-cv-17980 |
| Crayton v. Sanofi, S.A., et. al. | 2:17-cv-05923 |
| Daniels v. Sanofi S.A., et al. | 2:17-cv-05275 |
| Dickerson, et al. v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16776 |
| Edwards-Woodard, et al. v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16799 |
| Floyd v. Sanofi, S.A., et al. | 2:16-cv-17023 |
| Garner v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16803 |
| Gidcomb, et al. v. Accord Healthcare, Inc., et al. | 2:17-cv-04972 |
| Green v. Sanofi-Aventis U. S. LLC, et al. | 2:17-cv-10752 |
| Harrell v. Sanofi S.A., et al. | 2:17-cv-00792 |
| Hartso v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-17984 |
| Hawkins v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16790 |
| Hershey v. Sanofi S.A., et al. | 2:17-cv-01170 |
| Hogan v Sanofi S.A., et al. | 2:16-cv-17431 |
| Honore v. Sandoz, Inc., et al. | 2:17-cv-05053 |
| Hyter v. Sanofi S.A., et al. | 2:16-cv-17326 |
| Jackson v. Sanofi S.A., et al. | 2:17-cv-00381 |
| Jackson v. Sanofi S.A., et al. | 2:17-cv-07056 |
| Jackson, et al v. Sanofi, S.A., et al. | 2:16-cv-16796 |
| Janjanin v. Sanofi S.A., et al. | 2:17-cv-00885 |
| Johnson v. Hospira, Inc., et al. | 2:17-cv-06699 |
| Johnson v. Sanofi S.A., et al. | 2:17-cv-06274 |
| Johnson v. Sanofi-Aventis U.S. LLC et al. | 2:16-cv-15296 |
| Jordan v. Sanofi S.A., et al. | 2:17-cv-02340 |
| LaMartina v. Sanofi S.A., et al. | 2:17-cv-05924 |

2

| Matter Name | MDL Docket No. |
|---|---|
| Lee v. Sanofi S.A., et al. | 2:17-cv-03394 |
| Lee v. Sanofi S.A., et al. | 2:17-cv-05927 |
| Liles v. SANOFI S.A., et al. | 2:16-cv-15575 |
| Long v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16781 |
| Lonzo v. Sanofi-Aventis U.S. LLC | 2:16-cv-16793 |
| Lyles v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16773 |
| Manser v. Sanofi S.A., et al. | 2:17-cv-02072 |
| McConnell v. Sanofi Aventis, et al. | 2:17-cv-02338 |
| McNeese v. Sanofi S.A., et al. | 2:16-cv-17769 |
| Mendoza v. Sanofi S.A., et al. | 2:17-cv-03397 |
| Mills v. Sanofi S.A., et al. | 2:17-cv-02689 |
| Montague v. Sanofi S.A., et al. | 2:17-cv-05979 |
| Morrison v. Sanofi S.A., et al. | 2:16-cv-17312 |
| Parkinson v. Sanofi S.A., et al. | 2:17-cv-00960 |
| Pickens v. Sanofi S.A., et al. | 2:17-cv-05898 |
| Porter v. Sanofi Aventis, et al. | 2:17-cv-05665 |
| Rasussen v. Sanofi S.A., et al. | 2:17-cv-04840 |
| Rivera and Maria Reyes Flores v. Sanofi S.A., et al. | 2:16-cv-16751 |
| Rivers v. Sanofi S.A., et al. | 2:17-cv-00862 |
| Sanders v. Sanofi Aventis, et al. | 2:17-cv-05669 |
| Schlotterbeck v. Sanofi Aventis, et al. | 2:17-cv-05673 |
| Secrease v. Sanofi, S.A., et al. | 2:16-cv-17959 |
| Smith v. Sanofi S.A., et. al. | 2:17-cv-03126 |
| Steinbeiser v. Sanofi S.A., et al. | 2:17-cv-03403 |
| Stevens v. Sanofi S.A., et al. | 2:17-cv-05918 |
| Stewart v. Sanofi, S.A., et al. | 2:17-cv-00375 |
| Stuckey v. Sanofi Aventis S.A., et al. | 2:17-cv-05603 |
| Tabron v. Sanofi-Aventis U.S., LLC, et al. | 2:17-cv-01729 |
| Thomas v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01732 |
| Turner v. Sandoz Inc. | 2:17-cv-04827 |
| Turner v. Sanofi S.A., et al. | 2:17-cv-05481 |
| Walker v. Sanofi S.A., et al. | 2:17-cv-05084 |
| Warren v. Sanofi S.A., et al. | 2:17-cv-06262 |
| Warren v. Sanofi S.A., et al. | 2:17-cv-06833 |
| Woodgett, et al. v. Sanofi S.A., et al. | 2:16-cv-15491 |
| Zienka v. Sanofi S.A., et al. | 2:17-cv-04173 |