# Appendix I.6

Missing PFS (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Brown, Tammy v. Sanofi SA, et al. | 2:17-cv-05427 |
| Gullette, Regina v. Sanofi SA, et al. | 2:17-cv-02756 |
| Yoho, Julie v. Sanofi SA, et al. | 2:17-cv-04125 |

No Deficiency Response (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Dunn, Brenda v. Sanofi SA, et al. | 2:17-cv-00912 |
| Sims, Brenda v. Sanofi SA, et al. | 2:16-cv-16257 |