UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES ON ATTACHED EXHIBIT LIST

## ORDER TO SHOW CAUSE

Plaintiffs originally listed on Appendices C and D to Joint Report No. 5 of Liaison Counsel (Rec. Docs. 839-3, 839-4) who failed to cure certain deficiencies are now listed in the attached Exhibits 1 and 2 to this Order. These Plaintiffs have filed a lawsuit regarding the medication Taxotere® and/or docetaxel, which is currently pending in this MDL No. 2740, *In re: Taxotere (Docetaxel) Products Liability Litigation*. Pursuant to paragraph 5 of Amended Pretrial Order ("PTO") No. 22 (Rec. Doc. 325), all Plaintiffs are required to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and all responsive documents requested in the PFS within the time periods set forth in the Order. The Plaintiffs listed on the attached Exhibits have (1) failed to provide a completed PFS, authorizations, or responsive documents required in Amended PTO 22, ¶ 5; or (2) failed to cure alleged deficiencies on the Plaintiffs' PFS as required in Amended PTO 22 (Rec. Doc. 325).

As a result, the Plaintiffs on Exhibits 1 and 2 to this Order, which were originally listed on Appendices C and D to Joint Report No. 5 of Liaison Counsel (Rec. Doc. 839-3 and 839-4), are now listed by Defendants consistent with the terms of Amended PTO 22, ¶ 5. Since those Plaintiffs remain deficient, the Court hereby enters this Order to Show Cause.

1

Considering the foregoing:

Plaintiffs listed on Exhibits 1 and 2, who were originally listed on Appendices C and D to the Joint Report No. 5 of Liaison Counsel (Rec. Docs. 839-3, 839-4), are hereby **ORDERED TO SHOW CAUSE <u>on or before Friday, November 3, 2017</u>**, as to why their case should not be dismissed with prejudice for failure to comply with Amended PTO 22 (Rec. Doc. 325) in a written submission of no more than two pages double-spaced. Defendants are not required to submit a response unless otherwise ordered by the Court.

Failure to show cause by failing to file such a submission on or before November 3, 2017, may result in dismissal of Plaintiff's case with prejudice.

Upon entry of this Order to Show Cause, Defendants shall serve a copy of the Order by electronic mail on counsel for Plaintiffs on the attached Exhibits 1 and 2, with copies to Plaintiffs' Liaison Counsel.

New Orleans, Louisiana, on this 2nd day of November 2017.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**