# EXHIBIT 2

No Deficiency Response (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Sims, Brenda v. Sanofi SA, et al. | 2:16-cv-16257 |
| Dunn, Brenda v. Sanofi SA, et al. | 2:17-cv-00912 |