UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| DEBRA TOLLETT, | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 2:17-01950 |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : : | |
| Defendant(s). | | |

**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 872) in the above captioned matter.

New Orleans, Louisiana this  2nd  day of  November , 2017 .

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1