UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
|       PRODUCTS LIABILITY | * | |
|       LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| CASES:    2:17-cv-05427 | * | |
|             2:17-cv-04125 | * | |
| | * | |

******************************************

## RESPONSE TO ORDER TO SHOW CAUSE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, Tammy Brown and Julie Yoho, in reference to the cases numbered 2:17-cv-05427 and 2:17-cv-04125, respectively, who, in opposition to the Order to Show Cause filed by Defendants, show as follows:

I. **TAMMY BROWN (2:17-cv-05427)**

Ms. Brown's Plaintiff Fact Sheet was uploaded to MDL Centrality on October 24, 2017. Accordingly, the deficiency that forms the basis of Defendants' Rule to Show Cause against Ms. Brown is cured.

II. **JULIE YOHO (2:17-cv-04125)**

Undersigned counsel sent Ms. Yoho the Plaintiff Fact Sheet via email around the time her Complaint was filed in April 2017. Due to communications issues, however, undersigned counsel was unable to reach Ms. Yoho concerning her Plaintiff Fact Sheet until October 26, 2017. On or about October 28, 2017, undersigned counsel's associate sent Ms. Yoho a second Plaintiff Fact Sheet via U.S. Mail. Ms. Yoho is currently in the process of completing her Plaintiff Fact Sheet and undersigned counsel anticipates uploading the completed document

1

within the next thirty (30) days. Accordingly, Ms. Yoho respectfully submits that good cause exists not to dismiss her case.

### III.     CONCLUSION

For the foregoing reason, Plaintiffs, Tammy Brown and Julie Yoho, respectfully request that this Honorable Court deny Defendants' motion to dismiss Ms. Brown's and Ms. Yoho's cases.

Respectfully submitted,

/s/ *David P. Vicknair*
DAVID P. VICKNAIR, #34135
GALEN M. HAIR, #32865
**Scott, Vicknair, Hair & Checki, LLC**
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
T: (504) 684-5200
F: (504) 613-6351
david@svhclaw.com
hair@svhclaw.com

*Attorneys for Tammy Brown*
*& Julie Yoho*

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *David P. Vicknair*
DAVID P. VICKNAIR, #34135

2