UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                           MDL No. 2740
        PRODUCTS LIABILTY
        LITIGATION                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO                    **Civil Action No.: 17-1939**

_____

**TAXOTERE REQUEST FOR SUMMONS**


        Please issue summons on the Amended Short Form Complaint pursuant to PTO # 56 and

PTO #55 for the substitution of the original named defendants US LLC SANOFI-AVENTIS

U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP

PHARMACEUTICALS INC, and SANOFI US SERVICES INC.

Select new party to be served

___X___  1.      (name)  SANDOZ, INC.
                 (address) c/o sandoz-taxotere-complaints@gtlaw.com


___X___  2.      (name) SAGENT PHARMACEUTICALS, INC.
                 (address) c/o National Registered Agents, Inc.
                         160 Greentree Dr. Ste 101
                         Dover, DE 19904

                                        Very truly yours,

                                        REICH AND BINSTOCK, LLP

                                        /s/ *Dennis C. Reich*
                                        Dennis C. Reich (TX #16739600)
                                        REICH AND BINSTOCK, LLP
                                        Whitney Bank Bldg. River Oaks
                                        4265 San Felipe #1000
                                        Houston, TX 77027
                                        Phone: (713) 622-7271
                                        dreich@reichandbinstock.com