**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| KAREN LAWRENCE, | : : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | COMPLAINT & JURY DEMAND |
| v. | : : | Civil Action No.: 17-1939 |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : : : | |
| Defendant(s). | | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Karen Lawrence, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a) submits this Memorandum in Support of her motion for leave to file an amended short form complaint.

Plaintiff filed her original long form complaint based on her understanding that she had received the chemotherapy drug Taxotere and that it caused her suffer permanent alopecia. Plaintiff named and served three Sanofi entities as defendants.

Upon further investigation, Plaintiff has discovered that she received generic docetaxel produced by Sandoz, Inc and Sagent Pharmaceuticals. Based on this newly obtained information, Plaintiff seeks to amend her complaint to add Sandoz, Inc. and Sagent Pharmaceuticals as defendants and remove the Sanofi entities.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint. Plaintiff does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper defendants as parties to her suit.

Plaintiff e-mailed Defendants' Liaison counsel on October 31, 2017, seeking approval to file an ex parte/consent motion for leave to amend.  Counsel for Sanofi responded that Sanofi did not object.

For the foregoing reasons, Plaintiff respectfully requests the Court grant leave to file Plaintiff's Amended Short Form Complaint.

Respectfully submitted this 3rd day of November of 2017.

/s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271

dreich@reichandbinstock.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

/s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000

Houston, TX 77027  
Phone: (713) 622-7271  
dreich@reichandbinstock.com