UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N"(5) |
| | : | JUDGE ENGLEHARDT |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

*Brenda D. Sims v. Sanofi S.A., et. al.*, Case No.: 2:16-cv-16257

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Brenda D. Sims, Plaintiff, in the above referenced civil action, and by and through her counsel of record hereby files a Response to the Order to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Taxotere Use (Rec. Doc. 1065) and shows as follows:

1. Plaintiff Brenda D. Sims contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on October 24, 2016. The complaint was filed in good faith based on Brenda D. Sims's request to file suit for her.

3. Plaintiff's counsel has contacted Ms. Sims on multiple occasions to secure a complete Plaintiff Fact Sheet.

4. Beginning in December of 2016 Plaintiff's counsel began attempting to contact Ms. Sims by phone for needed information and/or documents.  Counsel called on the following dates:

    12/22/2016
    3/15/2017
    5/22/2017
    6/21/2017

5. In February of 2017 Plaintiff's counsel began sending letters monthly to Ms. Sims to obtain contact and/or a complete Plaintiff Fact Sheet. Counsel wrote letters on:

    2/23/2017
    4/6/2017
    5/22/2017
    8/15/2017
    10/27/2017

6. To date, Ms. Sims has not responded to these requests to provide a completed Plaintiff Fact Sheet.

Date: November 3, 2017

        **HILLIARD MARTINEZ GONZALES LLP**
        By: /s/ T. Christopher Pinedo
           Robert C. Hilliard
           Texas Bar No. 09677700
           Catherine Tobin
           Texas State Bar No. 24013642
           T. Christopher Pinedo
           Texas State Bar No. 00788935
           John Martinez
           Texas State Bar No. 24010212

           719 S. Shoreline Boulevard
           Corpus Christi, Texas 78401
           361-882-1612 Office
           361-882-3015 Fax
           ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2740  SECTION "N"(5) JUDGE ENGLEHARDT MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brenda D. Sims v. Sanofi S.A., et. al.*, Case No.: 2:16-cv-16257

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740 pursuant to Pre-Trial Order No. 49

                                                                                              **HILLIARD MARTINEZ GONZALES LLP**
                                                                                              By: /s/ T. Christopher Pinedo
                                                                                                      Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    ***Attorneys for Plaintiff***