IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates To: | SECTION "N" (5) |
| BRENDA DUNN, | |
| Plaintiff, | HON. KURT D. ENGELHARDT |
| vs. | |
| SANOFI S.A., et al., | Case No. 2:17-cv-00912 |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

DATED: November 3, 2017

KENNEDY HODGES, LLP

By: /s/ David W. Hodges
David W. Hodges
Gabriel A. Assaad
KENNEDY HODGES, LLP
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dhodges@kennedyhodges.com
gassaad@kennedyhodges.com

*Attorneys for Plaintiff*

DATED: November 3, 2017

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
dmoore@irwinllc.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: November 3, 2017

Respectfully submitted,

By: /s/ David W. Hodges
David W. Hodges
Gabriel A. Assaad
KENNEDY HODGES, LLP
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dhodges@kennedyhodges.com
gassaad@kennedyhodges.com