

| | Patrick W. Pendley | Pamela P. Baudin | Of Counsel: |
|---|---|---|---|
| | Stanley P. Baudin | Courtney L. Stidham* | Allen M. Edwards |
| | Christopher L. Coffin*† | *Also admitted in Alabama | David M. Hundley* |
| | *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Illinois |
| | †Registered nurse | Jonathan E. Chatwin | Tracy L. Turner* |
| | Nicholas R. Rockforte | | *Admitted only in Ohio |

November 3, 2017

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Regina Gullette v. Sanofi SA, et al.;* 2:17-cv-02756

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1065), entered November 2, 2017, Plaintiff Regina Gullette, by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel has made numerous and diligent attempts, both by phone and mail, to reach Ms. Gullette concerning her Plaintiff Fact Sheet. Unfortunately, Ms. Gullette was unable to respond to counsel's inquiries for several months. Recently, Plaintiff informed counsel that she had been struggling with some health-related issues and had just been released from a hospitalization. Plaintiff's counsel relayed, both by phone and mail, to Plaintiff that here Plaintiff Fact Sheet was overdue and therefore her case was subject to a potential dismissal. Following this call, Plaintiff continued to work with counsel to complete her Plaintiff Fact Sheet and produce all Court required documentation for submission of her Plaintiff Fact Sheet. As a result, Plaintiff's Fact Sheet was submitted through MDL Centrality, Plaintiff ID: 1123, on or about November 2, 2017.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff has completed and submitted her Plaintiff Fact Sheet.

Dated:  November 3, 2017                              Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

***Attorney for Plaintiff***