UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)      MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION      SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### JOINT MOTION TO WITHDRAW CERTAIN MOTIONS AND RESPONSES

NOW INTO COURT come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), and sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively, "the Sanofi Defendants"), who, for the reasons set forth below, respectfully request that certain motions and responses be withdrawn pursuant to a negotiated stipulation filed concurrently with this motion.

Pursuant to the stipulation, Plaintiffs and the Sanofi Defendants hereby request that the following motions and memoranda in response/reply be withdrawn from the docket in this MDL:

| | Motion | Record Doc. No(s). | Response(s) (Rec. Doc.) | Repl(y/ies) (Rec. Doc.) |
|---|---|---|---|---|
| 1. | Motion to Dismiss for Lack of Jurisdiction by Sanofi and Aventis Pharma S.A. | 346, 590 | N/A | N/A |
| 2. | Motion for Protective Order | 542 | 697 | 705 |
| 3. | Motion for Disclosure of Non-Party Interested Entities or Persons | 559 | 696 | 715 |
| 4. | Motion to Compel Responses to Requests for Production Related to Jurisdictional Discovery | 626 | 685, 694 | 706, 707 |

WHEREFORE, Plaintiffs and the Sanofi Defendants pray that their motion be granted and that the above referenced motions, response memoranda, and all attachments thereto be withdrawn from the record in this matter.

1

Dated: November 3, 2017                                    Respectfully submitted,

*/s/ Christopher L. Coffin*                                */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                             Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                           Andre Mura (on the brief)
1515 Poydras Street, Suite 1400                            GIBBS LAW GROUP LLP
New Orleans, LA 70112                                      400 Continental Boulevard, 6th Floor
Phone: 504-355-0086                                        El Segundo, CA 90245
Fax: 504-523-0699                                          Telephone: 510-350-9700
ccoffin@pbclawfirm.com                                     Facsimile: 510-350-9701
                                                           kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*
                                                           *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                                     */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                 Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                  BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                   701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                    New Orleans, LA 70139
New Orleans, LA 70163-2800                                 Phone: 504-524-3300
Phone: 504-522-2304                                        Fax: 504-524-3313
Fax: 504-528-9973                                          barrios@bkc-law.com
plambert@gainsben.com
                                                           *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                               Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                      Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                                9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                           Oklahoma City, OK 73120
Phone: (800) 664-1734                                      Phone: (405) 607-8757
aa@andrewsthornton.com                                     Fax: (405) 607-8749
                                                           dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
dmiceli@simmonsfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**And**

/s/ Jon Strongman
Jon Strongman (MO Bar No. 53995)
**SHOOK HARDY & BACON**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
Email: jstrongman@shb.com

*Counsel for Defendants, Sanofi S.A., Aventis Pharma S.A., sanofi-aventis U.S. LLC, and Sanofi US Services Inc.*

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
E-Mail: dmoore@irwinllc.com

*Liaison Counsel for Defendants, Sanofi S.A., Aventis Pharma S.A., sanofi-aventis U.S. LLC, and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
