UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

ALL CASES

### [PROPOSED] ORDER

Considering the foregoing Joint Motion to Withdraw Certain Motions and Responses,

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Documents 346, 542, 559, 590, 625, 626, 685, 694, 696, 697, 705, 706, 707, 715, and all attachments thereto, from the docket.

New Orleans, Louisiana this____day of_____, 2017.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1