# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**           MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Patricia Tramble
Case No.: 17-cv-00827

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## MOTION FOR LEAVE TO AMEND HER COMPLAINT

Plaintiff Patricia Tramble, through her undersigned counsel, respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff filed her original Complaint on January 31, 2017, and served Defendants pursuant to PTO 9. In her original and short form Complaint, Plaintiff named Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC as Defendants. Around June 2017, counsel for Plaintiff received National Drug Code information from Ms. Tramble's healthcare provider that indicated that Ms. Tramble was treated with docetaxel manufactured by Sandoz, Inc.

Therefore, Plaintiff's proposed amendment would reflect this correction by removing the Sanofi entities as Defendants and substituting Sandoz, Inc., as the proper Defendant. Plaintiff's counsel has conferred with Defendant Liaison Counsel, who did not respond to Plaintiff's request. However, Plaintiff believes that Defendants would not oppose this Motion, because no Defendant will be prejudiced, and because its sole purpose is to properly identify the Docetaxel

product that was used in Plaintiff's case. For these reasons, Plaintiff requests that this Court grant leave to file an Amended Complaint.

Respectfully Submitted,

Dated: November 7, 2017        **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on November 7, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson