# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Patricia Tramble
Case No.: 17-cv-00827

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiff's Motion for Leave to File her Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 6, 2017, at 9:30AM.

Respectfully Submitted,

| | |
|---|---|
| Dated: November 7, 2017 | **JOHNSON BECKER, PLLC** |
| | /s/ Alexandra W. Robertson |
| | Alexandra W. Robertson, Esq. MN Bar #395619 |
| | Timothy J. Becker, Esq. MN Bar #256663 |
| | Johnson Becker, PLLC |
| | 444 Cedar Street, Suite 1800 |
| | St. Paul, Minnesota 55101 |
| | (612) 436-1800 (telephone) |
| | arobertson@johnsonbecker.com |
| | tbecker@johnsonbecker.com |
| | **Attorneys for Plaintiff** |

## **CERTIFICATE OF SERVICE**

I certify that on November 7, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson

Alexandra Robertson