# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Barbara Grace Finnegan
Case No.: 16-cv-17791

## PLAINTIFF'S MOTION
## FOR LEAVE TO AMEND HER COMPLAINT

     **NOW COMES** Plaintiff Barbara Finnegan, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully asks that the Court grant her such leave.

Respectfully Submitted,

Dated: November 7, 2017　　　　　　　　**JOHNSON BECKER, PLLC**

　　　　　　　　　　　　　　　　　　　　/s/ Alexandra W. Robertson
　　　　　　　　　　　　　　　　　　　　Alexandra W. Robertson, Esq. MN Bar #395619
　　　　　　　　　　　　　　　　　　　　Timothy J. Becker, Esq. MN Bar #256663
　　　　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101
　　　　　　　　　　　　　　　　　　　　(612) 436-1800 (telephone)
　　　　　　　　　　　　　　　　　　　　arobertson@johnsonbecker.com
　　　　　　　　　　　　　　　　　　　　tbecker@johnsonbecker.com

　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and has not responded to Plaintiff's requested relief. Therefore, Plaintiff is treating this as an "opposed" motion.

## CERTIFICATE OF SERVICE

I certify that on October November 7, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/ Alexandra Robertson
　　　　　　　　　　　　　　　　　　　　Alexandra Robertson