BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Manuela Popescu, 2:17-cv-11077* | HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S., LLC, Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc., from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  November 10, 2017

Respectfully submitted,

/s/ Alyssa White.
Alyssa White
Texas Bar No., 24073014
Federal Bar No. 1503719
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: (713) 626-9336
Fax: (713) 583-9460
awhite@johnsonlawgroup.com

/s/ Rashmi Parthasarathi.
Rashmi Parthasarathi
Texas Bar No., 24092940
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: (713) 626-9336
Fax: (713) 583-9460
rpartha@johnsonlawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 10, 2017

/s/ Alyssa White
Alyssa White.

/s/ Rashmi Parthasarathi
Rashmi Parthasarathi.