UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: *Dorothy Stratton v. Sanofi S.A., et al.,* *Civil Action No. 2:17-cv-07220* | | JUDGE KURT D. ENGELHARDT |
| | | MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Dorothy Stratton, through her undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanfoi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., and Actavis Pharma Inc. only.

Dated this 13th day of November, 2017.


Respectfully submitted,


THE SIMON LAW FIRM, P.C.

By: /s/Amy Collignon Gunn
    John G. Simon
    Amy Collignon Gunn
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    Phone: 314-241-2929
    Fax: 314-241-2029
    jsimon@simonlawpc.com
    agunn@simonlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn