UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| CYNTHIA GRANT<br>        Plaintiff,<br><br>vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC.,<br>        Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:17-cv-05013 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    Plaintiff, Cynthia Grant, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated: November 14th, 2017

Respectfully submitted,

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of November, 2017.

                                              MARC J. BERN & PARTNERS LLP

                                              By: /s/ Debra Humphrey
                                              Debra Humphrey, Esq.
                                              NY Bar 5050448
                                              60 East 42nd Street, Suite 950
                                              New York, New York 10165
                                              Phone: (212) 702-5000
                                              Fax: (212) 818-0164
                                              Email: Dhumphrey@bernllp.com
                                              *Attorneys for Plaintiff*