## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Cynthia Grant

**PLAINTIFF(S)**

**VERSUS**

Sanofi S.A. et al.,

**DEFENDANT(S)**

**CIVIL ACTION**

**No.**   2:17-cv-05013

**SECTION:**   "N" (5)

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion For Leave to Amend the Complaint is

hereby set for submission before District Judge/Magistrate Judge Kurt D. Engelhardt on

December 6, 2017 at 9:30 a .m.

/s/Debra Humphrey

(Signature)

Debra Humphrey

(Name)

60e.42nd St. STE 950

(Address)

New York          NY          10165

(City)          (State)          (Zip)

212-702-5000

(Telephone)

**CERTIFICATE OF SERVICE**

**I hereby certify that I have served a copy
of this document on all counsel of record
either in person or by mailing it postage
prepaid on this** 14th **day of**
November **, 20** 17 **.**

/s/ Debra Humphrey

**(SIGNATURE)**