## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| LORETTA MOLT and  RONALD MOLT<br>Plaintiffs,<br><br>vs.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFIAVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/ b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC.; CARACO PHARMAUTICAL LABORATORIES LTD.; PFIZER INC.; ALLEGRAN FINANCE LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA INC., Defendants. | **MDL NO. 2740**<br><br>**SECTION "N" (5)**<br>**JUDGE ENGLEHARDT**<br>**MAG. JUDGE NORTH**<br><br>**MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**<br><br>**Civil Action No.: 2:17-cv-08883** |

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, Loretta Molt and Ronald Molt, by and through counsel, respectfully seek leave

of Court to file an Amended Complaint in this matter. Defendants oppose this motion.

Dated: November 14, 2017                              Respectfully submitted,

                                                     By: /s/ Debra Humphrey
                                                     Debra Humphrey, Esq.
                                                     NY Bar 5050448
                                                     60 East 42nd Street, Suite 950
                                                     New York, New York 10165
                                                     Phone: (212) 702-5000
                                                     Fax: (212) 818-0164
                                                     Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic

filing system and thereby served upon all counsel of record by electronic filing on the 14th day of

November, 2017.

MARC J. BERN & PARTNERS LLP

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com
*Attorneys for Plaintiff*