# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Joyce Rasmussen
**PLAINTIFF(S)**

**VERSUS**

Sanofi S.A. et. al.,
**DEFENDANT(S)**

**CIVIL ACTION**

No.   2:17-cv-04840

SECTION:   "N" (5)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion For Leave to Amend the Complaint is hereby set for submission before District Judge/Magistrate Judge Kurt D. Engelhardt on December 6, 2017 at 9:30 a.m.

/s/Debra Humphrey
(Signature)

Debra Humphrey
(Name)

60 E. 42nd St. STE 950
(Address)

New York   NY   10165
(City)   (State)   (Zip)

212-702-5000
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 14th day of November, 20 17.

/s/Debra Humphrey
**(SIGNATURE)**