IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: : | |
| *Ethel Simmons v. Sandoz, Inc.,* : | JUDGE ENGELHARDT |
| Civil Action No. 2:17-cv-07868 : | MAG. JUDGE NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendant Sandoz, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 14th day of November, 2017.    Respectfully submitted,

                                                            */s/ Paige Boldt*
                                                            Paige Boldt
                                                            Texas Bar No. 24082626
                                                            Ryan L. Thompson
                                                            Texas Bar No. 24046969
                                                            WATTS GUERRA LLP
                                                            5726 Hausman Rd. W., Ste. 119
                                                            San Antonio, TX 78249
                                                            Telephone: 866.529.9100
                                                            Fax: 210.448.0501
                                                            Email: pboldt@wattsguerra.com
                                                            Email: rthompson@wattsguerra.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED:  November 14, 2017            */s/ Paige Boldt*_____
                                     Paige Boldt