UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | *  MDL No.  2740 <br> * <br> *  SECTION  "N" (5) <br> * <br> * <br> * <br> * <br> * <br> * |

**************************************************************************

**APPLICATION OF EMILY C. JEFFCOTT FOR REAPPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Emily C. Jeffcott respectfully submits this application and requests this Court reappoint her as a member of the Plaintiffs' Steering Committee ("PSC") for MDL No. 2740, *In re: Taxotere (Docetaxel) Products Liability Litigation*.  Ms. Jeffcott understands and agrees to the responsibilities and obligations of membership on the PSC as set forth in Pretrial Order No. 1, and she is counsel of record in several cases.[1] Her experience and contributions as a member of the PSC in this litigation along with her proven ability to work cooperatively with common benefit counsel make her an appropriate and qualified candidate for reappointment to the PSC.

Ms. Jeffcott's uncompromising work ethic and experience in MDLs has been an asset in her role as co-chair of the law & briefing committee in MDL No. 2740.  As co-chair, Ms. Jeffcott has been in charge of overseeing and delegating legal research assignments to committee members as well as conducting extensive research on her own.  Ms. Jeffcott is also responsible for coordinating the drafting of all pleadings, briefs and pretrial motions filed on behalf of plaintiffs. To date, Ms. Jeffcott has spent considerable time drafting and revising two master long

---

[1] *Maria Glynn v. Sanofi-Aventis US LLC et al.*, No. 2:16-CV-02355 (E.D. La. Oct. 20, 2016); *Linda Davis v. Sanofi-Aventis US LLC et al.*, 2:17-cv-01173 (E.D. La. March 1, 2017).

form complaints and eleven motions and oppositions. Furthermore, in her role as co-chair, Ms. Jeffcott has worked demonstrated her ability to work cooperatively with others. The role of co-chair requires Ms. Jeffcott to work closely with her fellow co-chair, Andre Mura, fellow law and briefing committee members, as well as liaison counsel and PSC members.

In addition to her responsibilities as co-chair of the law and briefing committee, Ms. Jeffcott has actively been involved in the selection and retention of expert witnesses. Ms. Jeffcott will be the attorney primarily responsible for working with these experts throughout the litigation.

Ms. Jeffcott, along with her associates at The Lambert Firm, have been involved in the bellwether selection process and assisted in the case review of potential bellwether trial plaintiffs. Associates at The Lambert Firm, under Ms. Jeffcott's direction, currently conduct twenty hours of document review each week as part of the document review committee.

Ms. Jeffcott is willing and available to continue to devote the time required for this litigation. Ms. Jeffcott has the unconditional support of her firm, The Lambert Firm, which is willing to continue to commit the resources necessary to pursue this litigation.

For the foregoing reasons, Ms. Jeffcott requests that she be reappointed to the PSC for MDL No. 2740.

Respectfully submitted;

/s/ *Emily C. Jeffcott*
Emily C. Jeffcott (#33204)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

CERTIFICATE OF SERVICE

      I hereby certify that I have on this November 14, 2017 served a copy of the foregoing via the Court's CM/ECF electronic filing system.

                                      /s/ Emily C. Jeffcott
                                      Emily C. Jeffcott