# Emily Catherine Jeffcott

701 Magazine Street | New Orleans, LA 70130| 504-581-1750 | ejeffcott@thelambertfirm.com

## EXPERIENCE

**The Lambert Firm, PLC,** New Orleans, Louisiana
*Partner, 2013 – present*
Practice areas extend to pharmaceutical mass tort and False Claims Act litigation. Currently serves as trial counsel in the Xarelto MDL bellwether trials. Serves as a member of the Plaintiffs' Steering Committee for the Taxotere MDL, serving as co-chair for the law & briefing committee. Serves on the law & briefing committee for the Zofran MDL. Also, represents whistleblowers across the country, including qui tam cases involving DOE and DOD government contractors.

**Watts Guerra, LLP**, San Antonio/Austin, Texas
*Associate Attorney; Law Clerk, March 2009 – May 2013*
*Office Manager/ IT Services, January 2004 – March 2009*
Served as a primary appellate briefing and motion practice attorney for the firm's mass tort and false claims act litigations, and led the constitutional briefing regarding the tribal water rights of the Apache Indian Tribe.  Managed a 30(+) person staff and oversaw mass tort litigations with 20000(+) clients.  Developed a firm wide database resulting in a paperless system.  Responsibilities further included researching and drafting the majority of all legal filings, including summary judgments, motions to dismiss, *Daubert* challenges, and motions *in limine*, maintaining constant client communications, organizing experts and cataloging their associated work product, preparing witnesses, and participation in multiple lengthy trials.

**Jane's Due Process**, Austin, Texas
*Law Clerk, Summer 2008*
Published materials regarding women's reproductive rights, including authoring pamphlets and web materials explaining women's reproductive rights and judicial bypass proceedings.

## PROFESSIONAL AND CIVIC MEMBERSHIPS

Board of Directors, Special Olympics of Louisiana
Board of Governors, Louisiana Association for Justice (LAJ)
Co-Chair, Women in the Profession, a Subcommittee of LAJ Women's Caucus
Member, LAJ Women's Caucus
Member, American Association for Justice (AAJ)
Member, AAJ Women's Caucus
Member, New Orleans Bar Association
Member, New Orleans Association for Women Attorneys
Member, Academy of New Orleans Trial Lawyers
Member, Texas Trial Lawyers Association
Member, American Bar Association

## PUBLICATIONS

*No Refuge Under Louisiana Law for Consumers Injured by Inadequate Warnings on Generic Pharmaceuticals*, Louisiana Advocates, December 2016.

*A Heightened Pleading Standard*, Trial, August 2016, at 48.

# Emily Catherine Jeffcott

701 Magazine Street | New Orleans, LA 70130| 504-581-1750 | ejeffcott@thelambertfirm.com

*Client Evaluation Basics*, Louisiana Advocates, August 2016, at 9.

*Deconstructing the False Claims Act*, Louisiana Advocates, December 2015.

*Fiduciary Duty and its Application to Louisiana LLCs*, Louisiana Advocates, August 2015.

*Ten Habits of Highly Effective Young Lawyers*, Louisiana Advocates, March 2015.

*Does He Who Owns the "Minerals" Own The Shale Gas? A Guide To Shale Mineral Classification*, 8 Tex. J. Oil, Gas, & Energy L. 27 (Winter 2012-2013), selected for National Reprint in 50 Rocky Mt. Min. L. Fdn. J. 179 (2013)

Presentation Paper, *The Duties Owed by the Executive Mineral Interest: Crafting A New Fiduciary Standard in Texas*, Texas Bar CLE, Austin, TX, Spring 2012.

Texas Minerals: What's Required of the Executive Interest, American Association Justice Women's Caucus Newsletter, Winter 2013.

*What's Required to Remedy Juror Discrimination? A Brief Discussion on Batson and its Available Remedies*, 13 Scholar 615 (Spring 2011)

*A Primer on Batson Including Discussion of Johnson v. California, Miller-El v. Dretke, Rice v. Collins & Snyder v. Louisiana*, 42 St. Mary's L. J. 337 (Spring 2011)

Presentation Paper, *The Deepwater Horizon Disaster – An Overview of MDL Centralization and the Potential Recovery for Economic Loss*, ABA Young Lawyers Conf., Santa Fe, NM, Fall 2010.

*The Mortgage Reform and Anti Predatory Act of 2007: Paving a Secure Path for Minorities in the Midst of the Sub Prime Debacle*, 10 Scholar 449 (Spring 2008).

## PRESENTATIONS

*Client Evaluation Basics*, LAJ's Women Caucus CLE, New Orleans, LA (May 2015).

*Successful Mentoring: What Am I Supposed To Do?*, Association for Women Attorneys CLE, New Orleans, LA (Sept. 2014).

## HONORS & AWARDS

Louisiana Super Lawyers Rising Star, 2013 – 2016
Texas Super Lawyers Rising Star, 2012
National Lawyers Top 40 Under 40, 2014 – 2016
Top New Orleans Lawyer, 2013 – 2016

# Emily Catherine Jeffcott

701 Magazine Street | New Orleans, LA 70130| 504-581-1750 | ejeffcott@thelambertfirm.com

Louisiana Association for Justice Community Service Award, 2015
Nominated Writer, 2008, American College of Consumer Financial Services Lawyers

## EDUCATION

**St. Mary's University School of Law**, San Antonio, Texas
   Juris Doctorate, 2009, Top 25%, *Phi Delta Phi Legal Honor Society, Order of the Barristers*

Editorial/Writing Accomplishments:
   **Executive Articles Editor**, 2008, THE SCHOLAR, ST. MARY'S LAW REVIEW ON MINORITY ISSUES
   **Second Best Brief**, 2009, Texas Young Lawyers Assoc. Moot Court Competition, *Brief Writer, Oralist*
   **Nominated Writer**, 2008, American College of Consumer Financial Services Lawyers
   **Top Petitioner's Brief, Quarter Finalist**, 2008, National Moot Court Competition, *Brief Writer, Oralist*

Oral Advocacy Accomplishments:
   **Patricia A. Scott Advocacy Award**, 2009, *given to top graduating advocate*
   **St. Mary's Moot Court Advocate Award**, 2009, *given to top graduating moot court advocate*
   **3rd Best Advocate in the U.S.,** 2009, ABA National Appellate Advocacy, *Brief Writer, Oralist*
   **Champion, Best Advocate Award**, 2009, ABA Regional Appellate Advocacy, *Brief Writer, Oralist*
   **Semi Finalist**, 2008, Texas Young Lawyers Assoc. Moot Court Competition, *Brief Writer, Oralist*
   **Semi Finalist**, 2008, The Mack Kidd Admin Law Moot Court Competition, *Brief Writer, Oralist*
   **Quarter Finalist**, 2007, The Mack Kidd Admin Law Moot Court Competition, *Brief Writer, Oralist*

## LICENSING

New York (2011), District of Columbia, (2011), Louisiana (2010), Texas (2009); United States Fifth Circuit Court of Appeals; United States District Courts for the Northern, Southern, Western, and Eastern Districts of Texas; and United States District Courts for the Western and Eastern Districts of Louisiana.