UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  :  MDL No. 2740
       PRODUCTS LIABILITY  :
       LITIGATION  :  SECTION "N"(5)
                                                                :
This document relates to all actions.  :

### RAND P. NOLEN'S APPLICATION FOR REAPPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

In compliance with the Court's PRETRIAL ORDER #2, I hereby reapply for a position on the Plaintiffs' Steering Committee:

1. I was honored to be appointed to the PSC by this Court last year. I have taken my PSC service seriously and have endeavored to diligently and competently discharge my duties. A brief summary of my activities related to my service is set forth below.

2. I continue to have a willingness and the availability to commit to this time-consuming project;

3. I have demonstrated the ability to work cooperatively with co-counsel and opposing counsel;

4. My experience in pharmaceutical products liability litigation and in litigation generally is set forth on Exhibit "A" to this application;

5. My firm, Fleming, Nolen & Jez, L.L.P., and I remain willing, able, and ready to commit the necessary resources to pursue this matter, and have done so over the past year; and

6. All of my firm's Taxotere /docetaxel clients' civil actions are filed in this MDL.

## **SUMMARY OF MY PSC ACTIVITIES**

I have attended all of the Court's PSC and general status conferences. I have attended all of the PSC in-person meetings. I have participated in the PSC telephone conferences except for two instances when I was in court hearings (my legal assistant called in and took notes) or one teleconference when I was unavailable due to being the lead counsel in a jury trial.

I am a co-chair of the Focus Group Committee. In that capacity I have worked with my committee and two jury consultants. My committee collected the raw data from three Taxotere focus groups conducted prior to my appointment to the PSC and that data was analyzed by one of the jury consultants who is a licensed psychologist. My committee retained another jury consultant to conduct an online survey of attitudes and opinions. We received a report about that research.

The week of November 5th, my committee conducted two focus groups in New Orleans testing two of the bellwether plaintiffs' cases. I fully participated in those focus groups, and personally presented the defense side of the Taxotere case. The data from those two focus groups will be analyzed and incorporated into the PSC's knowledge base and decision making going forward. Additional focus groups involving other bellwether plaintiffs are anticipated.

I am also a member of the bellwether committee and have participated in all committee meetings. I also participated in the face-to-face interviews of each of the bellwether plaintiffs, and their spouses, if any. My committee continues to be very active in vetting bellwethers.

In summary, I appreciate having had the opportunity to serve on the PSC in this litigation. I have worked collaboratively with other members of the PSC. I have also worked diligently on my assigned committees. I respectfully ask to be reappointed to the PSC so that I can continue my service in this matter.

Dated: November 14, 2017

Respectfully submitted,

**FLEMING, NOLEN & JEZ, L.L.P**

*/s/ Rand P. Nolen*
Rand P. Nolen
Texas State Bar No. 00788126
Federal ID No. 19007
George M. Fleming
Texas State Bar No. 07123000
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3019
Telephone (713) 621-7944
Fax (713) 621-9638
rand_nolen@fleming-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

*/s/ Rand P. Nolen*