# EXHIBIT A

## RAND P. NOLEN'S QUALIFICATIONS

I am an attorney licensed to practice in the State Bar of Texas, as well as the United States District Courts for the Southern, Western, Northern and Eastern Districts of Texas; United States Courts of Appeals for the First, Third, Fifth, Seventh, and Tenth Circuits; United States Court Of Federal Claims; and the United States Supreme Court.

I am Board Certified, Personal Injury Trial Law by the Texas Board of Legal Specialization. I am a member of the American Board Of Trial Advocates, and a Senior Fellow in the Litigation Counsel of America. I am Peer Review Rated AV. [1]

I have tried cases to verdict in the state courts of Texas, Oregon, Georgia, Illinois, Pennsylvania, and Florida, as well as in the United States District Courts for the Southern and Western Districts of Texas. I have also commenced trials or final pretrial (in some instances including jury selection) in Kentucky, South Dakota, North Dakota, and Mississippi.

Since joining my firm in 1997, we have recovered more than $1 billion on approximately fifteen thousand individual product liability cases for which I had direct responsibility. In doing so, I represented plaintiffs involved in the following litigation: Hormone Replacement Therapy litigation, Fen-phen Diet Drug litigation, Gas Retailer litigation, Rezulin Diabetes Drug litigation, Gaylord Chemical Release litigation, Ortho Evra Patch litigation, Asbestos litigation, Transvaginal Mesh litigation, Ford Rollover litigation, Firestone Tire litigation, Trucking litigation, First Party Insurance litigation,

---

[1] AV®, BV®, AV Preeminent® and BV Distinguished® are registered certification marks of Reed Elsevier Properties Inc., used under in accordance with the Martindale-Hubbell certification procedures, standards and policies. Martindale-Hubbell is the facilitator of a peer review rating process. Ratings reflect the anonymous opinions of members of the bar and the judiciary. Martindale-Hubbell® Peer Review Ratings™ fall into two categories - legal ability and general ethical standards.

General Motors Rollover litigation, Transvaginal Surgical Mesh litigation, and number of individual product liability or personal injury civil actions.

I am presently serving as court appointed counsel on the Plaintiffs' Steering Committee – *In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION*, MDL NO. 2740, United States District Court, Eastern District of Louisiana.

I served as Class Counsel in *Harry Snowden, Individually and as Representative of All Persons Similarly Situated v. Farmers Insurance Company, Inc.*; Cause No. CIV-2000 (Cir. Ct. of Faulkner County, Arkansas, First Division, July 2009), which resulted in cash settlements for certain eligible Farmers Insurance Group policyholders in the State of Arkansas.

I served as Class Counsel in *Royce Yarbrough; Craig Fuller; and Robert Price Brent, III, Individually And As Representatives Of The Classes Of All Similarly Situated Persons v. ConocoPhillips Company, et al.*, Cause No. 99-DCV-107968 (In the 268th Judicial District, Fort Bend County, Texas), which was litigated for 15 years and which resulted in the proper calculation royalties and the payment of additional royalties to more than 2,600 gas royalty owners.

I served as a member of the Mississippi Litigation Group for more than 16 years and also separately represented 1,111 personal injury clients in *In Re: BOGALUSA CHEMICAL RELEASE*, No. 251-96-CIV ALL CASES, Circuit Court for the First Judicial District, Hinds County, Mississippi.

I presently represent one of the Minnesota subclass representatives in *In re: Target Corporation Customer Data Security Breach Litigation*, MDL No. 14-2522, United States District Court, District Of Minnesota, and I filed the motion with the United States Judicial

Panel On Multidistrict Litigation that was granted to transfer all of the Target data breach actions to the District of Minnesota.

I have argued appeals before the United States Court of Appeals for the Fifth, Seventh, and Tenth Circuits, the Houston First Court of Appeals, the Houston Fourteenth Court of Appeals, the Texarkana Court of Appeals, the Superior Court of Pennsylvania, Pennsylvania Supreme Court, and The Texas Supreme Court.

My appellate cases include the following:

1. *Assicurazioni Generali, S.p.A. v. Ranger Ins. Co.,* 64 F.3d 979 (5th Cir. 1995).

2. *AIU Ins.Co. v. Mallay Corp.*, 928 F. Supp. 407 (S.D. Tex. 1996) *aff'd.* 116 F.3d 1478 (5th Cir. 1997).

3. *Ackerman v. Northwestern Mut. Life Ins. Co.*, 172 F.3d 467 (7th Cir. 1999) *cert. denied*, 528 U.S. 874 (1999);

4. *Park v. Larison* 28 S.W.3d 106 (Tex. App. -Texarkana 2000, no pet. h.).

