UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "N" (5)** |

**THIS DOCUMENT RELATES TO:**

*Bickley, et al. v. Sanofi S.A., et al.*
Case No. 2:17-cv-01073-KDE-MBN

*Vinson, et al. v. Sanofi S.A., et al.*
Case No. 2:17-cv-04030-KDE-MBN

*Whitted, et al. v. Sanofi S.A., et al.*
Case No. 2:17-cv-05834-KDE-MBN

## ORDER

Presently before the Court is a joint "Motion to Withdraw" (Rec. Doc. 913). Having considered the parties' motion, **IT IS ORDERED** that the following documents shall be withdrawn from the docket of this MDL:

1. Plaintiffs' Omnibus Motion to Remand Certain Cases to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri (Rec. Doc. 467);

2. Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Omnibus Motion to Remand (Rec. Doc. 510); and

3. Reply in Support of Plaintiffs' Omnibus Motion to Remand Certain Cases to the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri (Rec. Doc. 525).

New Orleans, Louisiana, this 14th day of November 2017.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**