# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION                            SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing Joint Motion to Withdraw Certain Motions and Responses (Rec. Doc. 1074), **IT IS ORDERED** that the following motions, memoranda in response/reply, and all attachments thereto shall be withdrawn from the docket in this MDL:

|   | Motion | Record Doc. No(s). | Response (s) (Rec. Doc.) | Repl(y/ies) (Rec. Doc.) |
|---|--------|--------------------|--------------------------|-------------------------|
| 1 | Motion to Dismiss for Lack of Jurisdiction by Sanofi and Aventis Pharma S.A. | 346, 590 | N/A | N/A |
| 2 | Motion for Protective Order | 542 | 625, 697 | 705 |
| 3 | Motion for Disclosure of Non-Party Interested Entities or Persons | 559 | 696 | 715 |
| 4 | Motion to Compel Responses to Requests for Production Related to Jurisdictional Discovery | 626 | 685, 694 | 706, 707 |

New Orleans, Louisiana, this 14th day of November 2017.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1