UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL
CASES ON ATTACHED EXHIBIT LIST

## ORDER TO SHOW CAUSE NO. 2

Plaintiffs originally listed on Appendices C.6, D.6, E.6, F.6, and H.6 to Joint Report No. 6 of Liaison Counsel (Rec. Docs. 1064-3, 1064-4, 1064-5, 1064-6, 1064-7, 1064-8) who have failed to cure the PFS deficiencies are now listed in the attached Exhibits 1, 2, 3, 4, 5, and 6 to this Order, have filed a lawsuit regarding the medication Taxotere® and/or docetaxel, which is currently pending in this MDL No. 2740, *In re: Taxotere (Docetaxel) Products Liability Litigation*. Pursuant to paragraph 5 of Amended Pretrial Order ("PTO") No. 22 (Rec. Doc. 325), all Plaintiffs are required to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and all responsive documents requested in the PFS within the time periods set forth in the Order. The Plaintiffs listed on the attached Exhibits have (1) failed to provide a completed PFS, authorizations, or responsive documents required in Amended PTO 22, ¶ 5; or (2) failed to cure alleged deficiencies on the Plaintiffs' PFS as required in Amended PTO 22 (Rec. Doc. 325).

As a result, the Plaintiffs on Exhibits 1, 2, 3, 4, 5, and 6 to this Order, which were originally listed on of Appendices C, D, E, F, G, and H to Joint Report No. 6 of Liaison Counsel (Rec. Docs. 1064-3, 1064-4, 1064-5, 1064-6, 1064-7, 1064-8), were listed by Defendants consistent with the

1

terms of Amended PTO 22, ¶ 5.  Since those Plaintiffs remain deficient, the Court hereby enters this Order to Show Cause.

Considering the foregoing:

Plaintiffs listed on Exhibits 1, 2, 3, 4, 5, and 6 to this Order, which were originally listed on Appendices C, D, E, F, G, and H to Joint Report No. 6 of Liaison Counsel (Rec. Docs. 1064-3, 1064-4, 1064-5, 1064-6, 1064-7, 1064-8), are hereby **ORDERED TO SHOW CAUSE <u>on or before December 15, 2017</u>**, as to why their case should not be dismissed with prejudice for failure to comply with Amended PTO 22 (Rec. Doc. 325) in a written submission of no more than two pages double-spaced.  Defendants are not required to submit a response unless otherwise ordered by the Court.

Failure to show cause by failing to file such a submission on or before December 15, 2017, may result in dismissal of Plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for Plaintiffs on the attached Exhibits 1, 2, 3, 4, 5, and 6 to this Order, with copies to Plaintiffs' Liaison Counsel.

New Orleans, Louisiana, on this 14th day of November 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**