# EXHIBIT 1

Missing PFS (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Adams, Lynette v. Sanofi SA, et al. | 2:16-cv-17499 |
| Adduci, Linda G. v. Sanofi SA, et al. | 2:17-cv-06916 |
| Albus, Cindy v. Sanofi SA, et al. | 2:17-cv-07447 |
| Allen, Sophie L. v. Sanofi SA, et al. | 2:17-cv-07463 |
| Basford, Patricia v. Sanofi SA, et al. | 2:17-cv-06609 |
| Belue, Deborah v. Sanofi SA, et al. | 2:16-cv-17063 |
| Bingham, Leslie v. Sanofi SA, et al. | 2:16-cv-17502 |
| Black, Alice v. Sanofi SA, et al. | 2:16-cv-17206 |
| Blair, Linda v. Sanofi SA, et al. | 2:16-cv-17427 |
| Bluestein, Helaine v. Sanofi SA, et al. | 2:17-cv-06646 |
| Brooks, Alnita v. Sanofi SA, et al. | 2:16-cv-17433 |
| Brown, Ada v. Sanofi SA, et al. | 2:16-cv-17142 |
| Buford, Gloria v. Sanofi SA, et al. | 2:16-cv-17069 |
| Carter, Trinette v. Sanofi SA, et al. | 2:16-cv-17073 |
| Chapman, Joyce v. Sanofi SA, et al. | 2:16-cv-17217 |
| Clark, Linda v. Sanofi SA, et al. | 2:16-cv-17164 |
| Clements, Carole v. Sanofi SA, et al. | 2:16-cv-17029 |
| Clemons, Geneva v. Sanofi SA, et al. | 2:16-cv-17059 |
| Cole, Belinda v. Sanofi SA, et al. | 2:16-cv-17945 |
| Conley, Martha and Craig v. Sanofi SA, et al. | 2:16-cv-17394 |
| Curtis, Darlene C. v. Sanofi SA, et al. | 2:17-cv-06918 |
| Davis-Sims, Lisa v. Sanofi SA, et al. | 2:16-cv-17426 |
| Diggs, Rena v. Sanofi SA, et al. | 2:16-cv-17944 |
| Dodd, Donna and Allen v. Sanofi SA, et al. | 2:16-cv-17411 |
| Drummond, Kimberly v. Sanofi SA, et al. | 2:16-cv-16942 |
| Dumesnil, Denise v. Sanofi SA, et al. | 2:17-cv-06920 |
| Dupree, Monica v. Sanofi SA, et al. | 2:16-cv-16632 |
| Fields, Sherry v. Sanofi SA, et al. | 2:16-cv-17247 |
| Freeman, Kapreshia v. Sanofi SA, et al. | 2:16-cv-17226 |
| Giambelluca, Denise v. Sanofi SA, et al. | 2:16-cv-17251 |
| Gillum, Lacy v. Sanofi SA, et al. | 2:16-cv-17170 |
| Gomez, Sharloett v. Sanofi SA, et al. | 2:17-cv-06915 |
| Grant, Cynthia v. Sanofi SA, et al. | 2:17-cv-05013 |
| Guy, Joe Ann and Louise Guy v. Sanofi SA, et al. | 2:16-cv-17669 |

