# EXHIBIT 2

No Deficiency Response (Sanofi Defendants)

| Matter Name | MDL Docket No. |
| --- | --- |
| Ferguson, Sharon v. Sanofi SA, et al. | 2:17-cv-03743 |
| Ford, Marilyn v. Sanofi SA, et al. | 2:17-cv-03743 |
| Williams, Dannell v. Sanofi SA, et al. | 2:17-cv-02194 |