# EXHIBIT 4

Missing PFS (505(b)(2) Defendants

| Matter Name | MDL Docket No. |
| --- | --- |
| Adams v. Sanofi S.A., et al. | 2:16-cv-17499 |
| Allen v. Sanofi S.A., et al. | 2:17-cv-07463 |
| Ashmore v. Sandoz Inc. | 2:17-cv-07269 |
| Bingham v. Sanofi S.A., et al. | 2:16-cv-17502 |
| Blair v. Sanofi S.A., et al. | 2:16-cv-17427 |
| Brown v. Sanofi S.A., et al. | 2:17-cv-06126 |
| Clemons v. Sanofi S.A., et al. | 2:16-cv-17059 |
| Davis-Sims v. Sanofi S.A., et al. | 2:16-cv-17426 |
| Elphage v. Sandoz Inc., et al. | 2:17-cv-05762 |
| Freeman v. Sanofi S.A., et al. | 2:16-cv-17226 |
| Freeman, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04019 |
| Garcia-Crump v. Sanofi S.A., et al. | 2:17-cv-02789 |
| Grace v. Sandoz Inc., et al. | 2:17-cv-03716 |
| Grant v. Sanofi S.A., et al. | 2:17-cv-05013 |
| Gullette v. Sanofi S.A., et al. | 2:17-cv-02756 |
| Guy et al v. Sanofi S.A., et al. | 2:16-cv-17669 |
| Hollis v. Sanofi S.A., et al. | 2:17-cv-02354 |
| Ingram v. Sanofi S.A., et al. | 2:17-cv-06224 |
| Johnson v. Sandoz Inc., et al. | 2:17-cv-05566 |
| King v. Sanofi S.A., et al. | 2:16-cv-17418 |
| Madison v. Sanofi S.A., et al. | 2:16-cv-17391 |
| Mayhan v. Sanofi S.A., et al. | 2:17-cv-06557 |
| Mazon v. Sanofi S.A., et al. | 2:17-cv-05650 |
| McCrea, et al. v. Sandoz Inc., et al. | 2:17-cv-04817 |
| Milynda, et al. v. Sanofi S.A., et al. | 2:16-cv-17347 |
| Mobley v. Sanofi S.A., et al. | 2:17-cv-05358 |
| Pope v. Sanofi S.A., et al. | 2:16-cv-17416 |
| Roebuck, et al. v. Sanofi S.A., et al. | 2:16-cv-17720 |
| Smith v. Sanofi S.A., et al. | 2:17-cv-06293 |
| Sullivan v. Sanofi S.A., et al. | 2:17-cv-06894 |
| Whitelow v. Sanofi S.A., et al. | 2:16-cv-17412 |