# EXHIBIT 5

Deficiency – No Response (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Autry v. Sanofi S.A., et al. | 2:17-cv-02361 |
| Baxter v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01502 |
| Bice v. Sanofi S.A., et al. | 2:17-cv-00751 |
| Cook v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-17980 |
| Harrell v. Sanofi S.A., et al. | 2:17-cv-00792 |
| Jackson, et al. v. Sanofi S.A., et al. | 2:16-cv-16796 |
| Long v. Sanofi S.A., et al. | 2:17-cv-01166 |
| Nixon v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03978 |
| Renaud v. Sanofi S.A., et al. | 2:17-cv-01209 |
| Steinbeiser v. Sanofi S.A., et al. | 2:17-cv-03403 |
| Thomas v. Sanofi S.A., et al. | 2:17-cv-01732 |