IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>Section "N"(5)<br>Hon. Kurt D. Engelhardt |
| This Document Relates To All Cases: | |

### APPLICATION FOR REAPPOINTMENT OF GENEVIEVE M. ZIMMERMAN TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 2, I submit this application in support of my reappointment to the Plaintiffs' Steering Committee for MDL 2740, *In re: Taxotere (Docetaxel) Products Liability Litigation*. My education and experience in product liability litigation combined with my involvement in this MDL, and my willingness to continue to dedicate the necessary time and resources to this case, make me an excellent candidate to continue my service on the Plaintiffs' Steering Committee.

Over the past year I have served as co-chair of the Plaintiffs' ESI committee. Our ESI committee was open and inclusive; indeed, my ESI committee co-chair, Mr. Wool, is not a member of the PSC. Our committee has worked collaboratively together and with counsel for the various defendants. I traveled to Kansas City for our initial meetings, and worked with Plaintiffs' e-discovery consultant and consultants for the various Defendants on document collection issues across multiple defendants. I suggested the concept of an "ESI Day" with Magistrate Judge North early in the MDL process, and believe that was productive for the Court and the parties.

In addition, I have served as a member of the Plaintiffs' discovery committee. I have attended strategy meetings in Denver and New Orleans, and have participated in editing discovery requests, etc. Mindful of the Court's scheduling Order and a rapidly approaching trial date, my firm has committed to and conducted significant document review (done by senior partners with the firm). I attended "Science Day" and every MDL status conference that I was able to in person. When other commitments prevented me from attending in person, I have participated by phone.

I fully intend to continue to commit significant time, energy and resources to the Taxotere MDL. As I have been doing since Your Honor's appointments a year ago, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation. In addition, the Court can trust that I will continue to work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, zealous representation, without sacrificing the respectful, dignified conduct owed to opposing counsel and this Honorable Court as a member of the legal profession.

I appreciate the Court's consideration and look forward to continuing my service to this Court and to the women permanently impacted by Taxotere.

Dated: November 15, 2017            Respectfully Submitted,

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Email: gzimmerman@meshbesher.com
**Counsel for Plaintiffs**