# CIRICULUM VITAE OF
# GENEVIEVE M. ZIMMERMAN

MESHBESHER & SPENCE LTD.
1616 Park Avenue South
Minneapolis, MN 55404
612.339.9121 (Office)
651.208.8357 (Cell)
gzimmerman@meshbesher.com

| | | |
|---|---|---|
| **Professional Experience** | Shareholder, **MESHBESHER & SPENCE, LTD.** | *2014- present* |
| | Partner, **ZIMMERMAN REED, PLLP** | *2011-2014* |
| | Litigation Associate, **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** | *2003- 2011* |
| | Intern Law Clerk, **MINNESOTA COURT OF APPEALS** | 2001 |
| | Investigator Intern – Criminal, **ROCHON, ROBERTS & STERN**, *Washington, D.C.* | 1998 |

**Admissions**

State of Minnesota

State of North Dakota

State of Wisconsin

U.S. District Court, District of Minnesota

U.S. District Court, District of North Dakota

U.S. District Court, Western District of Wisconsin

U.S. Court of Appeals for the Eighth Circuit

Various admissions *Pro Hac Vice* throughout the United States

**Education**

*Juris Doctor*, **HAMLINE UNIVERSITY SCHOOL OF LAW**

- Dean's List
- HAMLINE JOURNAL OF PUBLIC LAW & POLICY
    - *Production Editor* (2002-2003)
    - *Associate* (2001-2002)
- William McGee Civil Rights Moot Court Team (2002, 2003)
- Runner-up best first-year oralist
- Legal writing tutor for first-year students
- CALI Awards for highest achievement in Torts II and Advanced Litigation Practice
- Completed Hamline ADR Institute in Int'l Business Transactions & Cross-Cultural Negotiations in Modena, Italy

*Bachelor of Arts*, **MACALESTER COLLEGE**

- *Phi Sigma Alpha* - Political Science Honor Society
- Completion of "Washington Semester" through **AMERICAN UNIVERSITY**, Washington, D.C

| | |
|---|---|
| **Representative Cases & Appointments** | • *Co-Lead Counsel* in MDL 2775: *In re Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation* (D. Md.)
• Plaintiffs' Steering Committee in MDL 2740 *In re: Taxotere (Docetaxel) Products Liability Litigation* (E.D.La.)
• *Co-Lead Counsel* in MDL 2666: *In re Bair Hugger Forced Air Warming Products Liability Litigation* (D.Minn) and *Plaintiffs' Liaison Counsel* in Minnesota State Court Coordinated Proceedings
• Plaintiffs' Lead Counsel Committee in MDL 2441: *In re Stryker Rejuvenate and ABGII Hip Implant Products Liability Litigation* (D.Minn)*;* Member of Settlement Committee who negotiated $1.43+ billion settlement on behalf of approximately 4,000 plaintiffs (2014); Member of Settlement Committee who negotiated second round of settlements (2016).
• Plaintiffs' Steering Committee in MDL 2391 *In Re: Biomet Hip Implant Products Liability* (S.D.Ind.)
• Member of Plaintiff's trial team, *In Re: Levaquin Products Liability MDL* (D.Minn), January 2012
• PSC work in *In re ASR Products Liability Litigation & In Re: NexGen Knee Implant MDLs*
• Member, *Pro Bono Consortium,* 35W Bridge Collapse litigation (2007-2009)
• Responsible for all aspects of day-to-day litigation for thousands of cases across a variety of MDLs, including
  • *In re Physiomesh Products Liability Litigation;*
  • *In re Cook IVC Products Liability Litigation;*
  • *In re Bard IVC Products Liability Litigation;*
  • *In re AMS Transvaginal Mesh Products Liability Litigation*;
  • *In re Bard Transvaginal Mesh Products Liability Litigation*;
  • *In re Boston Scientific Transvaginal Mesh Products Liability Litigation*;
  • *In re Ethicon Transvaginal Mesh Products Liability Litigation*;
  • *In re NuvaRing Products Liability Litigation*;
  • *In re Actos Products Liability Litigation*;
  • *In re DePuy Pinnacle Products Liability Litigation*;
  • *In re Yaz Products Liability Litigation*;
  • *In Re: Vioxx* MDL 1657
• First and second chair trial experience
• Additional trial and general litigation experience gained through pro bono matters ranging from a death penalty appeal to litigating a dispute with the U.S. Citizenship & Immigration Services and successful pursuit of a § 1983 claim at the U. S. District Court and 8th Circuit levels
• Published cases:
  o *Athar Syed Hussain v. USCIS*, 541 F. Supp. 2d 1082 (D.Minn 2008).
  o *SAGE v. Osseo Area Schools – District No. 279* (D.Minn. & 8th Cir.).
• Firm Liaison to Tubman Safety Project, coordinated *pro bono* representation for victims of domestic violence (2008-2011)
• Currently litigating cases on behalf of clients injured or killed by defective medical device and pharmaceutical products nationwide, in various MDLs, state court-coordinated proceedings, and isolated litigations |
| **Select Publications & Speeches** | • Panelist, *Ongoing Metal-on-Metal Hip Litigation*, MASS TORTS MADE PERFECT CONFERENCE, Las Vegas, NV (October 2017)
• Panelist, *Technology Assisted Review (TAR)*, FEDERAL JUDICIAL CENTER & ELECTRONIC DISCOVERY INSTITTUE JUDICIAL TRAINING SYMPOSIUM, Tuscon, AZ (October 10, 2017)
• Panelist, *Stryker LFIT V40 Recall; Update on Bair Hugger MDL, Discovery, Punitive Damages, and Prepping for Bellwether Trials*, MASS TORTS MADE PERFECT CONFERENCE, Las Vegas, NV (April 2017)
• Co-Chair, HARRIS MARTIN CONFERENCE: HERNIA MESH, STRYKER HIP, MIRENA & |

