UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE
PRODUCTS LIABILITY

MDL NO. 2740

SECTION: "N" (5)

This Document Relates to All Cases

### APPLICATION FOR APPOINTMENT OF LAWRENCE J. CENTOLA, III TO PLAINTIFFS' STEERING COMMITTEE

Lawrence J. Centola, III with the New Orleans law firm of Martzell, Bickford, & Centola appreciates this appointment to the Plaintiffs' Steering Committee pursuant to this Honorable Court's November 17, 2016 Pre-Trial Order 2 (Rec. Doc. 104). Mr. Centola respectfully submits this application for re- appointment to the Plaintiffs' Steering Committee. In support, Mr. Centola shows the following:

**Mr. Centola Is Able to Work Cooperatively With Others and has Committed to this Time Consuming Project.**

Mr. Centola, is the co-chair of the Privilege, Confidentiality, and Protective Order Committee. Mr. Centola's work on this committee includes assisting in the negotiation of the protective order (Rec.Doc. 612), negotiating the terms of the privilege log contained in the ESI order (Rec.Doc. 611-1), and a review of documents to determine if redactions are appropriate. The defendants have not yet produced a privilege log. Once a privilege log has been produced, the Co-Chairs of the Privilege, Confidentiality, and Protective Order Committee will have additional work and responsibilities.

Mr. Centola is a member of the Discovery Committee. Mr. Centola is participating as a document reviewer himself, and two of his associates are document reviewers. One of the document reviewers from Martzell, Bickford, & Centola was elevated to Second Tier Reviewer. Members of Martzell, Bickford, & Centola have spent hundreds of hours reviewing documents.

Mr. Centola is a member of the Science/Causation Expert Committee. Mr. Centola was instrumental in the location and hiring of a key expert in this case. Mr. Centola continues to work with that expert.

Mr. Centola attended all but one of the status conferences and has attended the PSC meetings.

**Willingness and availability to work:**

Martzell, Bickford, & Centola has the staff, financial resources and expertise to move the litigation expeditiously. Martzell, Bickford, & Centola has committed financial resources to this case. And is committed to continue to do so. Mr. Centola's New Orleans location allows him to attend hearings and other case activities without the need for travel which reduces the overall costs of the litigation.

**WHEREFORE**, for the reasons stated above, Lawrence J. Centola, III respectfully requests re-appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

**MARTZELL, BICKFORD**, **& CENTOLA**

*/S/ Lawrence J. Centola, III*

**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:     (504) 581-9065
Facsimile:     (504) 581-7635
Email:         USDCEDLA@MBFIRM.COM

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2017, I electronically filed the foregoing via the Court's ECF System.

*/S/ Lawrence J. Centola, III*
**LAWRENCE J. CENTOLA, III (#27402)**