# Lawrence J. Centola, III

---

Employment:        Martzell, Bickford, & Centola

Education:          LSU Paul M. Hebert Law Center      J.D. – May 2001
                   Louisiana State University    B.A. - Political Science - 1998
                   -          Student Body President – 1997-98

Professional:       Louisiana Bar Examiner – Torts – 2017 to present
                   Louisiana Center for Law and Civic Education
                   -          President – 2017 to present
                   Louisiana State Bar Association –Young Lawyers Section
                   -          Chair 2012-13
                   Louisiana State Bar Association –
                   -          Public Information Committee 2008-present
                   -          Lawyers in Transition Committee 2008-present
                   New Orleans Bar Association
                   -          Young Lawyers Section - Board of Directors 2002-2008
                               Chair, Law Day Committee, 2002-2005
                               Chair, Approach the Bench Committee, 2005-2006
                   New Orleans Chapter of the Federal Bar Association
                   -          Young Lawyers Division Chair – 2010-2011
                   -          Board of Directors – 2010 to present
                   John C. Boutall Inns of Court
                   -          Executive Committee 2007 - 2012
                   Louisiana Association of Justice
                   -          Member, 2007 – present
                   -          Chair, 2014-15 Section on Toxic Torts
                   American Association for Justice
                   -          Public Affairs Committee, 2014 - present

Speeches:

   2008 - LSBA Professional Development Seminar:– Law Office Practice
   2009 - LSBA Professional Development Seminar:– Law Office Practice
   2009 - White Consulting Engineers, Inc,: Building Construction and Environmental Summit –
   Problems with Chinese Drywall
   2009 - Half Moon, LLC: Chinese Drywall Problems and Litigation.
   2010- West LegalEdcenter: Depuy ASR Hip Recall: Overview of the Product and Ensuing
   Litigation
   2011- Bridging the Gap Seminar – To be or not to be a lawyer.
   2012 - LSBA Professional Development Seminar – Law Office Practice
   2013 - LSBA Professional Development Seminar – Law Office Practice
   2013 - Central Louisiana Bar Association – Louisiana Class Action Update Post Wal-Mart
   2013 - Louisiana Association of Justice - Louisiana Class Action Update Post Wal-Mart
   2013 - New Orleans Federal Bar Association – Ethics – Managing Stressed Clients
   2014 - LSBA Insurance Committee – Professionalism in the Civil Litigation Context
   2015 - LSBA Professional Development Seminar – Ethics Do's and Don'ts
   2016 - LSBA Trial Practice Series – Closing Arguments
   2016 - Louisiana Association of Justice - Louisiana Class Action Update
   2017 – LSBA Summer School – Anatomy of a Trial

Awards:

>  2013 – Louisiana Association for Justice President's Award for significant class action litigation
>  2008 - American Inns of Court - Sandra Day O'Connor Award for Professional Service
>  2007 – Louisiana State Bar Association YLS – Chair's Award

Significant Litigation:

>  Class Counsel - *Tinson v. Bass Enterprises Production Co*., 05-4512, Eastern District of Louisiana –oil spill class action. $1.375 million settlement.

>  Class Counsel - *Blanchard v. Sundown Energy,* 05-4198, Eastern District of Louisiana –  oil spill class action. $2 million settlement.

>  Class Counsel - *Desselle v. Acadian Ambulance Service, Inc.,* 2012 WL 280670, 12th JDC Health Care Consumer Billing and Disclosure Protection Act class action. $5.9 million settlement.

>  MDL 2047, *In re: Chinese Drywall* - member of the following committees as assigned by the Plaintiffs' Steering Committee: written discovery, deposition discovery, Experts Science (PI), Inspections.

>  Class Counsel - *Vallare v. Ville Platte Medical*, 151 So.3d 984, 13th JDC 72711-A, Health Care Consumer Billing and Disclosure Protection Act class action.

>  Class Counsel - *Baker v. Minden Medical Center*, 26th JDC 71,566, Health Care Consumer Billing and Disclosure Protection Act class action.

>  PSC member/Class counsel - Bayou Corne Sinkhole Litigation, *Leblanc v. Texas Brine*, 12-2059, Eastern District of Louisiana, salt dome collapse complex litigation. $48 million settlement.

>  Class counsel – *Ancar v. Sun Drilling*, 25th JDC 59,599, Class action for release of diethylbenzene.

>  Class Counsel - *Hubbard v. Natchitoches Regional Medical Center*, 10th JDC 85,852, Health Care Consumer Billing and Disclosure Protection Act class action

>  MDL 2740  - *In re: Taxotere*, PSC member

>  Class Counsel  - *Ulrich v. Louisiana Department of Revenue*, 19th JDC 651,300, Class action for unconstitutional taking of tax credits.

>  Class Counsel – *Rowell et al v. Shell Chemical*, 14-2392, Eastern District of Louisiana – Sulphur gas class action. $2 million settlement.