IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | |

---

## APPLICATION FOR REAPPOINTMENT OF DANIEL MARKOFF TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order Numbers 1 and 2, please accept this application for reappointment to the Plaintiffs' Steering Committee for the Taxotere (Docetaxel) Products Liability Litigation.

Since receiving appointment to this PSC, I have taken the responsibility seriously and put forth as much time and effort as with any previous endeavor in my legal career. For the last 25 years, I have focused a large part of my practice on pharmaceutical litigation, representing thousands of clients in mass tort litigation, including, Silicone Gel Breast Implant Litigation, Fen-Phen Litigation, Yaz/Yasmin Birth Control Litigation and now Taxotere Litigation. Aside from my mass tort docket, I also continue to represent clients in general personal injury matters, which involves all matters of discovery and settlement or trial.

I was appointed as Co-Chair of the Discovery Committee and as a member of the Focus Group Committee. As Co-Chair of the Discovery Committee, I have been involved in all aspects of the discovery process; however, my primary focus has been document production. Specifically, the supervision of 20+ lawyers handling first pass document review, which entails weekly telephone conferences, discussing key documents produced, as well as

identifying key players. I have also been heavily involved in the custodian selection process, researching hundreds of potential custodians and assisting in creating a final list. Other discovery matters include weekly conference calls with my co-chairs, Kyle Bachus and Andrew Lemmon, daily communication with Karen Menzies and David Micelli, assistance drafting Plaintiffs' written discovery, and participation in meet & confer meetings with defense counsel via phone and in-person. Aside from my responsibilities on both committees, I also assisted with the negotiations of the release of the French entities. Finally, my office has taken the lead in drafting written discovery for the 505(b)(2) Defendants.

The primary focus of my work has been with the Discovery Committee; however, the Focus Group Committee is now active and I have assisted in a variety of matters, especially providing key documents for use in focus groups.

Regarding other responsibilities as a member of the PSC, I have attended every hearing in New Orleans, except one, which I missed due to a prior family obligation. I have attended almost every PSC conference call, as well as flying to multiple meetings in Denver and New Orleans and served as host for a meeting of PSC lawyers and staff in Oklahoma City.

As well as my personal commitment to the litigation, my office staff has also done excellent work on a variety of common benefit projects, including a product I.D. grid, the master custodian list, and level I and II document review. In addition, I am counsel of record in 15 cases currently on file.

At all times since my selection to the PSC, I have cooperated with other members of the PSC, as well as defense counsel.  Aside from working effectively together, I have become close friends with many members of the PSC, which has made the entire experience more enjoyable.

Finally, regarding resources and commitment, our firm has 6 employees who work either full time or part-time on Taxotere Litigation. We have met all of our financial obligations and will continue to do so promptly.

Appointment to the Taxotere Steering Committee has been a challenging and rewarding experience and I appreciate the Court's confidence in my original selection and request reappointment for an additional year.

Dated: November 15, 2017                              Respectfully submitted,


                                                                              /s/ Daniel P. Markoff
                                                                             DANIEL P. MARKOFF, OBA #14886
                                                                             ATKINS & MARKOFF
                                                                             9211 Lake Hefner Pkwy, Ste 104
                                                                             Oklahoma City OK 73120
                                                                             Phone: (405) 607-8757
                                                                             Facsimile: (405) 607-8749
                                                                             dmarkoff@atkinsandmarkoff.com