# DANIEL PINES MARKOFF
# ATTORNEY AT LAW

---

9211 Lake Hefner Parkway, Suite 104, Oklahoma City, Oklahoma  73120
(405) 607-8757 ♦ e-mail:  dmarkoff@atkinsandmarkoff.com
www.AtkinsandMarkoff.com

---

## Professional

**FOUNDER AND MANAGING PARTNER OF ATKINS & MARKOFF, P.C.**
**Pharmaceutical Law/Personal Injury/Criminal Law/Social Security Disability**

**1996 – PRESENT**

- 25 years of representing individuals injured by defective drugs and medical devices, as well as general personal injury cases.
- Represented over 500 women injured by silicone breast implants and still representing clients and their families in the Dow Corning Bankruptcy.
- Filed one of the first Fen-Phen Diet Drug cases in the country and, with the client, helped get the drug combination removed from the U.S. market through interviews with CNN, The CBS Evening News and Cosmopolitan Magazine.
- Represented Lynn Starks in the death of her daughter, Whitney, who was strangled in a defectively manufactured bunk bed.  Assisted Ms. Starks in changing the laws for bunk bed construction statewide with the passage of the "Whitney Starks Law" as well as nationwide.
- Represented hundreds of women harmed by Yaz/Yasmin birth control pills and resolved their cases.
- Representing clients involving a myriad of pharmaceutical products, including IVC Filters, Propecia, Talcum Powder, Xarelto, and others.
- Over $100 million recovered for our clients since 1996.

**1992 – 1996**

Abel, Musser & Sokolosky Law Firm

- Associate lawyer.  Handled general discovery, 1st and 2nd chair trial work.  Managed the firm's Mass Tort Division, predominantly MDL-926, In re:  Silicone Gel Breast Implant Liability Litigation.

1

**Education:**

    **University of Texas at Austin**
    **BA in Government (1987)**

    **Universidad de Valencia (Summer 1986)**
    **Spanish Studies**

    **Oklahoma City University School of Law Juris**
    **Doctorate (1992)**

    **Recipient of the Raymond D. Naifeh Judicial**
    **Fellowship and Clerked for Oklahoma County**
    **District Judge Eugene H. Mathews (1991)**

    **Member:  Phi Delta Phi**

    **Oxford University**
    **Comparative Legal Studies (Summer 1990)**

**Affiliations:**  The American Association for Justice, The Oklahoma Association of Justice, Oklahoma Bar Association, Oklahoma County Bar Association. Admitted to practice before the United States District Court for the Western District of Oklahoma.