IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------
IN RE: TAXOTERE (DOCETAXEL)   :   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION :
: SECTION "N"(5)
---------------------------------------------------------  :
: HON. KURT D. ENGELHARDT
THIS DOCUMENT RELATES TO   :
ALL CASES   :
---------------------------------------------------------  :

### APPLICATION FOR REAPPOINTMENT OF ANDREW A. LEMMON TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order Nos. 1 and 2, I submit this application in support of my reappointment to the Plaintiffs' Steering Committee,[1] which would allow me to continue my work on the PSC and as Co-Chair of the Discovery Committee. I have been involved in this litigation from almost its beginning and have worked with all counsel that are part of the litigation. I am co-counsel on early filed and to be filed Taxotere permanent hair loss cases, all of which are part of the MDL.

In addition to Taxotere, I remain lead discovery counsel for Subscriber Plaintiffs in In Re: Blue Cross Blue Shield Antitrust Litigation (MDL 2406) pending before Judge R. David Proctor in the Northern District of Alabama, coordinating with the PSC and the rest of the leadership team, working cooperatively and professionally with hundreds of lawyers from around the country on both the Plaintiffs' and Defendants' side, managing litigation costs and

---

[1] For relevant experience and education, see original Application for Appointment of Andrew A. Lemmon to the Plaintiffs' Steering Committee, filed October 24, 2016, which is adopted herein by reference.

document and E-discovery vendors, and working carefully to keep Plaintiffs' team coordinated and informed of the litigation and fairly divide work among all Plaintiffs' counsel, regardless of whether they are appointed to leadership roles.

During the past year as a member of the Taxotere PSC, I honored my pledge to the Court to spend the significant time, energy, and resources that are required to pursue these cases and this litigation through to its conclusion, through myself and my staff. I worked cooperatively with my colleagues to ensure that counsel who are willing to participate are allowed to participate, and maintained respectful, professional relationships with opposing counsel and this Honorable Court. I made all of the financial contributions required, attended the PSC meetings and calls, attended weekly discovery calls, and have been active in the litigation, particularly in regard to jurisdictional discovery issues and now with merits discovery that has been propounded, and for which I have primary meet and confer responsibility. I have also coordinated with other committees in focus group planning, hot document review, and drafting and negotiating discovery and deposition protocols and selecting document custodians. I have planned and attended discovery meetings in New Orleans, Denver, and Oklahoma City, and appeared at each of Magistrate Judge North's discovery hearings and argued many of the motions on behalf of the Plaintiffs. I intend to remain active in the litigation and appreciate the Court's consideration.

Dated: November 15, 2017                         Respectfully Submitted,

                                                 /s/ Andrew A. Lemmon_____

                                                 ANDREW A. LEMMON (#18302)
                                                 LEMMON LAW FIRM, L.L.C.

P.O. BOX 904  
HAHNVILLE, LOUISIANA 70057  
(985) 783-6789 Telephone  
(985) 783-1333 Facsimile  
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Andrew A. Lemmon  
ANDREW A. LEMMON