IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| --- | : | |
| | : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO | : | |
| ALL CASES | : | |
| --- | : | |

## APPLICATION FOR REAPPOINTMENT OF CHRISTOPHER L. COFFIN TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 69, I submit this application in support of my reappointment to the Plaintiffs' Steering Committee. My education and experience in pharmaceutical products liability litigation combined with my extensive involvement in this MDL since its inception, and my willingness to continue dedicating the necessary time and resources to this case, make me an exceptional candidate for reappointment to the PSC.

I personally began working on the Taxotere litigation in January of 2016. On March 10, 2016, I filed the third Taxotere permanent hair loss case in the country, and on May 17, 2016, I filed the first Taxotere case in the Eastern District of Louisiana. This Court appointed me to the PSC on November 17, 2016. Since that time, I have been diligently working in conjunction with my PSC colleagues and other plaintiffs' counsel from throughout the U.S. to move the cases in this MDL forward in an efficient manner.

As Co-Lead Counsel, I am involved in every aspect of the case on a weekly basis. I have worked on this case in some form or fashion almost every day over the past year, and I intend to continue doing so if the Court reappoints me. As with any organization, the PSC must have strong leadership to run in an efficient and effective manner. From the beginning of this case, I

have provided this leadership to ensure that the PSC is well organized, utilizes the strengths of

all its members and incorporates those lawyers who the Court did not appoint to the PSC but

have expressed an interest in working on the case.  To this end, among other things, I have

engaged in the following:

- Collaborated with Co-Lead Counsel, Karen Menzies, and the Plaintiffs' Executive Committee to create ten (10) sub-committees consisting of over seventy (70) lawyers.
- Appointed Co-Chairs of each sub-committee and worked with the Co-Chairs to assign lawyers, both on and off the PSC, to each committee.  By doing so, we have developed very knowledgeable and inclusive committees in this MDL.
- Conducted weekly calls with the Plaintiffs' Executive Committee and biweekly calls with the PSC.
- Conducted multiple in-person meetings with the PSC and committee Co-Chairs for the purpose of organizing and strategizing committee activities.
- Collaborated with Plaintiffs' Co-Liaison Counsel to ensure that the Court and all plaintiffs' counsel are kept informed about the status of the litigation.
- In conjunction with Ms. Menzies, managed the overall activities of plaintiffs' counsel and collaborated with our colleagues to develop the litigation.

In addition to my role in managing the plaintiffs' counsel, I have directly engaged in specific tasks that have also helped propel this litigation forward.  The following are a few examples:

- Represented the PSC's positions at every PSC status conference with the Court.
- Collaborated and negotiated with Defense Counsel on multiple occasions to develop solutions to issues being litigated, including a solution to the French entities involvement in the case.
- Drafted and edited multiple submissions to the Court involving key issues in the litigation.

Although there are other qualified attorneys who could lead this litigation, very few

possess the unique knowledge and experience that I offer in this particular case.  I have been a

registered nurse for over twenty-one (21) years and have focused the last sixteen (16) years of

my legal career on mass tort and class action cases involving pharmaceutical products.

Approximately ninety percent (90%) of my litigation case work over the last sixteen (16) years

2

has involved a pharmaceutical product or medical device.  I have served as Lead or Co-Lead Counsel in five (5) national MDL cases, including three (3) national pharmaceutical products MDLs.  I have attached my curriculum vitae that more fully sets forth my qualifications to serve in this case.

I fully intend to continue to commit significant time, energy and resources to this MDL. As I have been doing for the last year, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation.  The Court can trust that I will continue to work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, and zealous representation.  Moreover, I will continue to maintain respectful, professional relationships with opposing counsel and this Honorable Court.

I appreciate the Court's consideration of my request for reappointment to the PSC.

Dated: November 15, 2017                        Respectfully Submitted,

                                                /s/ Christopher L. Coffin_____
                                                Christopher L. Coffin
                                                Pendley, Baudin & Coffin, L.L.P.
                                                1515 Poydras Street, Suite 1400
                                                New Orleans, Louisiana 70112
                                                Phone: (504) 355-0086
                                                Fax: (504) 523-0699


## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to all registered participants through the Court's electronic filing system and will be sent to those indicated as non-registered participants via e-mail on November 15, 2017.


Dated: November 15, 2017                        Respectfully submitted,

                                                /s/ Christopher L. Coffin
                                                Christopher L. Coffin