**CHRISTOPHER L. COFFIN**
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 355-0086
ccoffin@pbclawfirm.com

Member, **Pendley, Baudin & Coffin, LLP**, New Orleans, Louisiana --- Represents individuals and classes of persons and entities in civil litigation. Practice focuses on product liability and consumer fraud cases related to health care issues.

EDUCATION:

    University of Maryland School of Law    Baltimore, Maryland
    Juris Doctor – Certification in Health Care Law (1999)
    Law Journal: *Maryland Law Review*, Associate Editor

    University of Cincinnati    Cincinnati, Ohio
    Bachelor of Science in Nursing (1995)

PROFESSIONAL LICENSURE AND ASSOCIATIONS:

- Admitted to Practice Law: Louisiana State Courts; Georgia State Courts; USDCs for the Eastern, Western and Middle Districts of Louisiana; USDC for the Northern District of Georgia, USDC for the Central District of Illinois, USDC for the Northern District of Illinois, U.S. Court of Appeals for the 1st Circuit, U.S. Court of Appeals for the 5th Circuit, and U.S. Court of Appeals for the 7th Circuit.
- Licensed Registered Nurse: Louisiana
- Louisiana Association for Justice
- American Association for Justice
- The American Association of Nurse Attorneys

LEGAL EXPERIENCE:

Partner - Pendley, Baudin & Coffin, LLP, New Orleans, Louisiana.
    Represent individuals and classes of persons and entities in civil litigation. Practice focuses on product liability and consumer fraud cases involving pharmaceuticals, medical devices and health insurance.

Associate Attorney - Troutman Sanders, LLP, Health Care Practice Group, Atlanta, Georgia.
    Represented various health care providers and suppliers of health care goods and services. Matters involved contract drafting and interpretation, insurance regulation and reimbursement issues, and Medicare and Medicaid fraud and abuse.

Attorney/Advisor, Attorney General's Honor Program, United States Department of Justice, Drug Enforcement Administration, Washington, D.C.
    Law Clerk to the Honorable Mary Ellen Bittner, Chief Administrative Law Judge. Drafted judicial rulings, orders, and opinions in administrative cases governed by the Controlled Substances Act. Assisted the Judge in administrative hearings.

HEALTH CARE EXPERIENCE:

Registered Nurse, Our Lady of the Lake Regional Medical Center, Baton Rouge, Louisiana.
     Practiced clinical nursing in an acute care setting:  general medicine.

Registered Nurse, The Arlington Hospital, Arlington, Virginia.
     Practiced clinical nursing in an acute care setting:  general medicine

Registered Nurse, Greater Baltimore Medical Center, Baltimore, Maryland.
     Practiced clinical nursing in acute care settings:  general medicine, nephrology, emergency.

Registered Nurse, Memorial Medical Center, Savannah, Georgia.
     Practiced clinical nursing in acute care settings:  general medicine, nephrology, oncology.

EXPERIENCE AND BACKGROUND IN COMPLEX LITIGATION:

     Mr. Coffin has focused his education and career on health care and health care related legal issues.  He has years of experience in litigating complex cases involving product liability, toxic torts and consumer fraud claims.  He has been heavily involved in multiple class action and mass tort cases throughout the United States and has served in leadership and on committees of various multidistrict litigation cases.  A sampling of some of the complex litigation in which Mr. Coffin has been or is currently involved is listed below:

1.    *In re: Taxotere (Docetaxel) Products Liability Litigation*, MDL 2740, United States District Court, Eastern District of Louisiana, (2016 – present).  Co-Lead counsel, representing thousands of consumers across the United States in product liability actions related to the drug Taxotere.

2.    *In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation*, MDL 2666, United States District Court, District of Minnesota, (2016 – present).  Member of the Executive Leadership Committee, representing thousands of consumers across the United States in mass medical device product liability action.

3.    *In re: Benicar (olmesartan) Products Liability Litigation*, MDL 2606, United States District Court, District of New Jersey, (2015 – present).  Co-Lead counsel representing over one thousand plaintiffs across the United States in product liability actions related to the drugs Benicar, Benicar HCT, Azor and Tribenzor.  National settlement in the amount of $300 Million reached.

4.    *In re: Atlas Roofing Corporation Chalet Shingle Products Liability Litigation*, MDL 2495, United States District Court, Northern District of Georgia, (2014 – present).  Co-Lead counsel in a case comprised of multiple class actions against roofing shingle manufacturer.

