IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N" (5) |
| : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES : | |

### APPLICATION FOR RE-APPOINTMENT OF DAVID F. MICELI TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Orders Nos. 2 and 69, I submit this application for my re-appointment to the Plaintiffs' Steering Committee. My original application recounted my education and experience in pharmaceutical products liability litigation, and past experience on and working within other MDLs. At the time of my initial application, I expressed my -- and my firm's -- willingness to dedicate the necessary time and resources to this case. Over the course of the past year's appointment I believe my involvement in the Plaintiffs' Steering Committee's efforts to manage this litigation, and pursue common discovery, demonstrate my commitment is genuine.

I have been tasked with leadership roles on several committees, and anticipate continuing to assist with discovery on an even greater level as the defendants begin to make more meaningful discovery productions, and as we proceed towards the initial trials.

Prior to the formation of this Mult-District Litigation, I collaborated with dozens of lawyers from across the country to coordinate Taxotere litigation, and I worked cooperatively with those lawyers who filed papers and argued for centralization before the JPML. Since the formation of this MDL, and my appointment to the PSC, I continue to actively coordinate efforts and foster a spirit of inclusiveness with counsel that wish to be involved in the PSC's efforts.

Likewise, I remain committed to educating myself and others about the overall Taxotere case as it is being developed.

I have practiced law for over twenty years, and my entire career has been devoted to litigating complex, medically intensive cases. Since 2001 the overwhelming percentage of my practice has been devoted to representing individuals injured or killed through defective pharmaceutical products and medical devices. I have experience litigating mass tort cases, and have been involved in numerous MDLs and state court consolidated litigations: Vioxx, Bextra/Celebrex, PPA (Phenylpropanolamine), Ephedra, Nutraquest, Baycol, Trasylol, Rezulin, Reglan, Chantix, Trans-Vaginal Mesh, Lipitor and Zoloft. I previously served as lead trial counsel and mediation liaison in consolidated litigation.

Prior to my current appointment, I most recently served on the Plaintiffs' Steering Committees for the In re: Trasylol MDL (MDL No. 1928), In re: Chantix MDL (MDL No. 2092), In re: Zoloft MDL (MDL No. 2342), and I served on Plaintiffs' Executive committee in In re: Lipitor Marketing, Sales Practices and Product Liability Litigation (MDL No. 2502).

I am a shareholder in the firm of Simmons Hanly Conroy, LLC; we are a firm devoted almost exclusively to litigating mass torts of all types. The firm has offices in Illinois, Missouri, New York, California and Georgia. We have over fifty lawyers and over 150 support staff.

Over the past year, and for years prior, my firm and I have demonstrated a willingness and ability to work cooperatively with other counsel, including many of the counsel who are currently involved in the In re: Taxotere (Docetaxel) MDL. I remain committed to this litigation, and to devoting significant time, effort and resources to the work of the PSC in this litigation. Likewise, I will continue to maintain a level of professionalism with counsel for the defense. I

believe I have consistently demonstrated my ability to work in a spirit of cooperation and good faith with my colleagues, and opposing counsel.  I and my firm have proven experience in this type of litigation, and are prepared to continue the work we have started with this PSC.

      Currently, I devote well over fifty-percent (50%) of my time to this litigation.  I fully intend to continue to commit significant time, energy and resources to these cases.  I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation.  In addition, the Court can trust that I will work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, zealous representation, and that all counsel that wish to contribute work towards this case will continue to be given an opportunity to do so.

      I appreciate the Court's consideration and look forward to assisting in any way that this Honorable Court deems appropriate.

Dated: November 15, 2017

Respectfully Submitted,

*/s/ David F. Miceli*
David F. Miceli (GA Bar No. 503900)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
dmiceli@simmonsfirm.com

***Attorney for Plaintiffs***