<u>EXHIBIT A – DAVID F. MICELI RE-APPLICATION TO PSC/PEC QUALIFICATIONS</u>

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
(618)259-2222
(404)915-8886 (direct)
dmiceli@simmonsfirm.com

**<u>Professional:</u>**

| | |
|---|---|
| Simmons Hanly Conroy | 2006 -Present |
| David F. Miceli LLC | September 2004 - January 2006 |
| Beasley Allen Methvin Portis & Miles | May 2001 - September 2004 |
| Tisinger Tisinger Vance & Greer | January 1994 - May 2001 |

**<u>Education:</u>**

Auburn University, 1985; Business Economics

     I have practiced law for over twenty-five years, and my entire career has been devoted to litigating complex, medically intensive cases.  I am licensed to practice in Georgia, Florida and Alabama.  Since 2001 the overwhelming percentage of my practice has been devoted to representing individuals injured or killed through defective pharmaceutical products and medical devices.  I have extensive experience litigating mass tort cases, and have been involved in numerous MDLs and state court consolidated litigations: Vioxx, Bextra/Celebrex, PPA (Phenylpropanolamine), Ephedra, Nutraquest, Baycol, Trasylol, Rezulin, Reglan, Chantix, Trans-Vaginal Mesh, Lipitor and Zoloft.  I served as lead trial counsel and mediation liaison in the Nutraquest consolidated litigation.

     I have most recently served on the Plaintiffs' Steering Committees for the In re: Trasylol MDL (MDL no. 1928), In re: Chantix MDL (MDL No. 2092), In re: Zoloft MDL (MDL No. 2342), and I served on Plaintiffs' Executive Committee in In re: Lipitor Marketing, Sales Practices and Product Liability Litigation (MDL No. 2502).

     In the present MDL, over the past year I have devoted the majority of my time to the efforts of the PSC.  Specifically, I have been responsible (with a team of PSC counsel) for the initial drafting and negotiating of several critical protocols, proposed orders and discovery plans.

Along with other appointed leaders on the PSC, I regularly participate in meet and confers with counsel for defense, and liaisons, to cooperatively fashion submissions to the court.

I am a shareholder in the firm of Simmons Hanly Conroy, LLC; we are a firm devoted almost exclusively to litigating mass torts of all types. The firm has offices in Illinois, Missouri, New York, California and Georgia. We have over fifty lawyers and over 150 support staff. The firm and the undersigned applicant specifically have demonstrated a willingness and ability to work cooperatively with other counsel, including many of the counsel who are currently members of Plaintiffs' Steering Committee (PSC).