UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | * * | JUDGE ENGELHARDT MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING OF APPLICATION FOR RE-APPOINTMENT OF DAWN M. BARRIOS AS PLAINTIFFS' CO-LIAISON COUNSEL, AS *EX OFFICIO* MEMBER OF THE PLAINTIFFS' EXECUTIVE COMMITTEE, AND AS PLAINTIFFS' FEDERAL-STATE LIAISON COUNSEL

NOW INTO COURT comes Dawn M. Barrios of the law firm of Barrios, Kingsdorf & Casteix, LLP, who, pursuant to this Court's Pretrial Order No. 69 (Rec. Doc. 1095), Pretrial Order No. 2 (Rec. Doc. 104), and Pretrial Order No. 8 (Rec. Doc. 156), respectfully files the attached application for reappointment as Plaintiffs' Co-Liaison Counsel, as an *ex officio* member of the Plaintiffs' Executive Committee, and as Plaintiffs' Federal-State Liaison Counsel in the above-captioned matter.

Date: November 15, 2017

Respectfully Submitted:

By: */s/ Dawn M. Barrios*
DAWN M. BARRIOS (La. Bar #2821)
**BARRIOS, KINGSDORF & CASTEIX, LLP**
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139-3650
Phone: 504-524-3300
Facsimile: 504-524-3313
barrios@bkc-law.com
*Plaintiffs Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ Dawn M. Barrios*
                                        DAWN M. BARRIOS, #2821