# EXHIBIT A

# CURRICULUM VITAE
# DAWN M. BARRIOS

*Barrios, Kingsdorf & Casteix, L.L.P. • 701 Poydras Street, Suite 3650 • New Orleans, Louisiana 70139-3650*
*Telephone: 504-524-3300 • Facsimile: 504-524-3313 • Email: barrios@bkc-law.com*

## PERSONAL

Born December 6, 1952, New Orleans, Louisiana
Three sons

## EDUCATION

JURIS DOCTOR DEGREE                                              1973-76
*Tulane Law School*                                   *New Orleans, Louisiana*

Honors:   The Admiralty Law Institute Prize, 1974-75.
          The American Jurisprudence Prize for Louisiana Civil Procedure, 1975-76.

BACHELOR OF ARTS DEGREE                                          1970-74
*Newcomb College*                                     *New Orleans, Louisiana*

English major.

## LEGAL EXPERIENCE

PARTNER                                                     1995-Present
*Barrios, Kingsdorf & Casteix, L.L.P.*                *New Orleans, Louisiana*

PARTNER                                                         1980-95
*Cleveland, Barrios, Kingsdorf & Casteix, L.L.P.*      *New Orleans, Louisiana*

ASSOCIATE ATTORNEY                                              1979-80
*Carl W. Cleveland & Associates*                       *New Orleans, Louisiana*

LAW CLERK                                                       1976-79
*Chief Justice, Joe W. Sanders*                        *New Orleans, Louisiana*
*Louisiana Supreme Court*

## COURT APPOINTMENTS IN COMPLEX LITIGATION

· <u>MDL-2740; In Re: Taxotere (Docetaxal) Products Liability Litigation</u>, United States District Court, Eastern District of Louisiana, Plaintiffs' Co-Liaison Counsel (2016 to present), State-Federal Liaison Counsel (2016-present)

· <u>MDL-2179; In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010</u>, United States District Court, Eastern District of Louisiana, Common Benefit Fee and Cost Committee (2015 to present)

· <u>MDL-2592; In Re: Xarelto (Rivaroxaban) Products Liability Litigation</u>, United States District Court, Eastern District of Louisiana, Plaintiffs' Steering Committee and Chair of the State Liaison Committee (2015); Re-Appointed to Plaintiffs' Steering Committee (2016 and 2017)

Curriculum Vitae - Dawn M. Barrios
Page 2

- MDL-2543; In Re: General Motors LLC Ignition Switch Litigation, United States District Court, Southern District of New York, Federal/ State Liaison Counsel (2014 to present)

- MDL-2545; In Re: Testosterone Replacement Therapy Products Liability Litigation, United States District Court, Northern District of Illinois, Plaintiffs' Steering Committee (2014); Re-Appointed to Plaintiffs' Steering Committee (2015, 2016 and 2017)

- MDL-2299; In Re: Actos (Pioglitazone) Products Liability Litigation, United States District Court, Western District of Louisiana, Plaintiffs' Executive Committee, Plaintiffs' Steering Committee and Liaison Counsel to State Courts (2012 to present)

- MDL- 2151; In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, United States District Court, Central District of California, Plaintiffs' Liaison Committee for Personal Injury/ Wrongful Death Cases (2013); Re-Appointed to Plaintiffs' Liaison Committee for Personal Injury/ Wrongful Death Cases (2014); Plaintiffs' Liaison Counsel to State and Other Types of Federal Cases (2010), Re-Appointed as Plaintiffs' Liaison Counsel to State and Other Types of Federal Cases (2011, 2012, 2013 and 2014)

- MDL-2047; In Re: Chinese-Manufactured Drywall Products Liability Litigation, United States District Court, Eastern District of Louisiana, Plaintiffs' Steering Committee (2009), Chair of State/Federal Coordination Committee (2009 to present), Re-Appointed to Plaintiffs' Steering Committee (2011, 2012, 2013 and 2014), Fee Committee (2014)

- MDL-1657; In Re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, State Liaison Committee (2005 to present), Special Liaison Counsel for Government Entities (2008), Private Third Party Payor Bellwether Trial Committee (2008), Common Benefit Fee and Cost Committee related to Consumer Settlement Agreement (2015)

- MDL-1643; In Re: Educational Testing Service Litigation, United States District Court, Eastern District of Louisiana, Lead Counsel (2005)

- MDL-1632; In Re: High Sulfur Content Gasoline Products Liability Litigation, United States District Court, Eastern District of Louisiana, Class Counsel (2004)

- MDL-1431; In Re: Baycol Products Litigation, United States District Court, District of Minnesota, Liaison Advisory Committee (2002)

