**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2740<br><br>SECTION "N"(5) |
| This document relates to all actions. | : : : | |

**ANNE ANDREWS' APPLICATION FOR REAPPOINTMENT TO**

**PLAINTIFFS' STEERING COMMITTEE**

In compliance with the Court's PRETRIAL ORDER #2, I hereby reapply for a position on the Plaintiffs' Steering Committee:

1. I was honored to be appointed to the PSC by this Court last year. I have taken my PSC service seriously and have endeavored to diligently and competently discharge my duties. A brief summary of my activities related to my service is set forth below.

2. I continue to have the willingness and the availability to commit to this complex and time-intensive project;

3. I have demonstrated the ability to work cooperatively with co-counsel and opposing counsel;

4. My experience in pharmaceutical products liability litigation in particular and in litigation generally is set forth on Exhibit "A" to this application;

5. My firm, Andrews Thornton Higgins Razmara, L.L.P., and I remain willing, able, and ready to commit the necessary resources to pursue this matter, and have done so over the past year; and

6. All of my firm's Taxotere/docetaxel clients' civil actions are filed in this MDL.

## SUMMARY OF MY PSC ACTIVITIES

I am a co-chair of the Science Committee and the Bellwether/Case Vetting Committee. I organize and lead telephonic and in-person meetings for these committees on a weekly basis. These positions have required me to travel extensively and to coordinate regularly and comprehensively with many attorneys, plaintiffs, and potential experts. My firm has invested hundreds of hours in research, case vetting, deposition preparation, communicating with experts, and other pertinent tasks.

In summary, I appreciate having had the opportunity to serve on the PSC in this litigation. I have worked collaboratively with other members of the PSC. I have also worked diligently on my assigned committees. I respectfully ask to be reappointed to the PSC so that I can continue my service in this matter.

Dated: November 15, 2017

Respectfully submitted,

ANDREWS THORNTON HIGGINS RAZMARA, LLP

_____
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (949) 748-1000
Facsimile: (949) 315-3540

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 15, 2017, a copy of the foregoing document: **ANNE ANDREWS' APPLICATION FOR REAPPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE** was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

*/s/ Anne Andrews*
Anne Andrews
