# EXHIBIT A

## <u>Anne Andrews – Curriculum Vitae</u>

*Re-Application for the Plaintiffs' Steering Committee for In Re: Taxotere (Docetaxel) Products Liability Litigation*



      For over twenty years, I have worked extensively with my founding partner, John C. Thornton, litigating personal injury product liability cases against major pharmaceutical companies resulting from the sale of dangerous drugs, medical devices and dietary supplements. In 2016, we expanded the firm and brought on board two new partners who exemplify the diversity and experience of our firm. Andrews Thornton Higgins Razmara has unique experience in obtaining compensation for clients despite the wrongdoing company declaring bankruptcy.

      I am uniquely qualified to serve as a Plaintiffs' Steering Committee member in the *In Re: Taxotere (Docetaxel) Products Liability Litigation* because I am a breast cancer survivor, and, as such I am in a unique position to understand the struggles each of these victims has faced in going through treatment. I also understand the challenges they face in the future and the additional challenges of victims who will be facing further chemotherapy treatments.

### A) <u>Willingness and Availability to Commit to a Time-Consuming Project</u>

      I have been fortunate enough to serve in multiple capacities in the litigations detailed below. In obtaining such positions, I am always willing and available to commit 100% to every litigation. My firm in particular is known for handling a number of litigations, particularly cancer diagnosis litigations such as *In Re: Power Morcellator* and litigations involving uterine sarcomas, ovarian cancers, bladder cancers and immunological issues that are similar to this case. In particular, I am uniquely qualified to because my firm is the only one in the country handling the complex issue of hair loss of several hundreds of cases in the Wen Haircare hair loss product cases filed in the County of Los Angeles. My firm has access to several experts in this litigation which will greatly assist in the *In Re: Taxotere* litigation.

      In 2015, I was the recipient of the Distinguished Achievement (Top Gun) Award for Orange County Trial Lawyers Association (OCTLA) for my success in reaching a $200+ million settlement for the New England Compounding Center (NECC) bankruptcy. As Co-Chair of the

Official Creditors' Committee, this required me to work countless hours and also engage in frequent travel to the east coast. In addition to this, I was fortunate enough to have worked with a team of top national attorneys to secure this incredible victory on behalf of the victims of the fungal meningitis outbreak caused by contaminated steroid injections from NECC. I was also formerly the 2005 recipient of the Top Gun Award for my work in mass torts products liability. In addition, my firm was a 2015 Products Liability Finalist for the National Law Journal's Elite Trial Lawyers. In addition to this, I have worked on an array of litigations detailed below with many talented lawyers from across the nation.

### B) <u>Ability to Work Cooperatively with Others</u>

Despite the limited opportunities for women when I began my legal career, I am fortunate to have enjoyed and participated in multiple leadership roles in complex cases and have worked with many attorneys who are part of an extraordinarily talented, diverse and hardworking group in various Plaintiffs' Steering Committees. I consider my firm to be representative of diversity amongst its senior associates, attorneys and staff, as there is a wide diversity in gender and cultural backgrounds, which helps to contribute to various litigations we are involved in.

I feel very strongly about advocating for consumer rights and have been honored to add to the diversity of both men and women on these committees, while we advocate together in the position of a leadership team in our quest for seeking justice.  I am familiar with many of the applicants and am known for my teamwork and professional collegiality in MDLs across the country.

### C) <u>Professional Experience: Multidistrict and State Coordinated Leadership and Experience</u>

My firm, Andrews Thornton Higgins Razmara, LLP has extensive multidistrict federal and coordinated state experience. At this time we are involved in the consolidated Power Morcellator litigation against the Defendant Karl Storz, filed in California State Court, in the County of Los Angeles. I have already taken a leadership position in organizing multiple Plaintiffs, and serve as Co-Lead in the *In Re Karl Storz Laparoscopic Power Morcellator Litigation: Sylvia A. O'Neil et al. vs. Karl Storz, et al.,* Case No. BC581718 (and all related consolidated actions). In addition to being lead counsel in the California Coordination of the Storz cases, I was appointed to the *In Re: Power Morcellator Products Liability Litigation* (MDL 2652) Plaintiffs' Steering Committee involving Johnson and Johnson's Ethicon Power Morcellator under the Honorable Judge Kathryn H. Vratil in the United States District Court in the District of Kansas. Most notably, this Plaintiffs Steering Committee was one of the first committees consisting of a majority of women, and I was honored to be a part of this distinguished group.

