UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### 505(b)(2) DEFENDANTS' APPLICATIONS FOR DEFENSE LIAISON COUNSEL, SETTLEMENT COUNSEL AND LEAD COUNSEL POSITIONS

Pursuant to Pretrial Order No. 69 (Rec. Doc. No. 1095), comes Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Pfizer Inc., Accord Healthcare Inc., Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging Service, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd. and Actavis Pharma, Inc. ("the 505(b)(2) Defendants") and, pursuant to Pretrial Order No. 25 (Rec. Doc. No. 287), respectfully request that this Court reappoint John F. Olinde, Chaffe McCall, L.L.P., as Defense Liaison Counsel for the 505(b)(2) Defendants in the captioned MDL.[1]

The 505(b)(2) Defendants further request that this Court reappoint to the 505(b)(2) Settlement Committee, as initially appointed by this Court in Pretrial Order No. 44 (Rec. Doc. No. 371), the following:[2]

1. Accord Healthcare Inc. - John P. Wolff, III;

2. Actavis Pharma, Inc. - Rex A. Littrell;

---

[1] The Application of John F. Olinde for Reappointment as Defense Liaison Counsel, with *curriculum vitae*, is attached hereto as Exhibit 1.

[2] The applications for positions on the 505(b)(2) Settlement Committee have been provided today to the Court for its consideration via electronic transmission which is the manner originally provided and in accordance with the Court's instructions in Pretrial Order No. 69.

1

3.  Hospira, Inc., Hospira Worldwide, LLC formerly
    doing business as Hospira Worldwide, Inc. and Pfizer Inc. - Sheila L. Birnbaum;

4.  McKesson Corporation d/b/a McKesson Packaging Service - Habib Nasrullah;

5.  Sandoz Inc. - Lori G. Cohen; and

6.  Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd. - Bradford R. Carver.

Finally, the 505(b)(2) Defendants hereby request that the designated positions of Lead Counsel for each 505(b)(2) defendant for the purposes of attendance at the Steering Committee meetings, in accordance with Pretrial Order Nos. 26 (Rec. Doc. No. 289) and 26A (Rec. Doc. No. 598), remain the same.[3] Those designations are:

1.  Accord Healthcare Inc. - Julie A. Callsen;

2.  Actavis Pharma, Inc. - Michael J. Suffern;

3.  Hospira, Inc. Hospira Worldwide, LLC formerly
    doing business as Hospira Worldwide, Inc., and Pfizer Inc. - Mark S. Cheffo;

4.  McKesson Corporation d/b/a McKesson Packaging Service - Erin M. Bosman;

5.  Sandoz, Inc. - R. Cliffton Merrell; and

6.  Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd. - Geoffrey M. Coan.

WHEREFORE, Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Pfizer Inc., Accord Healthcare Inc., Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging Service, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd. and Actavis Pharma, Inc. pray that the Court accepts their applications for reappointment to the positions of Defense Liaison Counsel, Settlement Counsel and Lead Counsel.

---

[3] The applications for reappointment as Lead Counsel for each 505(b)(2) defendant have been provided today to the Court for its consideration via electronic transmission in accordance with the Court's instructions in Pretrial Order No. 69.

2

Respectfully Submitted:

/s/ John P. Wolff, III
John P. Wolff, III, TA #14504
Nancy B. Gilbert, Bar #23095
Chad A. Sullivan, Bar #27657
Richard W. Wolff, Bar #34844
KEOGH, COX & WILSON, LTD.
701 Main Street, P.O. Box 1151
Baton Rouge, LA 70821
Telephone: 225-383-3796
Facsimile: 225-343-9621
jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com
rwolff@keoghcox.com

**Counsel for Defendant Accord Healthcare Inc.**

/s/ Julie A. Callsen
Julie A. Callsen, TA, OH Bar #0062287
Brandon D. Cox, OH Bar #0089815
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

**Counsel for Defendant Accord Healthcare Inc.**

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

**Counsel for Defendant Sandoz, Inc.**

3

| | |
|---|---|
| /s/ Deborah B. Rouen | ***Counsel for Defendant Sandoz, Inc.*** |
| Deborah B. Rouen | |
| E. Paige Sensenbrenner | |
| ADAMS AND REESE LLP | |
| One Shell Square | |
| 701 Poydras Street, Suite 4500 | |
| New Orleans, LA 70139 | |
| Telephone:  504-581-3234 | |
| Facsimile:  504-566-0210 | |
| debbie.rouen@arlaw.com | |
| paige.sensenbrenner@arlaw.com | |
| | |
| /s/ Mark S. Cheffo | ***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*** |
| Mark S. Cheffo | |
| Mara Cusker Gonzalez | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 51 Madison Ave., 22nd Floor | |
| New York, NY 10010 | |
| Telephone:  212-849-7000 | |
| Facsimile:  212-849-7100 | |
| markcheffo@quinnemanuel.com | |
| maracuskergonzalez@quinnemanuel.com | |
| | |
| /s/ John F. Olinde | ***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*** |
| John F. Olinde (Bar No. 1515) | |
| Peter J. Rotolo (Bar No. 21848) | |
| 1100 Poydras Street | |
| New Orleans, LA 70163 | |
| Telephone:  504-858-7000 | |
| Facsimile:  504-585-7075 | |
| olinde@chaffe.com | |
| rotolo@chafe.com | |
| | |
| /s/ Erin M. Bosman | ***Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*** |
| Erin M. Bosman (Bar No. 204987) | |
| Julie Y. Park (Bar No. 259929) | |
| MORRISON & FOERSTER LLP | |
| 12531 High Bluff Dr. | |
| San Diego, CA 92130-2040 | |
| Telephone:  858-720-5100 | |
| Facsimile:  858-720-5125 | |
| ebosman@mofo.com | |
| juliepark@mofo.com | |

| | |
|---|---|
| /s/ Stanton E. Shuler, Jr.<br>Stanton E. Shuler, Jr. (Bar No. 19152)<br>LEAKE & ANDERSSON LLP<br>1100 Poydras Street, Suite 1700<br>New Orleans, LA 70163-1701<br>Telephone: 504-585-7500<br>Facsimile: 504-585-7775<br>sshuler@leakeandersson.com | **Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.** |
| /s/ Geoffrey M. Coan<br>Geoffrey M. Coan<br>Kathleen E. Kelly<br>HINSHAW & CULBERTSON LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone: 617-213-7000<br>Facsimile: 617-213-7001<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com | **Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.** |
| /s/ Michael J. Suffern<br>Michael J. Suffern<br>Jeffrey F. Peck<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: 513-698-5064<br>Facsimile: 513-698-5065<br>msuffern@ulmer.com<br>jpeck@ulmer.com | **Counsel for Defendant Actavis Pharma, Inc.** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2017, the foregoing 505(b)(2) Defendants' Application for Defense Liaison Counsel, Settlement Counsel and Lead Counsel was electronically transmitted to lead and liaison counsel in the captioned matter.

/s/ John F. Olinde

5