# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE KURT D. ENGELHARDT |

### APPLICATION OF JOHN F. OLINDE FOR REAPPOINTMENT AS DEFENSE LIAISON COUNSEL

I, John F. Olinde of the law firm of Chaffe McCall, L.L.P., local counsel for the Defendants, Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc., apply for reappointment to the position of Defense Liaison Counsel, to serve with Defense Liaison Counsel, Douglas J. Moore. I seek confirmation pursuant to paragraph 1 of Pretrial Order No. 69 (Rec. Doc. 1095) to serve as Defense Liaison Counsel for the 505(b)(2) defendants.

I have read the duties of Liaison Counsel set forth in Pretrial Order No. 1 (Rec. Doc. 4) and commit to being available to fulfill those responsibilities.

I understand the responsibilities and the commitment required to serve as Liaison Counsel and have worked in that position for the 505(b)(2) defendants since my appointment by the Court on March 15, 2017 (Pretrial Order No. 25, Rec. Doc. 287). During the last year, I have established a good working relationship with those attorneys who serve on the Plaintiffs' Steering Committee and with the attorneys who represent each of the defendants in this litigation. I have worked well with Plaintiffs' Liaison Counsel (Dawn Barrios and Palmer Lambert) and Liaison Counsel for the sanofi defendants (Douglas J. Moore) and appreciate the

1

professionalism each has shown. We have frequent meetings and communications and seek to reach amicable solutions to issues that arise during the course of this litigation.

I also continue to serve as Liaison and local counsel for the Bayer Defendants in MDL no. 2592 *In re: Xarelto (Rivaroxaban) Products Liability Litigation* (Xarelto MDL), pending before the Honorable Eldon E. Fallon. In that litigation, I worked successfully with the Court, Liaison counsel and lead counsel for the past three years to help create the structure of the MDL, communicate with counsel and resolve issues as they emerge.

During the last twenty years, I have served as local, regional, and national counsel for major pharmaceutical, medical device and product manufacturers and have been involved in many MDLs.[1] The current staff of Chaffe McCall, L.L.P. were involved extensively in the *In Re Genetically Modified Rice Litigation*, MDL No. 1811, United States District Court, Eastern District of Missouri, where I served as co-trial counsel in one of the bellwether cases.

The attorneys and staff at Chaffe McCall, L.L.P. have the experience and will provide the necessary support to communicate with the Court and counsel as set forth in Pretrial Order No. 1.

I respectfully request that the Court accept my application to serve as Defendants' Liaison Counsel for the 505(b)(2) defendants.

Respectfully submitted,

By: */s/ John F. Olinde*
    John F. Olinde (LA Bar #1515)
    Peter J. Rotolo (LA Bar #21848)
CHAFFE MCCALL, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
Phone (504) 585-7000
Email: olinde@chaffe.com
*Attorney for Defendants Hospira Worldwide, LLC,
formerly doing business as Hospira Worldwide, Inc.
and Pfizer Inc.*

---

[1] Mr. Olinde's curriculum vitae is attached hereto as Exhibit "1-A".

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2017, I electronically filed the foregoing Application of John F. Olinde for Reappointment as Defense Liaison Counsel with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ John F. Olinde

# EXHIBIT 1-A



# John F. Olinde

Partner

Attorney Contact

T: (504) 585-7241
F: (504) 544-6084
olinde@chaffe.com

For over thirty years, John Olinde has represented clients in a wide variety of civil actions and disputes. He served as the Managing Partner of Chaffe McCall (2012-2015). John focuses his practice on product-liability defense, including the defense of pharmaceutical and medical-device claims, and handling insurance matters, construction claims, and general casualty litigation. In addition, John works as regional and local counsel in the area of complex litigation and has been involved in many different MDL matters.

Education

J.D., Louisiana State University Law Center
B.B.A., Emory University

Professional Memberships

American Bar Association
Defense Research Institute
Federal Bar Association
International Association of Defense Counsel
Louisiana Association of Defense Counsel
Louisiana Bar Foundation
Product Liability Advisory Council

Bar Admissions

Louisiana
U.S. District Courts for the Eastern, Middle, and Western Districts of Louisiana
U.S. Court of Appeals for the Fifth Circuit

Representative Matters and Experience

- Louisiana Counsel and/or Liaison Counsel or on Discovery, Expert and Trial Teams in Multi-District Litigation, including those involving Xarelto, GMO Rice, Yaz/Yasmin, Mirena, Trasylol, Magnavist, Baycol, Phenylpropanolamine (PPA), and Factor VIII
- Trial counsel for pharmaceutical and medical device manufacturers of a variety of products, including antibiotics, pain medication, catheters, stents, surgical sponges, birth control products, erectile dysfunction medication, atherectomy devices, blood thinners, NSAID's, muscle relaxers, foot pads, eye drops, and aspirin
- National trial counsel for an independent standards organization in smoke alarm litigation
- National trial counsel for a major manufacturer of small business machines
- National trial counsel for a major telecommunications company in Rounding-Up litigation
- Louisiana trial counsel for manufacturers involving many different products, including mobile hydraulic cranes, auto parts, food packaging, and ceramic tile
- Louisiana trial counsel for a major hotel management company regarding liability claims
- Trial counsel in construction litigation matters, including contract disputes, insurance claims, liens, and personal injuries

Honors and Awards

- Selected for inclusion in *The Best Lawyers in America* for Product Liability Litigation – Defendants and Mass Tort Litigation/Class Actions – Defendants, 2012- Present
- Selected for inclusion in *Louisiana Super Lawyers,* 2007, 2013 – Present
- Named as a Top Lawyer in Product Liability and Mass Tort Litigation/Class Actions by *New Orleans Magazine,* 2012 – Present
- Named as *City Business* Leadership in Law Honoree, 2007
- AV Preeminent® Peer Review Rating in Martindale-Hubbell
- Selected as Louisiana State University Law Center Hall of Fame, 1987
- Order of the Coif

Community Involvement

- Louisiana State Bar Association, Client Assistance Fund Committee, 1983 – Present
- Safety Net Committee, United Way, 2011 – Present
- Rotary New Orleans, President, 2015 – 2016; President Elect, 2014 – 2015; Board of Directors, 2011 – 2017; Secretary, 2012 – 2013