UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>      PRODUCTS LIABILITY<br>      LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

**Application of Abby E. McClellan for Appointment<br>to Continue to Serve as a Member of the Plaintiffs' Steering Committee**

     I would like to thank the Court for appointing me as a PSC member this past year, providing me the opportunity to work and collaborate with such an esteemed group of attorneys in order to move along this litigation. In accordance with the Pretrial Order No. 2, I, Abby E. McClellan of the law firm Stueve Siegel Hanson LLP, respectfully requests appointment for a subsequent term to serve as a member of the Plaintiffs' Steering Committee for this multi-district litigation. The four PSC membership requirements set forth in Pretrial Order No. 1 have been met by me and by my firm this past year and we will continue to meet these requirements for the length of the litigation.

**Abby E. McClellan Has the Willingness and Availability to Commit to the Litigation**

     I have devoted a large amount of time and energy to the litigation this past year, and I am ready to continue to devote my time and abilities. I have never missed a PSC meeting or Status Conference and have brought my input, organization, and energy to each of these meetings. I have traveled to American Association for Justice (AAJ) to educate MDL counsel about this case, and I presented at an AAJ sponsored CLE with co-lead counsel Karen Barth Menzies about this litigation.

As a member of the PSC, I was tasked with co-chairing the PFS/DFS/Early Case Vetting Committee. Given the Court's quick deadline to have a draft PFS and DFS, my co-chair and I quickly got our committee organized and worked through the holidays to meet the deadline. My dedication to the committee was noticed by other PSC members who requested I join the Discovery Committee and collaborate with the Bellwether Committee. I have pitched in on a large variety of tasks both big and small: from planning and organizing two full days of meetings and interviews with the first round of Trial Plaintiffs to organizing the logistics of the All Plaintiffs' Counsel Calls.

### Abby E. McClellan Has the Ability to Work Cooperatively with Others

My experience as an effective collaborator has been an asset to this litigation. As the youngest member of the committee, I quickly earned the respect of my peers by my ability to plan, organize, and speak up when I thought there was a more efficient and effective way to handle a specific matter. This past year, I have collaborated weekly with my PFS/DFS/Early Case Vetting Committee to assign tasks and provide feedback. As co-chair of this committee I developed a system which assigns a committee member to each MDL firm to assist in providing guidance on PFS/DFS/ and case vetting questions. This has been an effective process and is utilized daily. I have worked hand in hand with Jake Woody with Brown Greer on the functionality of MDL Centrality and how we can make it most effective for Plaintiffs and Plaintiffs' Counsel.

### Abby E. McClellan and Stueve Siegel Hanson Has Professional Experience in Mass Tort Litigation

My previous experience working on MDL cases was vital for me to successfully co-chair the PFS/DFS/Early Case Vetting committee and provide guidance and assistance on several aspects of the litigation. The vast experience of my firm has assisted me every step of the way.

The firm assembled an experienced and talented team devoted to this matter including firm partners Norman Siegel and Todd Hilton. The mentorship of these two partners paired with the other attorney and staff experience at Stueve Siegel Hanson has made me a highly qualified PSC member this past year.

### **Abby E. McClellan and Stueve Siegel Hanson Have A Willingness to Commit the Necessary Resources to Pursue this Litigation**

Stueve Siegel Hanson has committed a large amount of attorney hours to this case thus far. Partner Todd Hilton was selected to work on the Common Benefit Committee and worked extensively to get the Common Benefit order drafted. ESI attorney Stephanie Walters has brought her expertise on ESI and document review and has taken on a large role on the ESI portion of this case. Associate Tanner Edwards works daily to analyze defendant produced documents for future use in the litigation. Stueve Siegel Hanson has also provided the requested monetary capital and will continue to do so.

I request your honor consider my application to continue to serve as a member of this Plaintiff Steering Committee.

Respectfully submitted,

Dated 11-15-2017

/s/ Abby E. McClellan
Abby E. McClellan, MO Bar #66069
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com