# Abby Elizabeth McClellan

**Abby E. McClellan**                                                                                       Phone:  (816) 714-7123
mcclellan@stuevesiegel.com                                                                     Fax:  (816) 714-7101

460 Nichols Road, Suite 200
Kansas City, Missouri  64112

**Bar Admission**
Missouri, 2013

**Education**
University of Missouri Kansas City (UMKC) School of Law
Kansas City, MO
Juris Doctorate
August 2010 - May 2013
CALI award for highest grade in Civil Procedure: A+
Dean's List

Morningside College
Sioux City, IA
Special Education Strategist II Masters Program
August 2008 - December 2009
Completed twenty-four hours toward Masters in Special Education

Drury University
Springfield, MO
Bachelor of Arts in Elementary Education
August 2004 - May 2008
Minor: Global Studies
*Summa Cum Laude*

**Study Abroad**
Regents College; London England    International Law/ Global Studies
January - May 2007

UMKC School of Law Ireland Program International/Business Law
May – June 2011

**Work Experiences**
**Associate Attorney: Stueve Siegel Hanson LLP**
February 2014-present
- Research and investigate potential mass tort claims
- Communicate with clients regarding all stages of litigation
- Prepare and file complaints for individuals harmed by dangerous drugs and devices
- Serve as member of Taxotere MDL 2740 PSC

**Policy Intern: University of Missouri-Kansas City Institute of Human Development**
May 2012-May 2013
- Worked on a federally funded grant focused on finding integrated employment for young adults with developmental and intellectual disabilities

- Participated in evaluations and meetings involving state level system partners focused on policy change
- Researched laws related to employment for people with disabilities in order to ensure our policies were compliant

**Special Education Strategist II Classroom Teacher - Fort Madison, IA**
August 2008-June 2010
- Taught students with a range of behavioral disabilities
- Developed Individualized Education Plans (IEP)
- Worked with school psychologist in developing Functional Behavior Assessments and Behavior Intervention Plans
- Direct supervisor to two full-time classroom associates

**Professional Activities and Associations**
Kansas City Metropolitan Bar Foundation
Lawyers Encouraging Academic Performance (LEAP)
Board Member
- Implement board initiatives to increase academic success for students at Operation Breakthrough
- Oversee reading buddies and study buddies program at Operation Breakthrough

UMKC Young Alumni Committee
Board Member
- Grow the UMKC School of Law Alumni Group
- Fundraise for UMKC School of Law

American Association for Justice (AAJ)
- Taxotere Litigation Group Member

Nelson-Atkins Museum
- Young Friends of the Arts Member
- Party Arty Committee 2014-2015

Pi Beta Phi Alumni Club
- Member

P.E.O. Women's Organization
- Member