UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.'S REAPPLICATION FOR DEFENSE LIAISON COUNSEL, SETTLEMENT COUNSEL, AND LEAD COUNSEL POSITIONS

NOW INTO COURT, through undersigned counsel, comes Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("the Sanofi Defendants") and, pursuant to Pretrial Order No. 69 (Rec. Doc. No. 1095), respectfully request that this Court reappoint Douglas J. Moore, Irwin Fritchie Urquhart & Moore LLC, as Defense Liaison Counsel for the Sanofi Defendants in the captioned MDL.[1]

The Sanofi Defendants further request that this Court reappoint Bruce H. Nagel, Harvey L. Kaplan, Jon Strongman, and Brian S. Rudick as their representatives to the Settlement Committee, as initially appointed by this Court in Pretrial Order Nos. 6 (Rec. Doc. No. 133) and 13 (Rec. Doc. No. 209), respectively.

Finally, the Sanofi Defendants hereby notify the Court that the designated positions of lead counsel for the purposes of attendance at the Steering Committee meetings, in accordance with Pretrial Order Nos. 26 (Rec. Doc. No. 289) and 26A (Rec. Doc. No. 598), remain the same.[2] Harley

---

[1] Mr. Moore's Reapplication for Appointment as Liaison Counsel for the Sanofi Defendants, with curriculum vitae, is attached hereto as Exhibit "1."
[2] Lead counsels' applications for re-appointment, with attached curriculum vitae, have been provided to the Court for its consideration via electronic transmission in accordance with the Court's instructions in Pretrial Order No. 69.

V. Ratliff and Jon Strongman, both of the law firm of Shook Hardy & Bacon, shall remain as lead counsel for the Sanofi Defendants.

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. pray that the Court accepts their reapplication for the positions of Defense Liaison Counsel, Settlement Counsel, and Lead Counsel Positions.

Respectfully Submitted:

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:  504-310-2100
Facsimile:  504-310-2120
E-Mail:  dmoore@irwinllc.com

Harley V. Ratliff
Adrienne Byard
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone:  816-474-6550
Facsimile:  816-421-5547
E-Mail:  hratliff@shb.com

*Counsel for sanofi-aventis U.S. LLC and sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2017, the foregoing Reapplication for Defense Liaison Counsel and Settlement Counsel was electronically transmitted to lead and liaison counsel in the captioned matter.

/s/ *Douglas J. Moore*