UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### REAPPLICATION OF DOUGLAS J. MOORE FOR DEFENSE LIAISON COUNSEL

NOW INTO COURT, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("the Sanofi Defendants") and pursuant to Pretrial Order No. 69 (Rec. Doc. No. 1095), as well has paragraph 15 of Pretrial Order No. 1 (Rec. Doc. No. 8), hereby submit the reapplication of Douglas J. Moore, of the law firm of Irwin Fritchie Urquhart & Moore LLC, as Defense Liaison Counsel for the captioned MDL.

Douglas J. Moore has extensive experience in complex mass torts involving pharmaceutical products and medical devices.[1] Irwin Fritchie Urquhart & Moore LLC has served as local, regional, or national counsel for major pharmaceutical and medical device manufacturers in over 50 separate multi-district and/or consolidated litigations. The firm currently serves as Defense Liaison Counsel for MDL No. 2592 *in re*: *Xarelto (Rivaroxaban) Products Liability Litigation*, currently pending before the Hon. Eldon Fallon, and has also successfully performed the responsibilities of Defense Liaison Counsel in other MDLs in the Eastern District of Louisiana, including MDL No. 2116 *In re: Apply iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation*, and MDL No. 1355 *In re: Propulsid Products Liability Litigation.*

---

[1] Douglas J. Moore's *curriculum vitae* is attached as Exhibit "A."

1

Irwin Fritchie Urquhart & Moore LLC, and Douglas J. Moore in particular, have worked professionally, efficiently, and successfully with many of the lawyers seeking positions on the Plaintiff's Steering Committee.  Douglas J. Moore is acutely familiar with the responsibilities of Defense Liaison Counsel and his firm has the capabilities to meet them.

Douglas J. Moore understands the duties of Liaison Counsel set forth in Pretrial Order No. 1 (Rec. Doc. 8) and commit to being available to fulfill those responsibilities.

Over the past year, Mr. Moore has established a good working relationship with those attorneys who serve on the Plaintiffs' Steering Committee and with the attorneys who represent each of the defendants in this litigation.  He has worked diligently with both Plaintiffs' Liaison Counsel (Dawn Barrios and Palmer Lambert) and Liaison Counsel for the 505(b)(d)(2) defendants (John F. Olinde).  Liaison counsel has been required to attend frequent meetings and engage in ongoing communications in order to reach amicable solutions to issues that arise during the course of this litigation.

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. pray that the Court accepts this reapplication of Douglas J. Moore for Defense Liaison Counsel and reappoints Douglas J. Moore, of the law firm of Irwin Fritchie Urquhart & Moore LLC, to this position.

    Respectfully Submitted:

    /s/ *Douglas J. Moore*
    Douglas J. Moore (Bar No. 27706)
    IRWIN FRITCHIE URQUHART & MOORE LLC
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Telephone:  504-310-2100
    Facsimile:  504-310-2120
    E-Mail:  dmoore@irwinllc.com

                Harley V. Ratliff
                Adrienne Byard
                SHOOK, HARDY & BACON L.L.P.
                2555 Grand Blvd.
                Kansas City, MO 64108-2613
                Telephone: 816-474-6550
                Facsimile: 816-421-5547
                E-Mail: hratliff@shb.com

***Counsel for sanofi-aventis U.S. LLC and sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2017, the foregoing Reapplication for Defense Liaison Counsel and Settlement Counsel was electronically transmitted to lead and liaison counsel in the captioned matter.

                                  */s/ Douglas J. Moore*