



### DOUGLAS J. MOORE
MEMBER
504.310.2163

dmoore@irwinllc.com

Download Vcard

## PROFILE

Douglas is an experienced trial lawyer and has handled all aspects of major injury litigation and other complex matters. He has significant experience in the management of consolidated mass torts and class actions, as well as bellwether trials in major national litigations. He has served as defendant's liaison counsel, and has been responsible for ESI and case specific discovery in major multi-district litigations. Douglas has successfully defended numerous multi-billion dollar false claims act, consumer fraud, and anti-trust actions brought by State Attorney Generals and other government entities. He currently chairs the Drug, Device, and Biotechnology Committee of the International Association of Defense Counsel. He has also served as an adjunct professor of law in Moot Court at Loyola University School of Law in New Orleans and is a frequent speaker on mass torts, trial tactics, trial graphics, and professionalism.

## AREAS OF PRACTICE

Pharmaceutical & Medical Device,  Products Liability,  Complex Litigation,  Trials,  Casualty,  Insurance,

Premises Liability,  Science & Experts

## REPRESENTATIVE MATTERS / EXPERIENCE

Douglas has successfully defended complex matters involving the following products:

Antibiotics

Anti-Arrhythmic Agents

Pain Medications

Contact Lens Solutions

Aircraft Parts

Spinal Instrumentation

Hip Replacement Systems

Cellular Phones

Knee Replacement Systems

Endoscopic Devices

Heartburn Medicines

Diabetes Medicines

Cold Medicines

Anti-Psychotic Medicines

Pain Pumps

Sutures

Anti-Inflammatory Medicines

Weight-Loss Medicines

## HONORS

The Best Lawyers in America: Personal Injury Litigation - Defendants

Louisiana Super Lawyers: Personal Injury Defense

New Orleans Magazine Top Lawyers: Product Liability Litigation

The Order of Barristers, National Member

AV Preeminent, Martindale-Hubbell rating

Loyola Moot Court, Best Preliminary Oral Advocate, First Amendment Moot Court Competition, American University

Loyola Moot Court, Best Overall Oral Advocate, American College of Trial Lawyers, Regional Competition

## AFFILIATIONS

Federal Bar Association, New Orleans Chapter Board of Directors (2006-2016)

International Association of Defense Counsel, Drug Device and Biotechnology Committee, Programs & Projects Vice-Chair, Technology Committee, Vice-Chair

Defense Research Institute

Louisiana Association of Defense Counsel

Louisiana State Bar Association

New Orleans Bar Association

## EDUCATION

J.D., Loyola University School of Law (2001)

B.S., Florida State University (1993)

## ADMISSIONS

Louisiana state courts

United States Court of Appeals, Fifth Circuit

United States District Court Eastern, Middle, and Western Districts of Louisiana

## PUBLICATIONS AND PRESENTATIONS

*Science in the Courtroom*
International Association of Defense Counsel 2017 Annual Meeting

*Technology Strategies for Lawyers Who Want to Win*
IADC Mid-Year Meeting February 2016

*Next Level Demonstrations*
New Orleans Bar Association Procrastinators Program December 2015

*Social Media Policies, Why You Need Them and What they Should Say*
International Association of Defense Counsel, Technology Committee Webinar June 2015

*The Latest on ESI: Preservation, Spoliation and 30(b)(6)*
International Association of Defense Counsel, Technology Committee Webinar December 2014

*Pleading Products Liability Claims in the Post Twombly/ Iqbal Era*
New Orleans Bar Association Procrastinators Program December 2014

*Professionalism - Can My Attorney Do Anything?*
OMSA Industry Seminar November 2014

*Preparing for and Presenting Your Trial on the IPad*
International Association of Defense Counsel, Technology Committee Webinar October 2014

*Professionalism, Lessons Learned From High Stakes Litigation*
New Orleans Bar Association Procrastinators Program December 2013

*Trial Graphics*
New Orleans Bar Association, Lessons From Litigators Series 2012

*Better Billing Practices*
Big Easy Boot Camp, CLE Presented by the New Orleans Bar Association, The Ritz Carlton October 17, 2008

*Seminar Coordinator: The E-Discovery Amendments to the Federal Rules*
CLE Presented by the New Orleans Chapter of the Federal Bar Association, The W Hotel, New Orleans, Louisiana February 2, 2007

*The Potential Evidentiary Impact of the Supreme Court's Due Process Analysis of Punitive Damages*
Mass Torts Fall/ Winter 2005

*Legal Malpractice of the Business Lawyer and Litigator*
Seminar Manuscript published of Hot Topics in Business Litigation, Professional Education Systems Institute, LLC March 2004

*Effective Use of Documentary Evidence*
CLE Manuscript of the Civil Litigation Process in Louisiana State Courts Seminar, Louisiana State Bar Association April 2004

*How to Persuade a Jury to the Defense View of Key Issues in Drug or Medical Device Litigation*
Manuscript of the DRI: Drug and Medication Device Litigation Seminar May 2002

*The E-Discovery Amendments to the Federal Rules*
CLE Presented by the New Orleans Chapter of the Federal Bar Association, The W Hotel February 2, 2007