UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING OF APPLICATION FOR REAPPOINTMENT
OF M. PALMER LAMBERT AS PLAINTIFFS' CO-LIAISON COUNSEL AND AS
_EX OFFICIO_ MEMBER OF THE PLAINTIFFS' EXECUTIVE COMMITTEE**

NOW INTO COURT comes M. Palmer Lambert of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, who, pursuant to this Court's Pretrial Order No. 69 (Rec. Doc. 1095) and Pretrial Order No. 2 (Rec. Doc. 104), respectfully files the attached application for reappointment as Plaintiffs' Co-Liaison Counsel and as _ex officio_ member of the Plaintiffs' Executive Committee in the above-captioned matter.

Respectfully Submitted:

By: _/s/M. Palmer Lambert_
M. PALMER LAMBERT (La. Bar #33228)
**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone: 504-522-2304
Facsimile: 504-528-9973
Email: plambert@gainsben.com
_Plaintiffs Co-Liaison Counsel_

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                              */s/M. Palmer Lambert*
                              M. PALMER LAMBERT, #33228