**APPLICATION FOR REAPPOINTMENT OF M. PALMER LAMBERT
AS PLAINTIFFS' CO-LIAISON COUNSEL AND AS *EX OFFICIO*
MEMBER OF THE PLAINTIFFS' EXECUTIVE COMMITTEE**

Please consider this as my application for reappointment as Plaintiffs' Co-Liaison Counsel and *ex officio* member of the Plaintiffs' Executive Committee ("PEC") herein, pursuant to Pretrial Order No. 69 (Rec. Doc. 1095) and Pretrial Order No. 2 (Rec. Doc. 104). Since my appointment as Co-Liaison Counsel with Dawn M. Barrios, my firm has dedicated significant resources, attorney and staff time, and a majority of my time to accomplish the duties of Liaison Counsel as set forth in Pretrial Order No. 1 (Rec. Doc. 4, ¶15).

I.      **Summary of Efforts since Appointment as Co-Liaison Counsel**

I have attended all General Status Conferences, Steering Committee Hearings with the Court, and Liaison Meetings with the Court. I have participated as lead presenter in three General Status Conferences March 17, 2017, July 7, 2017, and October 27, 2017. Ms. Barrios and I work with Defendants' Liaison Counsel ("DLC") and Plaintiffs' Co-Lead Counsel regarding the drafting of all Joint Reports and Liaison Meeting agendas. Co-Liaison Counsel are in regular communication with DLC via email, and we participate in regular in-person meetings of Liaison Counsel to discuss and proactively address issues in the MDL. I have participated in, or otherwise assisted with, many meet-and-confers, including the successful resolution of issues related to personal jurisdiction, the 505(b)(2) general discovery protocol, and other Pretrial Orders and Case Management Orders. Co-Liaison Counsel are actively working with DLC towards solutions to the significant number of plaintiffs who are having difficulty obtaining product identification information and to deficiency-related issues with the fact sheets.

I continually work with PSC members and with attorneys participating in the PSC's subcommittee structure in all aspects of the case to advance the common interests of all plaintiffs

in the MDL. My law partner, Gerald E. Meunier, is a member of the PSC's law & briefing committee, and he frequently provides the PEC with valuable opinions and suggestions on both procedural and strategy issues. Co-Liaison Counsel am extensively involved in the drafting and negotiation of all Pretrial Orders in the MDL. I also participate in the drafting, negotiation and/or editing of almost all pleadings and correspondence filed by the PSC in the MDL. Ms. Barrios and/or I are present for all discovery conferences with Magistrate Judge North, and we submit all pre-conference agendas and position statements. Co-Liaison Counsel are tasked with filing PSC pleadings in the MDL, including all letter briefing and correspondence with Judge Engelhardt and Magistrate Judge North. We also propound and receive all discovery in the MDL, and we distribute correspondence from DLC to the appropriate counsel. We regularly work with the Court, primarily through Ms. Anderson, Ms. Rogers and Ms. Lee, and with DLC on procedural issues with an effort towards the efficient and orderly progression of this MDL.

Ms. Barrios and I have taken the lead on drafting, scheduling and hosting weekly Plaintiffs' Executive Committee ("PEC") meeting/call agendas, biweekly Plaintiffs' Steering Committee ("PSC") meeting/call agendas, and various other calls and meetings as the needs of the case dictate. My office generally hosts all PSC in-person meetings. My assistant, Magan Ennis, handles circulation of all PSC notices and meeting/call agendas, organized all in-person meetings, and regularly submits emails to the Court concerning attendance of PSC members at conferences with the Court.

Co-Liaison Counsel regularly correspond with the PSC and all plaintiffs' counsel regarding our meetings and providing guidance, information, and notices from the Court. We have made efforts to make all of our "all-plaintiffs" emails available to plaintiffs' counsel on MDL Centrality, for counsel's ease of reference. I receive, and respond to, numerous calls and e-

mails from individual plaintiffs' counsel regarding questions about the MDL, most of which are related to filing, service and other procedure questions.

