# M. Palmer Lambert, J.D., M.B.A.
1100 Poydras St., Ste. 2800 • New Orleans, LA 70163 • (504) 522-2304 • plambert@gainsben.com

**PROFESSIONAL EXPERIENCE**

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC                                     New Orleans, LA
**Member**                                           January 2017 – Present
**Associate Attorney**                              October 2010 – December 2016
**Law Clerk**                                              March – October 2010

- Co-Liaison Counsel in *In Re: Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740. *See* Re-Application submitted herewith.
- Member of the Plaintiffs' Steering Committee in *In Re: Franck's Lab, Inc. Products Liability Litigation*, MDL No. 2454. Evaluation of insurance coverage issues, review of documents produced by defendants, drafting Joint Reports, primary drafter of Rule 12 and Rule 56 opposition pleadings, assisted Plaintiffs' Liaison Counsel in settlement negotiations, and primary drafter of settlement documents and pleadings.
- Member of Class Counsel for Indirect Purchaser Plaintiffs in *In Re: Pool Products Distribution Market Antitrust Litigation*, MDL No. 2328. Lead drafter of all class settlement related documents and pleadings, and lead presenter in Rule 23 fairness hearings.
- Performed legal research, drafted pleadings, and assisted with settlement pleadings and administration (*Evans, et al. v. TIN, Inc., et al.*, (No. 11-2067, E.D. La.); *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047; *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592).
- Litigation and resolution of individual products liability, general negligence, contract, automobile, medical malpractice, and premises liability actions, including second chair in three medical malpractice trials.
- Drafted appellate briefing in multiple state courts of appeal and in the Fifth Circuit Court of Appeals, including briefing related to the *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* MDL No. 2179.

**EDUCATION**

TULANE LAW SCHOOL, FREEMAN SCHOOL OF BUSINESS
AND TULANE UNIVERSITY                                          New Orleans, LA
**Juris Doctor**                                                     May 2010
**Master of Business Administration**                                May 2010
**Bachelor of Science in Mechanical Engineering**                    May 2006

**ACTIVITIES**

- Federal Bar Association, New Orleans Chapter: Board of Directors of the Younger Lawyers Division, 2014-Present; Membership Chair, 2017-Present.
- New Orleans Bar Association: Board of Directors, 2017-Present; Vice-Chair of the Pharmaceutical and Medical Devices Committee, 2017-Present.



EXHIBIT A

- Court-appointed member of this District's recent magistrate selection committee that was tasked with evaluation and recommendation of candidates for replacement of retired Magistrate Judge Sally Shushan.
- Member of ABA, FBA, LSBA, NOBA, AAJ, and LAJ.
- Speeches:  "Big Firm, Small Firm, No Firm, All Firms: Law Practice Management Across the Spectrum," Malcolm Monroe Federal Practice Seminar, Federal Bar Association (2014); "May it Please the Court: Tips on Requesting and Preparing for Oral Argument," Malcolm Monroe Federal Practice Seminar, Federal Bar Association (2015); "Health Insurance Liens in Liability Actions and Complex Litigation, Compliance in an Evolving Paradigm," Procrastinators' Program, New Orleans Bar Association (2015); "Handling and Settling Healthcare Liens," The Blood & Guts of the Law Seminar, Louisiana State Bar Association (2017).
- Co-Director of Academy of  New Orleans Trial Lawyers, 2011-Present.
- Associate Board Member of the Fore!Kids Foundation, 2015-Present.