UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : | HON. KURT D. ENGLEHARDT |

**APPLICATION FOR RE-APPOINTMENT OF J. KYLE BACHUS TO PLAINTIFF'S EXECUTIVE COMMITTEE AND STEERING COMMITTEE**

Pursuant to Pretrial Order Nos. 1 and 2, I respectfully request your Honor's consideration of my reappointment to the Plaintiff's Executive Committee and Plaintiff's Steering Committee in the Taxotere (Docetaxel) Products Liability Multi-District Litigation. In support thereof, I state as follows:

**1. Willingness and availability to commit to a time consuming project:**

My law firm initiated the Taxotere litigation after Dr. Kelly Gahan, a 36-year-old breast cancer survivor from Denver, retained my firm to investigate the permanent, irreversible and disfiguring hair loss she suffered after using Taxotere as part of her Stage 1 breast cancer treatment. My firm drafted the initial complaint against Sanofi-Aventis, and filed the very first Taxotere case in the United States in the USDC of Colorado in Denver on December 21, 2015 (In re: Kelly Gahan 15-cv-2777).

Since my appointment, my firm has continued to be an integral part of this project. I was appointed to the Plaintiff's Executive Committee, Co-Chair on the Discovery Committee and I am a member of the ESI Committee. I have attended every status

conference, except for the July hearing when I was out of the country. I have participated in the discovery meet and confers with opposing counsel. Since my appointment, I have been on weekly (if not daily) Plaintiff Executive Committee calls to develop the case. At the time of my original application for appointment to the PSC, my firm had already spent 2,000+ hours on developing the case. My law partner Darin Schanker, paralegal Jennifer Heck, and I have devoted over 3,300 hours to Taxotere this past year. My office hosted the discovery committee members meeting, document reviewer training meeting, and several other meetings for the Plaintiff's Executive Committee. Myself along with my committee members prepared the Plaintiff's Preliminary Statement, Plaintiff's Initial (Merits) Discovery Requests, initial draft of the Trial Scheduling Order, and Deposition Protocols. My firm devoted a significant amount of time in preparing for recent focus groups held in New Orleans.

I am currently working with my discovery committee to review thousands of documents, prepare 30(b)(6) notices, and prepare for the doctor and plaintiff depositions. I am committed to provide my topmost attention to this project over the next year and in preparations for the first bellwether trials.

As demonstrated above, my firm has invested a significant amount of time and resources towards making sure that our Taxotere clients are represented the best way possible. My firm and I are <u>willing to commit</u> to this time consuming project in the future just as we have in the past.

**2. Ability to work cooperatively with others:**

My firm is co-counsel with several firms from across the United States. My firm currently has 751 cases filed in the Taxotere MDL and have working relationships with all the core attorneys that have been on Taxotere since the beginning. In addition to the cases we currently have on file, we are currently vetting more than 2,000 additional cases for filing at this time. The Plaintiff's Executive Committee and Discovery Committee regularly meet and/or hold teleconferences on a weekly basis to discuss the development and strategies for Taxotere. We have collectively invested thousands of hours in this case.

At all times since my selection to the PSC, I have cooperated with other members of the PSC, as well as defense counsel on several occasions. My firm and I have been an excellent resource for other plaintiff's attorneys searching for information, forms, and answers regarding the Taxotere case.

**3. Professional experience in this type of litigation:**

Our firm currently handles complex litigation in over a dozen MDLs, including the following hip implant litigation: Bair Hugger, Stryker Rejuvenate and ABG II, DePuy ASR, DePuy Pinnacle, and Wright Conserve/ Dynasty Lineage. I am currently on the steering committee for Bair Hugger and Biomet.

In addition to my experience in complex tort litigation, I have tried dozens of cases to jury verdict and have represented thousands of plaintiffs in personal injury cases. I led the Bachus & Schanker, LLC trial team that achieved the largest personal injury verdict in the state of Colorado in 2013, *Marat Kudlis et al. v. Francis Hernandez et al.*,

*2009CV2739*.  I believe my experience as a trial lawyers will be extremely helpful in the next year while preparing for our first bellwether trial.

### 4. Willingness to commit the necessary resources to pursue this matter.

My firm has more than 100 employees with at least twelve of those employees (including myself) dedicated to work full-time and/or part-time on the Taxotere Litigation. We have met all our financial obligations and will continue to do so.

As established above, I possess the skill, experience, resources, and drive necessary to effectively represent plaintiffs in this MDL. I am ready, willing, and able to serve the Court on the Plaintiff's Steering Committee and Plaintiff's Executive Committee. I am committed to this litigation, and as I have in this litigation already to date and described above, I will work hard, and commit the extensive resources of my law firm, to see this litigation is resolved efficiently and fairly. Accordingly, I respectfully apply to this Court to continue to be on the Plaintiff's Executive Committee and Plaintiff's Steering Committee.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

BACHUS & SCHANKER, LLC

/s/ J. Kyle Bachus
J. Kyle Bachus, Esq. 24441
1800 Wynkoop Street, Suite 700
Denver, CO  80202
Phone:  (303) 893-9800
Fax:     (303) 893-9900
Email:  kyle.bachus@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                /s/ J. Kyle Bachus
                                                              J. Kyle Bachus, #24441