UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)           MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Bickley, et al v. Sanofi S.A., et al*, 17-01073
*Matthews, et al v. Sanofi, S.A., et al,* 16-17731
*Roberts, et al v. Sanofi, et al*, 16-17955
*Vinson, et al v. Sanofi S.A., et al*, 17-04030
*Whitted, et al v. Sanofi S.A., et al*, 17-05834

### PSC *EX PARTE* MOTION FOR ORDER OF SEVERANCE
### PURSUANT TO PRETRIAL ORDER NO. 65

NOW INTO COURT come plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request that the Court issue an Order of Severance related to the above identified member cases pursuant to the terms set forth in Pretrial Order No. 65 (Rec. Doc. 959). Plaintiffs' proposed Order of Severance, attached hereto, provides that the individual plaintiffs' claims are severed from their original complaints. Pretrial Order No. 65 requires that the claims of a plaintiff who has used a docetaxel product and a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall together be treated as one "individual plaintiff." Upon issuance of the requested Order of Severance, the severed individual plaintiffs will follow the procedure set forth in Pretrial Order No. 65 to file individual Short Form Complaints.

WHEREFORE, plaintiffs pray that their attached proposed Order of Severance be entered and, accordingly, that the claims of the individual plaintiffs in the above referenced actions be severed as set forth in Pretrial Order No. 65.

1

Dated: November 15, 2017					Respectfully submitted,

*/s/ Christopher L. Coffin*						*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)				Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.			Andre Mura (on the brief)
1515 Poydras Street, Suite 1400				GIBBS LAW GROUP LLP
New Orleans, LA 70112					400 Continental Boulevard, 6th Floor
Phone: 504-355-0086					El Segundo, CA 90245
Fax: 504-523-0699					Telephone: 510-350-9700
ccoffin@pbclawfirm.com					Facsimile: 510-350-9701
							kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

							*Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*						*/s/Dawn M. Barrios*
M. Palmer Lambert (#33228)				Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID				BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC				701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street			New Orleans, LA 70139
New Orleans, LA 70163-2800				Phone: 504-524-3300
Phone: 504-522-2304					Fax: 504-524-3313
Fax: 504-528-9973					barrios@bkc-law.com
plambert@gainsben.com

							*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews						Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP			Atkins & Markoff Law Firm
2 Corporate Park, Suite 110				9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606					Oklahoma City, OK 73120
Phone: (800) 664-1734					Phone: (405) 607-8757
aa@andrewsthornton.com					Fax: (405) 607-8749
							dmarkoff@atkinsandmarkoff.com

2

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
dmiceli@simmonsfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT