UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2740<br><br>Section "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>*ALL CASES* | | |

### APPLICATION FOR REAPPOINTMENT OF HUNTER J. SHKOLNIK TO THE PLAINTIFFS' STEERING COMMITTEE AND AS LIASION COUNSEL TO DELAWARE STATE LITIGATION

Pursuant to Pretrial Order No. 69, I submit this application in support of my reappointment to the Plaintiffs' Steering Committee. My education and experience in pharmaceutical products liability litigation combined with my extensive involvement in this MDL since its inception, and my willingness to continue dedicating the necessary time and resources to this case, make me an exceptional candidate for reappointment to the PSC. I am a co-chair on the Bellwether Selection committee, and I am an active member on the following committees: Discovery Committee, Privilege, Confidentiality and Protective Orders Committee, and Science/Causation Experts Committee.

I am a founding Partner at Napoli Shkolnik PLLC (NS), a law firm with over 200 employees, 55 lawyers, and offices in New York, New Jersey, Pennsylvania, Illinois, California, Delaware, Texas, and Florida. We are recognized nationally for handling complex product liability and other significant class action and mass tort actions. NS is heavily involved in litigations requiring client representation all over the country, for drug, product and other toxic exposures; as well as consumer class actions I personally have presented and published extensively in such areas as class actions,

ethics in class actions, toxic tort, trial practice, drug and medical device litigation, medical malpractice, automobile, substantial truck product liability, expert witness preparation and *Daubert* hearings.

I have had the privilege of serving as court-appointed Co-Lead Counsel and as a member of the Plaintiffs' Steering Committee in many complex multidistrict proceedings in the United States, including those described in greater detail in the list of cases attached as Exhibit "A." From these experiences, I have learned how important it is to have strong leadership, supported by a diverse steering committee, with highly skilled lawyers with the knowledge and skill set to address the demands and challenges presented in massive litigations like the present action. Moreover, I understand the importance of having, not only first-rate legal minds, as well as seasoned and respected leaders, but top notch lawyers who will accept any assignment.

It would be my privilege to be reappointed. If reappointed, I will continue to commit my personal and firm's time and resources to serve. I would welcome the opportunity to continue serving as a member of the Plaintiffs' Steering Committee.

As Exhibit "A" shows, I am, or have been, a Court Appointed member of Plaintiff Steering Committees and/or a Lead Counsel in various drug product liability, class action, and other mass tort litigation areas. I have been appointed to serve in leadership capacities by state and federal courts throughout the country, including lead counsel, settlement counsel, and executive committee member. This includes over 5 high-profile MDLs. I have been appointed to MDL trial teams, MDL negotiating teams and participated in negotiating over $2 billion in MDL-related settlements. I have also been appointed to a variety of MDL Federal and MDL State Coordination Committees. These appointments and opportunities have provided me with the knowledge and ability to be a useful member of the Plaintiffs' Steering Committee in this litigation.

I have a proven track record of working well with others in the many class and mass torts actions where I have been appointed as either Lead Counsel and/or to the Plaintiffs Steering Committee, and in many cases various sub-committees. As the extensive list of cases set forth in Exhibit "A" reveals, I have served in every level of the MDL structure, from my early days doing document review, to leading discovery committees, science committees, deposition teams, bellwether trial selection teams, trial teams, as well as serving as national settlement counsel. My vast experience working within complex MDL structures and very different leaderships allows me to bring a wealth of knowledge that is needed in this litigation. I am further willing to continue to commit the necessary resources to assist Lead Counsel in pursuing this litigation at an expeditious pace. I believe that without exception, I have succeeded in maintaining the highest standards of decorum, cooperation and collegiality among plaintiff and defense counsels alike.

I appreciate having had the opportunity to serve on the PSC in this litigation. I have worked collaboratively with other members of the PSC. As required by this Court, I have attended all plaintiff steering committee case management conferences since my appointment.[1] I have also worked diligently on my assigned committees. I have been appointed by lead counsel to co-chair the Bellwether Committee. Along with Co-chair Steven Maher, we have overseen the team responsible for vetting potential bellwether plaintiffs and coordinating the discovery team as it relates to bellwether cases.

More importantly, this case has given me the honor to work alongside my daughter, Rachel Shkolnik, a young lawyer, who has been a key member of not only the Bellwether Committee, but a major contributor to science and other pre-trial preparation teams. The litigation and my ability to continue to work along side Rachel will help groom the next generation of MDL leaders.

---

[1] Due to my arrival ten minutes late for the first conference in this Honorable Court, I failed to "sign-in," but contacted chambers at the second conference to have the record corrected."

Additionally, given my extensive experience in MDL organization and leadership, I have also been called upon as an advisor to the PEC and Science Committees when needed.

As a co-chair on the Bellwether Selection committee, I organize and lead telephonic and in-person meetings on a weekly basis. I have successfully lead two bellwether rounds of plaintiffs by orchestrating the vetting process on all eligible plaintiffs. This role requires extensive traveling, coordinating regularly and comprehensively with many attorneys, plaintiffs, and plaintiffs' counsel.

In regards to the discovery committee, I researched case law and documents in preparation of drafting plaintiff discovery demands. I assisted in drafting and editing plaintiffs' first round of discovery demands, including Request for Admissions, Interrogatories, and Request for Production of Documents. Drafting discovery involved extensive research, communication with other committees, and case analysis. Further, our firm invested extensive hours on a special document review project assigned by the discovery committee which prepared members on the PSC to arguing discovery motions.

In regards to the Science/Causation Experts Committee, I particulate all committee calls and scout and vet experts. This position requires me to travel and coordinate regularly and comprehensively with many attorneys, plaintiffs, and potential experts. Additionally, our firm conducted scientific research, wrote, and edited a white paper to educate the PSC on an issue that is anticipated to arise during this litigation.

My firm has invested approximately 1122.65 hours to this MDL, via research, case vetting, deposition preparation, communicating with experts, other pertinent tasks, legal research, document review, drafting/editing/and arguing motions. I fully intend to continue to commit significant time, energy and resources to this MDL. As I have been doing for the last year, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation. The Court

can trust that I will continue to work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, and zealous representation. Moreover, I will continue to maintain respectful, professional relationships with opposing counsel and this Honorable Court.

As of today, NS has submitted in total of 1180.75 hours to this MDL. We fully intend to continue to commit significant time, energy and resources to this MDL. As I have been doing for the last year, I will dedicate myself to engage in meaningful work that will contribute to the plaintiffs' pursuits in the litigation. The Court can trust that I will continue to work cooperatively with my colleagues to ensure that all plaintiffs receive fair, honest, and zealous representation. Moreover, I will continue to maintain respectful, professional relationships with opposing counsel and this Honorable Court.

I appreciate the Court's consideration of my request for reappointment to the PSC.

Respectfully Submitted,

/s/ *Hunter J. Shkolnik*
Hunter J. Shkolnik
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, New York 10017
(212) 397-1000
hunter@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to all registered participants through the Court's electronic filing system and will be sent to those indicated as non-registered participants via e-mail on November 145, 2017.

Dated: November 15, 2017

Respectfully submitted,

/s/ *Hunter J. Shkolnik*
Hunter J. Shkolnik