# HUNTER J. SHKOLNIK

360 Lexington Avenue, Ste 1101
New York, New York 10017
(212) 397-1000
Hunter@napolilaw.com

Equity Partner, Napoli Shkolnik, PLLC, New York, New York — Concentrates his area of practice to the trial of significant personal injury cases primarily in the area of drug, automobile, heavy truck and aviation related product liability actions.

## EDUCATION

- Yeshiva University Benjamin N. Cardozo School of Law, J.D.
- University of Massachusetts, B.A., cum laude

## BAR ADMISSIONS

- New York
- United States District Court, Eastern District of New York
- United States District Court, Southern District of New York
- New Jersey
- United States District Court, District of New Jersey

## PROFESSIONAL AFFILIATIONS

- American Association of Justice (AAJ), The Actos Bladder Cancer Litigation Group, Co-Chair

- Litigation Counsel of America, Fellow

- New York State Trial Lawyers (NYSTLA), Board of Directors; Past Secretary, Assistant Treasurer and Treasurer

- Long Island Affiliate of the NYSTLA, Past President

- Nassau County Bar Association, Past Vice-Chairman, Medical Legal Committee

- American Association of Justice (AAJ), Past Vice-Chairman, Healthcare Finance Litigation Group

- American Association of Justice (AAJ) Health Orthopedic Implant Litigation Group, Past Vice-Chairman, Science Committee Director

- American Association of Justice (AAJ), Past Chairman, Health Breast Cancer Litigation Group

- American Association of Justice (AAJ), Co-Chair, Health Heart Device Litigation Group

**LIST OF LEADERSHIP POSITIONS**

- MDL No. 2740, *In Re: Taxotere (Docetaxel) Products Liability Litigation*; Plaintiffs' Steering Committee (Honorable Kurt D. Engelhardt);

- MDL No. 2754, *In Re: Eliquis (Apixiban) Products Liability Litigation*, Co-Liaison Counsel and Plaintiff' Executive Committee Member (Honorable Denise L. Cote);

- *In Re: Flint Water Litigation*; Co-Liaison Counsel for Individual Plaintiffs (Honorable Judith Levy);

- MDL No. 2750, *In Re: Invokana (Canagliflozin) Products Liability Litigation*; Plaintiffs' Executive Committee;

- MDL No. 2738, *In Re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Litigation*; Plaintiffs Executive Committee (Honorable Freda L. Wolfson);

- *In Re: New York Diet Drug/Phen Fen Litigation*; Plaintiffs Steering Committee and as Lead counsel (Justice Helen Freedman) (retired) (t: 212-751-2700);

- *In Re: New York Sulzer Inter Op Hip and Knee Implant Litigation;* Plaintiffs Steering Committee and as Lead counsel; Plaintiffs' Steering Committee Member, Trial, Expert, Discovery Sub Committees and Co-Lead Trial Team (Justice Helen Freedman) (retired) (t: 212-751-2700);

- MDL No.05-1708 *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation;* Plaintiffs Steering Committee Member- Co - Lead Trial Team, Strategic Planning, Expert and Discovery Subcommittees (Honorable Donovan Frank) (t: 651-848-1290);

- MDL No. 05-1726 *In Re: Medtronic INc.;* Plaintiffs Steering Committee, (Honorable James M. Rosenbaum) (retired) (t: 612-332-8225);

- MDL No. 1785 *In Re: Bausch & Lomb, Inc., Contact Lens Solution Product Liability Litigation; Appointed* State Federal Liaison Counsel, (Honorable David C. Norton) (t: 843-579-1450);

- *In Re: New York Consolidated Bausch & Lomb Contact Lens Solution Litigation.* (Justice Helen Freedman) (retired) (t: 212-751-2700)*;* Plaintiff Steering Committee and Lead trial attorney for the first scheduled bellwether trials; Plaintiffs Steering Committee; State Federal Liaison Counsel;

