UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ENGLEHARDT MAG. JUDGE NORTH |

NOTICE OF FILING OF APPLICATION FOR RE-APPOINTMENT OF
KAREN BARTH MENZIES TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Karen Barth Menzies of the law firm of Gibbs Law Group LLP, who, pursuant to this Court's Pretrial Order No. 69 (Rec. Doc. 1095) and Pretrial Order No. 2 (Rec. Doc. 104), respectfully files the attached application for reappointment to the Plaintiffs' Steering Committee in the above-captioned matter.

Date: November 15, 2017

Respectfully Submitted:

By: */s/ Karen Barth Menzies*

Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Karen Barth Menzies*
Karen Barth Menzies