**APPLICATION FOR REAPPOINTMENT OF KAREN BARTH MENZIES
TO THE PLAINTIFFS' STEERING COMMITTEE**

 Pursuant to Pretrial Order No. 69 and Pretrial Order No. 2, I submit this application for my reappointment to the Plaintiffs' Steering Committee ("PSC"). Based on my extensive involvement over the last year in this MDL, coupled with my extensive experience doing pharmaceutical products liability litigation and working with Plaintiffs' Steering Committees in both federal and state court settings, I respectfully request reappointment to the PSC.

 As Co-Lead Counsel for the PSC, I have been extremely involved in all aspects of the litigation. I have dedicated a majority of my professional time to this litigation over the last year, and I continue to have the time and resources to dedicate to this MDL. In performing my responsibilities as a PSC member and Co-Lead Counsel, I am involved in every aspect of the case, and I work daily with my colleagues to manage, organize and litigate the case in a coordinated way on behalf of the Plaintiffs. I have also personally worked with the attorneys who have cases filed in the state court litigations and attempted to coordinate these litigations with the MDL. Along with my Co-Lead Counsel, Chris Coffin, we have maintained an inclusive approach with all the appointed PSC members, as well as the Plaintiffs' counsel who are not appointed to the PSC. We structured our leadership to include as Co-Chairs of the various Committees both PSC and non-PSC members and did the same for Committee membership. Strong and open communication amongst the Plaintiffs' firms involved continues to be a top priority that I have worked hard to achieve, along with my colleagues in leadership. I have also taken a personal interest in utilizing technology to ensure the most efficient communication and organization among the PSC Committees as possible.

Among other responsibilities as Co-Lead Counsel and a member of the Plaintiffs'
Executive Committee and PSC, I have taken a lead role in the work up of the general liability
discovery in this case.  I have led the meet and confer efforts with defense counsel on matters
related to Rule 26(f), ESI and the PSC discovery requests and been the primary spokesperson for
the conferences with Magistrate Judge North.  I have been significantly involved in drafting and
negotiating proposed Case Management Orders, drafting discovery, meet and confer letters and
submissions to the Court.  I am working with my colleagues to manage the Plaintiffs' counsel
involved in all aspects of discovery, including document review, deposition preparation, and
discovery matters related to the 505(b)(2) defendants, as well as law and briefing matters.  I am
also directly involved in the work up of the potential trial plaintiffs for the first round of
bellwether trials.  On behalf of the plaintiffs' leadership, Chris Coffin and I worked with the
defense counsel for Sanofi to address complicated and difficult issues related to the French
defendants.  We were ultimately successful in achieving an agreement related to these matters
which has helped to narrow the issues for the Court and to advance the litigation.

I have twenty years of experience representing Plaintiffs in complex and mass tort
litigation, and I have remained particularly focused on women's health issues.  I have served as
Lead Counsel in the Fosamax femur litigation, Co-Lead Counsel in Paxil birth defect litigation,
Co-Liaison Counsel in Caldera transvaginal mesh litigation, and Co-Lead counsel in
Lexapro/Celexa birth defect litigation, among others.  (Please see Attachment A.)  I have been
regularly called upon to speak to legal and medical organizations, including on Taxotere, and I
have testified on multiple occasions before FDA advisory boards and the California legislature
regarding drug safety.  I am the Co-Chair of the AAJ's Taxotere Litigation Group, and I assist
lawyers across the country in their efforts to represent women who took Taxotere/docetaxel and

2

suffered from permanent hair loss.  I personally represent hundreds of women harmed by Taxotere, and I am committed to continue working cooperatively to provide Taxotere victims with the best possible representation in this litigation.

I look forward to continuing to dedicate a significant portion of my professional time to working with my colleagues and the Court in this litigation.  I have consistently worked professionally and cooperatively with opposing counsel and the Court.  I appreciate the Court's consideration of my request for reappointment to the PSC.


Dated:  November 15, 2017                Respectfully submitted,

                                         **GIBBS LAW GROUP LLP**

                                         By: _/s/ Karen Barth Menzies_

                                         Karen Barth Menzies (*pro hac vice*)
                                         Cal. Bar No. 180234
                                         **GIBBS LAW GROUP LLP**
                                         400 Continental Blvd, 6th Floor
                                         El Segundo, California 90245
                                         Telephone: (510) 350-9240
                                         Facsimile: (510) 350-9701
                                         Email:  kbm@classlawgroup.com

                                         *Plaintiffs' Co-Lead Counsel*

3