# ATTACHMENT A

# RESUME
# Karen Barth Menzies

Karen Barth Menzies is a partner at The Gibbs Law Group in the firm's Los Angeles office. She focuses her practice on plaintiffs' pharmaceutical mass tort litigation, and in particular, on litigation related to women's health issues.

Ms. Menzies grew up in Boulder, Colorado and received her Bachelor of Arts degree at Colorado State University, and her Juris Doctorate from University of California at Davis in 1995, where she served as an intern for Justice Rod Davis, California 3rd District Court of Appeal (1994), the Colorado Attorney General's Office (1993), the California Attorney General's Office (1994), and the Sacramento District Attorney's Office (1995). Ms. Menzies was admitted to the California Bar in 1995.  Ms. Menzies has received an AV rating, the highest rating for legal ability and ethical standards under the peer review system of Martindale-Hubbell, the national legal directory.

*Leadership Appointments*

- Co-Lead Counsel, Plaintiffs' Executive Committee and member of the Plaintiffs' Steering Committee, Taxotere (Docetaxel) Products Liability Litigation (MDL 2740)
- Lead Counsel for the Plaintiffs' Steering Committee, Paxil Products Liability Litigation (MDL 1574)
- Co-Lead/Liaison Counsel, Paxil Birth Defect cases, Philadelphia Court of Common Pleas Mass Tort Program, state coordinated proceeding
- Plaintiffs' Steering Committee member, Avandia Marketing, Sales Practices and Products Liability Litigation (MDL 1871)
- Plaintiffs' Steering Committee member, Transvaginal Mesh Litigation (MDLs 2187, 2325, 2326, 2327), Southern District of West Virginia at Charleston
- Plaintiffs' Steering Committee member, Effexor Birth Defect Litigation (MDL 2458)
- Plaintiffs' Lead/Liaison and Executive Committee member, Fosamax Drug Cases, California state court coordinated action, JCCP No. 4644
- Co-Lead/Liaison counsel, Lexapro/Celexa Birth Defect Litigation, Missouri state court coordinated action, 08AC-CC00566
- Co-Liaison Counsel and Co-Liaison Settlement Counsel, Caldera transvaginal mesh cases, California state court coordinated action, JCCP No. 4733
- Co-Liaison Counsel, Zoloft Birth Defect Litigation, California state court coordinated action, JCCP No. 4771

1

- Co-Chair Marketing and Sales Committee, Zoloft Birth Defects Litigation (MDL 2342)
- Science Committee member, Heparin Products Liability (MDL 1953)

*Admissions:*

- California Bar, 1995
- U.S. District Court, Central District of California, 1995
- U.S. District Court, Southern District of California, 1999
- U.S. Court of Appeals, Ninth Circuit, 1999
- U.S. District Court, Eastern and Western Districts of Arkansas, 2003
- U.S. District Court, Southern District of Illinois, 2003
- U.S. District Court, District of Colorado, 2003
- U.S. Court of Appeals, Fifth Circuit, 2005
- U.S. District Court, Eastern and Northern Districts of California, 2006
- U.S. District Court, Central District of Illinois, 2006
- U.S. District Court, Eastern District of Wisconsin, 2007
- U.S. District Court, Eastern District of Pennsylvania, 2007
- United States Supreme Court, 2009
- U.S. District Court, Southern District of West Virginia, 2011

*Membership with Affiliate Groups*

Ms. Menzies belongs to the following affiliate groups: American Association of Justice (AAJ), Consumer Attorneys of California (CAOC), Consumer Attorneys Association of Los Angeles (CAALA), American Bar Association (ABA), Women En Mass (WEM), National Trial Lawyer's Association, National Women Trial Lawyers Association, LA Country Bar Association, Women Lawyers Association of Los Angeles, Public Justice.

*Governmental Testimony:*
- California State Senate Transportation Committee hearing regarding investigation into Caltrans' oversized truck permits, October 1999
- FDA's Psychopharmacologic Drugs Advisory Committee and the Pediatric Subcommittee of the Anti-Infective Drugs Advisory Committee hearings regarding the risk of suicide in children and adolescents taking antidepressants, February 2004

2

- California State Senate hearing on Antidepressant Drugs and Suicide, regarding antidepressant drugs and suicide, August 4, 2004
- FDA's Psychopharmacologic Drugs Advisory Committee and the Pediatric Advisory Committee hearings regarding the risk of suicide in children and adolescents taking antidepressants, September 2004
- FDA's Psychopharmacologic Drugs Advisory Committee meeting concerning the FDA's Review of Suicidality Data in Adult Antidepressant Studies, December 13, 2006

*Published Cases:*

- *Prudential Home Mort. Co. v. Superior Court*, 66 Cal.App.4th 1236 (1998)
- *Motus v. Pfizer, Inc.*, 127 F.Supp.2d 1085 (C.D. Cal. 2000)
- *In re Paxil Lit.*, 218 F.R.D. 242 (C.D. Cal. 2003)
- *Cartwright v. Pfizer, Inc.*, 369 F.Supp.2d 876 (E.D. Tex. 2005)
- *Barton v. United States District Court for Central Dist. of Cal.*, 410 F.3d 1106 (9th Cir. 2005)
- *Witczak v. Pfizer, Inc.*, 377 F.Supp.2d 726 (D. Minn. 2005)

*Publications and Speaking Engagements*

Ms. Menzies has authored more than 20 publications and has given more than 50 lectures for both legal and medical organizations (nationally and internationally) on the topics of drug safety, mass tort litigation, FDA reform and federal preemption. Ms. Menzies is a frequent speaker at local, state-wide and national conferences i.e. *AAJ Summer, ABI, DRI*, etc. in addition to various engagements moderating panels of plaintiff firms.

