IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | |
| *Kathryn Wright v. Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Civil Action No. 2:17-cv-08682* | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of November, 2017.    Respectfully submitted,

*/s/ Paige Boldt*
Paige Boldt
Texas Bar No. 24082626
Ryan L. Thompson
Texas Bar No. 24046969
WATTS GUERRA LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
Email: rthompson@wattsguerra.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED:  November 16, 2017          */s/ Paige Boldt*
                                                      Paige Boldt