UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Buffy J. Mims of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated: November 16, 2017

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 */s/ Buffy J. Mims*
Buffy J. Mims
Shook, Hardy & Bacon LLP
1155 F Street, NW, Suite 200
Washington, DC 20004
Tel: (202) 783-8400
Email: bmims@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

8477006 v1