UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

Tina Collins v. Hospira Worldwide, LLC,
Case No.: 17-cv-08371

_____

**PLAINTIFF'S UNOPPOSED/CONSENT MOTION
FOR LEAVE TO AMEND HER COMPLAINT**

_____

**NOW COMES** Plaintiff Tina Collins, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. Plaintiff respectfully asks that the Court grant her such leave.

Respectfully Submitted,

Dated: November 16, 2017  **Langdon & Emison, LLC**

/s/Brett A. Emison
Brett A. Emison MO Bar # 52072
Langdon & Emison, LLC
911 Main Street
P.O. Box 220
Lexington, MO 64067
(660)259-6175 (telephone)
brett@lelaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant's Counsel has been contacted, and consents to Plaintiff's requested relief. Therefore, Plaintiff is treating this as an "unopposed/consent" motion.

## CERTIFICATE OF SERVICE

I certify that on November 16, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Brett A. Emison

Brett A. Emison