# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION:  "N" (5)

THIS DOCUMENT RELATES TO:

Tina Collins v. Hospira Worldwide, LLC,
Case No.: 17-cv-08371
_____

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED/CONSENT MOTION FOR LEAVE TO AMEND HER COMPLAINT
_____

Considering Plaintiff's Unopposed/Consent Motion for Leave to Amend her Complaint,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this  ____ day of _____, 2017.


_____
THE HONORABLE KURT D. ENGELHARDT
United States District Judge