MINUTE ENTRY
NORTH, M.J.
NOVEMBER 14, 2017

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                                                                   SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

        A further status conference was held on this date.

| PRESENT: | Dawn Barrios | Christopher Coffin | Karen Menzies |
|---|---|---|---|
| | Palmer Lambert | Larry Centola | Patrick Oot |
| | Harley Ratliff | Kelly Brilleaux | |
| PARTICIPATING BY PHONE: | | Andrew Lemmon | Daniel Markoff |
| | | John Olinde | Kathleen Kelly |
| | | Mara Cusker Gonzales | Brandon Cox |
| | | Kimberly Beck | Samuel Cortina |
| | | Clifton Merrell | |

        Prior to the opening of the conference, the Court signed and entered into the record Case Management Order No. 9 (Deposition Protocol) that had been agreed to and submitted by the parties.

        At the conference and after discussion with counsel for the parties, the Court made the following rulings: Custodial discovery responses (*i.e.*, documents and ESI requested by Plaintiffs from specific custodians) shall be produced by the Sanofi Defendants no later than 30 days following the designation of an individual as a custodian. The Court encourages Defendants to produce such information earlier whenever possible. The Court set a deadline of December 15, 2017 for substantial completion of document production by the Sanofi

MJSTAR (00:45)

Defendants from non-custodial sources. The Court directed that the ESI consultants for the Plaintiffs and Sanofi Defendants meet and confer as soon as possible for the purpose of attempting to further narrow the keyword search terms previously agreed to by those parties. Finally, the Court directed that counsel meet and confer to discuss the timing and procedure for the Sanofi Defendants to explain - through logs or otherwise - any redactions they have made to documents produced thus far.

      The Court will convene a further telephonic status conference November 30, 2017 at 10:00 a.m. CST.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE