UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. KURT D. ENGELHARDT |
| Frances Ashmore, | : | |
| Plaintiff, | : | |
| vs. | : | |
| Sandoz, Inc., | : | |
| Defendant. | : | |
| Civil Case No.: 2:17-cv-7269 | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AFREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed as to all defendants with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: November 20, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson

N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*


*/s/ Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
**Greenberg Traurig, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: cohenl@gtlaw.com
Email: merrellc@gtlaw.com
Email: holdene@gtlaw.com

Deborah B. Rouen
E. Paige Sensenbrenner
**Adams and Reese LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: debbie.rouen@arlaw.com
Email: paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 20, 2017.

                                     WHITFIELD BRYSON & MASON LLP

                                     */s/ Daniel K. Bryson*
                                     Daniel K. Bryson
                                     N.C. State Bar No.: 15781
                                     J. Hunter Bryson
                                     N.C. State Bar No.: 50602
                                     PO Box 12638
                                     Raleigh, NC 27605
                                     Phone: 919-600-5000
                                     Facsimile: 919-600-5035
                                     Email: dan@wbmllp.com
                                     Email: hunter@wbmllp.com

                                     *Attorneys for Plaintiff*