```
 1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3        ***************************************************************

 4       IN RE:  TAXOTERE
         (DOCETAXEL) PRODUCTS
 5       LIABILITY LITIGATION

 6                                 CIVIL ACTION NO. 16-MD-2740 "N"
                                   NEW ORLEANS, LOUISIANA
02:50:47 7                         TUESDAY, NOVEMBER 14, 2017, 3:00 P.M.

 8       THIS DOCUMENT RELATES TO:
         ALL CASES
 9

          ***************************************************************
10

02:51:31 11         TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
                     HEARD BEFORE THE HONORABLE MICHAEL B. NORTH
12                         UNITED STATES MAGISTRATE JUDGE

13


14       APPEARANCES:

15


16       FOR THE PLAINTIFFS:        BARRIOS KINGSDORF & CASTEIX
                                     BY:  DAWN M. BARRIOS, ESQ.
17                                   701 POYDRAS STREET, SUITE 3650
                                     NEW ORLEANS, LOUISIANA 70139
18

19
                                     GAINSBURGH BENJAMIN DAVID
20                                   MEUNIER & WARSHAUER
                                     BY:  M. PALMER LAMBERT, ESQ.
21                                   1100 POYDRAS STREET, SUITE 2800
                                     NEW ORLEANS, LOUISIANA 70163
22

23
                                     PENDLEY BAUDIN & COFFIN
24                                   BY:  CHRISTOPHER L. COFFIN, ESQ.
                                     1515 POYDRAS STREET, SUITE 1400
25                                   NEW ORLEANS, LOUISIANA 70112
```

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                                    GIBBS LAW GROUP
                                     BY:  KAREN B. MENZIES, ESQ.
4                                    400 CONTINENTAL BOULEVARD
                                     6TH FLOOR
5                                    EL SUGUNDO, CALIFORNIA 90245

6

7                                    MARTZELL BICKFORD & CENTOLA
                                     BY:  LAWRENCE J. CENTOLA, ESQ.
8                                    338 LAFAYETTE STREET
                                     NEW ORLEANS, LOUISIANA 70130
9

10

11                                   LEMMON LAW FIRM
                                     BY:  ANDREW LEMMON, ESQ.
12                                   650 POYDRAS STREET
                                     SUITE 2335
13                                   NEW ORLEANS, LOUISIANA 70130

14

15                                   ATKINS & MARKOFF LAW FIRM
                                     BY:  DANIEL P. MARKOFF, ESQ.
16                                   9211 LAKE HEFNER PARKWAY, SUITE 104
                                     OKLAHOMA CITY, OKLAHOMA 73120

17

18   FOR SANOFI S.A.:                IRWIN FRITCHIE URQUHART & MOORE
                                     BY:  KELLY E. BRILLEAUX, ESQ.
19                                   400 POYDRAS STREET, SUITE 2700
                                     NEW ORLEANS, LOUISIANA 70130
20

21

22                                   SHOOK, HARDY & BACON
                                     BY:  HARLEY V. RATLIFF, ESQ.
23                                   2555 GRAND BOULEVARD
                                     KANSAS CITY, MISSOURI 64108

24

25

                          *OFFICIAL TRANSCRIPT*

1   APPEARANCES CONTINUED:

2

3                                    SHOOK, HARDY & BACON
                                     BY:  PATRICK OOT, ESQ.
4                                    1155 F STREET NW
                                     SUITE 200
5                                    WASHINGTON, DC 20004

6

7   FOR HOSPIRA, INC.,
    HOSPIRA WORLDWIDE, LLC,
8   FORMERLY DOING BUSINESS
    AS HOSPIRA WORLDWIDE,
9   INC., AND PFIZER INC.:     CHAFFE MCCALL
                               BY:   JOHN F. OLINDE, ESQ.
10                             2300 ENERGY CENTRE
                               1100 POYDRAS STREET
11                             NEW ORLEANS, LOUISIANA 70163

12

13  FOR SUN PHARMACEUTICAL
    INDUSTRIES, LTD:           HINSHAW & CULBERTSON
14                             BY:  KATHLEEN KELLY, ESQ.
                               28 STATE STREET
15                             24TH FLOOR
                               BOSTON, MASSACHUSETTS 02109

16

17

18  FOR SANDOZ, A NOVARTIS
    DIVISION:                  GREENBURG TRAURIG
                               BY:  R. CLIFTON MERRELL, ESQ.
19                             TERMINUS 200
                               3333 PIEDMONT ROAD, NE
20                             ATLANTA, GEORGIA 30305

21

22  FOR PFIZER, INC., AND
    HOSPIRA WORLDWIDE,
23  LLC:                       QUINN EMANUEL URQUHART & SULLIVAN
                               BY:   MARA C. GONZALEZ, ESQ.
24                             51 MADISON AVENUE, 22ND FLOOR
                               NEW YORK, NEW YORK 10010

25

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3    FOR ACTAVIS PHARMA,
     INC.:                        ULMER & BERNE
4                                 BY:  KIMBERLY L. BECK, ESQ.
                                  600 VINE STREET
5                                 SUITE 2800
                                  CINCINNATI, OHIO 45202
6

7
     ALSO PRESENT VIA TELEPHONE:     BRANDON COX, ESQ.
8                                    SAMUEL CORTINA, ESQ.

9

10   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
11                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM B-275
12                                NEW ORLEANS, LOUISIANA  70130
                                  (504) 589-7779
13                                Cathy_Pepper@laed.uscourts.gov

14
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
15   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

16

17

18

19

20

21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*

1                              **I N D E X**

2

3                                                        <u>PAGE</u>

4

5   DEADLINE FOR PRODUCTION OF CUSTODIAL MATERIAL........   6

6   MEET AGAIN ON THE 30TH OF NOVEMBER...................  16

7   PRODUCTION OF NONCUSTODIAN MATERIAL..................  26

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

**P-R-O-C-E-E-D-I-N-G-S**

A F T E R N O O N   S E S S I O N

TUESDAY, NOVEMBER 14, 2017

(IN OPEN COURT)



THE COURT:  Have a seat.

All right.  On the phone we have, just for the record, we have Kathleen Kelly, Mara Gonzales, Brandon Cox, Kimberly Beck, Samuel Cortina, Clifton Merrell, and Andrew Lemmon.  Did I miss anyone?

MR. OLINDE:  You missed me, Your Honor.  John Olinde.

THE COURT:  Yeah, I just noticed you weren't on the list.

MR. MARKOFF:  Dan Markoff, M-A-R-K-O-F-F, plaintiff.

THE COURT:  Anybody else?

All right.  So, I think the issues for our conference today are a deadline for production of custodial material.  That's the first one; is that right?

MR. COFFIN:  Yes, Your Honor.

THE COURT:  Plaintiffs are asking for a deadline of two weeks post designation in the case of previously identified custodians and to have meet and confers as to the timing of the production as to others.  That's what I understand.

MS. MENZIES:  Yes.  We understand on the identification

*OFFICIAL TRANSCRIPT*

03:02:48  1    if you need clarification --

03:02:50  2         THE COURT:  Well, no, I'm not really inclined to slice

03:02:53  3    them up like that because I know that there are, I guess,

03:02:58  4    quote, unquote, "previously identified custodians."

03:03:00  5         MS. MENZIES:  On both sides, yeah.

03:03:02  6         THE COURT:  But when I told you you all had to cull

03:03:09  7    that list to 40, I think that sort of moots the fact that they

03:03:15  8    were previously identified, because the plaintiffs don't know

03:03:18  9    if somebody who was previously identified is actually going to

03:03:20  10   be on your list of custodians.

03:03:22  11        MS. MENZIES:  That's correct.  I guess what I was

03:03:24  12   trying to address is that there may be -- you had said we can

03:03:25  13   get them from any source.  I don't know that it's going to

03:03:27  14   happen.  But they've already begun collection on those -- the

03:03:31  15   biggest list, you know, so then we culled it down -- we're

03:03:33  16   culling it down to the 40, but there may be names that we're

03:03:37  17   not aware of that come up down the road that they haven't had

03:03:40  18   the chance to collect yet because they weren't on part of a

03:03:43  19   bigger list.  That was why we wanted to recognize there may be

03:03:46  20   times when there is, obviously, more time necessary to collect

03:03:49  21   information.  So that was what that was for.

03:03:51  22        THE COURT:  Let me ask this question, because I have an

03:03:54  23   idea what I want to do:  How much time?  They are asking

03:04:01  24   basically for two weeks after designation of these custodians.

03:04:05  25   What I did not get from you all is what you think is a

                            ***OFFICIAL TRANSCRIPT***

03:04:08  1    reasonable time.

03:04:08  2          MR. OOT:  So, Your Honor, I would like to, I think

03:04:12  3    you've seen what we've done in the past, and I think we are

03:04:15  4    being responsive.  We have 120 reviewers reviewing documents.

03:04:19  5          The numbers that I put in yesterday's letter, we

03:04:22  6    got through, you know, somewhere in the neighborhood of a

03:04:26  7    quarter of a million documents.  The responsive rate that we're

03:04:30  8    getting is pretty low, as you see, both from Ms. Menzies'

03:04:35  9    letter and my letter.  I think we saw around 16,000 documents,

03:04:42  10   or somewhere that in that neighborhood, that we produced out of

03:04:45  11   the quarter of a million.

03:04:46  12         So, we agreed to plaintiffs' search terms just to

03:04:51  13   move this along, but the real challenge is, you know, we're

03:04:55  14   going through a lot of chaff to get to the wheat in this

03:04:58  15   instance.

03:05:00  16         THE COURT:  So what do you want me to do about that?

03:05:02  17         MR. OOT:  So I think that we have a couple proposals.

03:05:05  18   We would like to stay the scheduling order for two things:

03:05:08  19   One, we would like to see Friday's throughput and see how we

03:05:12  20   do, see how we're doing with 120 attorneys.

03:05:15  21         Then, secondly, we would like plaintiffs' final

03:05:18  22   custodian list because that will help us determine how much

03:05:23  23   time it's going to take to collect those custodians which we

03:05:27  24   may not have collected yet.  We would like that tomorrow, if

03:05:30  25   possible, just so we have some optics into how much time this

*OFFICIAL TRANSCRIPT*

03:05:34 1    is going to take.

03:05:36 2         THE COURT:  How many custodians do you have so far?

03:05:40 3         MR. OOT:  We have 20.  We just received the next nine

03:05:43 4    on Sunday, so we have half of them.

03:05:47 5              There is plenty of work to do on the review side,

03:05:50 6    but as I mentioned a long time ago here in court, the biggest

03:05:53 7    burden is the collection.  It's going out to the individual

03:05:56 8    custodians, making sure their laptop is connected to the

03:06:00 9    network and all that other extra work that goes with that.

03:06:03 10   That's where I'm a little scared on committing to a deadline

03:06:07 11   where we don't have optics into what those custodians are.

03:06:11 12             The second idea I would like to propose to the

03:06:14 13   Court is that Mr. Wool and Mr. McVoy, their ESI experts,

03:06:20 14   suggested that we sit down and talk about keyword search term

03:06:24 15   optimization.  Even though we agreed to use their terms, it

03:06:24 16   might get them the documents they are looking for faster, and

03:06:27 17   we'll great to agree to that.  We agreed to that several weeks

03:06:31 18   ago, and we just haven't had a response to have that meet and

03:06:35 19   confer with Mr. --

03:06:36 20        THE COURT:  There is no reason not to do that.  There

03:06:42 21   is never any reason for the experts not to sit down and try to

03:06:45 22   do a better job of focusing the search terms.

03:06:48 23        MS. MENZIES:  I completely agree with that part of what

03:06:51 24   he said, yes.

03:06:52 25        THE COURT:  Okay.  I'll expect y'all to do that.

**OFFICIAL TRANSCRIPT**

03:06:53  1          MR. OOT:  We've reached out and we hope to have a more

03:06:58  2     efficient search approach because we don't want to waste money

03:07:01  3     or time going through documents that won't end up in

03:07:04  4     production; so, I think we can agree on that.

03:07:07  5          THE COURT:  How soon can that happen?

03:07:09  6          MR. OOT:  I've been trying to propose it for two weeks

03:07:13  7     now.

03:07:13  8          THE COURT:  How soon can that happen?

03:07:15  9          MS. MENZIES:  I have to check with my consultant.  My

03:07:18 10     concern is the path we're going down is going to -- I'm

03:07:20 11     concerned with the stay, but we can make that happen as soon as

03:07:23 12     possible.

03:07:24 13          Mr. McVoy is available.  He's very responsive.

03:07:24 14     We can get that set up.

