# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SARA MULLEN, | : : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | ORDER Civil Action No.: 2:17-cv-01262 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Sara Mullen, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), submits this Memorandum in Support of her Motion for Leave to File an Amended Short Form Complaint.

The original suit was filed in this matter based upon the belief by Plaintiff that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on February 13, 2017, shortly after she became aware of claims associated with Taxotere use. In the original suit, only the Sanofi-related entities were named as party defendants and the Sanofi-related entities were subsequently served pursuant to the Court's Pretrial Order No. 9. Subsequent to the filing of her original lawsuit, and after diligent and persistent investigation by counsel, Plaintiff discovered that the Taxotere/Docetaxel at issue may not have been manufactured and/or marketed by the Sanofi-related defendants.

On October 16, 2017, Plaintiff filed a Motion for Leave to File an Amended Short Form

Complaint[1] because Plaintiff had been unable to obtain information to confirm the identity of the proper defendant(s).  By way of this motion, Plaintiff sought to name additional defendants pending receipt of information to confirm the identity of the proper defendant(s).

On November 7, 2017, after repeated attempts, Plaintiff received a completed form from the facility where she underwent chemotherapy identifying Hospira as the manufacturer of the Docetaxel injections she was administered.  Accordingly, Plaintiff requests leave to file an Amended Short Form Complaint naming Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as the party defendants.  Plaintiff's Amended Short Form Complaint would not name Sanofi and Sanofi-related entities as party defendants.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.  Further, defendants will not be prejudiced by Plaintiff's Amended Short Form Complaint.  For the foregoing reasons, Plaintiff requests that this Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Respectfully submitted this the 22nd day of November, 2017.

>/s/ Frederick B. Darley, III
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFF

---

[1] Doc. 966.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ Frederick B. Darley, III*
                                                    Frederick B. Darley, III