MINUTE ENTRY
NORTH, M.J.
NOVEMBER 21, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A discovery status conference was held on this date.

PARTICIPATING:    Palmer Lambert    Harley Ratliff
                         Karen Menzies     Douglas Moore
                         David Miceli        John Olinde
                         Dawn Barrios

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:30)