BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*2:17-cv-11737*<br>*Michelle Anderson* | HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi S.A., and Aventis Pharma S.A from the above-captioned action in the Taxotere (Docetaxel) ProductsLiability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  November 27, 2017                Respectfully submitted,

/s/ C. Brooks Cutter
C. Brooks Cutter
Jennifer S. Domer
**Cutter Law, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Tel: (916) 290-9400
Fax: (916) 588-9330
bcutter@cutterlaw.com
jdomer@cutterlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  November 27, 2017                                  /s/ C. Brooks Cutter
                                                                                                                     C. Brooks Cutter