UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)       *    16-MDL-2740
PRODUCTS LIABILITY LITIGATION      *
                                   *
                                   *    Section N
                                   *
Relates To All Cases               *    November 21, 2017
                                   *
```
*****************************************************************

REPORTER'S OFFICIAL TRANSCRIPT OF THE

**TELEPHONIC STATUS CONFERENCE**

BEFORE THE HONORABLE MICHAEL B. NORTH,
UNITED STATES MAGISTRATE JUDGE.

*****************************************************************


**APPEARANCES:**

**For the Plaintiffs:**

                        Karen Menzies, Esq.
                        Palmer Lambert, Esq.
                        David Miceli, Esq.
                        Dawn Barrios, Esq.

**For the Defendants:**

                        Harley Ratliff, Esq.
                        Douglas Moore, Esq.
                        John Olinde, Esq.


**REPORTED BY:**    Mary V. Thompson, RMR, FCRR
                   500 Poydras Street, Room B-275
                   New Orleans, Louisiana  70130
                   (504)589-7783

OFFICIAL TRANSCRIPT

```
                          P R O C E E D I N G S


             THE COURT:  All right.  I've got on the phone
   Palmer Lambert, Karen Menzies, David Miceli, and Dawn Barrios for
   the plaintiffs.
             MS. BARRIOS:  Yes, sir.
             THE COURT:  For the defendants I've got Harley Ratliff,
   Douglas Moore, and John Olinde, correct?  Am I missing anyone?
             (No response.)
             THE COURT:  Okay. All right.  So now I'm looking at --
   I'm looking at Ms. Menzies's letter, and it looks like this is a
   much narrower issue than I thought when I read Mr. Ratliff's
   letter.  Are we talking about three doctors?
             MS. MENZIES:  Yes, Your Honor.
             MR. RATLIFF:  Your Honor, this is Harley Ratliff.  I
   don't think that's a correct representation.  I haven't seen
   Ms. Menzies' letter.  I've been traveling all day so I don't know
   when that got sent.
             THE COURT:  Here's what I've been told by plaintiffs'
   counsel, that the only issue for me to address is whether
   plaintiffs should be forced to depose three physicians in
   December as opposed to January.  And those three physicians are
   Drs. Verghese, Jancich, and Gurtler.
             As to Dr. Verghese, I'm told that -- I don't know if
   this is a he or a she, but I'm told that that doctor is available
```

**OFFICIAL TRANSCRIPT**

```
                1   on January 9th, 10th, or 11th.  I'm told that the other two
                2   doctors are available any day in January except for five days.
                3           These are the only three doctors that the plaintiffs
                4   say they have a problem with.
04:32:38        5           MR. RATLIFF:  Your Honor, Harley Ratliff.  If I can
                6   address that for a moment.
                7           You know, we have to take almost 30 of these doctor
                8   depositions before February 6th, and we originally started asking
                9   for dates for these doctors on October 26th so almost a month ago
04:32:55       10   at this point.  At no point until Thursday of last week were we
               11   told that the Plaintiff Steering Committee's position was they
               12   would take no doctor deposition -- or they wouldn't allow us to
               13   go forward with any doctor deposition until 2018.
               14           THE COURT:  Hold on.  Stop right there.  I'm telling
04:33:16       15   you that I've been told by the plaintiffs that that is not their
               16   position.
               17           Is that correct, Ms. Menzies?
               18           MR. MERRELL:  Our position, Your Honor, is that we
               19   prefer to take these in January because we do want the documents
04:33:33       20   and a chance to look at them.  However, the defendants have
               21   agreed to January for all other of the doctors without objection
               22   except for these three.  So these are the only ones that we
               23   understand the defendants are insisting on their notices
               24   standing, and we gave you the update as to the specific issues
04:33:52       25   for each of these doctors.
```

OFFICIAL TRANSCRIPT

```
 1              The two on the 14th -- as I mentioned, December 14th,
 2   we have conflicts.  We also have the Toledo, Ohio versus
 3   New Orleans thing.
 4              And then the only one remaining was Dr. Gurtler for
 5   December 18th.  However, we learned just this morning -- and
 6   we've updated our letter with this -- that Dr. Gurtler was never
 7   asked for a date, neither her or her office manager, and she
 8   absolutely cannot do that date because she's the only one in her
 9   office.  Her partner is on maternity leave.
10              So we are happy to get her set, but it's going to have
11   to be after the holidays.
12              THE COURT:  Are you-all in agreement -- do you have
13   every other one of these depositions scheduled already?
14              MS. MENZIES:  Yes.
15              MR. RATLIFF:  Your Honor, this is Harley.
16              If we're talking about these three depositions, which
17   we had noticed and we had confirmed dates and that were
18   unilaterally canceled by the plaintiffs, I mean, that's one
19   issue.
20              The other issue is we still have the other 26 doctors
21   to get noticed and get dates and get deposed, and we would like
22   to be able to move forward with those.
23              Frankly, we would have liked to have been able to move
24   forward with those in November if anyone had gotten back to us.
25   And we certainly would like to go and move forward with other
```

OFFICIAL TRANSCRIPT

