UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)           MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

THIS DOCUMENT RELATES TO:              SECTION "N" (5)

*Audrey Reed et al. v. Sanofi S.A., et al., Case No. 2:17-cv-4946*
*Mary Gidcomb et al. v. Sanofi S.A., et al., Case No. 2:17-cv-4972*
*Cynthia Grant v. Sanofi S.A., et al., Case No. 2:17-cv-05013*
*Loretta Molt et al. v. Sanofi S.A., et al., Case No. 2:17-cv-08883*
*Victoria Jackson et al. v. Sanofi S.A., et al., Case No. 2:17-cv-7056*
*Joyce Rasmussen v. Sanofi S.A., et al., Case No. 2:17-cv-4840*

## ORDER

On September 27, 2017, this Court issued Pretrial Order 61 (Rec. Doc. 877), which dismissed Counts Two and Eight of Plaintiffs' First Amended Master Long Form Complaint (Rec. Doc. 689) and allowed an individual plaintiff fourteen (14) days from the date of Pretrial Order No. 61 to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Thus, the deadline to file a motion for leave to file an Amended Short Form Complaint to include such state law claims was October 11, 2017.

On October 18, 2017, after several deficient filings, Plaintiffs' counsel filed motions for leave to amend in the following cases: 1. A*udrey Reed et al. v. Sanofi S.A., et al.,* Case No. 2:17-cv-4946 (Motion to For Leave to Amend, Rec. Doc. 987); 2. *Mary Gidcomb et al. v. Sanofi S.A., et al.,* Case No. 2:17-cv-4972 (Motion for Leave to Amend, Rec. Doc. 989); 3. *Cynthia Grant v. Sanofi S.A., et al*., Case No. 2:17-cv-05013 (Motion for Leave to Amend, Rec. Doc. 985); 4. *Loretta Molt et al. v. Sanofi S.A., et al.,* Case No. 2:17-cv-08883 (Motion for Leave to Amend, Rec. Doc. 991); 5. *Victoria Jackson et al. v. Sanofi S.A., et al*., Case No. 2:17-cv-7056 (Motion for Leave to Amend, Rec. Doc. 988); 6. *Joyce Rasmussen v. Sanofi S.A., et al.,* Case No. 2:17-cv-

4840 (Motion for Leave to Amend, Rec. Doc. 990). On October 31, 2017, counsel for Defendants filed oppositions to each of these motions for leave to amend. *See* Rec. Docs. 1058, 1059, 1060, 1061, 1062, and 1063. Thereafter, on November 14, 2017, Plaintiffs' counsel then filed six (6) new motions for leave to amend relevant to the cases listed above.

**IT IS ORDERED** that the motions for leave to amend (Rec. Docs. 1088, 1089, 1090, 1091, 1092, and 1093), filed on November 14, 2017, are **STRICKEN** from the record, as such motions are untimely. Furthermore, in the interest of avoiding duplicative filings and maintaining clarity in the record, Plaintiffs' counsel are advised to review the Local Rules of the United States District Court for the Eastern District of Louisiana, review the "CM/ECF- Electronic Filing" page on the Court's website, and consult with Plaintiffs' Liaison Counsel as necessary prior to filing documents in the record.

New Orleans, Louisiana, this 28th day of November, 2017.

                                    _____
                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**