MINUTE ENTRY
NORTH, M.J.
NOVEMBER 30, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A discovery/status conference was held on this date.

PARTICIPATING BY PHONE:   Palmer Lambert      Harley Ratliff
                                      Karen Menzies       Patrick Oot
                                      David Miceli       Kelly Bieri
                                      Zachary Wool       Cliff Merrell
                                      Larry Centola
                                      Dan Markoff
                                      Andrew Lemmon

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:05)