IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| CONSTANCE A. SLONE | ) ) | SECTION "N" (5) |
| Plaintiff, | ) ) ) | HON. KURT D. ENGELHARDT |
| v. | ) ) ) | MAG. JUDGE NORTH |
| SANOFI S.A., ET AL. | ) ) | Civil Action No. 2:17-cv-11369 |
| Defendants. | ) ) | |

### NOTICE TO ISSUE SUMMONS

COMES NOW counsel for Plaintiff, and respectfully requests the Clerk issue summons on the amended short form complaint to the following defendants:

1. Sandoz, Inc.- 100 College Road West, Princeton, NJ 08540;

2. Accord Healthcare- 1009 Slater Rd., Ste. 210B, Durham, NC 27703;

3. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.- CT Corporation, 208 S. LaSalle St., #814, Chicago, IL 60604;

4. Hospira, Inc.- CT Corporation, 208 S. LaSalle St., #814, Chicago, IL 60604; and

5. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharamceutical Laboratories Ltd.

1

Dated: December 1, 2017						Respectfully Submitted,

*/s/ David F. Miceli*
David F. Miceli (GA Bar No. 503900)
Holly Nighbert (MO Bar No. 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com

*Attorneys for Plaintiff*