UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | MDL NO. 2740 PRODUCTS SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| Roxann Johnson, | COMPLANT & JURY DEMAND |
| Plaintiff(s), | Civil Action No.: |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide Inc., Hospira Inc, Sun Pharma Global FZE, Sun Pharma Global Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., & Actavis Pharma Inc., | |
| Defendant(s) | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Roxann Johnson

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Current State of Residence: Colorado

5. State in which Plaintiff(s) allege(s) injury: Colorado

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A. Sanofi S.A.
   ☐ B. Aventis Pharma S.A.
   ☒ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   ☒ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☒ A. Sandoz, Inc.
   ☒ B. Accord Healthcare, Inc.
   ☒ C. McKesson Corporation d/b/a McKesson Packaging
   ☒ D. Hospira Worldwide Inc.
   ☒ E. Hospira Inc
   ☒ F. Sun Pharma Global FZE
   ☒ G. Sun Pharma Global Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   ☒ H. Caraco Pharmaceutical Laboratories Ltd.
   ☒ I. Pfizer Inc.

☒ J. Actavis LLC f/k/a Actavis Inc.

☒ K. Actavis Pharma Inc.

☐ L. Other:

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for District of Colorado

9. Brand Product(s) used by Plaintiff (check applicable):

☒ Taxotere
☐ Docefrez
☐ Docetaxel Injection
☐ Docetaxel Injection Concentrate
☐ Unknown
☐ Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 4/1/16 - 11/16/16

11. State in which Product(s) identified in question 9 was/were administered:

> Colorado

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent/Persistent Alopecia

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☐ Count II – Strict Products Liability for Misrepresentation
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit
☐ Count VIII – Breach of Express Warranty (Sanofi Defendants only)

☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

**Hilliard Martinez Gonzales LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFF**

5