UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Lori Schultz of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  December 4, 2017

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ *Lori Schultz*
Lori Schultz
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: lschultz@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

8511003 v1