UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : JUDGE ENGELHARDT <br> : MAG. JUDGE NORTH |
|     Plaintiff, | : <br> : |
| vs. | : Civil Action No.: 2:16-CV-17790 <br> : |
| SANOFI S.A., et al. | : <br> : |
|     Defendants. | : <br> : <br> : |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW

COMES NOW Plaintiff Cheryl Doerfler, by and through the undersigned counsel, and moves the Court to withdraw the following documents from the docket:

    Plaintiff's Motion for Leave to File Amend Short Form Complaint; Document No. 1047

    Exhibit A to Motion for Leave to Amend Short Form Complaint; Document No. 1047-1

    Summons in a Civil Action - Hospira Worldwide, LLC; Document No. 1047-2

    Summons in a Civil Action – Hospira, Inc.; Document No. 1047-3

    Plaintiff's Memorandum in Support of Motion for Leave to File Amended Short Form Complaint; Document No. 1047-4

    Notice of Submission; Document No. 1047-5

    Proposed Order Granting Plaintiff's Motion for Leave to File Amended Short Form Complaint; Document No. 1047-6

    Respectfully submitted this 4th day of December 2017.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segunda, CA  90245
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com

*Attorney for Plaintiff Cheryl Doerfler*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segunda, CA  90245
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com