**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:16-CV-17790 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : : : : | |

## ORDER

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Unopposed Motion to Withdraw docket numbers 1047 through 1047-6 in the above captioned matter.

SO ORDERED this ____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT