UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| FAYE CHANDLER | |
| Plaintiff(s), | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| vs. | ORDER |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. LLC, and SANDOZ, INC. | Civil Action No.: 2:16-cv-16047 |
| Defendants. | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1118) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint, which was attached as Exhbit A to Plaintiff's Motion.

New Orleans, Louisiana this  29th  day of  November , 2017 .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1