UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

Tina Collins v. Hospira Worldwide, LLC,
Case No.: 17-cv-08371
_____

ORDER GRANTING PLAINTIFF'S
UNOPPOSED/CONSENT MOTION FOR LEAVE TO AMEND HER COMPLAINT
_____

Considering Plaintiff's Unopposed/Consent Motion for Leave to Amend her Complaint (Rec. Doc. 1126), **IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this  29th  day of   November  , 2017.

_____
THE HONORABLE KURT D. ENGELHARDT
United States District Judge