UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SARA MULLEN, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | ORDER |
| | : | Civil Action No.: 2:17-cv-01262 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 1134) in the above captioned matter.

New Orleans, Louisiana this  28th  day of  November , 2017 .

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE