**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : | JUDGE ENGELHARDT |
| | : | MAG. JUDGE NORTH |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No.: 2:16-CV-17790 |
| | : | |
| SANOFI S.A., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**ORDER**

THE COURT being fully advised on the matter and having reviewed the file and
pleadings in this matter, hereby GRANTS Plaintiff's Unopposed Motion to Withdraw
docket numbers 1047 through 1047-6 (Rec. Doc. 1149) in the above captioned matter.

New Orleans, Louisiana, this  4th  day of  December , 2017.


**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**