UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHERYL LYNNE DOERFLER, | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:16-CV-17790 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Cheryl Doerfler, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her Second Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff contacted Defendants' Liaison counsel, and Defendants do not oppose the relief requested.

Respectfully submitted this 6th day of December 2017.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segunda, CA  90245
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com

*Attorney for Plaintiff Cheryl Doerfler*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

>*/s/ Karen Barth Menzies*
>Karen Barth Menzies (*pro hac vice*)
>**GIBBS LAW GROUP LLP**
>400 Continental Blvd., 6th Floor
>El Segunda, CA  90245
>Phone:  (510) 350-9240
>Fax:  (510) 350-9701
>Email:  kbm@classlawgroup.com