UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER SCHEDULING STATUS CONFERENCE

An in-person status conference in the above matter is hereby SCHEDULED for December 14, 2017 at 10:00 a.m. before Magistrate Judge Michael B. North, Hale Boggs Building, Room B419, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this  5th  day of  December , 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE