## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOERE (DOCETAXEL)**      **MDL NO. 2740**
      **PRODUCTS LIABILITY**
      **LITIGATION**      **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**

*Debra Chetta v. Sanofi S.A., et al.*
Case No. 2:16-cv-12043
*Lisa Tuyes v. Sanofi S.A., et al.*
Case No. 2:16-cv-15473
*Deborah Johnson v. Sanofi S.A., et al.*
Case No. 2:16-cv-15607
*Della Martin v. Sanofi S.A., et al.*
Case No. 2:16-cv-15678
*Cynthia Thibodeaux v. Sanofi S.A., et al.*
Case No. 2:16-cv-15859
*Antoinette Durden v. Sanofi S.A., et al.*
Case No. 2:16-cv-16635
*Elizabeth Kahn vs. Sanofi S.A., et al.*
Case No. 2:16-cv-17039
*Barbara Earnest v. Sanofi S.A., et al.*
Case No. 2:16-cv-17144
*Tanya Francis v. Sanofi S.A., et al.*
Case No. 2:16-cv-17410

## PSC MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS FOR NINE BELLWETHER PLAINTIFFS

NOW INTO COURT come nine Trial Plaintiffs, Debra Chetta, Lisa Tuyes, Deborah Johnson, Della Martin, Cynthia Thibodeaux, Antoinette Durden, Elizabeth Kahn, Barbara Earnest, and Tanya Francis, identified in Case Management Order 3 (Rec. Doc. 669) through the Plaintiffs' Steering Committee ("PSC"), who respectfully request leave to each file amended Short Form Complaints, using the revised Exemplar Short Form Complaint in Pretrial Order No. 55 (Rec. Doc. 688). The Plaintiffs Liaison Counsel has met and conferred with both Defendants' Liaison Counsel and Defendants do not oppose Plaintiffs' request.

Copies of the proposed amended Short Form Complaints are jointly attached as Exhibit A. A proposed Order is attached as Exhibit B.

WHEREFORE, Plaintiffs pray that their attached proposed Order be entered and, accordingly, that each Trial Plaintiff be granted leave to file amended Short Form Complaint.

Dated: December 6, 2017

Respectfully submitted,

Betsy Barnes
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com

*Counsel for Plaintiffs, Deborah Johnson, Della Martin, Cynthia Thibodeaux, and Lisa Tuyes*

J. Kyle Bachus
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

*Counsel for Plaintiff, Barbara Earnest*

Christopher L. Coffin
Nicholas R. Rockforte
Jessica A. Perez
Pendley, Baudin & Coffin, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

*Counsel for Plaintiffs, Antoinette Durden and Elizabeth Kahn*

T. Aaron Stringer
Mark D. Hesiak
Zachary P. Lowe
Nathan Buttars
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Phone: (801) 917-8500
Fax: (801) 917-8484
aaron@lowelawgroup.com
pete@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff, Tanya Francis*

Andrew J. Geiger
Allan Berger & Associates
4173 Canal Street
New Orleans, LA 70119
Phone: (504) 526-2222
Fax: (504) 483-8130
ageiger@allan-berger.com

*Counsel for Plaintiff, Debra Chetta*

### FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*


*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

### PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com


Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
dmiceli@simmonsfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ M. Palmer Lambert</u>
M. PALMER LAMBERT