UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Debra Chetta v. Sanofi S.A., et al.*
Case No. 2:16-cv-12043
*Lisa Tuyes v. Sanofi S.A., et al.*
Case No. 2:16-cv-15473
*Deborah Johnson v. Sanofi S.A., et al.*
Case No. 2:16-cv-15607
*Della Martin v. Sanofi S.A., et al.*
Case No. 2:16-cv-15678
*Cynthia Thibodeaux v. Sanofi S.A., et al.*
Case No. 2:16-cv-15859
*Antoinette Durden v. Sanofi S.A., et al.*
Case No. 2:16-cv-16635
*Elizabeth Kahn vs. Sanofi S.A., et al.*
Case No. 2:16-cv-17039
*Barbara Earnest v. Sanofi S.A., et al.*
Case No. 2:16-cv-17144
*Tanya Francis v. Sanofi S.A., et al.*
Case No. 2:16-cv-17410

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS FOR TRIAL PLAINTIFFS**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS the above captioned Plaintiffs' through the Plaintiff Steering Committee's Motion for Leave to File Amended Short Form Complaints for the above captioned Plaintiffs. (Rec. Doc. ___) in the above captioned matter.

New Orleans, Louisiana this ____ day of _____, 2017.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**EXHIBIT B**