UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § | MDL No. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Adrienne Carter vs. Sanofi S.A. et al,* | | Civil Action No.: 2:17-cv-00586 |

## **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Adrienne Carter, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. In addition, Plaintiff has identified new defendants that may be responsible for supplying the medicine at issue, based on the date of her exposure. She requests to add those defendants at this time.

Dated this 6th day of December, 2017

                                                            Respectfully submitted,

                                                            FERNELIUS SIMON PLLC

                                                            /s/ C. Brannon Robertson
                                                            Steve Stephen M. Fernelius
                                                            Texas State Bar No. 06934340
                                                            C. Brannon Robertson
                                                            Texas State Bar No. 24002852
                                                            Ryan M. Perdue
                                                            Texas State Bar No. 24046611
                                                            1221 McKinney, Suite 3200
                                                            Houston, Texas 77010
                                                            Telephone: (713) 654-1200
                                                            Facsimile: (713) 654-4039
                                                            steve.fernelius@trialattorneytx.com

brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the Defendants, we have been unable to reach an agreement at this time.

/s/ C. Brannon Robertson
C. Brannon Robertson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 6th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson