UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL No. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| *Adrienne Carter vs. Sanofi S.A. et al,* | |
| | Civil Action No.: 2:17-cv-00586 |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Master Complaint against Defendants Sanofi S.A., Aventis Pharma, S.A., and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S. Since that time, Plaintiffs have identified additional possible Defendants based on the date they entered the market for Taxotere. Plaintiff has not yet been able to obtain the product code identifying the manufacturer of the Taxotere that she took, or otherwise identify the manufacturer. As a result, out of an abundance of caution, Plaintiff seeks leave to file an Amended Short Form Complaint naming additional Defendants that had entered the market as of her dates of Taxotere use.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. No party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated December 6, 2017

        FERNELIUS SIMON PLLC

        <u>/s/ C. Brannon Robertson</u>
        Steve Stephen M. Fernelius
        Texas State Bar No. 06934340
        C. Brannon Robertson
        Texas State Bar No. 24002852
        Ryan M. Perdue
        Texas State Bar No. 24046611
        1221 McKinney, Suite 3200
        Houston, Texas 77010
        Telephone: (713) 654-1200
        Facsimile: (713) 654-4039
        steve.fernelius@trialattorneytx.com
        brannon.robertson@trialattorneytx.com
        ryan.perdue@trialattorneytx.com