UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § | MDL No. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE ENGELHARDT |
| | | MAG. JUDGE NORTH |
| *Adrienne Carter vs. Sanofi S.A. et al,* | | |
| | | Civil Action No.: 2:17-cv-00586 |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 19, 2017, at 9:30 a.m.

Respectfully submitted this 6th day of December, 2017

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 6th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson