UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § | MDL No. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH Civil Action No.: 2:17-cv-00586 |
| THIS DOCUMENT RELATES TO: | | |
| Meredith Landis v. Sanofi S.A., et al, Sandoz, Inc.,Hospira Worldwide Inc., Hospira, Inc., Sun Pharma Global Inc | | |

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter.

SO ORDERED this_____ day of_____ , 2017.

JUDGE, UNITED STATES DISTRICT COURT

_____