UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § § | MDL No. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-00586 |
| THIS DOCUMENT RELATES TO: | | |
| Meredith Landis v. Sanofi S.A., et al, Sandoz, Inc.,Hospira Worldwide Inc., Hospira, Inc., Sun Pharma Global Inc | | |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 19, 2017, at 9:30 a.m.

Respectfully submitted this 6th day of December, 2017

          Respectfully submitted,

          FERNELIUS SIMON PLLC

          /s/ C. Brannon Robertson
          Steve Stephen M. Fernelius
          Texas State Bar No. 06934340
          C. Brannon Robertson
          Texas State Bar No. 24002852
          Ryan M. Perdue
          Texas State Bar No. 24046611
          1221 McKinney, Suite 3200
          Houston, Texas 77010
          Telephone: (713) 654-1200

Facsimile: (713) 654-4039  
steve.fernelius@trialattorneytx.com  
brannon.robertson@trialattorneytx.com  
ryan.perdue@trialattorneytx.com  

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 6th day of December, 2017.

/s/ C. Brannon Robertson  
C. Brannon Robertson