```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

****************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION
                                        MDL No. 16-2740
VS.                                     Section "N"
                                        New Orleans, Louisiana
                                        November 30, 2017
THIS DOCUMENT RELATES TO
ALL CASES

****************************************************************

            TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
       HEARD BEFORE THE HONORABLE JUDGE MICHAEL B. NORTH
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFFS: | MR. ZACHARY WOOL<br>Barrios Kingsdorf & Casteix<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana  70139 |
| | MR. M. PALMER LAMBERT<br>Gainsburgh Benjamin David<br>  Meunier & Warshauer<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana  70163 |
| | MS. KAREN B. MENZIES<br>Gibbs Law Group<br>400 Continental Boulevard<br>6th Floor<br>El Segundo, California  90245 |
| | MR. LAWRENCE J. CENTOLA<br>Martzell Bickford & Centola<br>338 Lafayette Street<br>New Orleans, Louisiana  70130 |

```
 1                                    MR. DANIEL P. MARKOFF
                                      Atkins & Markoff Law Firm
 2                                    9211 Lake Hefner Parkway
                                      Suite 104
 3                                    Oklahoma City, Oklahoma   73120

 4
                                      MR. DAVID F. MICELI
 5                                    Simmons Hanly Conroy
                                      One Court Street
 6                                    Alton, Illinois   62002

 7
                                      MR. ANDREW LEMMON
 8                                    Lemmon Law Firm
                                      650 Poydras Street
 9                                    Suite 2335
                                      New Orleans, LA 70130
10
     FOR SANOFI S.A.:
11                                    MR. HARLEY V. RATLIFF
                                      MS. KELLY GARRITY BIERI
12                                    Shook, Hardy & Bacon
                                      2555 Grand Boulevard
13                                    Kansas City, Missouri   64108

14                                    MR. PATRICK OOT
                                      Shook, Hardy & Bacon
15                                    1155 F Street NW
                                      Suite 200
16                                    Washington, DC 20004

17

18   FOR SANDOZ, A NOVARTIS           MR. R. CLIFTON MERRELL
     DIVISION:                        Greenburg Traurig
19                                    Terminus 200
                                      3333 Piedmont Road, NE
20                                    Atlanta, GA   30305

21
     Official Court Reporter:         Lanie M. Smith, RPR, CRR
22                                    500 Poydras Street, B-275
                                      New Orleans, Louisiana 70130
23                                    (504) 589-7782

24
          Proceedings recorded by mechanical stenography,
25   transcript produced via computer.
```

**P R O C E E D I N G S**

THE COURT: Good morning, everyone. All right. So for the record I just want to indicate who's on the phone for the plaintiffs. We have Karen Menzies, Zachary Wool, Larry Centola, Dan Markoff, Dave Miceli, Andrew Lemmon and Palmer Lambert.

Anyone else?

All right. For sanofi, we have Harley Ratliff Patrick Oot and Kelly Bieri.

Anyone else?

MR. RATLIFF: That's correct, Your Honor.

THE COURT: For the 505(b)(2) defendants, Cliff Merrell.

MR. MERRELL: Yes, Your Honor.

THE COURT: All right. So I've got correspondence from everyone. It doesn't sound like we've got any specific issues that we need to resolve today; is that correct?

MS. MENZIES: That's correct.

MR. LAMBERT: That's correct, Your Honor.

THE COURT: The only thing that kind of leapt out at me was the observation from the sanofi defendants about the holidays and the workload; and while I'm not going to order any changes to any deadlines, I'll just say this: To the extent that there's a deadline associated with any of the deadlines

1   that I recently set that falls, you know, on or near Christmas
2   or the end of the year, that the plaintiffs would be willing to
3   give some relief on in terms of a few days or a week that might
4   free up some time for the folks working on the defense side, I
5   think that would be appropriate; but I'm going to leave that to
6   you-all to work out if the plaintiffs think it's feasible if,
7   in fact, that's even the case, all right?
8           MR. LAMBERT:  Thank you, Your Honor.
9           THE COURT:  Okay.  I think we've got another meeting on
10  the calendar already although I don't have it in front of me.
11  Do you-all have it?
12          MR. LAMBERT:  I believe it's December 14th, Your Honor.
13          THE COURT:  Good.  I'll see you-all on December 14th
14  and obviously I'll be up here if anything comes up in the
15  meantime.
16          MS. MENZIES:  Thank you, Your Honor.
17          MR. MERRELL:  This is Cliff Merrell for the Sandoz
18  defendants.  I just want to confirm -- is it 10:00 a.m. on
19  December 14th?
20          THE COURT:  I think that's right.
21          MR. MERRELL:  That's what I have.
22          THE COURT:  All right.  I'll see you-all then.
23          MS. MENZIES:  Your Honor, this is Karen Menzies for the
24  plaintiffs.  Real quick I just wanted to just let you know we
25  may be in touch with you as we said a little bit sooner.  We

```
 1    have, what we expect, the first custodial certified completion
 2    is today and a more thorough privilege log we're looking
 3    forward to and we're finalizing some meet-and-confer --
 4    Mr. Centola is with Mr. Ratliff.  So you might hear from us
 5    next week requesting maybe another conference call.  I just
 6    wanted to preview that for you.
 7              THE COURT:  Okay.  I'll be here.
 8              MS. MENZIES:  Thank you very much.
 9              THE COURT:  All right.  Thanks, y'all.
10          (WHEREUPON, the proceedings were adjourned.)
11                              * * * *
12                       REPORTER'S CERTIFICATE
13         I, Lanie M. Smith, CRR, RPR, Official Court
      Reporter, United States District Court, Eastern District of
14    Louisiana, do hereby certify that the foregoing is a true and
      correct transcript, to the best of my ability and
15    understanding, from the record of the proceedings in the
      above-entitled and numbered matter.
16
17                             ___/s/ Lanie M. Smith_____
                                  Official Court Reporter
```