UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § | MDL No. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-09345 |
| THIS DOCUMENT RELATES TO:<br><br>*Lee Ann Thomas v. Sanofi S.A., et al, Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma Inc.* | | |

## **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter.

SO ORDERED this _____ day of _____ , 2017.

JUDGE, UNITED STATES DISTRICT COURT

_____