UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § | MDL No. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |
| *Dawn Harry v. Sanofi S.A., et al, Hospira Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide Inc., Sun Pharma Global Inc.* | | Civil Action No.: 2:17-cv-09351 |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 22, 2017, at 9:30 a.m.

Respectfully submitted this 8th day of December, 2017

                                                        Respectfully submitted,

                                                        FERNELIUS SIMON PLLC

                                                        /s/ C. Brannon Robertson
                                                        Steve Stephen M. Fernelius
                                                        Texas State Bar No. 06934340
                                                        C. Brannon Robertson
                                                        Texas State Bar No. 24002852
                                                        Ryan M. Perdue
                                                        Texas State Bar No. 24046611
                                                        1221 McKinney, Suite 3200
                                                        Houston, Texas 77010
                                                        Telephone: (713) 654-1200
                                                        Facsimile: (713) 654-4039

           steve.fernelius@trialattorneytx.com
          brannon.robertson@trialattorneytx.com
           ryan.perdue@trialattorneytx.com

          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of December, 2017.

            /s/ C. Brannon Robertson
            C. Brannon Robertson