UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL No. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| *Randi Goldberg v. Sanofi S.A., et al., Sandoz, Inc., Accord Healthcare, Inc.,Hospira Worldwide LLC f/k/a Hospira Worldwide Inc., Hospira Inc.* | Civil Action No.: 2:17-cv-09357 |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 22, 2017, at 9:30 a.m.

Respectfully submitted this 8th day of December, 2017

        Respectfully submitted,

        FERNELIUS SIMON PLLC

        /s/ C. Brannon Robertson
        Steve Stephen M. Fernelius
        Texas State Bar No. 06934340
        C. Brannon Robertson
        Texas State Bar No. 24002852
        Ryan M. Perdue
        Texas State Bar No. 24046611
        1221 McKinney, Suite 3200
        Houston, Texas 77010
        Telephone: (713) 654-1200
        Facsimile: (713) 654-4039
        steve.fernelius@trialattorneytx.com

brannon.robertson@trialattorneytx.com<br>
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson