UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, _____ | § § § § § § § | MDL No. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |

*Betty Weldon v. Sanofi S.A., et al, Sandoz, Inc., Accordhealth Care, Inc.. Hospira Worldwide LLC f/k/a Hospira Worldwide Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharma Inc.*

Civil Action No.: 2:17-cv- 09424

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Betty Weldon, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated this 8th day of December, 2017

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

1

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. While some progress was made, I was unable to obtain consent to file this motion.

/s/ C. Brannon Robertson
C. Brannon Robertson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson