UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § | MDL No. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |

*Betty Weldon v. Sanofi S.A., et al, Sandoz, Inc., Accordhealth Care, Inc.. Hospira Worldwide LLC f/k/a Hospira Worldwide Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharma Inc.*

Civil Action No.: 2:17-cv- 09424

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

When she filed her lawsuit, Plaintiff used the original short form complaint. The original short form complaint was replaced by the revised short form complaint on or about August 2, 2017. Plaintiff filed her lawsuit after the revised short form complaint was in effect, but she did not use the revised complaint. At this time, she seeks leave to amend so that she may utilize the correct short form complaint. This will allow Plaintiff to sue the correctly named parties and streamline service.

Under Rule 15(a), leave to amend should be freely given. Here, Plaintiff seeks to bring her pleadings into compliance with the Court's orders. No defendant will be prejudiced by this, as this case is in its infancy and it is not one of the bellwether cases selected for trial. Plaintiff respectfully requests that her motion for leave be granted, and the she be allowed to file the attached revised short form complaint.

    Dated December 8, 2017

    FERNELIUS SIMON PLLC

    <u>/s/ C. Brannon Robertson</u>
    Steve Stephen M. Fernelius
    Texas State Bar No. 06934340
    C. Brannon Robertson
    Texas State Bar No. 24002852
    Ryan M. Perdue
    Texas State Bar No. 24046611
    1221 McKinney, Suite 3200
    Houston, Texas 77010
    Telephone: (713) 654-1200
    Facsimile: (713) 654-4039
    steve.fernelius@trialattorneytx.com
    brannon.robertson@trialattorneytx.com
    ryan.perdue@trialattorneytx.com