UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
_____

IN RE: TAXOTERE (DOCETAXEL)          §        MDL No. 2740
PRODUCTS LIABILITY LITIGATION,       §
_____ §        SECTION "N" (5)
                                     §
                                     §        JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO:            §
                                     §        MAG. JUDGE NORTH
*Denise Westbrook  v. Sanofi S.A., et al.*
                                              Civil Action No.: 2:17-cv- 09499

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter.

SO ORDERED this_____ day of _____ , 2017.


JUDGE, UNITED STATES DISTRICT COURT




_____