UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § | MDL No. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Joan Simms v. Sanofi S.A., et al, Sandoz, Inc., Accordhealth Care, Inc., Hospira Worldwide Inc. Hospira Inc.,Sun Pharma Global FZE.,Sun Pharma Global Inc.,Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma Inc.* | | Civil Action No.: 2:17-cv- 09574 |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 22, 2017, at 9:30 a.m.

Respectfully submitted this 8th day of December, 2017

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039

>steve.fernelius@trialattorneytx.com
>brannon.robertson@trialattorneytx.com
>ryan.perdue@trialattorneytx.com
>
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of December, 2017.

>/s/ C. Brannon Robertson
>C. Brannon Robertson