UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| TERESA BAKER | |
| | JUDGE ENGELHARDT |
| Plaintiff(s), | MAG. JUDGE NORTH |
| vs. | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | |
| | Civil Action No.: 2:17-cv-08542 |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff, Teresa Baker, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. Plaintiff respectfully asks that the Court grant her such leave.

1

Dated this 8th day of December, 2017                Respectfully submitted,

*s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant's Counsel has been contacted, and consents to Plaintiff's requested relief. Therefore, Plaintiff is treating this as an "unopposed/consent" motion.

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  December 8, 2017                */s/ Ryan L. Thompson*
                                         Ryan Thompson