UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § | MDL No. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE ENGELHARDT |
| | | MAG. JUDGE NORTH |
| *Peggy Gibson v. Sanofi S.A., et al, Accord health Care, Inc., Hospira Worldwide Inc.,Hospira Inc., Hospira Inc., Sun Pharma Global Inc,* | | Civil Action No.: 2:17-cv-09576 |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

When she filed her lawsuit, Plaintiff used the original short form complaint. The original short form complaint was replaced by the revised short form complaint on or about August 2, 2017. Plaintiff filed her lawsuit after the revised short form complaint was in effect, but she did not use the revised complaint. At this time, she seeks leave to amend so that she may utilize the correct short form complaint. This will allow Plaintiff to sue the correctly named parties and streamline service.

Under Rule 15(a), leave to amend should be freely given. Here, Plaintiff seeks to bring her pleadings into compliance with the Court's orders. No defendant will be prejudiced by this, as this case is in its infancy and it is not one of the bellwether cases selected for trial. Plaintiff respectfully requests that her motion for leave be granted, and the she be allowed to file the attached revised short form complaint.

      Dated December 8, 2017

      FERNELIUS SIMON PLLC

      <u>/s/ C. Brannon Robertson</u>
      Steve Stephen M. Fernelius
      Texas State Bar No. 06934340
      C. Brannon Robertson
      Texas State Bar No. 24002852
      Ryan M. Perdue
      Texas State Bar No. 24046611
      1221 McKinney, Suite 3200
      Houston, Texas 77010
      Telephone: (713) 654-1200
      Facsimile: (713) 654-4039
      steve.fernelius@trialattorneytx.com
      brannon.robertson@trialattorneytx.com
      ryan.perdue@trialattorneytx.com