UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, § § § § § § § § § § § § | MDL No. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:16-cv-17843 |
| THIS DOCUMENT RELATES TO: <br><br> *Briggitte Reed vs. Sanofi S.A. et al* | |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on December 22, 2017, at 9:30 a.m.

Respectfully submitted this 8th day of December, 2017

                                                  Respectfully submitted,

                                                  FERNELIUS SIMON PLLC

                                                  /s/ C. Brannon Robertson
                                                  Steve Stephen M. Fernelius
                                                  Texas State Bar No. 06934340
                                                  C. Brannon Robertson
                                                  Texas State Bar No. 24002852
                                                  Ryan M. Perdue
                                                  Texas State Bar No. 24046611
                                                  1221 McKinney, Suite 3200
                                                  Houston, Texas 77010
                                                  Telephone: (713) 654-1200
                                                  Facsimile: (713) 654-4039
                                                  steve.fernelius@trialattorneytx.com
                                                  brannon.robertson@trialattorneytx.com

>ryan.perdue@trialattorneytx.com
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of December, 2017.

>/s/ C. Brannon Robertson
>C. Brannon Robertson