UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § | MDL No. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-00588 |
| THIS DOCUMENT RELATES TO: *Ernestine Deggs vs. Sanofi S.A. et al* | | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Ernestine Deggs, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. In addition, Plaintiff has identified new defendants that may be responsible for supplying the medicine at issue, based on the date of her exposure. She requests to add those defendants at this time.

Dated this 8th day of December, 2017

    Respectfully submitted,

    FERNELIUS SIMON PLLC

    <u>/s/ C. Brannon Robertson</u>
    Steve Stephen M. Fernelius
    Texas State Bar No. 06934340
    C. Brannon Robertson
    Texas State Bar No. 24002852
    Ryan M. Perdue
    Texas State Bar No. 24046611
    1221 McKinney, Suite 3200
    Houston, Texas 77010
    Telephone: (713) 654-1200
    Facsimile: (713) 654-4039
    steve.fernelius@trialattorneytx.com

brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the Defendants, we have been unable to reach an agreement at this time.

/s/ C. Brannon Robertson
C. Brannon Robertson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson