UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| LAKEYSHA BRAISON | |
| Plaintiff(s), | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| PFIZER INC., HOSPIRA, INC., ZYDUS HOSPIRA ONCOLGY PVT. LTD., and CADILA HEALTHCARE LTD., | Civil Action No.: 2:17-cv-01785 |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff, Lakeysha Braison, by and through the undersigned counsel, pursuant to Federal Rule of Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]

Plaintiffs' original suit was filed in the U.S.D.C. for the Western District of Louisiana on March 1, 2017 (Lakeysha Braison v. Pfizer Inc.; Hospira, Inc.; Zydus Hospira Oncology PVT. LTD.; and Cadila Healthcare LTD., Case No. 2:17-cv-01785), and Plaintiff served all defendants. Plaintiff's Amended Short Form Complaint was filed on May 30, 2017. Subsequently, counsel received a National Drug Code form for Lakeysha Braison from her Oncologist. At that time, Plaintiff learned the manufacturer of the drug that injured Plaintiff was Accord Healthcare, Inc., rather than Pfizer Inc.; Hospira, Inc.; Zydus Hospira Oncology PVT.

---

[1] Plaintiffs' liaison counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

1

LTD.; and Cadila Healthcare LTD.  Thus, Plaintiff's proposed amendment would reflect this change by substituting Accord Healthcare, Inc. as the proper defendant.

Plaintiffs' liaison counsel conferred with defense counsel and there is no opposition to this motion.  Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2]  For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

| | |
|---|---|
| **Dated this 8th day of December, 2017** | Respectfully submitted, |
| | *s/ Ryan L. Thompson* |
| | **Ryan L. Thompson** |
| | Texas Bar No. 24046969 |
| | **Mikal C. Watts** |
| | Texas Bar No. 20981820 |
| | **Paige Boldt** |
| | Texas Bar No. 24082626 |
| | |
| | **WATTS GUERRA LLP** |
| | 5726 Hausman Rd. W., Ste. 119 |
| | San Antonio, TX 78249 |
| | Telephone: 866.529.9100 |
| | Fax: 210.448.0501 |
| | Email: rthompson@wattsguerra.com |
| | Email: mcwatts@wattsguerra.com |
| | Email: pboldt@wattsguerra.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  December 8, 2017       */s/ Ryan L. Thompson*_____
                    Ryan Thompson