UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N" (5) |
| LAKEYSHA BRAISON | : |
| | : JUDGE ENGELHARDT |
| Plaintiff(s), | : MAG. JUDGE NORTH |
| | : |
| vs. | : ORDER |
| | : |
| PFIZER INC., HOSPIRA, INC., ZYDUS HOSPIRA ONCOLGY PVT. LTD., and CADILA HEALTHCARE LTD., | : Civil Action No.: 2:17-cv-01785 |
| Defendants. | : |

**<u>ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT</u>**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint what was attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this ____ day of _____, 2017

_____
JUDGE, UNTED STATES DISTRICT COURT

1