IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION: "N" 5 |
| | * * | |
| | * | COMPLAINT & JURY DEMAND |
| This Document Relates To: | * * | |
| *Ramona Pitrey* | * * | CIVIL ACTION NO. 2:17-cv-11117 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
_____

Plaintiff, Ramona Pitrey, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Ramona Pitrey, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on October 24, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sagent Pharmaceuticals should be named as Defendant in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss. Also, Plaintiff resides in Oregon and not Texas as original short form complaint listed.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sagent Pharmaceuticals and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 11th day of December, 2017.


 _/s/Brent W. Coon_
Brent W. Coon