IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br> SECTION: "N" 5 <br> COMPLAINT & JURY DEMAND |
| This Document Relates To: <br> *Janice Dorsey* | * * * | CIVIL ACTION NO. 2:17-cv-13387 |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 3, 2018 at 9:30 a.m.

Respectfully submitted this 11th day of December, 2017.

                                                       **BRENT COON & ASSOCIATES**

                                                       /s/ Brent W. Coon
                                                       Brent W. Coon
                                                       Federal Bar No. 9308
                                                       Texas Bar No. 04769750
                                                       Brent@bcoonlaw.com
                                                       Eric W. Newell
                                                       Texas Bar No. 24046521
                                                       Eric_newell@bcoonlaw.com
                                                       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 11th day of December, 2017.

 */s/Brent W. Coon*
 Brent W. Coon