IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION: "N" 5 |
| | * * | COMPLAINT & JURY DEMAND |
| This Document Relates To: | * * | |
| *Frances Salinas* | * * | CIVIL ACTION NO. 2:17-cv-12948 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

---

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 3, 2018 at 9:30 a.m.

Respectfully submitted this 11th day of December, 2017.

                              **BRENT COON & ASSOCIATES**

                              /s/ Brent W. Coon
                              Brent W. Coon
                              Federal Bar No. 9308
                              Texas Bar No. 04769750
                              Brent@bcoonlaw.com
                              Eric W. Newell
                              Texas Bar No. 24046521
                              Eric_newell@bcoonlaw.com
                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 11th day of December, 2017.

                                                     */s/Brent W. Coon*
                                                     Brent W. Coon