## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF STATE

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) | ) | |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL NO. 2740 |
| | ) | |
| | ) | SECTION "N" (5) |
| CHARLOTTE L. SUMMERS | ) | JUDGE ENGELHARDT |
| | ) | MAG. JUDGE NORTH |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | NO. 16-CV-16805 |
| SANOFI S.A., | ) | |
| AVENTIS PHARMA S.A., et al | ) | |
| | ) | |
| DEFENDANTS. | ) | |

---

### UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT TO ADD HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AS DEFENDANTS.

---

Plaintiff Charlotte L. Summers hereby moves this honorable Court for leave to amend its complaint  pursuant to Fed. R. Civ. Proc. 15(a)(2) and Fed. R. Civ. Proc. 20 to add Hospira, Inc. and Hospira Worldwide Inc. as a Defendants to this action therefore states as follows:

1.      This lawsuit was filed on December 2nd, 2016, against Sanofi S.A., Aventis Pharma S.A. and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. alleging injuries as a result of the Plaintiff's use of chemotherapy drug Taxotere.

2.      On May 31, 2017, Plaintiff, in accordance with Pre-Trial Order 15 filed a short form complaint against the above named Defendants.

3.      Until recently, Plaintiff believed she was administered the brand named Taxotere manufactured by the named Defendants in this lawsuit.

4.      In fact, Plaintiff was administered docetaxel believed to be manufactured by

Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.  Plaintiff wishes to amend her short form complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as Defendants to this action.

5.      Pursuant to Local Rule 7.6, Plaintiff has conferred with Defense counsel regarding this Motion to Amend. Counsel has no objection.

6.      Fed. R. Civ. P. 15(a) provides that leave to amend should "be freely given when justice so requires."  In this case, the additional Defendants are based on the same claims  and factual bases of the original complaint.

7.      Defendants will not be unduly prejudiced by the addition of Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as Defendants in this action because the claims against Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. present the same  claims and same basic underlying facts as the current complaint on file.

8.      The First Amended Short Form Complaint has been attached hereto as Attachment A.

9.      The First Amended Short Form Complaint should relate back in time to filing of the original Complaint in that facts and circumstances surrounding this action arose out of the conduct, transaction, or occurrence set forth in the original pleading.

Wherefore, in the interests of justice and the absence of undue prejudice to Defendant, Plaintiff respectfully requests that this Court grant its Motion for Leave to Amend Complaint to Add Defendants and direct the clerk to file the attached amended complaint.

Respectfully submitted,

THE GOSS LAW FIRM, P.C.

/s/ Peter E. Goss
Peter E. Goss (MO Bar # 57933)
The Goss Law Firm, P.C.
4510 Belleview, Suite 201
Kansas City, MO 64111
Telephone: 816-336-1300
Facsimile: 816-336-1310
pgoss@goss-lawfirm.com

**_Attorney for Plaintiff_**

I hereby certify that on December 11, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

_/s/ Peter E. Goss_