**UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF STATE**

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| | ) | |
| | ) | SECTION "N" (5) |
| CHARLOTTE L. SUMMERS | ) | JUDGE ENGELHARDT |
| | ) | MAG. JUDGE NORTH |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | NO. 16-CV-16805 |
| SANOFI S.A., | ) | |
| AVENTIS PHARMA S.A., et al | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED**
**SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File First Amended

Short form Complaint in the above captioned matter.

SO ORDERED this_____ day of _____ , 2017.

JUDGE, UNITED STATES DISTRICT COURT

_____