UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL No. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Alice Bell vs. Sanofi US Services Inc. f/k/a Sanofi -Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Hospira, Inc.,Sun Pharma Global FZE* | Civil Action No.: 2:17-cv-12706 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Alice Bell, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated this 11th day of December, 2017

           Respectfully submitted,

           FERNELIUS SIMON PLLC

           <u>/s/ C. Brannon Robertson</u>
           Steve Stephen M. Fernelius
           Texas State Bar No. 06934340
           C. Brannon Robertson
           Texas State Bar No. 24002852
           Ryan M. Perdue
           Texas State Bar No. 24046611
           1221 McKinney, Suite 3200
           Houston, Texas 77010
           Telephone: (713) 654-1200
           Facsimile: (713) 654-4039
           steve.fernelius@trialattorneytx.com
           brannon.robertson@trialattorneytx.com
           ryan.perdue@trialattorneytx.com

           **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

/s/ C. Brannon Robertson
C. Brannon Robertson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 11th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson