UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § | MDL No. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |
| *Alice Bell vs. Sanofi US Services Inc. f/k/a Sanofi -Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Hospira, Inc.,Sun Pharma Global FZE* | | Civil Action No.: 2:17-cv-12706 |

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter.

SO ORDERED this _____ day of _____ , 2017.

JUDGE, UNITED STATES DISTRICT COURT

_____