UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) § <br> PRODUCTS LIABILITY LITIGATION, § <br> _____ § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> *Debra Bassett vs. Sanofi S.A., et al, Sandoz,* § <br> *Inc., Accord Healthcare, Inc., Hospira* § <br> *Worldwide, Inc., Hospira, Inc., Sun Pharma* § <br> *Global FZE, Sun Pharma Global Inc.,* § <br> *Allergan Finance f/k/a Actavis Inc., Actavis* § <br> *Pharma Inc.* | MDL No. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-11489 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Debra Bassett, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated this 11th day of December, 2017

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

/s/ C. Brannon Robertson
C. Brannon Robertson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 11th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson