UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § | MDL No. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-11489 |
| THIS DOCUMENT RELATES TO: | | |
| *Debra Bassett vs. Sanofi S.A., et al, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Allergan Finance f/k/a Actavis Inc., Actavis Pharma Inc.* | | |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 3, 2018, at 9:30 a.m.

Respectfully submitted this 11th day of December, 2017

                                                                                                                           Respectfully submitted,

                                                                                                                           FERNELIUS SIMON PLLC

                                                                                                                           /s/ C. Brannon Robertson
                                                                                                                           Steve Stephen M. Fernelius
                                                                                                                           Texas State Bar No. 06934340
                                                                                                                           C. Brannon Robertson
                                                                                                                           Texas State Bar No. 24002852
                                                                                                                           Ryan M. Perdue
                                                                                                                           Texas State Bar No. 24046611
                                                                                                                           1221 McKinney, Suite 3200
                                                                                                                           Houston, Texas 77010
                                                                                                                           Telephone: (713) 654-1200
                                                                                                                           Facsimile: (713) 654-4039
                                                                                                                           steve.fernelius@trialattorneytx.com

brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 11th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson