UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL No. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Kathryn Riding vs. Sanofi S.A. et al, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc, Sun Pharma Global FZE, Actavis LLC f/k/a Actavis Inc., Actavis Pharma Inc.* | Civil Action No.: 2:17-cv-11496 |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 3, 2018, at 9:30 a.m.

Respectfully submitted this 11th day of December, 2017

    Respectfully submitted,

    FERNELIUS SIMON PLLC

    /s/ C. Brannon Robertson
    Steve Stephen M. Fernelius
    Texas State Bar No. 06934340
    C. Brannon Robertson
    Texas State Bar No. 24002852
    Ryan M. Perdue
    Texas State Bar No. 24046611
    1221 McKinney, Suite 3200
    Houston, Texas 77010
    Telephone: (713) 654-1200
    Facsimile: (713) 654-4039
    steve.fernelius@trialattorneytx.com
    brannon.robertson@trialattorneytx.com

ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 11th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson