UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § | MDL No. 2740  SECTION "N" (5)  JUDGE ENGELHARDT  MAG. JUDGE NORTH  Civil Action No.: 2:17-cv-11320 |
| THIS DOCUMENT RELATES TO:  *Linda Vaillancourt vs. Sanofi S.A. et al., Sandoz, Inc., Sun Pharma Global FZE* | | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the Taxotere that Plaintiff took, including a Sun Pharma entity.  Upon review of the pleadings, Plaintiff selected Sun Pharma Global FZE on the Short Form Complaint, although the correct Sun Pharma entity to select was Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.  Plaintiff seeks leave to file an Amended Short Form Complaint naming Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd as a Defendant instead of Sun Pharma Global FZE.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires.  Here, Plaintiff is only trying to name the correct defendant.  No party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated December 11, 2017

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com