UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | § | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION, | § | |
| _____ | § | SECTION "N" (5) |
| | § | |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | § | |
| | § | MAG. JUDGE NORTH |
| *Linda Vaillancourt vs. Sanofi S.A. et al.,* | § | Civil Action No.: 2:17-cv-11320 |
| *Sandoz, Inc., Sun Pharma Global FZE* | § | |
| | § | |
| | § | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended

Complaint in the above captioned matter.

SO ORDERED this_____ day of _____ , 2017.

JUDGE, UNITED STATES DISTRICT COURT

_____