UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, § § § § § § § § § § § § | MDL No. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH Civil Action No.: 2:17-cv-12690 |
| THIS DOCUMENT RELATES TO: *Marlene Chioda vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.,Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc.,Hospira, Inc., Sun Pharma Global FZE* | |

## **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Marlene Chioda, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated this 11th day of December, 2017

                                                                                           Respectfully submitted,

                                                                                           FERNELIUS SIMON PLLC

                                                                                           <u>/s/ C. Brannon Robertson</u>
                                                                                           Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

                                                                                           **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

/s/ C. Brannon Robertson
C. Brannon Robertson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 11th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson