UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § § § § § | MDL No. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |
| *Teresa Thompson vs. Sanofi S.A. et al, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc, Sun Pharma Global FZE* | | Civil Action No.: 2:17-cv-11489 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Debra Bassett, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter.

Dated this 11th day of December, 2017

          Respectfully submitted,

          FERNELIUS SIMON PLLC

          /s/ C. Brannon Robertson
          Steve Stephen M. Fernelius
          Texas State Bar No. 06934340
          C. Brannon Robertson
          Texas State Bar No. 24002852
          Ryan M. Perdue
          Texas State Bar No. 24046611
          1221 McKinney, Suite 3200
          Houston, Texas 77010
          Telephone: (713) 654-1200
          Facsimile: (713) 654-4039
          steve.fernelius@trialattorneytx.com
          brannon.robertson@trialattorneytx.com
          ryan.perdue@trialattorneytx.com

          **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

/s/ C. Brannon Robertson
C. Brannon Robertson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 11th day of December, 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson