UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § | MDL No. 2740 |
| _____ | § § | SECTION "N" (5) |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | § § | MAG. JUDGE NORTH |
| *Teresa Thompson vs. Sanofi S.A. et al,* | § § | Civil Action No.: 2:17-cv-11489 |
| *Sandoz, Inc., Accord Healthcare, Inc.,* | § | |
| *Hospira Worldwide Inc., Hospira Inc, Sun* | § | |
| *Pharma Global FZE* | § § | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended

Complaint in the above captioned matter.

SO ORDERED this_____ day of _____ , 2017.

JUDGE, UNITED STATES DISTRICT COURT

_____