

# NIEMEYER | GREBEL | KRUSE

Mark R. Niemeyer
niemeyer@ngklawfirm.com

December 12, 2017

Clerk of the Court
U.S. District Court
Eastern District of Louisiana

    Re:    **MDL No.:**   2740
              **Case Name:** *Margert Love v. Sanofi US Services Inc. et al.*
              **Case No.:**   2:17-cv-13061

Dear Sir or Madam:

Please be advised that our office opened an active case on the above-referenced Plaintiff on November 22, 2017 in which counsel was already obtained per prior agreement.

Please refund to the credit card on file $400.00 as this case is no longer an active case. For your reference, the tracking identification number is 2665K756.

Please contact me immediately if further assistance is needed.

              Very truly yours,

              NIEMEYER, GREBEL & KRUSE, LLC

        By:    */s/ Mark R. Niemeyer*
                   Mark R. Niemeyer