**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Judith Godlewski, 2:17-cv-12794* | HON. KURT D. ENGLEHARDT |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 12, 2017              Respectfully submitted,

/s/*Gregory N. McEwen*
Gregory N. McEwen  MN#0273843
McEwen Law Firm, Ltd
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile:  (651) 223-5790
gmcewen@mcewelaw.com
***Attorney for Plaintiff***