**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AUGUST V.<br>SANOFI, S. A., ET AL.,<br>CASE 2:16-CV-16231-KDE-MBN | UNOPPOSED MOTION TO DISMISS WITH PREJUDICE SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S. |

COMES NOW the Plaintiff, Judith August, by and through the undersigned counsel of record and files this unopposed Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and this Court's Pretrial Order No. 54 as follows:

1. **Reason for Seeking Dismissal of Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis, U.S., LLC, Separately and doing business as Winthrop, U.S.** The undersigned counsel seeks dismissal of this action against the aforementioned named defendants having received confirmation of the manufacturer of the Taxotere (docetaxel) used in Judith August's chemotherapy infusion. See attached "Exhibit A".

2. **Type of Dismissal Sought:** Counself for Judith August prays her action will be dismissed with prejudice.

3. **Status of Plaintiff's Fact Sheet**: Plaintiff's Fact Sheet was submitted on May 22, 2017, and Amended on July 28, 2017 and December 12, 2017.

4. **Certification of Counsel:** As required by Court's Pretrial Order 54 entered on July 21, 2017, the undersigned counsel certifies that he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liason Counsel of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **No opposition by Defendants:** Counsel for the Defendants have advised that the Defendants does not intend to oppose dismissal of her case with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Judith August, prays this Court will enter an Order of Dismissal With Prejudice in this matter as to Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis, U.S., LLC, Separately and doing business as Winthrop, U.S. with each party to bear its own costs.

RESPECTFULLY SUBMITTED this the 12th day of December, 2017.

JUDITH AUGUST, Plaintiff

BY: /s/ Jim Reeves
JAMES R. REEVES, JR., ESQUIRE
MS. BAR NO. 9519
REEVES & MESTAYER, PLLC
160 MAIN STREET
BILOXI, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Unopposed Motion to Dismiss Without Prejudice has been served on all parties or their attorneys via electronic filing.

Dated this the 12th day of December, 2017.

                        JUDITH AUGUST, Plaintiff

BY:   /s/ Jim Reeves
         JAMES R. REEVES, JR., ESQUIRE
         MS. BAR NO. 9519
         REEVES & MESTAYER, PLLC
         160 MAIN STREET
         BILOXI, MS  39530
         (228) 374-5151 (telephone)
         (228) 374-6630 (facsimile)
         jrr@rmlawcall.com