**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AUGUST V.<br>SANOFI, S. A., ET AL.,<br>CASE 2:16-CV-16231-KDE-MBN | PLAINTIFF'S MEMORANDUM BRIEF IN SUPPORT OF UNOPPOSED MOTION TO DISMISS WITH PREJUDICE SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S. |

COMES NOW the Plaintiff, Judith August, by and through the undersigned counsel of record and files this Memorandum Brief in Support of her Unopposed Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and this Court's Pretrial Order No. 54 as follows:

1. **Reason for Seeking Dismissal of Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis, U.S., LLC, Separately and doing business as Winthrop, U.S.** The undersigned counsel seeks dismissal of this action against the aforementioned named defendants having received confirmation of the manufacturer of the Taxotere (docetaxel) used in Judith August's chemotherapy infusion. See attached "Exhibit A to Plaintiff's Unopposed Motion to Dismiss".

2. Counself for Judith August prays her action will be dismissed with prejudice.

3. **Status of Plaintiff's Fact Sheet**:  Plaintiff's Fact Sheet was submitted on May 22, 2017 and amended on July 28, 2017 and December 12, 2017.

4. **Certification of Counsel:**  As required by Court's Pretrial Order 54 entered on July 21, 2017, the undersigned counsel certifies that he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liason Counsel of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

On December 6, 2017, the undersigned counsel notified Defense and Liason counsel in writing of his intent to see a Voluntary Dismissal With Prejudice on behalf of Plaintiff, Judith August, of the following parties:  Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis, U.S., LLC, Separately and doing business as Winthrop, U.S.   See correspondence attached as Exhibit "B".

5. **No opposition by Defendants:**  Counsel for the Defendants have advised that the Defendants do not intend to oppose dismissal of her case with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Judith August, prays this Court will enter an Order of Dismissal With Prejudice in this matter as to Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-

Aventis, U.S., LLC, Separately and doing business as Winthrop, U.S. with each party to bear its own costs.

    RESPECTFULLY SUBMITTED this the 12th day of December, 2017.

        JUDITH AUGUST, Plaintiff

        BY:   /s/ Jim Reeves
                JAMES R. REEVES, JR., ESQUIRE
                MS. BAR NO. 9519
                REEVES & MESTAYER, PLLC
                160 MAIN STREET
                BILOXI, MS  39530
                (228) 374-5151 (telephone)
                (228) 374-6630 (facsimile)
                jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Memorandum Brief in Support of Plaintiff's Unopposed Motion to Dismiss With Prejudice has been served on all parties or their attorneys electronic filing.

Dated this the 12th day of December, 2017.

                              JUDITH AUGUST, Plaintiff

                    BY:   /s/ Jim Reeves
                              JAMES R. REEVES, JR., ESQUIRE
                              MS. BAR NO. 9519
                              REEVES & MESTAYER, PLLC
                              160 MAIN STREET
                              BILOXI, MS  39530
                              (228) 374-5151 (telephone)
                              (228) 374-6630 (facsimile)
                              jrr@rmlawcall.com