UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AUGUST V.<br>SANOFI, S. A., ET AL.,<br>CASE 2:16-CV-16231-KDE-MBN | ORDER TO DISMISS WITH PREJUDICE SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S. |

## ORDER

This matter having been brought on for hearing on Plaintiff's Unopposed Motion to Dismiss without Prejudice, and the Court having been advised Defendants do not oppose same, finds the motion is well taken and should be, and hereby is granted.

IT IS SO ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal without Prejudice of SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S. is hereby GRANTED and that Plaintiff's claims are hereby dismissed as to SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC,

SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S., with prejudice, each party to bear their own costs.

 SIGNED, this the \_\_\_\_ day of December, 2017.

    _____
    Honorable Eldon E. Fallon
    U. S. District Court Judge