AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Tanya Francis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-17410 |
| Sanofi US Services Inc. fka Sanofi-Aventis US, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tanya Francis．

Date: 12/12/2017

/s/ Mark Hesiak
*Attorney's signature*

Mark Hesiak Nevada Bar # 12397
*Printed name and bar number*

Lowe Law Group
6028 S. Ridgeline Dr.
Ste. #200
Ogden, UT 84405
*Address*

mark@markdhesiakpc.com
*E-mail address*

(801) 917-8500
*Telephone number*

(801) 917-8484
*FAX number*