UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      :   MDL No. 2740
PRODUCTS LIABILITY LITIGATION    :
                                 :   SECTION "N" (5)
                                 :   JUDGE ENGELHARDT
                                 :   MAGISTRATE JUDGE NORTH
                                 :

**THIS DOCUMENT RELATES TO:**

*Linda Blair v. Sanofi S.A., et. al.*, Case No.: 2:16-cv-17427

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Linda Blair, Plaintiff, in the above referenced civil action, and by and through her counsel of record hereby files a Response to the Order to Show Cause No. 2 (Rec. Doc. 1203) and shows as follows:

1. Plaintiff Linda Blair contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on December 15, 2016. The complaint was filed in good faith based on Plaintiff's request to file suit for her.

3. Plaintiff's counsel discovered in April 2017 that Plaintiff died on or about March 3, 2017.

4. Plaintiff's counsel attempted unsuccessfully to find any family members of the Plaintiff to represent her estate in this claim. Plaintiff's counsel made contact with a friend of the Plaintiff, but she was unwilling to represent the Plaintiff's estate.

5. To date, Plaintiff's counsel is unaware of any representative of the Plaintiff's estate and no Plaintiff Fact Sheet has been prepared.

Date: December 12, 2017

**LOWE LAW GROUP**

By: /s/ T. Aaron Stringer
    T. Aaron Stringer
    Utah Bar No. 12681

    Lowe Law Group
    6028 S. Ridgeline Dr., Ste 200
    Ogden, Utah 84405
    Telephone: 385-298-0175
    Facsimile: 801-656-0997
    aaron@lowelawgroup.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

    /s/ T. Aaron Stringer
    T. AARON STRINGER
    UT #12681