UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      :      MDL No. 2740
PRODUCTS LIABILITY LITIGATION    :
                                 :      SECTION "N" (5)
                                 :      JUDGE ENGELHARDT
                                 :      MAGISTRATE JUDGE NORTH
                                 :

**THIS DOCUMENT RELATES TO:**

*Julieann Roebuck et al. v. Sanofi S.A., et. al.*, Case No.: 2:16-cv-17720

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiffs Julieann Roebuck and John Roebuck, Plaintiffs, in the above referenced civil action, and by and through their counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc. 1203) and show as follows:

1. Plaintiffs contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on December 22, 2016. The complaint was filed in good faith based on Plaintiff's request to file suit for her.

3. Subsequent to filing the Complaint in this matter for Plaintiffs, counsel for Plaintiffs made at least seven attempts via telephone, email, text, and regular mail to contact Plaintiffs in order to encourage completion of the Plaintiff Fact Sheet and obtain additional information for their case.

4. On or about September 1, 2017, Plaintiff John Roebuck informed counsel for Plaintiffs that Plaintiff Julieann Roebuck had died on January 23, 2017.

5. Plaintiff's counsel again attempted unsuccessfully to maintain contact with Plaintiff John Roebuck and, to date, he has not provided a completed Plaintiff Fact Sheet.

Date: December 12, 2017

## LOWE LAW GROUP

By: /s/ T. Aaron Stringer
    T. Aaron Stringer
    Utah Bar No. 12681

    Lowe Law Group
    6028 S. Ridgeline Dr., Ste 200
    Ogden, Utah 84405
    Telephone: 385-298-0175
    Facsimile: 801-656-0997
    aaron@lowelawgroup.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

    /s/ T. Aaron Stringer
    T. AARON STRINGER
    UT #12681