**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO:         HON. KURT D. ENGLEHARDT
*Margaret Woods, 2:17-cv-12759*

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of Defendants Sanofi S.A., Aventis Phyarma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 13, 2017                      Respectfully submitted,

                                            */s/Gregory N. McEwen*
                                            Gregory N. McEwen  MN#0273843
                                            McEwen Law Firm, Ltd
                                            5850 Blackshire Path
                                            Inver Grove Heights, MN 55076
                                            Telephone: (651) 224-3833
                                            Facsimile:  (651) 223-5790
                                            gmcewen@mcewelaw.com

*Attorney for Plaintiff*