UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Patricia Leech, Plaintiff, | : : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Accord Healthcare, Inc., Sandoz, Inc., Actavis Pharma Inc., Actavis LLC f/k/a Actavis Inc., Pfizer Inc. and McKesson Corporation d/b/a McKesson Packaging, Defendants. | : : : : : : : : : : : : : | |
| Civil Case No.: 2:17-cv-2779 | : : | |

**AMENDED SHORT FORM COMPLAINT**

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff Patricia Leech.

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): n/a

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff herein currently resides in Magnolia, Delaware.

5. Plaintiff alleges injury in the State of Delaware.

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        ☐ A.    Sanofi S.A.

        ☐ B.    Aventis Pharma S.A.

        ☑ C.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐ D.    Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☑ A.    Sandoz, Inc.

        ☑ B.    Accord Healthcare, Inc.

        ☑ C.    McKesson Corporation d/b/a McKesson Packaging

        ☑ D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☑ E.    Hospira Inc.

        ☑ F.    Sun Pharma Global FZE

        ☑ G.    Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☑ H.    Pfizer Inc.

        ☑ I.    Actavis LLC f/k/a Actavis Inc.

        ☑ J.    Actavis Pharma Inc.

        ☑ K.    Other: Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US

7. Basis for Jurisdiction:

    ☑ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: The United States District Court for the District of Delaware.

9. Brand Product(s) used by Plaintiff (check applicable):

☑ A. Taxotere

☐ B. Docefrez

☑ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☑ E. Unknown

☐ F. Other: _____

10. Frist date and last date of use: November 12, 2014 through March 11, 2015.

11. State in which Product(s) identified was/were administered: Delaware.

12. Nature and extent of alleged injury: Permanent and persistent hair loss on the scalp. Diffuse thinning of hair on the scalp. Plaintiff also suffers from a change of texture to her hair. Loss of body hair, eyebrows and eyelashes. Plaintiff did not know Taxotere caused her hair loss until in or about October 2016..

13. Counts in Master Complaint brought by Plaintiff:

☑ Count I – Strict Products Liability – Failure to Warn
☑ Count III – Negligence
☑ Count IV – Negligent Misrepresentation
☑ Count V – Fraudulent Misrepresentation
☑ Count VI – Fraudulent Concealment
☑ Count VII – Fraud and Deceit
☐ Other: _____

This the _____ day of December, 2017.

                                              WHITFIELD BRYSON & MASON LLP

                                              */s/ Daniel K. Bryson*
                                              Daniel K. Bryson
                                              N.C. State Bar No.: 15781
                                              J. Hunter Bryson
                                              N.C. State Bar No.: 50602
                                              PO Box 12638
                                              Raleigh, NC 27605
                                              Phone: 919-600-5000
                                              Facsimile: 919-600-5035
                                              Email: dan@wbmllp.com
                                              Email: hunter@wbmllp.com

                                              *Attorneys for Plaintiff*