UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Patricia Leech,<br>      Plaintiff,<br><br>vs.<br><br>Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Accord Healthcare, Inc., Sandoz, Inc., Actavis Pharma Inc., Actavis LLC f/k/a Actavis Inc., Pfizer Inc. and McKesson Corporation d/b/a McKesson Packaging,<br>      Defendants.<br><br>Civil Case No.: 2:17-cv-2779 | : : : : : : : : : : : : : : : : : : : | |

   Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, December 13, 2017..

   This the ____ day of _____, _____.

_____
U.S. District Court Judge