UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : THIS DOCUMENT RELATES TO: : : Michele Moffitt, :     Plaintiff, : : vs. : : Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., :     Defendants. : : Civil Case No.: 2:17-cv-3357 : | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the Taxotere that Plaintiff took, including all Sanofi entities. Upon review of the pleadings, Plaintiff selected Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC on the Short Form Complaint. After receiving a blank National Drug Code form from the hospital in which the Plaintiff took treatments, Plaintiff may have taken Taxotere that was manufactured or distributed by a different Defendant than the Sanofi Defendants. Therefore, Plaintiff seeks leave to file an Amended Short Form Complaint naming all entities in which manufactured or distributed Taxotere during the time period in which Plaintiff was treated by Taxotere: Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide

LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., as Defendants and remove the French entity Sanofi parties Sanofi S.A., Aventis Pharma S.A.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. No party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

This the 13th day of December, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 13, 2017.

>  */s/ Daniel K. Bryson*
>  Daniel K. Bryson