UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Michele Moffitt,  Plaintiff, | : : : : | |
| vs. | : : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.,  Defendants. | : : : : : : : | |
| Civil Case No.: 2:17-cv-3357 | : : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 31, 2018, at 9:30 a.m.

This the 13th day of December, 2017.

                                                          WHITFIELD BRYSON & MASON LLP

                                                          */s/ Daniel K. Bryson*
                                                          Daniel K. Bryson
                                                          N.C. State Bar No.: 15781
                                                          J. Hunter Bryson
                                                          N.C. State Bar No.: 50602
                                                          PO Box 12638
                                                          Raleigh, NC 27605

>Phone: 919-600-5000
>Facsimile: 919-600-5035
>Email: dan@wbmllp.com
>Email: hunter@wbmllp.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 13, 2017.

>*/s/ Daniel K. Bryson*
>Daniel K. Bryson