UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Betty Sinegal,<br>     Plaintiff, | : : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Accord Healthcare, Inc., Sandoz, Inc., Actavis Pharma Inc., and Actavis LLC f/k/a Actavis Inc.,<br>     Defendants. | : : : : : : : : : : : | |
| Civil Case No.: 2:16-cv-17584 | : : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

     PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 31, 2018, at 9:30 a.m.

     This the 13th day of December, 2017.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781

>J. Hunter Bryson
>N.C. State Bar No.: 50602
>PO Box 12638
>Raleigh, NC 27605
>Phone: 919-600-5000
>Facsimile: 919-600-5035
>Email: dan@wbmllp.com
>Email: hunter@wbmllp.com
>
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 13, 2017.

>*/s/ Daniel K. Bryson*
>Daniel K. Bryson