UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Betty Sinegal,         Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US,  Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE,  Accord Healthcare, Inc., Sandoz, Inc., Actavis Pharma Inc., and Actavis LLC f/k/a Actavis Inc.,         Defendants. | : : : : : : : : : : | |
| Civil Case No.: 2:16-cv-17584 | : : | |

Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, December 13, 2017.

This the ____ day of _____, _____.

_____
U.S. District Court Judge