UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | HON. KURT D. ENGELHARDT |
| Eva L. Hickman,          Plaintiff, | | |
| vs. | | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US,  Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE,  Accord Healthcare, Inc., Sandoz, Inc., Pfizer, Inc., McKesson Corporation d/b/a McKesson Packaging, Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.,          Defendants. | | |
| Civil Case No.: 2:17-cv-13857 | | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Eva Hickman, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint be filed as of the date of this motion.

This the 13th day of December, 2017.

WHITFIELD BRYSON & MASON LLP


/s/ Daniel K. Bryson
Daniel K. Bryson

N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 13, 2017.

*/s/ Daniel K. Bryson*
Daniel K. Bryson