UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Debra Johnson,        Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Accord Healthcare, Inc., Sandoz, Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.,        Defendants, | : : : : : : : : : : : | |
| Civil Case No.: 2:17-cv-10841 | : : | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff Debra Johnson.

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): n/a

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff herein currently resides in Los Angeles, California.

5. Plaintiff alleges injury in the State of California.

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A.     Sanofi S.A.

   ☐ B.     Aventis Pharma S.A.

   ✓ C.     Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☐ D.     Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ✓ A.     Sandoz, Inc.

   ✓ B.     Accord Healthcare, Inc.

   ☐ C.     McKesson Corporation d/b/a McKesson Packaging

   ✓ D.     Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ✓ E.     Hospira Inc.

   ✓ F.     Sun Pharma Global FZE

   ✓ G.     Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H.     Pfizer Inc.

   ✓ I.     Actavis LLC f/k/a Actavis Inc.

   ✓ J.     Actavis Pharma Inc.

   ✓ K.     Other: Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: The United States District Court for the Central District of California.

9. Brand Product(s) used by Plaintiff (check applicable):

☑ A.  Taxotere

☑ B.  Docefrez

☑ C.  Docetaxel Injection

☑ D.  Docetaxel Injection Concentrate

☑ E.  Unknown

☐ F.  Other: _____

10. Frist date and last date of use: March 4, 2014 through May 6, 2014.

11. State in which Product(s) identified was/were administered: California.

12. Nature and extent of alleged injury: Permanent and persistent hair loss on the scalp. Diffuse thinning of hair on the scalp. Plaintiff also suffers from a change of texture to her hair. Loss of body hair, eyebrows and eyelashes. Plaintiff did not know Taxotere caused her hair loss until in or about April, 2017.

13. Counts in Master Complaint brought by Plaintiff:

☑  Count I – Strict Products Liability – Failure to Warn
☑  Count III – Negligence
☑  Count IV – Negligent Misrepresentation
☑  Count V – Fraudulent Misrepresentation
☑  Count VI – Fraudulent Concealment
☑  Count VII – Fraud and Deceit
☐  Other: _____

This the ___ day of December, 2017.

        WHITFIELD BRYSON & MASON LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        Email: hunter@wbmllp.com

        *Attorneys for Plaintiff*