UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Mary Elaine Scott,<br>        Plaintiff,<br><br>vs.<br><br>Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Accord Healthcare, Inc., Sandoz, Inc.,<br>        Defendants.<br><br>Civil Case No.: 2:16-cv-17587 | : : : : : : : : : : : : : : : : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on January 31, 2018, at 9:30 a.m.

This the 14th day of December, 2017.

                                        WHITFIELD BRYSON & MASON LLP


                                        */s/ Daniel K. Bryson*
                                        Daniel K. Bryson
                                        N.C. State Bar No.: 15781
                                        J. Hunter Bryson

N.C. State Bar No.: 50602  
PO Box 12638  
Raleigh, NC 27605  
Phone: 919-600-5000  
Facsimile: 919-600-5035  
Email: dan@wbmllp.com  
Email: hunter@wbmllp.com  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 13, 2017.

/s/ Daniel K. Bryson  
Daniel K. Bryson