**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | HON. KURT D. ENGELHARDT |
| | : | |
| | : | COMPLAINT & JURY DEMAND |
| | : | |
| *This Document Relates to:* | : | CIVIL ACTION NO. 2:17-cv-06921 |
| Cynthia A. Hayden | : | |

**NOTICE TO WITHDRAW PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, Cynthia A. Hayden, by and through her attorneys, respectfully withdraw their Motion for Leave to File Amended Short Form Complaint in this matter. (Docket Number 727)

Dated: December 14, 2017          Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ David F. Miceli*
　　　　　　　　　　　　　　　　　　David F. Miceli (GA 503900)
　　　　　　　　　　　　　　　　　　Holly R. Nighbert (MO 64548)
　　　　　　　　　　　　　　　　　　**SIMMONS HANLY CONROY**
　　　　　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　　　　　Alton, IL 62002
　　　　　　　　　　　　　　　　　　Telephone: 618.259.2222
　　　　　　　　　　　　　　　　　　Facsimile: 618.259.2251
　　　　　　　　　　　　　　　　　　dmiceli@simmonsfirm.com
　　　　　　　　　　　　　　　　　　hnighbert@simmonsfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLAINCE**

In compliance with Local Rule 7.6 Defendants Liaison Counsel has been contacted and do not oppose our Notice to Withdraw Plaintiff's Motion to Amend Complaint.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 14th day of December, 2017.

                                        */s/ David F. Miceli*
                                         David F. Miceli