UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| MARILYN JAMES,  Plaintiff(s), | | |
| vs. | | |
| SANOFI S.A., et al.,  Defendant(s). | | |
| Civil Case No.: 2:17-CV-06719 -------------------------------------------------------------- | | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW Plaintiff Marilyn James, by and through the undersigned counsel, and files this Response to the Order to Show Cause No. 2 (Rec. Doc. 1203) and shows as follows:

1. A Plaintiff Fact Sheet ("PFS"), completed and signed by Plaintiff Marilyn James was submitted through the MDL Centrality portal on December 13, 2017.

2. Plaintiff's delay in submitting her completed and signed PFS was caused by communication problems between Counsel and Plaintiff. Specifically, several items of mail pertaining to the PFS failed to reach Plaintiff. Further, Plaintiff's telephone service was disconnected in the period of time during which Counsel was attempting to reach her regarding the PFS.

For the foregoing reasons, Plaintiff requests that this Court discharge the Order to Show Cause No. 2 as it pertains to Plaintiff Marilyn James and allow her case to proceed.

1

This the 14th day of December, 2017.

                                      DAVIS & CRUMP, P.C.

                                      /s/ Trevor B. Rockstad
                                      Trevor B. Rockstad
                                      MS State Bar No.: 103614
                                      2601 14th Street
                                      Gulfport, MS 39501
                                      Phone: 228-863-6000
                                      Facsimile: 228-864-0907
                                      Email: Trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: December 14, 2017.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com