MINUTE ENTRY
NORTH, M.J.
DECEMBER 14, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
      PRODUCTS LIABILITY
      LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date.

PRESENT:   Douglas Moore         Patrick Oot          Harley Ratliff
              John Olinde           Dawn Barrios        Andrew Lemmon
              Christopher Coffin    Palmer Lambert      Karen Menzies
              Deborah Rouen         Cliff Merrell       Lawrence Centola
              Zachary Wool          Alexander Dwyer     Michael Suffern
              Jessica Reynolds

PARTICIPATING BY PHONE:   Julie Park          Kathy Kelly

The Court was advised by counsel for Sanofi that the productions related to the first two sets of custodian designees and the non-custodian production will be substantially completed by December 18, 2017. Given that representation, the Court took no further action regarding those productions.

The Court ordered that the deadline for providing custodial discovery responses (*i.e.*, documents and ESI requested by Plaintiffs from specific custodians) is hereby extended to 45 days following the designation of an individual as a custodian.[1]

---

[1] This amends and supersedes the 30-day deadline the Court ordered at the November 14, 2017 status conference, as reflected in record document 1127.

The Court was advised that, during or shortly before certain recent Plaintiff depositions, numerous documents were produced that should have been produced in connection with those Plaintiffs' fact sheets. The Court hereby admonishes all Plaintiffs and their counsel that, going forward, failure to make full and timely document productions may result in sanctions, up to and including dismissal of their claims.

The Court set the next two discovery status conferences: December 27, 2017 at 10:00 a.m. (by telephone) and January 9, 2018 at 10:00 a.m. (in person).

                                              MICHAEL B. NORTH
                                           UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:50)