| | | | |
|---|---|---|---|
| **PBC** PENDLEY BAUDIN & COFFIN ATTORNEYS AT LAW | Patrick W. Pendley<br>Stanley P. Baudin<br>Christopher L. Coffin*†<br>*Also admitted in Georgia<br>†Registered nurse<br>Nicholas R. Rockforte | Pamela P. Baudin<br>Courtney L. Stidham*<br>*Also admitted in Alabama<br>Jessica A. Reynolds<br>Evan P. Fontenot | **Of Counsel:**<br>Allen M. Edwards<br>David M. Hundley*<br>*Admitted only in Illinois<br>Tracy L. Turner*<br>*Admitted only in Ohio |

December 14, 2017

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Annette West v. Sanofi SA, et al.;* 2:16-cv-16062

Dear Judge Engelhardt:

Pursuant to this Court's Second Order to Show Cause (Doc. No.1103), entered November 15, 2017, Plaintiff Annette West, by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel has made numerous and diligent attempts, both by phone and mail, to reach Ms. West concerning her Plaintiff Fact Sheet. Plaintiff's counsel relayed, both by phone and mail, to Plaintiff that her Plaintiff Fact Sheet was overdue and therefore her case was subject to a potential dismissal. Plaintiff has continued to work with counsel to complete her Plaintiff Fact Sheet and produce all Court required documentation for submission of her Plaintiff Fact Sheet. As a result, the Plaintiff's Fact Sheet was submitted through MDL Centrality, Plaintiff ID: 44690, on or about December 12, 2017.

---

| Plaquemine | | New Orleans | |
|---|---|---|---|
| Post Office Drawer 71 | T (225) 687.6396 | 1515 Poydras Street, | T (504) 355.0086 |
| 24110 Eden Street | F (225) 687.6398 | Ste. 1400 | F (504) 523.0699 |
| Plaquemine, LA 70765 | pbclawfirm.com | New Orleans, LA 70112 | pbclawfirm.com |

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff has completed and submitted her Plaintiff Fact Sheet.

Dated:  December 14, 2017

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*