

| | |
|---|---|
| Patrick W. Pendley | Pamela P. Baudin |
| Stanley P. Baudin | Courtney L. Stidham* |
| Christopher L. Coffin*† | *Also admitted in Alabama |
| *Also admitted in Georgia | Jessica A. Reynolds |
| †Registered nurse | Evan P. Fontenot |
| Nicholas R. Rockforte | |

**Of Counsel:**
Allen M. Edwards
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

December 14, 2017

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
           *Geneva Clemons v. Sanofi SA, et al.;* 2:16-cv-17059

Dear Judge Engelhardt:

Pursuant to this Court's Second Order to Show Cause (Doc. No.1103), entered November 15, 2017, Plaintiff Geneva Clemons, by and through her undersigned counsel, hereby files her response.

Plaintiff's counsel has made numerous and diligent attempts, both by phone and regular and certified mail, to reach Ms. Clemons concerning her Plaintiff Fact Sheet. Additionally, Plaintiff's counsel has relayed, both by phone and mail, to Plaintiff that her Plaintiff Fact Sheet is overdue and therefore her case is potentially subject to a dismissal with prejudice. Furthermore, on or about November 16, 2017, counsel mailed Plaintiff a copy of this Court's Second Order to Show Cause, notifying Plaintiff that her case was subject to a potential dismissal.

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

Dated:  December 14, 2017

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*