UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Reba Beasley v. Sanofi S.A., et al. Case No. 2:17-cv-6824 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Reba Beasley, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Beasley's Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 20, 2017. Ms. Beasley's PFS was substantially complete, triggering the defendants' responsive submission, and defendants Accord, Pfizer and Hospira duly submitted their corresponding Defendant Fact Sheets ("DFS"). Minor deficiencies arguably remain; a new "amended deficiency notice" was recently served on December 7, 2017, and Plaintiff is within the 30 day time period to respond to that new notice.

However, the Sun entity defendants included Ms. Beasley on their list of "Substantially Incomplete" PFSs by claiming that she failed to provide a properly signed and dated declaration. Ms. Beasley's declaration, signed and dated, was uploaded on November 2, 2017. The identical declaration was uploaded again on December 5, 2017. Despite this, Sun has not withdrawn Ms. Beasley's PFS from their list of substantially incomplete PFSs.

Thus, apart from the new purported deficiencies named in the December 7 amended deficiency notice (which are not yet due), Plaintiff has satisfied the outstanding deficiencies raised by the Sun entity defendants.

Plaintiff therefore respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim. Multiple defendants have clearly reached the same conclusion, filing their DFSs on Plaintiff's claim.

Submitted December 15, 2017

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com