UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Sheila Crayton v. Sanofi S.A., et al. Case No. 2:17-cv-5923 | |

### RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Sheila Crayton, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Crayton's Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 21, 2017. There was no deficiency notice served or uploaded at any time since that PFS was uploaded. Regardless, the Sun entity defendants have circumvented the procedure set out by this Court and have placed Ms. Crayton's PFS on their list of "substantially incomplete" PFSs. This is not how the process was intended: there should not be an ambush via a motion to the Court complaining of deficiencies that the Plaintiff has not been given the opportunity to correct.

Regardless, the Sun entity defendants have complained that Proof of Injury records were improperly coded and that no "before" photographs were provided. Both of these purported deficiencies were resolved in full by Plaintiff on December 5, 2017, when undersigned counsel re-coded multiple photographs as documenting the required "Proof of Injury," while adding multiple "before treatment" photographs labeled with their corresponding dates.

Plaintiff has therefore satisfied the outstanding deficiencies raised by the Sun entity defendants in their submission to the Court. Plaintiff again objects to this method of resolving deficiencies and requests that any future complaints take the form of properly uploaded Notices of Deficiencies.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim, and she has addressed the two complaints raised by the Sun entity defendants.

Submitted December 15, 2017

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com