UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Jody Fulcher v. Sanofi S.A., et al.<br>Case No. 2:16-cv-15855 | HON. KURT D. ENGELHARDT |

**RESPONSE TO ORDER TO SHOW CAUSE NO. 2**

Plaintiff, Jody Fulcher, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Fulcher's Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on May 23, 2017. Ms. Fulcher's PFS was then amended multiple times as more information was gained through additional medical records, photographs, and records, on August 1, October 6, and November 16, 2017. Finally, on December 12, 2017, Ms. Fulcher filed her fourth Amended PFS, which responds in full to all deficiencies noted by the defendants in both their original and amended deficiency notices. No alleged deficiencies remain outstanding.

In fact, Ms. Fulcher updated and completed all information sought by Defendants in their original and amended deficiency notices by December 6, 2017, when she filed a complete "Response to Deficiency Notice." Since that time, Ms. Fulcher has received no notice whatsoever from the Sanofi Defendants with regard to what additional information they consider to be necessary yet still incomplete at this point. Undersigned counsel for Ms. Fulcher attempted to discuss this PFS and Defendants' outstanding issues, if any, with counsel for Sanofi but

counsel for Sanofi was unavailable. This has left Plaintiff in the dark as to the basis for her inclusion in on Exhibit 3 of the Order to Show Cause No. 2 (Doc. 1103). This is in contrast to the non-Sanofi defendants, which provided <u>specific</u> reasons and listed the significant outstanding deficiencies to counsel for those plaintiffs on its list of requested dismissals. As it stands today, Jody Fulcher's PFS has been thoroughly and completely answered, and all purported deficiencies have been resolved.

   Plaintiff therefore respectfully moves this Court to maintain her claim. She has fully completed the PFS, responded to the original and amended deficiency notices, and provided all required information and documentation necessary to further prosecute her claim. Should the Sanofi Defendants believe that there are still unresolved issues in the PFS (which Plaintiff denies), Defendants should be required to specify what those issues are, in order to enable Plaintiff to adequately and specifically respond.

Submitted December 15, 2017

/*s/ Lauren E. Godshall*_____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

   I certify that on December 14, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/*s/ Lauren E. Godshall*_____

2