UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Carole LaMartina v. Sanofi S.A., et al. Case No. 2:17-cv-5924 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Carole LaMartina, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. LaMartina's Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 20, 2017. Ms. LaMartina's PFS was then amended multiple times as more information was gained through additional medical records, photographs, and records, on September 26, 2017, and December 5, 2017. Finally, on December 7, 2017, Ms. Fulcher filed her third Amended PFS, which responds in full to all deficiencies noted by the defendants in both their original and amended deficiency notices. No alleged deficiencies remain outstanding.

Per the Sun entity defendants, the complained-of outstanding deficiencies are that photographs were not dated appropriately and no "before treatment" photographs were provided. On December 5 and December 7, however, multiple photographs were uploaded with their corresponding dates appropriately noted, and several "before treatment" photographs were included in those uploads.

Plaintiff has therefore satisfied the outstanding deficiencies raised by the Sun entity defendants in their submission to the Court. Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim, and she has addressed the two complaints raised by the Sun entity defendants.

    Respectfully submitted,

*/s/ Lauren E. Godshall*_____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*_____