## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Denise Lee v. Sanofi S.A., et al. Case No. 2:17-cv-5927 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Denise Lee, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Lee's Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 21, 2017. Ms. Lee's PFS was then amended multiple times as more information was gained through additional medical records, photographs, and records, on September 28, 2017, and December 5, 2017. Finally, on December 11, 2017, Ms. Lee filed her third Amended PFS, which responds in full to all deficiencies noted by the defendants in both their original and amended deficiency notices. No alleged deficiencies enumerated in the deficiency notices remain outstanding.

Per the Sun entity defendants, the complained-of outstanding deficiencies are (1) Ms. Lee failed to provide proof of use documents, (2) proof of injury documents were not coded properly; (3) no "before treatment" photographs were provided, and (4) no "after treatment" photographs were provided.

Each of these four areas has been fully satisfied: (1) Proof of use documents were uploaded on December 5. (2) Multiple documents coded as proof of injury were uploaded on both December 5 and December 11. (3) "Before treatment" photographs were uploaded and labeled on both December 5 and December 11. (4) Finally, "after treatment" photographs were uploaded and labeled on December 5.

Plaintiff has therefore satisfied the outstanding deficiencies raised by the Sun entity defendants in their submission to the Court. Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim, and she has addressed the two complaints raised by the Sun entity defendants.

Respectfully submitted,

/s/ Lauren E. Godshall____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lauren E. Godshall_____