UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Irma Stevens v. Sanofi S.A., et al. Case No. 2:17-cv-5918 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Irma Stevens, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Stevens' Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 21, 2017. Ms. Stevens' PFS was then amended as more information was gained through additional medical records, photographs, and records, on September 29, 2017. An amended deficiency notice was served on November 13, 2017 and is in the process of being fulfilled.

Per the Sun entity defendants, the complained-of outstanding deficiency is the lack of any "before treatment" photographs. Undersigned counsel for plaintiff acknowledges that "before treatment" photographs have not yet been uploaded; however, Ms. Stevens has assured counsel that the photographs have been mailed to counsel. Upon receipt they will immediately be uploaded. Ms. Stevens, who does not drive, was ill for some time and has not been able to bring photographs directly to counsel's office.

Plaintiff respectfully moves this Court to maintain her claim. She has completed the PFS, responded to several deficiency notices in gathering additional information and documentation, and will shortly complete the PFS by uploading the requisite photographs as soon as these photographs are received by counsel. Alternatively, Plaintiff respectfully requests thirty (30) days to comply with the last remaining deficiency.

                                                Respectfully submitted,

                                                */s/ Lauren E. Godshall*_____
                                                Betsy Barnes, LA # 19473
                                                Lauren E. Godshall, LA #31465
                                                Morris Bart, LLC
                                                601 Poydras St., 24th Fl.
                                                New Orleans, LA 70130
                                                Phone: (504) 525-8000
                                                Fax: (504) 599-3392
                                                bbarnes@morrisbart.com
                                                lgodshall@morrisbart.com

### CERTIFICATE OF SERVICE

     I certify that on December 14, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                                */s/ Lauren E. Godshall*_____