UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Dinah Turner v. Sanofi S.A., et al. Case No. 2:17-cv-5481 | |

### RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Dinah Turner, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Turner's Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 21, 2017. Ms. Turner's PFS was then amended times as more information was gained through additional medical records, photographs, and records, on September 2, 2017. Finally, on December 5, 2017, Ms. Turner filed her second Amended PFS, which responds in full to all deficiencies noted by the defendants in their deficiency notice. No alleged deficiencies enumerated in the deficiency notice remain outstanding.

Per the Sun entity defendants, the only complained-of outstanding deficiency is that no "before treatment" photographs were provided. However, on December 5, 2017, multiple "before treatment" photographs were uploaded with their corresponding dates appropriately noted. Plaintiff has therefore satisfied the sole outstanding deficiency raised by the Sun entity defendants in their submission to the Court.

1

Plaintiff respectfully moves this Court to maintain her claim. She has completed the PFS and provided all required information and documentation necessary to further prosecute her claim, and she has fully addressed the only complaint raised by the Sun entity defendants.

        Respectfully submitted,

        */s/ Lauren E. Godshall*_____
        Betsy Barnes, LA # 19473
        Lauren E. Godshall, LA #31465
        Morris Bart, LLC
        601 Poydras St., 24th Fl.
        New Orleans, LA 70130
        Phone: (504) 525-8000
        Fax: (504) 599-3392
        bbarnes@morrisbart.com
        lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on December 14, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

        /s/ Lauren E. Godshall_____