# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Myrtis Warren v. Sanofi S.A., et al.
Case No. 2:17-cv-6833

MDL NO. 2740

SECTION "N" (5)

HON. KURT D. ENGELHARDT

## RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Plaintiff, Myrtis Warren, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice. Ms. Warren Plaintiff Fact Sheet ("PFS") was uploaded to MDL Centrality on July 21, 2017. Ms. Warren's PFS was then amended as more information was gained through additional medical records, photographs, and records, on September 29, 2017. This amended PFS was considered substantially complete as to trigger the corresponding service of Defendant Fact Sheets ("DFS"), which were duly served by Pfizer, Hospira and Sanofi. While minor deficiencies arguably remained, Ms. Warren addressed these by amending her PFS to add more information requested by defendants on December 7 and 12. No alleged deficiencies remain outstanding.

Per the Sun entity defendants, the complained-of outstanding deficiency is that the provided photographs were not dated appropriately. It must be noted that this deficiency does not appear on the most recent "Amended Deficiency Notice" that Ms. Warren received, dated November 10, 2017, such that Ms. Warren was not previously aware that her photographs were

considered deficient. Nonetheless, she has re-submitted the previously-produced photographs to reflect their corresponding dates.

Plaintiff has therefore satisfied the outstanding deficiency raised by the Sun entity defendants in their submission to the Court. Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim, and she has addressed the sole complaint raised by the Sun entity defendants.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on December 14, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*