UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### DEFENDANTS' CONSENT MOTION FOR SUBSTITUTION OF SECOND AMENDED EXEMPLAR SHORT FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Defendants, through Defendants' Liaison Counsel, who, with the consent of Plaintiffs, through Plaintiffs' Liaison Counsel, respectfully move for the substitution of the Second Amended Exemplar Short Form Complaint.

Pursuant to Pretrial Order No. 61 (Rec. Doc. 877), claims in the Amended Master Long Form Complaint against Defendant(s) were dismissed by this Court on Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint. (Rec. Doc. 489). The Second Amended Exemplar Short Form Complaint, which is attached as Exhibit A to this Consent Motion removes the dismissed counts (Counts 2 and 8). This Second Amended Short Form Complaint also removes references to Sanofi S.A. and Aventis Pharma S.A., who have been dismissed from this action without prejudice pursuant to the Joint Stipulation of the Plaintiffs and the Sanofi Defendants. (Rec. Doc. 1072).

**WHEREFORE**, Defendants respectfully request that this Court grant the Joint Motion for Substitution of Second Amended Exemplar Short Form Complaint, substituting the Second Amended Exemplar Short Form Complaint, which is attached as Exhibit A to this Motion, in place of the current Exemplar Short Form Complaint (Rec. Doc. 673-3), as of December 15, 2017.

Respectfully submitted:

| | |
|---|---|
| /s/ Douglas J. Moore | /s/ John F. Olinde |
| Douglas J. Moore (Bar No. 27706) | John F. Olinde (Bar No. 1515) |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **CHAFFE MCCALL, L.L.P.** |
| 400 Poydras Street, Suite 2700 | 1100 Poydras Street |
| New Orleans, LA  70130 | New Orleans, LA  70163 |
| Telephone: 504-310-2100 | Telephone: 504-585-7000 |
| Facsimile:  504-310-2120 | Facsimile:  504-585-7075 |
| E-Mail: dmoore@irwinllc.com | E-Mail: olinde@chaffe.com |
| *Defendants' Liaison Counsel* | *Defendants' Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Douglas J. Moore