UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the foregoing Motion for Substitution of Second Amended Exemplar Short Form Complaint filed by Defendants, through Defendants' Liaison Counsel, with the consent of Plaintiffs, through Plaintiffs' Liaison Counsel;

**IT IS HEREBY ORDERED** that the Motion for Substitution of Second Amended Exemplar Short Form Complaint be and is **GRANTED**, and that the Second Amended Exemplar Short Form Complaint, which is attached as Exhibit A to Defendants' Motion, is substituted in place of the current Amended Exemplar Short Form Complaint (Rec. Doc. 673-3), as of December 15, 2017.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
JUDGE KURT D. ENGELHARDT

1