

December 14, 2017

Via ECF

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Cynthia Williams v. Sanofi SA, et al.; 2:16-cv-17222

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, Plaintiff Cynthia Williams by and through her undersigned counsel, hereby shows cause.

Plaintiff's counsel has spoken with Ms. Cynthia Williams, and she no longer wishes to participate and understands her case will be dismissed with prejudice.

Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal with prejudice in this matter as Plaintiff no longer wishes to participate in the litigation.

DATED: December 14, 2017

Respectfully submitted,

BACHUS & SCHANKER, LLC

/s/ J. Christopher Elliott
**J. Christopher Elliott (#41063)**
**Darin L. Schanker (#23881)**
**J. Kyle Bachus (#24441)**
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email: celliott@coloradolaw.net
Email: dschanker@coloradolaw.net
Email: kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*