

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation
*Jimmie Poore v. Sanofi SA, et al.;* 2:16-cv-17505

Dear Judge Engelhardt:

    Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Jimmie Poore by and through her undersigned counsel, hereby shows cause.

    Plaintiff's counsel has spoken with Ms. Poore, and she no longer wishes to participate and understands her case will be dismissed with prejudice.

    Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal with prejudice in this matter as Plaintiff no longer wishes to participate in the litigation.

DATED: December 14, 2017

    Respectfully submitted,

    **BACHUS & SCHANKER, LLC**

    */s/ J. Christopher Elliott*
    **J. Christopher Elliott (#41063)**
    **Darin L. Schanker (#23881)**
    **J. Kyle Bachus (#24441)**
    Bachus & Schanker, LLC
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 893-9800
    FAX: (303) 893-9900
    Email:celliott@coloradolaw.net
    Email:dschanker@coloradolaw.net
    Email:kyle.bachus@coloradolaw.net
    *Attorneys for Plaintiff*