

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation
*Shirley Small v. Sanofi SA, et al.;* 2:16-cv-17224

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Shirley Small by and through her undersigned counsel, hereby show cause.

Plaintiff Shirley Small terminated our law firm claiming she has another law firm representing her now. We have not been able to find out from Ms. Small who the other law firm is on her case. We ask that her case remain on file representing herself pro se until the new law firm files a substitution of counsel or worst case dismiss her case without prejudice.

Based on the foregoing, Plaintiff respectfully requests that this Court remove Bachus & Schanker, LLC as counsel of record on this case, but not dismiss the case until her new attorneys file an appearance.

DATED: December 14, 2017

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*