

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Linda Parker v. Sanofi SA, et al.; 2:16-cv-17506

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Linda Parker by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel had made several attempts to contact Ms. Parker about her missing Plaintiff Fact Sheet, and finally got ahold of her on December 12, 2017. Ms. Parker's husband was in the hospital, and she has also been ill. She had a lot going on, which prevented her from being responsive to our request that she return a completed Plaintiff Fact Sheet. She has now sent us a completed and signed Plaintiff Fact Sheet, with signed authorizations, and photos, which was submitted on MDL Centrality yesterday.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff Linda Parker has now submitting her completed Plaintiff Fact Sheet and other required documentation.

DATED: December 14, 2017                                        Respectfully submitted,

EQUITY PARTNERS: J. KYLE BACHUS · DARIN L. SCHANKER · JAMES W. OLSEN · J. CHRISTOPHER ELLIOTT · DAVID W. KRIVIT
1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*