

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Vanessa Truehill v. Sanofi SA, et al.; 2:16-cv-17182

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Vanessa Truehill by and through her undersigned counsel, hereby shows cause as to why her case should not be dismissed with prejudice.

Plaintiff's counsel has learned that Vanessa Truehill passed away. Plaintiff's counsel is in the process of determining the next of kin that wishes to serve as personal representative for the Estate of Carolyn Purdue for the purpose of pursuing a survivorship claim. An estate will also have to be set up. Thus, the plaintiff fact sheet cannot be submitted at this time without a personal representative appointment. Plaintiff's counsel is requesting additional time from this Court to see if any of the family members want to continue pursuing Ms.Truehill's case.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff is deceased and we need a personal representative appointed to complete the Plaintiff Fact Sheet.

DATED: December 14, 2017                          Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*