UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: | : | JUDGE KURT D. ENGELHARDT |
| *Margaret Pollard v. Sanofi S.A., et al.,* *Civil Action No. 2:17-cv-08598* | : : : | |
| _____ | : | MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Margaret Pollard, through her undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis, Inc., and Actavis Pharma Inc. only.

Dated this 14th day of December, 2017.

Respectfully submitted,

THE SIMON LAW FIRM, P.C.

By: /s/Amy Collignon Gunn
John G. Simon
Amy Collignon Gunn
800 Market Street, Ste. 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn