

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Diane Starkey v. Sanofi SA, et al.; 2:16-cv-15505

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Diane Starkey by and through her undersigned counsel, hereby show cause.

Plaintiff Diane Starkey has two cases on file in this MDL. The Gibb Law Group's case number is 2:16-cv-12389. The Gibb's Law Group's is currently working with Ms. Starkey to finalize her plaintiff fact sheet. The Gibb's Law Group has stated they will file her Plaintiff Fact Sheet within the 75 days of the filing of their complaint. Plaintiff's counsel has agreed with that case 2:16-cv-15505 should be dismissed without prejudice with the understanding that Ms. Starkey's case 2:16-cv-12389 with the Gibbs Law Group will remain active on the docket. Our firm has already prepared a motion to dismiss our case number without prejudice, but is still awaiting a response from defense liason counsel Mr. Doug Moore if his client agrees.

Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal in case 2:16-cv-15505 without prejudice with the understanding that the other case 2:16-cv-12389 remains active.

DATED: December 14, 2017                                         Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*