

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Angela Scott v. Sanofi SA, et al.; 2:16-cv-17233

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Angela Scott by and through her undersigned counsel, hereby show cause.

Plaintiff Angela Scott has two cases on file in this MDL. The Wendt Law firm case number is 2:16-cv-16794. Plaintiff's counsel has agreed with the Wendt Law Firm that case 2:16-cv-17233 should be dismissed without prejudice with the understanding that Ms. Scott's case 2:16-cv-16794 with the Wendt Law firm will remain active on the docket. My understanding is that the Wendt Law firm already submitted a Plaintiff Fact Sheet for Ms. Scott in July 2017.

Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal in this case 2:16-cv-17233 without prejudice with the understanding that the other case 2:16-cv-16794 remains active.

DATED: December 14, 2017                         Respectfully submitted,

                                                 **BACHUS & SCHANKER, LLC**

                                                 /s/ J. Christopher Elliott
                                                 *J. Christopher Elliott (#41063)*
                                                 *Darin L. Schanker (#23881)*

*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*