

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Angela Holloway v. Sanofi SA, et al.;* 2:16-cv-17178

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Angela Holloway by and through her undersigned counsel, hereby show cause.

Plaintiff Angela Holloway has two cases on file in this MDL. The Lowe Law Group's case number is 2:16-cv-17358. The Lowe Law Group's case will remain active, and they have already filed Ms. Holloway's plaintiff fact sheet. Plaintiff's counsel has agreed that case 2:16-cv-17178 should be dismissed without prejudice with the understanding that Ms. Holloway's case 2:16-cv-17358 with the Lowe Law Group will remain active on the docket. The Lowe Law Group reports that the Plaintiff Fact Sheet submitted in July 2017 has no deficiencies.

Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal in case 2:16-cv-17178 without prejudice with the understanding that the other case 2:16-cv-17358 remains active.

DATED: December 14, 2017                    Respectfully submitted,

                                                      **BACHUS & SCHANKER, LLC**

                                                     <u>/s/ J. Christopher Elliott</u>
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*