

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Alice Black v. Sanofi SA, et al.; 2:16-cv-17206*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Alice Black by and through her undersigned counsel, hereby show cause.

Plaintiff Alice Black has two cases on file in this MDL. The Lowe Law Group's case number is 2:16-cv-17379. The Lowe Law Group's case will remain active, and they have already filed Ms. Black's Plaintiff Fact Sheet. Plaintiff's counsel has agreed with the Lowe Law Group that case 2:16-cv-17206 should be dismissed without prejudice with the understanding that Ms. Black's case 2:16-cv-17379 with the Lowe Law Group will remain active on the docket. The Lowe Law Group reports that the Plaintiff Fact Sheet they submitted in July 2017 has no outstanding deficiencies.

Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal in case 2:16-cv-17206 without prejudice with the understanding that the other case 2:16-cv-17379 remains active.

EQUITY PARTNERS: J. KYLE BACHUS · DARIN L. SCHANKER · JAMES W. OLSEN · J. CHRISTOPHER ELLIOTT · DAVID W. KRIVIT
1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

DATED: December 14, 2017	Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*