

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:  In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Joyce Chapman v. Sanofi SA, et al.; 2:16-cv-17217

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Joyce Chapman by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel has made several attempts to contact Ms. Joyce Chapman requesting she return her Plaintiff Fact Sheet. Plaintiff has not responded to date. We would ask this court for an extension of time to send out an investigator to see if we can get Ms. Chapman to return a completed Plaintiff Fact Sheet.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff continues to try and locate the whereabouts of Ms. Chapman.

DATED: December 14, 2017                    Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*

Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*