

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Mary Hughes v. Sanofi SA, et al.; 2:16-cv-17205

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Mary Hughes by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel made several attempts to contact Ms. Mary Hughes requesting she return her Plaintiff Fact Sheet. Plaintiff has not responded to date. We would ask this court for an extension of time to send out an investigator to see if we can get Ms. Hughes to return a completed Plaintiff Fact Sheet.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff continues to try and locate the whereabouts of Ms. Hughes.

DATED: December 14, 2017              Respectfully submitted,

                                      **BACHUS & SCHANKER, LLC**

                                      /s/ J. Christopher Elliott
                                      *J. Christopher Elliott (#41063)*
                                      *Darin L. Schanker (#23881)*
                                      *J. Kyle Bachus (#24441)*
                                      Bachus & Schanker, LLC
                                      1899 Wynkoop Street, Suite 700
                                      Denver, CO 80202

Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*