

# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Connie Semeniuk v. Sanofi SA, et al.; 2:16-cv-17512

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017,  Plaintiff Connie Semeniuk by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel had made several attempts to contact Ms. Semeniuk, and finally got ahold of her on December 12, 2017.  Ms. Semeniuk's husband was battling cancer, and just passed away.  She had a lot going on with her husband's passing, which prevented her from being responsive to our request that she return a completed Plaintiff Fact Sheet.  She will now be sending us a completed and signed Plaintiff Fact Sheet, with signed authorizations, and photos, but needs additional time given her husband's passing.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff  Semeniuk needs additional time to complete the  Plaintiff Fact Sheet.

DATED: December 14, 2017                    Respectfully submitted,

                                           **BACHUS & SCHANKER, LLC**

                                           /s/ J. Christopher Elliott
                                           *J. Christopher Elliott (#41063)*
                                           *Darin L. Schanker (#23881)*

*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*