

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Deborah Belue v. Sanofi SA, et al.; 2:16-cv-17063

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, Plaintiff Deborah Belue by and through her undersigned counsel, hereby shows cause.

Plaintiff's counsel has spoken with Ms. Deborah Belue, and she no longer wishes to participate and understands her case will be dismissed with prejudice.

Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal in this matter as Plaintiff no longer wishes to participate in the litigation.

DATED: December 14, 2017                    Respectfully submitted,

                                            **BACHUS & SCHANKER, LLC**

                                            */s/ J. Christopher Elliott*
                                            **J. Christopher Elliott (#41063)**
                                            **Darin L. Schanker (#23881)**
                                            **J. Kyle Bachus (#24441)**
                                            Bachus & Schanker, LLC
                                            1899 Wynkoop Street, Suite 700
                                            Denver, CO 80202
                                            Telephone: (303) 893-9800
                                            FAX: (303) 893-9900
                                            Email:celliott@coloradolaw.net
                                            Email:dschanker@coloradolaw.net
                                            Email:kyle.bachus@coloradolaw.net
                                            *Attorneys for Plaintiff*