

**BACHUS & SCHANKER, LLC**
ATTORNEYS AT LAW

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Ada Brown v. Sanofi SA*, et al.; 2:16-cv-17142

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Ada Brown by and through her undersigned counsel, hereby show cause as to why her case should not be dismissed with prejudice.

Plaintiff's counsel had made several attempts to reach Plaintiff Ada Brown asking that she return a completed Plaintiff Fact Sheet. Finally, on December 12, 2017, Plaintiff's counsel was able to reach her by telephone. Ms. Brown apologized that she had been ill, and had trouble understanding all the technical questions of the Plaintiff Fact Sheet. Plaintiff's counsel offered assistance, and Ms. Brown stated she still wanted to participate, but would need additional time to complete the Plaintiff Fact Sheet.

Based on the foregoing, Plaintiff respectfully request this Court not dismiss Plaintiff Ada Brown's case, and give Plaintiff's counsel additional time to work with Ms. Brown on her Plaintiff Fact Sheet.

DATED: December 14, 2017                    Respectfully submitted,

                                                              **BACHUS & SCHANKER, LLC**

                                                              /s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*