

December 14, 2017

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Leslie Bingham v. Sanofi SA, et al.; 2:16-cv-17502

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Leslie Bingham by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff has made several attempts to contact Ms. Bingham requesting she return her Plaintiff Fact Sheet. Plaintiff has not responded to date. Co-Counsel is going to Plaintiff's home today to try and gain her participation. We would ask this court for an extension of time to send out an investigator to see if we can get Ms. Bingham to return a completed Plaintiff Fact Sheet.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff continues to try and locate the whereabouts of Ms. Bingham.

DATED: December 14, 2017                    Respectfully submitted,

                                                                     **BACHUS & SCHANKER, LLC**

                                                                     /s/ J. Christopher Elliott
                                                                     ***J. Christopher Elliott (#41063)***
                                                                     ***Darin L. Schanker (#23881)***
                                                                     ***J. Kyle Bachus (#24441)***
                                                                     Bachus & Schanker, LLC
                                                                     1899 Wynkoop Street, Suite 700
                                                                     Denver, CO 80202
                                                                     Telephone: (303) 893-9800
                                                                     FAX: (303) 893-9900

EQUITY PARTNERS: J. KYLE BACHUS · DARIN L. SCHANKER · JAMES W. OLSEN · J. CHRISTOPHER ELLIOTT · DAVID W. KRIVIT
1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*