

**BACHUS &
SCHANKER, LLC**
ATTORNEYS AT LAW

December 14, 2017

Via ECF

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation Belinda Cole  v. Sanofi
SA, et al.; 2:16-cv-17945

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause, entered November 15, 2017, Plaintiff Belinda Cole

by and through her undersigned counsel, hereby shows cause as to why her complaint should not be

dismissed with prejudice.

Plaintiff's counsel has made several attempts to contact Ms. Cole requesting she return her

Plaintiff Fact Sheet.  We still don't have her completed Plaintiff Fact Sheet.  We would ask this court for

an extension of time to send out an investigator to see if we can get Ms. Cole to return a completed

Plaintiff Fact Sheet.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this

matter as Plaintiff continues to try and locate the whereabouts of Ms. Cole.

DATED: December 14, 2017                    Respectfully submitted,

                                            **BACHUS & SCHANKER, LLC**

                                            /s/ J. Christopher Elliott
                                            *J. Christopher Elliott (#41063)*
                                            *Darin L. Schanker (#23881)*
                                            *J. Kyle Bachus (#24441)*

EQUITY PARTNERS: J. KYLE BACHUS · DARIN L. SCHANKER · JAMES W. OLSEN · J. CHRISTOPHER ELLIOTT · DAVID W. KRIVIT
1899 WYNKOOP STREET, SUITE 700 DENVER, CO  80202 PHONE: 303-893-9800 FAX: 303-893-9900

Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net
*Attorneys for Plaintiff*