

December 14, 2017

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation
        *Barbara Bice v. Sanofi SA, et al.*; 2:17-cv-00751

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Barbara Bice by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel has made numerous attempts, by email and phone, to reach Ms. Bice concerning her deficient Plaintiff Fact Sheet (PFS). Plaintiff's counsel has submitted new documentation and a more detailed PFS via MDL Centrality on December 14th, 2017, but have been unable to obtain pre-chemotherapy photographs from Ms. Bice. My office has been diligently attempting to contact Ms. Bice, but has not received a response to our urgent messages. We would ask this court for an extension of time to send out an investigator to find out Ms. Bice's whereabouts and gain her cooperation.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff's counsel is diligently contacting Plaintiff to cure the deficient Plaintiff Fact Sheet.

DATED: December 14, 2017

Respectfully submitted,


BACHUS & SCHANKER, LLC


*/s/ J. Christopher Elliott*
J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloardolaw.net
***Attorneys for Plaintiff***