

December 15, 2017

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Tukesha Burks v. Sanofi SA, et al.;* 2:17-cv-01738

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Tukesha Burks by and through her undersigned counsel, hereby shows cause as to why her complaint should not be dismissed with prejudice.

Plaintiff's counsel has made numerous attempts, by phone and email, to collect the missing information from her Plaintiff Fact Sheet (PFS), and has been able to obtain the dates for the previously submitted photographs- which has been entered into MDL Centrality on December 14th, 2017. Ms. Burks said she would be in touch with us regarding her deficient answers, but our firm has been unable to reach her since December 8th, 2017, with multiple attempts made. We would ask this court for an extension of time to send out an investigator to see if we can get Ms. Burks to complete and return deficient Plaintiff Fact Sheet (PFS) questions.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff's counsel is diligently contacting Plaintiff to cure the deficient Plaintiff Fact Sheet.

DATED: December 15, 2017

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

*/s/ J. Christopher Elliott*
J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloardolaw.net
*Attorneys for Plaintiff*