UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Victoria Jackson et al. v. Sanofi S.A., et. al.*, Case No.: 2:17-cv-07056

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiffs Victoria Jackson and Troy Jackson, in the above referenced civil action, and by and through their counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc. 1103) and show as follows:

1. On or about May 13th, 2017, Plaintiffs contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. On June 5th, 2017 the counsel for Plaintiffs made an order of the medical records to show proof of use with the treatment facility and to date those records are still outstanding.

3. The Complaint in this matter was filed on October 5th, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit for her.

4. Subsequent to filing the Complaint in this matter for Plaintiffs, counsel for Plaintiffs made at least six attempts via telephone and email to contact Plaintiffs in order to encourage completion of the Plaintiff Fact Sheet and obtain additional information for their case.

5. On or about December 14th, 2017, counsel was able to reach client and has since cured all deficiencies and is in the process of obtaining proof of injury photographs. In addition,

client is in possession of medical records indicating her use of Taxotere and will provide to us at which point we will provide to the Defendants.

Date: December 15, 2017

          By:/s/ Debra J. Humphrey
          ―――――――――――――
          Debra J. Humphrey
          (NYS Bar No. 5050448)
          Marc J. Bern & Partners LLP
          60 East 42nd Street, Suite 950
          New York, New York 10165
          Tel: (212) 702-5000
          Fax: (212) 818-0164
          dhumphrey@bernllp.com
          *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

          By:/s/ Debra J. Humphrey
          ―――――――――――――
          Debra J. Humphrey
          (NYS Bar No. 5050448)