UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joyce Rasmussen et al. v. Sanofi S.A., et. al.*, Case No.: 2:17-cv-04840

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Joyce Rasmussen, in the above referenced civil action, and by and through their counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc. 1103) and show as follows:

1. On or about January 1st, 2017, Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The complaint in this matter was filed on May 10th, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit for her.

3. Plaintiff Fact Sheet was submitted to the Defendants on July 21st, 2017.

4. The Defendants issued a Deficiency Notice in regards to incomplete Plaintiff Fact Sheet on September 1st, 2017.

5. The counsel for plaintiff subsequently issued First, Second and Third Amended Plaintiff Fact Sheet on October 2nd, 5th and 6th 2017, respectively and issued a Response to Deficiency Notice on October the 6th, 2017.

6. In addition, on October 6th, 2017 the counsel for Plaintiff submitted updated "Properly Executed Verification of PFS" otherwise known as the Declaration Page. Also on October 6th, 2017 the counsel for Plaintiff submitted Proof of Use – Medical Records.

7. Finally, on December 12th, 2017 the counsel for Plaintiff submitted photographs of Plaintiff's hair before and after the use of Taxotere.

Date: December 14, 2017

By:/s/ Debra J. Humphrey
———————————

Debra J. Humphrey
(NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

By:/s/ Debra J. Humphrey
———————————

Debra J. Humphrey
(NYS Bar No. 5050448)