UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2740  SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cynthia Grant v. Sanofi S.A., et. al.*, Case No.: 2:17-cv-05013

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Cynthia Grant, in the above referenced civil action, and by and through their counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc. 1103) and show as follows:

1. On or about December 21st, 2016, Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on May 17th, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit for her.

3. Subsequent to filing the Complaint in this matter for Plaintiff, counsel for Plaintiff made at least twenty one attempts via telephone, email, regular and certified mail to contact Plaintiff in order to encourage completion of the Plaintiff Fact Sheet and obtain additional information for their case.

4. On or about December 11th, 2017 the counsel for Plaintiff hired a private investigator to assist in locating the client.

5. On or about December 12th, 2017 we were able to get in touch with one Kimberly Brown, who claimed to be our client's spouse and stated she will relay the message to Cynthia Grant to contact us immediately.

6. To date we have yet to get in contact directly with Cynthia Grant.

Date: December 13, 2017

By:/s/ Debra J. Humphrey
_____

Debra J. Humphrey
(NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

By:/s/ Debra J. Humphrey
_____

Debra J. Humphrey
(NYS Bar No. 5050448)