UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)       :       MDL No. 2740
PRODUCTS LIABILITY LITIGATION :
                                                             :       SECTION "N"(5)
                                                             :       JUDGE ENGLEHARDT
                                                             :       MAGISTRATE JUDGE NORTH
                                                             :

**THIS DOCUMENT RELATES TO:**

*Cathy Williamson et al. v. Sanofi S.A., et al.*, Case No.: 2:16-cv-17352

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Cathy Williamson ("Plaintiff"), in the above referenced civil action, and by and through her counsel of record, hereby files a Response to the Order to Show Cause No. 2 (Rec. Doc. 1103) and shows as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on December 14, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit on her behalf.

3. Plaintiff's counsel has attempted to contact Plaintiff on multiple occasions to secure a complete Plaintiff Fact Sheet.

4. Beginning in March of 2017, Plaintiff's counsel began attempting to contact Plaintiff by telephone, email, text, and regular mail for needed information and/or documents. Counsel made these attempts on the following dates:

    03/15/2017
    04/04/2017
    04/05/2017
    04/18/2017
    05/22/2017
    06/05/2017
    06/21/2017
    06/29/2017

>   07/06/2017
>   07/18/2017
>   07/20/2017
>   07/25/2017
>   08/29/2017

5. To date, Plaintiff has not responded to these requests to provide a completed Plaintiff Fact Sheet.

Date: December 15, 2017

**LOWE LAW GROUP**

By: /s/ T. Aaron Stringer
T. Aaron Stringer
Utah Bar No. 12681
Lowe Law Group
6028 S. Ridgeline Dr., Ste 200
Ogden, Utah 84405
Telephone: 385-298-0175
Facsimile: 801-656-0997
aaron@lowelawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2017, I electronically filed a copy of the foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ T. Aaron Stringer
T. AARON STRINGER
UT #12681
