UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: *Carolyn Brasell vs. Sanofi S.A., et al*, Case No. 16-17581 | SECTION "N" (5) HON. KURT D. ENGLEHARDT |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE NO. 2

COMES NOW, Plaintiff Carolyn Brasell, appearing through undersigned counsel, who hereby files her Response to Order to Show Cause No. 2 (Rec. Doc. 1103) entered November 15, 2017 and requests that her case not be dismissed with prejudice based upon the following:

1. On May 24, 2017, Plaintiff submitted and served her Plaintiff Fact Sheet (PFS) through MDL Centrality, Plaintiff ID: 1439.

2. On November 1, 2017, undersigned counsel received Joint Status Report No. 6 (Rec. Doc. 1064) identifying plaintiff on Appendix E.6 (Rec. Doc. 1064-5) as deficient for failure to serve a substantially completed PFS as set forth in Amended PTO 22.

3. On November 6, 2017, Plaintiff submitted and served through MDL Centrality, Plaintiff ID: 1439, her First Amended Plaintiff Fact Sheet that included signed authorizations omitted from her original PFS.

4. On November 15, 2017, this Court entered Order to Show Cause No. 2 (Rec. Doc. 1103) which continued to list plaintiff as deficient for failure to serve a

substantially complete PFS (Rec. Doc. 1103-3) and ordered plaintiff to submit her Response by December 15, 2017.

5. On December 13, 2017, having received no response from defendants with respect to whether the First Amended PFS cured the alleged deficiency, plaintiff submitted a Second Amended PFS further clarifying her submission of "proof of use" records and "proof of injury" photographs previously submitted with the original PFS.

6. Although plaintiff is no longer listed as deficient in the MDL Centrality PFS deficiency notice report, plaintiff submits this Response out of an abundance of caution pursuant to the Court's Order to Show Cause No. 2 and respectfully requests that her case not be dismissed as plaintiff has amended her Plaintiff Fact Sheet to address the alleged deficiency.

This 15th day of December, 2017.

Respectfully submitted,

/s/ *Wesley G. Barr*_____
Wesley G. Barr (LA #32332)
Alfred A. Olinde (LA #20061)
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, LA 70130
Tel: (504) 587-1440
Fax: (504) 5871577
Email: wbarr@olindefirm.com
         folinde@olindefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2017, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *Wesley G. Barr*_____
Wesley G. Barr