**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

YVONNE HYTER
Plaintiff,

vs.

SANOFI S.A., ET AL.

MDL No. 2740

SECTION "N" (5)

HON. KURT D. ENGLELHARDT

MAG. JUDGE NORTH

Civil Action No. 16-17326

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE NO. 2**

COMES NOW, Plaintiff Yvonne Hyter, in the above referenced civil action, and by and through her counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc 1103) and show as follows:

1. Per the Sun entity defendants, the only complained of outstanding deficiency is that Plaintiff failed to provide before photographs.
2. On December 14, 2017 this deficiency was cured.
3. Plaintiff has therefore satisfied the sole outstanding deficiency raised by the Sun entity defendants in their submission to the Court.

Plaintiff respectfully moves this Court to maintain her claim. Plaintiff has provided all required information and documentation necessary to further prosecute her claim, and she has fully satisfied the only deficiency raised by the Sun entity defendants.

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Jeffrey R. Atkins, OBA# 15076
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: jatkins@atkinsandmarkoff.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Daniel P. Markoff