IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" (5) |
| DIANE DAWSON, | HON. KURT D. ENGLELHARDT<br>MAG. JUDGE NORTH |
| vs. | Civil Action No. 16-17302 |
| SANOFI S.A., ET AL. | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE NO. 2**

COMES NOW, Plaintiff Diane Dawson, in the above referenced civil action, and by and through her counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc 1103) and show as follows:

1. Per the Sanofi defendants, a deficiency notice was issued in the above referenced case.
2. The reason for the deficiency was never provided
3. On December 14, 2017 Plaintiff's counsel cured deficiencies they believed were present.
4. Plaintiff has therefore satisfied the deficiencies raised by the Sanofi defendants in their submission to the Court.

Plaintiff respectfully moves this Court to maintain her claim. Plaintiff has provided all required information and documentation necessary to further prosecute her claim, and she has fully satisfied the deficiencies raised by the Sanofi defendants.

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Jeffrey R. Atkins, OBA# 15076
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: jatkins@atkinsandmarkoff.com

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Daniel P. Markoff