IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL PRODUCTS LIABILITY LITIGATION | * * * | MDL 2740 |
| | * | SECTION: "N"(5) |
| | * | |
| | * | JUDGE |
| | * | KURT D. ENGELHARDT |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| Cindy Albus v. Sanofi-Aventis U.S. LLC, et al., | * | MICAHEL B. NORTH |
| | * | |
| Civil Action No. 2:17-cv-7447 | * | |

## RESPONSE TO SHOW CAUSE NO. 2

Pursuant to this Court's Second Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Cindy Albus, by and through her undersigned counsel, hereby shows cause why her complaint should not be dismissed with prejudice.

Plaintiff initially did not fill out Plaintiff Fact Sheet ("PFS") because she thought it too long and personal.  She specifically took issue with the questions regarding her family. Therefore, Plaintiff has not been response to counsel's additional requests to complete the "PFS".   As a result Plaintiffs counsel reached out to Defense liaison counsel about the possibility of filing a dismissal without prejudice on Wednesday, December 13, 2017. However, Defense counsel requested that the dismissal be filed "with prejudice."

Plaintiff's counsel tried contacting the Plaintiff to advise that she would not be able to re-file her lawsuit at a later date if the case was dismissed with prejudice.  However, in one final effort to reach out to the Plaintiff; counsel was able to consult with Ms. Albus earlier today.

Plaintiff was advised that allowing her claim to be dismissed could apply to any other damages that are discovered to be attributed to Taxotere; and that the dismissal was not limited to her hair loss claims. .  Based on this conversation Plaintiff now wishes to complete her Plaintiff Fact Sheet ("PFS"), and therefore ask for an extension until December 31, 2017 to complete and return her Plaintiff's Fact Sheet.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in this matter as Plaintiff we complete and submit her Plaintiff Fact Sheet.

Respectfully submitted on this 15th day of December, 2017

**BRENT COON & ASSOCIATES**

        /s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
*Attorneys for Plaintiff, Cindy Albus*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

Date: December 15, 2017

*/s/Brent W. Coon*
BRENT W. COON