**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

December 15, 2017

**VIA ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras St, Room C-367
New Orleans, LA 70130

**Re:**   In re: MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
          *Denise Dumesnil v. Sanofi SA, et al.*; 2:17-cv-06920

Dear Judge Engelhardt:

   Pursuant to this Court's Second Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Denise Dumesnil, by and through her undersigned counsel, hereby files her response and shows as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on July 19, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit on her behalf.

3. Plaintiff's counsel has attempted to contact Plaintiff on multiple occasions to secure a complete Plaintiff Fact Sheet.

4. Beginning in July 2017, Plaintiff's counsel began attempting to contact Plaintiff by telephone, email, UPS service, and regular mail for needed information and/or documents. Additionally, on or about October 18, 2017, counsel sent notice by UPS service to Plaintiff that her case was subject to potential dismissal.

*We stand for our clients.*

HEADQUARTERS      NEW YORK              CHICAGO             SAN FRANCISCO        LOS ANGELES              ST. LOUIS
One Court Street  112 Madison Avenue    230 W. Monroe       455 Market           100 N. Sepulveda Blvd.   231 S. Bemiston
Alton, IL 62002   New York, NY 10016    Suite 2221          Suite 1150           Suite 1350               Suite 525
TEL: (618) 259-2222  TEL: (212) 784-6400  Chicago, IL 60606  San Francisco, CA 94105  El Segundo, CA 90245  St. Louis, MO 63105
FAX: (618) 259-2251  FAX: (212) 213-5949  TEL: (312) 759-7500  TEL: (415) 536-3986  TEL: (310) 322-3555   TEL: (800) 479-9533
                                         FAX: (312) 759-7516  FAX: (415) 537-4120  FAX: (310) 322-3655



December 15, 2017
Page 2 of 2

5. To date, Plaintiff has not responded to these requests to provide a completed Plaintiff Fact Sheet.

Date: December 15, 2017

**SIMMONS HANLY CONROY**

By: */s/ Holly Nighbert*
Holly Nighbert (IL#6325135)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
hnighbert@simmonsfirm.com
**Attorney for Plaintiff**