**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

December 15, 2017

**VIA ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras St, Room C-367
New Orleans, LA 70130

**Re:** In re: MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
*Cynthia Hayden v. Sanofi SA, et al.;* 2:17-cv-06921

Dear Judge Engelhardt:

Pursuant to this Court's Second Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Cynthia Hayden, by and through her undersigned counsel, hereby files her response and shows as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on July 19, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit on her behalf.

3. Plaintiff's counsel has attempted to contact Plaintiff on multiple occasions to secure a complete Plaintiff Fact Sheet.

4. Beginning in July 2017, Plaintiff's counsel began attempting to contact Plaintiff by telephone, email, UPS service, and regular mail for needed information and/or documents. Additionally, on or about October 19, 2017, counsel sent notice by UPS service to Plaintiff that her case was subject to potential dismissal.

We stand for our clients.

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market | 100 N. Sepulveda Blvd. | 231 S. Bemiston |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 1150 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |



December 15, 2017
Page 2 of 2

5. To date, Plaintiff has not responded to these requests to provide a completed Plaintiff Fact Sheet.

Date: December 15, 2017

                                    **SIMMONS HANLY CONROY**

By: */s/ Holly Nighbert*
    Holly Nighbert (IL#6325135)
    **SIMMONS HANLY CONROY**
    One Court Street
    Alton, IL 62002
    (618) 259-2222 (Tel.)
    (618) 259-2251 (Fax)
    hnighbert@simmonsfirm.com
    **Attorney for Plaintiff**