**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

December 15, 2017

**VIA ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras St, Room C-367
New Orleans, LA 70130

**Re:**  In re: MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
*Therese Sullivan v. Sanofi SA, et al.;* 2:17-cv-06894

Dear Judge Engelhardt:

Pursuant to this Court's Second Order to Show Cause (Doc. No. 1103), entered November 15, 2017, Plaintiff Therese Sullivan, by and through her undersigned counsel, hereby files her response and shows as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. The Complaint in this matter was filed on July 19, 2017. The complaint was filed in good faith based on Plaintiff's request to file suit on her behalf.

3. Plaintiff's counsel has attempted to contact Plaintiff on multiple occasions to secure a complete Plaintiff Fact Sheet.

4. Beginning in July 2017, Plaintiff's counsel began attempting to contact Plaintiff by telephone, email, UPS service, and regular mail for needed information and/or documents. Additionally, on or about December 1, 2017, counsel sent notice by UPS service to Plaintiff that her case was subject to potential dismissal.

*We stand for our clients.*

HEADQUARTERS
One Court Street
Alton, IL 62002
TEL: (618) 259-2222
FAX: (618) 259-2251

NEW YORK
112 Madison Avenue
New York, NY 10016
TEL: (212) 784-6400
FAX: (212) 213-5949

CHICAGO
230 W. Monroe
Suite 2221
Chicago, IL 60606
TEL: (312) 759-7500
FAX: (312) 759-7516

SAN FRANCISCO
455 Market
Suite 1150
San Francisco, CA 94105
TEL: (415) 536-3986
FAX: (415) 537-4120

LOS ANGELES
100 N. Sepulveda Blvd.
Suite 1350
El Segundo, CA 90245
TEL: (310) 322-3555
FAX: (310) 322-3655

ST. LOUIS
231 S. Bemiston
Suite 525
St. Louis, MO 63105
TEL: (800) 479-9533



December 15, 2017
Page 2 of 2

5. To date, Plaintiff has not responded to these requests to provide a completed Plaintiff Fact Sheet.

Date: December 15, 2017

                                       **SIMMONS HANLY CONROY**

                                 By: */s/ Holly Nighbert*
                                       Holly Nighbert (IL#6325135)
                                       **SIMMONS HANLY CONROY**
                                       One Court Street
                                       Alton, IL 62002
                                       (618) 259-2222 (Tel.)
                                       (618) 259-2251 (Fax)
                                       hnighbert@simmonsfirm.com
                                       **Attorney for Plaintiff**