UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AUGUST V.<br>SANOFI, S. A., ET AL.,<br>CASE 2:16-CV-16231-KDE-MBN | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE ENTERED NOVEMBER 15, 2017 |

COMES NOW the Plaintiff, Judith August, by and through the undersigned counsel of record and files this Response to Order to Show Cause entered on November 15, 2017, and in response states as follows:

1. On December 12, 2017, Plaintiff and Defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC, Separately and doing business as Winthrop U.S. (hereinafter "Sanofi Defendants"), agreed to dismissal with prejudice as to Sanofi defendants only.

2. Plaintiff, Judith August, filed an Unopposed Motion to Dismiss with Prejudice, Brief in Support of Unopposed Motion to Dismiss, and Proposed Order as to "Sanofi Defendants" only on December 12, 2017, based upon receipt of product identification of docetaxel manufactured by Hospira and Pfizer, Inc. and agreement between Plaintiff and the Sanofi Defendants.

3.  Plaintiff amended the Plaintiff Fact Sheet on December 12, 2017, to reflect proper manufacturer identification.

4.  Based on the foregoing, Plaintiff respectfully requests that this Court enter a dismissal as to the Sanofi defendants only with the understanding that the case remain open as to the Hospira and Pfizer defendants.

RESPECTFULLY SUBMITTED this the 15th day of December, 2017,

JUDITH AUGUST, Plaintiff

BY: /s/ Jim Reeves
JAMES R. REEVES, JR., ESQUIRE
MS. BAR NO. 9519
REEVES & MESTAYER, PLLC
160 MAIN STREET
BILOXI, MS 39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has been served on all parties or their attorneys electronic filing.

Dated this the 15th day of December, 2017.

                JUDITH AUGUST, Plaintiff

        BY:   /s/ Jim Reeves
                    JAMES R. REEVES, JR., ESQUIRE
                    MS. BAR NO. 9519
                    REEVES & MESTAYER, PLLC
                    160 MAIN STREET
                    BILOXI, MS  39530
                    (228) 374-5151 (telephone)
                    (228) 374-6630 (facsimile)
                    jrr@rmlawcall.com