# BCA
## BRENT COON & ASSOCIATES

215 Orleans • Beaumont, TX 77701 • 409-835-2666 • 409-835-1912 Facsimile

December 15, 2017

*Via ECF*
Clerk of Court
United States District Court Eastern District of Louisiana
500 Poydras Street
New Orleans, LA  70130

    Re:    In MDL-2740 Taxotere (Docetaxel) Products Liability Litigation
              *Sandra Lauriano v. Sanofi-Aventis U.S. LLC; et al;* 2:17-cv-14136

Dear Sir or Madam:

Please be advised that our office opened and active case on the above-referenced Plaintiff on December 2, 2017.

Please refund the credit card on file the $400.00 charge on this date. We previously paid the filing fee.  For your reference, the tracking identification number is: 266J7MSO.

Please contact me immediately if further assistance is needed.

                                            Respectfully submitted,

                                            *Marla G. Mitchell, Paralegal*

                                            **BRENT COON & ASSOCIATES**