UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES ON ATTACHED EXHIBIT LIST

## ORDER

On November 2, 2017, the Court issued an Order to Show Cause (Rec. Doc. 1065), ordering Plaintiffs listed on Exhibits 1 and 2 to the Order to Show Cause (Rec. Docs. 1065-1, 1065-2), who were originally listed on Appendices C and D to the Joint Report No. 5 of Liaison Counsel (Rec. Docs. 839-3, 839-4), to show cause on or before Friday, November 3, 2017, as to why their case should not be dismissed with prejudice for failure to comply with Amended Pretrial Order No. 22 (Rec. Doc. 325) in a written submission of no more than two pages, double-spaced. Having reviewed the responses to the Order to Show Cause, the Court rules as follows:

1. With regard to *Tammy Brown v. Sanofi S.A., et al.*, Case No. 2:17-cv-05427, the Order to Show Cause is **DEEMED SATISFIED**.

2. With regard to *Regina Gullette v. Sanofi S.A., et al.*, Case No. 2:17-cv-02756, the Order to Show Cause is **DEEMED SATISFIED**.

3. With regard to *Julie Yoho v. Sanofi S.A., et al.*, Case No. 2:17-cv-04125, the Order to Show Cause is **DEEMED SATISFIED**.

4. With regard to *Brenda Sims v. Sanofi S.A., et al.*, Case No. 2:16-cv-16257, **IT IS ORDERED** that Plaintiff's claims be **DISMISSED WITH PREJUDICE**.

2

5. With regard to *Brenda Dunn v. Sanofi S.A., et al.*, Case No. 2:17-cv-00912, a Joint Stipulation of Dismissal With Prejudice (Rec. Doc. 1071) was filed into the record on November 3, 2017.

New Orleans, Louisiana, this 12th day of December 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**