UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           :   MDL No. 2740
PRODUCTS LIABILITY LITIGATION         :
                                      :   SECTION "N" (5)
                                      :   JUDGE ENGELHARDT
                                      :   MAGISTRATE JUDGE NORTH
                                      :

**THIS DOCUMENT RELATES TO:**

*Katherine Grace. v. Sandoz Inc., et. al.*, Case No.: 2:17-cv-03716

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Katherine Grace, Plaintiff, in the above referenced civil action, and by and through their counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc. 1103) and show as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving her use of Taxotere and alleged subsequent injury.

2. An Amended Complaint in this matter was filed on April 24, 2016. The complaint was filed in good faith based on Plaintiff's request to file suit for her.

3. On March 12, 2017, counsel mailed plaintiff a Plaintiff Fact Sheet for her completion.

4. On numerous occasions, counsel attempted to speak with Plaintiffs in order to encourage completion of the Plaintiff Fact Sheet and obtain additional information for their case. Specifically, counsel either left a telephone message or attempted to leave a telephone message on June 20$^t$, 21, 22, 24 and 26, 2017, then again on August 19, 2017, September 12 and 25, 2017, and October 27, 2107. Additional telephone attempts were made also made. Counsel also posted a message on plaintiff's Facebook page.

5. On May 8, 2017, June 27, 2017, and July 25, 2017, and November 2, 2017, counsel mailed letters to Plaintiff seeking contact and completion of the Plaintiff Fact Sheet.

The latter two letters were sent certified mail, return receipt requested.  Neither the signed signature card signed by plaintiff nor these letters have been returned to counsel as of this date.  I also informed plaintiff in both those letters that should she fail to complete the PFS, the Court may dismiss her case with prejudice, preventing her from suing these drug manufacturers again.

6. To date, Ms. Grace has not provided a completed Plaintiff Fact Sheet.

Date: December 15, 2017
Chatham, New Jersey

Respectfully submitted,

_/s/Terence J. Sweeney_____
TERENCE J. SWEENEY ESQ.
Attorney for Plaintiff
KATHERINE GRACE
44 Fairmount Avenue, Suite 1
Chatham, New Jersey  07928
(973) 665-0400
NJ Bar No. 037631987

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

_/s/Terence J. Sweeney_____
TERENCE J. SWEENEY ESQ.