UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

*Renita Brown. v. Sanofi S.A., et. al.*, Case No.: 2:16-cv-17928

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Renita Brown, Plaintiff, in the above referenced civil action, and by and through their counsel of record hereby file a Response to the Order to Show Cause No. 2 (Rec. Doc. 1103) and show as follows:

1. With the consent of defense counsel for an extension of time, plaintiff's counsel filed a verified Plaintiff Fact Sheet on May 30, 2017. Following a deficiency notice, counsel thereafter filed verified Amended Plaintiff Fact Sheets on June 13, 2017, September 5, 2017, October 12 and 26, 2017. This latter filing occurred shortly before the filing of the Joint Status Report of Counsel No. 6 on November 1, 2017. Since that filing, counsel has received a subsequent Deficiency Notice, requiring different information than the prior notice

2. In her submissions to date, plaintiff cured the deficiencies noted and in accordance with Para. 12 of Amended Pre-Trial Order no. 22, has provided pharmacy records demonstrating use of Taxotere and docetaxel, for that 505(b)(2) defendant; a signed verification by plaintiff, and photographs of plaintiff before and after, with approximate dates.

3. On November 11, 2017, counsel spoke with plaintiff about providing additional photographs. She informed me that she is contacting other family members to obtain their photographs of her. She also has some items in storage which may contain

photographs; due to her age and lack of transportation, she must rely on her childred to take her to the storage facility and help her look. Per a telephone conversation today, she has arranged to go to the storage facility within the week. She also informed counsel that a family member discarded a number of her personal belongings which included photographs.  Plaintiff has always been responsive to counsel and desires to proceed with suit.

4. Accordingly, I ask the Court to find plaintiff has "substantially complied" with the submission of the PFS or grant her an extension to do so.

Date: December 15, 2017
Chatham, New Jersey

Respectfully submitted,

_/s/Terence J. Sweeney_____
TERENCE J. SWEENEY ESQ.
Attorney for Plaintiff
RENITA BROWN
44 Fairmount Avenue, Suite 1
Chatham, New Jersey  07928
(973) 665-0400
NJ Bar No. 037631987

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2017, I electronically filed a copy of the above and foregoing Plaintiff's Response to Show Cause with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

_/s/Terence J. Sweeney_____
TERENCE J. SWEENEY ESQ.