## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Case No. 2:17-cv-05084 |
| THIS DOCUMENT APPLIES TO: | HONORABLE KURT D. ENGELHARDT |
| *Bessie Walker v. Sanofis S.A., et al.* | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 2

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Response to the Order to Show Cause No. 2 (Dkt. No. 1065), stating as follows:

1. Defendant Sun and associated entities indicated the following outstanding in this case: no supporting records codes as Proof of Injury.

2. Bessie Walker's complaint was filed on May 21, 2017. The Plaintiff Fact Sheet, duly executed by Mrs. Walker, was submitted with the available materials on August 4, 2017.

3. While obtaining the information and documents for the Plaintiff Fact Sheet, Counsel learned that Plaintiff had been undergoing medical treatment, including hospitalization, which was interfering with her ability to obtain and/or provide the necessary information and documentation, including photographs. Plaintiff's counsel does not have sufficient information at this time to ascertain whether her condition has improved or otherwise changed.

4. Plaintiffs' counsel has made multiple attempts following the submission of the Plaintiff Fact to contact Mrs. Walker to resolve the remaining issues with her Plaintiff Fact Sheet and to obtain the required documents, including photographs. Those efforts have been repeated following the issuance of the Order to Show Cause No. 2. We have attempted to contact Mrs. Walker by telephone, email, and in writing. To date, we have been unable to communicate with her, but

would note that Mrs. Walker is an elderly widow who had been living alone and Counsel does not have an alternative contact for her.

In contrast to many of the cases which were included on the exhibits to the Order to Show Cause No. 2, Mrs. Walker's case was a more recent filing.  As such, Mrs. Walker would respectfully request additional time to become substantially compliant and cure the identified deficiency as she has had less opportunity to become substantially compliant than many other plaintiffs.

Based upon the foregoing, Plaintiff respectfully asks this Court to discharge the Order to Show Cause No. 2 as it relates to Plaintiff Bessie Walker, or provide additional time to determine Mrs. Walker's whereabouts and to comply with this Court's requirements. In the alternative, counsel would respectfully ask that this Court consider a dismissal without prejudice in light of Plaintiff's circumstances which have precluded her from fully and actively prosecuting her claims at this time.

Dated:  December 15, 2017                           Respectfully Submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH  43617
Tel.    (419) 841-9623
Fax:   (419) 841-9719
Email: cara@toledolaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  December 15, 2017                           Respectfully Submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)