UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE ) <br> (DOCETAXEL) PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> -------------------------------------------- ) <br> THIS DOCUMENT APPLIES TO: ) <br> ) <br> *Irene Adams v. Sanofis S.A., et al.* ) <br> ) | MDL No. 2740 <br><br> Case No. 2:16-cv-16299 <br><br> HONORABLE KURT D. ENGELHARDT |

## **RESPONSE TO ORDER TO SHOW CAUSE NO. 2**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Response to the Order to Show Cause No. 2 (Dkt. No. 1065), stating as follows:

1. Irene Adams' complaint was filed on November 16, 2016. The Plaintiff Fact Sheet was submitted with the available materials on June 12, 2017, with subsequent supplementations on June 20, 2017, August 26, 2017, and December 4, 2017.

2. Defendant Sun and associated entities indicated that the outstanding deficiency here was that the submitted photographs were not dated appropriately.

3. Plaintiff's counsel had some recent difficulty contacting Ms. Adams regarding the deficiency identified but was ultimately able to reach her. Ms. Adams provided the needed date references for the photographs she previously provided and produced.

4. Plaintiffs' Counsel has now re-uploaded the photographs previously submitted on June 20, 2017, with the associated date references duly noted, thus curing the identified deficiency.

Based on the foregoing, Plaintiff respectfully requests that this Court discharge the Order to Show Cause No. 2 as it relates to Plaintiff Irene Adams in light of the fact that the identified deficiency has been cured.

Dated:  December 15, 2017   Respectfully Submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH  43617
Tel.   (419) 841-9623
Fax:   (419) 841-9719
Email: cara@toledolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  December 15, 2017   Respectfully Submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)