UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>*Tangela Lyles v. Sanofi S.A., et al.* | ) MDL No. 2740<br>)<br>) Case No. 2:16-cv-16773<br>)<br>) HONORABLE KURT D. ENGELHARDT<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONSE TO ORDER TO SHOW CAUSE NO. 2**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Response to the Order to Show Cause No. 2 (Dkt. No. 1065), stating as follows:

1. Tangela Lyles complaint was filed on December 1, 2016.

2. On January 24, 2017, Defense counsel at Shook, Hardy & Bacon notified us of a potential duplicative filing for Ms. Lyles. Following confirmation that there was in fact a duplicative filing, a copy of the dismissal of the other duplicative case was provided to our office on May 16, 2017.

3. Ms. Lyles Plaintiff Fact Sheet was submitted with the available materials on May 25, 2017, and an amended Plaintiff Fact Sheet was submitted on October 31, 2017.

4. Defendant Sun and associated entities indicated that the outstanding deficiency here was the lack of Proof of Injury with no supporting records coded as such or before and after photographs.

5. Plaintiff's counsel has attempted to contact Ms. Lyles multiple times via telephone, e-mail, and in writing. The telephone number Ms. Lyles had previously provided is no longer in service.

6. As required, the undersigned Counsel provided a response to Plaintiffs' Liaison regarding this case on December 6, 2017, specifically noting the intent to seek a dismissal without prejudice of this case.

Plaintiff's counsel is unable to conclusively determine that there is a lack of any extenuating circumstances that would warrant a dismissal with prejudice. Ms. Lyles had previously been communicative and cooperative in the pursuit of her claims. Should this Court decide to dismiss this matter, we would respectfully ask the Court to dismiss Ms. Lyle's case without prejudice.

Dated: December 15, 2017                                  Respectfully Submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH  43617
Tel.    (419) 841-9623
Fax:    (419) 841-9719
Email: cara@toledolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: December 15, 2017                                  Respectfully Submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)