UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Nelson-Robinson v. Sanofi S.A., et al., | : |
| Civil Action No. 2:17-cv-04869 | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

**NOTICE OF SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 45, hereby gives notice that Plaintiff intends to serve the attached subpoena commanding the production of documents, information, or objects upon Kaiser Permanente, Gwinnett Comprehensive Medical Center.

Dated: December 19, 2017         Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: December 19, 2017                    Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*