UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*********************************************************************

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

VS.

MDL No. 16-2740
Section "N"
New Orleans, Louisiana
December 15, 2017

THIS DOCUMENT RELATES TO
ALL CASES

*********************************************************************

**TRANSCRIPT OF THE GENERAL STATUS CONFERENCE
HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT,
UNITED STATES DISTRICT JUDGE.**

*********************************************************************

**FOR THE PLAINTIFFS:**

MS. DAWN M. BARRIOS
MR. ZACHARY WOOL
MS. EMMA SCHWAB
Barrios Kingsdorf & Casteix
701 Poydras Street
Suite 3650
New Orleans, Louisiana  70139

MR. M. PALMER LAMBERT
Gainsburgh Benjamin David
   Meunier & Warshauer
1100 Poydras Street
Suite 2800
New Orleans, Louisiana  70163

MR. CHRISTOPHER L. COFFIN
MS. JESSICA PEREZ REYNOLDS
Pendley, Baudin & Coffin
1515 Poydras Street
Suite 1400
New Orleans, Louisiana  70112

MS. KAREN B. MENZIES
Gibbs Law Group
400 Continental Boulevard
6th Floor
El Segundo, California  90245

**OFFICIAL TRANSCRIPT**

MR. IRVING J. WARSHAUER
Gainsburgh Benjamin David
Meunier & Warshauer
1100 Poydras Street
Suite 2800
New Orleans, Louisiana 70163

MR. J. KYLE BACHUS
MR. CHRIS ELLIOTT
Bachus & Schanker
1899 Wynkoop Street
Suite 700
Denver, Colorado  80202

MR. LAWRENCE J. CENTOLA
Martzell Bickford & Centola
338 Lafayette Street
New Orleans, Louisiana  70130

MS. ABBY E. McCLELLAN
Stueve Siegel Hanson
460 Nichols Road
Suite 200
Kansas City, Missouri  64112

MR. DANIEL P. MARKOFF
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway
Suite 104
Oklahoma City, Oklahoma  73120

MR. DAVID F. MICELI
Simmons Hanly Conroy
One Court Street
Alton, Illinois  62002

MR. RAND P. NOLEN
Fleming, Nolen & Jez
2800 Post Oak Boulevard
Suite 4000
Houston, Texas  77056

MR. BENJAMIN W. GORDON
Levin Papantonio Thomas
Mitchell Rafferty & Proctor
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502

**OFFICIAL TRANSCRIPT**

```
 1                              MR. ANDREW LEMMON
                               Lemmon Law Firm
 2                             650 Poydras Street
                               Suite 2335
 3                             New Orleans, LA 70130

 4                             MR. ALEXANDER G. DWYER
                               Kirkendall Dwyer
 5                             440 Louisiana
                               Suite 1901
 6                             Houston, Texas 77002.

 7                             MS. ANNA HIGGINS.
                               The Lambert Firm
 8                             701 Magazine Street
                               New Orleans, LA  70130

 9
                               MS. GENEVIEVE ZIMMERMAN
10                             Meshbesher & Spence
                               800 Lasalle Ave
11                             Suite 2800
                               Minneapolis, MN  55402
12

13
    FOR SANOFI S.A.:          MR. DOUGLAS J. MOORE
14                             Irwin, Fritchie,
                                  Urquhart & Moore
15                             400 Poydras Street
                               Suite 2700
16                             New Orleans, LA  70130

17                             MR. HARLEY V. RATLIFF
                               MR. JON STRONGMAN
18                             MS. KELLY BIERI
                               Shook, Hardy & Bacon
19                             2555 Grand Boulevard
                               Kansas City, Missouri  64108
20
    FOR ACTAVIS PHARMA, INC.: MR. MICHAEL J. SUFFERN
21                             Ulmer & Berne, LLP
                               600 Vine Street
22                             Suite 2800
                               Cincinnati, OH 45202
23
    FOR HOSPIRA                MR. JOHN F. OLINDE
24  WORLDWIDE, LLC:            Chaffe McCall
                               2300 Energy Centre
25                             1100 Poydras Street
                               New Orleans, LA  70163
```

**OFFICIAL TRANSCRIPT**

```
 1
     FOR SANDOZ, A NOVARTIS              MR. R. CLIFTON MERRELL
 2   DIVISION:                          MS. LORI G. COHEN
                                        Greenburg Traurig
 3                                      Terminus 200
                                        3333 Piedmont Road, NE
 4                                      Atlanta, GA  30305

 5   FOR ACCORD HEALTHCARE,             MS. JULIE A. CALLSEN
     INC.:                              Tucker Ellis
 6                                      950 Main Avenue
                                        Suite 1100
 7                                      Cleveland, OH 44113

 8   FOR McKESSON CORPORATION:          MS. ERIN M. BOSMAN
                                        Morrison Foerster
 9                                      12531 High Bluff Drive
                                        Suite 100
10                                      San Diego, CA 92130-2040

11   FOR SUN PHARMA GLOBAL,             MR. GEOFFREY COAN
     INC.:                              Hinshaw & Culbertson
12                                      28 State Street
                                        24th Floor
13                                      Boston, Massachusetts  02109

14

15

16

17   Official Court Reporter:          Mary V. Thompson, RPR, CRR
                                        500 Poydras Street, B-275
18                                      New Orleans, Louisiana 70130
                                        (504) 589-7782
19

20

21

22

23

24            Proceedings recorded by mechanical stenography;
              transcript produced via computer.
25
```

**OFFICIAL TRANSCRIPT**

**P R O C E E D I N G S**

(Call to order of the court.)

THE COURT:  Good morning.  You-all may be seated.

For the record, we are here for the general status conference in the Multi-District Litigation No. 2740, *In Re: Taxotere (Docetaxel) Products Liability Litigation.*

We have these conferences periodically.  We have people present here in the courtroom, and I know that we have those who are joining us by telephone, and we appreciate your attendance here today in either fashion.

I have received a draft Joint Report No. 7 from liaison counsel, which was submitted in preparation for today's conference.  We will go through that report, and if there are any questions as we touch upon topics in the report, please stop us and ask.  Feel free to ask questions of counsel as we go through the report.

Following the report we'll have the floor open for any other questions that you may have regarding the MDL and the events and anticipated events in the MDL.

