# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

## DATE: DECEMBER 15, 2017

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | *signed* | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | *signed* | Plaintiff's Liaison Counsel | |
| Christopher Coffin | *signed* | Plaintiffs' Steering Committee Member | |
| Karen Menzies | *signed* KBM | Plaintiffs' Steering Committee Member | |
| Anne Andrews | | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | *signed* | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | *signed* | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | *signed* | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | | Plaintiffs' Steering Committee Member | |

1

| Andrew Lemmon | [signature] | Plaintiffs' Steering Committee Member | |
|---|---|---|---|
| Abby McClellan | [signature] | Plaintiffs' Steering Committee Member | |
| Daniel Markoff | [signature] | Plaintiffs' Steering Committee Member | |
| David Miceli | [signature] | Plaintiffs' Steering Committee Member | |
| Rand Nolen | [signature] | Plaintiffs' Steering Committee Member | |
| Hunter Shkolnik | | Plaintiffs' Steering Committee Member | |
| Genevieve Zimmerman | [signature] | Plaintiffs' Steering Committee Member | |
| Douglas J. Moore | [signature] | Defendants' Liaison Counsel | |
| Jon Strongman | [signature] | Defendants' Steering Committee Member **(Sanofi)** | |
| Harley Ratlif | [signature] | Defendants' Steering Committee Member **(Sanofi)** | |
| Mark Cheffo | [signature] | Defendants' Steering Committee Member **(Pfizer and Hospira)** | |
| John Olinde | [signature] | Defendants' Liaison Counsel | |
| Cliff Merrill | [signature] | Defendants' Steering Committee Member **(Sandoz)** | |

2

| | | | |
|---|---|---|---|
| Julie A. Callsen | *[signature]* | Defendants' Steering Committee Member (**Accord Healthcare, Inc.** | |
| Michael Suffern | *[signature]* | Defendants' Steering Committee Member (**Actavis Pharma, Inc.** | |
| Habib Nasrullah | | Defendants' Steering Committee Member (**Northstar Rx LLC)** | |
| Dmitriy Tishyevich | | Defendants' Steering Committee Member (**Eagle Pharmaceuticals, Inc.)** | |
| Erin Bosman | *[signature]* | Defendants' Steering Committee Member (**McKesson Corporation d/b/a McKesson Packaging)** | |
| Geoffrey Coan | *[signature]* | Defendants' Steering Committee Member (**Sun Pharma Global, Inc.)** | |