MINUTE ENTRY
ENGELHARDT, J.
December 15, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES

        A status conference was conducted on Friday, December 15, 2017, at

10:00 a.m.   A complete list of attendees is attached hereto.


**Court Reporter:   Mary Thompson**

 **Law Clerk:  Chynna Anderson**



(JS10:  0:50)