PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                      **16md2740**

_____  Magistrate: _____
DEFENDANT(S)

**TAXOTERE**

*********************************************************************

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: **12-15-17**            TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Kelly Bieri | Shook Hardy Bacon | Sanofi |
| Ben Gordon | Levin Papantonio | TT's Settlement Committee |
| Jon Strongman | Shook | Sanofi |
| Harley | SHB | SANOFI |
| Abby McClellan | Stueve Siegel Hanson LLP | ~~PSC~~ / TT's |
| Douglas Moore | Irwin | ALC / SANOFI |

1

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                        _____

_____  Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL  _____ STATUS  _____ SETTLEMENT

DATE: _____         TIME: _____

**PLEASE PRINT**            **PLEASE PRINT**            **PLEASE PRINT**

**NAME**                    **FIRM**                    **REPRESENT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| PALMER LAMBERT | Gainsburgh Benjamin | Pls Co-Liaison |
| DAWN M. BARRIOS | Barrios Kingsdorf & Casteix | Pls Co-Liaison |
| Irving Warshauer | Gainsburgh Benjamin | Pl. Sett-Comm |
| Jessica Perez Reynolds | PBC | π |
| Alexander ? | Kinlawski ? | π |
| Zachary Wool | Barrios Kingsdorf | PSC |

2

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____  TIME: _____

**PLEASE PRINT**      **PLEASE PRINT**      **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Emma Schwab | BKC | π |
| Dan Markoff | Ashino L Machell | π |
| Rand Nolen | Fleming, Nolen + Jez | π PSC |
| Anna Higgins | The Lambert Firm | π |
| David Micali | Simmons Hanly Conroy | π |
| Lori Cohen | Greenberg Traurig | Sandoz |

3

PTO Received: _____

Trial Set: _____
                        Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____  TIME: _____

**PLEASE PRINT**  **PLEASE PRINT**  **PLEASE PRINT**

**NAME**  **FIRM**  **REPRESENT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lawrence Centol | Martzell Bickford Centol | PSC |
| Julie Callsen | Tucker Ellis | Accord |
| Geoffrey Coan | Hinshaw | Sun |
| Clifton Merrell | Greenberg Traurig | Sandoz |
| GENEVIEVE ZIMMERMAN | MESHBESHER & SPENCE | PSC |
| MICHAEL J. SUFFERN | ULMER & BERNE LLP | Actavis |

4

PTO Received: _____

Trial Set: _____
                          Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                           _____

_____  Magistrate: _____
DEFENDANT(S)

*****************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____  TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Karen Barth Menzies | Gibbs Law Group | π |
| John O'Dell | Chaffe McCall | SPS (b)(2) Liais[on] |
| Chris Coffin | Pendley, Baudin & Coffin | π |
| Kyle Bachus | Bachus Schanker | π |
| Chris Elliott | Bachus & Schanker | π |
| Andrew Lemmon | Lemmon Law Firm | π |

5