MINUTE ENTRY
ENGELHARDT, J.
December 15, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

    A status conference was conducted on Friday, December 15, 2017, following the 10:00 a.m. general status conference, with settlement committee members Ben Gordon, Irving Warshauer II, Lori Cohen and Jon Strongman.

    **Law Clerks:  Chynna Anderson and Jennifer Rogers**

(JS10:  0:35)