UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>CAROLYN KEY v. SANOFI S.A., ET AL., Case No. 2:17-cv-01951 | Civil Action No.: 2:17-CV-01951 |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ACTAVIS LLC AND ACTAVIS PHARMA, INC. ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Carolyn Key's case against Actavis LLC and Actavis Pharma, Inc. is dismissed with prejudice, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This dismissal only dismisses Defendants Actavis LLC and Actavis Pharma, Inc., the case against all other Defendants named in Case No. 2:17-cv-01951 will remain active.

Dated this 20th day of December 2017.

**BACHUS & SCHANKER, LLC**      **ULMER & BERNE LLP**

By: */s/ J.Christopher Elliott*  
Christopher Elliott, Esq.  
J. Kyle Bachus, Esq.  
Darin L. Schanker, Esq.  
Bachus & Schanker, LLC  
1899 Wynkoop Street Suite 700  
Denver, CO 80238  
Telephone: (303)893-8900  
Facsimile: (303) 893-9900  
Email: celliott@coloradolaw.net  

By: */s/ Michael J. Suffern*  
Michael J. Suffern, Esq.  
Ulmer & Berne LLP  
1660 W 2nd St #1100  
Cleveland, OH 44113  
Telephone: (513) 698-5064  
Email: msuffern@ulmer.com  

*Attorneys for Plaintiff Carolyn Key*      *Attorneys for Defendants Actavis LLC and Actavis Pharma, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*

J. Christopher Elliott