UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
　　*Wanda Atkins v. Sanofi US Services Inc.*
　　*f/k/a Sanofi-Aventis, U.S., Inc., et al.;*
　　*Civil Action No. 2:17-cv-13933*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. only.

Dated this 21st day of December, 2017.

　　　　　　　　　　　　　　　　　　**JACKSON ALLEN & WILLIAMS, LLP**

　　　　　　　　　　　　　　　　　　/s/ Jennifer Williams
　　　　　　　　　　　　　　　　　　John H. Allen, III, Esq. - Trial/Lead Counsel
　　　　　　　　　　　　　　　　　　tallen@jacksonallenfirm.com
　　　　　　　　　　　　　　　　　　Jennifer Williams, Esq.
　　　　　　　　　　　　　　　　　　jwilliams@jacksonallenfirm.com
　　　　　　　　　　　　　　　　　　3838 Oak Lawn Ave., Suite 1100
　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　(214) 521-2300
　　　　　　　　　　　　　　　　　　(214) 452-5637 (Facsimile)

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*