**UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** *Almeta Murphy; 2:17-CV-14954* | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; and Pfizer Inc. only.

Dated this 21st day of December, 2017

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Bria Hanlon, OBA #32412
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: bhanlon@atkinsandmarkoff.com
***ATTORNEYS FOR PLAINTIFFS***