# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EAGLE PHARMACEUTICALS, INC. ONLY** |
| THIS DOCUMENT RELATES TO:<br><br>ALICE F. BROWN v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-09640 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Alice F. Brown's claims against Eagle Pharmaceuticals, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 21st day of December 2017.

| | |
|---|---|
| **GIBBS LAW GROUP LLP** | **KIRKLAND & ELLIS LLP** |
| By: */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA  90245<br>Telephone: (510) 350-9240<br>Facsimile: (510) 350-9701<br>Email:  kbm@classlawgroup.com | By:   */s/ Dmitriy Tishyevich*<br>Dmitriy Tishyevich<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: dmitriy.tishyevich@kirkland.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Eagle Pharmaceuticals, Inc* |

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 21, 2017          /s/ Karen Barth Menzies
                                                    Karen Barth Menzies