UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section "N" (5) |
| DEBORAH DEMO, | HON. KURT ENGELHARDT |
| Plaintiff, | MAG. JUDGE MICHAEL NORTH |
| v. | Civil Action No. 2:17-cv-10220 |
| SANDOZ, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC. | |
| Defendants. | |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES the Plaintiff, Deborah Demo, by and through the undersigned counsel of record and files this unopposed Motion to Dismiss Without Prejudice the above-captioned matter pursuant to Federal Rule of Civil Procedure 41 and this Court's Pretrial Order No. 54 as follows:

1. The undersigned counsel seeks dismissal as the parties have determined this action lacks diversity jurisdiction in the United States District Court, Eastern District of Louisiana. Plaintiff may refile this case in state court at a future time.

2. Plaintiff's Fact Sheet was submitted on Wednesday, December 20, 2017.

3. As required by the Court's Pretrial Order No. 54 entered on July 21, 2017, the undersigned counsel certifies that he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel of the intent to file this Motion to Dismiss Without Prejudice more than fourteen (14) days prior to the instant filing.

88594741.1

4. Counsel for the Defendants have advised that the Defendants do not intend to oppose dismissal of this case without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Deborah Demo, prays this Court will enter an Order of Dismissal of her case without prejudice. Each party to bear its own costs.

Respectfully Submitted this 22nd day of December, 2017.

**ROBINS KAPLAN LLP**

By: */s/ Troy F. Tatting*

Munir R. Meghjee
MN Bar #0301437
Troy F. Tatting
MN Bar #0354156
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mmeghjee@robinskaplan.com
ttatting@robinskaplan.com

*Attorneys for Plaintiff*