# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section "N" (5) |
| DEBORAH DEMO, | HON. KURT ENGELHARDT |
| Plaintiff, | MAG. JUDGE MICHAEL NORTH |
| v. | Civil Action No. 2:17-cv-10220 |
| SANDOZ, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC. | |
| Defendants. | **[PROPOSED] ORDER** |

This matter having been brought before the Court on Plaintiff's Unopposed Motion to Dismiss without Prejudice, and the Court having been advised Defendants do not oppose same, finds the motion is well taken and should be, and hereby is granted.

IT IS SO ORDERED that Plaintiff's Unopposed Motion to Dismiss without Prejudice is hereby GRANTED and that Plaintiff's claims are hereby dismissed as to all Defendants, without prejudice, each party to bear their own costs.

SIGNED, this the ____ day of _____, 20___.

_____
The Honorable Kurt Engelhardt
United States District Court Judge

88594741.1