# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing:

1. Unopposed Motion to Dismiss Without Prejudice;

2. Plaintiff's Memorandum Brief in Support of Unopposed Motion To Dismiss Without Prejudice; and

3. [Proposed] Order

with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                             */s/ Troy F. Tatting*
                                                             Troy F. Tatting