# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>Smith v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-13637 | | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC.

It is hereby stipulated and agreed, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Linda Johnson Smith's case against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., is dismissed with prejudice, with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Linda Johnson Smith's claims against Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma LLC. Plaintiff Linda Smith Johnson's claims against all other Defendants named in civil action number 2:17-cv-13637 will remain active.

Dated: December 22, 2017

Respectfully submitted,

**ULMER & BERNE LLP**

*/s/ Michael J. Suffern*
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  (513) 698-5064
Facsimile:  (513) 698-5065
msuffern@ulmer.com
*Counsel for Defendants*
*Actavis LLC and*
*Actavis Pharma, Inc.*

**FERRER POIROT & WANSBROUGH**

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: December 22, 2017      Respectfully submitted,

**FERRER POIROT & WANSBROUGH**

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*