UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
     PRODUCTS LIABILITY
     LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## CASE MANAGEMENT ORDER NO. 11
## (EXTENSION OF CERTAIN DEADLINES ESTABLISHED IN CMO NO. 3)

ALL COUNSEL ARE RESPONSIBLE FOR READING, UNDERSTANDING, FOLLOWING AND COMPLYING WITH EACH OF THE FOLLOWING PROVISIONS:

This order amends and supersedes Case Management Order No. 3 with regard to the following deadlines ONLY. If not specifically listed herein as an amended deadline, all deadlines established in CMO No. 3 remain in effect.

**Phased Discovery**

The deadline for completion of the first phase of discovery in all cases identified in CMO No. 3 is hereby extended by 21 days to **February 27, 2018.**

The deadline for the parties to nominate four (4) cases to proceed to the second phase of discovery is hereby extended by 21 days to **March 5, 2018.**

The deadline for the Court to select the Primary Plaintiff for the first trial date and to rank the remaining three (3) nominated Plaintiffs is hereby extended by 21 days to **March 9, 2018.**

The deadline for completion of phase two discovery of the four (4) Trial Plaintiffs and all other discovery for the first trial is hereby extended by 14 days to **April 20, 2018.**

The deadline for the parties to file in the record and serve upon their opponents a preliminary list of all witnesses who may be called to testify at trial is hereby extended by 7 days to **March 16, 2018.**

New Orleans, Louisiana, this  27th  day of  December , 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE