MINUTE ENTRY
NORTH, M.J.
DECEMBER 27, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NUMBER:  2740
　　　　 PRODUCTS LIABILITY
　　　　 LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N"(5)
THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date.

PARTICIPATING:　　Chris Coffin　　　John Olinde　　　Harley Ratliff
　　　　　　　　　　Karen Menzies　 Mike Suffern　　Patrick Oot
　　　　　　　　　　David Miceli　　 Cliff Merrell　　Douglas Moore
　　　　　　　　　　Dawn Barrios　　Sam Cortina
　　　　　　　　　　Palmer Lambert

　　　　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:09)