UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Thomas v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-13611 | | |

**NOTICE OF SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 45, hereby gives notice that Plaintiff intends to serve the attached subpoena commanding the production of documents, information, or objects upon UH Seidman Cancer Center.

Dated: December 28, 2017          Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: December 28, 2017              Respectfully submitted,

                                              /s/ Russell T. Abney
                                              Russell T. Abney, Esq.
                                              Attorney I.D. No. 000875 (GA)
                                              FERRER, POIROT & WANSBROUGH
                                              2100 RiverEdge Pkwy NW, Suite 1025
                                              Atlanta, GA 30328
                                              Telephone: 800.521.4492
                                              Fax: 866.513.0115
                                              atlanta@lawyerworks.com
                                              *Attorney for the Plaintiffs*