## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>DIANE STARKEY v. SANOFI S.A., ET AL., Case No. 2:16-cv-15505 | Civil Action No.: 2:16-CV-15505 |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Diane Starkey's case numbered 2:16-cv-15505 be dismissed without prejudice, with each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  The reason for this dismissal is to resolve a duplicate filing; Ms. Starkey's claims will remain active in case number 2:17-cv-12389.

Dated this 6th day of December 2017.

| | |
|---|---|
| **BACHUS & SCHANKER, LLC** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By:  s/J.Christopher Elliott<br>Christopher Elliott, Esq.<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street Suite 700<br>Denver, CO 80238<br>Telephone: (303)893-8900<br>Facsimile: (303) 893-9900 | By:   /s/ Douglas J. Moore<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100 |

Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com

Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO  64108
Email:  hratliff@shb.com
         jstrongman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*