## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO: <br><br> JOANN C. MENEFEE v. SANOFI S.A., et al. | Civil Action No.: 2:17-CV-09605 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Joann C. Menefee's case be dismissed without prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is to resolve a duplicate filing; Ms. Menefee's claims will remain active in case number 2:17-cv-09007.

Dated this 2nd day of January 2018.

| | |
|---|---|
| **GIBBS LAW GROUP LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: */s/ Karen Barth Menzies* <br> Karen Barth Menzies <br> 400 Continental Blvd., 6th Floor <br> El Segundo, CA 90245 <br> Telephone: (510) 350-9240 <br> Facsimile: (510) 350-9701 <br> Email: kbm@classlawgroup.com <br><br> Eric H. Gibbs <br> Amy M. Zeman <br> 505 14th Street, Suite 1110 <br> Oakland, CA 94612 <br> Telephone: (510) 350-9700 <br> Facsimile: (510) 350-9701 <br> Email: ehg@classlawgroup.com <br> amz@classlawgroup.com | By: */s/ Douglas J. Moore* <br> Douglas J. Moore, Esq. <br> Kelly Brilleaux <br> 400 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> Facsimile: (504) 310-2100 <br> Email: dmoore@irwinllc.com <br> kbrilleaux@irwinllc.com <br><br> Harley Ratliff <br> Jon Strongman <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Email: hratliff@shb.com <br> jstrongman@shb.com <br><br> *Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* |

1

CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 2, 2018    /s/ *Karen Barth Menzies*
                                        Karen Barth Menzies