**UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** *Yulonda Price, 2:17-CV-14978* | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories Ltd., only.

Dated this 3rd day of January, 2018.

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Bria Hanlon, OBA #32412
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: bhanlon@atkinsandmarkoff.com
***ATTORNEYS FOR PLAINTIFFS***