# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>**LULA ANDERSON**<br><br>**v.**<br><br>**SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC.** | HON. KURT D. ENGELHARDT<br><br>Case No. 5:16-cv-01484 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated January 2, 2018

/s/ *Dennis C. Reich*  /s/ *Douglas J. Moore*
Dennis C. Reich (TX #16739600)  Douglas J. Moore (Bar No. 27706)
REICH AND BINSTOCK, LLP  IRWIN FRITCHIE URQUHART & MOORE LLC
Whitney Bank Bldg. River Oaks  400 Poydras Street, Suite 2700
4265 San Felipe #1000  New Orleans, LA  70130
Houston, TX 77027  Telephone: 504-310-2100
Phone: (713) 622-7271  Facsimile:  504-310-2120
dreich@reichandbinstock.com  dmoore@irwinllc.com

*Counsel for Plaintiff*  *Counsel Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated January 2, 2018  Respectfully submitted,

/s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com