## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | |
| THIS DOCUMENT RELATES TO: : | JUDGE KURT D. ENGELHARDT |
| Luke v. Sanofi S.A., et al., Civil Action : | |
| No. 2:17-cv-8860 : | MAG. JUDGE MICHAEL B. NORTH |
| : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: January 4, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: January 4, 2018

                                              Respectfully Submitted,

                                              **NIEMEYER GREBEL & KRUSE, LLC**

                                              */s/  Mark R. Niemeyer*
                                              Mark R. Niemeyer #42437
                                              Michael S. Kruse #57818
                                              10 S. Broadway,
                                              Suite 1125
                                              St. Louis, MO  63102
                                              314-241-1919 phone
                                              314-665-3017 fax
                                              niemeyer@ngklawfirm.com
                                              kruse@ngklawfirm.com

                                              Attorneys for Plaintiff