UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL 2740 |
| ) | SECTION "N"(5) |
| <u>This Document Relates To:</u> ) | |
| GWENDOLYN VAUGHN V. SANOFI ) | |
| S.A. ET AL ) | JUDGE ENGELHARDT |
| ) | MAG. JUDGE NORTH |
| Case No: 2:17-CV-11570 ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Come Now Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action with each side bearing its own attorneys' fees and costs. This stipulation does not include the dismissal of any other actions filed on behalf of Plaintiff.

This action is being dismissed because Plaintiff has an identical filing, Case No. 2:17-cv-13931. Dismissal of this action will leave Plaintiff with one pending action and allow Plaintiff to pursue the claims filed by Goza Honnold, L.L.C. Therefore, dismissal of this matter facilitates Plaintiff having one pending claim without risking any potential prejudice to any party.

Undersigned counsel has discussed this issue fully with each other and with Goza Honnold, L.L.C. All interested parties understand are in agreement with this dismissal. Further, undersigned counsel conferred and they stipulate to this dismissal. Lastly, all parties have agreed the Plaintiff Fact Sheet deadline shall be calculated based on the date of original filing.

Dated:  January 4, 2018                                    Respectfully submitted,

By: */s/ Elizabeth E. Chambers*                            By:  */s/ Harley V. Ratliff*
Elizabeth E. Chambers, Esq.                                Harley V. Ratliff, Esq.
**Cory Watson, P.C.**                                      **Shook Hardy & Bacon, LLP**
2131 Magnolia Avenue                                       2555 Grand Blvd.
Birmingham, AL  35205                                      Kansas City, MO 64108
(205) 328-2200                                             (816)474-6550

**Attorney for Plaintiff**                                 **Attorney for Defendant**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 4 day of January, 2018.

                                                    */s/ Elizabeth E. Chambers*
                                                    Elizabeth E. Chambers