## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>CAROL A. AKERS v. SANOFI S.A., ET AL.,<br>Case No. 2:17-cv-10357-KDE-MBN | Civil Action No.: 2:17-cv-10357-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Carol A. Akers' case 2:17-cv-10357-KDE-MBN will be dismissed with prejudice, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is Plaintiff Carol A. Akers' informed the undersigned counsel of her lack of desire to pursue this matter and since has ceased all communications with counsel's office.

Dated this 4th day of January 2018

| | |
|---|---|
| **WILLIAMS KHERKHER HART BOUNDAS, LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By:  s/*Brian A. Abramson*<br>Brian A. Abramson, Esq.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Telephone: (713)230-2200<br>Facsimile: (713) 643-6226<br>Email: babramson@williamskherkher.com<br>*Attorney for Plaintiff* | By:  */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>kbrilleaux@irwinllc.com |

1

2

        Harley Ratliff, Esq.
        Kelly Bieri, Esq.
        2555 Grand Blvd.
        Kansas City, MO  64108
        Email:  hratliff@shb.com
                kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*