## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL (1) WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC., AND (2) WITH PREJUDICE TO REFILE AGAINST ALL OTHER NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>CATHY S. STIVERS v. SANOFI S.A., ET AL., Case No. 2:17-cv-10442-KDE-MBN | Civil Action No.: 2:17-cv-10442-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Cathy Stivers' case numbered 2:17-cv-10442-KDE-MBN will be dismissed (1) without prejudice to refile against Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and (2) with prejudice to refile against all other named Defendants, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is undersigned counsel seeks dismissal as the parties have determined this action lacks diversity jurisdiction in the United States District Court, Eastern District of Louisiana. Plaintiff may refile this case in state court at a future time.

Dated this 4th day of January 2018

| | |
|---|---|
| **WILLIAMS KHERKHER HART BOUNDAS, LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: s/*Brian A. Abramson* <br> Brian A. Abramson, Esq. <br> 8441 Gulf Freeway, Suite 600 <br> Houston, TX 77017 <br> Telephone: (713)230-2200 <br> Facsimile: (713) 643-6226 <br> Email: babramson@williamskherkher.com <br> *Attorney for Plaintiff* | By: */s/ Douglas J. Moore* <br> Douglas J. Moore, Esq. <br> Kelly Brilleaux <br> 400 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> Facsimile: (504) 310-2100 <br> Email: dmoore@irwinllc.com <br> kbrilleaux@irwinllc.com |

Harley Ratliff, Esq.
Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO  64108
Email:  hratliff@shb.com
         kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**QUINN EMANUEL URGHART & SULLIVAN, LLP**

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: maracuskergonzalez@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*