## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **MDL NO. 2740** |
| ) | **SECTION "N" (5)** |
| ) | **HON. KURT D. ENGELHARDT** |
| ) | |
| ) | **This Document Relates to:** |
| ) | *Katrina Jordan v. Sanofi US Services Inc., et al.;* Case No. 2:17-cv-02340 |
| ) | |

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
### FOR DEFENDANTS ACTAVIS PHARMA INC. AND ACTAVIS INC.

COMES NOW plaintiff Katrina Jordan, in the above styled action, by her attorney, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the letter executed by TriHealth Cancer Institute, hereby voluntarily dismiss defendants Actavis Pharma Inc. and Actavis Inc. without prejudice. Each party to bear their own fees and costs. This should not be construed to apply to any of the remaining Defendants in this case.

Dated: January 4, 2018

| | |
|---|---|
| */s/ Holly Nighbert* | /s/ *Michael J. Suffern* |
| Holly Nighbert (MO Bar No. 64548) | Michael J. Suffern |
| **SIMMONS HANLY CONROY** | **ULMER & BERNE LLP** |
| One Court Street | 600 Vine Street, Suite 2800 |
| Alton, IL 62002 | Cincinnati, OH 45202 |
| Telephone (618) 259-2222 | Telephone (513) 698-5064 |
| Facsimile (618) 259-2251 | Facsimile (513) 698-5065 |
| hnighbert@simmonsfirm.com | msuffern@ulmer.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Holly Nighbert*
Holly Nighbert