IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT  This Document Relates to: *Roshal S. Maddies v. Sanofi US Services Inc., et al.;* Case No. 2:17-cv-11375 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW plaintiff Roshal S. Maddies, in the above styled action, by her attorney, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby voluntarily dismisses her cause of action with prejudice. This action is being dismissed because Plaintiff already has an identical filing with this court. All interested parties are agreeable to this dismissal. Each party to bear their own fees and costs.

Dated: January 4, 2018                Respectfully Submitted,

*/s/ Holly Nighbert*
Holly Nighbert (MO Bar No. 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
hnighbert@simmonsfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      */s/ Holly Nighbert*
                                       Holly Nighbert

Ms. Roshal Maddies
7227 Great Dover St
Las Vegas, NV 89166