UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>SANDRA J. TIPTON v. SANOFI S.A., ET AL., Case No. 2:17-cv-10434-KDE-MBN | Civil Action No.: 2:17-cv-10434-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Sandra Tipton, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:17-cv-10434-KDE-MBN, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Sandra Tipton, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-17232-KDE-MBN. All parties shall bear their own costs. Dated this 4th day of January 2018

| | |
|---|---|
| **WILLIAMS KHERKHER HART BOUNDAS, LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: */s/ Brian A. Abramson*<br>Brian A. Abramson, Esq.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Telephone: (713)230-2200<br>Facsimile: (713) 643-6226<br>Email: babramson@williamskherkher.com<br>*Attorney for Plaintiff* | By: */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com |

00462053                                        1

        kbrilleaux@irwinllc.com

        Harley Ratliff, Esq.
        Kelly Bieri, Esq.
        2555 Grand Blvd.
        Kansas City, MO  64108
        Email:  hratliff@shb.com
                kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

00462053      2