UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### PRETRIAL ORDER NO. 72
### [Dismissal of Sanofi S.A. and Aventis Pharma S.A. ("French Defendants")]

On November 3, 2017, Plaintiffs in this MDL, through the Plaintiffs' Steering Committee, and Defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc., through their counsel, filed a "Stipulation of Terms Related to Defendants, Sanofi and Aventis Pharma S.A." (Rec. Doc. 1072). Thus, pursuant to the parties' stipulation, **IT IS ORDERED** that Sanofi S.A. and Aventis Pharma S.A. ("French Defendants") are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that in order to facilitate the efficient termination of the French Defendants in the individual member cases within the Court's CM/ECF system, liaison counsel shall provide a list of cases in which the French Defendants have been named to the Court on or before **Monday, January 22, 2018.**

New Orleans, Louisiana, this 4th day of January 2018.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1