# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) |

**PRETRIAL ORDER NO. 73**
[Granting Defendants' Motion for Substitution of Second Amended Exemplar Short Form Complaint and Amending the Exemplar Short Form Complaint]

On December 14, 2017, Defendants filed a Motion for Substitution of Second Amended Exemplar Short Form Complaint (Rec. Doc. 1254), through Defendant' Liaison Counsel, with the consent of Plaintiffs, through Plaintiffs' Liaison Counsel;

**IT IS ORDERED** that the Motion for Substitution of Second Amended Exemplar Short Form Complaint be and is hereby **GRANTED** and the version of the Short Form Complaint attached as Exhibit A to this Order[1] is substituted in place of the current Amended Exemplar Short Form Complaint that is found as Exhibit A (Rec. Doc. 318-1) to Pretrial Order No. 37 (Rec. Doc. 318).

Counsel are directed to only use this Court-approved version of the Short Form Complaint, which is effective as of January 4, 2018. This form is available on the Court's Taxotere webpage as well as through MDL Centrality. Counsel are further instructed that this Order does not require

---

[1]    While the version of the Short Form Complaint adopted by this Court is substantively the same as the proposed Second Amended Short Form Complaint (Rec. Doc. 1254-2) submitted by counsel, the Court has made changes to the title of the Short Form Complaint. The Court-approved version of the Short Form Complaint that is attached to this Order and also found as Exhibit A (Rec. Doc. 318-1) to Pretrial Order No. 37 (Rec. Doc. 318) is entitled "Short Form Complaint (Effective as of January 4, 2018)" for purposes of clarity. Furthermore, the Court has inserted a footnote after this title to explain that this version of the Short Form Complaint shall supersede all other versions and should be the only version used by counsel for future filings.

1

counsel who have previously filed a Short Form Complaint on an old version of the form to refile

a Short Form Complaint on the updated version of the form.

New Orleans, Louisiana, this 4th day of January 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2