# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE KURT D. ENGELHARDT |
| Essie McIntosh | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-15545 | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. Each party to bear their own costs.

Dated this 8th day of January, 2018.

Respectfully Submitted,

| ULMER & BERNE LLP | GOLDENBERG HELLER & ANTOGNOLI, P.C. |
|---|---|
| ___/s/ Michael J. Suffern_____ | ___/s/ Katie A. Hubbard_____ |
| Michael J. Suffern | Katie A. Hubbard (IL #6303558) |
| msuffern@ulmer.com | khubbard@ghalaw.com |
| 600 Vine Street, Suite 2800 | 2227 South State Route 157 |
| Cincinnati, OH 45202 | Edwardsville, IL 62025 |
| (513) 698-5064 Phone | (618) 656-5150 Phone |
| (513) 698-5065 Fax | (618) 656-6230 Fax |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice as to Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:       */s/ Katie A. Hubbard*
           Katie A. Hubbard (IL #6303558)
           khubbard@ghalaw.com
           2227 South State Route 157
           P.O. Box 959
           Edwardsville, IL  62025
           (618) 656-5150 Phone
           (618) 656-6230 Fax
           *Attorneys for Plaintiff*