**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

JUDGE ENGLEHARDT
MAG. JUDGE NORTH

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS**

THIS DOCUMENT RELATES TO:

BILLIE L. RAY v. SANOFI S.A., ET AL.

Civil Action No.: 2:17-CV-09119

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Billie L. Ray's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs. The reason for dismissal is that Plaintiff has identified Hospira as the manufacturer of her docetaxel.

Dated this 8th day of January 2018.

By: *__/s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

By: *__/s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
amz@classlawgroup.com

Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By: *__/s/ Evan Holden*

Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By: *__/s/ Brandon D. Cox*

Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com
Brandon.cox@tuckerellis.com
Julie.Callsen@tuckerellis.com

John P. Wolff, III
**KEOGH, COX &WILSON, LTD.**
701 Main Street
P.O. Box 1151
Baton Rouge, LA 70821
Email: jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

By: /s/ *Mara Cusker Gonzalez*

Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
pararoitman@quinnemmanuel.com
docetaxelproductid@quinnemanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

By: /s/ *Kathleen E. Kelly*

Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com

kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP** 1100
Poydras St., Suite 1700
New Orleans, LA 70163
Email: sshuler @leakeanderson.com
cbordelon@leakeanderson.com

*Attorneys for Defendants Sun Pharma Global FZE, Sun Pharma Global, Inc., and Caraco Pharmaceutical Laboratories, Ltd.*

By: *__/s/ Michael J. Suffern__*

Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
Sheryl Ritter
Kimberly L. Beck
**ULMER & BERNE LLP**
600 Vine St., Suite 2800
Cincinnati, OH 45202
Email: msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com
sritter@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 8, 2018

/s/ Karen Barth Menzies
Karen Barth Menzies