## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 |
| | : |
| | : SECTION: "N" (5) |
| ANGELA DEEMER, | : JUDGE ENGELHARDT |
| | : MAG. JUDGE NORTH |
| Plaintiff, | : |
| | : **STIPULATION OF DISMISSAL** |
| vs. | : **WITH PREJUDICE** |
| | : |
| | : Civil Action No.: 2:17-cv-15197 |
| SANOFI S.A., AVENTIS PHARMA S.A., | : |
| SANOFI US SERVICES INC., and | : |
| SANOFI-AVENTIS U.S. LLC, | : |
| | : |
| Defendants. | : |
| | : |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), that the claims of Plaintiff Angela Deemer be dismissed

with prejudice against all Defendants, each party to bear its own fees and costs. The parties

specifically understand and agree that all applicable statutes of limitation and prescriptive periods

are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is to

resolve a duplicate filing. All of Ms. Deemer's claims will remain active in Case No. 2:17-cv-

14359, which is currently pending in MDL No. 2740 in the United States District Court for the

Eastern District of Louisiana.

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725

Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Counsel for Plaintiff*
Dated: January 9, 2018

*/s/ Kelly Bieri*
Kelly Bieri
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
P: (816) 474-6550
F: (816) 421-5547
KBIERI@shb.com
HRATLIFF@shb.com

*Counsel for Defendants*
Dated: January 9, 2018

*/s/ Douglas J. Moore*
Douglas J. Moore
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA70130
P: (504) 310-2163
F: (504) 310-2101
dmoore@Irwinllc.com

*Liaison Counsel for Defendants*
Dated: January 9, 2018

*/s/ John F. Olinde*
John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
P: (504) 585-7241
F: (504) 544-6084

olinde@chaffe.com

*Co-Liaison Counsel for Defendants*
Dated: January 9, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of records who are CM/ECF participants.

Dated: January 9, 2018                                    /s/ *Leslie LaMacchia*