MINUTE ENTRY
NORTH, M.J.
JANUARY 9, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date.

| PRESENT: | Harley Ratliff | Kyle Bachus | Zachary Wool |
|---|---|---|---|
|  | John Olinde | Daniel Markoff | Dawn Barrios |
|  | Palmer Lambert | Andrew Lemmon | Karen Menzies |
|  | Christopher Coffin | | |

| PARTICIPATING BY PHONE: | Kathy Kelly | Mara Cusker Gonzales |
|---|---|---|
|  | Julie Callsen | Michael Suffern |
|  | Samuel Cortina | Beth Toberman |
|  | Patrick Oot | |

Addressing a dispute concerning the order of examination of the trial Plaintiffs' prescribing physicians, the Court ordered that counsel for Plaintiffs may proceed first in examining the prescribing physicians for Plaintiffs, Chetta, Francis, Martin and Tuyes. Each prescriber deposition in which Plaintiffs' counsel proceeds first will count as one of Plaintiffs' Phase One depositions. This ruling applies only to the Plaintiffs designated for the first trial in Case Management Order No. 3.

Addressing the issue of production of ESI by designated French custodians, Sanofi will immediately begin production of responsive information from the first six designated custodians that has been located in the United States. This production is not in lieu of Sanofi's

MJSTAR (01:30)

ongoing obligation to respond fully to ESI discovery requests made upon all French custodians. Rather, production directly from said custodians is to be substantially completed by Monday, February 26, 2018.

At this time, Sanofi's objection to RFP 131 is sustained, as the Court finds that, given the current posture of the case, the material requested (other than that related to risk of permanent hair loss) is disproportionate to the needs of the case. Plaintiffs' request for information outside that narrow scope is therefore denied without prejudice to their right to revisit the matter should circumstances change.

The Court will hold a further telephonic status conference with counsel for the parties at 10:00 a.m. on Tuesday, January 23, 2018.

                                               MICHAEL B. NORTH
                                               UNITED STATES MAGISTRATE JUDGE