# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Selected Cases – See Schedule A

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of all Plaintiffs listed in the attached Schedule A.

Respectfully Submitted,

Dated: January 11, 2018                            **JOHNSON BECKER, PLLC**

                                                      /s/ Leland P. Abide_____
                                                      Leland P. Abide, Esq. MN Bar #398269
                                                      Johnson Becker, PLLC
                                                      444 Cedar Street, Suite 1800
                                                      St. Paul, Minnesota 55101
                                                      (612) 436-1800 (telephone)
                                                      labide@johnsonbecker.com

                                                      **Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Leland P. Abide
Leland P. Abide