## Schedule A

|    | Plaintiff Name: | Case Number: |
|----|---|---|
| 1  | Acker, LaMell L. | 17-cv-01077 |
| 2  | Alexander-Mathews, Terri | 17-cv-9466 |
| 3  | Allegro, Joie A. | 17-cv-6319 |
| 4  | Allen, KateLyn | 17-cv-11748 |
| 5  | Andersen, Vicki Lynn | 17-cv-00824 |
| 6  | Atkinson, Reba | 16-cv-17249 |
| 7  | Baker, DeAnna | 17-cv-09111 |
| 8  | Ballard, Barbara | 17-cv-00248 |
| 9  | Barron, Connie | 17-cv-6313 |
| 10 | Bean, Phyllis S. | 16-cv-15510 |
| 11 | Beauchemin, Marie B. | 17-cv-8763 |
| 12 | Bedford, Mazie M. | 17-cv-09128 |
| 13 | Berkholtz, Nancy | 17-cv-09132 |
| 14 | Bierman, Rita Garfinkel | 17-cv-00247 |
| 15 | Boino, Jeanne M. | 16-cv-16036 |
| 16 | Bowie, Mary Lucretia | 16-cv-15559 |
| 17 | Branham, Bettina | 16-cv-16746 |
| 18 | Brazil, Rebecca A. | 17-cv-09142 |
| 19 | Brevko, Mary Beth | 17-cv-10250 |
| 20 | Bridges, Sherry | 17-cv-9468 |
| 21 | Bright Bishop, Paula | 16-cv-15579 |
| 22 | Brock, Mary Christine | 17-cv-11749 |
| 23 | Brooks, Tina Marie | 17-cv-11348 |
| 24 | Broussard, Geraldine | 16-cv-16902 |
| 25 | Burgess, Lisa Louise | 17-cv-00988 |

| 26 | Campbell, Valerie | 17-cv-5191 |
|---|---|---|
| 27 | Carey, Michelle Marie | 17-cv-998 |
| 28 | Carter, Cynthia Ann | 17-cv-3669 |
| 29 | Carter, Joyce D. | 17-cv-00963 |
| 30 | Carter, Martha | 16-cv-16038 |
| 31 | Castleberry, Judith Wilma | 16-cv-16930 |
| 32 | Charles, Jessy | 17-cv-11750 |
| 33 | Chase, Mary Renee | 16-cv-15307 |
| 34 | Clayborn, Barbara S. | 17-cv-8765 |
| 35 | Clonts, Kristy Dawn | 17-cv-12628 |
| 36 | Cohen-Carbone, Lori J. | 17-cv-8770 |
| 37 | Collingwood, Amy E. | 16-cv-17253 |
| 38 | Connelly, Linda | 17-cv-8771 |
| 39 | Cook, Tina Nichole | 16-cv-17652 |
| 40 | Cornelius, Carolyn | 17-cv-3666 |
| 41 | Creyer, Virginia | 16-cv-17795 |
| 42 | Crosby, Kimberly Musette | 17-cv-4792 |
| 43 | Cullivan, Marissa | 17-cv-09123 |
| 44 | Curtis, Karen Renae | 17-cv-13935 |
| 45 | Davis, Nancy A. | 17-cv-9821 |
| 46 | Davis-Miller, Sherese Dene | 16-cv-16143 |
| 47 | Deberry, Karen Annette | 16cv-16941 |
| 48 | Dettorre, Bettina | 17-cv-09107 |
| 49 | Dixson, Betty Jean | 17-cv-9472 |
| 50 | Dobson, Carolyn | 16-cv-16255 |
| 51 | Dorsey, Carolyn Collier | 17-cv-12693 |
| 52 | Dunn, Debra Lynne | 16-cv-16943 |
| 53 | Eckman, Janet | 17-cv-11751 |

