# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LIITGATION | : : : | MDL NO. 2740 |
| Tina Washington, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No.: 2:17-cv-15824 |
| Sanofi-Aventis U.S. LLC, et al., | : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they intend to serve the attached subpoena commanding the production of documents, information, or objects upon DCH Regional Medical Center.

Respectfully submitted this the 11th day of January, 2018.

/s/ C. Brooks Cutter_____
C. Brooks Cutter, CA Bar 121407
Jennifer S. Domer, CA Bar 305822
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
jennifersdomer@cutterlaw.com
bcutter@cutterlaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, a copy of the foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
olinde@chaffe.com

Dawn Barrios
Barrios, Kingsdorf & Casetix, LLP
701 Poydras Street
Suite 3650
New Orleans, LA 70139
barrios@bkc-law.com

Palmer Lambert
Gainsburgh Benjamin David Meunier & Warshauer, LLC
2800 Energy Cenre
1100 Poydras Street
New Orleans, LA 70163-2800
plambert@gainsben.com

                                                               */s/ C. Brooks Cutter*_____
                                                                  C. Brooks Cutter