UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>CATHY S. STIVERS v. HOSPIRA, INC., ET AL., Case No. 2:17-cv-10442-KDE-MBN | Civil Action No.: 2:17-cv-10442-KDE-MBN |

Plaintiff Cathy Stivers respectfully requests that the Court dismiss her complaint in Case No. 2:17-cv-10442-KDE-MBN against Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. without prejudice to refile against these Defendants. The relief sought in this Motion is unopposed by Defendants.

Dated this 12th day of January 2018

                                              **WILLIAMS KHERKHER HART BOUNDAS, LLP**

                                              By: */s/Brian A. Abramson*
                                              Brian A. Abramson, Esq.
                                              Texas Bar No. 24050193
                                              8441 Gulf Freeway, Suite 600
                                              Houston, TX 77017
                                              Telephone: (713)230-2200
                                              Facsimile: (713) 643-6226
                                              Email: babramson@williamskherkher.com

                                              *Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Hospira Defendants regarding this Motion in writing, and counsel has consented and does not oppose the relief sought.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*