## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> **MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO: <br><br> CATHY S. STIVERS v. HOSPIRA, INC., ET AL., Case No. 2:17-cv-10442-KDE-MBN | Civil Action No.: 2:17-cv-10442-KDE-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice to Refile Against Defendants Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc.

Signed, this _____ day of _____, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge