UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Patricia Graham Anthony v. Sanofi US Services, Inc., et al.,* | Civil Action No. 2:17-cv-15475 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Patricia Graham Anthony, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter to correct a scrivener's error on page three of the Amended Short Form Complaint.

Dated this the 12th day of January, 2018.

RESPECTFULLY SUBMITTED,

Patricia Graham Anthony, Plaintiff

BY: *Leilani L. Tynes, Esquire*
Leilani L. Tynes, Esquire
MS Bar No. 100074
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
llt@rmlawcall.com

## **CERTIFICATE OF CONFERENCE**

    I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have indicated no opposition to the motion, with full reservation of rights.

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 12th day of January, 2018.

BY: *Leilani L. Tynes, Esquire*
Leilani L. Tynes, Esquire
MS Bar No. 100074
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile