UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION,

SECTION "N" (5)

JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO:

MAG. JUDGE NORTH

*Patricia Graham Anthony v. Sanofi US
Services, Inc., et al.,*                         *Civil Action No. 2:17-cv-15475*

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Amended Short Form

Complaint, identifying various Defendants who have been identified as the

manufacturers of the Taxotere used during Plaintiff's chemotherapy.  Plaintiff

erroneously listed U. S. District Court, Central District of Mississippi, on page three

under 8. Venue.  The Complaint should read, U. S. District Court, Central District of

California.

Under Federal Rule of Civil Procedure 15(a), leave of Court to amend a petition

is freely given when justice so requires.  Here, Plaintiff is only trying to name the correct

court for venue.  No party will be prejudiced by this change, as this case is still in a very

early stage.  As a result, it is hereby requested that this Motion for Leave to File

Plaintiff''s First Amended Short Form Complaint be granted.

Dated this the 12th day of January, 2018.

RESPECTFULLY SUBMITTED,

Patricia Graham Anthony, Plaintiff


BY:     *Leilani L. Tynes, Esquire*
        Leilani L. Tynes, Esquire
        MS Bar No. 100074
        Reeves & Mestayer, PLLC
        160 Main Street
        Biloxi, MS   39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)
        llt@rmlawcall.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 12TH day of January, 2018.

BY:     <u>*Leilani L. Tynes, Esquire*</u>
Leilani L. Tynes, Esquire
MS Bar No. 100074
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile