UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Patricia Graham Anthony v. Sanofi US Services, Inc., et al.,* | Civil Action No. 2:17-cv-15475 |

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint in the above captioned matter.

SO ORDERED this the ____ day of January, 2018.

JUDGE, UNITED STATES DISTRICT COURT

_____