UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Patricia Graham Anthony v. Sanofi US Services, Inc., et al.,* | Civil Action No. 2:17-cv-15475 |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Englehardt on January 31, 2018 at 9:30 a.m.

Dated this the 12th day of January, 2018.

RESPECTFULLY SUBMITTED,

Patricia Graham Anthony, Plaintiff

BY:  *Leilani L. Tynes, Esquire*
Leilani L. Tynes, Esquire
MS Bar No. 100074
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
llt@rmlawcall.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 12th day of January, 2018.

         BY: *Leilani L. Tynes, Esquire*
            Leilani L. Tynes, Esquire
            MS Bar No. 100074
            Reeves & Mestayer, PLLC
            160 Main Street
            Biloxi, MS   39530
            (228) 374-5151 (telephone)
            (228) 374-6630 (facsimile