# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| PHYLLIS BATIE and GERAL BATIE, Plaintiffs, vs. SANOFI S.A., et al. Defendants. | : : : : : : : : : : | JUDGE ENGELHARDT MAG. JUDGE NORTH Civil Action No.: 2:16-cv-16233 |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COME NOW Plaintiffs Phyllis Batie and Geral Batie, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully request leave to file a Second Amended Short Form Complaint (attached as "Exhibit A")[1].

Pursuant to Local Rule 7.6, Plaintiffs' counsel conferred with defense counsel and there is no opposition to this motion. For the reasons set forth more fully in Plaintiffs' supporting memorandum, filed concurrently herewith, Plaintiffs request that this Court allow them to file a Second Amended Short Form Complaint.

---

[1] Plaintiffs previously filed an Amended Short Form Complaint pursuant to Pretrial Order No. 15 (*See* Doc. 3).

Respectfully submitted this the 12th day of January, 2018.

> */s/ Frederick B. Darley, III*
> Frederick B. Darley, III
> AL State Bar No: ASB-0452-K74D
> Andy D. Birchfield, Jr.
> **BEASLEY, ALLEN, CROW, METHVIN,**
> **PORTIS & MILES, P.C.**
> P.O. Box 4160
> 234 Commerce Street
> Montgomery, AL 36103 (36104)
> (334) 269-2343 – Phone
> (334) 954-7555 – Fax
> Beau.Darley@BeasleyAllen.com
> Andy.Birchfield@BeasleyAllen.com
> ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

> */s/ Frederick B. Darley, III*
> Frederick B. Darley, III
> AL State Bar No: ASB-0452-K74D
> Andy D. Birchfield, Jr.
> **BEASLEY, ALLEN, CROW, METHVIN,**
> **PORTIS & MILES, P.C.**
> P.O. Box 4160
> 234 Commerce Street
> Montgomery, AL 36103 (36104)