UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| PHYLLIS BATIE and GERAL BATIE, | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : : | Civil Action No.: 2:16-cv-16233 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COME NOW Plaintiffs Phyllis Batie and Geral Batie, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), submit this Memorandum in Support of their Motion for Leave to File a Second Amended Short Form Complaint.

The original suit was filed in this matter based upon the belief by Plaintiffs that Ms. Batie was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Plaintiffs' original suit was filed on October 19, 2016, shortly after they became aware of claims associated with Taxotere use. In the original suit, only the Sanofi-related entities were named as party defendants and the Sanofi-related entities were subsequently served pursuant to the Court's Pretrial Order No. 9.[1] Subsequent to the filing of their original lawsuit, and after diligent and persistent investigation by counsel, Plaintiffs discovered that the Taxotere/Docetaxel at issue

---

[1] On May 31, 2017, Plaintiffs filed an Amended Short Form Complaint pursuant to Pretrial Order No. 15 (*See* Doc. 3).

may not have been manufactured and/or marketed by the Sanofi-related defendants.

On October 16, 2017, Plaintiffs filed a Motion for Leave to File an Amended Short Form Complaint[2] because Plaintiffs had been unable to obtain information to confirm the identity of the proper defendant(s).  By way of this motion, Plaintiffs sought to name additional defendants pending receipt of information to confirm the identity of the proper defendant(s).

On January 5, 2018, after repeated attempts, Plaintiffs received records from the facility where Ms. Batie underwent chemotherapy identifying Hospira as the manufacturer of the Docetaxel injections she was administered.  Accordingly, Plaintiffs requests leave to file a Second Amended Short Form Complaint naming Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as the party defendants.  Plaintiffs' Second Amended Short Form Complaint would not name Sanofi and Sanofi-related entities as party defendants.

Pursuant to Local Rule 7.6, Plaintiffs' counsel conferred with defense counsel and there is no opposition to this motion.  Further, defendants will not be prejudiced by Plaintiffs' Second Amended Short Form Complaint.  For the foregoing reasons, Plaintiffs request that this Court grant leave to file Plaintiffs' proposed Second Amended Short Form Complaint.

---

[2] Doc. 965.

Respectfully submitted this the 12th day of January, 2018.

>*/s/ Frederick B. Darley, III*
>Frederick B. Darley, III
>AL State Bar No: ASB-0452-K74D
>Andy D. Birchfield, Jr.
>**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
>P.O. Box 4160
>234 Commerce Street
>Montgomery, AL 36103 (36104)
>(334) 269-2343 – Phone
>(334) 954-7555 – Fax
>Beau.Darley@BeasleyAllen.com
>Andy.Birchfield@BeasleyAllen.com
>ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Frederick B. Darley, III*
>Frederick B. Darley, III