UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION
MDL – 2740

THIS DOCUMENT RELATES TO: CASE NO.: 2:16-CV-15807

CONNIE J. SHATSWELL
    Plaintiff,

vs.

Sanofi US Services, Inc. f/k/a/
Sanofi-Aventis U.S. Inc and
Sanofi-Aventis U.S. LLC
    Defendants.

## SUGGESTION OF DEATH OF CONNIE J. SHATSWELL

COMES NOW the husband, Jefforey Shatswell of Plaintiff, Connie J. Shatswell, and by and through his undersigned attorney, files this Suggestion of Death:

That on **January 8, 2018,** Plaintiff, Connie J. Shatswell, passed away in Oklahoma City, Oklahoma.

DATED this 17th day of January, 2018.

    /s/ Daniel P. Markoff
    DANIEL P. MARKOFF, OBA#14886
    BRIA A. HANLON, OBA #32412
    Atkins & Markoff
    9211 Lake Hefner Pkwy Ste 104
    Oklahoma City OK 73120
    (405) 607-8757
    (405) 607-8749 (facsimile)
    dmarkoff@atkinsandmarkoff.com
    bhanlon@atkinsandmarkoff.com