IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE ENGELHARDT |
| TISA R. HARDAWAY<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC.;<br>ACTAVIS PHARMA, INC.;<br>HOSPIRA, INC.;<br>HOSPIRA WORLDWIDE, LLC, f/k/a<br>HOSPIRA WORLDWIDE, INC.;<br>SANDOZ, INC.;<br>SANOFI-AVENTIS U.S. L.L.C.,<br>separately, doing business as<br>WINTHROP U.S.;<br>SUN PHARMACEUTICAL<br>INDUSTRIES, INC. f/k/a CARACO<br>PHARMACEUTICAL<br>LABORATORIES LTD.; and<br>SUN PHARMA GLOBAL FZE,<br><br>    Defendants. | Civil Action No.: 2:17-cv-15500 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tisa Hardaway hereby voluntarily dismisses her claims **with prejudice** against all Defendants in the above-entitled action. A responsive pleading has not been filed in this action.

    Respectfully submitted,

    /s/ Austin Whitten

1

Austin B. Whitten
PITTMAN, DUTTON, & HELLUMS PC
2001 Park Place Tower
Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 278-2711
PDH-efiling@pittmandutton.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice was served by ECF, this 17th day of January, 2018, upon counsel of record.

/s/ Austin B. Whitten
OF COUNSEL