# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>SYLVONIA FRAZIER vs. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-9083 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Sylvonia Frazier's claims be dismissed with prejudice against all defendants, each party to bear its own costs.  The reason for dismissal is that Plaintiff has passed away and her family does not wish to proceed.

Dated this 17th day of January 2018.

By:  _/s/ Karen Barth Menzies_
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segundo, CA  90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

By:  _/s/ Douglas J. Moore_
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
          kbrilleaux@irwinllc.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
        amz@classlawgroup.com

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
         kbieri@shb.com
         noproductid@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By:    /s/ Evan Holden
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
Email:  cohenl@gtlaw.com
         merrellc@gtlaw.com
         holdene@gtlaw.com
         Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By:    /s/ Brandon D. Cox
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  (216) 592-5000
Facsimile:  (216) 592-5009
Email: noproductid@tuckerellis.com
         Brandon.cox@tuckerellis.com
         Julie.Callsen@tuckerellis.com

John P. Wolff, III
**KEOGH, COX &WILSON, LTD.**
701 Main Street
P.O. Box 1151
Baton Rouge, LA  70821
Email:  jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

By:    */s/ Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY  10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email:  markcheffo@quinnemanuel.com
           maracuskergonzalez@quinnemanuel.com
           sararoitman@quinnemmanuel.com
           docetaxelproductid@quinnemanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

By:    */s/ Kathleen E. Kelly*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email:  gcoan@hinshawlaw.com

3

kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP** 1100
Poydras St., Suite 1700
New Orleans, LA  70163
Email:  sshuler @leakeanderson.com
            cbordelon@leakeanderson.com

*Attorneys for Defendant Sun Pharmaceutical
Industries, Inc. f/k/a Caraco Pharmaceutical
Laboratories, Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 17, 2018                /s/ Karen Barth Menzies
                                       Karen Barth Menzies