UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Christopher J. Kaufman of the law firm Shook, Hardy &

Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  January 18, 2018

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 */s/ Christopher J. Kaufman*
Christopher J. Kaufman
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: ckaufman@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*