UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | HON. KURT D. ENGELHARDT |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | | |

# NOTICE OF APPEARANCE

Please enter the appearance of Matthew D. Keenan of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  January 19, 2018

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 /s/ Matthew D. Keenan
Matthew D. Keenan
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: mkeenan@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

8572906 v1