# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |
| | JUDGE ENGELHARDT |
| DEBORAH JONES-EAZEL, | MAG. JUDGE NORTH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| | Civil Action No.: 2:17-cv-15933 |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., and SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own fees and costs.

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Counsel for Plaintiff*
Dated: January 22, 2018

*/s/ Kelly Bieri*
Kelly Bieri
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
P: (816) 474-6550
F: (816) 421-5547
KBIERI@shb.com
HRATLIFF@shb.com

*Counsel for Defendants*
Dated: January 22, 2018

*/s/ Douglas J. Moore*
Douglas J. Moore
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
P: (504) 310-2163
F: (504) 310-2101
dmoore@Irwinllc.com

*Liaison Counsel for Defendants*
Dated: January 22, 2018

*/s/ John F. Olinde*
John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
P: (504) 585-7241
F: (504) 544-6084

olinde@chaffe.com

*Co-Liaison Counsel for Defendants*
Dated: January 22, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ *Leslie LaMacchia*