# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) JUDGE KURT D. ENGELHARDT ) ) MAG. JUDGE NORTH ) ) ) |

**This Document Relates to:**
*CONNIE SHATSWELL VS. SANOFI US SERVICES, INC. F/KA/ SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC*
Civil Action No. 2:16-CV-15807

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Jefforey Shatswell on behalf of the Estate of Connie J. Shatswell, as Plaintiff in the above captioned cause.

1. Connie J. Shatswell filed a products liability lawsuit against defendants on October 24, 2016.

2. Plaintiff Connie J. Shatswell died on January 8, 2018.

3. Connie J. Shatswell products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on January 17, 2018, attached hereto as "Exhibit A."

5. Jeoffrey Shatswell, surviving spouse of Connie J. Shatswell, is a proper party to substitute for plaintiff-decedent Connie J. Shatswell and has proper capacity to proceed forward

with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: January 22, 2018                    Respectfully submitted,

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740 .

Dated: January 22, 2018                                Respectfully submitted,

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com