# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> JUDGE KURT ENGELHARDT <br> MAG. JUDGE NORTH |

**This Document Relates to:**
*CONNIE SHATSWELL VS. SANOFI US SERVICES, INC. F/KA/ SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC*
*Civil Action No. 2:16-CV-15807*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Jeoffrey Shatswell, on behalf of the Estate of Connie J. Shatswell, is substituted for Plaintiff Jeoffrey Shatswell in the above captioned cause.

Dated: _____    _____
                                                              Hon. Kurt D. Engeldhardt
                                                              United States District Court Judge