# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : : : | **MDL NO. 2740** <br><br> **SECTION "N"(5)** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE NORTH** |
| <u>CLAIR OLIVER</u>, | : : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiff(s), | : : | |
| vs. | : : : | |
| <u>SANOFI-AVENTIS U.S., LLC, ET AL.</u>, | : : : | |
| Defendant(s). | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs, Clair Oliver and Robert Oliver, hereby dismiss all claims in this matter with prejudice against all Defendants in this action, Civil Action Case No. 2:17-cv-15759. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Cutter Law, P.C., which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-15784. All parties shall bear their own costs.

Dated this 23 day of January 2018.

Respectfully submitted,

Counsel for the Plaintiff(s):

/s/Shamus B. Mulderig

Shamus B. Mulderig, Esq.
Hissey Kientz, LLP
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Phone: (512) 320-9100
Email: smulderig@hkllp.com

Counsel for the Defendants:

/s/ Kelly Bieri

Kelly Bieri, Esq.
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
Phone: (816) 474-6550
Email:  kbieri@shb.com