**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "N" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

**ORDER**
**(EXTENDING DEADLINE WITHIN PRODUCT IDENTIFICATION ORDER)**

On January 12, 2018, the undersigned signed Case Management Order No. 12 (Rec. Doc. 1506), governing the procedure for product identification in MDL 2740. Paragraph 1 of Case Management Order No. 12 (Rec. Doc. 1506) states that, "[i]f Plaintiffs have substantially complied with these obligations prior to the entry of this Order, they shall notify Defendants in accordance with Paragraph 3 of this Order, within seven (7) days of entry of this Order."

With regard to this provision, and due to the delay in getting Case Management Order No. 12 (Rec. Doc. 1506) entered into the master docket, **IT IS ORDERED** that if Plaintiffs have substantially complied with the obligations identified in Paragraph 1 of Case Management Order No. 12 prior to the entry of Case Management Order No. 12, they shall notify Defendants in accordance with Paragraph 3 of Case Management Order No. 12 by **Wednesday, January 31, 2018.**

New Orleans, Louisiana, this 23rd day of January 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**