UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Lena Bailey-Saeed; 2:17-CV-14199*

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT

Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated this 23rd day of January, 2018.

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Bria Hanlon, OBA #32412
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: bhanlon@atkinsandmarkoff.com
***ATTORNEYS FOR PLAINTIFFS***