MINUTE ENTRY
NORTH, M.J.
JANUARY 23, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                  MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                                              SECTION: "N"(5)
THIS DOCUMENT RELATES TO
ALL CASES

      A further discovery/status conference was held on this date in the presence of a Court Reporter (Jodi Simcox).  After review of the Parties' letter submissions, Sanofi's privilege log and the additional descriptions of certain documents withheld by Sanofi as privileged, the Court orders the limited production of the following documents for in camera review: Sanofi_03336642-45, Sanofi_03336647-48; PL_Sanofi_000001, PL_Sanofi_000009, PL_Sanofi_000010, PL_Sanofi_000054; PL_Sanofi_000129; and PL_Sanofi_000131.  Said production should take place by close of business, Friday, January 26, 2018.  The Court will convene a further telephonic status conference with counsel for the parties on February 7, 2018, at 1:00 p.m.

                                                           MICHAEL B. NORTH
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:10)