Michael Louis Kelly, Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Ruth Rizkalla - State Bar No. 224973
rr@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **Case No.: 2:16-md–2740**<br>**MDL No. 2740**<br><br>**NOTICE OF CHANGE OF ADDRESS (KIRTLAND & PACKARD LLP)** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Kirtland & Packard LLP has relocated its Los Angeles office as follows:

1638 South Pacific Coast Highway

Redondo Beach, CA 90277

Kirtland & Packard's telephone number, facsimile number and email addresses remain the same.

DATED: January 24, 2018        Respectfully submitted,

KIRTLAND & PACKARD LLP

By:  /s/ Ruth Rizkalla
     MICHAEL L. KELLY
     BEHRAM V. PAREKH
     RUTH RIZKALLA

*Counsel for Plaintiffs*