# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CHRISTINE TOLEFREE, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:16-cv-15318 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## ORDER

This matter having been brought on for hearing on Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 1017), and the Court having been advised Defendants do not oppose same, finds the motion is well-taken and should be, and hereby is, granted.

**IT IS SO ORDERED** that Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 1017) is hereby **GRANTED** and that Plaintiff's claims are hereby **DISMISSED**, without prejudice, each party to bear their own costs.

New Orleans, Louisiana this 16th day of January, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE