UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Patricia Graham Anthony v. Sanofi US Services, Inc., et al.,* | Civil Action No. 2:17-cv-15475 |

### AMENDED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Amended Short Form Complaint, identifying various Defendants who have been identified as the manufacturers of the Taxotere used during Plaintiff's chemotherapy.  Plaintiff erroneously listed U. S. District Court, Central District of Mississippi, on page three under 8. Venue.  The Complaint should read, U. S. District Court, Central District of California.

Under Federal Rule of Civil Procedure 15(a), leave of Court to amend a petition is freely given when justice so requires.  Here, Plaintiff is only trying to name the correct court for venue.  No party will be prejudiced by this change, as this case is still in a very early stage.  As a result, it is hereby requested that this Motion for Leave to File Plaintiff''s First Amended Short Form Complaint be granted.

Dated this the 25th day of January, 2018.

        RESPECTFULLY SUBMITTED,

        Patricia Graham Anthony, Plaintiff

        BY:    *<u>Leilani L. Tynes, Esquire</u>*
                 Leilani L. Tynes, Esquire
                 MS Bar No. 100074
                 Reeves & Mestayer, PLLC
                 160 Main Street
                 Biloxi, MS   39530
                 (228) 374-5151 (telephone)
                 (228) 374-6630 (facsimile)
                 llt@rmlawcall.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 25TH day of January, 2018.

BY:   *Leilani L. Tynes, Esquire*
Leilani L. Tynes, Esquire
MS Bar No. 100074
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)