UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>MARTHA LEE v. SANOFI S.A., ET AL., Case No. 2:17-cv-10106 | Civil Action No.: 2:17-CV-10106 |

.

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff MARTHA LEE, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, in Civil Action Case No. 2:17-cv-10106, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Plaintiff MARTHA LEE, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-06125. All parties shall bear their own costs

Dated this 25th day of January 2018.

| | |
|---|---|
| **BACHUS & SCHANKER, LLC** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: s/J.Christopher Elliott<br>Christopher Elliott, Esq.<br>Kyle Bachus, Esq. | By: */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux |

1

| | |
|---|---|
| Darin Schanker, Esq.<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street Suite 700<br>Denver, CO 80238<br>Telephone: (303)893-8900<br>Facsimile: (303) 893-9900<br>Email: celliott@coloradolaw.net<br><br>*Attorneys for Plaintiff* | 400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>         kbrilleaux@irwinllc.com<br><br>Harley Ratliff<br>Jon Strongman<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Email:  hratliff@shb.com<br>           jstrongman@shb.com<br><br>*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* |