**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| ANGELA ABEL and CHAD ALAN ABEL, | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| Plaintiffs, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | |
| | : | |
| | : | Civil Action No.: 2:17-cv-01354 |
| | : | |
| SANOFI S.A., et al. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

COME NOW Plaintiffs Angela Abel and Chad Alan Abel, by counsel, and respectfully request to withdraw their previously filed Plaintiffs' Motion for Leave to File an Amended Short Form Complaint (Doc. 964).  For the reasons set forth more fully in Plaintiffs' supporting memorandum, filed concurrently herewith, Plaintiffs request to withdraw this previously filed motion.

Respectfully submitted this the 25th day of January, 2018.

/s/ Frederick B. Darley, III
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Frederick B. Darley, III
Frederick B. Darley, III