# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ANGELA ABEL and CHAD ALAN ABEL, | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| Plaintiffs, | MAG. JUDGE NORTH |
| vs. | |
| | Civil Action No.: 2:17-cv-01354 |
| SANOFI S.A., et al. | |
| Defendants. | |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COME NOW Plaintiffs Angela Abel and Chad Alan Abel, by counsel, and submit this Memorandum in Support of their Motion to Withdraw Plaintiffs' Motion for Leave to File an Amended Short Form Complaint (Doc. 964).

Plaintiffs' original suit was filed in this matter based upon the belief by Plaintiff Angela Abel, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair.  The original suit was filed on February 15, 2017, shortly after Plaintiffs became aware of claims associated with Taxotere use.  In the original suit, only the Sanofi-related entities were named as party defendants and the Sanofi-related entities were subsequently served pursuant to the Court's Pretrial Order No. 9.

Subsequent to the filing of their original lawsuit, and after diligent and persistent investigation by counsel, Plaintiffs discovered that the Taxotere/Docetaxel at issue may not have

been manufactured and/or marketed by the Sanofi-related defendants. However, despite numerous attempts and considerable diligence, Plaintiffs and Plaintiffs' counsel had been unable to obtain the National Drug Code to identify the manufacturer of the Taxotere/Docetaxel administered to Plaintiff Angela Abel.

On October 16, 2016, Plaintiffs filed a Motion for Leave to File an Amended Short Form Complaint (Doc. 964) to add additional defendant-entities as party defendants, pending receipt of information to confirm the NDC code or other information to identify the manufacturer of the Taxotere/Docetaxel administered to Plaintiff Angela Abel. Very recently, Plaintiffs' counsel received a signed, completed "Statement Regarding Chemotherapy Drug Administered" from the facility where Plaintiff Angela Abel underwent chemotherapy treatment identifying Sanofi-Aventis US LLC and Sanofi-Aventis US LLC d/b/a as the manufacturer of the Taxotere/Docetaxel administered to Plaintiff Angela Abel. The statement did contain additional written language at the bottom written by the representative of the infusion center: "We are unable to confirm the exact manufacturer given to this patient. The information above is based on products ordered for the hospital during the time-frame of the patient's treatment."

On January 12, 2018, immediately after receiving this information from the infusion center, Plaintiffs' counsel notified counsel for the defendants via email and provided a copy of the "Statement Regarding Chemotherapy Drug Administered". To date, Plaintiffs' counsel has received no response. Plaintiffs' counsel has uploaded the product identification statement to MDL Centrality.

Based on the foregoing, Plaintiffs respectfully request to withdraw their previously filed Plaintiffs' Motion for Leave to File an Amended Short Form Complaint (Doc. 964).

Respectfully submitted this the 25th day of January, 2018.

/s/ Frederick B. Darley, III
Frederick B. Darley, III
AL State Bar No: ASB-0452-K74D
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Frederick B. Darley, III
Frederick B. Darley, III