UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| ANGELA ABEL and CHAD ALAN ABEL, | : : | HON. KURT D. ENGELHARDT |
| Plaintiffs, | : : | |
| vs. | : : | **ORDER** |
| SANOFI S.A., et al., | : : | |
| Defendants. | : : | |
| Civil Case No.: 2:17-cv-01354 | : : | |

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion to Withdraw Plaintiffs' Motion for Leave to File Amended Short Form Complaint (Doc. 1525) in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT