# UNITED STATES DISTRICT COURT
# DISTRICT OF EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL 2740 |
| ) | SECTION "N" (5) |
| This Document Relates To: ) | |
| KAREN PLATFOOT V. SANOFI ) | |
| S.A. ET AL ) | JUDGE ENGELHARDT |
| ) | MAG. JUDGE NORTH |
| Case No: 2:17-CV-13927 ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes Now Plaintiff and Defendants, by and through their undersigned Counsel, and declare that IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, KAREN PLATFOOT, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-CV-13927 only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by KAREN PLATFOOT, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-CV-13924. All parties shall bear their own costs. This stipulation does not include any dismissal of any other actions filed on behalf of Plaintiff.

Dismissal of this action will leave Plaintiff with one pending action and allow Plaintiff to pursue the claims filed by Goza & Honnold, L.L.C. Therefore, dismissal of this matter facilitates Plaintiff having one pending claim without risking any potential prejudice to any party.

Undersigned counsel has discussed this issue fully with each other and all interested parties understand and are agreement with this dismissal.

Lastly, all parties have agreed the Plaintiff Fact Sheet deadline shall be calculated based on the date of original filing.

Dated: January 25, 2018

By: */s/ Bradley D. Honnold*
Bradley D. Honnold, Esq.
**Goza & Honnold, L.L.C.**
11181 Overbrook Road, Suite 200
Leawood, KS 66211
913.451.3433

**Attorney for Plaintiff**

Respectfully submitted,

By: */s/ Harley V. Ratliff*
Harley C. Ratliff, Esq.
**Shook Hardy & Bacon, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
816.474.6550

**Attorney for Defendant**

00525622-1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 25th day of January, 2018.

                                         */s/ Bradley D. Honnold*
                                         Bradley D. Honnold