## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> NEDRA BUTLER v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:18-cv-00306-KDE-MBN |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Nedra Butler respectfully requests leave to file her Amended Complaint adding Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. as named defendants in this case.

Since filing her Complaint, Plaintiff has received the National Drug Code form and learned that Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. should be named defendants in addition to the Sanofi defendants originally named.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 26th day of January 2018

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Sanofi Defendants and the Hospira Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*