## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> NEDRA BUTLER v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:18-cv-00306-KDE-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Kurt D. Englehardt
U.S. District Court Judge