## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING  HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, AS NAMED DEFENDANTS, AND DISMISSING DEFENDANTS SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-00323-KDE-MBN |
| LINDSEY WOOD v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants and dismissing Defendants Sanofi Services Inc. f/k/a Sanofi Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC with prejudice is GRANTED.

Signed, this_____ day of _____, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge