# APPENDIX A.7

# PRETRIAL ORDERS

**Pretrial Order No. 1** (Rec. Doc. 4) entered October 13, 2016 – Setting initial conference.

**Pretrial Order No. 2** (Rec. Doc. 104) entered November 17, 2016 – Appointing Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, and Defendants' Liaison Counsel.

**Pretrial Order No. 3** (Rec. Doc. 115) entered November 30, 2016 – Filing Requests for Summons and Summons Returns.

**Pretrial Order No. 4** (Rec. Doc. 122) entered December 9, 2016 – Procedures for Direct Filing into the MDL [**superseded by PTO 5**].

**Pretrial Order No. 5** (Rec. Doc. 131) entered December 13, 2016 – Amended Procedures for Direct Filing into the MDL.

**Pretrial Order No. 6** (Rec. Doc. 133) entered December 13, 2016 – Appointing Settlement Committees.

**Pretrial Order No. 7** (Rec. Doc. 155) entered December 28, 2016 – Approving and attaching Counsel Contact Information Form.

**Pretrial Order No. 8** (Rec. Doc. 156) entered December 30, 2016 – Federal-State Coordination and Cooperation.

**Pretrial Order No. 9** (Rec. Doc. 160) entered January 3, 2017 – Streamlined Service on sanofi-Aventis U.S. LLC.

**Pretrial Order No. 10** (Rec. Doc. 169) entered January 11, 2017 – JPML Clarification on Scope of MDL.

**Pretrial Order No. 11** (Rec. Doc. 170) entered January 11, 2017 – Extending Deadline to Submit Proposed PFS and DFS.

**Pretrial Order No. 12** (Rec. Doc. 191) entered January 20, 2017 – Directing that Service of Process shall be made on all known, non-sanofi Defendants by February 15, 2017; Directing Liaison Counsel to Provide Proposed Deadlines for Close of Pleadings.

**Pretrial Order No. 13** (Rec. Doc. 209) entered January 31, 2017 – Appointing Brian S. Rudick to the Settlement Committee.

**Pretrial Order No. 14** (Rec. Doc. 216) entered February 3, 2017 – Order from January 27, 2017 Status Conference.

**Pretrial Order No. 15** (Rec. Doc. 230) entered February 10, 2017 – Order setting deadlines for Master and Short Form Complaint, Motions to Dismiss and Master Answer.

**Pretrial Order No. 16** (Rec. Doc. 234) entered February 13, 2017 – Intention to Enter Common Benefit, Time and Expense Rules, Appointment of CPA, Holdback, Assessments, and Related Issues.

**Pretrial Order No. 17** (Rec. Doc. 235) entered February 13, 2017 – Intention to Appoint Kenneth W. DeJean as Special Master.

**Pretrial Order No. 18** (Rec. Doc. 236) entered February 14, 2017 – Ordering the use of the attached Plaintiff Fact Sheets and Defense Fact Sheets. See also R.Doc. 236-1.

**Pretrial Order No. 19** (Rec. Doc. 262) entered February 23, 2017 – Adopting the proposed Common Benefit Order submitted by Liaison Counsel and the Plaintiffs' Steering Committee.

**Pretrial Order No. 20** (Rec. Doc. 265) entered February 24, 2017 – Appointing Kenneth W. DeJean as Special Master.

**Pretrial Order No. 21** (Rec. Doc. 276) entered March 7, 2017 – Setting Deadlines following March 6, 2017 meeting with liaison counsel.

**Pretrial Order No. 22** (Rec. Doc. 279) entered March 10, 2017 – Implementation of Deadlines for Service of Fact Sheets and Deficiencies.

**Pretrial Order No. 23** (Rec. Doc. 280) entered March 10, 2017 – Amending Exhibit A to Pretrial Order No. 18 (R. Doc. 236-1) to include the authorizations approved by the Court.

**Pretrial Order No. 24** (R. Doc. 286) entered March 16, 2017 – Guidelines for service of Fact Sheets through MDL Centrality and Plaintiff Liaison Counsel Distribution of Orders and Notices per Pretrial Order No. 1.

**Pretrial Order No. 25** (R. Doc. 287) entered March 16, 2017 – Appointing John F. Olinde to serve as Liaison Counsel for the non-Sanofi defendants.

