# APPENDIX C.7

Missing PFS (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Alexander, Sheila v. Sanofi SA, et al. | 2:17-cv-08760 |
| Alvillar, Diane L. v. Sanofi SA, et al. | 2:17-cv-09635 |
| Blackwell, Judith M. v. Sanofi SA, et al. | 2:17-cv-09398 |
| Boynton, Sandra v. Sanofi SA, et al. | 2:17-cv-09241 |
| Burton, Tammy v. Sanofi SA, et al. | 2:17-cv-08634 |
| Cherry, Pauline C. v. Sanofi SA, et al. | 2:17-cv-08370 |
| Cooper, Nancy v. Sanofi SA, et al. | 2:17-cv-08658 |
| Curry, Mattie B. v. Sanofi SA, et al. | 2:17-cv-09266 |
| Curtis, Nellie v. Sanofi SA, et al. | 2:17-cv-08626 |
| Davis, Diane (VT) v. Sanofi SA, et al. | 2:17-cv-07812 |
| Douglas, Janie C. and Leel v. Sanofi SA, et al. | 2:17-cv-09638 |
| Etheridge, Carisa v. Sanofi SA, et al. | 2:17-cv-09431 |
| Frankenberg, Kim v. Sanofi SA, et al. | 2:17-cv-08564 |
| Frazier, Sylvonia v. Sanofi SA, et al. | 2:17-cv-09083 |
| Freeman, Rachael M. v. Sanofi SA, et al. | 2:17-cv-08804 |
| Gardner, Mary v. Sanofi SA, et al. | 2:17-cv-03865 |
| Gibson, Debbie v. Sanofi SA, et al. | 2:17-cv-09652 |
| Gibson, Peggy v. Sanofi SA, et al. | 2:17-cv-09576 |
| Gladden, Juliann M. v. Sanofi SA, et al. | 2:17-cv-08801 |
| Godfrey, Patricia Ann v. Sanofi SA, et al. | 2:17-cv-07809 |
| Goforth, Carol v. Sanofi SA, et al. | 2:17-cv-08321 |
| Gogan, Linda M. and Michael v. Sanofi SA, et al. | 2:17-cv-09581 |
| Gordon, Donna v. Sanofi SA, et al. | 2:17-cv-08653 |
| Graham, Hattie M. and Tommy v. Sanofi SA, et al. | 2:17-cv-09592 |
| Grant, Flora v. Sanofi SA, et al. | 2:16-cv-17940 |
| Grays, Faith v. Sanofi SA, et al. | 2:17-cv-08568 |
| Griffin, Theresa E. v. Sanofi SA, et al. | 2:17-cv-09050 |
| Hall, Linda Jean v. Sanofi SA, et al. | 2:17-cv-08864 |
| Harris, Jacqueline v. Sanofi SA, et al. | 2:17-cv-08829 |
| Hegidio, Katharine M. v. Sanofi SA, et al. | 2:17-cv-09579 |
| Henderson-Moore, Donna v. Sanofi SA, et al. | 2:17-cv-09575 |
| Henly, Debra L. v. Sanofi SA, et al. | 2:17-cv-09604 |
| Herman, Lynne v. Sanofi SA, et al. | 2:17-cv-08320 |

