# APPENDIX D.7

No Deficiency Response (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Abel et al v. Sanofi S.A. et al | 2:17-cv-01354 |
| Allen v. Sanofi S.A. et al | 2:16-cv-17065 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-15493 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17139 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17498 |
| Ankner vs. Sanofi S.A. et al | 2:16-cv-17312 |
| Ariks vs. Sanofi S.A. LLC et al | 2:16-cv-17328 |
| Aronowitz v. Sanofi S.A. et al | 2:17-cv-05640 |
| Baker v. Sanofi S.A. et al | 2:16-cv-17154 |
| Bass v. Sanofi S.A. et al | 2:17-cv-02254 |
| Batie et al v. Sanofi S.A. et al | 2:16-cv-16233 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17108 |
| Bemiss v. Sanofi S.A. et al | 2:16-cv-06425 |
| Bentley v. Aventis Pharma S.A. et al | 2:16-cv-17501 |
| Bias v. Sanofi S.A. et al | 2:16-cv-17171 |
| Bodker v. Sanofi S.A. et al | 2:17-cv-03426 |
| Borowski v. Sanofi S.A. et al | 2:17-cv-06493 |
| Boyland v. Sanofi S.A. et al | 2:17-cv-00793 |
| Breslauer v. Sanofi S.A. et al | 2:17-cv-01199 |
| Brooks v. Sanofi S.A. et al | 2:16-cv-17054 |
| Broussard v. Sanofi S.A. et al | 2:16-cv-15665 |
| Brown v. Sanofi S.A. et al | 2:16-cv-15512 |
| Brown v. Sanofi S.A. et al | 2:16-cv-17160 |
| Brown v. Sanofi S.A. et al | 2:17-cv-00800 |
| Burks v. Sanofi S.A. et al | 2:17-cv-01738 |
| Burnstein v. Sanofi S.A. et al | 2:16-cv-17172 |
| Butler v. Sanofi S.A. et al | 2:17-cv-02135 |
| Butlers v. Sanofi S A et al | 2:16-cv-17946 |
| Carbino et al v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00539 |
| Carson v. Sanofi S.A. et al | 2:16-cv-15322 |
| Carter v. Sanofi S.A. et al | 2:17-cv-00047 |
| Carver v. Sanofi S.A. et al | 2:16-cv-17192 |
| Caye v. Sanofi S.A. et al | 2:17-cv-04726 |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 |

| Matter Name | MDL Docket No. |
|---|---|
| Chase v. Sanofi S.A. et al | 2:16-cv-15317 |
| Cherem v. Sanofi S.A. et al | 2:17-cv-00119 |
| Chorak v. Sanofi S.A. et al | 2:16-cv-17165 |
| Clendenon v. Sanofi S.A. et al | 2:16-cv-17157 |
| Clinton v. Sanofi S.A. et al | 2:16-cv-15814 |
| Collins v. Sanofi S.A. et al | 2:16-cv-15281 |
| Couvillier v. Sanofi S.A. et al | 2:16-cv-16938 |
| Craddock v. Sanofi S.A. et al | 2:16-cv-15572 |
| Crawford v. Sanofi S.A. et al | 2:16-cv-17151 |
| Culpepper v. Sanofi S.A. et al | 2:16-cv-17914 |
| Cyprian v. Sanofi S.A. et al | 2:16-cv-15661 |
| Daley v. Sanofi S.A. et al | 2:17-cv-04825 |
| dams v. Sanofi S.A. et al | 2:16-cv-16299 |
| Daniels v. Sanofi S.A. et al | 2:17-cv-05275 |
| Daughtry v. Sanofi S.A. et al | 2:16-cv-17053 |
| Davis v. Sanofi S.A. et al | 2:16-cv-17985 |
| Davis v. Sanofi S.A. et al | 2:17-cv-02309 |
| Davis v. Sanofi S.A. et al | 2:17-cv-05900 |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 |
| Deggs v. Sanofi S.A. et al | 2:17-cv-00588 |
| Derrick v. Sanofi S.A. et al | 2:17-cv-02454 |
| Detrixhe v. Sanofi S.A. et al | 2:16-cv-15313 |
| Dimbo v. Sanofi S.A. et al | 2:16-cv-17057 |
| Doering et al v. Sanofi S.A. et al | 2:17-cv-06245 |
| Doughty v. Sanofi S.A. et al | 2:17-cv-05268 |
| Downs v. Sanofi S.A. et al | 2:17-cv-01106 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Dukes v. Sanofi S.A. et al | 2:16-cv-17048 |
| Edwards-Woodard et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16799 |
| Elkins v. Sanofi S.A. et al | 2:16-cv-16657 |
| Erkins v. Sanofi S.A. et al | 2:16-cv-17131 |
| Folks v. Sanofi S.A. et al | 2:16-cv-17579 |
| Fuller v. Sanofi S.A. et al | 2:16-cv-17231 |
| Gabriel v. Sanofi S.A. et al | 2:16-cv-16788 |
| Georgalos vs. Sanofi S.A. et al | 2:16-cv-17314 |
| George v. Sanofi S.A. et al | 2:17-cv-03585 |
| Gibson v. Sanofi S.A. et al | 2:16-cv-16784 |
| Gilliland v. Sanofi S.A. et al | 2:17-cv-00449 |

