# APPENDIX E.7

PFS Not Substantially Complete (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Abshire v. Sanofi S.A. et al | 2:16-cv-17373 |
| Adams v. Sanofi S.A. et al | 2:16-cv-16299 |
| Allen v. Sanofi S.A. et al | 2:17-cv-06967 |
| Allison v. Sanofi S.A. et al | 2:17-cv-06957 |
| Anderson v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16901 |
| Archangel v. Sanofi-Aventis U.S., Inc et al | 2:16-cv-16248 |
| Baker v. Sanofi S.A. et al | 2:16-cv-17060 |
| Ballard v. Sanofi S.A. et al | 2:17-cv-00248 |
| Baxter v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-01502 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17108 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17573 |
| Bemiss v. Sanofi S.A. et al | 2:16-cv-06425 |
| Berge v. Sanofi S.A. et al | 2:17-cv-07179 |
| Bias v. Sanofi S.A. et al | 2:16-cv-17171 |
| Bishop v. Sanofi SA et al | 2:16-cv-15579 |
| Blancett et al v. Sanofi S.A. et al | 2:17-cv-07768 |
| Bloxton v. Sanofi S.A. et al | 2:16-cv-17037 |
| Booth v. Sanofi S.A. et al | 2:17-cv-05590 |
| Breslauer v. Sanofi S.A. et al | 2:17-cv-01199 |
| Brown v. Sanofi S.A. et al | 2:16-cv-17160 |
| Brown v. Sanofi S.A. et al | 2:16-cv-17928 |
| Brown v. Sanofi S.A. et al | 2:17-cv-05427 |
| Brown v. Sanofi S.A. et al | 2:17-cv-05874 |
| Brucker v. Sanofi S.A. et al | 2:17-cv-07105 |
| Burns v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16778 |
| Bush v. Sanofi S.A. et al | 2:16-cv-17049 |
| Butler v. Sanofi S.A. et al | 2:17-cv-02135 |
| Butlers v. Sanofi S A et al | 2:16-cv-17946 |
| Byers v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00610 |
| Carbino et al v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00539 |
| Carver v. Sanofi S.A. et al | 2:16-cv-17192 |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 |
| Chapman v. Sanofi S.A. et al | 2:17-cv-06911 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 |
| Chase v. Sanofi S.A. et al | 2:16-cv-15317 |
| Chavez v. Sanofi S.A. et al | 2:17-cv-07497 |
| Cheairs v. Sanofi S.A. et al | 2:17-cv-05910 |
| Clinton v. Sanofi S.A. et al | 2:16-cv-15814 |
| Collins v. Sanofi S.A. et al | 2:17-cv-05476 |
| Cook v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17980 |

| Matter Name | MDL Docket No. |
|---|---|
| Copeland v. Sanofi S.A. et al | 2:17-cv-05913 |
| Couvillier v. Sanofi S.A. et al | 2:16-cv-16938 |
| Craddock v. Sanofi S.A. et al | 2:16-cv-15572 |
| Crawford v. Sanofi S.A. et al | 2:16-cv-17151 |
| Culpepper v. Sanofi S.A. et al | 2:16-cv-17914 |
| Daniels v. Sanofi S.A. et al | 2:17-cv-05275 |
| Daubert v. Sanofi S.A. et al | 2:17-cv-07575 |
| Daughtry v. Sanofi S.A. et al | 2:16-cv-17053 |
| Davis v. Sanofi S.A. et al | 2:16-cv-16747 |
| Davis v. Sanofi S.A. et al | 2:16-cv-17985 |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 |
| Dickerson et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16776 |
| Dukes v. Sanofi S.A. et al | 2:16-cv-17048 |
| Edwards-Woodard et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16799 |
| Eidel v. Sanofi S.A. et al | 2:17-cv-06024 |
| Ellois v. Sanofi S.A. et al | 2:17-cv-03487 |
| Encalarde v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15863 |
| Erkins v. Sanofi S.A. et al | 2:16-cv-17131 |
| Everett v. Sanofi S.A. et al | 2:17-cv-06025 |
| Evridge v. Sanofi S.A. et al | 2:17-cv-06742 |
