# APPENDIX G.7

Deficiency – No Response (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Daniels v. Sanofi S.A., et al. | 2:17-cv-05275 |
| Davis v. Sanofi S.A., et al. | 2:17-cv-05900 |
| Pickens v. Sanofi S.A., et al. | 2:17-cv-05898 |
| Rowe v. Sanofi S.A., et al. | 2:17-cv-05557 |