# APPENDIX H.7

Substantially Deficient (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Brown v. Sanofi-Aventis LLC, Sandoz Inc. | 2:16-cv-18928 |
| Snow v. Sanofi S.A., et al. | 2:16-cv-16797 |
| McConnell v. Sanofi S.A. et al. | 2:16-cv-02740 |
| DeGraff v. Sanofi S.A. et al. | 2:17-cv-5457 |