**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Nayda Womack Civil Action No. 2:17-cv-15744 | | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of Defendant, Eagle Pharmaceuticals, Inc. only.

Dated: January 26, 2018            Respectfully submitted,

**BARON & BUDD, P.C.**

/s/ Lydia Murphy
Lydia Murphy
Texas Bar No. 24099743
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219
Telephone:  (214) 521-3605
Facsimile:  (214) 520-1181
lymurphy@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Notice of Voluntary Dismissal was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered on this 26th day of January, 2018.

/s/ Lydia Murphy_____
Lydia Murphy