# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW STIPULATION OF DISMISSAL (DOC. 1503)** |
| THIS DOCUMENT RELATES TO:<br><br>DEBBIE HILES vs. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-05379 |

NOW INTO COURT, through undersigned counsel, comes Plaintiff Debbie Hiles, Case No. 2:17-cv-05379, who, for the reasons set for the below, respectfully requests that the Stipulation of Dismissal (Doc. 1503) be withdrawn.

Plaintiff requests withdrawal of the Stipulation of Dismissal because the document was filed in error. Plaintiff has not consented to dismiss her claims against defendants. Defendants' counsel have been contacted regarding this motion, and Defendants do no oppose it.

Dated this 26th day of January 2018.

By:   */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

1

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
       amz@classlawgroup.com

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 26, 2018             /s/ Karen Barth Menzies
                                    Karen Barth Menzies