# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW STIPULATION OF DISMISSAL (DOC. 1503)** |
| THIS DOCUMENT RELATES TO:<br><br>DEBBIE HILES vs. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-05379 |

PLAINTIFF DEBBIE HILES' Unopposed Motion to Withdraw Stipulation of Dismissal (Doc. 1503) was submitted to the Court on January 26, 2018. Based on the Motion, IT IS HEREBY ORDERED:

Plaintiff's Unopposed Motion to Withdraw Stipulation of Dismissal (Doc. 1503) is hereby GRANTED. Case No. 2:17-cv-05379 remains an active case in the MDL.

DATED: _____     _____
                                                    HON. KURT D. ENGELHARDT