UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| ——————————————— | ) | SECTION "N" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | HON. KURT D. ENGELHARDT |
| Katherine B. Irwin, | ) | |
| Case No. 2:16-cv-16148-KDE-MBN | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Katherine B. Irwin, by counsel, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), and hereby submits this stipulation of voluntary dismissal,

dismissing, with prejudice, all claims stated herein against Defendants Sanofi S.A., Aventis

Pharma S.A. and Sanofi-Aventis U.S. LLC, with each party to bear its own costs.


/s/ H. David Gibson
H. David Gibson (VSB No. 40641)
GENTRY LOCKE
10 Franklin Road, SE
Suite 900
Roanoke, Virginia 24011
Phone: 540.983.9300
Fax: 540.983.9400
gibson@gentrylocke.com
    *Counsel for Plaintiff, Katherine B. Irwin*

Seen and agreed.


/s/ Evan Holden with permission by H. David Gibson
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLC
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Phone: 678.553.2100
Fax: 678.553.2100
 *Counsel for Defendant Sandoz, Inc.*


/s/ Kelly Bieri with permission by H. David Gibson
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
Phone: 816.474.6550
Fax: 816.421.5547
 *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services, Inc.*