# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*PATRICIA BROWN v. SANOFI S.A., ET AL.* | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ INC.**<br><br>Civil Action No.: 2:16-cv-17359 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Patricia Brown's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Allergan Finance LLC f/k/a Actavis Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Allergen PLC, and Teva Pharmaceutical Industries, Ltd. be dismissed with prejudice, each party to bear its own costs.

Dated this 29th day of January 2018.

| | |
|---|---|
| **LOWE LAW GROUP**<br><br>By: */s/ T. Aaron Stringer*<br>T. Aaron Stringer<br>6028 S. Ridgeline Dr., Ste. 200<br>Ogden, UT 84405<br>Telephone: (385) 298-0175<br>Facsimile: (801) 656-0997<br>Email:aaron@lowelawgroup.com<br><br>*Attorney for Plaintiff(s)* | **IRWIN FRITCHIE URQUHART & MOORE**<br><br>By: /s/ Douglas J. Moore<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>       kbrilleaux@irwinllc.com |

Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO 64108
Email:  hratliff@shb.com
             jstrongman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**

By:/s/ Lori G. Cohen
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
Email: cohenl@gtlaw.com
            merrellc@gtlaw.com
            holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
            debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**KEOGH, COX & WILSON, LTD.**

By:     /s/ John P. Wolff, III
John P. Wolff, III
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
Email: jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By: __/s/ Mark S. Cheffo_____
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@chaffe.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

**LEAKE & ANDERSON, LLP**

By: _/s/ Stanton E. Shuler, Jr._____
Stanton E. Shuler, Jr.
Cristin Bordelon
1100 Poydras St., Suite 1700
New Orleans, LA 70163
Email: sshuler @leakeanderson.com
cbordelon@leakeanderson.com

Geoffrey M. Coan
Kathleen E. Kelly

**HINSHAW & CULBERTSON, LLP**
28 State St., 24th Floor
Boston, MA 02109
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern

Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800
Cincinnati, OH 45202
Email: msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 29, 2017                /s/ T. Aaron Stringer
                                        T. Aaron Stringer