**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGLEHARDT |
| *Sally Koch, 2:17-cv-12778* | |
| | JUDGE NORTH |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit her PFS is currently February 2, 2018. Plaintiff requests an additional 60 days, with a new deadline date of April 3, 2018, to provide the required PFS.

In support of her motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1) On November 20, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2) Counsel requested Plaintiff's medical records documenting her Taxotere usage and NDC code through American Retrieval Company on October 13, 2017 and Counsel was informed that the records would be available on January 23, 2018. The records were not ready or available and Counsel was told that the records request was denied.

3) Counsel requested Plaintiff's medical records again with a rush request order on January 29, 2018.

4) Counsel requests an extension of time to submit Plaintiff's PFS because we have been unable to obtain Plaintiff's medical records. Counsel submits that extra time may be necessary to be able to obtain the records. Efforts to obtain the records are continuing.

5) This is Plaintiff's first Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until April 3, 2018.

Dated: January 30, 2018

Respectfully submitted,

/s/*Gregory N. McEwen*
Gregory N. McEwen  MN#0273843
McEwen Law Firm, Ltd
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile:  (651) 223-5790
gmcewen@mcewelaw.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 30th day of January, 2018

/s/*Gregory N. McEwen*
Gregory N. McEwen  MN#0273843
McEwen Law Firm, Ltd
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile:  (651) 223-5790
gmcewen@mcewelaw.com
***Attorney for Plaintiff***