

# WORK ORDER REPORT

Work Order #: WO 829801

**Date Printed: 01/25/2018**

## Client Information:

| | | | |
|---|---|---|---|
| **Service Rep:** | Megan Swanson | **Record Request #:** | 241575 |
| **Client Name:** | McEwen Law Firm | **Claim No:** | Taxotere |
| **Requested By:** | Truda Hansen | **Case No:** | Taxotere |
| **Facility Name:** | University of Chicago Medical Center | **Matter ID:** | null |
| **Facility Address:** | 5841 South Maryland Avenue, MC 0978Chicago , IL, 60637 | **Doctor Name:** | |

## For Records On:

| | | | | | |
|---|---|---|---|---|---|
| **Last name:** | Koch | **First name:** | Sally | **Middle name:** | |
| **Maiden name/Alias:** | | **Birth date:** | 11/15/1948 | **SSN:** | XXX-XX-5840 |

## Service Requested:

**Type of Service:** Standard   **Request date:** 10/13/2017          **Certified Records:** No

**Records Type:** Other (Use comments section for specifics)  Specifically: From: University of Chicago Medicine Comprehensive Cancer Center

Oncology charts, consults, chemotherapy records, prescription records