

# WORK ORDER REPORT

Work Order #: WO 894049

**Date Printed: 01/29/2018**

## Client Information:

| | | | |
|---|---|---|---|
| **Service Rep:** | Megan Swanson | **Record Request #:** | 258328 |
| **Client Name:** | McEwen Law Firm | **Claim No:** | Taxotere |
| **Requested By:** | Truda Hansen | **Case No:** | Taxotere |
| **Facility Name:** | University of Chicago Medicine Comprehensive Cancer Center at Silver Cross Hospital | **Matter ID:** | null |
| **Facility Address:** | Carolyn J. Szerkies Pavilion, 1850 Silver Cross BlvdNew Lenox, IL, 60451 | **Doctor Name:** | |

## For Records On:

| | | | | | |
|---|---|---|---|---|---|
| **Last name:** | Koch | **First name:** | Sally | **Middle name:** | |
| **Maiden name/Alias:** | | **Birth date:** | 11/15/1948 | **SSN:** | XXX-XX-5840 |

## Service Requested:

| | | | | | |
|---|---|---|---|---|---|
| **Type of Service:** | Rush - Less than 10 working days | **Request date:** | 01/29/2018 | **Certified Records:** | No |
| **Records Type:** | Other (Use comments section for specifics)  Specifically: Chemotherapy flow sheets with NDC(s), Super Billing related to chemotherapy, Health Insurance Claim Form 1500, CMS-1500 Form, UB-04 Form | | | | |