UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: | | JUDGE KURT D. ENGELHARDT |
| *Jill Fisher v. Sanofi S.A., et al.,* *Civil Action No. 2:17-cv-09890* | | |
| | | MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jill Fisher, through her undersigned counsel, hereby gives notice of her voluntary dismissal without prejudice of Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis, Inc., and Actavis Pharma Inc. only.

Dated this 30th day of January, 2018.

                                                Respectfully submitted,

                                                THE SIMON LAW FIRM, P.C.

                                                By: /s/Amy Collignon Gunn
                                                      John G. Simon
                                                      Amy Collignon Gunn
                                                      800 Market Street, Ste. 1700
                                                      St. Louis, MO 63101
                                                      Phone: 314-241-2929
                                                      Fax: 314-241-2029
                                                      jsimon@simonlawpc.com
                                                      agunn@simonlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn