UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | |
| THIS DOCUMENT RELATES TO: : | JUDGE KURT D. ENGELHARDT |
| Gideon v. Sanofi US Services Inc. f/k/a : | |
| Sanofi-Aventis U.S. Inc., et al., Civil : | MAG. JUDGE MICHAEL B. NORTH |
| Action No. 2:17-cv-12946 : | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.

It is hereby stipulated and agreed, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Heather Gideon's case against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. is dismissed with prejudice, with each party to bear its own costs. This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Heather Gideon's claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Plaintiff Heather Gideon's claims against all other Defendants named in civil action number 2:17-cv-12946 will remain active.

| | |
|---|---|
| Dated: January 30, 2018 | Respectfully submitted, |
| /s/ *Mark S. Cheffo* | /s/ Russell Abney |
| | Russell Abney, Esq. |
| Mark S. Cheffo | State Bar No. 000875 (GA) |
| Mara Cusker Gonzalez | **FERRER POIROT &** |
| **QUINN EMANUEL** | **WANSBROUGH** |
| **URQUHART & SULLIVAN,** | 2100 RiverEdge Pkwy, Ste 1025 |
| **LLP** | Atlanta, GA 30328 |
| 51 Madison Ave., 22nd Floor | Telephone: (800) 661-8210 |
| New York, NY 10010 | Facsimile: (707) 313-0956 |
| Phone: (212) 849-7000 | Email: atlanta@lawyerworks.com |
| Fax: (212) 849-7100 | *Attorney for the Plaintiff* |
| markcheffo@quinnemanuel.com | |
| maracuskergonzalez@quinnemanuel.com | |

/s/ *John F. Olinde*

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: January 30, 2018                    Respectfully submitted,

**FERRER POIROT & WANSBROUGH**

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*