AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Reba Arends | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  2:17-cv-16214 |
| Hospira, Inc., et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reba Arends                                                                        .

Date:   01/30/2018                                        s/ J. Christopher Elliott
                                                                        *Attorney's signature*

                                                    J. Christopher Elliott (CO 41063)
                                                        *Printed name and bar number*
                                                            Bachus & Schanker, LLC
                                                            1899 Wynkoop St., #700
                                                                Denver, CO 80202

                                                                        *Address*

                                                        celliott@coloradolaw.net
                                                                    *E-mail address*

                                                                (303) 893-9800
                                                                *Telephone number*

                                                                (303) 893-9900
                                                                    *FAX number*