AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Theresa Gathings | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:17-cv-17021 |
| Sanofi S.A., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theresa Gathings                    .

Date:   01/30/2018

s/ J. Christopher Elliott
*Attorney's signature*

J. Christopher Elliott (CO 41063)
*Printed name and bar number*
Bachus & Schanker, LLC
1899 Wynkoop St., #700
Denver, CO 80202

*Address*

celliott@coloradolaw.net
*E-mail address*

(303) 893-9800
*Telephone number*

(303) 893-9900
*FAX number*