# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 : : SECTION "N"(5) : |
| THIS DOCUMENT RELATES TO: Rackley v. Sanofi-Aventis U.S. LLC, et al., Civil Action No. 2:17-cv-13740 | : JUDGE KURT D. ENGELHARDT : : MAG. JUDGE MICHAEL B. NORTH : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., Sun Pharma Global FZE & Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: January 30, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: January 30, 2018

                                            Respectfully Submitted,

                                            **NIEMEYER GREBEL & KRUSE, LLC**

                                            */s/ Mark R. Niemeyer*
                                            Mark R. Niemeyer #42437
                                            Michael S. Kruse #57818
                                            10 S. Broadway,
                                            Suite 1125
                                            St. Louis, MO  63102
                                            314-241-1919 phone
                                            314-665-3017 fax
                                            niemeyer@ngklawfirm.com
                                            kruse@ngklawfirm.com

                                            Attorneys for Plaintiff