IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Carol Breslauer v. Sanofi US Services* ) <br> *Inc., et; Case No. 2:17-cv-00119* ) <br> ) | MDL NO. 2740 <br> SECTION "N" (5) <br> HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### FOR DEFENDANTS

COMES NOW plaintiff Carol Breslauer, in the above-styled action, by her attorney, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby voluntarily dismisses all claims against Defendants Sandoz Inc. and Accord Healthcare, Inc. without prejudice. Each party to bear their own fees and costs. This should not be construed to apply to any of the remaining Defendants in this case.

Dated: January 31, 2018   */s/ Holly Nighbert*
   Holly Nighbert (IL Bar No. 6325135)
   **SIMMONS HANLY CONROY**
   One Court Street
   Alton, IL  62002
   Telephone (618) 259-2222
   Facsimile (618) 259-2251
   hnighbert@simmonsfirm.com

   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Holly Nighbert*
Holly Nighbert