UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO.: 2740 ) ) SECTION "N"(5) ) JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Saundra Green v. Sanofi S.A., et al* Case No.: 2:16-cv-15518 Plaintiff, Saundra Green | ) MAG. JUDGE NORTH ) ) ) ) ) ) |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, SAUNDRA GREEN now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting John Green, Jr., on behalf of his deceased wife, Saundra Green, in the above captioned cause.

1. Saundra Green filed a products liability lawsuit against defendants on September 27, 2016. *See* Doc. 1.

2. Saundra Green filed her 1ST Amended Complaint on May 31, 2017. *See* Doc. 8.

3. On January 3, 2017, Saundra Green passed away.

4. Plaintiff filed a Suggestion of Death on October 6, 2017. *See* Doc. 905, attached hereto as **Exhibit A.**

5. Saundra Green's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

6. The decedent's husband, JOHN GREEN, JR., is the Proper Plaintiff and wishes to be substituted on behalf of Saundra Green, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: Winter Park, Florida
February 1, 2018

Respectfully submitted,

/s/Jason R. Fraxedas
JASON R. FRAXEDAS
The Maher Law Firm, P.A.
271 W. Canton Ave., Suite 1
Winter Park, FL  32789
Phone: (407) 839-0866
Facsimile: (407) 425-7958
jrfraxedas@maherlawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Jason R. Fraxedas
JASON R. FRAXEDAS