# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION
MDL – 2740

**THIS DOCUMENT RELATES TO: CASE NO.: 2:16-cv-15516**

SAUNDRA GREEN,

    Plaintiff,

vs.

SANOFI S.A., et al,

    Defendant.

_____/

## SUGGESTION OF DEATH OF SAUNDRA GREEN

COMES NOW the husband, JOHN GREEN, JR. of Plaintiff, SAUNDRA GREEN, and by and through his undersigned attorney, files this Suggestion of Death:

That on **January 3, 2017** Plaintiff, SAUNDRA GREEN, passed away in Baton Rouge, Louisiana.

DATED this 6th day of October, 2017.

                                                /s/ Jason R. Fraxedas
                                              JASON R. FRAXEDAS
                                              Florida Bar Number 63887
                                              THE MAHER LAW FIRM, P.A.
                                              271 West Canton Ave., Suite 1
                                              Winter Park, FL 32789
                                              Voice: 407-839-0866
                                              Fax:   407-425-7958
                                              jrfraxedas@maherlawfirm.com