# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO.: 2740 ) ) SECTION "N"(5) ) JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Saundra Green v. Sanofi S.A., et al* Case No.: 2:16-cv-15518 Plaintiff, Saundra Green | ) MAG. JUDGE NORTH ) ) ) ) ) ) |

## ORDER ON MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **JOHN GREEN, JR.**, on behalf of his deceased wife, SAUNDRA GREEN, may be substituted for Saundra Green as the proper party plaintiff in this action.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
HONORABLE KURT D. ENGLEHARDT
United States District Court Judge