UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

# PRETRIAL ORDER NO. 76
# [SETTING THE NEXT MEETING OF LIAISON COUNSEL AND THE NEXT GENERAL STATUS CONFERENCE]

**IT IS ORDERED** that:

1. The next meeting of liaison counsel and the Court will take place on **Monday, February 5, 2018, at 9:30 a.m.** in the undersigned's chambers. Counsel are to submit a proposed agenda for the meeting via email on or before **Thursday, February 1, 2018, by 5:00 p.m.**

2. The next general status conference will take place on **Wednesday, March 7, 2018, at 10:00 a.m.** in the undersigned's courtroom, with the meeting of liaison counsel at 8:30 a.m. and meeting of the Plaintiffs' Steering Committee at 9:00 a.m. The Court has set up a conference line for the status conference. To participate, call (800) 260-0702 and enter access code 444319.

New Orleans, Louisiana, this 31st day of January 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE