IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** : | **MDL NO. 2740** |
| : | **SECTION "N"(5)** |
| **THIS DOCUMENT RELATES TO:** : | **JUDGE KURT D. ENGELHARDT** |
| *Jacquelin Dixon v. Sanofi US Services, Inc., et al.* **(Case No. 2:17-cv-16764)** : | **MAG. JUDGE MICHAEL B. NORTH** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. without prejudice, with each party to bear its own costs and fees. Plaintiff's claims against all other Defendants named in civil action 2:17-cv-16764 remain active.

Dated: February 1, 2018                     MESHBESHER & SPENCE, LTD.

                                            By: /s/ Anthony J. Nemo            .
                                            Anthony J. Nemo (#221351)
                                            Ashleigh E. Raso (#0393353)
                                            1616 Park Avenue
                                            Minneapolis, MN  55404
                                            Telephone: (612) 339-9121
                                            Facsimile: (612) 339-9188
                                            tnemo@meshbesher.com
                                            araso@meshbesher.com

                                            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2018 a true and correct copy of the above Notice of Voluntary Dismissal Without Prejudice was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered.

                                                    By:    /s/ Anthony J. Nemo
                                                                    Anthony J. Nemo