IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE :  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| ELLEN LOUQUE and DALE LOUQUE | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| | COMPLAINT & JURY DEMAND |
| v. | |
| | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. Defendants. | Section: _____ |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT ADDING A NEW DEFENDANT (WITH CONSENT)**

Plaintiffs, Ellen Louque and Dale Louque, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint and moves to dismiss claims against Defendants, Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S, with prejudice, for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, ELLEN LOUQUE, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair.  Her original suit was filed on December 12, 2016, shortly after she became aware of claims associated with Taxotere use.

Subsequent to the filing of her original lawsuit, and after diligent and persistent investigation by counsel, Plaintiff learned from medical records that HOSPIRA WORLDWIDE, INC and/or HOSPIRA, INC. was the manufacturer of the chemotherapy drug she took which

caused her permanent hair loss. This fact was not evident from a normal review of the medical records, but rather involved investigation related to certain NDC codes that were not provided with requested medical records.

Plaintiff, therefore, desires to Amend the lawsuit filed in this matter to add a claim against HOSPIRA WORLDWIDE, INC. and/or HOSPIRA, INC. and desires to dismiss with prejudice claims against all other Defendants, Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S.

Pursuant to Local Rule 7.6, Defendants have been contacted regarding their position relative to the filing of this Amended Complaint and have provided consent.

Plaintiff, therefore, desires to dismiss, with prejudice, all claims against Defendants Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S and desires to amend the Complaint to include an allegation against HOSPIRA WORLDWIDE, INC. and/or HOSPIRA, INC. and to add that she only recently became aware of these allegations.

Respectfully submitted,

MORROW, MORROW, RYAN, BASSETT & HAIK

By:   /s/ *Jeffrey M. Bassett*_____
         Jeffrey M. Bassett (#2840)
         Taylor J. Bassett (#33720)
         Kathleen E. Ryan (#36335)
         Post Office Drawer 1787
         Opelousas, LA  70571-1787
         337-948-4483 / 337-942-5234 (fax)
         ***Attorneys for Plaintiff***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ELLEN LOUQUE and DALE LOUQUE | SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiffs, | COMPLAINT & JURY DEMAND |
| v. | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

## ORDER GRANTING MOTION TO DISMISS AND GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss with prejudice all claims against Defendants, Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S.;

Further, the Court GRANTS Leave to File Amended Short Form Complaint in the above captioned matter adding claims against HOSPIRA WORLDWIDE, INC. and/or HOSPIRA, INC.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT

3