# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*BETTY HARDY v. SANOFI S.A., ET AL.* | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL HOSPIRA DEFENDANTS**<br><br>Civil Action No.: 2:16-cv-17425 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Betty Hardy's claims against all Hospira defendants, including Hospira Worldwide Inc. and Hospira Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 1st day of February 2018.

| | |
|---|---|
| **LOWE LAW GROUP**<br><br>By: */s/ T. Aaron Stringer*<br>T. Aaron Stringer<br>6028 S. Ridgeline Dr., Ste. 200<br>Ogden, UT 84405<br>Telephone: (385) 298-0175<br>Facsimile: (801) 656-0997<br>Email:aaron@lowelawgroup.com<br><br>*Attorney for Plaintiff(s)* | **IRWIN FRITCHIE URQUHART & MOORE**<br><br>By: /s/ Douglas J. Moore<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>          kbrilleaux@irwinllc.com |

Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO 64108
Email:  hratliff@shb.com
          jstrongman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*


**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By:  /s/ Mark S. Cheffo
Mark S. Cheffo
51 Madison Ave., 22nd Floor New York, NY 10010
Email: markcheffo@chaffe.com

John F. Olinde
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 2, 2018          /s/ T. Aaron Stringer  
                                                    T. Aaron Stringer