**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION "N" (5) |
| | : | |
| | : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | : | |
| *Piggott v. Sanofi-Aventis U.S. LLC et al,* | : | MAG. JUDGE MICHAEL B. NORTH |
| 2:17-cv-09985-KDE-MBN | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Theresa Piggott's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own attorney's fees and costs. Plaintiff has identified Sandoz Inc. as the sole manufacturer of her Docetaxel.

Dated: January 30, 2018

  /s/ Dean A. Goetz
Dean A. Goetz
THE GOETZ FIRM, INC.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com

  /s/ Douglas J. Moore
Douglas J. Moore
Kelly Brilleaux
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

  /s/ John F. Olinde
John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre

1100 Poydras Street
New Orleans, Louisiana 70163-2300
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
        505b2liaison@chaffe.com
*Liaison counsel for the Defendants*

  */s/ Harley V. Ratliff*       
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
      kbieri@shb.com
      noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S.*
*LLC and Sanofi US Services Inc.*

  */s/ Evan Holden*         
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: merrellc@gtlaw.com
      holdene@gtlaw.com
      Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 2, 2018

   */s/ Dean A. Goetz*

Dean A. Goetz
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com