UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Williams v. Sanofi S.A. et al,*<br>2:16-cv-16851-KDE-MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Barbara Williams's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Pfizer Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own attorney's fees and costs. Plaintiff has identified Hospira as the sole manufacturer of her Docetaxel.

Dated: January 30, 2018

 /s/ Dean A. Goetz

Dean A. Goetz
THE GOETZ FIRM, INC.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com

 /s/ Douglas J. Moore

Douglas J. Moore
Kelly Brilleaux
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

  /s/ John F. Olinde
John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre

1100 Poydras Street
New Orleans, Louisiana 70163-2300
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
       505b2liaison@chaffe.com
*Liaison counsel for the Defendants*

  /s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
       kbieri@shb.com
       noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

  /s/ Mara Cusker Gonzalez
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
       maracuskergonzalez@quinnemanuel.com
       sararoitman@quinnemanuel.com
       Docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 2, 2018        _/s/ Dean A. Goetz_
                   Dean A. Goetz
                   The Goetz Firm, Inc.
                   603 N. Coast Hwy 101, Ste. H
                   Solana Beach, CA 92075
                   Telephone: (858) 481-8844
                   FAX: (858) 481-2139
                   E-mail: dgoetz12@gmail.com