## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>MARYANN V. MARTINEZ V. SANOFI S.A., ET AL., | Civil Action No.: 2:17-cv-10427-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Maryann V. Martinez's case 2:17-cv-10427-KDE-MBN will be dismissed with prejudice, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is that recently received medical records do not identify any of the named defendants as the manufacturer of the docetaxel used by Ms. Martinez.

Dated this 29th day of January 2018.

| | |
|---|---|
| **WILLIAMS KHERKHER HART BOUNDAS, LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: s/*Brian A. Abramson*<br>Brian A. Abramson, Esq.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Telephone: (713)230-2200<br>Facsimile: (713) 643-6226<br>Email: babramson@williamskherkher.com<br>*Attorney for Plaintiff* | By: */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>kbrilleaux@irwinllc.com |

1

        Harley Ratliff, Esq.
        Kelly Bieri, Esq.
        2555 Grand Blvd.
        Kansas City, MO  64108
        Email:  hratliff@shb.com
                kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*