# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*WANDA STAMPER v. SANOFI S.A., ET AL.* | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ INC.**<br><br>Civil Action No.: 2:16-cv-17381 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Wanda Stamper's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide Inc., Hospira Inc., Hospira Worldwide, LLC; Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Allergen PLC, Teva Pharmaceutical Industries, Ltd., and Sun Pharmaceutical Industries, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 29th day of January 2018.

| | |
|---|---|
| **LOWE LAW GROUP**<br><br>By: */s/ T. Aaron Stringer*<br>T. Aaron Stringer<br>6028 S. Ridgeline Dr., Ste. 200<br>Ogden, UT 84405<br>Telephone: (385) 298-0175<br>Facsimile: (801) 656-0997<br>Email:aaron@lowelawgroup.com<br><br>*Attorney for Plaintiff(s)* | **IRWIN FRITCHIE URQUHART & MOORE**<br><br>By: /s/ Douglas J. Moore<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>       kbrilleaux@irwinllc.com |

Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO 64108
Email:  hratliff@shb.com
           jstrongman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**

By:/s/ Lori G. Cohen
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
Email: cohenl@gtlaw.com
           merrellc@gtlaw.com
           holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
           debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**KEOGH, COX & WILSON, LTD.**

By:    /s/ John P. Wolff, III
John P. Wolff, III
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
Email: jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By:   /s/ Mark S. Cheffo
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY  10010
Email:  markcheffo@chaffe.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

By:   /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP**
1100 Poydras St., Suite 1700
New Orleans, LA 70163
sshuler @leakeanderson.com
cbordelon@leakeanderson.com
*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*


**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern

Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800

3

Cincinnati, OH 45202
Email: msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 2, 2018                  /s/ T. Aaron Stringer
                                                                          T. Aaron Stringer