UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Bentley v. Sanofi S.A. et al,* 2:17-cv-09948-KDE-MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Nellie Bentley's claims against Pfizer Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated: February 2, 2018

 /s/ Dean A. Goetz

Dean A. Goetz
THE GOETZ FIRM, INC.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com

 /s/ Douglas J. Moore

Douglas J. Moore
Kelly Brilleaux
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

 /s/ John F. Olinde

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Phone: (504) 585-7241

Facsimile: (504) 544-6084
Email: olinde@chaffe.com
           505b2liaison@chaffe.com
*Liaison counsel for the Defendants*

  /s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
           kbieri@shb.com
           noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

  /s/ Mara Cusker Gonzalez
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
           maracuskergonzalez@quinnemanuel.com
           sararoitman@quinnemanuel.com
           Docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 2, 2018          */s/ Dean A. Goetz*
                   Dean A. Goetz
                   The Goetz Firm, Inc.
                   603 N. Coast Hwy 101, Ste. H
                   Solana Beach, CA 92075
                   Telephone: (858) 481-8844
                   FAX: (858) 481-2139
                   E-mail: dgoetz12@gmail.com