MINUTE ENTRY
ENGELHARDT, J.
February 5, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

      A status conference was conducted on Monday, February 5, 2018, at 9:30 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants. Judge Milazzo, and law clerks Chynna Anderson and Jennifer Rogers, were also in attendance.

(JS10: 1:25)