# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| PHYLLIS BATIE and GERAL BATIE, | : : | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : : | Civil Action No.: 2:16-cv-16233 |
| SANOFI S.A., et al. | : : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Unopposed Motion for Leave to File Second Amended Short Form Complaint (Rec. Doc. 1497) in the above captioned matter.

New Orleans, Louisiana this   24th   day of   January  ,  2018  .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**