# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Martha Ann Howell
Case No.: 17-cv-00246

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1500) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana this   24th   day of   January  ,  2018  .

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**