# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: Leslie Powell; 2:17-cv-16740 | : JUDGE KURT D. ENGELHARDT |
| | : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all claims against Defendants Sun Pharma Global FZE *only*.

Dated this 5th day of February, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their

attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 5, 2018

          Respectfully Submitted,

          /s/ Melanie K. Schmickle
          Melanie K. Schmickle, MO# 52176
          Tara K. King, MO #69171
          SWMW Law, LLC
          701 Market Street, Ste. 1000
          Phone: (314) 480-5180
          Facsimile: (314) 932-1566
          Email: melanie@swmwlaw.com
          Email: tara@swwmwlaw.com
          ***ATTORNEYS FOR PLAINTIFFS***