# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | : : : : : **THIS DOCUMENT RELATES TO:** : **Darlene Mason; 2:17-cv-16705** : : : | **MDL NO. 2740** **SECTION "N"(5)** **JUDGE KURT D. ENGELHARDT** **MAG. JUDGE MICHAEL B. NORTH** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all claims against Defendants Sun Pharma Global FZE *only*.

Dated this 5th day of February, 2018

    Respectfully Submitted,

    /s/ Melanie K. Schmickle
    Melanie K. Schmickle, MO# 52176
    Tara K. King, MO #69171
    SWMW Law, LLC
    701 Market Street, Ste. 1000
    Phone: (314) 480-5180
    Facsimile: (314) 932-1566
    Email: melanie@swmwlaw.com
    Email: tara@swwmwlaw.com
    ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their

attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 5, 2018

        Respectfully Submitted,

        /s/ Melanie K. Schmickle
        Melanie K. Schmickle, MO# 52176
        Tara K. King, MO #69171
        SMWM Law, LLC
        701 Market Street, Ste. 1000
        Phone: (314) 480-5180
        Facsimile: (314) 932-1566
        Email: melanie@swmwlaw.com
        Email: tara@swwmwlaw.com
        ***ATTORNEYS FOR PLAINTIFFS***