**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | |
| PHYLLIS BATIE and GERAL BATIE, | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| Plaintiffs, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | ORDER |
| | : | |
| | : | Civil Action No.: 2:16-cv-16233 |
| | : | |
| SANOFI S.A., et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby DENIES Plaintiffs' Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 965) in the above captioned matter AS MOOT, given Plaintiffs' subsequent motion (Rec. Doc. 1497).

New Orleans, Louisiana, this 1st day of February 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE