# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Teresa Steele
Case No.: 16-cv-17813

## ORDER

     Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1075) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

     New Orleans, Louisiana this 1st day of February, 2018.

                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**