# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 : : SECTION "N"(5) : |
| THIS DOCUMENT RELATES TO: Edna Ebron; 2:17-cv-16615 | : JUDGE KURT D. ENGELHARDT : : MAG. JUDGE MICHAEL B. NORTH : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all claims against Defendants Sun Pharma Global FZE.

Dated this 7th day of February, 2018

    Respectfully Submitted,

    /s/ Melanie K. Schmickle
    Melanie K. Schmickle, MO# 52176
    Tara K. King, MO #69171
    SWMW Law, LLC
    701 Market Street, Ste. 1000
    Phone: (314) 480-5180
    Facsimile: (314) 932-1566
    Email: melanie@swmwlw.com
    Email: tara@swwmwlaw.com
    *ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 7, 2018

                                                Respectfully Submitted,

                                                /s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Emaail: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***