## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| | **PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW STIPULATION OF DISMISSAL (DOC. 1503)** |
| THIS DOCUMENT RELATES TO:<br><br>DEBBIE HILES vs. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-05379 |

      PLAINTIFF DEBBIE HILES' "Unopposed Motion to Withdraw Stipulation of Dismissal (Doc. 1503) "was submitted to the Court on January 26, 2018. Based on the Motion (Rec. Doc. 1538), **IT IS HEREBY ORDERED**:

      Plaintiff's "Unopposed Motion to Withdraw Stipulation of Dismissal (Doc. 1503)" is hereby **GRANTED**. Case No. 2:17-cv-05379 remains an active case in the MDL.

      New Orleans, Louisiana, this 1st day of February 2018.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**