# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Joyce D. Carter
Case No.: 17-cv-00963

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1078) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 1st day of February 2018.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**