UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| LAKEYSHA BRAISON | |
| | JUDGE ENGELHARDT |
| Plaintiff(s), | MAG. JUDGE NORTH |
| vs. | ORDER |
| PFIZER INC., HOSPIRA, INC., ZYDUS HOSPIRA ONCOLGY PVT. LTD., and CADILA HEALTHCARE LTD., | Civil Action No.: 2:17-cv-01785 |
| Defendants. | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint what was attached as Exhibit A to Plaintiff's Motion (Rec. Doc. 1189).

New Orleans, Louisiana, this 1st day of February, 2018.

KURT D. ENGELHARDT
UNTED STATES DISTRICT JUDGE

1