UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| FLORDIA TAYLOR       , | : : | |
| Plaintiff(s), | : : | COMPLANT & JURY DEMAND<br><br>Civil Action No.: 1:16-CV-17915 |
| vs. | : : : | |
| Sanofi Aventis U.S. Services, Inc. et al , | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------------ | : | |

## MOTION FOR LEAVE TO
## FILE AMENDED COMPLAINT

Plaintiff Flordia Taylor, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated this 7th day of February, 2018.

Respectfully submitted,

VERHINE & VERHINE PLLC

BY:   */s/ E. Scott Verhine*
E. Scott Verhine, MSB# 10548
Verhine & Verhine PLLC
1013 Adams Street
Vicksburg, MS 39183
(601) 636-0791
(601) 636-2718 (fax)
scott@verhine.biz
ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this the 7th day of February, 2018.

                                                */s/ E. Scott Verhine*
                                                E. Scott Verhine, Attorney for Plaintiff