UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AUGUST V. SANOFI, S. A., ET AL., CASE 2:16-CV-16231-KDE-MBN | ORDER TO DISMISS WITH PREJUDICE SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S. |

## ORDER

This matter having been brought on for hearing on Plaintiff's Unopposed Motion to Dismiss with Prejudice (Rec. Doc. 1206), and the Court having been advised Defendants do not oppose same, finds the motion is well taken and should be, and hereby is granted.

IT IS SO ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice of SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S. is hereby GRANTED and that Plaintiff's claims are hereby dismissed as to SANOFI S.A., AVENTIS PHARMA, S.A., SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC,

SEPARATELY AND DOING BUSINESS AS WINTHROP, U.S., with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this the 1st day of February, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE