**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" (5) |

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Ernyes-Kofler v. Sanofi S.A., et al.*, 2:17-cv-03867-KDE-MBN
*McCallister v. Sanofi S.A., et al.*, 2:17-cv-02356-KDE-MBN

### DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant sanofi-aventis U.S. LLC ("sanofi"), through counsel, respectfully requests leave to file a Supplemental Memorandum in Support of its Opposition to Plaintiffs' Motion to Remand. Specifically, sanofi seeks leave to alert the Court to recently discovered information revealing that McKesson Corporation ("McKesson") did not distribute Taxotere® or Winthrop® docetaxel to the facilities where Plaintiffs Klara Ernyes-Kofler, Lisa McCallister, Josephine Hicks, or Sandra Isham received their respective docetaxel infusions. *See* Supp. Mem. Exs. A-D. Based on this information, there is no reasonable basis in fact and law supporting Plaintiffs' claims against McKesson. The Court should therefore deny Plaintiffs' Motion to Remand (Rec. Doc. 469), sever all Plaintiffs in these two multi-plaintiff actions, and retain federal subject matter jurisdiction over such cases as part of MDL 2740.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly G. Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*