**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** <br><br> **SECTION "N" (5)** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Ernys-Kofler v. Sanofi S.A., et al.*, **2:17-cv-03867-KDE-MBN (E.D. La.)**
*McCallister, et al v. Sanofi S.A., et al.*, **2:17-cv-02356-KDE-MBN (E.D. La.)**

**ORDER**

Considering the Motion for Leave to File Supplemental Memorandum in Support of its Opposition to Plaintiffs' Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Supplemental Memorandum in Support of its Opposition to Plaintiffs' Motion to Remand is hereby entered into the Court's docket.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE