IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>  Rocklyn Barthelemy  ,<br><br>Plaintiff,<br><br>vs.<br><br>Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Sandoz Inc.,<br><br>Defendant(s). | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>COMPLAINT & JURY DEMAND<br><br>Civil Action No.:  2:16-cv-17948 |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1339) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

NEW ORLEANS, LOUISIANA, this 1st day of February, 2018

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE