UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Dorothy Locust; 2:17-cv-16656 | | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all Defendants from the above-captioned action in the Taxotere(Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own fees and costs.

Dated this 8th day of February, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 8, 2018

    Respectfully Submitted,

    /s/ Melanie K. Schmickle
    Melanie K. Schmickle, MO# 52176
    Tara K. King, MO #69171
    SWMW Law, LLC
    701 Market Street, Ste. 1000
    Phone: (314) 480-5180
    Facsimile: (314) 932-1566
    Email: melanie@swmwlaw.com
    Email: tara@swwmwlaw.com
    ***ATTORNEYS FOR PLAINTIFFS***

Case 2:16-md-02740-JTM-MBN Document 1637 Filed 02/08/18 Page 4 of 4