## Mica Harris

**From:** Tara King
**Sent:** Thursday, February 08, 2018 1:45 PM
**To:** Mica Harris
**Subject:** FW: [EXTERNAL] Locust 2:17-cv-16656

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**From:** Douglas Moore [mailto:dmoore@irwinllc.com]
**Sent:** Wednesday, February 07, 2018 8:51 AM
**To:** Olinde <Olinde@chaffe.com>; Tara King <tara@swmwlaw.com>
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Locust, Dorothy (67d0038ca+matter1053745343@maildrop.clio.com) <67d0038ca+matter1053745343@maildrop.clio.com>
**Subject:** RE: [EXTERNAL] Locust 2:17-cv-16656

Same for sanofi. Thanks

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
dmoore@irwinllc.com
504.310.2163
504.310.2101 fax

## IRWIN FRITCHIE URQUHART & MOOI

www.irwinllc.com

This communication is confidential and intended solely for the addressee. It may contain legally privileged and confidential information. If you are not the intended recipient you may not retain, copy, disclose, print or save this communication in any form. If you have received this communication in error, please delete this message.

**From:** Olinde, John [mailto:Olinde@chaffe.com]
**Sent:** Tuesday, February 06, 2018 4:40 PM
**To:** Tara King; Douglas Moore
**Cc:** Melanie Schmickle; Locust, Dorothy (67d0038ca+matter1053745343@maildrop.clio.com)
**Subject:** RE: [EXTERNAL] Locust 2:17-cv-16656

Tara. There is no opposition from the 505b2 defendants. Thanks.



**John F. Olinde | Partner**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
o: 504-585-7241 | f: 504-544-6084

1

chaffe.com | linkedin | bio | vcard | email

**From:** Tara King [mailto:tara@swmwlaw.com]
**Sent:** Tuesday, February 6, 2018 10:45 AM
**To:** Olinde, John <Olinde@chaffe.com>; dmoore@irwinllc.com
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Locust, Dorothy (67d0038ca+matter1053745343@maildrop.clio.com) <67d0038ca+matter1053745343@maildrop.clio.com>
**Subject:** RE: [EXTERNAL] Locust 2:17-cv-16656

**This Message originated outside of Chaffe McCall's system.**

Hi Doug and John,

Attached is the draft – our paralegal indicates that none of the defendants were served on this caser given we just received the summons. Please advise if the draft is ok to file.

Thanks,
Tara

**From:** Olinde, John [mailto:Olinde@chaffe.com]
**Sent:** Friday, January 12, 2018 2:00 PM
**To:** Tara King <tara@swmwlaw.com>; dmoore@irwinllc.com
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Locust, Dorothy (67d0038ca+matter1053745343@maildrop.clio.com) <67d0038ca+matter1053745343@maildrop.clio.com>
**Subject:** RE: [EXTERNAL] Locust 2:17-cv-16656


Tara

Thank you. There is no opposition from the 505b2 defendants but please send us a draft of the dismissal with prejudice before filing. Some 505b2 defendants have been named and not served, and they should all be included in the dismissal but there should not be a signature block for any unserved defendant. If you have any questions, let me know.


Sent from Mail for Windows 10

**From:** Tara King
**Sent:** Thursday, January 11, 2018 4:35 PM
**To:** dmoore@irwinllc.com; Olinde, John
**Cc:** Melanie Schmickle; Locust, Dorothy (67d0038ca+matter1053745343@maildrop.clio.com)
**Subject:** [EXTERNAL] Locust 2:17-cv-16656

**This Message originated outside of Chaffe McCall's system.**

Good afternoon,
We recently received records for our client that indicate she received Taxol and not Taxotere- as a result we have received our client's verbal permission to dismiss with prejudice. I know that PTO 54 deals primarily with DWOP, however, I did want to make sure that I am following protocol and that there is no opposition to filing a Stip to DWP for

2

all defendants. My client is elderly and although she stated she has almost completed the PFS ( I don't know if she has done so substantially) and believes it will be easier for her to not have to work on it any longer.

Please advise.

Thank you,
Tara


Tara Kirsten King
Associate Attorney
SWMW LAW
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180   [Office]
(314) 932-1566   [Fax]
(314) 295-7400   [Mobile]


Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.


Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.