## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ELLEN LOQUE and DALE LOQUE | SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiffs, | |
| v. | COMPLAINT & JURY DEMAND |
| | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

## ORDER GRANTING LEAVE TO FILE AMENDED
## SHORT FORM COMPLAINT

THE COURT being fully advised on the  matter and having reviewed the file and pleadings in  this  matter,  hereby  GRANTS  Plaintiff's  Motion  for  Leave  to  File  Amended  Short Form  Complaint (Rec. Doc. 734) in the above captioned matter.

New Orleans, Louisiana, this _1st_ day of _____February_____, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT