MINUTE ENTRY
NORTH, M.J.
FEBRUARY 7, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　MDL NUMBER:  2740
   PRODUCTS LIABILITY
   LITIGATION

                 SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

   A further discovery/status conference was held via telephone on this date in the presence of a Court Reporter (Cathy Pepper). The Court advised that its *in camera* review of certain documents over which Sanofi claim privilege is complete and that no documents reviewed by the Court will be produced. An in-person status conference is scheduled for February 22, 2018, at 10:00 a.m.

                 _____
                 MICHAEL B. NORTH
                 UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:30)