UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| BETTY KNOTT                                , | : : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : | Civil Action No.: 2:17-cv-04701 |
| vs. | : : : | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC., and HOSPIRA, INC.,                                , | : : : : : | |
| Defendant(s). | : : | |
| -------------------------------------------------------- | : | |

## AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Betty Knott

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence:  Texas

5. State in which Plaintiff(s) allege(s) injury:  Texas

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      ☒  A.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☒  B.  Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☐  A.  Sandoz Inc.

      ☐  B.  Accord Healthcare, Inc.

      ☐  C.  McKesson Corporation d/b/a McKesson Packaging

      ☒  D.  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      ☒  E.  Hospira, Inc.

      ☐  F.  Sun Pharma Global FZE

      ☐  G.  Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      ☐  H.  Pfizer Inc.

      ☐  I.  Actavis LLC f/k/a Actavis Inc.

      ☐  J.  Actavis Pharma, Inc.

☐      K.      Other:

7. Basis for Jurisdiction:

☒      Diversity of Citizenship

☐      Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Northern District of Texas Dallas Division

9. Brand Product(s) used by Plaintiff (check applicable):

☒      A.      Taxotere

☐      B.      Docefrez

☒      C.      Docetaxel Injection

☐      D.      Docetaxel Injection Concentrate

☐      E.      Unknown

☐      F.      Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> First date of use: December 12, 2012
> Last date of use: February 13, 2013

11. State in which Product(s) identified in question 9 was/were administered:

> Texas

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

>

13. Counts in Master Complaint brought by Plaintiff(s):

- ☒ Count I – Strict Products Liability - Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Fraudulent Misrepresentation
- ☒ Count VI – Fraudulent Concealment
- ☒ Count VII – Fraud and Deceit

- ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

5

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: J.WILTZ LAW PLLC
By: /s/ Jervan S. Wiltz
JERVAN S. WILTZ
State Bar No. 24084110
Van.wiltz@wiltzlaw.com
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: 1-214-477-3774
Fax: 1-888-874-5879
ATTORNEY FOR PLAINTIFF