**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Angela Atkinson v. Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC,* Civil Action No. 2:17-cv-13448 | : : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants Sanofi US Services and Sanofi-Aventis U.S. LLC from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 9th day of February, 2018.

Respectfully submitted,

*/s/ Paige Boldt*
Paige Boldt
Texas Bar No. 24082626
Ryan L. Thompson
Texas Bar No. 24046969
WATTS GUERRA LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
Email: rthompson@wattsguerra.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


DATED:  February 9, 2018                         */s/ Paige Boldt*_____
                                                 Paige Boldt