BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Linda Grice vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13767 | HON. KURT D. ENGELHARDT |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ, INC. DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Linda Grice's claims against Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., McKesson Corporation d/b/a McKesson Packaging, Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs. The reason for dismissal is that Plaintiff has identified Sandoz, Inc. as the manufacturer of her docetaxel.

Dated: January 9, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

IRWIN FRITCHIE URQUHART &
MOORE LLC
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
*dmoore@irwinllc.com*

*Attorney for Defendants*

SHOOK, HARDY & BACON L.L.P
*/s/ Harley Ratliff*
Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO 64108
*hratliff@shb.com*
*jstrongman@shb.com*

*Attorneys for Defendants Sanofi S.A.,
Aventis Pharma S.A., Sanofi-Aventis U.S.
LLC, and Sanofi US Services Inc.*

QUINN EMANUAL URQUHART &
SULLIVAN, LLP
 */s/ Mark S. Cheffo*
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY 10010
*markcheffo@chaffe.com*

CHAFFE MCCALL, L.L.P.
*/s/ John F. Olinde*
John F. Olinde
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc. and Pfizer, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                              */s/ Lindsay R. Stevens*
                                              Ahmed S. Diab (CA Bar # 262319)
                                              GOMEZ TRIAL ATTORNEYS
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496
                                              adiab@thegomezfirm.com