# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE KURT D. ENGELHARDT |
| Adriane Brown | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-15420 | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS BUT SANDOZ INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Adriane Brown's claims against Defendants Accord Healthcare, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., Pfizer Inc., McKesson Corporation d/b/a McKesson Packaging, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sun Pharma Global, Inc., and Sun Pharmaceutical Industries Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. be dismissed with prejudice, each party to bear its own costs.

Dated this 12th day of February, 2018.

Respectfully Submitted,

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

  */s/ Katie A. Hubbard*
Katie A. Hubbard (IL #6303558)
khubbard@ghalaw.com
2227 South State Route 157
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
*Attorneys for Plaintiff*

**IRWIN FRITCHIE URQUHART & MOORE**

_____/s/ Douglas J. Moore_____
Douglas J. Moore
dmoore@irwinllc.com
Kelly Brilleaux
kbrilleau@irwinllc.com
400 Poydras Street, Suite 2700
New Orleans,, LA  70130
(504) 310-2100 Phone

Harley Ratliff
hratliff@shb.com
Jon Strongman
jstrongman@shb.com
2555 Grand Boulevard
Kansas City, MO  64108
*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**KEOGH, COX & WILSON, LTD**

_____/s/ John P. Wolff, III_____
John P. Wolff, III
jwolff@keoghcox.com
701 Main Street
P.O. Box 1151
Baton Rouge, LA  70821
*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUAL URQUHART & SULLIVAN**

_____/s/ Mark S. Cheffo_____
Mark S. Cheffo
markcheffo@chaffe.com
51 Madison Avenue, 22nd Floor
New York, NY  10010

**CHAFFE McCALL, L.L.P.**
John F. Olinde
olinde@chaffe.com
1100 Poydras Street
New Orleans, LA  70163
*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc.*

**LEAKE & ANDERSON, LLP**

    */s/ Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr.
sshuler@leakeanderson.com
Cristin Bordelon
cbordelon@l3akeanderson.com
1100 Poydras Street, Suite 1700
New Orleans, LA  70163

**HINSHAW & CULBERTSON, LLP**
Geoffrey M. Coan
gcoan@hinshawlaw.cocm
Kathleen E. Kelly
kekelly@hinshawlaw.com
28 State Street, 24th Floor
Boston, MA  02109
*Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

    */s/ Michael J. Suffern*
Michael J. Suffern
msuffern@ulmer.com
Jeffrey F. Peck
jpeck@ulmer.com
Jeffrey R. Schaefer
jschaefer@ulmer.com
600 Vine Street, Suite 2800
Cincinnati, OH  45202
*Attorneys for Defendant Actavis Pharma, Inc.*

**GREENBERG TRAURIG, LLP**

    */s/ Lori G. Cohen*
Lori G. Cohen
cohenl@gtlaw.com
Ronald Clifton Merrell, II
merrellc@gtlaw.com
Evan Courtright Holden
Holdene@gtlaw.com
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305

Paige E. Sensenbrenner
Paige.sensenbrenner@arlaw.com
Deborah B. Rouen
Debbie.rouen@arlaw.com
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA  70139
***Attorneys for Defendant Sandoz, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Stipulation of Dismissal with Prejudice as to All Defendants But Sandoz Inc. was electronically filed with the Clerk of the Court on this 12th day of February, 2018, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_____*/s/ Katie A. Hubbard*_____