UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Theresa Mary Wysocki
Case No.: 16-cv-15297

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff Theresa Mary Wysocki, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: February 12, 2018        **JOHNSON BECKER, PLLC**

       /s/ Alexandra W. Robertson
       Alexandra W. Robertson, Esq. MN Bar #395619
       Timothy J. Becker, Esq. MN Bar #256663
       Johnson Becker, PLLC
       444 Cedar Street, Suite 1800
       St. Paul, Minnesota 55101
       (612) 436-1800 (telephone)
       arobertson@johnsonbecker.com
       tbecker@johnsonbecker.com

       **Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that February 12, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson