## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>SHARON AND HENRY WARD v. SANOFI US SERVICES INC., ET AL., Case No. 2:17-cv-14812 | Civil Action No.: 2:17-CV-14812 |

Plaintiffs SHARON AND HENRY WARD, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismiss with prejudice all claims in this matter against Defendants in this Action, Civil Action Case No. 2:17-cv-14812. This Notice of Voluntary Dismissal with Prejudice dismisses only Plaintiffs' claims in Case No. 2:17-cv-14812 only. It is not intended to affect the lawsuit filed by Plaintiff Sharon Ward, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana bearing Case No. 2:17-cv-08230. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no defendant has been served. The reason for this Notice of Voluntary Dismissal with Prejudice is to resolve a duplicate filing; Ms. Ward's claims will remain active in Case No. 2:17-cv-08230.

Dated this 13th day of February 2018.

**HOTZE RUNKLE, PLLC**

By: s/Justin E. Dunlap

Justin E. Dunlap, Esq.
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
Telephone: (512) 476-7771
Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorneys for Plaintiffs*