## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **ORDER DISMISSING CASE WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>SHARON AND HENRY WARD v. SANOFI US SERVICES INC., ET AL., Case No. 2:17-cv-14812 | Civil Action No.: 2:17-CV-14812 |

## ORDER
(Dismissing Case with Prejudice)

Pending in MDL 2740, 2:17-CV-14812, is a Notice of Voluntary Dismissal with Prejudice seeking dismissal of this action with prejudice. After careful consideration, it is **ORDERED** that the action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the case are **DENIED AS MOOT**. This Order is not intended to affect the lawsuit filed by Plaintiff Sharon Ward, which is currently pending in MDL 2740 in the United States District Court for the Eastern District of Louisiana bearing Case No. 2:17-cv-08230.

ENTER:

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE