## CERUNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| FLORDIA TAYLOR          , | : : | |
| | : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: 1:16-CV-17915 |
| vs. | : : : | |
| Sanofi Aventis U.S. Services, Inc. et al , | : : | |
| Defendant(s). | : | |
| -------------------------------------------------------- | : | |

## AMENDED
## MOTION FOR LEAVE TO
## FILE AMENDED COMPLAINT

Plaintiff Flordia Taylor, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated this 14th day of February, 2018.

Respectfully submitted,

VERHINE & VERHINE PLLC

BY:   */s/ E. Scott Verhine*
　　　E. Scott Verhine, MSB# 10548
　　　Verhine & Verhine PLLC
　　　1013 Adams Street
　　　Vicksburg, MS 39183
　　　(601) 636-0791
　　　(601) 636-2718 (fax)
　　　scott@verhine.biz
　　　ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF COMPLIANCE**

      I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have not agreed to the motion at this time.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this the 14th day of February, 2018.

                                            */s/ E. Scott Verhine*
                                            E. Scott Verhine, Attorney for Plaintiff