UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| FLORDIA TAYLOR            , | : : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: 1:16-CV-17915 |
| vs. | : : : | KDE-MBN |
| Sanofi Aventis U.S. Services, Inc. et al , | : : | |
| Defendant(s).<br>------------------------------------------------------------ | : : | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT**

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the Taxotere that Plaintiff took, including all Sanofi entities. Upon review of the pleadings, Plaintiff selected Sanofi US Services, Inc. and Sanofi-Aventis U.S. LLC on the Short Form Complaint. (Sanofi Aventis, S.A. and Aventis Pharma S.A. were subsequently dismissed by order of this Court.) After receiving a blank National Drug Code form from the hospital in which the Plaintiff took treatments, Plaintiff may have taken Taxotere that was manufactured or distributed by a different Defendant than the Sanofi Defendants. Therefore, Plaintiff seeks leave to file an Amended Short Form Complaint naming all entities in which manufactured or distributed Taxotere during the time period in which Plaintiff was treated Taxotere. More specifically, Plaintiff seeks to add Hospira Worldwide LLC f/k/a

1

Hospira Worldwide, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Accord Healthcare, Inc., and Sandoz, Inc..

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires.  Here, Plaintiff is only trying to name the correct defendant.  No party will be prejudiced by this change, as this case is still in a very early stage.  As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated this 14th day of February, 2018.

Respectfully submitted,

VERHINE & VERHINE PLLC
BY: */s/ E. Scott Verhine*
E. Scott Verhine, MSB# 10548
Verhine & Verhine PLLC
1013 Adams Street
Vicksburg, MS 39183
(601) 636-0791
(601) 636-2718 (fax)
scott@verhine.biz
ATTORNEY FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this the 14th day of February, 2018.

>     */s/ E. Scott Verhine*
>     E. Scott Verhine, Attorney for Plaintiff