**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) **PRODUCTS LIABILITY LITIGATION** | : : | **MDL NO. 2740** |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| FLORDIA TAYLOR , | : | |
| | : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 1:16-CV-17915** |
| vs. | : | |
| | : | |
| | : | |
| Sanofi Aventis U.S. Services, Inc. et al , | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------------------ | : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form

Complaint is hereby set for submission before District Court Judge Engelhardt on March 14, 2018.

Dated this 14th day of February, 2018.

Respectfully submitted,

VERHINE & VERHINE PLLC,

BY:    */s/ E. Scott Verhine*
        E. Scott Verhine, MSB# 10548
        Verhine & Verhine PLLC
        1013 Adams Street
        Vicksburg, MS 39183
        (601) 636-0791
        (601) 636-2718 (fax)
        scott@verhine.biz
        ATTORNEY FOR PLAINTIFF

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this the 14th day of February, 2018.

/s/ E. Scott Verhine
E. Scott Verhine, Attorney for Plaintiff