UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Shawn Talbert-Brown, Plaintiff, | |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Defendants. | |
| Civil Case No.: 2:17-cv-14711 | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc.. Each party to bear their own costs.

Plaintiff will continue her case against Defendant Sandoz, Inc. based upon the product identification received.

This the 14th day of February, 2018.

        Whitfield Bryson & Mason LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. Bar No. 15781
        900 W. Morgan Street
        Raleigh, NC 27603
        Telephone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 14th day of February, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*