UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Patricia J. Blake,<br>    Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC,<br>    Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-14733 | : : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit her PFS is currently February 16, 2018. Plaintiff requests an additional 60 days, with a new deadline date of April 17, 2018, to provide the required PFS.

In support of her motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1. On December 5, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2. Counsel requested Plaintiff's medical records documenting her Taxotere usage on November 20, 2017. On November 29, 2017 Plaintiff's counsel received a pre-payment invoice

and paid. On December 12, 2017, Plaintiff's counsel received billing records and on January 9, 2018 medicals records for the years 2012 through present. Plaintiff's counsel called the facility regarding missing medical and billing records for the years 2006 through 2011 and was told that they were no longer available.

3. Counsel requests an extension of time to submit Plaintiff's PFS because we have been unable to obtain Plaintiff's medical records. Counsel submits that extra time may be necessary to be able to obtain the records. Efforts to obtain the records are continuing.

4. This is Plaintiff's first Request for Extension of Time with regarding to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until April 17, 2018.

This the 14th day of February, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this the 14th day of February, 2018.

> */s/ Daniel K. Bryson*
> Daniel K. Bryson
> N.C. State Bar No.: 15781
> Whitfield Bryson & Mason, LLP
> PO Box 12638
> Raleigh, NC 27605
> Phone: 919-600-5000
> Facsimile: 919-600-5035
> Email: dan@wbmllp.com
> *Attorney for Plaintiff*