UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Sylvia Lewis,         Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,         Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-14861 | : : | |

    Upon Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet and for good cause shown, it is hereby Ordered that Motion is GRANTED the Plaintiff may file her Plaintiff Fact Sheet on or before April 17, 2018.

    This the ____ day of _____, 2018.

                                                                   _____
                                                                   U.S. District Court Judge