UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Lorna Majors,<br>    Plaintiff, | |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC,<br>    Defendants. | |
| Civil Case No.: 2:17-cv-14866 | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit her PFS is currently February 16, 2018. Plaintiff requests an additional 60 days, with a new deadline date of April 17, 2018, to provide the required PFS.

In support of her motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1. On December 5, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2. Counsel requested Plaintiff's medical records documenting her Taxotere usage on October 31, 2017. On November 29, 2017, Plaintiff's counsel was told they needed to fax it to a

different number for attorney requests. On December 22, 2017, Plaintiff's counsel called for a status check and left a message. On January 9, 2018, Plaintiff's counsel faxed the request again. On January 23, 2018, Plaintiff's counsel was instructed to fax the request to a different number than previously sent. On January 31, 2018, Plaintiff's counsel received a pre-payment invoice and paid it.

3. Counsel requests an extension of time to submit Plaintiff's PFS because we have been unable to obtain Plaintiff's medical records. Counsel submits that extra time may be necessary to be able to obtain the records. Efforts to obtain the records are continuing.

4. This is Plaintiff's first Request for Extension of Time with regarding to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until April 17, 2018.

This the 14th day of February, 2018.

WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this the 14th day of February, 2018.

>*/s/ Daniel K. Bryson*
>Daniel K. Bryson
>N.C. State Bar No.: 15781
>Whtifield Bryson & Mason, LLP
>PO Box 12638
>Raleigh, NC 27605
>Phone: 919-600-5000
>Facsimile: 919-600-5035
>Email: dan@wbmllp.com
>*Attorney for Plaintiff*