# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2740 |
| | ) | SECTION "N" (5) |
| <u>This Document Relates To:</u> | ) | |
| BEATY v. Sanofi S.A. et al | ) | JUDGE ENGELHARDT |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | STIPULATION OF |
| | ) | DISMISSAL AS TO ALL BUT |
| Case No: 2:17-CV-17886 | ) | ACCORD |
| | ) | HEALTHCARE, INC., |
| | ) | DEFENDANT |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Carlotta Beaty's and James Beaty's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and McKesson Corporation, . only, be dismissed with prejudice, each party to bear its own costs. The reason for the dismissal is that Plaintiff Carlotta Beaty has identified Accord Healthcare, Inc., as the sole manufacturer of her docetaxel.

Dated: February 14, 2018

By: */s/ Bradley D. Honnold*
Bradley D. Honnold, Esq.
**GOZA & HONNOLD, L.L.C.**
11181 Overbrook Road, Suite 200
Leawood, KS 66211
913.451.3433

**Attorney for Plaintiff**

Respectfully submitted,

By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
         kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

By: /s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P**
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
Email:   hratliff@shb.com
         kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma SA.., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By: /s/ Evan Holden
Evan Holden
Lori G. Cohen
R. Clifton Merrell
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste 2500
Atlanta, GA 30305

00526772-1

Telephone: (678) 553-2100
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*


By: /s/ Mara Cusker Gonzales
Mara Cusker Gonzales
Mark Cheffo
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP.**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212.849.7000
Facsimile: 212.849.710
Email: markcheffo@quinnemanuel.com
maracuskergonzales@quinnemanuel.com
sararoitman@quinnemanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P**
2300 Energy Centre
New Orleans, LA 70163
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*


By: /s/ Kathleen E. Kelly
Kathleen E. Kelly
Geoffrey M. Coan
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor

00526772-1

Boston, MA 02109
Telephone: 617.213.7000
Facsimile:  617.213.7001
Email:  gcoan@hinshawlaw.com
            kekelley@hinshawlaw.com


Stanton E. Shuler, Jr.
Cristin Bordelon
LEAKE & ANDERSON, LLP.
1100 Poydras St., Suite 1700
New Orleans, LA 70163
Email:  ssuler@leakeanderson.com
            cbordelon@leakeanderson.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., f/k/a Carco Pharmaceutical Laboratories, Ltd.*


By: /s/ Brandon D. Cox
Brandon D. Cox
Julie A. Callsen
**TUCKER ELLIS LLP 950**
Main Ave, Ste 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: brandon.cox@tuckerellis.com
           julie.callsen@tuckerellis.com
           noproductid@tuckerellis.com

John P. Wolff, III
**KEOGH, COX & WILSON, LTD.**
701 Main Street P.O. Box 1151
Baton Rouge, LA 70821
Email: jwolff@keoghcox.com

*Counsel for Defendant Accord Healthcare Inc.*

00526772-1

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 14th day of February, 2018.

            */s/ Bradley D. Honnold*
            Bradley D. Honnold

00526772-1