IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE: TAXOTERE (DOCETAXEL)                     MDL No.: 2740
PRODUCT LIABILITY LITIGATION

This Document Relates To:

Mary Abbott                                     Civil Action No.:  2:17-cv-14241
     Plaintiff,
v.

Sanofi-Aventis U.S. LLC et al,
     Defendants.

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41, that the defendants Actavis LLC f/k/a Actavis Inc. and Actavis

Pharma, Inc. in the above-captioned case be dismissed with prejudice.  All other causes of action

against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED: ____2/14/2018_____          BROWN AND CROUPPEN, P.C.

                                                 By: /s/ Seth Sharrock Webb
                                                 SETH SHARROCK WEBB, # 51236
                                                 211 N. Broadway, Suite 1600
                                                 St. Louis, Missouri  63102
                                                 sethw@getbc.com
                                                 *Attorney for Plaintiff*

DATED: ____2/14/2018_____          **ULMER & BERNE LLP**

                                                 By: /s/ Michael J. Suffern_____
                                                 *Attorneys for Actavis LLC f/k/a Actavis Inc,*
                                                 *And Actavis Pharma, Inc.*