IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |

This Document Relates To:

| | |
|---|---|
| Shirley Adams<br>       Plaintiff,<br>v.<br><br>Sanofi-Aventis U.S. LLC et al,<br>       Defendants. | Civil Action No.:  2:17-cv-14250 |

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. in the above-captioned case be dismissed with prejudice.  All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED:  ____2/14/2018_____          BROWN AND CROUPPEN, P.C.

By: /s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
*Attorney for Plaintiff*

DATED:  ____2/14/2018_____          **ULMER & BERNE LLP**

By: /s/ Michael J. Suffern_____
*Attorneys for Actavis LLC f/k/a Actavis Inc,*
*And Actavis Pharma, Inc.*