IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL No.: 2740
PRODUCT LIABILITY LITIGATION

This Document Relates To:

Sharon Anderson　　　　　　　　　　　　　Civil Action No.: 2:17-cv-14259
　　　Plaintiff,
v.

Sanofi-Aventis U.S. LLC et al,
　　　Defendants.

---

## STIPULATION OF DISMISSAL

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. in the above-captioned case be dismissed with prejudice. All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED: ____2/14/2018_____　　　BROWN AND CROUPPEN, P.C.

　　　　　　　　　　　　　　　　　　　By: /s/ Seth Sharrock Webb
　　　　　　　　　　　　　　　　　　　SETH SHARROCK WEBB, # 51236
　　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 1600
　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　　sethw@getbc.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

DATED: ____2/14/2018_____　　　**ULMER & BERNE LLP**

　　　　　　　　　　　　　　　　　　　By: /s/ Michael J. Suffern_____
　　　　　　　　　　　　　　　　　　　*Attorneys for Actavis LLC f/k/a Actavis Inc,*
　　　　　　　　　　　　　　　　　　　*And Actavis Pharma, Inc.*