

| | Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
|---|---|---|---|
| **PBC** PENDLEY BAUDIN & COFFIN ATTORNEYS AT LAW | Stanley P. Baudin<br>Christopher L. Coffin*†<br>*Also admitted in Georgia<br>†Registered nurse<br>Nicholas R. Rockforte | Courtney L. Stidham*<br>*Also admitted in Alabama<br>Jessica A. Reynolds<br>Evan P. Fontenot | Allen M. Edwards<br>David M. Hundley*<br>*Admitted only in Illinois<br>Tracy L. Turner*<br>*Admitted only in Ohio |

February 14, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Gina Harris v. Sanofi SA, et al.;* 2:17-cv-05976

Dear Judge Engelhardt:

Counsel writes to inform the Court that following the Court's Rule to Show Cause deadline for failure to submit a PFS, Plaintiff Gina Harris contacted counsels' office and produced a PFS. Her PFS was submitted February 2, 2018 via MDL Centrality. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's recent production of her PFS into consideration and deny Defendant's request to dismiss this case.

Dated:  February 14, 2018

                                            Respectfully submitted,

                                            /s/ Christopher L. Coffin
                                            Christopher L. Coffin (LA# 27902)
                                            **Pendley, Baudin & Coffin, L.L.P.**
                                            1515 Poydras Street, Suite 1400
                                            New Orleans, LA 70112
                                            Tel: (504) 355-0086
                                            Fax: (504) 523-0699
                                            ccoffin@pbclawfirm.com

                                            ***Attorney for Plaintiff***

---

| **Plaquemine** | | **New Orleans** | |
|---|---|---|---|
| Post Office Drawer 71 | T (225) 687.6396 | 1515 Poydras Street, | T (504) 355.0086 |
| 24110 Eden Street | F (225) 687.6398 | Ste. 1400 | F (504) 523.0699 |
| Plaquemine, LA 70765 | pbclawfirm.com | New Orleans, LA 70112 | pbclawfirm.com |