UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Brown v. Sanofi-Aventis U.S. Inc., et al,* 2:17-cv-16972 | : : : | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Earnestine Brown's claims against Actavis LLC f/k/a Actavis Inc. & Actavis Pharma, Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated: February 15, 2018

/s/ Mark R. Niemeyer

Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
Attorneys for Plaintiff

/s/ Michael J. Suffern

Kimberly L. Beck
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800 Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
kbeck@ulmer.com
msuffern@ulmer.com
Counsel for Defendants Actavis Pharma, Inc. & Actavis LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 15, 2018

/s/ Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
Attorneys for Plaintiff