**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "N" (5)

                                                     JUDGE KURT D. ENGELHARDT

**THIS DOCUMENT RELATES TO:**                        MAG. JUDGE MICHAEL B. NORTH
*Frances Dennis v. Sanofi-Aventis U.S LLC,*
*et al.; Civil Action No. 2:17-cv-14615*

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated this 15th day of February, 2018.          Respectfully submitted,


                                                     **JACKSON ALLEN & WILLIAMS, LLP**

                                                     /s/ Jennifer Williams
                                                     John H. Allen, III, Esq. - Trial/Lead Counsel
                                                     tallen@jacksonallenfirm.com
                                                     Jennifer Williams, Esq.
                                                     jwilliams@jacksonallenfirm.com
                                                     3838 Oak Lawn Ave., Suite 1100
                                                     Dallas, Texas 75219
                                                     (214) 521-2300
                                                     (214) 452-5637 (Facsimile)

                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated:  February 15, 2018              **JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*