# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS ALL DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>PHYLLIS PHIFER v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-10964 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Phyllis Phifer's claims against all defendants be dismissed with prejudice, each party to bear its own costs. The reason for dismissal is Plaintiff no longer wishes to proceed in pursuing claims against defendants.

Dated this 15th day of February 2018.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

By: */s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE** 400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
   kbrilleaux@irwinllc.com

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.

1

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
           amz@classlawgroup.com

Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
           kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By:   */s/ Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
Email:  cohenl@gtlaw.com
            merrellc@gtlaw.com
            holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By:   */s/ Brandon D. Cox*
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  (216) 592-5000
Facsimile:  (216) 592-5009
Email: Brandon.cox@tuckerellis.com
            Julie.Callsen@tuckerellis.com

John P. Wolff, III
**KEOGH, COX &WILSON, LTD.**
701 Main Street
P.O. Box 1151
Baton Rouge, LA  70821
Email:  jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

By:   */s/ Mara Custer Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY  10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email:  markcheffo@quinnemanuel.com
       maracuskergonzalez@quinnemanuel.com
       sararoitman@quinnemmanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Pfizer, Inc.*

By:   */s/ Kathleen E. Kelly*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email:  gcoan@hinshawlaw.com
       kekelly@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP** 1100 Poydras St., Suite 1700
New Orleans, LA  70163
Email:  sshuler @leakeanderson.com
       cbordelon@leakeanderson.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 15, 2018          /s/ Karen Barth Menzies
                                            Karen Barth Menzies