# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |
| | JUDGE ENGELHARDT |
| DIANA WOODEN, | MAG. JUDGE NORTH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| | Civil Action No.: 2:17-cv-15205 |
| SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. ET AL | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd, each party to bear its own fees and costs.

Dated: February 15, 2018           Respectfully submitted,

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

By: */s/ Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
   **GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
Email:  cohenl@gtlaw.com
       merrellc@gtlaw.com
       holdene@gtlaw.com
       Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By: */s/ Brandon D. Cox*
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com
      Brandon.cox@tuckerellis.com
      Julie.Callsen@tuckerellis.com

John P. Wolff, III
   **KEOGH, COX &WILSON, LTD.**
701 Main Street
P.O. Box 1151
Baton Rouge, LA 70821
Email:  jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

By: */s/ Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
   **QUINN EMANUAL URQUHART**
   **& SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
      maracuskergonzalez@quinnemanuel.com
      sararoitman@quinnemmanuel.com
      docetaxelproductid@quinnemanuel.com

John F. Olinde
   **CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*


By:  /s/ Kathleen E. Kelly
Kathleen E. Kelly
Geoffrey M. Coan
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: 617.213.7000
Facsimile:  617.213.7001
Email:  gcoan@hinshawlaw.com
      kekelley@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
LEAKE & ANDERSON, LLP.
1100 Poydras St., Suite 1700
New Orleans, LA 70163
Email:  sshuler@leakeanderson.com
      cbordelon@leakeanderson.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff