**EXHIBIT B**

| | |
|---|---|
| Julie A. Callsen<br>Brenda A. Sweet<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH  44113-7213<br>Telephone:    216-592-5000<br>Facsimile:     216-592-5009<br>julie.callsen@tuckerellis.com<br>brenda.sweet@tuckerellis.com | *Counsel for Defendant*<br>*Accord Healthcare Inc.* |
| R. Clifton Merrell<br>Evan Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA  30305<br>Telephone:    678-553-2100<br>Facsimile:     678-553-2100<br>merrellc@gtlaw.com<br>holdene@gtlaw.com | *Counsel for Defendant Sandoz, Inc.* |
| Jeffrey Horowitz<br>Joan Goddard<br>Nanette E. Decea<br>ARNOLD & PORTER<br>250 West 55th Street<br>New York, NY  10019-9710<br>Telephone:    212-836-7429<br>Facsimile:     212-836-6659<br>xProductID@arnoldporter.com | *Counsel for Defendants Hospira, Inc.,*<br>*Hospira Worldwide, LLC, formerly doing*<br>*business as Hospira Worldwide, Inc., and*<br>*Pfizer Inc.* |
| Maureen Moeder<br>Jordan Baehr<br>SHOOK, HARDY& BACON L.L.P.<br>2555 Grand Boulevard,<br>Kansas City, MO  64108<br>Telephone:    816-474-6550<br>Facsimile:     816-421-5547<br>mmoeder@shb.com<br>jbaehr@shb.com | *Counsel for Defendants Sanofi-Aventis U.S.*<br>*LLC and Sanofi U.S. Services, Inc.* |

| | |
|---|---|
| Erin M. Bosman<br>Julie Y. Park<br>MORRISON & FOERSTER LLP 12531<br>High Bluff Dr.<br>San Diego, CA  92130-2040<br>Telephone:     858-720-5100<br>Facsimile:     858-720-5125<br>ebosman@mofo.com<br>juliepark@mofo.com | *Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service* |
| Geoffrey M. Coan<br>Kathleen E. Kelly<br>HINSHAW & CULBERTSON LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone:     617-213-7000<br>Facsimile:     617-213-7001<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com | *Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.* |
| Michael J. Suffern<br>Jennifer Snyder Heis<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone:     513-698-5064<br>Facsimile:     513-698-5065<br>msuffern@ulmer.com<br>jheis@ulmer.com | *Counsel for Defendant Actavis LLC f/k/a Actavis, Inc. and Sagent Pharmaceuticals, Inc.* |