UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL B. NORTH |
| *Pamela Holmes-White v. Sanofi-Aventis U.S LLC, et al.; Civil Action No. 2:17-cv-16685* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma Inc. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated this 16th day of February, 2018.          Respectfully submitted,

   **JACKSON ALLEN & WILLIAMS, LLP**

   /s/ Jennifer Williams
   John H. Allen, III, Esq. - Trial/Lead Counsel
   tallen@jacksonallenfirm.com
   Jennifer Williams, Esq.
   jwilliams@jacksonallenfirm.com
   3838 Oak Lawn Ave., Suite 1100
   Dallas, Texas 75219
   (214) 521-2300
   (214) 452-5637 (Facsimile)

   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 16, 2018

**JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*