**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Plaintiffs on the Attached List | | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Sindhu Daniel of the law firm of Baron & Budd, P.C. as counsel for Plaintiffs on the attached list and in the MDL 2740. Any and all communications and filings should include her in these matters.

DATED: February 16, 2018

Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Sindhu S. Daniel*
Sindhu s. Daniel, NJ Bar No. 010711996
Brittany Clark, Tx. Bar No. 24066394
Lydia Murphy, Tx. Bar No. 24099743
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
sdaniel@baronbudd.com
bclark@baronbudd.com
lmurphy@baronbudd.com

ATTORNEYS FOR PLAINTIFF

| Angela | Begole | 2:17-CV-14749 |
| --- | --- | --- |
| Armineh | Bezdikian | 2:17-CV-14787 |
| Sharane | Blakes | 2:17-CV-14793 |
| June | Burton | 2:17-CV-14810 |
| Juslynn | Butts | 2:17-CV-14819 |
| Alma | Calderon | 2:17-CV-14830 |
| Keshia | Carney | 2:17-CV-15615 |
| Vickie | Champion | 2:17-CV-15418 |
| Theresa | Chand | 2:17-CV-14844 |
| Shirley | Clayborn | 2:17-CV-16008 |
| Deanna | Corbin | 2:17-CV-15045 |
| Latasha | Crawford | 2:17-CV-15630 |
| Tammy | Dewees | 2:17-CV-15874 |
| Toshia | Dubois | 2:17-CV-14850 |
| Lisa | Egidio | 2:17-CV-15700 |
| Celia | Elkins | 2:17-CV-14995 |
| Wanda | Ferguson | 2:17-CV-15345 |
| Karen | Fitzgerald | 2:17-CV-15577 |
| Nelda | Frank | 2:17-CV-14855 |
| Cheryl | Hammond | 2:17-CV-15011 |
| Lora | Hardin | 2:17-CV-15635 |
| Michelle | Hillard | 2:17-CV-14863 |
| Cynthia | Hinkle | 2:17-CV-15035 |
| Barbara | Hogan | 2:17-CV-14971 |
| Eva | Hudgins | 2:17-CV-15081 |
| Charlotte | Johnson | 2:17-CV-14871 |
| Kathy | Keegan | 2:17-CV-15606 |
| Beverly | Labuda | 2:17-CV-14873 |
| Christy | Lee | 2:17-CV-15022 |
| Judy | MacLean | 2:17-CV-15566 |
| Michelle | McFarland | 2:17-CV-15258 |
| Deborah | McGaughey | 2:17-CV-15967 |
| Tara | McManus | 2:17-CV-15249 |
| Juanita | Momon | 2:17-CV-15268 |
| Ginger | Moore | 2:17-CV-15111 |
| Taia | Nahar | 2:17-CV-14877 |
| Winona | Nichols | 2:17-CV-15204 |
| Carolyn | Parker | 2:17-CV-14984 |
| Shelby | Parson | 2:17-CV-15807 |
| Julie | Penegar | 2:17-CV-14888 |

| Georena | Rhone | 2:17-CV-15091 |
| Shannon | Riddle | 2:17-CV-15940 |
| Michelle | Ross | 2:17-CV-15715 |
| Mary | Siska | 2:17-CV-15274 |
| Sarah | Sloan | 2:17-CV-15787 |
| Patsy | Snead | 2:17-CV-15770 |
| Elizabeth | Stanley | 2:17-CV-14891 |
| Thelma | Streng | 2:17-CV-14893 |
| Vicky | Sugg | 2:17-CV-14896 |
| Paula | Tichnell | 2:17-CV-15652 |
| Tammy | Turner | 2:17-CV-15905 |
| Shirley | Tyson | 2:17-CV-15254 |
| Jo Ellen | Wade | 2:17-CV-15265 |
| Stephanie | Wallace | 2:17-CV-15838 |
| Karen | Warder | 2:17-CV-15596 |
| Patricia | Warrem | 2:17-CV-15645 |
| Jennifer | Weinstein | 2:17-CV-15440 |
| Laura | White | 2:17-CV-15270 |
| Jami | Williams | 2:17-CV-15157 |
| Sonia | Wittenberg | 2:17-CV-15659 |
| Nayda | Womack | 2:17-CV-15744 |