# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE KURT D. ENGELHARDT |
| Carolyn Parker Civil Action No. 2:17-cv-14984 | | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of Defendant, Northstar RX LLC only.

Dated: February 16, 2018

Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel, NJ Bar No. 010711996
Brittany Clark, Tx. Bar No. 24066394
Lydia Murphy, Tx. Bar No. 24099743
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
sdaniel@baronbudd.com
bclark@baronbudd.com
lmurphy@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Notice of Voluntary Dismissal was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered on this 16th day of February, 2018.

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel