# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br><br>SYLVIA HERNANDEZ,<br>Plaintiff<br><br>v.<br><br>SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC,<br>Defendants. | Case No. 2:18-cv-00258 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: February 19, 2018

| | |
|---|---|
| /s/ *Robert Binstock* | /s/ *Douglas J. Moore* |
| Robert Binstock (TX Bar No. 02328350) | Douglas J. Moore (Bar No. 27706) |
| REICH AND BINSTOCK, LLP | IRWIN FRITCHIE URQUHART & MOORE LLC |
| Whitney Bank Bldg. River Oaks | 400 Poydras Street, Suite 2700 |
| 4265 San Felipe #1000 | New Orleans, LA  70130 |
| Houston, TX 77027 | Telephone: 504-310-2100 |
| Phone: (713) 622-7271 | Facsimile:  504-310-2120 |
| bbinstock@reichandbinstock.com | dmoore@irwinllc.com |
| *Counsel for Plaintiff* | *Counsel Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 19, 2018          Respectfully submitted,

/s/ *Dennis C. Reich*
Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
dreich@reichandbinstock.com