UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § MDL No. 2740 § § SECTION "N" (5) § § JUDGE ENGELHARDT § MAG. JUDGE NORTH § § MDL No.: 2740 |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

In December 2017, Plaintiffs in the cause numbers listed below filed Motions for Leave to File Amended Complaints:

| Last Name | First Name | Docket Numbers |
|---|---|---|
| Boynton | Sandra | 2:17-cv-09241 |
| Reed | Bobbi | 2:17-cv-09194 |
| Williamson | Delois | 2:17-cv-09322 |
| Mills | Linda | 2:17-cv-09348 |
| Thomas | Lee Ann | 2:17-cv-09345 |
| Harry | Dawn | 2:17-cv-09351 |
| Goldberg | Randi | 2:17-cv-09357 |
| Etheridge | Carissa | 2:17-cv-09431 |
| Landis | Meredith | 2:17-cv-09427 |
| Weldon | Betty | 2:17-cv-09424 |
| Belanger | Jennifer | 2:17-cv-09423 |

| | | |
|---|---|---|
| Westbrook | Denise | 2:17-cv-09499 |
| Baker | Vivian | 2:17-cv-09497 |
| Halsel | Roni | 2:17-cv-09509 |
| Ullery | Jackie | 2:17-cv-09511 |
| Henderson-Moore | Donna | 2:17cv-09575 |
| Simms | Joan | 2:17-cv-09574 |
| Gibson | Peggy | 2:17-cv-09576 |
| Laverne | Shirley | 2:17-cv-11323 |
| Vaillancourt | Linda | 2:17-cv-11320 |
| Riding | Kathyrn | 2:17-cv-11496 |
| Bassett | Debra | 2:17-cv-11489 |
| Thompson | Teresa | 2:17-cv-11498 |
| Bell | Alice | 2:17-cv-12706 |
| Chioda | Marlene | 2:17-cv-12593 |

These Plaintiffs, by and through their undersigned counsel, now move the Court to withdraw their previously filed Motions for Leave to File Amended Complaints from the docket. Plaintiffs have conferred with defense counsels, who are unopposed to this Motion to Withdraw.

Dated this 20th day of February, 2018.

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 20th day of February, 2018.

/s/ C. Brannon Robertson
C. Brannon Robertson