UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § § | MDL No. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

THE COURT being fully advised on the matter and having reviewed the file and pleadings, hereby GRANTS Plaintiffs' Unopposed Motion to Withdraw Motions for Leave to File Amended Complaints in the below-captioned matters.

| Last Name | First Name | Docket Numbers |
|---|---|---|
| Boynton | Sandra | 2:17-cv-09241 |
| Reed | Bobbi | 2:17-cv-09194 |
| Williamson | Delois | 2:17-cv-09322 |
| Mills | Linda | 2:17-cv-09348 |
| Thomas | Lee Ann | 2:17-cv-09345 |
| Harry | Dawn | 2:17-cv-09351 |
| Goldberg | Randi | 2:17-cv-09357 |
| Etheridge | Carissa | 2:17-cv-09431 |
| Landis | Meredith | 2:17-cv-09427 |
| Weldon | Betty | 2:17-cv-09424 |
| Belanger | Jennifer | 2:17-cv-09423 |
| Westbrook | Denise | 2:17-cv-09499 |
| Baker | Vivian | 2:17-cv-09497 |
| Halsel | Roni | 2:17-cv-09509 |

| | | |
|---|---|---|
| Ullery | Jackie | 2:17-cv-09511 |
| Henderson-Moore | Donna | 2:17cv-09575 |
| Simms | Joan | 2:17-cv-09574 |
| Gibson | Peggy | 2:17-cv-09576 |
| Laverne | Shirley | 2:17-cv-11323 |
| Vaillancourt | Linda | 2:17-cv-11320 |
| Riding | Kathyrn | 2:17-cv-11496 |
| Bassett | Debra | 2:17-cv-11489 |
| Thompson | Teresa | 2:17-cv-11498 |
| Bell | Alice | 2:17-cv-12706 |
| Chioda | Marlene | 2:17-cv-12593 |

SO ORDERED this_____ day of _____ , 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT