## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES | : | JUDGE KURT D. ENGELHARDT |
| TO: Sequitta Frederick; | : | |
| 2:17-cv-16624 | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a/ Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc.; and Pfizer Inc. *only*.

Dated this 20th day of February, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmlw.com
Email: tara@swwmlaw.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 20th, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swmwlaw.com
**_ATTORNEYS FOR PLAINTIFFS_**