# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: : | JUDGE KURT D. ENGELHARDT |
| Lozano v. Sanofi-Aventis U.S. INC., et al., Civil Action No. 2:17-cv-13251 : | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: February 21, 2018          Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 21, 2018

      Respectfully Submitted,

      **NIEMEYER GREBEL & KRUSE, LLC**

      */s/ Mark R. Niemeyer*
      Mark R. Niemeyer #42437
      Michael S. Kruse #57818
      10 S. Broadway,
      Suite 1125
      St. Louis, MO  63102
      314-241-1919 phone
      314-665-3017 fax
      niemeyer@ngklawfirm.com
      kruse@ngklawfirm.com

      Attorneys for Plaintiff