UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2740 SECTION "N" (5) |
| This Document Relates To: HALDEMAN v. Sanofi S.A. et al | ) ) ) ) ) | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Case No: 2:17-CV-13941 | ) ) ) ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Joan and John Haldeman's claims be dismissed with prejudice against all defendants, with each party to beat its own costs. The reason for the dismissal is that Plaintiffs do not wish to proceed.

Dated: February 22, 2018

By: */s/ Bradley D. Honnold*
Bradley D. Honnold, Esq.
**GOZA & HONNOLD, L.L.C.**
11181 Overbrook Road, Suite 200
Leawood, KS 66211
913.451.3433

Respectfully submitted,

By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130

00526930-1

**Attorney for Plaintiff**                     Telephone: (504) 310-2100
                                               Facsimile: (504) 310-2100
                                               Email:  dmoore@irwinllc.com
                                                       kbrilleaux@irwinllc.com
                                               *Liaison counsel for the Defendants*


                                               By: /s/ Harley V. Ratliff
                                               Harley V. Ratliff
                                               Kelly Bieri
                                               **SHOOK, HARDY & BACON L.L.P**
                                               2555 Grand Blvd.
                                               Kansas City, MO  64108
                                               Telephone:  (816) 474-6550
                                               Facsimile:  (816) 421-5547
                                               Email:  hratliff@shb.com
                                                       kbieri@shb.com

                                               *Attorneys for Defendants Sanofi S.A.,*
                                               *Aventis Pharma SA.., Sanofi-Aventis*
                                               *U.S. LLC, and Sanofi US Services Inc.*

00526930-1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 22nd day of February, 2018.

                                                */s/ Bradley D. Honnold*
                                                Bradley D. Honnold