# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION N (5) |
| ANGELA WOODS, | |
| Plaintiff, | JUDGE KURT D. ENGELHARDT |
| v. | MAGISTRATE JUDGE NORTH |
| SANOFI-AVENTIS U.S. LLC, et al.., Defendants | Civil Action No.: 2:17-CV-14974 |
| | STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff Angela Woods hereby dismisses all claims against all Defendants in this action, Civil Action No. 2:17-cv-14974, with prejudice. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Angela Woods, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-07138. All parties shall bear their own costs.

.

00393396                                          1

Respectfully submitted,

<table>
<tr><td>

 /s/Rhett A. McSweeney
Rhett A. McSweeney (269542)
David M. Langevin (329563)
2116 2nd Avenue South
Minneapolis, MN 55404
Phone: (612) 746-4646
Facsimile: (612) 454-2678
RAM@westrikeback.com
Dave@westrikeback.com

**MCSWEENEY / LANGEVIN LLC**

*Attorneys for the Plaintiff*

Dated: February 22, 2018

</td><td>

/s/Kelly Bieri
Harley V. Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
hratliff@shb.com
kbieri@shb.com

**SHOOK HARDY & BACON LLP**

*Attorneys for Defendants*

Dated: February 22, 2018

</td></tr>
</table>

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on February 22, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                                                                      ___s/ Rhett A. McSweeney_____