# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> SHELLEY PEARSON v. SANOFI S.A., ET AL. | Civil Action No.: 2:16-cv-17840 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Shelley Pearson's claims against all defendants be dismissed with prejudice, each party to bear its own costs. The reason for dismissal is Plaintiff no longer wishes to proceed in pursuing claims against defendants.

Dated this 22nd day of February 2018.


By: */s/ Frederick B. Darley, III*      By: */s/Douglas J. Moore*
Frederick B. Darley, III                              Douglas J. Moore
Andy D. Birchfield, Jr.                              Kelly J. Brilleaux
**BEASLEY, ALLEN, CROW, METHVIN,**    **IRWIN FRITCHIE URQUHART &**
**PORTIS & MILES, P.C.**                      **MOORE**
P.O. Box 4160                                    400 Poydras St., Suite 2700
234 Commerce Street                          New Orleans, LA 70130
Montgomery, AL 36103 (36104)         Telephone: (504) 310-2163
(334) 269-2343 – Phone                  Facsimile: (504) 310-2101
(334) 954-7555 – Fax                         dmoore@irwinllc.com
Beau.Darley@BeasleyAllen.com         kbrilleaux@irwinllc.com
Andy.Birchfield@BeasleyAllen.com

*Attorneys for Plaintiff*

                                                                Harley Ratliff
                                                                Kelly Bieri
                                                                SHOOK, HARDY & BACON L.L.P.
                                                                2555 Grand Boulevard
                                                                Kansas City, MO 64108
                                                                Telephone: (504) 310-2163
                                                                Facsimile: (504) 310-2101
                                                                hratliff@shb.com
                                                                kbieri@shb.com

                                                                *Attorneys for Defendants Sanofi-Aventis*
                                                                *U.S. and Sanofi U.S. Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Frederick B. Darley, III*
Frederick B. Darley, III