# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, AS NAMED DEFENDANTS, AND DISMISSING DEFENDANTS SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>LINDSEY WOOD v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:18-cv-00323-KDE-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants and dismissing Defendants Sanofi Services Inc. f/k/a Sanofi Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC with prejudice (Rec. Doc. 1530) is GRANTED.

New Orleans, Louisiana, this 16th day of February, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge