UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Ernys-Kofler v. Sanofi S.A., et al.*, 2:17-cv-03867-KDE-MBN (E.D. La.)
*McCallister, et al v. Sanofi S.A., et al.*, 2:17-cv-02356-KDE-MBN (E.D. La.)

## ORDER

Considering the Motion for Leave to File Supplemental Memorandum in Support of its Opposition to Plaintiffs' Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC (Rec. Doc. 1634);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Supplemental Memorandum in Support of its Opposition to Plaintiffs' Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana this 15th day of February, 2018.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1