# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT MAG. JUDGE NORTH |
| KLARA ERNYES-KOFLER, NADINE SPERTUS, ANN BUCHANAN, VERA SUE GREEN, SHARON M. STEWART, SYLVIA WASHINGTON, | Civil Action No. 2:17-cv-03867-KDE-MBN |
| Plaintiffs, | |
| v. | |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI-AVENTIS U.S. LLC; MCKESSON CORPORATION; and DOES 1 through 30, inclusive, | |
| Defendants. | |

## DECLARATION OF BRETT HARROP

I, Brett Harrop, declare as follows:

1.      I am the VPDO, Regional Sales & Operations, Western Division, at McKesson Corporation's U.S. Pharmaceutical business ("McKesson").  I have personal knowledge of the facts set forth herein and could competently testify to the facts herein.

2.      McKesson has not distributed brand-name Taxotere or generic docetaxel to any Kaiser Permanente Medical Center in Santa Clara, California, from January 1, 2010 to the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2__ day of ___FEBRUARY___, 2018.

_____
BRETT HARROP

sd-710542