# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT<br>MAG. JUDGE NORTH |
| LISA MCCALLISTER, JANINE HANSON, BRENDA BANKS, BRENDA HAWKINS, PENNY MILLER, CAROLYN BOYD, SANDRA ISHAM, IDA VINCENT, GERALDINE JONES, JOSEPHINE HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI S.A.; AVENTIS PHARIVIA S.A.; SANOFI-AVENTIS U.S. LLC; MCKESSON CORPORATION; and DOES 1 through 30, inclusive,<br><br>Defendants. | Civil Action No. 2:17-cv-02356-KDE-MBN |

## DECLARATION OF BRETT HARROP

I, Brett Harrop, declare as follows:

1. I am the VPDO, Regional Sales & Operations, Western Division, at McKesson Corporation's U.S. Pharmaceutical business ("McKesson"). I have personal knowledge of the facts set forth herein and could competently testify to the facts herein.

2. McKesson has not distributed brand-name Taxotere or generic docetaxel to any University of Tennessee Medical Center in Knoxville, Tennessee, from January 1, 2008 to the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 day of FEBRUARY, 2018.

BRETT HARROP

sd-711307