BEFORE THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| IMIEJEAN CONEY | |
| v. | Case No. 2:17-cv-15726 |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |

## NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of all Defendants in Case No. 2:17-cv-15726 only. Each party to bear their own costs. Plaintiff Imiejean Coney's suit in Case No. 2:17-cv-08791 is not affected by this filing.

DATED: February 22, 2018

_A. C. Eiland_ (signature)

A. Craig Eiland (TX Bar 06502380)
LAW OFFICES OF A. CRAIG EILAND, PC
2211 The Strand, Suite 201
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice as to All Defendants has been contemporaneously with or before filing served upon all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: February 22, 2018

_____
A. Craig Eiland (TX Bar 06502380)
LAW OFFICES OF A. CRAIG EILAND, PC
2211 The Strand, Suite 201
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com
**ATTORNEY FOR PLAINTIFF**