UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "N" (5) |
| ) | | |
| THIS DOCUMENT RELATES TO ) | | |
| ALL CASES LISTED ON ATTACHED ) | | |
| EXHIBIT A ) | | |

## SANOFI-AVENTIS U.S. LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 9

**NOW INTO COURT**, through undersigned counsel, comes Defendant, sanofi-aventis U.S. LLC, which respectfully brings the instant Motion to Dismiss for Failure to Comply with Pretrial Order No. 9. For the reasons more fully set forth in the attached Memorandum in Support, Defendant moves to dismiss the claims of the 267 Plaintiffs listed on Exhibit A to the instant Motion on the grounds that Plaintiffs did not serve sanofi-aventis U.S. LLC within ninety (90) days from the date each case was docketed in the MDL. Those cases are as follows:

| Case | Date Complaint Filed | Deadline to Serve |
|---|---|---|
| Aiken, Ruth (2:17-cv-11861) | 11/6/2017 | 2/4/2018 |
| Allen, Ella (2:17-cv-07976) | 8/17/2017 | 11/15/2017 |
| Aragon, Floraida (2:17-cv-11436) | 10/29/2017 | 1/27/2018 |
| Battle, Maelois (2:17-cv-09933) | 10/2/2017 | 12/31/2017 |
| Beamon, Alice (2:17-cv-07920) | 8/16/2017 | 11/14/2017 |
| Beamon, Alicia (2:17-cv-08229) | 8/24/2017 | 11/22/2017 |
| Bellmore, Annette (2:17-cv-10105) | 10/3/2017 | 1/1/2018 |
| Bersentes, Yianna (2:17-cv-08328) | 8/27/2017 | 11/25/2017 |
| Birdsong, Joy (2:17-cv-08227) | 8/24/2017 | 11/22/2017 |
| Blogg, Mary (2:17-cv-09168) | 9/17/2017 | 12/16/2017 |
| Blount, Petonia (2:17-cv-09280) | 9/18/2017 | 12/17/2017 |
| Bonnett, Kathryn (2:17-cv-07793) | 8/13/2017 | 11/11/2017 |
| Borgardt, Lillian (2:17-cv-09677) | 9/27/2017 | 12/26/2017 |

| | | |
|---|---|---|
| Breznik, Tina (2:17-cv-07876) | 8/16/2017 | 11/14/2017 |
| Bromeling, Katherine (2:17-cv-07801) | 8/13/2017 | 11/11/2017 |
| Brown, Carrie (2:17-cv-08337) | 8/27/2017 | 11/25/2017 |
| Brown, Virginia (2:16-cv-16897) | 11/14/2016 | 2/12/2017 |
| Butler, Sykeethia (2:17-cv-08911) | 9/12/2017 | 12/11/2017 |
| Cabaniss, Lorrie (2:17-cv-10294) | 10/8/2017 | 1/6/2018 |
| Cameron, Beth (2:17-cv-08506) | 8/31/2017 | 11/29/2017 |
| Campa, Anita (2:17-cv-11530) | 10/31/2017 | 1/29/2018 |
| Caringer, Kimberly (2:17-cv-07977) | 8/18/2017 | 11/16/2017 |
| Carlson, Marlene (2:17-cv-10472) | 10/10/2017 | 1/8/2018 |
| Carter, Eileen (2:17-cv-08342) | 8/28/2017 | 11/26/2017 |
| Carvajal, Mary (2:17-cv-09537) | 9/23/2017 | 12/22/2017 |
| Caudell, Daisy (2:17-cv-09929) | 10/1/2017 | 12/30/2017 |
| Chandler, Linda (2:17-cv-02733) | 3/30/2017 | 6/28/2017 |
| Chapman, Joyce[1] (2:16-cv-17229) | 12/12/2016 | 3/12/2017 |
| Chapman, Renee (2:17-cv-07843) | 8/15/2017 | 11/13/2017 |
| Clarkson, Carole (2:17-cv-11803) | 11/5/2017 | 2/3/2018 |
| Clayton, Jacqueline (2:17-cv-10158) | 10/4/2017 | 1/2/2018 |
| Clink, Brenda (2:17-cv-10299) | 10/9/2017 | 1/7/2018 |
| Coles, Nepphie (2:17-cv-08954) | 9/13/2017 | 12/12/2017 |
| Colton, Joyce (2:17-cv-09917) | 9/29/2017 | 12/28/2017 |
| Coney, Louistine (2:17-cv-07117) | 7/25/2017 | 10/23/2017 |
| Cooper, Joyce (2:17-cv-08231) | 8/25/2017 | 11/23/2017 |
| Cortez, Mayra (2:17-cv-09283) | 9/18/2017 | 12/17/2017 |
| Cotton, Betty (2:17-cv-07795) | 8/13/2017 | 11/11/2017 |
| Cox, Traci (2:17-cv-09924) | 10/1/2017 | 12/30/2017 |
| Crawford, Yolanda (2:17-cv-09666) | 9/26/2017 | 12/25/2017 |
| Cuene, Gail (2:17-cv-09328) | 9/19/2017 | 12/18/2017 |
| Cummings, Bernice (2:17-cv-09815) | 9/29/2017 | 12/28/2017 |
| Darby, Charlotte (2:17-cv-08332) | 8/27/2017 | 11/25/2017 |
| Darby, Sandra (2:17-cv-06442) | 7/1/2017 | 9/29/2017 |
| Davis, Adlean (2:17-cv-09010) | 9/16/2017 | 12/15/2017 |
| Davis, Linda[2] (2:17-cv-07738) | 8/10/2017 | 11/8/2017 |
| Dawkins, Keshin (2:17-cv-09164) | 9/17/2017 | 12/16/2017 |

