**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)       )          MDL No. 2740
PRODUCTS LIABILITY LITIGATION  )
                                                        )          SECTION: "N" (5)
                                                        )
THIS DOCUMENT RELATES TO      )
ALL CASES LISTED ON ATTACHED  )
EXHIBIT A                                           )

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**
**FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 9**

Pretrial Order No. 9 governs "cases originally filed in this Court or transferred or removed to this Court."  Rec. Doc. 160 at 1.  In PTO 9, sanofi-aventis U.S. LLC "agrees to waive formal service of process under Federal Rule of Civil Procedure 4 and to accept service of Taxotere® cases that are properly commenced in, removed to, or transferred to this MDL."  *Id.*  Plaintiffs "who have not already served [s]anofi-aventis U.S. LLC, and whose case has not yet been docketed in the MDL shall have **ninety (90) days** from the date the case is docketed in the MDL to serve the Complaint with a Summons."  *Id.* at 2 (emphasis added).  Pursuant to PTO 9, "[f]ailure to serve a Complaint within the time periods set forth above will be subject to the standards governing Fed. R. Civ. P. 4(m)."  *Id.*  Rule 4(m) states:

> **(m) Time Limit for Service.** If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff-- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fᴇᴅ. R. Cɪᴠ. P. 4(m).

In the following 267 cases, all filed by Bachus & Schanker, LLC, Plaintiffs did not serve

sanofi-aventis U.S. LLC within **ninety (90) days** from the date each case was docketed in the

MDL:

| Case | Date Complaint Filed | Deadline to Serve |
|---|---|---|
| Aiken, Ruth (2:17-cv-11861) | 11/6/2017 | 2/4/2018 |
| Allen, Ella (2:17-cv-07976) | 8/17/2017 | 11/15/2017 |
| Aragon, Floraida (2:17-cv-11436) | 10/29/2017 | 1/27/2018 |
| Battle, Maelois (2:17-cv-09933) | 10/2/2017 | 12/31/2017 |
| Beamon, Alice (2:17-cv-07920) | 8/16/2017 | 11/14/2017 |
| Beamon, Alicia (2:17-cv-08229) | 8/24/2017 | 11/22/2017 |
| Bellmore, Annette (2:17-cv-10105) | 10/3/2017 | 1/1/2018 |
| Bersentes, Yianna (2:17-cv-08328) | 8/27/2017 | 11/25/2017 |
| Birdsong, Joy (2:17-cv-08227) | 8/24/2017 | 11/22/2017 |
| Blogg, Mary (2:17-cv-09168) | 9/17/2017 | 12/16/2017 |
| Blount, Petonia (2:17-cv-09280) | 9/18/2017 | 12/17/2017 |
| Bonnett, Kathryn (2:17-cv-07793) | 8/13/2017 | 11/11/2017 |
| Borgardt, Lillian (2:17-cv-09677) | 9/27/2017 | 12/26/2017 |
| Breznik, Tina (2:17-cv-07876) | 8/16/2017 | 11/14/2017 |
| Bromeling, Katherine (2:17-cv-07801) | 8/13/2017 | 11/11/2017 |
| Brown, Carrie (2:17-cv-08337) | 8/27/2017 | 11/25/2017 |
| Brown, Virginia (2:16-cv-16897) | 11/14/2016 | 2/12/2017 |
| Butler, Sykeethia (2:17-cv-08911) | 9/12/2017 | 12/11/2017 |
| Cabaniss, Lorrie (2:17-cv-10294) | 10/8/2017 | 1/6/2018 |
| Cameron, Beth (2:17-cv-08506) | 8/31/2017 | 11/29/2017 |
| Campa, Anita (2:17-cv-11530) | 10/31/2017 | 1/29/2018 |
| Caringer, Kimberly (2:17-cv-07977) | 8/18/2017 | 11/16/2017 |
| Carlson, Marlene (2:17-cv-10472) | 10/10/2017 | 1/8/2018 |
| Carter, Eileen (2:17-cv-08342) | 8/28/2017 | 11/26/2017 |
| Carvajal, Mary (2:17-cv-09537) | 9/23/2017 | 12/22/2017 |
| Caudell, Daisy (2:17-cv-09929) | 10/1/2017 | 12/30/2017 |
| Chandler, Linda (2:17-cv-02733) | 3/30/2017 | 6/28/2017 |
| Chapman, Joyce[1] (2:16-cv-17229) | 12/12/2016 | 3/12/2017 |
| Chapman, Renee (2:17-cv-07843) | 8/15/2017 | 11/13/2017 |
| Clarkson, Carole (2:17-cv-11803) | 11/5/2017 | 2/3/2018 |
| Clayton, Jacqueline (2:17-cv-10158) | 10/4/2017 | 1/2/2018 |

