# Exhibit A

| Case | Date Complaint Filed | Deadline to Serve |
|---|---|---|
| Aiken, Ruth (2:17-cv-11861) | 11/6/2017 | 2/4/2018 |
| Allen, Ella (2:17-cv-07976) | 8/17/2017 | 11/15/2017 |
| Aragon, Floraida (2:17-cv-11436) | 10/29/2017 | 1/27/2018 |
| Battle, Maelois (2:17-cv-09933) | 10/2/2017 | 12/31/2017 |
| Beamon, Alice (2:17-cv-07920) | 8/16/2017 | 11/14/2017 |
| Beamon, Alicia (2:17-cv-08229) | 8/24/2017 | 11/22/2017 |
| Bellmore, Annette (2:17-cv-10105) | 10/3/2017 | 1/1/2018 |
| Bersentes, Yianna (2:17-cv-08328) | 8/27/2017 | 11/25/2017 |
| Birdsong, Joy (2:17-cv-08227) | 8/24/2017 | 11/22/2017 |
| Blogg, Mary (2:17-cv-09168) | 9/17/2017 | 12/16/2017 |
| Blount, Petonia (2:17-cv-09280) | 9/18/2017 | 12/17/2017 |
| Bonnett, Kathryn (2:17-cv-07793) | 8/13/2017 | 11/11/2017 |
| Borgardt, Lillian (2:17-cv-09677) | 9/27/2017 | 12/26/2017 |
| Breznik, Tina (2:17-cv-07876) | 8/16/2017 | 11/14/2017 |
| Bromeling, Katherine (2:17-cv-07801) | 8/13/2017 | 11/11/2017 |
| Brown, Carrie (2:17-cv-08337) | 8/27/2017 | 11/25/2017 |
| Brown, Virginia (2:16-cv-16897) | 11/14/2016 | 2/12/2017 |
| Butler, Sykeethia (2:17-cv-08911) | 9/12/2017 | 12/11/2017 |
| Cabaniss, Lorrie (2:17-cv-10294) | 10/8/2017 | 1/6/2018 |
| Cameron, Beth (2:17-cv-08506) | 8/31/2017 | 11/29/2017 |
| Campa, Anita (2:17-cv-11530) | 10/31/2017 | 1/29/2018 |
| Caringer, Kimberly (2:17-cv-07977) | 8/18/2017 | 11/16/2017 |
| Carlson, Marlene (2:17-cv-10472) | 10/10/2017 | 1/8/2018 |
| Carter, Eileen (2:17-cv-08342) | 8/28/2017 | 11/26/2017 |
| Carvajal, Mary (2:17-cv-09537) | 9/23/2017 | 12/22/2017 |
| Caudell, Daisy (2:17-cv-09929) | 10/1/2017 | 12/30/2017 |
| Chandler, Linda (2:17-cv-02733) | 3/30/2017 | 6/28/2017 |
| Chapman, Joyce[1] (2:16-cv-17229) | 12/12/2016 | 3/12/2017 |
| Chapman, Renee (2:17-cv-07843) | 8/15/2017 | 11/13/2017 |
| Clarkson, Carole (2:17-cv-11803) | 11/5/2017 | 2/3/2018 |
| Clayton, Jacqueline (2:17-cv-10158) | 10/4/2017 | 1/2/2018 |

---

[1] This case has been filed twice. *See Joyce Chapman v. Sanofi S.A., et al.*, 2:16-cv-17217 (E.D. La.).

