# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : : : THIS DOCUMENT RELATES TO: Darlene Mason; 2:17-cv-16705 : : : | : MDL NO. 2740 : SECTION "N"(5) : JUDGE KURT D. ENGELHARDT : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a/ Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc.; and Pfizer Inc. *only.*

Dated this 30th day of January, 2018

        Respectfully Submitted,

        /s/ Melanie K. Schmickle
        Melanie K. Schmickle, MO# 52176
        Tara K. King, MO #69171
        SWMW Law, LLC
        701 Market Street, Ste. 1000
        Phone: (314) 480-5180
        Facsimile: (314) 932-1566
        Email: melanie@swmwlaw.com
        Email: tara@swwmwlaw.com
        ***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: January 30th, 2018

                                            Respectfully Submitted,

                                            /s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***