UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION TO DISMISS WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>DORIS PICKETT v. SANOFI S.A., ET AL., Case No. 2:17-cv-16294 | Civil Action No.: 2:17-cv-16294 |

  IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel and 505(b)(2) liaison counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's case, numbered 2:17-cv-16294, only, be dismissed with prejudice. The reason for this dismissal is to resolve a duplicate filing.

  Defendants have not yet been served, and thus, have not filed appearances in this matter. However, John Olinde, Esq., 505(b)(2) liaison counsel, was contacted and does not oppose this dismissal, but without waiving any rights of Defendants, in either case filed by Ms. Pickett.

  This stipulation shall not affect the lawsuit filed by Ms. Pickett, which is currently pending in MDL No. 2740, in the United States District for the Eastern District of Louisiana, bearing Case No. 2:16-cv-17180. Each party shall bear its own costs.

  Dated this 21st day of February, 2018.

**DALIMONTE RUEB, LLP**

By: _____
Jennifer L. Orendi, Esq.
Ashley C. Crowell, Esq.
DALIMONTE RUEB, LLP
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
Telephone: 202-538-2790
Email: jorendi@drlawllp.com
       ashley@drlawllp.com
*Attorneys for Plaintiff*