# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL 2740 |
| ) | SECTION "N" (5) |
| <u>This Document Relates To:</u> ) | |
| HALDEMAN v. Sanofi S.A. et al ) | JUDGE ENGELHARDT |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | STIPULATION OF |
| ) | DISMISSAL WITH |
| Case No: 2:17-CV-13941 ) | PREJUDICE |
| ) | |
| ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Joan and John Haldeman's claims be dismissed with prejudice against all defendants, with each party to beat its own costs. The reason for the dismissal is that Plaintiffs do not wish to proceed.

Dated: February 22, 2018                      Respectfully submitted,

By: */s/ Bradley D. Honnold*                   By: */s/ Douglas J. Moore*
Bradley D. Honnold, Esq.                       Douglas J. Moore, Esq.
**GOZA & HONNOLD, L.L.C.**                     Kelly Brilleaux
11181 Overbrook Road, Suite 200                **IRWIN FRITCHIE URQUHART**
Leawood, KS 66211                              **& MOORE**
913.451.3433                                   400 Poydras St., Suite 2700
                                               New Orleans, LA 70130

00526930-1

**Attorney for Plaintiff**                    Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*


By: /s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P**
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
Email:  hratliff@shb.com
kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma SA.., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

00526930-1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 22nd day of February, 2018.

                                              */s/ Bradley D. Honnold*
                                              Bradley D. Honnold