UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) FRANCES ELAINE HENDERSON, ) ) *Plaintiff* ) ) v. ) ) SANOFI-AVENTIS U.S. LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE NORTH<br><br>Civil No. 2:17-cv-13105-EEF-MBN |

**PLAINTIFF'S MOTION FOR
SUBSTITUTION OF COUNSEL**

COMES NOW, the Plaintiff herein, and files this, the Plaintiff's Motion for Substitution of Counsel, and respectfully shows to this Court as follows:

The Plaintiff requests that attorneys-of-record Chris Hellums, Jon Mann, and Austin Whitten of Pittman, Dutton and Hellums, P.C. 2001 Park Place, #1100, Birmingham, Alabama 35203 and attorney Michael McGartland of McGartland Law Firm, LLC 1300 S. University Dr., Fort Worth, Texas 76107 be granted leave to withdraw as counsel in the matter of *Frances Elaine Henderson v. Sanofi-Aventis, U.S., LLC, et al.,* 2:17-cv-13105, as there was a dual representation issue and Plaintiff wishes to proceed with another law firm.

The Plaintiff further requests attorney Leslie LaMacchia of Pulaski Law Firm, 2925 Richmond Avenue, Suite 1725, Houston, Texas 77098 be substituted as her attorney-of-record in the instant action.

Attorneys Jon Mann and Austin Whitten have conferred with attorney Leslie LaMacchia and represent to this Court that all above-mentioned attorneys consent to this Motion.

At no point will Plaintiff be unrepresented if this Motion is granted.

WHEREFORE, the Plaintiff respectfully requests that attorneys Chris Hellums, Jon Mann, Austin Whitten, and Michael McGartland be granted leave to withdraw as counsel in Case No. *Henderson* 2:17-cv-13105, and that attorney Leslie LaMacchia be substituted therefor.

Dated: February 22, 2018

Respectfully submitted,

By: /s/ Austin Whitten

Chris Hellums, Esq.
Jon Mann, Esq.
Austin Whitten, Esq.
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place, #1100
Birmingham, Alabama 35203
(205) 900-4188 Phone
Chrish@pittmandutton.com
jonm@pittmandutton.com
austinw@pittmandutton.com

Michael P. McGartland
McGARTLAND LAW FIRM, PLLC
University Centre 1, Ste 500
1300 South University Drive
Fort Worth, TX 76107
T: (817) 332-9300 F: (817) 332-9301
mike@mcgartland.com

*Counsel for Plaintiff*

By: /s/ Leslie LaMacchia

Leslie LaMacchia, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, a copy of the foregoing Plaintiff's Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Austin Whitten*