# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N"(5) |
| FRANCES ELAINE HENDERSON, | JUDGE ENGELHARDT |
| *Plaintiff* | MAG. JUDGE NORTH |
| v. | Civil No. 2:17-cv-13105-EEF-MBN |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| *Defendant(s)* | |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the Plaintiff's Motion for Withdrawal and Substitution of Counsel in the above-listed action, is hereby set for submission to the Court on March 14, 2018, at 9:00 a.m. before the Honorable Kurt D. Engelhardt, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated:       February 22, 2018

                                            Respectfully submitted,

                                            By:       */s/ Austin Whitten*

Chris Hellums, Esq.
Jon Mann, Esq.
Austin Whitten, Esq.
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place, #1100
Birmingham, Alabama 35203
(205) 900-4188 Phone
jonm@pittmandutton.com
austinw@pittmandutton.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, a copy of the foregoing Plaintiff's Notice of Submission was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Austin Whitten*