# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

JUDGE ENGELHARDT

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC AS NAMED DEFENDANTS**

THIS DOCUMENT RELATES TO:

Betty Knott v. Sanofi S.A., et al.

Civil Action 2:17-cv-04701

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Betty Knott respectfully requests leave to file her Amended Complaint adding Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. as named defendants in this case.

Since filing her Complaint, Plaintiff has received the National Drug Code form and learned that Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. should be named defendants in addition to the Sanofi defendants originally named.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 22nd day of February 2018

**J.WILTZ LAW PLLC**

By: /s/ Jervan S. Wiltz
JERVAN S. WILTZ
Texas Bar No. 24084110
Van.wiltz@wiltzlaw.com
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: 1-214-477-3774
Fax: 1-888-874-5879
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Sanofi Defendants and the Hospira Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**J.WILTZ LAW PLLC**

By: /s/ Jervan S. Wiltz
JERVAN S. WILTZ
Texas Bar No. 24084110
Van.wiltz@wiltzlaw.com
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: 1-214-477-3774
Fax: 1-888-874-5879
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**J.WILTZ LAW PLLC**

By: /s/ Jervan S. Wiltz
JERVAN S. WILTZ
State Bar No. 24084110
Van.wiltz@wiltzlaw.com
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: 1-214-477-3774
Fax: 1-888-874-5879
ATTORNEY FOR PLAINTIFF