MINUTE ENTRY
NORTH, M.J.
FEBRUARY 22, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)             MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                         SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Lanie Smith).

| PRESENT: | Palmer Lambert | Dawn Barrios | Beth Toberman |
|---|---|---|---|
| | Evan Holden | John Olinde | Douglas Moore |
| | Patrick Ooot | Andrew Lemmon | Karen Menzies |
| | Zachary Wool | Chris Coffin | David Miceli |
| | Kyle Bachus | Darin Schanker | Dan Markoff |
| | Emily Jeffcot | Mara Gonzalez | |

| PARTICIPATING BY PHONE: | Kathy Kelly | Michael Suffern |
|---|---|---|
| | Samuel Cortina | Brandon Cox |
| | Daniel Ratliff | Alexander Dwyer |

An in-person status conference is scheduled for March 14, 2018 at 1:00 p.m.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:40)