## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2740 SECTION "N" (5) |
| This Document Relates To: GAYE MANNING v. Sanofi S.A. et al | ) ) ) ) | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Case No: 2:17-CV-13892 | ) ) ) ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Gaye Manning's claims be dismissed with prejudice against all defendants, with each party to beat its own costs. The reason for the dismissal is that Plaintiff has died and her family does not wish to proceed.

Dated: February 23, 2018

By: */s/ Bradley D. Honnold*
Bradley D. Honnold, Esq.
**GOZA & HONNOLD, L.L.C.**
11181 Overbrook Road, Suite 200
Leawood, KS 66211
913.451.3433

Respectfully submitted,

By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700

00526929-1

**Attorney for Plaintiff**

New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
         kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

By: /s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P**
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
Email:  hratliff@shb.com
         kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma SA.., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

00526929-1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 23rd day of February, 2018.

*/s/ Bradley D. Honnold*
Bradley D. Honnold