UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>FRANCES ELAINE HENDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., and SANOFI-AVENTIS U.S. LLC,<br><br>    Defendants. | MDL No. 2740<br><br>SECTION: "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:17-cv-15363 |

    Plaintiff Frances Elaine Henderson, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action No. 2:17-cv-15363.  This Notice of Voluntary Dismissal with Prejudice dismisses Plaintiff's claims in 2:17-cv-15363 only.  It is not intended to affect the lawsuit filed by Frances Elaine Henderson, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-13105. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no defendant has been served.

    Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of records who are CM/ECF participants.

Dated: February 23, 2018                                             /s/ *Leslie LaMacchia*