BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Carolyn Stallworth vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC;* Case No. 2:17-cv-13622 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Carolyn Stallworth, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-13622, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Carolyn Stallworth, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-17047. All parties shall bear their own costs.

Dated: February 23, 2018                    Respectfully submitted,

                                            GOMEZ TRIAL ATTORNEYS

                                             /s/Lindsay R. Stevens
                                            John H. Gomez (CA Bar # 171485) T.A.
                                            Ahmed S. Diab (CA Bar # 262319)
                                            Lindsay R. Stevens (CA Bar # 256811)

1

655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*
*Attorneys for Plaintiff*


IRWIN FRITCHIE URQUHART & MOORE LLC
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
*dmoore@irwinllc.com*

*Attorney for Defendants*


/s/ Kelly Bieri
Kelly Bieri
Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
ckaufman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                      */s/ Lindsay R. Stevens*
                                      Ahmed S. Diab (CA Bar # 262319)
                                      GOMEZ TRIAL ATTORNEYS
                                      655 West Broadway, Suite 1700
                                      San Diego, California 92101
                                      Telephone: (619) 237-3490
                                      Facsimile: (619) 237-3496
                                      adiab@thegomezfirm.com