BEFORE THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | |
| YULONDA PRICE | HON. KURT D. ENGELHARDT |
| v. | Case No. 2:17-cv-14770 |
| SANOFI-AVENTIS U.S., LLC. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Yulonda Price, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-14770 only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Yulonda Price, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-14978. All parties shall bear their own costs.

| | |
|---|---|
| /s/ A. Craig Eiland | /s/ Kelly Bieri |
| A. Craig Eiland (TX Bar 06502380) | Kelly Bieri |
| LAW OFFICES OF A. CRAIG EILAND, PC | Chris Kaufman |
| 2211 The Strand, Suite 201 | SHOOK, HARDY& BACON L.L.P. |
| Galveston, Texas 77550 | 2555 Grand Boulevard |
| Telephone: (409) 763-3260 | Kansas City, MO 64108 |
| Facsimile: (409) 763-8154 | Telephone: 816-474-6550 |
| ceiland@eilandlaw.com | Facsimile: 816-421-5547 |
| **ATTORNEY FOR PLAINTIF** | kbieri@shb.com |
| | ckaufman@shb.com |
| DATED:  February 22, 2018 | **COUNSEL FOR SANOFI-AVENTIS U.S., LLC** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 22, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

_____
A. Craig Eiland (TX Bar 06502380)
LAW OFFICES OF A. CRAIG EILAND, PC
2211 The Strand, Suite 201
Galveston, Texas  77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com
**ATTORNEY FOR PLAINTIFF**