UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : : : | HON. KURT D. ENGELHARDT |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert J. McCully of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  February 26, 2018

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 */s/ Robert J. McCully*
Robert J. McCully
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: rmccully@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

8622910 v1