UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "N"(5) <br> : |
| THIS DOCUMENT RELATES TO: Ernestine Payne; 2:17-cv-16725 | : JUDGE KURT D. ENGELHARDT <br> : <br> : MAG. JUDGE MICHAEL B. NORTH <br> : |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all Defendants from the above-captioned action in the Taxotere(Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own fees and costs.

Dated this 27th day of February, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 27, 2018

      Respectfully Submitted,

      /s/ Melanie K. Schmickle
      Melanie K. Schmickle, MO# 52176
      Tara K. King, MO #69171
      SWMW Law, LLC
      701 Market Street, Ste. 1000
      Phone: (314) 480-5180
      Facsimile: (314) 932-1566
      Email: melanie@swmwlaw.com
      Email: tara@swwmwlaw.com
      ***ATTORNEYS FOR PLAINTIFFS***