ERNYES-KOFLER, Klara ▮ ▮

See below for the NDC codes for these drugs

Meds    9/28/2012

Day, Cycle    Day 1, Cycle 1 - 9/12/12 EF 71.6%: Her start 9/28/12

CARBOplatin IV 650 mg

Dexamethasone Sodium Phosphate (DECADRON) IV    20 mg

DOCEtaxel (TAXOTERE) IV    140 mg

Trastuzumab (HERCEPTIN) IV    8 mg/kg/dose = 634.4 mg


Meds    10/19/2012

Day, Cycle    Day 1, Cycle 2

CARBOplatin IV 650 mg

Dexamethasone Sodium Phosphate (DECADRON) IV    20 mg

DOCEtaxel (TAXOTERE) IV    140 mg

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 475.8 mg


Meds    11/9/2012

Day, Cycle    Day 1, Cycle 3

CARBOplatin IV 650 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV    140 mg

Trastuzumab (HERCEPTIN) IV    6 mg/kg/dose = 475.8 mg


Meds    11/30/2012

**EXHIBIT 1**

Day, Cycle        Day 1, Cycle 4

CARBOplatin IV 560 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV        140 mg

Trastuzumab (HERCEPTIN) IV        6 mg/kg/dose = 475.8 mg


Meds    12/21/2012

Day, Cycle        Day 1, Cycle 5

CARBOplatin IV 630 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV        140 mg

Trastuzumab (HERCEPTIN) IV        6 mg/kg/dose = 475.8 mg


Meds    1/18/2013      2/8/2013

Day, Cycle        Day 1, Cycle 6   Day 1, Cycle 7

CARBOplatin IV 630 mg

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV        144 mg

Trastuzumab (HERCEPTIN) IV        483 mg 483 mg


Meds    3/1/2013

Day, Cycle        Day 1, Cycle 8

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg

Meds    3/22/2013

Day, Cycle     Day 1, Cycle 9

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg

Meds    4/12/2013

Day, Cycle     Day 1, Cycle 10

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg

Meds    5/3/2013

Day, Cycle     Day 1, Cycle 11

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg

Meds   5/24/2013

Day, Cycle       Day 1, Cycle 12

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg


Meds   6/14/2013

Day, Cycle       Day 1, Cycle 13

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg


Meds   7/5/2013

Day, Cycle       Day 1, Cycle 14

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV     6 mg/kg/dose = 512.4 mg


Meds   7/26/2013

Day, Cycle       Day 1, Cycle 15

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV　　6 mg/kg/dose = 512.4 mg

Meds　8/16/2013

Day, Cycle　　　Day 1, Cycle 16

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV　　6 mg/kg/dose = 512.4 mg

Meds　9/6/2013

Day, Cycle　　　Day 1, Cycle 17

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV　　6 mg/kg/dose = 512.4 mg

Meds　9/24/2013

Day, Cycle　　　Day 1, Cycle 18 - HER ends 9/28/13

CARBOplatin IV

Dexamethasone Sodium Phosphate (DECADRON) IV

DOCEtaxel (TAXOTERE) IV

Trastuzumab (HERCEPTIN) IV

6 mg/kg/dose = 512.4 mg

NDC codes:

Carboplatin | 61703-339-18 | 10 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | ANDA076517 | Hospira Worldwide, Inc.

NDC Package Code: 61703-339-18

Product NDC: 61703-339

Dexamethasone | 55154-3275-4 | .5 mg/5mL | ELIXIR | ORAL | ANDA088254 | Cardinal Health

NDC Package Code: 55154-3275-4

Product NDC: 55154-3275

==Docetaxel | 63739-932-11 | 20 mg/mL | INJECTION, SOLUTION | INTRAVENOUS | NDA201195 | McKesson Packaging Services a business unit of McKesson Corporation==

==NDC Package Code: 63739-932-11==

==Product NDC: 63739-932==

Herceptin | 50242-134-68 | | KIT | | BLA103792 | Genentech, Inc.

NDC Package Code: 50242-134-68

Product NDC: 50242-134