**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| TAWANA BENNETT, | JUDGE ENGELHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| vs. | |
| | Civil Action No. 2:17-cv-14737 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Tawana Bennett, by and through the undersigned counsel of record and files this Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** The undersigned counsel seeks dismissal of this action against all Defendants after having received confirmation that Taxol (Paclitaxel), not Taxotere (Docetaxel), was the chemotherapy infusion used in Plaintiff Bennett's cancer treatment. See attached "Exhibit 1."

2. **Type of Dismissal sought:** Counsel for Plaintiff Bennett prays that her action be dismissed with prejudice.

3. **Status of Plaintiff's Fact Sheet:** No Plaintiff's Fact Sheet has been submitted on behalf of Plaintiff Bennett.

4. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies she has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **Grounds for the Defendants' Opposition:** Counsel for the Defendants have advised that because they believe Plaintiff's counsel did not conduct a sufficient investigation into the product used and injury claimed prior to the filing of the claim, Defendants intend to oppose the dismissal of Plaintiff Bennett's case With Prejudice, unless the Complaint is amended to name the appropriate manufacturer.

**WHEREFORE, PREMISE CONSIDERED,** Plaintiff Bennett prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 27th day of February, 2018.

        **PULASKI LAW FIRM, PLLC**
        /s/ Leslie LaMacchia
        Leslie LaMacchia
        Adam Pulaski
        2925 Richmond, Suite 1725
        Houston, TX 77098
        Tel: (713) 664-4555
        Fax: (713) 664-7543
        llamacchia@pulaskilawfirm.com
        adam@pulaskilawfirm.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Plaintiff's Voluntary Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

    Dated this 27th day of February, 2018.

                                    /s/ Leslie LaMacchia
                                    Leslie LaMacchia
                                    Adam Pulaski
                                    2925 Richmond, Suite 1725
                                    Houston, TX 77098
                                    Tel: (713) 664-4555
                                    Fax: (713) 664-7543
                                    llamacchia@pulaskilawfirm.com
                                    adam@pulaskilawfirm.com

                                    *Counsel for Plaintiff*