## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| TAWANA BENNETT, | : | JUDGE ENGELHARDT |
| | : | |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | |
| | : | Civil Action No. 2:17-cv-14737 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## PLAINTIFF'S MEMORANDUM BRIEF IN SUPPORT OF
## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Tawana Bennett, by and through the undersigned counsel of record and files this Memorandum Brief in Support of her Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

### REASON(S) FOR SEEKING DISMISSAL

1.  The undersigned counsel seeks dismissal of this action against all Defendants after having received confirmation of product identification that Taxol (Paclitaxel), not Taxotere (Docetaxel), was the chemotherapy infusion used in Plaintiff Bennett's cancer treatment.  See attached "Exhibit 1."

### PLAINTIFF SEEKS DISMISSAL WITH PREJUDICE

2.  Counsel for Plaintiff Bennett prays her action will be dismissed with prejudice.

### STATUS OF PLAINTIFF BENNETT'S PLAINTIFF'S FACT SHEET (PFS)

3.      No Plaintiff's Fact Sheet has been submitted on behalf of Plaintiff Bennett.

**COUNSEL'S CERTIFICATION AS REQUIRED BY PTO NO. 54
REGARDING COMMUNICATION WITH COUNSEL**

4.      As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies she has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing.

5.      On February 12, 2018, the undersigned counsel initially requested approval from Defense and Liaison counsel in writing to file a Stipulation of Dismissal With Prejudice on Plaintiff Bennett's behalf.  No response was received from Defense or Liaison Counsel in this regard. On February 16, 2018, the undersigned counsel sent another written request to Defense and Liaison Counsel for permission to file a Stipulation of Dismissal With Prejudice on Plaintiff Bennett's behalf.  No response was received from Defense or Liaison Counsel in this regard. A third written request was sent on February 19, 2018 to Defense and Liaison Counsel requesting permission to file a dismissal.  Counsel for Defendant's, Kelly Bieri responded stating that she would "respond to you when I'm back in the office later this week."  On February 22, 2018, the undersigned counsel sent another follow-up email requesting approval to dismiss Plaintiff Bennett's claim.  A copy of said e-mail correspondence has been attached hereto as "Exhibit 2".

**GROUNDS FOR DEFENDANTS' OPPOSITION**

6.      Following the February 22, 2018 correspondence, the undersigned counsel received an e-mail from Counsel for the Defendants, Kelly Bieri.  Ms. Bieri advised that because they believe Plaintiff's counsel did not conduct a sufficient investigation into the product used and injury claimed prior to the filing of the action, Defendants intend to oppose the dismissal of Plaintiff Bennett's case With Prejudice, unless the Complaint is amended to name the appropriate manufacturer.

7.      Defendants' grounds for opposition were documented by email correspondence dated February 22, 2018, a copy of which has been attached hereto as "Exhibit 3".

WHEREFORE, PREMISE CONSIDERED, Plaintiff Bennett prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 27th day of February, 2018.

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Plaintiff's Voluntary Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated this 27th day of February, 2018.

/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Counsel for Plaintiff*