## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| TAWANA BENNETT, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : | Civil Action No. 2:17-cv-14737 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, With Prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge