# Exhibit 2

| | |
|---|---|
| **From:** | Bieri, Kelly (SHB) |
| **To:** | Leslie LaMacchia |
| **Cc:** | Hatten, Madison M. (SHB); Byard, Adrienne L. (SHB); taxotere@bkc-law.com; Ratliff, Harley (SHB); Olinde, John; Douglas Moore; Kirsten Warren |
| **Subject:** | Re: Stipulation of Dismissals (Taxotere) |
| **Date:** | Thursday, February 22, 2018 5:47:41 PM |

Leslie - I apologize for delay. As you can imagine, we are getting many of these requests daily. I'm wrapping up a dep now but will make time to look at the ones you sent below tonight.

Best,

Kelly

Sent from my iPhone

On Feb 22, 2018, at 5:45 PM, Leslie LaMacchia <llamacchia@pulaskilawfirm.com> wrote:

> Kelly,
>
> With all due respect, the delays in responding to my requests to consent to Dismissals With Prejudice obstruct this entire judicial process.  For example, since we are under obligations to provide you with product identification, I would assume that Defendants would have no issues consenting to the dismissal of a case especially if the product is Taxol only.
>
> Again, I am asking if you are amenable to the two proposed Stipulations attached to this email:
>
> *Frances Elaine Henderson v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-15363) – dual rep issue
> *Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737) – Taxol only
>
> Thanks,
> Leslie
>
>
> **From:** Leslie LaMacchia
> **Sent:** Monday, February 19, 2018 12:35 PM
> **To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
> **Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; 'Austin Whitten' <austinw@pittmandutton.com>; taxotere@bkc-law.com; 'Jon Mann' <jonm@pittmandutton.com>

**Subject:** Taxotere - Stipulation of Dismissal with Prejudice (Henderson 2:17-cv-15363)

Counsel,

Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?

> *Frances Elaine Henderson v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-15363)

The reason for this Stipulation is that there is a dual representation issue.

I am attaching a proposed copy of the Stipulation.

Thanks,
Leslie

---

**From:** Leslie LaMacchia
**Sent:** Friday, February 16, 2018 10:00 AM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; taxotere@bkc-law.com
**Subject:** FW: Stipulation of Dismissal - Taxotere (Tawana Bennett)

Kelly,

Just wanted to follow up on this.

Thanks,
Leslie

> **From:** Leslie LaMacchia <llamacchia@pulaskilawfirm.com>
> **Date:** February 12, 2018 at 4:35:46 PM CST
> **To:** "Bieri, Kelly (SHB)" <KBIERI@shb.com>
> **Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>, "Ratliff, Harley (SHB)" <HRATLIFF@shb.com>, Douglas Moore <dmoore@irwinllc.com>, Kirsten Warren <kirsten@pulaskilawfirm.com>, "taxotere@bkc-law.com" <taxotere@bkc-law.com>, "Olinde, John" <Olinde@chaffe.com>
> **Subject: Stipulation of Dismissal - Taxotere  (Tawana Bennett)**
>
> Counsel,

Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?

*Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737)

The reason for this Stipulation is that the product identification was Paclitaxel only.

Thanks,
Leslie

**Leslie LaMacchia** | **Senior Associate**
2925 Richmond, Suite 1725  |  Houston, TX 77098
(713) 664-4555  |  (713) 664-7543 (fax)  |  (800) 223-3784 (toll free)
<image001.jpg>


<Stipulation of Dismissal with Prej (17-15363 Henderson).docx>

<Stipulation of Dismissal (Bennett).docx>

Mail Gate made the following annotations on Thu Feb 22 2018 17:47:35

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

| | |
|---|---|
| **From:** | Leslie LaMacchia |
| **To:** | Bieri, Kelly (SHB) |
| **Cc:** | MHATTEN@shb.com; ABYARD@shb.com; taxotere@bkc-law.com; Ratliff, Harley (SHB); Olinde, John; Douglas Moore; Kirsten Warren |
| **Subject:** | Stipulation of Dismissals (Taxotere) |
| **Date:** | Thursday, February 22, 2018 5:45:24 PM |
| **Attachments:** | Stipulation of Dismissal with Prej (17-15363 Henderson).docx |
| | Stipulation of Dismissal (Bennett).docx |

Kelly,

With all due respect, the delays in responding to my requests to consent to Dismissals With Prejudice obstruct this entire judicial process. For example, since we are under obligations to provide you with product identification, I would assume that Defendants would have no issues consenting to the dismissal of a case especially if the product is Taxol only.

Again, I am asking if you are amenable to the two proposed Stipulations attached to this email:

*Frances Elaine Henderson v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-15363) – dual rep issue

*Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737) – Taxol only

Thanks,
Leslie


**From:** Leslie LaMacchia
**Sent:** Monday, February 19, 2018 12:35 PM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; 'Austin Whitten' <austinw@pittmandutton.com>; taxotere@bkc-law.com; 'Jon Mann' <jonm@pittmandutton.com>
**Subject:** Taxotere - Stipulation of Dismissal with Prejudice (Henderson 2:17-cv-15363)

Counsel,

Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?

*Frances Elaine Henderson v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-15363)

The reason for this Stipulation is that there is a dual representation issue.

I am attaching a proposed copy of the Stipulation.

