UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO.: 2740 ) ) SECTION "N"(5) ) JUDGE KURT D. ENGELHARDT ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATED TO: *Saundra Green v. Sanoji S.A., et al* Case No.: 2:16-cv-15518 Plaintiff, Saundra Green | ) ) ) ) ) ) |

### ORDER ON MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(l)

THIS MATTER, having come before the Court on Plaintiffs counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(l) (Rec. Doc. 1587), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **JOHN GREEN, JR.,** on behalf of his deceased wife, SAUNDRA GREEN, may be substituted for Saundra Green as the proper party plaintiff in this action.

New Orleans, Louisiana, this 26th day of February 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**