# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** <br><br> SECTION "N" (5) <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** <br> *Angela Scott v. Sanofi-Aventis U.S. LLC, et al.; Civil Action No. 2:17-cv-10533* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants SANOFI S.A., AVENTIS PHARMA S.A, and SANOFI-AVENTIS U.S LLC, separately, and doing business as WINTHROP U.S. *only,* from the above-captioned case, with prejudice, each party to bear its own costs.

Dated this 27th day of February, 2018.    Respectfully submitted,

/s/ John C. Thornton
Andrews & Thornton
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 27, 2018                /s/ John C. Thornton
                                        John C. Thornton