1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3      ****************************************************************

4      IN RE:   TAXOTERE
       (DOCETAXEL) PRODUCTS
5      LIABILITY LITIGATION

6                                 CIVIL ACTION NO. 16-MD-2740 "N"
                                  NEW ORLEANS, LOUISIANA
7                                 WEDNESDAY, FEBRUARY 7, 2018, 1:00 P.M.

8      THIS DOCUMENT RELATES TO:
       ALL CASES
9
       ****************************************************************
10

11          TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE MICHAEL B. NORTH
12                   UNITED STATES MAGISTRATE JUDGE

13

14     APPEARANCES:

15

16     FOR THE PLAINTIFFS:         BARRIOS KINGSDORF & CASTEIX
                                    BY:  DAWN M. BARRIOS, ESQ.
17                                  701 POYDRAS STREET, SUITE 3650
                                    NEW ORLEANS, LOUISIANA 70139
18

19
                                    GAINSBURGH BENJAMIN DAVID
20                                  MEUNIER & WARSHAUER
                                    BY:  M. PALMER LAMBERT, ESQ.
21                                  1100 POYDRAS STREET, SUITE 2800
                                    NEW ORLEANS, LOUISIANA 70163
22

23
                                    PENDLEY BAUDIN & COFFIN
24                                  BY: CHRISTOPHER L. COFFIN, ESQ.
                                    1515 POYDRAS STREET, SUITE 1400
25                                  NEW ORLEANS, LOUISIANA 70112

                            *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              GIBBS LAW GROUP
                               BY:  KAREN B. MENZIES, ESQ.
4                              400 CONTINENTAL BOULEVARD
                               6TH FLOOR
5                              EL SUGUNDO, CALIFORNIA 90245

6

7                              SIMMONS HANLY CONROY
                               BY:  DAVID F. MICELI, ESQ.
8                              ONE COURT STREET
                               ALTON, ILLINOIS 62002
9

10
                               BACHUS & SCHANKER
11                             BY:  J. KYLE BACHUS, ESQ.
                               1899 WYNKOOP STREET
12                             SUITE 700
                               DENVER, COLORADO 80202
13

14
                               MARTZELL BICKFORD & CENTOLA
15                             BY:  LAWRENCE J. CENTOLA, ESQ.
                               338 LAFAYETTE STREET
16                             NEW ORLEANS, LOUISIANA 70130

17

18                             KIRKENDALL DWYER
                               BY:  ALEXANDER G. DWYER, ESQ.
19                             440 LOUISIANA
                               SUITE 1901
20                             HOUSTON, TEXAS 77002

21

22                             LEMMON LAW FIRM
                               BY:  ANDREW LEMMON, ESQ.
23                             650 POYDRAS STREET
                               SUITE 2335
24                             NEW ORLEANS, LOUISIANA 70130

25

                         *OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR SANOFI S.A.:            IRWIN FRITCHIE URQUHART & MOORE
                                  BY:  DOUGLAS J. MOORE, ESQ.
 4                                400 POYDRAS STREET, SUITE 2700
                                  NEW ORLEANS, LOUISIANA 70130
 5

 6
                                  SHOOK, HARDY & BACON
 7                                BY:  HARLEY V. RATLIFF, ESQ.
                                  2555 GRAND BOULEVARD
 8                                KANSAS CITY, MISSOURI 64108

 9

10                                SHOOK, HARDY & BACON
                                  BY:  PATRICK OOT, ESQ.
11                                1155 F STREET NW
                                  SUITE 200
12                                WASHINGTON, DC 20004

13

14    FOR ACTAVIS PHARMA,
      INC.:                       ULMER & BERNE
15                                BY:  MICHAEL J. SUFFERN, ESQ.
                                  600 VINE STREET
16                                SUITE 2800
                                  CINCINNATI, OHIO 45202
17

18
      FOR SANDOZ, A NOVARTIS
19    DIVISION:                   GREENBURG TRAURIG
                                  BY:  BETH K. TOBERMAN, ESQ.
20                                TERMINUS 200
                                  3333 PIEDMONT ROAD, NE
21                                ATLANTA, GEORGIA 30305

22

23

24

25
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR HOSPIRA, INC.,
      HOSPIRA WORLDWIDE, LLC,
 4    FORMERLY DOING BUSINESS
      AS HOSPIRA WORLDWIDE,
 5    INC., AND PFIZER INC.:       CHAFFE MCCALL
                                   BY:   JOHN F. OLINDE, ESQ.
 6                                 2300 ENERGY CENTRE
                                   1100 POYDRAS STREET
 7                                 NEW ORLEANS, LOUISIANA 70163

 8

 9    FOR  SUN PHARMACEUTICAL
      INDUSTRIES, LTD:             HINSHAW & CULBERTSON
10                                 BY:  KATHLEEN KELLY, ESQ.
                                   28 STATE STREET
11                                 24TH FLOOR
                                   BOSTON, MASSACHUSETTS 0210
12

13

      FOR MCKESSON CORPORATION:    MORRISON & FOERSTER
14                                 BY:   SAMUEL C. CORTINA, ESQ.
                                   12531 HIGH BLUFF DRIVE, SUITE 100
15                                 SAN DIEGO, CALIFORNIA 92130

16

17    ALSO PRESENT:               THE HONORABLE JANE TRICHE MILAZZO

18

19

20    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
21                                 REGISTERED MERIT REPORTER
                                   500 POYDRAS STREET, ROOM B-275
22                                 NEW ORLEANS, LOUISIANA  70130
                                   (504) 589-7779
23                                 Cathy_Pepper@laed.uscourts.gov

24

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

***OFFICIAL TRANSCRIPT***

# I N D E X

PAGE

DEPOSITION UPDATE.....................................  7

PRODUCTION OF DOCUMENTS..............................  8

DEPOSITIONS WITH REGARDS TO OBJECTIONS...............  10

IN CAMERA REVIEW.....................................  18

THE NEXT HEARING DATE IN COURT WILL BE

FEBRUARY 22ND, 2018, AT TEN O'CLOCK..................  19

CERTIFICATE OF DESTRUCTION OR A STATEMENT OF

DESTRUCTION FROM THE PSC FOR A CLAWBACKED DOCUMENT...  20

*OFFICIAL TRANSCRIPT*

```
 1                  P-R-O-C-E-E-D-I-N-G-S

 2              WEDNESDAY, FEBRUARY 7, 2017

 3               (IN CHAMBERS VIA TELEPHONE)

 4

 5

 6         THE COURT:  Hello.

 7         VOICES:  Good afternoon, Judge.

 8         THE COURT:  All right.  I don't have a list.  This is

 9    who I've got, I'm told, is on the phone.

10              Judge Milazzo, are you on phone?

11         JUDGE MILAZZO:  I am.

12         THE COURT:  Okay.  Good.  All right.  So, I've got, I'm

13    told, on the phone, Douglas Moore, Harley Ratliff, Patrick Oot,

14    Kathleen Kelly, Mike Suffern, Samuel Cortina, Beth Toberman,

15    John Olinde, Chris Coffin, Palmer Barrios, Karen Menzies -- I'm

16    sorry, Dawn Barrios and Palmer Lambert.  Did I miss anyone?

17         MR. LAMBERT:  Yes, Your Honor.  From the plaintiffs'

18    side -- this is Palmer Lambert -- you've got Karen Menzies,

19    Dave Miceli, Kyle Bachus, Alex Dwyer, Larry Centola,

20    Andrew Lemmon, and I believe Chris is on as well.

21         THE COURT:  Chris Coffin.

22         MR. LAMBERT:  I know he had depositions.

23         THE COURT:  Well, that's a lot of people for what I

24    think is going to be a short call.

25              Okay.  I just this morning got an agenda.  It is
```

*OFFICIAL TRANSCRIPT*

1    in many respects somewhat vague.  I got a deposition update by

2    e-mail, so I don't know that we really need to talk about that.

3    Does somebody want to address that item on the agenda?

4    Harley Ratliff.

5         MR. RATLIFF:  This is Harley Ratliff.  I guess I'm not

6    familiar with the e-mail that you are referencing regarding a

7    deposition.

