# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | |
| LAURA SOLORSANO<br>Plaintiff, | SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| v. | |
| ACCORD HEALTHCARE, INC. AND MCKESSON CORPORATION d/b/a MCKESSON PACKAGING,<br>*Defendants* | |
| CIVIL ACTION NO. 2:17-cv-7675 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Laura Solorsano, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in the United States District Court for the Eastern District of Louisiana on August 9, 2017, styled, Case No. 2:17-cv-7675, *Laura Solorsano v. Accord Healthcare, Inc. and McKesson Corporation d/b/a McKesson Packaging* and Plaintiff served all Defendants. On January 26, 2018, counsel received the Statement Regarding Chemotherapy Drug Administered form for Laura Solorsano from her Oncologist. At that time,

---

[1] Plaintiff's counsel consulted with Defense Liaison Counsel and counsel for Defendants regarding this motion and they do not oppose this motion.

Plaintiff learned the manufacturer of the drug that injured Plaintiff was Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worlwide Inc., and Sandoz Inc., rather than Accord Healthcare, Inc. and McKesson Corporation d/b/a McKesson Packaging. Thus, Plaintiff's proposed amendment would reflect this change by substituting Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide Inc., and Sandoz Inc. as the proper Defendants.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this Motion. Further, Defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Dated this 1ST day of March, 2018.

Respectfully submitted,

/s/ Sonia I. Lopez
SONIA I. LOPEZ
State Bar No. 24003862
Federal Bar No. 23501
RAMON GARCIA
State Bar No. 07641800
Federal Bar No. 3936
Law Office of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 Fax
slopez@ramongarcia-law.com

**ATTORNEYS FOR PLAINTIFF**

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion is unopposed by Defendants.

By: /s/ Sonia I. Lopez
Sonia I. Lopez

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ Sonia I. Lopez
Sonia I. Lopez