IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | |
| LAURA SOLORSANO<br>    Plaintiff, | § § § | SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| v. | § § | |
| ACCORD HEALTHCARE, INC. AND MCKESSON CORPORATION d/b/a MCKESSON PACKAGING,<br>    *Defendants* | § § § § § | |
| CIVIL ACTION NO. 2:17-cv-7675 | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Unopposed Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached to Plaintiff's Motion.

New Orleans, Louisiana this _____ day of _____, 2018.

                                                            **KURT D. ENGELHARDT**
                                                           **UNITED STATES DISTRICT JUDGE**