# EXHIBIT 4

Missing PFS (505(b)(2) Defendants

| Matter Name | MDL Docket No. |
|---|---|
| Crussell et al v. Sanofi S.A. et al | 2:17-cv-06163 |
| Drake v. Accord Healthcare, Inc., et al. | 2:17-cv-07426 |
| Grace v. Sandoz, et al. | 2:17-cv-03716 |
| Haldis v. Sanofi S.A. et al | 2:17-cv-07458 |
| Hatchett v. Sanofi, et al. | 2:17-cv-01673 |
| Hayden v. Sanofi S.A. et al | 2:17-cv-06921 |
| Parker v. Sanofi S.A. et al | 2:17-cv-06170 |
| Soto v. Sanofi S.A. et al | 2:17-cv-06913 |
| Strong v. Sanofi S.A. et al | 2:17-cv-06908 |