UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Norma Jean Mitchell,      Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,      Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-14869 | : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz, Inc., Accord Healthcare, Inc., Hospira, Inc. and Hospira Worldwide, LLC f/k/a/ Hospira Worldwide, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice. Each party to bear its own attorneys' fees and costs.

Plaintiff will continue her claims against Sanofi-Aventis U.S. LLC.

[SIGNATURE ON FOLLOWING PAGE]

This the 2nd day of March, 2018.

        Whitfield Bryson & Mason LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. Bar No. 15781
        900 W. Morgan Street
        Raleigh, NC 27603
        Telephone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 2nd day of March, 2018.

        WHITFIELD BRYSON & MASON LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        Email: hunter@wbmllp.com

        *Attorneys for Plaintiff*