# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCYMENT RELATES TO: GYL G. FELA v. SANOFI US SERVICES INC., ET AL, Civil Action No.: **2:17-cv-16604** | § § § § § § § § § § | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL BUT HOSPIRA DEFENDANTS

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Gyl G. Fela's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries f/k/a Caraco Pharmaceutical Laboratories, Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. only in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own attorney fees and costs.  Plaintiff has identified Hospira as the sole manufacturer of her Docetaxel.

Dated:  March 2, 2018

By: /s/ *Rand P. Nolen*
Rand P. Nolen
TX Bar No. 00788126
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
Telephone (713) 621-7944
Facsimile (713) 621-9638
rand_nolen@fleming-law.com
***Counsel for Plaintiff(s)***

By:  /s/ *Kelly Bieri*
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.

Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
hratliff@shb.com
kbieri@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

By: */s/ Mark Cheffo*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHARDT & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemanuel.com
Docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. and Pfizer Inc.*

By: */s/ R. Clifton Merrell*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
*Attorneys for Defendant Sandoz, Inc.*

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS, LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
julie.callsen@tuckerellis.com

2

brandon.cox@tuckerellis.com
***Attorneys for Defendant Accord Healthcare, Inc.***

By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERSON, LLP
28 State St., 24th Floor
Boston, MA 02109
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
***Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.***

By: */s/ Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
ULMER & BERNE, LLP
600 Vine St., Suite 2800
Cincinnati, OH 45202
msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com
***Attorneys for Defendant Actavis Pharma, Inc.***

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                  /s/ Rand P. Nolen
                  Rand P. Nolen