## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO:                    HON. KURT D. ENGELHARDT

Elizabeth Slavens,
   Plaintiff,

Vs.

Sanofi-Aventis U.S., LLC, et al.,
   Defendants.

Civil Case No.: 2:17-cv-17336

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), here by voluntarily dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice. Each party to bear its own attorneys' fees and costs.

Plaintiff will continue her claims against Sanofi-Aventis U.S. LLC. and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

This the 5th day of March, 2018

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
LEMMON LAW FIRM, L.L.C.
15058 River Road
P.O. Box 904
Hahnville, LA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a copy of the foregoing Notice of Voluntary Dismissal with Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 5th day of March, 2018

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
LEMMON LAW FIRM, L.L.C.
15058 River Road
P.O. Box 904
Hahnville, LA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile

*Attorney for Plaintiff*