# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: Moffitt v. Sanofi S.A., et al., Civil Action No. 2:17-cv-03357 | : | JUDGE KURT D. ENGELHARDT |
| | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## REQUEST FOR SUBPOENA

Please issue signed subpoena as noted below, pursuant to Rule 45(a)(1) and (2) of the Federal Rules of Civil Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Civil Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**
\_\_\_\_ set(s) for trial or hearing scheduled on: \_\_\_\_
DATE OF TRIAL OR HEARING

**DEPOSITION SUBPOENAS**
\_\_\_\_ Set(s) for deposition to be taken on: \_\_\_\_
DATE OF DEPOSITION

✓ **SUBPOENAS FOR PRODUCTION OR INSPECTION**

Respectfully submitted this the 5th day of March, 2018.

WHITFIELD BRYSON & MASON, LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
NC State Bar: 15781
John Hunter Bryson
NC State Bar: 50602
PO Box 12638
Raleigh, NC 27605
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5th 2018, a copy of the foregoing *Request Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC 400
Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300 Energy
Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@guinnemanuel.com

                                           */s/ Daniel K. Bryson*
                                           Daniel K. Bryson