**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N" (D) |
| *Cheryl Kitchens, et al. v. Sanofi US* | : | JUDGE ENGELHARDT |
| *Services Inc., et al.* | : | MAG. JUDGE NORTH |
| *Civil Action No.: 2:17-cv-13321* | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Plaintiffs, through their undersigned counsel, hereby give notice of their voluntary dismissal without prejudice of Defendants Sandoz Inc.; Accord Healthcare, Inc.; Sun Pharma Global FZE; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. only.

Respectfully submitted this 5th day of March, 2018.

/s/ Brett A. Emison
Brett A. Emison
MO State Bar NO: 52072
**LANGDON & EMISON LLC.**
P.O. Box 220
911 Main Street
Lexington, MO 64067
(660) 259-6175 – Phone
(660) 259-4571 – Fax
brett@lelaw.com
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018, a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record of are CM/ECF participants.

/s/ Brett A. Emison
Brett A. Emison