UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| YOLANDA BLACKSHEAR | |
| Plaintiff(s), | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| vs. | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| SANOFI US SERVICES INC.; SANOFI-AVENTIS U.S. LLC, SANDOZ INC.; ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION D/B/A MCKESSON PACKAGING; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.; PFIZER INC.; ACTAVIS LLC F/K/A ACTAVIS INC.; and ACTAVIS PHARMA, INC. | Civil Action No.: 2:17-cv-12613 |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff, Yolanda Blackshear, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. Plaintiff respectfully asks that the Court grant her such leave.

1

Dated this 6th day of March, 2018

Respectfully submitted,

*s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant's Counsel has been contacted, and consents to Plaintiff's requested relief. Therefore, Plaintiff is treating this as an "unopposed/consent" motion.

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 6, 2018

*/s/ Ryan L. Thompson*
Ryan Thompson