UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## CONSENT MOTION TO WITHDRAW PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Defendant sanofi-aventis U.S. LLC ("sanofi"), which, after conferring with counsel or Plaintiffs, hereby moves the Court to withdraw its Motion to Dismiss for Failure to Comply with Pretrial Order No. 9. (Doc. No. 1721).

Counsel for the Plaintiffs listed on Exhibit A to the Motion (Doc. No. 1721-1) did not serve sanofi-aventis U.S. LLC within ninety (90) days from the date each case was docketed in the MDL, but affirm that they will timely affect service pursuant to said order in all future cases. Further, counsel for sanofi has confirmed with counsel for the Plaintiffs listed on Exhibit A to the Motion that all of the cases listed on Exhibit A (Doc. No. 1721-1) have been served since the filing of the Motion, apart from twelve (12) cases pending issuance of summons.

Accordingly, sanofi prays that this Court withdraw the Motion from the docket in this matter. The parties further requests that the Motion, which is currently noticed for submission on March 14, 2018 (Doc. No. 1721-3) be removed from the Court's submission calendar.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly G. Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2