# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 :<br>: SECTION "N"(5) : |
| THIS DOCUMENT RELATES TO: Rosemary Griffin; 2:17-cv-16638 | : JUDGE KURT D. ENGELHARDT :<br>: MAG. JUDGE MICHAEL B. NORTH : |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all Defendants from the above-captioned action in the Taxotere(Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own fees and costs.

Dated this 6th<sup>th</sup> day of March, 2018

                                              Respectfully Submitted,

                                              /s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 6th, 2018

        Respectfully Submitted,

        /s/ Melanie K. Schmickle
        Melanie K. Schmickle, MO# 52176
        Tara K. King, MO #69171
        SWMW Law, LLC
        701 Market Street, Ste. 1000
        Phone: (314) 480-5180
        Facsimile: (314) 932-1566
        Email: melanie@swmwlaw.com
        Email: tara@swwmwlaw.com
        ***ATTORNEYS FOR PLAINTIFFS***