UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE ENGELHARDT |
| CHRISTY HARBERT, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:16-cv-15839 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| | : | |
| Defendant. | : | |
| ---------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendant Sanofi-Aventis U.S. LLC be dismissed

with prejudice, each party to bear its own costs. The parties specifically understand and agree that

all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this

Stipulation of Dismissal.

Dated this 6th day of March, 2018.

**KIRTLAND & PACKARD LLP**

BY: /s/ Ruth Rizkalla

Ruth Rizkalla, SBN#224973
Kirtland & Packard, LLP
1638 South Pacific Coast Hwy.
Redondo Beach, CA 90277
(310)536-1000
rr@kirtlandpackard.com

Attorney for Plaintiff

IRWIN FRITCHIE URQUHART & MOORE

 _/s/ Douglas J. Moore_
Douglas J. Moore, Esq.
400 Poydras St.
Suite 2700
New Orleans, LA 70130
Phone: 504-310-2100
Fax: 504-310-2100
Email:  dmoore@irwinllc.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 6th day of March, 2018.

/s/ Kyle Benkie

Kyle Benkie, Attorney for Plaintiff