**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| CHRISTY HARBERT, an Individual, | : : | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| Plaintiff(s), | : : | Civil Action No.: 2:16-cv-15839 |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : : | |
| Defendant(s). | : : | |
| ---------------------------------------------------------- | : | |

<u>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**</u>

Plaintiff CHRISTY HARBERT, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated this 6th day of March, 2018

Respectfully submitted,

KIRTLAND & PACKARD LLP

BY: /s/ Ruth Rizkalla

Ruth Rizkalla, SBN#224973
Kirtland & Packard, LLP
1638 South Pacific Coast Hwy.
Redondo Beach, CA 90277
(310)536-1000
rr@kirtlandpackard.com

Attorney for Plaintiff

## **CERTIFICATE OF COMPLIANCE**

I certifiy that I have obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have agreed to the motion at this time.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 6th day of March, 2018.

 /s/ Kyle Benkie

Kyle Benkie, Attorney for Plaintiff