IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** *Linda Gonzalez et al.v. Accord Healthcare, Inc. et al.* Case No. 2:17-cv-13687 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE CLERK OF THE COURT:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Linda Gonzalez and Pedro Gonzalez, by and through undersigned counsel, hereby voluntarily dismiss all claims with prejudice against all Defendants in the above-captioned action, each party to bear its own attorneys' fees and costs.

Dated: March 7, 2018

Respectfully submitted,

*/s/ Austin Whitten*
Chris T. Hellums, Esq.
Jon Mann, Esq.
Austin B. Whitten, Esq.
PITTMAN, DUTTON, & HELLUMS PC
2001 Park Place Tower
Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 278-2711
PDH-efiling@pittmandutton.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice was served by ECF, this 7th day of March, 2018, upon counsel of record.

/s/ Austin B. Whitten
OF COUNSEL