# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Manuela Popescu<br><br>v.<br><br>Sanofi S.A., et al. | Case No. 2:17-cv-11077 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff(s) MANUELA POPESCU, by through and undersigned counsel, pursuant to Fed.R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action 2:17-cv-11077, each party to bear its own cost. The Parties specifically understand and agree that all applicable statute of limitations and prescriptive period are not tolled by the filing of this Stipulation of Dismissal. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no defendant has been served.

Dated March 7, 2018

*By: /s/ Alyssa White*
Alyssa White
Rashmi Parthasarathi
Marisela Arredondo
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: awhite@johnsonlawgroup.com
rpartha@johnsonlawgroup.com
marredondo@johnsonlawgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on March 7, 2018, counsel for Plaintiff conferred with counsel for Defendants, and the parties agreed to the form and substance of this motion.

/s/ *Alyssa White*
Alyssa White (Bar No. 24073014)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 7, 2018                          Respectfully submitted,

/s/ *Alyssa White*
Alyssa White (Bar No. 24073014)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
awhite@johnsonlawgroup.com