## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE NORTH |
| | * | |
| THIS DOCUMENT RELATES TO: | * | STIPULATION OF DISMISSAL |
| | * | WITH PREJUDICE AS TO ALL |
| | * | BUT SANDOZ AND HOSPIRA |
| OLLIE CEASAR, ET AL. v. | * | DEFENDANTS |
| SANOFI-AVENTIS U.S., LLC, ET AL. | * | |
| | * | Civil Action No. 2:18-cv-00181 |

**************************************************************************

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Ollie Ceasar and Jimmy Ceasar's claims against Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., *only* be dismissed with prejudice, each party to bear its own costs.

Dated March 7, 2018

Respectfully submitted,

s/ Merritt E. Cunningham
Michael G. Stag, LA Bar No. 23314
Merritt E. Cunningham, LA Bar No. 32843
SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@smithstag.com
mcunningham@smithstag.com
*Attorneys for the Plaintiffs*

s/ Evan Holden
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@
*Counsel for Defendant Sandoz, Inc.*


Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this motion was electronically filed with the Clerk of Court on this 7th day of March, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>s/ Merritt E. Cunningham</u>
MERRITT E. CUNNINGHAM