MINUTE ENTRY
ENGELHARDT, J.
March 7, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

A status conference was conducted on Wednesday, March 7, 2018, at 9:00 a.m. with plaintiff and defendant steering committee attorneys. A complete list of attendees is attached hereto.

**Court Reporter:** Mary Thompson

**Law Clerks:** Chynna Anderson

(JS10: 0:35)