PTO Received: _____

Trial Set: _____
               Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**16md2740**

_____
DEFENDANT(S)

Magistrate: _____

## TAXOTERE

*******************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **3-7-18**   TIME: **10 AM**

PLEASE PRINT | PLEASE PRINT | PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Zachary Wool | Barrios, Kingsdorf & Casteix | PSC |
| Val Exnicios | Liska Exnicios & Nungesser | PT |
| David Bonin | Law Offices of Craig Eiland | Plaintiffs |
| Douglas Moore | Irwin | DLC Sanofi |
| Harley T | SHB | Sanofi |
| Chris Coffin | Pendley Baudin Coffin | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

_____

Magistrate: _____

*********************************************************************

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____    TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Palmer Lambert | Gainsburgh Benjamin | TTS |
| Alexander Nyysz | Kirkendall Nyysz | TT |
| David Miceli | Rollins & Miceli | TT |
| Rand Nolen | Fleming, Nolen & Jez | TT |
| Brian Andrews | Andrews Thornton | TT |
| Jessica Perez Reynolds | PBC | TT |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                           _____

_____        Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: _____    TIME: _____

**PLEASE PRINT**           **PLEASE PRINT**           **PLEASE PRINT**

NAME                       FIRM                       REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Genevieve Zimmerman | Meshbesher Spence | PSC |
| Ashlea Schwarz | Paul LLP | Pl Settlement |
| Debbie Rouen | Adams + Reese | Sandoz |
| Irving Warshauer | Gainsburgh Benjamin | Pl Sett-Comm. |
| Michael Suffern | Ulmer & Berne | Actavis Pharma, Inc. |
| Emily Jeffcott | The Lambert Firm | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

_____

_____
DEFENDANT(S)

Magistrate: _____

***************************************************************

CONFERENCE: _____ PRE-TRIAL     _____ STATUS     _____ SETTLEMENT

DATE: _____     TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Anna Higgins | Lambert Firm | Plaintiff |
| Lawrence Centola | Martzell Bickford Centola | PSC |
| Karen Barth Menzies | Gibbs Law Group | PSC |
| Julie Callsen | Tucker Ellis | Aventis |
| David Miceli | Miceli Firm | PEC/PSC |
| [illegible] Lemmon | Lemmon Law | π |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

VERSUS

_____

_____  
DEFENDANT(S)

Magistrate: _____

*******************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____     TIME: _____

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Mark Niemeyer | NGK | TT (Settlement) |
| Elizabeth Kaga | Kagn Legal Group | TT |
| Geoffrey Coan | Hinshaw & Culbertson | Sun Pharmaceuticals |
| Cliff Merrell | Greenberg Traurig | △ Sandoz |
| Mara Cusker Gonzalez | Quinn Emanuel | Pfizer, Hospira |
| Dawn Barrios | Barrios Kingdorf | TT Co-Liaison Counsel |

PTO Received: _____

Trial Set: _____
           Jury/Non-Jury

_____                CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                                     _____

_____                Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   _____ STATUS   _____ SETTLEMENT

DATE: _____         TIME: _____

**PLEASE PRINT**         **PLEASE PRINT**         **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Kyle Bachus | Bachus Schnika | π P2L |
| Ben Gordon | Levin Pap | π Settlmnt Com |
| Lauren Godshall | Morris Bart | π |
| Christine Brandt | Morris Bart | π |