UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| SHARON NUNLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : | <br><br><br><br>Civil Action No.: 2:17-CV-11642 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only.*

Dated this 7th day of March, 2018.

2

Respectfully Submitted:

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

Christopher L. Coffin
LA Bar No. 27902
Nicholas R. Rockforte
LA Bar No. 31305
Jessica A. Perez
LA Bar 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 7th day of March, 2018.

                s/ *Michael P. McGartland*
                Michael P. McGartland