UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>*Eula Delk v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC, et al.;*<br>*Civil Action No. 2:17-cv-17025* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, EULA DELK, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC, *only* from the above-captioned case, with prejudice, each party to bear its own costs.

Dated this 7th day of March, 2018.                     Respectfully submitted,

/s/ John C. Thornton
Andrews & Thornton
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing **Notice of Voluntary Dismissal With Prejudice** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 7, 2018             /s/ John C. Thornton
                                 John C. Thornton
                                 Andrews & Thornton
                                 4701 Von Karman Ave., #300
                                 Newport Beach, CA 92660
                                 Phone: (949) 748-1000
                                 Facsimile: (949) 315-3540
                                 Anne Andrews, Esq., SBN 103280
                                 aa@andrewsthornton.com
                                 John C. Thornton, Esq., SBN 84492
                                 jct@andrewsthornton.com

                                 *Attorneys for Plaintiff*