# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Johnnie Matthews v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, et al.*<br>*Civil Action No. 2:17-cv-17031* | **MDL NO. 2740**<br><br>SECTION "N" (5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JOHNNIE MAE MATTHEWS, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC, *only* from the above-captioned case, with prejudice, each party to bear its own costs.

Dated this 7th day of March, 2018.

Respectfully submitted,

/s/ John C. Thornton
Andrews & Thornton
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **Notice of Voluntary Dismissal With Prejudice** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 7, 2018	/s/ John C. Thornton
	John C. Thornton
	Andrews & Thornton
	4701 Von Karman Ave., #300
	Newport Beach, CA 92660
	Phone: (949) 748-1000
	Facsimile: (949) 315-3540
	Anne Andrews, Esq., SBN 103280
	aa@andrewsthornton.com
	John C. Thornton, Esq., SBN 84492
	jct@andrewsthornton.com

	*Attorneys for Plaintiff*