UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PLAINTIFFS' CO-LIAISON COUNSEL'S SUBMISSION ON BEHALF OF CASES IDENTIFIED IN ORDER TO SHOW CAUSE NO. 3 [REC. DOC. 1760]

Dated: March 7, 2018　　　　　　　　　　　Respectfully submitted,

/s/M. Palmer Lambert　　　　　　　　　　　/s/Dawn M. Barrios
M. Palmer Lambert (#33228)　　　　　　　　Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID　　　　　　　BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC　　　　　　　　701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street　　　New Orleans, LA 70139
New Orleans, LA 70163-2800　　　　　　　　Phone: 504-524-3300
Phone: 504-522-2304　　　　　　　　　　　　Fax: 504-524-3313
Fax: 504-528-9973　　　　　　　　　　　　　barrios@bkc-law.com
plambert@gainsben.com

　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

### CERTIFICATE OF SERVICE

　　I hereby certify that on March 7 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　　/s/ Dawn M. Barrios
　　　　　　　　　　　　　　　　　　　　　　DAWN M. BARRIOS

1