## Index of Cases Identified on Show Cause Order No. 3 (Doc. 1760)

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Missing PFS (Sanofi Defendants) | | | |
| Alexander, Sheila v. Sanofi SA, et al. | 2:17-cv-08760 | NR | |
| Alvillar, Diane L. v. Sanofi SA, et al. | 2:17-cv-09635 | Y | 1 |
| Blackwell, Judith M. v. Sanofi SA, et al. | 2:17-cv-09398 | Y | 2 |
| Boynton, Sandra v. Sanofi SA, et al. | 2:17-cv-09241 | NR | |
| Burton, Tammy v. Sanofi SA, et al. | 2:17-cv-08634 | Y | 3 |
| Cherry, Pauline C. v. Sanofi SA, et al. | 2:17-cv-08370 | NR | |
| Cooper, Nancy v. Sanofi SA, et al. | 2:17-cv-08658 | Y | 3 |
| Curry, Mattie B. v. Sanofi SA, et al. | 2:17-cv-09266 | Y | 4 |
| Curtis, Nellie v. Sanofi SA, et al. | 2:17-cv-08626 | Y | 5 |
| Davis, Diane (VT) v. Sanofi SA, et al. | 2:17-cv-07812 | NR | |
| Douglas, Janie C. and Leel v. Sanofi SA, et al. | 2:17-cv-09638 | NR | |
| Etheridge, Carisa v. Sanofi SA, et al. | 2:17-cv-09431 | NR | |
| Frankenberg, Kim v. Sanofi SA, et al. | 2:17-cv-08564 | Y | 6 |
| Frazier, Sylvonia v. Sanofi SA, et al. | 2:17-cv-09083 | NR | |
| Freeman, Rachael M. v. Sanofi SA, et al. | 2:17-cv-08804 | NR | |
| Gardner, Mary v. Sanofi SA, et al. | 2:17-cv-03865 | NR | |
| Gibson, Debbie v. Sanofi SA, et al. | 2:17-cv-09652 | NR | |
| Gibson, Peggy v. Sanofi SA, et al. | 2:17-cv-09576 | NR | |
| Gladden, Juliann M. v. Sanofi SA, et al. | 2:17-cv-08801 | NR | |
| Goforth, Carol v. Sanofi SA, et al. | 2:17-cv-08321 | NR | |
| Gogan, Linda M. and Michael v. Sanofi SA, et al. | 2:17-cv-09581 | Y | 7 |
| Gordon, Donna v. Sanofi SA, et al. | 2:17-cv-08653 | Y | 8 |
| Graham, Hattie M. and Tommy v. Sanofi SA, et al. | 2:17-cv-09592 | NR | |
| Grant, Flora v. Sanofi SA, et al. | 2:16-cv-17940 | Y | 9 |
| Grays, Faith v. Sanofi SA, et al. | 2:17-cv-08568 | NR | |
| Griffin, Theresa E. v. Sanofi SA, et al. | 2:17-cv-09050 | Y | 10 |
| Hall, Linda Jean v. Sanofi SA, et al. | 2:17-cv-08864 | NR | |
| Harris, Jacqueline v. Sanofi SA, et al. | 2:17-cv-08829 | Y | 3 |
| Hegidio, Katharine M. v. Sanofi SA, et al. | 2:17-cv-09579 | Y | 11 |
| Henderson-Moore, Donna v. Sanofi SA, et al. | 2:17-cv-09575 | NR | |
| Henly, Debra L. v. Sanofi SA, et al. | 2:17-cv-09604 | NR | |
| Herman, Lynne v. Sanofi SA, et al. | 2:17-cv-08320 | Y | 6 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Hollis, Patricia P. v. Sanofi SA, et al. | 2:17-cv-02354 | NR | |
| Holt, Melita v. Sanofi SA, et al. | 2:17-cv-08561 | NR | |
| Horne, Pazetta v. Sanofi SA, et al. | 2:17-cv-08654 | Y | 12 |
| Howell, Wyskanna v. Sanofi SA, et al. | 2:17-cv-08501 | Y | 13 |
| Jiles, Sharon v. Sanofi SA, et al. | 2:17-cv-08999 | NR | |
| Johnson, Hilda v. Sanofi SA, et al. | 2:17-cv-08637 | Y | 6 |
| Johnson, Petrina S. v. Sanofi SA, et al. | 2:17-cv-08811 | NR | |
| Johnson, Tena v. Sanofi SA, et al. | 2:17-cv-08680 | Y | 6 |
| Jordan, Sheila v. Sanofi SA, et al. | 2:17-cv-08824 | NR | |
| Klotz, Kelly v. Sanofi SA, et al. | 2:17-cv-08827 | NR | |
| Lee, Wanda v. Sanofi SA, et al. | 2:17-cv-09658 | NR | |
| Lewis, Joyce Etta v. Sanofi SA, et al. | 2:17-cv-08993 | NR | |
| Lopez, Ruth v. Sanofi SA, et al. | 2:17-cv-08993 | Y | 6 |
| Lozano, Maria v. Sanofi SA, et al. | 2:17-cv-08655 | NR | |
| Luckett, Jennifer v. Sanofi SA, et al. | 2:17-cv-04752 | NR | |
| Luckey, Donna v. Sanofi SA, et al. | 2:17-cv-08826 | NR | |
| Madden, Debbie v. Sanofi SA, et al. | 2:17-cv-09473 | Y | 14 |
| Madison, Perrine v. Sanofi SA, et al. | 2:17-cv-09660 | NR | |
| Marshall, Nancy v. Sanofi SA, et al. | 2:17-cv-09476 | Y | 15 |
| Martin, Flora Jean v. Sanofi SA, et al. | 2:17-cv-11247 | NR | |
| Matthews, Charlsie v. Sanofi SA, et al. | 2:17-cv-10024 | NR | |
| McCuin-Hutchins, Sharon v. Sanofi SA, et al. | 2:17-cv-09438 | NR | |
| Milligan, Murral v. Sanofi SA, et al. | 2:17-cv-08759 | Y | 6 |
| Mills, Linda v. Sanofi SA, et al. | 2:17-cv-09348 | NR | |
| Mitchell, Angela v. Sanofi SA, et al. | 2:17-cv-06409 | NR | |
| Moore, Linda M. v. Sanofi SA, et al. | 2:17-cv-09396 | NR | |
| Pitta, Rhonda v. Sanofi SA, et al. | 2:17-cv-08761 | NR | |
| Pointer, Lisa v. Sanofi SA, et al. | 2:17-cv-08758 | NR | |
| Pressley, Sandra v. Sanofi SA, et al. | 2:17-cv-08661 | NR | |
| Radwan, Mona v. Sanofi SA, et al. | 2:17-cv-08638 | Y | 6 |
| Richardson, Regina A. and Ronald v. Sanofi SA, et al. | 2:17-cv-09400 | NR | |
| Sabatini, Marie Claire v. Sanofi SA, et al. | 2:17-cv-08319 | Y | 16 |
