UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: : | |
| : | HON. KURT D. ENGELHARDT |
| : | |
| SHARON FERGUSON, : | |
|     Plaintiff(s), : | |
| vs. : | |
| SANOFI S.A., et al., : | |
|     Defendant(s). : | |
| Civil Case No.: 2:17-cv-3743 : | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS SANOFI DEFENDANTS AND FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Sharon Ferguson, by and through the undersigned counsel, Pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves in Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on April 21, 2017, (Sharon Ferguson v. Sanofi S.A., et al., Case No. 2:17-cv-3743). After filing, counsel obtained medical records that indicated Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as a proper defendants in this case. Thus, Plaintiff's proposed amendment would add Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as a defendants in this case.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Plaintiff also moves the Court to dismiss with prejudice Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services Inc. F/K/A, Sanofi-Aventis U.S. Inc., And Sanofi-Aventis U.S. LLC from this case.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by the requested dismissal or Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 5th day of March, 2018.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

Dated: March 5, 2018.

/s/ Trevor B. Rockstad
Trevor B. Rockstad

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: March 5, 2018.

/s/ Trevor B. Rockstad
Trevor B. Rockstad

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N"(5) |
| | : | |
| | : | HON. KURT D. ENGELHARDT |
| SHARON FERGUSON,<br>    Plaintiff(s), | : | |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| <u>SANOFI S.A., et al.</u>,<br>    Defendant(s). | : | |
| | : | |
| Civil Case No.: 2:17-cv-3743 | : | |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services Inc. F/K/A, Sanofi-Aventis U.S. Inc., And Sanofi-Aventis U.S. LLC are dismissed from this case with prejudice and the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the ____ day of _____, 2018.

_____
U.S. District Court Judge