UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KURT D. ENGELHARDT |
| SHARON FERGUSON,      Plaintiff(s), | : | |
| vs. | : | **ORDER** |
| SANOFI S.A., et al.,      Defendant(s). | : | |
| Civil Case No.: 2:17-cv-3743 | : | |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services Inc. F/K/A, Sanofi-Aventis U.S. Inc., And Sanofi-Aventis U.S. LLC are dismissed from this case with prejudice and the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the ____ day of _____, 2018.

_____
U.S. District Court Judge

5