# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| CARLAJUNE HALL, | |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | Civil Action No.: 2:17-cv-15336 |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., and SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |

Plaintiff CarlaJune Hall, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action No. 2:17-cv-15336. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no defendant has been served.

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of records who are CM/ECF participants.

Dated: March 8, 2018                               /s/ *Leslie LaMacchia*