IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Gladys Curry et al.v. Accord Healthcare, Inc. et al.*<br>Case No. 2:17-cv-15526 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Gladys Curry and Rufus Curry, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismiss all claims against Defendants, Accord Healthcare, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Plaintiffs' claims against Hospira, Inc., and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. shall remain pending.

Dated: March 8, 2018

                                                           Respectfully submitted,

                                                           */s/ Austin Whitten*
                                                           Chris T. Hellums, Esq.
                                                           Jon Mann, Esq.
                                                           Austin B. Whitten, Esq.
                                                           PITTMAN, DUTTON, & HELLUMS PC
                                                           2001 Park Place Tower
                                                           Suite 1100
                                                           Birmingham, AL 35203
                                                           Tel: (205) 322-8880
                                                           Fax: (205) 278-2711
                                                           PDH-efiling@pittmandutton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served by ECF, this 8th day of March, 2018, upon counsel of record.

/s/ Austin B. Whitten
OF COUNSEL