## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> JANICE MARTIN, <br><br>      Plaintiff, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC <br><br><br>      Defendants. | MDL No. 2740 <br><br> SECTION: "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action No.: 2:17-cv-14932 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Janice Martin, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-14932, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Johnson Law Group, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-11242. All parties shall bear their own costs.

  Dated: March 8, 2018                          Respectfully submitted,

                                                        /s/ Daniel P. Markoff
                                                        DANIEL P. MARKOFF, OBA#14886
                                                        BRIA A. HANLON, OBA #32412
                                                        Atkins & Markoff
                                                        9211 Lake Hefner Pkwy Ste 104
                                                        Oklahoma City OK 73120
                                                        (405) 607-8757
                                                        (405) 607-8749 (facsimile)
                                                        dmarkoff@atkinsandmarkoff.com
                                                        bhanlon@atkinsandmarkoff.com

                                                        *Counsel for Plaintiff*

By: */s/ Douglas J. Moore*
Douglas J. Moore, Esq. Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com

Harley Ratliff, Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
 Facsimile: (816) 421-5547
 Email: hratliff@shb.com
         kbieri@shb.com noproductid@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff