UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| PATRICIA LEE, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:17-cv-4487 |
| SANOFI-AVENTIS U.S. LLC, et al. | : : : | |
| Defendant. | : : | |
| ------------------------------------------------------------ | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Sanofi SA, Sanofi U.S. Services f/k/a/ Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, and Aventis Pharma SA. Each party to bear their own costs.

Plaintiff will seek leave to amend her complaint to add Accord Healthcare, Inc., based on the product identification received.

Dated this 8th day of March, 2018.

**KIRTLAND & PACKARD LLP**

BY: /s/ Ruth Rizkalla

Ruth Rizkalla, SBN#224973
Kirtland & Packard, LLP
1638 South Pacific Coast Hwy.
Redondo Beach, CA 90277
(310)536-1000
rr@kirtlandpackard.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of March, 2018.

/s/ Kyle Benkie

Kyle Benkie, Attorney for Plaintiff