UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : : PATRICIA LEE, an Individual, : : Plaintiff(s), : : vs. : : : SANOFI-AVENTIS U.S. LLC, et al, : : Defendant(s). : ------------------------------------------------------------ : | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH MOTION FOR LEAVE TO FILE AMENDED COMPLAINT Civil Action No.: 2:17-cv-4487 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Patricia Lee, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated this 8th day of March, 2018

Respectfully submitted,

KIRTLAND & PACKARD LLP

BY: /s/ Ruth Rizkalla

Ruth Rizkalla, SBN#224973
Kirtland & Packard, LLP
1638 South Pacific Coast Hwy.
Redondo Beach, CA 90277
(310)536-1000
rr@kirtlandpackard.com

Attorney for Plaintiff

1

## CERTIFICATE OF COMPLIANCE

I certifiy that I have obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have agreed to the motion at this time.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of March, 2018.

/s/ Kyle Benkie

Kyle Benkie, Attorney for Plaintiff