UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          )          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION   )
                                                             )          SECTION: "N" (5)
                                                             )
THIS DOCUMENT RELATES TO:       )
ALL ACTIONS                                        )

### CASE MANAGEMENT ORDER NO. 13
### [ORDER SELECTING FIRST BELLWETHER TRIAL PLAINTIFF(S) PURSUANT TO CASE MANAGEMENT ORDER NO. 3 (REC. DOC. 669)]

As contemplated by Case Management Order No. 3 (Rec. Doc. 669),[1] the parties have, through memoranda submitted to the Court, nominated and ranked four (4) cases to proceed to the second phase of discovery for the first bellwether trial set for Monday, September 24, 2018. Having carefully considered the parties' written submissions, **IT IS ORDERED** that the following plaintiffs, in order of preference, are designated to proceed to the second phase of discovery:

(1) Antoinette Durden, Case No. 2:16-cv-16635 (Primary Plaintiff);
(2) Tanya Francis, Case No. 2:16-cv-17410;
(3) Barbara Earnest, Case No. 2:16-cv-17144;
(4) Lisa Tuyes, Case No. 2:16-cv-15473;

New Orleans, Louisiana, this 9th day of March 2018.

                                                        KURT D. ENGELHARDT
                                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court also issued Case Management Order No. 11 (Rec. Doc. 1430), which amended and superseded Case Management Order No. 3 (Rec. Doc. 669) with regard to certain deadlines. However, if not specifically listed in Case Management Order No. 11 as an amended deadline, all other deadlines established in Case Management Document No. 3 remain in effect.