## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N"(5)** |
| | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| KATHLEEN BROOKS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | **Civil Action No.: 2:17-cv-12417** |
| | : | |
| ACCORD HEALTHCARE, INC., HOSPIRA, INC., | : | |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA | : | |
| WORLDWIDE, INC., SANDOZ INC., | : | |
| SANOFI S.A., AVENTIS PHARMA S.A, | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and | : | |
| doing business as Winthrop U.S., SANOFI US | : | |
| SERVICES INC. f/k/a SANOFI-AVENTIS U.S. | : | |
| INC., MCKESSON CORPORATION d/b/a | : | |
| MCKESSON PACKAGING, ACTAVIS LLC f/k/a | : | |
| ACTAVIS INC., ACTAVIS PHARMA, INC., | : | |
| PFIZER INC., SUN PHARMA GLOBAL FZE and | : | |
| SUN PHARMACEUTICAL INDUSTRIES, INC. | : | |
| F/K/A CARACO PHARMACEUTICAL | : | |
| LABORATORIES LTD., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Hospira, Inc.,

Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sanofi S.A., Aventis Pharma S.A,

Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi US Services

Inc. f/k/a Sanofi-Aventis U.S. Inc., McKesson Corporation d/b/a McKesson Packaging, Actavis

LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Pfizer Inc., Sun Pharma Global FZE, and Sun

Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only*.

     Dated this 12th day of March, 2018.

                          Respectfully Submitted:

By:    s/ *Michael P. McGartland*
       Michael P. McGartland
       MS Bar No. 100487
       McGartland Law Firm, PLLC
       University Centre I, Suite 500
       1300 South University Drive
       Fort Worth, Texas 76107
       Telephone: (817) 332-9300
       Facsimile: (817) 332-9301
       mike@mcgartland.com

       Peter T. Carthcart
       CA Bar No. 93611
       Magana Cathcart McCarthy
       1900 Avenue of Stars, Suite 650
       Los Angeles, CA 90067
       Telephone: (310) 553-6630
       Facsimile: (310) 407-2295
       ptc@mcmc-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 12th day of March, 2018.

<u>s/ *Michael P. McGartland*</u>
Michael P. McGartland