UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| KAY RICHIE,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., PFIZER INC., SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-11334 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Pfizer Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only.*

1

Dated this 12th day of March, 2018.

                Respectfully Submitted:

By:    s/ *Michael P. McGartland*
        Michael P. McGartland
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone: (817) 332-9300
        Facsimile: (817) 332-9301
        mike@mcgartland.com

        Chris T. Hellums
        AL Bar No. ASB-5583-L73C
        Jonathan S. Mann
        AL Bar No. ASB-1083-A36M
        Austin B. Whitten
        AL Bar No. ASB-7228-K13Y
        Pittman, Dutton & Hellums, P.C.
        2001 Park Place, #1100
        Birmingham, AL 35203
        Telephone: (205) 322-8880
        Facsimile: (205) 328-2711
        PDH-efiling@pittmandutton.com
        chrish@pittmandutton.com
        jonm@pittmandutton.com
        austinw@pittmandutton.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 12th day of March, 2018.

s/ *Michael P. McGartland*
Michael P. McGartland
