UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>CECILLE R. JORDAN v. SANOFI S.A., ET AL., Case No. 2:17-cv-10352-KDE-MBN | Civil Action No.: 2:17-cv-10352-KDE-MBN |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Cecille R. Jordan's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sun Pharmaceutical Industries, Inc. f/k/a/ Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Sandoz, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. or Hospira, Inc.

Dated this 12th day of March 2018.

| | |
|---|---|
| **WILLIAMS KHERKHER HART BOUNDAS, LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
| */s/ Brian A. Abramson*<br>Brian A. Abramson, Esq.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Phone: (713) 230-2200<br>Facsimile: (713) 643-6226 | */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux, Esq.<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Phone: (504) 310-2100 |

Email: babramson@williamskherkher.com
*Attorney for Plaintiff*

Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison Counsel for Defendants*

**CHAFFE MCCALL, LLP**

*/s/ John F. Olinde*_____
John F. Olinde
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
505b2liaison@chaffe.com

*Liaison Counsel for Defendants*

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Harley V. Ratliff*_____
Harley Ratliff, Esq.
Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO  64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
          kbieri@shb.com
          noproductid@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**QUINN EMANUEL URGHART & SULLIVAN, LLP**

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: maracuskergonzalez@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*_____
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ R. Clifton Merrell*_____
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**HINSHAW & CULBERTSON LLP**

*/s/ Geoffrey M. Coan*_____
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
Email: docenoprodid@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical*

*Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

*/s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*