**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

JUDGE ENGLEHARDT
MAG. JUDGE NORTH

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS DOCUMENT RELATES TO:

LETICIA LERMA v. SANOFI S.A., ET AL., Case No. 2:17-cv-10453-KDE-MBN

Civil Action No.: 2:17-cv-10453-KDE-MBN

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Leticia Lerma's claims against Sanofi S.A., Aventis Pharma S.A., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a/ Caraco Pharmaceutical Laboratories Ltd., Sandoz, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 12th day of March 2018.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226

**IRWIN FRITCHIE URQUHART & MOORE**

*/s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux, Esq.
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100

Email: babramson@williamskherkher.com
*Attorney for Plaintiff*

Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison Counsel for Defendants*

**CHAFFE MCCALL, LLP**

*/s/ John F. Olinde*___________________
John F. Olinde
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
505b2liaison@chaffe.com

*Liaison Counsel for Defendants*

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Harley V. Ratliff*__________________
Harley Ratliff, Esq.
Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**QUINN EMANUEL URGHART & SULLIVAN, LLP**

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:
maracuskergonzalez@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ R. Clifton Merrell*______________
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**HINSHAW & CULBERTSON LLP**

*/s/ Geoffrey M. Coan*_____________________
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
Email: docenoprodid@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

*/s/ Michael J. Suffern*________________
Michael J. Suffern
Kimberly L Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*