UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Irma Stevens v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-05918 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Irma Stevens, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, in response to Order to Show Cause No. 3 (R. Doc. 1760).

Ms. Stevens' Third Amended PFS was submitted on February 19, 2018, along with additional post-Taxotere-use photographs as requested by defendants. No deficiency notice has been received since that time. There is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a deficiency notice. Moreover, this would be grossly unfair: Ms. Stevens has not been notified of any deficiency in her Third Amended PFS, and a "not substantially complete" dismissal is unreasonable where there is no direction offered on what response or responses in the PFS are considered "incomplete." Also, McKesson Corporation has already served its Defendant Fact Sheet ("DFS") on Ms. Stevens, indicating that it considered her PFS requirements met sufficient to trigger its own deadline to respond with a DFS. As PTO 22 paragraph 8 states, plaintiffs' responses to the PFS shall be

treated as answers to interrogatories under Fed. R. Civ. P. 33. For disputes over interrogatories, there must necessarily be a "meet and confer" providing plaintiff notice and opportunity to cure any alleged deficiencies in her response. Without a deficiency notice, the requisite notice and opportunity to cure are missing.

Ms. Stevens' PFS history demonstrates her willingness to respond to deficiency notices: her first PFS was submitted on July 21, 2017, along with proof of use (medical records), proof of injury (photographs), and signed authorizations. Then, in response to a deficiency notice, an amended PFS was submitted on September 29, 2017. Finally, the third and current PFS was submitted on February 19, followed by additional photographs specifically requested by the defendants in their most recent, now-satisfied deficiency notice. Dismissal of Ms. Stevens' claim would abrogate this Court's own procedures for managing discovery disputes in this multi-district litigation.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

  I certify that on March 12, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                   */s/ Lauren E. Godshall*_____