# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Doris Hernandez v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15600 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Doris Hernandez, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, in response to Order to Show Cause No. 3 (R. Doc. 1760).

Ms. Hernandez submitted her second amended PFS on March 6, 2018, as well as additional medical records, in response to the first deficiency notice. There is currently no outstanding deficiency notice requiring further response from Ms. Hernandez at this time. There is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a pending deficiency notice. Dismissal at this juncture plainly would be premature.

Ms. Hernandez submitted her initial PFS, medical records and photos on October 26, 2017, and amended her PFS with additional information, including signed authorizations, on November 17, 2017. She received her first deficiency notice after this first amendment to the

PFS, and accordingly submitted the amended PFS described above, along with significant new medical records, on March 6, 2018. Defendants are within the 45 days from service of a PFS to serve a deficiency notice but, to date, have not done so. As Ms. Hernandez has submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response should be considered substantially complete.

     Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

    I certify that on March 12, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*_____

2