# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Pamela Smith  v. Sanofi-Aventis S.A.,
et al.*, Case No. 2:16-cv-15398

MDL NO. 2740

SECTION "N" (5)

HON. KURT D. ENGELHARDT

## RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Pamela Smith, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, in response to Order to Show Cause No. 3 (R. Doc. 1760).

Ms. Smith submitted her first amended PFS on March 6, 2018, as well as additional authorizations and verification in response to the first deficiency notice. There is currently no outstanding deficiency notice requiring further response from Ms. Smith at this time. There is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a deficiency notice. Dismissal at this juncture plainly would be premature.

Ms. Smith submitted her PFS, medical records and photos on October 17, 2017. She received her first deficiency notice and accordingly submitted the amended PFS described above, along with the additional requested authorization and verification, on March 6, 2018. Defendants are within the 45 days from service of a PFS to serve a deficiency notice but, to date, have not done so. Without a pending deficiency notice, dismissal is unwarranted. To the extent defendants

1

continue to object to the responses provided in the PFS, these objections must be provided to Ms. Smith such that an attempt to resolve any disputes can be made. As Ms. Smith has submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response should be considered substantially complete.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on March 12, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*