UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Juanita Russell  v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-06728 | |

**RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Juanita Russell, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, in response to Order to Show Cause No. 3 (R. Doc. 1760).

Ms. Russell submitted her third amended PFS on March 6, 2018, notwithstanding her prior submission of a PFS already deemed satisfactory by defendants. There is therefore no outstanding deficiency notice requiring further response from Ms. Johnson pending at this time. There is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a deficiency notice. Dismissal at this juncture would be premature, as well as unfair to Ms. Russell who has received no notification of the current deficiencies alleged by defendants and thus cannot begin to address such claimed deficiencies.

Ms. Russell initially submitted her PFS, medical records, authorization and verification on July 14, 2017.  She received her first deficiency notice and accordingly submitted an amended PFS, along with additional photographs and authorizations on September 19, 2017. In response

to a second deficiency notice served on November 3, 2017, Ms. Russell duly submitted a second amended fact sheet, as well as a written response to the deficiency notice and additional pre-treatment and post-treatment photographs, on December 6, 2017. Importantly, defendants did not serve a deficiency notice at any point following the submission of the December 6 PFS.

Ms. Russell nonetheless amended and submitted her PFS again on March 6, 2018, ensuring that defendants have all necessary information in her possession and as obtained by counsel. Given that 45 days elapsed since the December 6-PFS-submission without issuance of a deficiency notice, defendants have indicated their satisfaction with that PFS. Nonetheless, to the extent defendants are now dissatisfied with Ms. Russell's current response, they are within the 45 days from service of the third amended PFS to serve a deficiency notice. To date, they have not done so. Without a pending deficiency notice, dismissal is unwarranted. Moreover, as Ms. Russell has submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response should be considered substantially complete.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

  I certify that on March 12, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                */s/ Lauren E. Godshall*_____