UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tonikua Archangel v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-16248 | |

### RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Tonikua Archangel, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, in response to Order to Show Cause No. 3 (R. Doc. 1760).

Ms. Archangel provided her PFS and medical records on October 16, 2017, and received a deficiency notice in December. In response, counsel for Ms. Archangel researched additional potential sources of medical records, sought additional details about medical history from Ms. Archangel, and submitted the verified PFS and signed authorizations on March 12, 2018. Although this is a slightly delayed response to the deficiency notice, no prejudice will result to the defendants, nor will be the Court be inconvenienced, given that this case has not been set for trial, and there are no other deadlines or pending motions relating to her case. As Ms. Archangel has now submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response should be considered substantially complete.

1

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

>Respectfully submitted,
>
>*/s/ Lauren E. Godshall*____
>Betsy Barnes, LA # 19473
>Lauren E. Godshall, LA #31465
>Morris Bart, LLC
>601 Poydras St., 24th Fl.
>New Orleans, LA 70130
>Phone: (504) 525-8000
>Fax: (504) 599-3392
>bbarnes@morrisbart.com
>lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 12, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

>/*s/ Lauren E. Godshall*_____