UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF STATE

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| CHARLOTTE L. SUMMERS | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| PLAINTIFF, | |
| v. | |
| | CIVIL ACTION NO. 16-CV-16805 |
| SANOFI S.A., AVENTIS PHARMA S.A., et al | |
| DEFENDANTS. | |

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED
SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File First Amended Short form Complaint (Rec. Doc. 1195) in the above captioned matter.

New Orleans, Louisiana, this 13th day of March, 2018.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**