UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| KAREN LAWRENCE, | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 17-1939 |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : : | |
| Defendant(s). | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 1068).

New Orleans, Louisiana, this 5th day of March 2018.

Kurt D. Engelhardt
United States District Court Judge