IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ELLEN LOUQUE and DALE LOUQUE | SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiffs, | COMPLAINT & JURY DEMAND |
| v. | Civil Action No. 2:16-cv-17332 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | Section: _____ |
| Defendants. | |

**ORDER GRANTING MOTION TO DISMISS AND GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Dismiss with prejudice all claims against Defendants, Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S. (Rec. Doc. 1590);

Further, the Court GRANTS Leave to File Amended Short Form Complaint in the above captioned matter adding claims against HOSPIRA WORLDWIDE, INC. and/or HOSPIRA, INC.

New Orleans, Louisiana, this 13th day of March, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE