UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DANNELL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br>SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., and SSANOFI WINTHROP PHARMACEUTICALS INC.<br><br>Defendants.<br><br>Civil Case No. 2:17-cv-02194 | MDL NO.: 2740<br>SECTION: "N" (5)<br><br>JUDGE: KURT D. ENGELDARDT<br><br><br><br>MAG. JUDGE: NORTH<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT**

COMES NOW, Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original complaint was filed in the Eastern District of Louisiana on March 16, 2017 (*Dannell Williams v. Sanofi-Aventis U.S. Inc. et. al.* Case No. 2:17-cv-02194), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned complaint, Plaintiff learned through the

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

National Drug Code form sent from Ocshner Health system that Hospira, Inc. rather than Sanofi Aventis and its related entities, should have been named as the Defendant in Plaintiff's complaint. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, fourteen days have passed, and there is no opposition to this motion.

Respectfully submitted,

/s/ Jeffrey P. Berniard_____
Jeffrey P. Berniard
Louisiana Bar No. 29088
Berniard Law LLC
300 Lafayette St. Suite 101
New Orleans, LA. 70118
Phone: (504) 527-6225
Fax: (504) 617-6300
Email: Jeff@GetJeff.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's electronic court filing system.

Dated: March 13, 2018.

/s/Jeffrey P. Berniard
Jeffrey P. Berniard