UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO.: 2740**<br>**SECTION: "N" (5)** |
| THIS DOCUMENT RELATES TO: | |
| DANNELL WILLIAMS, | **JUDGE: KURT D. ENGELDARDT** |
| Plaintiff, | |
| v.<br>SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., and SSANOFI WINTHROP PHARMACEUTICALS INC. | **MAG. JUDGE: NORTH** |
| Defendants. | **JURY TRIAL DEMANDED** |
| Civil Case No. 2:17-cv-02194 | |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____ 2018

_____
JUDGE

1