**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO.: 2740** **SECTION: "N" (5)** |
| THIS DOCUMENT RELATES TO: | |
| DANNELL WILLIAMS, | **JUDGE: KURT D. ENGELDARDT** |
| Plaintiff, | |
| v. SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., and SANOFI WINTHROP PHARMACEUTICALS INC. | **MAG. JUDGE: NORTH** |
| Defendants. | **JURY TRIAL DEMANDED** |
| Civil Case No. 2:17-cv-02194 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Dannell Williams's claims against SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., and SANOFI WINTHROP PHARMACEUTICALS INC., only, be dismissed with prejudice, each party to bear its own cost. The Plaintiff Dannell Williams is amending her original

complaint to name Hospira, Inc., as the sole defendant.

Respectfully submitted,

/s/ Jeffrey P. Berniard_____
Jeffrey P. Berniard
Louisiana Bar No. 29088
Berniard Law LLC
300 Lafayette St. Suite 101
New Orleans, LA. 70118
Phone: (504) 527-6225
Fax: (504) 617-6300
Email: Jeff@GetJeff.com

Attorney for Plaintiff

Respectfully submitted,
By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
IRWIN FRITCHIE URQUHART
& MOORE
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
 kbrilleaux@irwinllc.com
Liaison counsel for the Defendants

 By: /s/ Harley V. Ratliff
 Harley V. Ratliff
 Kelly Bieri
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

2

Facsimile: (816) 421-5547
Email: hratliff@shb.com
 kbieri@shb.com
Attorneys for Defendants Sanofi S.A.,
Aventis Pharma SA.., Sanofi-Aventis
U.S. LLC, and Sanofi US Services Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's electronic court filing system.

Dated: March 13, 2018.

/s/Jeffrey P. Berniard
Jeffrey P. Berniard