# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LIITGATION | : | MDL NO. 2740 |
| | : | |
| Effie Perkins, | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | |
| | : | Civil Action No.: 2:17-cv-13671 |
| | : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Johns Hopkins Hospital.

Respectfully submitted this the 14th day of March, 2018.

    WHITFIELD BRYSON & MASON, LLP

    */s/ Daniel K. Bryson*
    Daniel K. Bryson
    NC State Bar: 15781
    John Hunter Bryson
    NC State Bar: 50602
    PO Box 12638
    Raleigh, NC 27605
    Telephone: 919-600-5000
    Facsimile: 919-600-5035
    Email: dan@wbmllp.com
    Email: hunter@wbmllp.com
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14th 2018, a copy of the foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC  400 Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@guinnemanuel.com

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansa City, MO 64108
noproductid@shb.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-taxotere-prodid@gtlaw.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
noproductid@tuckerellis.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw& Culbertson LLP
28 Sate Street
Boston, MA 02109
docenoprodid@hinshawlaw.com

                                       */s/ Daniel K. Bryson*
                                       Daniel K. Bryson