UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION "N" (5) |
| | : | |
| | : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | : | |
| *Laitman v. Sanofi-Aventis U.S. LLC et al,* | : | MAG. JUDGE MICHAEL B. NORTH |
| 2:17-cv-11965-KDE-MBN | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Melissa Laitman's claims against Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., and Sandoz Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Dated: March 13, 2018

 */s/ Dean A. Goetz*

Dean A. Goetz
THE GOETZ FIRM, INC.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com

 */s/ Douglas J. Moore*
Douglas J. Moore
Kelly Brilleaux
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email: dmoore@irwinllc.com
        kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

 */s/ John F. Olinde*
John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street

New Orleans, Louisiana 70163-2300
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
         505b2liaison@chaffe.com
*Liaison counsel for the Defendants*

   */s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: kbieri@shb.com
         hratliff@shb.com
         noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

   */s/ Evan Holden*
Evan Holden
R. Clifton Merrell
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: holdene@gtlaw.com
         merrellc@gtlaw.com
         Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

   */s/ Brandon D. Cox*
Brandon D. Cox
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: brandon.cox@tuckerellis.com
         julie.callsen@tuckerellis.com
         noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare*

*Inc.*

/s/ *Lavinia Denniston*
Lavinia Denniston
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: laviniadenniston@quinnemanuel.com
    maracuskergonzalez@quinnemanuel.com
    sararoitman@quinnemanuel.com
    Docetaxelproductid@quinnemanuel.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 14, 2018

/s/ *Dean A. Goetz*
Dean A. Goetz
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com