## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**    MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

            SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Katrina Wallace
Case No.: 17-cv-5619

---

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED SHORT FORM COMPLAINT

---

  **NOW COMES** Plaintiff Katrina Wallace, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: March 15, 2018      **JOHNSON BECKER, PLLC**

            /s/ Alexandra W. Robertson
            Alexandra W. Robertson, Esq. MN Bar #395619
            Timothy J. Becker, Esq. MN Bar #256663
            Johnson Becker, PLLC
            444 Cedar Street, Suite 1800
            St. Paul, Minnesota 55101
            (612) 436-1800 (telephone)
            arobertson@johnsonbecker.com
            tbecker@johnsonbecker.com

            **Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that March 15, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson