UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ Janet Eckman, | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:17-cv-11751 |
| SANOFI S.A., Sanofi US Services Inc., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Sanofi US Services Inc., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 15 day of March, 2018.

| | |
|---|---|
| JOHNSON BECKER, PLLC | IRWIN FRITCHIE URQUHART & MOORE |
| /s/ Alexandra Robertson | /s/ Douglas J. Moore |
| Alexandra Robertson, Esq. | Douglas J. Moore, Esq. |
| Timothy J. Becker, Esq. | 400 Poydras St. |
| 444 Cedar Street | Suite 2700 |
| Suite 1800 | New Orleans, LA 70130 |
| St. Paul, MN 55101 | Phone: 504-310-2100 |
| Phone: 612-436-1800 | Fax: 504-310-2100 |
| Fax: 612-436-1801 | Email: dmoore@irwinllc.com |
| Email: tbecker@johnsonbecker.com | |
| Attorney for Plaintiff | Attorney for Defendants |