# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Oralia Hernandez
Case No.: 17-cv-12632

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2018

_____
The Hon. Kurt D. Engelhardt