MINUTE ENTRY
NORTH, M.J.
MARCH 14, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NUMBER: 2740
        PRODUCTS LIABILITY
        LITIGATION

                                                             SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

        A further discovery/status conference was held on this date in the presence of a Court Reporter (Karen Ibos).

| | | | |
|---|---|---|---|
| PRESENT: | Douglas Moore | Harley Ratliff | John Olinde |
| | Patrick Oot | David Miceli | Zachary Wool |
| | Dawn Barrios | Lawrence Centola | Karen Menzies |
| | Dan Markoff | Jessica Perez | Palmer Lambert |
| PARTICIPATING BY PHONE: | | Kathy Kelly | Michael Suffern |
| | | Julie Callsen | Mara Gonzalez |
| | | Beth Toberman | Sam Cortina |
| | | Emily Jeffcott | Alexander Dwyer |

A telephone status conference is scheduled for March 28, 2018 at 1:00 p.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:40)