### BEFORE THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" |
| THIS DOCUMENT RELATES TO:<br>*Felicia B. Diallo, 2:17-cv-06999* | HON. KURT D. ENGELHARDT |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Pfizer, Inc. and Actavis Pharma, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 15 2018                                Respectfully submitted,

*/s/ E. Scott Verhine*
E. Scott Verhine
**Verhine & Verhine, PLLC**
1013 Adams Street
Vicksburg, MS 39183
Tel: (601) 636-0791
Fax: (601) 636-2718
scott@verhine.biz

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 15, 2018  */s/ E. Scott Verhine*
E. Scott Verhine