UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>VELMA JONES v. SANOFI S.A., ET AL., Case No. 2:17-cv-10159 | Civil Action No.: 2:17-CV-10159 |

.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff VELMA JONES, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, in Civil Action Case No. 2:17-cv-10159, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Plaintiff VELMA JONES, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-11543. All parties shall bear their own costs

Dated this 15th day of March 2018.

| | |
|---|---|
| **BACHUS & SCHANKER, LLC** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By:  s/J.Christopher Elliott<br>Christopher Elliott, Esq.<br>Kyle Bachus, Esq. | By:   */s/ Douglas J. Moore*<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux |

1

Darin Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
        kbrilleaux@irwinllc.com

Harley Ratliff, Esq.
Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO  64108
Email:  hratliff@shb.com
        kbierir@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*