UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Linda Nathan,  Plaintiff, | : : : | |

Vs.

Sanofi US Services, Inc. f/k/a Sanofi-Aventis
U.S. Inc, et al,
    Defendants.

Civil Case No.: 2:17-cv-13554

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Hospira, Inc. and Hospira Worldwide, LLC f/k/a/ Hospira Worldwide, Inc., McKesson Corporation d/b/a McKesson Packaging, Pfizer, Inc, Actavis LLC f/k/a Actavis, Inc., Actavis, Pharma, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice. Each party to bear its own attorneys' fees and costs.

Plaintiff will continue her claims against Accord Healthcare, Inc.

[SIGNATURE ON FOLLOWING PAGE]

This the 16th day of March, 2018.

                                              Whitfield Bryson & Mason LLP

                                              */s/ Daniel K. Bryson*
                                              Daniel K. Bryson
                                              N.C. Bar No. 15781
                                              900 W. Morgan Street
                                              Raleigh, NC 27603
                                              Telephone: 919-600-5000
                                              Facsimile: 919-600-5035
                                              Email: dan@wbmllp.com

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 16th day of March, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*