UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| | Civil Action No.: 2:17-cv-17311 |
| VALLORIE SHEPPARD, Plaintiff(s), | |
| vs. | |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S.INC.; SANOFI-AVENTIS U.S. LLC; Defendant(s). | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims in this matter against all Defendants in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice. Each party to bear its own attorneys' fees and costs. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no Defendant has been served with the Complaint and Summons in this matter.

Dated this 16 day of March, 2018.

By: /s/ Kristie L. Fischer

SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693

CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by Fed. R. Civ. P. 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 16 day of March, 2018.

By: _____
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com