BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" |
| THIS DOCUMENT RELATES TO:<br>*Felicia B. Diallo, 2:17-cv-06999* | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Sanofi Aventis U.S. LLC, Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide Inc, Hospira, Inc., Sun Pharma Global FZE, Sun Pharma Global, Inc., Allergan Finance LLC, and Winthrop U.S. Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 16 2018.                                                    Respectfully submitted,

                                                                                            */s/ E. Scott Verhine*
                                                                                            E. Scott Verhine
                                                                                            **Verhine & Verhine, PLLC**
                                                                                            1013 Adams Street
                                                                                            Vicksburg, MS 39183
                                                                                            Tel: (601) 636-0791
                                                                                            Fax: (601) 636-2718
                                                                                            scott@verhine.biz

                                                                                            ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 15, 2018.  */s/ E. Scott Verhine*
E. Scott Verhine