UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N" (5) |
| : | |
| THIS DOCUMENT RELATES : TO: Velesta Maxwell; 2:17-cv-16718 | JUDGE KURT D. ENGELHARDT |
| : | |
| : | MAG. JUDGE MICHAEL B. NORTH |
| : | |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses all claims against Defendants Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., *only*.

Dated this 16th day of March, 2018.

Respectfully submitted,

/s/ Michael J. Suffern
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Tel: (513) 698-5000
E-mail: jpeck@ulmer.com
E-mail: msuffern@ulmer.com
E-mail: kbeck@ulmer.com
**Counsel for Actavis Pharma Inc.**

Respectfully submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO# 69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 16th, 2018.

Respectfully submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO # 69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

Respectfully submitted,

/s/ Michael J. Suffern
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Tel: (513) 698-5000
E-mail:   jpeck@ulmer.com
E-mail: msuffern@ulmer.com
E-mail: kbeck@ulmer.com
***Counsel for Actavis Pharma Inc***