UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
  (1)  Barbara Earnest, Case No. 2:16-cv-17144

### THE SANOFI DEFENDANTS' PRELIMINARY WITNESS LIST

Pursuant to Case Management Order No. 3 and Case Management Order No. 11, defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi Defendants"), by and through undersigned counsel, submit the following preliminary list of all witnesses who may be called to testify at trial ("Preliminary Witness List"). Because discovery is in its early stages, it is not possible for the Sanofi Defendants to identify every witness they may call in this case. The Sanofi Defendants reserve the right to supplement, add and/or amend this list as discovery progresses.

The Sanofi Defendants reserve the right to call as witnesses:

1. Michael Rozycki
2. Linda Gustavson
3. Vijay Sammeta
4. Andris Ortmanis
5. Michael Amoroso
6. Hilary Schmidt
7. Pierre Mancini
8. Rick Schirmer
9. Arvind Singh

10. Suzanne Thornton-Jones
11. Lesley Fierro
12. Susan Foelix
13. Shang Jen
14. Vanina Groult
15. Adrian Goodall
16. Bhavesh Ashar
17. Daniel Bollag
18. John Schaeffer
19. Pranav Ray
20. Sunil Gupta
21. Nanae Hangai
22. Steven Neibart
23. Gerrit-Jan Nijveldt
24. Marissa Purdy
25. Emanuel Palatinsky
26. Frances Polizzano
27. Jean Sposaro
28. Cary Yonce
29. Kimberly Bassi
30. Laura Cooper
31. Beth Gordon
32. Gina Vestea

33. Isabelle Richard-Cassin

34. Mark Gaydos

35. Theresa Stathatos

36. Barret Childs

37. Michael Kopreski

38. Amy Freedman

39. Christelle Lamoril

40. Jennifer Mills

41. Greg Paddie

42. Barbara Earnest

43. Ralph Earnest

44. Michael Earnest

45. Ralph Earnest, Jr.

46. Ronald LeBlanc

47. Jules LeBlanc

48. Judy LeBlanc

49. Amy Bastoe

50. Debbie Burg

51. Dr. James Carinder

52. Dr. Bridgette Collins-Burow

53. Dr. Raymond Baez

54. Dr. Edward Manina

55. Dr. Martin Moehlen

56. Angela Lyons

57. Dr. M. Celesete Lagarde

58. Dr. Robert Shafor

59. Dr. Richard Karlin

60. Dr. Nicole Dufreschou

61. Dr. Jorge Vega

62. Dr. Bruce Samuels

63. Dr. Bryan Miller

64. Dr. Glen Hedgepeth

65. Dr. Paul Vega

66. Dr. Steven Hightower

67. Dr. Rory Duffour

68. Dr. Adela Narcisse

69. Any expert who provides a written report pursuant to Case Management Order No. 3.

70. Any witness listed on Plaintiff's preliminary or final witness list.

71. Any witness deposed in this matter.

72. Any doctor, physician, health care provider and/or other medical practitioner who treated or examined Plaintiff for breast cancer, hair loss, or for any other medical condition at issue in this lawsuit.

73. Any corporate representative(s) selected to testify on behalf of the Sanofi Defendants.

74. Records custodians of any of Plaintiff's medical providers.

75. Any witness necessary for impeachment or rebuttal.

76. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

77. Any witness identified in the Pre-Trial Order.

78. Any witness identified in any party's responses to discovery.

79. Any witness whose identity may become known in the course of ongoing discovery in this matter.

The Sanofi Defendants further reserve their right to call additional witnesses live or by deposition to address new issues not presently known based upon pleadings and discovery to date, to authenticate documents or to respond to admissions of evidence depending upon the rulings of the Court.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for the Sanofi Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*