UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
(1) Tanya Francis, Case No. 2:16-cv-17410

## THE SANOFI DEFENDANTS' PRELIMINARY WITNESS LIST

Pursuant to Case Management Order No. 3 and Case Management Order No. 11, defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi Defendants"), by and through undersigned counsel, submit the following preliminary list of all witnesses who may be called to testify at trial ("Preliminary Witness List"). Because discovery is in its early stages, it is not possible for the Sanofi Defendants to identify every witness they may call in this case. The Sanofi Defendants reserve the right to supplement, add and/or amend this list as discovery progresses.

The Sanofi Defendants reserve the right to call as witnesses:

1. Michael Rozycki

2. Linda Gustavson

3. Vijay Sammeta

4. Andris Ortmanis

5. Michael Amoroso

6. Hilary Schmidt

7. Pierre Mancini

8. Rick Schirmer

9. Arvind Singh

10. Suzanne Thornton-Jones

11. Lesley Fierro

12. Susan Foelix

13. Shang Jen

14. Vanina Groult

15. Adrian Goodall

16. Bhavesh Ashar

17. Daniel Bollag

18. John Schaeffer

19. Pranav Ray

20. Sunil Gupta

21. Nanae Hangai

22. Steven Neibart

23. Gerrit-Jan Nijveldt

24. Marissa Purdy

25. Emanuel Palatinsky

26. Frances Polizzano

27. Jean Sposaro

28. Cary Yonce

29. Kimberly Bassi

30. Laura Cooper

31. Beth Gordon

32. Gina Vestea

33. Isabelle Richard-Cassin

34. Mark Gaydos

35. Theresa Stathatos

36. Barret Childs

37. Michael Kopreski

38. Amy Freedman

39. Christelle Lamoril

40. Jennifer Mills

41. John Hamm

42. Tanya Francis

43. Dr. Cherian Verghese

44. Celeste Keller, N.P.

45. Janice Birkhoff, N.P.

46. Dr. William Robinson

47. Dr. Bertrand Tillery

48. Dr. Collins Burrow

49. Dr. Jane Wey

50. Dr. Evelyn Cantillo

51. Dr. Steven Jones

52. Wilmeka Mathis

53. Semaj Mathis

54. Rondranik Mathis

55. Preston Francis

56. Troy Jenkins

57. Tyran Jenkins Adams

58. Darius Jenkins Adams

59. Shirlene Francis

60. Any expert who provides a written report pursuant to Case Management Order No. 3.

61. Any witness listed on Plaintiff's preliminary or final witness list.

62. Any witness deposed in this matter.

63. Any doctor, physician, health care provider and/or other medical practitioner who treated or examined Plaintiff for breast cancer, hair loss, or for any other medical condition at issue in this lawsuit.

64. Any corporate representative(s) selected to testify on behalf of the Sanofi Defendants.

65. Records custodians of any of Plaintiff's medical providers.

66. Any witness necessary for impeachment or rebuttal.

67. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

68. Any witness identified in the Pre-Trial Order.

69. Any witness identified in any party's responses to discovery.

70. Any witness whose identity may become known in the course of ongoing discovery in this matter.

The Sanofi Defendants further reserve their right to call additional witnesses live or by deposition to address new issues not presently known based upon pleadings and discovery to date, to authenticate documents or to respond to admissions of evidence depending upon the rulings of the Court.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for the Sanofi Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*