UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| JUDY CARLSON, Plaintiff(s), | : : : | SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | : : : | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; SANDOZ, INC.; ACCORD HEALTH CARE, INC.; MCKESSON CORP. D/B/A MCKESSON PACKAGING; HOSPIRA, INC; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC F/K/A CARACO PHARMACEUTICAL LABORATORIES, LTD.; PFIZER, INC.; ACTAVIS, LLC F/K/A ACTAVIS, INC.; ACTAVIS PHARMA, INC.; EAGLE PHARMA, INC. Defendant(s). | : : : : : : : : : : : : | Civil Action No.: 2:17-cv-17950 |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A), that all claims asserted by Plaintiff Judy Carlson in the above captioned action against EAGLE PHARMA, INC. *only* be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Kristie L. Fischer
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com
*Attorney for Plaintiff*

1

Dmitriy Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Dmitriy.tishyevich@kirkland.com
*Attorney for Defendant Eagle Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 16, 2018

Respectfully submitted,

Kristie L. Fischer (NV Bar No. 11693)
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@caneparicdy.com