# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:

Betty Knott v. Sanofi S.A., et al.

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC AS NAMED DEFENDANTS**

Civil Action 2:17-cv-04701

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants (Rec. Doc. 1640) is GRANTED.

New Orleans, Louisiana, this 13th day of March, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge