UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC AS NAMED DEFENDANTS** |
| Betty Knott v. Sanofi S.A., et al. | Civil Action 2:17-cv-04701 |

**ORDER**

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants (Rec. Doc. 1732) is **GRANTED.**

New Orleans, Louisiana, this 13th day of March, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge