UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "N" (5) |
|---|---|

THIS DOCUMENT RELATES TO:

*Lisa Tuyes v. Sanofi S.A., et al.*
Case No. 2:16-cv-15473

## PLAINTIFF'S PRELIMINARY WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lisa Tuyes, who pursuant to this Honorable Court's Case Management Order No. 3 dated July 21, 2017 (Rec. Doc. 669) and Case Management Order No. 11 dated December 27, 2017 (Rec. Doc. 1430), hereby submits the following Preliminary Witness List in connection with the above captioned matter:

|   | Category: | Witness: |
|---|---|---|
|   | **Plaintiff:** |   |
| 1 |   | Lisa Tuyes |
|   | **Plaintiff-Specific Fact:** |   |
| 2 |   | Wayne Tuyes |
| 3 |   | Jennifer T. Spottswood |
| 4 |   | Aimee T. Anthony |
| 5 |   | Jason Spottswood |
| 6 |   | Karla Ortega |

1

| | | |
|---|---|---|
| 7 | | Randy Ortega |
| 8 | | Emily Tatum |
| 9 | | Karen Breath |
| 10 | | Debbie Hogue |
| 11 | | Steve Hogue |
| 12 | | Judy Baudier |
| 13 | | Rosalyn Eason |
| | **Plaintiff-Specific Fact/Expert:** | |
| 14 | | Richard B. Levine, M.D. |
| 15 | | Mack R. Holdiness, M.D. |
| 16 | | Dan Fertel, M.D. |
| 17 | | Jayne Gurtler, M.D. |
| 18 | | Robert Morales, M.D. |
| 19 | | Joseph F. Uddo, Jr., M.D. |
| 20 | | James B. Elston, M.D. |
| 21 | | Laura A. Brinz, M.D. |
| 22 | | Robert J. Allen, M.D. |
| 23 | | Paul D. Monsour, M.D. |
| 24 | | John T. Lindsey, M.D. |
| 25 | | David A. Dulitz, M.D. |
| 26 | | Susan C. Fuzzard, M.D. |

| | | |
|---|---|---|
| 27 | | Kathleen T. Sullivan, M.D. |
| 28 | | Alun R. Wang, M.D., Ph.D |
| 29 | | Carol A. Luttrell, M.D. |
| 30 | | Janet A. Burroff, M.D. |
| 31 | | Mary E. Lobrano, M.D. |
| 32 | | Melanie A. Sheen, M.D. |
| 33 | | Amy R. Stein |
| 34 | | Gustavo Alberto Colon De Ramery, M.D. |
| 35 | | David A. Jansen, M.D. |
| 36 | | Michael A. Wiedemann, M.D. |
| 37 | | Patricia S. Braly, M.D. |
| 38 | | Jeffrey F. Griffin, M.D. |
| 39 | | Jessica C. Ochsner |
| 40 | | Representative(s) and/or Records Custodian(s) of East Jefferson General Hospital |
| 41 | | Representative(s) and/or Records Custodian(s) of East Jefferson Wound Care Center |
| 42 | | Representative(s) and/or Records Custodian(s) of Alliance Endoscopy Center |
| 43 | | Representative(s) and/or Records Custodian(s) of A.W. Dermopathology Service |
| 44 | | Representative(s) and/or Records Custodian(s) of Liberator Medical Supply, Inc. |
| 45 | | Records Custodian(s) of Alfred G. Wiedemann, Jr. M.D. (deceased) |

