UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "N" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | |
| ALL ACTIONS ) | | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
PURSUANT TO CMO NO. 12**

Pursuant to Case Management Order No. 12 (Product Identification Order) ("CMO 12"), defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc., and McKesson Corporation d/b/a McKesson Packaging Services (collectively "Defendants"), hereby move to dismiss the cases identified in Appendix A for lack of compliance with Paragraphs 1-3 of CMO 12. *See* CMO 12, ¶ 11.

CMO 12 was created because thousands of Plaintiffs in MDL 2740 failed to collect Product ID Information[1] prior to filing suit[2] or as part of the Plaintiff Fact Sheet ("PFS")

---

[1] "Product ID Information" is defined in Paragraph 1 of CMO 12 as: "medical, pharmacy, billing (*i.e.*, a patient itemized statement), and/or insurance billing records from such infusion facility containing the National Drug Code ("NDC") number(s) for the docetaxel Plaintiff received, or other proof of the identity of the manufacturer of the docetaxel Plaintiff received as provided in Paragraph 6 of this Order."

[2] In any lawsuit, Plaintiffs are obligated to determine whether a factual basis exists to sue a particular defendant *prior* to filing suit. *See e.g. Avandia Mktg., Sales Prac. & Prods. Liab. Litig.*, No. 2007-md-1871, 2010 WL 4720335, at *1 (E.D. Pa. Nov. 15, 2015) (requiring plaintiffs to produce evidence that they used the drug because "plaintiffs and their counsel should have possessed [such evidence] before filing their claims."); *Acuna v. Brown & Root Inc.*, 200 F.3d 335, 340 (5th Cir. 2000) (issuing orders requiring "information which plaintiffs should have had before filing their claims pursuant to Fed.R.Civ.P. 11(b)(3)" including, *inter alia*, details about the circumstances of exposure and any connection to the named defendants); *In re Mentor Corp. Obtape Transobturator Sling Prod. Liab. Litig.*, No. 4:08-MD-2004, 2016 WL 4705827, at *1 (M.D. Ga. Sept. 7, 2016) (lamenting that many product liability MDLs attract cases filed "with so little pre-filing preparation that counsel apparently has no idea whether or how she will prove causation"); *see also See* Fed. R. Civ. P. 11.

1

process,[3] and, instead, named numerous manufacturers of docetaxel without ever attempting to determine the proper defendant(s). To address the issue, counsel for Plaintiffs and Defendants' Liaison Counsel coordinated to develop a procedure and timeline for Plaintiffs to collect Product ID Information and dismiss improperly named Defendants. The agreed-upon order was jointly submitted by the parties and subsequently entered by the Court in January 2018.

CMO 12 requires all Plaintiffs who had served a PFS as of January 18, 2018 (the date CMO 12 was docketed) to comply with Paragraphs 1-3 of the CMO within 45 days of the date it was entered, or be subject to dismissal:

> Any Plaintiff who has served a PFS as of the date of this Order and fails to comply with the requirements of Paragraphs 1-3 within forty-five (45) days of this Order . . . shall be subject to dismissal upon motion by Defendants, absent good cause shown.

CMO 12 at ¶ 11. Paragraphs 1-3 require only that each Plaintiff (1) identify the infusion facility where she received docetaxel treatment, (2) request records containing Product ID Information from such facility, and (3) if records are not received within 30 days of the request, notify each named and served defendant that such records were not received and provide such defendants the information showing that Plaintiff sought to obtain Product ID Information. *Id.* at ¶¶ 1-3. Plaintiffs' 45-day deadline to comply with Paragraphs 1-3 expired on March 5, 2018.

The Plaintiffs identified on Appendix A each served a PFS on or before January 18, 2018 and, as of March 13, 2018, did not (1) upload Product ID Information to MDL Centrality under the "Product Identification" field, or (2) properly notify Defendants of their inability to collect

---

[3] The Court-approved PFS includes questions directly addressing product identification and requires Plaintiffs to produce product ID records with the PFS. *See* Pretrial Order ("PTO") Nos. 18, 22 (amended), 38, Appendix A (Rec. Doc. 236-1) ("PFS Form") at Section III.

Product ID Information.  *See* CMO 12 at ¶¶ 1-3, 7, 11.  Therefore, these Plaintiffs are subject to the instant motion under paragraph 11 of CMO 12.

For these reasons, Defendants seek dismissal of the Plaintiffs identified on Appendix A, in accordance with Paragraph 11 of CMO 12, with prejudice, for failure to timely comply with their CMO 12 obligations.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

/s/ *Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz, Inc.*

/s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ *Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc.*

/s/ *John P. Wolff, III*
John P. Wolff, III, TA #14504
Nancy B. Gilbert, Bar #23095
Chad A. Sullivan, Bar #27657
Richard W. Wolff, Bar #34844
**KEOGH, COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
Phone: (225) 383-3796
Fax: (225) 343-9621
jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com
rwolff@keoghcox.com

AND
Via *Pro Hac Vice* Admission

/s/ *Julie A. Callsen*
Julie A. Callsen, TA, OH Bar #0062287
Brandon D. Cox, OH Bar #0089815
**TUCKER ELLIS LLP**
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 696-2286
Fax: (216) 592-5009
Julie.Callsen@TuckerEllis.com
Brandon.Cox@TuckerEllis.com

*Counsel for Defendant Accord Healthcare Inc.*

/s/ *Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr. (Bar No. 19152)
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Phone: 504-585-7500
Facsimile: 504-585-7775
sshuler@leakeandersson.com

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State Street
Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

/s/ *Erin M. Bosman*
Erin M. Bosman (Bar No. 204987)
Julie Y. Park (Bar No. 259929)
**MORRISON & FOERSTER LLP**
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: 858-720-5100
Fax: 858-720-5125
ebosman@mofo.com
juliepark@mofo..com

*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*