Appendix A

| # | Case Name | MDL Docket # |
|---|---|---|
| 1 | ABELL, PAMELA | 2:17-cv-06724 |
| 2 | ACORD, LEOTA | 2:17-cv-08955 |
| 3 | ADAMS, CHRISTA | 2:16-cv-15325 |
| 4 | ALLEN, ELLA | 2:17-cv-07976 |
| 5 | ALLEN, SHERRELL | 2:16-cv-17203 |
| 6 | ALLISON, PAMELA | 2:17-cv-06957 |
| 7 | AMBROSIUS, CAROL | 2:17-cv-14724 |
| 8 | ANDERSON, CATHERINE | 2:17-cv-06725 |
| 9 | ANDERSON, CYNTHIA | 2:16-cv-17370 |
| 10 | ANDERSON, EDNA | 2:17-cv-11704 |
| 11 | ANDERSON, LINDA | 2:17-cv-14689 |
| 12 | ANDERSON, LYNTRELLA | 2:16-cv-17237 |
| 13 | ANDERSON, MARJORIE | 2:16-cv-17139 |
| 14 | ANDERSON, MYRTIS | 2:17-cv-17974 |
| 15 | ANDERSON, PAULA | 2:16-cv-17498 |
| 16 | ANDREWS, CHRISTINE | 2:17-cv-09998 |
| 17 | ANTHONY, RONNA | 2:17-cv-10212 |
| 18 | ARAGON, FLORAIDA | 2:17-cv-11436 |
| 19 | ARNOLD, JEFFRIE | 2:17-cv-07798 |
| 20 | ARSENEAUX, BOBBI | 2:17-cv-05757 |
| 21 | ASYAN, LUCY | 2:17-cv-17663 |
| 22 | AUGUST, JUDITH | 2:16-cv-16231 |
| 23 | AUSTIN, RHONDA | 2:17-cv-00118 |
| 24 | AVELLAR, RUTH | 2:17-cv-05626 |
| 25 | BAER, CAROLE | 2:17-cv-06966 |
| 26 | BAILEY, EVELYN | 2:17-cv-10333 |
| 27 | BAILEY, PAULA | 2:17-cv-16802 |
| 28 | BAILEY, WONDER | 2:17-cv-05588 |
| 29 | BAKER, CATHY | 2:16-cv-17154 |
| 30 | BAKER, JOAN | 2:17-cv-08956 |
| 31 | BAKER, SHANNON | 2:17-cv-09361 |
| 32 | BAKER, TERESA | 2:17-cv-08542 |
| 33 | BAKHSHI, SIMIN | 2:17-cv-10832 |
| 34 | BANKS, SARA | 2:17-cv-15827 |
| 35 | BARBAN, CAROLE | 2:16-cv-15515 |
| 36 | BARNETT, LEORA | 2:17-cv-09932 |
| 37 | BARRE, EMILY | 2:16-cv-17731 |
| 38 | BARRETT COOK, FELECIA | 2:17-cv-09781 |
| 39 | BARTHELEMY, ROCKLYN | 2:16-cv-17948 |
| 40 | BATIE, PHYLLIS | 2:16-cv-16233 |
| 41 | BAUM, CONSTANCE | 2:17-cv-08853 |
| 42 | BEASLEY, REBA | 2:17-cv-06824 |
| 43 | BECK, DEBORAH | 2:17-cv-07736 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 44 | BEELER, SANDRA | 2:17-cv-05830 |
| 45 | BELL, ANGELA | 2:17-cv-07695 |
| 46 | BELL, MARION | 2:17-cv-07914 |
| 47 | BERRY, BEVELYN | 2:17-cv-11827 |
| 48 | BIAS, SHEILA | 2:16-cv-17171 |
| 49 | BICE, BARBARA | 2:17-cv-00751 |
| 50 | BILLUPS, DEBRA | 2:17-cv-10296 |
| 51 | BINIAK, LINDA | 2:18-cv-00681 |
| 52 | BISSONETTE, MAUREEN | 2:17-cv-11051 |
| 53 | BLANFORD, ANGELEAN | 2:17-cv-09285 |
| 54 | BODE, ROSEANN | 2:18-cv-00682 |
| 55 | BODEN, KAREN | 2:17-cv-10167 |
| 56 | BODKER, MARY ELLEN | 2:17-cv-03426 |
| 57 | BOENAU, FAITH | 2:17-cv-06831 |
| 58 | BOOTH, DENISE | 2:17-cv-05590 |
| 59 | BOYLAND, JOANNE | 2:18-cv-00684 |
| 60 | BRADLEY, CAROLYN | 2:17-cv-05941 |
| 61 | BRADLEY, LORETTA | 2:17-cv-11798 |
| 62 | BRADLEY, ROBIN | 2:16-cv-15667 |
| 63 | BRAISON, LAKEYSHA | 2:17-cv-01785 |
| 64 | BRANNON, SHARON | 2:17-cv-07776 |
| 65 | BRANTLEY, LAURA | 2:17-cv-10780 |
| 66 | BRENT, VONDA | 2:17-cv-07875 |
| 67 | BREWER, LINDA | 2:17-cv-08493 |
| 68 | BRISTOW, BILLIE | 2:17-cv-11402 |
| 69 | BRITT, JACKIE | 2:17-cv-11867 |
| 70 | BROCK, BRENDA | 2:17-cv-11529 |
| 71 | BROCKMAN, ANAVE | 2:17-cv-08034 |
| 72 | BROWN, ATHENA | 2:17-cv-05874 |
| 73 | BROWN, BRANDA | 2:17-cv-04515 |
| 74 | BROWN, CARRIE | 2:17-cv-08337 |
| 75 | BROWN, CYNTHIA | 2:17-cv-04504 |
| 76 | BROWN, ELAINE | 2:17-cv-12364 |
| 77 | BROWN, FRANCES | 2:17-cv-06126 |
| 78 | BROWN, JANET | 2:17-cv-05594 |
| 79 | BROWN, PATRICIA | 2:17-cv-12239 |
| 80 | BROWN, PATRICIA | 2:16-cv-17359 |
| 81 | BROWN, RUBY | 2:17-cv-00800 |
| 82 | BROWN, VIRGINIA | 2:16-cv-16897 |
| 83 | BRUNING, SALLY | 2:17-cv-09613 |
| 84 | BRYANT, TERESA | 2:17-cv-10227 |
| 85 | BUCK, DEBRA | 2:17-cv-10216 |
| 86 | BUCKNER, VELVA | 2:16-cv-17062 |

