UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N"(5) |
| FRANCES ELAINE HENDERSON, | JUDGE ENGELHARDT |
| *Plaintiff* | MAG. JUDGE NORTH |
| v. | Civil No. 2:17-cv-13105-KDE-MBN |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| *Defendant(s)* | |

## ORDER

Considering the foregoing Motion for Substitution of Counsel of Record (Rec. Doc. 1731)

**IT IS HEREBY ORDERED** that attorneys Chris Hellums, Jon Mann, and Austin Whitten of Pittman, Dutton and Hellums, P.C. and attorney Michael McGartland of McGartland Law Firm, LLC are withdrawn as the Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorney Leslie LaMacchia of Pulaski Law Firm is substituted as the Plaintiff's attorney of record in Case No. 2:17-cv-13015, *Francis Elaine Henderson v. Sanofi-Aventis, U.S. LLC, et al.*

New Orleans, Louisiana this 15th day of March, 2018.

_____
Honorable Kurt D. Engelhardt