# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| ANGELA ABEL and CHAD ALAN ABEL, | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| Plaintiffs, | : | MAG. JUDGE NORTH |
| vs. | : | ORDER |
| | : | Civil Action No.: 2:17-cv-01354 |
| SANOFI S.A., et al. | : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this __16th__ day of __March__, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE