# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Arnitta M. Lawson
Case No.: 16-cv-17811

## ORDER

　　Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1683) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion. It is also hereby Ordered that document 1649 is withdrawn.

　　New Orleans, Louisiana, this 15th day of March, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**