UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| YOLANDA BLACKSHEAR | |
| Plaintiff(s), | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| vs. | ORDER |
| SANOFI US SERVICES INC.; SANOFI-AVENTIS U.S. LLC, SANDOZ INC.; ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION D/B/A MCKESSON PACKAGING; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.; PFIZER INC.; ACTAVIS LLC F/K/A ACTAVIS INC.; and ACTAVIS PHARMA, INC.,<br>Defendants. | Civil Action No.: 2:17-cv-12613 |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1774) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 15th day of March, 2018

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

1