## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>CHERYL BUGG v. HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.,  Case No. 2:17-cv-11946 | Civil Action No.: 2:17-CV-11946 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Cheryl Bugg's claims against all Defendants be dismissed without prejudice, each party to bear its own costs.  The reason for dismissal is to resolve a duplicate filing; Ms. Bugg's claims will remain active in case number 2:17-cv-10185.

Dated this 19th day of March 2018.

| | |
|---|---|
| By:  */s/ Brian A. Abramson*<br>Brian A. Abramson<br>**WILLIAMS KHERKER HART BOUNDAS, LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017-5051<br>Telephone: (713) 230-2200<br>Facsimile: (713) 643-6226<br>Email:  babramson@williamskherkher.com<br><br>*Attorneys for Plaintiff Cheryl Bugg* | By:  */s/ Mara Cusker Gonzalez*<br>Mark Cheffo<br>Mara Cusker Gonzalez<br>Sara Roitman<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Ave., 22nd Floor<br>New York, NY  10010<br>Telephone: (212-849-7000<br>Facsimile: (212) 849-7100<br>Email:  markcheffo@quinnemanuel.com<br>           maracuskergonzalez@quinnemanuel.com |

1

          sararoitman@quinnemmanuel.com

     John F. Olinde
     **CHAFFE MCCALL, L.L.P.**
     2300 Energy Centre
     1100 Poydras Street
     New Orleans, LA  70163
     Email:  olinde@chaffe.com

     *Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc..*