# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Cathy Nguyen
Case No.: 17-cv-5625

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1757) and for good cause as shown, IT IS ORDERED that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 15th day of March, 2018

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**