UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2740<br>SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>DANNELL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br>SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., and SSANOFI WINTHROP PHARMACEUTICALS INC.<br><br>Defendants.<br><br>Civil Case No. 2:17-cv-02194 | JUDGE: KURT D. ENGELHARDT<br><br><br>MAG. JUDGE: NORTH<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1848) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the 15th day of March 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE