# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| PATRICIA LEE, an Individual, | : : | ORDER |
| Plaintiff(s), | : | Civil Action No.: 2:17-cv-4487 |
| vs. | : : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------- | : | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1807) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached to Plaintiff's Motion, and it is deemed filed as of the date of the motion, March 8, 2018.

New Orleans, Louisiana, this 15th day of March, 2018.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**