UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | § § § § § § § | MDL No. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

THE COURT being fully advised on the matter and having reviewed the file and pleadings, hereby GRANTS Plaintiffs' Unopposed Motion to Withdraw Motions for Leave to File Amended Complaints (Rec. Doc. 1698) in the below-captioned matters. **IT IS ORDERED** that the motions filed in reference to the below-captioned matters are withdrawn, and **IT IS FURTHER ORDERED** that the Clerk of Court make the changes requested in Exhibit "A" to this Order.

| Last Name | First Name | Docket Numbers |
|---|---|---|
| Boynton | Sandra | 2:17-cv-09241 |
| Reed | Bobbi | 2:17-cv-09194 |
| Williamson | Delois | 2:17-cv-09322 |
| Mills | Linda | 2:17-cv-09348 |
| Thomas | Lee Ann | 2:17-cv-09345 |
| Harry | Dawn | 2:17-cv-09351 |
| Goldberg | Randi | 2:17-cv-09357 |
| Etheridge | Carissa | 2:17-cv-09431 |
| Landis | Meredith | 2:17-cv-09427 |
| Weldon | Betty | 2:17-cv-09424 |
| Belanger | Jennifer | 2:17-cv-09423 |
| Westbrook | Denise | 2:17-cv-09499 |
| Baker | Vivian | 2:17-cv-09497 |
| Halsel | Roni | 2:17-cv-09509 |

| Ullery | Jackie | 2:17-cv-09511 |
| --- | --- | --- |
| Henderson-Moore | Donna | 2:17cv-09575 |
| Simms | Joan | 2:17-cv-09574 |
| Gibson | Peggy | 2:17-cv-09576 |
| Laverne | Shirley | 2:17-cv-11323 |
| Vaillancourt | Linda | 2:17-cv-11320 |
| Riding | Kathyrn | 2:17-cv-11496 |
| Bassett | Debra | 2:17-cv-11489 |
| Thompson | Teresa | 2:17-cv-11498 |
| Bell | Alice | 2:17-cv-12706 |
| Chioda | Marlene | 2:17-cv-12593 |

New Orleans, Louisiana this __15th__ day of __March__, __2018__.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2