Exhibit "A"

| Last Name | First Name | Docket Numbers | Needed Action |
|---|---|---|---|
| Boynton | Sandra | 2:17-cv-09241 | No action needed. |
| Reed | Bobbi | 2:17-cv-09194 | No action needed. |
| Williamson | Delois | 2:17-cv-09322 | 1. Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc. |
| Mills | Linda | 2:17-cv-09348 | No action needed. |
| Thomas | Lee Ann | 2:17-cv-09345 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. and Sun Pharma FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.<br><br>3.) Please change Allergan Finance LLC f/k/a Actavis Inc., to Actavis LLC f/k/a Actavis Inc. |
| Harry | Dawn | 2:17-cv-09351 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Goldberg | Randi | 2:17-cv-09357 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc. |

| Last Name | First Name | Docket Numbers | Needed Action |
|---|---|---|---|
| Etheridge | Carissa | 2:17-cv-09431 | No action needed. |
| Landis | Meredith | 2:17-cv-09427 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Weldon | Betty | 2:17-cv-09424 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Belanger | Jennifer | 2:17-cv-09423 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.<br><br>3.) Please change Allergan Finance LLC f/k/a Actavis Inc., to Actavis LLC f/k/a Actavis Inc. |
| Westbrook | Denise | 2:17-cv-09499 | No action needed. |

| Last Name | First Name | Docket Numbers | Needed Action |
|---|---|---|---|
| Baker | Vivian | 2:17-cv-09497 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. and Sun Pharma FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.<br><br>3.) Please change Allergan Finance LLC f/k/a Actavis Inc., to Actavis LLC f/k/a Actavis Inc. |
| Halsel | Roni | 2:17-cv-09509 | 1.) Please change Hospira Worldwide Inc. and Hospira Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. and Sun Pharma FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Ullery | Jackie | 2:17-cv-09511 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Henderson-Moore | Donna | 2:17cv-09575 | No action needed. |

| Last Name | First Name | Docket Numbers | Needed Action |
|---|---|---|---|
| Simms | Joan | 2:17-cv-09574 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. and Sun Pharma FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.<br><br>3.) Please change Allergan Finance LLC f/k/a Actavis Inc., to Actavis LLC f/k/a Actavis Inc. |
| Gibson | Peggy | 2:17-cv-09576 | 1.) Please change Hospira Worldwide Inc. to Hospira Worldwide LLC f/k/a Hospira Worldwide Inc.<br><br>2.) Please change Sun Pharma Global Inc. to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Laverne | Shirley | 2:17-cv-11323 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Vaillancourt | Linda | 2:17-cv-11320 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Riding | Kathyrn | 2:17-cv-11496 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |

| Last Name | First Name | Docket Numbers | Needed Action |
|---|---|---|---|
| Bassett | Debra | 2:17-cv-11489 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Thompson | Teresa | 2:17-cv-11498 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Bell | Alice | 2:17-cv-12706 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| Chioda | Marlene | 2:17-cv-12593 | 1.) Please change Sun Pharma Global FZE to Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |