UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Consent Motion to Withdraw Pleadings (Rec. Doc. 1777), filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and, that the Motion to Dismiss for Failure to Comply with Pretrial Order No. 9 (Doc. No. 1721) is hereby withdrawn from this Court's docket and the Court's submission calendar.

New Orleans, Louisiana this  15th  day of  March , 2018 .

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE