UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) : MDL NO. 2740
PRODUCTS LIABILITY LITIGATION :
: SECTION "N"(5)
:
: HON. JUDGE ENGELHARDT
:
: MAG. JUDGE NORTH

Carolyn G. Hess
:
vs. :
:
:

Sanofi S.A., et al.
Civil Case No.: 2:17-cv-17204
------------------------------------------------------

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL BUT SANOFI DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Carolyn G. Hess hereby gives notice of her voluntary dismissal with prejudice of the following defendants: Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc. Each party to bear there on costs.

Plaintiff Carolyn G. Hess will continue her case against Defendant Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

This the 20th day of March 2018.                Respectfully submitted,

                                                 /S/ Dana G. Kirk
                                                DANA G. KIRK
                                                **KIRK LAW FIRM**
                                                TSBN: 11507500

440 Louisiana Street, Suite 2400<br>
Houston, Texas 77002<br>
Telephone: 713/651-0050<br>
Facsimile: 713/651-0051<br>
Toll free: 800/651-5475<br>
kirk@kirklawfirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys on this 20th day of March 2018, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.
-

/S/ Dana G. Kirk
DANA G. KIRK