UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-cv-11946-KDE-MBN |
| CHERYL BUGG v. HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC., Case No. 2:17-cv-11946 | |

**ORDER**

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice to Refile Against Defendants Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc.

Signed, this_____ day of _____, 2018.

                                                                                                                     _____
                                                                                                                     Honorable Kurt D. Engelhardt
                                                                                                                     U.S. District Court Judge