# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N"(5) |
| | : : | HON. JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Anita L. Burns vs. Sanofi S.A., et al. Civil Case No.: 2:17-cv-17164 | : : : : : : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL BUT SANOFI DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Anita L. Burns hereby gives notice of her voluntary dismissal with prejudice of the following defendants: Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc. Each party to bear there on costs.

Plaintiff Anita L. Burns will continue her case against Defendant Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

This the 20th day of March 2018.                    Respectfully submitted,

 /S/ Dana G. Kirk
DANA G. KIRK
**KIRK LAW FIRM**
TSBN: 11507500
440 Louisiana Street, Suite 2400
Houston, Texas 77002
Telephone: 713/651-0050
Facsimile: 713/651-0051
Toll free: 800/651-5475
kirk@kirklawfirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys on this 20th day of March 2018, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.
-

/S/ Dana G. Kirk
DANA G. KIRK