UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) HON. JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Christine O'Hara v. Sanofi S.A., et al. Civil Case No.: 2:17-cv-17225 | | |

-------------------------------------------------

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL BUT SANOFI DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Christine O'Hara hereby gives notice of her voluntary dismissal with prejudice of the following defendants: Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc. Each party to bear there on costs.

Plaintiff Christine O'Hara will continue her case against Defendant Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

This the 20th day of March 2018.          Respectfully submitted,

   /S/ Dana G. Kirk
DANA G. KIRK
**KIRK LAW FIRM**
TSBN: 11507500
440 Louisiana Street, Suite 2400

Houston, Texas 77002  
Telephone: 713/651-0050  
Facsimile: 713/651-0051  
Toll free: 800/651-5475  
kirk@kirklawfirm.com  

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys on this 20th day of March 2018, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.
-

/S/ Dana G. Kirk  
DANA G. KIRK