**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)       :          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION** :
                                  :          **SECTION "N"(5)**
                                  :
                                  :          **HON. JUDGE ENGELHARDT**
                                  :
                                  :          **MAG. JUDGE NORTH**
Lorrie T. Whitenight
                                  :
v.                                :
                                  :
                                  :
Sanofi S.A., et al.
Civil Case No.: 2:17-cv-17233
-------------------------------------------------------

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL BUT SANOFI DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Lorrie T. Whitenight hereby gives notice of her voluntary dismissal with prejudice of the following defendants: Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc. Each party to bear there on costs.

Plaintiff Lorrie T. Whitenight will continue her case against Defendant Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

This the 20th day of March 2018.                    Respectfully submitted,


                                                     /S/ Dana G. Kirk
                                                     DANA G. KIRK
                                                     **KIRK LAW FIRM**
                                                     TSBN: 11507500
                                                     440 Louisiana Street, Suite 2400

Houston, Texas 77002
Telephone: 713/651-0050
Facsimile: 713/651-0051
Toll free: 800/651-5475
kirk@kirklawfirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys on this 20th day of March 2018, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.
-

/S/ Dana G. Kirk
DANA G. KIRK