UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| **MARGO TRAVIS**,<br><br>  Plaintiff(s),<br><br>vs.<br><br><br>**SANOFI-AVENTIS U.S. INC.<br>& SANOFI-AVENTIS U.S. LLC,**<br><br>  Defendant(s). | : : : : : : : : : : : : | **COMPLANT & JURY DEMAND**<br><br>Civil Action No.: **2:17-CV-13776** |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on November 30, 2017 (*Margo Travis v. Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC,* Case No. 2:17-cv-13776), and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff seeks to add Accord Healthcare, Inc. as a Defendants under PTO 37A and to dismiss the Sanofi entities with prejudice.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

**Dated this 19th day of March, 2018.**

**Respectfully Submitted,**

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 19, 2018

/s/ Robert J. Binstock
Robert J. Binstock