## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N"(5) |
| | : | |
| | : | HON. KURT D. ENGELHARDT |
| SHARON FERGUSON, Plaintiff(s), | : | |
| vs. | | |
| SANOFI S.A., et al., Defendant(s). | | |

Civil Case No.: 2:17-cv-3743

---

### ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec.Doc. 1797) and for good cause shown, it is hereby Ordered that Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services Inc. F/K/A, Sanofi-Aventis U.S. Inc., And Sanofi-Aventis U.S. LLC are dismissed from this case with prejudice, and the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 15th day of March, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE