# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>JUDGE KURT ENGELHARDT<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*CONNIE SHATSWELL VS. SANOFI US SERVICES, INC. F/KA/ SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC*
*Civil Action No. 2:16-CV-15807*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party (Rec. Doc. 1511) as well as any responses thereto, finds the motion meritorious. IT IS ORDERED THAT Plaintiff Jeoffrey Shatswell, on behalf of the Estate of Connie J. Shatswell, is substituted for Plaintiff Jeoffrey Shatswell in the above captioned cause.

New Orleans, Louisiana this __15th__ day of __March__, __2018__.

_____
Hon. Kurt D. Engelhardt
United States District Court Judge