

| | Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
|---|---|---|---|
| | Stanley P. Baudin | Courtney L. Stidham* | Allen M. Edwards |
| **PBC** PENDLEY BAUDIN & COFFIN | Christopher L. Coffin*† | *Also admitted in Alabama | David M. Hundley* |
| ATTORNEYS AT LAW | *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Illinois |
| | †Registered nurse | Evan P. Fontenot | Tracy L. Turner* |
| | Nicholas R. Rockforte | | *Admitted only in Ohio |

March 20, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
         *Monica Dupree v. Hospira, Inc., et al.;* 2:16-cv-16632

Dear Judge Engelhardt:

   Counsel writes to inform the Court that following the Court's Rule to Show Cause deadline for failure to submit a PFS, Plaintiff Monica Dupree contacted counsels' office and produced a PFS. Her PFS was submitted December 8, 2017 via MDL Centrality. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's recent production of her PFS into consideration and deny Defendant's request to dismiss this case.

Dated:  March 20, 2018

                    Respectfully submitted,

                    /s/ Christopher L. Coffin
                    Christopher L. Coffin (LA# 27902)
                    **Pendley, Baudin & Coffin, L.L.P.**
                    1515 Poydras Street, Suite 1400
                    New Orleans, LA 70112
                    Tel: (504) 355-0086
                    Fax: (504) 523-0699
                    ccoffin@pbclawfirm.com

                    *Attorney for Plaintiff*

---

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com