

| | Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
|---|---|---|---|
| | Stanley P. Baudin | Courtney L. Stidham* | Allen M. Edwards |
| | Christopher L. Coffin*† | *Also admitted in Alabama | David M. Hundley* |
| | *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Illinois |
| | †Registered nurse | Evan P. Fontenot | Tracy L. Turner* |
| | Nicholas R. Rockforte | | *Admitted only in Ohio |

March 20, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Tammy Hiler v. Sanofi SA, et al.; 2:17-cv-07268*

Dear Judge Engelhardt:

Counsel writes to inform the Court that following the Court's Rule to Show Cause deadline for failure to submit a PFS, Plaintiff Tammy Hiler contacted counsels' office and produced a PFS. Her PFS was submitted November 27, 2017 via MDL Centrality. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's recent production of her PFS into consideration and deny Defendant's request to dismiss this case.

Dated:  March 20, 2018

                                                Respectfully submitted,

                                                /s/ Christopher L. Coffin
                                                Christopher L. Coffin (LA# 27902)
                                                **Pendley, Baudin & Coffin, L.L.P.**
                                                1515 Poydras Street, Suite 1400
                                                New Orleans, LA 70112
                                                Tel: (504) 355-0086
                                                Fax: (504) 523-0699
                                                ccoffin@pbclawfirm.com

                                                *Attorney for Plaintiff*

**Plaquemine**
Post Office Drawer 71          T (225) 687.6396
24110 Eden Street              F (225) 687.6398
Plaquemine, LA 70765           pbclawfirm.com

**New Orleans**
1515 Poydras Street,           T (504) 355.0086
Ste. 1400                      F (504) 523.0699
New Orleans, LA 70112          pbclawfirm.com