# EXHIBIT 1

**From:** Leslie LaMacchia [mailto:llamacchia@pulaskilawfirm.com]
**Sent:** Friday, January 26, 2018 5:45 PM
**To:** Bieri, Kelly (SHB) <kbieri@shb.com>; Kelly Brilleaux <kbrilleaux@irwinllc.com>; Olinde, John (Olinde@chaffe.com) (Olinde@chaffe.com) <Olinde@chaffe.com>; Ratliff, Harley (SHB) <hratliff@shb.com>; Douglas Moore <dmoore@irwinllc.com>
**Cc:** Kirsten Warren <kirsten@pulaskilawfirm.com>; taxotere@bkc-law.com
**Subject:** Stipulation of Dismissal - Taxotere

Counsel,

Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?

    *Myrtis Betton v. Sanofi S.A., et al.* (Cause no. 2:17-cv-15010)

The reason for this Stipulation is that the product identification was Paclitaxel only.

Thanks,
Leslie

**Leslie LaMacchia | Senior Associate**
2925 Richmond, Suite 1725  |  Houston, TX 77098
(713) 664-4555  |  (713) 664-7543 (fax)  |  (800) 223-3784 (toll free)

