# EXHIBIT 2

```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   CYNTHIA THIBODEAUX,
           Plaintiff,
 5
     VERSUS              CIVIL ACTION NO. 2:16-cv-15859
 6
     SANOFI S.A., SANOFI-AVENTIS U.S.
 7   L.L.C., SANOFI US SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
 8         Defendants.
     ------------------------------------------------------
 9   ELIZABETH KAHN,
           Plaintiff,
10
     VERSUS              CIVIL ACTION NO. 2:16-cv-17039
11
     SANOFI S.A., SANOFI-AVENTIS U.S.
12   L.L.C., SANOFI US SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
13         Defendants.
14
15
          VIDEOTAPED DEPOSITION OF SHEVONDA THOMAS
16
17       Taken at the Offices of Irwin, Fritchie,
18       Urquhart & Moore, LLC, 400 Poydras Street,
19       Suite 2700, New Orleans, Louisiana, on
20       Wednesday, January 10, 2018, beginning at
21       9:07 a.m.
22
23   JOB NO. 2783235
24
25
```

Page 140

1          I'm sorry.
2    MR. MAHER:
3          Q.   Taxotere carries with it a risk of
4    permanent hair loss, whereas Taxol does not.
5    MS. BIERI:
6               Object to the form.
7    MR. MAHER:
8               I haven't finished my question, please.
9    MS. BIERI:
10              Sorry.  Sorry.
11   MR. MAHER:
12              You can have a standing objection,
13   whatever you want on it.  You don't even have to
14   say anything.  All your objections are preserved.
15   Let's just get through this.
16         Q.   And it's our client's position that she
17   was not given that choice of taking Taxol or
18   Taxotere.  And it's our client's position that the
19   manufacturer of Taxotere didn't tell you or didn't
20   tell the doctors of that risk.
21              So that's where we are right now.  And
22   the question that I have for you is that were you
23   ever told that Taxotere carries with it a risk of
24   permanent hair loss?
25   MS. BIERI:

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * *
 4   LISA TUYES,                        CASE NO.
          Plaintiff.                    2:16-cv-15473
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8         Defendants.
 9
10    * * * * * * * * * * * * * * * * * * * * * *
11
                        DEPOSITION
12
                           OF
13
                       LISA TUYES
14
           Taken on Tuesday, December 5, 2017
15
               Commencing at 9:24 a.m.
16
                        at the
17                    offices of
18               MORRIS BART, LLC
19              601 Poydras Street
20            New Orleans, Louisiana
21
22
23
24
25    Job No. NJ2755740
```

Page 329

1    market first?
2        A.  No.
3        Q.  Okay.
4            I want you to assume that Taxol was on the
5    market for years before Taxotere came on the market.
6            MS. SCHULTZ:  Object to form.
7    BY MR. MICELI:
8        Q.  And that they are both taxanes and are
9    microtubular inhibitors.  Okay?
10           MS. SCHULTZ:  Object to form.
11   BY MR. MICELI:
12       Q.  If were you given the option of taking
13   Taxol, which is in the same class of drugs as
14   Taxotere, and told that Taxol did not carry the
15   increased risk of permanent alopecia or loss of
16   hair, and given the option, would you have chosen to
17   take Taxol over Taxotere?
18           MS. SCHULTZ:  Object to form.
19       A.  Definitely, yes.
20       Q.  Why do you say that?
21       A.  Look at my hair.  Every day, I look in the
22   mirror and it's a reminder.  And I never wanted this
23   to happen.  And if I would have had the option, I
24   would have chose not to have permanent hair loss.
25       Q.  Okay.

Page 1

```
 1              IN THE UNITED DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

    DELLA MARTIN,
 3
            Plaintiff,
 4
        v.                          CASE NO. 2:16-cv-15678
 5
    SANOFI S.A., SANOFI-A VENTIS U.S.
 6  L.L.C., SANOFI US SERVICE, INC.,
    and A VENTIS-PHARMA S.A.,
 7
            Defendants.
 8                                     /
 9
                 DEPOSITION OF DAT PHAM, M.D.
10
11
        DATE TAKEN:   January 17, 2018
12
        TIME:         9:55 a.m. - 11:24 a.m.
13
        PLACE:        University of Florida
14                    Oncology & Hematology
                      653 W. 8th Street
15                    Jacksonville, Florida  32209
16
17
            Examination of the witness taken before:
18      Teresa S. DeCiancio, RDR, CRR, CRC, FPR, C.C.R.
     Notary Public in and for the State of Florida at Large
19
20
21
22
23
24
25      Job No. NJ2797776
```

Page 21

1    Q    -- treatment, would that --
2         MR. SEARS:  Objection, form.
3    A    I would not substitute the Taxol, T-a-x-o-l --
4    Q    Uh-huh.
5    A    -- yes, because there's no combination that I
6  know combine Taxol plus Cytoxan there.  Uh-huh.  The
7  Taxol is usually used as a single agent.
8    Q    Okay.  So if you -- if you had -- if Della
9  Martin had refused Taxotere because of permanent hair
10 loss, you would have substituted Taxol as a single
11 agent?
12        MR. SEARS:  Objection, form.
13   A    Yeah, I could, if she's agreeable, because
14 Taxol also have a risk of hair loss too, you know.
15 And -- but I cannot say that is a hundred percent that a
16 patient's hair would come back normally; I cannot.
17 Because it's not a - -- you know, from my experience,
18 it's not -- not everything is absolute, a hundred
19 percent, you know.
20   Q    In your -- in your judgment as of 2006, would
21 the use of Adriamycin and Cyclosphoramide --
22 Cyclophosphamide in two cycles followed by cycles using
23 Taxol -- would that have been effective?
24        MR. SEARS:  Objection, form.
25   A    I think it -- it -- it can work too, but I

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3               ~~~~~~~~~~~~~~~~~~~~~
 4
 5     TANYA FRANCIS,
 6
 7              Plaintiff,
 8
 9       vs.              Case No. 2:16-cv-17410
10
11     SANOFI S.A., SANOFI-AVENTIS U.S.
       L.L.C., SANOFI US SERVICE, INC., and
12     AVENTIS-PHARMA S.A.,
13              Defendants.
14
15               ~~~~~~~~~~~~~~~~~~~~~
16                    Deposition of
17               CHERIAN VERGHESE, M.D.
18
                    January 10, 2018
19                     11:25 a.m.
20
                       Taken at:
21
          University of Toledo Medical Center
22               3000 Arlington Avenue
                    Toledo, Ohio
23
24     Job No. NJ2775665
25              Stephen J. DeBacco, RPR
```

1  Q. Would you disagree if an expert
2  were to give an opinion that the risk of
3  permanent hair loss is associated with Taxotere
4  but is not likewise associated with Taxol?
5              MR. SEARS: Objection to form.
6  A. I would go and find out what
7  literature we have. So it's not a simple
8  disagreement. And I'll tell the patient, yes,
9  docetaxel can cause this. We don't have
10 reports yet of this one. That doesn't mean
11 that it won't. So it's still an individualized
12 position.
13 Q. After learning about this potential
14 risk of permanent hair loss, have you began to
15 counsel or educate your patients about this
16 risk when you review side effects of
17 chemotherapy with them?
18             MR. SEARS: Objection to form.
19 A. Yes.
20 Q. Has anyone from Sanofi ever made
21 you aware of any label changes regarding an
22 association between permanent hair loss and
23 Taxotere?
24             MR. SEARS: Objection to form.
25 A. No.