# EXHIBIT 3

**From:**               Bieri, Kelly (SHB)
**Sent:**               Thursday, February 22, 2018 7:22 PM
**To:**                 Leslie LaMacchia
**Cc:**                 Hatten, Madison M. (SHB); Byard, Adrienne L. (SHB); taxotere@bkc-law.com; Ratliff, Harley (SHB); Olinde, John; Douglas Moore; Kirsten Warren
**Subject:**          RE: Stipulation of Dismissals (Taxotere)

Leslie

As an initial matter, I object to your comment that our delay in responding is "obstructing this entire judicial process." First, your request for stipulation as to the Henderson case has been pending for 3 days, and as I noted in my initial email, we receive many dismissal requests each day and I have been travelling and/or in deposition for most of the week. More importantly, you do not need our consent to dismiss the Henderson case with prejudice. You have not served Sanofi. You should file as a notice of dismissal, not a stipulation. Please use the format below.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff NAME OF PLAINTIFF, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action CASE NO. OF DUPLICATE CASE TO BE DISMISSED. This Notice of Voluntary Dismissal with Prejudice dismisses only Plaintiff's claims in CASE NO. OF DUPLICATE CASE TO BE DISMISSED only. It is not intended to affect the lawsuit filed by PLAINTIFF NAME, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. CASE TO REMAIN. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no defendant has been served.

As to Ms. Bennett, your client filed a lawsuit against Sanofi in which you allege she suffered from disfiguring permanent alopecia as a result of taking docetaxel. You have also adopted the allegations set forth in the Amended Master Complaint, which assert that Taxol, the chemotherapy your client apparently took, is the main competitor of Taxotere and that Plaintiff would have chosen an alternative to Taxotere that did not lead to the injury alleged. Prior to the filing of this lawsuit, we believe you had an obligation to conduct a sufficient investigation in to what product your client took, whether she had the injury actually alleged in their complaint (disfiguring permanent alopecia), and whether there was a good faith, plausible basis that the alleged injury was caused by the identified product. It seems you failed to do so.

This is at least the second case involving your firm in which dismissal has been sought on the basis the plaintiff did not take Taxotere (or any other form of docetaxel) but instead took Taxol. We believe that the failure to make a reasonable attempt to determine this information in advance of filing suit is improper. You will need to file your motion to dismiss as opposed, unless you intend to amend your complaint to name the correct manufacturer of the product your client took.

thanks,

Kelly

---

**From:** Leslie LaMacchia [mailto:llamacchia@pulaskilawfirm.com]
**Sent:** Thursday, February 22, 2018 5:45 PM
**To:** Bieri, Kelly (SHB)
**Cc:** Hatten, Madison M. (SHB) ; Byard, Adrienne L. (SHB) ; taxotere@bkc-law.com; Ratliff, Harley (SHB) ; Olinde, John ; Douglas Moore ; Kirsten Warren
**Subject:** Stipulation of Dismissals (Taxotere)

Kelly,

With all due respect, the delays in responding to my requests to consent to Dismissals With Prejudice obstruct this entire judicial process. For example, since we are under obligations to provide you with product identification, I would assume that Defendants would have no issues consenting to the dismissal of a case especially if the product is Taxol only.

Again, I am asking if you are amenable to the two proposed Stipulations attached to this email:

> *Frances Elaine Henderson v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-15363) – dual rep issue
> *Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737) – Taxol only

Thanks,
Leslie


**From:** Leslie LaMacchia
**Sent:** Monday, February 19, 2018 12:35 PM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; 'Austin Whitten' <austinw@pittmandutton.com>; taxotere@bkc-law.com; 'Jon Mann' <jonm@pittmandutton.com>
**Subject:** Taxotere - Stipulation of Dismissal with Prejudice (Henderson 2:17-cv-15363)

Counsel,

Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?

> *Frances Elaine Henderson v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-15363)

The reason for this Stipulation is that there is a dual representation issue.

I am attaching a proposed copy of the Stipulation.

Thanks,
Leslie

**From:** Leslie LaMacchia
**Sent:** Friday, February 16, 2018 10:00 AM
**To:** 'Bieri, Kelly (SHB)' <KBIERI@shb.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas Moore <dmoore@irwinllc.com>; Kirsten Warren <kirsten@pulaskilawfirm.com>; taxotere@bkc-law.com
**Subject:** FW: Stipulation of Dismissal - Taxotere (Tawana Bennett)

Kelly,

Just wanted to follow up on this.

Thanks,
Leslie

> **From:** Leslie LaMacchia <llamacchia@pulaskilawfirm.com>
> **Date:** February 12, 2018 at 4:35:46 PM CST
> **To:** "Bieri, Kelly (SHB)" <KBIERI@shb.com>
> **Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>, "Ratliff, Harley (SHB)" <HRATLIFF@shb.com>, Douglas Moore <dmoore@irwinllc.com>, Kirsten Warren <kirsten@pulaskilawfirm.com>, "taxotere@bkc-law.com" <taxotere@bkc-law.com>, "Olinde, John" <Olinde@chaffe.com>
> **Subject: Stipulation of Dismissal - Taxotere (Tawana Bennett)**
>
> Counsel,
>
> Any objections to the filing of a Stipulation of Dismissal With Prejudice in the following matter?
>
> > *Tawana Bennett v. Sanofi S.A., et al.* (Cause no. 2: 17-cv-14737)
>
> The reason for this Stipulation is that the product identification was Paclitaxel only.
>
> Thanks,
> Leslie
>
> **Leslie LaMacchia | Senior Associate**
> 2925 Richmond, Suite 1725 | Houston, TX 77098
> (713) 664-4555 | (713) 664-7543 (fax) | (800) 223-3784 (toll free)

