## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SANDOZ DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>CHERYL L. MOEN v. SANDOZ INC. | Civil Action No.: 2:17-CV-12464 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Cheryl L. Moen's duplicative lawsuit against Sandoz Inc., be dismissed with prejudice, each party to bear its own costs. Plaintiff's initial complaint was filed on July 14, 2017 in the Eastern District of Louisiana, Case No. 2:17-cv-06776, by separate counsel. The parties hereby agree that dismissal of this duplicative complaint does not dismiss Plaintiff's claims as alleged in Case No. 2:17-cv-06776.

Dated this 20th day of March 2018.

By: */s/ Christopher L. Coffin*
Christopher L. Coffin
Nicholas R. Rockforte
Jessica A. Perez
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
Email: ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

By: */s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
 Email:  cohenl@gtlaw.com
             merrellc@gtlaw.com
             holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 20, 2018            /s/ *Christopher L. Coffin*
                                            Christopher L. Coffin