BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Lucy Dovey and Charles Dovey vs. Sanofi US Services Inc. et al.,* Case No. 2:17-cv-13692 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL BUT HOSPIRA DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Lucy Dovey and Charles Dovey's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC Accord Healthcare, Inc., Sandoz Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. be dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| Dated: March 16, 2018 | Respectfully submitted, |
| | GOMEZ TRIAL ATTORNEYS |
| | /s/Lindsay R. Stevens |
| | John H. Gomez (CA Bar # 171485) T.A. |
| | Ahmed S. Diab (CA Bar # 262319) |
| | Lindsay R. Stevens (CA Bar # 256811) |
| | 655 West Broadway, Suite 1700 |
| | San Diego, California 92101 |
| | Telephone: (619) 237-3490 |
| | Facsimile: (619) 237-3496 |
| | *john@thegomezfirm.com* |
| | *adiab@thegomezfirm.com* |

1

*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

IRWIN FRITCHIE URQUHART & MOORE LLC
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
dmoore@irwinllc.com

*Attorney for Defendants*


/s/ Kelly Bieri
Kelly Bieri
Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
ckaufman@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*


/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*
/s/ Julie A. Callsen
Julie A. Callsen

Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*


Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Ahmed S. Diab (CA Bar # 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
adiab@thegomezfirm.com