UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| ESTER MATTHEWS and BOBBY MATTHEWS,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.,<br><br>Defendants. | : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-07297 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Hospira Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., *only*.

Dated this 21st day of March, 2018.

Respectfully Submitted:

By:  s/ *Michael P. McGartland*
     Michael P. McGartland
     MS Bar No. 100487
     McGartland Law Firm, PLLC
     University Centre I, Suite 500
     1300 South University Drive
     Fort Worth, Texas 76107
     Telephone: (817) 332-9300
     Facsimile: (817) 332-9301
     mike@mcgartland.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 21st day of March, 2018.

                                                        s/ *Michael P. McGartland*
                                                       Michael P. McGartland