UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| BONNIE SERAPHINE, | |
| Plaintiff, | |
| vs. | Civil Action No.: 2:17-cv-11654 |
| ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only.*

Dated this 21st day of March, 2018.

          Respectfully Submitted:

By:    s/ *Michael P. McGartland*
        Michael P. McGartland
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone: (817) 332-9300
        Facsimile: (817) 332-9301
        mike@mcgartland.com

        Christopher L. Coffin
        LA Bar No. 27902
        Nicholas R. Rockforte
        LA Bar No. 31305
        Jessica A. Perez
        LA Bar 34024
        Pendley, Baudin & Coffin, L.L.P.
        1515 Poydras Street, Suite 1400
        New Orleans, LA 70112
        Telephone: (504) 355-0086
        Facsimile: (504) 523-0699
        ccoffin@pbclawfirm.com
        nrockforte@pbclawfirm.com
        jperez@pbclawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

    Dated this 21st day of March, 2018.

                                                       s/ *Michael P. McGartland*
                                                       Michael P. McGartland