UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| GAIL SPIVEY-BARNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-12499 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Sandoz Inc., Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only*.

Dated this 21st day of March, 2018.

1

Respectfully Submitted:

By:    s/ *Michael P. McGartland*
      Michael P. McGartland
      MS Bar No. 100487
      McGartland Law Firm, PLLC
      University Centre I, Suite 500
      1300 South University Drive
      Fort Worth, Texas 76107
      Telephone: (817) 332-9300
      Facsimile: (817) 332-9301
      mike@mcgartland.com

      Christopher L. Coffin
      LA Bar No. 27902
      Nicholas R. Rockforte
      LA Bar No. 31305
      Jessica A. Perez
      LA Bar 34024
      Pendley, Baudin & Coffin, L.L.P.
      1515 Poydras Street, Suite 1400
      New Orleans, LA 70112
      Telephone: (504) 355-0086
      Facsimile: (504) 523-0699
      ccoffin@pbclawfirm.com
      nrockforte@pbclawfirm.com
      jperez@pbclawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 21st day of March, 2018.

s/ *Michael P. McGartland*
Michael P. McGartland
