## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Bridgette Kaye Jones, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:17-cv-00275 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : | |
| ------------------------------------------------------------ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this <u>21</u> day of March, 2018.

JOHNSON BECKER, PLLC                IRWIN FRITCHIE URQUHART & MOORE


_/s/ Alexandra Robertson_____          _/s/ Douglas J. Moore_____
Alexandra Robertson, Esq.              Douglas J. Moore, Esq.
Timothy J. Becker, Esq.               400 Poydras St.
444 Cedar Street                  Suite 2700
Suite 1800                     New Orleans, LA 70130
St. Paul, MN 55101                 Phone: 504-310-2100
Phone: 612-436-1800                Fax: 504-310-2100
Fax: 612-436-1801                 Email:  dmoore@irwinllc.com
Email: tbecker@johnsonbecker.com


Attorney for Plaintiff                Attorney for Defendants