# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Merrill v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-13382 | : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO SANDOZ, INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.

Plaintiff, by and between the undersigned counsel, pursuant this Court's Case Management Order No. 12, hereby voluntary dismisses all claims against Defendants Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., each party to bear its own costs. This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Elverie Merrill's claims against Defendants Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. Plaintiff Elverie Merrill's claims against all other Defendants named in civil action number 2:17-cv-13382 will remain active.

Dated: March 21, 2018                              Respectfully submitted,

                                                          /s/ *Russell Abney*
                                                          Russell Abney, Esq.
                                                          State Bar No. 000875 (GA)
                                                          Ferrer Poirot & Wansbrough
                                                          2100 RiverEdge Pkwy, Ste 1025

Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: <u>March 21, 2018</u>    Respectfully submitted,

    /s/ Russell Abney
    Russell Abney, Esq.
    State Bar No. 000875 (GA)
    Ferrer Poirot & Wansbrough
    2100 RiverEdge Pkwy, Ste 1025
    Atlanta, GA 30328
    Telephone: (800) 661-8210
    Facsimile: (707) 313-0956
    Email: atlanta@lawyerworks.com
    *Attorney for the Plaintiff*