UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT |
| _____<br>MARY JOHNSON, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-12725 |
| SANOFI-AVENTIS U.S. LLC, et al | : : : | |
| Defendant.<br>-------------------------------------------------------- | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants; Sanofi SA, Sanofi U.S. Services f/k/a/ Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Aventis Pharma SA be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 21st day of March, 2018.

**KIRTLAND & PACKARD LLP**

BY: /s/ Ruth Rizkalla

Ruth Rizkalla, SBN#224973
Kirtland & Packard, LLP
1638 South Pacific Coast Hwy.
Redondo Beach, CA 90277
(310)536-1000
rr@kirtlandpackard.com

Attorney for Plaintiff

IRWIN FRITCHIE URQUHART & MOORE


 /s/ *Douglas J. Moore*
Douglas J. Moore, Esq.
400 Poydras St.
Suite 2700
New Orleans, LA 70130
Phone: 504-310-2100
Fax: 504-310-2100
Email:  dmoore@irwinllc.com



Attorney for Defendants

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 21st day of March, 2018.

      /s/ Kyle Benkie

      Kyle Benkie, Attorney for Plaintiff