UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| MARY JOHNSON, an Individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al,<br><br>Defendant(s).<br>------------------------------------------------------- | : : : : : : : : : : : : : | MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILED AMENDED COMPLAINT<br><br>Civil Action No.: 2:17-cv-12725 |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the docetaxel that Plaintiff took, including all Sanofi entities which were named on the Short Form Complaint. After receiving a completed National Drug Code form from the hospital which the Plaintiff took treatments, it was discovered that Plaintiff had taken docetaxel that was manufactured by a different Defendant than Sanofi SA, Sanofi U.S. Services f/k/a/ Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Aventis Pharma SA, specifically Sandoz, Inc. Therefore, Plaintiff seeks to leave to file an Amended Short Form Complaint naming Sandoz, Inc. as the Defendant, and removing Sanofi SA, Sanofi U.S. Services f/k/a/ Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Aventis Pharma SA as Defendants.

1

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. No party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated this 21st day of March, 2018

Respectfully submitted,

**KIRTLAND & PACKARD LLP**

BY: /s/ Ruth Rizkalla

Ruth Rizkalla, SBN#224973
Kirtland & Packard, LLP
1638 South Pacific Coast Hwy.
Redondo Beach, CA 90277
(310)536-1000
rr@kirtlandpackard.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 21st day of March, 2018.

/s/ Kyle Benkie

Kyle Benkie, Attorney for Plaintiff