UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| MARY JOHNSON, an Individual,<br><br>Plaintiff(s),<br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al,<br><br>Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Civil Action No.: 2:17-cv-12725 |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, March 21, 2018.

Dated this _____ day of _____, 2018

_____

U.S. District Court Judge

1