UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Selected Cases – See Schedule A. | |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of all Plaintiffs listed in the attached Schedule A

Dated: March 22, 2018                    Respectfully Submitted,

By: */s/ Thomas J. Preuss*

_____
Thomas J. Preuss        MO #54923
**T.J. PREUSS LAW FIRM, L.L.C.**
10601 Mission Road, Suite 250
Leawood, KS 66206
Ph: (816) 336-9701
Fax (816) 336-9705
Email: tjpreuss@tjplawfirm.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22st day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF.  Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas J. Preuss*
_____
**Attorney for Plaintiff**