SCHEDULE A

|   | Plaintiff Name | Case Number |
|---|---|---|
| 1 | Phyllis Baldwin | 17-cv-14727 |
| 2 | Nancy Cintron | 17-cv-14267 |
| 3 | Barbara Sorensen | 17-cv-15323 |
| 4 | Merrilyn Chaney | 18-cv-02952 |
| 5 | Colleen Ellis | 18-cv-02028 |