UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Rosa Fair v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-17252 | |

**MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Rosa Fair, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Fair's case is not set for trial and she has submitted a substantially complete PFS via MDL Centrality, defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Fair regrets any inconvenience to the Court with this supplemental filing. Due to confusion arising from the fact that Ms. Fair had no outstanding deficiency notices from defendants at the time of the response deadline, as well as a misunderstanding between counsel and the PSC with regard to which cases required a written response and which cases were already considered satisfactory to defendants, counsel for Ms. Fair did not submit a complete and detailed response to PSC to explain Ms. Fair's work in in obtaining additional PFS information and photographs. Counsel for Ms. Fair apologizes for this confusion, which is in no way the fault of Ms. Fair, who has continued to maintain an active role in her case and has

1

continued to provide additional information as required by the Court, up to and including sending in additional photographs yesterday, which were immediately uploaded to MDL Centrality.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Defendants, via liaison counsel, have been notified of this motion for leave and have stated they oppose the motion.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 22, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*