# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Rosa Fair  v. Sanofi-Aventis S.A.,
et al*., Case No. 2:16-cv-17252

MDL NO. 2740

SECTION "N" (5)

HON. KURT D. ENGELHARDT

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Rosa Fair, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

No deficiency notice has been served in response to Ms. Fair's third and fourth amended PFSs. As there is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a deficiency notice, Ms. Fair's case should not be subject to dismissal based on her PFS responses. Moreover, as Ms. Fair has submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response should be considered substantially complete.

Ms. Fair received a deficiency notice on October 23, 2017, and duly responded on November 17, 2017, with a written statement. She then submitted an amended PFS on November 22.  Ms. Fair received no further deficiency notice since that time, but nonetheless amended and

submitted her PFS again on March 1, 2018, with more photographs demonstrating proof of injury on March 22, 2018, ensuring that defendants have all necessary information in her possession and as obtained by counsel. Given that 45 days had elapsed since the November 22 PFS submission without issuance of a deficiency notice, defendants had already indicated their satisfaction with that third PFS. However, should defendants seek additional information from Ms. Fair, the proper procedure as set forth in this Court's PTO 22 would be to submit a deficiency notice in response to her March 1, 2018 PFS, rather than seeking dismissal of an entire claim based on a PFS with no stated deficiencies. Dismissal of Ms. Fair's claim would abrogate this Court's own procedures for managing discovery disputes in this multi-district litigation.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's substantial completion of her PFS into consideration and deny Defendant's request to dismiss this case.

Respectfully submitted,

*/s/ Lauren E. Godshall____*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

## **CERTIFICATE OF SERVICE**

I certify that on March 22, 2018, I filed the above document with the Court via the Court's

CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*