UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Irma Stevens v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-05918 | |

**MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Irma Stevens, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Stevens' case is not set for trial and she has already submitted a substantially complete PFS via MDL Centrality, to the extent that the McKesson defendants have filed their responsive DFS, remaining defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Stevens regrets any inconvenience to the Court with this supplemental filing. Due to confusion arising from the fact that Ms. Stevens had no outstanding deficiency notices from defendants at the time of the response deadline, as well as a misunderstanding between counsel and the PSC with regard to which cases required a written response and which cases were already considered satisfactory to defendants, counsel for Ms. Stevens did not submit a complete and detailed written response to the PSC to explain Ms. Stevens' work in completing the PSC requirements. Counsel for Ms. Stevens apologizes for this confusion, which is in no way

the fault of Ms. Stevens, who has continued to maintain an active role in her case and has continued to provide information, including newly-located pre-treatment photographs, as required by the Court.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's substantial completion of her PFS (which McKesson has already deemed complete) into consideration and deny Defendant's request to dismiss this case.

Defendants, via liaison counsel, have been notified of this motion for leave and have stated they oppose the motion.

Respectfully submitted,

*/s/ Lauren E. Godshall____*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 22, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall_____*