**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** : | |
| : | **SECTION "N" (5)** |
| : | **JUDGE ENGELHARDT** |
| : | **MAG. JUDGE NORTH** |
| **SARAH LUEBKE** : | |
| : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), : | |
| : | Civil Action No.: **2:18-CV-116** |
| vs. : | |
| **SANOFI-AVENTIS U.S. INC.** : | |
| **& SANOFI-AVENTIS U.S. LLC,** : | |
| Defendant(s). : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Compliant and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____, 2018