## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Reba Beasley v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-06824 | |

## **SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 2**

Plaintiff, Reba Beasley, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' various responses to the PFS Deficiencies set forth in Order to Show Cause No. 2, Doc. 1103.

Ms. Beasley provided her PFS and initial photographs on July 20, 2017, and received a deficiency notice on October 23, 2017. In response, counsel for Ms. Beasley uploaded the Properly Executed Verification of PFS roughly a week later, on November 2, 2017. Unfortunately, counsel did not indicate when the Verification was uploaded that the upload was an "Amended Plaintiff Fact Sheet." Regardless, since the correction of the initial deficiency on November 2, 2017, counsel has submitted Amended Plaintiff Fact Sheets in December 2017, and March 2018.

1

The Defendants' Amended Deficiency Notice did not include any core deficiencies, and Ms. Beasley's Plaintiff Fact Sheet, as amended, was substantially complete as of November of 2017.

As the deficiency notice was satisfied within ten days, and given that, this case has not been set for trial, and there are no other deadlines or pending motions relating to her case, Plaintiff respectfully moves this Court to maintain her claim. Ms. Beasley quickly remedied the deficiency (prior to the filing of Show Cause Order No. 2, in fact) in response to defendants' October 23, 2017 deficiency notice. It is apparent that Plaintiff is both willing and able to cooperate with her counsel in the litigation, and that she wishes to pursue her claim and follow the orders of the Court. Plaintiff has provided all available information and documentation necessary to further prosecute her claim, and her substantially-complete PFS is currently subject to no pending deficiency notice.

Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiffs' PFS history into consideration, and deny Defendant's request to dismiss this case.

    Respectfully submitted,

    */s/ Lauren E. Godshall*_____
    Betsy Barnes, LA # 19473
    Lauren E. Godshall, LA #31465
    Morris Bart, LLC
    601 Poydras St., 24th Fl.
    New Orleans, LA 70130
    Phone: (504) 525-8000
    Fax: (504) 599-3392
    bbarnes@morrisbart.com
    lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on March 22, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lauren E. Godshall_____