UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Mary Encalarde  v. Sanofi-Aventis S.A., et al*., Case No. 2:16-cv-15863 | |

**MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Mary Encalarde, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Encalarde's case is not set for trial and she has already submitted a substantially complete PFS via MDL Centrality, Defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Encalarde regrets any inconvenience to the Court with this supplemental filing, which is intended to demonstrate that Ms. Encalarde has substantially completed the requirements of the PFS, including providing proof of use, proof of injury and signed verification and authorizations, prior to any ruling on her individual case by this Court.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take

Plaintiff's substantial completion of her PFS into consideration and deny Defendant's request to dismiss this case.

Defendants, via liaison counsel, have been notified of this motion for leave and have stated they oppose the motion.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*
