# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Mary Encalarde v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15863 | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Mary Encalarde, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Encalarde provided her PFS, and medical records on October 25, 2017, and received a deficiency notice in December. In response, Ms. Encalarde provided additional photographs, authorizations, and a verification of the PFS, and counsel for Ms. Encalarde completed an amended PFS with additional details about medical history from Ms. Encalarde. The amended PFS was completed on March 6, 2018 and submitted with signed authorizations and additional photographs demonstrating her injuries. Additional photographs were provided on March 13, 2018. Although this was a slightly delayed response to the deficiency notice, no prejudice will result to the defendants, nor will the Court be inconvenienced, given that additional responsive information has already been provided, this case has not been set for trial, and there are no other

deadlines or pending motions relating to her case. As Ms. Encalarde has submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response is now substantially complete.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*