UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Noreen Johnson v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-06604 | |

**ORDER ON MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Upon Plaintiff's Motion for Leave to File Supplemental Response to Order to Show Cause No. 3, and for good cause shown, it is hereby Ordered that Motion is GRANTED and the Supplemental Response to Order to Show Cause No. 3, attached as a proposed pleading to the Motion for Leave to File, is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2018

                                                                                                                _____
                                                                                                                 KURT D. ENGELHARDT
                                                                                                                 UNITED STATES DISTRICT JUDGE