## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Noreen Johnson v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-06604 | |

### SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Noreen Johnson, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Johnson submitted her third amended PFS on March 6, 2018, as well as additional photographs, notwithstanding her prior submission of a PFS already deemed satisfactory by defendants. There is therefore no outstanding deficiency notice requiring further response from Ms. Johnson pending at this time. There is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a deficiency notice. Dismissal at this juncture would be premature.

Ms. Johnson submitted her original PFS, signed authorizations, medical records and photos on July 17, 2017. She received her first deficiency notice and, accordingly, she submitted an amended verfed PFS, along with photographs, and a written response to the deficiency notice

1

on September 14, 2017. In response to a second deficiency notice served on October 29, 2017, Ms. Johnson submitted a response and second amended fact sheet on November 28, 2017. Importantly, defendants did not serve a deficiency notice at any point following the submission of the November 28-PFS. Ms. Johnson nonetheless amended and submitted her PFS again on March 2, 2018, ensuring that defendants have all necessary information in her possession and as obtained by counsel, including newly located photographs. Given that 45 days elapsed since the November 28-PFS-submission without issuance of a deficiency notice, defendants have indicated their satisfaction with that PFS. Nonetheless, to the extent defendants are dissatisfied with Ms. Johnson's current response, they are within the 45 days from service of the third amended PFS to serve a deficiency notice. To date, they have not done so. Without a pending deficiency notice, dismissal is unwarranted. Moreover, as Ms. Johnson has submitted proof of injury, proof of use, and signed authorizations, in addition to a complete PFS, her response should be considered substantially complete.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Lauren E. Godshall*_____