# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740<br><br>SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* | § § § | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| *Linda Hobson v. Sanofi U.S. Services, Inc., et al.*<br>No.   2:17-cv-13832-KDE-MBN | § § § § § § § § § § § § § § § | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SANDOZ, INC., MCKESSON CORPORATAN D/B/A MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., SUN PHARMA GLOBAL FZE, SUN PARMACEUTICAL INDUSTRIES INCE. F/K/A/ CARACO PHARMACEUTICAL LABORATORES, LTD., PFIZER, INC., ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A(ii), that Plaintiff Linda Hobson's claims against Defendants Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. only are hereby dismissed with prejudice with each party to bear its own costs. Plaintiff has sought this dismissal pursuant to CMO 12.

DATED: March 23, 2018

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Counsel for Plaintiff*


*/s/Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: 212-849-7000
Fax: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
laviniadenniston@quinnemanuel.com


*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer, Inc.*

*/s/R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: 678-553-2100
Fax: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

*Counsel for Defendant Sandoz, Inc.*


*/s/Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: 858-720-5100
Fax: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com

*Counsel for Defendant Mc Kesson Corporation d/b/a/ McKesson Packaging Service*

*/s/Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State Street
Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

*/s/Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: 513-698-5064
Fax: 513-698-5065
msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC*

*/s/Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com

*Counsel for Defendant Accord Healthcare, Inc.*

*/s/Kelly Bieri*
Kelly Bieri
Chris Kaufman
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
ckaufman@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: March 23, 2018

                                              /s/ Panagiotis V. Albanis