UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Marcella Jolivette v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-02297 | |

**MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Marcella Jolivette, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Jolivette's case is not set for trial and she has already submitted a substantially complete PFS via MDL Centrality, Defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Jolivette regret any inconvenience to the Court with this supplemental filing, which is intended to demonstrate that Ms. Jolivette substantially completed the requirements of the PFS, including providing proof of use, proof of injury and signed verification and authorizations, prior to any ruling on her individual case by this Court. Due to a misunderstanding by counsel with regard to which cases required a written response and which cases were already considered satisfactory to defendants, counsel for Ms. Jolivette did not submit a formal written response to the PSC to explain Ms. Jolivette's work in completing the PSC

1

requirements, or that defendants had filed for dismissal without giving Ms. Jolivette 30 days from the filing of the deficiency notice to cure the alleged defects. Counsel for Ms. Jolivette apologizes for this confusion, which is in no way the fault of Ms. Jolivette, who has continued to maintain an active role in her case and has continued to provide information as required by the Court.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's substantial completion of her PFS into consideration and deny Defendant's request to dismiss this case.

Defendants, via liaison counsel, have been notified of this motion for leave and have stated they oppose the motion.

    Respectfully submitted,

    */s/ Lauren E. Godshall*
    Betsy Barnes, LA # 19473
    Lauren E. Godshall, LA #31465
    Morris Bart, LLC
    601 Poydras St., 24th Fl.
    New Orleans, LA 70130
    Phone: (504) 525-8000
    Fax: (504) 599-3392
    bbarnes@morrisbart.com
    lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

    */s/ Lauren E. Godshall*