UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Marcella Jolivette v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-02297 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Marcella Jolivette, will submit the accompanying Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 on the 11th day of April, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

            Respectfully submitted,

            */s/ Lauren E. Godshall*____
            Betsy Barnes, LA # 19473
            Lauren E. Godshall, LA #31465
            Morris Bart, LLC
            601 Poydras St., 24th Fl.
            New Orleans, LA 70130
            Phone: (504) 525-8000
            Fax: (504) 599-3392
            bbarnes@morrisbart.com
            lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

    I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

    */s/ Lauren E. Godshall*_____