UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Marcella Jolivette v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-02297 | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Marcella Jolivette, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Jolivette submitted her first PFS on September 8, 2017, and included proof of injury (i.e., photographs) and signed authorizations. She received the first deficiency notice on October 23, 2017. Counsel worked with Ms. Jolivette to respond to and fulfill any noted deficiencies and accordingly submitted an amended PFS on January 2, 2018, along with proof of use, via submission of her medical records. No new deficiency notice was received until February 16, 2018. Although Ms. Jolivette responded to this deficiency notice by timely filing her Third Amended Plaintiff Fact Sheet on March 16, 2018, defendants nonetheless moved for dismissal of this case while Ms. Jolivette still had time, per this Court's own procedure, had to cure any deficiencies.

Counsel for Ms. Jolivette believed that because the defendants had submitted the second deficiency notice on February 16, the defendants knew Ms. Jolivette was within the time permitted for responding to this notice and would not further pursue a dismissal prior to the deadline.  As the defendants themselves stated on the Deficiency Notice *dated February 16, 2018*, "defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies *within 30 days of service*." Thirty days had not yet elapsed, however, when Ms. Jolivette was added to the request for dismissal. This is a show of bad faith by the defendants, causing the Court and counsel to spend time addressing a premature and ultimately baseless motion to dismiss.

Dismissal is premature; Ms. Jolivette's case has not been set for trial, there are no deadlines or pending motions relating to her case, and Ms. Jolivette has already substantially completed her PFS requirements by submitting proof of use, proof of injury, signed authorizations and a complete and verified PFS.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

> Respectfully submitted,
>
> */s/ Lauren E. Godshall*
> Betsy Barnes, LA # 19473
> Lauren E. Godshall, LA #31465
> Morris Bart, LLC
> 601 Poydras St., 24th Fl.
> New Orleans, LA 70130
> Phone: (504) 525-8000
> Fax: (504) 599-3392
> bbarnes@morrisbart.com
> lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Lauren E. Godshall*_____