UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tonikua Archangel v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-16248 | |

**MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Tonikua Archangel, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Archangel's case is not set for trial and she has submitted an amended and verified PFS via MDL Centrality, Defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Archangel regret any inconvenience to the Court with this supplemental filing, which is intended to demonstrate that Ms. Archangel responded to the deficiency notice and submitted an amended PFS prior to any ruling on her individual case by this Court. Due to a misunderstanding by counsel with regard to which cases required a written response and which cases were already considered satisfactory to defendants, counsel for Ms. Archangel did not submit a formal written response to the PSC to explain Ms. Archangel's work in completing the PFS requirements. Counsel for Ms. Archangel apologizes for this confusion, which is in no way the fault of Ms. Archangel, who has continued to maintain an active role in her case and has

1

continued to provide information as required by the Court – as demonstrated most recently by her submission of newly-located pre-treatment photographs.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's amendment of her PFS into consideration and deny Defendant's request to dismiss this case.

Defendants, via liaison counsel, have been notified of this motion for leave and have stated they oppose the motion.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*

2