UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tonikua Archangel  v. Sanofi-Aventis S.A., et al*., Case No. 2:16-cv-16248 | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Tonikua Archangel, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Archangel provided her PFS and medical records on October 16, 2017, and received a deficiency notice in December. In response, counsel for Ms. Archangel researched additional potential sources of medical records, sought additional details about medical history from Ms. Archangel, and submitted the verified PFS and signed authorizations on March 13, 2018. Additional pre-treatment photographs and a second amended PFS were then added on March 19, 2018. Although this is a slightly delayed response to the deficiency notice, no prejudice will result to the defendants, nor will be the Court be inconvenienced, given that this case has not been set for trial, and there are no other deadlines or pending motions relating to her case.

As Ms. Archangel has now satisfied the most recent pending deficiency notice, she now respectfully moves this Court to maintain her claim.

Respectfully submitted,

*/s/ Lauren E. Godshall*____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lauren E. Godshall_____
