UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Brenda Higgins v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15605 | |

### SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Brenda Higgins, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Higgins provided her PFS and initial photographs on October 26, 2017, and received a deficiency notice in December. In response, counsel for Ms. Higgins uploaded additional photographs as requested by defendants on March 6, 2018, and submitted her verified PFS and signed authorizations on March 12, 2018, as well as an amended PFS on March 13, 2018. Then additional, newly-located pre-treatment and post-treatment photographs, along with a second amended PFS, were uploaded on March 20, 2018.

Although this was a delayed response to the deficiency notice, no prejudice will result to the defendants, nor will be the Court be inconvenienced, given that responsive information has been provided, this case has not been set for trial, and there are no other deadlines or pending

motions relating to her case. Accordingly, Plaintiff respectfully moves this Court to maintain her claim.

>Respectfully submitted,
>
>*/s/ Lauren E. Godshall*____
>Betsy Barnes, LA # 19473
>Lauren E. Godshall, LA #31465
>Morris Bart, LLC
>601 Poydras St., 24th Fl.
>New Orleans, LA 70130
>Phone: (504) 525-8000
>Fax: (504) 599-3392
>bbarnes@morrisbart.com
>lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

>*/s/ Lauren E. Godshall*_____