UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Patricia Franklin v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15843 | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Patricia Franklin, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Franklin has substantially completed the PFS requirements and has provided a complete, verified PFS, proof of injury, and proof of use. She submitted her first PFS, with proof of injury and proof of use, on October 17, 2017. Following receipt of the sole deficiency notice sent by defendants, Ms. Franklin worked to complete the outstanding requirements, submitted authorizations, an amended PFS and additional pre-treatment photographs. No new deficiency notice has been received since Ms. Franklin completed these remaining requirements.

Dismissal of this matter is premature; Ms. Franklin's case has not been set for trial, there are no deadlines or pending motions relating to her case, and Ms. Franklin has already

1

substantially completed her PFS requirements by submitting proof of use, proof of injury, signed authorizations and a complete and verified PFS.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

>Respectfully submitted,
>
>*/s/ Lauren E. Godshall*\_\_\_\_
>Betsy Barnes, LA # 19473
>Lauren E. Godshall, LA #31465
>Morris Bart, LLC
>601 Poydras St., 24th Fl.
>New Orleans, LA 70130
>Phone: (504) 525-8000
>Fax: (504) 599-3392
>bbarnes@morrisbart.com
>lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

>*/s/ Lauren E. Godshall*_____

2