UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Loretta Moore v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15842 | |

**MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Loretta Moore, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Moore's case is not set for trial and she has submitted a substantially complete PFS via MDL Centrality, Defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Moore regret any inconvenience to the Court with this supplemental filing, which is intended to demonstrate that Ms. Moore has substantially completed the requirements of the PFS, including providing proof of use, proof of injury and signed verification and authorizations, prior to any ruling on her individual case by this Court. Counsel for Ms. Moore apologizes for the delay in the substantial completion of the PFS, which is in no way the fault of Ms. Moore, who has continued to maintain an active role in her case and has continued to provide information as required by the Court – including, most recently, providing signed authorizations and photographs to counsel for inclusion in the PFS.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's substantial completion of her PFS into consideration and deny Defendant's request to dismiss this case.

Defendants, via liaison counsel, have been notified of this motion for leave and have stated they oppose the motion.

    Respectfully submitted,

    */s/ Lauren E. Godshall*
    Betsy Barnes, LA # 19473
    Lauren E. Godshall, LA #31465
    Morris Bart, LLC
    601 Poydras St., 24th Fl.
    New Orleans, LA 70130
    Phone: (504) 525-8000
    Fax: (504) 599-3392
    bbarnes@morrisbart.com
    lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

    */s/ Lauren E. Godshall*