UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Loretta Moore v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15842 | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Loretta Moore, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Moore has substantially completed the PFS requirements and has provided a complete, verified PFS, proof of injury, and proof of use. She submitted her first PFS, with proof of use, on October 18, 2017. Following receipt of the sole deficiency notice sent by defendants, Ms. Moore worked to complete the outstanding requirements, submitted authorizations, an amended PFS and photographs. Ms. Moore's PFS was substantially complete by March 23, 2018. Although this is a delayed response to the deficiency notice, defendants will not be prejudiced by this short delay, given that this matter is not set for trial and there are no pending deadlines associated with this individual case.

1

Because Ms. Moore has already substantially completed her PFS requirements by submitting proof of use, proof of injury, signed authorizations and a complete and verified PFS, she respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

                                                 Respectfully submitted,

                                                 */s/ Lauren E. Godshall*
                                                 Betsy Barnes, LA # 19473
                                                 Lauren E. Godshall, LA #31465
                                                 Morris Bart, LLC
                                                 601 Poydras St., 24th Fl.
                                                 New Orleans, LA 70130
                                                 Phone: (504) 525-8000
                                                 Fax: (504) 599-3392
                                                 bbarnes@morrisbart.com
                                                 lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                                 */s/ Lauren E. Godshall*