## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Glorious Hartzog v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15400 | |

## **NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff, Glorious Hartzog, will submit the accompanying Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 on the 11th day of April, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

Respectfully submitted,

*/s/ Lauren E. Godshall*_____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Lauren E. Godshall*