# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Glorious Hartzog v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15400 | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Glorious Hartzog, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Hartzog has substantially completed the PFS requirements and has provided a complete, verified PFS, along with signed authorizations, proof of injury, and proof of use. She submitted her first PFS, with proof of use, on October 18, 2017. Following receipt of the sole deficiency notice sent by defendants, Ms. Hartzog worked to complete the outstanding requirements, and she submitted authorizations, an amended PFS and a pre-treatment photograph. Ms. Hartzog's PFS was substantially complete by March 19, 2018. Although this is a delayed response to the deficiency notice, defendants will not be prejudiced by this short delay, given that this matter is not set for trial and there are no pending deadlines associated with this individual case.

Because Ms. Hartzog has already substantially completed her PFS requirements by submitting proof of use, proof of injury, signed authorizations and a complete and verified PFS, she respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

                                                    Respectfully submitted,

                                                    */s/ Lauren E. Godshall*_____
                                                    Betsy Barnes, LA # 19473
                                                    Lauren E. Godshall, LA #31465
                                                    Morris Bart, LLC
                                                    601 Poydras St., 24th Fl.
                                                    New Orleans, LA 70130
                                                    Phone: (504) 525-8000
                                                    Fax: (504) 599-3392
                                                    bbarnes@morrisbart.com
                                                    lgodshall@morrisbart.com

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                                        */s/ Lauren E. Godshall*_____