# APPENDIX E.8

PFS Not Substantially Complete (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Andrews, Christine v. Sanofi SA, et al. | 2:17-cv-09998 |
| Austin, Nina v. Sanofi SA, et al. | 2:17-cv-08520 |
| Bagley, Ladrida v. Sanofi SA, et al. | 2:17-cv-08852 |
| Baker, Joan v. Sanofi SA, et al. | 2:17-cv-08956 |
| Baker, Vivian v. Sanofi SA, et al. | 2:17-cv-09497 |
| Blankenship, Pamela v. Sanofi SA, et al. | 2:17-cv-08854 |
| Blanks, Willie J. v. Sanofi SA, et al. | 2:17-cv-06723 |
| Bluitt, Gina v. Sanofi SA, et al. | 2:17-cv-08851 |
| Cabrera, Esther and Johnny v. Sanofi SA, et al. | 2:17-cv-08080 |
| Carter, Kathleen Y. v. Sanofi SA, et al. | 2:17-cv-05985 |
| Chacon, Roxanna v. Sanofi SA, et al. | 2:17-cv-09093 |
| Champ, Lue v. Sanofi SA, et al. | 2:17-cv-09074 |
| Chavez, Allison v. Sanofi SA, et al. | 2:17-cv-09019 |
| Chavez, Deborah v. Sanofi SA, et al. | 2:17-cv-08745 |
| Cherry, Pauline C. v. Sanofi SA, et al. | 2:17-cv-08370 |
| Childress, Melvina v. Sanofi US LLC, et al. | 2:17-cv-13868 |
| Christensen, Karin v. Sanofi SA, et al. | 2:17-cv-09975 |
| Clayborn, Barbara S. v. Sanofi SA, et al. | 2:17-cv-08765 |
| Coleman, Barbara L. v. Sanofi SA, et al. | 2:17-cv-07971 |
| Cone, Tracie v. Sanofi SA, et al. | 2:17-cv-08630 |
| Craig, Patricia Ann v. Sanofi SA, et al. | 2:17-cv-09569 |
| Crosby, Georgiann v. Sanofi SA, et al. | 2:17-cv-08934 |
| Crum, Alma v. Sanofi SA, et al. | 2:17-cv-09077 |
| Davis, Connie v. Sanofi SA, et al. | 2:17-cv-08881 |
| Davis, Jacqueline v. Sanofi SA, et al. | 2:17-cv-09058 |
| Dyson, Tanga v. Sanofi SA, et al. | 2:17-cv-10001 |
| English, Peggy v. Sanofi SA, et al. | 2:17-cv-08886 |
| Fischer, Marcia v. Sanofi SA, et al. | 2:17-cv-10036 |
| Furbee, Sylvia J. v. Sanofi SA, et al. | 2:17-cv-08996 |
| Galbreath, Crystal v. Sanofi SA, et al. | 2:17-cv-10041 |
| Gaston, Kimberly v. Sanofi SA, et al. | 2:17-cv-09401 |
| Godfrey, Annette v. Sanofi SA, et al. | 2:17-cv-08787 |
| Gomez, Sharloett v. Sanofi SA, et al. | 2:17-cv-06915 |
| Gordeev, Denise v. Sanofi SA, et al. | 2:17-cv-09879 |
| Graham, Hattie M. and Tommy v. Sanofi SA, et al. | 2:17-cv-09592 |
| Green, Gerald v. Sanofi SA, et al. | 2:17-cv-08622 |
| Griffin, Naomi v. Sanofi SA, et al. | 2:17-cv-10021 |
| Gross, Cathlene v. Sanofi SA, et al. | 2:17-cv-06502 |
| Hall, Brenda v. Sanofi SA, et al. | 2:17-cv-08891 |
| Hardin, Jennifer v. Sanofi SA, et al. | 2:17-cv-09694 |

