# APPENDIX F.8

Missing PFS (505(b)(2) Defendants)[1]

| Matter Name | MDL Docket No. |
|---|---|
| Ablard v. Sandoz, Inc. | 2:17-cv-13708 |
| Ablard v. Sandoz, Inc. | 2:17-cv-14800 |
| Adams v. Sanofi S.A., et al. | 2:16-cv-17499 |
| Adams v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16051 |
| Ainsworth v. Sanofi US Services Inc., et al. | 2:17-cv-14282 |
| Akomas v. Sanofi S.A. et al | 2:17-cv-08399 |
| Alexander v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15968 |
| Alexander v. Sanofi-Aventis US LLC, et al. | 2:17-cv-16103 |
| Alfred v. Sanofi US Services Inc., et al. | 2:17-cv-15632 |
| Allen v. Sanofi S.A. et al | 2:17-cv-10464 |
| Allen v. Sanofi US Services Inc., et al. | 2:17-cv-16727 |
| Allen v. Sanofi US Services Inc., et al. | 2:17-cv-09928 |
| Allison v. Sanofi US Services, Inc., et al. | 2:17-cv-16133 |
| Alvarado v. Sanofi US Services Inc., et al. | 2:17-cv-14657 |
| Anderson v. Sanofi S.A., et al | 2:16-cv-17300 |
| Ansah v. Sanofi US Services, Inc., et al. | 2:17-cv-16473 |
| Anthony-Wood v. Sanofi S.A. et al | 2:17-cv-11741 |
| Arce v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14146 |
| Arceneuax v. Sanofi US Services Inc., et al. | 2:17-cv-15582 |
| Ardeneaux v. Sanofi US Services, Inc., et al. | 2:17-cv-16182 |
| Argys v. Sanofi S.A. et al | 2:17-cv-11809 |
| Argys v. Sanofi U.S. Services Inc. et al. | 2:17-cv-11809 |
| Artis v. Sanofi-Aventis US LLC, et al. | 2:17-cv-16024 |
| Artry v. Sanofi US Services Inc., et al. | 2:17-cv-16737 |
| Atuatasi v. Sanofi US Services, Inc., et al. | 2:17-cv-16602 |

---

[1] In connection with certain cases that are on this Appendix for failure to comply with Amended PTO 22, Para 4 (Rec. Doc. 325), Defendants recognize that not every case listed is appropriate for immediate dismissal. Under Amended PTO 22, Para 4, law firms that filed over 25 cases on a single day were obligated to submit not less than 25 Plaintiff Fact Sheets within 75 days of the Complaint filing date. In fairness to Plaintiffs, Defendants have not here selected among the outstanding Plaintiffs which should be dismissed. Rather, to the extent those firms cure this deficiency by April 22, 2018, by submitting as many outstanding fact sheets as are necessary to reach 25 submissions for each date with more than 25 complaint filings, and alert Defendants to such submissions, Defendants will remove all of those firms' remaining cases from this list for that specific Complaint filling date. To the extent those plaintiff firms fail to submit the necessary PFSs, Defendants will identify for the Court how many cases are outstanding from each firm and which cases on this list belong to those firms.

1

| Matter Name | MDL Docket No. |
|---|---|
| Avist v. Sanofi S.A., et al. | 2:17-cv-16232 |
| Bailey v. Sanofi US Services Inc., et al. | 2:17-cv-15367 |
| Baker v. Sanofi US Services, Inc., et al. | 2:17-cv-16197 |
| Baker v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12244 |
| Baldwin v. Sanofi S.A. et al | 2:17-cv-04681 |
| Barlcay v. Sanofi S.A. et al | 2:17-cv-11802 |
| Barrientes v. Sanofi S.A. et al | 2:17-cv-08397 |
| Bates v. Sanofi U.S. Services Inc., et al. | 2:17-cv-13652 |
| Beamon v. Sanofi S.A. et al | 2:17-cv-07920 |
| Beamon v. Sanofi S.A. et al | 2:17-cv-08229 |
| Beard v. Sanofi S.A. et al | 2:17-cv-10542 |
| Bellmore v. Sanofi S.A. et al | 2:17-cv-10105 |
| Benz v. Hospira, Inc. et al | 2:17-cv-11702 |
| Berry v. Accord Healthcare, Inc., et al. | 2:17-cv-14320 |
| Bess v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17295 |
| Beubeutow, et al. v. Sanofi S.A., et al. | 2:17-cv-15447 |
| Biddy v. Sandoz, Inc. | 2:17-cv-13275 |
| Billups v. Sanofi US Services Inc. et al | 2:17-cv-11987 |
| Bingham v. Sanofi S.A., et al. | 2:16-cv-17502 |
| Birdsong v. Sanofi S.A. et al | 2:17-cv-08227 |
| Bishop v. Sanofi U.S. Services Inc., et al. | 2:17-cv-11973 |
| Black v. Sanofi S.A. et al | 2:16-cv-17206 |
| Blackwell v. Sanofi S.A. et al | 2:17-cv-09398 |
| Blair v. Sanofi S.A. et al | 2:16-cv-17427 |
| Bogues v. Sanofi US Services Inc., et al. | 2:17-cv-13685 |
| Bohannon v. Accord Healthcare, Inc., et al. | 2:17-cv-10654 |
| Boobar v. Sanofi S.A., et al. | 2:17-cv-16320 |
| Bookert v. Sanofi US Services Inc., et al. | 2:17-cv-14568 |
| Boone v. Sandoz, Inc. | 2:17-cv-16694 |
| Borland v. Sanofi S.A., et al. | 2:17-cv-15452 |
| Botley v. Sanofi US Services Inc., et al. | 2:17-cv-12660 |
| Bowman v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15890 |
| Boyd v. Hospira, Inc., et al. | 2:17-cv-8908 |
| Boykins v. Sanofi US Services Inc., et al. | 2:17-cv-16207 |
| Bradley v. Sandoz, Inc. | 2:17-cv-16556 |
| Brandon v. Sanofi US Services Inc., et al. | 2:17-cv-14640 |
| Breedlove v. Accord Healthcare, Inc. et al | 2:17-cv-13872 |
| Bresloff v. Sanofi US Services Inc., et al. | 2:17-cv-14703 |
| Brierly v. Sanofi US Services Inc., et al. | 2:17-cv-16293 |
| Bright v. Hospira, Inc., et al. | 2:17-cv-13284 |
| Brinson v. Sanofi US Services Inc., et al. | 2:17-cv-15627 |
| Broady v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15698 |

