# APPENDIX I.8

| Matter Name | MDL Docket No. |
|---|---|
| Missing PFS (Sanofi Defendants) ||
| Alvillar, Diane L. v. Sanofi SA, et al. | 2:17-cv-09635 |
| Blackwell, Judith M. v. Sanofi SA, et al. | 2:17-cv-09398 |
| Burton, Tammy v. Sanofi SA, et al. | 2:17-cv-08634 |
| Cooper, Nancy v. Sanofi SA, et al. | 2:17-cv-08658 |
| Curry, Mattie B. v. Sanofi SA, et al. | 2:17-cv-09266 |
| Curtis, Nellie v. Sanofi SA, et al. | 2:17-cv-08626 |
| Frankenberg, Kim v. Sanofi SA, et al. | 2:17-cv-08564 |
| Gogan, Linda M. and Michael v. Sanofi SA, et al. | 2:17-cv-09581 |
| Gordon, Donna v. Sanofi SA, et al. | 2:17-cv-08653 |
| Grant, Flora v. Sanofi SA, et al. | 2:16-cv-17940 |
| Griffin, Theresa E. v. Sanofi SA, et al. | 2:17-cv-09050 |
| Harris, Jacqueline v. Sanofi SA, et al. | 2:17-cv-08829 |
| Hegidio, Katharine M. v. Sanofi SA, et al. | 2:17-cv-09579 |
| Herman, Lynne v. Sanofi SA, et al. | 2:17-cv-08320 |
| Horne, Pazetta v. Sanofi SA, et al. | 2:17-cv-08654 |
| Howell, Wyskanna v. Sanofi SA, et al. | 2:17-cv-08501 |
| Johnson, Hilda v. Sanofi SA, et al. | 2:17-cv-08637 |
| Johnson, Tena v. Sanofi SA, et al. | 2:17-cv-08680 |
| Lopez, Ruth v. Sanofi SA, et al. | 2:17-cv-08993 |
| Madden, Debbie v. Sanofi SA, et al. | 2:17-cv-09473 |
| Marshall, Nancy v. Sanofi SA, et al. | 2:17-cv-09476 |
| Milligan, Murral v. Sanofi SA, et al. | 2:17-cv-08759 |
| Radwan, Mona v. Sanofi SA, et al. | 2:17-cv-08638 |
| Sabatini, Marie Claire v. Sanofi SA, et al. | 2:17-cv-08319 |
| Smith, Mary J. v. Sanofi SA, et al. | 2:17-cv-08648 |
| Stark, Carrie v. Sanofi SA, et al. | 2:17-cv-08633 |
| Straub, Tami v. Sanofi SA, et al. | 2:17-cv-08492 |
| Thomas, Linda v. Sanofi SA, et al. | 2:17-cv-08642 |
| Unger, Jacqueline v. Sanofi SA, et al. | 2:17-cv-08635 |
| Ware, Beverly v. Sanofi SA, et al. | 2:17-cv-08646 |
| Westbrook, Denise v. Sanofi SA, et al. | 2:17-cv-09499 |
| Zapien, Kimberlie v. Sanofi SA, et al. | 2:17-cv-08636 |
| No Deficiency Response (Sanofi Defendants) ||
| Allen v. Sanofi S.A. et al | 2:16-cv-17065 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17139 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17498 |
| Baker v. Sanofi S.A. et al | 2:16-cv-17154 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17108 |
| Bemiss v. Sanofi S.A. et al | 2:16-cv-06425 |
| Bentley v. Aventis Pharma S.A. et al | 2:16-cv-17501 |
| Bias v. Sanofi S.A. et al | 2:16-cv-17171 |
| Brooks v. Sanofi S.A. et al | 2:16-cv-17054 |
| Brown v. Sanofi S.A. et al | 2:16-cv-17160 |

| Matter Name | MDL Docket No. |
|---|---|
| Burks v. Sanofi S.A. et al | 2:17-cv-01738 |
| Burnstein v. Sanofi S.A. et al | 2:16-cv-17172 |
| Butler v. Sanofi S.A. et al | 2:17-cv-02135 |
| Butlers v. Sanofi S A et al | 2:16-cv-17946 |
| Carson v. Sanofi S.A. et al | 2:16-cv-15322 |
| Carter v. Sanofi S.A. et al | 2:17-cv-00047 |
| Carver v. Sanofi S.A. et al | 2:16-cv-17192 |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 |
| Cherem v. Sanofi S.A. et al | 2:17-cv-00119 |
| Chorak v. Sanofi S.A. et al | 2:16-cv-17165 |
| Clendenon v. Sanofi S.A. et al | 2:16-cv-17157 |
| Clinton v. Sanofi S.A. et al | 2:16-cv-15814 |
| Couvillier v. Sanofi S.A. et al | 2:16-cv-16938 |
| Craddock v. Sanofi S.A. et al | 2:16-cv-15572 |
| Crawford v. Sanofi S.A. et al | 2:16-cv-17151 |
