UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> <u>This Document Relates To:</u> ) <br> ROSS v. Sanofi S.A. et al ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No: 2:17-CV-14073 ) | MDL 2740 <br> SECTION "N" (5) <br> <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br> <br> STIPULATION OF <br> DISMISSAL AS TO ALL BUT <br> SANOFI-AVENTIS U.S. LLC <br> and SANOFI U.S. SERVICES, <br> INC. f/k/a SANOFI-AVENTIS <br> U.S. INC. DEFENDANTS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Wilhelmina Ross' and Speed Ross' claims against Sandoz Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., McKesson Corporation d/b/a McKesson Packaging, Actavis LLC f/k/a Actavis Inc., Winthrop, and Actavis Pharma, Inc. only, be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks this dismissal pursuant to CMO # 12.

Dated: March 26, 2018

By: /s/ Bradley D. Honnold
Bradley D. Honnold, Esq.
**GOZA & HONNOLD, L.L.C.**
11181 Overbrook Road, Suite 200
Leawood, KS 66211
913.451.3433

**Attorney for Plaintiff**

Respectfully submitted,

By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
         kbrilleaux@irwinllc.com
*Liaison counsel for the Defendants*

By: /s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P**
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
Email:  hratliff@shb.com
         kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma SA.., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By: /s/ Evan Holden
Evan Holden
Lori G. Cohen
R. Clifton Merrell
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste 2500
Atlanta, GA 30305

00528617-1

Telephone:  (678) 553-2100
Email:  cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By: /s/ Mara Cusker Gonzales
Mara Cusker Gonzales
Mark Cheffo
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP.**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212.849.7000
Facsimile:  212.849.710
Email: markcheffo@quinnemanuel.com
maracuskergonzales@quinnemanuel.com
sararoitman@quinnemanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P**
2300 Energy Centre
New Orleans, LA 70163
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

By:  /s/ Kathleen E. Kelly
Kathleen E. Kelly
Geoffrey M. Coan
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: 617.213.7000
Facsimile:  617.213.7001

00528617-1

Email: gcoan@hinshawlaw.com
kekelley@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
LEAKE & ANDERSON, LLP.
1100 Poydras St., Suite 1700
New Orleans, LA 70163
Email: sshuler@leakeanderson.com
cbordelon@leakeanderson.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., f/k/a Carco Pharmaceutical Laboratories, Ltd.*

By: /s/ Brandon D. Cox
Brandon D. Cox
Julie A. Callsen
**TUCKER ELLIS LLP 950**
Main Ave, Ste 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: brandon.cox@tuckerellis.com
julie.callsen@tuckerellis.com
noproductid@tuckerellis.com

John P. Wolff, III
**KEOGH, COX & WILSON, LTD.**
701 Main Street P.O. Box 1151
Baton Rouge, LA 70821
Email: jwolff@keoghcox.com

*Counsel for Defendant Accord Healthcare Inc.*

By: /s/ Michael J. Suffern
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
Kimberly L. Beck
**ULMER & BERNE LLP**
600 Vine St., Suite 2800
Cincinnati, OH 45202
Email: msuffern@ulmer.com

00528617-1

jpeck@ulmer.com
jschaefer@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma Inc.*

00528617-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing upon counsel of record for all parties on this 26th day of March, 2018.

*/s/ Bradley D. Honnold*
Bradley D. Honnold

00528617-1