# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL BUT U.S. SANOFI DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>SIMIN BAKHSHI v. SANOFI S.A., ET AL | Civil Action No.: 2:17-cv-10832 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Sanofi S.A., Aventis Pharma S.A., Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC, Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., McKesson Corporation, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., only.

Dated this 26th day of March 2018.   By:  */s/ J. Christopher Elliott*
                                                                         J. Christopher Elliott, Esq.
                                                                        **BACHUS & SCHANKER, LLC**
                                                                        J. Kyle Bachus, Esq.
                                                                        Darin L. Schanker, Esq.
                                                                        1899 Wynkoop Street, Suite 700
                                                                        Denver, CO 80202
                                                                        Telephone: (303) 893-9800
                                                                        Facsimile: (303) 893-9900
                                                                        Email: celliott@coloradolaw.net
                                                                        kyle.bachus@coloradolaw.et
                                                                        dschanker@coloradolaw.net

                                                                        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26th, 2018              /s/ *J. Christopher Elliott*
                                                                J. Christopher Elliott