# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>DEBORAH BECK v. SANOFI S.A., ET AL | Civil Action No.: 2:17-cv-07736 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, only.

Dated this 26th day of March 2018.

                                              By: */s/ J. Christopher Elliott*
                                              J. Christopher Elliott, Esq.
                                              **BACHUS & SCHANKER, LLC**
                                              J. Kyle Bachus, Esq.
                                              Darin L. Schanker, Esq.
                                              1899 Wynkoop Street, Suite 700
                                              Denver, CO 80202
                                              Telephone: (303) 893-9800
                                              Facsimile: (303) 893-9900
                                              Email: celliott@coloradolaw.net
                                              kyle.bachus@coloradolaw.et
                                              dschanker@coloradolaw.net

                                              *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26th, 2018              /s/ *J. Christopher Elliott*
                                     J. Christopher Elliott