UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL BUT ACCORD DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>VONDA BRENT v. SANOFI S.A., ET AL | Civil Action No.: 2:17-cv-07875 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Hospira Worldwide, LLC, Hospira, Inc., and McKesson Corporation, only.

Dated this 26th day of March 2018.

By: */s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
**BACHUS & SCHANKER, LLC**
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26th, 2018				/s/ *J. Christopher Elliott*
						J. Christopher Elliott