UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>Rosemary Griffin; 2:17-cv-16638 | | |

## EX PARTE MOTION FOR VOLUNTARY DIMISSAL WITH PREJUDICE

Plaintiff Rosemary Griffin, by and through undersigned counsel, Pursuant to Fed. R. Civ. P. 41(a)1(A(i), hereby voluntarily dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action No 2:17-cv-16638. This Motion for Voluntary Dismissal with Prejudice is made because no defendant has been served and each party is to bear their own fees and costs.

Dated this 26th day of March, 2018

                                                                                                                                           Respectfully Submitted,

                                                                                                                                           /s/ Melanie K. Schmickle
                                                                                                                                           Melanie K. Schmickle, MO# 52176
                                                                                                                                           Tara K. King, MO #69171
                                                                                                                                          SWMW Law, LLC
                                                                                                                                         701 Market Street, Ste. 1000
                                                                                                                                          Phone: (314) 480-5180
                                                                                                                                         Facsimile: (314) 932-1566
                                                                                                                                         Email: melanie@swmwlw.com
                                                                                                                                         Email: tara@swwmwlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Ex Parte Motion for Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 26, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmlaw.com
*ATTORNEYS FOR PLAINTIFFS*