UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Ernestine Payne; 2:17-cv-16725 | | |

## EX PARTE MOTION FOR LEAVE TO AMEND
## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ernestine Payne, by and through undersigned counsel, hereby seeks to amend/ correct the erroneously filed "Stipulation for Dismissal With Prejudice" to reflect the proper title and document.

1. Plaintiff filed a complaint against all defendants on December 11, 2017.

2. Plaintiff has not served any of the defendants by any method, and is in fact past the service deadline to do so.

3. Plaintiff erroneously filed A Stipulation for Dismissal with Prejudice on February 27, 2018. The document filed in error, titled, "Stipulation for Dismissal With Prejudice" was filed via LAED CM/ECF on February 27, 2018 and is document number 1743.

4. The document should have been filed as an Ex Parte Motion to Dismiss With Prejudice. Defendant's will not be prejudiced by correcting this document and filing the correct document. Defendants have not been served in this case pursuant to the Pre Trial Orders on Streamlined Service nor any other method.

Wherefore, Plaintiff respectfully requests the grant leave to allow her to amend/correct the previously filed document "Stipulation for Dismissal with prejudice," with the Ex Parte

Motion to Dismiss with Prejudice.

Dated this 26th day of March, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176.
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Leave to Amend Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 26, 2018

Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***