**UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: Ernestine Payne; 2:17-cv-16725 | : | JUDGE KURT D. ENGELHARDT |
| | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

**ORDER GRANTING
EX PARTE MOTION TO FILE VOLUNTARY DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Motion for Leave to File Amended Stipulation of Voluntary Dismissal With Prejudice and pursuant to the applicable Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Ernestine Payne's, Ex Parte Motion for Leave to Amend Stipulation of  Voluntary Dismissal With Prejudice GRANTED. Plaintiff is hereby granted leave to file the Ex Parte Motion for Dismissal With Prejudice, and the Clerk of the Court is ordered to file the Ex Parte Motion for Dismissal With Prejudice into the records of this matter.

Entered this _____ day of _____, 2018 into the United States Eastern District Court of Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE