# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Ernestine Payne; 2:17-cv-16725 | | |

## EX PARTE MOTION FOR VOLUNTARY DIMISSAL WITH PREJUDICE

Plaintiff Ernestine Payne, by and through undersigned counsel, Pursuant to Fed. R. Civ. P. 41(a)1(A(i), hereby voluntarily dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action No 2:17-cv-16725. This Motion for Voluntary Dismissal with Prejudice is made because no defendant has been served and each party is to bear their own fees and costs.

Dated this 26th day of March, 2018

                                                 Respectfully Submitted,

                                                 /s/ Melanie K. Schmickle
                                                 Melanie K. Schmickle, MO# 52176
                                                 Tara K. King, MO #69171
                                                 SWMW Law, LLC
                                                 701 Market Street, Ste. 1000
                                                 Phone: (314) 480-5180
                                                 Facsimile: (314) 932-1566
                                                 Email: melanie@swmwlw.com
                                                 Email: tara@swwmwlaw.com

*ATTORNEYS FOR PLAINTIFFS*

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Ex Parte Motion for Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 26, 2018

        Respectfully Submitted,

        /s/ Melanie K. Schmickle
        Melanie K. Schmickle, MO# 52176
        Tara K. King, MO #69171
        SWMW Law, LLC
        701 Market Street, Ste. 1000
        Phone: (314) 480-5180
        Facsimile: (314) 932-1566
        Email: melanie@swmwlaw.com
        Email: tara@swwmlaw.com
        ***ATTORNEYS FOR PLAINTIFFS***