UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Ernestine Payne; 2:17-cv-16725 | | |

## ORDER

This matter having come before the Court on an Ex Parte Motion for Voluntary Dismissal With Prejudice and pursuant to the applicable Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Ernestine Payne's, case be dismissed with prejudice.

Entered this _____ day of _____, 2018 into the United States Eastern District Court of Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE