## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>LINDA DAVIS v. SANOFI S.A., ET AL | Civil Action No.: 2:17-cv-07738 |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, only.

Dated this 26th day of March 2018.

                                                    By:  _/s/ J. Christopher Elliott_
                                                    J. Christopher Elliott, Esq.
                                                    **BACHUS & SCHANKER, LLC**
                                                    J. Kyle Bachus, Esq.
                                                    Darin L. Schanker, Esq.
                                                    1899 Wynkoop Street, Suite 700
                                                   Denver, CO 80202
                                                   Telephone: (303) 893-9800
                                                   Facsimile: (303) 893-9900
                                                   Email: celliott@coloradolaw.net
                                                   kyle.bachus@coloradolaw.et
                                                   dschanker@coloradolaw.net

                                                   *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26th, 2018          /s/ *J. Christopher Elliott*
                                             J. Christopher Elliott