# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> FRANCES DIMANTO v. SANOFI S.A., ET AL | Civil Action No.: 2: 17-cv-07803 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, only.

Dated this 26th day of March 2018.

                 By: */s/ J. Christopher Elliott*
                 J. Christopher Elliott, Esq.
                 **BACHUS & SCHANKER, LLC**
                 J. Kyle Bachus, Esq.
                 Darin L. Schanker, Esq.
                 1899 Wynkoop Street, Suite 700
                 Denver, CO 80202
                 Telephone: (303) 893-9800
                 Facsimile: (303) 893-9900
                 Email: celliott@coloradolaw.net
                 kyle.bachus@coloradolaw.et
                 dschanker@coloradolaw.net

                 *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26th, 2018                /s/ *J. Christopher Elliott*
                                       J. Christopher Elliott