**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | HON. KURT D. ENGELHARDT |
| | | COMPLAINT & JURY DEMAND |
| *This Document Relates to:* *Alexandra B. Keith* | | CIVIL ACTION NO. 2:17-cv-09462 |

_____

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS**

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they intend to serve the attached subpoena commanding the production of documents, information, or objects upon Mid Atlantic Gynecologic Oncology and Pelvic Surgery Associates.

Respectfully submitted this 27th day of March, 2018.

> */s/ Holly Nighbert*
> HOLLY NIGHBERT (IL 6325135)
> **SIMMONS HANLY CONROY**
> One Court Street
> Alton, IL 62002
> Telephone: 618.259.2222
> Facsimile:  618.259.2251
> hnighbert@simmonsfirm.com
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* has contemporaneously with or before filing been served on all parties or their attorneys via EMAIL upon the following:

Douglas J. Moore, Esq.
Kelly Brilleaux, Esq.
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

John F. Olinde, Esq.
Chaffe McCall, LLP
2300 Energy Center
1100 Poydras Street
New Orleans, LA 70163
olinde@chaffe.com
505b2liaison@chaffe.com

Mara Cusker Gonzalez, Esq.
Quinn Emanuel Urghart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@quinnemanuel.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State St
Boston, MA 02109
docenoprodid@hinshawlaw.com

Harley V. Ratliff
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
noproductid@shb.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Sandoz-Taxotere-ProdID@gtlaw.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Ave, Ste. 1100
Cleveland, OH 44113
noproductid@tuckerellis.com

Kimberly L. Beck
Sheryl Ritter
Ulmer & Berne LLP
600 Vine St, Ste. 2800
Cincinnati, OH 45202
kbeck@ulmer.com
sritter@ulmer.com


Dated: March 27, 2018

                                                /s/ *Holly Nighbert*
                                                HOLLY NIGHBERT