**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | |
| | : | **HON. KURT D. ENGELHARDT** |
| | : | |
| | : | **COMPLAINT & JURY DEMAND** |
| | : | |
| *This Document Relates to:* | : | **CIVIL ACTION NO. 2:17-cv-6908** |
| *Frances A. Strong* | : | |

_____

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they intend to serve the attached subpoena commanding the production of documents, information, or objects upon Medical Oncology – Napa.

Respectfully submitted this 27th day of March, 2018.

*/s/ Holly Nighbert*
HOLLY NIGHBERT (IL 6325135)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.259.2251
hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* has contemporaneously with or before filing been served on all parties or their attorneys via EMAIL upon the following:

Douglas J. Moore, Esq.
Kelly Brilleaux, Esq.
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

John F. Olinde, Esq.
Chaffe McCall, LLP
2300 Energy Center
1100 Poydras Street
New Orleans, LA 70163
olinde@chaffe.com
505b2liaison@chaffe.com

Mara Cusker Gonzalez, Esq.
Quinn Emanuel Urghart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@quinnemanuel.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State St
Boston, MA 02109
docenoprodid@hinshawlaw.com

Dated: March 27, 2018

/s/ *Holly Nighbert*
HOLLY NIGHBERT