UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) HON. KURT D. ENGELHARDT |
| Sherida Johnson, 2:17-cv-12952<br>Catherine Sulltrop, 2:18-cv-00210<br>Debra Magit, 2:17-cv-15056<br>Athena Mack, 2:17-cv-13527<br>Angela Williams, 2:17-cv-17244<br>Karen East, 2:17-cv-15000<br>Deborah Hunkapiller, 2:17-cv-12633<br>Jennifer Lujan, 2:17-cv-00112<br>Jill Leitzke, 2:17-cv-12983<br>Rhonda Brown, 2:18-cv-00490<br>Andrea Nelson, 2:18-cv-00726<br>Ida Engleman, 2:18-cv-00274<br>Paula Oubrahim, 2:17-cv-12587<br>Mimoza Lufo Lamorte, 2:17-cv-12645<br>Mary Leonard, 2:17-cv-13466<br>Lucia Polanco-Oramas, 2:17-cv-12832<br>Alice Fingers, 2:18-cv-144<br>Jennifer Turner, 2:17-cv-12814<br>Drusilla Mounce, 2:17-cv-14431<br>Oriann Holmes, 2:17-cv-13046<br>Jerrye Marcantel, 2:18-cv-125<br>Barbara Marinelli, 2:17-cv-17246<br>Julia Sanders, 2:17-cv-15064<br>Randie Bowen, 2:17-cv-15296<br>Trina Ramsey, 2:18-cv-00494<br>Stephanie Deese, 2:17-cv-13787<br>Evelyn Wilson, 2:17-cv-15436<br>Judy Gebauer, 2:18-cv-00266<br>Alicia Byrd, 2:18-cv-00345<br>Tracy Botsko, 2:17-cv-15417<br>Donna Jarrel, 2:18-cv-00349<br>Deborah Kay Ford, 2:17-cv-12763<br>Linda S. Reed, 2:18-cv-00550 | |

    Donna Whitaker, 2:17-cv-12928
    Mary Tate, 2:17-cv-12960
    Michelle Meissner, 2:17-cv-13395
    Gwendolyn Myers, 2:17-cv-15049
    Larraine Martinez, 2:17-cv-17245
    Vanessa De Vera, 2:17-cv-12650
    Dora Hernandez, 2:17-cv-15559
    Angela Wingfield, 2:18-cv-00269
    Meena Patel, 2:17-cv-12934
    JoEllen Solias, 2:18-cv-00724
    Cheryl Anderson, 2:18-cv-83
    Brenda Morrison, 2:17-cv-17110
    Funchess, Cheryl, 2:18-cv-00204
    Valdez, Patricia, 2:17-cv-13764

Plaintiffs,

vs.

SANOFI-AVENTIS U.S. INC &
SANOFI-AVENTIS U.S. LLC

Defendants.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

COME NOW Plaintiffs, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), and respectfully move the Court for leave to amend the Complaints filed in this action.[1] Plaintiffs' original Complaints were filed in the Eastern District of Louisiana, and Plaintiffs served Defendants pursuant to PTO 9.

---

[1] Plaintiffs' Counsel consulted with Defense Counsel for all named manufacturers regarding this motion (Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Accord Healthcare, Inc.; Hospira Worldwide, LLC; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries; Actavis LLC and Actavis Pharma). Defense counsel opposes this motion.

Since the time of filing the aforementioned Complaints, Plaintiffs have not received National Drug Code ("NDC") information, despite numerous efforts to obtain this information through numerous avenues referenced in the accompanying Memorandum in support of this Motion.  Plaintiffs have complied with CMO 12 but are concerned that NDC information will not be received within the applicable statute of limitation.  As such, Counsel for Plaintiffs seek leave to file an Amended Short Form Complaint, naming all manufacturers currently listed in the Short Form Complaint.[2]

Pursuant to Local Rule 7.6, Plaintiff's Counsel conferred with Defense Counsel for all named manufacturers, and Defense Counsel oppose this Motion.

**Dated this 27th day of March, 2018**

**Respectfully Submitted,**

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

---

[2] Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Hospira Worldwide, LLC; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries; Actavis LLC and Actavis Pharma.  Counsel is not naming Accord Healthcare, Inc. on account of entering a tolling agreement.

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 27, 2018

/s/ Robert J. Binstock
Robert J. Binstock