UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) HON. KURT D. ENGELHARDT |
| Sherida Johnson, 2:17-cv-12952 | |
| Catherine Sulltrop, 2:18-cv-00210 | |
| Debra Magit, 2:17-cv-15056 | |
| Athena Mack, 2:17-cv-13527 | |
| Angela Williams, 2:17-cv-17244 | |
| Karen East, 2:17-cv-15000 | |
| Deborah Hunkapiller, 2:17-cv-12633 | |
| Jennifer Lujan, 2:17-cv-00112 | |
| Jill Leitzke, 2:17-cv-12983 | |
| Rhonda Brown, 2:18-cv-00490 | |
| Andrea Nelson, 2:18-cv-00726 | |
| Ida Engleman, 2:18-cv-00274 | |
| Paula Oubrahim, 2:17-cv-12587 | |
| Mimoza Lufo Lamorte, 2:17-cv-12645 | |
| Mary Leonard, 2:17-cv-13466 | |
| Lucia Polanco-Oramas, 2:17-cv-12832 | |
| Alice Fingers, 2:18-cv-144 | |
| Jennifer Turner, 2:17-cv-12814 | |
| Drusilla Mounce, 2:17-cv-14431 | |
| Oriann Holmes, 2:17-cv-13046 | |
| Jerrye Marcantel, 2:18-cv-125 | |
| Barbara Marinelli, 2:17-cv-17246 | |
| Julia Sanders, 2:17-cv-15064 | |
| Randie Bowen, 2:17-cv-15296 | |
| Trina Ramsey, 2:18-cv-00494 | |
| Stephanie Deese, 2:17-cv-13787 | |
| Evelyn Wilson, 2:17-cv-15436 | |
| Judy Gebauer, 2:18-cv-00266 | |
| Alicia Byrd, 2:18-cv-00345 | |
| Tracy Botsko, 2:17-cv-15417 | |
| Donna Jarrel, 2:18-cv-00349 | |
| Deborah Kay Ford, 2:17-cv-12763 | |
| Linda S. Reed, 2:18-cv-00550 | |
| Donna Whitaker, 2:17-cv-12928 | |
| Mary Tate, 2:17-cv-12960 | |
| Michelle Meissner, 2:17-cv-13395 | |
| Gwendolyn Myers, 2:17-cv-15049 | |
| Larraine Martinez, 2:17-cv-17245 | |
| Vanessa De Vera, 2:17-cv-12650 | |
| Dora Hernandez, 2:17-cv-15559 | |

Angela Wingfield, 2:18-cv-00269
Meena Patel, 2:17-cv-12934
JoEllen Solias, 2:18-cv-00724
Cheryl Anderson, 2:18-cv-83
Brenda Morrison, 2:17-cv-17110
Funchess, Cheryl, 2:18-cv-00204
Valdez, Patricia, 2:17-cv-13764

Plaintiffs,

vs.

SANOFI-AVENTIS U.S. INC &
SANOFI-AVENTIS U.S. LLC

Defendants.

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs' original short form complaints named Sanofi-Aventis U.S. Inc & Sanofi-Aventis U.S. LLC as the Defendants. All Plaintiffs have proof of Taxotere use in their medical and/or billing records. However, Counsel for Plaintiffs have either not received National Drug Code ("NDC") information back from Plaintiffs' facility or have been informed by the facility that this information cannot be provided.[1] Counsel for Plaintiffs are still working diligently to obtain NDC information for the Plaintiffs listed in the accompanying Motion to Amend. Internally, Counsel for Plaintiffs have three staff members working on this project. Counsel for Plaintiffs also have a medical records retrieval company and its nursing staff working to obtain NDC information.

---

[1] The following Plaintiffs' facilities have informed Counsel that the NDC information is unknown:
1. Leitzke, Jill-2:17-cv-12983
2. Oubrahim, Paula-2:17-cv-12587
3. Turner, Jennifer-2:17-cv-12814
4. Ramsey, Trina-2:18-cv-00494
5. Deese, Stephanie-2:17-cv-13787
6. Botsko, Tracy-2:17-cv-15417
7. Ford, Deborah Kay-2:17-cv-12763
8. Anderson, Cheryl-2:18-cv-83
9. De Vera, Vanessa-2:17-cv-12650
10. Hernandez, Dora-2:17-cv-15559
11. Patel, Meena-2:17-cv-12934
12. Morrison, Brenda-2:17-cv-17110
13. Matheson, Bernadette-2:17-cv-15163
14. Whitaker, Donna-2:17-cv-12928

Additionally, Counsel for Plaintiffs have complied with CMO 12 and have submitted all the requisite materials to trigger Opposing Counsels' obligation to endeavor to obtain NDC information.[2]  Despite these efforts, NDC information has not been received for the Plaintiffs listed in the accompanying Motion.

Counsel for Plaintiffs have a duty to protect the interests of their clients and are becoming concerned that NDC information will not be returned within the applicable statute of limitations.  Counsel for Plaintiffs have requested a tolling agreement from Counsel for Defendants.  However, to date, Counsel for Plaintiffs have only reached a tolling agreement with Accord Healthcare, Inc.  As such, Counsel for Plaintiffs seek leave to file an Amended Short Form Complaint, naming all manufacturers currently listed in the Short Form Complaint other than Accord Healthcare Inc.[3]

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires.  Here, Plaintiffs are only trying to ensure that they have named the correct Defendant(s).  No party will be prejudiced by this change, as this case is still in the very early stages of litigation.  As a result, it is hereby requested that this Motion for Leave to Amend Plaintiffs' Short Form Complaint be granted.

**Dated this 27th day of March, 2018.**

**Respectfully Submitted,**

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

---

[2] Counsel have also complied with PTO 37A and have not received approval from Opposing Counsel.  Counsel, thereby, file an opposed motion.
[3] Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Hospira Worldwide, LLC; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries; Actavis LLC and Actavis Pharma.

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 27, 2018

<u>/s/ Robert J. Binstock</u>
Robert J. Binstock
