UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>Sherida Johnson, 2:17-cv-12952<br>Catherine Sulltrop, 2:18-cv-00210<br>Debra Magit, 2:17-cv-15056<br>Athena Mack, 2:17-cv-13527<br>Angela Williams, 2:17-cv-17244<br>Karen East, 2:17-cv-15000<br>Deborah Hunkapiller, 2:17-cv-12633<br>Jennifer Lujan, 2:17-cv-00112<br>Jill Leitzke, 2:17-cv-12983<br>Rhonda Brown, 2:18-cv-00490<br>Andrea Nelson, 2:18-cv-00726<br>Ida Engleman, 2:18-cv-00274<br>Paula Oubrahim, 2:17-cv-12587<br>Mimoza Lufo Lamorte, 2:17-cv-12645<br>Mary Leonard, 2:17-cv-13466<br>Lucia Polanco-Oramas, 2:17-cv-12832<br>Alice Fingers, 2:18-cv-144<br>Jennifer Turner, 2:17-cv-12814<br>Drusilla Mounce, 2:17-cv-14431<br>Oriann Holmes, 2:17-cv-13046<br>Jerrye Marcantel, 2:18-cv-125<br>Barbara Marinelli, 2:17-cv-17246<br>Julia Sanders, 2:17-cv-15064<br>Randie Bowen, 2:17-cv-15296<br>Trina Ramsey, 2:18-cv-00494<br>Stephanie Deese, 2:17-cv-13787<br>Evelyn Wilson, 2:17-cv-15436<br>Judy Gebauer, 2:18-cv-00266<br>Alicia Byrd, 2:18-cv-00345<br>Tracy Botsko, 2:17-cv-15417<br>Donna Jarrel, 2:18-cv-00349<br>Deborah Kay Ford, 2:17-cv-12763<br>Linda S. Reed, 2:18-cv-00550<br>Donna Whitaker, 2:17-cv-12928 | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. KURT D. ENGELHARDT |

Mary Tate, 2:17-cv-12960
Michelle Meissner, 2:17-cv-13395
Gwendolyn Myers, 2:17-cv-15049
Larraine Martinez, 2:17-cv-17245
Vanessa De Vera, 2:17-cv-12650
Dora Hernandez, 2:17-cv-15559
Angela Wingfield, 2:18-cv-00269
Meena Patel, 2:17-cv-12934
JoEllen Solias, 2:18-cv-00724
Cheryl Anderson, 2:18-cv-83
Brenda Morrison, 2:17-cv-17110
Funchess, Cheryl, 2:18-cv-00204
Valdez, Patricia, 2:17-cv-13764

Plaintiffs,

vs.

SANOFI-AVENTIS U.S. INC &
SANOFI-AVENTIS U.S. LLC

Defendants.

## NOTICE OF SUBMISSION OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File Amended Short Form Complaints is hereby set for submission before District Court Judge Engelhardt on March 28, 2018 at 9:30 a.m.

  This the 27th day of March, 2018

                 **Respectfully Submitted,**

                 **REICH & BINSTOCK**
                 /s/ Robert J. Binstock
                 Robert J. Binstock (TX: 02328350)
                 Dennis C. Reich (TX: 16739600)
                 Reich & Binstock, LLP
                 4265 San Felipe, Suite 1000
                 Houston, TX 77027
                 Phone: 713-622-7271
                 dreich@reichandbinstock.com

bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 27, 2018

/s/ Robert J. Binstock<br>Robert J. Binstock