# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>Sherida Johnson, 2:17-cv-12952<br>Catherine Sulltrop, 2:18-cv-00210<br>Debra Magit, 2:17-cv-15056<br>Athena Mack, 2:17-cv-13527<br>Angela Williams, 2:17-cv-17244<br>Karen East, 2:17-cv-15000<br>Deborah Hunkapiller, 2:17-cv-12633<br>Jennifer Lujan, 2:17-cv-00112<br>Jill Leitzke, 2:17-cv-12983<br>Rhonda Brown, 2:18-cv-00490<br>Andrea Nelson, 2:18-cv-00726<br>Ida Engleman, 2:18-cv-00274<br>Paula Oubrahim, 2:17-cv-12587<br>Mimoza Lufo Lamorte, 2:17-cv-12645<br>Mary Leonard, 2:17-cv-13466<br>Lucia Polanco-Oramas, 2:17-cv-12832<br>Alice Fingers, 2:18-cv-144<br>Jennifer Turner, 2:17-cv-12814<br>Drusilla Mounce, 2:17-cv-14431<br>Oriann Holmes, 2:17-cv-13046<br>Jerrye Marcantel, 2:18-cv-125<br>Barbara Marinelli, 2:17-cv-17246<br>Julia Sanders, 2:17-cv-15064<br>Randie Bowen, 2:17-cv-15296<br>Trina Ramsey, 2:18-cv-00494<br>Stephanie Deese, 2:17-cv-13787<br>Evelyn Wilson, 2:17-cv-15436<br>Judy Gebauer, 2:18-cv-00266<br>Alicia Byrd, 2:18-cv-00345<br>Tracy Botsko, 2:17-cv-15417<br>Donna Jarrel, 2:18-cv-00349<br>Deborah Kay Ford, 2:17-cv-12763<br>Linda S. Reed, 2:18-cv-00550<br>Donna Whitaker, 2:17-cv-12928 | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. KURT D.<br>ENGELHARDT |

Mary Tate, 2:17-cv-12960
Michelle Meissner, 2:17-cv-13395
Gwendolyn Myers, 2:17-cv-15049
Larraine Martinez, 2:17-cv-17245
Vanessa De Vera, 2:17-cv-12650
Dora Hernandez, 2:17-cv-15559
Angela Wingfield, 2:18-cv-00269
Meena Patel, 2:17-cv-12934
JoEllen Solias, 2:18-cv-00724
Cheryl Anderson, 2:18-cv-83
Brenda Morrison, 2:17-cv-17110
Funchess, Cheryl, 2:18-cv-00204
Valdez, Patricia, 2:17-cv-13764

Plaintiffs,

vs.

SANOFI-AVENTIS U.S. INC &
SANOFI-AVENTIS U.S. LLC

Defendants.

## **ORDER**

Upon Plaintiffs' Motion for Leave to file Amended Complaints and for good cause shown, it is hereby Ordered that Plaintiffs may file the Amended Short Form Complaints which were attached to Plaintiffs' Motion and they are deemed filed as of the date of the motion.

This the ____ day of _____, _____.

_____
U.S. District Court Judge