# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| THIS DOCUMENT RELATES TO:<br>*Vicki Autry v. Sanofi US Services Inc., et al.; Case No 2:17-cv-02361* | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Vicki Autry's claims against Defendants Accord Healthcare, Inc., Hospira Worldwide Inc., and Hospira Inc., *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.  Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 27th Day of March, 2018

**SIMMONS HANLY CONROY**

/s/ *Holly Nighbert*
Holly Nighbert
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

**QUINN EMANUEL URGHART & SULLIVAN, LLP**

/s/ *Lavinia Denniston*
Lavinia Denniston
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc.*

**TUCKER ELLIS LLP**

/s/ *Brandon D. Cox*
Brandon D. Cox

        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone: 216-592-5000
        Facsimile: 216-592-5009
        noproductid@tuckerellis.com
        *Counsel for Defendant Accord Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

        **SIMMONS HANLY CONROY**

        */s/ Holly Nighbert*
        Holly Nighbert (IL #6325135)
        One Court Street
        Alton, IL  62002
        Telephone (618) 259-2222
        Facsimile (618) 259-2251
        Email: hnighbert@simmonsfirm.com
        *Attorney for Plaintiff*