# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| THIS DOCUMENT RELATES TO: *Karen C. Mellors v. Sanofi US Services Inc., et al.; Case No 2:17-cv-09478* | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Karen Mellors' claims against Defendants Accord Healthcare, Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 27th Day of March, 2018

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert, Esq.
One Court Street
Alton, IL 62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

**TUCKER ELLIS LLP**

/s/ *Brandon D. Cox*
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*