IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Phyllis Stacy v. Sanofi US Services Inc., et al.; Case No 2:17-cv-03401* | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Phyllis Stacy's claims against Defendants Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc., and Pfizer Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 27th Day of March, 2018

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **QUINN EMANUEL URGHART & SULLIVAN, LLP** |
| */s/ Holly Nighbert* | /s/ *Lavinia Denniston* |
| Holly Nighbert | Lavinia Denniston |
| One Court Street | 51 Madison Avenue, 22nd Floor |
| Alton, IL 62002 | New York, NY 10010 |
| Telephone (618) 259-2222 | Telephone: (212) 849-7000 |
| Facsimile (618) 259-2251 | Facsimile: (212) 849-7100 |
| hnighbert@simmonsfirm.com | docetaxelproductid@quinnemanuel.com |
| *Attorney for Plaintiff* | *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.* |

          **TUCKER ELLIS LLP**

          /s/ *Brandon D. Cox*
          Brandon D. Cox
          950 Main Avenue, Suite 1100
          Cleveland, OH 44113-7213
          Telephone: 216-592-5000
          Facsimile: 216-592-5009
          noproductid@tuckerellis.com
          *Counsel for Defendant Accord Healthcare Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

          **SIMMONS HANLY CONROY**

          */s/ Holly Nighbert*
          Holly Nighbert (IL #6325135)
          One Court Street
          Alton, IL  62002
          Telephone (618) 259-2222
          Facsimile (618) 259-2251
          Email: hnighbert@simmonsfirm.com
          *Attorney for Plaintiff*