## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Beverly Baringer v. Sanofi US Services Inc., et al.; Case No 2:17-cv-00871* | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Beverly Baringer, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismiss claims against Defendants McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., and Actavis Pharma Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 27th Day of March, 2018

SIMMONS HANLY CONROY

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

## **CERTIFICATION**

Pursuant to PTO No. 37A, Plaintiff's counsel notified all appropriate Defense counsel 14 days prior and there is no opposition to this notice.

Dated: March 27, 2018

*/s/ Holly Nighbert*
HOLLY NIGHBERT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Holly Nighbert*
HOLLY NIGHBERT