UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| DIEDRA HAWKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., PFIZER INC., SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-12567 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging, Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Pfizer Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only.*

1

Dated this 27th day of March, 2018.

        Respectfully Submitted:

By:   s/ *Michael P. McGartland*
      Michael P. McGartland
      MS Bar No. 100487
      McGartland Law Firm, PLLC
      University Centre I, Suite 500
      1300 South University Drive
      Fort Worth, Texas 76107
      Telephone: (817) 332-9300
      Facsimile: (817) 332-9301
      mike@mcgartland.com

      Peter T. Cathcart
      CA Bar No. 93611
      Magana Cathcart McCarthy
      1900 Avenue of Stars, Suite 650
      Los Angeles, CA 90067
      Telephone: (310) 553-6630
      Facsimile: (310) 407-2295
      ptc@mcmc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 27th day of March, 2018.

                                                                     s/ *Michael P. McGartland*
                                                                      Michael P. McGartland