UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>Neal, et al. v. Sanofi U.S. Services, Inc., et al.<br>2:17-cv-14113-KDE-MBN | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANOFI DEFENDANTS**

IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A), that Plaintiffs Petronilla Neal and Jerome Neal's claims against Sandoz, Inc.; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Actavis LLC f/k/a Actavis, Inc.; and Actavis Pharma, Inc. be dismissed with prejudice, with each party to bear its own costs.

Dated:  March 27, 2018

| **HODES MILMAN LIEBECK, LLP** | **IRWIN FRITCHIE URQUHART & MOORE** |
|---|---|
| By: /s/ *Benjamin T. Ikuta*<br>Benjamin T. Ikuta<br>Daniel M. Hodes<br>Jeffrey A. Milman<br>9210 Irvine Center Drive<br>Irvine, California 92618<br>Email: bikuta@hml.law<br>         dhodes@hml.law<br>         jmilman@hml.law | By: /s/ Douglas J. Moore<br>Douglas J. Moore<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Email: dmoore@irwinllc.com |

*Attorneys for Plaintiffs*

1

**SHOOK, HARDY & BACON, LLP**

By: /s/ Kelly Bieri
Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com
kbieri@shb.com

*Attorneys for Defendants Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S. LLC*

**GREENBERG TAURIG, LLP**

By: /s/ Evan C. Holden
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Lavinia Denniston
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street, Floor 24
Boston, MA 02109
Email: gcoan@hinshawlaw.com
         kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories Ltd.*

**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Email: jpeck@ulmer.com
         msuffern@ulmer.com
         kbeck@ulmer.com

*Attorneys for Defendants Actavis Pharma, Inc. and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Stipulation of Dismissal with Prejudice As To All but Sanofi Defendants has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated:  March 27, 2018                           **HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
　　　 dhodes@hml.law
　　　 jmilman@hml.law

*Attorneys for Plaintiffs*

4