UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: O'Pray, et al. v. Sanofi U.S. Services, Inc., et al. 2:17-cv-14103-KDE-MBN | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS

IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned parties

and pursuant to Fed. R. Civ. P. 41(a)(1)(A), that Plaintiffs Mary O'Pray and Michael Stevenson's

claims against Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S., Inc.; Sanofi-Aventis U.S. LLC;

Sandoz, Inc.; McKesson Corporation d/b/a McKesson Packaging; Pfizer, Inc.; Actavis LLC f/k/a

Actavis, Inc.; and Actavis Pharma, Inc. be dismissed with prejudice, with each party to bear its

own costs.

Dated:  March 27, 2018

**HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
        dhodes@hml.law
        jmilman@hml.law

*Attorneys for Plaintiffs*

**IRWIN FRITCHIE URQUHART & MOORE**

By: /s/ Douglas J. Moore
Douglas J. Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Email: dmoore@irwinllc.com

1

**SHOOK, HARDY & BACON, LLP**

By: /s/ Kelly Bieri
Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com
         kbieri@shb.com

*Attorneys for Defendants Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S. LLC*

**GREENBERG TRAURIG, LLP**

By: /s/ Evan C. Holden
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA30305
Email: cohenl@gtlaw.com
         merrellc@gtlaw.com
         holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@quinnemanuel.com
         maracuskergonzalez@quinnemanuel.com
         laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

2

**ULMER & BERNE LLP**

By: /s/ Kimberly L. Beck
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Email: jpeck@ulmer.com
      msuffern@ulmer.com
      kbeck@ulmer.com

*Attorneys for Defendants Actavis Pharma, Inc.
and Actavis LLC*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive
San Diego, CA 92130-2040
Email: EBosman@mofo.com
      JuliePark@mofo.com

*Attorneys for Defendant McKesson Packaging
Services, a Division of McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Stipulation of Dismissal with Prejudice As To

All but Hospira Defendants has contemporaneously with or before filing been served on all

parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of

Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated:  March 27, 2018                **HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
         dhodes@hml.law
         jmilman@hml.law

*Attorneys for Plaintiffs*