| # | Case Name | MDL Docket # |
|---|---|---|
| 1 | ABELL, PAMELA | 2:17-cv-06724 |
| 2 | ACORD, LEOTA | 2:17-cv-08955 |
| 3 | ADAMS, CHRISTA | 2:16-cv-15325 |
| 4 | ALLEN, SHERRELL | 2:16-cv-17203 |
| 5 | ANDERSON, CATHERINE | 2:17-cv-06725 |
| 6 | ANDERSON, CYNTHIA | 2:16-cv-17370 |
| 7 | ANDERSON, EDNA | 2:17-cv-11704 |
| 8 | ANDERSON, MARJORIE | 2:16-cv-17139 |
| 9 | ANDERSON, MYRTIS | 2:17-cv-17974 |
| 10 | ANDREWS, CHRISTINE | 2:17-cv-09998 |
| 11 | ANTHONY, RONNA | 2:17-cv-10212 |
| 12 | ARAGON, FLORAIDA | 2:17-cv-11436 |
| 13 | ARNOLD, JEFFRIE | 2:17-cv-07798 |
| 14 | ASYAN, LUCY | 2:17-cv-17663 |
| 15 | AUGUST, JUDITH | 2:16-cv-16231 |
| 16 | AUSTIN, RHONDA | 2:17-cv-00118 |
| 17 | AVELLAR, RUTH | 2:17-cv-05626 |
| 18 | BAER, CAROLE | 2:17-cv-06966 |
| 19 | BAILEY, EVELYN | 2:17-cv-10333 |
| 20 | BAILEY, PAULA | 2:17-cv-16802 |
| 21 | BAILEY, WONDER | 2:17-cv-05588 |
| 22 | BAKER, CATHY | 2:16-cv-17154 |
| 23 | BAKER, JOAN | 2:17-cv-08956 |
| 24 | BAKER, SHANNON | 2:17-cv-09361 |
| 25 | BAKER, TERESA | 2:17-cv-08542 |
| 26 | BAKHSHI, SIMIN | 2:17-cv-10832 |
| 27 | BANKS, SARA | 2:17-cv-15827 |
| 28 | BARBAN, CAROLE | 2:16-cv-15515 |
| 29 | BARNETT, LEORA | 2:17-cv-09932 |
| 30 | BARRE, EMILY | 2:16-cv-17731 |
| 31 | BARRETT COOK, FELECIA | 2:17-cv-09781 |
| 32 | BARTHELEMY, ROCKLYN | 2:16-cv-17948 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 33 | BATIE, PHYLLIS | 2:16-cv-16233 |
| 34 | BAUM, CONSTANCE | 2:17-cv-08853 |
| 35 | BEASLEY, REBA | 2:17-cv-06824 |
| 36 | BECK, DEBORAH | 2:17-cv-07736 |
| 37 | BELL, MARION | 2:17-cv-07914 |
| 38 | BILLUPS, DEBRA | 2:17-cv-10296 |
| 39 | BINIAK, LINDA | 2:18-cv-00681 |
| 40 | BISSONETTE, MAUREEN | 2:17-cv-11051 |
| 41 | BLANFORD, ANGELEAN | 2:17-cv-09285 |
| 42 | BODEN, KAREN | 2:17-cv-10167 |
| 43 | BOENAU, FAITH | 2:17-cv-06831 |
| 44 | BOOTH, DENISE | 2:17-cv-05590 |
| 45 | BRADLEY, CAROLYN | 2:17-cv-05941 |
| 46 | BRAISON, LAKEYSHA | 2:17-cv-01785 |
| 47 | BRANNON, SHARON | 2:17-cv-07776 |
| 48 | BRANTLEY, LAURA | 2:17-cv-10780 |
| 49 | BRENT, VONDA | 2:17-cv-07875 |
| 50 | BREWER, LINDA | 2:17-cv-08493 |
| 51 | BRISTOW, BILLIE | 2:17-cv-11402 |
| 52 | BRITT, JACKIE | 2:17-cv-11867 |
| 53 | BROCKMAN, ANAVE | 2:17-cv-08034 |
| 54 | BROWN, ATHENA | 2:17-cv-05874 |
| 55 | BROWN, BRANDA | 2:17-cv-04515 |
| 56 | BROWN, CARRIE | 2:17-cv-08337 |
| 57 | BROWN, CYNTHIA | 2:17-cv-04504 |
| 58 | BROWN, ELAINE | 2:17-cv-12364 |
| 59 | BROWN, FRANCES | 2:17-cv-06126 |
| 60 | BROWN, JANET | 2:17-cv-05594 |
| 61 | BROWN, PATRICIA | 2:16-cv-17359 |
| 62 | BROWN, RUBY | 2:17-cv-00800 |
| 63 | BROWN, VIRGINIA | 2:16-cv-16897 |
| 64 | BRUNING, SALLY | 2:17-cv-09613 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 65 | BRYANT, TERESA | 2:17-cv-10227 |
| 66 | BUCK, DEBRA | 2:17-cv-10216 |
| 67 | BUCKNER, VELVA | 2:16-cv-17062 |
| 68 | BURKS, TUKESHA | 2:17-cv-01738 |
| 69 | BUTTS, MONICA | 2:17-cv-11703 |
