| # | Case Name | MDL Docket # |
|---|---|---|
| 1 | ALLEN, ELLA | 2:17-cv-07976 |
| 2 | ALLISON, PAMELA | 2:17-cv-06957 |
| 3 | AMBROSIUS, CAROL | 2:17-cv-14724 |
| 4 | ANDERSON, LINDA | 2:17-cv-14689 |
| 5 | ANDERSON, LYNTRELLA | 2:16-cv-17237 |
| 6 | ANDERSON, PAULA | 2:16-cv-17498 |
| 7 | ARSENEAUX, BOBBI | 2:17-cv-05757 |
| 8 | BEELER, SANDRA | 2:17-cv-05830 |
| 9 | BELL, ANGELA | 2:17-cv-07695 |
| 10 | BERRY, BEVELYN | 2:17-cv-11827 |
| 11 | BIAS, SHEILA | 2:16-cv-17171 |
| 12 | BICE, BARBARA | 2:17-cv-00751 |
| 13 | BODE, ROSEANN | 2:18-cv-00682 |
| 14 | BODKER, MARY ELLEN | 2:17-cv-03426 |
| 15 | BOYLAND, JOANNE | 2:18-cv-00684 |
| 16 | BRADLEY, LORETTA | 2:17-cv-11798 |
| 17 | BRADLEY, ROBIN | 2:16-cv-15667 |
| 18 | BROCK, BRENDA | 2:17-cv-11529 |
| 19 | BROWN, PATRICIA | 2:17-cv-12239 |
| 20 | CARTER, EILEEN | 2:17-cv-08342 |
| 21 | CHAPPELL, EDITH | 2:16-cv-17163 |
| 22 | CHAVEZ, SOUNDRA | 2:16-cv-17190 |
| 23 | CHEREM, MIRIAM | 2:17-cv-00119 |
| 24 | CLAYTON, JACQUELINE | 2:17-cv-10158 |
| 25 | COLE, BELINDA | 2:16-cv-17945 |
| 26 | COLEMAN, BARBARA | 2:17-cv-07971 |
| 27 | COLEMAN, VIRGINA | 2:16-cv-17124 |
| 28 | COLES, NEPPHIE | 2:17-cv-08954 |
| 29 | CRABTREE, PATRICIA | 2:17-cv-16427 |
| 30 | CRAWFORD, GWENDOLYN | 2:16-cv-17151 |
| 31 | CRONE, WENDY | 2:18-cv-00690 |
| 32 | CUSTARD, ELIZABETH | 2:16-cv-17650 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 33 | CYPRIAN, MYRA | 2:16-cv-15661 |
| 34 | DAISE, LUCILLE | 2:17-cv-01144 |
| 35 | DAY, GAYLE | 2:17-cv-04580 |
| 36 | DEAN, CARNELIA | 2:16-cv-17201 |
| 37 | DENNIS, CLARA | 2:17-cv-08398 |
| 38 | DETRIXHE, KAREN | 2:16-cv-15313 |
| 39 | DOUGHTY, FRANCES | 2:17-cv-05268 |
| 40 | EIDEL, KRISTINA | 2:17-cv-06024 |
| 41 | ERKINS, JACQUITA | 2:16-cv-17131 |
| 42 | EVANS, BEATRICE | 2:17-cv-09740 |
| 43 | FALKINS, CORLISS | 2:16-cv-14484 |
| 44 | FORTE, GEORGIA | 2:16-cv-17187 |
| 45 | FOSTER, ARUSHA | 2:17-cv-09813 |
| 46 | FOWLER, SARA | 2:17-cv-08944 |
| 47 | FOXWORTH, DENISE | 2:17-cv-08333 |
| 48 | FRADELLA, JACQUELINE | 2:16-cv-15664 |
| 49 | FRANKLIN, SANDRA | 2:17-cv-10330 |
| 50 | FULLER, GLORIA JEAN | 2:16-cv-17231 |
| 51 | GARDNER, PRISCILLA | 2:17-cv-16719 |
| 52 | GARDNER, SHARON | 2:16-cv-17167 |
| 53 | GARNETT, PATRICIA | 2:17-cv-09099 |
| 54 | GAUDET, YVETTE | 2:16-cv-17627 |
| 55 | GEORGE, JOSELYN | 2:17-cv-03585 |
