UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | JUDGE ENGELHARDT |
| *Jennifer Acosta, 2:17-cv-12820* | : | MAG. JUDGE NORTH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Jennifer Acosta's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC be dismissed with prejudice, with each party to bear its own costs.

Dated: March 28, 2018                Respectfully submitted,

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT (#33228)
ROBERT J. DAVID (#4704)
GERALD E. MEUNIER (#9471)
IRVING J. WARSHAUER (#13252)
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: plambert@gainsben.com
Email: rdavid@gainsben.com
Email: gmeunier@gainsben.com
Email: iwarshauer@gainsben.com

*Attorneys for Plaintiff*

-and-

        **SHOOK, HARDY & BACON L.L.P.**

        */s/ Harley Ratliff*
        Harley Ratliff
        2555 Grand Blvd.
        Kansas City, MO 64108
        hratliff@shb.com

        *Attorney for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ M. Palmer Lambert*
        M. PALMER LAMBERT