UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 : : SECTION "N" (5) : |
| THIS DOCUMENT RELATES TO: *Judith August v. Sanofi, S.A., et al.,* Civil Action No. 2:16-cv-16231-KDE-MBN | : JUDGE KURT D. ENGELHARDT : : MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants, Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S., LLC Separately and doing business as Winthrop U.S., from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: March, 28, 2018.

Respectfully submitted,

BY:     */s/ Jim Reeves*
          James R. Reeves, Jr., Esquire
          Reeves & Mestayer, PLLC
          160 Main Street
          Biloxi, MS 39530
          (228) 374-5151 (telephone)
          (228) 374-6630 (facsimile)
          jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated:  March 28, 2018.

Respectfully submitted,

BY:     */s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com