# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, AS NAMED DEFENDANTS, AND DISMISS DEFENDANTS SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>DELORES DELLACORTE v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:17-cv-07306-KDE-MBN |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Pretrial Order 37A, Plaintiff Delores DellaCorte respectfully requests leave to file her Amended Complaint attached as Exhibit A adding Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. as named defendants in this case, and dismissing originally named Defendants Sanofi S.A., Aventis Pharma S.A. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC with prejudice.

Since filing her Complaint, Plaintiff has received the National Drug Code form and learned that Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. should be the only named defendants in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 28th day of March 2018

By: */s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Florida Bar No.: 0077354
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33904
Telephone:	(239) 433-6880
Facsimile:	239) 433-6836
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Sanofi Defendants and the Hospira Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

By: */s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Florida Bar No.: 0077354
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33904
Telephone:	(239) 433-6880
Facsimile:	(239) 433-6836
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Florida Bar No.: 0077354 12
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33904
Telephone:    (239) 433-6880
Facsimile:    (239) 433-6836
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*