IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Gladys Curry, et al.v. Accord Healthcare, Inc. et al.*<br>Case No. 2:17-cv-15526 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL BUT HOSPIRA DEFENDANTS**

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiffs Gladys Curry and Rufus Curry against Accord Healthcare, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and SANOFI-AVENTIS U.S. LLC, separately, doing business as WINTHROP U.S. *only* in the above-captioned action in the Taxotere (Docetaxel), Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiffs' claims against Hospira, Inc., and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. shall remain pending.

Dated: March 28, 2018

                                                           Respectfully submitted,

| | |
|---|---|
| /s/ Austin Whitten_____<br>Chris T. Hellums<br>Jon Mann<br>Austin B. Whitten<br>PITTMAN, DUTTON, & HELLUMS PC<br>2001 Park Place Tower<br>Suite 1100<br>Birmingham, AL 35203<br><br>Tel: (205) 322-8880<br>Fax: (205) 278-2711<br>PDH-efiling@pittmandutton.com<br>*Counsel for Plaintiff* | /s/ Kelly Bieri_____<br>Kelly Bieri<br>Harley V. Ratliff<br>SHOOK, HARDY & BACON L.L.P<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email: kbieri@shb.com<br>hratliff@shb.com<br>noproductid@shb.com<br>*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*<br><br>/s/ Lavinia Denniston  _____<br>Mara Cusker Gonzalez<br>Mark S. Cheffo<br>Lavinia Denniston<br>QUINN EMANUEL URGHART & SULLIVAN, LLP<br>51 Madison Avenue, 22$_{nd}$ Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email:<br>maracuskergonzalez@quinnemanuel.com<br>markcheffo@quinnemanuel.com<br>laviniadenniston@quinnemanuel.com<br>*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*<br><br>/s/ Julie A. Callsen_____  _____<br>Julie A. Callsen<br>Brandon D. Cox<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Phone: (216) 592-5000<br>Facsimile: (216) 592-5009<br>Email:  julie.callsen@tuckerellis.com<br>brandon.cox@tuckerellis.com<br>noproductid@tuckerellis.com<br>*Attorneys for Defendant Accord Healthcare Inc.*<br><br>/s/ Evan Holden_____ _____ |

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email:  merrellc@gtlaw.com
        holdene@gtlaw.com
        Sandoz-Taxotere-ProdID@gtlaw.com
*Attorneys for Defendant Sandoz, Inc.*

/s/ Kathleen Kelly_____
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
Email:  gcoan@hinshawlaw.com
        kekelly@hinshawlaw.com
        docenoprodid@hinshawlaw.com
*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served by ECF, this 28th day of March, 2018, upon counsel of record.

/s/ *Austin B. Whitten*
OF COUNSEL