UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N"(5) |
| | : | HON. JUDGE ENGELHARDT |
| Pamela J. Brown | : | MAG. JUDGE NORTH |
| vs. | : : : : | |
| Sanofi S.A., et al. Civil Case No.: 2:17-cv-17157 | : | |
| -------------------------------------------------- | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL BUT SANOFI DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Pamela J. Brown hereby gives notice of her voluntary dismissal with prejudice of the following defendants: Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc. Each party to bear there on costs.

Plaintiff Pamela J. Brown will continue her case against Defendant Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

This the 28[h] day of March 2018.               Respectfully submitted,

                                                /S/ Dana G. Kirk
                                                DANA G. KIRK
                                                **KIRK LAW FIRM**
                                                TSBN: 11507500
                                                440 Louisiana Street, Suite 2400
                                                Houston, Texas 77002
                                                Telephone: 713/651-0050
                                                Facsimile: 713/651-0051
                                                Toll free: 800/651-5475
                                                kirk@kirklawfirm.com

                                                **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/S/ Dana G. Kirk
DANA G. KIRK
