UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) HON. JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Mary L. Ramirez | | |
| vs. | | |
| Sanofi S.A., et al. Civil Case No.: 2:17-cv-17229 | | |

--------------------------------------------------------

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mary L. Ramirez by and through undersigned counsel, hereby voluntarily dismisses all claims with prejudice against all Defendants in the above-captioned action, each party to bear its own attorneys' fees and costs. This Notice of Voluntary Dismissal with Prejudice is made as a notice because no defendant has been served.

This the 28th day of March 2018.          Respectfully submitted,

 /S/ Dana G. Kirk
DANA G. KIRK
**KIRK LAW FIRM**
TSBN: 11507500
440 Louisiana Street, Suite 2400
Houston, Texas 77002
Telephone: 713/651-0050
Facsimile: 713/651-0051
Toll free: 800/651-5475
kirk@kirklawfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      /S/ Dana G. Kirk
                                                      DANA G. KIRK