## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>CRUSSELL et al v. SANOFI S.A., ET AL.,<br>Case No. 2:17-cv-06163-KDE-MBN | Civil Action No.: 2:17-cv-06163-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs R a c h a e l  K .  C r u s s e l l  a n d D w a y n e  T h o m a s  C r u s s e l l  claims against  Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and  Sanofi-Aventis U.S. LLC. *only*  in the  above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be  dismissed with prejudice, each party to bear its own costs.  Plaintiff is not dismissing her claims  against Defendant Hospira, Inc.

Dated this 29th day of March 2018.

**KAGAN LEGAL GROUP, LLC**

*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220-2424
Facsimile: 9939) 220-2477
Email:
andrew@kaganlegalgroup.com
*Attorney for Plaintiff*

**IRWIN FRITCHIE URQUHART & MOORE**

*/s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux, Esq.
400 Poydras St., Suite 2700
New Orleans, LA 70130

1

Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison Counsel for Defendants*

## CHAFFE MCCALL, LLP

*/s/ John F. Olinde*_____
John F. Olinde
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
505b2liaison@chaffe.com

*Liaison Counsel for Defendants*

## SHOOK, HARDY & BACON L.L.P.

*/s/ Harley V. Ratliff*_____
Harley Ratliff, Esq.
Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
        kbieri@shb.com
        noproductid@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S.*
*LLC, and Sanofi US Services Inc.*

## QUINN EMANUEL URGHART & SULLIVAN, LLP

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:

2

maracuskergonzalez@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**KAGAN LEGAL GROUP, LLC**

By: */s/ Andrew T. Kagan*
Andrew T Kagan, Esq.
Florida Bar No. 26291
295 Palmas Inn Way,Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

*Attorney for Plaintiff*