UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| _____ Mary Christine Brock , | : : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:17-cv-11749 |
| SANOFI S.A., SANOFI US SERVICES INC., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Sanofi US Services Inc., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 29 day of March, 2018.

JOHNSON BECKER, PLLC

 /s/ Alexandra Robertson
Alexandra Robertson, Esq.
Timothy J. Becker, Esq.
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: tbecker@johnsonbecker.com

Attorney for Plaintiff

IRWIN FRITCHIE URQUHART & MOORE

 /s/ Douglas J. Moore
Douglas J. Moore, Esq.
400 Poydras St.
Suite 2700
New Orleans, LA 70130
Phone: 504-310-2100
Fax: 504-310-2100
Email: dmoore@irwinllc.com

Attorney for Defendants