**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 | |
| ) | | |
| ) | SECTION "N" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | HON. KURT D. ENGELHARDT | |
| *Denise Dumesnil v. Sanofi US Services* ) | | |
| *Inc., et al.; Case No. 2:17-cv-06920* ) | | |
| ) | | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, that Plaintiff Denise Dumesnil's claims be voluntarily dismissed against all Defendants in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own costs.

Dated: March 29, 2018

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **SHOOK HARDY & BACON LLP** |
| | |
| */s/ Holly Nighbert* | /s/ *Kelly Bieri* |
| Holly Nighbert, Esq. | Kelly Bieri |
| One Court Street | 2555 Grand Boulevard |
| Alton, IL  62002 | Kansas City, MO 64108 |
| Telephone (618) 259-2222 | Telephone: 816-474-655 |
| Facsimile (618) 259-2251 | Facsimile: 816-421-5547 |
| Email: hnighbert@simmonsfirm.com | Email: noproductid@shb.com |
| *Attorney for Plaintiff* | *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                    **SIMMONS HANLY CONROY**

                                    */s/ Holly Nighbert*
                                    Holly Nighbert (IL #6325135)
                                    One Court Street
                                    Alton, IL  62002
                                    Telephone (618) 259-2222
                                    Facsimile (618) 259-2251
                                    Email: hnighbert@simmonsfirm.com
                                    *Attorney for Plaintiff*