**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Julia Roden v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-11393* | | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, that Plaintiff Julia Roden's claims be voluntarily dismissed against all Defendants in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own costs.

Dated: March 29, 2018

**SIMMONS HANLY CONROY**                      **SHOOK HARDY & BACON LLP**

*/s/ Holly Nighbert*                                          /s/ *Kelly Bieri*
Holly Nighbert, Esq.                                          Kelly Bieri
One Court Street                                              2555 Grand Boulevard
Alton, IL  62002                                              Kansas City, MO 64108
Telephone (618) 259-2222                                      Telephone: 816-474-655
Facsimile (618) 259-2251                                      Facsimile: 816-421-5547
Email: hnighbert@simmonsfirm.com                              Email: noproductid@shb.com
*Attorney for Plaintiff*                                      *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*