# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| Susan Thomas v. Sanofi S.A., et al.<br>Case No. 2:17-cv-05575 | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(I)(A), hereby voluntarily dismisses all claims against Defendants McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global, Inc., Pfizer, Inc. and Actavis Pharma, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation,* MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Plaintiff will continue her claims against Hospira Worldwide, Inc., Sandoz, Inc. and Accord Healthcare, Inc.

(SIGNATURE ON FOLLOWING PAGE)

This 29th day of March, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 29th day of March, 2018.

/S/ Andrew Geiger

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:      (504)486-9481
Facsimile:  (504)483-8130
Email:      aberger@allan-berger.com
*Attorneys for Plaintiff*