# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS  
LIABILITY LITIGATION                                              MDL No. 2740

(SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on February 7, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfers. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-36" filed on February 7, 2018, is LIFTED insofar as it relates to these actions. The actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Kurt D. Engelhardt.

FOR THE PANEL:

Jeffery N. Lüthi  
Clerk of the Panel



CLERK'S OFFICE  
A TRUE COPY  
Mar 29 2018  
Deputy Clerk, U.S. District Court  
Eastern District Of Louisiana  
New Orleans, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2740

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| 18-3313  ILN | 1 | 18−00923 | Pugh et al v. Sanofi U.S. Services, Inc. et al |
| 18-3314  ILN | 1 | 18−00925 | Green et al v. Accord Healthcare, Inc. et al |
| 18-3315  ILN | 1 | 18−00930 | Anderson et al v. Sanofi U.S. Services Inc. et al |
| 18-3316  ILN | 1 | 18−00936 | Rice et al v. Accord Healthcare, Inc. et al |