## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ACTAVIS PHARMA, INC. AND ACTAVIS LLC** |
| THIS DOCUMENT RELATES TO:<br><br>SHIRLEY CARVER v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-16973 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Shirley Carver's claims against Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 29th day of March 2018.

By:   */s/ Jeffrey C. Bogert*
Jeffrey C. Bogert
**MCDONALD WORLEY, P.C.**
1770 St. James Place, Suite 100
Houston, TX 77056
Telephone: (713) 523-5500
Facsimile: (713) 523-5501
Email:jbogert@mcdonaldworley.com

*Attorney for Plaintiff*

1

By: */s/ Kimberly L. Beck*
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine St., Suite 2800
Cincinnati, OH 45202
Email: msuffern@ulmer.com

>   jpeck@ulmer.com
>   jschaefer@ulmer.com
>   sritter@ulmer.com
>   kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 29, 2018                 /s/ *Jeffrey C. Bogert*
                                          Jeffrey C. Bogert