# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740 SECTION "N" (5) |
| *THIS DOCUMENT RELATES TO:* | § § § | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| *Rosielene Spann v. Sanofi US Services, Inc. et al.* No.   2:18-cv-2578-KDE-MBN | § § § § § | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ INC. |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and Pretrial Orders 15 and 54, Plaintiff Rosielene Spann hereby dismisses with prejudice her claims against the following Defendants only: Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. with each party to bear its own costs. Plaintiff's claims against Sandoz Inc. shall not be dismissed. Plaintiff submits this Notice under Pretrial Orders 15 and 54 within 20 days of filing suit.

DATED: March 30, 2018

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: March 30, 2018

/s/ Panagiotis V. Albanis