## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| KATHY WEAVER, | |
| Plaintiff, | |
| | Civil Action No.: 2:17-cv-01160 |
| vs. | |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC | |
| Defendants | |

## SUGGESTION OF DEATH OF KATHY WEAVER

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Kathy Weaver on November 30, 2017.

Dated: March 30, 2018

                                        Respectfully submitted,

                                        KENNEDY HODGES, LLP
                                        David W. Hodges
                                        dhodges@kennedyhodges.com
                                        Gabriel A. Assaad
                                        gassaad@kennedyhodges.com
                                        4409 Montrose Blvd. Ste 200
                                        Houston, TX 77006
                                        Telephone: (713) 523-0001
                                        Facsimile: (713) 523-1116

                                        ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, a copy of the above and forgoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

      /s/ Gabriel A. Assaad