UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| DELORES DELLACORTE, | : : : | |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-07306 |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC., ET AL. | : : : : : | |
| Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. ONLY be dismissed with prejudice, each party to bear its own costs. Plaintiff's claims against the Hospira Defendants are not being dismissed. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 30th day of March, 2018.

| | |
|---|---|
| MORGAN & MORGAN | IRWIN FRITCHIE URQUHART & MOORE |
| /s/Panagiotis V. Albanis | /s/ Douglas J. Moore |
| Panagiotis V. Albanis | Douglas J. Moore, Esq. |
| Morgan & Morgan | 400 Poydras St. |
| Complex Litigation Group | Suite 2700 |
| 12800 University Drive Suite 600 | New Orleans, LA 70130 |
| Fort Myers, FL 33907 | Phone: 504-310-2100 |
| Phone: 239-433-6880 | Fax: 504-310-2100 |
| Fax: 239-433-6836 | Email: dmoore@irwinllc.com |
| Email: palbanis@forthepeople.com | |
| Attorney for Plaintiff | Attorney for Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: March 30, 2018

                                                  /s/ Panagiotis V. Albanis