IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | |
| Marla Corona and Ignacio Corona<br>      Plaintiff,<br>vs.<br>Sanofi-Aventis U.S. LLC, et al.<br>      Defendant. | Civil Action No.:  2:17-cv-14321 |

---

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Brown & Crouppen Law Firm, on behalf of clients Marla and Ignacio Corona, intend to serve a Subpoena, attached hereto, on St. Joseph Health Medical Group.

DATED: April 2, 2018            **BROWN & CROUPPEN, P.C.**

By:/s/Seth Sharrock Webb_____
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
*Attorney for Plaintiff*