MINUTE ENTRY
NORTH, M.J.
MARCH 28, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
      PRODUCTS LIABILITY
      LITIGATION

                                                  SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

      A further discovery/status conference was held via telephone on this date in the presence of a Court Reporter (Mary Thompson).

| PARTICIPATING: | | |
|---|---|---|
| | Karen Menzies | Harley Ratliff |
| | Christopher Coffin | Patrick Oot |
| | David Miceli | Kelly Bieri |
| | Dawn Barrios | Kelly Brilleaux |
| | Palmer Lambert | Geoff Coan |
| | Daniel Markoff | Kimberly Beck |
| | Andrew Lemmon | Julie Callsen |
| | Jessica Perez Reynolds | Mara Cusker Gonzalez |
| | Andre Mura | Beth Toberman |
| | Kyle Bachus | John Olinde |

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:45)