IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| | SECTION "N" (5) |
| This Document Relates To: | |
| | JUDGE ENGLEHARDT |
| Karen Bennett | MAG. JUDGE NORTH |
|     Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-14275 |
| | |
| Sanofi-Aventis U.S. LLC et al, | |
|     Defendants. | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. *only* in the above-captioned case be dismissed with prejudice. All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:


DATED: April 2, 2018            **BROWN AND CROUPPEN, P.C.**

                                                By: /s/ Seth Sharrock Webb
                                                SETH SHARROCK WEBB, # 51236
                                                211 N. Broadway, Suite 1600
                                                St. Louis, Missouri  63102

sethw@getbc.com
*Attorney for Plaintiff*

DATED: April 2, 2018          **GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
         brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Mark S. Cheffo

        Mark S. Cheffo
        Mara Cusker Gonzalez
        Lavinia Denniston
        51 Madison Ave., 22nd Floor
        New York, NY 10010
        Telephone:  212-849-7000
        Facsimile: 212-849-7100
        Email: markcheffo@quinnemanuel.com
        maracuskergonzalez@quinnemanuel.com
        LaviniaDenniston@quinnemanuel.com
        *Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
   kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513-698-5064
Facsimile:   513-698-5065
Email: msuffern@ulmer.com; kbeck@ulmer.com
*Attorneys for Actavis LLC f/k/a Actavis Inc,*
*And Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 2, 2018                     /s/  Seth Sharrock Webb
                                                            SETH SHARROCK WEBB, # 51236
                                                            BROWN & CROUPPEN, P.C.
                                                            211 N. Broadway, Suite 1600
                                                            St. Louis, Missouri  63102
                                                            314-421-0216
                                                            314-421-0359 facsimile
                                                            sethw@getbc.com