UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| JANELL RUFRA,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., SUN PHARMA GLOBAL FZE AND SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-11647 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Sandoz Inc., Sanofi S.A., Aventis Pharma S.A, Sanofi-Aventis U.S. LLC, Separately, and doing business as Winthrop U.S., Sanofi Us Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only*.

Dated this 3rd day of April, 2018.

           Respectfully Submitted:

By:    s/ *Michael P. McGartland*
          Michael P. McGartland
          MS Bar No. 100487
          McGartland Law Firm, PLLC
          University Centre I, Suite 500
          1300 South University Drive
          Fort Worth, Texas 76107
          Telephone: (817) 332-9300
          Facsimile: (817) 332-9301
          mike@mcgartland.com

          Christopher L. Coffin
          LA Bar No. 27902
          Nicholas R. Rockforte
          LA Bar No. 31305
          Jessica A. Perez
          LA Bar 34024
          Pendley, Baudin & Coffin, L.L.P.
          1515 Poydras Street, Suite 1400
          New Orleans, LA 70112
          Telephone: (504) 355-0086
          Facsimile: (504) 523-0699
          ccoffin@pbclawfirm.com
          nrockforte@pbclawfirm.com
          jperez@pbclawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

    Dated this 3rd day of April, 2018.

                                                     s/ *Michael P. McGartland*
                                                     Michael P. McGartland