# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: Debra Chetta v. Sanofi S.A., et al Case No. 2:16-cv-17731 | SECTION "N" (5) <br><br> HON. KURT D. ENGELHARDT |

## *[PROPOSED]* ORDER OF SEVERANCE

Considering the foregoing Ex-Parte Motion for Order of Severance pursuant to Pre-Trial Order No. 65 (Rec. Doc. 1120),

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the plaintiff's claim in the above captioned member case is hereby severed from their original complaint. The individual plaintiff shall follow the procedures set forth in Pre-Trial Order No. 65 (Rec. Doc. 959) for filing individual Short Form Complaints and shall file any Short Form Complaint within 45 days from this Order of Severance.

New Orleans, Louisiana this _____ day of April, 2018.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE