UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jordan C. Baehr of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  April 3, 2018

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ *Jordan C. Baehr*
Jordan C. Baehr
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: jbaehr@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

8686422 v1