UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| DELORES DELLACORTE<br>Plaintiff, | HON. KURT D. ENGELHARDT |
| vs. | |
| HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC | |
| Defendants | |
| Civil Case No. 2:17-cv-07306 | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2070) and for good cause shown, IT IS ORDERED that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the 3rd day of April, 2018

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**