UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER

Considering the Supplemental Memorandum in Support of the Motion to Dismiss Pursuant to CMO No. 12 (Rec. Doc. 2063), filed by Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc., and McKesson Corporation d/b/a McKesson Packaging Services;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Supplemental Memorandum in Support of the Motion to Dismiss Pursuant to CMO No. 12 is hereby entered into the Court's docket.

New Orleans, Louisiana this 3rd day of April, 2018.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

00486368