UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "N" (5) |

### ORDER ON FILING OPPOSITION MEMORANDUM TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO CMO 12

In consideration of Defendants' Supplemental Memorandum in Support of their Motion to Dismiss Pursuant to CMO 12 (Rec. Doc. 2063), **IT IS ORDERED** that Plaintiffs who remain subject to dismissal under that motion, who are listed on Exhibits 1 and 2 to this Order, shall submit an opposition memorandum to Plaintiff's Liaison Counsel by email to taxotere@bkc-law.com on or before **Friday, April 6, 2018**. Plaintiffs' Co-Liaison Counsel will provide copies of the memoranda to Defendants Liaison Counsel on Friday, April 6, 2018 and will bundle the oppositions and submit to the Court by **Tuesday, April 10, 2018 at 12:00 p.m.** Opposition memoranda that are not submitted to Plaintiffs' Liaison Counsel as set forth herein are considered untimely under Local Rule 7.5.

New Orleans, Louisiana, this 3rd day of April, 2018.

**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**