EXHIBIT 2

| # | Case Name | MDL Docket # |
|---|---|---|
| 1 | KRAKE, MICHELE | 2:17-cv-11202 |
| 2 | MILLER, EVELYN NEAL | 2:17-cv-11224 |
| 3 | NELSON, RENEE | 2:17-cv-11558 |
| 4 | RICHARDSON, SUNA | 2:17-cv-11333 |
| 5 | RUFRA, JANELL | 2:17-cv-11647 |
| 6 | WARNER, NANCY | 2:17-cv-11688 |