**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | |
| *This Document Relates to:* | : | **CIVIL ACTION NO. 2:18-cv-00634** |
| *Karla L. King-Robinson* | : | |

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**

NOW COMES Plaintiff Karla L. King-Robinson through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Dated: April 3, 2018

                                                   Respectfully Submitted,

                                                   **SIMMONS HANLY CONROY**

                                                   */s/ Holly Nighbert*
                                                   Holly Nighbert (IL #6325135)
                                                   One Court Street
                                                   Alton, IL  62002
                                                   Telephone (618) 259-2222
                                                   Facsimile (618) 259-2251
                                                   Email: hnighbert@simmonsfirm.com
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE

In compliance with PreTrial Order 37A, Defendant Liaison Counsel and contact person for each Defendant has been contacted, and Defendants did not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*