# **Exhibit A**

| Show Cause Order | Case Number | MDL Doc No. | Plaintiff | Order to Show Cause Category |
|---|---|---|---|---|
| 3 | 2:17-cv-05918 | 1834 1970 | Stevens, Irma | PFS Not Substantially Complete |
| 3 | 2:16-cv-17252 | 1835 1969 | Fair, Rose | PFS Not Substantially Complete |
| 3 | 2:16-cv-15863 | 1840 1989 | Encalarde, Mary | PFS Not Substantially Complete |
| 3 | 2:16-cv-15398 | 1837 1991 | Smith, Pamela | PFS Not Substantially Complete |
| 3 | 2:17-cv-06604 | 1838 1992 | Johnson, Noreen | PFS Not Substantially Complete |
| 3 | 2:17-cv-06728 | 1839 1993 | Russell, Juanita | PFS Not Substantially Complete |
| 3 | 2:17-cv-02297 | 1833 1995 | Jolivette, Marcella | No Deficiency Response<br><br>Not Substantially Complete |
| 3 | 2:16-cv-15600 | 1836 1996 | Hernandez, Doris | Not Substantially Complete |
| 3 | 2:16-cv-16248 | 1841 1997 | Archangel, Tonikua | Not Substantially Complete |
| 3 | 2:16-cv-15605 | 1842 1998 | Higgins, Brenda | Not Substantially Complete |
| 3 | 2:16-cv-15843 | 1999 | Franklin, Patricia | Not Substantially Complete |
| 3 | 2:16-cv-15842 | 2000 | Moore, Loretta | Not Substantially Complete |
| 3 | 2:16-cv-15400 | 2001 | Hartzog, Glorious | Not Substantially Complete |