# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Margaret Holladay<br><br>v.<br><br>Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC | HON. KURT D. ENGELHARDT<br><br>Case No. 2:17-cv-12909 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: April 4, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

***Counsel for Plaintiff***

/s/ Harley Ratliff
Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com

kbieri@shb.com
Douglas J. Moore, Esq.
Kelly Brilleaux
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 4, 2018                              Respectfully submitted,

                                                  /s/ *Robert Binstock*
                                                  Robert Binstock (TX Bar No. 02328350)
                                                  REICH AND BINSTOCK, LLP
                                                  Whitney Bank Bldg. River Oaks
                                                  4265 San Felipe #1000
                                                  Houston, TX 77027
                                                  Phone: (713) 622-7271
                                                  bbinstock@reichandbinstock.com