UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Consandra L. Green, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:16-cv-16899 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------------ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 4th day of April, 2018.

JOHNSON BECKER, PLLC                    IRWIN FRITCHIE URQUHART & MOORE


_/s/ Alexandra Robertson_                    _/s/ Douglas J. Moore_
Alexandra Robertson, Esq.                    Douglas J. Moore, Esq.
Timothy J. Becker, Esq.                      400 Poydras St.
444 Cedar Street                             Suite 2700
Suite 1800                                   New Orleans, LA 70130
St. Paul, MN 55101                           Phone: 504-310-2100
Phone: 612-436-1800                          Fax: 504-310-2100
Fax: 612-436-1801                            Email:  dmoore@irwinllc.com
Email: tbecker@johnsonbecker.com

Attorney for Plaintiff                       Attorney for Defendants