# EXHIBIT 2

No Deficiency Response (Sanofi Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Archangel, Tonikua v. Sanofi US LLC, et al | 2:16-cv-16248 |
| Bennett, Teresa v. Sanofi US LLC, et al | 2:16-cv-17500 |
| Billips, Jacqueline v. Sanofi US LLC, et al | 2:16-cv-15399 |
| Blanks, Willie v. Sanofi US LLC, et al | 2:17-cv-06723 |
| Bluestein, Helaine v. Sanofi US LLC, et al | 2:17-cv-06646 |
| Bodden, Janet v. Sanofi US LLC, et al | 2:16-cv-15609 |
| Broussard, Tammy v. Sanofi US LLC, et al | 2:16-cv-15394 |
| Brown, Alice v. Sanofi US LLC, et al | 2:17-cv-09640 |
| Burns, Betty v. Sanofi US LLC, et al | 2:16-cv-16778 |
| Cone, Tracie v. Sanofi US LLC, et al | 2:17-cv-08630 |
| Davis, Jacqueline v. Sanofi US LLC, et al | 2:17-cv-09058 |
| Dungka, Imelda v. Sanofi US LLC, et al | 2:17-cv-09434 |
| Dwight, Patricia v. Sanofi US LLC, et al | 2:17-cv-08563 |
| Encalarde, Mary v. Sanofi US LLC, et al | 2:16-cv-15863 |
| Flauss, Joann v. Sanofi US LLC, et al | 2:16-cv-15401 |
| Franklin, Patricia v. Sanofi US LLC, et al | 2:16-cv-15843 |
| Gonzalez Arocho, Maria v. Sanofi US LLC, et al | 2:17-cv-09699 |
| Graves, Belinda v. Sanofi US LLC, et al | 2:16-cv-15468 |
| Green, Geraldine v. Sanofi US LLC, et al | 2:17-cv-08622 |
| Green, Sonya v. Sanofi US LLC, et al | 2:16-cv-15677 |
| Handy, Cicely v. Sanofi US LLC, et al | 2:17-cv-09639 |
| Hartzog, Glorious v. Sanofi US LLC, et al | 2:16-cv-15400 |
| Hatcher, Lugenia v. Sanofi US LLC, et al | 2:16-cv-17045 |
| Hawkins, Ethel v. Sanofi US LLC, et al | 2:16-cv-17188 |
| Henly, Debra v. Sanofi US LLC, et al | 2:17-cv-09604 |
| Higgins, Brenda v. Sanofi US LLC, et al | 2:16-cv-15605 |
| Hogue, Barbara v. Sanofi US LLC, et al | 2:17-cv-08566 |
| Hudson, Mary Louise v. Sanofi US LLC, et al | 2:16-cv-17026 |
| Imber, Mindy v. Sanofi US LLC, et al | 2:17-cv-08565 |
| Jansson, Elizabeth v. Sanofi US LLC, et al | 2:17-cv-08986 |
| Jermany, Lakeisha v. Sanofi US LLC, et al | 2:17-cv-08679 |
| Johnson, Irma v. Sanofi US LLC, et al | 2:17-cv-08582 |
| Jones, Clara v. Sanofi US LLC, et al | 2:17-cv-02397 |
| Jones, Kathleen v. Sanofi US LLC, et al | 2:17-cv-09570 |
| Kella, Patricia v. Sanofi US LLC, et al | 2:17-cv-09577 |
| Kennedy, Cynthia v. Sanofi US LLC, et al | 2:16-cv-17196 |
| Lee, Felicia v. Sanofi US LLC, et al | 2:17-cv-06826 |
| Linton, Vanessa v. Sanofi US LLC, et al | 2:16-cv-15679 |
| Matthews, Rose v. Sanofi US LLC, et al | 2:17-cv-06623 |
| Mccaleb, Katherine v. Sanofi US LLC, et al | 2:16-cv-17189 |

| Matter Name | MDL Docket No. |
|---|---|
| Mclendon, Mary v. Sanofi US LLC, et al | 2:17-cv-07115 |
| Moore, Loretta v. Sanofi US LLC, et al | 2:16-cv-15842 |
| Munoz, Christy v. Sanofi US LLC, et al | 2:17-cv-08652 |
| Nash, Arecia v. Sanofi US LLC, et al | 2:17-cv-07661 |
| Nickerson, Cheryl v. Sanofi US LLC, et al | 2:17-cv-09736 |
| Nicklus, Elizabeth v. Sanofi US LLC, et al | 2:17-cv-09306 |
| Nolen, Jean v. Sanofi US LLC, et al | 2:17-cv-08718 |
| Penn, Lydia v. Sanofi US LLC, et al | 2:16-cv-15681 |
| Powell, Tawonna v. Sanofi US LLC, et al | 2:16-cv-17509 |
| Pratt, Ruby v. Sanofi US LLC, et al | 2:17-cv-09790 |
| Reeder, Susan v. Sanofi US LLC, et al | 2:17-cv-08625 |
| Renner, Margaret v. Sanofi US LLC, et al | 2:17-cv-08968 |
| Rhodes, Billie v. Sanofi US LLC, et al | 2:17-cv-08631 |
| Rich, Mary v. Sanofi US LLC, et al | 2:17-cv-09731 |
| Richardson, Regina v. Sanofi US LLC, et al | 2:17-cv-09400 |
| Robinson, Morris v. Sanofi US LLC, et al | 2:16-cv-16243 |
| Scott, Ellen v. Sanofi US LLC, et al | 2:16-cv-15472 |
| Shelton, Renee v. Sanofi US LLC, et al | 2:17-cv-09367 |
| Smith, Pamela v. Sanofi US LLC, et al | 2:16-cv-15398 |
| Stewart, Connalita v. Sanofi US LLC, et al | 2:17-cv-06860 |
| Taylor, Sharon v. Sanofi US LLC, et al | 2:17-cv-09665 |
| Terry, Teresa v. Sanofi US LLC, et al | 2:16-cv-17238 |
| Trave, Celeste v. Sanofi US LLC, et al | 2:17-cv-07577 |
| Valencia, Sonia v. Sanofi US LLC, et al | 2:16-cv-15497 |
| Ward, Delores v. Sanofi US LLC, et al | 2:17-cv-06917 |
| Werning, Lara v. Sanofi US LLC, et al | 2:16-cv-17169 |
| Williams Andrews, Shari v. Sanofi US LLC, et al | 2:17-cv-08579 |
| Wilson, Estoria v. Sanofi US LLC, et al | 2:16-cv-15676 |
| Wilson, Frankie v. Sanofi US LLC, et al | 2:17-cv-06721 |
| Yoder, Dana v. Sanofi US LLC, et al | 2:17-cv-06230 |
| Yoho, Julie v. Sanofi US LLC, et al | 2:17-cv-04125 |