# EXHIBIT 5

Deficiency – No Response (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
| --- | --- |
| Adams v. Hospira Worldwide, LLC | 2:16-cv-15325 |
| Allen v. Sanofi S.A. et al | 2:16-cv-17203 |
| Anderson v. Sanofi S.A. et al | 2:16-cv-17237 |
| Bentley v. Sanofi S.A., et al. | 2:16-cv-17501 |
| Boenau v. Sanofi S.A. et al | 2:17-cv-6831 |
| Brown v. Sanofi S.A. et al | 2:17-cv-09640 |
| Burks v. Sanofi, et al. | 2:17-cv-1738 |
| Chidester v. Sandoz, Inc | 2:17-cv-08318 |
| Daniels v. Sanofi S.A. et al | 2:17-cv-05275 |
| Douglas et al v. Sanofi S.A. et al | 2:17-cv-09638 |
| Dungka v. Sanofi S.A. et al | 2:17-cv-09434 |
| Dunmon-Butler v. Sanofi S.A. et al | 2:17-cv-09754 |
| Dwight v. Sanofi S.A., et al. | 2:17-cv-08563 |
| Farmer v. Sanofi S.A. et al | 2:17-cv-09583 |
| Fowler et al v. Sandoz, Inc. | 2:17-cv-08944 |
| Graham et al v. Sanofi S.A. et al | 2:17-cv-09592 |
| Hall v. Sanofi S.A. et al | 2:16-cv-17176 |
| Henly v. Sanofi S.A. et al | 2:17-cv-09604 |
| Hester v. Sanofi S.A. et al | 2:17-cv-9082 |
| Hildreth v. Sanofi S.A. et al | 2:17-cv-09911 |
| Hoard v. Sanofi S.A. et al | 2:17-cv-09697 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-08713 |
| Jennings v. Sanofi S.A. et al | 2:17-cv-07266 |
| Jermany v. Sanofi S.A. et al | 2:17-cv-08679 |
| Jones v. Sanofi S.A. et al | 2:17-cv-09570 |
| Kasamis v. Sanofi S.A. et al | 2:17-cv-10091 |
| Key v. Sanofi S.A. et al | 2:17-cv-01951 |
| Kimbrough v. Hospira, Inc. et al | 2:17-cv-6704 |
| Ludwig v. Sanofi SA, et al | 2:17-cv-09139 |
| Miller v. Sandoz, Inc. | 2:17-cv-08251 |
| Molt v. Sanofi S.A., et al. | 2:17-cv-08883 |
| Morrow v. Sandoz Inc. | 2:17-cv-08385 |
| Moultrie v. Hospira Worldwide, LLC et al | 2:17-cv-8414 |
| Murphree v. Hospira Worldwide, LLC et al | 2:17-cv-8422 |
| Nash v. Sanofi S.A., et al. | 2:17-cv-07661 |
| Nichols v. Sandoz Inc. et al | 2:17-cv-8485 |
| Nichols v. Sandoz Inc. et al | 2:17-cv-08485 |
| Nicklus v. Sanofi S.A. et al | 2:17-cv-09306 |

| Matter Name | MDL Docket No. |
|---|---|
| Nolen et al v. Sanofi S.A. et al | 2:17-cv-08718 |
| Porter v. Hospira, Inc. et al | 2:17-cv-8958 |
| Quasdorf v. Sanofi S.A. et al | 2:17-cv-8964 |
| Ray v. Sanofi S.A. et al | 2:17-cv-9119 |
| Ray v. Sanofi S.A. et al | 2:17-cv-08967 |
| Reeder v. Sanofi SA, et al | 2:17-cv-08625 |
| Renner v. Sanofi S.A. et al | 2:17-cv-08968 |
| Richardson et al v. Sanofi S.A. et al | 2:17-cv-09400 |
| Rothwell v. Sanofi S.A. et al | 2:17-cv-09882 |
| Samuels v. Sanofi S.A. et al | 2:16-cv-17216 |
| Sanchez v. Sanofi S.A. et al | 2:17-cv-09606 |
| Schey v. Sandoz Inc. et al | 2:17-cv-9002 |
| Smith v. Sanofi S.A. et al | 2:17-cv-06293 |
| Stratton v. Sanofi S.A. et al | 2:17-cv-07220 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-09665 |
| Thibodeaux v. Sanofi S.A. et al | 2:17-cv-6338 |
| Watts v. Sandoz Inc. | 2:17-cv-10402 |
| White vs. Sanofi S.A. et al | 2:16-cv-17485 |
| Whitehead v. Sanofi S.A. et al | 2:17-cv-10447 |
| Williams v. Sanofi S.A. et al | 2:17-cv-10165 |
| Williams v. Sanofi S.A. et al | 2:17-cv-08960 |
| Williams-Andrews v. Sanofi S.A. et al | 2:17-cv-08579 |