# EXHIBIT 6

Substantially Deficient (505(b)(2) Defendants)

| Matter Name | MDL Docket No. |
|---|---|
| Adams v. Hospira Worldwide, LLC | 2:16-cv-15325 |
| Baxter v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-01502 |
| Bentley v. Sanofi S.A., et al. | 2:16-cv-17501 |
| Boenau v. Sanofi S.A. et al | 2:17-cv-6831 |
| Bradley v. Hospira Worldwide, Inc. et al | 2:16-cv-2740 |
| Brown v. Hospira Worldwide, Inc. | 2:17-cv-5594 |
| Cheevers v. Hospira Worldwide, Inc. et al | 2:17-cv-5911 |
| Christine Nixon v. Accord Healthcare, Inc., et al. | 2:17-cv-08496 |
| Coleman v. Sanofi S.A. et al | 2:17-cv-06202 |
| Cook v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17980 |
| Dillon v. Sanofi, et al. | 2:17-cv-3751 |
| Donie Hughes v. Accord Healthcare, Inc. | 2:17-cv-06564 |
| Dreuitt v. Sandoz, Inc. | 2:17-cv-05944 |
| Garner v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16803 |
| Goodson v. Sandoz, Inc. | 2:17-cv-06240 |
| Harvey v. Sanofi S.A. et al | 2:17-cv-6558 |
| Heather Mushrush v. Accord Healthcare Inc., et al. | 2:17-cv-08434 |
| Hester v. Sanofi S.A. et al | 2:17-cv-9002 |
| Howard v. Sanofi U.S. Services, Inc., et al | 2:17-cv-06016 |
| Kimbrough v. Hospira, Inc. et al | 2:17-cv-6704 |
| Lewis v. Hospira Worldwide, Inc. et al | 2:17-cv-6889 |
| Listermann et al v. Hospira Worldwide, LLC et al | 2:17-cv-7182 |
| Lorna Dennis-Parker & Quintin Parker v. Accord Healthcare, Inc. | 2:17-cv-05943 |
| Lyles v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-16773 |
| Maddox v. Sanofi S.A. et al | 2:17-cv-9739 |
| Miller v. Sanofi, et al. | 2:17-cv-3769 |
| Moultrie v. Hospira Worldwide, LLC et al | 2:17-cv-8414 |
| Murphree v. Hospira Worldwide, LLC et al | 2:17-cv-8422 |
| Barbara Navy, et al. v. Sanofi S.A., et al. | 2:17-cv-8588 |
| Nichols v. Sandoz Inc. et al | 2:17-cv-8485 |
| Patricia Mayhan v. Sanofi S.A., et al. | 2:17-cv-06557 |
| Porter v. Sandoz Inc. et al | 2:17-cv-8958 |
| Prince v. Sanofi-Aventis U.S. LLC et al | 2:16-cv-17801 |
| Richie v. Accord Healthcare, Inc., et al. | 2:17-cv-11334 |
| Rivers v. Sanofi S.A. et al | 2:17-cv-00862 |
| Thomas v. Hospira, Inc. et al | 2:17-cv-9458 |
| Thomas v. Sanofi S.A., et al. | 2:17-cv-01732 |
| Tullie-Davis v. Sanofi S.A., et al. | 2:17-cv-07770 |
| Wood et al v. Sanofi S.A. et al | 2:17-cv-6733 |