# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tawana Bennett v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-14737 | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tawana Bennett, respectfully moves for leave to file a reply to Defendants' Opposition To Plaintiff's Motion For Voluntary Dismissal With Prejudice (Doc. 1946).

Counsel for Ms. Bennett regrets any inconvenience to the Court with this reply, which is intended to demonstrate that Ms. Bennett made efforts to conduct an investigation into the basic facts at issue before her claim was filed by counsel.

Plaintiff respectfully moves this Court to grant leave to file a reply to Defendants' Opposition To Plaintiff's Motion For Voluntary Dismissal With Prejudice, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, Counsel respectfully requests that the Court take Plaintiff's efforts into consideration and grant Plaintiff's Motion for Voluntary Dismissal.

Respectfully submitted,

  /s/ Leslie LaMacchia

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2018, I electronically filed the above document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Leslie LaMacchia*