# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tawana Bennett v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-14737 | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff, Tawana Bennett, will submit the accompanying Motion for Leave to File a Reply to Defendants' Opposition To Plaintiff's Motion For Voluntary Dismissal With Prejudice on the 25th day of April, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

Respectfully submitted,

  /s/ Leslie LaMacchia

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 4, 2018, I electronically filed the above document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

           */s/ Leslie LaMacchia*