UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Tawana Bennett v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-14737 | HON. KURT D. ENGELHARDT |

**ORDER ON MOTION FOR LEAVE TO FILE
A REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE**

Upon Plaintiff's Motion for Leave to File a Reply To Defendants' Opposition To Plaintiff's Motion For Voluntary Dismissal With Prejudice, and for good cause shown, it is hereby Ordered that Motion is GRANTED and, attached as a proposed pleading to the Motion for Leave to File, is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2018

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE