## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tawana Bennett v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-14737 | |

### PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tawana Bennett, respectfully appears to show why her lawsuit should be dismissed with prejudice without any assessed attorneys' fees, costs or sanctions.

Ms. Bennett is a citizen and resident of the State of Indiana. Indiana is a two year discovery rule state in which a Plaintiff has two years "from the date that plaintiff knew or should have discovered that she suffered and injury or impingement, and that it was caused by the product or act of another." *Allied Resin Corp. v. Waltz*, 574 N.E. 2d 913, 915 (Ind. 1991); *See also*, *Degussa v. Mullens*, 744 N.E. 2d 407 (Ind. 2001). Ms. Bennett filed her case on December 5, 2017 alleging that Taxotere caused her permanent hair loss and/or alopecia. Ms. Bennett's case was filed to protect her rights against any statute of limitations issue, as the Food and Drug Administration ordered on December 11, 2015 that the warning label for Taxotere was to be updated to include risks for permanent hair loss or alopecia.

## ARGUMENT

Plaintiff's counsel worked with Ms. Bennett prior to the filing of her lawsuit in an attempt to obtain product identification information. In October 2017 and December 2017, Plaintiff's counsel sent Ms. Bennett letters requesting product identification information from her oncologist and/or infusion treatment center. Ms. Bennett was not able to obtain the product identification information until January 11, 2018. *See* **Exhibit 1**. However, because this information had not yet been received in Plaintiff's counsel's office, on January 30, 2018, Plaintiff's counsel sent a letter request to Ms. Bennett's oncologist requesting production identification information. However, on February 12, 2018, Plaintiff's counsel received the product identification information from Ms. Bennett via first class mail. This information indicated that she was only treated with Taxol/Paclitaxel, a different type of taxane. Immediately that day, Plaintiff's counsel notified Defendants of such product identification and subsequently requested to file a Stipulation of Dismissal With Prejudice. Defendants opposed this, forcing Plaintiff to file a Motion for Voluntary Dismissal With Prejudice.

Plaintiff did not in bad faith file her claim prior to receiving product identification information. Plaintiff reasonably believed she was treated with Taxotere and thus, Plaintiff's Counsel appropriately filed a lawsuit on her behalf prior to December 11, 2017 in order to protect her legal rights against the manufacturers of Taxotere based on Indiana's statute of limitations. Simply because Ms. Bennett was incorrect, does not mean she acted in bad faith.

Furthermore, Defendants did not offer Plaintiffs (or the Plaintiffs Steering Committee) a tolling agreement so there are many instances wherein Plaintiffs' counsel had to file a case without actual proof of product identification in order to protect their clients' legal rights under their client's state statute. Plaintiff Bennett had no other choice but to file a claim in order to preserve

any and all legal rights against the manufacturer(s) of the Taxotere.

Plaintiff respectfully moves this Court to dismiss her claim with prejudice without assessed attorneys' fees, costs or sanctions, as Ms. Bennett acted in good faith, attempted to obtain product identification information, and filed her claim prior to the running of any potential statute of limitations imposed by her state of residence.

Respectfully submitted,

 /s/ Leslie LaMacchia

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2018, I electronically filed the above document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Leslie LaMacchia*

# Exhibit 1

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Tawana Bennett

DATE OF BIRTH: 7/31/76          SSN: ___/___/0248

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

☒ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

PATIENT ☒ WAS  ☐ WAS NOT ADMINISTERED TAXOL/PACLILTAXEL

Taxol - early 2008
___/___/___  DATE OF FIRST TREATMENT

___/___/___  DATE OF LAST TREATMENT

# OF DOSES: 3 (approx)

SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER

NAME OF PRACTICE/INFUSION CENTER: Univ. of Chicago Medicine

PRINTED NAME & TITLE OF REPRESENTATIVE: Philip C. Hoffman

ADDRESS: 5841 S. Maryland Ave

DATE: 1/11/18

CITY, STATE, ZIP: Chicago IL 60637