MINUTE ENTRY
NORTH, M.J.
APRIL 4, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

　　　　The Court held a follow-up telephone conference with counsel for the parties.

　　　　PARTICIPATING:　　Dawn Barrios　　　Douglas Moore.

　　　　As a result of discussions had and rulings made during the previous discovery status conference on March 28, 2018, the Court hereby amends Case Management Order No. 3 (rec. doc. 669) to extend the following deadlines ONLY:

　　　　The deadline for second-phase discovery and additional fact witness depositions for use at the first trial is extended from April 20, 2018 to **May 11, 2018**.

　　　　The deadline for delivery of Plaintiffs' written expert reports to Defendant is extended from May 4, 2018 to **May 18, 2018**.

　　　　The deadline for delivery of Defendant's written expert reports to Plaintiffs is extended from June 1, 2018 to **June 15, 2018**.

　　　　**All other deadlines remain in place and in effect.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:05)