UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| REBECCA MARTIN, | JUDGE ENGELHARDT |
| Plaintiff(s), | MAG. JUDGE NORTH |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; SANDOZ, INC.; ACCORD HEALTH CARE, INC.; MCKESSON CORPORATION D/B/A MCKESSON PACKAGING; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC F/K/A CARACO PHARMACEUTICAL LABORATORIES, LTD.; PFIZER, INC.; ACTAVIS, LLC F/K/A ACTAVIS, INC., ACTAVIS PHARMA, INC.; WINTHROP; Defendant(s). | Civil Action No.: 2:17-cv-17298 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and in compliance with Case Management Order 12, hereby voluntarily dismisses, with prejudice, all claims asserted in the above captioned action against Defendants SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; SANDOZ, INC.; ACCORD HEALTH CARE, INC.; MCKESSON CORPORATION D/B/A MCKESSON PACKAGING; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC F/K/A CARACO PHARMACEUTICAL LABORATORIES, LTD.; PFIZER, INC.; ACTAVIS, LLC F/K/A ACTAVIS, INC., ACTAVIS PHARMA, INC.; and WINTHROP. Each party to bear its own attorneys' fees and costs.

Plaintiff will continue her claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.

1

The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Notice of Voluntary Dismissal With Prejudice.

This Notice of Voluntary Dismissal With Prejudice is being filed after undersigned counsel sought consent or opposition from all presently named Defendants, and received consent from all presently named Defendants or received no notice of opposition after fourteen (14) days.

By: */s/ Kristie L. Fischer*
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

## CERTIFICATE OF COUNSEL

The undersigned certifies that on March 8, 2018, counsel for Plaintiff contacted, in writing, counsel for all presently named Defendants for consent or opposition to Plaintiffs' proposed Notice of Voluntary Dismissal With Prejudice; that counsel for Plaintiff received consent from all presently named Defendants or waited fourteen (14) days and received no notice of opposition.

_____
Kristie L. Fischer (NV Bar No. 11693)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 5, 2018

Respectfully submitted,

_____
Kristie L. Fischer (NV Bar No. 11693)
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com