# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LIITGATION | : : : | MDL NO. 2740 |
| Betty Sinegal, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No.: 2:16-cv-17584 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC et al., | : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Lourdes Oncology Associates.

Respectfully submitted this the 5th day of April, 2018.

                                              WHITFIELD BRYSON & MASON, LLP

                                              */s/ Daniel K. Bryson*
                                              Daniel K. Bryson
                                              NC State Bar: 15781
                                              John Hunter Bryson
                                              NC State Bar: 50602
                                              PO Box 12638
                                              Raleigh, NC 27605
                                              Telephone: 919-600-5000
                                              Facsimile: 919-600-5035
                                              Email: dan@wbmllp.com
                                              Email: hunter@wbmllp.com
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5th 2018, a copy of the foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC 400
Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@guinnemanuel.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-taxotere-prodid@gtlaw.com

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

noproductid@shb.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State Street
Boston, MA 02109
docenoprodid@hinshawlaw.com

Sheryl Ritter
Kimberly L. Beck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
sritter@ulmer.com
kbeck@ulmer.com

                                        */s/ Daniel K. Bryson*
                                        Daniel K. Bryson