## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LIITGATION | : : : | MDL NO. 2740 |
| Rolanda Kendrick, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No.: 2:17-cv-13442 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc, et al., | : : : | |
| Defendants. | : | |

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Dr. Mark O'Rourke, GHS Cancer Institute, Greenville Health System.

Respectfully submitted this the 5th day of April, 2018.

WHITFIELD BRYSON & MASON, LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
NC State Bar: 15781
John Hunter Bryson
NC State Bar: 50602
PO Box 12638
Raleigh, NC 27605
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5th 2018, a copy of the foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC 400 Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@guinnemanuel.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-taxotere-prodid@gtlaw.com

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
noproductid@shb.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State Street
Boston, MA 02109
docenoprodid@hinshawlaw.com

Sheryl Ritter
Kimberly L. Beck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
sritter@ulmer.com
kbeck@ulmer.com

                                              */s/ Daniel K. Bryson*
                                              Daniel K. Bryson