## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                             SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Rosozena Hockaday-Adams
Case No.: 16-cv-15563

---

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED SHORT FORM COMPLAINT

---

**NOW COMES** Plaintiff Rosozena Hockaday-Adams, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.  Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: April 6, 2018              **JOHNSON BECKER, PLLC**

                                 /s/ Alexandra W. Robertson
                                 Alexandra W. Robertson, Esq. MN Bar #395619
                                 Timothy J. Becker, Esq. MN Bar #256663
                                 Johnson Becker, PLLC
                                 444 Cedar Street, Suite 1800
                                 St. Paul, Minnesota 55101
                                 (612) 436-1800 (telephone)
                                 arobertson@johnsonbecker.com
                                 tbecker@johnsonbecker.com

                                 **Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that April 6, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson