| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 1 | Abrams, Linda | OH | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Abrams, Linda (BER-L-8388-17) (December 7, 2017) | N/A |
| 2 | Alawar, Ferial | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Alawar, Ferial (BER-L-8403-17) (December 7, 2017) | N/A |
| 3 | Anderson, Cathy | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Anderson, Cathy (BER-L-8405-17) (December 7, 2017) | N/A |
| 4 | Anderson, Jerry | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Anderson, Jerry (BER-L-8410-17) (December 7, 2017) | N/A |
| 5 | Anderson, Loretta | MO | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Anderson, Loretta (BER-L-8414-17) (December 7, 2017) | N/A |
| 6 | Anderson, Rose | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Anderson, Rose (BER-L-8417-17) (December 7, 2017) | N/A |
| 7 | Anderson, Virgie | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | N/A | N/A |
| 8 | Argel, Gloria | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | Argel, Gloria (2:17-cv-16601) (December 11, 2017) | N/A | N/A |
| 9 | Belin, Carolyn | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | Belin, Carolyn (BER-L-8438-17) (December 7, 2017) | N/A |
| 10 | Benjamin, Harriet | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | Benjamin, Harriet (BER-L-8443-17) (December 7, 2017) | N/A |
| 11 | Bernett, Sally | MS | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | Bernett, Sally (BER-L-8456-17) (December 7, 2017) | N/A |
| 12 | Bloom, Janet | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | N/A | N/A |
| 13 | Bonb, Judy | MN | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Bonb, Judy (BER-L-8464-17) (December 7, 2017) | N/A |
| 14 | Bounds, Geneva | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Bounds, Geneva (BER-L-8466-17) (December 7, 2017) | N/A |
| 15 | Breaux, Beverly | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Breaux, Beverly (BER-L-8468-17) (December 7, 2017) | N/A |
| 16 | Broadie, Linda | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Broadie, Linda (BER-L-8369-17) (December 7, 2017) | N/A |
| 17 | Brown, Renisha | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | N/A | N/A |
| 18 | Brown, Vanetta | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | N/A | N/A |
| 19 | Bruner, Phyllis | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | N/A | N/A |
| 20 | Buckley, Della | MS | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Buckley, Della (BER-L-8374-17) (December 7, 2017) | N/A |
| 21 | Bunche, Helen | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Bunche, Helen (BER-L-8375-17) (December 7, 2017) | N/A |
| 22 | Carroll, Francis | PA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carroll, Francis (BER-L-8397-17) (December 7, 2017) | N/A |
| 23 | Carroll, Linda | CT | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carroll, Linda (BER-L-8404-17) (December 7, 2017) | N/A |
| 24 | Carson, Clara | FL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carson, Clara (BER-L-8412-17) (December 7, 2017) | N/A |
| 25 | Carter, Brenda | DC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carter, Brenda (BER-L-8425-17) (December 7, 2017) | N/A |
| 26 | Carter, Mary | IN | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carter, Mary (BER-L-8433-17) (December 7, 2017) | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 27 | Carter, Paulette | PA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carter, Paulette (BER-L-8439-17) (December 7, 2017) | N/A |
| 28 | Chambers, Juanita | MO | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Chambers, Juanita (BER-L-8477-17) (December 7, 2017) | N/A |
| 29 | Chapman, Cynthia | WI | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Chapman, Cynthia (BER-L-8482-17) (December 7, 2017) | |
| 30 | Charette, Gloria | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Charette, Gloria (BER-L-8487-17) (December 7, 2017) | N/A |
| 31 | Charleston, Mary | FL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Charleston, Mary (BER-L-8496-17) (December 7, 2017) | N/A |
| 32 | Clark, Melody | IN | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Clark, Melody (BER-L-8498-17) (December 7, 2017) | N/A |
| 33 | Collins, Mary | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Collins, Mary (BER-L-8501-17) (December 7, 2017) | N/A |
| 34 | Conway, Ashley | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Conway, Ashley (BER-L-8607-17) (December 8, 2017) | N/A |
| 35 | Crafton, Maxine | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Crafton, Maxine (BER-L-8612-17) (December 8, 2017) | N/A |
| 36 | Creech, Dawn | NV | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Creech, Dawn (BER-L-8615-17) (December 8, 2017) | N/A |
