SHOOK
HARDY & BACON

January 22, 2018

|  |  | 2555 Grand Blvd. |
|---|---|---|
|  |  | Kansas City, Missouri 64108 |
| Dawn Barrios | Palmer Lambert | **t** 816.474.6550 |
| Barrios, Kingsdorf & Casteix, LLP | Gainsburgh Benjamin David Meunier | **dd** 816.559.2306 |
| 701 Poydras Street | & Warshauer, LLC | **f** 816.421.5547 |
| Suite 3650 | 2800 Energy Centre | hratliff@shb.com |
| New Orleans, LA 70139 | 110 Poydras Street |  |
| barrios@bkc-law.com | New Orleans, LA 70163-2800 |  |
|  | plambert@gainsben.com |  |
| Christopher Coffin |  |  |
| Pendley, Baudin & Coffin, LLP | Karen Barth Menzies |  |
| 1515 Poydras Street | Gibbs Law Group LLP |  |
| Suite 1400 | 400 Continental Boulevard |  |
| New Orleans, LA 70112 | 6th Floor |  |
| ccoffin@pbclawfirm.com | El Segundo, CA 90245 |  |
|  | kbm@classlawgroup.com |  |
| Hunter J. Shkolnik |  |  |
| Napoli Shkolnik PLLC |  |  |
| 360 Lexington Avenue |  |  |
| 11thFloor |  |  |
| New York, NY 10017 |  |  |
| hunter@napolilaw.com |  |  |

Re:   Hundreds of Identical Lawsuits

Dear Counsel:

We write with yet another issue of concern in this litigation, a concern that all but writes its own headline: hundreds of Taxotere Plaintiffs file the same lawsuits in multiple states.

Last month, hundreds of Plaintiffs filed identical Taxotere lawsuits in each of three separate states including California, Illinois, and New Jersey. Some of these Plaintiffs filed lawsuits in these states even though their cases were already pending in the MDL. In no instance did a plaintiff, or her counsel, notify the Court or the Defendants being sued that she had filed identical lawsuits elsewhere. Most Plaintiffs also brought their copycat lawsuits against a half-dozen defendants without identifying who manufactured the medicine actually used in the woman's care.

We implore the Plaintiffs' Steering Committee to act now to identify and dismiss these duplicate lawsuits. We believe this request is particularly appropriate of the Plaintiffs' Liaison Counsel, who have been judicially-

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

8574688 V2

SHOOK HARDY & BACON

January 22, 2018
Page 2

appointed as federal-state coordinators in the litigation. We also intend to apprise Judge Engelhardt of the concern immediately.

What comes with even greater frustration is that these lawsuits were triplicate-filed by members of the MDL Plaintiffs' Steering Committee, by lawyers appointed to see to the efficient and just administration of this litigation, in good faith. Yet, last week, when our colleagues approached the lawyers responsible for many of the triple lawsuits, they were told that the "mistake" was intentional, that these lawyers meant to have the same women file identical, separate lawsuits in three separate jurisdictions, and that the lawyers engaged in this practice "all of the time."

The public expects more from lawyers. This type of gamesmanship undermines the time, resources, efficacy, and trust of our judicial system. Practically speaking, these hundreds of lawsuits will now be removed from overburdened state courts to overburdened federal district courts, opened as dockets in the district courts, only to be tagged for transfer by the Judicial Panel, and then moved to the MDL. Hundreds of hours of attorney and staff work will be wasted, thousands of pages of paperwork will be filed, and thousands of dollars in filing fees will be paid by our clients. We imagine the Plaintiffs' lawyers also intend to bill their costs against the contingency fee interest that they have in these women's lawsuits.

We hope that this is a litigation where both sides can be more reasonable than this. By the time the lawsuits wind their way from the various states to the MDL, we will have hundreds and hundreds of duplicate cases for the court and its clerk to reconcile. That should be an effort you undertake now instead.

We are attaching a chart showing our records of the duplication or triplication, along with the plaintiffs' counsel and case numbers. We show over 500 of them. Please reach out to me at your earliest convenience with a plan to rectify this situation. As indicated, we will apprise the court of the inundation of filings to expect.

***

Best regards,

Harley V. Ratliff
Adrienne L. Byard

Enclosure

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

8574688 v2