

January 26, 2018

<div style="float:right">
2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2306
**f** 816.421.5547
hratliff@shb.com
</div>

Dawn Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
Suite 3650
New Orleans, LA 70139
barrios@bkc-law.com

Christopher Coffin
Pendley, Baudin & Coffin, LLP
1515 Poydras Street
Suite 1400
New Orleans, LA 70112
ccoffin@pbclawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue
11thFloor
New York, NY 10017
hunter@napolilaw.com

Palmer Lambert
Gainsburgh Benjamin David Meunier & Warshauer, LLC
2800 Energy Centre
110 Poydras Street
New Orleans, LA 70163-2800
plambert@gainsben.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard
6th Floor
El Segundo, CA 90245
kbm@classlawgroup.com

Re:   Hundreds of Identical Lawsuits Filed By PSC Members in State Court

Dear Counsel:

We are in receipt of your letter from yesterday, January 25, 2018. It seems largely non-responsive to ours. As indicated by Defense Liaison Counsel today, we think that you will find on closer review of the case list that vast majority of these women do not share citizenship with any of the named defendants. Indeed few are even citizens of the states where they have filed their state court lawsuits. To assist you, we have updated the list to identify plaintiffs' states of residence.

But to respond to your letter further, we have no idea to which of your categories those cases pertain. It would certainly be helpful for counsel to identify the alleged product at issue for each case where known, but that does little to explain why lawsuits were filed three times against multiple defendants, let alone in these state courts.

We also once more implore the PSC members of the commitment they have made to the just administration of the MDL. Such commitment is surely

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

8585223 V1



undermined by filing cases elsewhere that might have been filed in the MDL. And it is a commitment that rings hollow with over 500 triplicate cases set to transfer there after hours of unnecessary work and expense by both counsel and the various clerks of court. You will also note that many of the cases are indeed filed by PSC members, particularly Mr. Shkolnik, who it appears has been removed from this correspondence by you. We are unclear why this was done.

January 26, 2018
Page 2

As indicated, if you are not able to resolve this issue in the very near term, we will apprise Judge Engelhardt of it as soon as practical.

Best regards,


Harley V. Ratliff
Adrienne L. Byard

Enclosure

8585223 v1