**Hatten, Madison M. (SHB)**

| | |
|---|---|
| From: | Byard, Adrienne L. (SHB) |
| Sent: | Monday, March 5, 2018 2:53 PM |
| To: | Dawn Barrios; Palmer Lambert (plambert@gainsben.com) (plambert@gainsben.com) (plambert@gainsben.com) |
| Cc: | Douglas J. Moore (dmoore@Irwinllc.com); Olinde (Olinde@chaffe.com); Ratliff, Harley (SHB) |
| Subject: | RE: Activity in Case MDL No. 2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation Notice of Filed Opposition to CTO and Publication of Briefing Schedule |

Dawn:

We have not noted any dismissals yet and only counsel on *Linda McCoy* matter has contacted us; we are working with them on it. What has been done, particularly with PSC members, to get dismissals filed? Thanks.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com

---

**From:** Dawn Barrios [mailto:barrios@bkc-law.com]
**Sent:** Monday, March 5, 2018 11:58 AM
**To:** Byard, Adrienne L. (SHB) ; Palmer Lambert (plambert@gainsben.com) (plambert@gainsben.com) (plambert@gainsben.com)
**Cc:** Douglas J. Moore (dmoore@Irwinllc.com) ; Olinde (Olinde@chaffe.com) ; Ratliff, Harley (SHB)
**Subject:** RE: Activity in Case MDL No. 2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation Notice of Filed Opposition to CTO and Publication of Briefing Schedule

Adrienne,
Sorry for jumping in again ahead of Palmer, but……………
We have been working with counsel to address your concerns. Can you tell us if any cases have been dismissed from your original chart?
d



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Byard, Adrienne L. (SHB) [mailto:ABYARD@shb.com]
**Sent:** Monday, March 05, 2018 11:58 AM
**To:** Palmer Lambert (plambert@gainsben.com) (plambert@gainsben.com) (plambert@gainsben.com)

1

<plambert@gainsben.com>; Dawn Barrios <barrios@bkc-law.com>
**Cc:** Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Olinde (Olinde@chaffe.com) <Olinde@chaffe.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Subject:** RE: Activity in Case MDL No. 2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation Notice of Filed Opposition to CTO and Publication of Briefing Schedule

Palmer:

I wanted to reach out again on this. I recognize that Dawn responded on February 15, and that several plaintiffs thereafter withdrew their opposition to transfer to the MDL. But that still fails to address the issue of hundreds of duplicate lawsuits making their way to the MDL, including many plaintiffs who share no state of residence with any defendant. I attach again the chart that we prepared identifying the duplication (triplication), along with the plaintiffs' reported states of residence.

What is the status of the duplicate lawsuits' dismissals? Thanks so much.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com

---

**From:** Byard, Adrienne L. (SHB)
**Sent:** Thursday, February 15, 2018 12:29 PM
**To:** Palmer Lambert (plambert@gainsben.com) (plambert@gainsben.com) (plambert@gainsben.com) <plambert@gainsben.com>; Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com) <barrios@bkc-law.com>
**Cc:** Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Olinde (Olinde@chaffe.com) <Olinde@chaffe.com>; Ratliff, Harley (SHB) <hratliff@shb.com>
**Subject:** FW: Activity in Case MDL No. 2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation Notice of Filed Opposition to CTO and Publication of Briefing Schedule

Palmer:

We wanted to touch base again on the de-duplication issue (correspondence of January 22 and 26 attached). This is more acutely important since PSC members are opposing transfer to the MDL of cases removed to federal courts from states of non-forum plaintiffs. As discussed, these cases have complete diversity, but for the joining of multiple plaintiffs and co-defendants without product identification. It is not the case that the plaintiffs are all, or even mostly, from states of the manufacturers.

