# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>TIA R. CAUSION vs. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-06965 |

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Tia R. Causion, claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant to CMO 12.

Dated this 9th day of April 2018.

                                           By: */s/ Christopher L. Coffin*
                                           Christopher L. Coffin
                                           Nicholas R. Rockforte
                                           Jessica A. Perez
                                           **PENDLEY, BAUDIN & COFFIN, L.L.P.**
                                           1515 Poydras Street, Suite 1400
                                           New Orleans, LA 70112
                                           Telephone: (504) 355-0086
                                           Facsimile: (504) 523-0699
                                           Email: ccoffin@pbclawfirm.com
                                           nrockforte@pbclawfirm.com
                                           jperez@pbclawfirm.com

                                           *Attorneys for Plaintiff*

By: */s/ Harley V. Ratliff*
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
kbieri@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

By:  */s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
Email:  cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

CERTIFICATE OF SERVICE

     I hereby certify that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 9, 2018                 /s/ *Christopher L. Coffin*
                                                       Christopher L. Coffin