**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | **:** | **MDL NO. 2740** |
| **PRODUCTS LIABIILTY LITIGATION** | **:** | |
| | **:** | **SECTION "N"(5)** |
| | **:** | |
| **THIS DOCUMENT RELATES TO:** | **:** | **JUDGE KURT D. ENGELHARDT** |
| **Wallis v. Sanofi-Aventis U.S. Inc., et al.,** | **:** | |
| **Civil Action No. 2:17-cv-762** | **:** | **MAG. JUDGE MICHAEL B. NORTH** |
| | **:** | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)
(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a
Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC *only* from the above-captioned case,
without prejudice, each party to bear its own costs.


Dated: April 9, 2018                                    Respectfully Submitted,

                                                        **NIEMEYER GREBEL & KRUSE, LLC**

                                                        */s/  Mark R. Niemeyer*
                                                        Mark R. Niemeyer #42437
                                                        Michael S. Kruse #57818
                                                        10 S. Broadway,
                                                        Suite 1125
                                                        St. Louis, MO  63102
                                                        314-241-1919 phone
                                                        314-665-3017 fax
                                                        niemeyer@ngklawfirm.com
                                                        kruse@ngklawfirm.com

                                                        Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without

Prejudice has contemporaneously with or before filing been served on all parties or their attorneys

in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


Dated: April 9, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff