## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>MARILYN SHIPMAN vs. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-06901 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Marilyn Shipman's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant to CMO 12.

Dated this 9th day of April 2018.

                                                            By: */s/ Christopher L. Coffin*
                                                          Christopher L. Coffin
                                                          Nicholas R. Rockforte
                                                          Jessica A. Perez
                                                          **PENDLEY, BAUDIN & COFFIN, L.L.P.**
                                                          1515 Poydras Street, Suite 1400
                                                          New Orleans, LA 70112
                                                          Telephone: (504) 355-0086
                                                          Facsimile: (504) 523-0699
                                                          Email:  ccoffin@pbclawfirm.com
                                                          nrockforte@pbclawfirm.com
                                                          jperez@pbclawfirm.com

                                                          *Attorneys for Plaintiff*

By: */s/ Harley V. Ratliff*
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
kbieri@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

By: /s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
     maracuskergonzalez@quinnemanuel.com
     laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: April 9, 2018          /s/ *Christopher L. Coffin*
                              Christopher L. Coffin