## Exhibit A

| Case No: | Name: |
| --- | --- |
| 2:17-cv-05918 | Stevens, Irma |
| 2:16-cv-17252 | Fair, Rose |
| 2:16-cv-15863 | Encalarde, Mary |
| 2:16-cv-15398 | Smith, Pamela |
| 2:17-cv-06604 | Johnson, Noreen |
| 2:17-cv-06728 | Russell, Juanita |
| 2:17-cv-02297 | Jolivette, Marcella |
| 2:16-cv-15600 | Hernandez, Doris |
| 2:16-cv-16248 | Archangel, Tonikua |
| 2:16-cv-15605 | Higgins, Brenda |
| 2:16-cv-15843 | Franklin, Patricia |
| 2:16-cv-15842 | Moore, Loretta |
| 2:16-cv-15400 | Hartzog, Glorious |