UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Leslie Beaver v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al.*<br>*Civil Action No. 2:17-cv-15544* | |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Leslie Beaver's claims against Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc, Actavis Pharma, Inc., *only* be dismissed from the above-captioned case, with prejudice, each party to bear its own costs. Plaintiff claims against Hospira, Inc., in civil action 2:17-cv-15544 remains active.

Dated this 9th day of April, 2018.

Respectfully submitted,

*/s/ John C. Thornton*
ANDREWS & THORNTON
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280

1

aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*


/s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
              kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*


s/ *Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816.559.2109
Facsimile: 816.421.5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE; AND CERTIFICATE OF SERVICE;** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 9, 2018        */s/ John C. Thornton*
　　　　　　　　　　　　　　John C. Thornton, SBN 84492
　　　　　　　　　　　　　　jct@andrewsthornton.com
　　　　　　　　　　　　　　Anne Andrews, Esq., SBN 103280
　　　　　　　　　　　　　　aa@andrewsthornton.com
　　　　　　　　　　　　　　ANDREWS & THORNTON
　　　　　　　　　　　　　　4701 Von Karman Ave., #300
　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　Phone: (949) 748-1000
　　　　　　　　　　　　　　Facsimile: (949) 315-3540

　　　　　　　　　　　　　　*Attorneys for Plaintiff*