# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>MARIANNE MARTIN v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 2:17-CV-02773 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Marianne Martin's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Winthrop U.S., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma Inc., be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant to CMO 12.

Dated this 10th day of April 2018.

By: */s/ Christopher L. Coffin*
Christopher L. Coffin
Nicholas R. Rockforte
Jessica A. Perez
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699

Email:  ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

*Attorneys for Plaintiff*


By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
**MORRISON & FOERSTER LLP**
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
Email:  ebosman@mofo.com
        juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Service*


By: */s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
Email:  msuffern@ulmer.com
        kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

By: */s/ Harley V. Ratliff*
Harley V. Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
              kbieri@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*


By:   */s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
 Email:  cohenl@gtlaw.com
             merrellc@gtlaw.com
             holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*


By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: julie.callsen@tuckerellis.com
           brandon.cox@tuckerellis.com


 *Attorneys for Defendant Accord Healthcare, Inc.*

By: /s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
         maracuskergonzalez@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*


By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State Street
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
Email:  gcoan@hinshawlaw.com
         kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd*

CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  April 10, 2018                          /s/ *Christopher L. Coffin*
                                                 Christopher L. Coffin