| # | Case Name | MDL Docket # | Response (Y/N) | Exhibit # |
|---|---|---|---|---|
| Exhibit A | | | | |
| 35 | BEASLEY, REBA | 2:17-cv-06824 | Y | 1 |
| 394 | REAGAN, MICHELE | 2:18-cv-00638 | Y | 2 |
| Exhibit B | | | | |
| 1 | ALLEN, ELLA | 2:17-cv-07976 | Y | 3 |
| 2 | ALLISON, PAMELA | 2:17-cv-06957 | Y | 4 |
| 3 | AMBROSIUS, CAROL | 2:17-cv-14724 | Y | 5 |
| 4 | ANDERSON, LINDA | 2:17-cv-14689 | Y | 6 |
| 5 | ANDERSON, LYNTRELLA | 2:16-cv-17237 | Y | 7 |
| 6 | ANDERSON, PAULA | 2:16-cv-17498 | Y | 8 |
| 7 | ARSENEAUX, BOBBI | 2:17-cv-05757 | Y | 9 |
| 8 | BEELER, SANDRA | 2:17-cv-05830 | Y | 10 |
| 9 | BELL, ANGELA | 2:17-cv-07695 | Y | 11 |
| 10 | BERRY, BEVELYN | 2:17-cv-11827 | Y | 12 |
| 11 | BIAS, SHEILA | 2:16-cv-17171 | Y | 13 |
| 12 | BICE, BARBARA | 2:17-cv-00751 | Y | 14 |
| 13 | BODE, ROSEANN | 2:18-cv-00682 | Y | 15 |
| 14 | BODKER, MARY ELLEN | 2:17-cv-03426 | Y | 16 |
| 15 | BOYLAND, JOANNE | 2:18-cv-00684 | Y | 17 |
| 16 | BRADLEY, LORETTA | 2:17-cv-11798 | Y | 18 |
| 17 | BRADLEY, ROBIN | 2:16-cv-15667 | Y | 19 |
| 18 | BROCK, BRENDA | 2:17-cv-11529 | Y | 20 |
| 19 | BROWN, PATRICIA | 2:16-cv-17359 | Y | 21 |
| 20 | CARTER, EILEEN | 2:17-cv-08342 | Y | 22 |
| 21 | CHAPPELL, EDITH | 2:16-cv-17163 | Y | 23 |
| 22 | CHAVEZ, SOUNDRA | 2:16-cv-17190 | Y | 24 |
| 23 | CHEREM, MIRIAM | 2:17-cv-00119 | Y | 25 |
| 24 | CLAYTON, JACQUELINE | 2:17-cv-10158 | Y | 26 |
| 25 | COLE, BELINDA | 2:16-cv-17945 | Y | 27 |
| 26 | COLEMAN, BARBARA | 2:17-cv-07971 | Y | 28 |
| 27 | COLEMAN, VIRGINA | 2:16-cv-17124 | Y | 29 |
| 28 | COLES, NEPPHIE | 2:17-cv-08954 | Y | 30 |
| 29 | CRABTREE, PATRICIA | 2:17-cv-16427 | Y | 31 |
| 30 | CRAWFORD, GWENDOLYN | 2:16-cv-17151 | Y | 32 |
| 31 | CRONE, WENDY | 2:18-cv-00690 | Y | 33 |
| 32 | CUSTARD, ELIZABETH | 2:16-cv-17650 | Y | 34 |
| 33 | CYPRIAN, MYRA | 2:16-cv-15661 | Y | 35 |
| 34 | DAISE, LUCILLE | 2:17-cv-01144 | Y | 36 |

| # | Case Name | MDL Docket # | Response (Y/N) | Exhibit # |
|---|---|---|---|---|
| 35 | DAY, GAYLE | 2:17-cv-04580 | Y | 37 |
| 36 | DEAN, CARNELIA | 2:16-cv-17201 | Y | 38 |
| 37 | DENNIS, CLARA | 2:17-cv-08398 | Y | 39 |
| 38 | DETRIXHE, KAREN | 2:16-cv-15313 | Y | 40 |
| 39 | DOUGHTY, FRANCES | 2:17-cv-05268 | Y | 41 |
| 40 | EIDEL, KRISTINA | 2:17-cv-06024 | Y | 42 |
| 41 | ERKINS, JACQUITA | 2:16-cv-17131 | Y | 43 |
| 42 | EVANS, BEATRICE | 2:17-cv-09740 | Y | 44 |
| 43 | FALKINS, CORLISS | 2:16-cv-14484 | Y | 45 |
| 44 | FORTE, GEORGIA | 2:16-cv-17187 | Y | 46 |
| 45 | FOSTER, ARUSHA | 2:17-cv-09813 | Y | 47 |
| 46 | FOWLER, SARA | 2:17-cv-08944 | Y | 48 |
| 47 | FOXWORTH, DENISE | 2:17-cv-08333 | Y | 49 |
| 48 | FRADELLA, JACQUELINE | 2:16-cv-15664 | Y | 50 |
