# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br><br> SECTION: "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> LYNDA BLUMLO, ET AL. v. <br> SANOFI-AVENTIS U.S., LLC, ET AL. <br><br><br> Civil Action No. 2:16-cv-17972 | * * * * * * * * | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANOFI-AVENTIS U.S., L.L.C. AND SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC. DEFENDANTS |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Lynda Blumlo and Joel Blumlo's claims against Sanofi, S.A., Aventis Pharma S.A., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Accord Healthcare, Inc., Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., be dismissed with prejudice, each party to bear its own costs.

Dated  April 10, 2018                               Respectfully submitted,

                                                                s/Merritt E. Cunningham
                                                                Michael G. Stag, LA Bar No. 23314
                                                                Merritt E. Cunningham, LA Bar No. 32843
                                                                SMITH STAG, L.L.C.
                                                                365 Canal Street, Suite 2850
                                                                New Orleans, LA 70130
                                                                Telephone (504) 593-9600
                                                                Facsimile (504) 593-9601
                                                                mstag@smithstag.com
                                                                mcunningham@smithstag.com
                                                                *Attorneys for the Plaintiffs*

s/ Brandon D. Cox
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*


s/ Evan Holden
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@
*Counsel for Defendant Sandoz, Inc.*


s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

s/ Kelly Bieri
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
*Counsel for Defendants Sanofi-Aventis U.S. LLC,
Sanofi U.S. Services Inc., Sanofi S.A., Aventis Pharma S.A.*


s/ Julie Y. Park
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
*Counsel for Defendant McKesson Corporation
d/b/a McKesson Packaging Service*


s/ Kathleen Kelly
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
*Counsel for Defendant Sun Pharmaceuticals
Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


s/ Kimberly L. Beck
Kimberly L. Beck
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
*Counsel for Defendant Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this motion was electronically filed with the Clerk of Court on this 10th day of April 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Merritt E. Cunningham
MERRITT E. CUNNINGHAM
