# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: McClain v. Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-8897 | : | JUDGE KURT D. ENGELHARDT |
| | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: April 10, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 10, 2018

                                                  Respectfully Submitted,

                                                  **NIEMEYER GREBEL & KRUSE, LLC**

                                                  */s/ Mark R. Niemeyer*
                                                  Mark R. Niemeyer #42437
                                                  Michael S. Kruse #57818
                                                  10 S. Broadway,
                                                  Suite 1125
                                                  St. Louis, MO  63102
                                                  314-241-1919 phone
                                                  314-665-3017 fax
                                                  niemeyer@ngklawfirm.com
                                                  kruse@ngklawfirm.com

                                                  Attorneys for Plaintiff