# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| DENISE WOMACK, | JUDGE ENGELHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| vs. | |
| | Civil Action No. 2:17-cv-15201 |
| SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Denise Womack, by and through the undersigned counsel of record and files this Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** The undersigned counsel seeks dismissal of this action against Defendant after having received confirmation that Plaintiff was diagnosed with alopecia prior to chemotherapy. Plaintiff's Counsel was unaware of the prior alopecia diagnosis prior to filing said case.

2. **Type of Dismissal sought:** Counsel for Plaintiff Womack prays that her action be dismissed with prejudice.

3. **Status of Plaintiff's Fact Sheet:** No Plaintiff's Fact Sheet has been submitted on behalf of Plaintiff Womack.

4. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendant, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

5. **Grounds for the Defendants' Opposition:** Counsel for the Defendant has advised that because they believe Plaintiff's counsel did not conduct a sufficient investigation into the product used and injury claimed prior to the filing of the claim, Defendant intend to oppose the dismissal of Plaintiff Womack case With Prejudice, unless the Complaint is amended to name the appropriate manufacturer.

**WHEREFORE, PREMISE CONSIDERED,** Plaintiff Womack prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 10th day of April, 2018.

**ATKINS & MARKOFF LAW FIRM**

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Plaintiff's Voluntary Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated this 10th day of April, 2018.

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com
