## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| DENISE WOMACK, | JUDGE ENGELHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| vs. | |
| | Civil Action No. 2:17-cv-15201 |
| SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | |
| Defendant. | |

### PLAINTIFF'S MEMORANDUM BRIEF IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Denise Womack, by and through the undersigned counsel of record and files this Memorandum Brief in Support of her Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

### REASON(S) FOR SEEKING DISMISSAL

1. The undersigned counsel seeks dismissal of this action against Defendant after having received confirmation that Plaintiff was diagnosed with alopecia prior to chemotherapy.

### PLAINTIFF SEEKS DISMISSAL WITH PREJUDICE

2. Counsel for Plaintiff Womack prays her action will be dismissed with prejudice.

### STATUS OF PLAINTIFF WOMACK PLAINTIFF'S FACT SHEET (PFS)

3. No Plaintiff's Fact Sheet has been submitted on behalf of Plaintiff Womack.

### COUNSEL'S CERTIFICATION AS REQUIRED BY PTO NO. 54
### REGARDING COMMUNICATION WITH COUNSEL

4.     As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendant, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing.

5.     On January 22, 2018, the undersigned counsel initially requested approval from Defense and Liaison counsel in writing to file a Stipulation of Dismissal With Prejudice on Plaintiff Womack's behalf. No response was received from Defense or Liaison Counsel in this regard. On February 15, 2018, the undersigned counsel sent another written request to Defense and Liaison Counsel for permission to file a Stipulation of Dismissal With Prejudice on Plaintiff Womack's behalf.  Following the March 5, 2018, response from Counsel for Defendant's Kelly Bieri, the undersigned counsel on March 15, 2018, sent notification to Defense and Liaison Counsel of his intention to file a dismissal pursuant to PTO No. 54.

### GROUNDS FOR DEFENDANTS' OPPOSITION

6.     On March 5, 2018, Counsel for Defendant's, Kelly Bieri responded stating that she would not consent to the dismissal by stating: "As to Ms. Womack, your client filed a lawsuit against Sanofi in which you allege she suffered from disfiguring permanent alopecia as a result of taking docetaxel and seek compensation from Sanofi as a result of the same. Based on your correspondence below, plaintiff now admits that she was "diagnosed with alopecia *prior* to chemotherapy." Prior to the filing of this lawsuit, we believe you had an obligation to conduct a sufficient investigation to determine whether the was a good faith, plausible basis that the alleged injury was caused by the identified product. We believe that the failure to make a reasonable attempt to determine this information in advance of filing suit is improper. In this instance, we do not consent to dismissal."

WHEREFORE, PREMISE CONSIDERED, Plaintiff Womack prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 10th day of April, 2018.

**ATKINS & MARKOFF LAW FIRM**

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Plaintiff's Voluntary Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated this 10th day of April, 2018.

**ATKINS & MARKOFF LAW FIRM**

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*