UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| DENISE WOMACK, | JUDGE ENGELHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| vs. | |
| | Civil Action No. 2:17-cv-15201 |
| SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | |
| Defendant. | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, will bring for hearing on the 25th day of April, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, and file the following pleadings on Defendant as follows:

1. Plaintiff's Motion for Voluntary Dismissal With Prejudice;

2. Plaintiff's Memorandum Brief in Support of Motion for Voluntary Dismissal With Prejudice; and

3. Proposed Order.

Respectfully submitted, this the 10th day of April, 2018.

**ATKINS & MARKOFF LAW FIRM**
/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Plaintiff's Voluntary Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated this 10th day of April, 2018.

                                        **ATKINS & MARKOFF LAW FIRM**

                                        /s/ Daniel P. Markoff
                                        DANIEL P. MARKOFF, OBA#14886
                                        BRIA A. HANLON, OBA #32412
                                        9211 Lake Hefner Pkwy Ste 104
                                        Oklahoma City OK 73120
                                        (405) 607-8757
                                        (405) 607-8749 (facsimile)
                                        dmarkoff@atkinsandmarkoff.com
                                        bhanlon@atkinsandmarkoff.com

                                        *Counsel for Plaintiff*