UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 2:17-cv-15201 |
| _____ <br> DENISE WOMACK, <br><br> Plaintiff, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC <br><br> Defendant. <br> --------------------------------- | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendant Sanofi-Aventis U.S. LLC be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this ___ day of April, 2018.

| | |
|---|---|
| ATKINS & MARKOFF <br><br> /s/ Daniel P. Markoff <br> DANIEL P. MARKOFF, OBA#14886 <br> BRIA A. HANLON, OBA #32412 <br> Atkins & Markoff <br> 9211 Lake Hefner Pkwy Ste 104 <br> Oklahoma City OK 73120 <br> (405) 607-8757 <br> (405) 607-8749 (facsimile) <br> dmarkoff@atkinsandmarkoff.com <br> bhanlon@atkinsandmarkoff.com <br><br> Attorney for Plaintiff | SHOOK, HARDY & BACON LLP <br><br> _/s/ Kelly Bieri_ <br> Kelly Bieri <br> Harley V. Ratliff <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Phone: 816-474-6550 <br> Fax: 816-421-5547 <br> kbieri@shb.com; hratliff@shb.com <br><br> Attorneys for sanofi-aventis U.S. LLC |