UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| ROSIE RODDY,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SUN PHARMA GLOBAL FZE AND SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : | <br><br><br><br>Civil Action No.: 2:17-cv-11336 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Sandoz Inc., Sanofi S.A., Aventis Pharma S.A, Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only*.

Dated this 11th day of April, 2018.

1

Respectfully Submitted:

By:    s/ *Michael P. McGartland*
        Michael P. McGartland
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone: (817) 332-9300
        Facsimile: (817) 332-9301
        mike@mcgartland.com

        Christopher L. Coffin
        LA Bar No. 27902
        Nicholas R. Rockforte
        LA Bar No. 31305
        Jessica A. Perez
        LA Bar 34024
        Pendley, Baudin & Coffin, L.L.P.
        1515 Poydras Street, Suite 1400
        New Orleans, LA 70112
        Telephone: (504) 355-0086
        Facsimile: (504) 523-0699
        ccoffin@pbclawfirm.com
        nrockforte@pbclawfirm.com
        jperez@pbclawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

     Dated this 11th day of April, 2018.

                                          s/ *Michael P. McGartland*
                                          Michael P. McGartland