UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SONDRA OSOVICH, | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | COMPLAINT & JURY DEMAND |
| v. | : : | Civil Action No. 2:17-cv-08963 |
| SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | : : : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants Sanofi S.A., Aventis Pharma S.A, Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Sanofi Us Services Inc. f/k/a Sanofi-Aventis U.S. Inc., as follows:

1. Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint with exhibit and

3. Proposed Order.

Dated this 11th day of April, 2018.

Respectfully submitted by,


/s/ Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

Christopher L. Coffin
LA Bar No. 27902
Nicholas R. Rockforte
LA Bar No. 31305
Jessica A. Perez
LA Bar 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2018, the foregoing document was filed with

the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which

will send notice of electronic filing in accordance with the procedures established in MDL 2740.


By:     /s/ *Michael P. McGartland*
        Michael P. McGartland