## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "N"(5) HON. JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Deborah M. Simpson v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., Pfizer Inc. Civil Case No.: 2:17-cv-17169 | : : : : : | |

-------------------------------------------------

### STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO PFIZER, INC.

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that Deborah M. Simpson's claims against Pfizer Inc. only, in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740 be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Plaintiff will continue her case against Defendants Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., based upon the product identification received.

This the 11th day of April, 2018.            Respectfully submitted,

                                                                        /s/ Dana G. Kirk
                                                                       DANA G. KIRK
                                                                       **KIRK LAW FIRM**

TSBN: 11507500
440 Louisiana Street, Suite 2400
Houston, Texas 77002
Telephone: 713/651-0050
Facsimile: 713/651-0051
Toll free: 800/651-5475
kirk@kirklawfirm.com

**ATTORNEY FOR PLAINTIFF**

/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
***Attorneys for Defendants Hospira, Inc.,
Hospira Worldwide, LLC, formerly doing
business as Hospira Worldwide, Inc., and
Pfizer, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal With Prejudice as to Pfizer, Inc. only has been contemporaneously with or before filing served upon all parties or their attorneys on this 11th day of April 2018, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

<u>/S/ Dana G. Kirk</u>
DANA G. KIRK