# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Lambert v. Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-8856 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: April 12 , 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 12, 2018

          Respectfully Submitted,

          **NIEMEYER GREBEL & KRUSE, LLC**

          */s/ Mark R. Niemeyer*
          Mark R. Niemeyer #42437
          Michael S. Kruse #57818
          10 S. Broadway,
          Suite 1125
          St. Louis, MO  63102
          314-241-1919 phone
          314-665-3017 fax
          niemeyer@ngklawfirm.com
          kruse@ngklawfirm.com

          Attorneys for Plaintiff