UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Cecibel Alvarado, Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et. al, Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-14657 | : : | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of all Defendants. Each party to bear their own costs.

This the 12th day of April, 2018.

Whitfield Bryson & Mason LLP

/*s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice as to All Defendants has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 12th day of April, 2018.

WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*