UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Shawn Talbert-Brown,       Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,       Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-14711 | : : | |

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of all Defendants. Each party to bear their own costs.

This the 13th day of April, 2018.

Whitfield Bryson & Mason LLP

/*s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice as to All Defendants has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 13th day of April, 2018.

        WHITFIELD BRYSON & MASON LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        Email: hunter@wbmllp.com

        *Attorneys for Plaintiff*