UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| _____ | JUDGE ENGELHARDT |
| Carleen Wynn, | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.:16-cv-17793 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 13th day of April, 2018.

| JOHNSON BECKER, PLLC | IRWIN FRITCHIE URQUHART & MOORE |
|---|---|
| _/s/ Alexandra Robertson_ | _/s/ Douglas J. Moore_ |
| Alexandra Robertson, Esq. | Douglas J. Moore, Esq. |
| Timothy J. Becker, Esq. | 400 Poydras St. |
| 444 Cedar Street | Suite 2700 |
| Suite 1800 | New Orleans, LA 70130 |
| St. Paul, MN 55101 | Phone: 504-310-2100 |
| Phone: 612-436-1800 | Fax: 504-310-2100 |
| Fax: 612-436-1801 | Email: dmoore@irwinllc.com |
| Email: tbecker@johnsonbecker.com | |
| Attorney for Plaintiff | Attorney for Sanofi Defendants |