UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| _____ Kelly Lea Kohlenberg,        Plaintiff, vs. SANOFI US SERVICES INC., and SANOFI-AVENTIS U.S. LLC,        Defendant(s). ------------------------------------------------- | : : : : : : : : : : : | **Stipulation of Dismissal with Prejudice** Civil Action No.:17-cv-13959 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 13th day of April, 2018.

| | |
|---|---|
| JOHNSON BECKER, PLLC | IRWIN FRITCHIE URQUHART & MOORE |
| _/s/ Alexandra Robertson_ Alexandra Robertson, Esq. Timothy J. Becker, Esq. 444 Cedar Street Suite 1800 St. Paul, MN 55101 Phone: 612-436-1800 Fax: 612-436-1801 Email: tbecker@johnsonbecker.com | _/s/ Douglas J. Moore_ Douglas J. Moore, Esq. 400 Poydras St. Suite 2700 New Orleans, LA 70130 Phone: 504-310-2100 Fax: 504-310-2100 Email: dmoore@irwinllc.com |
| Attorney for Plaintiff | Attorney for Sanofi Defendants |