# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |
| | JUDGE ENGELHARDT |
| FRANCES ELAINE HENDERSON, | MAG. JUDGE NORTH |
| Plaintiff, | |
| | Civil Action No.: 2:17-cv-13105 |
| vs. | |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC., and SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information, or objects upon Dr. Mohsen Arani, Millenium Physicians.

Respectfully submitted this the 13th day of April, 2018.

                                                         Respectfully submitted,

                                                         **PULASKI LAW FIRM, PLLC**
                                                         /s/ Leslie LaMacchia
                                                         Leslie LaMacchia
                                                         Adam Pulaski
                                                         2925 Richmond, Suite 1725
                                                         Houston, TX 77098
                                                         Tel: (713) 664-4555
                                                         Fax: (713) 664-7543
                                                         llamacchia@pulaskilawfirm.com
                                                         adam@pulaskilawfirm.com

                                                         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, a copy of the foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC 400
Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
docetaxelproductid@guinnemanuel.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-taxotere-prodid@gtlaw.com

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
noproductid@shb.com

Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
noproductid@mofo.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State Street
Boston, MA 02109
docenoprodid@hinshawlaw.com

Sheryl Ritter
Kimberly L. Beck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
sritter@ulmer.com
kbeck@ulmer.com

                                          /s/ *Leslie LaMacchia*
                                          Leslie LaMacchia