UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of the Motion to Dismiss Pursuant to CMO No. 12, filed by Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc., and McKesson Corporation d/b/a McKesson Packaging Services;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion to Dismiss Pursuant to CMO No. 12 is hereby entered into the Court's docket.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Kurt D. Engelhardt
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

00494623