Exhibit 1

| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | GILBERT, SHIRLEY | 2:17-cv-07787 | |
| 2 | JOHNSON, IRMA | 2:17-cv-08582 | |
| 3 | PEARSON, YOLONDA | 2:17-cv-10942 | |
| 4 | RAYBUCK, FONDA | 2:17-cv-09876 | |
| 5 | WELSH, KRISTIN | 2:17-cv-09894 | |