| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | GAUDET, YVETTE | 2:16-cv-17627 | 56 |
| 2 | NEWTON, LORRAINE | 2:17-cv-06288 | 107 |
| 3 | SMITH, BLYNDA | 2:17-cv-00617 | 121 |