Exhibit 3

| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | NASH, ARECIA | 2:17-cv-07661 | 105 |
| 2 | KRAKE, MICHELE | 2:17-cv-11202 | 150 |