| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | ARSENEAUX, BOBBI | 2:17-cv-05757 | 9 |
| 2 | BELL, ANGELA | 2:17-cv-07695 | 11 |
| 3 | CHEREM, MIRIAM | 2:17-cv-00119 | 25 |
| 4 | COLEMAN, BARBARA | 2:17-cv-07971 | 28 |
| 5 | CUSTARD, ELIZABETH | 2:16-cv-17650 | 34 |
| 6 | FOSTER, ARUSHA | 2:17-cv-09813 | 47 |
| 7 | FOWLER, SARA | 2:17-cv-08944 | 48 |
| 8 | GOMEZ, LAURIE | 2:17-cv-07924 | 59 |
| 9 | HAYES, ELIZABETH | 2:17-cv-00440 | 69 |
| 10 | HOWARD, WANDA | 2:17-cv-06153 | 76 |
| 11 | HUNDLEY, ELEANOR | 2:17-cv-07945 | 77 |
| 12 | JACKSON, THERESIA | 2:16-cv-17138 | 79 |
| 13 | KOVARIK, ISABELLE | 2:17-cv-05847 | 91 |
| 14 | LANGSTRAAT, BEVERLY | 2:17-cv-04488 | 93 |
| 15 | LUCKETT, JENNIFER | 2:17-cv-04752 | 100 |
| 16 | LYONS, PATRICIA | 2:16-cv-16890 | 101 |
| 17 | MILLER, MARY | 2:17-cv-09580 | 103 |
| 18 | NISSI, LEONCE | 2:17-cv-11261 | 108 |
| 19 | ROGERS, MELANIE | 2:16-cv-14486 | 114 |
| 20 | SHATARA, AUGUSTINE | 2:17-cv-08585 | 118 |
| 21 | SUMMERS, CHARLOTTE | 2:16-cv-16805 | 125 |
| 22 | THACKER, JENNIFER | 2:17-cv-11483 | 127 |
| 23 | THOMAS, ALICE | 2:17-cv-09387 | 128 |
| 24 | TOLLETT, DEBRA | 2:17-cv-01950 | 130 |
| 25 | TUCKER, MARY | 2:17-cv-09463 | 131 |
| 26 | TURNER, MILDRED | 2:17-cv-04827 | 132 |
| 27 | WALLWEY, BARBARA | 2:17-cv-06014 | 134 |
| 28 | WEIRICK, MELISSA | 2:17-cv-09546 | 137 |
| 29 | WHITAKER, MARY | 2:16-cv-17221 | 140 |
| 30 | WILLIAMS, DANNELL | 2:17-cv-02194 | 143 |
| 31 | WILLIAMS, DAPHINE | 2:16-cv-17220 | 144 |
| 32 | WILLIAMS, JENNIFER | 2:17-cv-04745 | 145 |
| 33 | WOOD, DELIGHT | 2:16-cv-15321 | 146 |
| 34 | YOHO, JULIE | 2:17-cv-04125 | 148 |
| 35 | RUFRA, JANELL | 2:17-cv-11647 | 154 |