| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | BERRY, BEVELYN | 2:17-cv-11827 | 12 |
| 2 | COLES, NEPPHIE | 2:17-cv-08954 | 30 |
| 3 | GARNETT, PATRICIA | 2:17-cv-09099 | 55 |
| 4 | HARRELL, BARBARA | 2:17-cv-09170 | 64 |
| 5 | HUNT, KYNA | 2:18-cv-00714 | 78 |
| 6 | ROE, BRENDA | 2:16-cv-17943 | 113 |