| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | ALLEN, ELLA | 2:17-cv-07976 | 3 |
| 2 | ALLISON, PAMELA | 2:17-cv-06957 | 4 |
| 3 | AMBROSIUS, CAROL | 2:17-cv-14724 | 5 |
| 4 | ANDERSON, LINDA | 2:17-cv-14689 | 6 |
| 5 | ANDERSON, LYNTRELLA | 2:16-cv-17237 | 7 |
| 6 | ANDERSON, PAULA | 2:16-cv-17498 | 8 |
| 7 | BEELER, SANDRA | 2:17-cv-05830 | 10 |
| 8 | BIAS, SHEILA | 2:16-cv-17171 | 13 |
| 9 | BICE, BARBARA | 2:17-cv-00751 | 14 |
| 10 | BODE, ROSEANN | 2:18-cv-00682 | 15 |
| 11 | BOYLAND, JOANNE | 2:18-cv-00684 | 17 |
| 12 | BRADLEY, LORETTA | 2:17-cv-11798 | 18 |
| 13 | BROCK, BRENDA | 2:17-cv-11529 | 20 |
| 14 | BROWN, PATRICIA | 2:17-cv-12239 | 21 |
| 15 | CARTER, EILEEN | 2:17-cv-08342 | 22 |
| 16 | CHAPPELL, EDITH | 2:16-cv-17163 | 23 |
| 17 | CHAVEZ, SOUNDRA | 2:16-cv-17190 | 24 |
| 18 | CLAYTON, JACQUELINE | 2:17-cv-10158 | 26 |
| 19 | COLE, BELINDA | 2:16-cv-17945 | 27 |
| 20 | COLEMAN, VIRGINA | 2:16-cv-17124 | 29 |
| 21 | CRABTREE, PATRICIA | 2:17-cv-16427 | 31 |
| 22 | CRAWFORD, GWENDOLYN | 2:16-cv-17151 | 32 |
| 23 | CRONE, WENDY | 2:18-cv-00690 | 33 |
| 24 | DAISE, LUCILLE | 2:17-cv-01144 | 36 |
| 25 | DEAN, CARNELIA | 2:16-cv-17201 | 38 |
| 26 | DENNIS, CLARA | 2:17-cv-08398 | 39 |
| 27 | DETRIXHE, KAREN | 2:16-cv-15313 | 40 |
| 28 | ERKINS, JACQUITA | 2:16-cv-17131 | 43 |
| 29 | EVANS, BEATRICE | 2:17-cv-09740 | 44 |
| 30 | FORTE, GEORGIA | 2:16-cv-17187 | 46 |
| 31 | FOXWORTH, DENISE | 2:17-cv-08333 | 49 |
| 32 | FRANKLIN, SANDRA | 2:17-cv-10330 | 51 |
| 33 | FULLER, GLORIA JEAN | 2:16-cv-17231 | 52 |
| 34 | GARDNER, PRISCILLA | 2:17-cv-16719 | 53 |
| 35 | GARDNER, SHARON | 2:16-cv-17167 | 54 |
| 36 | GOINS, ROSIE | 2:17-cv-00739 | 58 |
| 37 | GRANDERSON, THELMA | 2:16-cv-17152 | 60 |
| 38 | GRAYS, PATRICIA ANN | 2:17-cv-10594 | 61 |
| 39 | GREEN, SAUNDRA | 2:16-cv-15518 | 62 |
| 40 | HANSEN, SANDRA | 2:16-cv-17798 | 63 |
| 41 | HARRIS, CHARLESETTA | 2:16-cv-17239 | 65 |
| 42 | HARRIS, RUBY | 2:16-cv-17145 | 66 |

| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 43 | HATCHER, LUGENIA | 2:16-cv-17045 | 67 |
| 44 | HAWKINS, ETHEL | 2:16-cv-17188 | 68 |
| 45 | HIGHSMITH, WYLINA | 2:16-cv-17738 | 71 |
| 46 | HOLLAND, GLORIA | 2:17-cv-07791 | 72 |
| 47 | HOLMES, SHIRLEY | 2:17-cv-06002 | 73 |
| 48 | HOLT, MELITA | 2:17-cv-08561 | 74 |
| 49 | HOWARD, ALBERTA | 2:17-cv-06016 | 75 |
| 50 | JAMES, NINA | 2:17-cv-00760 | 80 |
| 51 | JENNINGS, SANDRA | 2:17-cv-07979 | 81 |
| 52 | JOHNSON, JONNIE | 2:16-cv-17166 | 82 |
| 53 | JOHNSON, JUDY | 2:17-cv-13303 | 83 |
| 54 | JOHNSON, JULIA | 2:17-cv-08315 | 84 |
| 55 | JONES, JOYCE | 2:16-cv-17209 | 85 |
| 56 | JONES, WANDA | 2:17-cv-13302 | 86 |
| 57 | JORDAN, SHEILA ANN | 2:17-cv-08824 | 87 |
| 58 | KENNEDY, CYNTHIA | 2:16-cv-17196 | 88 |
| 59 | KEY, CAROLYN | 2:17-cv-01951 | 89 |
| 60 | KIDD, PAMELA | 2:16-cv-17181 | 90 |
| 61 | LAFEVER, SHERRY | 2:17-cv-11454 | 92 |
| 62 | LATARSKI, ROSEMARY | 2:16-cv-16052 | 94 |
| 63 | LAWRENCE, BARBARA | 16-2740 | 95 |
| 64 | LEITH, MELISSA | 2:16-cv-15286 | 96 |
| 65 | LEWIS, SYLVIA | 2:16-cv-17185 | 97 |
| 66 | LITTLE, EVANGELINE | 2:16-cv-17022 | 99 |
| 67 | MILLER, CHARITY | 2:17-cv-02265 | 102 |
| 68 | PESKA, EILEEN | 2:17-cv-13375 | 110 |
| 69 | REEDER, SUSAN | 2:17-cv-08625 | 111 |
| 70 | RIVERS, KIMELY | 2:17-cv-00862 | 112 |
| 71 | RUSSELL, MADIS | 2:17-cv-00117 | 116 |
| 72 | SHIMEL, PAULETTE | 2:16-cv-17951 | 119 |
| 73 | STRAWN, DEBORAH | 2:17-cv-13374 | 124 |
| 74 | TAYLOR, LEDERLE | 2:16-cv-17917 | 126 |
| 75 | WARD, LINDA | 2:16-cv-17493 | 135 |
| 76 | WEBB MCCONNELL, BETTY | 2:16-cv-17155 | 136 |
| 77 | WELLS, PAMELA | 2:17-cv-11583 | 138 |
| 78 | WERNING, LARA | 2:16-cv-17169 | 139 |
| 79 | WHITT, JACQUELINE | 2:17-cv-08165 | 141 |
| 80 | WILDMAN, CRISTAL | 2:17-cv-11274 | 142 |
| 81 | WOODROW, ELIZABETH | 2:17-cv-09446 | 147 |
| 82 | YOUNG, LORRAINE | 2:16-cv-17235 | 149 |
| 83 | MILLER, EVELYN NEAL | 2:17-cv-11224 | 151 |
| 84 | NELSON, RENEE | 2:17-cv-11558 | 152 |

| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 85 | RICHARDSON, SUNA | 2:17-cv-11333 | 153 |
| 86 | WARNER, NANCY | 2:17-cv-11688 | 155 |