| # | Case Name | MDL Docket # | Plaintiff Exhibit # |
|---|---|---|---|
| 1 | BODKER, MARY ELLEN | 2:17-cv-03426 | 16 |
| 2 | BRADLEY, ROBIN | 2:16-cv-15667 | 19 |
| 3 | CYPRIAN, MYRA | 2:16-cv-15661 | 35 |
| 4 | DAY, GAYLE | 2:17-cv-04580 | 37 |
| 5 | DOUGHTY, FRANCES | 2:17-cv-05268 | 41 |
| 6 | EIDEL, KRISTINA | 2:17-cv-06024 | 42 |
| 7 | FALKINS, CORLISS | 2:16-cv-14484 | 45 |
| 8 | FRADELLA, JACQUELINE | 2:16-cv-15664 | 50 |
| 9 | GEORGE, JOSELYN | 2:17-cv-03585 | 57 |
| 10 | HAYNES, CAROLYN | 2:16-cv-17723 | 70 |
| 11 | LIRETTE, JOAN | 2:17-cv-04897 | 98 |
| 12 | MOTT, EULALIE | 2:17-cv-03754 | 104 |
| 13 | NELSON, SHARON | 2:17-cv-06196 | 106 |
| 14 | PARKS, DIANNE | 2:17-cv-06141 | 109 |
| 15 | ROHLI, BRENDA | 2:16-cv-14526 | 115 |
| 16 | SANTIAGO, DIANE | 2:17-cv-09131 | 117 |
| 17 | SLEDGE, VERONIQUE | 2:17-cv-03485 | 120 |
| 18 | SMITH, JOHNIE | 2:16-cv-16951 | 122 |
| 19 | ST AMANT SCOTT, CHERIE | 2:17-cv-06204 | 123 |
| 20 | THOMAS, SUSAN | 2:17-cv-05575 | 129 |
| 21 | UNDERWOOD, DEBRA | 2:17-cv-05262 | 133 |