UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | |
| | Case No. 2:18-cv-03314 |
| *Amelia Green, et al., v. Sanofi U.S. Services, INC., et al.,* | State Case No.: 2017-L-12697 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS'S MOTION TO REMAND
### TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above references matters and for the reasons more fully set forth in the attached Memorandum in Support, because Defendants improperly removed these actions from the removed this action to the Northern District of Illinois – Eastern Division. This Court should remand this action back to the Circuit Court of Cook County, Illinois because complete diversity of citizenship does not exist between Plaintiffs and Defendants.

**WHEREFORE**, Plaintiffs hereby request that the Court remand their cases to the Circuit Court of Cook County, Illinois.

DATED: April 13, 2017

            NAPOLI SHKOLNIK PLLC
            */s/ Hunter Shkolnik*
            Hunter Shkolnik, Esq.
            Paul J. Napoli, Esq.
            400 Broadhollow Rd.
            Suite 305
            Melville, NY 11747
            (212) 397-1000
            Email: hunter@napolilaw.com
                    pnapoli@napolilaw.com

            *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

DATED: April 13, 2018

                                                   /s/Hunter J. Shkolnik
                                                  Hunter J. Shkolnik, Esquire