# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | |
| | Case No. 2:18-cv-03316 |
| *Linda Rice, et al., v. Sanofi U.S. Services, INC., et al.,* | State Case No.: 2017-L-12703 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above references matters, who respectfully request oral augment on their Remand Motion.

**WHEREFORE**, Plaintiffs hereby request that this Honorable Court grant them permission to provide oral argument in relation to their Remand Motion.

DATED: April 13, 2017

                              NAPOLI SHKOLNIK PLLC
                              */s/ Hunter Shkolnik*
                              Hunter Shkolnik, Esq.
                              Paul J. Napoli, Esq.
                              400 Broadhollow Rd.
                              Suite 305
                              Melville, NY 11747
                              (212) 397-1000
                              Email: hunter@napolilaw.com
                                            pnapoli@napolilaw.com

                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

DATED: April 13, 2018

                                                          */s/Hunter J. Shkolnik*
                                                        Hunter J. Shkolnik, Esquire