# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**     MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**

Case No. 2:18-cv-03315

*Virgie Anderson, et al., v. Sanofi U.S.*
*Services, INC., et al.,*     State Case No.: 2017-L-12694

**********************************************************************

## NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the Motion to Remand Plaintiffs' case back to the Circuit Court of Cook County, Illinois, is hereby set for submission before the Honorable Judge Engelhardt on the 12th day of May, 2018, at 9:30 a.m.

         */s/ Hunter Shkolnik*
         Hunter Shkolnik, Esq.
         Paul J. Napoli, Esq.
         NAPOLI SHKOLNIK, PLLC
         400 Broadhollow Rd.
         Suite 305
         Melville, NY 11747
         (212) 397-1000
         Email: hunter@napolilaw.com
                  pnapoli@napolilaw.com

         *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    /s/Hunter J. Shkolnik
                                                    Hunter J. Shkolnik, Esquire

                                                    *Attorneys for Plaintiffs*