UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |

*Amelia Green, et al v. Sanofi S.A., et al*, 18-03314
*Linda Rice, et al v. Sanofi, S.A., et al*, 18-3316
*Savannah Pugh, et al v. Sanofi, et al*, 18-3313
*Virgie Anderson, et al v. Sanofi S.A., et al*, 18-3315

### *EX PARTE* MOTION FOR ORDER OF SEVERANCE PURSUANT TO PRETRIAL ORDER NO. 65

NOW INTO COURT come plaintiffs, through the Plaintiffs' undersigned counsel, who respectfully request that the Court issue an Order of Severance related to the above identified member cases pursuant to the terms set forth in Pretrial Order No. 65 (Rec. Doc. 959).[1] Plaintiffs' proposed Order of Severance, attached hereto, provides that the individual plaintiffs' claims are severed from their original complaints. Pretrial Order No. 65 requires that the claims of a plaintiff who has used a docetaxel product and a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall together be treated as one "individual plaintiff." Upon issuance of the requested Order of Severance, the severed individual plaintiffs will follow the procedure set forth in Pretrial Order No. 65 to file individual Short Form Complaints.

WHEREFORE, plaintiffs pray that their attached proposed Order of Severance be entered and, accordingly, that the claims of the individual plaintiffs in the above referenced actions be severed as set forth in Pretrial Order No. 65.

---

[1] Nothing in this filing should be construed as Plaintiff's consenting to this Court's jurisdiction. Plaintiffs have concurrently filed a Motion to Remand to the Circuit Court of Cook County Illinois. The Court must decide Plaintiffs Motion to Remand prior to the severance of this action.

1

DATED: April 13, 2017

        NAPOLI SHKOLNIK PLLC
*/s/ Hunter Shkolnik*
Hunter Shkolnik, Esq.
Paul J. Napoli, Esq.
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
      pnapoli@napolilaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

DATED: April 13, 2018

                                              */s/Hunter J. Shkolnik*
                                              Hunter J. Shkolnik, Esquire