## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>CHERYL BUGG v. HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC., Case No. 2:17-cv-11946 | Civil Action No.: 2:17-CV-11946 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Cheryl Bugg, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:17-cv-11946, **_only_**.  This stipulation shall not affect the lawsuit filed by Cheryl Bugg, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-10185.  All parties shall bear their own costs.

Dated this 16th day of April 2018.

| | |
|---|---|
| By: */s/ Brian A. Abramson*<br>Brian A. Abramson<br>**WILLIAMS KHERKER HART BOUNDAS, LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017-5051<br>Telephone: (713) 230-2200<br>Facsimile: (713) 643-6226<br>Email:  babramson@williamskherkher.com<br><br>*Attorneys for Plaintiff Cheryl Bugg* | By: */s/ Mara Cusker Gonzalez*<br>Mark Cheffo<br>Mara Cusker Gonzalez<br>Sara Roitman<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Ave., 22nd Floor<br>New York, NY  10010<br>Telephone: (212-849-7000<br>Facsimile: (212) 849-7100<br>Email:  markcheffo@quinnemanuel.com<br>    maracuskergonzalez@quinnemanuel. |

com
sararoitman@quinnemmanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc..*