UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION   SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Elaine Turner
Case No.: 2:17-cv-13621

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW COMES Plaintiff Elaine Turner, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.  Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Dated:  April 16, 2018   Respectfully submitted,

/s/ Matt Morrison
Matt Morrison
Texas Bar No. 24028602
Harrison Davis
Steakley Morrison Jones, PC
5 Ritchie Road
Waco, Texas 76712
(254) 761-3300
(254) 761-3301 (facsimile)
matt@thetriallawyers.com

**Attorneys for Plaintiff**

## Certificate of Compliance

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## Certificate of Service

I certify that on April 16, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Matt Morrison
Matt Morrison