UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>CATHY S. STIVERS v. SANOFI S.A., ET AL., Case No. 2:17-cv-10442-KDE-MBN | Civil Action No.: 2:17-cv-10442-KDE-MBN |

Plaintiff Cathy Stivers respectfully requests that the Court dismiss her complaint in Case No. 2:17-cv-10442-KDE-MBN against Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. without prejudice to refile against these Defendants. Plaintiff has entered into a tolling agreement with Defendants related to her claim, and intends to raise her claim in the state court of Illinois in the future. Dismissal of Plaintiff's case without prejudice at this time is required as part of the tolling agreement entered into by the parties. Plaintiff has not completed a plaintiff fact sheet at this time because of this tolling agreement, but has provided Defendants with proof of use information identifying Defendants as the manufacturers of the docetaxel administered to Plaintiff. The relief sought in this Motion is unopposed by Defendants.

Dated this 16th day of April 2018

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Hospira Defendants regarding this Motion in writing, and counsel has consented and does not oppose the relief sought.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*