UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>Master Case No. 2:16-md-02740<br>Hon. Kurt D. Engelhardt |
| *This Document Relates To:*<br><br>**DEBORAH GOODMAN,**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC,**<br><br>         **Defendants.** | Case No.  2:17-cv-13035<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Deborah Goodman hereby voluntarily dismisses all claims against Defendants with prejudice.

DATED: April 16, 2018

                    Respectfully submitted,

                    /s/ *Daniel C. Burke*
                    Daniel C. Burke
                    BERNSTEIN LIEBHARD LLP
                    10 East 40th Street
                    New York, New York 10016
                    Tel: (212) 779-1414
                    Fax: (212) 779-3218
                    Email: dlee@bernlieb.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Voluntary Dismissal was electronically filed on April 16, 2018 using the CM/ECF system, which will send notification of this filing to all attorneys of record.

    /s/ *Daniel C. Burke*
Daniel C. Burke