UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE ENGELHARDT |
| ELAINE TURNER, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-13621 |
| | : | |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC. | : | |
| | : | |
| Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated 16th day of April, 2018.

| | |
|---|---|
| HARRISON DAVIS STEAKLEY MORRISON JONES, PC | SHOOK, HARDY & BACON LLP |
| | |
| __/s/ Matt Morrison_ | _/s/ Kelly Bieri_ |
| Matt Morrison | Kelly Bieri |
| 5 Ritchie Road | Harley Ratliff |
| Waco, Texas 76710 | 2555 Grand Boulevard |
| (254) 761-3300 | Kansas City, Missouri 64108 |
| (254) 761-3301 (fax) | Phone: 816-474-6550 |
| matt@thetriallawyers.com | Fax: 816-421-5547 |
| | kbieri@shb.com; hratliff@shb.com |
| | |
| Attorney for Plaintiff | Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc. |