MINUTE ENTRY
NORTH, M.J.
APRIL 10, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NUMBER: 2740
　　　　　PRODUCTS LIABILITY
　　　　　LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

　　　　　The Court held a follow-up telephone conference with counsel for the parties.

| PRESENT: | Douglas Moore | Kelly Brilleaux | Lori Schultz |
| | Lawrence Centola | John Olinde | Palmer Lambert |
| | Dawn Barrios | Christopher Coffin | David Miceli |
| | Kyle Bachus | | |

| PARTICIPATING BY PHONE: | Kathleen Kelly | Mike Suffern |
| | Julie Callsen | Mara Cusker Gonzalez |
| | Beth Toberman | Alexander Dwyer |
| | Karen Menzies | Andre Mura |
| | Harley Ratliff | Patrick Oot |
| | Andrew Lemmon | Jessica Perez Reynolds |

A status conference is scheduled for April 25, 2018 at 4:15 p.m.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:45)