MINUTE ENTRY
ENGELHARDT, J.
April 16, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

A status conference was conducted on Monday, April 16, 2018, at 9:30 a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants.

**Law Clerks: Chynna Anderson and Jennifer Rogers**

(JS10: 1:25)