# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *ALL CASES LISTED ON EXHIBIT A* | HON. KURT D. ENGELHARDT |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs will submit the accompanying Motion for Leave to File Omnibus Reply Memorandum in Further Support of Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 on the 9th day of May, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

    Respectfully submitted,

    */s/ Lauren E. Godshall*
    Betsy Barnes, LA # 19473
    Lauren E. Godshall, LA #31465
    Morris Bart, LLC
    601 Poydras St., 24th Fl.
    New Orleans, LA 70130
    Phone: (504) 525-8000
    Fax: (504) 599-3392
    bbarnes@morrisbart.com
    lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on April 16, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Lauren E. Godshall*