UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 :<br>: SECTION "N"(5) : |
| THIS DOCUMENT RELATES TO:<br>Langstraat v. Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-04488 | : JUDGE KURT D. ENGELHARDT :<br>: MAG. JUDGE MICHAEL B. NORTH : |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1) hereby voluntary dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A. and Sanofi-Aventis U.S. LLC from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: April 16, 2018          Respectfully Submitted,

**LARRY HELVEY LAW FIRM**

By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa  52402
Telephone:  319-362-0421
Facsimile:  319-362-3496
E-mail:  lhelvey@helveylaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 16, 2018

    Respectfully Submitted,

    LARRY HELVEY LAW FIRM
    By:/s/Larry D. Helvey, M.D., J.D.
    Larry D. Helvey AT0003424
    2735 1st Avenue SE, Suite 101
    Cedar Rapids, Iowa  52402
    Telephone:  319-362-0421
    Facsimile:  319-362-3496
    E-mail:  lhelvey@helveylaw.com

    Attorneys for Plaintiff