## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | : MDL NO. 2740 |
| : | : SECTION "N"(5) |
| : | : |
| THIS DOCUMENT RELATES TO: : | : JUDGE KURT D. ENGELHARDT |
| Langstraat v. Sanofi-Aventis U.S. Inc., et : | |
| al., Civil Action No. 2:17-cv-04488 : | : MAG. JUDGE MICHAEL B. NORTH |
| : | |

### PLAINTIFF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW COMES Plaintiff Beverly A. Langstraat through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto

Dated: April 16, 2018              Respectfully Submitted,

**LARRY HELVEY LAW FIRM**

By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa  52402
Telephone:  319-362-0421
Facsimile:  319-362-3496
E-mail:  lhelvey@helveylaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on April 16, 2018 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:
_4/16/2018__

Respectfully Submitted,

LARRY HELVEY LAW FIRM
By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424 2735 1st Avenue SE, Suite 101 Cedar Rapids, Iowa  52402 Telephone: 319-362-0421 Facsimile: 319-362-3496
E-mail:  lhelvey@helveylaw.com

Attorneys for Plaintiff