UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| BEVERLY SMOCK | |
| Plaintiff(s), | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| vs. | ORDER |
| SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:16-cv-15673 |
| Defendants. | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint what was attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2018

_____
JUDGE UNTED STATES DISTRICT COURT

1