UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 2:16-cv-15673 |
| _____ <br> BEVERLY SMOCK, <br><br> Plaintiff, <br><br> vs. <br><br> SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC. <br><br> Defendants. <br> ---------------------------------------------------------- | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 17th day of April, 2018.

| | |
|---|---|
| WATTS GUERRA LLP | SHOOK, HARDY & BACON LLP |
| /s/ Ryan L. Thompson | /s/ Kelly Bieri |
| Ryan L. Thompson <br> Mikal C. Watts <br> Paige N. Boldt <br> 5726 Hausman Rd. W., Ste. 119 <br> San Antonio, TX 78249 <br> Telephone: 866.529.9100 <br> Fax: 210. 448.0501 <br> rthompson@wattsguerra.com <br> mcwatts@wattsguerra.com <br> pboldt@wattsguerra.com | Kelly Bieri <br> Harley V. Ratliff <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Phone: 816-474-6550 <br> Fax: 816-421-5547 <br> kbieri@shb.com; hratliff@shb.com |
| Attorneys for Plaintiff | Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc. |