## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABIILTY LITIGATION | : | |
| | : | **SECTION "N"(5)** |
| | : | |
| THIS DOCUMENT RELATES TO: | : | **JUDGE KURT D. ENGELHARDT** |
| Davis v. Sanofi-Aventis U.S. Inc., et al., | : | |
| Civil Action No. 2:17-cv-8784 | : | **MAG. JUDGE MICHAEL B. NORTH** |
| | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)
(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a
Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC *only* from the above-captioned case,
without prejudice, each party to bear its own costs.

Dated: April 17, 2018                    Respectfully Submitted,

                                         **NIEMEYER GREBEL & KRUSE, LLC**

                                         */s/  Mark R. Niemeyer*
                                         Mark R. Niemeyer #42437
                                         Michael S. Kruse #57818
                                         10 S. Broadway,
                                         Suite 1125
                                         St. Louis, MO  63102
                                         314-241-1919 phone
                                         314-665-3017 fax
                                         niemeyer@ngklawfirm.com
                                         kruse@ngklawfirm.com

                                         Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without

Prejudice has contemporaneously with or before filing been served on all parties or their attorneys

in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 17, 2018

                                            Respectfully Submitted,

                                            **NIEMEYER GREBEL & KRUSE, LLC**

                                            */s/  Mark R. Niemeyer*
                                            Mark R. Niemeyer #42437
                                            Michael S. Kruse #57818
                                            10 S. Broadway,
                                            Suite 1125
                                            St. Louis, MO  63102
                                            314-241-1919 phone
                                            314-665-3017 fax
                                            niemeyer@ngklawfirm.com
                                            kruse@ngklawfirm.com

                                            Attorneys for Plaintiff