# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMY E. COLLINGWOOD,** *Plaintiff,* v. **SANOFI S.A., ET AL.,** *Defendants.* | Case No: 16-cv-17253<br><br>Chief Judge Kurt D. Engelhardt<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**<br><br>Michelle L. Kranz (0062479)<br>ZOLL & KRANZ, LLC<br>6620 West Central Ave., Suite 100<br>Toledo, Ohio 43617<br>Telephone: (419) 841-9623<br>Facsimile: (419) 841-9719<br>Email: michelle@toledolaw.com |

**PLEASE TAKE NOTICE THAT** Attorney Michelle L. Kranz of Zoll & Kranz LLC hereby withdraws as counsel of record for the Plaintiff, Amy E. Collingwood.

**PLEASE TAKE NOTICE THAT** Alexandra Robertson and Timothy J. Becker, Johnson Becker, PLLC shall continue to serve as counsel for the Plaintiff, Amy E. Collingwood. It is therefore requested that Michelle L. Kranz be removed from any further notice on the above case.

Respectfully submitted,

/s/ Michelle L. Kranz
Michelle L. Kranz (OH #0062479)
ZOLL & KRANZ, LLC
6620 West Central Ave., Suite 100
Toledo, Ohio 43617
Telephone: (419) 841-9623
Facsimile: (419) 841-9719
Email: michelle@toledolaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing System on April 17, 2108.  All parties may access this filing through that system.

                Respectfully submitted,

                /s/ Michelle L. Kranz
                Michelle L. Kranz (OH #0062479)
                ZOLL & KRANZ, LLC