**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "N"(5)** |
| | : | |
| | : | **JUDGE KURT D. ENGELHARDT** |
| | : | |
| | : | **MAG. JUDGE MICHAEL B. NORTH** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| Patterson v. Sanofi U.S. Services, Inc., et al. | : | |
| 2:18-cv-03933-KDE-MBN | : | |
| | : | |

### NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S., LLC; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer, Inc.; Actavis, LLC f/k/a Actavis, Inc.; and Actavis Pharma, Inc. *only* from the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated:  April 17, 2018

**HODES MILMAN LIEBECK, LLP**

By: */s/ Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
            dhodes@hml.law
            jmilman@hml.law

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice of Voluntary Dismissal without

Prejudice has contemporaneously with or before filing been served on all parties or their

attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed.

R. Civ. P. 5(b)(2) via the Court's CM/ECF system.


Dated:  April 17, 2018                          **HODES MILMAN LIEBECK, LLP**

                                                By: /s/ *Benjamin T. Ikuta*_____
                                                Benjamin T. Ikuta
                                                Daniel M. Hodes
                                                Jeffrey A. Milman
                                                9210 Irvine Center Drive
                                                Irvine, California 92618
                                                Email: bikuta@hml.law
                                                       dhodes@hml.law
                                                       jmilman@hml.law

                                                *Attorneys for Plaintiffs*