# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740  SECTION: "N" (5)  JUDGE ENGELHARDT  MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:  ELLEN RHODES v.  SANOFI-AVENTIS U.S., LLC, ET AL. | * * * * * * | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS  Civil Action No. 2:17-cv-15565 |

**************************************************************************

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Ellen Rhodes' claims against all defendants (Sanofi US Services, Inc. f/k/a Sanofi-Aventis, US, Inc., Sanofi-Aventis US, LLC, Winthrop, Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Accord Healthcare, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.) be dismissed with prejudice, each party to bear its own costs.

April 17, 2018

Respectfully submitted,

s/Merritt E. Cunningham
Michael G. Stag, LA Bar No. 23314
Merritt E. Cunningham, LA Bar No. 32843
SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@smithstag.com
mcunningham@smithstag.com
*Attorneys for the Plaintiff*

<div style="margin-left:50%">

<u>s/ Brandon D. Cox</u>
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*


<u>s/ Evan Holden</u>
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@
*Counsel for Defendant Sandoz, Inc.*


<u>s/ Mara Cusker Gonzalez</u>
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

</div>

s/ Kelly Bieri
Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
*Counsel for Defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., Winthrop*


s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this motion was electronically filed with the Clerk of Court on this 17th day of April, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<div style="text-align: right;">
s/ Merritt E. Cunningham<br>
MERRITT E. CUNNINGHAM
</div>