5. *Keystone Aerial Surveys, Inc. v. Pennsylvania Property & Cas. Ins. Guar. Ass'n*, 777 A.2d 84 (Pa. Super. Ct. 2001) *aff'd. Keystone Aerial Surveys, Inc. v. Pennsylvania Property & Cas. Ins. Guar. Ass'n*, 574 Pa. 147, 829 A.2d 297 (Pa. Jul 23, 2003).

6. *Mathis v. Exxon Corp.*, 302 F.3d 448 (5th Cir. 2002).

7. *Mercado v. Warner-Lambert Co.*, 106 S.W.3d 393, (Tex.App.-Houston [1st. Dist.] 2003, pet. denied).

8. *In re Smart*, 103 S.W.3d 515 (Tex.App.-San Antonio 2003).

9. *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 369 F.3d 293 (3rd Cir. 2004).

10. *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 385 F.3d 386 (3rd Cir. 2004).

11. *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 401 F.3d 143 (3rd Cir. 2005).

12. *Pare v. Wyeth, Inc.*, 870 A.2d 378 (Pa. Super. Ct. 2005).

13. *Trutec Oil And Gas, Inc. v. Western Atlas Intern., Inc.*, 194 S.W.3d 580 (Tex. App. – Houston [14th Dist.] 2006, no pet. h.).

14. *Hauschildt v. Central Freight Lines, Inc.,* 2011 WL 455264 (Tex.App.-Waco 2011, pet. denied).

15. *Harris v. Houston Livestock Show & Rodeo, Inc.*, 365 S.W.3d 28, 35 (Tex. App. – Houston [1st Dist.] 2011, pet denied).

16. *In re ConocoPhillips Co.*, 405 S.W. 3d 93 (Tex. App. – Houston [14th Dist.] 2012) *dism'd as moot Phillips Petroleum Co. v. Yarbrough*, 405 S.W.3d 70 (Tex. 2013).

17. *Phillips Petroleum Company, et al., v. Royce Yarbrough, Individually and as Representative of the Class of All Similarly Situated Persons,* 405 S.W. 3d 96 (Tex. App. – Houston [14th Dist] 2012) *rev'd Phillips Petroleum Co. v. Yarbrough*, 405 S.W.3d 70 (Tex. 2013).

18. *Brenham Oil & Gas, Inc. v. TGS-NOPEC Geophysical Co.,* 472 S.W.3d 744, 755 (Tex. App. – Houston [1st Dist.] 2015, no pet.).

19. *Clark v. ConocoPhillips Co.*, 465 S.W.3d720, 724 (Tex. App.- Houston [1st Dist.] 2015, no pet.).

20. *Auto Owners Insurance Co. v. Fleming* WL 2983881(10th Cir. 2017)

I am presently a Co-Chair of the Testosterone Replacement Therapy Litigation Group for the American Association of Justice.  I was selected a Texas Super Lawyers®[2] in Class Actions/Mass Actions – 2012 – 2017.

I have received various legal industry invitations or honorary awards/inclusions, including the following: The American Trial Lawyers Association "THE 2007 TOP 100 TRIAL LAWYERS"; The National Trial Lawyers "TOP 100 TRIAL LAWYERS" 2011 – 2017; H TEXAS MAGAZINE "Houston's Top Lawyers" – 2006 – 2010, 2012 – 2014; H TEXAS MAGAZINE "Lawyers For The People" – 2007 – 2009; HOUSTONIA magazine "Top Lawyer" 2013 – 2015; AVVO "Superb Rated Attorney" 2015.

I am the author of the book chapter "PREDOMINANCE AND SUPERIORITY" – <u>A Practitioner's Guide to Class Actions</u>, 2010 American Bar Association, and 2017 Second Edition, American Bar Association.

I was an invited speaker at the following:

- Primerus Annual National Conference - NAPA Valley 1998.

- American Bar Association - Tort and Insurance Practice Section - San Francisco 2000.

- Mealey's Fen-Phen Trial Strategies and Settlements Update - Dallas, Texas, 2003.

- Houston Bar Association 2005 Experts Institute Houston, Texas, 2005.

- Strafford Legal Teleconferences – Nationwide 2008 teleconference – Reducing Costs Through Relevancy Quick Peek Agreements In E-Discovery.

- American Bar Association – Current Issues in Pharmaceutical and Medical Device Litigation – Austin 2014.

- MCM Services Group Houston Mass Torts Conference – October 2014.

---

[2] Super Lawyers is a Thompson Reuters service.

- Trial Lawyers Marketing Roundtable Palm Springs Conference – Medtronic Infuse Litigation – February 23, 2015.

- Trial Lawyers Marketing Roundtable Boston Conference – Taxotere Litigation – July 23, 2017.