| Matter Name | MDL Docket No. |
|---|---|
| Hammond, Wendy and Matt v. Sanofi SA, et al. | 2:16-cv-17388 |
| Harris, Gina L. v. Sanofi SA, et al. | 2:17-cv-05976 |
| Hatchett, Angela v. Sanofi SA, et al. | 2:17-cv-01673 |
| Hayden, Cynthia A. v. Sanofi SA, et al. | 2:17-cv-06921 |
| Hernandez, Doris v. Sanofi SA, et al. | 2:16-cv-15600 |
| Hiler, Tammy v. Sanofi SA, et al. | 2:17-cv-07268 |
| Hilliard, Shirley v. Sanofi SA, et al. | 2:16-cv-16933 |
| Holloway, Angela v. Sanofi SA, et al. | 2:16-cv-17178 |
| Hoskin-Hudson, Mary v. Sanofi SA, et al. | 2:16-cv-17026 |
| Hughes, Kristie and David v. Sanofi SA, et al. | 2:16-cv-17396 |
| Hughes, Mary v. Sanofi SA, et al. | 2:16-cv-17205 |
| Hylton, Lela v. Sanofi SA, et al. | 2:16-cv-17574 |
| Ingram, Nicole v. Sanofi SA, et al. | 2:17-cv-06224 |
| James, Marilyn v. Sanofi SA, et al. | 2:17-cv-06719 |
| Johnson, Anna v. Sanofi SA, et al. | 2:16-cv-17028 |
| Kennedy, Cynthia v. Sanofi SA, et al. | 2:16-cv-17196 |
| King, Tammy v. Sanofi SA, et al. | 2:16-cv-17418 |
| Klapper, Maryann Walsh v. Sanofi SA et al. | 2:17-cv-00484 |
| Kyles, Pearlie v. Sanofi SA, et al. | 2:16-cv-17055 |
| Lee, Felicia v. Sanofi SA, et al. | 2:17-cv-06826 |
| Madison, Daniele v. Sanofi SA, et al. | 2:16-cv-17391 |
| Mahon, Melissa and Gary v. Sanofi SA, et al. | 2:16-cv-17378 |
| Matthews, Rose v. Sanofi SA, et al. | 2:17-cv-06623 |
| Mazon, Yolanda T. v. Sanofi SA, et al. | 2:17-cv-05650 |
| McCaleb, Katherine v. Sanofi SA, et al. | 2:16-cv-17189 |
| McCormick, Susan v. Sanofi SA, et al. | 2:17-cv-06158 |
| Milynda, Lady Tammy and Mark v. Sanofi SA, et al. | 2:16-cv-17347 |
| Nelson, Asha v. Sanofi SA, et al. | 2:16-cv-17225 |
| Noe, Judith v. Sanofi SA, et al. | 2:16-cv-17219 |
| Parker, Anjanette Lynn v. Sanofi SA, et al. | 2:16-cv-16144 |
| Parker, Linda F. v. Sanofi SA, et al. | 2:16-cv-17506 |
| Pickett, Doris v. Sanofi SA, et al. | 2:16-cv-17180 |
| Poore, Jimmie v. Sanofi SA, et al. | 2:16-cv-17505 |
| Pope, Charlotte v. Sanofi SA, et al. | 2:16-cv-17416 |
| Powell, Dorothy v. Sanofi SA, et al. | 2:16-cv-17974 |
| Powell, Tawonna v. Sanofi SA, et al. | 2:16-cv-17509 |
| Purdue, Carolyn v. Sanofi SA, et al. | 2:16-cv-17230 |
| Quick, Tracy Lynn v. Sanofi SA, et al. | 2:16-cv-17582 |

3

| Matter Name | MDL Docket No. |
|---|---|
| Robbins, Sylvania v. Sanofi SA, et al. | 2:16-cv-17430 |
| Roebuck, Julieann and John v. Sanofi SA, et al. | 2:16-cv-17720 |
| Scott, Angela v. Sanofi SA, et al. | 2:16-cv-17233 |
| Semeniuk, Connie E. v. Sanofi SA, et al. | 2:16-cv-17512 |
| Shields, Christy and Brian v. Sanofi SA, et al. | 2:16-cv-17752 |
| Small, Shirley v. Sanofi SA, et al. | 2:16-cv-17224 |
| Smith, Lauri v. Sanofi SA, et al. | 2:17-cv-06293 |
| Smith, Lee A. v. Sanofi SA, et al. | 2:16-cv-17489 |
| Soto, Maria D. v. Sanofi SA, et al. | 2:17-cv-06913 |
| Starkey, Diane v. Sanofi SA, et al. | 2:16-cv-15505 |
| Strong, Frances A. v. Sanofi SA, et al. | 2:17-cv-06908 |
| Strunk, Rhonda v. Sanofi SA, et al. | 2:16-cv-17234 |
| Sullivan, Therese A. v. Sanofi SA, et al. | 2:17-cv-06894 |
| Talber, Virginia v. Sanofi SA, et al. | 2:16-cv-17236 |
| Truehill, Vanessa v. Sanofi SA, et al. | 2:16-cv-17182 |
| Valencia, Sonia v. Sanofi SA, et al. | 2:16-cv-15497 |
| Ward, Delores v. Sanofi SA, et al. | 2:17-cv-06917 |
| West, Annette v. Sanofi SA, et al. | 2:16-cv-16062 |
| Whitelow, Shirley v. Sanofi SA, et al. | 2:16-cv-17412 |
| Williams, Cynthia v. Sanofi SA, et al. | 2:16-cv-17222 |
| Williamson, Cathy and Micah v. Sanofi SA, et al. | 2:16-cv-17352 |
| Wilson, Frankie v. Sanofi SA, et al. | 2:17-cv-06721 |
| Yoder, Dana v. Sanofi SA, et al. | 2:17-cv-06230 |