- SORIN 3T HEATER-COOLER SYSTEM, Scottsdale, AZ (March 29, 2017)
- *Life-Cycle of the Typical Mass Tort: Advanced Case Studies*, Masters of Mass Tort, Cancun (January 18, 2017)
- Panelist, *Technological Tools for Achieving Just, Speedy & Inexpensive Determinations: Demonstration & Discussion*, FEDERAL JUDICIAL CENTER & ELECTRONIC DISCOVERY INSTITUTE JUDICIAL TRAINING SYMPOSIUM, Fort Lauderdale, FL (October 10, 2016)
- Taxotere Litigation Update, AAJ Webinar (July 20, 2016)
- Taxotere Webinar, CAMG (June 29, 2016)
- *Bair Hugger MDL Update*, AAJ PHARMACEUTICALS AND MEDICAL DEVICE LITIGATION (JPML) UPDATE SEMINAR, New Orleans, LA (December 2, 2015)
- Panelist, *The Future of the MDL Paradigm*, MASS TORTS MADE PERFECT CONFERENCE, Las Vegas, NV (Oct. 2015)
- *Bair Hugger Litigation Update*, AAJ PHARMACEUTICALS AND MEDICAL DEVICE LITIGATION (JPML) UPDATE SEMINAR, New York, NY (September 30, 2015)
- *3M Bair Hugger – Bad Idea, Bad Outcomes*, HARRISMARTIN'S MDL CONFERENCE, New York, NY (September 2015)
- "*A Streetcar Named Desire…Mass Torts are like street cars, a new one comes every 10 minutes – the importance of (and factors to consider when) vetting a tort and your cases*", WOMEN EN MASS, Aspen, CO (September 29, 2015)
- 3M Bair Hugger Litigation Update Webinar, AAJ (September 23, 2015)
- *Total Recall: The Metallic Hip Implant Healthcare Crisis*, MASS TORTS MADE PERFECT CONFERENCE, Las Vegas, NV (April 17, 2015)
- *MDL Update,* TORTS, LITIGATION, & ETHICS V SEMINAR, St. Paul, MN (April 10, 2015)
- *Legal Implications Following Failure of Modular Hip Implants*, Roundtable held in connection with ANNUAL CONVENTION OF AMERICAN ACADEMY OF ORTHOPEDIC SURGEONS, Las Vegas, NV (March 2015)
- *Stryker Rejuvenate and ABGII Settlement Update*, AAJ PHARMACEUTICALS AND MEDICAL DEVICE LITIGATION (JPML) UPDATE SEMINAR Miami, FL (January 2015)
- *Legal Implications Facing Orthopedic Practices Following FDA Recalls*, Roundtable held in connection with AMERICAN ACADEMY OF HIP AND KNEE SURGEONS Dallas, TX (November 2014)
- *Mass Tort Update*, MINNESOTA ASSOCIATION FOR JUSTICE Alexandria, MN (August 2014)
- *Stryker Rejuvenate and ABGII Litigation Update*, HARRISMARTIN'S MDL CONFERENCE, New Orleans, LA (June 30, 2014)
- *Topamax Teleseminar: Injuries and Causation*, AMERICAN ASSOCIATION FOR JUSTICE (April 2011)
- *Hot Topics: Savoring Victories and Preparing for New Challenges*, GLBT CLE, Robins, Kaplan, Miller & Ciresi L.L.P. (June 2009)
- *Annual Case Law Update*, MEDICAL MALPRACTICE CONFERENCE co-hosted by Hennepin County Bar Association, Minnesota Defense Lawyers Association and the Minnesota Association for Justice (April 23, 2009)
- *Vioxx: History and Impact of National Consolidation on Individual Cases*, MINNESOTA ASSOCIATION FOR JUSTICE, Products Liability Seminar (March 26, 2008)
- *Nursing Negligence*, ATLA TRIAL MAGAZINE (October 17, 2006) (co-authored)
- *Nowhere to Turn: A Glance at the Facts Behind the Supposed Need for Tort "Reform"*, HAMLINE LAW REVIEW, Vol. 28 No. 3 (Summer 2005) (co-authored)