5.     *In re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*, MDL 2441, United States District Court, District of Minnesota, (2013 – 2017).  Member of the Plaintiffs' Steering Committee, representing thousands of consumers across the United States in mass medical device product liability action.  National settlement reached.

6.     *In re: Effexor (Venlafaxine Hydrochloride) Products Liability Litigation*, MDL 2458, United States District Court, Eastern District of Pennsylvania, (2013 – 2015).  Member of the Plaintiffs' Steering Committee, representing dozens of plaintiffs throughout the United States in products liability actions.

7.     *In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342, United States District Court, Eastern District of Pennsylvania, (2012 – 2017).  Member of the Plaintiffs' Steering Committee, representing hundreds of plaintiffs throughout the United States in product liability actions.

8.     *In re: DePuy ASR Hip Implant Litigation*, MDL 2197, United States District Court, Northern District of Ohio, (2010 – 2014).  Member of the Science Committee in multidistrict litigation on behalf of consumers in mass medical device product liability action.  National settlement reached.

9.     *In re: Celexa and Lexapro Marketing and Sales Practices Litigation*, MDL 2067, United States District Court for the District of Massachusetts, (2009 - present).  Lead counsel for multiple classes of consumers in pharmaceutical consumer fraud and RICO class actions.

10     *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, United States District Court, Eastern District of Louisiana, (2009- present).  Co-counsel in over seven hundred cases on behalf of individual homeowners and committee member on various projects in the multidistrict litigation.  Multiple class settlements reached to date.

11.    *Universal Care, Inc., et al. v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline,* United States District Court for the District of Minnesota, (2007-2008).   Class counsel for nationwide class of third-party payors in pharmaceutical consumer fraud class action.  Nationwide class settlement in the amount of $40 million reached.

12.    *Engh, et al. v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, District Court for the County of Hennepin, State of Minnesota (2005-2007).  Putative class counsel for class of consumers in the states of Minnesota, Ohio, North Dakota, Missouri, and Illinois in consumer fraud class action.  Action part of a nationwide class settlement in excess of $60 million.

13.    *Young, et al. v. Wyeth, Inc.*, 18th Judicial District Court, Parish of Iberville, State of Louisiana (2004-2010).  Lead counsel for over one hundred consumers in mass pharmaceutical product liability action.

14.    *In re Celexa and Lexapro Products Liability Litigation*, MDL 1736, United States District Court, Eastern District of Missouri. (2006-2013).  Co-Lead Counsel and Liaison Counsel representing plaintiffs throughout the United States in pharmaceutical product liability actions.  Large majority of cases have settled for confidential amounts.  All actions settled.

15.     *In re Paxil Products Liability Litigation*, MDL 1574, United States District Court, Central District of California (2003-2006).  Member of the Plaintiffs' Steering Committee representing over 3,100 plaintiffs throughout the United States in product liability class action and mass tort cases.  Mass resolution of all cases reached for confidential amount.

16.     *In re Baycol Products Liability Litigation*, MDL 1431, United States District Court, District of Minnesota (2002-2005).  Member of Science Committee in litigation involving thousands of plaintiffs in product liability actions.  Mass settlement reached on many cases.

PUBLICATIONS:

- *Class Action Considerations in the Chinese Drywall Litigation - A Survey of Case Law*, Chinese Drywall Litigation Report, May 2010, at 4.

- *Choose Your Weapon: Class Action v. Mass Tort*, Columns – Drugs & Supplements, December 2003, at 2.

- *Case Law and Clinical Considerations Involving Physical Restraint and Seclusion for Institutionalized Persons with Mental Disabilities* (23 MPDLR 597 (1999)).

- *Maryland Psychiatric Society, Inc. v. Wasserman: The Fourth Circuit Limits Psychiatrists Full Recovery for Services Rendered to Qualified Medicare Beneficiaries* (57 MD. L. REV. 1233 (1998)).

PRESENTATIONS AND INTERVIEWS

- *Benicar Litigation Update*, Mass Torts Made Perfect, October 19, 2017, Las Vegas, NV.

- *Taxotere Litigation - Permanent Hair Loss*, Mass Torts Made Perfect, October 19, 2017, Las Vegas, NV

- *Benicar Litigation Update*, Mass Torts Made Perfect, April 21-22, 2017, Las Vegas, NV.

- *Taxotere Litigation - Permanent Hair Loss*, Mass Torts Made Perfect, April 21-22, 2017, Las Vegas, NV.

- *Taxotere Litigation - Permanent Hair Loss*, Mass Torts Made Perfect, October 19, 2016, Las Vegas, NV.