- MDL-1355; In Re: Propulsid Product Liability, United States District Court, Eastern District of Louisiana, State Liaison Committee (2000)

- West, et al v. G & H Seed Company, et al, 27TH JDC, St. Landry Parish, Docket No. 99-C-4984-C, Plaintiffs' Steering Committee (Toxic Exposure) (2000)

- Parrish, et al v. Tennessee Gas Pipeline Company, Inc., et al, 10th JDC, Natchitoches Parish, Docket No. 64,527-A, Plaintiffs' Steering Committee (Toxic Exposure) (1996)

- Spitzfaden et al v. The Dow Chemical Company, et al, Civil District Court, Parish of Orleans, Docket No. 92-2589-F, Plaintiffs' Steering Committee (Breast Implants) (1994)

Curriculum Vitae - Dawn M. Barrios
Page 3

## GENERAL COURT APPOINTMENTS

- Louisiana Supreme Court Rules of Professional Conduct- Class Action Committee (appointed October 11, 2016)
- Eastern District of Louisiana Lawyer Disciplinary Committee (appointed February 8, 2011; re-appointed April 4, 2012; re-appointed July 12, 2013; re-appointed February 25, 2015; re-appointed May 2, 2016)

## AWARDS

- 2014 Professionalism Award, New Orleans Bar Association
- 2015 Community Service Award, Louisiana Association of Justice, Women's Caucus

## LEGAL PRESENTATIONS

- Invited Speaker- The Greater New Orleans Louis A. Martinet Legal Society, Inc. and The Association of Women Attorneys- October 2017, Topic- Not Just a Pretty Face: Developing Powerful Women of Substance for Success
- Invited Speaker- Emory Institute for Complex Litigation- Bridge Conference, September 2017, Topic- MDL 201
- Invited Speaker- New Orleans Bar Association - Professionalism CLE, November 2016, Topic- Professionalism in the Courtroom: Do's and Don'ts from the Pros
- Invited Speaker- New Orleans Bar Association, October 2015, Topic- Issues by Counsel in Connection with Settlements of Complex Liability Cases
- Invited Speaker- Association for Women Attorneys- AWA Annual Ethics and Professionalism CLE, September 2015, Topic- "A Letter to My 23 Year Old Self"
- Invited Speaker- American Association for Justice- Rapid Response Webinar- Lumber Liquidators Litigation Update, May 2015, Topic- A Live and Interactive Webinar on the Lumber Liquidators Litigation
- Invited Speaker- Louisiana Association for Justice- Step Up: Practical Tips for Success, May 2015, Topic- Who or What is an MDL and Why do I Need to Know About It?
- Invited Speaker- Louisiana Association for Justice- Last Chance CLE Conference, December 2014, Topic- Navigating Complex Liability Cases
- Invited Speaker- Perrin Conferences- National Complex Litigation Conference: A Symposium on Current & Emerging Issues, June 2014, Topic- The Bellwether Process- Are Bellwethers Always a Good Idea
- Invited Speaker- Louisiana State Bar Association- MDL Conference 2014, March 2014, Topic- Common Issue Trials: How to Identify and Develop Effective Trial Plans
- Invited Speaker- Duke University School of Law- Future of Multi-District Litigation Conference, May 2013, Topic- Federal-State Coordination
- Invited Speaker- American Association for Justice- AAJ's 2012 Annual Convention, July 2012- Topic- Presenting the Evidence- Special Trial Considerations