Furthermore, I am currently honored to be appointed to the Plaintiffs' Executive Committee in the *In Re: Bair Hugger Forced Air Warming Devices Products Liability Litigation* (MDL 2666), where I am fortunate enough to work with a diverse and highly skilled group of attorneys from across the nation.

I was appointed to the Plaintiffs' Executive Committee (PEC) by the Honorable Robert L. Miller, Jr. for *In Re: Biomet M2a Magnum Hip Implant* products liability litigation (MDL

2391), which settled for $56 million in 2014. I chaired the Regulatory Committee. My firm served on the Science Committee for *In re DePuy ASR Hip Implant* (MDL 2197), which settled for $2.475 billion in 2013. Honorable Barry Ted Moskowitz appointed me to the PSC for *In re Hydroxycut* (MDL 2087). For *In re: Ephedra Products Liability Litigation* (MDL 1598), Hon. Jed. S. Rakoff of the Southern District of New York appointed me to the Plaintiffs' Coordinating Counsel. My partner and I successfully conducted an extensive FRE 702 hearing involving complex scientific issues. In addition, I have served as Co-Plaintiffs' Liaison Counsel in *In re Metabolife* for 356 Cases (Cal. JCCP 4360) before Honorable Ronald Styn in San Diego, CA.  My firm served as Lead Counsel in *In re Quinine* (JCCP 4565), which settled in 2011 with various manufacturers for over $40 million. I have also served on the Plaintiffs' Steering Committee for *In re Silicone Gel Breast Implant Products Liability Litigation* (MDL 936). My firm handled over 1500 cases involving defective breast implants and was involved in hundreds of depositions involving witnesses, experts and defendant corporate officers, as well as involvement in numerous trials to verdict. Currently, I serve as Lead Counsel for *USPLabs Dietary Supplement Cases* (JCCP 4808).

In addition, my firm has been involved in various capacities for the following pharmaceutical litigations:

- *In Re: Accutane* litigation (NJ MDL 271);
- *In Re: Actos* (JCCP 4696);
- *In Re: Avandia* (JCCP 4578);
- *In Re: Byetta* (JCCP 4574);
- *In Re: C. R. Bard, Inc. Pelvic Repair System* (MDL 2187);
- *In Re: Diet Drugs* (Phentermine / Fenfluramine / Dexfenfluramine) products liability litigation (MDL 1203);
- *In Re: Fosamax / Alendronate Sodium* (JCCP 4644);
- *In Re: Gadolinium* (JCCP 4556 and MDL 1909);
- *In Re: Kugel Mesh* (MDL 1842);
- *In Re: PPA* litigation (MDL 1470);
- *In Re: Pradaxa* (MDL 2385);
- *In Re: Reglan Metoclopramide* (JCCP 4631);
- *In Re: Silicone Gel Breast Implant* products liability litigation (MDL 936);
- *In Re: Stryker Rejuvenate & ABG II Hip Implant* (MDL 2441);
- *In Re: Vioxx*  (MDL 1657);
- *In Re: Yaz Yasmin* (JCCP 4608 and MDL 2100);
- *In Re: Zimmer Durom Cups* (MDL 2158);
- *In Re: Zoloft* (MDL 2342);
- *In Re: USP Labs Dietary Supplement Cases* (JCCP 4808);
- *In Re: Power Morcellator Products Liability Litigation* (MDL 2652);
- *In Re: Karl Storz Laparoscopic Power Morcellator Litigation: Sylvia A. O'Neil et al. vs. Karl Storz, et al.,* (Case No. BC581718, and other consolidated actions);
- *In Re: Bair Hugger Forced Air Warming Devices Products Liability Litigation* (MDL 2666)
- *In Re: Johnson & Johnson Talcum Powder Cases* (JCCP 4872)