Ms. Barrios and I are the primary point of contact with Jake Woody of Brown Greer to ensure that MDL Centrality is performing the functions related to fact sheets and Pretrial Order No. 60 census data as ordered in various Pretrial Orders. Stan Baudin of Pendley, Baudin and Coffin and I are primarily tasked with correspondence to common benefit counsel and Mr. DeJean regarding compliance with Pretrial Order No. 19.

## II.    Qualifications Supporting Re-Appointment as Co-Liaison Counsel

My dedication to this litigation thus far, as outlined above and as reflected in my time and expense submissions pursuant to Pretrial Order No. 19, demonstrates my willingness to commit the necessary resources to this MDL. I have developed and maintain a cooperative working relationship among the PSC and plaintiffs' counsel in this MDLs, and I believe I have demonstrated an ability to cooperate and work with DLC and opposing counsel to advance this litigation.

The only law firm in which I have practiced during my career, Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., has a proven record of high-quality legal service to plaintiffs in mass tort matters.[1] I have both the ability and the flexibility to devote myself to service as Co-Liaison Counsel. Moreover, I am supported unconditionally in this application by my law partners; my firm has provided, and will continue to provide, the requisite resources and staff to support my service. Any other professional commitments related to my current case load

---

[1] Illustrative examples: *In Re: Katrina Canal Breaches Consolidated Litigation*; *In Re: Vioxx Products Liability Litigation*; *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*; *In Re: Chinese-Manufactured Drywall Products Liability Litigation*; *In Re: Pool Products Distribution Market Antitrust Litigation*; *Terral Evans, et al. v. TIN, Inc., et al*; *In Re: Franck's Lab, Inc. Products Liability Litigation*; and, *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*.

have been, and will continue to be, adjusted in order to allow me to prioritize the demands of the litigation.

As set forth in my prior application to this Court (Rec. Doc. 39), and in my resume, attached as Exhibit A, I have assumed leadership roles in other mass tort and multi-district litigation matters, including, but not limited to: *In Re: FEMA Trailer Formaldehyde Products Liability Litigation,* MDL No. 1873; *Evans, et al. v. TIN, Inc., et al.*, (No. 11-2067, E.D. La.); *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047; *In Re: Franck's Lab, Inc. Products Liability Litigation*, MDL No. 2454; *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. In the Xarelto MDL, I have been responsible for assisting Gerald E. Meunier with various research and correspondence duties he has undertaken as Co-Liaison Counsel for plaintiffs. My responsibilities in the Xarelto MDL have not impeded, and will not impede, my ability to dedicate the requisite time and effort to service as Co-Liaison Counsel.

I am proud of the work I continue to do as a member of the federal and state bar in this community, including my service on the Board of Directors of the Younger Lawyers Division of the New Orleans Chapter of the Federal Bar Association, and as newly appointed member of the board of directors of the New Orleans Bar Association.

It is my goal and wish to continue serving in this MDL in my current capacity as Plaintiffs' Co-Liaison Counsel to further the Court's goals and expectations of liaison counsel to work in a collaborative, cooperative and solution-oriented manner. I also respectfully request re-appointment of Dawn M. Barrios as Plaintiffs' Co-Liaison Counsel in this MDL. The Court's attention to and consideration of my reapplication are appreciated.

Respectfully Submitted:

By:    */s/M. Palmer Lambert*
        M. PALMER LAMBERT (La. Bar #33228)
        **GAINSBURGH, BENJAMIN,**
        **DAVID, MEUNIER & WARSHAUER, L.L.C.**
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2800
        Phone: 504-522-2304
        Facsimile: 504-528-9973
        Email: plambert@gainsben.com

        *Plaintiffs Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/M. Palmer Lambert*
M. PALMER LAMBERT, #33228