- *In Re: Medtronic, Inc., Sprint Fide/is Leads Product Liability Litigation,* MDL No. 08-1905 (Dist. Minn.); Plaintiffs Steering Committee (Honorable Richard H. Kyle) (651-848-1162);

- *In Re: PepsiCo. Inc., Bottled Water Marketing and Sales Practices Litigation,* MDL No. 08-1903); Plaintiffs Steering Committee (Honorable Cathy Seibel) (t: 914-390-4077);

- *In Re: Pom Wonderful Sales and Marketing Practices Litigation,* MDL No. 10-

2199; Plaintiffs Liaison Committee for Personal Injury and Wrongful Death (Honorable Dean D. Pregerson) (t: 213-894-3913);

- *In re: Toyota Motor Corp.Unintended Acceleration Marketing,Sales Practices, and Products Liability Litigation, MDL 2151 (Plaintiffs Steering Committee)* (Honorable James V. Selna) (t: 714-338-2848)

- *In Re: Kaba Simplex Push Button Lock Sales and Marketing Litigation*, MDL No. 2220;(EDOH); Co-Lead Counsel (Honorable Donald C. Nugent) (t: 216-357-7160);

- *In Re: Fleet Oral Sodium Phosphate Solutions Litigation,* MDL No. 2066 (NDOH); Co-Lead Counsel (Honorable Dan A. Polster) (t: 216-357-7190);

- *In Re: Nuvaring Products Liability Litigation*, MDL NO. 1964 (MOED); Plaintiffs' Steering Committee (Honorable Rodney W. Sippel) (t: 314-244-7430);

- *In Re: Zimmer NexGen Knee Implant Products Liability Litigation:* MDL No. – 2272 (NDill); Liaison Counsel (Honorable Rebecca R. Pallmeyer) (t: 312-435-5636)

- *New Jersey Nuvaring Products Liability Consolidated Mass Tort Litigation;* Co-Liaison Counsel and Member of the Plaintiffs Steering Committee (Honorable Brian R. Martinotti) (t: 210-527-2385);

- *New Jersey Metaclopromide (Reglan) Product Liability Consolidated Mass Tort Litigation;* Plaintiffs Steering Committee (Honorable Carol Higbee) (t: 609-343-2190);

- MDL- 2244   *In Re: DePuy Orthopaedics. lnc., Pinnacle Hip Implant Products Liability Litigation;* plaintiff steering committee (Honorable James Edgar Kinkeade) (t: 214-753-2720);

- MDL No.2319, *In Re: Bayer Healthcare LLC and Merial Limited Flea Control Marketing and Sales Practices Litigation* (Nd. Ill) (Honorable Dan A. Polster)  (t: 216-357-7190);

- *In re: Incretin Mimetics Product Liability Litigation*  MDL No.1331;(Co-Lead Counsel)  (Honorable Maurice M. Paul) (t: 352-380-2415);

- *In Re: Nuvaring Products Liability Litigation*, MDL NO. 1964 (MOED) (National Settlement Counsel) (Honorable Rodney Sippel) (t: 314-244-7430);

- *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation, MDL No. 2385(National Settlement Counsel)* (Honorable David R. Herndon) (t: 618-482-9077)

- *Sterling, et al. v. Stratfor Enterprises, LLC, et al.*, Eastern District of New York 2:12-cv-00297; Lead Class Counsel; (Honorable Judge Denis R. Hurley) (t: 631-712-5650);

- *Hernandez-Ortiz, et al. v. 2 Gold, L.L.C., et al.*, Supreme Court of the State of New York, Index No. 158155/2012; Lead Class Counsel; (Honorable Ellen M. Coin) (t: 646-386-3875);

- *Roberts, et al. v. Ocean Prime, LLC, et al.*, Supreme Court of the State of New York,

Index. No. 150612/2013; Lead Class Counsel; (Honorable Manuel J. Mendez) (t: 646- 386-5705); and

- MDL No. 2325, *In Re: American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation*; Plaintiffs Steering Committee; (Honorable Joseph Goodwin).