**Recent Lectures/Speeches/Publications:**
- "*Everything You Always Wanted to Know About Mass Torts (But Were Afraid to Ask)*" – AAJ Education, July 10, 2015, Montreal, Canada (Moderator and speaker on panels "Location, Location, Location: State Court Consolidations [CA]" and "Women in Mass Torts"
- "*Environmental, Mass Torts & Products Liability Litigation Committees*" – ABA Section of Litigation Joint CLE Seminar, January 2015, Snowmass Village, CO
- "*Morning Mass Torts – SSRIs*" – California Consumer Attorneys of California 53rd Annual Convention, November 2014, San Francisco, CA
- "*Mass Torts for the Masses*" – Massachusetts Academy of Trial Attorney's, September 2014, Boston, MA
- "*Ethical and Practical Problems with Settling Mass Tort Actions*" – ABA Mass Torts Conference, June 2014 San Francisco, CA

3

- "*Advocacy Beyond Litigation*" – Women En Mass, June 2014, Aspen, CO
- "*Mass Tort Med School*" – HB Litigation Conferences, May 2014, San Francisco, CA
- "*Fosamax Trial Analysis and Update*" Mass Torts Made Perfect Seminar, April 2014, Las Vegas, NV
- "*History of Testosterone Therapy – Manufacturers & Marketing*" – *AAJ Education's Testosterone Therapy Litigation Seminar,* March 2014, Louisville, KY
- "*The Changing Practice of Law – Plenary Session*" – ABA Environmental, Mass Torts, & Products Liability Litigation Committees' Joint CLE Seminar, January 2014, Avon, CO
- "*Impact of Litigation on Family Health*" – CAOC 52nd Annual Convention, November 2013, San Francisco, CA
- "*Fosamax Trial Analysis and Update*" – Plaintiff Only Pharmaceuticals and Medical Device Litigation Update Seminar, American Association for Justice Convention, May 2013, Louisville, KY
- "*Panel on SSRI's*" – AAJ 2013 Winter Convention, February 2013, Miami, FL
- "*Zoloft and Birth Defects Litigation Conference*" – HB Litigation, July 2012, Philadelphia, PA
- "*Transvaginal Mesh and ACTOS Litigation*" – HarrisMartin MDL Conference, January 2012, Miami, FL
- "*Fungal Meningitis, Stryker Hip, Mirena IUD and More*" – HarrisMartin MDL Conference, November 2012, Dallas, TX
- "*The SSRI Antidepressant Birth Defects: Zoloft, Prozac, Celexa/Lexapro, Effexor and Paxil – Then, Now And What's To Come*" – CAOC 51st Annual Convention, November 2012, San Francisco, CA
- "*Birth Defect and Zimmer Litigation*" – Mass Torts Made Perfect, May 2011, Philadelphia, PA

*Articles*

"Karen Barth Menzies battles to change this Prozac Nation," Lawcrossing.
"Female Lawyers for Female Cases," Los Angeles Times insert: Women Leaders in the Law 2012.
"The Preemption Prescription," ABA Journal, November 2008.
"Preemption and Negligent Pharmacovigilance," ATLA Education Seminar, Protecting the Public: Pharmaceutical and Medical Device Litigation, November, 2006.

"Birth Defects and Other Threats to Mom and Baby Associated with Paxil," Mealey's Litigation Report: Antidepressant Report, October 2006.
"Discovery of FDA and Other Regulatory Agency Evidence," ATLA Education Reference Materials, ATLA 2006 Annual Convention.
"Preemption and the FDA — Politics as Usual" ATLA Annual Conference, February, 2006.

4

*Documentaries:*

- *Generation Rx - 2008*
- *The Marketing of Madness: Are we all insane? - 2010*

**Pro Bono Activities:**
Co-trial counsel for defense in *State v. Pittman* (S.C.Gen.Sess., NO. 04-GS-12-571, 04-GS-12-572) Zoloft-induced murder case in South Carolina against a boy who was 12 years old at the time.

*Awards:*

- AV Rated Lawyer of the Year, Lawyer's Weekly USA (2004)
- California Lawyer of the Year, California Lawyer Magazine (2005)
- The National Law Journal's Top 40 Under 40 (2005)
- Consumer Attorney of the Year finalist, CAOC (2006)