03:07:28 15          Mr. Wool, who is very involved in the process, is

03:07:31 16     going to be out of the country, I think, for the holiday, but

03:07:34 17     we can still move forward with (speaking simultaneously) --

03:07:36 18          THE COURT:  Okay.  How much more time do you need to

03:07:43 19     give them the remaining 20 custodians?

03:07:46 20          MS. MENZIES:  So here is the concern, Your Honor:  As

03:07:49 21     I'm sure you're aware, the discovery process is a very

03:07:54 22     iterative process, so for us to try to pick today all 40 of our

03:07:58 23     custodians and not have the right to go back and get more

03:08:00 24     unless we have good cause or otherwise -- again, we're in a

03:08:03 25     vacuum, so let me just back you up for one second.

*OFFICIAL TRANSCRIPT*

03:08:06  1          The original 11 that -- or, I'm sorry, the

03:08:09  2     original tranches that we did, and we had told you the whole

03:08:13  3     process, was largely based on public research that we did on

03:08:16  4     the Internet and otherwise, LinkedIn and other places, from the

03:08:20  5     organizational charts.  We had no documents to review.

03:08:22  6          That's how we got -- but it took us a long time,

03:08:24  7     and we went through the effort to do it because we really are

03:08:27  8     paying attention to try and focus with the most efficient,

03:08:32  9     effective way to do it, not just throw names out.

03:08:34 10          The second round we did have documents coming

03:08:37 11     through, and what we had -- and we met and conferred about this

03:08:40 12     and eventually got sanofi to agree to give us the volume of

03:08:45 13     information that they had collected for the original 73 -- the

03:08:50 14     40 we had and the 33.

03:08:54 15          Really, that was prompted because, when we found

03:08:56 16     out that they had 12 of their 33 that had nothing, we're like,

03:09:00 17     okay, this needs to be looked at as well.  They had already

03:09:05 18     been collecting that.  That was in the process.  I don't know

03:09:07 19     if he -- Mr. Oot continues to give us updates on that.

03:09:10 20          That's very helpful so when we do, like, the next

03:09:13 21     round of custodians, whether it's two or ten or whatever it is,

03:09:16 22     we consider all of that information as well, is the collection

03:09:21 23     complete for this custodian?  Is this collection complete?  Not

03:09:25 24     yet.  These two are competing.  Let's see which one covers more

03:09:29 25     time or which one has more of a collection or which one has

*OFFICIAL TRANSCRIPT*

03:09:33  1    already been done.  Let's go for that one instead.  It's really

03:09:35  2    not just picked out of a hat.  We do a pretty extensive effort

03:09:38  3    because we realize we're limited.

03:09:40  4            We are going to get them some more this week.

03:09:44  5    We're going to continue this as an iterative process, but our

03:09:47  6    concern, and we fully intend to -- unless the Court tells us

03:09:51  7    otherwise -- to hold back on some.  We haven't taken any

03:09:53  8    depositions yet.

03:09:54  9            We might be finding as -- we just got -- half of

03:09:57 10    the production from the entire litigation we got last Friday.

03:10:00 11    We are just now looking at it.  There is probably a ton of

03:10:05 12    information that's going to inform our decisions on who are

03:10:09 13    going to be the best players involved.  That's why I mentioned

03:10:12 14    there may be some names that haven't been seen yet.

03:10:15 15            We don't want to say tomorrow here is 40.  That's

03:10:18 16    a concern of ours, so unless ordered by the Court we don't want

03:10:22 17    to do it that way.

03:10:22 18            THE COURT:  How many more are you prepared to give them

03:10:25 19    in the next week?

03:10:26 20            MS. MENZIES:  We're looking at, and this won't be a

03:10:28 21    surprise -- now it won't be a surprise to them.  There has been

03:10:30 22    a process of collection for the foreign defendants or for the

03:10:34 23    foreign custodian.  Those -- as far as we know we haven't named

03:10:39 24    any yet.  We don't totally know whether they are considered

03:10:42 25    foreign or not.

*OFFICIAL TRANSCRIPT*

03:10:43 1          We concede there are some foreign custodians in

03:10:46 2     process.  We haven't put them on a list yet.  We would like to

03:10:48 3     get them on a list because they look pretty important,

03:10:51 4     especially compared to the ones we've named so far.

03:10:54 5          So we were going to try to get to them this week

03:10:56 6     at least a handful of those, but are we going to give them

03:10:59 7     another ten this week?  I don't think we were planning on it.

03:11:02 8     We need a little bit of time to look at these documents closer

03:11:05 9     to -- I don't want to, like, spend all of my money --

03:11:11 10         THE COURT:  I understand that.  As discovery is

03:11:17 11    ongoing, it's discovery, and so there does need to be an

03:11:23 12    opportunity for them to identify and designate additional

03:11:27 13    custodians.

03:11:27 14         If I start telling them they've got to do ten

03:11:30 15    this week and ten next week, then the next thing that's going

03:11:34 16    to happen is y'all are going to be back here and they are going

03:11:37 17    to want another 20 two months from now because they've just

03:11:41 18    identified them.  I don't think anybody wants that.

03:11:42 19         MR. RATLIFF:  Your Honor, may I address that?

03:11:42 20         THE COURT:  Yes.

03:11:45 21         MR. RATLIFF:  I appreciate what Ms. Menzies is saying,

03:11:48 22    and so -- and certainly, through the iterative process and as

03:11:52 23    you go through more documents, maybe names you thought were

03:11:56 24    important earlier on are not as important; other names become

03:11:59 25    more important.

                          *OFFICIAL TRANSCRIPT*

03:12:00  1                I think where the rub becomes for us in terms of

03:12:03  2       our schedule and what they want from us is, you know, when we

03:12:06  3       get a list of ten names or nine names this past Sunday and that

03:12:11  4       is followed with, we want you to produce all of those custodial

03:12:15  5       files in two weeks, including one of those weeks being the

03:12:18  6       Thanksgiving week --

03:12:20  7            THE COURT:  That's not going to happen.  I'm not going

03:12:22  8       to order y'all to produce documents like that within two weeks

03:12:26  9       of somebody being identified.  I don't think that's enough

03:12:30 10       time.

03:12:30 11                What I'm trying to figure out is what is enough

03:12:33 12       time?  What's a reasonable amount of time that works with the

03:12:37 13       schedule that works for you all, understanding that at the same

03:12:40 14       time you're going to have your IT folks put their heads back

03:12:44 15       together and try to narrow the search terms?

03:12:49 16            MR. RATLIFF:  We have been in discussion with our

03:12:52 17       vendor.  Maybe Patrick can address this a little more closely,

03:12:55 18       but when we were talking about it yesterday, I mean, we were

03:12:57 19       looking at more of a schedule that took us out four, five weeks

03:13:01 20       to try and get the full custodial production as they laid them

03:13:05 21       out for us.

03:13:06 22                Just given the overall volume, what we're seeing

03:13:09 23       in the response rate -- and it's not that we would be waiting

03:13:13 24       till, you know, the fifth week to dump everything on to them.

03:13:17 25       Those would be rolling productions as we can get them out the

                              *OFFICIAL TRANSCRIPT*

03:13:20  1    door.  That's probably the most realistic time frame we have in

03:13:24  2    terms of just the overall burden and cost.

03:13:27  3             The reality is that we actually want to get

03:13:30  4    documents out to them faster because the longer this process

03:13:34  5    takes, the more money our client is spending, the more attorney

03:13:38  6    time that is being spent.  I mean, I think we produced 180,000

03:13:42  7    plus pages since we were here last time, so I think that's a

03:13:47  8    realistic schedule.

03:13:47  9             The more custodians they can give us up front,

03:13:51  10   understanding the concerns about wanting to hold custodians

03:13:55  11   back, wanting to look at it, but the more information we get

03:13:57  12   from them on a timely fashion, the faster we can move versus --

03:14:01  13   you know, we can't have a situation where it's sort of delay,

03:14:05  14   delay, delay and then, defendants, you need to rush and finish

03:14:08  15   that.  That's where we have sort of a concern.

03:14:10  16        THE COURT:  All right.  Here is what I'm going to do:

03:14:12  17   I'm not going to issue any sort of order that accelerates the

03:14:20  18   plaintiffs' obligation to identify custodians for now on the

03:14:25  19   representation that you're about to get some more, and I

03:14:28  20   understand why you don't want to put all of your chips on the

03:14:35  21   table right now.

03:14:35  22             I think for the time being what I'm going to do

03:14:37  23   is issue an order that gives you all 30 days to respond once

03:14:44  24   someone is designated as *custodian*.  Because I think,

03:14:46  25   particularly going forward, my gut tells me that if they

**OFFICIAL TRANSCRIPT**

03:14:52  1    haven't been designated as *custodians* yet and as you get

03:14:56  2    further down that line -- I could be wrong, but my gut tells me

03:15:02  3    there will be less -- there will be fewer documents associated

03:15:05  4    with those people than the ones who are designated at the front

03:15:09  5    end, that everyone sort of knows, you know, were in play from

03:15:14  6    the beginning, so I'm hopeful that that is enough time.

03:15:18  7         I'm going to make sure, at least for the time

03:15:21  8    being, that we're meeting more often here.  I want to meet

03:15:26  9    again on the 30th of November.  So, we'll have an opportunity

03:15:32  10   to, on a more regular basis or more often, to address any

03:15:38  11   issues that coming up.

03:15:39  12        MR. RATLIFF:  Your Honor, that sounds fine on our part.

03:15:42  13   One thing I would ask or see if this would be something that

03:15:45  14   you would be -- the Court would be amenable to is if we're

03:15:48  15   going to have sort of what I would say are these *interim status*

03:15:52  16   *conferences, I* believe our next scheduled in-person status

03:15:56  17   conference is December 14th, one day before Judge Engelhardt's

03:16:00  18   conference.  Is there any latitude to occasionally doing those

03:16:04  19   telephonically because that's a lot of travel for me and

03:16:09  20   Mr. Oot?  It basically kills two full days for us.

03:16:13  21        THE COURT:  I'm completely okay with that.  I don't

03:16:14  22   want you all flying around if it's coming to -- a half-an-hour

03:16:18  23   discovery status conference is the only thing we're going to be

03:16:21  24   doing.

03:16:21  25        It's a little bit cumbersome to do it by phone

*OFFICIAL TRANSCRIPT*

03:16:25 1    but we've done it before.  I'm happy to do that.  It's really

03:16:27 2    just a matter of wanting to give you all the opportunity to

03:16:32 3    raise any issues with me so that we can address them as they

03:16:36 4    come up.

03:16:36 5            We might as well have that on the calendar right

03:16:40 6    now while all of this is going on.  If we don't have to have a

03:16:44 7    conference, we can cancel it.  That way we're not running

03:16:47 8    around trying to schedule one on short notice when something

03:16:52 9    comes up.

03:16:52 10            So I'm happy to schedule it telephonically, the

03:16:57 11   next one, because it really is, it's just a safety net.  If you

03:17:01 12   all are having some problem or issue in this window, that we

03:17:06 13   can talk about it.  I'm even more happy to cancel them than I

03:17:11 14   am to schedule them.

03:17:12 15            MR. RATLIFF:  I have a strong feeling they will not let

03:17:15 16   these be canceled.

03:17:17 17            THE COURT:  Well, we've canceled one or two, and we've

03:17:20 18   had one or two that lasted for less than five minutes.  So, as

03:17:27 19   long as -- we have been getting things accomplished.  Some of

03:17:30 20   these take longer than others.  I'm not thinking this one is

03:17:34 21   going to take very long, but I think for right now, I would

03:17:37 22   like to do them more often.

03:17:39 23            The next one we'll schedule will be

03:17:42 24   telephonically, which will make Blanca real happy, but it will

03:17:47 25   save you all some time and money and traveling over here.

**OFFICIAL TRANSCRIPT**

03:17:49  1          So, what I'm going to do is issue a minute entry

03:17:55  2     that is sort of as a standard operating procedure will give the

03:18:02  3     defendants 30 days to produce custodial material after the

03:18:07  4     custodian is designated, okay, which will, I think, apply to

03:18:10  5     the folks that were designated on October 30th, that would give

03:18:14  6     you until November 30th, and just count 30 days, you know,

03:18:18  7     beyond whenever.  I know there was another group that was just

03:18:25  8     designated, so we're going to do it that way and hope it that

03:18:28  9     it works.

03:18:29 10          MR. OOT:  Your Honor, one final point.

03:18:29 11          THE COURT REPORTER:  Would you please use the

03:18:29 12     microphone so the people on the phone can hear you.

03:18:29 13          MR. OOT:  Sure.