```
04:35:29
04:35:48
04:36:07
04:36:25
04:36:50
```

 1  depositions of these doctors in December so we're not looking at
 2  taking nearly 30 depositions of just doctors in January before
 3  the February 6th cutoff.  In fact, we have available dates from
 4  three more doctors that we received yesterday, all in December,
 5  that we can all be available for.
 6          But if the PSC's position is they will not attend a
 7  deposition until 2018, that's going to create an enormous
 8  cascading effect on the overall trial schedule.
 9          And when Ms. Menzies says, Well, we're not available,
10  there are 14 or 15 members of the PSC, not to mention individual
11  plaintiff's counsel, who certainly can be available for these
12  depositions.  There are scores of attorneys on their side, and
13  we've got to be able to walk and chew gum at the same time and
14  get these depositions scheduled.  Otherwise, we run a very real
15  risk of pushing the trial schedule that Judge Engelhardt wants.
16          And we had --
17          THE COURT:  Hold on.  I already agreed with that
18  proposition when y'all were here last week.  Okay?  There are too
19  many lawyers involved in this case for a lawyer or two's
20  schedule -- calendar conflict to prevent or push off for a month
21  any of these depositions.
22          Let me ask a question.
23          Again, I'm being told by Ms. Menzies that the only
24  disagreement is about these three doctors so have all of the
25  other doctors that you-all have identified as being necessary

OFFICIAL TRANSCRIPT

```
                1  deponents been scheduled?
                2          MS. MENZIES:  Your Honor, this is Karen Menzies.
                3          On the October 26th date, they asked for 17 of those.
                4  All of those have been agreed to except for these three.
04:37:07        5          The defendants -- now that Harley is saying there are
                6  additional ones that he learned of yesterday, that's news to us.
                7  We're happy to try to work with them on that front, but to try to
                8  get those in December -- again, we raised a concern about the
                9  documents.
04:37:21       10          But this is something new to us.  We've been trying to
               11  get these depos set without fail, and when we -- and the process
               12  for the depo protocol includes a meaningful meet-and-confer.
               13  When we have the meaningful meet-and-confer, we get them set.
               14  That's why we have all but three set.
04:37:39       15          It's when we get a "if you don't tell us by this date,
               16  we're noticing this doctor," and even the doctor doesn't know
               17  about the date necessarily, that's when we run into problems.
               18  That's how we got into problems with these three.
               19          THE COURT:  Here's what we're going to do.
04:37:53       20          MR. RATLIFF:  Your Honor --
               21          THE COURT:  Hold on.  I'm going to tell you-all that
               22  waiting for documents to take these depositions is not going to
               23  work.  Okay?  You cannot -- you're not going to take a position
               24  across the board that these depositions are going to have to wait
04:38:08       25  until January because you're waiting on document productions.
```

OFFICIAL TRANSCRIPT

```
04:38:24


04:38:41



04:38:57




04:39:13




04:39:35
```

1  That had not been discussed before I got these letters, and that
2  is not going to work.  So you-all need to schedule these
3  depositions without regard to that issue.
4           If you've got a problem with that, you're going to have
5  to deal with the fact -- you're going to have to deal with
6  Judge Engelhardt and the schedule that he has set because I'm
7  going to make sure that you-all get these depositions done within
8  the time that has been allotted.  Okay?
9           The three depositions that I discussed earlier, you-all
10 just -- you need to work on scheduling them.  If they have to
11 happen in early January for those three, then that's when they
12 have to happen.
13          As to these additional nine that apparently are where
14 some of the sticking points are, Ms. Menzies is right, the
15 deposition protocol requires y'all to sit down and try to pick
16 dates.  And I want y'all to do that.  And I want y'all to do that
17 informed by what I said a moment ago, which is we're not going to
18 set an arbitrary, artificial starting point based on the
19 production of documents.
20          If you can set them in December, then set them in
21 December.  There are enough lawyers in the case that the lawyer's
22 calendar should not be an issue.  And that's the only way that
23 we're going to be able to proceed and get this done within the
24 schedule as it is set right now.  All right?
25          MR. RATLIFF:  Thank you, Your Honor.  This is Harley

**OFFICIAL TRANSCRIPT**