So why don't we go ahead and get started.  Who is going to take the laboring order?

Ms. Barrios.

MS. BARRIOS:  Thank you.  Good morning, Your Honor. Dawn Barrios, co-liaison counsel with Mr. Palmer Lambert.

**OFFICIAL TRANSCRIPT**

1           Your Honor, before we get into the joint report, I'd

2      like to express everyone's thanks to Ms. Crystal Lee for all of

3      the work that she's helped us with.  I know that particularly my

4      office has called several times with what I'm sure she thought

5      were ridiculous questions, but she helped us along and we're

6      going to miss her.

7           We're going to miss you and thank you.

8           THE COURT:  As I said in our committee meetings,

9      Crystal has certainly been an allstar here on this MDL and a very

10     pivotal player in it, and a lot of you-all have worked hard with

11     her.  She's just been masterful in the MDL and we're going to

12     miss her.  But she is going to work for Magistrate Judge Roby so

13     she will be close at hand, and I'm sure we will bother her,

14     probably more than she wants, until we can knock our training

15     wheels off and know it as well as she does, if that ever happens.

16          But she's been very, very helpful in the MDL, and I

17     appreciate it personally.  And I know that all of us here

18     involved in this case appreciate it as well.

19          MS. BARRIOS:  Thank you, Your Honor, for telling us

20     where she's going so we know where to contact her.

21          Your Honor, if I could also take the liberty of just

22     explaining the joint report because of questions we get.

23          THE COURT:  Yes.

24          MS. BARRIOS:  We provide the Court -- the defense

25     liaison counsel and plaintiff liaison counsel get together and

**OFFICIAL TRANSCRIPT**

10:04:59

10:05:12

10:05:31

10:05:46

10:05:59

1   prepare the report.  It is not filed by the time of the status

2   conference.  Several days later we fix typos, we amend things

3   that have changed because of the status conference, and then it

4   will be filed, and everybody obviously will get notice of it.

10:06:17    5        But some people were wondering why they don't have it

6   as we go through the status conference.

7        THE COURT:  Right.

8        MS. BARRIOS:  Your Honor, the first item of business is

9   the report of claims and case inventory.  And, again, I have to

10:06:31   10   thank Ms. Lee because she corrected our numbers that are actually

11   in the draft report.

12        And as of December 12th -- or this week, rather, there

13   are approximately 7500 cases that are in the MDL.  There are some

14   that have not yet been docketed so that will change the number a

10:06:47   15   bit.

16        And we took the liberty of trying to ascertain the

17   number of law firms that are in the MDL, and we have 168 law

18   firms in the MDL with whom we constantly contact and are in

19   communication with.

10:07:03   20        THE COURT:  I didn't point out earlier, but there is an

21   extra 2017 there.

22        MS. BARRIOS:  Yes, Your Honor.  I saw that.

23        THE COURT:  When I first saw it, I said, Well, here

24   comes another 2017 cases, but then it's a duplicate so we can

10:07:15   25   take that one out and hold at 7500 for this report.

**OFFICIAL TRANSCRIPT**

1          MS. BARRIOS:  Yes, Your Honor.

2          THE COURT:  More are coming in as we sit here.  I

3     believe this morning we talked -- Mr. Moore had mentioned

4     December 15th being an important date such that counsel were

10:07:32   5     filing relative to that particular date.

6          And not to touch upon any issues that relate to it, we

7     know there has been an uptake and I was told a couple weeks ago

8     there was a real uptake in filing.  So that number at 7500 is

9     likely to change even as we sit here.

10:07:54   10          MS. BARRIOS:  Yes, Your Honor.  And Ms. Lee explained

11     that even the multi-plaintiff cases have not been broken apart

12     yet so that will add some additional plaintiffs as well.

13          THE COURT:  Right.

14          MS. BARRIOS:  It's a perfect segue into No. 2, which

10:08:08   15     are the state cases.

16          According to Pretrial Order No. 8, each defendant

17     provides me, as state liaison counsel, with the cases in state

18     court that have been filed and served upon the defendants.  And I

19     have presented to the Court -- and I'll do this at every status

10:08:27   20     conference.  I'll prepare this account of the state court cases.

21          We have one in California in Alameda County that will

22     be handled by The Honorable Brad Seligman.

23          In California we have a second county, Los Angeles,

24     that will be handled by The Honorable Brian Yep.

10:08:48   25          The third California county is San Diego.  In San Diego

**OFFICIAL TRANSCRIPT**

1    there are actually three cases filed there, and that's handled by

2    The Honorable Timothy Taylor.

3              We've known that Delaware for sometime is handled by

4    Judge Medinilla, and I believe Your Honor has been in contact

5    with her.

6              THE COURT:  Yes.

7              MS. BARRIOS:  We also know from the defendants that

8    Bergen County in New Jersey has five cases, but as of yet they

9    are unassigned to a judge.

10             My paralegal had contacted the three California judges,

11   spoke with their clerks.  The clerks appeared to be very

12   interested in hearing about the status conference so we provided

13   them the numbers.  Perhaps they're on the line.  And if they are,

14   we certainly welcome them to the MDL.

15             THE COURT:  I'm going to also correspond -- you've

16   given me the contact information, and I'll correspond with the

17   same information that I provided to the judge in Delaware

18   regarding the MDL, and certainly welcome any input they would

19   like to have.  Or if they seek further information, opening a

20   line of communication with the presiding judges in these cases.

21             MS. BARRIOS:  Yes, sir.  And as state/federal liaison

22   counsel, I'm going to do my utmost to make sure there's

23   cooperation and communication.

24             There are two California multi-plaintiff cases that are

25   still before Your Honor on the issue of severance and remand.