| 54 | Ellis, Roslyn Joyce | 17-cv-11350 |
|---|---|---|
| 55 | Esposito, Mary | 16-cv-16031 |
| 56 | Finnegan, Barbara Grace | 16-cv-17791 |
| 57 | Fletcher, Toni Marie | 17-cv-13936 |
| 58 | Forbes, Michele | 17-cv-12630 |
| 59 | Gallery, Valerie J. | 16-cv-17789 |
| 60 | Garcia, Jane | 16-cv-16259 |
| 61 | Gladding, Rita Marie | 17-cv-9829 |
| 62 | Golden, Karen Ward | 17-cv-11353 |
| 63 | Gonzalez, Maria Elda | 17-cv-9475 |
| 64 | Graves, Debra | 17-cv-00251 |
| 65 | Gray, Alice Ann | 17-cv-13938 |
| 66 | Green, Consandra L. | 16-cv-12884 |
| 67 | Halverson, Tina Raye | 17-cv-00028 |
| 68 | Hammond, Pamela | 16-cv-17256 |
| 69 | Hansen, Sandra | 16-cv-17798 |
| 70 | Hardin, Paula A. | 16-cv-16743 |
| 71 | Hauck, Kathryn Ann | 16-cv-16745 |
| 72 | Hedberg, Kimberly | 17-cv-13943 |
| 73 | Heggar-Smith, Amy | 17-cv-9479 |
| 74 | Henriksen, Janice F. | 17-cv-10265 |
| 75 | Henry, Claudette Jean | 16-cv-16730 |
| 76 | Henry, Maureen Theresa | 17-cv-09124 |
| 77 | Hernandez, Oralia | 17-cv-12632 |
| 78 | Hockaday-Adams, Rosozena | 16-cv-15563 |
| 79 | Hooker, Tina | 17-cv-12654 |
| 80 | Hotchkiss, Leann Lindgren | 16-cv-16896 |
| 81 | Howard, Cathy Ann | 17-cv-05193 |

| | | |
|---|---|---|
| 82 | Howard, Chaunda Tanika | 16-cv-17794 |
| 83 | Howell, Martha Ann | 17-cv-00246 |
| 84 | Hughes, Anisha Nichol | 17-cv-10245 |
| 85 | Hughes, Carol | 16-cv-16253 |
| 86 | Iwamoto, Cathy | 17-cv-13947 |
| 87 | Johnson, Lisa | 16-cv-15560 |
| 88 | Johnson, Terrie Lee | 16-cv-15562 |
| 89 | Jones, Bridgette Kaye | 17-cv-00275 |
| 90 | Jones, Charolette Eunettar | 17-cv-00277 |
| 91 | Jones, Mary Elizabeth | 16-cv-17580 |
| 92 | Jones, Yvonne Denise | 16-cv-15561 |
| 93 | Josephson, Susan F. | 17-cv-8776 |
| 94 | Juarez, Carmen | 17-cv-10248 |
| 95 | Killette, Anjenetta | 17-cv-13957 |
| 96 | Killingsworth, Donna Marie | 16-cv-16895 |
| 97 | Knudsen, Eva Marie | 17-cv-00274 |
| 98 | Kohlenberg, Kelly Lea | 17-cv-13959 |
| 99 | Korcha, Rachael A. | 17-cv-7972 |
| 100 | Kowalick, Margaret | 17-cv-10258 |
| 101 | Krapf, Susan Kirkland | 16-cv-16900 |
| 102 | Kridner, Miriam | 16-cv-16945 |
| 103 | Lambert, Sherry Denice | 17-cv-9834 |
| 104 | Lawson, Arnitta M. | 16-cv-17811 |
| 105 | Lewis, Florence J. | 17-cv-9838 |
| 106 | Lewis, Ruthie Lanell | 17-cv-8779 |
| 107 | Lewis, Susan L. | 17-cv-11753 |
| 108 | Long, Adelaide | 17-cv-09102 |
| 109 | Lowe, Cathy Jean | 17-cv-11354 |

| | | |
|---|---|---|
| 110 | Luellen-Williams, Charnita M. | 17-cv-00528 |
| 111 | Macias, Sonia | 17-cv-13965 |
| 112 | Magallon, Lucia | 17-cv-13968 |
| 113 | Mahaffey, Shannon | 17-cv-11371 |
| 114 | Mansaray-Smith, Baindu | 16-cv-16947 |
| 115 | Marceau, Patricia | 17-cv-11356 |
| 116 | McCoy, Rita Darlene | 17-cv-11755 |
| 117 | McPherson, Zabrina | 17-cv-12663 |
| 118 | Merck, Kathleen Marie | 17-cv-11756 |
| 119 | Mitchell, Lynda | 16-cv-16948 |
| 120 | Monroe, Brenda | 16-cv-16146 |
| 121 | Morin, Carolyn | 17-cv-12665 |
| 122 | Morrison, Vanessa Dawn | 17-cv-9481 |
| 123 | Mulligan, Brenda | 16-cv-16949 |
| 124 | Murray, Linda Yvonne | 16-cv-17950 |
| 125 | Nevilus, Magarette L. | 17-cv-4806 |
| 126 | Newsome, Linda Cail | 17-cv-4793 |
| 127 | Nguyen, Cathy | 17-cv-5625 |
| 128 | Nichols, Janet Ruth | 17-cv-9839 |
| 129 | Nicholson, Susan Marie | 17-cv-9841 |
| 130 | Oakes, Dana | 16-cv-16030 |
| 131 | Orman, Ann | 17-cv-10255 |
| 132 | Osborne, Teresa Jean | 17-cv-11758 |
| 133 | Palmer, Erin | 16-cv-16246 |
| 134 | Perrotta, Cornelia L. | 17-cv-4794 |
| 135 | Pistone, Chris | 16-cv-15294 |
| 136 | Poole, Patricia Marshall | 17-cv-10253 |
| 137 | Rabon, Linda | 17-cv-11357 |