**Pretrial Order No. 26** (Rec. Doc. 289) entered March 17, 2017 – Designating Defense Counsel to Attend Plaintiffs' Steering Committee Meetings

**Pretrial Order No. 26A** (Rec. Doc. 598) entered June 28, 2017 – Modification to Designation of Defense Counsel to Attend Plaintiffs' Steering Committee Meetings

**Pretrial Order No. 27** (Rec. Doc. 298) entered March 24, 2017 – Order from March 17, 2017 Status Conference

**Pretrial Order No. 28** (Rec. Doc. 302) entered March 27, 2017 – Setting a Meeting with Liaison Counsel

**Pretrial Order No. 29** (Rec. Doc. 303) entered March 27, 2017 – Streamlined Service on Accord Healthcare, Inc.

**Pretrial Order No. 30** (Rec. Doc. 304) entered March 27, 2017 – Streamlined Service on Sandoz, Inc.

**Pretrial Order No. 31** (Rec. Doc. 305) entered March 27, 2017 – Amended Task Codes for Common Benefit Order

**Pretrial Order No. 32** (Rec. Doc. 307) entered March 31, 2017 – Streamlined Service on Actavis Pharma, Inc.

**Pretrial Order No. 33** (Rec. Doc. 308) entered March 31, 2017 – Streamlined Service on McKesson Corporation

**Pretrial Order No. 34** (Rec. Doc. 309) entered March 31, 2017 – Extending the Deadline to Submit Proposed Orders for Streamlined Service as to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC

**Pretrial Order No. 35** (Rec. Doc. 310) entered March 31, 2017 – Scheduling Meetings between the Court and the Settlement Committees

**Pretrial Order No. 36** (Rec. Doc. 317) entered April 6, 2017 – Withdrawal of Deadline to Submit Proposed Orders Regarding Streamlined Service as to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC

**Pretrial Orders No. 37 and 41** (Rec. Docs. 318 and 331) entered April 6, 2017 and April 17, 2017 – Exemplar Short Form Complaint and superseding and amending Exemplar Short Form Complaint.

**Pretrial Order No. 38** (Rec. Doc. 326) entered on April 12, 2017- Amending PFS and DFS

**Pretrial Order No. 39** (Rec. Doc. 327) entered on April 11, 2017- Streamlined Service on Sun Pharma Global, Inc.

**Pretrial Order No. 40** (Rec. Doc. 328) entered on April 12, 2017- Streamlined Service on Hospira Worldwide, LLC and Pfizer Inc.

**Pretrial Order No. 40A** (Rec. Doc. 509) entered June 1, 2017 – Amending Pretrial Order No. 40 regarding Streamlined Service on Hospira Worldwide, LLC and Pfizer, Inc.

**Pretrial Order No. 42** (Rec. Doc. 348) entered on April 26, 2017- Responsive Pleadings to Short Form Complaints Reserved

**Pretrial Order No. 43** (Rec. Doc. 349) entered April 27, 2017- Regarding July 7, 2017 Status Conference, 505(b)(2) Defendant Settlement Committee, "Science Day," Remand Motions and Discovery Schedule

**Pretrial Order No. 44** (Rec. Doc. 371) entered May 11, 2017 – Order Appointing 505(b)(2) Defendants' Settlement Committee

**Pretrial Order No. 45** (Rec. Doc. 458) entered May 12, 2017 – Setting the Briefing Schedule for the Omnibus Motions to Remand

**Pretrial Order No. 46** (Rec. Doc. 462) entered May 16, 2017 – Order from May 12, 2017 Status Conference

**Pretrial Order No. 47** (Rec. Doc. 534) entered June 13, 2017 – Granting Requests for Oral Argument on Omnibus Motions to Remand

**Pretrial Order No. 48** (Rec. Doc. 566) entered June 28, 2017 – Resetting Oral Argument on Omnibus Motions to Remand

**Pretrial Order No. 49** (Rec. Docs. 611, 613) entered July 5, 2017 – Electronically Stored Information Protocol

**Pretrial Order No. 50** (Rec. Docs. 612, 613) entered July 5, 2017 – Protective Order

**Pretrial Order No. 51** (Rec. Doc. 660) entered July 18, 2017- Order from July 7, 2017 Status Conference

**Pretrial Order No. 52** (Rec. Doc. 661) entered July 18, 2017- Amended Deadlines Regarding Personal Jurisdiction and Potential Discovery Protocols