| Matter Name | MDL Docket No. |
|---|---|
| Hollis, Patricia P. v. Sanofi SA, et al. | 2:17-cv-02354 |
| Holt, Melita v. Sanofi SA, et al. | 2:17-cv-08561 |
| Horne, Pazetta v. Sanofi SA, et al. | 2:17-cv-08654 |
| Howell, Wyskanna v. Sanofi SA, et al. | 2:17-cv-08501 |
| Jiles, Sharon v. Sanofi SA, et al. | 2:17-cv-08999 |
| Johnson, Hilda v. Sanofi SA, et al. | 2:17-cv-08637 |
| Johnson, Petrina S. v. Sanofi SA, et al. | 2:17-cv-08811 |
| Johnson, Tena v. Sanofi SA, et al. | 2:17-cv-08680 |
| Jordan, Sheila v. Sanofi SA, et al. | 2:17-cv-08824 |
| Klotz, Kelly v. Sanofi SA, et al. | 2:17-cv-08827 |
| Lee, Wanda v. Sanofi SA, et al. | 2:17-cv-09658 |
| Lewis, Joyce Etta v. Sanofi SA, et al. | 2:17-cv-08993 |
| Lopez, Ruth v. Sanofi SA, et al. | 2:17-cv-08993 |
| Lozano, Maria v. Sanofi SA, et al. | 2:17-cv-08655 |
| Luckett, Jennifer v. Sanofi SA, et al. | 2:17-cv-04752 |
| Luckey, Donna v. Sanofi SA, et al. | 2:17-cv-08826 |
| Madden, Debbie v. Sanofi SA, et al. | 2:17-cv-09473 |
| Madison, Perrine v. Sanofi SA, et al. | 2:17-cv-09660 |
| Marshall, Nancy v. Sanofi SA, et al. | 2:17-cv-09476 |
| Martin, Flora Jean v. Sanofi SA, et al. | 2:17-cv-11247 |
| Matthews, Charlsie v. Sanofi SA, et al. | 2:17-cv-10024 |
| McCuin-Hutchins, Sharon v. Sanofi SA, et al. | 2:17-cv-09438 |
| Milligan, Murral v. Sanofi SA, et al. | 2:17-cv-08759 |
| Mills, Linda v. Sanofi SA, et al. | 2:17-cv-09348 |
| Mitchell, Angela v. Sanofi SA, et al. | 2:17-cv-06409 |
| Moore, Linda M. v. Sanofi SA, et al. | 2:17-cv-09396 |
| Pitta, Rhonda v. Sanofi SA, et al. | 2:17-cv-08761 |
| Pointer, Lisa v. Sanofi SA, et al. | 2:17-cv-08758 |
| Pressley, Sandra v. Sanofi SA, et al. | 2:17-cv-08661 |
| Radwan, Mona v. Sanofi SA, et al. | 2:17-cv-08638 |
| Richardson, Regina A. and Ronald v. Sanofi SA, et al. | 2:17-cv-09400 |
| Sabatini, Marie Claire v. Sanofi SA, et al. | 2:17-cv-08319 |
| Sanchez, Heather v. Sanofi SA, et al. | 2:17-cv-08641 |
| Sanchez, Kathryn v. Sanofi SA, et al. | 2:17-cv-08644 |
| Sharpe, Joyce v. Sanofi SA, et al. | 2:17-cv-08628 |
| Shelton, Renee v. Sanofi SA, et al. | 2:17-cv-09367 |
| Shields, Betty v. Sanofi SA, et al. | 2:17-cv-08629 |
| Simms, Joan v. Sanofi SA, et al. | 2:17-cv-09574 |

| Matter Name | MDL Docket No. |
|---|---|
| Smith, Mary J. v. Sanofi SA, et al. | 2:17-cv-08648 |
| Smith, Nancy (CO) v. Sanofi SA, et al. | 2:17-cv-08828 |
| Stark, Carrie v. Sanofi SA, et al. | 2:17-cv-08633 |
| Straub, Tami v. Sanofi SA, et al. | 2:17-cv-08492 |
| Taylor, Sharon M. V. Sanofi SA, et al. | 2:17-cv-09665 |
| Thomas, Lee Ann v. Sanofi SA, et al. | 2:17-cv-09345 |
| Thomas, Linda v. Sanofi SA, et al. | 2:17-cv-08642 |
| Thomas, Saundra v. Sanofi SA, et al. | 2:17-cv-09069 |
| Trevino, Aster v. Sanofi SA, et al. | 2:17-cv-09026 |
| Ullery, Jackie v. Sanofi SA, et al. | 2:17-cv-09511 |
| Unger, Jacqueline v. Sanofi SA, et al. | 2:17-cv-08635 |
| Vatter, Nancy v. Sanofi SA, et al. | 2:17-cv-08657 |
| Walker, Daisy v. Sanofi SA, et al. | 2:17-cv-09625 |
| Ware, Beverly v. Sanofi SA, et al. | 2:17-cv-08646 |
| Westbrook, Denise v. Sanofi SA, et al. | 2:17-cv-09499 |
| Whitehead, Darlene v. Sanofi SA, et al. | 2:17-cv-08621 |
| Williams, Geneva v. Sanofi SA, et al. | 2:17-cv-08966 |
| Zapien, Kimberlie v. Sanofi SA, et al. | 2:17-cv-08636 |