| Matter Name | MDL Docket No. |
|---|---|
| Granderson et al v. Sanofi S.A. et al | 2:16-cv-17152 |
| Greene v. Sanofi S.A. LLC et al | 2:16-cv-16748 |
| Griggs v. Sanofi S.A. et al | 2:16-cv-17064 |
| Gross et al v. Sanofi S.A. et al | 2:16-cv-15570 |
| Gunn v. Sanofi S.A. et al | 2:17-cv-03638 |
| Harbin v. Sanofi S.A. et al | 2:17-cv-00096 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17145 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 |
| Hartley v. Sanofi S.A. et al | 2:16-cv-16792 |
| Haupt v. Sanofi S.A. et al | 2:17-cv-03578 |
| Hawkins v. Sanofi S.A. et al | 2:17-cv-03380 |
| Hawkins v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16790 |
| Herron v. Sanofi S.A. et al | 2:16-cv-17092 |
| Hershey v. Sanofi S.A. et al | 2:17-cv-01170 |
| Hiles v. Sanofi S.A. et al | 2:17-cv-05379 |
| Hitchen v. Sanofi S.A. et al | 2:17-cv-05786 |
| Hollis v. Sanofi S.A. et al | 2:16-cv-17099 |
| Hubbard v. Sanofi S.A. et al | 2:17-cv-00317 |
| Humphrey v. Sanofi S.A. et al | 2:16-cv-16674 |
| Jackson v. Sanofi S.A. et al | 2:16-cv-17127 |
| Jackson v. Sanofi S.A. et al | 2:16-cv-17138 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-03770 |
| Janjanin v. Sanofi S.A. et al | 2:17-cv-00885 |
| Johnson v. Sanofi S.A. | 2:16-cv-15581 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-16705 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17074 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17166 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17976 |
| Joiner v. Sanofi S.A. et al | 2:16-cv-17030 |
| Jolivette v. Sanofi-Aventis U.S., Inc. et al | 2:17-cv-02297 |
| Jones v. Sanofi S.A. et al | 2:16-cv-15498 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17103 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17209 |
| Justice v. Sanofi S.A. et al | 2:16-cv-17186 |
| Keys v. Sanofi S.A. et al | 2:16-cv-17504 |
| Klock v. Sanofi S.A., et al | 2:16-cv-14197 |
| Knox v. Sanofi S.A. et al | 2:16-cv-16633 |