| Fair v. Sanofi Aventis US Inc et al | 2:16-cv-17252 |
| Fallon et al v. Sanofi S.A. et al | 2:17-cv-06271 |
| Ferguson v. Sanofi S.A. et al | 2:17-cv-03743 |
| Fontenot v. Sanofi S.A. et al | 2:17-cv-00802 |
| Francl v. Sanofi S.A. et al | 2:17-cv-07930 |
| Francois v. Sanofi S.A. et al | 2:17-cv-04811 |
| Franklin v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15843 |
| Freeman v. Sanofi S.A. et al | 2:17-cv-06151 |
| Fuller et al v. Sanofi S.A. et al | 2:17-cv-06194 |
| Fultz et al v. Sanofi S.A. et al | 2:17-cv-07772 |
| Garner v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16803 |
| Garza v. Sanofi S.A. et al | 2:17-cv-07206 |
| Gibian v. Sanofi S.A. et al | 2:17-cv-01800 |
| Gibson et al v. Sanofi S.A. et al | 2:17-cv-06236 |
| Gillespie v. Sanofi S.A. et al | 2:17-cv-06255 |
| Gilliland v. Sanofi S.A. et al | 2:17-cv-00449 |
| Glaze v. Sanofi S.A. et al | 2:17-cv-06238 |
| Goeman et al v. Sanofi S.A. et al | 2:17-cv-06970 |
| Gordon v. Sanofi S. A. LLC et al | 2:16-cv-16742 |
| Gray et al v. Sanofi S.A. et al | 2:17-cv-05808 |
| Greene v. Sanofi S.A. LLC et al | 2:16-cv-16748 |
| Gregorich et al v. Sanofi S.A. et al | 2:17-cv-06327 |
| Griggs v. Sanofi S.A. et al | 2:16-cv-17064 |
| Grumet v. Sanofi S.A. et al | 2:17-cv-01801 |

| Matter Name | MDL Docket No. |
|---|---|
| Gulley v. Sanofi S.A. et al | 2:17-cv-06907 |
| Guthrie v. Sanofi S.A. et al | 2:17-cv-06308 |
| Hammond v. Sanofi S.A. et al | 2:16-cv-17256 |
| Hampton et al v. Sanofi S.A. et al | 2:16-cv-17336 |
| Hanes v. Sanofi S.A. et al | 2:16-cv-15499 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 |
| Hartso v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17984 |
| Hartzog v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15400 |
| Harvey v. Sanofi S.A. et al | 2:17-cv-06558 |
| Hawkins v. Sanofi S.A. et al | 2:16-cv-17188 |
| Hawkins v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16790 |
| Haynes v. Sanofi S.A. et al | 2:16-cv-17723 |
| Helms v. Sanofi S.A. et al | 2:17-cv-07774 |
| Henderson et al v. Sanofi S.A. et al | 2:17-cv-08211 |
| Henderson v. Sanofi S.A. et al | 2:17-cv-04945 |
| Henderson v. Sanofi S.A. et al | 2:17-cv-06257 |
| Hernandez v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15600 |
| Higgins v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15605 |
| Hill v. Sanofi S.A. et al | 2:17-cv-05204 |
| Hockaday-Adams v. Sanofi S.A. et al | 2:16-cv-15563 |
| Holbrook et al v. Sanofi S.A. et al | 2:17-cv-06555 |
| Hollis v. Sanofi S.A. et al | 2:16-cv-17099 |
| Holmes v. Sanofi S.A. et al | 2:17-cv-06002 |
| Hooks et al v. Sanofi S.A. et al | 2:17-cv-07917 |
| Hoskins v. Sanofi S.A. et al | 2:16-cv-17852 |
| Howard v. Sanofi S.A. et al | 2:17-cv-06016 |
| Howard v. Sanofi S.A. et al | 2:17-cv-06561 |
| Jackson et al v. Sanofi S.A. et al | 2:16-cv-16796 |
| Jackson v. Sanofi S A et al | 2:16-cv-17941 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 |
| Jemmott v. Sanofi S.A. et al | 2:17-cv-06624 |
| Johnson v. Sanofi S.A. | 2:16-cv-15581 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17074 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06604 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06627 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06629 |
| Jolivette v. Sanofi-Aventis U.S., Inc. et al | 2:17-cv-02297 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17209 |