---

[1] This case has been filed twice.  See *Joyce Chapman v. Sanofi S.A., et al.*, 2:16-cv-17217 (E.D. La.).
[2] This case has been filed twice.  See *Linda Davis v. Sanofi S.A., et al.*, 2:17-cv-01773 (E.D. La.).

| | | |
|---|---|---|
| Day, Carol (2:17-cv-08331) | 8/27/2017 | 11/25/2017 |
| Day, Velma Louise (2:17-cv-05627) | 6/7/2017 | 9/5/2017 |
| Deloach, Patricia (2:17-cv-08340) | 8/28/2017 | 11/26/2017 |
| Delongchamp, Kathryn (2:17-cv-06613) | 7/11/2017 | 10/9/2017 |
| Dennis, Clara (2:17-cv-08398) | 8/28/2017 | 11/26/2017 |
| Dimanto, Frances (2:17-cv-07803) | 8/13/2017 | 11/11/2017 |
| Dixon, America (2:17-cv-09173) | 9/18/2017 | 12/17/2017 |
| Dooley, Jamie (2:17-cv-11451) | 10/29/2017 | 1/27/2018 |
| Doss, Pamela (2:17-cv-07839) | 8/14/2017 | 11/12/2017 |
| Dunn, Deborah (2:16-cv-15495) | 9/16/2016 | 12/15/2016 |
| Edwards, Debra (2:17-cv-09282) | 9/18/2017 | 12/17/2017 |
| Eklund, Patricia (2:17-cv-02182) | 3/15/2017 | 6/13/2017 |
| Elder, Nioka (2:17-cv-08232) | 8/25/2017 | 11/23/2017 |
| Estrada, Roselyn (2:17-cv-07744) | 8/11/2017 | 11/9/2017 |
| Evans, Beatrice (2:17-cv-09740) | 9/27/2017 | 12/26/2017 |
| Farver, Ethel (2:17-cv-09921) | 10/1/2017 | 12/30/2017 |
| Feldt, Cheryl (2:17-cv-02727) | 3/30/2017 | 6/28/2017 |
| Felton, Sabra (2:17-cv-09527) | 9/22/2017 | 12/21/2017 |
| Ferguson, Ronda (2:17-cv-11442) | 10/29/2017 | 1/27/2018 |
| Fields, Christy (2:17-cv-11449) | 10/29/2017 | 1/27/2018 |
| Fisher, Audree (2:17-cv-09927) | 10/1/2017 | 12/30/2017 |
| Flippin, Nioyoka (2:17-cv-09526) | 9/22/2017 | 12/21/2017 |
| Ford, Imogene (2:17-cv-07118) | 7/26/2017 | 10/24/2017 |
| Foster, Gwendolyn (2:17-cv-05378) | 5/30/2017 | 8/28/2017 |
| Foxworth, Denise (2:17-cv-08333) | 8/27/2017 | 11/25/2017 |
| Franklin, Sandra (2:17-cv-10330) | 10/9/2017 | 1/7/2018 |
| Frost, Sheila[3] (2:16-cv-17913) | 12/1/2016 | 3/1/2017 |
| Fuller, Theresa (2:17-cv-09281) | 9/18/2017 | 12/17/2017 |
| Furbeck, Lisa (2:17-cv-08136) | 8/23/2017 | 11/21/2017 |
| Gahagen, Diane (2:17-cv-11444) | 10/29/2017 | 1/27/2018 |
| Gardner, Robin (2:17-cv-07923) | 8/17/2017 | 11/15/2017 |
| Gaston, Mary (2:17-cv-07121) | 7/26/2017 | 10/24/2017 |
| Gaynor-Madison, Clara (2:17-cv-02730) | 3/30/2017 | 6/28/2017 |
| Germany, Gwendolyn (2:17-cv-10160) | 10/5/2017 | 1/3/2018 |