[1] This case has been filed twice. *See Joyce Chapman v. Sanofi S.A., et al.*, 2:16-cv-17217 (E.D. La.).

| | | |
|---|---|---|
| Clink, Brenda (2:17-cv-10299) | 10/9/2017 | 1/7/2018 |
| Coles, Nepphie (2:17-cv-08954) | 9/13/2017 | 12/12/2017 |
| Colton, Joyce (2:17-cv-09917) | 9/29/2017 | 12/28/2017 |
| Coney, Louistine (2:17-cv-07117) | 7/25/2017 | 10/23/2017 |
| Cooper, Joyce (2:17-cv-08231) | 8/25/2017 | 11/23/2017 |
| Cortez, Mayra (2:17-cv-09283) | 9/18/2017 | 12/17/2017 |
| Cotton, Betty (2:17-cv-07795) | 8/13/2017 | 11/11/2017 |
| Cox, Traci (2:17-cv-09924) | 10/1/2017 | 12/30/2017 |
| Crawford, Yolanda (2:17-cv-09666) | 9/26/2017 | 12/25/2017 |
| Cuene, Gail (2:17-cv-09328) | 9/19/2017 | 12/18/2017 |
| Cummings, Bernice (2:17-cv-09815) | 9/29/2017 | 12/28/2017 |
| Darby, Charlotte (2:17-cv-08332) | 8/27/2017 | 11/25/2017 |
| Darby, Sandra (2:17-cv-06442) | 7/1/2017 | 9/29/2017 |
| Davis, Adlean (2:17-cv-09010) | 9/16/2017 | 12/15/2017 |
| Davis, Linda[2] (2:17-cv-07738) | 8/10/2017 | 11/8/2017 |
| Dawkins, Keshin (2:17-cv-09164) | 9/17/2017 | 12/16/2017 |
| Day, Carol (2:17-cv-08331) | 8/27/2017 | 11/25/2017 |
| Day, Velma Louise (2:17-cv-05627) | 6/7/2017 | 9/5/2017 |
| Deloach, Patricia (2:17-cv-08340) | 8/28/2017 | 11/26/2017 |
| Delongchamp, Kathryn (2:17-cv-06613) | 7/11/2017 | 10/9/2017 |
| Dennis, Clara (2:17-cv-08398) | 8/28/2017 | 11/26/2017 |
| Dimanto, Frances (2:17-cv-07803) | 8/13/2017 | 11/11/2017 |
| Dixon, America (2:17-cv-09173) | 9/18/2017 | 12/17/2017 |
| Dooley, Jamie (2:17-cv-11451) | 10/29/2017 | 1/27/2018 |
| Doss, Pamela (2:17-cv-07839) | 8/14/2017 | 11/12/2017 |
| Dunn, Deborah (2:16-cv-15495) | 9/16/2016 | 12/15/2016 |
| Edwards, Debra (2:17-cv-09282) | 9/18/2017 | 12/17/2017 |
| Eklund, Patricia (2:17-cv-02182) | 3/15/2017 | 6/13/2017 |
| Elder, Nioka (2:17-cv-08232) | 8/25/2017 | 11/23/2017 |
| Estrada, Roselyn (2:17-cv-07744) | 8/11/2017 | 11/9/2017 |
| Evans, Beatrice (2:17-cv-09740) | 9/27/2017 | 12/26/2017 |
| Farver, Ethel (2:17-cv-09921) | 10/1/2017 | 12/30/2017 |
| Feldt, Cheryl (2:17-cv-02727) | 3/30/2017 | 6/28/2017 |
| Felton, Sabra (2:17-cv-09527) | 9/22/2017 | 12/21/2017 |
| Ferguson, Ronda (2:17-cv-11442) | 10/29/2017 | 1/27/2018 |
| Fields, Christy (2:17-cv-11449) | 10/29/2017 | 1/27/2018 |
| Fisher, Audree (2:17-cv-09927) | 10/1/2017 | 12/30/2017 |