| | | |
|---|---|---|
| Clink, Brenda (2:17-cv-10299) | 10/9/2017 | 1/7/2018 |
| Coles, Nepphie (2:17-cv-08954) | 9/13/2017 | 12/12/2017 |
| Colton, Joyce (2:17-cv-09917) | 9/29/2017 | 12/28/2017 |
| Coney, Louistine (2:17-cv-07117) | 7/25/2017 | 10/23/2017 |
| Cooper, Joyce (2:17-cv-08231) | 8/25/2017 | 11/23/2017 |
| Cortez, Mayra (2:17-cv-09283) | 9/18/2017 | 12/17/2017 |
| Cotton, Betty (2:17-cv-07795) | 8/13/2017 | 11/11/2017 |
| Cox, Traci (2:17-cv-09924) | 10/1/2017 | 12/30/2017 |
| Crawford, Yolanda (2:17-cv-09666) | 9/26/2017 | 12/25/2017 |
| Cuene, Gail (2:17-cv-09328) | 9/19/2017 | 12/18/2017 |
| Cummings, Bernice (2:17-cv-09815) | 9/29/2017 | 12/28/2017 |
| Darby, Charlotte (2:17-cv-08332) | 8/27/2017 | 11/25/2017 |
| Darby, Sandra (2:17-cv-06442) | 7/1/2017 | 9/29/2017 |
| Davis, Adlean (2:17-cv-09010) | 9/16/2017 | 12/15/2017 |
| Davis, Linda[2] (2:17-cv-07738) | 8/10/2017 | 11/8/2017 |
| Dawkins, Keshin (2:17-cv-09164) | 9/17/2017 | 12/16/2017 |
| Day, Carol (2:17-cv-08331) | 8/27/2017 | 11/25/2017 |
| Day, Velma Louise (2:17-cv-05627) | 6/7/2017 | 9/5/2017 |
| Deloach, Patricia (2:17-cv-08340) | 8/28/2017 | 11/26/2017 |
| Delongchamp, Kathryn (2:17-cv-06613) | 7/11/2017 | 10/9/2017 |
| Dennis, Clara (2:17-cv-08398) | 8/28/2017 | 11/26/2017 |
| Dimanto, Frances (2:17-cv-07803) | 8/13/2017 | 11/11/2017 |
| Dixon, America (2:17-cv-09173) | 9/18/2017 | 12/17/2017 |
| Dooley, Jamie (2:17-cv-11451) | 10/29/2017 | 1/27/2018 |
| Doss, Pamela (2:17-cv-07839) | 8/14/2017 | 11/12/2017 |
| Dunn, Deborah (2:16-cv-15495) | 9/16/2016 | 12/15/2016 |
| Edwards, Debra (2:17-cv-09282) | 9/18/2017 | 12/17/2017 |
| Eklund, Patricia (2:17-cv-02182) | 3/15/2017 | 6/13/2017 |
| Elder, Nioka (2:17-cv-08232) | 8/25/2017 | 11/23/2017 |
| Estrada, Roselyn (2:17-cv-07744) | 8/11/2017 | 11/9/2017 |
| Evans, Beatrice (2:17-cv-09740) | 9/27/2017 | 12/26/2017 |
| Farver, Ethel (2:17-cv-09921) | 10/1/2017 | 12/30/2017 |
| Feldt, Cheryl (2:17-cv-02727) | 3/30/2017 | 6/28/2017 |
| Felton, Sabra (2:17-cv-09527) | 9/22/2017 | 12/21/2017 |
| Ferguson, Ronda (2:17-cv-11442) | 10/29/2017 | 1/27/2018 |
| Fields, Christy (2:17-cv-11449) | 10/29/2017 | 1/27/2018 |
| Fisher, Audree (2:17-cv-09927) | 10/1/2017 | 12/30/2017 |

---

[2] This case has been filed twice.  *See Linda Davis v. Sanofi S.A., et al.*, 2:17-cv-01773 (E.D. La.).