Thanks,
Leslie

---

**From:** Leslie LaMacchia
**Sent:** Friday, February 16, 2018 10:00 AM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; taxotere@bkc-law.com
**Subject:** FW: Stipulation of Dismissal - Taxotere (Tawana Bennett)

Kelly,

Just wanted to follow up on this.

Thanks,
Leslie

> **From:** Leslie LaMacchia <llamacchia@pulaskilawfirm.com>
> **Date:** February 12, 2018 at 4:35:46 PM CST
> **To:** "Bieri, Kelly (SHB)" <KBIERI@shb.com>
> **Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>, "Ratliff, Harley (SHB)" <HRATLIFF@shb.com>, Douglas Moore <dmoore@irwinllc.com>, Kirsten Warren <kirsten@pulaskilawfirm.com>, "taxotere@bkc-law.com" <taxotere@bkc-law.com>, "Olinde, John" <Olinde@chaffe.com>
> **Subject: Stipulation of Dismissal - Taxotere  (Tawana Bennett)**
>
> Counsel,
>
> Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?
>
> > *Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737)
>
> The reason for this Stipulation is that the product identification was Paclitaxel only.
>
> Thanks,
> Leslie
>
> **Leslie LaMacchia | Senior Associate**
> 2925 Richmond, Suite 1725  |  Houston, TX 77098

(713) 664-4555  |  (713) 664-7543 (fax)  |  (800) 223-3784 (toll free)



| | |
|---|---|
| **From:** | Bieri, Kelly (SHB) |
| **To:** | Leslie LaMacchia |
| **Cc:** | Kirsten Warren |
| **Subject:** | RE: Stipulation of Dismissal - Taxotere (Tawana Bennett) |
| **Date:** | Monday, February 19, 2018 12:25:28 PM |

Leslie - I will respond to you when Im back in the office later this week.

best,

Kelly

**From:** Leslie LaMacchia [mailto:llamacchia@pulaskilawfirm.com]
**Sent:** Monday, February 19, 2018 12:23 PM
**To:** Bieri, Kelly (SHB) <KBIERI@shb.com>
**Cc:** Kirsten Warren <kirsten@pulaskilawfirm.com>
**Subject:** FW: Stipulation of Dismissal - Taxotere (Tawana Bennett)

**From:** Leslie LaMacchia
**Sent:** Friday, February 16, 2018 10:00 AM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; taxotere@bkc-law.com
**Subject:** FW: Stipulation of Dismissal - Taxotere (Tawana Bennett)

Kelly,

Just wanted to follow up on this.

Thanks,
Leslie

> **From:** Leslie LaMacchia <llamacchia@pulaskilawfirm.com>
> **Date:** February 12, 2018 at 4:35:46 PM CST
> **To:** "Bieri, Kelly (SHB)" <KBIERI@shb.com>
> **Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>, "Ratliff, Harley (SHB)" <HRATLIFF@shb.com>, Douglas Moore <dmoore@irwinllc.com>, Kirsten Warren <kirsten@pulaskilawfirm.com>, "taxotere@bkc-law.com" <taxotere@bkc-law.com>, "Olinde, John" <Olinde@chaffe.com>
> **Subject: Stipulation of Dismissal - Taxotere  (Tawana Bennett)**
>
> Counsel,

Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?

*Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737)

The reason for this Stipulation is that the product identification was Paclitaxel only.

Thanks,
Leslie

**Leslie LaMacchia | Senior Associate**
2925 Richmond, Suite 1725  |  Houston, TX 77098
(713) 664-4555  |  (713) 664-7543 (fax)  |  (800) 223-3784 (toll free)



Mail Gate made the following annotations on Mon Feb 19 2018 12:25:23

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

| | |
|---|---|
| **From:** | Leslie LaMacchia |
| **To:** | Bieri, Kelly (SHB) |
| **Cc:** | Kirsten Warren |
| **Subject:** | FW: Stipulation of Dismissal - Taxotere (Tawana Bennett) |
| **Date:** | Monday, February 19, 2018 12:23:26 PM |

**From:** Leslie LaMacchia
**Sent:** Friday, February 16, 2018 10:00 AM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; taxotere@bkc-law.com
**Subject:** FW: Stipulation of Dismissal - Taxotere (Tawana Bennett)

Kelly,

Just wanted to follow up on this.

Thanks,
Leslie

> **From:** Leslie LaMacchia <llamacchia@pulaskilawfirm.com>
> **Date:** February 12, 2018 at 4:35:46 PM CST
> **To:** "Bieri, Kelly (SHB)" <KBIERI@shb.com>
> **Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>, "Ratliff, Harley (SHB)" <HRATLIFF@shb.com>, Douglas Moore <dmoore@irwinllc.com>, Kirsten Warren <kirsten@pulaskilawfirm.com>, "taxotere@bkc-law.com" <taxotere@bkc-law.com>, "Olinde, John" <Olinde@chaffe.com>
> **Subject: Stipulation of Dismissal - Taxotere (Tawana Bennett)**
>
> Counsel,
>
> Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?
>
> *Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737)
>
> The reason for this Stipulation is that the product identification was Paclitaxel only.
>
> Thanks,
> Leslie

**Leslie LaMacchia** | **Senior Associate**
2925 Richmond, Suite 1725  |  Houston, TX 77098
(713) 664-4555  |  (713) 664-7543 (fax)  |  (800) 223-3784 (toll free)