8         THE COURT:  It's not a deposition.  It was an e-mail

9    that updated me on the progress of the depositions.

10         MR. RATLIFF:  Yeah, Your Honor.  That came from us this

11    morning because the agenda items were, as you mentioned,

12    somewhat vague.

13              Again, this is Harley Ratliff on behalf of

14    sanofi.  We just wanted to apprise Your Honor of where we were

15    at just sort of globally in terms of document productions,

16    what's gone out the door and also depositions that have been

17    taken, of which there have been, I think, 33 or 34, how many

18    more were scheduled to come in the coming months, February and

19    March, and additional depositions, which dates have been

20    offered.  The parties are working to get those scheduled at

21    times that are convenient for the attorneys and certainly for

22    the witnesses.

23              So that was just really a way to keep you

24    apprised of what, I think, both sides would agree is a fairly

25    significant level of discovery activity.

                         *OFFICIAL TRANSCRIPT*

1       THE COURT:  Okay.  Is there something specific or

2  particular, Ms. Menzies, that you all wanted to discuss?

3       MS. MENZIES:  Just briefly, Your Honor.  First of all,

4  I would like to say hello to Judge Milazzo.  We look forward to

5  working with you and meeting you, and thanks for being on this

6  call with us today.

7            Yes, Judge, we do have some concerns about the

8  late production of documents that we're getting a couple of

9  days before the depositions, both downgraded from privileged as

10  well as custodial files -- documents that relate to the witness

11  who is being deposed, some custodians that were, you know,

12  substantial completion was due at the end of last year.

13            Then we have some foreign sources.  We again

14  didn't get the U.S. sources for the foreign custodians even

15  within the 15 days that the judge -- that we had talked about,

16  and you had ordered it immediately.  We got that the next week

17  after us prompting it, so we have some concerns on that front.

18            The way we have been handling it, we do have

19  concerns that the late productions mainly require us to come

20  back for some more time with particular deponents.  If we feel

21  that's necessary, obviously we're going to meet and confer with

22  the defendants on that front, but we just want to let you know

23  that that's as of now how we have been handling it.  That part

24  of the status of the discovery for depositions is something we

25  would like you to be aware of.

                           *OFFICIAL TRANSCRIPT*

1    THE COURT:  All right.  Well, I am aware of your

2 concerns.  So, if --

3    MR. RATLIFF:  Your Honor, Harley Ratliff on behalf of

4 sanofi.  As I mentioned to Ms. Menzies at our deposition last

5 Thursday at one of the company witnesses, that if there are

6 documents that -- you know, we're obviously dealing with a

7 situation where new custodians are being identified in the

8 normal course, and so we're in sort of a unique situation where

9 document production is overlapping with merit discovery

10 overlapping with fact discovery of the bellwethers.

11    As I advised Ms. Menzies on Thursday that -- and

12 also de-designation of documents either by our own accord or by

13 the request of plaintiffs -- that if there are document

14 productions that occur, you know, a week or a day, a couple of

15 days before a deposition that they feel that they need more

16 time to review, that we would be happy, if they would reach out

17 to us, to pull that deposition down and reschedule it as soon

18 as possible to allow them to have the time that they feel

19 necessary to review those documents to be prepared for those

20 depositions, but subject to getting that advisement and being

21 advised of that by counsel, we can obviously address this at a

22 different time when it's right.

23    We don't think that redeposing these witnesses is

24 something that is necessary, given that we've produced nearly

25 6 million pages of documents, but --

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Well, I'm not going to make --

2          MR. RATLIFF:  -- (Speaking simultaneously) That's

3     something we can certainly --

4          THE COURT:  I'm not going to make that decision right

5     now obviously.  If any party believes that it's entitled to do

6     that, they are going to let me know, and you all can brief it

7     in the letter briefs as we have been doing, and I'll handle it

8     at one of our status conferences.

9          MR. RATLIFF:  Thank you, Your Honor.

10          MS. MENZIES:  Yes.

11          THE COURT:  All right.  I guess there must be something

12     going on in depositions with regards to objections that you all

13     want to raise, this interpretation of CMO 9, paragraph V,

14     that's on the agenda?

15          MS. MENZIES:  Yes, Your Honor.  Again, Karen Menzies

16     for the plaintiffs.

17               I think we just are reading it differently, and

18     we would like some clarification from you.  In paragraph V(2),

19     it says that the objections are to be made in, and it's in

20     quotes, "objection as to form" and privilege.  Then in

21     subsection 3, it explains that if requested -- everything is

22     preserved under Rule 30(c)(2), and if requested by the

23     questioner, the basis of the objection to form can be stated.

24               Our understanding is that means that the

25     objection should be objection as to form, and that's the only

*OFFICIAL TRANSCRIPT*

1    thing that's said unless a basis is requested by the

2    questioner.

3           MR. RATLIFF:  Your Honor, this is Harley Ratliff.  May

4    I address what Ms. Menzies said?

5           THE COURT:  Yes.

6           MR. RATLIFF:  So, Your Honor, I agree with Ms. Menzies

7    raising the topic.  I do think it's a little bit difficult to

8    discuss somewhat in the abstract.  Both sides on this

9    litigation, attorneys on both the plaintiffs' side and the

10   defense side, during these depositions have routinely made

11   objections to form and then stated the basis for the objection,

12   fairly standard objection.

13           So we've had depositions of bellwether plaintiffs

14   where the plaintiffs have said, "Objection to form, asked and

15   answered."  That routinely happened in our depositions.

16           In our deposition on Thursday with Ms. Menzies

17   and myself -- and I think this is what prompted some of this --

18   I made objections to form, for example, asked and answered,

19   which I thought was appropriate, something that's fairly

20   standard under the Federal Rules and contemplated under the

21   Federal Rules, and Ms. Menzies' suggestion to me was or her

22   admonition to me was that I was using suggestive language that

23   was violative of CMO 9.

24           So, I guess our position is being able to state

25   the basis for an objection, where necessary and where needed.

*OFFICIAL TRANSCRIPT*

1    It's certainly something that is both commonplace and
2    appropriate both under the CMO but also just generally under
3    the Federal Rules that practice under federal law.
4         THE COURT:  All right.  I get it.  We've got a case
5    management order that provides for something slightly
6    different.
7              Okay.  I don't disagree that as a matter of
8    practice that the Federal Rules allow you to make those
9    objections; however, in this case there is a CMO that provides
10   for a different practice.  Your objection should be as to form,
11   not objection, asked and answered; objection, leading;
12   objection, lack of foundation, whatever the case may be.
13              Your objection --
14        MR. RATLIFF:  (Speaking simultaneously) Understood,
15   Your Honor.
16              I guess a point of clarity on that -- because,
17   again, this has happened on both sides -- is, and I'll use the
18   example of asked and answered because that is something that
19   has come up in our deposition and in the depositions that we've
20   taken, that, you know, asked and answered is something that
21   usually occurs when it's, you know, five, six, seven, eight,
22   nine, ten times the exact same question or an iteration of that
23   question has been asked, and the attorneys on the plaintiffs'
24   side at that point have said "asked and answered" and
25   instructed their witnesses not to answer that question any

*OFFICIAL TRANSCRIPT*

1    further.

2            I did the same and so it strikes me that in a

3    situation such as that, not being able to state the basis for

4    that objection could lead to some confusion as to when you have

5    someone asking the same question or what the attorney believes

6    to be the same question multiple and unnecessary number of

7    times.

8            THE COURT:  So you're telling me that lawyers are

9    instructing their witnesses not to answer questions on the

10   basis that it's been asked and answered?

11           MR. RATLIFF:  Correct.  On both sides, Your Honor.

12           THE COURT:  Well, that shouldn't be happening.  That

13   shouldn't be happening.

14           MS. MENZIES:  That's the reason we're raising this

15   concern.

16           THE COURT:  You can instruct the witness not to

17   answer -- hold on.  You can instruct the witness not to answer

18   for very specific reasons, and if the questioning rises to the

19   level of abusive or harassing, at that point you are empowered

20   by the rules to instruct your witness not to answer it.