| Sanchez, Heather v. Sanofi SA, et al. | 2:17-cv-08641 | NR | |
| Sanchez, Kathryn v. Sanofi SA, et al. | 2:17-cv-08644 | NR | |
| Sharpe, Joyce v. Sanofi SA, et al. | 2:17-cv-08628 | NR | |
| Shelton, Renee v. Sanofi SA, et al. | 2:17-cv-09367 | NR | |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Shields, Betty v. Sanofi SA, et al. | 2:17-cv-08629 | NR | |
| Simms, Joan v. Sanofi SA, et al. | 2:17-cv-09574 | NR | |
| Smith, Mary J. v. Sanofi SA, et al. | 2:17-cv-08648 | Y | 6 |
| Smith, Nancy (CO) v. Sanofi SA, et al. | 2:17-cv-08828 | NR | |
| Stark, Carrie v. Sanofi SA, et al. | 2:17-cv-08633 | Y | 6 |
| Straub, Tami v. Sanofi SA, et al. | 2:17-cv-08492 | Y | 17 |
| Taylor, Sharon M. V. Sanofi SA, et al. | 2:17-cv-09665 | NR | |
| Thomas, Lee Ann v. Sanofi SA, et al. | 2:17-cv-09345 | NR | |
| Thomas, Linda v. Sanofi SA, et al. | 2:17-cv-08642 | Y | 6 |
| Thomas, Saundra v. Sanofi SA, et al. | 2:17-cv-09069 | NR | |
| Ullery, Jackie v. Sanofi SA, et al. | 2:17-cv-09511 | NR | |
| Unger, Jacqueline v. Sanofi SA, et al. | 2:17-cv-08635 | Y | 6 |
| Vatter, Nancy v. Sanofi SA, et al. | 2:17-cv-08657 | NR | |
| Walker, Daisy v. Sanofi SA, et al. | 2:17-cv-09625 | NR | |
| Ware, Beverly v. Sanofi SA, et al. | 2:17-cv-08646 | Y | 3 |
| Westbrook, Denise v. Sanofi SA, et al. | 2:17-cv-09499 | Y | 18 |
| Whitehead, Darlene v. Sanofi SA, et al. | 2:17-cv-08621 | NR | |
| Williams, Geneva v. Sanofi SA, et al. | 2:17-cv-08966 | NR | |
| Zapien, Kimberlie v. Sanofi SA, et al. | 2:17-cv-08636 | Y | 6 |
| No Deficiency Response (Sanofi Defendants) | | | |
| Abel et al v. Sanofi S.A. et al | 2:17-cv-01354 | NR | |
| Adams v. Sanofi S.A. et al | 2:16-cv-16299 | NR | |
| Allen v. Sanofi S.A. et al | 2:16-cv-17065 | Y | 19 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17139 | Y | 19 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17498 | Y | 19 |
| Ankner vs. Sanofi S.A. et al | 2:16-cv-17312 | NR | |
| Ariks vs. Sanofi S.A. LLC et al | 2:16-cv-17328 | NR | |
| Aronowitz v. Sanofi S.A. et al | 2:17-cv-05640 | NR | |
| Baker v. Sanofi S.A. et al | 2:16-cv-17154 | Y | 19 |
| Bass v. Sanofi S.A. et al | 2:17-cv-02254 | NR | |
| Batie et al v. Sanofi S.A. et al | 2:16-cv-16233 | NR | |
| Bell v. Sanofi S.A. et al | 2:16-cv-17108 | Y | 19 |
| Bemiss v. Sanofi S.A. et al | 2:16-cv-06425 | Y | 19 |
| Bentley v. Aventis Pharma S.A. et al | 2:16-cv-17501 | Y | 19 |
| Bias v. Sanofi S.A. et al | 2:16-cv-17171 | Y | 19 |
| Bodker v. Sanofi S.A. et al | 2:17-cv-03426 | NR | |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Borowski v. Sanofi S.A. et al | 2:17-cv-06493 | NR | |
| Boyland v. Sanofi S.A. et al | 2:17-cv-00793 | NR | |
| Breslauer v. Sanofi S.A. et al | 2:17-cv-01199 | NR | |
| Brooks v. Sanofi S.A. et al | 2:16-cv-17054 | Y | 20 |
| Broussard v. Sanofi S.A. et al | 2:16-cv-15665 | NR | |
| Brown v. Sanofi S.A. et al | 2:16-cv-15512 | NR | |
| Brown v. Sanofi S.A. et al | 2:16-cv-17160 | Y | 19 |
| Brown v. Sanofi S.A. et al | 2:17-cv-00800 | NR | |
| Burks v. Sanofi S.A. et al | 2:17-cv-01738 | Y | 21 |
| Burnstein v. Sanofi S.A. et al | 2:16-cv-17172 | Y | 22 |
| Butler v. Sanofi S.A. et al | 2:17-cv-02135 | Y | 23 |
| Butlers v. Sanofi S A et al | 2:16-cv-17946 | Y | 24 |
| Carbino et al v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00539 | NR | |
| Carson v. Sanofi S.A. et al | 2:16-cv-15322 | Y | 25 |
| Carter v. Sanofi S.A. et al | 2:17-cv-00047 | Y | 19 |
| Carver v. Sanofi S.A. et al | 2:16-cv-17192 | Y | 19 |
| Caye v. Sanofi S.A. et al | 2:17-cv-04726 | NR | |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 | Y | 26 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 | Y | 27 |
| Chase v. Sanofi S.A. et al | 2:16-cv-15317 | NR | |
| Cherem v. Sanofi S.A. et al | 2:17-cv-00119 | Y | 19 |
| Chorak v. Sanofi S.A. et al | 2:16-cv-17165 | Y | 270 |
| Clendenon v. Sanofi S.A. et al | 2:16-cv-17157 | Y | 19 |
| Clinton v. Sanofi S.A. et al | 2:16-cv-15814 | Y | 28 |
| Couvillier v. Sanofi S.A. et al | 2:16-cv-16938 | Y | 29 |
| Craddock v. Sanofi S.A. et al | 2:16-cv-15572 | Y | 30 |
| Crawford v. Sanofi S.A. et al | 2:16-cv-17151 | Y | 19 |
| Culpepper v. Sanofi S.A. et al | 2:16-cv-17914 | Y | 19 |
| Cyprian v. Sanofi S.A. et al | 2:16-cv-15661 | NR | |
| Daley v. Sanofi S.A. et al | 2:17-cv-04825 | Y | 19 |
| Daniels v. Sanofi S.A. et al | 2:17-cv-05275 | NR | |