| | | |
|---|---|---|
| 46 | | Records Custodian(s) of Hanckes A. Klein, M.D. (deceased) |
| 47 | | Representative(s) and/or Records Custodian(s) of American Cancer Society - Louisiana |
| 48 | | Representative(s) and/or Records Custodian(s) of Zury Beauty Supply |
| 49 | | Representative(s) and/or Records Custodian(s) of Jolee Le Belle Wig Shoppe |
| 50 | | Representative(s) and/or Records Custodian(s) of East Jefferson Radiation Oncology |
| 51 | | Representative(s) and/or Records Custodian(s) of Quest Diagnostics |
| 52 | | Representative(s) and/or Records Custodian(s) of Walgreens Pharmacy |
| 53 | | Representative(s) and/or Records Custodian(s) of Walmart Pharmacy |
| 54 | | Representative(s) and/or Records Custodian(s) of Walmart |
| 55 | | Representative(s) and/or Records Custodian(s) of Humana |
| 56 | | Representative(s) and/or Records Custodian(s) of Coventry Health Care of Louisiana |
| 57 | | Representative(s) and/or Records Custodian(s) of Patio Drugs |
| | **Plaintiff-Specific Defendant Representatives:** | |
| 58 | | Katherine Theunissen |
| 59 | | Suzanne Vercher |
| 60 | | Thomas Watson |
| 61 | | Robert McGuire |
| 62 | | Dawn Prewitt |

| | | |
|---|---|---|
| 63 | | John Hamm |
| 64 | | Michael Bushi |
| 65 | | David Bushnell |
| 66 | | Mark Rattray |
| 67 | | Timothy Pifer |
| 68 | | Patricia Knight |
| | **General Defendant Representatives:** | |
| 69 | | Mark Alles |
| 70 | | Louis Allesandrine |
| 71 | | Oscar Almeida |
| 72 | | Michael Amoroso |
| 73 | | Cheryl Anderson |
| 74 | | Susan Arbuck |
| 75 | | Bhavesh Ashar |
| 76 | | Sylvie Assadourian |
| 77 | | Kimberly Bassi |
| 78 | | William Berg |
| 79 | | Alan Bergstrom |
| 80 | | Jean-Pierre Bizzari |
| 81 | | Daniel Bollag |
| 82 | | Hugues Bourgeois |

| | | |
|---|---|---|
| 83 | | Jean Bourgouin |
| 84 | | Michael (Mike) Boyer |
| 85 | | Diana Brassard |
| 86 | | Randy Calus |
| 87 | | Cheryl Cavanaugh |
| 88 | | Marion Ceruzzi |
| 89 | | Daisy Chhatwal |
| 90 | | Barry Childs |
| 91 | | Frank Ciriello |
| 92 | | Laura Cooper |
| 93 | | Debra Dawson |
| 94 | | Dominique Destree |
| 95 | | Sylvain Durrleman |
| 96 | | Marty Duvall |
| 97 | | Essediq El Yandouzi |
| 98 | | Dominique Eugene |
| 99 | | David Ewing |
| 100 | | Arthur W. Fetter |
| 101 | | Leslie Fierro |
| 102 | | John Fischer |
| 103 | | Barry Flannelly |
| 104 | | Susan Foelix |

| | | |
|---|---|---|
| 105 | | Sillan Francois |
| 106 | | Amy Freedman |
| 107 | | Tejal Gandhi |
| 108 | | Anthony (Mark) Gaydos |
| 109 | | Christine Geffriaud-Ricouard |
| 110 | | Adrian Goodall |
| 111 | | Beth Gordon |
| 112 | | Susan Gorky |
| 113 | | Vanina Groult |
| 114 | | Alf H. Gruener |
| 115 | | Sunil Gupta |
| 116 | | Richard Gural |
| 117 | | Linda Gustavson |
| 118 | | Ronald Hamm |
| 119 | | Nanae Hangai |
| 120 | | Abebe Haregewoin |
| 121 | | Paul Hawthorne |
| 122 | | Jim Heinze |
| 123 | | Herve Hoppenot |
| 124 | | Lee Huang, Ph.D. |
| 125 | | Charles Hugh-Jones |
| 126 | | Shang Jen |