| # | Case Name | MDL Docket # |
| --- | --- | --- |
| 87 | BURKS, TUKESHA | 2:17-cv-01738 |
| 88 | BUTTS, MONICA | 2:17-cv-11703 |
| 89 | CAIN, REBECCA | 2:17-cv-08649 |
| 90 | CALDWELL, BEULAH | 2:16-cv-17403 |
| 91 | CAMPBELL, IRENE | 2:17-cv-10363 |
| 92 | CANNON SCOTT, CHARLENE | 2:17-cv-10366 |
| 93 | CAROL, BASS | 2:17-cv-02254 |
| 94 | CARTER GRAY, MARGARET | 2:17-cv-05942 |
| 95 | CARTER, CARMELITA | 2:17-cv-04537 |
| 96 | CARTER, EILEEN | 2:17-cv-08342 |
| 97 | CARTER, KITTY | 2:17-cv-00047 |
| 98 | CAUDELL, DAISY | 2:17-cv-09929 |
| 99 | CAUSION, TIA | 2:17-cv-06965 |
| 100 | CHANDLER, FAYE | 2:16-cv-16147 |
| 101 | CHAPMAN, CAROLYN | 2:17-cv-05870 |
| 102 | CHAPPELL, EDITH | 2:16-cv-17163 |
| 103 | CHASE, MARY | 2:16-cv-15307 |
| 104 | CHAVEZ, SOUNDRA | 2:16-cv-17190 |
| 105 | CHEEVERS, MARY | 2:17-cv-05911 |
| 106 | CHEREM, MIRIAM | 2:17-cv-00119 |
| 107 | CHIDESTER, KATHLEEN | 2:17-cv-08318 |
| 108 | CIRA, PHYLLIS | 2:17-cv-09847 |
| 109 | CLARK, SUSAN | 2:17-cv-08215 |
| 110 | CLAY, SHIRLEY | 2:17-cv-09091 |
| 111 | CLAYTON, JACQUELINE | 2:17-cv-10158 |
| 112 | CLEMENTS, CAROLE | 2:16-cv-17029 |
| 113 | COATS, TERESA | 2:17-cv-05390 |
| 114 | COCKRUM, SHARON | 2:16-cv-17830 |
| 115 | COLE, BELINDA | 2:16-cv-17945 |
| 116 | COLEMAN, BARBARA | 2:17-cv-07971 |
| 117 | COLEMAN, VIRGINA | 2:16-cv-17124 |
| 118 | COLES, NEPPHIE | 2:17-cv-08954 |
| 119 | COLLINS SMITH, MEDIAH | 2:17-cv-08714 |
| 120 | COLLINS, KATHERINE | 2:17-cv-09878 |
| 121 | COLLINS, PAMELA | 2:17-cv-05476 |
| 122 | COLLINS, TINA | 2:17-cv-08371 |
| 123 | COOLEY, LOREE | 2:17-cv-09633 |
| 124 | CORBETT, MICHELLE | 2:17-cv-10500 |
| 125 | CORDELL, YVETTE | 2:18-cv-00687 |
| 126 | COX, CAROLYN | 2:17-cv-10656 |
| 127 | COX, TRACI | 2:17-cv-09924 |
| 128 | CRABTREE, PATRICIA | 2:17-cv-16427 |
| 129 | CRAIG, MARGO | 2:17-cv-10530 |

| #   | Case Name                  | MDL Docket #    |
|-----|----------------------------|-----------------|
| 130 | CRAWFORD, GWENDOLYN        | 2:16-cv-17151   |
| 131 | CRAWFORD, YOLANDA          | 2:17-cv-09666   |
| 132 | CRNIC, CLAIRE              | 2:17-cv-10540   |
| 133 | CRONE, WENDY               | 2:18-cv-00690   |
| 134 | CROSBY, GEORGIANN          | 2:17-cv-08934   |
| 135 | CROWSON, SARAH             | 2:17-cv-08495   |
| 136 | CRUSSELL, RACHAEL          | 2:17-cv-06163   |
| 137 | CUMMINGS, BERNICE          | 2:17-cv-09815   |
| 138 | CUMMINGS, FELICIA          | 2:17-cv-12563   |
| 139 | CUMMINGS, MATHILDA         | 2:17-cv-07915   |
| 140 | CUNNINGHAM, BARBARA        | 2:17-cv-06641   |
| 141 | CURRY, GLADYS              | 2:17-cv-08317   |
| 142 | CUSTARD, ELIZABETH         | 2:16-cv-17650   |
| 143 | CYPRIAN, MYRA              | 2:16-cv-15661   |
| 144 | DAISE, LUCILLE             | 2:17-cv-01144   |
| 145 | DARDEN, LORRAINE           | 2:16-cv-17308   |
| 146 | DAVIS SMITH, MARY          | 2:17-cv-08581   |
| 147 | DAVIS, ADLEAN              | 2:17-cv-09010   |
| 148 | DAVIS, CONNIE              | 2:17-cv-08881   |
| 149 | DAVIS, DIANE               | 2:17-cv-10616   |
| 150 | DAVIS, GALE                | 2:17-cv-11784   |
| 151 | DAVIS, LARITA              | 2:17-cv-08784   |
| 152 | DAVIS, LINDA               | 2:17-cv-07738   |
| 153 | DAVIS, LINDA               | 2:17-cv-01773   |
| 154 | DAVIS, THECLA              | 2:17-cv-07886   |
| 155 | DAWKINS, LAFONDA           | 2:17-cv-09918   |
| 156 | DAY, GAYLE                 | 2:17-cv-04580   |
| 157 | DEAN, CARNELIA             | 2:16-cv-17201   |
| 158 | DEERING, SHARON            | 2:17-cv-09734   |
| 159 | DENNIS PARKER, LORNA       | 2:17-cv-05943   |
| 160 | DENNIS, ALTHERIA           | 2:17-cv-11257   |
| 161 | DENNIS, CLARA              | 2:17-cv-08398   |
| 162 | DENT, NICOLE               | 2:17-cv-09704   |
| 163 | DETRIXHE, KAREN            | 2:16-cv-15313   |
| 164 | DEWITT, DEBORAH            | 2:17-cv-10455   |
| 165 | DILLARD SINGLETON, WONZA   | 2:17-cv-04891   |
| 166 | DILLON, CATHERINE          | 2:17-cv-03751   |
| 167 | DIMANTO, FRANCES           | 2:17-cv-07803   |
| 168 | DINARDO, DAWN              | 2:17-cv-10135   |
| 169 | DIXON, AMERICA             | 2:17-cv-09173   |
| 170 | DOUCETTE, ELAINE           | 2:16-cv-17887   |
| 171 | DOUGHTY, FRANCES           | 2:17-cv-05268   |
| 172 | DOUGLASS, JESSICA          | 2:17-cv-08212   |