| Matter Name | MDL Docket No. |
|---|---|
| Hogue, Barbara v. Sanofi SA, et al. | 2:17-cv-08566 |
| Horton, Cynthia v. Sanofi SA, et al. | 2:17-cv-09702 |
| Hosek, Jacqueline v. Sanofi SA, et al. | 2:17-cv-09670 |
| Jackson, Delores V. v. sanofi SA, et al. | 2:17-cv-09355 |
| James, Marilyn v. Sanofi SA, et al. | 2:17-cv-06719 |
| Jefferson-Sargent, Sonya H. v. Sanofi SA, et al. | 2:17-cv-08795 |
| Johnson, Angela (GA) v. Sanofi SA, et al. | 2:17-cv-09667 |
| Kesler, Eileen R. v. Sanofi SA, et al. | 2:17-cv-09064 |
| Lee, Felicia v. Sanofi SA, et al. | 2:17-cv-06826 |
| Lee, Wanda v. Sanofi SA, et al. | 2:17-cv-09658 |
| Madison, Carolyn v. Sanofi SA, et al. | 2:17-cv-09738 |
| Maples, Carroll v. Sanofi SA, et al. | 2:17-cv-08980 |
| Matthews, Charlsie v. Sanofi SA, et al. | 2:17-cv-10024 |
| Matthews, Rose v. Sanofi SA, et al. | 2:17-cv-06623 |
| May, Leslie v. Sanofi SA, et al. | 2:17-cv-09780 |
| McCaleb, Katherine v. Sanofi SA, et al. | 2:16-cv-17189 |
| McLendon, Mary v. Sanofi SA, et al. | 2:17-cv-07115 |
| McMasters, Deborah v. Sanofi SA, et al. | 2:17-cv-08892 |
| McMullen, Darlene and Andre v. Sanofi SA, et al. | 2:17-cv-08240 |
| McNeal, Margie v. Sanofi SA, et al. | 2:17-cv-08896 |
| McRae, Christine v. Sanofi SA, et al. | 2:17-cv-08937 |
| Medici, Lisa v. Sanofi SA, et al. | 2:16-cv-15569 |
| Migneco, Nina v. Sanofi SA, et al. | 2:17-cv-09737 |
| Mink, Suzanne v. Sanofi SA, et al. | 2:17-cv-02931 |
| Molt, Loretta v. Sanofi SA, et al. | 2:17-cv-08883 |
| Moore, Marsha v. Sanofi SA, et al. | 2:17-cv-09465 |
| Morrison, Cheryl v. Sanofi SA, et al. | 2:17-cv-08381 |
| Murphy, Lori v. Sanofi SA, et al. | 2:17-cv-08431 |
| Nelson, Mary v. Sanofi SA, et al. | 2:17-cv-08475 |
| Nickerson, Cheryl v. Sanofi SA, et al. | 2:17-cv-09736 |
| Nicola, Tammy v. Sanofi SA, et al. | 2:17-cv-08491 |
| Nix, Renee v. Sanofi SA, et al. | 2:17-cv-09455 |
| Olson, Dale v. Sanofi SA, et al. | 2:17-cv-09457 |
| Osovich, Sondra v. Sanofi SA, et al. | 2:17-cv-08963 |
| Owens, Carolyn v. Sanofi SA, et al. | 2:17-cv-09294 |
| Padilla, Maricela v. Sanofi SA, et al. | 2:17-cv-08973 |
| Palmer, Diana v. Sanofi SA, et al. | 2:17-cv-13665 |
| Perry, Patricia v. Sanofi SA, et al. | 2:17-cv-09276 |
| Pettway, Kimberly M. and Danny v. Sanofi SA, et al. | 2:17-cv-10127 |
| Phillips, Dianne v. Sanofi SA, et al. | 2:17-cv-09629 |
| Phillips, Jerilyn v. Sanofi SA, et al. | 2:17-cv-09785 |
| Phillips, Robin v. Sanofi SA, et al. | 2:17-cv-08895 |

| Matter Name | MDL Docket No. |
|---|---|
| Platt, Lynn v. Sanofi SA, et al. | 2:17-cv-09789 |
| Powell, Tawonna v. Sanofi SA, et al. | 2:16-cv-17509 |
| Pratt, Ruby v. Sanofi SA, et al. | 2:17-cv-09790 |
| Prescott, Gladys v. Sanofi SA, et al. | 2:17-cv-09883 |
| Pullin, Colleen v. Sanofi SA, et al. | 2:17-cv-09500 |
| Reid, Shelia v. Sanofi SA, et al. | 2:17-cv-09792 |
| Rhodes, Billie v. Sanofi SA, et al. | 2:17-cv-08631 |
| Rivera, Susanna v. Sanofi SA, et al. | 2:17-cv-10170 |
| Roberts, Lonia v. Sanofi SA, et al. | 2:17-cv-09843 |
| Robinson, Angela v. Sanofi SA, et al. | 2:17-cv-00753 |
| Rodeheaver, Connie E. and Timothy v. Sanofi SA, et al. | 2:17-cv-09644 |
| Rosson, Billie v. Sanofi SA, et al. | 2:17-cv-10171 |
| Ruffin, Ida v. Sanofi SA, et al. | 2:17-cv-09016 |
| Schachner, Paula v. Sanofi SA, et al. | 2:17-cv-06353 |
| Schulte, Rebecca v. Sanofi SA, et al. | 2:17-cv-09893 |
| Smith, Jacqueline v. Sanofi SA, et al. | 2:17-cv-09920 |
| Smith, Lucille v. Sanofi SA, et al. | 2:17-cv-08984 |
| Surma, Donna v. Sanofi SA, et al. | 2:17-cv-09022 |
| Thomas, Nicky v. Sanofi SA, et al. | 2:17-cv-09477 |
| Tolbert, Elizabeth v. Sanofi SA, et al. | 2:17-cv-09483 |
| Trevino, Aster v. Sanofi SA, et al. | 2:17-cv-09026 |
| Valentine, Nadine v. Sanofi SA, et al. | 2:17-cv-10182 |
| Vandiver, Shirley v. Sanofi SA, et al. | 2:17-cv-10114 |
| Walker, Daisy v. Sanofi SA, et al. | 2:17-cv-09625 |
| Ward, Delores v. Sanofi SA, et al. | 2:17-cv-06917 |
| Wilson, Frankie v. Sanofi SA, et al. | 2:17-cv-06721 |
| Yasui, Deanna v. Sanofi SA, et al. | 2:17-cv-10164 |
| Yeager, Sandra v. Sanofi SA, et al. | 2:17-cv-09523 |
| Yoho, Julie v. Sanofi SA, et al. | 2:17-cv-04125 |