| Matter Name | MDL Docket No. |
|---|---|
| Broderson v. Sanofi US Services Inc., et al. | 2:17-cv-14922 |
| Bromeling v. Sanofi S.A. et al | 2:17-cv-07801 |
| Bronson v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15894 |
| Brown v. Hospira Worldwide, LLC et al | 2:17-cv-11922 |
| Brown v. Sanofi S.A. et al | 2:16-cv-17142 |
| Brown v. Sanofi US Services Inc., et al. | 2:17-cv-13031 |
| Brown v. Sanofi US Services Inc., et al. | 2:17-cv-16229 |
| Brown v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15853 |
| Brown v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15939 |
| Brown-Mason v. Sanofi-Aventis US LLC, et al. | 2:17-cv-16583 |
| Brundidge v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15305 |
| Burfield v. Sanofi US Services Inc. et al | 2:17-cv-12026 |
| Burgan v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12250 |
| Burgreen v. Sanofi US Services Inc., et al. | 2:17-cv-16339 |
| Burks v. Accord Healthcare, Inc. et al | 2:17-cv-01737 |
| Burnell v. Sanofi US Services Inc. et al | 2:17-cv-11935 |
| Butler v. Sanofi US Services Inc., et al. | 2:17-cv-13688 |
| Buxton v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14148 |
| Cabrera v. Sanofi US Services Inc. et al | 2:17-cv-11968 |
| Cade v. Sanofi US Services Inc., et al. | 2:17-cv-16586 |
| Carnickey-Morgan v. Sandoz Inc. | 2:17-cv-12856 |
| Carr, et al. v. Sanofi S.A., et al. | 2:17-cv-15466 |
| Carroll v. Sandoz Inc. et al | 2:17-cv-11969 |
| Carter v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16952 |
| Carter v. Sanofi-Aventis US LLC, et al. | 2:17-cv-16034 |
| Carvajal v. Sanofi S.A. et al | 2:17-cv-09537 |
| Ceasar v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15924 |
| Champion v. Sanofi S.A., et al. | 2:17-cv-15418 |
| Chaney v. Sanofi US Services Inc., et al. | 2:17-cv-15009 |
| Chant v. Sanofi US Services Inc., et al. | 2:17-cv-15321 |
| Chappelle v. Sanofi US Services Inc., et al. | 2:17-cv-15359 |
| Charlton v. Sanofi US Services Inc., et al. | 2:17-cv-16581 |
| Chastain v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-14150 |
| Chavez v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15287 |
| Cheeseboro v. Sanofi US Services Inc., et al. | 2:17-cv-15349 |
| Christy v. Sanofi US Services Inc. et al | 2:17-cv-12030 |
| Church v. Sanofi US Services Inc., et al. | 2:17-cv-14471 |
| Ciarlelli v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14088 |
| Clarksonv. Sanofi S.A. et al | 2:17-cv-11803 |
| Clay v. Sanofi S.A., et al. | 2:17-cv-17180 |
| Clemons v. Sanofi S.A. et al | 2:16-cv-17059 |
| Clemons v. Sanofi S.A., et al. | 2:17-cv-15471 |

ATL 22694594v4

| Matter Name | MDL Docket No. |
|---|---|
| Cobb v. Hospira Worldwide, LLC et al | 2:17-cv-11966 |
| Colbert v. Sanofi US Services Inc., et al. | 2:17-cv-15342 |
| Cole v. Sanofi US Services, Inc., et al. | 2:17-cv-16296 |
| Coleman v. Sanofi US Services Inc., et al. | 2:17-cv-15217 |
| Colley v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16639 |
| Collie, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-13820 |
| Collier, et al. v. Sanofi US Service Inc., et al. | 2:17-cv-13693 |
| Collins v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14186 |
| Collins v. Sanofi US Services Inc. et al | 2:17-cv-12050 |
| Colton v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-14235 |
| Coney v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15726 |
| Contawe v. Sanofi S.A. et al | 2:17-cv-11630 |
| Contreras v. Sanofi US Services Inc., et al. | 2:17-cv-15633 |
| Corbin v. Sanofi S.A., et al. | 2:17-cv-15045 |
| Cortez v. Sanofi S.A. et al | 2:17-cv-09283 |
| Costin v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14085 |
| Crawford v. Sanofi S.A., et al | 2:16-cv-17338 |
| Crawford v. Sanofi US Services | 2:17-cv-15479 |
| Crump v. Sanofi S.A. et al | 2:17-cv-7855 |
| Cudnik v. Sanofi US Services, Inc., et al. | 2:17-cv-16243 |
| Cullins v. Sanofi S.A. et al | 2:17-cv-10894 |
| Cully v. Sandoz Inc | 2:17-cv-10292 |
| Curry v. Sanofi US Services, Inc., et al. | 2:17-cv-16338 |
| Curry, et al. v. Accord Healthcare, et al. | 2:17-cv-15526 |
| Dabney v. Sanofi S.A., et al | 2:16-cv-17299 |
| Dailey v. Accord Healthcare, Inc. | 2:17-cv-14522 |
| Dandridge v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16695 |
| Daniel v. Sanofi US Services Inc., et al. | 2:17-cv-15572 |
| Daniels v. Accord Healthcare, et al. | 2:17-cv-15884 |
| Daniels v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16815 |
| Daniels v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15907 |
| Darby v. Sanofi S.A. et al | 2:17-cv-06442 |
| Daulton v. Sanofi US Services Inc., et al. | 2:17-cv-14486 |
| Davis v. Accord Healthcare, et al. | 2:17-cv-15889 |
| Davis v. Sanofi S.A. et al | 2:17-cv-12052 |
| Davis v. Sanofi US Services Inc., et al. | 2:17-cv-15557 |
| Davis v. Sanofi US Services, Inc., et al. | 2:17-cv-16590 |
| Davis-Sims v. Sanofi S.A. et al | 2:16-cv-17426 |
| Dawkins v. Sanofi S.A. et al | 2:17-cv-09164 |
| Day v. Sanofi S.A. et al | 2:17-cv-08331 |
| Deal v. Sanofi US Services, Inc., et al. | 2:17-cv-15709 |
| Dennis v. Sanofi US Services Inc., et al. | 2:17-cv-14615 |