| Culpepper v. Sanofi S.A. et al | 2:16-cv-17914 |
| Daley v. Sanofi S.A. et al | 2:17-cv-04825 |
| Daughtry v. Sanofi S.A. et al | 2:16-cv-17053 |
| Davis v. Sanofi S.A. et al | 2:16-cv-17985 |
| Davis v. Sanofi S.A. et al | 2:17-cv-02309 |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 |
| Detrixhe v. Sanofi S.A. et al | 2:16-cv-15313 |
| Dimbo v. Sanofi S.A. et al | 2:16-cv-17057 |
| Doughty v. Sanofi S.A. et al | 2:17-cv-05268 |
| Dukes v. Sanofi S.A. et al | 2:16-cv-17048 |
| Erkins v. Sanofi S.A. et al | 2:16-cv-17131 |
| Fuller v. Sanofi S.A. et al | 2:16-cv-17231 |
| Georgalos vs. Sanofi S.A. et al | 2:16-cv-17314 |
| George v. Sanofi S.A. et al | 2:17-cv-03585 |
| Granderson et al v. Sanofi S.A. et al | 2:16-cv-17152 |
| Greene v. Sanofi S.A. LLC et al | 2:16-cv-16748 |
| Griggs v. Sanofi S.A. et al | 2:16-cv-17064 |
| Harbin v. Sanofi S.A. et al | 2:17-cv-00096 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17145 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 |
| Herron v. Sanofi S.A. et al | 2:16-cv-17092 |
| Jackson v. Sanofi S.A. et al | 2:16-cv-17138 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-03770 |
| Johnson v. Sanofi S.A. | 2:16-cv-15581 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17074 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17166 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17976 |
| Jolivette v. Sanofi-Aventis U.S., Inc. et al | 2:17-cv-02297 |

| Matter Name | MDL Docket No. |
|---|---|
| Jones v. Sanofi S.A. et al | 2:16-cv-15498 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17103 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17209 |
| Justice v. Sanofi S.A. et al | 2:16-cv-17186 |
| Keys v. Sanofi S.A. et al | 2:16-cv-17504 |
| Klock v. Sanofi S.A., et al | 2:16-cv-14197 |
| Koontz v. Sanofi S.A. et al | 2:16-cv-15310 |
| Lewis v. Sanofi S.A. et al | 2:16-cv-17185 |
| Manigault v. Sanofi S.A. et al | 2:16-cv-17214 |
| Mayfield v. Sanofi SA et al | 2:17-cv-00116 |
| McCullom v. Sanofi S.A. et al | 2:16-cv-17197 |
| McCullough v. Sanofi, S.A., et al. | 2:16-cv-15511 |
| McDowell v. Sanofi S.A. et al | 2:16-cv-17212 |
| Monger v. Sanofi S.A. LLC et al | 2:16-cv-16750 |
| Mottola v. Sanofi S.A. et al | 2:16-cv-15320 |
| Nelson v. Sanofi S.A. et al | 2:17-cv-05670 |
| Newton v. Sanofi S.A. et al | 2:17-cv-06288 |
| O'Brien vs. Sanofi S.A. et al | 2:16-cv-17508 |
| Palmatier v. Sanofi S.A. et al | 2:16-cv-17223 |
| Papoulis v. Sanofi S.A. et al | 2:16-cv-17207 |
| Patterson v. Sanofi S.A. et al | 2:16-cv-17072 |
| Payne v. Sanofi S.A. et al | 2:16-cv-17200 |
| Pelfrey v. Sanofi S.A. et al | 2:16-cv-17228 |
| Petties v. Sanofi S.A. et al | 2:16-cv-17183 |
| Phillips v. Sanofi S.A. et al | 2:16-cv-15513 |
| Pirozzoli v. Sanofi S.A. et al | 2:16-cv-17191 |
| Randall v. Sanofi S.A. et al | 2:16-cv-17511 |
| Richards et al v. Sanofi S.A. et al | 2:17-cv-06289 |
| Rieder v. Sanofi S.A. et al | 2:17-cv-04824 |
| Roe v. Sanofi S A et al | 2:16-cv-17943 |
| Rome v. Sanofi S.A. et al | 2:16-cv-17075 |
| Santiago v. Sanofi S.A. et al | 2:16-cv-16935 |
| Scarborough v. Sanofi S.A. et al | 2:17-cv-06292 |
| Section v. Sanofi S.A. et al | 2:16-cv-17147 |
| Selders v. Sanofi S.A. et al | 2:16-cv-17156 |
| September v. Sanofi S.A. et al | 2:16-cv-17227 |