| 70 | CAIN, REBECCA | 2:17-cv-08649 |
| 71 | CALDWELL, BEULAH | 2:16-cv-17403 |
| 72 | CAMPBELL, IRENE | 2:17-cv-10363 |
| 73 | CANNON SCOTT, CHARLENE | 2:17-cv-10366 |
| 74 | CAROL, BASS | 2:17-cv-02254 |
| 75 | CARTER GRAY, MARGARET | 2:17-cv-05942 |
| 76 | CARTER, CARMELITA | 2:17-cv-04537 |
| 77 | CARTER, KITTY | 2:17-cv-00047 |
| 78 | CAUDELL, DAISY | 2:17-cv-09929 |
| 79 | CAUSION, TIA | 2:17-cv-06965 |
| 80 | CHANDLER, FAYE | 2:16-cv-16147 |
| 81 | CHAPMAN, CAROLYN | 2:17-cv-05870 |
| 82 | CHASE, MARY | 2:16-cv-15307 |
| 83 | CHEEVERS, MARY | 2:17-cv-05911 |
| 84 | CHIDESTER, KATHLEEN | 2:17-cv-08318 |
| 85 | CIRA, PHYLLIS | 2:17-cv-09847 |
| 86 | CLARK, SUSAN | 2:17-cv-08215 |
| 87 | CLAY, SHIRLEY | 2:17-cv-09091 |
| 88 | CLEMENTS, CAROLE | 2:16-cv-17029 |
| 89 | COATS, TERESA | 2:17-cv-05390 |
| 90 | COCKRUM, SHARON | 2:16-cv-17830 |
| 91 | COLLINS SMITH, MEDIAH | 2:17-cv-08714 |
| 92 | COLLINS, KATHERINE | 2:17-cv-09878 |
| 93 | COLLINS, PAMELA | 2:17-cv-05476 |
| 94 | COLLINS, TINA | 2:17-cv-08371 |
| 95 | COOLEY, LOREE | 2:17-cv-09633 |
| 96 | CORBETT, MICHELLE | 2:17-cv-10500 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 97 | CORDELL, YVETTE | 2:18-cv-00687 |
| 98 | COX, CAROLYN | 2:17-cv-10656 |
| 99 | COX, TRACI | 2:17-cv-09924 |
| 100 | CRAIG, MARGO | 2:17-cv-10530 |
| 101 | CRAWFORD, YOLANDA | 2:17-cv-09666 |
| 102 | CRNIC, CLAIRE | 2:17-cv-10540 |
| 103 | CROSBY, GEORGIANN | 2:17-cv-08934 |
| 104 | CROWSON, SARAH | 2:17-cv-08495 |
| 105 | CRUSSELL, RACHAEL | 2:17-cv-06163 |
| 106 | CUMMINGS, BERNICE | 2:17-cv-09815 |
| 107 | CUMMINGS, FELICIA | 2:17-cv-12563 |
| 108 | CUMMINGS, MATHILDA | 2:17-cv-07915 |
| 109 | CUNNINGHAM, BARBARA | 2:17-cv-06641 |
| 110 | CURRY, GLADYS | 2:17-cv-08317 |
| 111 | DARDEN, LORRAINE | 2:16-cv-17308 |
| 112 | DAVIS SMITH, MARY | 2:17-cv-08581 |
| 113 | DAVIS, ADLEAN | 2:17-cv-09010 |
| 114 | DAVIS, CONNIE | 2:17-cv-08881 |
| 115 | DAVIS, DIANE | 2:17-cv-10616 |
| 116 | DAVIS, GALE | 2:17-cv-11784 |
| 117 | DAVIS, LARITA | 2:17-cv-08784 |
| 118 | DAVIS, LINDA | 2:17-cv-07738 |
| 119 | DAVIS, LINDA | 2:17-cv-01773 |
| 120 | DAVIS, THECLA | 2:17-cv-07886 |
| 121 | DAWKINS, LAFONDA | 2:17-cv-09918 |
| 122 | DEERING, SHARON | 2:17-cv-09734 |
| 123 | DENNIS PARKER, LORNA | 2:17-cv-05943 |
| 124 | DENNIS, ALTHERIA | 2:17-cv-11257 |
| 125 | DENT, NICOLE | 2:17-cv-09704 |
| 126 | DEWITT, DEBORAH | 2:17-cv-10455 |
| 127 | DILLARD SINGLETON, WONZA | 2:17-cv-04891 |
| 128 | DILLON, CATHERINE | 2:17-cv-03751 |

| #   | Case Name         | MDL Docket #   |
|-----|-------------------|----------------|
| 129 | DIMANTO, FRANCES  | 2:17-cv-07803  |
| 130 | DINARDO, DAWN     | 2:17-cv-10135  |
| 131 | DIXON, AMERICA    | 2:17-cv-09173  |
| 132 | DOUCETTE, ELAINE  | 2:16-cv-17887  |
| 133 | DOUGLASS, JESSICA | 2:17-cv-08212  |
| 134 | DOWNS, MARY       | 2:17-cv-01106  |
| 135 | DRAKE, PANDA      | 2:17-cv-07426  |