| 56 | GILBERT, SHIRLEY | 2:17-cv-07787 |
| 57 | GOINS, ROSIE | 2:17-cv-00739 |
| 58 | GOMEZ, LAURIE | 2:17-cv-07924 |
| 59 | GRANDERSON, THELMA | 2:16-cv-17152 |
| 60 | GRAYS, PATRICIA ANN | 2:17-cv-10594 |
| 61 | GREEN, SAUNDRA | 2:16-cv-15518 |
| 62 | HANSEN, SANDRA | 2:16-cv-17798 |
| 63 | HARRELL, BARBARA | 2:17-cv-09170 |
| 64 | HARRIS, CHARLESETTA | 2:16-cv-17239 |

| # | Case Name | MDL Docket # |
|---|---|---|
| 65 | HARRIS, RUBY | 2:16-cv-17145 |
| 66 | HATCHER, LUGENIA | 2:16-cv-17045 |
| 67 | HAWKINS, ETHEL | 2:16-cv-17188 |
| 68 | HAYES, ELIZABETH | 2:17-cv-00440 |
| 69 | HAYNES, CAROLYN | 2:16-cv-17723 |
| 70 | HIGHSMITH, WYLINA | 2:16-cv-17738 |
| 71 | HOLLAND, GLORIA | 2:17-cv-07791 |
| 72 | HOLMES, SHIRLEY | 2:17-cv-06002 |
| 73 | HOLT, MELITA | 2:17-cv-08561 |
| 74 | HOWARD, ALBERTA | 2:17-cv-06016 |
| 75 | HOWARD, WANDA | 2:17-cv-06153 |
| 76 | HUNDLEY, ELEANOR | 2:17-cv-07945 |
| 77 | HUNT, KYNA | 2:18-cv-00714 |
| 78 | JACKSON, THERESIA | 2:16-cv-17138 |
| 79 | JAMES, NINA | 2:17-cv-00760 |
| 80 | JENNINGS, SANDRA | 2:17-cv-07979 |
| 81 | JOHNSON, IRMA | 2:17-cv-08582 |
| 82 | JOHNSON, JONNIE | 2:16-cv-17166 |
| 83 | JOHNSON, JUDY | 2:17-cv-13303 |
| 84 | JOHNSON, JULIA | 2:17-cv-08315 |
| 85 | JONES, JOYCE | 2:16-cv-17209 |
| 86 | JONES, WANDA | 2:17-cv-13302 |
| 87 | JORDAN, SHEILA ANN | 2:17-cv-08824 |
| 88 | KENNEDY, CYNTHIA | 2:16-cv-17196 |
| 89 | KEY, CAROLYN | 2:17-cv-01951 |
| 90 | KIDD, PAMELA | 2:16-cv-17181 |
| 91 | KOVARIK, ISABELLE | 2:17-cv-05847 |
| 92 | LAFEVER, SHERRY | 2:17-cv-11454 |
| 93 | LANGSTRAAT, BEVERLY | 2:17-cv-04488 |
| 94 | LATARSKI, ROSEMARY | 2:16-cv-16052 |
| 95 | LAWRENCE, BARBARA | 16-2740 |
| 96 | LEITH, MELISSA | 2:16-cv-15286 |

| #   | Case Name              | MDL Docket #   |
|-----|------------------------|----------------|
| 97  | LEWIS, SYLVIA          | 2:16-cv-17185  |
| 98  | LIRETTE, JOAN          | 2:17-cv-04897  |
| 99  | LITTLE, EVANGELINE     | 2:16-cv-17022  |
| 100 | LUCKETT, JENNIFER      | 2:17-cv-04752  |
| 101 | LYONS, PATRICIA        | 2:16-cv-16890  |
| 102 | MILLER, CHARITY        | 2:17-cv-02265  |
| 103 | MILLER, MARY           | 2:17-cv-09580  |
| 104 | MOTT, EULALIE          | 2:17-cv-03754  |
| 105 | NASH, ARECIA           | 2:17-cv-07661  |
| 106 | NELSON, SHARON         | 2:17-cv-06196  |
| 107 | NEWTON, LORRAINE       | 2:17-cv-06288  |