| 37 | Crockett, Christianna | OK | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Crockett, Christianna (BER-L-8617-17) (December 8, 2017) | N/A |
| 38 | Crosby, Vivian | MO | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Crosby, Vivian (BER-L-8620-17) (December 8, 2017) | N/A |
| 39 | Crumblin, Carol | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | N/A | N/A |
| 40 | Dankins, Yolanda | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Dankins, Yolanda (BER-L-8625-17) (December 8, 2017) | N/A |
| 41 | Dantzler, Sandra | AZ | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Dantzler, Sandra (BER-L-8630-17) (December 8, 2017) | N/A |
| 42 | Davenport, Mary | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Davenport, Mary (BER-L-8632-17) (December 8, 2017) | N/A |
| 43 | Davis, Dorothy | DC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Davis, Dorothy (BER-L-8635-17) (December 8, 2017) | N/A |
| 44 | Davis, Jennifer | GA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Davis, Jennifer (BER-L-8637-17) (December 8, 2017) | N/A |
| 45 | Davis, Luwanda | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | N/A | N/A |
| 46 | Davis, Regina | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Davis, Regina (BER-L-8639-17) (December 8, 2017) | N/A |
| 47 | Davis, Ruby | GA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Davis, Ruby (BER-L-8642-17) (December 8, 2017) | N/A |
| 48 | Dixon, Charmaine | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Dixon, Charmaine (BER-L-8646-17) (December 8, 2017) | N/A |
| 49 | Dixon, Dorothy | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Dixon, Dorothy (BER-L-8647-17) (December 8, 2017) | N/A |
| 50 | Dixon, Selina | OH | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Dixon, Selina (BER-L-8648-17) (December 8, 2017) | N/A |
| 51 | Dupree, Phyllis | NJ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | Dupree, Phyllis (BER-L-8649-17) December 8, 2017) | N/A |
| 52 | Edwards, Jennifer | MN | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Edwards, Jennifer (BER-L-8650-17) (December 8, 2017) | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 53 | Enwright, Georgette | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Enwright, Georgette (BER-L-8651-17) (December 8, 2017) | N/A |
| 54 | Estes, Carolyn | AZ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Estes, Carolyn (BER-L-8653-17) (December 8, 2017) | N/A |
| 55 | Farrington, Erma | NC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Farrington, Erma (BER-L-8655-17) (December 8, 2017) | N/A |
| 56 | Faulkner, Mary | GA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Faulkner, Mary (BER-L-8657-17) (December 8, 2017) | N/A |
| 57 | Foster, Martha | AK | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Foster, Martha (BER-L-8658-17) (December 8, 2017) | N/A |
| 58 | Fox, Dollethea | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 59 | Fridia, Audrey | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Fridia, Audrey (BER-L-8660-17) (December 8, 2017) | N/A |
| 60 | Fullmore, Linda | GA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Fullmore, Linda (BER-L-8661-17) (December 8, 2017) | N/A |
| 61 | Garza, Mikki | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Garza, Mikki (BER-L-8663-17) (December 8, 2017) | N/A |
| 62 | Gerber, Jeannie | WV | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gerber, Jeannie (BER-L-8664-17) (December 8, 2017) | N/A |
| 63 | Gervin, Pamela | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gervin, Pamela (BER-L-8666-17) (December 8, 2017) | N/A |
| 64 | Gibbs, Verthavia | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 65 | Gibson, Ramona | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 66 | Gill, Phyllis | FL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gill, Phyllis (BER-L-8667-17) (December 8, 2017) | N/A |
| 67 | Givens, Shanna | NJ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | Givens, Shanna (BER-L-8669-17) (December 8, 2017) | N/A |
| 68 | Gore, Sallie | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gore, Sallie (BER-L-8670-17) (December 8, 2017) | N/A |
| 69 | Grant, Shelby | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Grant, Shelby (BER-L-8671-17) (December 8, 2017) | N/A |
| 70 | Green, Amelia | IL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| 71 | Greer, Robyn | OK | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Greer, Robyn (BER-L-8672-17) (December 8, 2017) | N/A |
| 72 | Gunn, Charlotte | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gunn, Charlotte (BER-L-8673-17) (December 8, 2017) | N/A |
| 73 | Gurney, Tanya | FL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gurney, Tanya (BER-L-8674-17) (December 8, 2017) | N/A |