Please let us know what progress has been made on the duplicate and triplicate filings by PSC in state courts of cases that should be in the MDL (and filed just once). Thank you.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com

---

Begin forwarded message:

> **From:** <JPMLCMECF@jpml.uscourts.gov>
> **Date:** February 14, 2018 at 10:06:19 PST
> **To:** <JPMLCMDECF@jpml.uscourts.gov>
> **Subject: Activity in Case MDL No. 2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation Notice of Filed Opposition to CTO and Publication of Briefing Schedule**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/14/2018 at 1:06 PM EST and filed on 2/14/2018

**Case Name:** IN RE: Taxotere (Docetaxel) Products Liability Litigation
**Case Number:** MDL No. 2740
**Filer:**
**Document Number:** 434(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILED OPPOSITION TO CTO-36 AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. (4 in ILN/1:18-cv-00923, 4 in ILN/1:18-cv-00925, 4 in ILN/1:18-cv-00930, 4 in ILN/1:18-cv-00936, [433] in MDL No. 2740)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 2/28/2018. Corporate Disclosure Statements due on or before 2/28/2018. Motion to Vacate with Brief in Support due on or before 2/28/2018.**
**Responses due on or before 3/21/2018.**

**Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.**

**Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/14/2018.**

**Associated Cases: MDL No. 2740, ILN/1:18-cv-00923, ILN/1:18-cv-00925, ILN/1:18-cv-00930, ILN/1:18-cv-00936 (SM)**

**Case Name:** Green et al v. Accord Healthcare, Inc. et al
**Case Number:** ILN/1:18-cv-00925

**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILED OPPOSITION TO CTO-36 AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. (4 in ILN/1:18-cv-00923, 4 in ILN/1:18-cv-00925, 4 in ILN/1:18-cv-00930, 4 in ILN/1:18-cv-00936, [433] in MDL No. 2740)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 2/28/2018. Corporate Disclosure Statements due on or before 2/28/2018. Motion to Vacate with Brief in Support due on or before 2/28/2018.**
**Responses due on or before 3/21/2018.**

**Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.**

**Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/14/2018.**

**Associated Cases: MDL No. 2740, ILN/1:18-cv-00923, ILN/1:18-cv-00925, ILN/1:18-cv-00930, ILN/1:18-cv-00936 (SM)**

| | |
|---|---|
| **Case Name:** | Pugh et al v. Sanofi U.S. Services, Inc. et al |
| **Case Number:** | ILN/1:18-cv-00923 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILED OPPOSITION TO CTO-36 AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. (4 in ILN/1:18-cv-00923, 4 in ILN/1:18-cv-00925, 4 in ILN/1:18-cv-00930, 4 in ILN/1:18-cv-00936, [433] in MDL No. 2740)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 2/28/2018. Corporate Disclosure Statements due on or before 2/28/2018. Motion to Vacate with Brief in Support due on or before 2/28/2018.**
**Responses due on or before 3/21/2018.**

**Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.**

**Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/14/2018.**

**Associated Cases: MDL No. 2740, ILN/1:18-cv-00923, ILN/1:18-cv-00925, ILN/1:18-cv-00930, ILN/1:18-cv-00936 (SM)**

| | |
|---|---|
| **Case Name:** | Rice et al v. Accord Healthcare, Inc. et al |
| **Case Number:** | ILN/1:18-cv-00936 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILED OPPOSITION TO CTO-36 AND PUBLICATION OF BRIEFING SCHEDULE** re: pldg. (4 in ILN/1:18-cv-00923, 4 in ILN/1:18-cv-00925, 4 in ILN/1:18-cv-00930, 4 in ILN/1:18-cv-00936, [433] in MDL No. 2740)

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 2/28/2018. Corporate Disclosure Statements due on or before 2/28/2018. Motion to Vacate with Brief in Support due on or before 2/28/2018.**
**Responses due on or before 3/21/2018.**

**Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.**

**Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/14/2018.**

**Associated Cases: MDL No. 2740, ILN/1:18-cv-00923, ILN/1:18-cv-00925, ILN/1:18-cv-00930, ILN/1:18-cv-00936 (SM)**

| | |
|---|---|
| **Case Name:** | Anderson et al v. Sanofi U.S. Services Inc. et al |
| **Case Number:** | ILN/1:18-cv-00930 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILED OPPOSITION TO CTO-36 AND PUBLICATION OF BRIEFING SCHEDULE** re: pldg. (4 in ILN/1:18-cv-00923, 4 in ILN/1:18-cv-00925, 4 in ILN/1:18-cv-00930, 4 in ILN/1:18-cv-00936, [433] in MDL No. 2740)

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 2/28/2018. Corporate Disclosure Statements due on or before 2/28/2018. Motion to Vacate with Brief in Support due on or before 2/28/2018.
Responses due on or before 3/21/2018.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/14/2018.

Associated Cases: MDL No. 2740, ILN/1:18-cv-00923, ILN/1:18-cv-00925, ILN/1:18-cv-00930, ILN/1:18-cv-00936 (SM)

**MDL No. 2740 Notice has been electronically mailed to:**

Dawn M. Barrios  barrios@bkc-law.com, dwhite@bkc-law.com

Palmer Lambert  plambert@gainsben.com

Douglas John Moore  dmoore@irwinllc.com

**MDL No. 2740 Notice will not be electronically mailed to:**

ILN/1:18-cv-00925 Notice has been electronically mailed to:

Sherry A. Knutson  Sherry.Knutson@tuckerellis.com

Lori Gail Cohen  cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

Christopher R. LoPalo  clopalo@napolilaw.com, filings-pharma@napolilaw.com

Erin McCalmon Bosman  ebosman@mofo.com, cgordon@mofo.com, christine-gordon-8425@ecf.pacerpro.com, erin-bosman-5053@ecf.pacerpro.com, rsheehan@mofo.com, scortina@mofo.com, sdpdrive@mofo.com, stacy-vinagre-4824@ecf.pacerpro.com, svinagre@mofo.com

Julie A. Callsen  julie.callsen@tuckerellis.com, jcallsen@tuckerellis.com, kristy.titus@tuckerellis.com

Purvi G. Patel ppatel@mofo.com, Docket-LA@mofo.com

Brandon Cox brandon.cox@tuckerellis.com

Mara Cusker Gonzalez - PHV maracuskergonzalez@quinnemanuel.com

Adrienne L. Byard abyard@shb.com

Julie Yongsun Park juliepark@mofo.com

Evan Holden holdene@gtlaw.com

Gregory Edward Ostfeld ostfeldg@gtlaw.com

Harley V. Ratliff hratliff@shb.com

Sara Roitman sararoitman@quinnemanuel.com

R. Clifton Merrell merrellc@gtlaw.com

Paul Napoli PNapoli@napolilaw.com, pnapoli@napolilaw.com

Brittany Lynne Weiss brittany.l.weiss@gmail.com

Wilson Douglas Sikes wsikes@napolilaw.com

ILN/1:18-cv-00925 Notice will not be electronically mailed to:

ILN/1:18-cv-00923 Notice has been electronically mailed to:

Sherry A. Knutson Sherry.Knutson@tuckerellis.com

Lori Gail Cohen cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

Christopher R. LoPalo clopalo@napolilaw.com, filings-pharma@napolilaw.com

Erin McCalmon Bosman ebosman@mofo.com, cgordon@mofo.com, christine-gordon-8425@ecf.pacerpro.com, erin-bosman-5053@ecf.pacerpro.com, rsheehan@mofo.com, scortina@mofo.com, sdpdrive@mofo.com, stacy-vinagre-4824@ecf.pacerpro.com, svinagre@mofo.com

Julie A. Callsen julie.callsen@tuckerellis.com, jcallsen@tuckerellis.com, kristy.titus@tuckerellis.com