| 49 | FRANKLIN, SANDRA | 2:17-cv-10330 | Y | 51 |
| 50 | FULLER, GLORIA JEAN | 2:16-cv-17231 | Y | 52 |
| 51 | GARDNER, PRISCILLA | 2:17-cv-16719 | Y | 53 |
| 52 | GARDNER, SHARON | 2:16-cv-17167 | Y | 54 |
| 53 | GARNETT, PATRICIA | 2:17-cv-09099 | Y | 55 |
| 54 | GAUDET, YVETTE | 2:16-cv-17627 | Y | 56 |
| 55 | GEORGE, JOSELYN | 2:17-cv-03585 | Y | 57 |
| 56 | GILBERT, SHIRLEY | 2:17-cv-07787 | N | |
| 57 | GOINS, ROSIE | 2:17-cv-00739 | Y | 58 |
| 58 | GOMEZ, LAURIE | 2:17-cv-07924 | Y | 59 |
| 59 | GRANDERSON, THELMA | 2:16-cv-17152 | Y | 60 |
| 60 | GRAYS, PATRICIA ANN | 2:17-cv-10594 | Y | 61 |
| 61 | GREEN, SAUNDRA | 2:16-cv-15518 | Y | 62 |
| 62 | HANSEN, SANDRA | 2:16-cv-17798 | Y | 63 |
| 63 | HARRELL, BARBARA | 2:17-cv-09170 | Y | 64 |
| 64 | HARRIS, CHARLESETTA | 2:16-cv-17239 | Y | 65 |
| 65 | HARRIS, RUBY | 2:16-cv-17145 | Y | 66 |
| 66 | HATCHER, LUGENIA | 2:16-cv-17045 | Y | 67 |
| 67 | HAWKINS, ETHEL | 2:16-cv-17188 | Y | 68 |
| 68 | HAYES, ELIZABETH | 2:17-cv-00440 | Y | 69 |
| 69 | HAYNES, CAROLYN | 2:16-cv-17723 | Y | 70 |
| 70 | HIGHSMITH, WYLINA | 2:16-cv-17738 | Y | 71 |
| 71 | HOLLAND, GLORIA | 2:17-cv-07791 | Y | 72 |
| 72 | HOLMES, SHIRLEY | 2:17-cv-06002 | Y | 73 |

| #   | Case Name            | MDL Docket #   | Response (Y/N) | Exhibit # |
|-----|----------------------|----------------|----------------|-----------|
| 73  | HOLT, MELITA         | 2:17-cv-08561  | Y              | 74        |
| 74  | HOWARD, ALBERTA      | 2:17-cv-06016  | Y              | 75        |
| 75  | HOWARD, WANDA        | 2:17-cv-06153  | Y              | 76        |
| 76  | HUNDLEY, ELEANOR     | 2:17-cv-07945  | Y              | 77        |
| 77  | HUNT, KYNA           | 2:18-cv-00714  | Y              | 78        |
| 78  | JACKSON, THERESIA    | 2:16-cv-17138  | Y              | 79        |
| 79  | JAMES, NINA          | 2:17-cv-00760  | Y              | 80        |
| 80  | JENNINGS, SANDRA     | 2:17-cv-07979  | Y              | 81        |
| 81  | JOHNSON, IRMA        | 2:17-cv-08582  | N              |           |
| 82  | JOHNSON, JONNIE      | 2:16-cv-17166  | Y              | 82        |
| 83  | JOHNSON, JUDY        | 2:17-cv-13303  | Y              | 83        |
| 84  | JOHNSON, JULIA       | 2:17-cv-08315  | Y              | 84        |
| 85  | JONES, JOYCE         | 2:16-cv-17209  | Y              | 85        |
| 86  | JONES, WANDA         | 2:17-cv-13302  | Y              | 86        |
| 87  | JORDAN, SHEILA ANN   | 2:17-cv-08824  | Y              | 87        |
| 88  | KENNEDY, CYNTHIA     | 2:16-cv-17196  | Y              | 88        |
| 89  | KEY, CAROLYN         | 2:17-cv-01951  | Y              | 89        |