**Select Awards**

- *Member of the Year*, MINNESOTA ASSOCIATION FOR JUSTICE (2011/2012)
- SuperLawyer/RisingStar, SUPERLAWYERS (2012, 2014-present)
- Alumni Appreciation Award from Hamline for *pro bono* work on 35W Bridge Collapse (2009)
- "Professional Excellence Award" MN STATE BAR ASS'N, for *pro bono* work for survivors of 35W Bridge Collapse (2009)

| | |
|---|---|
| **Select Civic Associations** | • Mitchell-Hamline University Health Law Institute Advisory Board Member (2009-present) |
| | • St. Paul Central High School Scholarship Committee (2011-present), Vice-President (2013 – present) |
| | • Minnesota Youth Cross-Country Ski League, Volunteer Coach (2015 – present) |
| | • Avenues for Homeless Youth, Board of Directors (2007-2009), Secretary (2008-2009) |
| | • Hamline University School of Law, Civil Rights Moot Court Team, Coach (2005-2008) |
| **Professional Associations** | • AMERICAN ASSOCIATION FOR JUSTICE, (2002 – present); Exchange Advisory Committee, Marketing & Client Services Committee and Public Education Committee, (2012 – present); Leadership Academy (2013); State Delegate (2013-2015); Board of Governors (2015 – present); PAC Board (2015 – present) |
| | • MINNESOTA ASSOCIATION FOR JUSTICE, (2002 – present); New Lawyers Co-Chair (2004); Board of Governors Member (2009-present), Co-Chair, MAJ PAC (2012 – 2016), Executive Committee (2012 – present); Women For Justice Co-Chair (2014-2016); Treasurer (2016 –2017); Secretary (2017 – present) |
| | • PUBLIC JUSTICE |
| | • AMERICAN BAR ASSOCIATION |
| | • MINNESOTA BAR ASSOCIATION |
| | • MINNESOTA WOMEN LAWYERS |
| | • HENNEPIN COUNTY BAR ASSOCIATION |
| | • RAMSEY COUNTY BAR ASSOCIATION |
| | • AMDAHL INNS OF COURT |
| | • U.S. SUPREME COURT HISTORICAL SOCIETY |
| **Interests** | Recreational marathons, politics, cross-country skiing, travel, and teaching my elementary school-agers how to cheer for the Minnesota Twins and Vikings |