- *Taxotere Litigation*, Harris Martin's MDL Conference, September 28, 2016, Washington, D.C.

- *Taxotere: A Story About Greed and Deception*, Consumer Attorney Marketing Group, Expert Hosted Webinar, June 29, 2016.

- *Taxotere Litigation Panel*, Mass Torts Made Perfect, April 21-22, 2016, Las Vegas, NV.

- *Benicar Litigation Update*, Mass Torts Made Perfect, April 21-22, 2016, Las Vegas, NV.

- *Benicar Litigation*, Mass Torts Made Perfect, October 14 – 16, 2015, Las Vegas, NV.

- *Bair Hugger Forced Air Warming Blanket Orthopedic Implant Infection Litigation,* Mass Torts Made Perfect, October 14 – 16, 2015, Las Vegas, NV.

- *Benicar Litigation,* American Association for Justice*, Plaintiff-Only Hot Topics and Trends in Litigation Seminar*, December 2 – 3, 2014, Charleston, SC.

- *Current Status of the Litigation (Lipitor),* American Association for Justice, Plaintiff-Only Pharmaceuticals and Medical Device Litigation, January 28 – 29, 2014, New Orleans, LA.

- *SSRI Birth Defect Cases Update,* American Association for Justice, Plaintiff-Only Pharmaceuticals and Medical Device Litigation, January 28 – 29, 2014, New Orleans, LA.

- *SSRIs and Effexor Litigation*, Mass Torts Made Perfect, October 9 – 11, 2013, Las Vegas, NV.

- *Third Party Discovery,* American Association for Justice, Plaintiff-Only Pharmaceuticals and Medical Device Litigation, September 24 & 25, 2013, Philadelphia, PA.

- *Update on Status of the Litigation,* SSRI Antidepressant Birth Defect Cases Litigation Group, American Association for Justice Annual Convention, July 20-23, San Francisco, CA.

- *Screening of SSRI Birth Defect Cases,* SSRI Antidepressant Birth Defect Cases Litigation Group, American Association for Justice Annual Convention, July 20-23, San Francisco, CA.

- *SSRIs: Effexor and Zoloft,* Plaintiff-Only Pharmaceuticals and Medical Device Litigation Update Seminar, March 19-20, 2013, San Diego, CA.

- *Panel on SSRI Birth Defects,* American Association for Justice 2013 Winter Convention, February 9-13, 2013, Miami, FL.

- *Effexor Birth Defect Litigation,* Zoloft and Birth Defects Litigation Conference, HB Litigation Conferences, July 11, 2012, Philadelphia, PA.

- *Zoloft and SSRIs: The History of the Litigation and Latest Developments,* Harris Martin's MDL Conference: Hot Topics in the MDL and Class Action Litigation, March 28, 2012, San Diego, CA.

- *SSRI/Birth Defect Case Evaluation and Procedural Issues,* Mass Torts Made Perfect Presents: Yaz Litigation and Emerging Torts: SSRIs, Transvaginal Mesh, and Actos, September 13, 2011, Philadelphia, PA.

- *Understanding The SSRIs Involved In Causing Birth Defects,* Mass Torts Made Perfect & Torts Made Perfect, Antidepressant/Anti-Seizure Medication Birth Defect Litigation and Zimmer Nexgen Litigation (A Plaintiffs Only Forum), May 24, 2011, Philadelphia, PA.

- *Birth Defect Litigation: Giving Birth To A New Mass Tort Causing Big Injuries To The Littlest Victims,* Mass Torts Made Perfect Seminar, Las Vegas, Nevada, April 14, 2011.

- *Client Injuries Pre and Post Implant Revision – Analysis of the Medical Records*, HB Litigation's Orthopedic Litigation Conference, West Palm Beach, Florida, January 19, 2011.

- *The Science – Studies and Evidence of Adverse Effects of the Heart*, Harris Martin's Darvon and Darvocet Recall Litigation Conference, New Orleans, Louisiana, January 14, 2011.

- *The BP Oil Spill Litigation*, Interview with Bloomberg Law's Lee Pacchia, May 10, 2010.

- *MDL Status of Oil Spill Cases,* Harris Martin's Oil Spill Litigation Conference, New Orleans, Louisiana, June 23, 2010.

- *New Developments In Multi-District Litigation Resulting From BP's Oil Spill in the Gulf of Mexico*, Interview with Bloomberg Law's Lee Pacchia, August 18, 2010.

APPOINTMENTS:

- Louisiana Supreme Court Class Action & Mass Tort Rules of Professional Conduct & State Multi-District Litigation Committee.