Curriculum Vitae - Dawn M. Barrios
Page 4

- Invited Speaker- Louisiana Bar Association, Superwomen- Female Attorneys Mastering the Game and the Strategies that Rule, May 2011, Topic- Mastering the Juggle: Surviving Life and the Legal Profession
- Invited Speaker- Louisiana Bar Association, Gulf Coast Oil Spill Symposium, May 2010, Topic- Seaman Status Issues
- Invited Speaker- HarrisMartin's Toyota ® Recall Litigation Conference, Part II, May 2010, Topic- Accelerating the Toyota Bellwether Selection Process
- Invited Speaker- HarrisMartin's Toyota® Recall Litigation Conference, March 2010, Topic- Of MDLs, Class Actions, And Bellwethers: Where Will The Toyota Litigation Be Transferred And How Will It Be Litigated?
- Invited Speaker- Louisiana Bar Association, 9th Annual Class Action- Mass Tort Symposium, October 2009, Topic- Federal & State Involvement in Complex Litigation
- Invited Speaker- BVR Legal/ Mealey's Litigation and Trial Strategies SuperConference, October 2008, Topic- State and Federal Courts: Which Court Will Hear the Case?
- Invited Speaker- Mealey's VIOXX® Settlement Conference: A Plaintiff Bar Discussion & Roundtable, December 2007, Topic- Liability and Risk Factor Adjustments
- Invited Speaker- Louisiana Bar Association, New York, New York, A Multi- Topic Seminar, November 2007, Topic- Navigating Complex Litigation, Class Case Action, and MDLs… An Overview from Inception to Exit Strategies (and the chaos in between)
- Invited Speaker- Louisiana Bar Association, 7th Annual Class Action-Mass Tort Symposium, October 2007, Topic – Class Notice
- Invited Panel Member - LSU Trial Advocacy Program - August 7-9, 2006
- Invited Co-Chair - Mealey's Vioxx Litigation Conference - May 8-9, 2006 and Moderator of the Judicial Panel Topic: Perspectives from the Bench. Panelists Hon. Wilson, Hon. Duval & Patrick Juneau
- Invited Panel Member- Mealey's Vioxx Litigation Conference, December 2005, Topic - MDL Update
- Invited Speaker- American Bar Association- "The Future of Class Action Litigation in America" November 2005, Topic - Notice Issues, Opt Ins & Outs, Class Management
- Invited Speaker- Vioxx Litigation Conference, Mealey's, June 2005, Topic - Convincing the Jury of Your Case
- Invited Mock Trial Litigator- American Trial Lawyers Association, "The Case Against Vioxx: An ATLA Mock Trial," May 2005, Topic
- Invited Speaker- American Bar Association, National Institute on Class Actions, October 2004, Topic – Notice
- Invited Speaker- Louisiana Bar Association, 5th Annual Class Action-Mass Tort Symposium, October 2004, Topic – Class Notice
- Invited Speaker- Louisiana Trial Lawyers' Association, Mass Tort/Class Action CLE Program, April 2004, Topic – Class Notice
- Invited Speaker- Louisiana State Bar Association, 4th Annual Class Action-Mass Tort Symposium, October 2003, Topic – Notices
- Invited Speaker- Mealey's Baycol Litigation Conference – June 2003, Topic – Current Status of Discovery – State Court Versus MDL

Curriculum Vitae - Dawn M. Barrios
Page 5

- Invited Speaker- Tulane Law School, 14th Annual CLE By the Hour, December 2002, Topic - Complex Litigation
- Invited Speaker- Mass Torts Made Perfect Seminar, Baycol Litigation, September 2002
- Invited Speaker- Mealey's, Conference on Baycol Litigation, May 2002
- Invited Speaker- Louisiana State Bar Association, 2nd Annual Class Action/Mass Torts Symposium, October 2001, Topic – Discovery to and of Putative Class Members
- Invited Speaker- American Bar Association, Class Actions, October 2001, Topics – Mock Class Certification Hearing and Medical Monitoring
- Invited Speaker- Louisiana State Bar Association, 1st Annual Class Action/Mass Torts Symposium, October 2000, Topic – Strategies & Tactics for Today's Litigation
- Invited Speaker- Tulane Law School and the Tulane Law Review, Class Actions In the Gulf South Symposium, March 2000, Topic – Trickle Dow Effects of Federal Class Action Jurisprudence on the Gulf South
- Invited Speaker- Mealey's Breast Implant Litigation Group, Judges and Lawyers in Complex Litigation, November 1999

## PROFESSIONAL MEMBERSHIPS

- United States District Court for the Eastern District of Louisiana
- United States District Court for the Middle District of Louisiana
- United States District Court for the Western District of Louisiana
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Supreme Court
- Louisiana Bar Association
- Federal Bar Association
- New Orleans Bar Association (Board- 2016-2017)
- New Orleans Bar Foundation (Board- 2014-2015; Vice President – 2015-2016; President- 2016-2017)
- Louisiana Association for Justice (Board of Governors- 2014-Present)
- American Association for Justice
- National Association of Women Judges (amici)

## LEGAL WRITING

- Elizabeth Cabraser, William Bernstein, and Dawn Barrios, "New Issues and Key Rulings in the Certification, Trial, Settlement and Appeal of Class Actions" Class Actions, American Bar Association, (2001).

- Lori Andrus and Dawn Barrios, "Absent Class Members - - Drivers or Passengers on the Highway of Discovery" Class/Action Mass Torts Symposium 2001, Louisiana State Bar Association (2001).

Curriculum Vitae - Dawn M. Barrios
Page 6

·   Dawn Barrios, "The Long and Winding Road for Spitzfaden, Louisiana's Breast Implant Class Action: 'Ad Astra Per Aspera'" 74 Tulane Law Review 1941 (2000).

·   Dawn Barrios, Note "A Quantum Service: Maritime Personal Injury and Death Awards From the Fifth Circuit Court of Appeal and the Federal District Courts in Louisiana, 1970-1975." Maritime Law Journal (1976).