*Bankruptcy Leadership and Experience*

My work in Bankruptcy leadership began when I was appointed by Hon. Cornelius Blackshear of the New York Bankruptcy Court to serve on the Official Tort Claimants Committee responsible for the representation of personal injury claimants in the Twinlab Bankruptcy (*In re TL Administration Corporation* (Chapter 11)), where I was principle negotiator of the successful resolution. Next, I was selected by the Office of United States Trustee for the Southern District of New York to serve in a representative capacity for my client on the Official Committee of Unsecured Creditors in the *In re Chemtura Corporation* bankruptcy, which involved significant tort claims for injury resulting from exposure to diacetyl.

I have also been fortunate enough to have held leadership positions on the tort committees for plaintiffs in the bankruptcy proceedings filed by Metabolife International, Inc., Muscletech, and NVE, Inc. Due in large part to my firm's efforts, these bankruptcies generated over $300 million in settlement proceeds for the benefit of the claimants injured by ephedra. For *In re MII Liquidation, Inc.* (Metabolife – Chapter 11), I was selected by the Office of the United States Trustee for the Southern District of California to serve in a representative capacity for two of my clients on the Official Committee of Unsecured Creditors, and I was elected by that Committee as Committee Co-Chair. In that capacity, I assisted in successfully negotiating the settlement of 700 tort claims within the bankruptcy. I was also selected by the Office of the United States Attorney for the District of New Jersey to serve in a representative capacity for my client on the Official Committee of Unsecured Creditors for the *In re N.V.E., Inc.* Chapter 11 case, where I served as Lead Counsel in the negotiation and global resolution of tort claims. In addition, I was selected, per coordinated orders of Justice Farley of the Ontario Commercial Court in Ontario, Canada and Judge Rakoff in the Southern District of New York, to serve on the Ad Hoc Committee of Tort Claimants in the Canadian CCAA case and companion U.S. Chapter 15 case in *In re MuscleTech Research and Development, Inc.* This was one of the first Chapter 15 cases ever filed (Chapter 15 provides for ancillary U.S. proceedings in aid of foreign main insolvency proceedings).  My firm was an integral component to the negotiation and global resolution of tort claims in that case.

Currently my firm advocates for victims injured by dietary supplements (OxyElite Pro), Risperdal (JCCP 4775), Bair Hugger Forced Air Warming Device (MDL 2666), In Re Karl Storz Power Morcellator Consolidation (Case No. BC581718), and several other harmful drugs and medical devices. In addition to my leadership experience in multiple litigations, I have held board positions in the following organizations: Consumer Attorneys of California (CAOC), Orange County Trial Lawyers (OCTLA), Orange County Bar Association (OCBA) and I am frequently invited to speak as a lecturer in frequent areas of law as a recognized expert in mass tort and bankruptcy around the country. I am past President of OCTLA and have led the Hydroxycut Litigation Group and Fungal Meningitis Litigation Group by the American Association for Justice (AAJ).

**D) <u>Willingness To Commit Necessary Resources to Pursue this Matter</u>**

Based on my experience as detailed above, I am committed to every litigation I am involved in and I dedicate myself and my firm in the coordination of massive resources in

advancing complex mass torts litigations in an expeditious manner. My team of attorneys and staff commits and uses all resources in pursuing every litigation. In addition to this, we have access to many experts, including the renowned experts we are utilizing in the Wen Hair loss litigation in Los Angeles County.

Sincerely,

**ANNE ANDREWS**
**Andrews Thornton**
**Higgins Razmara, LLP**