**PUBLICATIONS**

- "*Sikkelee: A Victory for Plaintiffs and its Implications for Aviation Product Liability Claims*," American Association for Justice Aviation Law Newsletter, Winter 2017
- *Danger in the Ring* by Marie Brenner, Vanity Fair, January 2014
- *Divided They Fall: Concepcion's Effect on Consumer and Employee Claims* (Co-Author: Richard J. Arsenault, Esq.), NYSTLA, Vol. 1, 2012
- Lecturer and Written extensively in the areas of Auto Product and Drug Product Liability

**RECENT SPEAKING ENGAGEMENTS**

- Speaker, "Hot Topics in Mass Tort Litigation Seminar", American Association for Justice Continuing Legal Education
- Faculty Member, "Litigating Public Health Epidemics", Current Issues in Pharmaceutical, Medical Device and Biotech Litigation: American Bar Association Regional CLE
- Featured Panelist, "Who are the Governmental Action Plaintiffs and What are the Causation Theories?", National Opioid Litigation Conference: HarrisMartin Publishing
- Faculty Member, "Public Nuisance: No Doubt, But Can We Prove It?", Prepare to Fight the Opioid Crisis: American Association for Justice Leaders Forum
- Co-Chair, "The Impact of Daimler and BMS-Plavix", HarrisMartin California Mass Tort and Class Action Litigation Conference
- Speaker, "Flint Water Crisis: Get in the Know about Lead Poisoning and How It's Litigated", Perrin Conferences
- Faculty Member, "Hot Topics and Trends in Litigation Seminar", American Association for Justice
- Speaker, "Flint Water Crisis", HarrisMartin's MDL Conference: Pharmaceutical and Environmental Mass Tort Litigation
- Speaker, "Uber and the Sharing Economy: Law, Ethics and Policy", Temple University Fox School of Business
- Speaker " Pharmaceutical and Environmental Mass Tort Litigation", HarrisMartin

- Conference
- Co-Chair, "Fantasy Sports, Volkswagen, Porsche and Pharmaceutical Litigation", HarrisMartin Conference
- Speaker, "Volkswagen Diesel Fuel Emissions Fraud", HarrisMartin Conference
- Speaker, "Mass Tort vs. Class Action: What it is and What it is Not.", The American Association for Justice (AAJ)
- Speaker, "Diabetes Drugs (Actos, Januvia, Byetta" at Mass Tort Med School, A Boot Camp for Plaintiff Attorneys, HB Litigation Conferences
- Speaker, "Decisions 2013: Recent Developments in Tort Law", NYSTLA Seminar Series
- Speaker, "Class Certification: Defining or Challenging Class Membership", Strafford Webinars
- Speaker, "HarrisMartin's Complex Litigation Conference"
- Speaker, "Mirena IUD, Tylenol, Granuflo, Byetta & Januvia", HarrisMartin MDL Conference
- Speaker, "Plaintiff Pharmaceutical Litigation Forum 2013", HB Litigation Conferences
- Speaker, Breast Cancer Litigation, ATLA Breast Cancer Litigation Group Educational Seminar
- Speaker, "Transvaginal Mesh and Actos Litigation Group", Harris Martin MDL Conference
- Speaker, HarrisMartin's MDL Conference: Xarelto & Power Morcellators
- Speaker, HarrisMartin's Major Developments in Drug & Device Litigation
- HarrisMartin's MDL and Complex Litigation Seminar
- Speaker, 11th Annual Class Action/Mass Tort Symposium presented by the LSBA, "Multi-district Litigation and the Parallel State Court Universe: A Practitioners Global Positioning Guide"
- Speaker, NYSTLA, "Product Liability Mass Tort & Class Actions: What every lawyer should know and understand"
- Speaker, Pharmaceutical Litigation Forum, "Case Theories, Challenges and Case Selection Considerations for your Actos Inventory."

**AWARDS AND HONORS**

- New York Super Lawyers®
- Litigation Counsel of America, Fellow