03:18:34 14          One final point, Your Honor.  I believe under

03:18:37 15     CMO 5, we get 45 days from then to manage the privilege issues,

03:18:42 16     so I just wanted to include that and make sure that the Court

03:18:45 17     is aware of that as well.

03:18:46 18          THE COURT:  Yeah, I mean, that is -- how do we propose

03:18:57 19     to handle that?  I'm not going to revisit that.  I mean, that

03:19:01 20     deadline was put in the CMO for a reason.

03:19:04 21          MS. MENZIES:  We have -- actually Mr. Centola from the

03:19:07 22     PSC is here partially on this issue as well since -- we have

03:19:12 23     some concerns about some redactions and privileged claims and

03:19:15 24     not getting information on that.  So far we've had no privilege

03:19:19 25     log whatsoever served on us.

                            *OFFICIAL TRANSCRIPT*

03:19:21  1          THE COURT:  I assume you've had some objections.

03:19:23  2          MS. MENZIES:  We have plenty of redactions, but that's

03:19:26  3     one of the concerns that we raised, and we need to meet and

03:19:29  4     confer with Mr. Ratliff about that, that on even redactions

03:19:33  5     that are -- the basis of which are privilege, they are

03:19:36  6     obligated to give us more information to know whether we can --

03:19:39  7     we need -- whether we need to consider to challenge it or not,

03:19:42  8     so we aren't getting any of that.

03:19:44  9              Then we also -- some of the redactions for other

03:19:46 10     products, the redactions per the order, I think it's PTO 50,

03:19:52 11     requires that on the face we can understand what the basis for

03:19:54 12     the redaction is, and there are a fair number of those that we

03:19:57 13     aren't getting, so that's being addressed.

03:20:01 14          THE COURT:  Are you not getting them because they are

03:20:04 15     in the process?

03:20:05 16          MS. MENZIES:  No, no.  We're looking at the documents.

03:20:08 17     It's redacted.

03:20:09 18          THE COURT:  You don't have a log?

03:20:12 19          MS. MENZIES:  We have no log at all in privilege or

03:20:14 20     redactions, and we don't have -- and there is a fair number of

03:20:17 21     redactions that we can't tell from the face of the document

03:20:20 22     what the basis of the redaction is.

03:20:23 23          MR. OOT:  We just received this letter.  My e-mail

03:20:26 24     address was spelled wrong and it's actually just got to me.

03:20:29 25              THE COURT:  So you all are going to meet on this?

**OFFICIAL TRANSCRIPT**

03:20:31 1      MR. OOT:  We are going to meet and confer.  We are

03:20:32 2 responding to the letter.

03:20:33 3      MS. MENZIES:  We sent the letter last week.  He

03:20:36 4 received it last week, and we still haven't heard a time back

03:20:40 5 to get it, which is why Mr. Centola is here so hopefully he can

03:20:40 6 talk to Mr. Ratliff and they can set up a time to talk.

03:20:44 7      THE COURT:  All right.  Let's just make sure in those

03:20:46 8 situations that we don't have to have a fight over a lack of

03:20:50 9 information in the log.  I think that you all have been doing

03:20:55 10 this long enough that that's not an issue, but I'm going to say

03:20:58 11 that anyway.

03:20:59 12      MS. MENZIES:  We appreciate that.

03:21:01 13      THE COURT:  The plaintiffs and the Court need to have

03:21:05 14 enough information in the log to be able to assess whether, you

03:21:09 15 know, whether a particular designation should be challenged.

03:21:12 16      MR. OOT:  We'll get them a current log by Monday.

03:21:17 17      MS. MENZIES:  So the -- yeah, that will be our first

03:21:22 18 time to get a log.

03:21:22 19      THE COURT:  Okay.

03:21:23 20      MS. MENZIES:  If I can talk to you a little about the

03:21:26 21 timing.  I just want to make one clarification, too, because

03:21:29 22 I'm anticipating some concerns being raised to Your Honor

03:21:33 23 probably in the near future.

03:21:35 24      I understand the Court's thoughts behind the

03:21:38 25 30 days and that now it will be 30 days from the designations

**OFFICIAL TRANSCRIPT**

03:21:41 1   date.  For completion, are we going to be able to have some

03:21:46 2   sort of certification of completion or any ramifications if we

03:21:50 3   find documents later or witnesses that we may depose?  That's

03:21:54 4   one concern.  We have a --

03:21:55 5       THE COURT:  The Federal Rules of Civil Procedure apply

03:21:57 6   to this case like they do to every other case in this

03:22:01 7   courthouse.

03:22:02 8       MS. MENZIES:  So we will be seeking certifications of

03:22:06 9   completion.

03:22:06 10      The second thing I want to point out to the Court

03:22:07 11  is there is a difference between what's been collected, and I

03:22:09 12  just want to remind the Court of the original 11 we sent them,

03:22:15 13  for example, that was based on the data they gave us where they

03:22:20 14  had informed us all of those custodial files had been

03:22:23 15  collected, so that's why we were able to get, ten days later, a

03:22:27 16  production.  That's how we got to the two weeks, because we're

03:22:29 17  talking about custodians where they already collected the data.

03:22:32 18      So I'm concerned that to get -- when they've

03:22:35 19  already collected the data and we're giving them another

03:22:37 20  30 days and now if a deposition is going to occur, it's not

03:22:40 21  happening until February -- March or February.  We have a

03:22:42 22  discovery cutoff in this case in March, and so that's why I

03:22:46 23  draw the distinction.

03:22:47 24      THE COURT:  All I can do is set a deadline.  I can

03:22:51 25  encourage them to make productions in advance in the deadline

*OFFICIAL TRANSCRIPT*

03:22:55 1   if they've collected the information and it's available, but I

03:22:59 2   can't order them to -- the purpose of the deadline is to set a

03:23:04 3   deadline.

03:23:05 4       MS. MENZIES:  I appreciate that.  I was just asking if

03:23:07 5   there is a distinction between already collected or already

03:23:10 6   identified custodians where they already have done the

03:23:14 7   collection we could get it sooner.

03:23:16 8       THE COURT:  I don't know how I deal with that because I

03:23:18 9   don't know the answer to what they've collected.  That's why I

03:23:21 10  said what I said about identify custodians earlier.

03:23:24 11      The only ones that count are the ones that you

03:23:26 12  give them, and if they've collected documents for those folks

03:23:33 13  already, it shouldn't take 30 days to --

03:23:36 14      MS. MENZIES:  I appreciate even that comment,

03:23:38 15  Your Honor.

03:23:38 16      THE COURT:  But, then again, whatever search terms you

03:23:41 17  all have agreed to have to be applied to what's been collected

03:23:45 18  because that's information that might have been collected on

03:23:48 19  the basis of other search terms, broader search terms.  I don't

03:23:53 20  know what went into that collection.  You all hadn't agreed on

03:23:56 21  search terms by the time I limited the number of custodians,

03:24:00 22  had you?

03:24:01 23      MS. MENZIES:  No.  In fact, we hadn't agreed to them

03:24:03 24  until last week; however, they did produce custodians last

03:24:07 25  Friday so they went ahead.

**_OFFICIAL TRANSCRIPT_**

03:24:09   1          What happens with the search terms is we had

03:24:11   2   proposals, we were waiting for objections, they agreed on the

03:24:14   3   first 11 to go with what we had proposed for search terms.

03:24:18   4   That's how we got them so we wouldn't have a delay.  Then

03:24:22   5   ultimately they went ahead and agreed on them anyway, so

03:24:22   6   those search terms haven't changed.

03:24:24   7          THE COURT:  That tells me that this is not an overall

03:24:27   8   effort to delay production, okay?  That conduct is consistent

03:24:32   9   with what Mr. Ratliff said a minute ago that they have as much

03:24:37  10   interest in producing this information timely as you have in

03:24:39  11   receiving it.

03:24:39  12          So when I hear that, it makes me think that I do

03:24:43  13   not need to set any other deadlines other than the 30 days and

03:24:48  14   to continue to encourage you all, you know, you don't have to

03:24:54  15   dump documents on the plaintiffs because it's the 30th day or

03:24:57  16   the 29th day.  I've been operating on the assumption that you

03:25:02  17   all will conduct discovery along those lines from the

03:25:02  18   beginning.

03:25:05  19          MS. MENZIES:  Well --

03:25:05  20          MR. OOT:  (Speaking simultaneously) -- Regularly

03:25:06  21   schedule ESI productions under the protocol, Your Honor.

03:25:10  22          THE COURT:  Right.

03:25:10  23          MS. MENZIES:  That was the basis of our request, too,

03:25:12  24   Your Honor, recognizing there is a ton of hard work being done.

03:25:16  25   We just have the deadline scheduling out of concern, which is

*OFFICIAL TRANSCRIPT*

03:25:21 1    why we ask for the deadline.  We all work better with

03:25:24 2    deadlines.

03:25:24 3         THE COURT:  I understand that.  That's our challenge is

03:25:26 4    to get this all done.

03:25:27 5         MR. OOT:  One final point on the certification,

03:25:29 6    Your Honor.

03:25:29 7              So, I would agree with the Court that it's a

03:25:33 8    26(g) certification that we've conducted a reasonable inquiry.

03:25:38 9    I would just like to make that final certification at the end

03:25:38 10   as of discovery so it's not just every week we're doing a 26(g)

03:25:43 11   certification.

03:25:44 12        MS. MENZIES:  In the CMO 5 it talks about substantially

03:25:49 13   completed in 26(g) for the production of the response to the

03:25:53 14   RFPs.

03:25:55 15        THE COURT:  I think you follow the rules that we set

03:25:57 16   out already, and if you have some concern that you shouldn't

03:25:59 17   make that certification, then just let the plaintiffs know that

03:26:03 18   you are continuing the search.

03:26:07 19             That's going to happen.  I mean, you're going to

03:26:10 20   have some custodians, you're going to have some topics where

03:26:13 21   you've got a deadline to produce information and you can't be

03:26:19 22   certain that you've searched everything yet.  I know that's

03:26:22 23   going to happen.

03:26:23 24             The procedure for making those certifications is

03:26:27 25   already in an order in the case.  Again, that's why we're going

03:26:34 1    to be having at least some telephone conversations a little bit
03:26:38 2    more often than what we have been doing so we can address those
03:26:42 3    problems as they come up.  All right?
03:26:44 4         MR. OOT:  One final thing, Your Honor.
03:26:49 5              As part of the minute entry, can you just
03:26:51 6    reference that the PSC will meet with us over the search
03:26:57 7    criteria to consider more efficiently?
03:27:00 8         THE COURT:  Yes.
03:27:00 9         MR. OOT:  Thank you.
03:27:00 10        THE COURT:  That's been agreed at this status
03:27:02 11   conference that you all are going to meet in an attempt to
03:27:05 12   further refine the search terms, right?
03:27:08 13        MR. OOT:  Thank you, Your Honor.
03:27:09 14        THE COURT:  Okay.
03:27:09 15        MS. MENZIES:  Yes, to the extent it doesn't delay us
03:27:16 16   getting documents, we're happy to continue to refine the
03:27:19 17   process.
03:27:20 18        THE COURT:  That's all I'm asking you to do.
03:27:20 19        MS. MENZIES:  Doing that, I think that helps us too.
03:27:22 20        THE COURT:  Okay.  You-all are going to meet and confer
03:27:24 21   over Mr. Centola's issue over redactions and identification of
03:27:29 22   redacted material whether it's privileged or --
03:27:33 23        MR. RATLIFF:  Yes, Your Honor.
03:27:33 24              We spoke with Mr. Centola before the conference.
03:27:36 25   He asked about the status of his letter.  We're going to get

*OFFICIAL TRANSCRIPT*

03:27:39  1   him a written response by this the week and then confer early

03:27:43  2   next week.

03:27:44  3        THE COURT:  What about the issue for production of

03:27:46  4   noncustodian material?

03:27:47  5        MS. MENZIES:  That was our second issue.  We have gone

03:27:50  6   back -- as you saw from our letter, there has been a lot of

03:27:53  7   work going down that process.  How much more is left to be

03:27:58  8   done, we aren't really sure.  We know we keep getting stuff.

03:28:02  9        THE COURT:  There is a deadline that has kind of been

03:28:05  10  blown in that?

03:28:05  11       MS. MENZIES:  Yes.  The 60 days -- substantially

03:28:08  12  complete 60 days is well gone, which is why we didn't ask for

03:28:13  13  60 days from today or from an order, but we do need a deadline

03:28:17  14  and we do need that certification of completion.