```
 1  again.
 2           The only concern I had was the position that was told
 3  to me directly by Mr. Coffin and Ms. Menzies yesterday which was
 4  that they would take no doctor depositions until January of 2018.
 5  That was their hard-line position, and that's what I was
 6  operating under was that express comment and position that I
 7  asked them to commit to yesterday, and that's what I was told.
 8           THE COURT:  And my response to that is in a perfect
 9  world -- or in Ms. Menzie's and Mr. Coffin's perfect world, that
10  may be true, but that's not going to work.
11           If we can do these depositions in December, then we
12  need to do them in December.  There's not enough time to wait
13  until January.
14           MR. RATLIFF:  Okay.
15           MS. MENZIES:  Okay.  Thank you, Your Honor.  We
16  appreciate that.
17           Let me just ask a follow-up question on these three.
18           So Dr. Gurtler, she is not available on the 18th no
19  matter what.  We know we have to move her to January.
20           And then on December 14th, the other two that we
21  mentioned, as you noted I have offered dates in January that he
22  is available.  And then also the 14th is Mr. Coffin's client, and
23  he is not available due to the previous -- he's not available on
24  the 14th.  So those may need to go -- we are taking the position
25  that even just for scheduling purposes alone, those need to be
```

```
 1  put into January and we have many dates that were available in
 2  January.
 3           I don't want to have to come back to the Court on those
 4  issues because we already know we have conflicts with those
 5  three.
 6           THE COURT:  All right.  Well, look --
 7           MS. MENZIES:  We ask for your guidance on those three.
 8           THE COURT:  I'm fine with you-all moving these three as
 9  you suggested in the letter.
10           And I'm going to say this:  You are going to run into
11  situations where one of these plaintiffs is represented by one of
12  the lawyers who is involved in the MDL, and I'm not saying that
13  that can never create a conflict but you-all need to try to work
14  around that.
15           And to say that, Oh, I've got to be in two places at
16  once -- you-all really need to sit down and determine whether
17  that lawyer needs to be in both of those depositions and not just
18  take a position across the board.
19           MS. MENZIES:  Okay.
20           THE COURT:  Because that lawyer is going to have
21  partners in his own law firm that can handle the deposition.  And
22  if we use those sorts of conflicts and we allow them to create
23  barriers, we're going to have problems that we can't overcome
24  with this schedule.
25           MS. MENZIES:  We appreciate that, Your Honor.  And we
```

OFFICIAL TRANSCRIPT

```
 1  want to get it done, too.  So we -- yeah, thank you for the
 2  guidance.
 3          THE COURT:  All right.  Well --
 4          MR. RATLIFF:  Judge, I just want to make sure I was
 5  clear.  The admonition you just made, Your Honor, about those
 6  sorts of conflicts not being sufficient, those are the conflicts
 7  that are being advanced on -- and I just got the letter.  I
 8  didn't get the prior transmission when it was apparently sent
 9  earlier today.  I think Ms. Barrios had a snafu with my e-mail.
10          But anyway, those issues are what were advanced as the
11  reason to push those into January.  So are we to meet-and-confer
12  with them, given your comments, to see when those depositions
13  should happen in December or January once we have the opportunity
14  to confer with them and the doctors?
15          Because I think what's happened here is these were
16  confirmed dates and set and then are being canceled and other
17  dates being proposed by their side.
18          I just want to get clarity on has the decision on these
19  been made or whether this is something we should talk about in
20  light of what Your Honor just said.
21          THE COURT:  I made a decision on these three.  That
22  does not mean that, in considering whether these -- this is a
23  true conflict, you-all can't attempt to reschedule these first
24  two particularly sometime between the dates that are set now and
25  January.
```

OFFICIAL TRANSCRIPT

1            It doesn't sound, from reading this letter, like that's
2  possible, but it may be that Ms. Menzies didn't ask these doctors
3  for deposition dates before January 1st.  And if that's the case,
4  then let's see if they're available in December.
5            Because I've just told you-all that an arbitrary start
6  date of January 1st isn't going to work.  So if those doctors are
7  available some other time during December, you should explore
8  that.
9            MR. RATLIFF:  Thank you, Your Honor.  We would like to
10 do that because they were available in December until Ms. Menzies
11 canceled them.
12           THE COURT:  All right.  Well this --
13           MS. MENZIES:  Your Honor --
14           THE COURT:  Hold on.
15           MS. MENZIES:  -- that's not accurate.  That is not
16 accurate, Your Honor.  Dr. Gurtler --
17           THE COURT:  Ms. Menzies -- Ms. Menzies, I'm not having
18 an argument about what happened.  Okay?  I'm only concerned about
19 what's going to happen next.
20           MS. MENZIES:  I appreciate that, Your Honor.  I just
21 want to make sure the record is clear.
22           THE COURT:  What I'm saying is that if these doctors
23 can be rescheduled in December, then you should try to do it.
24           MR. RATLIFF:  All right.  Understood, Your Honor.
25 Thank you.

```
 1            THE COURT:  Okay.  All right.  Thank you all.
 2            MS. MENZIES:  Thank you for your time, Your Honor.
 3                             (Proceedings adjourned.)
 4
 5                           *  *  *
 6                        CERTIFICATE
 7
 8      I hereby certify this ^ day of ^, 2017, that the
 9 foregoing is, to the best of my ability and understanding, a true
10 and correct transcript of the proceedings in the above-entitled
11 matter.
12
13                                     /s/ Mary V. Thompson
14                                  _____
15                                      Official Court Reporter
```

OFFICIAL TRANSCRIPT