**OFFICIAL TRANSCRIPT**

1    The defendants have recently asked the Court -- or maybe will ask
2    the Court for some additional time --
3              THE COURT:  I think they have, yes.
4              MS. BARRIOS:  -- before your ruling to do investigation
10:10:30
5    and perhaps submit declarations.  And the plaintiffs ask for
6    additional time after receipt of what they have gotten to us.
7              THE COURT:  Yes.  And that's fine as long as we're able
8    to do this within a reasonable period of time.  But that's fine.
9              MS. BARRIOS:  Yes, Your Honor.
10:10:45
10             And the defendants have reported to us -- these are
11   informal numbers -- of hundreds of cases filed in New Jersey,
12   Illinois, and Delaware.
13             Item No. 3 of the joint report are the pretrial orders,
14   the important ones that have been entered since our last
10:11:08
15   conference.
16             All the pretrial orders will be listed on Appendix A.7
17   and attached to the joint report when it is filed.
18             I'd like to also take the liberty right now to talk to
19   everyone about the appendixes.  They are very confusing and we're
10:11:26
20   trying to make them as clear as possible.
21             The letter "A" will always refer to the pretrial
22   orders.
23             The letter "B" will always refer to the case management
24   orders.
10:11:38
25             The number after the letter will refer to the number of

**OFFICIAL TRANSCRIPT**

1    the joint report so that we can follow that easily.

2            The important pretrial orders that have been issued

3    since the last status conference were Pretrial Order 68 where you

4    set deadlines with both the steering committees to provide you

5    information on the ESI issues, and I understand Your Honor will

6    be issuing that order shortly.

7            THE COURT:  Yes.

8            MS. BARRIOS:  Pretrial Order 69 set a deadline for

9    submission for applications for anyone appointed by the Court,

10   and those were filed by November 15th.

11           And Pretrial Order 70 was entered on November 21st

12   regarding contact with physicians.  And as we spoke in both the

13   liaison counsel meeting and at the committee meeting, the parties

14   are going to work on possible amendments to that order to address

15   issues that each side has.

16           THE COURT:  Right.

17           MS. BARRIOS:  The case management orders that have been

18   issued since the last status conference are:

19           Case Management Order 8A.  That order specifically

20   named the eight plaintiffs for the second trial which is set to

21   begin on January 28, 2019.

22           Case Management Order No. 9 was the deposition protocol

23   that was entered by Magistrate Judge North.

24           Case Management Order No. 10 set forth the protocol for

25   Phase I discovery for the second round of cases.  That order

10:12:01
10:12:15
10:12:35
10:12:48
10:13:08

**OFFICIAL TRANSCRIPT**

1   substantially tracks CMO 4, which was the applicable order for
2   the first cases.
3           Turning again to No. 5 on our joint report is the
4   counsel contact information form.
5           This section refers to Pretrial Order 7 which requires
6   every attorney who has a case in the MDL, even if there are
7   several firms on the complaint, they must file the counsel
8   contact form.  Because if they don't file it, they don't get the
9   service through BrownGreer.  And if they don't file it, they
10  don't get our e-mails alerting them to various deadlines and
11  important events in the MDL.  So I really caution everybody to
12  make sure they send that counsel contact form to
13  dwhite@bkc-law.com
14          Item No. 6 is the master complaint and short form
15  complaint.
16          The master long form complaint was filed on March 31,
17  2017, and bears Record Doc 312.
18          An amended master long form complaint and demand for
19  jury trial is Record Doc 689.
20          Despite the language that's in the draft order, since
21  the presentation to Your Honor of the draft -- I'm sorry, the
22  joint report, we have agreed to an amendment of the short form.
23  This form will be called the Second Amended Exemplar Short Form.
24          It will be put on Your Honor's website.  It will be
25  given to Mr. Woody to be put on centrality.  And we will send it

10:13:26
10:13:49
10:14:11
10:14:27
10:14:52

**OFFICIAL TRANSCRIPT**

1   out to everyone who has sent us a counsel contact form.

2         The reason the form was amended was to remove the

3   French defendants pursuant to the stipulation that the parties

4   entered into where we agreed to dismiss the French defendants

5   without prejudice.  It also reflects Your Honor's ruling on the

6   motion to dismiss and removing Counts 2 and 8.

7         And so I caution everyone who is going to file a new

8   case to make sure that they have the Second Amended Exemplar

9   Short Form Complaint.  If there are any questions, Mr. Palmer or

10  myself will be happy to answer those for you.

11         THE COURT:  Okay.

12         MS. BARRIOS:  Please -- I'm going to say it again, and

13  I apologize for being duplicative.  You cannot file the wrong

14  form.  Ms. Lee has had lots of trouble recently in the clerk's

15  office because people just picked up -- paralegals just picked up

16  a form that is old.  So, again, we need everyone to pay attention

17  and to use the new form.

18         And, Counsel, when you're filling out the Second

19  Amended Exemplar Short Form Complaint, please make reference to

20  the Amended Master Long Form Complaint because that's where most

21  of the information will be that you need to respond to on the

22  short form complaint.

23         Should any counsel want to file an amended complaint,

24  which would be the Second Amended Exemplar Short Form Complaint,

25  counsel are advised to check the Court's local Rule 7.6 that

**OFFICIAL TRANSCRIPT**

1   requires that any amendment of any pleadings must be run by the

2   opposing counsel.  In this instance it would be contacting

3   Mr. Moore or Mr. Olinde for the defendants and they will get the

4   information to the relevant defendant.

10:16:53

5        You will then ask them if they have -- if they oppose

6   the amendment.  If they don't oppose the amendment, then you can

7   do the amendment.  If they do oppose it, you have to file a

8   motion -- an opposed motion for the amendment.

9        THE COURT:  I'm glad you covered that.  We are at a

10:17:12

10  point in the MDL where we should not be getting bogged down on

11  these types of things.  So make certain that you are using the

12  proper form, as we've just mentioned.  And also make certain that

13  you are following the proper procedure with regard to

14  communicating with opposing counsel.

10:17:31

15       You know, when we first got started on this, I think

16  everybody was trying to get an idea of what is the best way to

17  proceed and what is expected, but I think now we're probably at a

18  point where this ought to be somewhat rudimentary for filings in

19  the MDL.

10:17:45

20       So please be aware of that.  Those of you who are on

21  the phone, attending here today by phone, please be aware that we

22  need to comply with that, because it's taking up an inordinate

23  amount of time to go back through and try to rectify things that

24  haven't been done, and by this time it ought to be well known

10:18:03

25  what the procedure is.

**OFFICIAL TRANSCRIPT**

1          MS. BARRIOS:  Your Honor.  And we'd also tell all

2     plaintiffs who want to amend that when they send the request to

3     defense liaison counsel, they need to include the reason why, a

4     copy of the amendment, and if they're changing because of product

5     ID, proof of the product ID.

6          THE COURT:  Yeah.  I mean, that stands to reason.  I

7     would think that those would be fundamentally the things that you

8     would include anyway, but it's going to save time to have that

9     information provided rather than have to go back through another

10    round of communication.  So please try to do this.