| 138 | Renfroe, Dorothy Mae | 17-cv-00421 |
| --- | --- | --- |
| 139 | Rigney, Linda Susan | 17-cv-4795 |
| 140 | Rinaldi, Lorraine | 16-cv-15834 |
| 141 | Rivera, Diane | 17-cv-12669 |
| 142 | Roberts, Lonia | 17-cv-9843 |
| 143 | Rodriguez, Elizabeth | 16-cv-17245 |
| 144 | Rolli, Linda K. | 17-cv-07436 |
| 145 | Rowan, Karen Sue | 17-cv-9845 |
| 146 | Scott, Martha Lynn | 17-cv-8780 |
| 147 | Shaw, Barbara Lynn | 17-cv-10257 |
| 148 | Simmons-Patsch, Kay Ann | 17-cv-11761 |
| 149 | Simon, Lauren Brooke | 17-cv-11360 |
| 150 | Smith, Ethel | 17-cv-11363 |
| 151 | Smith, Kimballyn | 17-cv-10259 |
| 152 | Smith, Marina Anne | 17-cv-4785 |
| 153 | Smith, Michele | 17-cv-00486 |
| 154 | Smith, Sheri | 17-cv-13970 |
| 155 | Smith-Weideman, Sue E. | 17-cv-9486 |
| 156 | Solorio, Barbara | 17-cv-09105 |
| 157 | Spencer, Jeris | 17-cv-09136 |
| 158 | Stanley, Sylvia Jean | 16-cv-15501 |
| 159 | Steele, Teresa | 16-cv-17813 |
| 160 | Steinhauser, Marleen | 17-cv-11364 |
| 161 | Sternhell, Miriam | 17-cv-00522 |
| 162 | Stewart, Elizabeth Ann | 17-cv-00268 |
| 163 | Stotz, Therese | 17-cv-9490 |
| 164 | Strong, Marlene | 16-cv-16258 |
| 165 | Tate-Hendricks, Tracy | 16-cv-17788 |

| 166 | Taylor, Selena R. | 17-cv-00996 |
|---|---|---|
| 167 | Thompson, Natasha | 16-cv-17254 |
| 168 | Tomasek, Arlene | 16-cv-17246 |
| 169 | Touchi-Peters, Karen Marie | 16-cv-15314 |
| 170 | Tramble, Patricia | 17-cv-00827 |
| 171 | Triplett, Yolanda Faye | 17-cv-9493 |
| 172 | Vonner, Ladina | 16-cv-15582 |
| 173 | Walker, Debra Lee | 17-cv-13972 |
| 174 | Wallace, Katrina LeShay | 17-cv-5619 |
| 175 | Wallace, Mary H. | 17-cv-8783 |
| 176 | Wambolt-Toyama, Hazel | 16-cv-17796 |
| 177 | Washington, Annette | 17-cv-9494 |
| 178 | Waterson, Tamra | 17-cv-11763 |
| 179 | Whitelow, Annette | 17-cv-12672 |
| 180 | Wilhelmy, Julia Kathryn | 17-cv-9851 |
| 181 | Williams, Genelle | 16-cv-15500 |
| 182 | Wolfgang, Janice | 16-cv-16236 |
| 183 | Wood, Sherry Ann | 16-cv-16744 |
| 184 | Woodson, Carol R. | 17-cv-12674 |
| 185 | Wynn, Carleen | 16-cv-17793 |
| 186 | Wysocki, Theresa Mary | 16-cv-15297 |
| 187 | Zabel, Renee | 17-cv-8786 |