**Pretrial Order No. 53** (Rec. Doc. 664) entered July 20, 2017- Amendments to Plaintiffs' Master Long Form Complaint, Exemplar Short Form Complaint and Plaintiffs' Fact Sheet

**Pretrial Order No. 54** (Rec. Doc. 671) entered July 21, 2017- Docket Control Order- Voluntary Dismissals

**Pretrial Order No. 55** (Rec. Doc. 688) entered July 25, 2017- Order Regarding the Filing of the Amended Master Long Form Complaint and Substitution of the Amended Exemplar Short Form Complaint and Amended Plaintiff Fact Sheet

**Pretrial Order No. 56** (Rec. Doc. 712) entered August 2, 2017- Issuance of Summons with Corrected Defendants' Names

**Pretrial Order No. 57** (Rec. Doc. 718) entered August 3, 2017- Setting a Meeting with Liaison Counsel

**Pretrial Order No. 58** (Rec. Doc. 744) entered August 18, 2017- Granting Request for Oral Argument on Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489)

**Pretrial Order No. 59** (Rec. Doc. 816) entered September 7, 2017- Resetting the Submission Date on Defendants' Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. No. 494)

**Pretrial Order No. 60** (Rec. Doc. 819) entered September 7, 2017- Ordering Collection of Data of Potential Claimants by the Plaintiffs' Settlement Committee.

**Pretrial Order No. 60A** (Rec. Doc. 870) entered September 15, 2017- Amending and Superseding Order Regarding Collection of Data of Potential Claimants by the Plaintiffs' Settlement Committee.

**Pretrial Order No. 61** (Rec. Doc. 877) entered September 27, 2017- Ordering the Dismissal of Count Two and Count Eight of the Master Long Form Complaint (Rec. Doc. 489).

**Pretrial Order No. 62** (Rec. Doc. 878) entered September 27, 2017- Ordering that the deadline for each Defendant to file their Master Answer be set for Monday, October 16, 2017.

**Pretrial Order No. 63** (Rec. Doc. 879) entered September 27, 2017- Ordering that the meeting of liaison counsel with the Court take place on Friday, October 6, 2017, at 9:30 a.m.

**Pretrial Order No. 64** (Rec. Doc. 941) entered October 13, 2017- Ordering Clarifying the Court's
Ruling (Rec. Doc. 784) on California Plaintiffs' Motion to
Remand.

**Pretrial Order No. 65** (Rec. Doc. 959) entered October 16, 2017- Ordering Severance of Multi- Plaintiff Cases.

**Pretrial Order No. 66** (Rec. Doc. 1018) entered October 25, 2017- Order Clarifying this Court's
Ruling on Delaware Motion to Remand (Rec. Doc.
784).

**Pretrial Order No. 67** (Rec. Doc. 1032) entered October 27, 2017 – Order setting the next liaison counsel meeting for November 17, 2017, at 9:30 AM, and setting the next General Status Conference for December 15, 2017, at 10:00 AM.

**Pretrial Order No. 68** (Rec. Doc. 1085) entered November 9, 2017- Setting Deadlines following October 27, 2017 meeting with Steering Committees.

**Pretrial Order No. 69** (Rec. Doc. 1095) entered November 14, 2017- Setting Deadline for submission of applications for Court appointed positions with MDL 2740.

**Pretrial Order No. 70** (Rec. Doc. 1137) entered November 21, 2017- Order regarding contact with physicians.

**Pretrial Order No. 71** (Rec. Doc. 1306) entered December 15, 2017- Order governing

Plaintiffs' responsibilities relevant to ESI.

**Pretrial Order No. 72** (Rec. Doc. 1462) entered January 4, 2018 regarding dismissal of the French Sanofi Defendants per Stipulation.

**Pretrial Order No. 73** (Rec. Doc. 1463) entered January 4, 2018 regarding Revised Exemplar Short Form Complaint.

**Pretrial Order No. 74** (Rec. Doc. 1470) entered January 4, 2018 regarding Procedures for Withdrawal of Counsel.

**Pretrial Order No. 75** (Rec. Doc. 1507) entered January 12, 2018 regarding Reappointment of Counsel in MDL 2740.