| Matter Name | MDL Docket No. |
|---|---|
| Knox v. Sanofi S.A. et al | 2:17-cv-06284 |
| Koontz v. Sanofi S.A. et al | 2:16-cv-15310 |
| Lewis v. Sanofi S.A. et al | 2:16-cv-17185 |
| Little v. Sanofi S.A. et al | 2:16-cv-17022 |
| Long v. Sanofi S.A. et al | 2:17-cv-01166 |
| Manigault v. Sanofi S.A. et al | 2:16-cv-17214 |
| Markham v. Sanofi S.A. et al | 2:17-cv-04495 |
| Mayfield v. Sanofi SA et al | 2:17-cv-00116 |
| McCullom v. Sanofi S.A. et al | 2:16-cv-17197 |
| McCullough v. Sanofi, S.A., et al. | 2:16-cv-15511 |
| McDowell v. Sanofi S.A. et al | 2:16-cv-17212 |
| Mendoza v. Sanofi S.A. et al | 2:17-cv-03397 |
| Miniat v. Sanofi S.A. et al | 2:16-cv-16686 |
| Monger v. Sanofi S.A. LLC et al | 2:16-cv-16750 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Mott v. Sanofi S.A. et al | 2:17-cv-03754 |
| Mottola v. Sanofi S.A. et al | 2:16-cv-15320 |
| Nelson v. Sanofi S.A. et al | 2:17-cv-05670 |
| Newton v. Sanofi S.A. et al | 2:17-cv-06288 |
| Nicholson v. Sanofi S.A. et al | 2:16-cv-16757 |
| Norman v. Sanofi S.A., et al | 2:17-cv-01603 |
| O'Brien vs. Sanofi S.A. et al | 2:16-cv-17508 |
| Palmatier v. Sanofi S.A. et al | 2:16-cv-17223 |
| Pantalion vs. Sanofi-Aventis U.S. LLC | 2:17-cv-05968 |
| Papoulis v. Sanofi S.A. et al | 2:16-cv-17207 |
| Parkinson v. Sanofi S.A. et al | 2:17-cv-00960 |
| Patterson v. Sanofi S.A. et al | 2:16-cv-17072 |
| Paxton v. Sanofi S.A. et al | 2:17-cv-05488 |
| Payne v. Sanofi S.A. et al | 2:16-cv-17200 |
| Pearson v. Sanofi S.A. et al | 2:16-cv-17840 |
| Pelfrey v. Sanofi S.A. et al | 2:16-cv-17228 |
| Petties v. Sanofi S.A. et al | 2:16-cv-17183 |
| Phillips v. Sanofi S.A. et al | 2:16-cv-15513 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Pirozzoli v. Sanofi S.A. et al | 2:16-cv-17191 |
| Pradat v. Sanofi S.A. et al | 2:17-cv-03752 |
| Pryor-Lynch v. Sanofi S.A. et al | 2:16-cv-17337 |
| Randall v. Sanofi S.A. et al | 2:16-cv-17511 |

| Matter Name | MDL Docket No. |
|---|---|
| Reaves v. Sanofi S.A. et al | 2:16-cv-16780 |
| Renaud v. Sanofi S.A. et al | 2:17-cv-01209 |
| Richards et al v. Sanofi S.A. et al | 2:17-cv-06289 |
| Richardson v. Sanofi S.A. et al | 2:17-cv-03430 |
| Rieder v. Sanofi S.A. et al | 2:17-cv-04824 |
| Robertson v. Sanofi S.A. et al | 2:17-cv-04839 |
| Robinson v. Sanofi S. A. LLC et al | 2:16-cv-16740 |
| Roe v. Sanofi S A et al | 2:16-cv-17943 |
| Rogers v. Sanofi S.A. et al | 2:16-cv-14486 |
| Rome v. Sanofi S.A. et al | 2:16-cv-17075 |
| Rowe v. Sanofi S.A. et al | 2:17-cv-05557 |
| Russell v. Sanofi S.A. LLC et al | 2:16-cv-17330 |
| Santiago v. Sanofi S.A. et al | 2:16-cv-16935 |
| Santoro v. Sanofi S.A., et al | 2:17-cv-02270 |
| Sassen v. Sanofi S.A. et al | 2:17-cv-06291 |
| Scarborough v. Sanofi S.A. et al | 2:17-cv-06292 |
| Schmitz v. Sanofi S.A. et al | 2:16-cv-15502 |
| Scott v. Sanofi S.A. et al | 2:16-cv-16794 |
| Section v. Sanofi S.A. et al | 2:16-cv-17147 |
| Selders v. Sanofi S.A. et al | 2:16-cv-17156 |
| September v. Sanofi S.A. et al | 2:16-cv-17227 |
| Seymore v. Sanofi S.A. et al | 2:16-cv-16795 |
| Shea v. Sanofi S.A. et al | 2:16-cv-17497 |
| Shoemaker v. Sanofi S.A. et al | 2:16-cv-17066 |
| Shpur v. Sanofi S.A. et al | 2:16-cv-17292 |
| Shull v. Sanofi S.A. et al | 2:16-cv-16687 |
| Sibley v. Sanofi S.A. et al | 2:16-cv-17035 |
| Simmons v. Sanofi S.A. et al | 2:16-cv-17496 |
| Slade v. Sanofi S.A. et al | 2:16-cv-15571 |
| Smallman-Lloyd v. Sanofi S.A. et al | 2:16-cv-17129 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17162 |
| Spann v. Sanofi S.A. et al | 2:16-cv-15291 |
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 |
| St. Ann v. Sanofi S.A. et al | 2:16-cv-17179 |
| Stallworth v. Sanofi S.A. et al | 2:16-cv-17047 |
| Steinbeiser v. Sanofi S.A. et al | 2:17-cv-03403 |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 |
| Stinnett v. Sanofi S.A. et al | 2:16-cv-17071 |