| Jones v. Sanofi S.A. et al | 2:17-cv-04055 |
| Jones vs. Sanofi S.A. et al | 2:16-cv-17304 |
| Kanemaru v. Sanofi S.A. et al | 2:17-cv-06031 |
| Keys v. Sanofi S.A. et al | 2:16-cv-17504 |
| Knox v. Sanofi S.A. et al | 2:17-cv-06284 |
| Koontz v. Sanofi S.A. et al | 2:16-cv-15310 |

| Matter Name | MDL Docket No. |
|---|---|
| Kravchenko v. Sanofi S.A. et al | 2:17-cv-08820 |
| Lackey v. Sanofi S.A. et al | 2:17-cv-06286 |
| Ladner v. Sanofi S.A. et al | 2:16-cv-17368 |
| Lancien v. Sanofi S.A. et al | 2:17-cv-06707 |
| Landry v. Sanofi S.A. et al | 2:17-cv-01211 |
| Lawrence et al v. Sanofi S.A. et al | 2:17-cv-06807 |
| Leggett v. Sanofi S.A. et al | 2:17-cv-06900 |
| Leith v. Sanofi S.A. et al | 2:16-cv-15286 |
| Lester v. Sanofi S.A. et al | 2:17-cv-06886 |
| Lipman v. Sanofi S.A. et al | 2:17-cv-07083 |
| Little v. Sanofi S.A. et al | 2:16-cv-17022 |
| Lockett v. Sanofi S.A. et al | 2:17-cv-07095 |
| Long v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16781 |
| Lonzo v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16793 |
| Love v. Sanofi S.A. et al | 2:17-cv-06605 |
| Lowery v. Sanofi S.A. et al | 2:17-cv-07194 |
| Luellen-Williams v. Sanofi S.A. et al | 2:17-cv-00528 |
| Lyles v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16773 |
| Lyon v. Sanofi S.A. LLC et al | 2:16-cv-16749 |
| Lyons et al v. Sanofi S.A. et al | 2:17-cv-07230 |
| Madril v. Sanofi S.A. et al | 2:17-cv-07234 |
| Mamola v. Sanofi S.A. et al | 2:17-cv-07286 |
| Marco v. Sanofi S.A. et al | 2:16-cv-16939 |
| Markey v. Sanofi S.A. et al | 2:16-cv-16934 |
| Markham v. Sanofi S.A. et al | 2:17-cv-04495 |
| Marks v. Sanofi S.A. et al | 2:17-cv-07288 |
| Martin v. Sanofi S.A. et al | 2:17-cv-05797 |
| Matthews et al v. Sanofi S.A. et al | 2:17-cv-07297 |
| McCloud et al v. Sanofi S.A. et al | 2:17-cv-07300 |
| McCullom v. Sanofi S.A. et al | 2:16-cv-17197 |
| McCullough v. Sanofi, S.A., et al. | 2:16-cv-15511 |
| McDaniel v. Sanofi S.A. et al | 2:17-cv-07719 |
| McNeal v. Sanofi S.A. et al | 2:16-cv-17919 |
| Mead-Nothaft v. Sanofi S.A. et al | 2:17-cv-07722 |
| Miniat v. Sanofi S.A. et al | 2:16-cv-16686 |
| Mink v. Sanofi S.A. et al | 2:17-cv-02931 |
| Mitchell v. Sanofi S.A. et al | 2:16-cv-15578 |
| Monger v. Sanofi S.A. LLC et al | 2:16-cv-16750 |
| Moore v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15842 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Mottola v. Sanofi S.A. et al | 2:16-cv-15320 |
| O'Connell v. Sanofi S.A. et al | 2:17-cv-06972 |
| Oliveri v. Sanofi S.A. et al | 2:17-cv-01176 |
| Parkinson v. Sanofi S.A. et al | 2:17-cv-00960 |

| Matter Name | MDL Docket No. |
|---|---|
| Payne v. Sanofi S.A. et al | 2:16-cv-17200 |
| Peddle v. Sanofi S.A. et al | 2:16-cv-17009 |
| Pelfrey v. Sanofi S.A. et al | 2:16-cv-17228 |
| Prince v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17801 |
| Proctor v. Sanofi S.A. et al | 2:17-cv-05666 |
| Pryor-Lynch v. Sanofi S.A. et al | 2:16-cv-17337 |
| Rasmussen v. Sanofi S.A. et al | 2:17-cv-04840 |
| Ray v. Sanofi S.A. et al | 2:16-cv-17070 |
| Reed v. Sanofi S.A. et al | 2:16-cv-17843 |
| Reynolds v. Sanofi S.A. et al | 2:17-cv-08517 |
| Richards et al v. Sanofi S.A. et al | 2:17-cv-06289 |
| Rivers v. Sanofi S.A. et al | 2:17-cv-00862 |
| Roach et al v. Sanofi S.A. et al | 2:17-cv-07918 |