---

[3] This case has been filed twice.  *See Sheila Frost v. Sanofi S.A., et al.*, 2:16-cv-17042 (E.D. La.).

| | | |
|---|---|---|
| Gibson, Holley (2:17-cv-05376) | 5/30/2017 | 8/28/2017 |
| Gilbert, Shirley (2:17-cv-07787) | 8/13/2017 | 11/11/2017 |
| Gray, Phyllis (2:17-cv-08339) | 8/27/2017 | 11/25/2017 |
| Green, Arlene (2:17-cv-10107) | 10/4/2017 | 1/2/2018 |
| Griffin, Kim (2:17-cv-09549) | 9/24/2017 | 12/23/2017 |
| Griffith, Anne (2:17-cv-09449) | 9/22/2017 | 12/21/2017 |
| Guion, Sheila (2:17-cv-09092) | 9/15/2017 | 12/14/2017 |
| Gurung, Carolyn (2:17-cv-07743) | 8/11/2017 | 11/9/2017 |
| Guthrie, Kathryn (2:17-cv-08623) | 9/3/2017 | 12/2/2017 |
| Gutierrez, Demelza (2:17-cv-09160) | 9/17/2017 | 12/16/2017 |
| Guzman, Loraine (2:17-cv-10332) | 10/9/2017 | 1/7/2018 |
| Hainkel, Lori (2:17-cv-11437) | 10/29/2017 | 1/27/2018 |
| Hallum, Helen (2:17-cv-09915) | 9/29/2017 | 12/28/2017 |
| Hamilton, Linda (2:17-cv-01739) | 2/28/2017 | 5/29/2017 |
| Harlan, Pamela (2:17-cv-11439) | 10/29/2017 | 1/27/2018 |
| Harrell, Barbara (2:17-cv-09170) | 9/17/2017 | 12/16/2017 |
| Harris, Marcia (2:17-cv-06612) | 7/11/2017 | 10/9/2017 |
| Hart, Donna (2:17-cv-11432) | 10/28/2017 | 1/26/2018 |
| Hayes, Elizabeth (2:17-cv-00440) | 5/26/2017 | 8/24/2017 |
| Hearing, Penny (2:17-cv-08338) | 8/27/2017 | 11/25/2017 |
| Henson, Dorothy (2:17-cv-09448) | 9/22/2017 | 12/21/2017 |
| Hollie, Donna (2:17-cv-09935) | 10/2/2017 | 12/31/2017 |
| Holloman, Fatima (2:17-cv-08951) | 9/12/2017 | 12/11/2017 |
| Hoversten, Rebecca (2:17-cv-09922) | 10/1/2017 | 12/30/2017 |
| Howell, Lois (2:17-cv-04790) | 5/8/2017 | 8/6/2017 |
| Hu, Guiping (2:17-cv-07143) | 7/27/2017 | 10/25/2017 |
| Hunt, Lorri (2:17-cv-09444) | 9/21/2017 | 12/20/2017 |
| Jackson, Kim (2:17-cv-07737) | 8/10/2017 | 11/8/2017 |
| Jacobs, Annerena (2:17-cv-08913) | 9/12/2017 | 12/11/2017 |
| Jefferson, Charlotte (2:17-cv-00756) | 1/27/2017 | 4/27/2017 |
| Johnson-Bell, Angela (2:17-cv-07695) | 8/9/2017 | 11/7/2017 |
| Johnson-Walker, Gina (2:17-cv-10336) | 10/10/2017 | 1/8/2018 |
| Jones, Deborah (2:17-cv-08133) | 8/22/2017 | 11/20/2017 |
| Jones, Delois[4] (2:16-cv-17575) | 12/1/2016 | 3/1/2017 |