[2] This case has been filed twice. *See Linda Davis v. Sanofi S.A., et al.*, 2:17-cv-01773 (E.D. La.).

| | | |
|---|---|---|
| Flippin, Nioyoka (2:17-cv-09526) | 9/22/2017 | 12/21/2017 |
| Ford, Imogene (2:17-cv-07118) | 7/26/2017 | 10/24/2017 |
| Foster, Gwendolyn (2:17-cv-05378) | 5/30/2017 | 8/28/2017 |
| Foxworth, Denise (2:17-cv-08333) | 8/27/2017 | 11/25/2017 |
| Franklin, Sandra (2:17-cv-10330) | 10/9/2017 | 1/7/2018 |
| Frost, Sheila[3] (2:16-cv-17913) | 12/1/2016 | 3/1/2017 |
| Fuller, Theresa (2:17-cv-09281) | 9/18/2017 | 12/17/2017 |
| Furbeck, Lisa (2:17-cv-08136) | 8/23/2017 | 11/21/2017 |
| Gahagen, Diane (2:17-cv-11444) | 10/29/2017 | 1/27/2018 |
| Gardner, Robin (2:17-cv-07923) | 8/17/2017 | 11/15/2017 |
| Gaston, Mary (2:17-cv-07121) | 7/26/2017 | 10/24/2017 |
| Gaynor-Madison, Clara (2:17-cv-02730) | 3/30/2017 | 6/28/2017 |
| Germany, Gwendolyn (2:17-cv-10160) | 10/5/2017 | 1/3/2018 |
| Gibson, Holley (2:17-cv-05376) | 5/30/2017 | 8/28/2017 |
| Gilbert, Shirley (2:17-cv-07787) | 8/13/2017 | 11/11/2017 |
| Gray, Phyllis (2:17-cv-08339) | 8/27/2017 | 11/25/2017 |
| Green, Arlene (2:17-cv-10107) | 10/4/2017 | 1/2/2018 |
| Griffin, Kim (2:17-cv-09549) | 9/24/2017 | 12/23/2017 |
| Griffith, Anne (2:17-cv-09449) | 9/22/2017 | 12/21/2017 |
| Guion, Sheila (2:17-cv-09092) | 9/15/2017 | 12/14/2017 |
| Gurung, Carolyn (2:17-cv-07743) | 8/11/2017 | 11/9/2017 |
| Guthrie, Kathryn (2:17-cv-08623) | 9/3/2017 | 12/2/2017 |
| Gutierrez, Demelza (2:17-cv-09160) | 9/17/2017 | 12/16/2017 |
| Guzman, Loraine (2:17-cv-10332) | 10/9/2017 | 1/7/2018 |
| Hainkel, Lori (2:17-cv-11437) | 10/29/2017 | 1/27/2018 |
| Hallum, Helen (2:17-cv-09915) | 9/29/2017 | 12/28/2017 |
| Hamilton, Linda (2:17-cv-01739) | 2/28/2017 | 5/29/2017 |
| Harlan, Pamela (2:17-cv-11439) | 10/29/2017 | 1/27/2018 |
| Harrell, Barbara (2:17-cv-09170) | 9/17/2017 | 12/16/2017 |
| Harris, Marcia (2:17-cv-06612) | 7/11/2017 | 10/9/2017 |
| Hart, Donna (2:17-cv-11432) | 10/28/2017 | 1/26/2018 |
| Hayes, Elizabeth (2:17-cv-00440) | 5/26/2017 | 8/24/2017 |
| Hearing, Penny (2:17-cv-08338) | 8/27/2017 | 11/25/2017 |
| Henson, Dorothy (2:17-cv-09448) | 9/22/2017 | 12/21/2017 |
| Hollie, Donna (2:17-cv-09935) | 10/2/2017 | 12/31/2017 |
| Holloman, Fatima (2:17-cv-08951) | 9/12/2017 | 12/11/2017 |
| Hoversten, Rebecca (2:17-cv-09922) | 10/1/2017 | 12/30/2017 |