| | | |
|---|---|---|
| Flippin, Nioyoka (2:17-cv-09526) | 9/22/2017 | 12/21/2017 |
| Ford, Imogene (2:17-cv-07118) | 7/26/2017 | 10/24/2017 |
| Foster, Gwendolyn (2:17-cv-05378) | 5/30/2017 | 8/28/2017 |
| Foxworth, Denise (2:17-cv-08333) | 8/27/2017 | 11/25/2017 |
| Franklin, Sandra (2:17-cv-10330) | 10/9/2017 | 1/7/2018 |
| Frost, Sheila[3] (2:16-cv-17913) | 12/1/2016 | 3/1/2017 |
| Fuller, Theresa (2:17-cv-09281) | 9/18/2017 | 12/17/2017 |
| Furbeck, Lisa (2:17-cv-08136) | 8/23/2017 | 11/21/2017 |
| Gahagen, Diane (2:17-cv-11444) | 10/29/2017 | 1/27/2018 |
| Gardner, Robin (2:17-cv-07923) | 8/17/2017 | 11/15/2017 |
| Gaston, Mary (2:17-cv-07121) | 7/26/2017 | 10/24/2017 |
| Gaynor-Madison, Clara (2:17-cv-02730) | 3/30/2017 | 6/28/2017 |
| Germany, Gwendolyn (2:17-cv-10160) | 10/5/2017 | 1/3/2018 |
| Gibson, Holley (2:17-cv-05376) | 5/30/2017 | 8/28/2017 |
| Gilbert, Shirley (2:17-cv-07787) | 8/13/2017 | 11/11/2017 |
| Gray, Phyllis (2:17-cv-08339) | 8/27/2017 | 11/25/2017 |
| Green, Arlene (2:17-cv-10107) | 10/4/2017 | 1/2/2018 |
| Griffin, Kim (2:17-cv-09549) | 9/24/2017 | 12/23/2017 |
| Griffith, Anne (2:17-cv-09449) | 9/22/2017 | 12/21/2017 |
| Guion, Sheila (2:17-cv-09092) | 9/15/2017 | 12/14/2017 |
| Gurung, Carolyn (2:17-cv-07743) | 8/11/2017 | 11/9/2017 |
| Guthrie, Kathryn (2:17-cv-08623) | 9/3/2017 | 12/2/2017 |
| Gutierrez, Demelza (2:17-cv-09160) | 9/17/2017 | 12/16/2017 |
| Guzman, Loraine (2:17-cv-10332) | 10/9/2017 | 1/7/2018 |
| Hainkel, Lori (2:17-cv-11437) | 10/29/2017 | 1/27/2018 |
| Hallum, Helen (2:17-cv-09915) | 9/29/2017 | 12/28/2017 |
| Hamilton, Linda (2:17-cv-01739) | 2/28/2017 | 5/29/2017 |
| Harlan, Pamela (2:17-cv-11439) | 10/29/2017 | 1/27/2018 |
| Harrell, Barbara (2:17-cv-09170) | 9/17/2017 | 12/16/2017 |
| Harris, Marcia (2:17-cv-06612) | 7/11/2017 | 10/9/2017 |
| Hart, Donna (2:17-cv-11432) | 10/28/2017 | 1/26/2018 |
| Hayes, Elizabeth (2:17-cv-00440) | 5/26/2017 | 8/24/2017 |
| Hearing, Penny (2:17-cv-08338) | 8/27/2017 | 11/25/2017 |
| Henson, Dorothy (2:17-cv-09448) | 9/22/2017 | 12/21/2017 |
| Hollie, Donna (2:17-cv-09935) | 10/2/2017 | 12/31/2017 |
| Holloman, Fatima (2:17-cv-08951) | 9/12/2017 | 12/11/2017 |
| Hoversten, Rebecca (2:17-cv-09922) | 10/1/2017 | 12/30/2017 |

---

[3] This case has been filed twice. *See Sheila Frost v. Sanofi S.A., et al.*, 2:16-cv-17042 (E.D. La.).