21           You would be well advised to pick up the phone

22   and call me before you go down that route, but it's got to be

23   abusive.  Simply because you believe a questions is repetitive

24   is not grounds to instruct your witness not to answer a

25   question.

*OFFICIAL TRANSCRIPT*

1    If what you're saying is you've reached a point

2    where you think the questioning is abusive because it's

3    repetitive, then you're certainly entitled to make that

4    statement on the record before you instruct your witness not to

5    answer a question.

6    But that's the only circumstance I envision where

7    you can instruct a witness not to answer a question.  You need

8    to be very careful that you're right, and if there is any

9    question, you should get on the phone and call me.

10    Otherwise --

11    MR. RATLIFF:  Your Honor, we will take your advisement

12    on that.  We have been in situations where a question -- where

13    we have asked a deponent a question three times, and the

14    attorney told us they were going to terminate the deposition if

15    we asked the question a fourth time.

16    So in the future, we will get you on the phone.

17    I think probably the goal of both sides, at least I would like

18    to think the goal of both sides is to not to bring what

19    probably Your Honor might see as somewhat petty, lawyer-driven

20    disputes to you on a regular basis --

21    THE COURT:  Yeah, I don't want that.  Okay.

22    MR. RATLIFF:  -- (Speaking simultaneously) That if we

23    cannot work those out, we will immediately get you on the

24    phone.

25    THE COURT:  I don't want to become a referee in every

*OFFICIAL TRANSCRIPT*

1    one of these depositions, but I don't like hearing the fact

2    that you all are instructing witnesses not to answer questions.

3    That's problematic.

4         MR. RATLIFF:  Understood, Your Honor.

5         Your Honor, I would like to raise kind of just a

6    second point to this, which I think Ms. Menzies and I probably

7    have some level of disagreement about, and so I don't want to

8    get probably too much into having you walk back through our own

9    dialogue or having to referee a deposition that has already

10   occurred, but I think it would be instructive going forward in

11   future depositions, which, as I read the case law in the

12   Eastern District of Louisiana, there will be situations,

13   Your Honor, where what I have seen is an examiner

14   recharacterizing previous testimony in a way that is both

15   inaccurate and more favorable to the examiner or reading

16   language into -- providing the witness a document and then

17   reading that document but reading in language that's not in

18   that document.

19        I would think, Your Honor, that the attorneys, I

20   think, all being, I would like to think, fairly sophisticated,

21   professional attorneys would be able to have some latitude to

22   have some discussion on those types of points where, and I'm

23   not saying if it's a defendants' or plaintiffs' point, but some

24   latitude to express some type of short disagreement about what

25   seems to be maybe not the most up-and-up way to conduct an

*OFFICIAL TRANSCRIPT*

1    examination in terms of adding a word, sometimes a critical

2    word into a document that is not on the face of the document

3    itself, particularly when you're dealing with witnesses who

4    likely have never been deposed before and are going through

5    this process for the first time.

6            THE COURT:  You were asking me for latitude to make

7    speaking objections.  That's how --

8            MR. RATLIFF:  On certain points, Your Honor, yes, or at

9    least be able to engage the attorney on those particular

10   issues, to make sure that the record is clear.

11           MS. MENZIES:  Your Honor, if I could just respond

12   briefly.  This is Karen Menzies.

13                I'm not sure what counsel is accusing me of, and

14   I'm not sure -- the document speaks for itself, and if we're

15   inserting words, so, I mean, I would certainly like the

16   opportunity to respond if these are accusations on what --

17   reading at the depositions.

18           MR. RATLIFF:  Ms. Menzies, I'm not accusing you of

19   anything.  I'm talking about on a going-forward basis.

20           THE COURT:  Look, I expect you all to conduct yourself

21   professionally in every deposition, and I expect you to follow

22   the deposition protocol that you all worked on and presented to

23   me, I made changes to and has been in the case now since

24   November of last year.

25                I am not going to, by suggestion or by modifying

*OFFICIAL TRANSCRIPT*

1   this order, allow you all to engage in speaking objections or

2   other colloquy because you don't like the question that's been

3   asked.

4          You will object to form.  If the questioner asks

5   what's wrong with my question so that the questioner can fix

6   the question, you can explain.  If you think that the

7   deposition has been conducted in a dishonest or unprofessional

8   manner, you can terminate the deposition, and you can bring it

9   to my attention and we'll go from there.

10          Obviously, I'm not going to take well to the sort

11   of tactics that have been described on a going-forward basis,

12   let's say, by Mr. Ratliff, but I'm not going to empower you all

13   to have these discussions and colloquy on the record in these

14   depositions.  I'm just not going to do it.

15   MS. MENZIES:  That's why we were asking for the

16   clarification.  We did have a language barrier with our witness

17   and had a very difficult time.  The court reporter came to us

18   at the very first break saying she had a very difficult time

19   understanding and was worried about the record.

20          So there was a lot of difficulty in the

21   deposition last week.  We were trying to understand what the

22   questions and what the answers were.  But I was not made aware

23   of, by counsel during the deposition, that they thought there

24   was something inappropriate other than what we -- why we asked

25   about the speaking objections.  We have that concern so we

*OFFICIAL TRANSCRIPT*

1    certainly appreciate the Court's clarification.

2         THE COURT:  We're not going to go down that road.  I

3    would invite you all to read section IV before you read

4    section V because there is a section in the CMO that discusses

5    disputes during depositions, so maybe you all should refresh

6    your recollections on that provision, okay?

7         MR. RATLIFF:  Thank you, Your Honor.

8         MS. MENZIES:  Thank you, Your Honor.

9         THE COURT:  In terms of the objections, that was

10   specifically included in the protocol by me, and I routinely do

11   that when we have these problems.

12         All of your form objections are reserved by

13   virtue of this order.  For that reason you need only object to

14   form, and if the questioning attorney has any concern that

15   they've asked a question inartfully and that it is a well-taken

16   objection, they should merely ask the objecting lawyer what's

17   the objection, so they have an opportunity -- that provision is

18   intended to give the lawyer the opportunity to cure any defects

19   in the question, okay?

20         All right.  The status of the in camera review.

21   I've looked at the documents that I've ordered to be produced

22   for in camera review and that have been produced, and I don't

23   believe any of those documents have been improperly withheld

24   when compared against the claims that have been made and the

25   statements that have been made in the privilege log and in the

*OFFICIAL TRANSCRIPT*

1    briefs that we discussed earlier.

2              So my review of those documents in camera does

3    not reveal that any of the documents I ordered to be produced

4    were withheld inappropriately.  So, from my perspective, that

5    issue is resolved.

6              MR. RATLIFF:  Thank you, Your Honor.

7              MS. MENZIES:  Thank you, Your Honor.

8              THE COURT:  All right.  The next hearing date, I would

9    like to have the next hearing in court, so it will be in

10   person, and obviously I'll make accommodations for those of you

11   who can't make it, as we usually do.  I would like to do one

12   February 22nd at ten o'clock in the morning.

13             MR. RATLIFF:  Thank you, Your Honor.

14             This is Harley Ratliff.  I will not be able to

15   attend in person, but I know someone from our firm, probably

16   Patrick, will be there.

17             THE COURT:  I understand you all are still in

18   deposition mode and that February is a busy month, but I do

19   want to have everybody in.

20             I think every two weeks is working, and every

21   other one of these conferences that we can have in person I

22   think is a good idea, if, for no other reason, it gets everyone

23   in the same room at the same time.  As we all know, we get a

24   lot of problems solved when we're in that environment; so,

25   again, if you can't be here in person, obviously I understand

*OFFICIAL TRANSCRIPT*

1   that, and that's fine, you'll get the call and information as

2   usual.

3           MR. RATLIFF:  Thank you, Your Honor.

4           JUDGE MILAZZO:  Did you say ten o'clock on the 22nd?

5           THE COURT:  Yes.  Ten o'clock.

6           JUDGE MILAZZO:  I'll plan to be there as well.

7           THE COURT:  (Addressing the court reporter) That was

8   Judge Milazzo.

9                I was letting the court reporter know.

10                Anything else?

11          MR. OOT:  This is Patrick Oot from sanofi.

12                Just one final point.  I think you'll probably be

13  able to rectify this.  We didn't have a court reporter at our

14  last case management conference.  It was just you, Ms. Menzies,

15  and me.