| Daughtry v. Sanofi S.A. et al | 2:16-cv-17053 | Y | 31 |
| Davis v. Sanofi S.A. et al | 2:16-cv-17985 | Y | 32 |
| Davis v. Sanofi S.A. et al | 2:17-cv-02309 | Y | 19 |
| Davis v. Sanofi S.A. et al | 2:17-cv-05900 | NR | |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 | Y | 33 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Deggs v. Sanofi S.A. et al | 2:17-cv-00588 | NR | |
| Detrixhe v. Sanofi S.A. et al | 2:16-cv-15313 | Y | 34 |
| Dimbo v. Sanofi S.A. et al | 2:16-cv-17057 | Y | 35 |
| Doering et al v. Sanofi S.A. et al | 2:17-cv-06245 | NR | |
| Doughty v. Sanofi S.A. et al | 2:17-cv-05268 | Y | 36 |
| Downs v. Sanofi S.A. et al | 2:17-cv-01106 | NR | |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 | NR | |
| Dukes v. Sanofi S.A. et al | 2:16-cv-17048 | Y | 37 |
| Edwards-Woodard et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16799 | NR | |
| Erkins v. Sanofi S.A. et al | 2:16-cv-17131 | Y | 19 |
| Fuller v. Sanofi S.A. et al | 2:16-cv-17231 | Y | 38 |
| Gabriel v. Sanofi S.A. et al | 2:16-cv-16788 | NR | |
| Georgalos vs. Sanofi S.A. et al | 2:16-cv-17314 | Y | 39 |
| George v. Sanofi S.A. et al | 2:17-cv-03585 | Y | 40 |
| Gibson v. Sanofi S.A. et al | 2:16-cv-16784 | NR | |
| Gilliland v. Sanofi S.A. et al | 2:17-cv-00449 | NR | |
| Granderson et al v. Sanofi S.A. et al | 2:16-cv-17152 | Y | 41 |
| Greene v. Sanofi S.A. LLC et al | 2:16-cv-16748 | Y | 42 |
| Griggs v. Sanofi S.A. et al | 2:16-cv-17064 | Y | 19 |
| Gross et al v. Sanofi S.A. et al | 2:16-cv-15570 | NR | |
| Gunn v. Sanofi S.A. et al | 2:17-cv-03638 | NR | |
| Harbin v. Sanofi S.A. et al | 2:17-cv-00096 | Y | 19 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17145 | Y | 19 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 | Y | 43 |
| Hartley v. Sanofi S.A. et al | 2:16-cv-16792 | NR | |
| Haupt v. Sanofi S.A. et al | 2:17-cv-03578 | NR | |
| Hawkins v. Sanofi S.A. et al | 2:17-cv-03380 | NR | |
| Hawkins v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16790 | NR | |
| Herron v. Sanofi S.A. et al | 2:16-cv-17092 | Y | 19 |
| Hershey v. Sanofi S.A. et al | 2:17-cv-01170 | NR | |
| Hiles v. Sanofi S.A. et al | 2:17-cv-05379 | NR | |
| Hitchen v. Sanofi S.A. et al | 2:17-cv-05786 | NR | |
| Hollis v. Sanofi S.A. et al | 2:16-cv-17099 | NR | |
| Hubbard v. Sanofi S.A. et al | 2:17-cv-00317 | NR | |
| Jackson v. Sanofi S.A. et al | 2:16-cv-17127 | NR | |
| Jackson v. Sanofi S.A. et al | 2:16-cv-17138 | Y | 44 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 | NR | |
| Jackson v. Sanofi S.A. et al | 2:17-cv-03770 | Y | 45 |
| Janjanin v. Sanofi S.A. et al | 2:17-cv-00885 | NR | |
| Johnson v. Sanofi S.A. | 2:16-cv-15581 | Y | 46 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17074 | Y | 47 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17166 | Y | 19 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17976 | Y | 48 |
| Joiner v. Sanofi S.A. et al | 2:16-cv-17030 | NR | |
| Jolivette v. Sanofi-Aventis U.S., Inc. et al | 2:17-cv-02297 | Y | 49 |
| Jones v. Sanofi S.A. et al | 2:16-cv-15498 | Y | 50 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17103 | Y | 51 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17209 | Y | 19 |
| Justice v. Sanofi S.A. et al | 2:16-cv-17186 | Y | 52 |
| Keys v. Sanofi S.A. et al | 2:16-cv-17504 | Y | 53 |
| Klock v. Sanofi S.A., et al | 2:16-cv-14197 | Y | 19 |
| Knox v. Sanofi S.A. et al | 2:17-cv-06284 | NR | |
| Koontz v. Sanofi S.A. et al | 2:16-cv-15310 | Y | 19 |
| Lewis v. Sanofi S.A. et al | 2:16-cv-17185 | Y | 54 |
| Little v. Sanofi S.A. et al | 2:16-cv-17022 | NR | |
| Long v. Sanofi S.A. et al | 2:17-cv-01166 | NR | |
| Manigault v. Sanofi S.A. et al | 2:16-cv-17214 | Y | 55 |
| Markham v. Sanofi S.A. et al | 2:17-cv-04495 | NR | |
| Mayfield v. Sanofi SA et al | 2:17-cv-00116 | Y | 19 |
| McCullom v. Sanofi S.A. et al | 2:16-cv-17197 | Y | 56 |
| McCullough v. Sanofi, S.A., et al. | 2:16-cv-15511 | Y | 19 |
| McDowell v. Sanofi S.A. et al | 2:16-cv-17212 | Y | 19 |
| Mendoza v. Sanofi S.A. et al | 2:17-cv-03397 | NR | |
| Monger v. Sanofi S.A. LLC et al | 2:16-cv-16750 | Y | 19 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 | NR | |
| Mott v. Sanofi S.A. et al | 2:17-cv-03754 | NR | |
| Mottola v. Sanofi S.A. et al | 2:16-cv-15320 | Y | 57 |
| Nelson v. Sanofi S.A. et al | 2:17-cv-05670 | Y | 58 |
| Newton v. Sanofi S.A. et al | 2:17-cv-06288 | Y | 59 |