| | | |
|---|---|---|
| 127 | | Michael Johnson |
| 128 | | Richard Kadota |
| 129 | | Dottie Kaplan |
| 130 | | Michael Kopreski |
| 131 | | Jay Kraker |
| 132 | | Nicolas Kuehl |
| 133 | | Christelle Lamoril |
| 134 | | Shirlie Ledlie |
| 135 | | Joseph Lee |
| 136 | | John Leone |
| 137 | | Junfang Li |
| 138 | | Stephen Lin |
| 139 | | Diane Louie |
| 140 | | Barbara Lupinacci |
| 141 | | Madeline Malia |
| 142 | | Pierre Mancini |
| 143 | | Benedicte Marchal-Pugnat |
| 144 | | Anne-Margaret Martin |
| 145 | | Michael Medler |
| 146 | | Richard Mejasich |
| 147 | | Michael L. Meyers |
| 148 | | Linda Mikson |

| | | |
|---|---|---|
| 149 | | Jennifer Mills |
| 150 | | James Molt |
| 151 | | Mark Moyer |
| 152 | | Francois Nader |
| 153 | | Steven Neibart |
| 154 | | Patt Nevar |
| 155 | | Katherine Ng |
| 156 | | Mike Nicholas |
| 157 | | Gerrit-Jan Nijveldt |
| 158 | | Jo-Ann Oakley |
| 159 | | Denis O'Hara |
| 160 | | Steve Olsen |
| 161 | | Andris Ortmanis |
| 162 | | Emanuel Palatinsky |
| 163 | | Suraj Patel |
| 164 | | Sima Patel |
| 165 | | Alpesh Patel |
| 166 | | Camille Petrocco |
| 167 | | Eric Phillips |
| 168 | | Dave Pickhardt |
| 169 | | Frances Polizzano |
| 170 | | Ray Pranav |

| | | |
|---|---|---|
| 171 | | Marissa Purdy |
| 172 | | Mark Rattray |
| 173 | | Pranav Ray |
| 174 | | Leonard Rayno (Reyno) |
| 175 | | Christophe Reibaud |
| 176 | | Isabelle Richard-Cassin |
| 177 | | Martin Roessner |
| 178 | | Lewis Roht |
| 179 | | Michael Rozycki |
| 180 | | Dominique Salliere-Virolleaud |
| 181 | | MaryRose Salvacion |
| 182 | | Vijay Sammeta |
| 183 | | Pedro Santabarbara |
| 184 | | John Schaeffer |
| 185 | | Rick Schirmer |
| 186 | | Hilary Schmidt |
| 187 | | Dhiren Shah |
| 188 | | Francois Sillan |
| 189 | | Arvind Singh |
| 190 | | Kesslyn Smith |
| 191 | | Jean Sposaro |
| 192 | | Theresa (Teri) Stathatos |

| | | |
|---|---|---|
| 193 | | Barbara Stephenson |
| 194 | | Hei Jen Sun |
| 195 | | Max Talbott |
| 196 | | Suzanne Thornton-Jones |
| 197 | | Kao-Tai Tsai |
| 198 | | Gina Vestea |
| 199 | | Joan Wehler (Yatsko) |
| 200 | | Louise Wyhopen |
| 201 | | Cary Yonce |
| 202 | | Tal Zaks |
| 203 | | Elizabeth Barbieri |
| 204 | | Werner R. Beswoda, MD |
| 205 | | Sanjukta Bhaduri |
| 206 | | Monique Bianchi-Bischay |
| 207 | | Sandra Blitz |
| 208 | | Oscar Borg-Oliverier |
| 209 | | Dominique Borrits |
| 210 | | Hugues Bourgeois, MD |
| 211 | | Evelyne Brunel |
| 212 | | Lynn Ceurvels |
| 213 | | Youngsook Choi |
| 214 | | Craig Clark |