| #   | Case Name              | MDL Docket #    |
|-----|------------------------|-----------------|
| 173 | DOWNS, MARY            | 2:17-cv-01106   |
| 174 | DRAKE, PANDA           | 2:17-cv-07426   |
| 175 | DREUITT, VEDA          | 2:17-cv-05944   |
| 176 | DRIVER, KAREN          | 2:17-cv-10837   |
| 177 | DUKES, GLENYS          | 2:16-cv-17048   |
| 178 | DUMAS, LINDA           | 2:16-cv-17376   |
| 179 | DUPREE, MONICA         | 2:16-cv-16632   |
| 180 | DUY, ROBERTA           | 2:17-cv-16425   |
| 181 | EIDEL, KRISTINA        | 2:17-cv-06024   |
| 182 | ELDER, NIOKA           | 2:17-cv-08232   |
| 183 | ELPHAGE, CORA          | 2:17-cv-05762   |
| 184 | ERKINS, JACQUITA       | 2:16-cv-17131   |
| 185 | EVANS, BEATRICE        | 2:17-cv-09740   |
| 186 | EVERETT, KAREN         | 2:17-cv-06025   |
| 187 | FACER, KATHRYN         | 2:17-cv-07796   |
| 188 | FALKINS, CORLISS       | 2:16-cv-14484   |
| 189 | FALLON, PAMELA         | 2:17-cv-06271   |
| 190 | FANDAL, JOANN          | 2:17-cv-06249   |
| 191 | FARVER, ETHEL          | 2:17-cv-09921   |
| 192 | FENTRESS, TILLIE       | 2:17-cv-07085   |
| 193 | FERGUSON, SHARON       | 2:17-cv-03743   |
| 194 | FERGUSON, TAMI         | 2:17-cv-11056   |
| 195 | FERRELL, ROSE          | 2:17-cv-07862   |
| 196 | FINDLAY, JOAN          | 2:17-cv-07992   |
| 197 | FISHER, ROSA           | 2:17-cv-04939   |
| 198 | FLETCHER, ANGELA       | 2:17-cv-10846   |
| 199 | FLORES, ELIANA         | 2:17-cv-10417   |
| 200 | FLOYD, LESSIE          | 2:17-cv-05785   |
| 201 | FLYNN, LINDA           | 2:17-cv-09167   |
| 202 | FORD, JEAN             | 2:17-cv-02551   |
| 203 | FORTE, GEORGIA         | 2:16-cv-17187   |
| 204 | FOSTER, ARUSHA         | 2:17-cv-09813   |
| 205 | FOWLER, SARA           | 2:17-cv-08944   |
| 206 | FOXWORTH, DENISE       | 2:17-cv-08333   |
| 207 | FRADELLA, JACQUELINE   | 2:16-cv-15664   |
| 208 | FRANKLIN, SANDRA       | 2:17-cv-10330   |
| 209 | FRANKS, DACIA          | 2:17-cv-07271   |
| 210 | FREE, KIMBERLY         | 2:16-cv-15326   |
| 211 | FREE, KRISTIN          | 2:17-cv-07913   |
| 212 | FULLER, GLORIA JEAN    | 2:16-cv-17231   |
| 213 | FURBEE, SYLVIA         | 2:17-cv-08996   |
| 214 | GALLOWAY, CHRISTINE    | 2:17-cv-11693   |
| 215 | GANT, PAMELA           | 2:17-cv-06154   |

| # | Case Name | MDL Docket # |
|---|---|---|
| 216 | GANTT, WANDA | 2:17-cv-10422 |
| 217 | GARDNER, PRISCILLA | 2:17-cv-16719 |
| 218 | GARDNER, SHARON | 2:16-cv-17167 |
| 219 | GARNER, VERONICA | 2:17-cv-07800 |
| 220 | GARNETT, PATRICIA | 2:17-cv-09099 |
| 221 | GARRISON, SHELIA | 2:16-cv-17419 |
| 222 | GASTON, FREIDA | 2:17-cv-10404 |
| 223 | GATCHALIAN, GERMANA | 2:17-cv-10980 |
| 224 | GAUDET, YVETTE | 2:16-cv-17627 |
| 225 | GAYESKI, ELIZABETH | 2:17-cv-09433 |
| 226 | GEHLER, ELEANOR | 2:17-cv-07550 |
| 227 | GEIHM, MARY | 2:17-cv-06973 |
| 228 | GEORGE, JOSELYN | 2:17-cv-03585 |
| 229 | GEORGE, MONIQUE | 2:17-cv-01543 |
| 230 | GEORGE, TERRY | 2:17-cv-01718 |
| 231 | GERG, DELORES | 2:17-cv-10148 |
| 232 | GIBBS, MARGARET | 2:17-cv-10131 |
| 233 | GIBSON, BETTY | 2:17-cv-00801 |
| 234 | GILBERT, SHIRLEY | 2:17-cv-07787 |
| 235 | GILLESPIE, LAVERNE | 2:17-cv-15234 |
| 236 | GLENN, JUDITH | 2:17-cv-10534 |
| 237 | GOATEE, DEBRA | 2:17-cv-11549 |
| 238 | GOINS, ROSIE | 2:17-cv-00739 |
| 239 | GOISET, JULIE | 2:17-cv-10603 |
| 240 | GOMEZ, LAURIE | 2:17-cv-07924 |
| 241 | GOMEZ, SHARLOETT | 2:17-cv-06915 |
| 242 | GOODSON, JEAN | 2:17-cv-06240 |
| 243 | GORDON, SUSAN | 2:17-cv-09637 |
| 244 | GORNIAK, ALINA | 2:16-cv-15327 |
| 245 | GRAHAM, HATTIE | 2:17-cv-09592 |
| 246 | GRANDERSON, THELMA | 2:16-cv-17152 |
| 247 | GRAY, PHYLLIS | 2:17-cv-08339 |
| 248 | GRAYS, FAITH | 2:17-cv-08568 |
| 249 | GRAYS, PATRICIA ANN | 2:17-cv-10594 |
| 250 | GREEN, DEBRA | 2:17-cv-10225 |
| 251 | GREEN, GERALDINE | 2:17-cv-08622 |
| 252 | GREEN, SAUNDRA | 2:16-cv-15518 |
| 253 | GREGG, DEBRA | 2:17-cv-12093 |
| 254 | GROSS, LINDA | 2:16-cv-15570 |
| 255 | GROTT, SHIRLEY | 2:17-cv-09719 |
| 256 | GUERRA, GLORIA | 2:17-cv-07181 |
| 257 | GUIDRY, BETTY | 2:17-cv-10970 |
| 258 | GUILBEAU, JANICE | 2:17-cv-05781 |