4

| Matter Name | MDL Docket No. |
|---|---|
| Devito v. Hospira Worldwide, LLC, et al. | 2:17-cv-14586 |
| Diaz v. Sanofi S.A., et al. | 2:17-cv-16434 |
| Diaz v. Sanofi US Services Inc., et al. | 2:17-cv-15021 |
| Dixon v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16764 |
| Donult v. Sanofi S.A. et al | 2:17-cv-11341 |
| Dora, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-13695 |
| Doss v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-14262 |
| Dovey, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-13692 |
| Drake v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15962 |
| Duarte v. Sanofi US Services Inc. et al | 2:17-cv-12035 |
| Dubois v. Sanofi US Services Inc., et al. | 2:17-cv-13696 |
| Duncan v. Sanofi Aventis US LLC et al | 2:17-cv-12765 |
| East v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16893 |
| Easton, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-13697 |
| Eddington v. Sanofi US Services Inc., et al. | 2:17-cv-16386 |
| Edmond v. Sanofi US Services Inc., et al. | 2:17-cv-15636 |
| Eiland v. Sandoz, Inc. | 2:17-cv-16702 |
| Elder, et al. v. Sanofi S.A., et al. | 2:17-cv-15569 |
| Elem v. Sanofi US Services Inc., et al. | 2:17-cv-15061 |
| Elem v. Sanofi US Services Inc., et al. | 2:17-cv-15667 |
| Ellis v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15998 |
| Engelhardt v. Sandoz, Inc. | 2:17-cv-14887 |
| Eskew v. Hospira Worldwide, LLC et al | 2:17-cv-10033 |
| Espalin v. Sanofi U.S. Services, Inc. et al | 2:17-cv-12291 |
| Espinoza v. Sanofi US Services Inc., et al. | 2:17-cv-14959 |
| Evans v. Sanofi-Aventis US LLC, et al. | 2:17-cv-16011 |
| Farley v. Sanofi US Services Inc., et al. | 2:17-cv-15540 |
| Farrar v. Sanofi US Services Inc., et al. | 2:17-cv-16753 |
| Felice v. Sandoz, Inc., et al. | 2:17-cv-15680 |
| Firman v. Sanofi US Services Inc., et al. | 2:17-cv-14489 |
| Fisher v. Sanofi S.A. et al | 2:17-cv-09927 |
| Fitzgerald v. Sanofi US Services, Inc., et al. | 2:17-cv-16555 |
| Fleming v. Sanofi US Services Inc., et al. | 2:17-cv-16949 |
| Fleming v. Sanofi US Services Inc., et al. | 2:17-cv-16878 |
| Foster v. Sanofi Aventis S.A. et al | 2:17-cv-05378 |
| Foster v. Sanofi US Services Inc., et al. | 2:17-cv-15655 |
| Fox v. Sanofi US Services, Inc., et al. | 2:17-cv-16359 |
| Frazier v. Hospira, Inc., et al. | 2:17-cv-10595 |
| Freeman v. Sanofi S.A. et al | 2:16-cv-17226 |
| Freeman v. Sanofi US Services Inc., et al. | 2:17-cv-14308 |
| Fuller v. Sanofi S.A. et al | 2:17-cv-09281 |
| Fults v. Sandoz, Inc. | 2:17-cv-14066 |

| Matter Name | MDL Docket No. |
|---|---|
| Furry v. Sanofi-Aventis, S.A. et al | 2:17-cv-16096 |
| Gahagen v. Sanofi S.A. et al | 2:17-cv-11444 |
| Gajdos-Bennett v. Sandoz, Inc. | 2:17-cv-12043 |
| Gallegos v. Sanofi US Services, Inc., et al. | 2:17-cv-16371 |
| Garcia-Crump v. Sanofi S.A. et al | 2:17-cv-02789 |
| Gardner v. Sanofi SA, et al | 2:17-cv-07923 |
| Garrett v. Sanofi US Services, Inc., et al. | 2:17-cv-16908 |
| Garvin v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14077 |
| Gaskey v. Sanofi S.A. et al | 2:17-cv-10579 |
| Gathings v. Sanofi S.A., et al. | 2:17-cv-17021 |
| Gibbs v. Hospira Worldwide, LLC, et al. | 2:17-cv-13556 |
| Gibson v. Sanofi Aventis S.A. et al | 2:17-cv-05376 |
| Gilbert v. Sandoz, Inc. | 2:17-cv-16706 |
| Gillespie v. Sanofi-Aventis, S.A. et al | 2:17-cv-15892 |
| Gillum v. Sanofi S.A. et al | 2:16-cv-17170 |
| Gipp v. Sanofi S.A. et al | 2:17-cv-12201 |
| Gogan et al v. Sanofi S.A. et al | 2:17-cv-9581 |
| Gogan v. Sanofi SA, et al | 2:17-cv-09581 |
| Gonzalez v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16730 |
| Gonzalez, et al. v. Accord Healthcare, Inc., et al. | 2:17-cv-13687 |
| Goode v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15999 |
| Goodwin v. Sanofi S.A. et al | 2:17-cv-11815 |
| Gordon v. Sandoz Inc. | 2:17-cv-11800 |
| Goss v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15704 |
| Grace v. Sandoz Inc. et al | 2:17-cv-03716 |
| Grady v. Sanofi US Services Inc., et al. | 2:17-cv-15303 |
| Graham-Anthony v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15475 |
| Grant v. Sanofi S.A., et al | 2:17-cv-05013 |
| Gray v. Sanofi US Services Inc., et al. | 2:17-cv-16247 |
| Greeley v. Sanofi S.A. et al | 2:17-cv-11797 |
| Green v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15964 |
| Greenlee v. Sanofi US Services Inc., et al. | 2:17-cv-14683 |
| Gregory v. Sanofi US Services Inc., et al. | 2:17-cv-13791 |
| Gresham v. Sanofi US Services Inc., et al. | 2:17-cv-13700 |
| Griffin v. Sanofi S.A. et al | 2:17-cv-09050 |
| Griffin v. Sanofi S.A. et al | 2:17-cv-11806 |
| Griffin v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16877 |
| Griffin v. Sanofi US Services Inc., et al. | 2:17-cv-14426 |
| Groves, et al. v. Sanofi S.A., et al. | 2:17-cv-15595 |
| Guthrie v. Sanofi SA, et al | 2:17-cv-08623 |
| Guy et al v. Sanofi S.A. et al | 2:16-cv-17669 |
| Guy v. Sanofi US Services Inc., et al. | 2:17-cv-15725 |