| Shea v. Sanofi S.A. et al | 2:16-cv-17497 |
| Shoemaker v. Sanofi S.A. et al | 2:16-cv-17066 |
| Simmons v. Sanofi S.A. et al | 2:16-cv-17496 |
| Slade v. Sanofi S.A. et al | 2:16-cv-15571 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17162 |
| Spann v. Sanofi S.A. et al | 2:16-cv-15291 |
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 |
| St. Ann v. Sanofi S.A. et al | 2:16-cv-17179 |

| Matter Name | MDL Docket No. |
|---|---|
| Stallworth v. Sanofi S.A. et al | 2:16-cv-17047 |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 |
| Stinnett v. Sanofi S.A. et al | 2:16-cv-17071 |
| Strickland v. Sanofi S.A. et al | 2:16-cv-17067 |
| Sullen v. Sanofi S.A. et al | 2:16-cv-17106 |
| Tarver v. Sanofi SA et al | 2:17-cv-00094 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17213 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17981 |
| Thompson v. Sanofi S.A. et al | 2:16-cv-17194 |
| Tipton v. Sanofi S.A. et al | 2:16-cv-17232 |
| Traylor v. Sanofi S.A. et al | 2:16-cv-15295 |
| Turner v. Sanofi S.A. et al | 2:16-cv-17199 |
| Vandiver v. Sanofi S.A. et al | 2:17-cv-00918 |
| Walker vs. Sanofi S.A. et al | 2:16-cv-17495 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 |
| Ward v. Sanofi S.A. et al | 2:16-cv-17493 |
| Wartberg v. Sanofi S.A. et al | 2:16-cv-16932 |
| Webb-McConnell v. Sanofi S.A. et al | 2:16-cv-17155 |
| Whitaker v. Sanofi S.A. et al | 2:16-cv-17221 |
| Willard v. Sanofi S.A., et al | 2:16-cv-15574 |
| Williams v. Sanofi Aventis S.A. et al | 2:16-cv-17215 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17034 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17044 |
| Willis v. Sanofi S.A. et al | 2:16-cv-17492 |
| Wood v. Sanofi S.A. et al | 2:16-cv-15321 |
| Young v. Sanofi S.A. et al | 2:16-cv-17235 |
| Zenon v. Sanofi S.A. et al | 2:16-cv-17175 |
| PFS Not Substantially Complete (Sanofi Defendants) | |
| Adams v. Sanofi S.A. et al | 2:16-cv-16299 |
| Anderson v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16901 |
| Archangel v. Sanofi-Aventis U.S., Inc et al | 2:16-cv-16248 |
| Baker v. Sanofi S.A. et al | 2:16-cv-17060 |
| Ballard v. Sanofi S.A. et al | 2:17-cv-00248 |
| Baxter v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-01502 |
| Bell v. Sanofi S.A. et al | 2:16-cv-17108 |
| Bemiss v. Sanofi S.A. et al | 2:16-cv-06425 |
| Bias v. Sanofi S.A. et al | 2:16-cv-17171 |
| Bishop v. Sanofi SA et al | 2:16-cv-15579 |
| Blancett et al v. Sanofi S.A. et al | 2:17-cv-07768 |
| Bloxton v. Sanofi S.A. et al | 2:16-cv-17037 |
| Booth v. Sanofi S.A. et al | 2:17-cv-05590 |
| Breslauer v. Sanofi S.A. et al | 2:17-cv-01199 |
| Brown v. Sanofi S.A. et al | 2:16-cv-17160 |
| Brown v. Sanofi S.A. et al | 2:17-cv-05427 |

| Matter Name | MDL Docket No. |
|---|---|
| Burns v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16778 |
| Bush v. Sanofi S.A. et al | 2:16-cv-17049 |
| Butler v. Sanofi S.A. et al | 2:17-cv-02135 |
| Butlers v. Sanofi S A et al | 2:16-cv-17946 |
| Byers v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00610 |
| Carbino et al v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-00539 |
| Carver v. Sanofi S.A. et al | 2:16-cv-17192 |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 |