| 136 | DREUITT, VEDA     | 2:17-cv-05944  |
| 137 | DRIVER, KAREN     | 2:17-cv-10837  |
| 138 | DUKES, GLENYS     | 2:16-cv-17048  |
| 139 | DUMAS, LINDA      | 2:16-cv-17376  |
| 140 | DUPREE, MONICA    | 2:16-cv-16632  |
| 141 | DUY, ROBERTA      | 2:17-cv-16425  |
| 142 | ELDER, NIOKA      | 2:17-cv-08232  |
| 143 | ELPHAGE, CORA     | 2:17-cv-05762  |
| 144 | EVERETT, KAREN    | 2:17-cv-06025  |
| 145 | FACER, KATHRYN    | 2:17-cv-07796  |
| 146 | FALLON, PAMELA    | 2:17-cv-06271  |
| 147 | FANDAL, JOANN     | 2:17-cv-06249  |
| 148 | FARVER, ETHEL     | 2:17-cv-09921  |
| 149 | FENTRESS, TILLIE  | 2:17-cv-07085  |
| 150 | FERGUSON, SHARON  | 2:17-cv-03743  |
| 151 | FERGUSON, TAMI    | 2:17-cv-11056  |
| 152 | FERRELL, ROSE     | 2:17-cv-07862  |
| 153 | FINDLAY, JOAN     | 2:17-cv-07992  |
| 154 | FISHER, ROSA      | 2:17-cv-04939  |
| 155 | FLETCHER, ANGELA  | 2:17-cv-10846  |
| 156 | FLORES, ELIANA    | 2:17-cv-10417  |
| 157 | FLOYD, LESSIE     | 2:17-cv-05785  |
| 158 | FLYNN, LINDA      | 2:17-cv-09167  |
| 159 | FORD, JEAN        | 2:17-cv-02551  |
| 160 | FRANKS, DACIA     | 2:17-cv-07271  |

| # | Case Name | MDL Docket # |
|---|---|---|
| 161 | FREE, KIMBERLY | 2:16-cv-15326 |
| 162 | FREE, KRISTIN | 2:17-cv-07913 |
| 163 | FURBEE, SYLVIA | 2:17-cv-08996 |
| 164 | GALLOWAY, CHRISTINE | 2:17-cv-11693 |
| 165 | GANT, PAMELA | 2:17-cv-06154 |
| 166 | GANTT, WANDA | 2:17-cv-10422 |
| 167 | GARNER, VERONICA | 2:17-cv-07800 |
| 168 | GARRISON, SHELIA | 2:16-cv-17419 |
| 169 | GASTON, FREIDA | 2:17-cv-10404 |
| 170 | GATCHALIAN, GERMANA | 2:17-cv-10980 |
| 171 | GAYESKI, ELIZABETH | 2:17-cv-09433 |
| 172 | GEHLER, ELEANOR | 2:17-cv-07550 |
| 173 | GEIHM, MARY | 2:17-cv-06973 |
| 174 | GEORGE, MONIQUE | 2:17-cv-01543 |
| 175 | GEORGE, TERRY | 2:17-cv-01718 |
| 176 | GERG, DELORES | 2:17-cv-10148 |
| 177 | GIBBS, MARGARET | 2:17-cv-10131 |
| 178 | GIBSON, BETTY | 2:17-cv-00801 |
| 179 | GILLESPIE, LAVERNE | 2:17-cv-15234 |
| 180 | GLENN, JUDITH | 2:17-cv-10534 |
| 181 | GOATEE, DEBRA | 2:17-cv-11549 |
| 182 | GOISET, JULIE | 2:17-cv-10603 |
| 183 | GOMEZ, SHARLOETT | 2:17-cv-06915 |
| 184 | GOODSON, JEAN | 2:17-cv-06240 |
| 185 | GORDON, SUSAN | 2:17-cv-09637 |
| 186 | GORNIAK, ALINA | 2:16-cv-15327 |
| 187 | GRAHAM, HATTIE | 2:17-cv-09592 |
| 188 | GRAY, PHYLLIS | 2:17-cv-08339 |
| 189 | GRAYS, FAITH | 2:17-cv-08568 |
| 190 | GREEN, DEBRA | 2:17-cv-10225 |
| 191 | GREEN, GERALDINE | 2:17-cv-08622 |
| 192 | GREGG, DEBRA | 2:17-cv-12093 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 193 | GROSS, LINDA | 2:16-cv-15570 |
| 194 | GROTT, SHIRLEY | 2:17-cv-09719 |
| 195 | GUERRA, GLORIA | 2:17-cv-07181 |
| 196 | GUIDRY, BETTY | 2:17-cv-10970 |
| 197 | GUILBEAU, JANICE | 2:17-cv-05781 |
| 198 | GUION, SHEILA | 2:17-cv-09092 |
| 199 | GUNN, DIANE | 2:17-cv-03638 |
| 200 | GURUNG, CAROLYN | 2:17-cv-07743 |
| 201 | HALDIS, JOANNE | 2:17-cv-07458 |