| 108 | NISSI, LEONCE          | 2:17-cv-11261  |
| 109 | PARKS, DIANNE          | 2:17-cv-06141  |
| 110 | PEARSON, YOLONDA       | 2:17-cv-10942  |
| 111 | PESKA, EILEEN          | 2:17-cv-13375  |
| 112 | RAYBUCK, FONDA         | 2:17-cv-09876  |
| 113 | REEDER, SUSAN          | 2:17-cv-08625  |
| 114 | RIVERS, KIMELY         | 2:17-cv-00862  |
| 115 | ROE, BRENDA            | 2:16-cv-17943  |
| 116 | ROGERS, MELANIE        | 2:16-cv-14486  |
| 117 | ROHLI, BRENDA          | 2:16-cv-14526  |
| 118 | RUSSELL, MADIS         | 2:17-cv-00117  |
| 119 | SANTIAGO, DIANE        | 2:17-cv-09131  |
| 120 | SHATARA, AUGUSTINE     | 2:17-cv-08585  |
| 121 | SHIMEL, PAULETTE       | 2:16-cv-17951  |
| 122 | SLEDGE, VERONIQUE      | 2:17-cv-03485  |
| 123 | SMITH, BLYNDA          | 2:17-cv-00617  |
| 124 | SMITH, JOHNIE          | 2:16-cv-16951  |
| 125 | ST AMANT SCOTT, CHERIE | 2:17-cv-06204  |
| 126 | STRAWN, DEBORAH        | 2:17-cv-13374  |
| 127 | SUMMERS, CHARLOTTE     | 2:16-cv-16805  |
| 128 | TAYLOR, LEDERLE        | 2:16-cv-17917  |

| #   | Case Name              | MDL Docket #    |
|-----|------------------------|-----------------|
| 129 | THACKER, JENNIFER      | 2:17-cv-11483   |
| 130 | THOMAS, ALICE          | 2:17-cv-09387   |
| 131 | THOMAS, SUSAN          | 2:17-cv-05575   |
| 132 | TOLLETT, DEBRA         | 2:17-cv-01950   |
| 133 | TUCKER, MARY           | 2:17-cv-09463   |
| 134 | TURNER, MILDRED        | 2:17-cv-04827   |
| 135 | UNDERWOOD, DEBRA       | 2:17-cv-05262   |
| 136 | WALLWEY, BARBARA       | 2:17-cv-06014   |
| 137 | WARD, LINDA            | 2:16-cv-17493   |
| 138 | WEBB MCCONNELL, BETTY  | 2:16-cv-17155   |
| 139 | WEIRICK, MELISSA       | 2:17-cv-09546   |
| 140 | WELLS, PAMELA          | 2:17-cv-11583   |
| 141 | WELSH, KRISTIN         | 2:17-cv-09894   |
| 142 | WERNING, LARA          | 2:16-cv-17169   |
| 143 | WHITAKER, MARY         | 2:16-cv-17221   |
| 144 | WHITT, JACQUELINE      | 2:17-cv-08165   |
| 145 | WILDMAN, CRISTAL       | 2:17-cv-11274   |
| 146 | WILLIAMS, DANNELL      | 2:17-cv-02194   |
| 147 | WILLIAMS, DAPHINE      | 2:16-cv-17220   |
| 148 | WILLIAMS, JENNIFER     | 2:17-cv-04745   |
| 149 | WOOD, DELIGHT          | 2:16-cv-15321   |
| 150 | WOODROW, ELIZABETH     | 2:17-cv-09446   |
| 151 | YOHO, JULIE            | 2:17-cv-04125   |
| 152 | YOUNG, LORRAINE        | 2:16-cv-17235   |