| 74 | Hadley, Dorcille | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hadley, Dorcille (BER-L-8675-17) (December 8, 2017) | N/A |
| 75 | Hamner, Glenda | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hamner, Glenda (BER-L-8344-17) (December 7, 2017) | N/A |
| 76 | Harcourt, Beverly | IA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Harcourt, Beverly (BER-L-8347-17) (December 7, 2017) | N/A |
| 77 | Hawkins, Betty | MD | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hawkins, Betty (BER-L-8349-17) (December 7, 2017) | N/A |
| 78 | Hearne, Nancy | LA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hearne, Nancy (BER-L-8351-17) (December 7, 2017) | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 79 | Hevener, Adelfa | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 80 | Holloway, Movell | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Holloway, Movell (BER-L-8358-17) (December 7, 2017) | N/A |
| 81 | Hosney, Bendetta | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hosney, Bendetta (BER-L-8362-17) (December 7, 2017) | N/A |
| 82 | Jackson, Annie | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jackson, Annie (BER-L-8366-17) (December 7, 2017) | N/A |
| 83 | Jackson, Peggy | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jackson, Peggy (BER-L-8380-17) (December 7, 2017) | N/A |
| 84 | Jackson, Wanda | TN | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jackson, Wanda (BER-L-8382-17) (December 7, 2017) | N/A |
| 85 | Jacobs, Anita | MD | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jacobs, Anita (BER-L-8384-17) (December 7, 2017) | N/A |
| 86 | Jefferson Thrower, Arlene | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 87 | Johnson, Cassandra | GA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Johnson, Cassandra (BER-L-8389-17) (December 7, 2017) | N/A |
| 88 | Johnson, Tanya | MD | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Johnson, Tanya (BER-L-8394-17) (December 7, 2017) | N/A |
| 89 | Jolla, Deborah | AZ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jolla, Deborah (BER-L-8402-17) (December 7, 2017) | N/A |
| 90 | Jones, Lillie | IN | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jones, Lillie (BER-L-8406-17) (December 7, 2017) | N/A |
| 91 | Kemp, Cledell | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Kemp, Cledell (BER-L-8428-17) (December 7, 2017) | N/A |
| 92 | Lackey, Marie | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 93 | Lamb, Angela | FL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Lamb, Angela (BER-L-8467-17) (December 7, 2017) | N/A |
| 94 | Lance, Gwen | NC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Lance, Gwen (BER-L-8470-17) (December 7, 2017) | N/A |
| 95 | Lester, Racine | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Lester, Racine (BER-L-8474-17) (December 7, 2017) | N/A |
| 96 | Maxwell, Shauntel | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 97 | McClinton, Felicia | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Mcclinton, Felicia (BER-L-8495-17) (December 7, 2017) | N/A |
| 98 | Meece, Brittany | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Meece, Brittany (BER-L-8497-17) (December 7, 2017) | N/A |
| 99 | Mendoza, Kimberly | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| 100 | Meyers, Deborah | CO | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Meyers, Deborah (BER-L-8540-17) (December 8, 2017) | N/A |
| 101 | Moore, Sheila | SC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Moore, Sheila (BER-L-8543-17) (December 8, 2017) | N/A |
| 102 | Morgan, Gayla | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 103 | Morris, Sylvia | WI | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Morris, Sylvia (BER-L-8546-17) (December 8, 2017) | N/A |
| 104 | Mosley, Evelyn | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 105 | Mossman, Linda | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Mossman, Linda (BER-L-8549-17) (December 8, 2017) | N/A |
| 106 | Mundell, Martha | MD | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Mundell, Martha (BER-L-8550-17) (December 8, 2017) | N/A |
| 107 | Namishia, Anne | TN | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Namishia, Anne (BER-L-8555-17) (December 8, 2017) | N/A |
| 108 | Nava, Lori | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | Nava, Lori (2:17-cv-16185) (December 9, 2017) | Nava, Lori (BER-L-8556-17) (December 8, 2017) | N/A |
| 109 | Nelum, Kelly | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 110 | Nichols, Patricia | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 111 | Owens, Sheila | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Owens, Sheila (BER-L-8582-17) (December 8, 2017) | N/A |