Purvi G. Patel ppatel@mofo.com, Docket-LA@mofo.com

Brandon Cox brandon.cox@tuckerellis.com

Julie Yongsun Park juliepark@mofo.com

Evan Holden holdene@gtlaw.com

**Gregory Edward Ostfeld ostfeldg@gtlaw.com**

**Harley V. Ratliff hratliff@shb.com**

**Sara Roitman sararoitman@quinnemanuel.com**

**R. Clifton Merrell merrellc@gtlaw.com**

**Paul Napoli pnapoli@napolilaw.com**

**Brittany Lynne Weiss brittany.l.weiss@gmail.com**

**Wilson Douglas Sikes wsikes@napolilaw.com**

**ILN/1:18-cv-00923 Notice will not be electronically mailed to:**

**ILN/1:18-cv-00936 Notice has been electronically mailed to:**

**Sherry A. Knutson Sherry.Knutson@tuckerellis.com**

**Lori Gail Cohen cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com**

**Christopher R. LoPalo clopalo@napolilaw.com, filings-pharma@napolilaw.com**

**Erin McCalmon Bosman ebosman@mofo.com, cgordon@mofo.com, christine-gordon-8425@ecf.pacerpro.com, erin-bosman-5053@ecf.pacerpro.com, rsheehan@mofo.com, scortina@mofo.com, sdpdrive@mofo.com, stacy-vinagre-4824@ecf.pacerpro.com, svinagre@mofo.com**

**Julie A. Callsen julie.callsen@tuckerellis.com, jcallsen@tuckerellis.com, kristy.titus@tuckerellis.com**

**Purvi G. Patel ppatel@mofo.com, Docket-LA@mofo.com**

**Brandon Cox brandon.cox@tuckerellis.com**

**Mara Cusker Gonzalez - PHV maracuskergonzalez@quinnemanuel.com**

**Adrienne L. Byard abyard@shb.com**

**Julie Yongsun Park juliepark@mofo.com**

**Evan Holden holdene@gtlaw.com**

**Gregory Edward Ostfeld ostfeldg@gtlaw.com**

**Harley V. Ratliff hratliff@shb.com**

**Sara Roitman sararoitman@quinnemanuel.com**

R. Clifton Merrell merrellc@gtlaw.com

Paul Napoli pnapoli@napolilaw.com

Brittany Lynne Weiss brittany.l.weiss@gmail.com

Wilson Douglas Sikes WSikes@Napolilaw.com, wsikes@napolilaw.com

ILN/1:18-cv-00936 Notice will not be electronically mailed to:

ILN/1:18-cv-00930 Notice has been electronically mailed to:

Sherry A. Knutson Sherry.Knutson@tuckerellis.com

Lori Gail Cohen cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

Christopher R. LoPalo clopalo@napolilaw.com, filings-pharma@napolilaw.com

Erin McCalmon Bosman ebosman@mofo.com, cgordon@mofo.com, christine-gordon-8425@ecf.pacerpro.com, erin-bosman-5053@ecf.pacerpro.com, rsheehan@mofo.com, scortina@mofo.com, sdpdrive@mofo.com, stacy-vinagre-4824@ecf.pacerpro.com, svinagre@mofo.com

Julie A. Callsen julie.callsen@tuckerellis.com, jcallsen@tuckerellis.com, kristy.titus@tuckerellis.com

Purvi G. Patel ppatel@mofo.com, Docket-LA@mofo.com

Brandon Cox brandon.cox@tuckerellis.com

Mara Cusker Gonzalez - PHV maracuskergonzalez@quinnemanuel.com

Adrienne L. Byard abyard@shb.com

Julie Yongsun Park juliepark@mofo.com

Evan Holden holdene@gtlaw.com

Gregory Edward Ostfeld ostfeldg@gtlaw.com

Harley V. Ratliff hratliff@shb.com

Sara Roitman sararoitman@quinnemanuel.com

R. Clifton Merrell merrellc@gtlaw.com

Paul Napoli PNapoli@napolilaw.com, pnapoli@napolilaw.com

Brittany Lynne Weiss brittany.l.weiss@gmail.com

Wilson Douglas Sikes wsikes@napolilaw.com

**ILN/1:18-cv-00930 Notice will not be electronically mailed to:**

---

This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Mail Gate made the following annotations on Mon Mar 05 2018 11:58:05

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.