| 90  | KIDD, PAMELA         | 2:16-cv-17181  | Y              | 90        |
| 91  | KOVARIK, ISABELLE    | 2:17-cv-05847  | Y              | 91        |
| 92  | LAFEVER, SHERRY      | 2:17-cv-11454  | Y              | 92        |
| 93  | LANGSTRAAT, BEVERLY  | 2:17-cv-04488  | Y              | 93        |
| 94  | LATARSKI, ROSEMARY   | 2:16-cv-16052  | Y              | 94        |
| 95  | LAWRENCE, BARBARA    | 2:16-cv-2740   | Y              | 95        |
| 96  | LEITH, MELISSA       | 2:16-cv-15286  | Y              | 96        |
| 97  | LEWIS, SYLVIA        | 2:16-cv-17185  | Y              | 97        |
| 98  | LIRETTE, JOAN        | 2:17-cv-04897  | Y              | 98        |
| 99  | LITTLE, EVANGELINE   | 2:16-cv-17022  | Y              | 99        |
| 100 | LUCKETT, JENNIFER    | 2:17-cv-04752  | Y              | 100       |
| 101 | LYONS, PATRICIA      | 2:16-cv-16890  | Y              | 101       |
| 102 | MILLER, CHARITY      | 2:17-cv-02265  | Y              | 102       |
| 103 | MILLER, MARY         | 2:17-cv-09580  | Y              | 103       |
| 104 | MOTT, EULALIE        | 2:17-cv-03754  | Y              | 104       |
| 105 | NASH, ARECIA         | 2:17-cv-07661  | Y              | 105       |
| 106 | NELSON, SHARON       | 2:17-cv-06196  | Y              | 106       |
| 107 | NEWTON, LORRAINE     | 2:17-cv-06288  | Y              | 107       |
| 108 | NISSI, LEONCE        | 2:17-cv-11261  | Y              | 108       |
| 109 | PARKS, DIANNE        | 2:17-cv-06141  | Y              | 109       |
| 110 | PEARSON, YOLONDA     | 2:17-cv-10942  | N              |           |

| #   | Case Name              | MDL Docket #   | Response (Y/N) | Exhibit # |
|-----|------------------------|----------------|----------------|-----------|
| 111 | PESKA, EILEEN          | 2:17-cv-13375  | Y              | 110       |
| 112 | RAYBUCK, FONDA         | 2:17-cv-09876  | N              |           |
| 113 | REEDER, SUSAN          | 2:17-cv-08625  | Y              | 111       |
| 114 | RIVERS, KIMELY         | 2:17-cv-00862  | Y              | 112       |
| 115 | ROE, BRENDA            | 2:16-cv-17943  | Y              | 113       |
| 116 | ROGERS, MELANIE        | 2:16-cv-14486  | Y              | 114       |
| 117 | ROHLI, BRENDA          | 2:16-cv-14526  | Y              | 115       |
| 118 | RUSSELL, MADIS         | 2:17-cv-00117  | Y              | 116       |
| 119 | SANTIAGO, DIANE        | 2:17-cv-09131  | Y              | 117       |
| 120 | SHATARA, AUGUSTINE     | 2:17-cv-08585  | Y              | 118       |
| 121 | SHIMEL, PAULETTE       | 2:16-cv-17951  | Y              | 119       |
| 122 | SLEDGE, VERONIQUE      | 2:17-cv-03485  | Y              | 120       |