03:28:18  15            I think the characterization of -- like I said,

03:28:21  16  we've gotten a lot of information, but we don't know how much

03:28:26  17  more is coming or when that is going to be complete, which

03:28:28  18  affects our decision on taking depos and otherwise.

03:28:31  19       THE COURT:  Is there a reason why I shouldn't order

03:28:34  20  substantial completion of that discovery by December 15th, a

03:28:37  21  month from today?

03:28:37  22       MR. OOT:  So, Your Honor, as you probably saw on my

03:28:41  23  attachment, we're very responsive to the request.  They are --

03:28:45  24  off the top of my head, I'm not aware of any significant burden

03:28:48  25  that we have of system access.

**OFFICIAL TRANSCRIPT**

03:28:51  1        I would just like to -- I wouldn't like it under

03:28:57  2   order just yet.  I would like to go back and make sure that we

03:29:00  3   are still on track to respond under the provisions of the

03:29:05  4   letter that I sent to Ms. Menzies.

03:29:09  5        THE COURT:  I tell you what, the minute entry is going

03:29:11  6   to reflect that I'm setting a deadline of December 15th,

03:29:15  7   subject to revisiting that deadline when we speak on the 30th

03:29:19  8   of November.

03:29:24  9        I don't want to leave it open for two weeks, so

03:29:28 10   I'm going to go ahead and set that deadline, and I'm going to

03:29:31 11   tell everyone that if you come back and tell me that's a

03:29:35 12   problem, then I'll revisit that when we talk on the phone,

03:29:37 13   okay?

03:29:38 14        MS. MENZIES:  Thank you for that.

03:29:39 15        On the 30th for coming back, is there any way we

03:29:44 16   could do it on the morning?  I have a conference in the

03:29:48 17   afternoon.

03:29:48 18        THE COURT:  Yes.

03:29:50 19        MS. MENZIES:  Is that all right?

03:29:51 20        THE COURT:  We'll do it at ten o'clock.

03:29:57 21        Do you-all all want to do this by telephone?

03:30:02 22   It's easier for me to do it all by phone because we don't have

03:30:06 23   to do it in a courtroom.

03:30:08 24        MR. OOT:  That would be our preference, Your Honor.

03:30:10 25        THE COURT:  If I've got one lawyer, then we're in the

*OFFICIAL TRANSCRIPT*

03:30:13 1 courtroom, and you all probably don't know, but it's kind of a

03:30:19 2 crapshoot if this phone system in this courtroom works.

03:30:22 3 Sometimes it does; sometimes it doesn't.  So, it's just easier

03:30:26 4 for us to do it in my office; so, I'm just going to set the

03:30:32 5 conference on the 30th telephonically.

03:30:36 6          MR. COFFIN:  That's fine Your Honor.

03:30:37 7          MS. MENZIES:  Thank you.

03:30:38 8          THE COURT:  All right.  At ten o'clock.  Is there

03:30:40 9 anything else for today?

03:30:42 10          MR. RATLIFF:  Your Honor, one last thing, especially

03:30:45 11 since we have a November 30th hearing or status conference, and

03:30:48 12 I spoke with Mr. Coffin and Ms. Menzies and Ms. Barrios about

03:30:52 13 this issue beforehand.

03:30:53 14          I wanted to preview it for you so if it continues

03:30:57 15 to be an issue it doesn't come to you cold, which is, we have

03:31:01 16 February 6th as a deadline to completely all of the bellwether

03:31:05 17 depositions for the initial trial pool, so that's the

03:31:07 18 plaintiffs plus prescribers, the dermatologist, etcetera.

03:31:11 19          We sent out deposition notices on October 26th, I

03:31:13 20 think the day we were here last, to all of the counsel who have

03:31:17 21 the various bellwether cases.  Most of them have not responded

03:31:22 22 to the various dates that we have sent them.  Some of them

03:31:25 23 have.

03:31:26 24          The few who have responded have suggested we punt

03:31:31 25 some of this into January or that they are just generally not

*OFFICIAL TRANSCRIPT*

03:31:33  1    available.  This is becoming an issue from a timing perspective

03:31:38  2    of us needing to get these depositions scheduled because of

03:31:42  3    just the mechanics and the timing and the scheduling.

03:31:47  4           The PSC and PLC before this committed that they

03:31:50  5    are working hard to get us those dates, but if it becomes an

03:31:54  6    issue, not necessarily with the attorneys in this room who are

03:31:57  7    very tied into this, but if some of the attorneys who are less

03:32:01  8    involved, if we are not able to get deposition dates for their

03:32:04  9    plaintiffs or agree on deposition dates for, particularly,

03:32:05 10    prescribers who may just give us a single date and say, this is

03:32:10 11    when I'm available, that we may be put in a situation that I

03:32:13 12    hope we can avoid where we need to get you on the phone and get

03:32:17 13    calendars out.

03:32:18 14           I just am previewing that for you now because

03:32:20 15    there may be an issue at the November 30th hearing, and there

03:32:24 16    may be something earlier, and I didn't want you to be receiving

03:32:27 17    that cold, out of the blue.  That was it.

03:32:28 18         THE COURT:  Okay.  I'll give some thought as to how to

03:32:30 19    deal with that.

03:32:31 20           How have you all dealt with that in the past?

03:32:34 21    I'm sure this is not the first time you've had this problem in

03:32:38 22    other cases.

03:32:39 23         MR. RATLIFF:  Besides sending a lot of e-mails

03:32:39 24    other (speaking simultaneously) --

03:32:41 25         THE COURT:  Subpoenas.  Yeah.

**OFFICIAL TRANSCRIPT**

03:32:41 1     MR. RATLIFF:  I think the way we worked with it in
03:32:42 2  terms of the plaintiffs we have been asking, we said here are
03:32:44 3  the available dates that we have.  If any of these work, can
03:32:47 4  you please respond to us.  I think they have 14 days under the
03:32:52 5  deposition protocol to get us back dates before we start
03:32:56 6  unilaterally noticing them, which would not be our preference.
03:32:58 7     In some situations, at one particular firm, we
03:33:02 8  were trying to get the prescribers identified, so we've gotten
03:33:06 9  dates from the prescribers, but sometimes they may have a
03:33:10 10  single date on an afternoon.  So, it forces our hand a little
03:33:14 11  bit because we don't want to have to keep going back to these
03:33:16 12  doctors over and over and over because nobody really has
03:33:19 13  control over their schedule.
03:33:20 14     So I think, in my experience, sometimes it's both
03:33:23 15  sides are going to have to roll up their sleeves and find
03:33:27 16  somebody who can cover these particular depositions.  It may
03:33:29 17  not be ideal or it may not be necessarily the person at their
03:33:32 18  firm, but we have a small window to get these depositions done.
03:33:36 19     We don't want to have that to be a basis to move
03:33:40 20  anything, and we're also a little bit in the bind of, we
03:33:43 21  lose -- by and large, we lose next week, and then we start to
03:33:46 22  lose weeks in the back half of December.  So, we just don't
03:33:50 23  want to have a situation where we're trying to complete 40
03:33:53 24  depositions in the last weeks of June.  Everyone knows that
03:33:56 25  won't happen.

*OFFICIAL TRANSCRIPT*

03:33:58  1        MR. COFFIN:  Your Honor, Chris Coffin for the

03:34:00  2   plaintiffs.

03:34:00  3            We appreciate what Mr. Ratliff is saying.  The

03:34:03  4   reality is there isn't an actual problem yet, which is why

03:34:07  5   Mr. Ratliff said he just wants to preview it for you.

03:34:10  6            One of the things that's happening is

03:34:12  7   coordination between the Plaintiffs Steering Committee and

03:34:15  8   especially with those lawyers who aren't as involved.  So we're

03:34:18  9   reaching out to them.  We've already done that.  We have a

03:34:21 10   committee who is reaching out to each of those lawyers and

03:34:23 11   then, of course, as Mr. Ratliff points out, coordinating with

03:34:27 12   the physicians.

03:34:28 13            We have an interest in getting this done too.

03:34:31 14   There are a lot of schedules to coordinate and we're doing

03:34:33 15   that.  So, I agree with Mr. Ratliff, if it's a problem on

03:34:37 16   November 30th, if we haven't been moving the ball -- well,

03:34:40 17   we've already been moving the ball.  I know I've set a

03:34:43 18   deposition already.

03:34:44 19        THE COURT:  I don't expect it to be a problem with the

03:34:46 20   plaintiffs.

03:34:47 21        MR. COFFIN:  I don't think it will be.

03:34:48 22        THE COURT:  That's easy for me to solve.

03:34:50 23        MR. COFFIN:  The doctors -- so far, I'll say this:  I

03:34:54 24   know that we have exchanged potential dates, at least on my

03:34:57 25   cases, for some of the doctors involved or some that they've

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 03:35:00 1 | requested. I just don't know yet if it's going to be a |
| 03:35:02 2 | problem. |
| 03:35:02 3 | THE COURT: I appreciate Mr. Ratliff flagging the issue |
| 03:35:07 4 | for me. I don't like to be taken by surprise, so I appreciate |
| 03:35:12 5 | that. Hopefully it won't be an issue. |
| 03:35:17 6 | MR. COFFIN: No problem yet. |
| 03:35:19 7 | THE COURT: Good, good. Anything else? |
| 03:35:20 8 | MS. MENZIES: Only one more thing. |
| 03:35:24 9 | THE COURT: Okay. |
| 03:35:24 10 | MS. MENZIES: The deposition protocol. |
| 03:35:25 11 | THE COURT: It's been signed and it's on its way into |
| 03:35:28 12 | the record. I signed it before I came in here. |
| 03:35:30 13 | MS. MENZIES: Thank you, Your Honor. |
| 03:35:31 14 | THE COURT: All right. Y'all should be getting an |
| 03:35:34 15 | e-mail any minute that it's been entered in the record. |
| 03:35:36 16 | All right. (Addressing the court reporter) |
| 17 | Cathy, we can go off the record. |
| 18 | (WHEREUPON, at 3:35 p.m. the proceedings were |
| 19 | concluded.) |
| 20 | * * * |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

*OFFICIAL TRANSCRIPT*

1                          REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11                                  _s/Cathy Pepper_____

12                                  Cathy Pepper, CRR, RMR, CCR
                                    Certified Realtime Reporter
13                                  Registered Merit Reporter
                                    Official Court Reporter
14                                  United States District Court
                                    Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                         *OFFICIAL TRANSCRIPT*

**0**

**02109** [1] - 3:15

**1**

**10010** [1] - 3:24
**104** [1] - 2:15
**11** [3] - 11:1, 21:12, 23:3
**1100** [2] - 1:21, 3:10
**1155** [1] - 3:4
**12** [1] - 11:16
**120** [2] - 8:4, 8:20
**14** [3] - 1:7, 6:3, 30:4
**1400** [1] - 1:24
**14th** [1] - 16:17
**1515** [1] - 1:24
**15th** [2] - 26:20, 27:6
**16** [1] - 5:6
**16,000** [1] - 8:9
**16-MD-2740** [1] - 1:6
**180,000** [1] - 15:6

**2**

**20** [3] - 9:3, 10:19, 13:17
**200** [2] - 3:4, 3:19
**20004** [1] - 3:5
**2017** [2] - 1:7, 6:3
**22ND** [1] - 3:24
**2300** [1] - 3:10
**2335** [1] - 2:12
**24TH** [1] - 3:15
**2555** [1] - 2:22
**26** [1] - 5:7
**26(g** [3] - 24:8, 24:10, 24:13
**26th** [1] - 28:19
**2700** [1] - 2:19
**28** [1] - 3:14
**2800** [1] - 1:21, 4:5
**29th** [1] - 23:16

**3**

**30** [8] - 15:23, 18:3, 18:6, 20:25, 21:20, 22:13, 23:13
**30305** [1] - 3:20
**30th** [10] - 16:9, 18:5, 18:6, 23:15, 27:7, 27:15, 28:5, 28:11, 29:15, 31:16
**30TH** [1] - 5:6
**33** [2] - 11:14, 11:16

**3333** [1] - 3:19
**338** [1] - 2:8
**3650** [1] - 1:17
**3:00** [1] - 1:7
**3:35** [1] - 32:18

**4**

**40** [6] - 7:7, 7:16, 10:22, 11:14, 12:15, 30:23
**400** [2] - 2:4, 2:19
**45** [1] - 18:15
**45202** [1] - 4:5

**5**

**5** [2] - 18:15, 24:12
**50** [1] - 19:10
**500** [1] - 4:11
**504** [1] - 4:12
**51** [1] - 3:24
**589-7779** [1] - 4:12