11         This is something, again, that should be apparent to

12    counsel who are giving their attention to their client's case.

13         MS. BARRIOS:  Yes, Your Honor.

14         Another word of caution to all counsel is the

15    amendments entailing voluntary dismissal of the entire case.

16    That's Pretrial Order 54, Record Doc 671.

17         The plaintiff cannot just notice a voluntary dismissal

18    of all defendants without prejudice.  They must move to dismiss,

19    get a stipulation to dismiss from the defendants, or dismiss it

20    with prejudice.  In any case, several procedural requirements

21    must be met so everyone must review the provisions of Pretrial

22    Order 54.

23         All voluntary dismissals without prejudice that would

24    result in the dismissal of the entire action -- the entire

25    action -- against all named defendants would require leave of

**OFFICIAL TRANSCRIPT**

1    court by motion or stipulation of all served defendants.

2            The plaintiff must serve a completed fact sheet and

3    provide the accompanying disclosures as well.

4            In addition, the plaintiff must provide 14 days written

5    notice to plaintiffs' liaison counsel and defendants' liaison

6    counsel and include the certification of whether there's any

7    opposition for the motion.

8            THE COURT:  Okay.

9            MS. BARRIOS:  Moving on to No. 7, which is the

10   plaintiff and defendant fact sheets.

11           Counsel must note that there are several pretrial

12   orders that refer to the Plaintiff Fact Sheets.  The first one is

13   Amended PTO 22, which is Record Doc 325.  It sets forth the

14   service of the Plaintiff Fact Sheets and Defendant Fact Sheets

15   and the appropriate deadlines.

16           Pretrial Order 23 amends Exhibit A to the Plaintiff

17   Profile Forms which are the authorizations that must be signed

18   pursuant to the Court's order.

19           Pretrial Order 24 provides additional details on the

20   service of fact sheets and authorizations, and how they may be

21   done through MDL centrality, and the fact that MDL centrality

22   will be responsible for service and distribution of orders.

23           And Pretrial Order 55 provides an updated form of the

24   Plaintiff Fact Sheet.

25           Since preparing this draft report for Your Honor, we

**OFFICIAL TRANSCRIPT**

1    have been working with the defendants, with Your Honor's

2    permission, to make some slight modifications to the Plaintiff

3    Fact Sheet that make it -- using plainer language and make it

4    easier for people to fill out.

10:21:26    5            We're still in negotiation on that, so we don't have an

6    order on it, but when we do, it will be on the Court's website,

7    it will be on centrality, and it will also be sent around by

8    co-liaison counsel.

9            THE COURT:  Okay.  Good.

10:21:42    10           Are you finished on the fact sheet section?

11           MS. BARRIOS:  I was going to give you the numbers of

12   the ones served.

13           THE COURT:  Go ahead.

14           MS. BARRIOS:  As of December 12th, the plaintiffs have

10:21:53    15   served 2,063 Plaintiff Fact Sheets.

16           And 662 Plaintiff Fact Sheets are in progress.

17           Based on the Plaintiff Fact Sheets received as of

18   December 12th, they divide among the defendants as follows:

19   1,076 Sanofi; 143 Hospira; 57 Sandoz; 47 Accord; 405 unknown; 118

10:22:22    20   blank; and 214 note other or miscellaneous manufacturer.

21           The parties continue to work with each other to make

22   sure that the plaintiffs complied with PTO 22 on the photographs.

23   And I know Your Honor has admonished plaintiffs' counsel about

24   what needs to be done to provide and upload adequate photographs

10:22:52    25   and the dating of those photographs.

**OFFICIAL TRANSCRIPT**

1        We are having a call with all paralegals one day next

2   week to go over the actual mechanics of uploading the photographs

3   properly so that the defendants get those photos.

4        THE COURT:  Okay.  Good.

5        I want to talk about the issue that came up last time.

6   We're going to issue an order today -- and I'm sorry it didn't go

7   out earlier so that you would have the benefit of it for our

8   discussion today, but you'll get it later today.  And it pertains

9   to the issue of searching for electronically stored information

10   or electronically stored communication.

11        This came up last time in that in complying with the

12   obligations of the Plaintiff Fact Sheet, apparently some -- and I

13   don't know how many.  I'm not here to single anybody out.  You

14   decide whether it's you that could have done a better job or not.

15        But on some of the plaintiffs' productions, they were

16   lacking in terms of electronically stored information in the form

17   of e-mails or blog posts or things of that nature that are

18   covered by the Plaintiff Fact Sheet, so last time I had counsel

19   from both sides submit to me a proposed plan of action.

20        The plaintiffs submitted to me a very much improved

21   instruction sheet, for lack of a better term, or a protocol that

22   was provided to all plaintiffs' counsel on how best to search for

23   such information in the hands of each of the plaintiffs in the

24   case.

25        The defendants submitted to me -- I think the

**OFFICIAL TRANSCRIPT**

1  obligation is more or less the same, but the defendants submitted

2  to me an order, a court order, that requires many of the things

3  that I think the plaintiffs' counsel were already obligated to do

4  but it's reworded.

5  I have chosen, in light of those submissions, to put in

6  the form of an order -- and I think it's important that it be in

7  the form of a court order along with the attached protocol that

8  plaintiff -- the new and improved protocol that the plaintiffs

9  had developed.

10  When you get the order, it's not precisely what the

11  defendants submitted.  There were certain things in there that I

12  felt were perhaps a little intrusive in terms of the

13  attorney/client relationship.  But the important thing -- and the

14  reason I'm telling you this now before you have a chance to read

15  it, is it's in the form of a court order.  And so even though you

16  were obligated to comply with the Plaintiff Fact Sheet

17  obligation, this will be another layer to stress the importance

18  of compliance, because to not comply would be in violation of the

19  order that I'm signing today in connection with it.

20  If you're already conducting a due and diligent search

21  with your client when you fill out the fact sheet, this order is

22  going to seem like, you know, the belt and suspenders, or maybe a

23  little piling on, and I apologize for that.

24  If you have been overwhelmed with work, or for whatever

25  reason you haven't been quite able to work with your clients to

10:24:50
10:25:06
10:25:23
10:25:40
10:26:00

**OFFICIAL TRANSCRIPT**

1   produce this information, now is the time to get onboard with

2   that obligation.