| Matter Name | MDL Docket No. |
|---|---|
| Stone v. Sanofi S.A. et al | 2:16-cv-16798 |
| Strickland v. Sanofi S.A. et al | 2:16-cv-17067 |
| Stuckey v. Sanofi S.A. et al | 2:17-cv-05603 |
| Sullen v. Sanofi S.A. et al | 2:16-cv-17106 |
| Summers v. Sanofi S.A. et al | 2:16-cv-16805 |
| Sykes v. Sanofi S.A. et al | 2:16-cv-17043 |
| Tarver v. Sanofi SA et al | 2:17-cv-00094 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-03408 |
| Tentori v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-02008 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17213 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17981 |
| Thompson v. Sanofi S.A. et al | 2:16-cv-17194 |
| Tipton v. Sanofi S.A. et al | 2:16-cv-17232 |
| Traylor v. Sanofi S.A. et al | 2:16-cv-15295 |
| Turner v. Sanofi S.A. et al | 2:16-cv-17199 |
| Vandiver v. Sanofi S.A. et al | 2:17-cv-00918 |
| Villa v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17949 |
| Walker v. Sanofi S.A. et al | 2:16-cv-16032 |
| Walker v. Sanofi S.A. et al | 2:17-cv-05084 |
| Walker vs. Sanofi S.A. et al | 2:16-cv-17495 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 |
| Ward v. Sanofi S.A. et al | 2:16-cv-17493 |
| Wartberg v. Sanofi S.A. et al | 2:16-cv-16932 |
| Webb-McConnell v. Sanofi S.A. et al | 2:16-cv-17155 |
| Wells v. Sanofi S.A. et al | 2:17-cv-06358 |
| West v. Sanofi U.S. Services Inc. et al | 2:17-cv-02067 |
| Whitaker v. Sanofi S.A. et al | 2:16-cv-17221 |
| White v. Sanofi S.A. et al | 2:17-cv-01640 |
| White v. Sanofi S.A. et al | 2:17-cv-05007 |
| Willard v. Sanofi S.A., et al | 2:16-cv-15574 |
| Williams v. Sanofi Aventis S.A. et al | 2:16-cv-17215 |
| Williams v. Sanofi S.A. et al | 2:16-cv-14479 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17034 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17044 |
| Willis v. Sanofi S.A. et al | 2:16-cv-17492 |
| Wilson v. Sanofi S.A. et al | 2:17-cv-06553 |
| Wood v. Sanofi S.A. et al | 2:16-cv-15321 |
| Woodgett et al v. Sanofi SA et al | 2:16-cv-15491 |

| Matter Name | MDL Docket No. |
|---|---|
| Young v. Sanofi S.A. et al | 2:16-cv-16800 |
| Young v. Sanofi S.A. et al | 2:16-cv-17235 |
| Zenon v. Sanofi S.A. et al | 2:16-cv-17175 |