| Robinson v. Sanofi S.A. et al | 2:17-cv-00753 |
| Rome v. Sanofi S.A. et al | 2:16-cv-17075 |
| Russell v. Sanofi S.A. et al | 2:17-cv-00117 |
| Russell v. Sanofi S.A. et al | 2:17-cv-06728 |
| Sassen v. Sanofi S.A. et al | 2:17-cv-06291 |
| Shaw v. Sanofi S.A. et al | 2:17-cv-07777 |
| Shea v. Sanofi S.A. et al | 2:16-cv-17497 |
| Shoemaker v. Sanofi S.A. et al | 2:16-cv-17066 |
| Shull v. Sanofi S.A. et al | 2:16-cv-16687 |
| Sibley v. Sanofi S.A. et al | 2:16-cv-17035 |
| Smith et al v. Sanofi S.A. et al | 2:17-cv-06888 |
| Smith v. Sanofi S.A. et al | 2:16-cv-12943 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17032 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17202 |
| Smith v. Sanofi S.A. et al | 2:17-cv-00486 |
| Smith v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15398 |
| Spann v. Sanofi S.A. et al | 2:16-cv-15291 |
| Spencer v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17538 |
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 |
| Stallworth v. Sanofi S.A. et al | 2:16-cv-17047 |
| Stevens v. Sanofi S.A. et al | 2:17-cv-05918 |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 |
| Stewart et al v. Sanofi S.A. et al | 2:17-cv-07916 |
| Stewart v. Sanofi S.A. et al | 2:17-cv-06860 |
| Stinnett v. Sanofi S.A. et al | 2:16-cv-17071 |
| Strickland v. Sanofi S.A. et al | 2:16-cv-17067 |
| Sullen v. Sanofi S.A. et al | 2:16-cv-17106 |
| Sykes v. Sanofi S.A. et al | 2:16-cv-17043 |
| Tanner v. Sanofi S.A. et al | 2:17-cv-05711 |
| Tate-Hendricks v. Sanofi S.A. et al | 2:16-cv-17788 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-06048 |

| Matter Name | MDL Docket No. |
|---|---|
| Thomas v. Sanofi S.A. et al | 2:16-cv-17213 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17981 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-01732 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-07270 |
| Thompson v. Sanofi S.A. et al | 2:16-cv-17194 |
| Tipton v. Sanofi S.A. et al | 2:16-cv-17232 |
| Trave' v. Sanofi S.A. et al | 2:17-cv-07577 |
| Traylor v. Sanofi S.A. et al | 2:16-cv-15295 |
| Vandiver v. Sanofi S.A. et al | 2:17-cv-00918 |
| Villa v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17949 |
| Walker v. Sanofi S.A. et al | 2:17-cv-05084 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 |
| Ward v. Sanofi S.A. et al | 2:16-cv-17493 |
| Wartberg v. Sanofi S.A. et al | 2:16-cv-16932 |
| Washington v. Sanofi S.A. et al | 2:17-cv-06903 |
| Webb v. Sanofi S.A. et al | 2:17-cv-06642 |
| Webb-McConnell v. Sanofi S.A. et al | 2:16-cv-17155 |
| Welty v. Sanofi S.A. et al | 2:17-cv-06974 |
| Werning v. Sanofi S.A. et al | 2:16-cv-17169 |
| Whitaker v. Sanofi S.A. et al | 2:16-cv-17221 |
| White v. Sanofi S.A. et al | 2:16-cv-17068 |
| Willard v. Sanofi S.A., et al | 2:16-cv-15574 |
| Williams et al v. Sanofi S.A. et al | 2:16-cv-15557 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17034 |
| Williams v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-02194 |
| Wilson v. Sanofi S.A. et al | 2:17-cv-06553 |
| Winkel v. Sanofi S.A. et al | 2:17-cv-06659 |
| Wittenberg vs. Sanofi S.A., et al | 2:17-cv-04838 |
| Wolfgang v. Sanofi S.A. et al | 2:16-cv-16236 |
| Wright v. Aventis Pharma S.A. et al | 2:17-cv-10840 |
| Young v. Sanofi S.A. et al | 2:17-cv-05993 |
| Zenon v. Sanofi S.A. et al | 2:16-cv-17175 |