---

[4] This case has been filed twice. *See Delois Jones v. Sanofi S.A., et al.*, 2:16-cv-17041 (E.D. La.).

| | | |
|---|---|---|
| Jones, Iris (2:17-cv-09919) | 9/30/2017 | 12/29/2017 |
| Jones, Myra (2:17-cv-09545) | 9/24/2017 | 12/23/2017 |
| Jones, Susan (2:17-cv-03854) | 4/24/2017 | 7/23/2017 |
| Jones, Theresa (2:17-cv-07119) | 7/26/2017 | 10/24/2017 |
| Jones, Velma[5] (2:17-cv-10159) | 10/4/2017 | 1/2/2018 |
| Jose, Rachel (2:17-cv-10297) | 10/8/2017 | 1/6/2018 |
| Karl, Joanne (2:17-cv-07116) | 7/25/2017 | 10/23/2017 |
| Karns, Kathryn (2:17-cv-08830) | 9/9/2017 | 12/8/2017 |
| Kennedy, Pamela (2:17-cv-09284) | 9/18/2017 | 12/17/2017 |
| Kirchner, Dianne (2:17-cv-09161) | 9/17/2017 | 12/16/2017 |
| Kitchen, Wendy (2:17-cv-09810) | 9/28/2017 | 12/27/2017 |
| Knight, Cordelia (2:17-cv-09088) | 9/14/2017 | 12/13/2017 |
| Knight, Shara (2:17-cv-09090) | 9/14/2017 | 12/13/2017 |
| Kosky, Lynn (2:17-cv-09450) | 9/22/2017 | 12/21/2017 |
| Kron, Leslie (2:17-cv-11446) | 10/29/2017 | 1/27/2018 |
| Ladd, Lisa (2:17-cv-09165) | 9/17/2017 | 12/16/2017 |
| Lafever, Sherry (2:17-cv-11454) | 10/29/2017 | 1/27/2018 |
| Lands, Margaret (2:17-cv-08330) | 8/27/2017 | 11/25/2017 |
| Lawson, Janice (2:17-cv-10335) | 10/9/2017 | 1/7/2018 |
| Lea, Doris (2:17-cv-09171) | 9/17/2017 | 12/16/2017 |
| Lee, Lectrice (2:17-cv-09156) | 9/17/2017 | 12/16/2017 |
| Lieberman, Erica (2:17-cv-03729) | 4/21/2017 | 7/20/2017 |
| Lindbloom, Rebecca (2:17-cv-09551) | 9/24/2017 | 12/23/2017 |
| Lomineck, Kathie (2:17-cv-09811) | 9/28/2017 | 12/27/2017 |
| Ludgood, Evelyn (2:17-cv-01799) | 3/2/2017 | 5/31/2017 |
| Luke, Sandra (2:17-cv-09157) | 9/17/2017 | 12/16/2017 |
| Maddies, Roshal[6] (2:17-cv-09540) | 9/23/2017 | 12/22/2017 |
| Magee, Sherry (2:17-cv-08504) | 8/30/2017 | 11/28/2017 |
| Mapp, Jo'Ann (2:17-cv-08507) | 8/31/2017 | 11/29/2017 |
| Marquez, Teresa (2:17-cv-11440) | 10/29/2017 | 1/27/2018 |
| Mason, Catherine (2:17-cv-08327) | 8/27/2017 | 11/25/2017 |
| McCall, Beulah (2:17-cv-09536) | 9/23/2017 | 12/22/2017 |
| McCall, Gina (2:17-cv-09610) | 9/25/2017 | 12/24/2017 |
| McCallion, Kelly (2:17-cv-10157) | 10/4/2017 | 1/2/2018 |

---

[5] This case has been filed twice. *See Velma Jones v. Sanofi S.A., et al.*, 2:17-cv-11543 (E.D. La.).
[6] This case has been filed twice. *See Roshal Maddies v. Sanofi S.A., et al.*, 2:17-cv-11375 (E.D. La.).