---

[3] This case has been filed twice.  *See Sheila Frost v. Sanofi S.A., et al.*, 2:16-cv-17042 (E.D. La.).

| | | |
|---|---|---|
| Howell, Lois (2:17-cv-04790) | 5/8/2017 | 8/6/2017 |
| Hu, Guiping (2:17-cv-07143) | 7/27/2017 | 10/25/2017 |
| Hunt, Lorri (2:17-cv-09444) | 9/21/2017 | 12/20/2017 |
| Jackson, Kim (2:17-cv-07737) | 8/10/2017 | 11/8/2017 |
| Jacobs, Annerena (2:17-cv-08913) | 9/12/2017 | 12/11/2017 |
| Jefferson, Charlotte (2:17-cv-00756) | 1/27/2017 | 4/27/2017 |
| Johnson-Bell, Angela (2:17-cv-07695) | 8/9/2017 | 11/7/2017 |
| Johnson-Walker, Gina (2:17-cv-10336) | 10/10/2017 | 1/8/2018 |
| Jones, Deborah (2:17-cv-08133) | 8/22/2017 | 11/20/2017 |
| Jones, Delois[4] (2:16-cv-17575) | 12/1/2016 | 3/1/2017 |
| Jones, Iris (2:17-cv-09919) | 9/30/2017 | 12/29/2017 |
| Jones, Myra (2:17-cv-09545) | 9/24/2017 | 12/23/2017 |
| Jones, Susan (2:17-cv-03854) | 4/24/2017 | 7/23/2017 |
| Jones, Theresa (2:17-cv-07119) | 7/26/2017 | 10/24/2017 |
| Jones, Velma[5] (2:17-cv-10159) | 10/4/2017 | 1/2/2018 |
| Jose, Rachel (2:17-cv-10297) | 10/8/2017 | 1/6/2018 |
| Karl, Joanne (2:17-cv-07116) | 7/25/2017 | 10/23/2017 |
| Karns, Kathryn (2:17-cv-08830) | 9/9/2017 | 12/8/2017 |
| Kennedy, Pamela (2:17-cv-09284) | 9/18/2017 | 12/17/2017 |
| Kirchner, Dianne (2:17-cv-09161) | 9/17/2017 | 12/16/2017 |
| Kitchen, Wendy (2:17-cv-09810) | 9/28/2017 | 12/27/2017 |
| Knight, Cordelia (2:17-cv-09088) | 9/14/2017 | 12/13/2017 |
| Knight, Shara (2:17-cv-09090) | 9/14/2017 | 12/13/2017 |
| Kosky, Lynn (2:17-cv-09450) | 9/22/2017 | 12/21/2017 |
| Kron, Leslie (2:17-cv-11446) | 10/29/2017 | 1/27/2018 |
| Ladd, Lisa (2:17-cv-09165) | 9/17/2017 | 12/16/2017 |
| Lafever, Sherry (2:17-cv-11454) | 10/29/2017 | 1/27/2018 |
| Lands, Margaret (2:17-cv-08330) | 8/27/2017 | 11/25/2017 |
| Lawson, Janice (2:17-cv-10335) | 10/9/2017 | 1/7/2018 |
| Lea, Doris (2:17-cv-09171) | 9/17/2017 | 12/16/2017 |
| Lee, Lectrice (2:17-cv-09156) | 9/17/2017 | 12/16/2017 |
| Lieberman, Erica (2:17-cv-03729) | 4/21/2017 | 7/20/2017 |
| Lindbloom, Rebecca (2:17-cv-09551) | 9/24/2017 | 12/23/2017 |
| Lomineck, Kathie (2:17-cv-09811) | 9/28/2017 | 12/27/2017 |
| Ludgood, Evelyn (2:17-cv-01799) | 3/2/2017 | 5/31/2017 |
| Luke, Sandra (2:17-cv-09157) | 9/17/2017 | 12/16/2017 |