| | | |
|---|---|---|
| Howell, Lois (2:17-cv-04790) | 5/8/2017 | 8/6/2017 |
| Hu, Guiping (2:17-cv-07143) | 7/27/2017 | 10/25/2017 |
| Hunt, Lorri (2:17-cv-09444) | 9/21/2017 | 12/20/2017 |
| Jackson, Kim (2:17-cv-07737) | 8/10/2017 | 11/8/2017 |
| Jacobs, Annerena (2:17-cv-08913) | 9/12/2017 | 12/11/2017 |
| Jefferson, Charlotte (2:17-cv-00756) | 1/27/2017 | 4/27/2017 |
| Johnson-Bell, Angela (2:17-cv-07695) | 8/9/2017 | 11/7/2017 |
| Johnson-Walker, Gina (2:17-cv-10336) | 10/10/2017 | 1/8/2018 |
| Jones, Deborah (2:17-cv-08133) | 8/22/2017 | 11/20/2017 |
| Jones, Delois[4] (2:16-cv-17575) | 12/1/2016 | 3/1/2017 |
| Jones, Iris (2:17-cv-09919) | 9/30/2017 | 12/29/2017 |
| Jones, Myra (2:17-cv-09545) | 9/24/2017 | 12/23/2017 |
| Jones, Susan (2:17-cv-03854) | 4/24/2017 | 7/23/2017 |
| Jones, Theresa (2:17-cv-07119) | 7/26/2017 | 10/24/2017 |
| Jones, Velma[5] (2:17-cv-10159) | 10/4/2017 | 1/2/2018 |
| Jose, Rachel (2:17-cv-10297) | 10/8/2017 | 1/6/2018 |
| Karl, Joanne (2:17-cv-07116) | 7/25/2017 | 10/23/2017 |
| Karns, Kathryn (2:17-cv-08830) | 9/9/2017 | 12/8/2017 |
| Kennedy, Pamela (2:17-cv-09284) | 9/18/2017 | 12/17/2017 |
| Kirchner, Dianne (2:17-cv-09161) | 9/17/2017 | 12/16/2017 |
| Kitchen, Wendy (2:17-cv-09810) | 9/28/2017 | 12/27/2017 |
| Knight, Cordelia (2:17-cv-09088) | 9/14/2017 | 12/13/2017 |
| Knight, Shara (2:17-cv-09090) | 9/14/2017 | 12/13/2017 |
| Kosky, Lynn (2:17-cv-09450) | 9/22/2017 | 12/21/2017 |
| Kron, Leslie (2:17-cv-11446) | 10/29/2017 | 1/27/2018 |
| Ladd, Lisa (2:17-cv-09165) | 9/17/2017 | 12/16/2017 |
| Lafever, Sherry (2:17-cv-11454) | 10/29/2017 | 1/27/2018 |
| Lands, Margaret (2:17-cv-08330) | 8/27/2017 | 11/25/2017 |
| Lawson, Janice (2:17-cv-10335) | 10/9/2017 | 1/7/2018 |
| Lea, Doris (2:17-cv-09171) | 9/17/2017 | 12/16/2017 |
| Lee, Lectrice (2:17-cv-09156) | 9/17/2017 | 12/16/2017 |
| Lieberman, Erica (2:17-cv-03729) | 4/21/2017 | 7/20/2017 |
| Lindbloom, Rebecca (2:17-cv-09551) | 9/24/2017 | 12/23/2017 |
| Lomineck, Kathie (2:17-cv-09811) | 9/28/2017 | 12/27/2017 |
| Ludgood, Evelyn (2:17-cv-01799) | 3/2/2017 | 5/31/2017 |
| Luke, Sandra (2:17-cv-09157) | 9/17/2017 | 12/16/2017 |

---

[4] This case has been filed twice. *See Delois Jones v. Sanofi S.A., et al.*, 2:16-cv-17041 (E.D. La.).
[5] This case has been filed twice. *See Velma Jones v. Sanofi S.A., et al.*, 2:17-cv-11543 (E.D. La.).