16                I just wanted to get a point of clarification

17  that we'll receive a certificate of destruction or a statement

18  of destruction from the PSC for a clawbacked document.

19          MS. MENZIES:  Your Honor, this is Karen Menzies again.

20                I have confirmed -- reconfirmed that today, but

21  actually the day that you were issued your order we had

22  destroyed the documents.  We've taken -- we took them off the

23  server -- anyway, so we've now destroyed them.  There was only

24  a handful of people who received them and only a couple who

25  actually saw it, and it's all been destroyed, so we can certify

*OFFICIAL TRANSCRIPT*

1    on the record that that's been done.

2            THE COURT:  Okay.  That's sufficient for our purposes

3    since we've got the court reporter here today.

4                All right, everyone.  All right.  Good to talk to

5    you all, and I'll see you in a couple weeks on the 22nd.

6            VOICES:  Thank you, Your Honor.

7            (WHEREUPON, at 1:24 p.m., the proceedings were

8    concluded.)

9                            *   *   *

10

11

12                    REPORTER'S CERTIFICATE

13

14        I, Cathy Pepper, Certified Realtime Reporter, Registered

15    Merit Reporter, Certified Court Reporter in and for the State

16    of Louisiana, Official Court Reporter for the United States

17    District Court, Eastern District of Louisiana, do hereby

18    certify that the foregoing is a true and correct transcript to

19    the best of my ability and understanding from the record of the

20    proceedings in the above-entitled and numbered matter.

21

22                        *s/Cathy Pepper*
                           _____

23                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
24                        Registered Merit Reporter
                          Official Court Reporter
25                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov

                        *OFFICIAL TRANSCRIPT*

1

**0**

**0210** [1] - 4:11

**1**

**10** [1] - 5:7
**100** [1] - 4:14
**1100** [2] - 1:21, 4:6
**1155** [1] - 3:11
**12531** [1] - 4:14
**1400** [1] - 1:24
**15** [1] - 8:15
**1515** [1] - 1:24
**16-MD-2740** [1] - 1:6
**18** [1] - 5:8
**1899** [1] - 2:11
**19** [1] - 5:10
**1901** [1] - 2:19
**1:00** [1] - 1:7
**1:24** [1] - 21:7

**2**

**20** [1] - 5:12
**200** [2] - 3:11, 3:20
**20004** [1] - 3:12
**2017** [1] - 6:2
**2018** [2] - 1:7, 5:10
**22nd** [2] - 19:12, 20:4, 21:5
**22ND** [1] - 5:10
**2300** [1] - 4:6
**2335** [1] - 2:23
**24TH** [1] - 4:11
**2555** [1] - 3:7
**2700** [1] - 3:4
**28** [1] - 4:10
**2800** [2] - 1:21, 3:16

**3**

**3** [1] - 10:21
**30(c)(2** [1] - 10:22
**30305** [1] - 3:21
**33** [1] - 7:17
**3333** [1] - 3:20
**338** [1] - 2:15
**34** [1] - 7:17
**3650** [1] - 1:17

**4**

**400** [2] - 2:4, 3:4
**440** [1] - 2:19
**45202** [1] - 3:16

**5**

**500** [1] - 4:21
**504** [1] - 4:22
**589-7779** [1] - 4:22

**6**

**6** [1] - 9:25
**600** [1] - 3:15
**62002** [1] - 2:8
**64108** [1] - 3:8
**650** [1] - 2:23
**6TH** [1] - 2:4

**7**

**7** [3] - 1:7, 5:5, 6:2
**700** [1] - 2:12
**701** [1] - 1:17
**70112** [1] - 1:25
**70130** [4] - 2:16, 2:24, 3:4, 4:22
**70139** [1] - 1:17
**70163** [2] - 1:21, 4:7
**77002** [1] - 2:20

**8**

**8** [1] - 5:6
**80202** [1] - 2:12

**9**

**9** [2] - 10:13, 11:23
**90245** [1] - 2:5
**92130** [1] - 4:15

**A**

**ability** [1] - 21:19
**able** [6] - 11:24, 13:3, 15:21, 16:9, 19:14, 20:13
**above-entitled** [1] - 21:20
**abstract** [1] - 11:8
**abusive** [3] - 13:19, 13:23, 14:2
**accommodations** [1] - 19:10
**accord** [1] - 9:12
**accusations** [1] - 16:16
**accusing** [2] - 16:13, 16:18
**ACTAVIS** [1] - 3:14
**ACTION** [1] - 1:6
**activity** [1] - 7:25
**adding** [1] - 16:1
**additional** [1] - 7:19
**address** [3] - 7:3, 9:21, 11:4
**Addressing** [1] - 20:7
**admonition** [1] - 11:22
**advised** [3] - 9:11, 9:21, 13:21
**advisement** [2] - 9:20, 14:11
**afternoon** [1] - 6:7
**agenda** [4] - 6:25, 7:3, 7:11, 10:14
**agree** [2] - 7:24, 11:6
**AIDED** [1] - 4:25
**Alex** [1] - 6:19
**ALEXANDER** [1] - 2:18
**ALL** [1] - 1:8
**allow** [3] - 9:18, 12:8, 17:1
**ALSO** [1] - 4:17
**ALTON** [1] - 2:9
**AND** [1] - 4:5
**Andrew** [1] - 6:20
**ANDREW** [1] - 2:22
**answer** [9] - 12:25, 13:9, 13:17, 13:20, 13:24, 14:5, 14:7, 15:2
**answered** [7] - 11:15, 11:18, 12:11, 12:18, 12:20, 12:24, 13:10
**answers** [1] - 17:22
**anyway** [1] - 20:23
**APPEARANCES** [4] - 1:14, 2:1, 3:1, 4:1
**appreciate** [1] - 18:1
**apprise** [1] - 7:14
**apprised** [1] - 7:24
**appropriate** [2] - 11:19, 12:2
**AS** [1] - 4:4
**AT** [1] - 5:10
**ATLANTA** [1] - 3:21
**attend** [1] - 19:15
**attention** [1] - 17:9
**attorney** [4] - 13:5, 14:14, 16:9, 18:14
**attorneys** [5] - 7:21, 11:9, 12:23, 15:19, 15:21
**aware** [3] - 8:25, 9:1, 17:22

**B**

**B-275** [1] - 4:21
**BACHUS** [2] - 2:10, 2:11
**Bachus** [1] - 6:19
**BACON** [2] - 3:6, 3:10
**barrier** [1] - 17:16
**BARRIOS** [2] - 1:16, 1:16
**Barrios** [2] - 6:15, 6:16
**basis** [9] - 10:23, 11:1, 11:11, 11:25, 13:3, 13:10, 14:20, 16:19, 17:11
**BAUDIN** [1] - 1:23
**BE** [1] - 5:9
**become** [1] - 14:25
**BEFORE** [1] - 1:11
**behalf** [2] - 7:13, 9:3
**believes** [2] - 10:5, 13:5
**bellwether** [1] - 11:13
**bellwethers** [1] - 9:10
**BENJAMIN** [1] - 1:19
**BERNE** [1] - 3:14
**best** [1] - 21:19
**Beth** [1] - 6:14
**BETH** [1] - 1:19
**BICKFORD** [1] - 2:14
**bit** [1] - 11:7
**BLUFF** [1] - 4:14
**BOSTON** [1] - 4:11
**BOULEVARD** [2] - 2:4, 3:7
**break** [1] - 17:18
**brief** [1] - 10:6
**briefly** [2] - 8:3, 16:12
**briefs** [2] - 10:7, 19:1
**bring** [2] - 14:18, 17:8
**BUSINESS** [1] - 4:4
**busy** [1] - 19:18
**BY** [19] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:10, 3:15, 3:19, 4:5, 4:10, 4:14, 4:24, 4:25