| Norman v. Sanofi S.A., et al | 2:17-cv-01603 | NR | |
| O'Brien vs. Sanofi S.A. et al | 2:16-cv-17508 | Y | 60 |
| Palmatier v. Sanofi S.A. et al | 2:16-cv-17223 | Y | 61 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Pantalion vs. Sanofi-Aventis U.S. LLC | 2:17-cv-05968 | NR | |
| Papoulis v. Sanofi S.A. et al | 2:16-cv-17207 | Y | 62 |
| Parkinson v. Sanofi S.A. et al | 2:17-cv-00960 | NR | |
| Patterson v. Sanofi S.A. et al | 2:16-cv-17072 | Y | 63 |
| Paxton v. Sanofi S.A. et al | 2:17-cv-05488 | NR | |
| Payne v. Sanofi S.A. et al | 2:16-cv-17200 | Y | 64 |
| Pearson v. Sanofi S.A. et al | 2:16-cv-17840 | NR | |
| Pelfrey v. Sanofi S.A. et al | 2:16-cv-17228 | Y | 65 |
| Petties v. Sanofi S.A. et al | 2:16-cv-17183 | Y | 19 |
| Phillips v. Sanofi S.A. et al | 2:16-cv-15513 | Y | 19 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 | NR | |
| Pirozzoli v. Sanofi S.A. et al | 2:16-cv-17191 | Y | 19 |
| Pradat v. Sanofi S.A. et al | 2:17-cv-03752 | NR | |
| Pryor-Lynch v. Sanofi S.A. et al | 2:16-cv-17337 | NR | |
| Randall v. Sanofi S.A. et al | 2:16-cv-17511 | Y | 19 |
| Renaud v. Sanofi S.A. et al | 2:17-cv-01209 | NR | |
| Richards et al v. Sanofi S.A. et al | 2:17-cv-06289 | Y | 66 |
| Richardson v. Sanofi S.A. et al | 2:17-cv-03430 | NR | |
| Rieder v. Sanofi S.A. et al | 2:17-cv-04824 | Y | 19 |
| Robertson v. Sanofi S.A. et al | 2:17-cv-04839 | NR | |
| Robinson v. Sanofi S. A. LLC et al | 2:16-cv-16740 | NR | |
| Roe v. Sanofi S A et al | 2:16-cv-17943 | Y | 67 |
| Rogers v. Sanofi S.A. et al | 2:16-cv-14486 | NR | |
| Rome v. Sanofi S.A. et al | 2:16-cv-17075 | Y | 68 |
| Rowe v. Sanofi S.A. et al | 2:17-cv-05557 | NR | |
| Russell v. Sanofi S.A. LLC et al | 2:16-cv-17330 | NR | |
| Santiago v. Sanofi S.A. et al | 2:16-cv-16935 | Y | 69 |
| Santoro v. Sanofi S.A., et al | 2:17-cv-02270 | NR | |
| Sassen v. Sanofi S.A. et al | 2:17-cv-06291 | NR | |
| Scarborough v. Sanofi S.A. et al | 2:17-cv-06292 | Y | 70 |
| Scott v. Sanofi S.A. et al | 2:16-cv-16794 | NR | |
| Section v. Sanofi S.A. et al | 2:16-cv-17147 | Y | 71 |
| Selders v. Sanofi S.A. et al | 2:16-cv-17156 | Y | 72 |
| September v. Sanofi S.A. et al | 2:16-cv-17227 | Y | 19 |
| Seymore v. Sanofi S.A. et al | 2:16-cv-16795 | NR | |
| Shea v. Sanofi S.A. et al | 2:16-cv-17497 | Y | 19 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Shoemaker v. Sanofi S.A. et al | 2:16-cv-17066 | Y | 73 |
| Sibley v. Sanofi S.A. et al | 2:16-cv-17035 | NR | |
| Simmons v. Sanofi S.A. et al | 2:16-cv-17496 | Y | 74 |
| Slade v. Sanofi S.A. et al | 2:16-cv-15571 | Y | 75 |
| Smallman-Lloyd v. Sanofi S.A. et al | 2:16-cv-17129 | NR | |
| Smith v. Sanofi S.A. et al | 2:16-cv-17162 | Y | 76 |
| Spann v. Sanofi S.A. et al | 2:16-cv-15291 | Y | 77 |
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 | Y | 78 |
| St. Ann v. Sanofi S.A. et al | 2:16-cv-17179 | Y | 79 |
| Stallworth v. Sanofi S.A. et al | 2:16-cv-17047 | Y | 80 |
| Steinbeiser v. Sanofi S.A. et al | 2:17-cv-03403 | NR | |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 | Y | 81 |
| Stinnett v. Sanofi S.A. et al | 2:16-cv-17071 | Y | 82 |
| Stone v. Sanofi S.A. et al | 2:16-cv-16798 | NR | |
| Strickland v. Sanofi S.A. et al | 2:16-cv-17067 | Y | 19 |
| Stuckey v. Sanofi S.A. et al | 2:17-cv-05603 | NR | |
| Sullen v. Sanofi S.A. et al | 2:16-cv-17106 | Y | 83 |
| Sykes v. Sanofi S.A. et al | 2:16-cv-17043 | NR | |
| Tarver v. Sanofi SA et al | 2:17-cv-00094 | Y | 19 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-03408 | NR | |
| Tentori v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-02008 | NR | |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17213 | Y | 84 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17981 | Y | 85 |
| Thompson v. Sanofi S.A. et al | 2:16-cv-17194 | Y | 86 |
| Tipton v. Sanofi S.A. et al | 2:16-cv-17232 | Y | 87 |
| Traylor v. Sanofi S.A. et al | 2:16-cv-15295 | Y | 88 |
| Turner v. Sanofi S.A. et al | 2:16-cv-17199 | Y | 19 |
| Vandiver v. Sanofi S.A. et al | 2:17-cv-00918 | Y | 89 |
| Villa v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17949 | NR | |
| Walker v. Sanofi S.A. et al | 2:16-cv-16032 | NR | |
| Walker v. Sanofi S.A. et al | 2:17-cv-05084 | NR | |
| Walker vs. Sanofi S.A. et al | 2:16-cv-17495 | Y | 90 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 | Y | 91 |
| Ward v. Sanofi S.A. et al | 2:16-cv-17493 | Y | 92 |