| | | |
|---|---|---|
| 215 | | Kim Creswick |
| 216 | | Isabelle Degeyter, MD |
| 217 | | Robert Earhart, MD |
| 218 | | Monique Furlan, MD |
| 219 | | Mireille Guerin |
| 220 | | Mary Gulla |
| 221 | | Imad Haddad |
| 222 | | Abebe Haregewoin, MD PhD |
| 223 | | Laurent-Didier Jacobs |
| 224 | | Philip Jacobs, PhD |
| 225 | | Tahira Jan |
| 226 | | Stephen E. Jones, MD |
| 227 | | Pascle Laine-Cessac, MD |
| 228 | | Stephanie Langouet |
| 229 | | Camille Loret |
| 230 | | Deborah Lough, BCS |
| 231 | | John Mackey, MD |
| 232 | | Miguel Martin, MD |
| 233 | | Ann Marie Mrowca, BS, MBA |
| 234 | | Jean-Marc Nabholtz, MD |
| 235 | | Sylvain Nicolas |
| 236 | | Julia Petses |

| | | |
|---|---|---|
| 237 | | Chris Prevezas, MD |
| 238 | | C. Price, MD |
| 239 | | Peter M. Ravdin, MD |
| 240 | | Alessandros Riva, MD |
| 241 | | Matthieu Rupin |
| 242 | | Leta Ruth, RN |
| 243 | | Frances A. Shepherd, MD |
| 244 | | Monica Shird |
| 245 | | Ira Steinberg |
| 246 | | Ben Tallon, MD |
| 247 | | Marybeth Toscano |
| 248 | | Lisa Trunzo |
| 249 | | Charles Vogel, MD |
| 250 | | E. Whipp, MD |
| 251 | | Veronique Wilson |
| 252 | | Christine Wyble |
| 253 | | Jihong Zong |
| 254 | | Alex Zukiwski, MD |
| | **Third Party Witnesses:** | |
| 255 | | EK Choi, MD |
| 256 | | Sarita Dubey, MD |

| | | |
|---|---|---|
| 257 | | Derrick Grant, MD |
| 258 | | Julie Lemieux, MD |
| 259 | | Scot M. Sedlacek, MD |
| 260 | | Joseph Sparano, MD |
| 261 | | Nicola Thorp, MD |
| 262 | | Representative(s) of Pivotal |
| 263 | | Representative(s) of HaldyMcIntosh & Associates |
| 264 | | Representative(s) of Synovate |
| 265 | | Representative(s) of Impact Rx |
| 266 | | Representative(s) of ONCOLink |
| 267 | | Representative(s) of Adelphi Research by Design |
| 268 | | Representative(s) of Compass/Ace |
| 269 | | Shirley Ledlie |
| 270 | | Karen Kirby |
| | **Witnesses to be Identified upon Completion of Discovery:** | |
| 271 | | Any witness listed on Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. Preliminary Witness List or Final Witness List. |
| 272 | | Any third party witness identified in ongoing discovery. |
| 273 | | Any expert witness who provides a written report pursuant to the Court's Scheduling Orders. |
| 274 | | Any non-retained treating expert witness. |

14

| 275 | | Any witness deposed in this matter. |
| --- | --- | --- |
| 276 | | Any witness necessary for impeachment and/or rebuttal. |
| 277 | | Any witness necessary to authenticate or otherwise establish the foundation for any exhibit. |
| 278 | | Any witness listed on the Pre-Trial Order. |
| 279 | | Any witness identified in any party's responses to discovery. |

As discovery is not complete, Plaintiff reserves her right to introduce any witness that becomes known during discovery of this matter or any witness listed by any other party. Plaintiff also reserves her right to introduce any witness necessary to authenticate any document, including any records custodian(s) of the above listed witnesses.

Further, Plaintiff reserves her right to supplement and amend this witness list once discovery is complete or within the time allowed by law.

Dated: March 16, 2018                                 Respectfully submitted,

                                                                        Betsy Barnes
                                                                        Morris Bart, LLC
                                                                        601 Poydras Street, 24th Floor
                                                                        New Orleans, LA 70130
                                                                        Phone: (504) 525-8000
                                                                        Fax: (504) 599-3392
                                                                        bbarnes@morrisbart.com

                                                                        *Counsel for Plaintiff, Lisa Tuyes*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

16

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
dmiceli@simmonsfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<div style="text-align:right">

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT

</div>