| #   | Case Name                | MDL Docket #   |
|-----|--------------------------|----------------|
| 259 | GUION, SHEILA            | 2:17-cv-09092  |
| 260 | GUNN, DIANE              | 2:17-cv-03638  |
| 261 | GURUNG, CAROLYN          | 2:17-cv-07743  |
| 262 | HALDIS, JOANNE           | 2:17-cv-07458  |
| 263 | HALL, LILLIE             | 2:16-cv-17176  |
| 264 | HALL, LINDA              | 2:17-cv-08864  |
| 265 | HAMMITT, RENEE           | 2:17-cv-00319  |
| 266 | HANDY, CICELY            | 2:17-cv-09639  |
| 267 | HANSEN, SANDRA           | 2:16-cv-17798  |
| 268 | HARBACEK, DONNA          | 2:17-cv-08035  |
| 269 | HARBIN, BONNIE           | 2:17-cv-00096  |
| 270 | HARDEMAN BOYD, PAMELA    | 2:17-cv-13323  |
| 271 | HARDIN, PAULA            | 2:16-cv-16743  |
| 272 | HARLAN BROOKS, PAMELA    | 2:17-cv-11439  |
| 273 | HARRELL, BARBARA         | 2:17-cv-09170  |
| 274 | HARRIS, CHARLESETTA      | 2:16-cv-17239  |
| 275 | HARRIS, RUBY             | 2:16-cv-17145  |
| 276 | HARRIS-MINGLE, MARYANN   | 2:17-cv-09779  |
| 277 | HARRISON, OSANNAH        | 2:17-cv-04898  |
| 278 | HARVICK, KIM             | 2:17-cv-07578  |
| 279 | HATCHER, BARBARA         | 2:17-cv-05117  |
| 280 | HATCHER, LUGENIA         | 2:16-cv-17045  |
| 281 | HATCHETT, JOAN           | 2:17-cv-08683  |
| 282 | HAWKINS, ETHEL           | 2:16-cv-17188  |
| 283 | HAWKS, JO                | 2:17-cv-08781  |
| 284 | HAYES, EDWEENA           | 2:17-cv-05970  |
| 285 | HAYES, ELIZABETH         | 2:17-cv-00440  |
| 286 | HAYNES, CAROLYN          | 2:16-cv-17723  |
| 287 | HEARING, PENNY           | 2:17-cv-08338  |
| 288 | HENDERSON, CORA          | 2:17-cv-11304  |
| 289 | HERRON, YOLANDA          | 2:16-cv-17092  |
| 290 | HIGHSMITH, WYLINA        | 2:16-cv-17738  |
| 291 | HILER, TAMMY             | 2:17-cv-07268  |
| 292 | HILL, AIDA               | 2:17-cv-08858  |
| 293 | HILL, BRENDA             | 2:16-cv-17397  |
| 294 | HILL, CHERYL             | 2:17-cv-05507  |
| 295 | HILLIARD, CHERYL         | 2:17-cv-11046  |
| 296 | HINES, PATRICIA          | 2:17-cv-06823  |
| 297 | HINES, TERESA            | 2:17-cv-10300  |
| 298 | HOARD, DIANE             | 2:17-cv-09697  |
| 299 | HOGUE, BARBARA           | 2:17-cv-08566  |
| 300 | HOLLAND, ANNIE           | 2:17-cv-10430  |
| 301 | HOLLAND, GLORIA          | 2:17-cv-07791  |

| # | Case Name | MDL Docket # |
|---|---|---|
| 302 | HOLLOWAY, KAYONNA | 2:17-cv-05794 |
| 303 | HOLMES, SHIRLEY | 2:17-cv-06002 |
| 304 | HOLMES, SUSAN | 2:17-cv-07989 |
| 305 | HOLT, MELITA | 2:17-cv-08561 |
| 306 | HOOKS, NITA | 2:17-cv-07917 |
| 307 | HOPKINS, MARTHA | 2:16-cv-17973 |
| 308 | HOUSER, TINA | 2:17-cv-10403 |
| 309 | HOWARD, ALBERTA | 2:17-cv-06016 |
| 310 | HOWARD, CAROLYN | 2:16-cv-17208 |
| 311 | HOWARD, WANDA | 2:17-cv-06153 |
| 312 | HUBBARD, BARBARA | 2:17-cv-10661 |
| 313 | HUDSON, MARY | 2:17-cv-04929 |
| 314 | HUDSON, VIRGINIA | 2:17-cv-10325 |
| 315 | HUEY, KARLA | 2:17-cv-06512 |
| 316 | HUGHES, DONIE | 2:17-cv-06564 |
| 317 | HUNDLEY, ELEANOR | 2:17-cv-07945 |
| 318 | HUNT, ANNIE | 2:17-cv-08141 |
| 319 | HUNT, KYNA | 2:18-cv-00714 |
| 320 | IRWIN, KATHERINE | 2:16-cv-16148 |
| 321 | JACKSON, NOELLA | 2:17-cv-08713 |
| 322 | JACKSON, TANYA | 2:17-cv-09595 |
| 323 | JACKSON, THERESIA | 2:16-cv-17138 |
| 324 | JACOBSEN, BERNADINE | 2:17-cv-10235 |
| 325 | JAMES, NINA | 2:17-cv-00760 |
| 326 | JARRETT, PATRICIA | 2:17-cv-06735 |
| 327 | JEFF CARTER, RICHGINA | 2:17-cv-08857 |
| 328 | JEFFERS, KRISTEN | 2:17-cv-01206 |
| 329 | JEFFERSON, ERNESTINE | 2:16-cv-17210 |
| 330 | JEFFERSON, TARA | 2:17-cv-09190 |
| 331 | JENNINGS, SANDRA | 2:17-cv-07979 |
| 332 | JENNINGS, SHELIA | 2:17-cv-07266 |
| 333 | JOHNSON, CONNIE | 2:17-cv-10128 |
| 334 | JOHNSON, CYNTHIA | 2:17-cv-09671 |
| 335 | JOHNSON, DEBRA | 2:17-cv-05914 |
| 336 | JOHNSON, ELIZABETH | 2:17-cv-13304 |
| 337 | JOHNSON, IRMA | 2:17-cv-08582 |
| 338 | JOHNSON, JANICE | 2:17-cv-01681 |
| 339 | JOHNSON, JONNIE | 2:16-cv-17166 |
| 340 | JOHNSON, JUDY | 2:17-cv-13303 |
| 341 | JOHNSON, JULIA | 2:17-cv-08315 |
| 342 | JOHNSON, LINDA | 2:17-cv-09943 |
| 343 | JOHNSON, OLETHA | 2:16-cv-17976 |
| 344 | JOHNSON, PRELINDA | 2:17-cv-09673 |