| Matter Name | MDL Docket No. |
|---|---|
| Hadi v. Sanofi US Services Inc., et al. | 2:17-cv-14441 |
| Haller v. Sanofi US Services Inc. et al | 2:17-cv-12038 |
| Hammonds v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16853 |
| Hansford v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16849 |
| Hardin v. Sanofi S.A., et al. | 2:17-cv-15635 |
| Harper v. Sanofi US Services Inc., et al. | 2:17-cv-16466 |
| Harrell v. Sanofi US Services Inc., et al. | 2:17-cv-16734 |
| Harris v. Sandoz, Inc. | 2:17-cv-16560 |
| Harris v. Sanofi S.A., et al. | 2:16-xc-17193 |
| Harris v. Sanofi S.A., et al. | 2:17-cv-15386 |
| Harris v. Sanofi S.A., et al. | 2:17-cv-15612 |
| Harris v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12251 |
| Harris v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15901 |
| Harry v. Sanofi US Services Inc., et al. | 2:17-cv-16307 |
| Hart v. Sanofi S.A. et al | 2:17-cv-11432 |
| Hart v. Sanofi US Services Inc., et al. | 2:17-cv-16231 |
| Hartung v. Sanofi US Services Inc., et al. | 2:17-cv-13873 |
| Hasty v. Sanofi US Services Inc., et al. | 2:17-cv-16916 |
| Hatchett v. Sanofi, et al. | 2:17-cv-1673 |
| Hatton-Smith v. Sanofi US Services Inc., et al. | 2:17-cv-16316 |
| Hawes v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16042 |
| Hawley v. Sanofi US Services Inc., et al. | 2:17-cv-16332 |
| Hayden v. Sanofi S.A. et al | 2:17-cv-6921 |
| Haynes, et al. v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15563 |
| Heath v. Sanofi US Services Inc., et al. | 2:17-cv-17009 |
| Hegidio v. Sanofi S.A. et al | 2:17-cv-09579 |
| Henderson v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15613 |
| Henry v. Sanofi US Services Inc., et al. | 2:17-cv-16779 |
| Hernandez v. Hospira Worldwide, LLC et al | 2:17-cv-11972 |
| Higgins v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-17139 |
| Hill v. Sanofi US Services Inc., et al. | 2:17-cv-16387 |
| Hilton v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15360 |
| Hinton v. Sanofi US Services Inc., et al. | 2:17-cv-15707 |
| Hladik v. Sandoz Inc. | 2:17-cv-11260 |
| Hodge v. Sanofi US Services Inc., et al. | 2:17-cv-15173 |
| Holewinski v. Sanofi US Services Inc., et al. | 2:17-cv-14596 |
| Holland v. Sandoz Inc | 2:17-cv-12046 |
| Holloman v. Sanofi S.A. et al | 2:17-cv-08951 |
| Holloway v. Sanofi S.A. et al | 2:16-cv-17178 |
| Holloway v. Sanofi US Services Inc., et al. | 2:17-cv-16093 |
| Holman v. Sanofi US Services Inc., et al. | 2:17-cv-16227 |
| Holmes v. Sanofi US Services Inc., et al. | 2:17-cv-14342 |

7

| Matter Name | MDL Docket No. |
| --- | --- |
| Holmes-White v. Sanofi US Services Inc., et al. | 2:17-cv-16685 |
| Hooks v. Sandoz, Inc. | 2:17-cv-14553 |
| Hooper v. Sanofi US Services Inc., et al. | 2:17-cv-15743 |
| Howell v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15581 |
| Hubbard-Nickens v. Sanofi US Services Inc., et al. | 2:17-cv-16960 |
| Hudson v. Sanofi US Services Inc., et al. | 2:17-cv-16902 |
| Hudson v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15714 |
| Hughes v. Sanofi S.A. et al | 2:16-cv-17205 |
| Hughes v. Sanofi S.A. et al | 2:16-cv-17396 |
| Hughes v. Sanofi US Services Inc., et al. | 2:17-cv-14367 |
| Ingram v. Sanofi US Services Inc., et al. | 2:17-cv-16376 |
| Irish v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14090 |
| Irvin v. Sanofi US Services Inc., et al. | 2:17-cv-16088 |
| Iselin v. Sanofi US Services Inc., et al. | 2:17-cv-16912 |
| Isenhour v. Hospira Worldwide, LLC et al | 2:17-cv-10136 |
| Jackson v. Sanofi US Services Inc., et al. | 2:17-cv-16459 |
| Jackson v. Sanofi US Services Inc., et al. | 2:17-cv-16760 |
| Johns v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15821 |
| Johnson v. Accord Healthcare, Inc. | 2:17-cv-15286 |
| Johnson v. Sandoz Inc. et al | 2:17-cv-05566 |
| Johnson v. Sandoz, Inc. | 2:17-cv-15187 |
| Johnson v. Sandoz, Inc. | 2:17-cv-15918 |
| Johnson v. Sandoz, Inc. | 2:17-cv-16707 |
| Johnson v. Sanofi S.A., et al. | 2:17-cv-16267 |
| Johnson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15693 |
| Johnson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16390 |
| Johnson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16205 |
| Johnson v. Sanofi US Services Inc., et al. | 2:17-cv-14923 |
| Johnson v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15932 |
| Johnson v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15957 |
| Jones v. Accord Healthcare, Inc., et al. | 2:17-cv-13991 |
| Jones v. Sandoz, Inc. | 2:17-cv-16048 |
| Jones v. Sanofi S.A. et al | 2:17-cv-03854 |
| Jones v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14169 |
| Jones v. Sanofi US Services Inc., et al. | 2:17-cv-14843 |
| Jones v. Sanofi US Services Inc., et al. | 2:17-cv-15351 |
| Jones v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15886 |
| Jonesv. Sanof S.A., et al. | 2:17-cv-16274 |
| Jonesv. Sanofi-Aventis US LLC, et al. | 2:17-cv-15729 |
| Jones-Watts v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15738 |
| Kahn v. Sanofi US Services Inc., et al. | 2:17-cv-15379 |
| Kaiser v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16464 |