| Chapman v. Sanofi S.A. et al | 2:17-cv-06911 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 |
| Chavez v. Sanofi S.A. et al | 2:17-cv-07497 |
| Cheairs v. Sanofi S.A. et al | 2:17-cv-05910 |
| Clinton v. Sanofi S.A. et al | 2:16-cv-15814 |
| Cook v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17980 |
| Copeland v. Sanofi S.A. et al | 2:17-cv-05913 |
| Couvillier v. Sanofi S.A. et al | 2:16-cv-16938 |
| Craddock v. Sanofi S.A. et al | 2:16-cv-15572 |
| Crawford v. Sanofi S.A. et al | 2:16-cv-17151 |
| Culpepper v. Sanofi S.A. et al | 2:16-cv-17914 |
| Daniels v. Sanofi S.A. et al | 2:17-cv-05275 |
| Daubert v. Sanofi S.A. et al | 2:17-cv-07575 |
| Daughtry v. Sanofi S.A. et al | 2:16-cv-17053 |
| Davis v. Sanofi S.A. et al | 2:16-cv-17985 |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 |
| Dickerson et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16776 |
| Dukes v. Sanofi S.A. et al | 2:16-cv-17048 |
| Edwards-Woodard et al v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16799 |
| Eidel v. Sanofi S.A. et al | 2:17-cv-06024 |
| Ellois v. Sanofi S.A. et al | 2:17-cv-03487 |
| Encalarde v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15863 |
| Erkins v. Sanofi S.A. et al | 2:16-cv-17131 |
| Everett v. Sanofi S.A. et al | 2:17-cv-06025 |
| Evridge v. Sanofi S.A. et al | 2:17-cv-06742 |
| Fair v. Sanofi Aventis US Inc et al | 2:16-cv-17252 |
| Fallon et al v. Sanofi S.A. et al | 2:17-cv-06271 |
| Ferguson v. Sanofi S.A. et al | 2:17-cv-03743 |
| Fontenot v. Sanofi S.A. et al | 2:17-cv-00802 |
| Franklin v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15843 |
| Fuller et al v. Sanofi S.A. et al | 2:17-cv-06194 |
| Fultz et al v. Sanofi S.A. et al | 2:17-cv-07772 |
| Garner v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16803 |
| Gibian v. Sanofi S.A. et al | 2:17-cv-01800 |
| Gibson et al v. Sanofi S.A. et al | 2:17-cv-06236 |
| Gillespie v. Sanofi S.A. et al | 2:17-cv-06255 |

| Matter Name | MDL Docket No. |
|---|---|
| Gilliland v. Sanofi S.A. et al | 2:17-cv-00449 |
| Glaze v. Sanofi S.A. et al | 2:17-cv-06238 |
| Goeman et al v. Sanofi S.A. et al | 2:17-cv-06970 |
| Gordon v. Sanofi S. A. LLC et al | 2:16-cv-16742 |
| Greene v. Sanofi S.A. LLC et al | 2:16-cv-16748 |
| Gregorich et al v. Sanofi S.A. et al | 2:17-cv-06327 |
| Griggs v. Sanofi S.A. et al | 2:16-cv-17064 |
| Grumet v. Sanofi S.A. et al | 2:17-cv-01801 |
| Gulley v. Sanofi S.A. et al | 2:17-cv-06907 |
| Hammond v. Sanofi S.A. et al | 2:16-cv-17256 |
| Hanes v. Sanofi S.A. et al | 2:16-cv-15499 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 |
| Hartso v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17984 |
| Hartzog v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15400 |
| Harvey v. Sanofi S.A. et al | 2:17-cv-06558 |
| Hawkins v. Sanofi S.A. et al | 2:16-cv-17188 |
| Hawkins v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16790 |
| Haynes v. Sanofi S.A. et al | 2:16-cv-17723 |
| Helms v. Sanofi S.A. et al | 2:17-cv-07774 |
| Henderson v. Sanofi S.A. et al | 2:17-cv-04945 |
| Henderson v. Sanofi S.A. et al | 2:17-cv-06257 |
| Hernandez v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15600 |
| Higgins v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15605 |
| Hockaday-Adams v. Sanofi S.A. et al | 2:16-cv-15563 |