| 202 | HALL, LILLIE | 2:16-cv-17176 |
| 203 | HALL, LINDA | 2:17-cv-08864 |
| 204 | HAMMITT, RENEE | 2:17-cv-00319 |
| 205 | HANDY, CICELY | 2:17-cv-09639 |
| 206 | HARBACEK, DONNA | 2:17-cv-08035 |
| 207 | HARBIN, BONNIE | 2:17-cv-00096 |
| 208 | HARDEMAN BOYD, PAMELA | 2:17-cv-13323 |
| 209 | HARDIN, PAULA | 2:16-cv-16743 |
| 210 | HARLAN BROOKS, PAMELA | 2:17-cv-11439 |
| 211 | HARRIS-MINGLE, MARYANN | 2:17-cv-09779 |
| 212 | HARRISON, OSANNAH | 2:17-cv-04898 |
| 213 | HARVICK, KIM | 2:17-cv-07578 |
| 214 | HATCHER, BARBARA | 2:17-cv-05117 |
| 215 | HATCHETT, JOAN | 2:17-cv-08683 |
| 216 | HAWKS, JO | 2:17-cv-08781 |
| 217 | HAYES, EDWEENA | 2:17-cv-05970 |
| 218 | HEARING, PENNY | 2:17-cv-08338 |
| 219 | HENDERSON, CORA | 2:17-cv-11304 |
| 220 | HERRON, YOLANDA | 2:16-cv-17092 |
| 221 | HILER, TAMMY | 2:17-cv-07268 |
| 222 | HILL, AIDA | 2:17-cv-08858 |
| 223 | HILL, BRENDA | 2:16-cv-17397 |
| 224 | HILL, CHERYL | 2:17-cv-05507 |

| #   | Case Name              | MDL Docket #   |
|-----|------------------------|----------------|
| 225 | HILLIARD, CHERYL       | 2:17-cv-11046  |
| 226 | HINES, PATRICIA        | 2:17-cv-06823  |
| 227 | HINES, TERESA          | 2:17-cv-10300  |
| 228 | HOARD, DIANE           | 2:17-cv-09697  |
| 229 | HOGUE, BARBARA         | 2:17-cv-08566  |
| 230 | HOLLAND, ANNIE         | 2:17-cv-10430  |
| 231 | HOLLOWAY, KAYONNA      | 2:17-cv-05794  |
| 232 | HOLMES, SUSAN          | 2:17-cv-07989  |
| 233 | HOOKS, NITA            | 2:17-cv-07917  |
| 234 | HOPKINS, MARTHA        | 2:16-cv-17973  |
| 235 | HOUSER, TINA           | 2:17-cv-10403  |
| 236 | HOWARD, CAROLYN        | 2:16-cv-17208  |
| 237 | HUBBARD, BARBARA       | 2:17-cv-10661  |
| 238 | HUDSON, MARY           | 2:17-cv-04929  |
| 239 | HUDSON, VIRGINIA       | 2:17-cv-10325  |
| 240 | HUEY, KARLA            | 2:17-cv-06512  |
| 241 | HUGHES, DONIE          | 2:17-cv-06564  |
| 242 | HUNT, ANNIE            | 2:17-cv-08141  |
| 243 | IRWIN, KATHERINE       | 2:16-cv-16148  |
| 244 | JACKSON, NOELLA        | 2:17-cv-08713  |
| 245 | JACKSON, TANYA         | 2:17-cv-09595  |
| 246 | JACOBSEN, BERNADINE    | 2:17-cv-10235  |
| 247 | JARRETT, PATRICIA      | 2:17-cv-06735  |
| 248 | JEFF CARTER, RICHGINA  | 2:17-cv-08857  |
| 249 | JEFFERS, KRISTEN       | 2:17-cv-01206  |
| 250 | JEFFERSON, ERNESTINE   | 2:16-cv-17210  |
| 251 | JEFFERSON, TARA        | 2:17-cv-09190  |
| 252 | JENNINGS, SHELIA       | 2:17-cv-07266  |
| 253 | JOHNSON, CONNIE        | 2:17-cv-10128  |
| 254 | JOHNSON, CYNTHIA       | 2:17-cv-09671  |
| 255 | JOHNSON, DEBRA         | 2:17-cv-05914  |
| 256 | JOHNSON, ELIZABETH     | 2:17-cv-13304  |

| # | Case Name | MDL Docket # |
|---|---|---|
| 257 | JOHNSON, JANICE | 2:17-cv-01681 |
| 258 | JOHNSON, LINDA | 2:17-cv-09943 |
| 259 | JOHNSON, OLETHA | 2:16-cv-17976 |
| 260 | JOHNSON, PRELINDA | 2:17-cv-09673 |
| 261 | JOHNSON, RHONDA | 2:17-cv-06629 |