| 112 | Pam, Delilah | GA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | Pam, Delilah (2:17-cv-10003) (October 3, 2017) | N/A | N/A |
| 113 | Patterson, Denise | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 114 | Pavkovich, Charlene | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 115 | Peaches, Bernice | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Peaches, Bernice (BER-L-8589-17) (December 8, 2017) | N/A |
| 116 | Phelps, Carla | AL | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Phelps, Carla (BER-L-8595-17) (December 8, 2017) | N/A |
| 117 | Pinkney, Roslynn | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Pinkney, Roslynn (BER-L-8598-17) (December 8, 2017) | N/A |
| 118 | Potter, Joyce | NE | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Potter, Joyce (BER-L-8599-17) (December 8, 2017) | N/A |
| 119 | Prag, Theresa | NY | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Prag, Theresa (BER-L-8346-17) (December 7, 2017) | N/A |
| 120 | Rivers, Sheila | SC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Rivers, Sheila (BER-L-8363-17) (December 7, 2017) | N/A |
| 121 | Roberts, Lilian | NC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Roberts, Lilian (BER-L-8364-17) (December 7, 2017) | N/A |
| 122 | Robinson, Brenda | GA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Robinson, Brenda (BER-L-8370-17) (December 7, 2017) | N/A |
| 123 | Robinson, Janette | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Robinson, Janette (BER-L-8372-17) (December 7, 2017) | N/A |
| 124 | Robinson, Taisha | FL | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Robinson, Taisha (BER-L-8373-17) (December 7, 2017) | N/A |
| 125 | Rodgers, Cynthia | MO | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Rodgers, Cynthia (BER-L-8571-17) (December 8, 2017) | N/A |
| 126 | Ruby, Susan | CO | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ruby, Susan (BER-L-8393-17) (December 7, 2017) | N/A |
| 127 | Ruggeri, Winifred | FL | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ruggeri, Winifred (BER-L-8395-17) (December 7, 2017) | N/A |
| 128 | Rupp, Paula | KS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Rupp, Paula (BER-L-8398-17) (December 7, 2017) | N/A |
| 129 | Schofield, Valencia | GA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Schofield, Valencia (BER-L-8409-17) (December 7, 2017) | N/A |
| 130 | Scott, Theresia | NE | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Scott, Theresia (BER-L-8415-17) (December 7, 2017) | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 131 | Seabrooks, Valerie | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | Seabrooks, Valerie (2:17-cv-07877) (August 16, 2017) | N/A | N/A |
| 132 | Seldon, Gracie | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Seldon, Gracie (BER-L-8419-17) (December 7, 2017) | N/A |
| 133 | Shajahan, Saima | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 134 | Shirley, Joan | MT | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Shirley, Joan (BER-L-8423-17) (December 7, 2017) | N/A |
| 135 | Shorley, Barbara | MO | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Shorley, Barbara (BER-L-8431-17) (December 7, 2017) | N/A |
| 136 | Singh, Sylvia | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 137 | Singletary, Claudine | MD | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Singletary, Claudine (BER-L-8434-17) (December 7, 2017) | N/A |
| 138 | Smith, Jacqueline | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 139 | Snowden, Jacqueline | PA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Snowden, Jacqueline (BER-L-8447-17) (December 7, 2017) | N/A |
| 140 | Steptoe, Alisa | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 141 | Stewart, Valerie | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | Stewart, Valerie (2:17-cv-14587) (December 5, 2017) | Stewart, Valerie (BER-L-8452-17) (December 7, 2017) | N/A |
| 142 | Tate, Sharon | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| 143 | Tatum, Deborah | WI | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tatum, Deborah (BER-L-8455-17) (December 7, 2017) | N/A |
| 144 | Taylor, Barbara | NC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Taylor, Barbara (BER-L-8457-17) (December 7, 2017) | N/A |
| 145 | Thomas, Antonette | OH | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Thomas, Antonette (BER-L-8461-17) (December 7, 2017) | N/A |
| 146 | Thomas, Mary | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Thomas, Mary (BER-L-8462-17) (December 7, 2017) | N/A |
| 147 | Thornton, Mavis | PA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Thornton, Mavis (BER-L-8465-17) (December 7, 2017) | N/A |