| 123 | SMITH, BLYNDA          | 2:17-cv-00617  | Y              | 121       |
| 124 | SMITH, JOHNIE          | 2:16-cv-16951  | Y              | 122       |
| 125 | ST AMANT SCOTT, CHERIE | 2:17-cv-06204  | Y              | 123       |
| 126 | STRAWN, DEBORAH        | 2:17-cv-13374  | Y              | 124       |
| 127 | SUMMERS, CHARLOTTE     | 2:16-cv-16805  | Y              | 125       |
| 128 | TAYLOR, LEDERLE        | 2:16-cv-17917  | Y              | 126       |
| 129 | THACKER, JENNIFER      | 2:17-cv-11483  | Y              | 127       |
| 130 | THOMAS, ALICE          | 2:17-cv-09387  | Y              | 128       |
| 131 | THOMAS, SUSAN          | 2:17-cv-05575  | Y              | 129       |
| 132 | TOLLETT, DEBRA         | 2:17-cv-01950  | Y              | 130       |
| 133 | TUCKER, MARY           | 2:17-cv-09463  | Y              | 131       |
| 134 | TURNER, MILDRED        | 2:17-cv-04827  | Y              | 132       |
| 135 | UNDERWOOD, DEBRA       | 2:17-cv-05262  | Y              | 133       |
| 136 | WALLWEY, BARBARA       | 2:17-cv-06014  | Y              | 134       |
| 137 | WARD, LINDA            | 2:16-cv-17493  | Y              | 135       |
| 138 | WEBB MCCONNELL, BETTY  | 2:16-cv-17155  | Y              | 136       |
| 139 | WEIRICK, MELISSA       | 2:17-cv-09546  | Y              | 137       |
| 140 | WELLS, PAMELA          | 2:17-cv-11583  | Y              | 138       |
| 141 | WELSH, KRISTIN         | 2:17-cv-09894  | N              |           |
| 142 | WERNING, LARA          | 2:16-cv-17169  | Y              | 139       |
| 143 | WHITAKER, MARY         | 2:16-cv-17221  | Y              | 140       |
| 144 | WHITT, JACQUELINE      | 2:17-cv-08165  | Y              | 141       |
| 145 | WILDMAN, CRISTAL       | 2:17-cv-11274  | Y              | 142       |
| 146 | WILLIAMS, DANNELL      | 2:17-cv-02194  | Y              | 143       |
| 147 | WILLIAMS, DAPHINE      | 2:16-cv-17220  | Y              | 144       |
| 148 | WILLIAMS, JENNIFER     | 2:17-cv-04745  | Y              | 145       |

| # | Case Name | MDL Docket # | Response (Y/N) | Exhibit # |
|---|---|---|---|---|
| 149 | WOOD, DELIGHT | 2:16-cv-15321 | Y | 146 |
| 150 | WOODROW, ELIZABETH | 2:17-cv-09446 | Y | 147 |
| 151 | YOHO, JULIE | 2:17-cv-04125 | Y | 148 |
| 152 | YOUNG, LORRAINE | 2:16-cv-17235 | Y | 149 |
| | **Exhibit C** | | | |
| 1 | KRAKE, MICHELE | 2:17-cv-11202 | Y | 150 |
| 2 | MILLER, EVELYN NEAL | 2:17-cv-11224 | Y | 151 |
| 3 | NELSON, RENEE | 2:17-cv-11558 | Y | 152 |
| 4 | RICHARDSON, SUNA | 2:17-cv-11333 | Y | 153 |
| 5 | RUFRA, JANELL | 2:17-cv-11647 | Y | 154 |
| 6 | WARNER, NANCY | 2:17-cv-11688 | Y | 155 |