**6**

**6** [1] - 5:5
**60** [3] - 26:11, 26:12, 26:13
**600** [1] - 4:4
**64108** [1] - 2:23
**650** [1] - 2:11
**6th** [1] - 28:16
**6TH** [1] - 2:4

**7**

**701** [1] - 1:17
**70112** [1] - 1:25
**70130** [4] - 2:8, 2:12, 2:19, 4:12
**70139** [1] - 1:17
**70163** [2] - 1:21, 3:11
**73** [1] - 11:13
**73120** [1] - 2:16

**9**

**90245** [1] - 2:5
**9211** [1] - 2:15

**A**

**ability** [1] - 33:8
**able** [4] - 20:14, 21:1, 21:15, 29:8

**above-entitled** [1] - 33:9
**accelerates** [1] - 15:17
**access** [1] - 26:25
**accomplished** [1] - 17:19
**ACTAVIS** [1] - 4:3
**ACTION** [1] - 1:6
**actual** [1] - 31:4
**additional** [1] - 13:12
**address** [7] - 7:12, 13:19, 14:17, 16:10, 17:3, 19:24, 25:2
**addressed** [1] - 19:13
**Addressing** [1] - 32:16
**advance** [1] - 21:25
**affects** [1] - 26:18
**afternoon** [2] - 27:17, 30:10
**AGAIN** [1] - 5:6
**ago** [3] - 9:6, 9:18, 23:9
**agree** [7] - 9:17, 9:23, 10:4, 11:12, 24:7, 29:9, 31:15
**agreed** [9] - 8:12, 9:15, 9:17, 22:17, 22:20, 22:23, 23:2, 23:5, 25:10
**ahead** [3] - 22:25, 23:5, 27:10
**AIDED** [1] - 4:15
**ALL** [1] - 1:8
**ALSO** [1] - 4:7
**amenable** [1] - 16:14
**amount** [1] - 14:12
**AND** [2] - 3:9, 3:22
**ANDREW** [1] - 2:11
**Andrew** [1] - 6:11
**answer** [1] - 22:9
**anticipating** [1] - 20:22
**anyway** [2] - 20:11, 23:5
**APPEARANCES** [4] - 1:14, 2:1, 3:1, 4:1
**applied** [1] - 22:17
**apply** [2] - 18:4, 21:5
**appreciate** [7] - 13:21, 20:12, 22:4, 22:14, 31:3, 32:3, 32:4
**approach** [1] - 10:2
**AS** [1] - 3:8
**assess** [1] - 20:14
**associated** [1] - 16:3
**assume** [1] - 19:1
**assumption** [1] - 23:16

**ATKINS** [1] - 2:14
**ATLANTA** [1] - 3:20
**attachment** [1] - 26:23
**attempt** [1] - 25:11
**attention** [1] - 11:8
**attorney** [1] - 15:5
**attorneys** [3] - 8:20, 29:6, 29:7
**available** [5] - 10:13, 22:1, 29:1, 29:11, 30:3
**AVENUE** [1] - 3:24
**avoid** [1] - 29:12
**aware** [4] - 7:7, 10:21, 18:17, 26:24

**B**

**B-275** [1] - 4:11
**BACON** [2] - 2:21, 3:3
**ball** [2] - 31:16, 31:17
**BARRIOS** [2] - 1:16, 1:16
**Barrios** [1] - 28:12
**based** [2] - 11:3, 21:13
**basis** [7] - 16:10, 19:5, 19:11, 19:22, 22:19, 23:23, 30:19
**BAUDIN** [1] - 1:23
**Beck** [1] - 6:10
**BECK** [1] - 4:4
**become** [1] - 13:24
**becomes** [2] - 14:1, 29:5
**becoming** [1] - 29:1
**BEFORE** [1] - 1:11
**beforehand** [1] - 28:13
**beginning** [2] - 16:6, 23:18
**begun** [1] - 7:14
**behind** [1] - 20:24
**bellwether** [2] - 28:16, 28:21
**BENJAMIN** [1] - 1:19
**BERNE** [1] - 4:3
**best** [2] - 12:13, 33:8
**better** [2] - 9:22, 24:1
**between** [3] - 21:11, 22:5, 31:7
**beyond** [1] - 18:7
**BICKFORD** [1] - 2:7
**bigger** [1] - 7:19
**biggest** [2] - 7:15, 9:6
**bind** [1] - 30:20
**bit** [5] - 13:8, 16:25, 25:1, 30:11, 30:20
**Blanca** [1] - 17:24
**blown** [1] - 26:10

**blue** [1] - 29:17
**BOSTON** [1] - 3:15
**BOULEVARD** [2] - 2:4, 2:22
**BRANDON** [1] - 4:7
**Brandon** [1] - 6:9
**BRILLEAUX** [1] - 2:18
**broader** [1] - 22:19
**burden** [3] - 9:7, 15:2, 26:24
**BUSINESS** [1] - 3:8
**BY** [17] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:18, 2:22, 3:3, 3:9, 3:14, 3:18, 3:23, 4:4, 4:14, 4:15

**C**

**calendar** [1] - 17:5
**calendars** [1] - 29:13
**CALIFORNIA** [1] - 2:5
**cancel** [2] - 17:7, 17:13
**canceled** [2] - 17:16, 17:17
**case** [6] - 6:22, 21:6, 21:22, 24:25
**CASES** [1] - 1:8
**cases** [3] - 28:21, 29:22, 31:25
**CASTEIX** [1] - 1:16
**Cathy** [3] - 32:17, 33:3, 33:12
**CATHY** [1] - 4:10
**Cathy_Pepper@laed .uscourts.gov** [1] - 33:14
**cathy_Pepper@laed. uscourts.gov** [1] - 4:13
**CCR** [2] - 4:10, 33:12
**Centola** [3] - 18:21, 20:5, 25:24
**CENTOLA** [2] - 2:7, 2:7
**Centola's** [1] - 25:21
**CENTRE** [1] - 3:10
**certain** [1] - 24:22
**certainly** [1] - 13:22
**CERTIFICATE** [1] - 33:1
**certification** [7] - 21:2, 24:5, 24:8, 24:9, 24:11, 24:17, 26:14
**certifications** [2] - 21:8, 24:24
**CERTIFIED** [1] - 4:10
**Certified** [3] - 33:3,

*OFFICIAL TRANSCRIPT*

33:4, 33:12
**certify** [1] - 33:7
**chaff** [1] - 8:14
**CHAFFE** [1] - 3:9
**challenge** [3] - 8:13, 19:7, 24:3
**challenged** [1] - 20:15
**chance** [1] - 7:18
**changed** [1] - 23:6
**characterization** [1] - 26:15
**charts** [1] - 11:5
**check** [1] - 10:9
**chips** [1] - 15:20
**Chris** [1] - 31:1
**CHRISTOPHER** [1] - 1:24
**CINCINNATI** [1] - 4:5
**CITY** [2] - 2:16, 2:23
**CIVIL** [1] - 1:6
**Civil** [1] - 21:5
**claims** [1] - 18:23
**clarification** [2] - 7:1, 20:21
**client** [1] - 15:5
**Clifton** [1] - 6:10
**CLIFTON** [1] - 3:18
**closely** [1] - 14:17
**closer** [1] - 13:8
**CMO** [3] - 18:15, 18:20, 24:12
**COFFIN** [8] - 1:23, 1:24, 6:20, 28:6, 31:1, 31:21, 31:23, 32:6
**coffin** [1] - 28:12
**Coffin** [1] - 31:1
**cold** [2] - 28:15, 29:17
**collect** [3] - 7:18, 7:20, 8:23
**collected** [12] - 8:24, 11:13, 21:11, 21:15, 21:17, 21:19, 22:1, 22:5, 22:9, 22:12, 22:17, 22:18
**collecting** [1] - 11:18
**collection** [8] - 7:14, 9:7, 11:22, 11:23, 11:25, 12:22, 22:7, 22:20
**coming** [5] - 11:10, 16:11, 16:22, 26:17, 27:15
**comment** [1] - 22:14
**committed** [1] - 29:4
**Committee** [1] - 31:7
**committee** [1] - 31:10
**committing** [1] - 9:10
**compared** [1] - 13:4

**competing** [1] - 11:24
**complete** [5] - 11:23, 26:12, 26:17, 30:23
**completed** [1] - 24:13
**completely** [3] - 9:23, 16:21, 28:16
**completion** [5] - 21:1, 21:2, 21:9, 26:14, 26:20
**COMPUTER** [1] - 4:15
**COMPUTER-AIDED** [1] - 4:15
**concede** [1] - 13:1
**concern** [8] - 10:10, 10:20, 12:6, 12:16, 15:15, 21:4, 23:25, 24:16
**concerned** [2] - 10:11, 21:18
**concerns** [4] - 15:10, 18:23, 19:3, 20:22
**concluded** [1] - 32:19
**conduct** [2] - 23:8, 23:17
**conducted** [1] - 24:8
**confer** [5] - 9:19, 19:4, 20:1, 25:20, 26:1
**CONFERENCE** [1] - 1:11
**conference** [10] - 6:18, 16:17, 16:18, 16:23, 17:7, 25:11, 25:24, 27:16, 28:5, 28:11
**conferences** [1] - 16:16
**conferred** [1] - 11:11
**confers** [1] - 6:23
**connected** [1] - 9:8
**consider** [3] - 11:22, 19:7, 25:7
**considered** [1] - 12:24
**consistent** [1] - 23:8
**consultant** [1] - 10:9
**CONTINENTAL** [1] - 2:4
**continue** [3] - 12:5, 23:14, 25:16
**CONTINUED** [3] - 2:1, 3:1, 4:1
**continues** [2] - 11:19, 28:14
**continuing** [1] - 24:18
**control** [1] - 30:13
**conversations** [1] - 25:1
**coordinate** [1] - 31:14
**coordinating** [1] - 31:11
**coordination** [1] -

31:7
**correct** [2] - 7:11, 33:7
**CORTINA** [1] - 4:8
**Cortina** [1] - 6:10
**cost** [1] - 15:2
**counsel** [1] - 28:20
**count** [2] - 18:6, 22:11
**country** [1] - 10:16
**couple** [1] - 8:17
**course** [1] - 31:11
**court** [2] - 9:6, 32:16
**COURT** [63] - 1:1, 4:10, 6:4, 6:7, 6:13, 6:16, 6:21, 7:2, 7:6, 7:22, 8:16, 9:2, 9:20, 9:25, 10:5, 10:8, 10:18, 12:18, 13:10, 13:20, 14:7, 15:16, 16:21, 17:17, 18:11, 18:18, 19:1, 19:14, 19:18, 19:25, 20:7, 20:13, 20:19, 21:5, 21:24, 22:8, 22:16, 23:7, 23:22, 24:3, 24:15, 25:8, 25:10, 25:14, 25:18, 25:20, 26:3, 26:9, 26:19, 27:5, 27:18, 27:20, 27:25, 28:8, 29:18, 29:25, 31:19, 31:22, 32:3, 32:7, 32:9, 32:11, 32:14
**Court** [14] - 9:13, 12:6, 12:16, 16:14, 18:16, 20:13, 21:10, 21:12, 24:7, 33:4, 33:5, 33:6, 33:13, 33:14
**Court's** [1] - 20:24
**courthouse** [1] - 21:7
**courtroom** [3] - 27:23, 28:1, 28:2
**cover** [1] - 30:16
**covers** [1] - 11:24
**Cox** [1] - 6:9
**COX** [1] - 4:7
**crapshoot** [1] - 28:2
**criteria** [1] - 25:7
**CRR** [2] - 4:10, 33:12
**CULBERTSON** [1] - 3:13
**cull** [1] - 7:6
**culled** [1] - 7:15
**culling** [1] - 7:16
**cumbersome** [1] - 16:25
**current** [1] - 20:16
**CUSTODIAL** [1] - 5:5
**custodial** [5] - 6:18, 14:4, 14:20, 18:3, 21:14

**custodian** [5] - 8:22, 11:23, 12:23, 15:24, 18:4
**custodians** [23] - 6:23, 7:4, 7:10, 7:24, 8:23, 9:2, 9:8, 9:11, 10:19, 10:23, 11:21, 13:1, 13:13, 15:9, 15:10, 15:18, 16:1, 21:17, 22:6, 22:10, 22:21, 22:24, 24:20
**cutoff** [1] - 21:22