3          We are going to give a -- I believe it's a 45-day

4   window for those who have already completed the fact sheet to go

5   back and double-check.

6          But certainly for new fact sheets, we'll expect you to

7   comply with this order, and the Court will enforce the order as

8   needed.  And I'm not going to discuss remedy or anything here,

9   but it is now in the form of a separate court order.

10         My goal in having it in a court order is that it will

11  be widely circulated amongst plaintiffs' counsel, and it is an

12  assistance to plaintiffs' counsel to provide that to your client

13  and stress the importance for her to conduct a search using the

14  search terms that are provided.

15         I mean, I know I'm probably Exhibit A for somebody who

16  doesn't know a lot about the technology, so you're going to have

17  to provide assistance to a lot of the plaintiffs who aren't

18  computer savvy and who don't know how to conduct these searches.

19         And there's a provision for that in the protocol that

20  the plaintiffs have submitted where there can be some technical

21  assistance to make these types of searches.

22         The goal is to try to get all of this produced for the

23  benefit of both sides.  As I said in the committee meeting, both

24  last time and today, plaintiffs' counsel, of all people, should

25  probably want to know what his or her client has posted or

**OFFICIAL TRANSCRIPT**

 1   transmitted relevant to this case before we get too far into

 2   this; because chances are, if you haven't identified it with your

 3   client, defense counsel is likely to find it anyway, in which

 4   case it's not as advantageous to have to react to it rather than

 5   have to find it and produce it and prepare for it.

 6           So that's the purpose of my order.  It's not meant to

 7   pile on.  It's not meant to cause consternation or cause work for

 8   those who are already diligently complying with the fact sheets;

 9   but it is meant to eliminate this as a problem going forward and

10   trying to get everybody doing it the same diligent way as they

11   are required to do under the fact sheets as it is.

12           MS. BARRIOS:  Your Honor, we certainly appreciate that

13   order, and especially the timing of it, because we are going to

14   have almost like a mini-ESI call with the plaintiffs' paralegals

15   so they understand how to look for and search the terms and put

16   the photographs up.

17           THE COURT:  Okay.  Good.

18           MS. BARRIOS:  So the timing is really perfect.

19           I think the most activity that both sides have engaged

20   in, besides the trial work, have been dealing with Amended

21   Pretrial Order 22 with regard to deficiencies.

22           Pretrial Order 22, Paragraph 5, requires that every

23   plaintiff file a Plaintiff Fact Sheet.

24           Under that paragraph, Sanofi identifies approximately

25   89 cases in which no Plaintiff Fact Sheet has been filed.

**OFFICIAL TRANSCRIPT**

1          These cases will be listed on Appendix C.7.  "C" will

2     stand for "Sanofi - No Plaintiff Fact Sheet List."  That list

3     will go out with the joint report.  It will also go out from

4     Mr. Lambert's and my office to everyone.

10:29:27    5          Appendix D.7 relates to Sanofi's deficiencies that they

6     noted that they have issued deficiencies to plaintiff's counsel

7     about this Plaintiff Fact Sheet and plaintiff's counsel has not

8     responded.  That list has approximately 228 cases now.

9          Appendix E.7, which is Sanofi's list of approximately

10:29:53   10     248 cases which have Plaintiff Fact Sheets filed but the

11     Plaintiff Fact Sheets are not substantially complete as defined

12     by Amended Pretrial Order 22.

13          And for purposes of the public, what "substantially

14     complete" means is you have to have the Plaintiff Fact Sheet

10:30:13   15     served and verified.  You must have proof of use of a docetaxel

16     product.  And you must have proof of injury and medical records

17     or photographs.

18          In Appendix F.7, the 505(b)(2) defendants have

19     identified approximately nine cases where there has been no

10:30:39   20     Plaintiff Fact Sheet filed.

21          Appendix G.7 relates to 505(b)(2) defendants --

22     Plaintiff Fact Sheets that were filed but had deficiency notices,

23     and plaintiff's counsel has failed to respond to the

24     deficiencies.

10:30:58   25          Appendix H.7 lists approximately four cases of the

**OFFICIAL TRANSCRIPT**

1   505(b)(2) defendants where the plaintiff has failed to

2   substantially complete the Plaintiff Fact Sheet.

3        Again, that's the three major areas that every personal

4   injury case must have.

10:31:18   5        There's another appendix, Your Honor, and that is

6   Appendix I.7.  Appendix I.7 is a joint one by both Sanofi and the

7   505(b)(2) defendants in which they identified 122 cases where

8   plaintiffs have failed to cure the deficiencies identified in

9   Joint Report No. 6.  They are Appendices C, D, E, F, G, and H.

10:31:50   10   Those are Record Docs 1064-3, 1064-4, 1064-5, 1064-6, 1064-7, and

11   1064-8.

12        Under the authority of Amended Pretrial Order 22 and

13   Your Honor's Order on Rule to Show Cause No. 2, which bears

14   Record Doc 1103, each plaintiff listed on Appendix I.7 has been

10:32:23   15   ordered to show cause as of this date as to why their cases

16   should not be dismissed with prejudice.

17        So the Appendix I that will be in the next report will

18   be identical -- Appendix I will always refer to those cases which

19   have to respond in a rule to show cause.

10:32:48   20        THE COURT:  Right.  I see.

21        MR. MOORE:  Just a point of clarity, Your Honor.

22   Douglas Moore, defense liaison counsel and counsel for Sanofi.

23        Appendix I are the cases that were identified on the

24   previous joint report who were placed on a show cause order and

10:33:12   25   who remain deficient at this time and are required to show

**OFFICIAL TRANSCRIPT**

1    responses.

2          The show cause orders were being filed up until 2:00 in

3    the morning last night, so of the 122 cases that are subject to

4    this requirement to show cause today, I cannot report to the

5    Court how many did and how many did not.  Nor are we in a

6    position to indicate to the Court whether or not we agree that

7    adequate cause has been shown.  As we discussed last time, we

8    will review those responses and identify for the Court those that

9    we agree that cause has been shown.  If we do not respond, then

10   it is our position that good cause has not been shown.

11         THE COURT:  Okay.  So the Appendix I is going to be

12   sort of a rolling accounting of show cause plaintiffs?