| | | |
|---|---|---|
| McClendon, Mary (2:17-cv-08617) | 9/1/2017 | 11/30/2017 |
| McCormick, Lois (2:17-cv-10104) | 10/3/2017 | 1/1/2018 |
| McCoy, Linda[7]  (2:17-cv-11441) | 10/29/2017 | 1/27/2018 |
| McCoy, Michelle (2:17-cv-09158) | 9/17/2017 | 12/16/2017 |
| Medici, Lisa (2:16-cv-15569) | 7/29/2016 | 10/27/2016 |
| Mendez, Margarita (2:17-cv-08129) | 8/22/2017 | 11/20/2017 |
| Menefee, Joann[8]  (2:17-cv-09007) | 9/13/2017 | 12/12/2017 |
| Merritt, Vaniese (2:17-cv-09166) | 9/17/2017 | 12/16/2017 |
| Meyers, Monica (2:16-cv-15323) | 7/12/2016 | 10/10/2016 |
| Miles, Queen (2:17-cv-09612) | 9/25/2017 | 12/24/2017 |
| Mitchell, Marvin (2:17-cv-09530) | 9/23/2017 | 12/22/2017 |
| Miyose, Vesta (2:17-cv-10473) | 10/11/2017 | 1/9/2018 |
| Montgomery, Pamela (2:17-cv-11435) | 10/29/2017 | 1/27/2018 |
| Moore, Sandra (2:17-cv-09814) | 9/29/2017 | 12/28/2017 |
| Moore, Sheryl (2:17-cv-10331) | 10/9/2017 | 1/7/2018 |
| Morton, Teresa (2:17-cv-13026) | 11/21/2017 | 2/19/2018 |
| Munchick, Patricia (2:17-cv-08135) | 8/23/2017 | 11/21/2017 |
| Musa-Gadjo, Betty (2:17-cv-08130) | 8/22/2017 | 11/20/2017 |
| Neal, Beverly (2:17-cv-09528) | 9/22/2017 | 12/21/2017 |
| Nebiett, Deconda (2:17-cv-08329) | 8/27/2017 | 11/25/2017 |
| Nelson, Inez (2:17-cv-09159) | 9/17/2017 | 12/16/2017 |
| Newell, Lauren (2:17-cv-09525) | 9/22/2017 | 12/21/2017 |
| Nieves, Ruby (2:17-cv-09669) | 9/26/2017 | 12/25/2017 |
| Nigg, Virginia (2:17-cv-11445) | 10/29/2017 | 1/27/2018 |
| Oliver, Edna (2:17-cv-09012) | 9/14/2017 | 12/13/2017 |
| O'Neill, Peggy (2:17-cv-08343) | 8/28/2017 | 11/26/2017 |
| Opalka, Sharon (2:17-cv-09172) | 9/17/2017 | 12/16/2017 |
| Orton, Judith (2:17-cv-09923) | 10/1/2017 | 12/30/2017 |
| Paden, Ida (2:17-cv-09607) | 9/25/2017 | 12/24/2017 |
| Pardue, Tara (2:16-cv-17507) | 12/15/2016 | 3/15/2017 |
| Parker, Debra (2:17-cv-08396) | 8/28/2017 | 11/26/2017 |
| Parker, Tami (2:17-cv-09547) | 9/24/2017 | 12/23/2017 |
| Parmeter, Patricia (2:17-cv-13027) | 11/21/2017 | 2/19/2018 |
| Parrish, Elizabeth (2:17-cv-06248) | 6/28/2017 | 9/26/2017 |

---

[7] This case has been filed twice.  *See Linda McCoy v. Sanofi US Services Inc., et al.*, 2:17-cv-15335 (E.D. La.).
[8] This case has been filed twice.  *See Joann Menefee v. Sanofi S.A., et al.*, 2:17-cv-09605 (E.D. La.).