---

[4] This case has been filed twice.  *See Delois Jones v. Sanofi S.A., et al.*, 2:16-cv-17041 (E.D. La.).
[5] This case has been filed twice.  *See Velma Jones v. Sanofi S.A., et al.*, 2:17-cv-11543 (E.D. La.).

| | | |
|---|---|---|
| Maddies, Roshal[6]  (2:17-cv-09540) | 9/23/2017 | 12/22/2017 |
| Magee, Sherry (2:17-cv-08504) | 8/30/2017 | 11/28/2017 |
| Mapp, Jo'Ann (2:17-cv-08507) | 8/31/2017 | 11/29/2017 |
| Marquez, Teresa (2:17-cv-11440) | 10/29/2017 | 1/27/2018 |
| Mason, Catherine (2:17-cv-08327) | 8/27/2017 | 11/25/2017 |
| McCall, Beulah (2:17-cv-09536) | 9/23/2017 | 12/22/2017 |
| McCall, Gina (2:17-cv-09610) | 9/25/2017 | 12/24/2017 |
| McCallion, Kelly (2:17-cv-10157) | 10/4/2017 | 1/2/2018 |
| McClendon, Mary (2:17-cv-08617) | 9/1/2017 | 11/30/2017 |
| McCormick, Lois (2:17-cv-10104) | 10/3/2017 | 1/1/2018 |
| McCoy, Linda[7]  (2:17-cv-11441) | 10/29/2017 | 1/27/2018 |
| McCoy, Michelle (2:17-cv-09158) | 9/17/2017 | 12/16/2017 |
| Medici, Lisa (2:16-cv-15569) | 7/29/2016 | 10/27/2016 |
| Mendez, Margarita (2:17-cv-08129) | 8/22/2017 | 11/20/2017 |
| Menefee, Joann[8]  (2:17-cv-09007) | 9/13/2017 | 12/12/2017 |
| Merritt, Vaniese (2:17-cv-09166) | 9/17/2017 | 12/16/2017 |
| Meyers, Monica (2:16-cv-15323) | 7/12/2016 | 10/10/2016 |
| Miles, Queen (2:17-cv-09612) | 9/25/2017 | 12/24/2017 |
| Mitchell, Marvin (2:17-cv-09530) | 9/23/2017 | 12/22/2017 |
| Miyose, Vesta (2:17-cv-10473) | 10/11/2017 | 1/9/2018 |
| Montgomery, Pamela (2:17-cv-11435) | 10/29/2017 | 1/27/2018 |
| Moore, Sandra (2:17-cv-09814) | 9/29/2017 | 12/28/2017 |
| Moore, Sheryl (2:17-cv-10331) | 10/9/2017 | 1/7/2018 |
| Morton, Teresa (2:17-cv-13026) | 11/21/2017 | 2/19/2018 |
| Munchick, Patricia (2:17-cv-08135) | 8/23/2017 | 11/21/2017 |
| Musa-Gadjo, Betty (2:17-cv-08130) | 8/22/2017 | 11/20/2017 |
| Neal, Beverly (2:17-cv-09528) | 9/22/2017 | 12/21/2017 |
| Nebiett, Deconda (2:17-cv-08329) | 8/27/2017 | 11/25/2017 |
| Nelson, Inez (2:17-cv-09159) | 9/17/2017 | 12/16/2017 |
| Newell, Lauren (2:17-cv-09525) | 9/22/2017 | 12/21/2017 |
| Nieves, Ruby (2:17-cv-09669) | 9/26/2017 | 12/25/2017 |
| Nigg, Virginia (2:17-cv-11445) | 10/29/2017 | 1/27/2018 |
| Oliver, Edna (2:17-cv-09012) | 9/14/2017 | 12/13/2017 |
| O'Neill, Peggy (2:17-cv-08343) | 8/28/2017 | 11/26/2017 |
| Opalka, Sharon (2:17-cv-09172) | 9/17/2017 | 12/16/2017 |