| | | |
|---|---|---|
| Maddies, Roshal[6] (2:17-cv-09540) | 9/23/2017 | 12/22/2017 |
| Magee, Sherry (2:17-cv-08504) | 8/30/2017 | 11/28/2017 |
| Mapp, Jo'Ann (2:17-cv-08507) | 8/31/2017 | 11/29/2017 |
| Marquez, Teresa (2:17-cv-11440) | 10/29/2017 | 1/27/2018 |
| Mason, Catherine (2:17-cv-08327) | 8/27/2017 | 11/25/2017 |
| McCall, Beulah (2:17-cv-09536) | 9/23/2017 | 12/22/2017 |
| McCall, Gina (2:17-cv-09610) | 9/25/2017 | 12/24/2017 |
| McCallion, Kelly (2:17-cv-10157) | 10/4/2017 | 1/2/2018 |
| McClendon, Mary (2:17-cv-08617) | 9/1/2017 | 11/30/2017 |
| McCormick, Lois (2:17-cv-10104) | 10/3/2017 | 1/1/2018 |
| McCoy, Linda[7] (2:17-cv-11441) | 10/29/2017 | 1/27/2018 |
| McCoy, Michelle (2:17-cv-09158) | 9/17/2017 | 12/16/2017 |
| Medici, Lisa (2:16-cv-15569) | 7/29/2016 | 10/27/2016 |
| Mendez, Margarita (2:17-cv-08129) | 8/22/2017 | 11/20/2017 |
| Menefee, Joann[8] (2:17-cv-09007) | 9/13/2017 | 12/12/2017 |
| Merritt, Vaniese (2:17-cv-09166) | 9/17/2017 | 12/16/2017 |
| Meyers, Monica (2:16-cv-15323) | 7/12/2016 | 10/10/2016 |
| Miles, Queen (2:17-cv-09612) | 9/25/2017 | 12/24/2017 |
| Mitchell, Marvin (2:17-cv-09530) | 9/23/2017 | 12/22/2017 |
| Miyose, Vesta (2:17-cv-10473) | 10/11/2017 | 1/9/2018 |
| Montgomery, Pamela (2:17-cv-11435) | 10/29/2017 | 1/27/2018 |
| Moore, Sandra (2:17-cv-09814) | 9/29/2017 | 12/28/2017 |
| Moore, Sheryl (2:17-cv-10331) | 10/9/2017 | 1/7/2018 |
| Morton, Teresa (2:17-cv-13026) | 11/21/2017 | 2/19/2018 |
| Munchick, Patricia (2:17-cv-08135) | 8/23/2017 | 11/21/2017 |
| Musa-Gadjo, Betty (2:17-cv-08130) | 8/22/2017 | 11/20/2017 |
| Neal, Beverly (2:17-cv-09528) | 9/22/2017 | 12/21/2017 |
| Nebiett, Deconda (2:17-cv-08329) | 8/27/2017 | 11/25/2017 |
| Nelson, Inez (2:17-cv-09159) | 9/17/2017 | 12/16/2017 |
| Newell, Lauren (2:17-cv-09525) | 9/22/2017 | 12/21/2017 |
| Nieves, Ruby (2:17-cv-09669) | 9/26/2017 | 12/25/2017 |
| Nigg, Virginia (2:17-cv-11445) | 10/29/2017 | 1/27/2018 |
| Oliver, Edna (2:17-cv-09012) | 9/14/2017 | 12/13/2017 |
| O'Neill, Peggy (2:17-cv-08343) | 8/28/2017 | 11/26/2017 |
| Opalka, Sharon (2:17-cv-09172) | 9/17/2017 | 12/16/2017 |

---

[6] This case has been filed twice. *See Roshal Maddies v. Sanofi S.A., et al.*, 2:17-cv-11375 (E.D. La.).
[7] This case has been filed twice. *See Linda McCoy v. Sanofi US Services Inc., et al.*, 2:17-cv-15335 (E.D. La.).
[8] This case has been filed twice. *See Joann Menefee v. Sanofi S.A., et al.*, 2:17-cv-09605 (E.D. La.).