**C**

**CALIFORNIA** [2] - 2:5, 4:15
**CAMERA** [1] - 5:8
**camera** [3] - 18:20, 18:22, 19:2
**cannot** [1] - 14:23
**careful** [1] - 14:8
**case** [6] - 12:4, 12:9, 12:12, 15:11, 16:23, 20:14
**CASES** [1] - 1:8
**CASTEIX** [1] - 1:16
**Cathy** [2] - 21:14, 21:23
**CATHY** [1] - 4:20
**Cathy_Pepper@laed.uscourts.gov** [1] - 21:25
**cathy_pepper@laed.uscourts.gov** [1] - 4:23
**CCR** [2] - 4:20, 21:23
**CENTOLA** [2] - 2:14, 2:15
**Centola** [1] - 6:19
**CENTRE** [1] - 4:6
**certain** [1] - 16:8
**certainly** [6] - 7:21, 10:3, 12:1, 14:3, 16:15, 18:1
**CERTIFICATE** [2] - 5:11, 21:12
**certificate** [1] - 20:17
**CERTIFIED** [1] - 4:20
**Certified** [3] - 21:14, 21:15, 21:23
**certify** [2] - 20:25, 21:18
**CHAFFE** [1] - 4:5
**CHAMBERS** [1] - 6:3
**changes** [1] - 16:23
**Chris** [3] - 6:15, 6:20, 6:21
**CHRISTOPHER** [1] - 1:24
**CINCINNATI** [1] - 3:16
**circumstance** [1] - 14:6
**CITY** [1] - 3:8
**CIVIL** [1] - 1:6
**claims** [1] - 18:24
**clarification** [4] - 10:18, 17:16, 18:1, 20:16
**clarity** [1] - 12:16
**clawbacked** [1] - 20:18
**CLAWBACKED** [1] - 5:12
**clear** [1] - 16:10
**CMO** [5] - 10:13, 11:23, 12:2, 12:9, 18:4
**Coffin** [2] - 6:15, 6:21
**COFFIN** [1] - 1:23, 1:24

colloquy [2] - 17:2, 17:13
COLORADO [1] - 2:12
coming [1] - 7:18
commonplace [1] - 12:1
company [1] - 9:5
compared [1] - 18:24
completion [1] - 8:12
COMPUTER [1] - 4:25
COMPUTER-AIDED [1] - 4:25
concern [3] - 13:15, 17:25, 18:14
concerns [4] - 8:7, 8:17, 8:19, 9:2
concluded [1] - 21:8
conduct [2] - 15:25, 16:20
conducted [1] - 17:7
confer [1] - 8:21
CONFERENCE [1] - 1:11
conference [1] - 20:14
conferences [2] - 10:8, 19:21
confirmed [1] - 20:20
confusion [1] - 13:4
CONROY [1] - 2:7
contemplated [1] - 11:20
CONTINENTAL [1] - 2:4
CONTINUED [3] - 2:1, 3:1, 4:1
convenient [1] - 7:21
CORPORATION [1] - 4:13
correct [2] - 13:11, 21:18
CORTINA [1] - 4:14
Cortina [1] - 6:14
counsel [3] - 9:21, 16:13, 17:23
couple [4] - 8:8, 9:14, 20:24, 21:5
course [1] - 9:8
Court [5] - 21:15, 21:16, 21:17, 21:24, 21:25
COURT [31] - 1:1, 2:8, 4:20, 5:9, 6:6, 6:8, 6:12, 6:21, 6:23, 7:8, 8:1, 9:1, 10:1, 10:4, 10:11, 11:5, 12:4, 13:8, 13:12, 13:16, 14:21, 14:25, 16:6, 16:20, 18:2, 18:9, 19:8, 19:17, 20:5, 20:7, 21:2

court [6] - 17:17, 19:9, 20:7, 20:9, 20:13, 21:3
Court's [1] - 18:1
critical [1] - 16:1
CRR [2] - 4:20, 21:23
CULBERTSON [1] - 4:9
cure [1] - 18:18
custodial [1] - 8:10
custodians [3] - 8:11, 8:14, 9:7

**D**

DATE [1] - 5:9
date [1] - 19:8
dates [1] - 7:19
Dave [1] - 6:19
DAVID [2] - 1:19, 2:7
Dawn [1] - 6:16
DAWN [1] - 1:16
days [3] - 8:9, 8:15, 9:15
DC [1] - 3:12
de [1] - 9:12
de-designation [1] - 9:12
dealing [2] - 9:6, 16:3
decision [1] - 10:4
defects [1] - 18:18
defendants [1] - 8:22
defendants' [1] - 15:23
defense [1] - 11:10
DENVER [1] - 2:12
deponent [1] - 14:13
deponents [1] - 8:20
deposed [2] - 8:11, 16:4
DEPOSITION [1] - 5:5
deposition [17] - 7:1, 7:7, 7:8, 9:4, 9:15, 9:17, 11:16, 12:19, 14:14, 15:9, 16:21, 16:22, 17:7, 17:8, 17:21, 17:23, 19:18
DEPOSITIONS [1] - 5:7
depositions [17] - 6:22, 7:9, 7:16, 7:19, 8:9, 8:24, 9:20, 10:12, 11:10, 11:13, 11:15, 12:19, 15:1, 15:11, 16:17, 17:14, 18:5
described [1] - 17:11
designation [1] - 9:12
destroyed [3] - 20:22,

20:23, 20:25
DESTRUCTION [2] - 5:11, 5:12
destruction [2] - 20:17, 20:18
dialogue [1] - 15:9
DIEGO [1] - 4:15
different [3] - 9:22, 12:6, 12:10
differently [1] - 10:17
difficult [3] - 11:7, 17:17, 17:18
difficulty [1] - 17:20
disagree [1] - 12:7
disagreement [2] - 15:7, 15:24
discovery [4] - 7:25, 8:24, 9:9, 9:10
discuss [2] - 8:2, 11:8
discussed [1] - 19:1
discusses [1] - 18:4
discussion [1] - 15:22
discussions [1] - 17:13
dishonest [1] - 17:7
disputes [2] - 14:20, 18:5
DISTRICT [2] - 1:1, 1:1
District [4] - 15:12, 21:17, 21:25
DIVISION [1] - 3:19
DOCETAXEL [1] - 1:4
document [10] - 7:15, 9:9, 9:13, 15:16, 15:17, 15:18, 16:2, 16:14, 20:18
DOCUMENT [1] - 1:8
DOCUMENT.. [1] - 5:12
documents [11] - 8:8, 8:10, 9:6, 9:12, 9:19, 9:25, 18:21, 18:23, 19:2, 19:3, 20:22
DOCUMENTS........... ................. [1] - 5:6
DOING [1] - 4:4
done [1] - 21:1
door [1] - 7:16
Douglas [1] - 6:13
DOUGLAS [1] - 3:3
down [3] - 9:17, 13:22, 18:2
downgraded [1] - 8:9
DRIVE [1] - 4:14
driven [1] - 14:19
due [1] - 8:12
during [3] - 11:10, 17:23, 18:5
Dwyer [1] - 6:19

DWYER [2] - 2:18, 2:18

**E**

e-mail [3] - 7:2, 7:6, 7:8
EASTERN [1] - 1:1
Eastern [2] - 15:12, 21:17
eight [1] - 12:21
either [1] - 9:12
EL [1] - 2:5
empower [1] - 17:12
empowered [1] - 13:19
end [1] - 8:12
ENERGY [1] - 4:6
engage [2] - 16:9, 17:1
entitled [1] - 10:5, 14:3, 21:20
environment [1] - 19:24
envision [1] - 14:6
ESQ [17] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:10, 3:15, 3:19, 4:5, 4:10, 4:14
exact [1] - 12:22
examination [1] - 16:1
examiner [2] - 15:13, 15:15
example [2] - 11:18, 12:18
expect [2] - 16:20, 16:21
explain [1] - 17:6
explains [1] - 10:21
express [1] - 15:24