| Wartberg v. Sanofi S.A. et al | 2:16-cv-16932 | Y | 74 |
| Webb-McConnell v. Sanofi S.A. et al | 2:16-cv-17155 | Y | 93 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Wells v. Sanofi S.A. et al | 2:17-cv-06358 | NR | |
| West v. Sanofi U.S. Services Inc. et al | 2:17-cv-02067 | NR | |
| Whitaker v. Sanofi S.A. et al | 2:16-cv-17221 | Y | 94 |
| White v. Sanofi S.A. et al | 2:17-cv-01640 | NR | |
| White v. Sanofi S.A. et al | 2:17-cv-05007 | NR | |
| Willard v. Sanofi S.A., et al | 2:16-cv-15574 | Y | 19 |
| Williams v. Sanofi Aventis S.A. et al | 2:16-cv-17215 | Y | 95 |
| Williams v. Sanofi S.A. et al | 2:16-cv-14479 | NR | |
| Williams v. Sanofi S.A. et al | 2:16-cv-17034 | Y | 96 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17044 | Y | 97 |
| Willis v. Sanofi S.A. et al | 2:16-cv-17492 | Y | 67 |
| Wood v. Sanofi S.A. et al | 2:16-cv-15321 | Y | 98 |
| Woodgett et al v. Sanofi SA et al | 2:16-cv-15491 | NR | |
| Young v. Sanofi S.A. et al | 2:16-cv-16800 | NR | |
| Young v. Sanofi S.A. et al | 2:16-cv-17235 | Y | 19 |
| Zenon v. Sanofi S.A. et al | 2:16-cv-17175 | Y | 19 |
| PFS Not Substantially Complete (Sanofi Defendants) | | | |
| Abshire v. Sanofi S.A. et al | 2:16-cv-17373 | NR | |
| Adams v. Sanofi S.A. et al | 2:16-cv-16299 | Y | 99 |
| Allen v. Sanofi S.A. et al | 2:17-cv-06967 | NR | |
| Allison v. Sanofi S.A. et al | 2:17-cv-06957 | NR | |
| Anderson v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16901 | N | |
| Archangel v. Sanofi-Aventis U.S., Inc et al | 2:16-cv-16248 | Y | 100 |
| Baker v. Sanofi S.A. et al | 2:16-cv-17060 | Y | 101 |
| Ballard v. Sanofi S.A. et al | 2:17-cv-00248 | Y | 102 |
| Baxter v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-01502 | Y | 103 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17108 | Y | 104 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17573 | NR | |
| Bemiss v. Sanofi S.A. et al | 2:16-cv-06425 | Y | 105 |
| Berge v. Sanofi S.A. et al | 2:17-cv-07179 | NR | |
| Bias v. Sanofi S.A. et al | 2:16-cv-17171 | Y | 106 |
| Bishop v. Sanofi SA et al | 2:16-cv-15579 | Y | 107 |
| Blancett et al v. Sanofi S.A. et al | 2:17-cv-07768 | Y | 108 |
| Bloxton v. Sanofi S.A. et al | 2:16-cv-17037 | Y | 109 |
| Booth v. Sanofi S.A. et al | 2:17-cv-05590 | Y | 110 |
| Breslauer v. Sanofi S.A. et al | 2:17-cv-01199 | Y | 111 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Brown v. Sanofi S.A. et al | 2:16-cv-17160 | Y | 112 |
| Brown v. Sanofi S.A. et al | 2:17-cv-05427 | Y | 113 |
| Brown v. Sanofi S.A. et al | 2:17-cv-05874 | NR | |
| Brucker v. Sanofi S.A. et al | 2:17-cv-07105 | NR | |
| Burns v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16778 | Y | 114 |
| Bush v. Sanofi S.A. et al | 2:16-cv-17049 | Y | 115 |
| Butler v. Sanofi S.A. et al | 2:17-cv-02135 | Y | 23 |
| Butlers v. Sanofi S A et al | 2:16-cv-17946 | Y | 24 |
| Byers v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00610 | Y | 116 |
| Carbino et al v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00539 | Y | 117 |
| Carver v. Sanofi S.A. et al | 2:16-cv-17192 | Y | 118 |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 | Y | 119 |
| Chapman v. Sanofi S.A. et al | 2:17-cv-06911 | Y | 120 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 | Y | 121 |
| Chase v. Sanofi S.A. et al | 2:16-cv-15317 | NR | |
| Chavez v. Sanofi S.A. et al | 2:17-cv-07497 | Y | 122 |
| Cheairs v. Sanofi S.A. et al | 2:17-cv-05910 | Y | 123 |
| Clinton v. Sanofi S.A. et al | 2:16-cv-15814 | Y | 28 |
| Collins v. Sanofi S.A. et al | 2:17-cv-05476 | NR | |
| Cook v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17980 | Y | 124 |
| Copeland v. Sanofi S.A. et al | 2:17-cv-05913 | Y | 125 |
| Couvillier v. Sanofi S.A. et al | 2:16-cv-16938 | Y | 29 |
| Craddock v. Sanofi S.A. et al | 2:16-cv-15572 | Y | 30 |
| Crawford v. Sanofi S.A. et al | 2:16-cv-17151 | Y | 19 |
| Culpepper v. Sanofi S.A. et al | 2:16-cv-17914 | Y | 19 |
| Daniels v. Sanofi S.A. et al | 2:17-cv-05275 | Y | 126 |
| Daubert v. Sanofi S.A. et al | 2:17-cv-07575 | Y | 127 |
| Daughtry v. Sanofi S.A. et al | 2:16-cv-17053 | Y | 31 |
| Davis v. Sanofi S.A. et al | 2:16-cv-17985 | Y | 32 |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 | Y | 33 |
| Dickerson et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16776 | Y | 128 |
| Dukes v. Sanofi S.A. et al | 2:16-cv-17048 | Y | 37 |