| #   | Case Name              | MDL Docket #   |
|-----|------------------------|----------------|
| 345 | JOHNSON, RHONDA        | 2:17-cv-06629  |
| 346 | JOHNSON, RUBY          | 2:17-cv-06699  |
| 347 | JOHNSON, VICKI         | 2:17-cv-09621  |
| 348 | JONES BATTLE, MERRILL  | 2:17-cv-05509  |
| 349 | JONES, ANGELA          | 2:16-cv-15315  |
| 350 | JONES, JOYCE           | 2:16-cv-17209  |
| 351 | JONES, LENNER          | 2:17-cv-09081  |
| 352 | JONES, MARIE           | 2:17-cv-09372  |
| 353 | JONES, WANDA           | 2:17-cv-13302  |
| 354 | JORDAN, KIMBERLY       | 2:16-cv-16051  |
| 355 | JORDAN, SHEILA ANN     | 2:17-cv-08824  |
| 356 | JOY, DELLA             | 2:17-cv-11338  |
| 357 | JUSTICE, KRISTY        | 2:16-cv-17186  |
| 358 | KEEN, NANCY            | 2:17-cv-07546  |
| 359 | KELLY, CHERYL          | 2:17-cv-09263  |
| 360 | KELLY, JUDY            | 2:17-cv-10725  |
| 361 | KEMP, SHAVON           | 2:17-cv-06702  |
| 362 | KENNEDY, CYNTHIA       | 2:16-cv-17196  |
| 363 | KEY, CAROLYN           | 2:17-cv-01951  |
| 364 | KIBBE, DIANIA          | 2:17-cv-09636  |
| 365 | KIDD, PAMELA           | 2:16-cv-17181  |
| 366 | KILLIAN, DONNA         | 2:17-cv-12757  |
| 367 | KIMBROUGH, YVETTE      | 2:17-cv-06704  |
| 368 | KLINGER, PATRICIA      | 2:17-cv-04956  |
| 369 | KLOKIS, BRENDA         | 2:17-cv-01778  |
| 370 | KOENEN, SANDRA         | 2:17-cv-10771  |
| 371 | KOVARIK, ISABELLE      | 2:17-cv-05847  |
| 372 | KRAKE, MICHELE         | 2:17-cv-11202  |
| 373 | KROLL, SHELIA          | 2:17-cv-02776  |
| 374 | KUNKEL, BARBARA        | 2:17-cv-08981  |
| 375 | KUVIN, KRISTINA        | 2:17-cv-10918  |
| 376 | LACKEY, TAMMIE         | 2:17-cv-09705  |
| 377 | LAFEVER, SHERRY        | 2:17-cv-11454  |
| 378 | LAGODNA, MARY          | 2:17-cv-12644  |
| 379 | LAMBERT, KIMBERLY      | 2:17-cv-08856  |
| 380 | LANGLEY, SHIRLEY       | 2:17-cv-09623  |
| 381 | LANGSTRAAT, BEVERLY    | 2:17-cv-04488  |
| 382 | LAPLACE, NATALIE       | 2:17-cv-09848  |
| 383 | LATARSKI, ROSEMARY     | 2:16-cv-16052  |
| 384 | LATIMORE, LORETTA      | 2:17-cv-06712  |
| 385 | LAWRENCE, BARBARA      | 16-2740        |
| 386 | LAWRENCE, CAROLYN      | 2:16-cv-17958  |
| 387 | LEAU, SINA             | 2:17-cv-10435  |

| # | Case Name | MDL Docket # |
|---|---|---|
| 388 | LEBLANC, JANIS | 2:17-cv-07025 |
| 389 | LEE, FELICIA | 2:17-cv-06826 |
| 390 | LEITH, MELISSA | 2:16-cv-15286 |
| 391 | LEMARR, SANDRA | 2:17-cv-03739 |
| 392 | LEONE, NATALIE | 2:17-cv-06971 |
| 393 | LEWIS, MARGARET | 2:17-cv-06889 |
| 394 | LEWIS, RENEE | 2:17-cv-11207 |
| 395 | LEWIS, SHEILA | 2:17-cv-06891 |
| 396 | LEWIS, SYLVIA | 2:16-cv-17185 |
| 397 | LIRETTE, JOAN | 2:17-cv-04897 |
| 398 | LISTERMANN, KIMBERLY | 2:17-cv-07182 |
| 399 | LITTLE, EVANGELINE | 2:16-cv-17022 |
| 400 | LOONEN, LIDWINA | 2:17-cv-08375 |
| 401 | LOUCK, ANGELA | 2:17-cv-13301 |
| 402 | LOZANO, JUDITH | 2:17-cv-13251 |
| 403 | LUCAS, PEARLEASE | 2:17-cv-08855 |
| 404 | LUCKETT, JENNIFER | 2:17-cv-04752 |
| 405 | LUDGOOD, EVELYN | 2:17-cv-01799 |
| 406 | LUKE, SUSAN | 2:17-cv-08860 |
| 407 | LYONS, PATRICIA | 2:16-cv-16890 |
| 408 | MACKEY, MARIA | 2:17-cv-09009 |
| 409 | MACKEY, VENISA | 2:17-cv-07203 |
| 410 | MADDOX, SHARON | 2:17-cv-09739 |
| 411 | MADISON, PERRINE | 2:17-cv-09660 |
| 412 | MAHONEY, GEORGIA | 2:17-cv-08863 |
| 413 | MAIKUI, DIANE | 2:17-cv-10967 |
| 414 | MANGHAM, VANNESSA | 2:17-cv-11193 |
| 415 | MANIGAULT, GERALDINE | 2:16-cv-17214 |
| 416 | MANUEL, CATHERINE | 2:17-cv-10355 |
| 417 | MAPP, JOANN | 2:17-cv-08507 |
| 418 | MARION, JOAN | 2:17-cv-02743 |
| 419 | MARSHALL, DARLENE | 2:17-cv-08710 |
| 420 | MARTIN, MARIANNE | 2:17-cv-02773 |
| 421 | MARTINEZ, SANDRA | 2:17-cv-11434 |
| 422 | MASHEKIA, JOHNSON | 2:17-cv-11467 |
| 423 | MASTERS, AUDREY | 2:17-cv-07292 |
| 424 | MAY, LESLIE | 2:17-cv-09780 |
| 425 | MAYFIELD, VESTINA | 2:17-cv-00116 |
| 426 | MAYHAN, PATRICIA | 2:17-cv-06557 |
| 427 | MCBETH, KATHLEEEN | 2:17-cv-08213 |
| 428 | MCCLAIN, BRENDA | 2:17-cv-08897 |
| 429 | MCCLURE BECKNELL, REBECCA | 2:17-cv-01655 |
| 430 | MCCRAY, VICKIE | 2:16-cv-17339 |