8

ATL 22694594v4

| Matter Name | MDL Docket No. |
| --- | --- |
| Kay v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16396 |
| Kelland, et al. v. Sanofi S.A., et al. | 2:17-cv-13023 |
| Kelley v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16406 |
| Kelley v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16040 |
| Kelly, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-16710 |
| Kennedy v. Sanofi S.A. et al | 2:17-cv-09284 |
| King v. Sanofi S.A. et al | 2:16-cv-17418 |
| Kinsey v. Sanofi US Services Inc., et al. | 2:17-cv-12695 |
| Kitchen v. Sanofi S.A. et al | 2:17-cv-09810 |
| Knight v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15880 |
| Knoth, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-13565 |
| Koper v. Sanofi US Services Inc., et al. | 2:17-cv-14532 |
| Kroll v. Sanofi U.S. Service, et al. | 2:17-cv-12036 |
| Lamp-Bowen v. Sanofi US Services Inc., et al. | 2:17-cv-16859 |
| Lands v. Sanofi S.A. et al | 2:17-cv-08330 |
| Lang v. Sanofi US Services Inc., et al. | 2:17-cv-16627 |
| Larde v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-11679 |
| Lattimore v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16033 |
| Lawrence v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12246 |
| Lawson-Francis v. Sanofi US Services Inc., et al. | 2:17-cv-14925 |
| Lee v. Sanofi S.A. et al | 2:17-cv-09156 |
| Lemmie v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16504 |
| Lewis v. Sanofi S.A., et al. | 2:17-cv-15250 |
| Lewis v. Sanofi US Services Inc., et al. | 2:17-cv-11918 |
| Liebman v. Sanofi S.A., et al | 2:16-cv-17319 |
| Lindman v. Sanofi US Services Inc., et al. | 2:17-cv-14786 |
| Lindsay v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16407 |
| Littleton v. Sanofi US Services Inc., et al. | 2:17-cv-15601 |
| Loadholt v. Hospira Worldwide, LLC et al | 2:17-cv-11983 |
| Lockie v. Sanofi US Services Inc., et al. | 2:17-cv-14930 |
| Long v. Sanofi US Services Inc., et al. | 2:17-cv-14931 |
| Loustalet v. Sanofi US Services Inc., et al. | 2:17-cv-14919 |
| Lozano v. Sanofi US Services Inc., et al. | 2:17-cv-16673 |
| Lucas v. Sanofi US Services Inc., et al. | 2:17-cv-15538 |
| Lucero v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15973 |
| Ludgood v. Sanofi S.A. et al | 2:17-xc-01798 |
| Luke v. Sanofi S.A. et al | 2:17-cv-09157 |
| Lundberg v. Sanofi S.A. et al | 2:17-cv-11805 |
| Mackson v. Sanofi US Services Inc., et al. | 2:17-cv-16954 |
| Madison v. Sanofi S.A. et al | 2:16-cv-17391 |
| Magee v. Sanofi S.A. et al | 2:17-cv-08504 |
| Manson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14011 |

9

| Matter Name | MDL Docket No. |
|---|---|
| Marion v. Sanofi S.A., et al. | 2:17-cv-16282 |
| Marsh v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16183 |
| Martin v. Sanofi US Services Inc., et al. | 2:17-cv-14933 |
| Martin v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15913 |
| Martinez v. Sanofi S.A. et al | 2:17-cv-10427 |
| Marts v. Sanofi US Services Inc., et al. | 2:17-cv-16905 |
| Mason v. Sanofi SA | 2:17-cv-08327 |
| Matthews v. Sanofi S.A. et al | 2:17-cv-06015 |
| Matthews v. Sanofi US Services Inc., et al. | 2:17-cv-16108 |
| Matthews v. Sanofi US Services Inc., et al. | 2:17-cv-16791 |
| Mayes v. Sanofi US Services Inc., et al. | 2:17-cv-14935 |
| Mayford v. Sanofi S.A., et al. | 2:17-cv-16289 |
| Mazor v. Accord Healthcare Inc., et al. | 2:17-cv-13255 |
| Mcarver-Jones v. Sanofi-Aventis U.S. L.L.C., et al. | 2:17-cv-12260 |
| McAuthor-Dailey v. Sanofi US Services Inc., et al. | 2:17-cv-14936 |
| McCall v. Sanofi S.A. et al | 2:17-cv-11906 |
| McCall v. Sanofi SA, et al | 2:17-cv-09536 |
| McClendon v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15741 |
| McCoy v. Sanofi S.A. et al | 2:17-cv-09158 |
| McDonald v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15774 |
| McEnery v. Accord Healthcare, Inc., et al. | 2:17-cv-12739 |
| McGibbon v. Sanofi US Services Inc., et al. | 2:17-cv-14846 |
| McGriff v. Sanofi S.A. et al | 2:17-cv-11743 |
| McIntosh v. Sanofi US Services Inc., et al. | 2:17-cv-14858 |
| McKelvy v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14187 |
| McKnight v. Sanofi S.A., et al. | 2:17-cv-16201 |
| McMullen v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15979 |
| McNeil v. Accord Healthcare, Inc., et al. | 2:17-cv-13980 |
| McPeters v. Sanofi US Services Inc., et al. | 2:17-cv-16830 |
| McReynolds v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16447 |
| Medina v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16563 |
| Mendel v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15801 |
| Mickelson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14946 |
| Middleton-Johnson v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16477 |
| Miller v. Sanofi US Services Inc., et al. | 2:17-cv-15369 |
| Miller v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-13713 |
| Miller v. Sanofi-Aventis US LLC, et al. | 2:17-cv-16012 |
| Millhoff v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16584 |
| Milligan v. Sanofi S.A. et al | 2:17-cv-08759 |
| Minton v. Sanofi US Services Inc., et al. | 2:17-cv-16978 |
| Mitchell v. Sanofi S.A. et al | 2:17-cv-09530 |
| Mitchell v. Sanofi US Services Inc., et al. | 2:17-cv-14869 |