| Holbrook et al v. Sanofi S.A. et al | 2:17-cv-06555 |
| Hooks et al v. Sanofi S.A. et al | 2:17-cv-07917 |
| Hoskins v. Sanofi S.A. et al | 2:16-cv-17852 |
| Howard v. Sanofi S.A. et al | 2:17-cv-06016 |
| Howard v. Sanofi S.A. et al | 2:17-cv-06561 |
| Jackson et al v. Sanofi S.A. et al | 2:16-cv-16796 |
| Jackson v. Sanofi S A et al | 2:16-cv-17941 |
| Jemmott v. Sanofi S.A. et al | 2:17-cv-06624 |
| Johnson v. Sanofi S.A. | 2:16-cv-15581 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-17074 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06604 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06627 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-06629 |
| Jolivette v. Sanofi-Aventis U.S., Inc. et al | 2:17-cv-02297 |
| Jones v. Sanofi S.A. et al | 2:16-cv-17209 |
| Jones v. Sanofi S.A. et al | 2:17-cv-04055 |
| Jones vs. Sanofi S.A. et al | 2:16-cv-17304 |
| Keys v. Sanofi S.A. et al | 2:16-cv-17504 |
| Knox v. Sanofi S.A. et al | 2:17-cv-06284 |
| Koontz v. Sanofi S.A. et al | 2:16-cv-15310 |

| Matter Name | MDL Docket No. |
| --- | --- |
| Lackey v. Sanofi S.A. et al | 2:17-cv-06286 |
| Lancien v. Sanofi S.A. et al | 2:17-cv-06707 |
| Landry v. Sanofi S.A. et al | 2:17-cv-01211 |
| Lawrence et al v. Sanofi S.A. et al | 2:17-cv-06807 |
| Leggett v. Sanofi S.A. et al | 2:17-cv-06900 |
| Leith v. Sanofi S.A. et al | 2:16-cv-15286 |
| Lester v. Sanofi S.A. et al | 2:17-cv-06886 |
| Lipman v. Sanofi S.A. et al | 2:17-cv-07083 |
| Little v. Sanofi S.A. et al | 2:16-cv-17022 |
| Lockett v. Sanofi S.A. et al | 2:17-cv-07095 |
| Love v. Sanofi S.A. et al | 2:17-cv-06605 |
| Luellen-Williams v. Sanofi S.A. et al | 2:17-cv-00528 |
| Lyles v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16773 |
| Lyon v. Sanofi S.A. LLC et al | 2:16-cv-16749 |
| Mamola v. Sanofi S.A. et al | 2:17-cv-07286 |
| Marco v. Sanofi S.A. et al | 2:16-cv-16939 |
| Markey v. Sanofi S.A. et al | 2:16-cv-16934 |
| Markham v. Sanofi S.A. et al | 2:17-cv-04495 |
| Marks v. Sanofi S.A. et al | 2:17-cv-07288 |
| Martin v. Sanofi S.A. et al | 2:17-cv-05797 |
| Matthews et al v. Sanofi S.A. et al | 2:17-cv-07297 |
| McCloud et al v. Sanofi S.A. et al | 2:17-cv-07300 |
| McCullom v. Sanofi S.A. et al | 2:16-cv-17197 |
| McCullough v. Sanofi, S.A., et al. | 2:16-cv-15511 |
| McDaniel v. Sanofi S.A. et al | 2:17-cv-07719 |
| McNeal v. Sanofi S.A. et al | 2:16-cv-17919 |
| Mink v. Sanofi S.A. et al | 2:17-cv-02931 |
| Monger v. Sanofi S.A. LLC et al | 2:16-cv-16750 |
| Moore v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15842 |
| Mottola v. Sanofi S.A. et al | 2:16-cv-15320 |
| Oliveri v. Sanofi S.A. et al | 2:17-cv-01176 |
| Parkinson v. Sanofi S.A. et al | 2:17-cv-00960 |
| Payne v. Sanofi S.A. et al | 2:16-cv-17200 |
| Peddle v. Sanofi S.A. et al | 2:16-cv-17009 |
| Pelfrey v. Sanofi S.A. et al | 2:16-cv-17228 |
| Prince v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17801 |
| Proctor v. Sanofi S.A. et al | 2:17-cv-05666 |
| Pryor-Lynch v. Sanofi S.A. et al | 2:16-cv-17337 |
| Rasmussen v. Sanofi S.A. et al | 2:17-cv-04840 |
| Ray v. Sanofi S.A. et al | 2:16-cv-17070 |
| Reed v. Sanofi S.A. et al | 2:16-cv-17843 |
| Richards et al v. Sanofi S.A. et al | 2:17-cv-06289 |
| Rivers v. Sanofi S.A. et al | 2:17-cv-00862 |