| 262 | JOHNSON, RUBY | 2:17-cv-06699 |
| 263 | JOHNSON, VICKI | 2:17-cv-09621 |
| 264 | JONES BATTLE, MERRILL | 2:17-cv-05509 |
| 265 | JONES, ANGELA | 2:16-cv-15315 |
| 266 | JONES, LENNER | 2:17-cv-09081 |
| 267 | JONES, MARIE | 2:17-cv-09372 |
| 268 | JORDAN, KIMBERLY | 2:16-cv-16051 |
| 269 | JOY, DELLA | 2:17-cv-11338 |
| 270 | JUSTICE, KRISTY | 2:16-cv-17186 |
| 271 | KEEN, NANCY | 2:17-cv-07546 |
| 272 | KELLY, CHERYL | 2:17-cv-09263 |
| 273 | KELLY, JUDY | 2:17-cv-10725 |
| 274 | KEMP, SHAVON | 2:17-cv-06702 |
| 275 | KIBBE, DIANIA | 2:17-cv-09636 |
| 276 | KILLIAN, DONNA | 2:17-cv-12757 |
| 277 | KIMBROUGH, YVETTE | 2:17-cv-06704 |
| 278 | KLINGER, PATRICIA | 2:17-cv-04956 |
| 279 | KLOKIS, BRENDA | 2:17-cv-01778 |
| 280 | KOENEN, SANDRA | 2:17-cv-10771 |
| 281 | KRAKE, MICHELE | 2:17-cv-11202 |
| 282 | KROLL, SHELIA | 2:17-cv-02776 |
| 283 | KUNKEL, BARBARA | 2:17-cv-08981 |
| 284 | KUVIN, KRISTINA | 2:17-cv-10918 |
| 285 | LACKEY, TAMMIE | 2:17-cv-09705 |
| 286 | LAGODNA, MARY | 2:17-cv-12644 |
| 287 | LAMBERT, KIMBERLY | 2:17-cv-08856 |
| 288 | LANGLEY, SHIRLEY | 2:17-cv-09623 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 289 | LAPLACE, NATALIE | 2:17-cv-09848 |
| 290 | LATIMORE, LORETTA | 2:17-cv-06712 |
| 291 | LAWRENCE, CAROLYN | 2:16-cv-17958 |
| 292 | LEAU, SINA | 2:17-cv-10435 |
| 293 | LEBLANC, JANIS | 2:17-cv-07025 |
| 294 | LEE, FELICIA | 2:17-cv-06826 |
| 295 | LEMARR, SANDRA | 2:17-cv-03739 |
| 296 | LEONE, NATALIE | 2:17-cv-06971 |
| 297 | LEWIS, MARGARET | 2:17-cv-06889 |
| 298 | LEWIS, RENEE | 2:17-cv-11207 |
| 299 | LEWIS, SHEILA | 2:17-cv-06891 |
| 300 | LISTERMANN, KIMBERLY | 2:17-cv-07182 |
| 301 | LOONEN, LIDWINA | 2:17-cv-08375 |
| 302 | LOUCK, ANGELA | 2:17-cv-13301 |
| 303 | LOZANO, JUDITH | 2:17-cv-13251 |
| 304 | LUCAS, PEARLEASE | 2:17-cv-08855 |
| 305 | LUDGOOD, EVELYN | 2:17-cv-01799 |
| 306 | LUKE, SUSAN | 2:17-cv-08860 |
| 307 | MACKEY, MARIA | 2:17-cv-09009 |
| 308 | MACKEY, VENISA | 2:17-cv-07203 |
| 309 | MADDOX, SHARON | 2:17-cv-09739 |
| 310 | MADISON, PERRINE | 2:17-cv-09660 |
| 311 | MAHONEY, GEORGIA | 2:17-cv-08863 |
| 312 | MAIKUI, DIANE | 2:17-cv-10967 |
| 313 | MANGHAM, VANNESSA | 2:17-cv-11193 |
| 314 | MANIGAULT, GERALDINE | 2:16-cv-17214 |
| 315 | MANUEL, CATHERINE | 2:17-cv-10355 |
| 316 | MAPP, JOANN | 2:17-cv-08507 |
| 317 | MARION, JOAN | 2:17-cv-02743 |
| 318 | MARSHALL, DARLENE | 2:17-cv-08710 |
| 319 | MARTIN, MARIANNE | 2:17-cv-02773 |
| 320 | MARTINEZ, SANDRA | 2:17-cv-11434 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 321 | MASHEKIA, JOHNSON | 2:17-cv-11467 |
| 322 | MASTERS, AUDREY | 2:17-cv-07292 |
| 323 | MAY, LESLIE | 2:17-cv-09780 |
| 324 | MAYFIELD, VESTINA | 2:17-cv-00116 |
| 325 | MAYHAN, PATRICIA | 2:17-cv-06557 |
| 326 | MCBETH, KATHLEEEN | 2:17-cv-08213 |
| 327 | MCCLAIN, BRENDA | 2:17-cv-08897 |
| 328 | MCCLURE BECKNELL, REBECCA | 2:17-cv-01655 |