| 148 | Tidwell, Alice | IN | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tidwell, Alice (BER-L-8538-17) (December 8, 2017) | N/A |
| 149 | Tillman, Betty | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tillman, Betty (BER-L-8539-17) (December 8, 2017) | N/A |
| 150 | Tucker, Betty | UT | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tucker, Betty (BER-L-8541-17) (December 8, 2017) | N/A |
| 151 | Acosta-Dominguez, Delma | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Acosta-Dominguez, Delma (BER-L-8473-17) (December 7, 2017) | N/A |
| 152 | Bing, Marilyn | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | N/A | N/A | Bing, Marilyn (BER-L-8481-17) (December 7, 2017) | N/A |
| 153 | Borovic, Diane | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Borovic, Diane (BER-L-8493-17) (December 7, 2017) | N/A |
| 154 | Burnham, Rose | MD | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Burnham, Rose (BER-L-8502-17) (December 7, 2017) | N/A |
| 155 | Campbell, Cheryl | WY | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Campbell, Cheryl (BER-L-8503-17) (December 7, 2017) | N/A |
| 156 | Cheves, Cecilia | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Cheves, Cecilia (BER-L-8505-17) (December 7, 2017) | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 157 | Clark, Antoinette | GA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Clark, Antoinette (BER-L-8506-17) (December 8, 2017) | N/A |
| 158 | Collins, Sonia | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Collins, Sonia (BER-L-8507-17) (December 8, 2017) | N/A |
| 159 | Conklin, Bianca | KS | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Conklin, Bianca (BER-L-8508-17) (December 8, 2017) | N/A |
| 160 | Daggs, Lynell | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Daggs, Lynell (BER-L-8509-17) (December 8, 2017) | N/A |
| 161 | Dwolakowski, Madeleine | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Dwolakowski, Madeleine (BER-L-8510-17) (December 8, 2017) | N/A |
| 162 | Gilyard, Karen | GA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Gilyard, Karen (BER-L-8511-17) (December 8, 2017) | N/A |
| 163 | Gorman, Nicole | MO | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Gorman, Nicole (BER-L-8513-17) (December 8, 2017) | N/A |
| 164 | Graves, Dawn | MD | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Graves, Dawn (BER-L-8514-17) (December 8, 2017) | N/A |
| 165 | Hunt-Bluford, Marjorie | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Hunt-Bluford, Marjorie (BER-L-8626-17) (December 8, 2017) | N/A |
| 166 | Jackson-Fortune, Gwendolyn | SC | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Jackson-Fortune, Gwendolyn (BER-L-8518-17) (December 8, 2017) | N/A |
| 167 | Johnson, Lenora | GA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Johnson, Lenora (BER-L-8519-17) (December 8, 2017) | N/A |
| 168 | Jones, Linda | PA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Jones, Linda (BER-L-8520-17) (December 8, 2017) | N/A |
| 169 | Jordan-Steele, Tracy | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Jordan-Steele, Tracy (BER-L-8521-17) (December 8, 2017) | N/A |
| 170 | Medler, Iva | CA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | N/A | N/A | N/A | N/A |
| 171 | Villegas, Eunice | CA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | N/A | N/A | N/A | N/A |
| 172 | Virts, Roberta | MD | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Virts, Roberta (BER-L-8569-17) (December 8, 2017) | N/A |
| 173 | Ward, Brenda | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ward, Brenda (BER-L-8574-17) (December 8, 2017) | N/A |
| 174 | Ward, Helen | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ward, Helen (BER-L-8576-17) (December 8, 2017) | N/A |
| 175 | Washington, Lejune | NY | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Washington, Lejune (BER-L-8580-17) (December 8, 2017) | N/A |
| 176 | Watson, Sharon | NY | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Watson, Sharon (BER-L-8583-17) (December 8, 2017) | N/A |
| 177 | Webster, Bonita | WI | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Webster, Bonita (BER-L-8584-17) (December 8, 2017) | N/A |
| 178 | White, Jean | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | White, Jean (BER-L-8586-17) (December 8, 2017) | N/A |
| 179 | Wilder, Debra | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Wilder, Debra (BER-L-8590-17) (December 8, 2017) | N/A |
| 180 | Williams, Dianne | MO | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Williams, Dianne (BER-L-8592-17) (December 8, 2017) | N/A |
| 181 | Boyland, Kathleen | NY | N/A | N/A | Boyland, Kathleen (2:17-cv-00793) (January 30, 2017) | Boyland, Kathleen (BER-L-8701-17) (December 11, 2017) | N/A |