# D

**Dan** [1] - 6:15
**DANIEL** [1] - 2:15
**data** [3] - 21:13, 21:17, 21:19
**date** [3] - 21:1, 29:10, 30:10
**dates** [8] - 28:22, 29:5, 29:8, 29:9, 30:3, 30:5, 30:9, 31:24
**DAVID** [1] - 1:19
**DAWN** [1] - 1:16
**days** [15] - 15:23, 16:20, 18:3, 18:6, 18:15, 20:25, 21:15, 21:20, 22:13, 23:13, 26:11, 26:12, 26:13, 30:4
**DC** [1] - 3:5
**DEADLINE** [1] - 5:5
**deadline** [17] - 6:18, 6:21, 9:10, 18:20, 21:24, 21:25, 22:2, 22:3, 23:25, 24:1, 24:21, 26:9, 26:13, 27:6, 27:7, 27:10, 28:16
**deadlines** [2] - 23:13, 24:2
**deal** [2] - 22:8, 29:19
**dealt** [1] - 29:20
**December** [4] - 16:17, 26:20, 27:6, 30:22
**decision** [1] - 26:18
**decisions** [1] - 12:12
**defendants** [3] - 12:22, 15:14, 18:3
**delay** [6] - 15:13, 15:14, 23:4, 23:8, 25:15
**depos** [1] - 26:18
**depose** [1] - 21:3
**deposition** [7] - 21:20, 28:19, 29:8, 29:9, 30:5, 31:18, 32:10

**depositions** [6] - 12:8, 28:17, 29:2, 30:16, 30:18, 30:24
**dermatologist** [1] - 28:18
**designate** [1] - 13:12
**designated** [6] - 15:24, 16:1, 16:4, 18:4, 18:5, 18:8
**designation** [3] - 6:22, 7:24, 20:15
**designations** [1] - 20:25
**determine** [1] - 8:22
**difference** [1] - 21:11
**discovery** [8] - 10:21, 13:10, 13:11, 16:23, 21:22, 23:17, 24:10, 26:20
**DISCOVERY** [1] - 1:11
**discussion** [1] - 14:16
**distinction** [2] - 21:23, 22:5
**District** [3] - 33:6, 33:14
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 3:18
**DOCETAXEL** [1] - 1:4
**doctors** [3] - 30:12, 31:23, 31:25
**document** [1] - 19:21
**DOCUMENT** [1] - 1:8
**documents** [17] - 8:4, 8:7, 8:9, 9:16, 10:3, 11:5, 11:10, 13:8, 13:23, 14:8, 15:4, 16:3, 19:16, 21:3, 22:12, 23:15, 25:16
**DOING** [1] - 3:8
**done** [10] - 8:3, 12:1, 17:1, 22:6, 23:24, 24:4, 26:8, 30:18, 31:9, 31:13
**door** [1] - 15:1
**down** [8] - 7:15, 7:16, 7:17, 9:14, 9:21, 10:10, 16:2, 26:7
**draw** [1] - 21:23
**dump** [2] - 14:24, 23:15

# E

**e-mail** [2] - 19:23, 32:15
**e-mails** [1] - 29:23
**early** [1] - 26:1
**easier** [2] - 27:22, 28:3

**Eastern** [1] - 33:6
**EASTERN** [1] - 1:1
**easy** [1] - 31:22
**effective** [1] - 11:9
**efficient** [2] - 10:2, 11:8
**efficiently** [1] - 25:7
**effort** [3] - 11:7, 12:2, 23:8
**EL** [1] - 2:5
**EMANUEL** [1] - 3:23
**encourage** [2] - 21:25, 23:14
**end** [3] - 10:3, 16:5, 24:9
**ENERGY** [1] - 3:10
**Engelhardt's** [1] - 16:17
**entered** [1] - 32:15
**entire** [1] - 12:10
**entitled** [1] - 33:9
**entry** [3] - 18:1, 25:5, 27:5
**ESI** [2] - 9:13, 23:21
**especially** [3] - 13:4, 28:10, 31:8
**ESQ** [17] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:18, 2:22, 3:3, 3:9, 3:14, 3:18, 3:23, 4:4, 4:7, 4:8
**etcetera** [1] - 28:18
**eventually** [1] - 11:12
**example** [1] - 21:13
**exchanged** [1] - 31:24
**expect** [2] - 9:25, 31:19
**experience** [1] - 30:14
**experts** [2] - 9:13, 9:21
**extensive** [1] - 12:2
**extent** [1] - 25:15
**extra** [1] - 9:9

## F

**face** [2] - 19:11, 19:21
**fact** [2] - 7:7, 22:23
**fair** [2] - 19:12, 19:20
**far** [5] - 9:2, 12:23, 13:4, 18:24, 31:23
**fashion** [1] - 15:12
**faster** [3] - 9:16, 15:4, 15:12
**February** [3] - 21:21, 28:16
**Federal** [1] - 21:5
**few** [1] - 28:24
**fewer** [1] - 16:3

**fifth** [1] - 14:24
**fight** [1] - 20:8
**figure** [1] - 14:11
**files** [2] - 14:5, 21:14
**final** [6] - 8:21, 18:10, 18:14, 24:5, 24:9, 25:4
**fine** [2] - 16:12, 28:6
**finish** [1] - 15:14
**FIRM** [2] - 2:10, 2:14
**firm** [2] - 30:7, 30:18
**first** [4] - 6:19, 20:17, 23:3, 29:21
**five** [2] - 14:19, 17:18
**flagging** [1] - 32:3
**FLOOR** [3] - 2:4, 3:15, 3:24
**flying** [1] - 16:22
**focus** [1] - 11:8
**focusing** [1] - 9:22
**folks** [3] - 14:14, 18:5, 22:12
**follow** [1] - 24:15
**followed** [1] - 14:4
**FOR** [8] - 1:16, 2:18, 3:7, 3:13, 3:17, 3:22, 4:3, 5:5
**forces** [1] - 30:10
**foregoing** [1] - 33:7
**foreign** [4] - 12:22, 12:23, 12:25, 13:1
**FORMERLY** [1] - 3:8
**forward** [2] - 10:17, 15:25
**four** [1] - 14:19
**frame** [1] - 15:1
**Friday** [2] - 12:10, 22:25
**Friday's** [1] - 8:19
**FRITCHIE** [1] - 2:18
**front** [2] - 15:9, 16:4
**full** [2] - 14:20, 16:20
**fully** [1] - 12:6
**future** [1] - 20:23

## G

**GAINSBURGH** [1] - 1:19
**generally** [1] - 28:25
**GEORGIA** [1] - 3:20
**GIBBS** [1] - 2:3
**given** [1] - 14:22
**Gonzales** [1] - 6:9
**GONZALEZ** [1] - 3:23
**GRAND** [1] - 2:22
**great** [1] - 9:17
**GREENBURG** [1] - 3:18

**group** [1] - 18:7
**GROUP** [1] - 2:3
**guess** [2] - 7:3, 7:11
**gut** [2] - 15:25, 16:2

## H

**half** [4] - 9:4, 12:9, 16:22, 30:22
**half-an-hour** [1] - 16:22
**hand** [1] - 30:10
**handful** [1] - 13:6
**handle** [1] - 18:19
**happy** [5] - 17:1, 17:10, 17:13, 17:24, 25:16
**hard** [2] - 23:24, 29:5
**HARDY** [2] - 2:21, 3:3
**HARLEY** [1] - 2:22
**hat** [1] - 12:2
**head** [1] - 26:24
**heads** [1] - 14:14
**hear** [2] - 18:12, 23:12
**HEARD** [1] - 1:11
**heard** [1] - 20:4
**hearing** [2] - 28:11, 29:15
**HEFNER** [1] - 2:15
**help** [1] - 8:22
**helpful** [1] - 11:20
**helps** [1] - 25:19
**hereby** [1] - 33:6
**HINSHAW** [1] - 3:13
**hold** [2] - 12:7, 15:10
**holiday** [1] - 10:16
**Honor** [22] - 6:12, 6:20, 8:2, 10:20, 13:19, 16:12, 18:10, 18:14, 20:22, 22:15, 23:21, 23:24, 24:6, 25:4, 25:13, 25:23, 26:22, 27:24, 28:6, 28:10, 31:1, 32:13
**HONORABLE** [1] - 1:11
**hope** [3] - 10:1, 18:8, 29:12
**hopeful** [1] - 16:6
**hopefully** [2] - 20:5, 32:5
**HOSPIRA** [4] - 3:7, 3:7, 3:8, 3:22
**hour** [1] - 16:22

## I

**idea** [2] - 7:23, 9:12

**ideal** [1] - 30:17
**identification** [2] - 6:25, 25:21
**identified** [8] - 6:22, 7:4, 7:8, 7:9, 13:18, 14:9, 22:6, 30:8
**identify** [3] - 13:12, 15:18, 22:10
**important** [4] - 13:3, 13:24, 13:25
**IN** [2] - 1:4, 6:4
**in-person** [1] - 16:16
**INC** [5] - 3:7, 3:9, 3:22, 4:3
**inclined** [1] - 7:2
**include** [1] - 18:16
**including** [1] - 14:5
**individual** [1] - 9:7
**INDUSTRIES** [1] - 3:13
**inform** [1] - 12:12
**information** [14] - 7:21, 11:13, 11:22, 12:12, 15:11, 18:24, 19:6, 20:9, 20:14, 22:1, 22:18, 23:10, 24:21, 26:16
**informed** [1] - 21:14
**initial** [1] - 28:17
**inquiry** [1] - 24:8
**instance** [1] - 8:15
**instead** [1] - 12:1
**intend** [1] - 12:6
**interest** [2] - 23:10, 31:13
**interim** [1] - 16:15
**Internet** [1] - 11:4
**involved** [5] - 10:15, 12:13, 29:8, 31:8, 31:25
**IRWIN** [1] - 2:18
**issue** [16] - 15:17, 15:23, 17:12, 18:1, 18:22, 20:10, 25:21, 26:3, 26:5, 28:13, 28:15, 29:1, 29:6, 29:15, 32:3, 32:5
**issues** [4] - 6:17, 16:11, 17:3, 18:15
**IT** [1] - 14:14
**iterative** [3] - 10:22, 12:5, 13:22

## J

**January** [1] - 28:25
**job** [1] - 9:22
**JOHN** [1] - 3:9
**John** [1] - 6:12

**ideal** (continued...)

**JUDGE** [1] - 1:12
**Judge** [1] - 16:17
**June** [1] - 30:24

## K

**KANSAS** [1] - 2:23
**KAREN** [1] - 2:3
**Kathleen** [1] - 6:9
**KATHLEEN** [1] - 3:14
**keep** [2] - 26:8, 30:11
**KELLY** [2] - 2:18, 3:14
**Kelly** [1] - 6:9
**keyword** [1] - 9:14
**kills** [1] - 16:20
**Kimberly** [1] - 6:10
**KIMBERLY** [1] - 4:4
**kind** [2] - 26:9, 28:1
**KINGSDORF** [1] - 1:16
**knows** [2] - 16:5, 30:24

## L

**lack** [1] - 20:8
**LAFAYETTE** [1] - 2:8
**laid** [1] - 14:20
**LAKE** [1] - 2:15
**LAMBERT** [1] - 1:20
**laptop** [1] - 9:8
**large** [1] - 30:21
**largely** [1] - 11:3
**last** [9] - 12:10, 15:7, 20:3, 20:4, 22:24, 28:10, 28:20, 30:24
**lasted** [1] - 17:18
**latitude** [1] - 16:18
**LAW** [3] - 2:3, 2:10, 2:14
**LAWRENCE** [1] - 2:7
**lawyer** [1] - 27:25
**lawyers** [2] - 31:8, 31:10
**least** [4] - 13:6, 16:7, 25:1, 31:24
**leave** [1] - 27:9
**left** [1] - 26:7
**LEMMON** [2] - 2:10, 2:11
**Lemmon** [1] - 6:11
**less** [3] - 16:3, 17:18, 29:7
**letter** [9] - 8:5, 8:9, 19:23, 20:2, 20:3, 25:25, 26:6, 27:4
**LIABILITY** [1] - 1:5
**limited** [2] - 12:3,

22:21
**line** [1] - 16:2
**lines** [1] - 23:17
**LinkedIn** [1] - 11:4
**list** [9] - 6:14, 7:7,
7:10, 7:15, 7:19,
8:22, 13:2, 13:3,
14:3
**LITIGATION** [1] - 1:5
**litigation** [1] - 12:10
**LLC** [2] - 3:7, 3:23
**log** [7] - 18:25, 19:18,
19:19, 20:9, 20:14,
20:16, 20:18
**look** [3] - 13:3, 13:8,
15:11
**looked** [1] - 11:17
**looking** [5] - 9:16,
12:11, 12:20, 14:19,
19:16
**lose** [3] - 30:21, 30:22
**LOUISIANA** [10] - 1:1,
1:6, 1:17, 1:21, 1:25,
2:8, 2:12, 2:19, 3:11,
4:12
**Louisiana** [2] - 33:5,
33:6
**low** [1] - 8:8
**LTD** [1] - 3:13

## M

**MADISON** [1] - 3:24
**MAGISTRATE** [1] -
1:12
**mail** [2] - 19:23, 32:15
**mails** [1] - 29:23
**manage** [1] - 18:15
**MARA** [1] - 3:23
**Mara** [1] - 6:9
**March** [2] - 21:21,
21:22
**MARKOFF** [4] - 2:14,
2:15, 6:15
**Markoff** [1] - 6:15
**MARTZELL** [1] - 2:7
**MASSACHUSETTS**
[1] - 3:15
**material** [4] - 6:19,
18:3, 25:22, 26:4
**MATERIAL....... ** [1] -
5:5
**MATERIAL.................**
[1] - 5:7
**matter** [2] - 17:2, 33:9
**MCCALL** [1] - 3:9
**McVoy** [2] - 9:13,
10:13
**mean** [5] - 14:18, 15:6,

18:18, 18:19, 24:19
**MECHANICAL** [1] -
4:14
**mechanics** [1] - 29:3
**MEET** [1] - 5:6
**meet** [9] - 6:23, 9:18,
16:8, 19:3, 19:25,
20:1, 25:6, 25:11,
25:20
**meeting** [1] - 16:8
**mentioned** [2] - 9:6,
12:13
**MENZIES** [2] - 2:3,
6:25, 7:5, 7:11, 9:23,
10:9, 10:20, 12:20,
18:21, 19:2, 19:16,
19:19, 20:3, 20:12,
20:17, 20:20, 21:8,
22:4, 22:14, 22:23,
23:19, 23:23, 24:12,
25:15, 25:19, 26:5,
26:11, 27:14, 27:19,
28:7, 32:8, 32:10,
32:13
**Menzies** [3] - 13:21,
27:4, 28:12
**Menzies'** [1] - 8:8
**Merit** [2] - 33:4, 33:13
**MERIT** [1] - 4:11
**MERRELL** [1] - 3:18
**Merrell** [1] - 6:10
**met** [1] - 11:11
**MEUNIER** [1] - 1:20
**MICHAEL** [1] - 1:11
**microphone** [1] -
18:12
**might** [4] - 9:16, 12:9,
17:5, 22:18
**million** [2] - 8:7, 8:11
**minute** [5] - 18:1,
23:9, 25:5, 27:5,
32:15
**minutes** [1] - 17:18
**miss** [1] - 6:11
**missed** [1] - 6:12
**MISSOURI** [1] - 2:23
**Monday** [1] - 20:16
**money** [4] - 10:2,
13:9, 15:5, 17:25
**month** [1] - 26:21
**months** [1] - 13:17
**MOORE** [1] - 2:18
**moots** [1] - 7:7
**morning** [1] - 27:16
**most** [3] - 11:8, 15:1,
28:21
**move** [4] - 8:13, 10:17,
15:12, 30:19
**moving** [2] - 31:16,
31:17

**MR** [34] - 6:12, 6:15,
6:20, 8:2, 8:17, 9:3,
10:1, 10:6, 13:19,
13:21, 14:16, 16:12,
17:15, 18:10, 18:13,
19:23, 20:1, 20:16,
23:20, 24:5, 25:4,
25:9, 25:13, 25:23,
26:22, 27:24, 28:6,
28:10, 29:23, 30:1,
31:1, 31:21, 31:23,
32:6
**MS** [32] - 6:25, 7:5,
7:11, 9:23, 10:9,
10:20, 12:20, 18:21,
19:2, 19:16, 19:19,
20:3, 20:12, 20:17,
20:20, 21:8, 22:4,
22:14, 22:23, 23:19,
23:23, 24:12, 25:15,
25:19, 26:5, 26:11,
27:14, 27:19, 28:7,
32:8, 32:10, 32:13

## N

**named** [2] - 12:23,
13:4
**names** [7] - 7:16, 11:9,
12:14, 13:23, 13:24,
14:3
**narrow** [1] - 14:15
**NE** [1] - 3:19
**near** [1] - 20:23
**necessarily** [2] - 29:6,
30:17
**necessary** [1] - 7:20
**need** [13] - 7:1, 10:18,
13:8, 13:11, 15:14,
19:3, 19:7, 20:13,
23:13, 26:13, 26:14,
29:12
**needing** [1] - 29:2
**needs** [1] - 11:17
**neighborhood** [2] -
8:6, 8:10
**net** [1] - 17:11
**network** [1] - 9:9
**never** [1] - 9:21
**NEW** [11] - 1:6, 1:17,
1:21, 1:25, 2:8, 2:12,
2:19, 3:11, 3:24,
4:12
**next** [10] - 9:3, 11:20,
12:19, 13:15, 16:16,
17:11, 17:23, 26:2,
30:21
**nine** [2] - 9:3, 14:3
**NO** [1] - 1:6

**nobody** [1] - 30:12
**noncustodian** [1] -
26:4
**NONCUSTODIAN** [1] -
5:7
**NORTH** [1] - 1:11
**nothing** [1] - 11:16
**notice** [1] - 17:8
**noticed** [1] - 6:13
**notices** [1] - 28:19
**noticing** [1] - 30:6
**NOVARTIS** [1] - 3:17
**November** [6] - 16:9,
18:6, 27:8, 28:11,
29:15, 31:16
**NOVEMBER** [2] - 1:7,
6:3
**NOVEMBER..............**
**....** [1] - 5:6
**number** [3] - 19:12,
19:20, 22:21
**numbered** [1] - 33:9
**numbers** [1] - 8:5
**NW** [1] - 3:4

## O

**o'clock** [2] - 27:20,
28:8
**objections** [2] - 19:1,
23:2
**obligated** [1] - 19:6
**obligation** [1] - 15:18
**obviously** [1] - 7:20
**occasionally** [1] -
16:18
**occur** [1] - 21:20
**October** [2] - 18:5,
28:19
**OF** [5] - 1:1, 1:11, 5:5,
5:6, 5:7
**office** [1] - 28:4
**Official** [2] - 33:5,
33:13
**OFFICIAL** [1] - 4:10
**often** [4] - 16:8, 16:10,
17:22, 25:2
**OHIO** [1] - 4:5
**OKLAHOMA** [2] - 2:16
**Olinde** [1] - 6:12
**OLINDE** [2] - 3:9, 6:12
**ON** [1] - 5:6
**once** [1] - 15:23
**one** [28] - 6:19, 8:19,
10:25, 11:24, 11:25,
12:1, 14:5, 16:13,
16:17, 17:8, 17:11,
17:17, 17:18, 17:20,
17:23, 18:10, 18:14,

19:3, 20:21, 21:4,
24:5, 25:4, 27:25,
28:10, 30:7, 31:6,
32:8
**ones** [4] - 13:4, 16:4,
22:11
**ongoing** [1] - 13:11
**OOT** [18] - 3:3, 8:2,
8:17, 9:3, 10:1, 10:6,
18:10, 18:13, 19:23,
20:1, 20:16, 23:20,
24:5, 25:4, 25:9,
25:13, 26:22, 27:24
**Oot** [2] - 11:19, 16:20
**OPEN** [1] - 6:4
**open** [1] - 27:9
**operating** [2] - 18:2,
23:16
**opportunity** [3] -
13:12, 16:9, 17:2
**optics** [2] - 8:25, 9:11
**optimization** [1] - 9:15
**order** [10] - 8:18, 14:8,
15:17, 15:23, 19:10,
22:2, 24:25, 26:13,
26:19, 27:2
**ordered** [1] - 12:16
**organizational** [1] -
11:5
**original** [4] - 11:1,
11:2, 11:13, 21:12
**ORLEANS** [9] - 1:6,
1:17, 1:21, 1:25, 2:8,
2:12, 2:19, 3:11,
4:12
**otherwise** [4] - 10:24,
11:4, 12:7, 26:18
**overall** [3] - 14:22,
15:2, 23:7

## P

**p.m** [1] - 32:18
**P.M** [1] - 1:7
**PAGE** [1] - 5:3
**pages** [1] - 15:7
**PALMER** [1] - 1:20
**PARKWAY** [1] - 2:15
**part** [4] - 7:18, 9:23,
16:12, 25:5
**partially** [1] - 18:22
**particular** [2] - 20:15,
30:7, 30:16
**particularly** [2] -
15:25, 29:9
**past** [3] - 8:3, 14:3,
29:20
**path** [1] - 10:10
**Patrick** [1] - 14:17

**PATRICK** [1] - 3:3
**paying** [1] - 11:8
**PENDLEY** [1] - 1:23
**people** [2] - 16:4, 18:12
**PEPPER** [1] - 4:10
**Pepper** [3] - 33:3, 33:11, 33:12
**per** [1] - 19:10
**person** [2] - 16:16, 30:17
**perspective** [1] - 29:1
**PFIZER** [2] - 3:9, 3:22
**PHARMA** [1] - 4:3
**PHARMACEUTICAL** [1] - 3:13
**phone** [7] - 6:8, 16:25, 18:12, 27:12, 27:22, 28:2, 29:12
**physicians** [1] - 31:12
**pick** [1] - 10:22
**picked** [1] - 12:2
**PIEDMONT** [1] - 3:19
**places** [1] - 11:4
**plaintiff** [1] - 6:15
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [10] - 6:21, 7:8, 20:13, 23:15, 24:17, 28:18, 29:9, 30:2, 31:2, 31:20
**Plaintiffs** [1] - 31:7
**plaintiffs'** [3] - 8:12, 8:21, 15:18
**planning** [1] - 13:7
**play** [1] - 16:5
**players** [1] - 12:13
**PLC** [1] - 29:4
**plenty** [2] - 9:5, 19:2
**plus** [2] - 15:7, 28:18
**point** [4] - 18:10, 18:14, 21:10, 24:5
**points** [1] - 31:11
**pool** [1] - 28:17
**possible** [2] - 8:25, 10:12
**post** [1] - 6:22
**potential** [1] - 31:24
**POYDRAS** [7] - 1:17, 1:21, 1:24, 2:11, 2:19, 3:10, 4:11
**preference** [2] - 27:24, 30:6
**prepared** [1] - 12:18
**prescribers** [4] - 28:18, 29:10, 30:8, 30:9
**PRESENT** [1] - 4:7
**pretty** [3] - 8:8, 12:2, 13:3

**preview** [2] - 28:14, 31:5
**previewing** [1] - 29:14
**previously** [4] - 6:22, 7:4, 7:8, 7:9
**privilege** [4] - 18:15, 18:24, 19:5, 19:19
**privileged** [2] - 18:23, 25:22
**problem** [8] - 17:12, 27:12, 29:21, 31:4, 31:15, 31:19, 32:2, 32:6
**problems** [1] - 25:3
**procedure** [2] - 18:2, 24:24
**Procedure** [1] - 21:5
**proceedings** [2] - 32:18, 33:9
**PROCEEDINGS** [3] - 1:11, 4:14, 6:1
**process** [13] - 10:15, 10:21, 10:22, 11:3, 11:18, 12:5, 12:22, 13:2, 13:22, 15:4, 19:15, 25:17, 26:7
**produce** [5] - 14:4, 14:8, 18:3, 22:24, 24:21
**PRODUCED** [1] - 4:15
**produced** [2] - 8:10, 15:6
**producing** [1] - 23:10
**production** [9] - 6:18, 6:24, 10:4, 12:10, 14:20, 21:16, 23:8, 24:13, 26:3
**PRODUCTION** [2] - 5:5, 5:7
**productions** [3] - 14:25, 21:25, 23:21
**PRODUCTS** [1] - 1:4
**products** [1] - 19:10
**prompted** [1] - 11:15
**proposals** [2] - 8:17, 23:2
**propose** [3] - 9:12, 10:6, 18:18
**proposed** [1] - 23:3
**protocol** [3] - 23:21, 30:5, 32:10
**provisions** [1] - 27:3
**PSC** [3] - 18:22, 25:6, 29:4
**PTO** [1] - 19:10
**public** [1] - 11:3
**punt** [1] - 28:24
**purpose** [1] - 22:2
**put** [6] - 8:5, 13:2, 14:14, 15:20, 18:20,

29:11

## Q

**quarter** [2] - 8:7, 8:11
**QUINN** [1] - 3:23
**quote** [1] - 7:4

## R

**raise** [1] - 17:3
**raised** [2] - 19:3, 20:22
**ramifications** [1] - 21:2
**rate** [2] - 8:7, 14:23
**RATLIFF** [10] - 2:22, 13:19, 13:21, 14:16, 16:12, 17:15, 25:23, 28:10, 29:23, 30:1
**Ratliff** [8] - 19:4, 20:6, 23:9, 31:3, 31:5, 31:11, 31:15, 32:3
**RE** [1] - 1:4
**reached** [1] - 10:1
**reaching** [2] - 31:9, 31:10
**real** [2] - 8:13, 17:24
**realistic** [2] - 15:1, 15:8
**reality** [2] - 15:3, 31:4
**realize** [1] - 12:3
**really** [8] - 7:2, 11:7, 11:15, 12:1, 17:1, 17:11, 26:8, 30:12
**REALTIME** [1] - 4:10
**Realtime** [2] - 33:3, 33:12
**reason** [4] - 9:20, 9:21, 18:20, 26:19
**reasonable** [2] - 8:1, 14:12, 24:8
**received** [3] - 9:3, 19:23, 20:4
**receiving** [2] - 23:11, 29:16
**recognize** [1] - 7:19
**recognizing** [1] - 23:24
**record** [5] - 6:9, 32:12, 32:15, 32:17, 33:8
**RECORDED** [1] - 4:14
**redacted** [2] - 19:17, 25:22
**redaction** [2] - 19:12, 19:22
**redactions** [8] - 18:23, 19:2, 19:4, 19:9,

19:10, 19:20, 19:21, 25:21
**reference** [1] - 25:6
**refine** [2] - 25:12, 25:16
**reflect** [1] - 27:6
**Registered** [1] - 33:3
**REGISTERED** [1] - 4:11
**registered** [1] - 33:13
**regular** [1] - 16:10
**regularly** [1] - 23:20
**RELATES** [1] - 1:8
**remaining** [1] - 10:19
**remind** [1] - 21:12
**reporter** [1] - 32:16
**REPORTER** [4] - 4:10, 4:10, 4:11, 18:11
**Reporter** [7] - 33:3, 33:4, 33:5, 33:12, 33:13, 33:13
**REPORTER'S** [1] - 33:1
**representation** [1] - 15:19
**request** [2] - 23:23, 26:23
**requested** [1] - 32:1
**requires** [1] - 19:11
**research** [1] - 11:3
**respond** [3] - 15:23, 27:3, 30:4
**responded** [2] - 28:21, 28:24
**responding** [1] - 20:2
**response** [4] - 9:18, 14:23, 24:13, 26:1
**responsive** [4] - 8:4, 8:7, 10:13, 26:23
**review** [2] - 9:5, 11:5
**reviewers** [1] - 8:4
**reviewing** [1] - 8:4
**revisit** [2] - 18:19, 27:12
**revisiting** [1] - 27:7
**RFPs** [1] - 24:14
**RMR** [2] - 4:10, 33:12
**road** [1] - 7:17
**ROAD** [1] - 3:19
**roll** [1] - 30:15
**rolling** [1] - 14:25
**room** [1] - 29:6
**ROOM** [1] - 4:11
**round** [2] - 11:10, 11:21
**rub** [1] - 14:1
**Rules** [1] - 21:5
**rules** [1] - 24:15
**running** [1] - 17:7

**rush** [1] - 15:14

## S

**S.A** [1] - 2:18
**s/Cathy** [1] - 33:11
**safety** [1] - 17:11
**Samuel** [1] - 6:10
**SAMUEL** [1] - 4:8
**SANDOZ** [1] - 3:17
**sanofi** [1] - 11:12
**SANOFI** [2] - 2:18
**save** [1] - 17:25
**saw** [3] - 8:9, 26:6, 26:22
**scared** [1] - 9:10
**schedule** [10] - 14:2, 14:13, 14:19, 15:8, 17:8, 17:10, 17:14, 17:23, 23:21, 30:13
**scheduled** [2] - 16:16, 29:2
**schedules** [1] - 31:14
**scheduling** [3] - 8:18, 23:25, 29:3
**search** [15] - 8:12, 9:14, 9:22, 10:2, 14:15, 22:16, 22:19, 22:21, 23:1, 23:3, 23:6, 24:18, 25:6, 25:12
**searched** [1] - 24:22
**seat** [1] - 6:7
**second** [5] - 9:12, 10:25, 11:10, 21:10, 26:5
**secondly** [1] - 8:21
**see** [6] - 8:8, 8:19, 8:20, 11:24, 16:13
**seeing** [1] - 14:22
**seeking** [1] - 21:8
**sending** [1] - 29:23
**sent** [5] - 20:3, 21:12, 27:4, 28:19, 28:22
**served** [1] - 18:25
**set** [9] - 10:14, 20:6, 21:24, 22:2, 23:13, 24:15, 27:10, 28:4, 31:17
**setting** [1] - 27:6
**several** [1] - 9:17
**SHOOK** [2] - 2:21, 3:3
**short** [1] - 17:8
**side** [1] - 9:5
**sides** [2] - 7:5, 30:15
**signed** [2] - 32:11, 32:12
**significant** [1] - 26:24
**simultaneously** [3] -

10:17, 23:20, 29:24
**single** [2] - 29:10, 30:10
**sit** [2] - 9:14, 9:21
**situation** [3] - 15:13, 29:11, 30:23
**situations** [2] - 20:8, 30:7
**sleeves** [1] - 30:15
**slice** [1] - 7:2
**small** [1] - 30:18
**solve** [1] - 31:22
**someone** [1] - 15:24
**sometimes** [4] - 28:3, 30:9, 30:14
**somewhere** [2] - 8:6, 8:10
**soon** [3] - 10:5, 10:8, 10:11
**sooner** [1] - 22:7
**sorry** [1] - 11:1
**sort** [8] - 7:7, 15:13, 15:15, 15:17, 16:5, 16:15, 18:2, 21:2
**sounds** [1] - 16:12
**source** [1] - 7:13
**speaking** [2] - 10:17, 29:24
**Speaking** [1] - 23:20
**spelled** [1] - 19:24
**spend** [1] - 13:9
**spending** [1] - 15:5
**spent** [1] - 15:6
**standard** [1] - 18:2
**start** [3] - 13:14, 30:5, 30:21
**STATE** [1] - 3:14
**State** [1] - 33:4
**STATES** [2] - 1:1, 1:12
**States** [2] - 33:5, 33:14
**status** [6] - 16:15, 16:16, 16:23, 25:10, 25:25, 28:11
**STATUS** [1] - 1:11
**stay** [2] - 8:18, 10:11
**Steering** [1] - 31:7
**STENOGRAPHY** [1] - 4:14
**still** [3] - 10:17, 20:4, 27:3
**STREET** [11] - 1:17, 1:21, 1:24, 2:8, 2:11, 2:19, 3:4, 3:10, 3:14, 4:4, 4:11
**strong** [1] - 17:15
**stuff** [1] - 26:8
**subject** [1] - 27:7
**subpoenas** [1] - 29:25

**substantial** [1] - 26:20
**substantially** [2] - 24:12, 26:11
**suggested** [2] - 9:14, 28:24
**SUGUNDO** [1] - 2:5
**SUITE** [8] - 1:17, 1:21, 1:24, 2:12, 2:15, 2:19, 3:4, 4:5
**SULLIVAN** [1] - 3:23
**SUN** [1] - 3:13
**Sunday** [2] - 9:4, 14:3
**surprise** [3] - 12:21, 32:4
**system** [2] - 26:25, 28:2

### T

**table** [1] - 15:21
**talks** [1] - 24:12
**TAXOTERE** [1] - 1:4
**TELEPHONE** [1] - 4:7
**telephone** [2] - 25:1, 27:21
**telephonically** [4] - 16:19, 17:10, 17:24, 28:5
**ten** [8] - 11:21, 13:7, 13:14, 13:15, 14:3, 21:15, 27:20, 28:8
**term** [1] - 9:14
**TERMINUS** [1] - 3:19
**terms** [15] - 8:12, 9:15, 9:22, 14:1, 14:15, 15:2, 22:16, 22:19, 22:21, 23:1, 23:3, 23:6, 25:12, 30:2
**Thanksgiving** [1] - 14:6
**THE** [63] - 1:11, 1:16, 5:6, 6:7, 6:13, 6:16, 6:21, 7:2, 7:6, 7:22, 8:16, 9:2, 9:20, 9:25, 10:5, 10:8, 10:18, 12:18, 13:10, 13:20, 14:7, 15:16, 16:21, 17:17, 18:11, 18:18, 19:1, 19:14, 19:18, 19:25, 20:7, 20:13, 20:19, 21:5, 21:24, 22:8, 22:16, 23:7, 23:22, 24:3, 24:15, 25:8, 25:10, 25:14, 25:18, 25:20, 26:3, 26:9, 26:19, 27:5, 27:18, 27:20, 27:25, 28:8, 29:18, 29:25, 31:19, 31:22, 32:3,

32:7, 32:9, 32:11, 32:14
**they've** [8] - 7:14, 13:14, 13:17, 21:18, 22:1, 22:9, 22:12, 31:25
**thinking** [1] - 17:20
**THIS** [1] - 1:8
**thoughts** [1] - 20:24
**throughout** [1] - 8:19
**throw** [1] - 11:9
**tied** [1] - 29:7
**timely** [2] - 15:12, 23:10
**timing** [4] - 6:23, 20:21, 29:1, 29:3
**TO** [1] - 1:8
**today** [5] - 6:18, 10:22, 26:13, 26:21, 28:9
**together** [1] - 14:15
**tomorrow** [2] - 8:24, 12:15
**ton** [2] - 12:11, 23:24
**took** [2] - 11:6, 14:19
**top** [1] - 26:24
**topics** [1] - 24:20
**totally** [1] - 12:24
**track** [1] - 27:3
**tranches** [1] - 11:2
**TRANSCRIPT** [2] - 1:11, 4:14
**transcript** [1] - 33:7
**TRANSCRIPTION** [1] - 4:15
**TRAURIG** [1] - 3:18
**travel** [1] - 16:19
**traveling** [1] - 17:25
**trial** [1] - 28:17
**true** [1] - 33:7
**try** [6] - 9:21, 10:22, 11:8, 13:5, 14:15, 14:20
**trying** [6] - 7:12, 10:6, 14:11, 17:8, 30:8, 30:23
**TUESDAY** [2] - 1:7, 6:3
**two** [14] - 6:21, 7:24, 8:18, 10:6, 11:21, 11:24, 13:17, 14:5, 14:8, 16:20, 17:17, 17:18, 21:16, 27:9

### U

**ULMER** [1] - 4:3
**ultimately** [1] - 23:5
**under** [5] - 18:14,

23:21, 27:1, 27:3, 30:4
**unilaterally** [1] - 30:6
**United** [2] - 33:5, 33:14
**UNITED** [2] - 1:1, 1:12
**unless** [3] - 10:24, 12:6, 12:16
**unquote** [1] - 7:4
**up** [12] - 7:3, 7:17, 10:3, 10:14, 10:25, 15:9, 16:11, 17:4, 17:9, 20:6, 25:3, 30:15
**updates** [1] - 11:19
**URQUHART** [2] - 2:18, 3:23

### V

**vacuum** [1] - 10:25
**various** [2] - 28:21, 28:22
**vendor** [1] - 14:17
**versus** [1] - 15:12
**VIA** [1] - 4:7
**VINE** [1] - 4:4
**volume** [2] - 11:12, 14:22

### W

**waiting** [2] - 14:23, 23:2
**wants** [2] - 13:18, 31:5
**WARSHAUER** [1] - 1:20
**WASHINGTON** [1] - 3:5
**waste** [1] - 10:2
**week** [15] - 12:4, 12:19, 13:5, 13:7, 13:15, 14:6, 14:24, 20:3, 20:4, 22:24, 24:10, 26:1, 26:2, 30:21
**weeks** [12] - 6:22, 7:24, 9:17, 10:6, 14:5, 14:8, 14:19, 21:16, 27:9, 30:22, 30:24
**whatsoever** [1] - 18:25
**wheat** [1] - 8:14
**WHEREUPON** [1] - 32:18
**whole** [1] - 11:2
**window** [2] - 17:12, 30:18

**witnesses** [1] - 21:3
**Wool** [1] - 9:13
**wool** [1] - 10:15
**works** [4] - 14:12, 14:13, 18:9, 28:2
**WORLDWIDE** [3] - 3:7, 3:8, 3:22
**written** [1] - 26:1

### Y

**y'all** [4] - 9:25, 13:16, 14:8, 32:14
**yesterday** [1] - 14:18
**yesterday's** [1] - 8:5
**YORK** [2] - 3:24
**you-all** [2] - 25:20, 27:21