13         MS. BARRIOS:  Yes, Your Honor.  Exhibit --

14         THE COURT:  Because we ruled on some last time so those

15   are now off --

16         MS. BARRIOS:  They are off the docket.  Yes,

17   Your Honor.

18         Appendices C through H, I call those the "warning

19   shots."  When you are on I, it's almost like the guillotine.

20         THE COURT:  That's right.

21         MS. BARRIOS:  And it --

22         THE COURT:  Probationary status and then --

23         MS. BARRIOS:  Yes.

24         THE COURT:  Okay.

25         MS. BARRIOS:  I have to thank all counsel on the

**OFFICIAL TRANSCRIPT**

1    defense side because we've worked on trying to get a procedure in

2    place.  And Ms. Kelly Bieri especially worked with me, and I

3    think we have it down pat.  And I think all counsel now, at least

4    sitting at these tables, understand how it works.  We are trying

10:34:50    5    to make sure everybody else understands.

6         THE COURT:  It sounds like it's a very fair, graduated

7    approach to give everybody adequate notice for compliance and

8    likewise the consequence for failure to comply.  So I appreciate

9    that and we'll keep a tally on each of these reports.

10:35:05    10        MS. BARRIOS:  Yes, Your Honor.  And as Mr. Moore said,

11    the numbers we have been given may change by the time we give you

12    the final report.

13        THE COURT:  Okay.

14        MS. BARRIOS:  Moving on to MDL centrality.

10:35:18    15        MDL centrality has so many fabulous features.  For all

16    new counsel who have just recently joined the MDL, if you go on

17    the home page of centrality and click on "PSC e-mails" -- this is

18    only for the plaintiffs' side, it is blinded to the defendants --

19    you can find every one of our e-mails.  And I think we've done

10:35:41    20    almost 75 of them explaining all procedures.  So if anybody is

21    new, they are there.  If you have any questions, certainly

22    Mr. Lambert or myself will be happy to answer them.

23        In MDL centrality, that is where you fill out your fact

24    sheet.  Currently it's the Amended Plaintiff Fact Sheet but

10:36:02    25    shortly it will be the Second Amended Plaintiff Fact Sheet.  And

**OFFICIAL TRANSCRIPT**

1    of course we'll do all the notifications as I previously

2    indicated.

3           Section No. 9 is service on the defendants.

4           And this is really important for people who have really

5    just started to file their cases.  Now they have to turn to the

6    issue of service.

7           Counsel for Sanofi and the plaintiff steering committee

8    have agreed to streamline service procedures set forth in

9    Pretrial Order 9, which is Record Doc 160, for service of

10   complaints on the domestic Sanofi entity.  And this includes

11   Winthrop.  That's a common question that we get, that this

12   includes Winthrop.

13          As a result of PTO 9, the plaintiffs are not required

14   to effectuate service on the foreign sanofi entities because now

15   they are actually dismissed.

16          Counsel for several 505(b)(2) defendants have also

17   agreed to streamline service procedures for Accord Healthcare.

18   The streamline service procedure is in PTO 29, which is Record

19   Doc 303; for Sandoz, Inc., which is in Pretrial Order 30, Record

20   Doc 304; for Actavis Pharma, Inc., in Pretrial Order 32A, Record

21   Doc 710; for McKesson Corporation in PTO 33, which is Record

22   Doc 308; for Sun Pharma, Inc., in PTO 39A, Record Doc 711; and

23   for Hospira Worldwide, LLC in PTO 40A, Record Doc 509.

24          And I might mention that PTO 40A amends and supersedes

25   Pretrial Order 40.

**OFFICIAL TRANSCRIPT**

1        There have been several dismissals besides the

2   dismissal against the French sanofi entities in the MDL.

3        Apotex, Inc. submitted proof by affidavit to the

4   plaintiff steering committee that it did not manufacture

10:38:15    5   docetaxel so they've been removed as a defendant from the MDL.

6        Other entities, such as Northstar RX, LLC and Eagle

7   Pharmaceuticals, Inc., submitted proof that they did not

8   manufacture docetaxel until after the dates of infusions alleged

9   in individual complaints so they have been dismissed.

10:38:36   10        The reference documents are as follows:

11        For Northstar RX, LLC, it is Record Docs 320, 324, 333,

12   and 335.

13        For Eagle Pharmaceuticals, it is Record Docs 319, 332,

14   and 336.

10:38:59   15        And for Apotex, it's Record Docs 219, 224, and 225.

16        Your Honor, I'm very pleased to say that defense has

17   been working very cooperatively with the plaintiffs for the goal

18   of having the correct defendant named in this MDL, so we

19   frequently exchange lists and we assist plaintiffs' counsel to

10:39:29   20   do -- and encourage a dismissal where we see that obviously

21   they're the wrong defendant.

22        So I did want to report that we have been working very

23   hard on that project, and I appreciate all the cooperation and

24   the information that the defendants give us on that issue.

10:39:44   25        We're presently negotiating with the defendants -- or

**OFFICIAL TRANSCRIPT**

1    very close to an agreement on the product identification pretrial

2    order, which will list steps that each plaintiff's counsel should

3    take if they do not have the NDC code.

4            The first part of that order starts out with the

5    obligations on the plaintiffs.  Then we can request the

6    defendants to send a letter.  And then the plaintiffs can issue a

7    subpoena and we take it from there.

8            But I did want to stress that the plaintiffs have the

9    basic obligation, every plaintiff's counsel, to obtain that

10   information.  They cannot rely on the defendants to do it for

11   them, and they can't rely on anybody else but themselves.

12           THE COURT:  Uh-huh.

13           MS. BARRIOS:  And, again, I have previously mentioned

14   but not given the Record Doc number to the stipulation of terms

15   related to defendant sanofi and Aventis Pharma S.A., which are

16   the French entities.  That stipulation is at Record Doc 1072.

17   We'll shortly be filing -- or the defendants will shortly be

18   filing a motion *en globo* to release those defendants, and we will

19   be working with the clerk's office on the proper manner that they

20   want us to do that.

21           Section 11 is the preservation order.  That is found in

22   the very initial pretrial order that Your Honor issued, which is

23   Record Doc 4.  It's at Paragraph 12 regarding the preservation of

24   evidence.

25           Again, plaintiffs' co-liaison counsel continue to

10:40:04
10:40:20
10:40:40
10:41:01
10:41:17

**OFFICIAL TRANSCRIPT**

1  remind people of the need for preservation stemming from law,

2  Pretrial Order 1, and also in conjunction with Amended Pretrial

3  Order 22.

4          The protective order was entered by Magistrate

*10:41:38*  5  Judge North on July 5, 2017, and that bears PTO 50.

6          Your Honor, No. 13 is the electronically stored

7  information and ESI discovery, and I believe you've already

8  addressed that issue, and that you will be issuing an order

9  shortly that every plaintiff's attorney must follow.

*10:41:58*  10          THE COURT:  Right.

11          MS. BARRIOS:  Section 14 is the discovery that the

12  plaintiffs have propounded on the defendants.

13          I have to take the opportunity to thank Magistrate

14  Judge North.  He has been very patient with both sides.  He has

*10:42:14*  15  been very available to us.  We had a hearing yesterday.  And he

16  has given us two additional dates.  December 27th we have a

17  telephone conference at 10:00 a.m., and on January 9, a status

18  conference with him at 10:00 a.m.

19          Plaintiffs have begun the discovery on Sanofi and now

*10:42:36*  20  we have recently served merits discovery on Accord Healthcare,

21  Inc., the Hospira/Pfizer defendant, and Sandoz, Inc.  We'll be

22  meeting and conferring with Mr. Olinde and counsel for those

23  defendants to discuss that discovery.

24          Item No. 15 regards motion practice and recent orders

*10:42:57*  25  that have been issued.

**OFFICIAL TRANSCRIPT**

1        On May 26, 2017, sanofi filed a motion to dismiss

2    claims barred by the applicable statute of limitation.  The Court

3    denied the motion without prejudice on October 26.  The denial is

4    Record Doc 1034.

5        The second motion is defendants' motion filed on

6    October 3, 2017, for the entry of a case substitution protocol.

7    The Court denied that motion without prejudice at Record

8    Doc 1136.

9        On October 5, 2017, sanofi filed a motion to permit

10   written discovery on the trial pool plaintiffs.  The Court

11   granted that motion, and that order is Record Doc 1138.

12       On October 10th, Sanofi-Aventis, LLC and Sanofi US

13   Services, Inc., filed a motion for entry of a protocol regarding

14   *ex parte* contact with physicians.  The Court entered that

15   Pretrial Order 70 regarding their requests.  The Court denied it

16   in part and granted it in part.

17       And as we spoke earlier, we'll be addressing additional

18   issues that are raised from that order, particularly regarding

19   future trials.

20       Item No. 16 is the class certification.

21       We kept this item in, although it is a dated item,

22   because of new cases that have recently been filed.  But counsel

23   must be aware that the Court denied certification of a putative

24   Louisiana class of plaintiffs, and that is at Record Doc 647.

25       Your Honor, the next section is the settlement

**OFFICIAL TRANSCRIPT**

1   committees, and I think Mr. Ben Gordon is here to give you a

2   general report.

3        MR. GORDON:  Good morning, Your Honor.  Ben Gordon for

4   the plaintiff settlement committee.

10:45:02

5        MR. STRONGMAN:  John Strongman on behalf of Sanofi.

6        MS. COHEN:  And Lori Cohen on behalf of the 505(b)(2)

7   defendants.

8        MR. GORDON:  Your Honor, what we were hoping this

9   morning is we would just let you know we continue to have

10:45:11

10  meetings and discussions about concepts and frameworks for

11  potential settlement in pursuance of a PTO 6, and we are hoping

12  to sort of just leave it at that today unless Your Honor has

13  questions or others have comments.

14       MR. STRONGMAN:  I don't have anything else to add, Your

10:45:28

15  Honor.

16       MS. COHEN:  Nothing further, Your Honor.

17       THE COURT:  If you all have a few minutes when we

18  conclude this, I'd like to meet with you all in the conference

19  room, just less than ten minutes.  But if you can stick around.

10:45:40

20       MR. GORDON:  Will do.  Thank you, Your Honor.

21       MR. STRONGMAN:  Thank you.

22       MS. COHEN:  Surely.

23       THE COURT:  Thank you.

24       MS. BARRIOS:  I have to apologize to Mr. Strongman and

10:45:47

25  Ms. Cohen for not recognizing them coming to the podium.  I

**OFFICIAL TRANSCRIPT**

1  apologize.

2          THE COURT:  I saw them here already.

3          MS. BARRIOS:  But I couldn't see behind me.

4          THE COURT:  They need no introduction at this point.

10:45:58  5          MS. BARRIOS:  With regard to the settlement committee,

6  we will be issuing today a requested e-mail that will go to all

7  plaintiffs' counsel reminding them of their reporting duties

8  under Pretrial Order 60 which are due on December 31st.

9          Item No. 18 is the special master for plaintiffs' time

10:46:19  10  and expenses.

11          Your Honor appointed Special Master Kenneth DeJean in

12  Record Doc 265.  It's our understanding from the discussions with

13  Mr. DeJean yesterday, that you will be speaking with him next

14  week.

10:46:33  15          THE COURT:  Monday.

16          MS. BARRIOS:  And then we'll take our cues from

17  whatever Your Honor and the special master want us to do.

18          THE COURT:  He and I had spoken, I guess, a few weeks

19  ago after we had our liaison counsel meeting.  I spoke to him a

10:46:46  20  day or two after that and then he had contacted me about possibly

21  meeting today, but Monday I have more time in the morning so we

22  have set up a call when I can talk to him about a variety of

23  issues.

24          MS. BARRIOS:  Yes, Your Honor.

10:46:59  25          And our last item is the date of the next status

**OFFICIAL TRANSCRIPT**

1   conference.  And based upon conversations that we had in

2   chambers, I don't think that we're prepared at this time to

3   actually announce a date, but it will be in the joint report that

4   is actually filed.  We'll get together with the defendants and

5   Your Honor to set a date.

6            THE COURT:  Yes.  I'm going to meet with liaison

7   counsel again in January.  And then our next general status

8   conference meeting -- I had offered a couple of dates in the back

9   half of February, which would be more or less 60 days out from

10  today.  If those dates don't work, it will be in early March.

11  And I'll ask you all to maybe circulate some dates that work for

12  the most people, and we'll pick up and we'll get it on the

13  calendar.

14           It may not always be on a Friday.  So if a date during

15  the week is better, and it works on my calendar as well, then it

16  may be on, let's say, a Wednesday or a Thursday, and we'll go

17  from there.

18           MS. BARRIOS:  Yes, Your Honor.  We'll do that and have

19  that to you by the beginning of next week.

20           THE COURT:  Okay.

21           MS. BARRIOS:  That concludes our presentation with the

22  exception of, on behalf of all counsel in the MDL, leadership,

23  and individual counsel, we want to wish the Court and the Court's

24  staff happy holidays and a healthy and safe new year.

25           THE COURT:  Thank you, Ms. Barrios.  The same to

10:47:19
10:47:36
10:47:52
10:48:04
10:48:20

**OFFICIAL TRANSCRIPT**

1    you-all.

2         Mr. Moore, did you want to comment on anything that has

3    been raised at this point on behalf of defendants?

4         MR. MOORE:  We have nothing else to add, Your Honor.

10:48:29
5         THE COURT:  Okay.  Mr. Olinde?

6         MR. OLINDE:  Nothing else, Your Honor.  Thank you.

7         THE COURT:  Okay.  Let's open the floor now for further

8    discussion.

9         Mr. Lambert, you are approaching the podium.

10:48:39
10        MR. LAMBERT:  Your Honor, Palmer Lambert, co-liaison

11   counsel for plaintiffs.

12        At the risk of extending the conference longer, I did

13   want to mention we should probably add a section to this report

14   related to the trial case discovery, the trial cases that are

10:48:56
15   proceeding under Case Management Order No. 3.  A lot of work has

16   been going on, and we have, actually, depositions going on today.

17   There are many more to be completed before the deadline of

18   February 6th.

19        THE COURT:  Okay.  Would you want to create a section

10:49:14
20   and then perhaps provide, at the risk of having yet another

21   appendix on it, a listing of things that are going on?  Or would

22   you rather have it as a section in the report with more of a

23   summary-style description?

24        Because I do know that you have a lot going on, on a

10:49:33
25   daily basis in connection with those trial plaintiffs, so I'll

**OFFICIAL TRANSCRIPT**

1  leave it up to you as to what detail you think.  But keep in mind

2  that the report is really for the benefit of all counsel involved

3  in the case that even -- especially those who aren't

4  participating here today, that they can read the report and know

10:49:48  5  what's going on.

6          So I'll leave it up to you as to what you think and

7  what defense counsel think is specific enough.

8          MR. LAMBERT:  Thank you, Your Honor.  We'll talk with

9  defense counsel.  It will likely be a summary statement of where

10:50:01  10  we are and what we have to do.

11          THE COURT:  Okay.  Someone can always call liaison

12  counsel or another designated person to get the full update on

13  the particulars of discovery and trial prep.

14          MR. LAMBERT:  Thank you, Your Honor.

10:50:17  15          THE COURT:  All right.

16          Yes, Mr. Coffin.

17          MR. COFFIN:  Your Honor, Chris Coffin, co-lead counsel

18  for the plaintiffs.

19          Just to emphasize one point, especially for those

10:50:25  20  counsel who are new to this MDL.  As they can tell from the

21  length and the detail in this status conference, there are a lot

22  of moving parts.  We, on the plaintiffs' side, have

23  extraordinarily helpful liaison counsel; Ms. Barrios and

24  Mr. Lambert have been exceptional.

10:50:43  25          And they will continue to answer questions from

**OFFICIAL TRANSCRIPT**

1  plaintiffs' counsel.  However, they also work very hard to put

2  together detailed reports, and this Court works hard to make sure

3  that lawyers are informed through the website.  So I just wanted

4  to encourage plaintiffs' counsel, please come to us if you have

5  questions.  However, before you come to us, especially before you

6  call Mr. Lambert or Ms. Barrios's office, please try to review

7  those PTOs that have been referenced here in this joint report,

8  because we have -- all of us on leadership, we have really tried

9  to lay things out in a manner that makes them easily

10 followable -- if that's a word -- easy to follow if you take the

11 time to do so.

12          THE COURT:  Thank you, Mr. Coffin.  I would

13 emphatically second your remarks.

14          A lot of time has gone into this.  And it might sound

15 like a lot of procedure and a lot of detail, and it is exactly

16 that, but the purpose of it is to save time in the end by doing

17 things now and doing them the proper way such that the MDL can

18 advance.

19          And of course the purpose of the MDL is not only to

20 resolve the claims *en globo*, resolve common issues either by way

21 of trial or by way of settlement, but to try to get the most

22 information to the parties efficiently.  So efficiency is part

23 of -- it's a big part of the MDL process and that's why we're

24 here.

25          So if you can't follow the -- if you're having trouble

**OFFICIAL TRANSCRIPT**

1    following the pretrial orders -- and I know there are several,

2    but if you're having trouble following them, then you're actually

3    creating a burden on the MDL.

4              So I would really stress -- as I say, you've said it

10:52:31   5    much more eloquently than I can at this point.  It is critical

6    that you familiarize yourself.  If you are new to the MDL, we

7    welcome your participation.  Familiarize yourself with the

8    pretrial orders.  There are lots of people here that can help if

9    necessary.

10:52:45   10             But we've got to get this streamlined and efficient,

11   and I think we've come a long way in doing that.  We just need to

12   continue those efforts and get to the point where we can actually

13   try one or more of these and advance the MDL further.

14             All right.  Anything further?  Any other issues?

10:53:05   15             (No response.)

16             THE COURT:  Okay.  Thank you all for being here.  And

17   likewise happy holidays to all of you.  We'll see you in the new

18   year.  In the meantime, we'll certainly be in touch with counsel

19   as the MDL progresses.

10:53:17   20             Thank you all.

21             MS. BARRIOS:  Thank you, Your Honor.

22                            (Proceedings adjourned.)

23

24                      *  *  *  *

25

**OFFICIAL TRANSCRIPT**

1

2

3    CERTIFICATE

4        I hereby certify this 19th day of December, 2017, that
the foregoing is, to the best of my ability and understanding, a
true and correct transcript of the proceedings in the
above-entitled matter.

7

8                                          /s/ Mary V. Thompson
9                                     Official Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**