| | | |
|---|---|---|
| Perry, Lillie (2:17-cv-08395) | 8/28/2017 | 11/26/2017 |
| Pery, Jessica (2:17-cv-09443) | 9/21/2017 | 12/20/2017 |
| Pierce, Ann (2:17-cv-02729) | 3/30/2017 | 6/28/2017 |
| Podesta, Barbara (2:17-cv-09541) | 9/23/2017 | 12/22/2017 |
| Proctor, Janice (2:17-cv-09087) | 9/14/2017 | 12/13/2017 |
| Punzi, Marilyn (2:17-cv-09812) | 9/28/2017 | 12/27/2017 |
| Radcliff, Ruthie (2:17-cv-03797) | 4/21/2017 | 7/20/2017 |
| Rayford, Valerie (2:17-cv-09608) | 9/25/2017 | 12/24/2017 |
| Ricks, Lisa (2:17-cv-09926) | 10/1/2017 | 12/30/2017 |
| Rider, Linda (2:17-cv-10334) | 10/9/2017 | 1/7/2018 |
| Rippy, Janet (2:17-cv-11438) | 10/29/2017 | 1/27/2018 |
| Robertson, Fawn (2:17-cv-04679) | 5/3/2017 | 8/1/2017 |
| Robinson, Erin (2:17-cv-00439) | 5/30/2017 | 8/28/2017 |
| Robinson, Gigi (2:17-cv-11450) | 10/29/2017 | 1/27/2018 |
| Roche, Eileen (2:17-cv-09162) | 9/17/2017 | 12/16/2017 |
| Rodriguez, Victoria (2:17-cv-11808) | 11/5/2017 | 2/3/2018 |
| Rogers, Kathie (2:17-cv-09675) | 9/26/2017 | 12/25/2017 |
| Rosa, Virginia Rosario (2:17-cv-07120) | 7/26/2017 | 10/24/2017 |
| Rose, Kelly (2:17-cv-09447) | 9/21/2017 | 12/20/2017 |
| Ross, Donna (2:17-cv-10156) | 10/4/2017 | 1/2/2018 |
| Rouse, Linda (2:17-cv-02396) | 3/22/2017 | 6/20/2017 |
| Rovin, Barbara (2:17-cv-08233) | 8/25/2017 | 11/23/2017 |
| Salser, Janice (2:17-cv-12262) | 11/12/2017 | 2/10/2018 |
| Sargento, Norma (2:17-cv-07921) | 8/16/2017 | 11/14/2017 |
| Schuster, Patricia (2:17-cv-07837) | 8/14/2017 | 11/12/2017 |
| Scott, Janice (2:17-cv-07794) | 8/13/2017 | 11/11/2017 |
| Seabrooks, Valerie (2:17-cv-07877) | 8/16/2017 | 11/14/2017 |
| Seisan, Theresa (2:17-cv-08950) | 9/12/2017 | 12/11/2017 |
| Seta, Mary (2:17-cv-05530) | 6/4/2017 | 9/2/2017 |
| Shannon, Lena (2:17-cv-11457) | 10/29/2017 | 1/27/2018 |
| Shaw, Betty (2:17-cv-09934) | 10/2/2017 | 12/31/2017 |
| Shiffert, Faith (2:17-cv-09445) | 9/21/2017 | 12/20/2017 |
| Sims, Rita (2:17-cv-01844) | 3/2/2017 | 5/31/2017 |
| Smith, Addie[9] (2:17-cv-09544) | 9/23/2017 | 12/22/2017 |

---

[9] This case has been filed twice. *See Addie Smith v. Sanofi S.A., et al.*, 2:17-cv-10094 (E.D. La.).

| | | |
|---|---|---|
| Smith, Debra (2:17-cv-11433) | 10/28/2017 | 1/26/2018 |
| Smith, Janet (2:17-cv-02728) | 3/30/2017 | 6/28/2017 |
| Smith, Judy (2:17-cv-09744) | 9/28/2017 | 12/27/2017 |
| Smith, Linda (2:17-cv-13029) | 11/21/2017 | 2/19/2018 |
| Smith, Octavia (2:17-cv-01701) | 2/28/2017 | 5/29/2017 |
| Sprague, Pamela (2:17-cv-09925) | 10/1/2017 | 12/30/2017 |
| Stevens, Lillie (2:17-cv-05227) | 5/25/2017 | 8/23/2017 |
| Stewart, Anneliese (2:17-cv-08909) | 9/11/2017 | 12/10/2017 |
| Sutton, Leslie[10] (2:17-cv-09930) | 10/1/2017 | 12/30/2017 |
| Swann, Ellen (2:17-cv-09542) | 9/23/2017 | 12/22/2017 |
| Sweet, Catherine (2:17-cv-08314) | 8/25/2017 | 11/23/2017 |
| Talbot, Leah (2:17-cv-09741) | 9/27/2017 | 12/26/2017 |
| Tatum, Diane (2:17-cv-11456) | 10/29/2017 | 1/27/2018 |
| Taylor, Linda (2:17-cv-09742) | 9/27/2017 | 12/26/2017 |
| Taylor, Sheila (2:17-cv-03855) | 4/25/2017 | 7/24/2017 |
| Terkia, Kathleen (2:17-cv-07978) | 8/18/2017 | 11/16/2017 |
| Thibou, Theresa (2:17-cv-11452) | 10/29/2017 | 1/27/2018 |
| Thompson, Elizabeth (2:17-cv-03852) | 4/24/2017 | 7/23/2017 |
| Thompson, Lillie (2:17-cv-10328) | 10/9/2017 | 1/7/2018 |
| Tracey, Stacy (2:17-cv-09743) | 9/27/2017 | 12/26/2017 |
| Tucker, Laticia (2:17-cv-07741) | 8/11/2017 | 11/9/2017 |
| Tucker, Tracy (2:17-cv-04682) | 5/3/2017 | 8/1/2017 |
| Turner, Dorothy (2:17-cv-08132) | 8/22/2017 | 11/20/2017 |
| Turner, Margaret (2:17-cv-08859) | 9/11/2017 | 12/10/2017 |
| Turner, Sharon (2:17-cv-09163) | 9/17/2017 | 12/16/2017 |
| Ulibarri, Frances (2:17-cv-11453) | 10/29/2017 | 1/27/2018 |
| Vanneste, Deborah (2:17-cv-10295) | 10/8/2017 | 1/6/2018 |
| Vivians, Latonya (2:17-cv-11455) | 10/29/2017 | 1/27/2018 |
| Walker, Thelma (2:17-cv-08907) | 9/11/2017 | 12/10/2017 |
| Wallace, Bonnie (2:17-cv-08134) | 8/23/2017 | 11/21/2017 |
| Waller, Donna (2:17-cv-08952) | 9/12/2017 | 12/11/2017 |
| Ward, Sharon[11] (2:17-cv-08230) | 8/24/2017 | 11/22/2017 |
| Warrior, Linda (2:17-cv-07974) | 8/17/2017 | 11/15/2017 |
| Weigand, Jennifer (2:17-cv-07789) | 8/13/2017 | 11/11/2017 |

---

[10] This case has been filed twice. *See Leslie Sutton v. Hospira, Inc. et al.*, 2:17-cv-15974 (E.D. La.).

[11] This case has been filed twice. *See Sharon Ward v. Sanofi US Services Inc. et al.*, 2:17-cv-14812 (E.D. La.).

| | | |
|---|---|---|
| Weirick, Melissa (2:17-cv-09546) | 9/24/2017 | 12/23/2017 |
| White, Patricia (2:17-cv-00262) | 5/31/2017 | 8/29/2017 |
| White, Sheryl (2:17-cv-09089) | 9/14/2017 | 12/13/2017 |
| Whitt, Jaqueline (2:17-cv-08165) | 8/23/2017 | 11/21/2017 |
| Whittaker, Deborah (2:17-cv-07651) | 8/9/2017 | 11/7/2017 |
| Williams, Cherlynn (2:17-cv-12249) | 11/12/2017 | 2/10/2018 |
| Williams, Doris (2:17-cv-11448) | 10/29/2017 | 1/27/2018 |
| Williams, Jennietta (2:17-cv-11458) | 10/29/2017 | 1/27/2018 |
| Williford, Shirley (2:17-cv-09169) | 9/17/2017 | 12/16/2017 |
| Willoughby, Julie (2:17-cv-09552) | 9/24/2017 | 12/23/2017 |
| Wilson, Linda (2:17-cv-09011) | 9/14/2017 | 12/13/2017 |
| Wise, Brenda (2:17-cv-13025) | 11/21/2017 | 2/19/2018 |
| Witherby, Angie (2:17-cv-08228) | 8/24/2017 | 11/22/2017 |
| Woodrow, Elizabeth (2:17-cv-09446) | 9/21/2017 | 12/20/2017 |
| Woods, Fay (2:17-cv-11832) | 11/5/2017 | 2/3/2018 |
| Wright, Mary (2:17-cv-06280) | 6/29/2017 | 9/27/2017 |

**WHEREFORE**, Defendant respectfully requests that this Court dismiss the Complaints of those Plaintiffs listed on Exhibit A to the instant Motion.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*