[6] This case has been filed twice.  *See Roshal Maddies v. Sanofi S.A., et al.*, 2:17-cv-11375 (E.D. La.).
[7] This case has been filed twice.  *See Linda McCoy v. Sanofi US Services Inc., et al.*, 2:17-cv-15335 (E.D. La.).
[8] This case has been filed twice.  *See Joann Menefee v. Sanofi S.A., et al.*, 2:17-cv-09605 (E.D. La.).

| | | |
|---|---|---|
| Orton, Judith (2:17-cv-09923) | 10/1/2017 | 12/30/2017 |
| Paden, Ida (2:17-cv-09607) | 9/25/2017 | 12/24/2017 |
| Pardue, Tara (2:16-cv-17507) | 12/15/2016 | 3/15/2017 |
| Parker, Debra (2:17-cv-08396) | 8/28/2017 | 11/26/2017 |
| Parker, Tami (2:17-cv-09547) | 9/24/2017 | 12/23/2017 |
| Parmeter, Patricia (2:17-cv-13027) | 11/21/2017 | 2/19/2018 |
| Parrish, Elizabeth (2:17-cv-06248) | 6/28/2017 | 9/26/2017 |
| Perry, Lillie (2:17-cv-08395) | 8/28/2017 | 11/26/2017 |
| Pery, Jessica (2:17-cv-09443) | 9/21/2017 | 12/20/2017 |
| Pierce, Ann (2:17-cv-02729) | 3/30/2017 | 6/28/2017 |
| Podesta, Barbara (2:17-cv-09541) | 9/23/2017 | 12/22/2017 |
| Proctor, Janice (2:17-cv-09087) | 9/14/2017 | 12/13/2017 |
| Punzi, Marilyn (2:17-cv-09812) | 9/28/2017 | 12/27/2017 |
| Radcliff, Ruthie (2:17-cv-03797) | 4/21/2017 | 7/20/2017 |
| Rayford, Valerie (2:17-cv-09608) | 9/25/2017 | 12/24/2017 |
| Ricks, Lisa (2:17-cv-09926) | 10/1/2017 | 12/30/2017 |
| Rider, Linda (2:17-cv-10334) | 10/9/2017 | 1/7/2018 |
| Rippy, Janet (2:17-cv-11438) | 10/29/2017 | 1/27/2018 |
| Robertson, Fawn (2:17-cv-04679) | 5/3/2017 | 8/1/2017 |
| Robinson, Erin (2:17-cv-00439) | 5/30/2017 | 8/28/2017 |
| Robinson, Gigi (2:17-cv-11450) | 10/29/2017 | 1/27/2018 |
| Roche, Eileen (2:17-cv-09162) | 9/17/2017 | 12/16/2017 |
| Rodriguez, Victoria (2:17-cv-11808) | 11/5/2017 | 2/3/2018 |
| Rogers, Kathie (2:17-cv-09675) | 9/26/2017 | 12/25/2017 |
| Rosa, Virginia Rosario (2:17-cv-07120) | 7/26/2017 | 10/24/2017 |
| Rose, Kelly (2:17-cv-09447) | 9/21/2017 | 12/20/2017 |
| Ross, Donna (2:17-cv-10156) | 10/4/2017 | 1/2/2018 |
| Rouse, Linda (2:17-cv-02396) | 3/22/2017 | 6/20/2017 |
| Rovin, Barbara (2:17-cv-08233) | 8/25/2017 | 11/23/2017 |
| Salser, Janice (2:17-cv-12262) | 11/12/2017 | 2/10/2018 |
| Sargento, Norma (2:17-cv-07921) | 8/16/2017 | 11/14/2017 |
| Schuster, Patricia (2:17-cv-07837) | 8/14/2017 | 11/12/2017 |
| Scott, Janice (2:17-cv-07794) | 8/13/2017 | 11/11/2017 |
| Seabrooks, Valerie (2:17-cv-07877) | 8/16/2017 | 11/14/2017 |
| Seisan, Theresa (2:17-cv-08950) | 9/12/2017 | 12/11/2017 |
| Seta, Mary (2:17-cv-05530) | 6/4/2017 | 9/2/2017 |
| Shannon, Lena (2:17-cv-11457) | 10/29/2017 | 1/27/2018 |
| Shaw, Betty (2:17-cv-09934) | 10/2/2017 | 12/31/2017 |

| | | |
|---|---|---|
| Shiffert, Faith (2:17-cv-09445) | 9/21/2017 | 12/20/2017 |
| Sims, Rita (2:17-cv-01844) | 3/2/2017 | 5/31/2017 |
| Smith, Addie[9] (2:17-cv-09544) | 9/23/2017 | 12/22/2017 |
| Smith, Debra (2:17-cv-11433) | 10/28/2017 | 1/26/2018 |
| Smith, Janet (2:17-cv-02728) | 3/30/2017 | 6/28/2017 |
| Smith, Judy (2:17-cv-09744) | 9/28/2017 | 12/27/2017 |
| Smith, Linda (2:17-cv-13029) | 11/21/2017 | 2/19/2018 |
| Smith, Octavia (2:17-cv-01701) | 2/28/2017 | 5/29/2017 |
| Sprague, Pamela (2:17-cv-09925) | 10/1/2017 | 12/30/2017 |
| Stevens, Lillie (2:17-cv-05227) | 5/25/2017 | 8/23/2017 |
| Stewart, Anneliese (2:17-cv-08909) | 9/11/2017 | 12/10/2017 |
| Sutton, Leslie[10] (2:17-cv-09930) | 10/1/2017 | 12/30/2017 |
| Swann, Ellen (2:17-cv-09542) | 9/23/2017 | 12/22/2017 |
| Sweet, Catherine (2:17-cv-08314) | 8/25/2017 | 11/23/2017 |
| Talbot, Leah (2:17-cv-09741) | 9/27/2017 | 12/26/2017 |
| Tatum, Diane (2:17-cv-11456) | 10/29/2017 | 1/27/2018 |
| Taylor, Linda (2:17-cv-09742) | 9/27/2017 | 12/26/2017 |
| Taylor, Sheila (2:17-cv-03855) | 4/25/2017 | 7/24/2017 |
| Terkia, Kathleen (2:17-cv-07978) | 8/18/2017 | 11/16/2017 |
| Thibou, Theresa (2:17-cv-11452) | 10/29/2017 | 1/27/2018 |
| Thompson, Elizabeth (2:17-cv-03852) | 4/24/2017 | 7/23/2017 |
| Thompson, Lillie (2:17-cv-10328) | 10/9/2017 | 1/7/2018 |
| Tracey, Stacy (2:17-cv-09743) | 9/27/2017 | 12/26/2017 |
| Tucker, Laticia (2:17-cv-07741) | 8/11/2017 | 11/9/2017 |
| Tucker, Tracy (2:17-cv-04682) | 5/3/2017 | 8/1/2017 |
| Turner, Dorothy (2:17-cv-08132) | 8/22/2017 | 11/20/2017 |
| Turner, Margaret (2:17-cv-08859) | 9/11/2017 | 12/10/2017 |
| Turner, Sharon (2:17-cv-09163) | 9/17/2017 | 12/16/2017 |
| Ulibarri, Frances (2:17-cv-11453) | 10/29/2017 | 1/27/2018 |
| Vanneste, Deborah (2:17-cv-10295) | 10/8/2017 | 1/6/2018 |
| Vivians, Latonya (2:17-cv-11455) | 10/29/2017 | 1/27/2018 |
| Walker, Thelma (2:17-cv-08907) | 9/11/2017 | 12/10/2017 |
| Wallace, Bonnie (2:17-cv-08134) | 8/23/2017 | 11/21/2017 |
| Waller, Donna (2:17-cv-08952) | 9/12/2017 | 12/11/2017 |
| Ward, Sharon[11] (2:17-cv-08230) | 8/24/2017 | 11/22/2017 |

---

[9] This case has been filed twice.  *See Addie Smith v. Sanofi S.A., et al.*, 2:17-cv-10094 (E.D. La.).

[10] This case has been filed twice.  *See Leslie Sutton v. Hospira, Inc. et al.*, 2:17-cv-15974 (E.D. La.).

[11] This case has been filed twice.  *See Sharon Ward v. Sanofi US Services Inc. et al.*, 2:17-cv-14812 (E.D. La.).

| Warrior, Linda (2:17-cv-07974) | 8/17/2017 | 11/15/2017 |
| Weigand, Jennifer (2:17-cv-07789) | 8/13/2017 | 11/11/2017 |
| Weirick, Melissa (2:17-cv-09546) | 9/24/2017 | 12/23/2017 |
| White, Patricia (2:17-cv-00262) | 5/31/2017 | 8/29/2017 |
| White, Sheryl (2:17-cv-09089) | 9/14/2017 | 12/13/2017 |
| Whitt, Jaqueline (2:17-cv-08165) | 8/23/2017 | 11/21/2017 |
| Whittaker, Deborah (2:17-cv-07651) | 8/9/2017 | 11/7/2017 |
| Williams, Cherlynn (2:17-cv-12249) | 11/12/2017 | 2/10/2018 |
| Williams, Doris (2:17-cv-11448) | 10/29/2017 | 1/27/2018 |
| Williams, Jennietta (2:17-cv-11458) | 10/29/2017 | 1/27/2018 |
| Williford, Shirley (2:17-cv-09169) | 9/17/2017 | 12/16/2017 |
| Willoughby, Julie (2:17-cv-09552) | 9/24/2017 | 12/23/2017 |
| Wilson, Linda (2:17-cv-09011) | 9/14/2017 | 12/13/2017 |
| Wise, Brenda (2:17-cv-13025) | 11/21/2017 | 2/19/2018 |
| Witherby, Angie (2:17-cv-08228) | 8/24/2017 | 11/22/2017 |
| Woodrow, Elizabeth (2:17-cv-09446) | 9/21/2017 | 12/20/2017 |
| Woods, Fay (2:17-cv-11832) | 11/5/2017 | 2/3/2018 |
| Wright, Mary (2:17-cv-06280) | 6/29/2017 | 9/27/2017 |

Here, Plaintiffs cannot show "good cause" for their respective failure to serve sanofi-aventis U.S. LLC within ninety (90) days. *See In re Ethicon, Inc., Pelvic Repair Sys. Prod. Liab. Litig.*, 2015 WL 4506707, at *3 (S.D.W. Va. July 23, 2015), *aff'd,* 643 F. App'x 304 (4th Cir. 2016) ("[I]n an MDL encompassing thousands of individual cases, I must strictly apply rules to ensure that all parties comply with deadlines and that the litigation flows smoothly and efficiently. . . . This is especially the case where, as here, I have agreed to relieve the plaintiffs from formally serving process as long as they email their complaint to the defendants. Ultimately, there is no excuse for failing to email a complaint within 120 days."); *In re Trasylol Prod. Liab. Litig.—MDL—1928*, 503 F. App'x 850, 858 (11th Cir. 2013) (affirming dismissal of cases for failure to comply with Rule 4(m) and relevant PTO in pharmaceutical MDL). District courts and federal courts of appeal around the country have held that "[m]istake of law, misunderstanding of the

rules, and inadvertence do not amount to 'good cause' under Rule 4(m)." *See U.S. ex rel. Shaw Env't, Inc. v. Gulf Ins. Co.*, 225 F.R.D. 526, 528 (E.D. Va. 2005) (citing cases). Moreover, all of these cases were filed by Bachus & Schanker, LLC. Mr. Bachus is a member of the Plaintiffs' Steering Committee and should be familiar with the Pretrial Orders entered in this MDL. Accordingly, the aforementioned 267 cases must be dismissed.

<div style="margin-left:50%">

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

<div style="margin-left:50%">

/s/ *Douglas J. Moore*

</div>