| | | |
|---|---|---|
| Orton, Judith (2:17-cv-09923) | 10/1/2017 | 12/30/2017 |
| Paden, Ida (2:17-cv-09607) | 9/25/2017 | 12/24/2017 |
| Pardue, Tara (2:16-cv-17507) | 12/15/2016 | 3/15/2017 |
| Parker, Debra (2:17-cv-08396) | 8/28/2017 | 11/26/2017 |
| Parker, Tami (2:17-cv-09547) | 9/24/2017 | 12/23/2017 |
| Parmeter, Patricia (2:17-cv-13027) | 11/21/2017 | 2/19/2018 |
| Parrish, Elizabeth (2:17-cv-06248) | 6/28/2017 | 9/26/2017 |
| Perry, Lillie (2:17-cv-08395) | 8/28/2017 | 11/26/2017 |
| Pery, Jessica (2:17-cv-09443) | 9/21/2017 | 12/20/2017 |
| Pierce, Ann (2:17-cv-02729) | 3/30/2017 | 6/28/2017 |
| Podesta, Barbara (2:17-cv-09541) | 9/23/2017 | 12/22/2017 |
| Proctor, Janice (2:17-cv-09087) | 9/14/2017 | 12/13/2017 |
| Punzi, Marilyn (2:17-cv-09812) | 9/28/2017 | 12/27/2017 |
| Radcliff, Ruthie (2:17-cv-03797) | 4/21/2017 | 7/20/2017 |
| Rayford, Valerie (2:17-cv-09608) | 9/25/2017 | 12/24/2017 |
| Ricks, Lisa (2:17-cv-09926) | 10/1/2017 | 12/30/2017 |
| Rider, Linda (2:17-cv-10334) | 10/9/2017 | 1/7/2018 |
| Rippy, Janet (2:17-cv-11438) | 10/29/2017 | 1/27/2018 |
| Robertson, Fawn (2:17-cv-04679) | 5/3/2017 | 8/1/2017 |
| Robinson, Erin (2:17-cv-00439) | 5/30/2017 | 8/28/2017 |
| Robinson, Gigi (2:17-cv-11450) | 10/29/2017 | 1/27/2018 |
| Roche, Eileen (2:17-cv-09162) | 9/17/2017 | 12/16/2017 |
| Rodriguez, Victoria (2:17-cv-11808) | 11/5/2017 | 2/3/2018 |
| Rogers, Kathie (2:17-cv-09675) | 9/26/2017 | 12/25/2017 |
| Rosa, Virginia Rosario (2:17-cv-07120) | 7/26/2017 | 10/24/2017 |
| Rose, Kelly (2:17-cv-09447) | 9/21/2017 | 12/20/2017 |
| Ross, Donna (2:17-cv-10156) | 10/4/2017 | 1/2/2018 |
| Rouse, Linda (2:17-cv-02396) | 3/22/2017 | 6/20/2017 |
| Rovin, Barbara (2:17-cv-08233) | 8/25/2017 | 11/23/2017 |
| Salser, Janice (2:17-cv-12262) | 11/12/2017 | 2/10/2018 |
| Sargento, Norma (2:17-cv-07921) | 8/16/2017 | 11/14/2017 |
| Schuster, Patricia (2:17-cv-07837) | 8/14/2017 | 11/12/2017 |
| Scott, Janice (2:17-cv-07794) | 8/13/2017 | 11/11/2017 |
| Seabrooks, Valerie (2:17-cv-07877) | 8/16/2017 | 11/14/2017 |
| Seisan, Theresa (2:17-cv-08950) | 9/12/2017 | 12/11/2017 |
| Seta, Mary (2:17-cv-05530) | 6/4/2017 | 9/2/2017 |
| Shannon, Lena (2:17-cv-11457) | 10/29/2017 | 1/27/2018 |
| Shaw, Betty (2:17-cv-09934) | 10/2/2017 | 12/31/2017 |


| | | |
|---|---|---|
| Shiffert, Faith (2:17-cv-09445) | 9/21/2017 | 12/20/2017 |
| Sims, Rita (2:17-cv-01844) | 3/2/2017 | 5/31/2017 |
| Smith, Addie[9] (2:17-cv-09544) | 9/23/2017 | 12/22/2017 |
| Smith, Debra (2:17-cv-11433) | 10/28/2017 | 1/26/2018 |
| Smith, Janet (2:17-cv-02728) | 3/30/2017 | 6/28/2017 |
| Smith, Judy (2:17-cv-09744) | 9/28/2017 | 12/27/2017 |
| Smith, Linda (2:17-cv-13029) | 11/21/2017 | 2/19/2018 |
| Smith, Octavia (2:17-cv-01701) | 2/28/2017 | 5/29/2017 |
| Sprague, Pamela (2:17-cv-09925) | 10/1/2017 | 12/30/2017 |
| Stevens, Lillie (2:17-cv-05227) | 5/25/2017 | 8/23/2017 |
| Stewart, Anneliese (2:17-cv-08909) | 9/11/2017 | 12/10/2017 |
| Sutton, Leslie[10] (2:17-cv-09930) | 10/1/2017 | 12/30/2017 |
| Swann, Ellen (2:17-cv-09542) | 9/23/2017 | 12/22/2017 |
| Sweet, Catherine (2:17-cv-08314) | 8/25/2017 | 11/23/2017 |
| Talbot, Leah (2:17-cv-09741) | 9/27/2017 | 12/26/2017 |
| Tatum, Diane (2:17-cv-11456) | 10/29/2017 | 1/27/2018 |
| Taylor, Linda (2:17-cv-09742) | 9/27/2017 | 12/26/2017 |
| Taylor, Sheila (2:17-cv-03855) | 4/25/2017 | 7/24/2017 |
| Terkia, Kathleen (2:17-cv-07978) | 8/18/2017 | 11/16/2017 |
| Thibou, Theresa (2:17-cv-11452) | 10/29/2017 | 1/27/2018 |
| Thompson, Elizabeth (2:17-cv-03852) | 4/24/2017 | 7/23/2017 |
| Thompson, Lillie (2:17-cv-10328) | 10/9/2017 | 1/7/2018 |
| Tracey, Stacy (2:17-cv-09743) | 9/27/2017 | 12/26/2017 |
| Tucker, Laticia (2:17-cv-07741) | 8/11/2017 | 11/9/2017 |
| Tucker, Tracy (2:17-cv-04682) | 5/3/2017 | 8/1/2017 |
| Turner, Dorothy (2:17-cv-08132) | 8/22/2017 | 11/20/2017 |
| Turner, Margaret (2:17-cv-08859) | 9/11/2017 | 12/10/2017 |
| Turner, Sharon (2:17-cv-09163) | 9/17/2017 | 12/16/2017 |
| Ulibarri, Frances (2:17-cv-11453) | 10/29/2017 | 1/27/2018 |
| Vanneste, Deborah (2:17-cv-10295) | 10/8/2017 | 1/6/2018 |
| Vivians, Latonya (2:17-cv-11455) | 10/29/2017 | 1/27/2018 |
| Walker, Thelma (2:17-cv-08907) | 9/11/2017 | 12/10/2017 |
| Wallace, Bonnie (2:17-cv-08134) | 8/23/2017 | 11/21/2017 |
| Waller, Donna (2:17-cv-08952) | 9/12/2017 | 12/11/2017 |
| Ward, Sharon[11] (2:17-cv-08230) | 8/24/2017 | 11/22/2017 |

---

[9] This case has been filed twice. *See Addie Smith v. Sanofi S.A., et al.*, 2:17-cv-10094 (E.D. La.).
[10] This case has been filed twice. *See Leslie Sutton v. Hospira, Inc. et al.*, 2:17-cv-15974 (E.D. La.).
[11] This case has been filed twice. *See Sharon Ward v. Sanofi US Services Inc. et al.*, 2:17-cv-14812 (E.D. La.).

| | | |
|---|---|---|
| Warrior, Linda (2:17-cv-07974) | 8/17/2017 | 11/15/2017 |
| Weigand, Jennifer (2:17-cv-07789) | 8/13/2017 | 11/11/2017 |
| Weirick, Melissa (2:17-cv-09546) | 9/24/2017 | 12/23/2017 |
| White, Patricia (2:17-cv-00262) | 5/31/2017 | 8/29/2017 |
| White, Sheryl (2:17-cv-09089) | 9/14/2017 | 12/13/2017 |
| Whitt, Jaqueline (2:17-cv-08165) | 8/23/2017 | 11/21/2017 |
| Whittaker, Deborah (2:17-cv-07651) | 8/9/2017 | 11/7/2017 |
| Williams, Cherlynn (2:17-cv-12249) | 11/12/2017 | 2/10/2018 |
| Williams, Doris (2:17-cv-11448) | 10/29/2017 | 1/27/2018 |
| Williams, Jennietta (2:17-cv-11458) | 10/29/2017 | 1/27/2018 |
| Williford, Shirley (2:17-cv-09169) | 9/17/2017 | 12/16/2017 |
| Willoughby, Julie (2:17-cv-09552) | 9/24/2017 | 12/23/2017 |
| Wilson, Linda (2:17-cv-09011) | 9/14/2017 | 12/13/2017 |
| Wise, Brenda (2:17-cv-13025) | 11/21/2017 | 2/19/2018 |
| Witherby, Angie (2:17-cv-08228) | 8/24/2017 | 11/22/2017 |
| Woodrow, Elizabeth (2:17-cv-09446) | 9/21/2017 | 12/20/2017 |
| Woods, Fay (2:17-cv-11832) | 11/5/2017 | 2/3/2018 |
| Wright, Mary (2:17-cv-06280) | 6/29/2017 | 9/27/2017 |