**F**

face [1] - 16:2
fact [2] - 9:10, 15:1
fairly [4] - 7:24, 11:12, 11:19, 15:20
familiar [1] - 7:6
favorable [1] - 15:15
February [3] - 7:18, 19:12, 19:18
FEBRUARY [3] - 1:7, 5:10, 6:2
Federal [4] - 11:20, 11:21, 12:3, 12:8
federal [1] - 12:3
files [1] - 8:10

final [1] - 20:12
fine [1] - 20:1
FIRM [1] - 2:22
firm [1] - 19:15
first [3] - 8:3, 16:5, 17:18
five [1] - 12:21
fix [1] - 17:5
FLOOR [2] - 2:4, 4:11
FOERSTER [1] - 4:13
follow [1] - 16:21
FOR [8] - 1:16, 3:3, 3:14, 3:18, 4:3, 4:9, 4:13, 5:12
foregoing [1] - 21:18
foreign [2] - 8:13, 8:14
form [10] - 10:20, 10:23, 10:25, 11:11, 11:14, 11:18, 12:10, 17:4, 18:12, 18:14
FORMERLY [1] - 4:4
forward [4] - 8:4, 15:10, 16:19, 17:11
foundation [1] - 12:12
fourth [1] - 14:15
FRITCHIE [1] - 3:3
FROM [1] - 5:12
front [2] - 8:17, 8:22
future [2] - 14:16, 15:11

**G**

GAINSBURGH [1] - 1:19
generally [1] - 12:2
GEORGIA [1] - 3:21
GIBBS [1] - 2:3
given [1] - 9:24
globally [1] - 7:15
goal [2] - 14:17, 14:18
going-forward [2] - 16:19, 17:11
GRAND [1] - 3:7
GREENBURG [1] - 3:19
grounds [1] - 13:24
GROUP [1] - 2:3
guess [4] - 7:5, 10:11, 11:24, 12:16

**H**

handful [1] - 20:24
handle [1] - 10:7
handling [2] - 8:18, 8:23
HANLY [1] - 2:7

happy [1] - 9:16
harassing [1] - 13:19
HARDY [2] - 3:6, 3:10
Harley [7] - 6:13, 7:4, 7:5, 7:13, 9:3, 11:3, 19:14
HARLEY [1] - 3:7
HEARD [1] - 1:11
hearing [3] - 15:1, 19:8, 19:9
HEARING [1] - 5:9
hello [2] - 6:6, 8:4
hereby [1] - 21:17
HIGH [1] - 4:14
HINSHAW [1] - 4:9
hold [1] - 13:17
Honor [27] - 6:17, 7:10, 7:14, 8:3, 9:3, 10:9, 10:15, 11:3, 11:6, 12:15, 13:11, 14:11, 14:19, 15:4, 15:5, 15:13, 15:19, 16:8, 16:11, 18:7, 18:8, 19:6, 19:7, 19:13, 20:3, 20:19, 21:6
HONORABLE [2] - 1:11, 4:17
HOSPIRA [3] - 4:3, 4:3, 4:4
HOUSTON [1] - 2:20

# I

idea [1] - 19:22
identified [1] - 9:7
ILLINOIS [1] - 2:8
immediately [2] - 8:16, 14:23
improperly [1] - 18:23
IN [4] - 1:4, 5:8, 5:9, 6:3
inaccurate [1] - 15:15
inappropriate [1] - 17:24
inappropriately [1] - 19:4
inartfully [1] - 18:15
INC [4] - 3:14, 4:3, 4:5
included [1] - 18:10
INDUSTRIES [1] - 4:9
information [1] - 20:1
inserting [1] - 16:15
instruct [6] - 13:16, 13:17, 13:20, 13:24, 14:4, 14:7
instructed [1] - 12:25
instructing [2] - 13:9, 15:2

instructive [1] - 15:10
intended [1] - 18:18
interpretation [1] - 10:13
invite [1] - 18:3
IRWIN [1] - 3:3
issue [1] - 19:5
issued [1] - 20:21
issues [1] - 16:10
item [1] - 7:3
items [1] - 7:11
iteration [1] - 12:22
itself [2] - 16:3, 16:14
IV [1] - 18:3

# J

JANE [1] - 4:17
John [1] - 6:15
JOHN [1] - 4:5
Judge [5] - 6:7, 6:10, 8:4, 8:7, 20:8
JUDGE [4] - 1:12, 6:11, 20:4, 20:6
judge [1] - 8:15

# K

KANSAS [1] - 3:8
KAREN [1] - 2:3
Karen [5] - 6:15, 6:18, 10:15, 16:12, 20:19
KATHLEEN [1] - 4:10
Kathleen [1] - 6:14
keep [1] - 7:23
Kelly [1] - 6:14
KELLY [1] - 4:10
kind [1] - 15:5
KINGSDORF [1] - 1:16
KIRKENDALL [1] - 2:18
Kyle [1] - 6:19
KYLE [1] - 2:11

# L

lack [1] - 12:12
LAFAYETTE [1] - 2:15
Lambert [2] - 6:16, 6:18
LAMBERT [3] - 1:20, 6:17, 6:22
language [4] - 11:22, 15:16, 15:17, 17:16
Larry [1] - 6:19
last [5] - 8:12, 9:4, 16:24, 17:21, 20:14

late [2] - 8:8, 8:19
latitude [3] - 15:21, 15:24, 16:6
LAW [2] - 2:3, 2:22
law [2] - 12:3, 15:11
LAWRENCE [1] - 2:15
lawyer [3] - 14:19, 18:16, 18:18
lawyer-driven [1] - 14:19
lawyers [1] - 13:8
lead [1] - 13:4
leading [1] - 12:11
least [2] - 14:17, 16:9
LEMMON [2] - 2:22, 2:22
Lemmon [1] - 6:20
letter [1] - 10:7
letting [1] - 20:9
level [3] - 7:25, 13:19, 15:7
LIABILITY [1] - 1:5
likely [1] - 16:4
list [1] - 6:8
litigation [1] - 11:9
LITIGATION [1] - 1:5
LLC [1] - 4:3
log [1] - 18:25
look [2] - 8:4, 16:20
looked [1] - 18:21
LOUISIANA [11] - 1:1, 1:6, 1:17, 1:21, 1:25, 2:16, 2:19, 2:24, 3:4, 4:7, 4:22
Louisiana [3] - 15:12, 21:16, 21:17
LTD [1] - 4:9

# M

MAGISTRATE [1] - 1:12
mail [3] - 7:2, 7:6, 7:8
management [2] - 12:5, 20:14
manner [1] - 17:8
March [1] - 7:19
MARTZELL [1] - 2:14
MASSACHUSETTS [1] - 4:11
matter [2] - 12:7, 21:20
MCCALL [1] - 4:5
MCKESSON [1] - 4:13
mean [1] - 16:15
means [1] - 10:24
MECHANICAL [1] - 4:24
meet [1] - 8:21

meeting [1] - 8:5
mentioned [2] - 7:11, 9:4
MENZIES [10] - 2:3, 8:3, 10:10, 10:15, 13:14, 16:11, 17:15, 18:8, 19:7, 20:19
Menzies [14] - 6:15, 6:18, 8:2, 9:4, 9:11, 10:15, 11:4, 11:6, 11:16, 15:6, 16:12, 16:18, 20:14, 20:19
Menzies' [1] - 11:21
merely [1] - 18:16
merit [1] - 9:9
Merit [2] - 21:15, 21:24
MERIT [1] - 4:21
MEUNIER [1] - 1:20
MICELI [1] - 2:7
Miceli [1] - 6:19
MICHAEL [2] - 1:11, 3:15
might [1] - 14:19
Mike [1] - 6:14
MILAZZO [4] - 4:17, 6:11, 20:4, 20:6
Milazzo [3] - 6:10, 8:4, 20:8
million [1] - 9:25
miss [1] - 6:16
MISSOURI [1] - 3:8
mode [1] - 19:18
modifying [1] - 16:25
month [1] - 19:18
months [1] - 7:18
Moore [1] - 6:13
MOORE [2] - 3:3, 3:3
morning [3] - 6:25, 7:11, 19:12
MORRISON [1] - 4:13
most [1] - 15:25
MR [21] - 6:17, 6:22, 7:5, 7:10, 9:3, 10:2, 10:9, 11:3, 11:6, 12:14, 13:11, 14:11, 14:22, 15:4, 16:8, 16:18, 18:7, 19:6, 19:13, 20:3, 20:11
MS [9] - 8:3, 10:10, 10:15, 13:14, 16:11, 17:15, 18:8, 19:7, 20:19
multiple [1] - 13:6
must [1] - 10:11

# N

NE [1] - 3:20

nearly [1] - 9:24
necessary [4] - 8:21, 9:19, 9:24, 11:25
need [4] - 7:2, 9:15, 14:7, 18:13
needed [1] - 11:25
never [1] - 16:4
NEW [9] - 1:6, 1:17, 1:21, 1:25, 2:16, 2:24, 3:4, 4:7, 4:22
new [1] - 7:1
next [3] - 8:16, 19:8, 19:9
NEXT [1] - 5:9
nine [1] - 12:22
NO [1] - 1:6
normal [1] - 9:8
NORTH [1] - 1:11
NOVARTIS [1] - 3:18
November [1] - 16:24
number [1] - 13:6
numbered [1] - 21:20
NW [1] - 3:11

# O

o'clock [3] - 19:12, 20:4, 20:5
O'CLOCK..............
... [1] - 5:10
object [2] - 17:4, 18:13
objecting [1] - 18:16
objection [5] - 10:20, 10:23, 10:25, 11:11, 11:12, 11:25, 12:10, 12:11, 12:12, 12:13, 13:4, 18:16, 18:17
Objection [1] - 11:14
objections [10] - 10:12, 10:19, 11:11, 11:18, 12:9, 16:7, 17:1, 17:25, 18:9, 18:12
OBJECTIONS............
... [1] - 5:7
obviously [7] - 8:21, 9:6, 9:21, 10:5, 17:10, 19:10, 19:25
occur [1] - 9:14
occurred [1] - 15:10
occurs [1] - 12:21
OF [5] - 1:1, 1:11, 5:6, 5:11
offered [1] - 7:20
Official [2] - 21:16, 21:24
OFFICIAL [1] - 4:20
OHIO [1] - 3:16

*OFFICIAL TRANSCRIPT*

**OLINDE** [1] - 4:5
**Olinde** [1] - 6:15
**one** [6] - 9:5, 10:8, 15:1, 19:11, 19:21, 20:12
**ONE** [1] - 2:8
**OOT** [2] - 3:10, 20:11
**Oot** [2] - 6:13, 20:11
**opportunity** [3] - 16:16, 18:17, 18:18
**OR** [1] - 5:11
**order** [4] - 12:5, 17:1, 18:13, 20:21
**ordered** [3] - 8:16, 18:21, 19:3
**ORLEANS** [9] - 1:6, 1:17, 1:21, 1:25, 2:16, 2:24, 3:4, 4:7, 4:22
**otherwise** [1] - 14:10
**overlapping** [2] - 9:9, 9:10
**own** [2] - 9:12, 15:8

**P**

**p.m** [1] - 21:7
**P.M** [1] - 1:7
**PAGE** [1] - 5:3
**pages** [1] - 9:25
**PALMER** [1] - 1:20
**Palmer** [3] - 6:15, 6:16, 6:18
**paragraph** [2] - 10:13, 10:18
**part** [1] - 8:23
**particular** [3] - 8:2, 8:20, 16:9
**particularly** [1] - 16:3
**parties** [1] - 7:20
**party** [1] - 10:5
**PATRICK** [1] - 3:10
**Patrick** [3] - 6:13, 19:16, 20:11
**PENDLEY** [1] - 1:23
**people** [2] - 6:23, 20:24
**Pepper** [3] - 21:14, 21:22, 21:23
**PEPPER** [1] - 4:20
**person** [4] - 19:10, 19:15, 19:21, 19:25
**perspective** [1] - 19:4
**petty** [1] - 14:19
**PFIZER** [1] - 4:5
**PHARMA** [1] - 3:14
**PHARMACEUTICAL** [1] - 4:9
**phone** [7] - 6:9, 6:10,

6:13, 13:21, 14:9, 14:16, 14:24
**pick** [1] - 13:21
**PIEDMONT** [1] - 3:20
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [4] - 9:13, 10:16, 11:13, 11:14
**plaintiffs'** [4] - 6:17, 11:9, 12:23, 15:23
**plan** [1] - 20:6
**point** [8] - 12:16, 12:24, 13:19, 14:1, 15:6, 15:23, 20:12, 20:16
**points** [2] - 15:22, 16:8
**position** [1] - 11:24
**possible** [1] - 9:18
**POYDRAS** [7] - 1:17, 1:21, 1:24, 2:23, 3:4, 4:6, 4:21
**practice** [3] - 12:3, 12:8, 12:10
**prepared** [1] - 9:19
**PRESENT** [1] - 4:17
**presented** [1] - 16:22
**preserved** [1] - 10:22
**previous** [1] - 15:14
**privilege** [2] - 10:20, 18:25
**privileged** [1] - 8:9
**problematic** [1] - 15:3
**problems** [2] - 18:11, 19:24
**proceedings** [2] - 21:7, 21:20
**PROCEEDINGS** [3] - 1:11, 4:24, 6:1
**process** [1] - 16:5
**PRODUCED** [1] - 4:25
**produced** [4] - 9:24, 18:21, 18:22, 19:3
**PRODUCTION** [1] - 5:6
**production** [2] - 8:8, 9:9
**productions** [3] - 7:15, 8:19, 9:14
**PRODUCTS** [1] - 1:4
**professional** [1] - 15:21
**professionally** [1] - 16:21
**progress** [1] - 7:9
**prompted** [1] - 11:17
**prompting** [1] - 8:17
**protocol** [2] - 16:22, 18:10
**provides** [2] - 12:5, 12:9

**providing** [1] - 15:16
**provision** [2] - 18:6, 18:17
**PSC** [2] - 5:12, 20:18
**pull** [1] - 9:17
**purposes** [1] - 21:2

**Q**

**questioner** [4] - 10:23, 11:2, 17:4, 17:5
**questioning** [3] - 13:18, 14:2, 18:14
**questions** [4] - 13:9, 13:23, 15:2, 17:22
**quotes** [1] - 10:20

**R**

**raise** [2] - 10:13, 15:5
**raising** [2] - 11:7, 13:14
**Ratliff** [8] - 6:13, 7:4, 7:5, 7:13, 9:3, 11:3, 17:12, 19:14
**RATLIFF** [19] - 3:7, 7:5, 7:10, 9:3, 10:2, 10:9, 11:3, 11:6, 12:14, 13:11, 14:11, 14:22, 15:4, 16:8, 16:18, 18:7, 19:6, 19:13, 20:3
**RE** [1] - 1:4
**reach** [1] - 9:16
**reached** [1] - 14:1
**read** [3] - 15:11, 18:3
**reading** [5] - 10:17, 15:15, 15:17, 16:17
**really** [2] - 7:2, 7:23
**Realtime** [2] - 21:14, 21:23
**REALTIME** [1] - 4:20
**reason** [3] - 13:14, 18:13, 19:22
**reasons** [1] - 13:18
**receive** [1] - 20:17
**received** [1] - 20:24
**recharacterizing** [1] - 15:14
**recollections** [1] - 18:6
**reconfirmed** [1] - 20:20
**record** [6] - 14:4, 16:10, 17:13, 17:19, 21:1, 21:19
**RECORDED** [1] - 4:24
**rectify** [1] - 20:13

**redeposing** [1] - 9:23
**referee** [2] - 14:25, 15:9
**referencing** [1] - 7:6
**refresh** [1] - 18:5
**regarding** [1] - 7:6
**REGARDS** [1] - 5:7
**regards** [1] - 10:12
**Registered** [1] - 21:14
**registered** [1] - 21:24
**REGISTERED** [1] - 4:21
**regular** [1] - 14:20
**relate** [1] - 8:10
**RELATES** [1] - 1:8
**repetitive** [2] - 13:23, 14:3
**reporter** [5] - 17:17, 20:7, 20:9, 20:13, 21:3
**Reporter** [7] - 21:14, 21:15, 21:16, 21:23, 21:24, 21:24
**REPORTER** [3] - 4:20, 4:20, 4:21
**REPORTER'S** [1] - 21:12
**request** [1] - 9:13
**requested** [3] - 10:21, 10:22, 11:1
**require** [1] - 8:19
**reschedule** [1] - 9:17
**reserved** [1] - 18:12
**resolved** [1] - 19:5
**respects** [1] - 7:1
**respond** [2] - 16:11, 16:16
**reveal** [1] - 19:3
**review** [5] - 9:16, 9:19, 18:20, 18:22, 19:2
**REVIEW.....................
...............** [1] - 5:8
**rises** [1] - 13:18
**RMR** [2] - 4:20, 21:23
**road** [1] - 18:2
**ROAD** [1] - 3:20
**room** [1] - 19:23
**ROOM** [1] - 4:21
**route** [1] - 13:22
**routinely** [3] - 11:10, 11:15, 18:10
**Rule** [1] - 10:22
**rules** [1] - 13:20
**Rules** [4] - 11:20, 11:21, 12:3, 12:8

**S**

**S.A** [1] - 3:3

**s/Cathy** [1] - 21:22
**Samuel** [1] - 6:14
**SAMUEL** [1] - 4:14
**SAN** [1] - 4:15
**SANDOZ** [1] - 3:18
**sanofi** [3] - 7:14, 9:4, 20:11
**SANOFI** [1] - 3:3
**saw** [1] - 20:25
**SCHANKER** [1] - 2:10
**scheduled** [2] - 7:18, 7:20
**second** [1] - 15:6
**section** [3] - 18:3, 18:4
**see** [2] - 14:19, 21:5
**server** [1] - 20:23
**seven** [1] - 12:21
**SHOOK** [2] - 3:6, 3:10
**short** [2] - 6:24, 15:24
**side** [4] - 6:18, 11:9, 11:10, 12:24
**sides** [6] - 7:24, 11:8, 12:17, 13:11, 14:17, 14:18
**significant** [1] - 7:25
**SIMMONS** [1] - 2:7
**simply** [1] - 13:23
**simultaneously** [3] - 10:2, 12:14, 14:22
**situation** [3] - 9:7, 9:8, 13:3
**situations** [2] - 14:12, 15:12
**six** [1] - 12:21
**slightly** [1] - 12:5
**solved** [1] - 19:24
**someone** [2] - 13:5, 19:15
**sometimes** [1] - 16:1
**somewhat** [4] - 7:1, 7:12, 11:8, 14:19
**soon** [1] - 9:17
**sophisticated** [1] - 15:20
**sorry** [1] - 6:16
**sort** [3] - 7:15, 9:8, 17:10
**sources** [2] - 8:13, 8:14
**speaking** [4] - 12:14, 16:7, 17:1, 17:25
**Speaking** [2] - 10:2, 14:22
**speaks** [1] - 16:14
**specific** [2] - 8:1, 13:18
**specifically** [1] - 18:10
**standard** [2] - 11:12,

*OFFICIAL TRANSCRIPT*

11:20
**State** [1] - 21:15
**state** [2] - 11:24, 13:3
**STATE** [1] - 4:10
**STATEMENT** [1] -
5:11
**statement** [2] - 14:4,
20:17
**statements** [1] - 18:25
**States** [2] - 21:16,
21:25
**STATES** [2] - 1:1, 1:12
**status** [3] - 8:24, 10:8,
18:20
**STATUS** [1] - 1:11
**STENOGRAPHY** [1] -
4:24
**still** [1] - 19:17
**STREET** [13] - 1:17,
1:21, 1:24, 2:8, 2:11,
2:15, 2:23, 3:4, 3:11,
3:15, 4:6, 4:10, 4:21
**strikes** [1] - 13:2
**subject** [1] - 9:20
**subsection** [1] - 10:21
**substantial** [1] - 8:12
**SUFFERN** [1] - 3:15
**Suffern** [1] - 6:14
**sufficient** [1] - 21:2
**suggestion** [2] -
11:21, 16:25
**suggestive** [1] - 11:22
**SUGUNDO** [1] - 2:5
**SUITE** [10] - 1:17,
1:21, 1:24, 2:12,
2:19, 2:23, 3:4, 3:11,
3:16, 4:14
**SUN** [1] - 4:9

## T

**tactics** [1] - 17:11
**TAXOTERE** [1] - 1:4
**TELEPHONE** [1] - 6:3
**TELEPHONIC** [1] -
1:11
**ten** [4] - 12:22, 19:12,
20:4, 20:5
**TEN** [1] - 5:10
**terminate** [2] - 14:14,
17:8
**TERMINUS** [1] - 3:20
**terms** [3] - 7:15, 16:1,
18:9
**testimony** [1] - 15:14
**TEXAS** [1] - 2:20
**THE** [32] - 1:11, 1:16,
4:17, 5:9, 5:12, 6:6,
6:8, 6:12, 6:21, 6:23,

7:8, 8:1, 9:1, 10:1,
10:4, 10:11, 11:5,
12:4, 13:8, 13:12,
13:16, 14:21, 14:25,
16:6, 16:20, 18:2,
18:9, 19:8, 19:17,
20:5, 20:7, 21:2
**they've** [1] - 18:15
**THIS** [1] - 1:8
**three** [1] - 14:13
**Thursday** [3] - 9:5,
9:11, 11:16
**TO** [2] - 1:8, 5:7
**TOBERMAN** [1] - 3:19
**Toberman** [1] - 6:14
**today** [3] - 8:6, 20:20,
21:3
**took** [1] - 20:22
**topic** [1] - 11:7
**TRANSCRIPT** [2] -
1:11, 4:24
**transcript** [1] - 21:18
**TRANSCRIPTION** [1] -
4:25
**TRAURIG** [1] - 3:19
**TRICHE** [1] - 4:17
**true** [1] - 21:18
**trying** [1] - 17:21
**two** [1] - 19:20
**type** [1] - 15:24
**types** [1] - 15:22

## U

**U.S** [1] - 8:14
**ULMER** [1] - 3:14
**under** [6] - 10:22,
11:20, 12:2, 12:3
**understood** [1] - 15:4
**Understood** [1] -
12:14
**unique** [1] - 9:8
**United** [2] - 21:16,
21:25
**UNITED** [2] - 1:1, 1:12
**unless** [1] - 11:1
**unnecessary** [1] -
13:6
**unprofessional** [1] -
17:7
**up** [4] - 12:19, 13:21,
15:25
**up-and-up** [1] - 15:25
**update** [1] - 7:1
**UPDATE...................
...............** [1] - 5:5
**updated** [1] - 7:9
**URQUHART** [1] - 3:3
**usual** [1] - 20:2

## V

**V(2** [1] - 10:18
**vague** [2] - 7:1, 7:12
**VIA** [1] - 6:3
**VINE** [1] - 3:15
**violative** [1] - 11:23
**virtue** [1] - 18:13
**VOICES** [2] - 6:7, 21:6

## W

**walk** [1] - 15:8
**WARSHAUER** [1] -
1:20
**WASHINGTON** [1] -
3:12
**WEDNESDAY** [2] -
1:7, 6:2
**week** [3] - 8:16, 9:14,
17:21
**weeks** [2] - 19:20,
21:5
**well-taken** [1] - 18:15
**WHEREUPON** [1] -
21:7
**WILL** [1] - 5:9
**WITH** [1] - 5:7
**withheld** [2] - 18:23,
19:4
**witness** [9] - 8:10,
13:16, 13:17, 13:20,
13:24, 14:4, 14:7,
15:16, 17:16
**witnesses** [7] - 7:22,
9:5, 9:23, 12:25,
13:9, 15:2, 16:3
**word** [2] - 16:1, 16:2
**words** [1] - 16:15
**WORLDWIDE** [2] -
4:3, 4:4
**worried** [1] - 17:19
**WYNKOOP** [1] - 2:11

## Y

**year** [2] - 8:12, 16:24
**yourself** [1] - 16:20

*OFFICIAL TRANSCRIPT*