| Edwards-Woodard et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16799 | Y | 129 |
| Eidel v. Sanofi S.A. et al | 2:17-cv-06024 | Y | 130 |
| Ellois v. Sanofi S.A. et al | 2:17-cv-03487 | Y | 131 |
| Encalarde v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15863 | Y | 132 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Erkins v. Sanofi S.A. et al | 2:16-cv-17131 | Y | 133 |
| Everett v. Sanofi S.A. et al | 2:17-cv-06025 | Y | 134 |
| Evridge v. Sanofi S.A. et al | 2:17-cv-06742 | Y | 135 |
| Fair v. Sanofi Aventis US Inc et al | 2:16-cv-17252 | Y | 136 |
| Fallon et al v. Sanofi S.A. et al | 2:17-cv-06271 | Y | 137 |
| Ferguson v. Sanofi S.A. et al | 2:17-cv-03743 | Y | 138 |
| Fontenot v. Sanofi S.A. et al | 2:17-cv-00802 | Y | 139 |
| Francl v. Sanofi S.A. et al | 2:17-cv-07930 | NR | |
| Francois v. Sanofi S.A. et al | 2:17-cv-04811 | NR | |
| Franklin v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15843 | Y | 140 |
| Freeman v. Sanofi S.A. et al | 2:17-cv-06151 | NR | |
| Fuller et al v. Sanofi S.A. et al | 2:17-cv-06194 | Y | 141 |
| Fultz et al v. Sanofi S.A. et al | 2:17-cv-07772 | Y | 142 |
| Garner v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16803 | Y | 143 |
| Garza v. Sanofi S.A. et al | 2:17-cv-07206 | NR | |
| Gibian v. Sanofi S.A. et al | 2:17-cv-01800 | Y | 144 |
| Gibson et al v. Sanofi S.A. et al | 2:17-cv-06236 | Y | 145 |
| Gillespie v. Sanofi S.A. et al | 2:17-cv-06255 | Y | 146 |
| Gilliland v. Sanofi S.A. et al | 2:17-cv-00449 | Y | 147 |
| Glaze v. Sanofi S.A. et al | 2:17-cv-06238 | Y | 148 |
| Goeman et al v. Sanofi S.A. et al | 2:17-cv-06970 | Y | 149 |
| Gordon v. Sanofi S. A. LLC et al | 2:16-cv-16742 | Y | 150 |
| Greene v. Sanofi S.A. LLC et al | 2:16-cv-16748 | Y | 151 |
| Gregorich et al v. Sanofi S.A. et al | 2:17-cv-06327 | Y | 152 |
| Griggs v. Sanofi S.A. et al | 2:16-cv-17064 | Y | 153 |
| Grumet v. Sanofi S.A. et al | 2:17-cv-01801 | Y | 154 |
| Gulley v. Sanofi S.A. et al | 2:17-cv-06907 | Y | 155 |
| Guthrie v. Sanofi S.A. et al | 2:17-cv-06308 | NR | |
| Hammond v. Sanofi S.A. et al | 2:16-cv-17256 | Y | 156 |
| Hampton et al v. Sanofi S.A. et al | 2:16-cv-17336 | NR | |
| Hanes v. Sanofi S.A. et al | 2:16-cv-15499 | Y | 157 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 | Y | 43 |
| Hartso v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17984 | Y | 158 |
| Hartzog v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15400 | Y | 159 |
| Harvey v. Sanofi S.A. et al | 2:17-cv-06558 | Y | 160 |
| Hawkins v. Sanofi S.A. et al | 2:16-cv-17188 | Y | 161 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Hawkins v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16790 | Y | 162 |
| Haynes v. Sanofi S.A. et al | 2:16-cv-17723 | Y | 163 |
| Helms v. Sanofi S.A. et al | 2:17-cv-07774 | Y | 164 |
| Henderson et al v. Sanofi S.A. et al | 2:17-cv-08211 | NR | |
| Henderson v. Sanofi S.A. et al | 2:17-cv-04945 | Y | 165 |
| Henderson v. Sanofi S.A. et al | 2:17-cv-06257 | Y | 166 |
| Hernandez v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15600 | Y | 167 |
| Higgins v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15605 | Y | 168 |
| Hill v. Sanofi S.A. et al | 2:17-cv-05204 | NR | |
| Hockaday-Adams v. Sanofi S.A. et al | 2:16-cv-15563 | Y | 169 |
| Holbrook et al v. Sanofi S.A. et al | 2:17-cv-06555 | Y | 170 |
| Hollis v. Sanofi S.A. et al | 2:16-cv-17099 | NR | |
| Holmes v. Sanofi S.A. et al | 2:17-cv-06002 | NR | |
| Hooks et al v. Sanofi S.A. et al | 2:17-cv-07917 | Y | 171 |
| Hoskins v. Sanofi S.A. et al | 2:16-cv-17852 | Y | 172 |
| Howard v. Sanofi S.A. et al | 2:17-cv-06016 | Y | 173 |
| Howard v. Sanofi S.A. et al | 2:17-cv-06561 | Y | 174 |
| Jackson et al v. Sanofi S.A. et al | 2:16-cv-16796 | Y | 175 |
| Jackson v. Sanofi S A et al | 2:16-cv-17941 | Y | 74 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 | NR | |
| Jemmott v. Sanofi S.A. et al | 2:17-cv-06624 | Y | 176 |
| Johnson v. Sanofi S.A. | 2:16-cv-15581 | Y | 177 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17074 | Y | 178 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06604 | Y | 179 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06627 | Y | 180 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06629 | Y | 181 |
| Jolivette v. Sanofi-Aventis U.S., Inc. et al | 2:17-cv-02297 | Y | 182 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17209 | Y | 183 |
| Jones v. Sanofi S.A. et al | 2:17-cv-04055 | Y | 184 |
| Jones vs. Sanofi S.A. et al | 2:16-cv-17304 | Y | 185 |
| Kanemaru v. Sanofi S.A. et al | 2:17-cv-06031 | NR | |
| Keys v. Sanofi S.A. et al | 2:16-cv-17504 | Y | 186 |
| Knox v. Sanofi S.A. et al | 2:17-cv-06284 | Y | 187 |
| Koontz v. Sanofi S.A. et al | 2:16-cv-15310 | Y | 19 |
| Kravchenko v. Sanofi S.A. et al | 2:17-cv-08820 | NR | |
| Lackey v. Sanofi S.A. et al | 2:17-cv-06286 | Y | 188 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Ladner v. Sanofi S.A. et al | 2:16-cv-17368 | NR | |
| Lancien v. Sanofi S.A. et al | 2:17-cv-06707 | Y | 189 |
| Landry v. Sanofi S.A. et al | 2:17-cv-01211 | Y | 190 |
| Lawrence et al v. Sanofi S.A. et al | 2:17-cv-06807 | Y | 191 |
| Leggett v. Sanofi S.A. et al | 2:17-cv-06900 | Y | 192 |
| Leith v. Sanofi S.A. et al | 2:16-cv-15286 | Y | 193 |
| Lester v. Sanofi S.A. et al | 2:17-cv-06886 | Y | 194 |
| Lipman v. Sanofi S.A. et al | 2:17-cv-07083 | Y | 195 |
| Little v. Sanofi S.A. et al | 2:16-cv-17022 | Y | 196 |
| Lockett v. Sanofi S.A. et al | 2:17-cv-07095 | Y | 197 |
| Long v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16781 | NR | |
| Lonzo v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16793 | NR | |
| Love v. Sanofi S.A. et al | 2:17-cv-06605 | Y | 198 |
| Lowery v. Sanofi S.A. et al | 2:17-cv-07194 | NR | |
| Luellen-Williams v. Sanofi S.A. et al | 2:17-cv-00528 | Y | 199 |
| Lyles v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16773 | Y | 200 |
| Lyon v. Sanofi S.A. LLC et al | 2:16-cv-16749 | Y | 74 |
| Lyons et al v. Sanofi S.A. et al | 2:17-cv-07230 | NR | |
| Madril v. Sanofi S.A. et al | 2:17-cv-07234 | NR | |
| Mamola v. Sanofi S.A. et al | 2:17-cv-07286 | Y | 201 |
| Marco v. Sanofi S.A. et al | 2:16-cv-16939 | Y | 202 |
| Markey v. Sanofi S.A. et al | 2:16-cv-16934 | Y | 67 |
| Markham v. Sanofi S.A. et al | 2:17-cv-04495 | Y | 203 |
| Marks v. Sanofi S.A. et al | 2:17-cv-07288 | Y | 204 |
| Martin v. Sanofi S.A. et al | 2:17-cv-05797 | Y | 205 |
| Matthews et al v. Sanofi S.A. et al | 2:17-cv-07297 | Y | 206 |
| McCloud et al v. Sanofi S.A. et al | 2:17-cv-07300 | Y | 207 |
| McCullom v. Sanofi S.A. et al | 2:16-cv-17197 | Y | 208 |
| McCullough v. Sanofi, S.A., et al. | 2:16-cv-15511 | Y | 19 |
| McDaniel v. Sanofi S.A. et al | 2:17-cv-07719 | Y | 209 |
| McNeal v. Sanofi S.A. et al | 2:16-cv-17919 | Y | 210 |
| Mead-Nothaft v. Sanofi S.A. et al | 2:17-cv-07722 | NR | |
| Mink v. Sanofi S.A. et al | 2:17-cv-02931 | Y | 211 |
| Mitchell v. Sanofi S.A. et al | 2:16-cv-15578 | NR | |
| Monger v. Sanofi S.A. LLC et al | 2:16-cv-16750 | Y | 19 |
| Moore v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15842 | Y | 212 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 | NR | |
| Mottola v. Sanofi S.A. et al | 2:16-cv-15320 | Y | 213 |
| O'Connell v. Sanofi S.A. et al | 2:17-cv-06972 | NR | |
| Oliveri v. Sanofi S.A. et al | 2:17-cv-01176 | Y | 214 |
| Parkinson v. Sanofi S.A. et al | 2:17-cv-00960 | Y | 215 |
| Payne v. Sanofi S.A. et al | 2:16-cv-17200 | Y | 64 |
| Peddle v. Sanofi S.A. et al | 2:16-cv-17009 | Y | 216 |
| Pelfrey v. Sanofi S.A. et al | 2:16-cv-17228 | Y | 217 |
| Prince v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17801 | Y | 218 |
| Proctor v. Sanofi S.A. et al | 2:17-cv-05666 | Y | 219 |
| Pryor-Lynch v. Sanofi S.A. et al | 2:16-cv-17337 | Y | 220 |
| Rasmussen v. Sanofi S.A. et al | 2:17-cv-04840 | Y | 221 |
| Ray v. Sanofi S.A. et al | 2:16-cv-17070 | Y | 222 |
| Reed v. Sanofi S.A. et al | 2:16-cv-17843 | Y | 223 |
| Reynolds v. Sanofi S.A. et al | 2:17-cv-08517 | NR | |
| Richards et al v. Sanofi S.A. et al | 2:17-cv-06289 | Y | 66 |
| Rivers v. Sanofi S.A. et al | 2:17-cv-00862 | Y | 224 |
| Roach et al v. Sanofi S.A. et al | 2:17-cv-07918 | NR | |
| Robinson v. Sanofi S.A. et al | 2:17-cv-00753 | Y | 225 |
| Rome v. Sanofi S.A. et al | 2:16-cv-17075 | Y | 68 |
| Russell v. Sanofi S.A. et al | 2:17-cv-00117 | Y | 226 |
| Russell v. Sanofi S.A. et al | 2:17-cv-06728 | Y | 227 |
| Sassen v. Sanofi S.A. et al | 2:17-cv-06291 | Y | 228 |
| Shaw v. Sanofi S.A. et al | 2:17-cv-07777 | Y | 229 |
| Shea v. Sanofi S.A. et al | 2:16-cv-17497 | Y | 19 |
| Shoemaker v. Sanofi S.A. et al | 2:16-cv-17066 | Y | 73 |
| Shull v. Sanofi S.A. et al | 2:16-cv-16687 | Y | 230 |
| Sibley v. Sanofi S.A. et al | 2:16-cv-17035 | Y | 231 |
| Smith et al v. Sanofi S.A. et al | 2:17-cv-06888 | Y | 232 |
| Smith v. Sanofi S.A. et al | 2:16-cv-12943 | Y | 233 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17032 | Y | 234 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17202 | Y | 235 |
| Smith v. Sanofi S.A. et al | 2:17-cv-00486 | NR | |
| Smith v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15398 | Y | 236 |
| Spann v. Sanofi S.A. et al | 2:16-cv-15291 | Y | 237 |
| Spencer v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17538 | Y | 116 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 | Y | 238 |
| Stallworth v. Sanofi S.A. et al | 2:16-cv-17047 | Y | 80 |
| Stevens v. Sanofi S.A. et al | 2:17-cv-05918 | Y | 239 |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 | Y | 240 |
| Stewart et al v. Sanofi S.A. et al | 2:17-cv-07916 | Y | 241 |
| Stewart v. Sanofi S.A. et al | 2:17-cv-06860 | Y | 242 |
| Stinnett v. Sanofi S.A. et al | 2:16-cv-17071 | Y | 82 |
| Strickland v. Sanofi S.A. et al | 2:16-cv-17067 | Y | 19 |
| Sullen v. Sanofi S.A. et al | 2:16-cv-17106 | Y | 83 |
| Sykes v. Sanofi S.A. et al | 2:16-cv-17043 | Y | 243 |
| Tanner v. Sanofi S.A. et al | 2:17-cv-05711 | NR | |
| Tate-Hendricks v. Sanofi S.A. et al | 2:16-cv-17788 | NR | |
| Taylor v. Sanofi S.A. et al | 2:17-cv-06048 | Y | 244 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17213 | Y | 245 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17981 | Y | 246 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-01732 | Y | 247 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-07270 | Y | 248 |
| Thompson v. Sanofi S.A. et al | 2:16-cv-17194 | Y | 249 |
| Tipton v. Sanofi S.A. et al | 2:16-cv-17232 | Y | 250 |
| Trave' v. Sanofi S.A. et al | 2:17-cv-07577 | Y | 251 |
| Traylor v. Sanofi S.A. et al | 2:16-cv-15295 | Y | 252 |
| Vandiver v. Sanofi S.A. et al | 2:17-cv-00918 | Y | 89 |
| Villa v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17949 | NR | |
| Walker v. Sanofi S.A. et al | 2:17-cv-05084 | Y | 253 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 | Y | 254 |
| Ward v. Sanofi S.A. et al | 2:16-cv-17493 | Y | 92 |
| Wartberg v. Sanofi S.A. et al | 2:16-cv-16932 | Y | 74 |
| Washington v. Sanofi S.A. et al | 2:17-cv-06903 | NR | |
| Webb v. Sanofi S.A. et al | 2:17-cv-06642 | Y | 255 |
| Webb-McConnell v. Sanofi S.A. et al | 2:16-cv-17155 | Y | 256 |
| Welty v. Sanofi S.A. et al | 2:17-cv-06974 | NR | |
| Werning v. Sanofi S.A. et al | 2:16-cv-17169 | Y | 257 |
| Whitaker v. Sanofi S.A. et al | 2:16-cv-17221 | Y | 94 |
| White v. Sanofi S.A. et al | 2:16-cv-17068 | Y | 67 |
| Willard v. Sanofi S.A., et al | 2:16-cv-15574 | Y | 258 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17034 | Y | 259 |

| Matter Name | MDL Docket No. | Response Included (Y/N) or Parties Agreed Response Not Required (NR) | Exhibit No. |
|---|---|---|---|
| Williams v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-02194 | Y | 260 |
| Winkel v. Sanofi S.A. et al | 2:17-cv-06659 | NR | |
| Wittenberg vs. Sanofi S.A., et al | 2:17-cv-04838 | NR | |
| Wolfgang v. Sanofi S.A. et al | 2:16-cv-16236 | Y | 261 |
| Wright v. Aventis Pharma S.A. et al | 2:17-cv-10840 | NR | |
| Young v. Sanofi S.A. et al | 2:17-cv-05993 | NR | |
| Zenon v. Sanofi S.A. et al | 2:16-cv-17175 | Y | 262 |
| Missing PFS (505(b)(2) Defendants) | | | |
| Crussell et al v. Sanofi S.A. et al | 2:17-cv-06163 | NR | |
| Drake v. Accord Healthcare, Inc., et al. | 2:17-cv-07426 | NR | |
| Grace v. Sandoz, et al. | 2:17-cv-03716 | Y | 263 |
| Haldis v. Sanofi S.A. et al | 2:17-cv-07458 | NR | |
| Hatchett v. Sanofi, et al. | 2:17-cv-01673 | Y | 264 |
| Hayden v. Sanofi S.A. et al | 2:17-cv-06921 | Y | 265 |
| Parker v. Sanofi S.A. et al | 2:17-cv-06170 | NR | |
| Soto v. Sanofi S.A. et al | 2:17-cv-06913 | Y | 266 |
| Strong v. Sanofi S.A. et al | 2:17-cv-06908 | Y | 267 |
| Deficiency – No Response (505(b)(2) Defendants) | | | |
| Daniels v. Sanofi S.A., et al. | 2:17-cv-05275 | Y | 126 |
| Davis v. Sanofi S.A., et al. | 2:17-cv-05900 | NR | |
| Pickens v. Sanofi S.A., et al. | 2:17-cv-05898 | NR | |
| Rowe v. Sanofi S.A., et al. | 2:17-cv-05557 | Y | 268 |
| Substantially Deficient (505(b)(2) Defendants) | | | |
| Brown v. Sanofi-Aventis LLC, Sandoz Inc. | 2:16-cv-17928 | Y | 269 |
| Snow v. Sanofi S.A., et al. | 2:16-cv-16797 | NR | |
| McConnell v. Sanofi S.A. et al. | 2:16-cv-02740 | Y | 256 |