| #   | Case Name                  | MDL Docket #    |
|-----|----------------------------|-----------------|
| 431 | MCCREA, ZANNETTE           | 2:17-cv-04817   |
| 432 | MCDUELL, ELAINE            | 2:17-cv-07107   |
| 433 | MCFARLAND, KAREN           | 2:17-cv-06231   |
| 434 | MCGEE, GLADYS              | 2:17-cv-07706   |
| 435 | MCRAE, CHRISTINE           | 2:17-cv-08937   |
| 436 | MEAD NOTHAFT, JEANETTE     | 2:17-cv-07722   |
| 437 | MELLICK, DENISE            | 2:17-cv-08862   |
| 438 | MELOCIK, MARCIA            | 2:17-cv-06737   |
| 439 | MENDEZ, SARAH              | 2:17-cv-07727   |
| 440 | MIKULICH, CYNTHIA          | 2:17-cv-11340   |
| 441 | MILLER, CHARITY            | 2:17-cv-02265   |
| 442 | MILLER, EVELYN NEAL        | 2:17-cv-11224   |
| 443 | MILLER, JANICE             | 2:17-cv-08237   |
| 444 | MILLER, JILL               | 2:17-cv-08251   |
| 445 | MILLER, LAGAYLE            | 2:17-cv-03769   |
| 446 | MILLER, MARY               | 2:17-cv-09580   |
| 447 | MILLS, GERALDINE           | 2:17-cv-06046   |
| 448 | MOEN, CHERYL               | 2:17-cv-06776   |
| 449 | MOLTON, DEBORAH            | 2:17-cv-10256   |
| 450 | MONROE DAUBERT, FREDA      | 2:17-cv-07575   |
| 451 | MOORE ROLDAN, MARGARET     | 2:17-cv-10541   |
| 452 | MORRIS, GAIL               | 2:17-cv-04935   |
| 453 | MORROW, LYNN               | 2:17-cv-08385   |
| 454 | MOTT, EULALIE              | 2:17-cv-03754   |
| 455 | MOULTRIE, OVETTA           | 2:17-cv-08414   |
| 456 | MULLEN, SARA               | 2:17-cv-01262   |
| 457 | MURPHREE, NANCY            | 2:17-cv-08422   |
| 458 | MURPHY, LORI               | 2:17-cv-08431   |
| 459 | MUSHRUSH, HEATHER          | 2:17-cv-08434   |
| 460 | NASH, ARECIA               | 2:17-cv-07661   |
| 461 | NASH, MINNIE               | 2:17-cv-12752   |
| 462 | NAULT, PATRICIA            | 2:17-cv-09405   |
| 463 | NELSON, RENEE              | 2:17-cv-11558   |
| 464 | NELSON, SHARON             | 2:17-cv-06196   |
| 465 | NEWBOLD, DONNA             | 2:17-cv-00832   |
| 466 | NEWTON, CHARLEAN           | 2:17-cv-07354   |
| 467 | NEWTON, LORRAINE           | 2:17-cv-06288   |
| 468 | NICHOLAS, PHYLLIS          | 2:17-cv-08879   |
| 469 | NICHOLS, JULIE             | 2:17-cv-08485   |
| 470 | NICHOLSON, RENA            | 2:17-cv-00147   |
| 471 | NICOLA, TAMMY              | 2:17-cv-08491   |
| 472 | NIGG, VIRGINIA             | 2:17-cv-11445   |
| 473 | NISSI, LEONCE              | 2:17-cv-11261   |

Appendix A

| #   | Case Name            | MDL Docket #   |
|-----|----------------------|----------------|
| 474 | NIXON, CHRISTINE     | 2:17-cv-08496  |
| 475 | NOVOTNI, LORI        | 2:17-cv-08878  |
| 476 | NUTT, MELODY         | 2:16-cv-17395  |
| 477 | OFFRET, JOANN        | 2:17-cv-10457  |
| 478 | OJALA, JEANNE        | 2:17-cv-10267  |
| 479 | ORMAN, MARGARET      | 2:17-cv-10359  |
| 480 | OSBORNE, JUDITH      | 2:17-cv-07273  |
| 481 | PARKER, CATHERINE    | 2:17-cv-09691  |
| 482 | PARKER, ELAINE       | 2:17-cv-06170  |
| 483 | PARKS, DIANNE        | 2:17-cv-06141  |
| 484 | PARKS, MARY          | 2:17-cv-09377  |
| 485 | PATTEN, PATRICIA     | 2:17-cv-07113  |
| 486 | PATTERSON, CECELIA   | 2:17-cv-06905  |
| 487 | PAVLOFF, VANYA       | 2:17-cv-10353  |
| 488 | PAXTON, ALICE        | 2:17-cv-05488  |
| 489 | PAYNE, LESLIE        | 2:17-cv-01782  |
| 490 | PEARSON, YOLONDA     | 2:17-cv-10942  |
| 491 | PERRY, CINDY         | 2:17-cv-09630  |
| 492 | PERRY, PEGGY         | 2:17-cv-09874  |
| 493 | PESKA, EILEEN        | 2:17-cv-13375  |
| 494 | PETTWAY, KIMBERLY    | 2:17-cv-10127  |
| 495 | PHILLIPS, DIANNE     | 2:17-cv-09629  |
| 496 | PICKETT, SHARON      | 2:17-cv-11656  |
| 497 | PLUCHECK, ARDYTH     | 2:17-cv-11311  |
| 498 | PORTER, KASHEENA     | 2:17-cv-08958  |
| 499 | POTTER, BARBARA      | 2:17-cv-11324  |
| 500 | PRATT, BEVERLY       | 2:17-cv-07883  |
| 501 | PRICE, DOROTHY       | 2:17-cv-07549  |
| 502 | PUGH, SHONDI         | 2:17-cv-09875  |
| 503 | QUATTRO, LAURA       | 2:17-cv-10002  |
| 504 | RADER, SANDRA        | 2:17-cv-10747  |
| 505 | RAYBUCK, FONDA       | 2:17-cv-09876  |
| 506 | REAGAN, MICHELE      | 2:18-cv-00638  |
| 507 | REEDER, SUSAN        | 2:17-cv-08625  |
| 508 | REICH, BARBARA       | 2:17-cv-06730  |
| 509 | REID, SHEILA         | 2:17-cv-09792  |
| 510 | RHODES, MARIA        | 2:17-cv-11649  |
| 511 | RICHARDS, ROXANE     | 2:17-cv-08627  |
| 512 | RICHARDSON, SUNA     | 2:17-cv-11333  |
| 513 | RIEDER, JACKIE       | 2:17-cv-04824  |
| 514 | RIGO, SUSAN          | 2:17-cv-09889  |
| 515 | RIVERS, KIMELY       | 2:17-cv-00862  |
| 516 | ROBERTS, LERCONGA    | 2:16-cv-17184  |

| #   | Case Name                 | MDL Docket #    |
|-----|---------------------------|-----------------|
| 517 | ROBINSON, GIGI            | 2:17-cv-11450   |
| 518 | ROE, BRENDA               | 2:16-cv-17943   |
| 519 | ROGERS, MELANIE           | 2:16-cv-14486   |
| 520 | ROHLI, BRENDA             | 2:16-cv-14526   |
| 521 | ROSS, MARY                | 2:17-cv-10797   |
| 522 | ROTH, CHRISTINE           | 2:17-cv-10125   |
| 523 | ROTHWELL, TARA            | 2:17-cv-09882   |
| 524 | RUFRA, JANELL             | 2:17-cv-11647   |
| 525 | RUSSELL, MADIS            | 2:17-cv-00117   |
| 526 | RUSSELL, MONICA           | 2:17-cv-10726   |
| 527 | SALINAS, MARY             | 2:17-cv-11893   |
| 528 | SAMUEL, SANDRA            | 2:17-cv-10411   |
| 529 | SAMUELS, CATHERINE        | 2:16-cv-17216   |
| 530 | SANFORD, DORA             | 2:17-cv-09417   |
| 531 | SANTIAGO, DIANE           | 2:17-cv-09131   |
| 532 | SARANTOU, WENDY MICHELLE  | 2:17-cv-07975   |
| 533 | SCHAFFER, AILEEN          | 2:17-cv-10360   |
| 534 | SEWALD, TERRI             | 2:17-cv-05316   |
| 535 | SHANKS, KELLY             | 2:16-cv-15514   |
| 536 | SHATARA, AUGUSTINE        | 2:17-cv-08585   |
| 537 | SHAW, ESSIEQUEEN          | 2:17-cv-04937   |
| 538 | SHAW, WENDY               | 2:17-cv-07777   |
| 539 | SHERIFF, EDNA             | 2:17-cv-10727   |
| 540 | SHIMEL, PAULETTE          | 2:16-cv-17951   |
| 541 | SHIPMAN, MARILYN          | 2:17-cv-06901   |
| 542 | SHPUR, JILL               | 2:16-cv-17292   |
| 543 | SILVA, PATRICIA           | 2:17-cv-10368   |
| 544 | SIMMONS, LAVORIS          | 2:17-cv-10730   |
| 545 | SIMPSON, SHERI            | 2:17-cv-10425   |
| 546 | SIMS, JACQUELINE          | 2:16-cv-15566   |
| 547 | SISK, TERESA              | 2:17-cv-10121   |
| 548 | SLEDGE, VERONIQUE         | 2:17-cv-03485   |
| 549 | SMITH, BLYNDA             | 2:17-cv-00617   |
| 550 | SMITH, CAROL              | 2:16-cv-17340   |
| 551 | SMITH, CHERYLLYN          | 2:17-cv-11886   |
| 552 | SMITH, CUEDETTE           | 2:17-cv-04707   |
| 553 | SMITH, FRANCES            | 2:17-cv-08569   |
| 554 | SMITH, JOHNIE             | 2:16-cv-16951   |
| 555 | SMITH, LUCILLE            | 2:17-cv-08984   |
| 556 | SMITH, WILLIE             | 2:17-cv-10116   |
| 557 | SMOCK, BEVERLY            | 2:16-cv-15673   |
| 558 | SNEAD, DEBORA             | 2:17-cv-10751   |
| 559 | SNOW, TANGNIKA            | 2:16-cv-16797   |

| #   | Case Name                  | MDL Docket #     |
| --- | -------------------------- | ---------------- |
| 560 | SNOWDEN, THERESA           | 2:17-cv-00369    |
| 561 | SOTO, ISABEL               | 2:17-cv-10732    |
| 562 | SPEARS, LINDA              | 2:17-cv-09330    |
| 563 | ST AMANT SCOTT, CHERIE     | 2:17-cv-06204    |
| 564 | STALEY, ANN                | 2:17-cv-09055    |
| 565 | STAMPER, WANDA             | 2:16-cv-17381    |
| 566 | STARK, KIM                 | 2:17-cv-10799    |
| 567 | STEPANOVICH, AMY           | 2:17-cv-10911    |
| 568 | STEWART, CONNALITA         | 2:17-cv-06860    |
| 569 | STEWART, MECCA             | 2:17-cv-07916    |
| 570 | STEWART, WANDA             | 2:17-cv-10817    |
| 571 | STRAWN, DEBORAH            | 2:17-cv-13374    |
| 572 | SUMMERS, CHARLOTTE         | 2:16-cv-16805    |
| 573 | SURKALA, MARILYN           | 2:17-cv-08987    |
| 574 | SWANSON, BECKY             | 2:17-cv-11566    |
| 575 | SWEAT, ELIZABETH           | 2:17-cv-09460    |
| 576 | SYE, ANGELITA              | 2:17-cv-09426    |
| 577 | SZCZEPANSKI, JOAN          | 2:17-cv-10376    |
| 578 | TANNER, BARBARA            | 2:17-cv-05711    |
| 579 | TAYLOR, LEDERLE            | 2:16-cv-17917    |
| 580 | TERRY, TONEKA              | 2:17-cv-01637    |
| 581 | TETTAMBLE, CHARLOTTE       | 2:17-cv-02780    |
| 582 | THACKER, JENNIFER          | 2:17-cv-11483    |
| 583 | THIBODEAUX, SARAH          | 2:17-cv-06338    |
| 584 | THOEMMES, CATHERINE        | 2:17-cv-11576    |
| 585 | THOMAS, ALICE              | 2:17-cv-09387    |
| 586 | THOMAS, ANTOINETTE         | 2:17-cv-10916    |
| 587 | THOMAS, LINDA              | 2:17-cv-09458    |
| 588 | THOMAS, ROBIN              | 2:17-cv-11078    |
| 589 | THOMAS, SUSAN              | 2:17-cv-05575    |
| 590 | THOMPSON, DEBBIE           | 2:17-cv-11588    |
| 591 | THOMPSON, SHANNON          | 2:17-cv-10109    |
| 592 | THORN, PATTI               | 2:17-cv-09244    |
| 593 | THORNE, SHIRLEY            | 2:17-cv-11599    |
| 594 | TOLLETT, DEBRA             | 2:17-cv-01950    |
| 595 | TOMASKO, SHERRY            | 2:17-cv-06550    |
| 596 | TOWNLEY, DONITA            | 2:17-cv-10133    |
| 597 | TRAPP, SANDRA              | 2:17-cv-10759    |
| 598 | TRAYLER, KELLIE            | 2:17-cv-10112    |
| 599 | TRAYLOR, SHARLON           | 2:17-cv-10222    |
| 600 | TUCKER, MARGARET           | 2:17-cv-00763    |
| 601 | TUCKER, MARY               | 2:17-cv-09463    |
| 602 | TUMMINS, SHEILA            | 2:17-cv-01767    |

| #   | Case Name                  | MDL Docket #    |
|-----|----------------------------|-----------------|
| 603 | TURNER, MILDRED            | 2:17-cv-04827   |
| 604 | TURNER, SUSAN              | 2:17-cv-05040   |
| 605 | TWOMBLY, JUNE              | 2:17-cv-08033   |
| 606 | TYREE, GWENDOLYN           | 2:17-cv-10138   |
| 607 | TYSON, GLORIA              | 2:17-cv-10733   |
| 608 | ULEPICH, VICKI             | 2:17-cv-09647   |
| 609 | UNDERWOOD, DANIELLE        | 2:17-cv-08498   |
| 610 | UNDERWOOD, DEBRA           | 2:17-cv-05262   |
| 611 | VANDERPOOL, DEBORAH        | 2:17-cv-09366   |
| 612 | VASQUES, STEPHANIE         | 2:17-cv-10139   |
| 613 | VERDUGO, SHERYL            | 2:17-cv-11684   |
| 614 | VILLARREAL, IRMA           | 2:17-cv-11701   |
| 615 | VISSER, SANDRA             | 2:17-cv-07544   |
| 616 | VITRANO, CELESTE           | 2:17-cv-10734   |
| 617 | WAFER, MONA                | 2:16-cv-16741   |
| 618 | WALKER, CATHERINE          | 2:16-cv-17114   |
| 619 | WALKER, SHARON             | 2:17-cv-10347   |
| 620 | WALLIS, SHARI              | 2:17-cv-00762   |
| 621 | WALLWEY, BARBARA           | 2:17-cv-06014   |
| 622 | WARD, DELORES              | 2:17-cv-06917   |
| 623 | WARD, KAREN                | 2:17-cv-10372   |
| 624 | WARD, LINDA                | 2:16-cv-17493   |
| 625 | WARNER, NANCY              | 2:17-cv-11688   |
| 626 | WARREN, DAWN               | 2:17-cv-06262   |
| 627 | WARREN, LACRETIA           | 2:17-cv-16751   |
| 628 | WASHINGTON, BRENDA         | 2:17-cv-04966   |
| 629 | WASHINGTON, DEIRDRA        | 2:17-cv-06903   |
| 630 | WASHINGTON, LAWANDA        | 2:17-cv-10784   |
| 631 | WATTS, LISA                | 2:17-cv-10402   |
| 632 | WATTS, MARTHA              | 2:17-cv-10115   |
| 633 | WEBB MCCONNELL, BETTY      | 2:16-cv-17155   |
| 634 | WEBRE, MARY                | 2:16-cv-16035   |
| 635 | WEIRICK, MELISSA           | 2:17-cv-09546   |
| 636 | WELLMAN, SONYA             | 2:17-cv-10381   |
| 637 | WELLS, PAMELA              | 2:17-cv-11583   |
| 638 | WELSH, KRISTIN             | 2:17-cv-09894   |
| 639 | WERNING, LARA              | 2:16-cv-17169   |
| 640 | WESTBROOK, GWENDOLYN       | 2:17-cv-09778   |
| 641 | WHITAKER, MARY             | 2:16-cv-17221   |
| 642 | WHITE, DEIDRIAN            | 2:17-cv-10736   |
| 643 | WHITE, DONNA               | 2:17-cv-01640   |
| 644 | WHITE, PATRICIA            | 2:17-cv-00262   |
| 645 | WHITT, JACQUELINE          | 2:17-cv-08165   |

| #   | Case Name            | MDL Docket #   |
|-----|----------------------|----------------|
| 646 | WILDMAN, CRISTAL     | 2:17-cv-11274  |
| 647 | WILLIAMS, ANGELA     | 2:17-cv-11573  |
| 648 | WILLIAMS, CATHERINE  | 2:16-cv-17215  |
| 649 | WILLIAMS, DANNELL    | 2:17-cv-02194  |
| 650 | WILLIAMS, DAPHINE    | 2:16-cv-17220  |
| 651 | WILLIAMS, DORIS      | 2:16-cv-17044  |
| 652 | WILLIAMS, JENNIFER   | 2:17-cv-04745  |
| 653 | WILLIAMS, JOAN       | 2:17-cv-09356  |
| 654 | WILLIAMS, JOY        | 2:17-cv-11637  |
| 655 | WILLIAMS, ROSE       | 2:17-cv-10165  |
| 656 | WILLIFORD, YOLANDA   | 2:17-cv-10213  |
| 657 | WILLIS, LISA         | 2:16-cv-17492  |
| 658 | WILSON, DEBRA        | 2:17-cv-07740  |
| 659 | WILSON, FRANKIE      | 2:17-cv-06721  |
| 660 | WILSON, LAVONIA      | 2:17-cv-06553  |
| 661 | WOOD, DELIGHT        | 2:16-cv-15321  |
| 662 | WOOD, KIM            | 2:17-cv-06733  |
| 663 | WOODROW, ELIZABETH   | 2:17-cv-09446  |
| 664 | WRIGHT, ANDREA       | 2:17-cv-10390  |
| 665 | WRIGHT, PRISCILLA    | 2:17-cv-11786  |
| 666 | YESSILTH, IRIS       | 2:17-cv-08166  |
| 667 | YODER, DANA          | 2:17-cv-06230  |
| 668 | YOHO, JULIE          | 2:17-cv-04125  |
| 669 | YOUNG, BARBARA       | 2:17-cv-10163  |
| 670 | YOUNG, LORRAINE      | 2:16-cv-17235  |
| 671 | ZENDA, ESTELA        | 2:17-cv-08640  |
| 672 | ZIENKA, JUDY         | 2:17-cv-04173  |
| 673 | ZINSER, ADELAIDE     | 2:17-cv-10664  |
| 674 | ZYCH, BARBARA        | 2:17-cv-10382  |