| Matter Name | MDL Docket No. |
|---|---|
| Mobley v. Sanofi S.A. et al | 2:17-cv-05358 |
| Moen v. Sandoz Inc. | 2:17-cv-12464 |
| Moku v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16123 |
| Molinari v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14948 |
| Mong v. Sanofi US Services Inc., et al. | 2:17-cv-16807 |
| Monroy v. Sanofi US Services Inc., et al. | 2:17-cv-16963 |
| Montgomery v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15997 |
| Moore v. Sandoz, Inc. | 2:17-cv-12034 |
| Moore v. Sanofi-Aventis US LLC, et al. | 2:17-cv-12713 |
| Morales v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15058 |
| Morales v. Sanofi US Services Inc., et al. | 2:17-cv-16913 |
| Morrick v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15214 |
| Morris v. Sanofi S.A., et al | 2:16-cv-17329 |
| Morris v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16508 |
| Mortimer v. Sanofi US Services Inc., et al. | 2:17-cv-16797 |
| Mosley v. Sandoz, Inc. | 2:17-cv-11443 |
| Muckle v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15223 |
| Mula v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16314 |
| Mulalic v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16540 |
| Murphy v. Sanofi US Services Inc., et al. | 2:17-cv-14954 |
| Murphy v. Sanofi US Services Inc., et al. | 2:17-cv-14957 |
| Myers v. Sanofi S.A., et al. | 2:17-cv-15558 |
| Myles v. Sandoz, Inc. | 2:17-cv-10539 |
| Nebiett v. Sanofi S.A. et al | 2:17-cv-08329 |
| Nelson v. Sanofi S.A. et al | 2:16-cv-17225 |
| Nelson v. Sanofi S.A. et al | 2:17-cv-09159 |
| Nelson v. Sanofi S.A., Inc., et al. | 2:16-xc-17177 |
| Nelson v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15988 |
| Nero v. Sanofi US Services Inc., et al. | 2:17-cv-14958 |
| Newell v. Sanofi S.A. et al | 2:17-cv-09525 |
| Newman v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16484 |
| Newsom v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16263 |
| Newton v. Sanofi US Services Inc., et al. | 2:17-cv-14616 |
| Niemeier v. Accord Healthcare, Inc., et al. | 2:17-cv-13964 |
| Nieves v. Sanofi US Services Inc., et al. | 2:17-cv-15044 |
| Nolan v. Sanofi US Services Inc., et al. | 2:17-cv-14485 |
| Noonan v. Sanofi US Services Inc., et al. | 2:17-cv-16665 |
| Norman v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14961 |
| Norskog v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16538 |
| Nunez v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16535 |
| Obojtek v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14964 |
| Ockletree v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14966 |

| Matter Name | MDL Docket No. |
|---|---|
| O'Daniel v. Sanofi US Services Inc., et al. | 2:17-cv-16781 |
| Ojeda v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16943 |
| Orono de Guevara v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15158 |
| Owens v. Hospira, Inc., et al. | 2:17-cv-14494 |
| Owens v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14968 |
| Oxendine v. Sandoz, Inc., et al. | 2:17-cv-14969 |
| Pace v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14972 |
| Pack v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16533 |
| Parmeter v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-13027 |
| Parnell v. Sandoz, Inc. | 2:17-cv-15435 |
| Parson v. Sanofi S.A. et al | 2:17-cv-11823 |
| Pasik v. Accord Healthcare, Inc. | 2:17-cv-11131 |
| Peckham v. Sandoz Inc. | 2:17-cv-12049 |
| Pedraza v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16757 |
| Pena v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16258 |
| Pennington v. Sanofi S.A., et al. | 2:17-cv-15619 |
| Perkins v. Sanofi US Services Inc., et al. | 2:17-cv-15432 |
| Perry v. Sanofi S.A. et al | 2:17-cv-08395 |
| Peterson, as Personal Representative of the Estate of Guyann Peterson, Deceased v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15930 |
| Placide v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-15872 |
| Polanco v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16453 |
| Pomeroy v. Sanofi US Services Inc., et al. | 2:17-cv-13963 |
| Pope v. Sanofi S.A. et al | 2:16-cv-17416 |
| Poppe v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14975 |
| Pratt v. Sandoz Inc. | 2:17-cv-10414 |
| Price v. Sanofi S.A. et al | 2:17-cv-10714 |
| Pruett v. Sanofi US Services Inc., et al. | 2:17-cv-16493 |
| Putnam v. Sanofi US Services Inc., et al. | 2:17-cv-16553 |
| Qualls v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14980 |
| Rackard v. Hospira, Inc., et al. | 2:17-cv-16933 |
| Ragusa v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15916 |
| Ray v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16982 |
| Reed v. Accord Healthcare, Inc. | 2:17-cv-12506 |
| Reese v. Sanofi US Services Inc., et al. | 2:17-cv-16469 |
| Reeves v. Sandoz, Inc. | 2:17-cv-15408 |
| Reid v. Accord Healthcare, Inc., et al. | 2:17-cv-14985 |
| Reyes v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-13263 |
| Reynolds v. Sanofi US Services Inc., et al. | 2:17-cv-16463 |
| Rice v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16981 |
| Rice-Ringo, et al. v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16928 |
| Richards v. Sandoz, Inc. | 2:17-cv-13988 |

| Matter Name | MDL Docket No. |
|---|---|
| Richards v. Sanofi US Services Inc., et al. | 2:17-cv-16045 |
| Richards, et al. v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16931 |
| Ringer v. Sandoz, Inc. | 2:17-cv-09809 |
| Rivera v. Sanofi US Services Inc., et al. | 2:17-cv-16468 |
| Roberts v. Sandoz, Inc. | 2:17-cv-14992 |
| Robledo v. Sanofi US Services Inc., et al. | 2:17-cv-12401 |
| Roche v. Sanofi S.A. et al | 2:17-cv-09162 |
| Rodriguez v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16708 |
| Roebuck et al v. Sanofi S.A. et al | 2:16-cv-17720 |
| Rogers v. Sanofi-Aventis, S.A. et al | 2:17-cv-15785 |
| Rollins v. Sanofi US Services Inc., et al. | 2:17-cv-16487 |
| Romero-Torres v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14998 |
| Rose v. Sanofi S.A. et al | 2:17-cv-09447 |
| Rose v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16795 |
| Ross v. Sanofi S.A. et al | 2:17-cv-10156 |
| Ruiz v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15001 |
| Sabatani v. Sanofi S.A. et al | 2:17-cv-08319 |
| Saloom v. Sanofi US Services Inc., et al. | 2:17-cv-14578 |
| Salser v. Sanofi-Aventis U.S. L.L.C., et al. | 2:17-cv-12262 |
| Salter v. Sanofi S.A. et al | 2:17-cv-10828 |
| Sampson v. Sanofi S.A., et al. | 2:17-cv-15773 |
| Sanchez v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16800 |
| Sanders v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16703 |
| Sanderson v. Sanofi S.A. et al | 2:17-cv-11517 |
| Santos v. Sanofi S.A., et al. | 2:17-cv-15780 |
| Saucier-Golden v. Sanofi S.A., et al. | 2:17-cv-10196 |
| Sauls v. Sanofi US Services Inc., et al. | 2:17-cv-15547 |
| Saunders v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16803 |
| Saylors v. Sandoz, Inc. | 2:17-cv-15004 |
| Schiff v. Sanofi US Services Inc., et al. | 2:17-cv-16531 |
| Schmelz v. Sanofi US Services Inc., et al. | 2:17-cv-15378 |
| Schnell, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-15795 |
| Schoenbeck v. Sanofi S.A., et al. | 2:17-cv-15790 |
| Scholz v. Sanofi S.A., et al. | 2:17-cv-15797 |
| Schwallie v. Sanofi US Services Inc. et al | 2:17-cv-12000 |
| Scott v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15013 |
| Scott v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15007 |
| Seavy v. Sanofi US Services Inc., et al. | 2:17-cv-15271 |
| Seay v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17140 |
| Seisan v. Sanofi S.A. et al | 2:17-cv-08950 |
| Seki v. Sanofi US Services Inc., et al. | 2:17-cv-13997 |
| Serieux, et al. v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16822 |

13

| Matter Name | MDL Docket No. |
|---|---|
| Seta v. Sanofi S.A. et al | 2:17-cv-05530 |
| Shannon v. Sandoz, Inc. | 2:17-cv-14526 |
| Shannon v. Sanofi S.A. et al | 2:17-cv-11457 |
| Shelby v. Sanofi US Services Inc., et al. | 2:17-cv-15018 |
| Sherin v. Sandoz Inc. | 2:17-cv-11914 |
| Sherman, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16074 |
| Shinglock v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15833 |
| Shirley v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16532 |
| Shorts v. Sanofi-Aventis US LLC, et al. | 2:17-cv-15794 |
| Shupiery v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16534 |
| Siggers v. Sanofi S.A., et al. | 2:17-cv-15802 |
| Silvers v. Sanofi US Services Inc., et al. | 2:17-cv-15026 |
| Simmons v. Sanofi US Services Inc., et al. | 2:17-cv-15031 |
| Simmons v. Sanofi US Services Inc., et al. | 2:17-cv-15036 |
| Simnacher v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16488 |
| Simpson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16498 |
| Sims v. Sanofi S.A., et al. | 2:17-cv-16300 |
| Sims v. Sanofi US Services Inc. et al | 2:17-cv-12424 |
| Sjoblom-Tyler v. Sanofi US Services Inc., et al. | 2:17-cv-15040 |
| Smith v. Accord Healthcare, Inc., et al. | 2:17-cv-15051 |
| Smith v. Hospira Worldwide, LLC et al | 2:17-cv-11993 |
| Smith v. Sanofi S.A. et al | 2:17-cv-08648 |
| Smith v. Sanofi S.A. et al | 2:17-cv-11902 |
| Smith v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16940 |
| Smith v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-17019 |
| Smith v. Sanofi US Services Inc., et al. | 2:17-cv-15055 |
| Smith v. Sanofi US Services Inc., et al. | 2:17-cv-15053 |
| Smith v. Sanofi US Services Inc., et al. | 2:17-cv-15047 |
| Smith v. Sanofi US Services Inc., et al. | 2:17-cv-15059 |
| Smith v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15953 |
| Snead v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16431 |
| Sorensen v. Sanofi US Services Inc., et al. | 2:17-cv-15323 |
| Soto v. Sanofi S.A. et al | 2:17-cv-06913 |
| Spears v. Sanofi US Services Inc., et al. | 2:17-cv-15067 |
| Spencer v. Sandoz, Inc., et al. | 2:17-cv-15804 |
| Staley v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16991 |
| Stanton v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15768 |
| Starnes v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15937 |
| Starrett v. Sanofi US Services Inc., et al. | 2:17-cv-14093 |
| Stein v. Sanofi US Services Inc., et al. | 2:17-cv-13911 |
| Sterling v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16187 |
| Stevenson v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15949 |

| Matter Name | MDL Docket No. |
|---|---|
| Stewart v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16993 |
| Stewart v. Sanofi US Services Inc., et al. | 2:17-cv-14474 |
| Stief v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15806 |
| Stiles v. Sanofi US Services Inc., et al. | 2:17-cv-15314 |
| Stivers v. Hospira Worldwide, LLC et al | 2:17-cv-10442 |
| Stratton v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16365 |
| Strong v. Sanofi SA, et al | 2:17-cv-06908 |
| Summers v. Sanofi US Services Inc., et al. | 2:17-cv-15069 |
| Sundell v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16357 |
| Sutton v. Sanofi S.A. et al | 2:17-cv-09930 |
| Swopes v. Sandoz, Inc. | 2:17-cv-15584 |
| Szpotek v. Sanofi U.S. Services Inc., et al. | 2:17-cv-13276 |
| Tacon v. Accord Healthcare, Inc. | 2:17-cv-15073 |
| Taite v. Sanofi US Services Inc., et al. | 2:17-cv-15075 |
| Talbert-Brown v. Sanofi US Services Inc., et al. | 2:17-cv-14711 |
| Tameta v. Sanofi US Services Inc., et al. | 2:17-cv-15499 |
| Tapp v. Sanofi US Services Inc., et al. | 2:17-cv-15503 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-03855 |
| Taylor v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16353 |
| Taylor v. Sanofi US Services Inc et al | 2:17-cv-11917 |
| Taylor v. Sanofi US Services Inc., et al. | 2:17-cv-15445 |
| Terry v. Sanofi-Aventis U.S., LLC, et al. | 2:17-cv-13711 |
| Thibou v. Sanofi S.A. et al | 2:17-cv-11452 |
| Thiesing v. Sanofi US Services Inc., et al. | 2:17-cv-14604 |
| Thomas v. Sandoz, Inc. | 2:17-cv-10120 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-08642 |
| Thomas v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16680 |
| Thomas v. Sanofi US Services Inc., et al. | 2:17-cv-11913 |
| Thomas v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15603 |
| Thomason v. Sanofi S.A. et al | 2:17-cv-10773 |
| Thomas-White v. Sanofi US Services Inc., et al. | 2:17-cv-15083 |
| Thompson v. Hospira Worldwide, LLC et al | 2:17-cv-11954 |
| Thompson v. Sanofi US Services Inc., et al. | 2:17-cv-15087 |
| Thompson v. Sanofi US Services Inc., et al. | 2:17-cv-15089 |
| Thompson v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15786 |
| Ticey v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15859 |
| Tigner v. Sanofi S.A., et al. | 2:17-cv-16925 |
| Tillmon v. Accord Healthcare, Inc. | 2:17-cv-12667 |
| Tingle v. Sanofi US Services Inc., et al. | 2:17-cv-15096 |
| Todd v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16872 |
| Truehill v. Sanofi S.A. et al | 2:16-cv-17182 |
| Trusty v. Accord Healthcare, Inc. | 2:17-cv-10446 |

15

| Matter Name | MDL Docket No. |
|---|---|
| Trusty v. Sanofi US Services Inc., et al. | 2:17-cv-15598 |
| Tucker v. Sanofi S.A. et al | 2:17-cv-04682 |
| Tucker-Grant v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16996 |
| Turner v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15868 |
| Turner v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16920 |
| Tyler v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16743 |
| Tyson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15103 |
| Unchangco v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15105 |
| Underferth v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15257 |
| Van Brocklin v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16659 |
| Veloz v. Sanofi US Services Inc., et al. | 2:17-cv-15366 |
| Vermilyer v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15110 |
| Vero v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15114 |
| Vivians v. Sanofi S.A. et al | 2:17-cv-11455 |
| Voegel v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-14880 |
| Von Braun v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15124 |
| Wagner v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16518 |
| Wainwright v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15946 |
| Waits, et al. v. Sandoz, Inc. | 2:17-cv-15813 |
| Walker v. Sanofi S.A. et al | 2:17-cv-08907 |
| Wallace v. Hospira Worldwide, LLC et al | 2:17-cv-10350 |
| Waller v. Hospira, Inc., et al. | 2:17-cv-15132 |
| Walls v. Sanofi S.A., et al | 2:16-cv-17333 |
| Ward v. Sandoz, Inc. | 2:17-cv-16582 |
| Ward v. Sanofi S.A. et al | 2:17-cv-08230 |
| Ward, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-14812 |
| Wareing v. Sanofi US Services Inc., et al. | 2:17-cv-15136 |
| Warren v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16657 |
| Wash v. Sanofi US Services Inc., et al. | 2:17-cv-14461 |
| Washington v. Sanofi Aventis US LLC et al | 2:17-cv-12785 |
| Washington v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15824 |
| Washington v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17037 |
| Washington v. Sanofi US Services Inc. et al | 2:17-cv-11948 |
| Watts v. Sanofi S.A., et al. | 2:17-cv-16955 |
| Weathers v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15848 |
| Weaver v. Sanofi US Services Inc., et al. | 2:17-cv-15145 |
| Webb vs. Sanofi S.A. et al | 2:16-cv-17482 |
| Webber v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16212 |
| Wells v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16326 |
| Wendlandt v. Sanofi US Services Inc., et al. | 2:17-cv-15151 |
| Wetzel v. Sanofi US Services Inc., et al. | 2:17-cv-15155 |
| Wheatley v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16049 |

ATL 22694594v4

| Matter Name | MDL Docket No. |
|---|---|
| White v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16461 |
| White v. Sanofi US Services Inc., et al. | 2:17-cv-15167 |
| White v. Sanofi US Services, Inc., et al. | 2:17-cv-15522 |
| Whitelow v. Sanofi S.A. et al | 2:16-cv-17412 |
| Whittaker v. Sanofi US Services Inc., et al. | 2:17-cv-15171 |
| Wiggins v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15938 |
| Wilcher v. Sanofi US Services Inc., et al. | 2:17-cv-15178 |
| Wilkins v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17000 |
| Williams v. Hospira, Inc., et al | 2:17-cv-08624 |
| Williams v. Sanofi S.A. et al | 2:17-cv-10710 |
| Williams v. Sanofi S.A. et al | 2:17-cv-11458 |
| Williams v. Sanofi S.A., et al. | 2:17-cv-15842 |
| Williams v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16729 |
| Williams v. Sanofi US Services Inc., et al. | 2:17-cv-14330 |
| Williams v. Sanofi US Services Inc., et al. | 2:17-cv-14712 |
| Williams v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12249 |
| Williams v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15796 |
| Williams v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15923 |
| Williams v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15878 |
| Williams v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-15931 |
| Williams, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15829 |
| Williamson v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-16023 |
| Winesberry v. Sanofi US Services Inc., et al. | 2:17-cv-15194 |
| Winter v. Sanofi US Services Inc., et al. | 2:17-cv-15200 |
| Wise v. Sanofi S.A., et al. | 2:17-cv-15847 |
| Wong-Ortiz v. Sanofi US Services Inc., et al. | 2:17-cv-13944 |
| Wooden v. Sanofi US Services Inc., et al. | 2:17-cv-15205 |
| Woods v. Sanofi Aventis US LLC et al | 2:17-cv-12759 |
| Woolley v. Sanofi US Services Inc. et al | 2:17-cv-11986 |
| Wraith v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16503 |
| Wynne v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16554 |
| Yarnall v. Sanofi S.A., et al. | 2:17-cv-11740 |
| Young-Smith v. Sandoz Inc. | 2:17-cv-11262 |
| Zaro-Jose v. Sanofi S.A., et al. | 2:17-cv-15855 |