| Robinson v. Sanofi S.A. et al | 2:17-cv-00753 |

| Matter Name | MDL Docket No. |
|---|---|
| Rome v. Sanofi S.A. et al | 2:16-cv-17075 |
| Russell v. Sanofi S.A. et al | 2:17-cv-00117 |
| Russell v. Sanofi S.A. et al | 2:17-cv-06728 |
| Sassen v. Sanofi S.A. et al | 2:17-cv-06291 |
| Shaw v. Sanofi S.A. et al | 2:17-cv-07777 |
| Shea v. Sanofi S.A. et al | 2:16-cv-17497 |
| Shoemaker v. Sanofi S.A. et al | 2:16-cv-17066 |
| Shull v. Sanofi S.A. et al | 2:16-cv-16687 |
| Sibley v. Sanofi S.A. et al | 2:16-cv-17035 |
| Smith et al v. Sanofi S.A. et al | 2:17-cv-06888 |
| Smith v. Sanofi S.A. et al | 2:16-cv-12943 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17032 |
| Smith v. Sanofi S.A. et al | 2:16-cv-17202 |
| Smith v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15398 |
| Spann v. Sanofi S.A. et al | 2:16-cv-15291 |
| Spencer v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17538 |
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 |
| Stallworth v. Sanofi S.A. et al | 2:16-cv-17047 |
| Stevens v. Sanofi S.A. et al | 2:17-cv-05918 |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 |
| Stewart et al v. Sanofi S.A. et al | 2:17-cv-07916 |
| Stewart v. Sanofi S.A. et al | 2:17-cv-06860 |
| Stinnett v. Sanofi S.A. et al | 2:16-cv-17071 |
| Strickland v. Sanofi S.A. et al | 2:16-cv-17067 |
| Sullen v. Sanofi S.A. et al | 2:16-cv-17106 |
| Sykes v. Sanofi S.A. et al | 2:16-cv-17043 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-06048 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17213 |
| Thomas v. Sanofi S.A. et al | 2:16-cv-17981 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-01732 |
| Thomas v. Sanofi S.A. et al | 2:17-cv-07270 |
| Thompson v. Sanofi S.A. et al | 2:16-cv-17194 |
| Tipton v. Sanofi S.A. et al | 2:16-cv-17232 |
| Trave' v. Sanofi S.A. et al | 2:17-cv-07577 |
| Traylor v. Sanofi S.A. et al | 2:16-cv-15295 |
| Vandiver v. Sanofi S.A. et al | 2:17-cv-00918 |
| Walker v. Sanofi S.A. et al | 2:17-cv-05084 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 |
| Ward v. Sanofi S.A. et al | 2:16-cv-17493 |
| Wartberg v. Sanofi S.A. et al | 2:16-cv-16932 |
| Webb v. Sanofi S.A. et al | 2:17-cv-06642 |
| Webb-McConnell v. Sanofi S.A. et al | 2:16-cv-17155 |
| Werning v. Sanofi S.A. et al | 2:16-cv-17169 |
| Whitaker v. Sanofi S.A. et al | 2:16-cv-17221 |

| Matter Name | MDL Docket No. |
|---|---|
| White v. Sanofi S.A. et al | 2:16-cv-17068 |
| Willard v. Sanofi S.A., et al | 2:16-cv-15574 |
| Williams v. Sanofi S.A. et al | 2:16-cv-17034 |
| Williams v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-02194 |
| Wolfgang v. Sanofi S.A. et al | 2:16-cv-16236 |
| Zenon v. Sanofi S.A. et al | 2:16-cv-17175 |
| Missing PFS (505(b)(2) Defendants) | |
| Grace v. Sandoz, et al. | 2:17-cv-03716 |
| Hatchett v. Sanofi, et al. | 2:17-cv-01673 |
| Hayden v. Sanofi S.A. et al | 2:17-cv-06921 |
| Soto v. Sanofi S.A. et al | 2:17-cv-06913 |
| Strong v. Sanofi S.A. et al | 2:17-cv-06908 |
| Deficiency – No Response (505(b)(2) Defendants) | |
| Daniels v. Sanofi S.A., et al. | 2:17-cv-05275 |
| Substantially Deficient (505(b)(2) Defendants) | |
| Brown v. Sanofi-Aventis LLC, Sandoz Inc. | 2:16-cv-17928 |
| McConnell v. Sanofi S.A. et al. | 2:16-cv-02740 |