| 329 | MCCRAY, VICKIE | 2:16-cv-17339 |
| 330 | MCCREA, ZANNETTE | 2:17-cv-04817 |
| 331 | MCDUELL, ELAINE | 2:17-cv-07107 |
| 332 | MCFARLAND, KAREN | 2:17-cv-06231 |
| 333 | MCGEE, GLADYS | 2:17-cv-07706 |
| 334 | MCRAE, CHRISTINE | 2:17-cv-08937 |
| 335 | MEAD NOTHAFT, JEANETTE | 2:17-cv-07722 |
| 336 | MELLICK, DENISE | 2:17-cv-08862 |
| 337 | MELOCIK, MARCIA | 2:17-cv-06737 |
| 338 | MENDEZ, SARAH | 2:17-cv-07727 |
| 339 | MIKULICH, CYNTHIA | 2:17-cv-11340 |
| 340 | MILLER, EVELYN NEAL | 2:17-cv-11224 |
| 341 | MILLER, JANICE | 2:17-cv-08237 |
| 342 | MILLER, JILL | 2:17-cv-08251 |
| 343 | MILLER, LAGAYLE | 2:17-cv-03769 |
| 344 | MILLS, GERALDINE | 2:17-cv-06046 |
| 345 | MOEN, CHERYL | 2:17-cv-06776 |
| 346 | MOLTON, DEBORAH | 2:17-cv-10256 |
| 347 | MONROE DAUBERT, FREDA | 2:17-cv-07575 |
| 348 | MOORE ROLDAN, MARGARET | 2:17-cv-10541 |
| 349 | MORRIS, GAIL | 2:17-cv-04935 |
| 350 | MORROW, LYNN | 2:17-cv-08385 |
| 351 | MOULTRIE, OVETTA | 2:17-cv-08414 |
| 352 | MULLEN, SARA | 2:17-cv-01262 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 353 | MURPHREE, NANCY | 2:17-cv-08422 |
| 354 | MURPHY, LORI | 2:17-cv-08431 |
| 355 | MUSHRUSH, HEATHER | 2:17-cv-08434 |
| 356 | NASH, MINNIE | 2:17-cv-12752 |
| 357 | NAULT, PATRICIA | 2:17-cv-09405 |
| 358 | NELSON, RENEE | 2:17-cv-11558 |
| 359 | NEWBOLD, DONNA | 2:17-cv-00832 |
| 360 | NEWTON, CHARLEAN | 2:17-cv-07354 |
| 361 | NICHOLAS, PHYLLIS | 2:17-cv-08879 |
| 362 | NICHOLS, JULIE | 2:17-cv-08485 |
| 363 | NICHOLSON, RENA | 2:17-cv-00147 |
| 364 | NICOLA, TAMMY | 2:17-cv-08491 |
| 365 | NIGG, VIRGINIA | 2:17-cv-11445 |
| 366 | NIXON, CHRISTINE | 2:17-cv-08496 |
| 367 | NOVOTNI, LORI | 2:17-cv-08878 |
| 368 | NUTT, MELODY | 2:16-cv-17395 |
| 369 | OFFRET, JOANN | 2:17-cv-10457 |
| 370 | OJALA, JEANNE | 2:17-cv-10267 |
| 371 | ORMAN, MARGARET | 2:17-cv-10359 |
| 372 | OSBORNE, JUDITH | 2:17-cv-07273 |
| 373 | PARKER, CATHERINE | 2:17-cv-09691 |
| 374 | PARKER, ELAINE | 2:17-cv-06170 |
| 375 | PARKS, MARY | 2:17-cv-09377 |
| 376 | PATTEN, PATRICIA | 2:17-cv-07113 |
| 377 | PATTERSON, CECELIA | 2:17-cv-06905 |
| 378 | PAVLOFF, VANYA | 2:17-cv-10353 |
| 379 | PAXTON, ALICE | 2:17-cv-05488 |
| 380 | PAYNE, LESLIE | 2:17-cv-01782 |
| 381 | PERRY, CINDY | 2:17-cv-09630 |
| 382 | PERRY, PEGGY | 2:17-cv-09874 |
| 383 | PETTWAY, KIMBERLY | 2:17-cv-10127 |
| 384 | PHILLIPS, DIANNE | 2:17-cv-09629 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 385 | PICKETT, SHARON | 2:17-cv-11656 |
| 386 | PLUCHECK, ARDYTH | 2:17-cv-11311 |
| 387 | PORTER, KASHEENA | 2:17-cv-08958 |
| 388 | POTTER, BARBARA | 2:17-cv-11324 |
| 389 | PRATT, BEVERLY | 2:17-cv-07883 |
| 390 | PRICE, DOROTHY | 2:17-cv-07549 |
| 391 | PUGH, SHONDI | 2:17-cv-09875 |
| 392 | QUATTRO, LAURA | 2:17-cv-10002 |
| 393 | RADER, SANDRA | 2:17-cv-10747 |
| 394 | REAGAN, MICHELE | 2:18-cv-00638 |
| 395 | REICH, BARBARA | 2:17-cv-06730 |
| 396 | REID, SHEILA | 2:17-cv-09792 |
| 397 | RHODES, MARIA | 2:17-cv-11649 |
| 398 | RICHARDS, ROXANE | 2:17-cv-08627 |
| 399 | RICHARDSON, SUNA | 2:17-cv-11333 |
| 400 | RIEDER, JACKIE | 2:17-cv-04824 |
| 401 | RIGO, SUSAN | 2:17-cv-09889 |
| 402 | ROBERTS, LERCONGA | 2:16-cv-17184 |
| 403 | ROBINSON, GIGI | 2:17-cv-11450 |
| 404 | ROSS, MARY | 2:17-cv-10797 |
| 405 | ROTH, CHRISTINE | 2:17-cv-10125 |
| 406 | ROTHWELL, TARA | 2:17-cv-09882 |
| 407 | RUFRA, JANELL | 2:17-cv-11647 |
| 408 | RUSSELL, MONICA | 2:17-cv-10726 |
| 409 | SALINAS, MARY | 2:17-cv-11893 |
| 410 | SAMUEL, SANDRA | 2:17-cv-10411 |
| 411 | SAMUELS, CATHERINE | 2:16-cv-17216 |
| 412 | SANFORD, DORA | 2:17-cv-09417 |
| 413 | SARANTOU, WENDY MICHELLE | 2:17-cv-07975 |
| 414 | SCHAFFER, AILEEN | 2:17-cv-10360 |
| 415 | SEWALD, TERRI | 2:17-cv-05316 |
| 416 | SHANKS, KELLY | 2:16-cv-15514 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 417 | SHAW, ESSIEQUEEN | 2:17-cv-04937 |
| 418 | SHAW, WENDY | 2:17-cv-07777 |
| 419 | SHERIFF, EDNA | 2:17-cv-10727 |
| 420 | SHIPMAN, MARILYN | 2:17-cv-06901 |
| 421 | SHPUR, JILL | 2:16-cv-17292 |
| 422 | SILVA, PATRICIA | 2:17-cv-10368 |
| 423 | SIMMONS, LAVORIS | 2:17-cv-10730 |
| 424 | SIMPSON, SHERI | 2:17-cv-10425 |
| 425 | SIMS, JACQUELINE | 2:16-cv-15566 |
| 426 | SISK, TERESA | 2:17-cv-10121 |
| 427 | SMITH, CAROL | 2:16-cv-17340 |
| 428 | SMITH, CHERYLLYN | 2:17-cv-11886 |
| 429 | SMITH, CUEDETTE | 2:17-cv-04707 |
| 430 | SMITH, FRANCES | 2:17-cv-08569 |
| 431 | SMITH, LUCILLE | 2:17-cv-08984 |
| 432 | SMITH, WILLIE | 2:17-cv-10116 |
| 433 | SMOCK, BEVERLY | 2:16-cv-15673 |
| 434 | SNEAD, DEBORA | 2:17-cv-10751 |
| 435 | SNOW, TANGNIKA | 2:16-cv-16797 |
| 436 | SNOWDEN, THERESA | 2:17-cv-00369 |
| 437 | SOTO, ISABEL | 2:17-cv-10732 |
| 438 | SPEARS, LINDA | 2:17-cv-09330 |
| 439 | STALEY, ANN | 2:17-cv-09055 |
| 440 | STAMPER, WANDA | 2:16-cv-17381 |
| 441 | STARK, KIM | 2:17-cv-10799 |
| 442 | STEPANOVICH, AMY | 2:17-cv-10911 |
| 443 | STEWART, CONNALITA | 2:17-cv-06860 |
| 444 | STEWART, MECCA | 2:17-cv-07916 |
| 445 | STEWART, WANDA | 2:17-cv-10817 |
| 446 | SURKALA, MARILYN | 2:17-cv-08987 |
| 447 | SWANSON, BECKY | 2:17-cv-11566 |
| 448 | SWEAT, ELIZABETH | 2:17-cv-09460 |

| #   | Case Name             | MDL Docket #     |
|-----|-----------------------|------------------|
| 449 | SYE, ANGELITA         | 2:17-cv-09426    |
| 450 | SZCZEPANSKI, JOAN     | 2:17-cv-10376    |
| 451 | TANNER, BARBARA       | 2:17-cv-05711    |
| 452 | TERRY, TONEKA         | 2:17-cv-01637    |
| 453 | TETTAMBLE, CHARLOTTE  | 2:17-cv-02780    |
| 454 | THIBODEAUX, SARAH     | 2:17-cv-06338    |
| 455 | THOEMMES, CATHERINE   | 2:17-cv-11576    |
| 456 | THOMAS, ANTOINETTE    | 2:17-cv-10916    |
| 457 | THOMAS, LINDA         | 2:17-cv-09458    |
| 458 | THOMAS, ROBIN         | 2:17-cv-11078    |
| 459 | THOMPSON, DEBBIE      | 2:17-cv-11588    |
| 460 | THOMPSON, SHANNON     | 2:17-cv-10109    |
| 461 | THORN, PATTI          | 2:17-cv-09244    |
| 462 | THORNE, SHIRLEY       | 2:17-cv-11599    |
| 463 | TOMASKO, SHERRY       | 2:17-cv-06550    |
| 464 | TOWNLEY, DONITA       | 2:17-cv-10133    |
| 465 | TRAPP, SANDRA         | 2:17-cv-10759    |
| 466 | TRAYLER, KELLIE       | 2:17-cv-10112    |
| 467 | TRAYLOR, SHARLON      | 2:17-cv-10222    |
| 468 | TUCKER, MARGARET      | 2:17-cv-00763    |
| 469 | TUMMINS, SHEILA       | 2:17-cv-01767    |
| 470 | TURNER, SUSAN         | 2:17-cv-05040    |
| 471 | TWOMBLY, JUNE         | 2:17-cv-08033    |
| 472 | TYREE, GWENDOLYN      | 2:17-cv-10138    |
| 473 | TYSON, GLORIA         | 2:17-cv-10733    |
| 474 | ULEPICH, VICKI        | 2:17-cv-09647    |
| 475 | UNDERWOOD, DANIELLE   | 2:17-cv-08498    |
| 476 | VANDERPOOL, DEBORAH   | 2:17-cv-09366    |
| 477 | VASQUES, STEPHANIE    | 2:17-cv-10139    |
| 478 | VERDUGO, SHERYL       | 2:17-cv-11684    |
| 479 | VILLARREAL, IRMA      | 2:17-cv-11701    |
| 480 | VISSER, SANDRA        | 2:17-cv-07544    |

| # | Case Name | MDL Docket # |
|---|---|---|
| 481 | VITRANO, CELESTE | 2:17-cv-10734 |
| 482 | WAFER, MONA | 2:16-cv-16741 |
| 483 | WALKER, CATHERINE | 2:16-cv-17114 |
| 484 | WALKER, SHARON | 2:17-cv-10347 |
| 485 | WALLIS, SHARI | 2:17-cv-00762 |
| 486 | WARD, DELORES | 2:17-cv-06917 |
| 487 | WARD, KAREN | 2:17-cv-10372 |
| 488 | WARNER, NANCY | 2:17-cv-11688 |
| 489 | WARREN, DAWN | 2:17-cv-06262 |
| 490 | WARREN, LACRETIA | 2:17-cv-16751 |
| 491 | WASHINGTON, BRENDA | 2:17-cv-04966 |
| 492 | WASHINGTON, DEIRDRA | 2:17-cv-06903 |
| 493 | WASHINGTON, LAWANDA | 2:17-cv-10784 |
| 494 | WATTS, LISA | 2:17-cv-10402 |
| 495 | WATTS, MARTHA | 2:17-cv-10115 |
| 496 | WEBRE, MARY | 2:16-cv-16035 |
| 497 | WELLMAN, SONYA | 2:17-cv-10381 |
| 498 | WESTBROOK, GWENDOLYN | 2:17-cv-09778 |
| 499 | WHITE, DEIDRIAN | 2:17-cv-10736 |
| 500 | WHITE, DONNA | 2:17-cv-01640 |
| 501 | WHITE, PATRICIA | 2:17-cv-00262 |
| 502 | WILLIAMS, ANGELA | 2:17-cv-11573 |
| 503 | WILLIAMS, CATHERINE | 2:16-cv-17215 |
| 504 | WILLIAMS, DORIS | 2:16-cv-17044 |
| 505 | WILLIAMS, JOAN | 2:17-cv-09356 |
| 506 | WILLIAMS, JOY | 2:17-cv-11637 |
| 507 | WILLIAMS, ROSE | 2:17-cv-10165 |
| 508 | WILLIFORD, YOLANDA | 2:17-cv-10213 |
| 509 | WILLIS, LISA | 2:16-cv-17492 |
| 510 | WILSON, DEBRA | 2:17-cv-07740 |
| 511 | WILSON, FRANKIE | 2:17-cv-06721 |
| 512 | WILSON, LAVONIA | 2:17-cv-06553 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 513 | WOOD, KIM | 2:17-cv-06733 |
| 514 | WRIGHT, ANDREA | 2:17-cv-10390 |
| 515 | WRIGHT, PRISCILLA | 2:17-cv-11786 |
| 516 | YESSILTH, IRIS | 2:17-cv-08166 |
| 517 | YODER, DANA | 2:17-cv-06230 |
| 518 | YOUNG, BARBARA | 2:17-cv-10163 |
| 519 | ZENDA, ESTELA | 2:17-cv-08640 |
| 520 | ZIENKA, JUDY | 2:17-cv-04173 |
| 521 | ZINSER, ADELAIDE | 2:17-cv-10664 |
| 522 | ZYCH, BARBARA | 2:17-cv-10382 |