| 182 | Daddino, Patricia | NY | N/A | N/A | Daddino, Patricia (2:17-cv-09642) (September 26, 2017) | Daddino, Patricia (BER-L-8703-17) (December 11, 2017) | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 183 | Fraser, Xiomara | NJ | N/A | N/A | Fraser, Xiomara (2:17-cv-05834) (January 3, 2017) | Fraser, Xiomara (BER-L-8631-17) (December 8, 2017) | N/A |
| 184 | Freeman, Adell | NJ | N/A | N/A | Freeman, Adell (2:18-cv-00691) (June 22, 2016) | Freeman, Adell (BER-L-8737-17) (December 11, 2017) | N/A |
| 185 | Hilton, Jill | NJ | N/A | N/A | Hilton, Jill (2:17-cv-15360) (December 7, 2017) | Hilton, Jill (BER-L-8628-17) (December 8, 2017) | N/A |
| 186 | Johnson, Roxann | CO | N/A | N/A | Johnson, Roxann (2:17-cv-12544) (November 15, 2017) | Johnson, Roxann (BER-L-8756-17) (December 12, 2017) | N/A |
| 187 | Kelly, Gloria | FL | N/A | N/A | N/A | Kelly, Gloria (BER-L-8426-17) (December 7, 2017) | Kelly, Gloria (N17C-11-194) (November 20, 2017) |
| 188 | McCallion, Kelly | NJ | N/A | N/A | McCallion, Kelly (2:17-cv-10157) (October 4, 2017) | McCallion, Kelly (BER-L-8743-17) (December 11, 2017) | N/A |
| 189 | Nelson, Brenda | NJ | N/A | N/A | Nelson, Brenda (2:18-cv-00713) (July 20, 2016) | Nelson, Brenda (BER-L-8744-17) (December 11, 2017) | N/A |
| 190 | Sanchez, Vicki | NJ | N/A | N/A | Sanchez, Vicki (2:18-cv-00698) (June 22, 2016) | Sanchez, Vicki (BER-L-8746-17) (December 11, 2017) | N/A |
| 191 | Sanders, Terri | NJ | N/A | N/A | Sanders, Terri (2:17-cv-16703) (December 11, 2017) | Sanders, Terri (BER-L-8407-17) (December 7, 2017); Sanders, Terri (BER-L-8627-17) (December 8, 2017) | N/A |
| 192 | Dougan, Frances | TX | N/A | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Dougan, Frances (BER-L-8613-17) (December 8, 2017) | N/A |
| 193 | Kocharian, Karine | NJ | N/A | N/A | N/A | Kocharian, Karine (BER-L-8707-17) (December 11, 2017); Kocharian, Karine (BER-L-8711-17) (December 11, 2017) | N/A |
| 194 | Mirabella, Lillian | SC | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Mirabella, Lillian (BER-L-8523-17) (December 8, 2017) | N/A |
| 195 | Pribbenow, Beverly | WI | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Pribbenow, Beverly (BER-L-8526-17) (December 8, 2017) | N/A |
| 196 | Purnell, Deborah | NJ | N/A | N/A | Purnell, Deborah (2:18-cv-01395) (February 9, 2018) | Purnell, Deborah (BER-L-8636-17) (December 8, 2017); Purnell, Deborah (BER-L-8757-17) (December 12, 2017) | N/A |
| 197 | Scott, Carole | PA | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Scott, Carole (BER-L-8528-17) (December 8, 2017) | N/A |
| 198 | Shular, Frances | SC | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Shular, Frances (BER-L-8619-17) (December 8, 2017) | N/A |
| 199 | Smith, Sharon | CT | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Smith, Sharon (BER-L-8529-17) (December 8, 2017) | N/A |
| 200 | Vincent, Jessica | AR | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Vincent, Jessica (BER-L-8532-17) (December 8, 2017) | N/A |
| 201 | Washington, Sharon | TX | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Washington, Sharon (BER-L-8533-17) (December 8, 2017) | N/A |
| 202 | Weems, Vicky | OK | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Weems, Vicky (BER-L-8535-17) (December 8, 2017) | N/A |
| 203 | Williams, Renee | DC | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Williams, Renee (BER-L-8593-17) (December 8, 2017) | N/A |
| 204 | Williams, Ruby | AR | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Williams, Ruby (BER-L-8594-17) (December 8, 2017) | N/A |
| 205 | Hicks, Lilly | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| 206 | Leach, Mary | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| 207 | Love, Carmelita | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| 208 | McCombs, Rebecca | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |

| # | Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|---|
| 209 | Mitchell, Cherrita | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| 210 | Papoccia, Mary | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| 211 | Powell, Geneva | GA | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| 212 | Pugh, Savannah | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| 213 | Reeves, Patsy | GA | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| 214 | Rice, Linda | IL | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| 215 | Ricks, Delilah | IL | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| 216 | Smith, Darletta | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| 217 | Taylor, Erecile | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| 218 | Williams, Mamie | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| 219 | Young, Shelia | MO | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |