# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**MOTION TO DISMISS WITH PREJUDICE TO REFILE AGAINST DEFENDANTS SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC FOR PLAINTIFF XIOMARA FRASER ONLY** |
| THIS DOCUMENT RELATES TO:<br><br>WHITTED, EMMA J. ET AL v. SANOFI S.A., ET AL., Case No. 2:17-cv-05834-KDE-MBN (PLAINTIFF XIOMARA FRASER) | Civil Action No.: 2:17-cv-05834-KDE-MBN |

Plaintiff Xiomara Fraser, one of many plaintiffs with a claim filed in *Whitted et al v. Sanofi et al*, 17-05834, respectfully requests that the Court dismiss only her claims in this multi-plaintiff case, Case No. 2:17-CV-05834, against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC with prejudice to refile against these Defendants. Ms. Fraser is a New Jersey resident, has filed her claims in the State Court of New Jersey, and will be pursuing her claims against Defendants in the State Court of New Jersey. Through liaison counsel, Ms. Fraser has discussed her claims in the MDL with the Court, and the Court has advised that Ms. Fraser can file this motion to dismiss without otherwise needing to sever her individual case.

Dated this 17th day of April 2018

        **WILLIAMS KHERKHER HART BOUNDAS, LLP**

        By: */s/Brian A. Abramson*
        Brian A. Abramson, Esq.
        Texas Bar No. 24050193
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017
        Telephone: (713)230-2200
        Facsimile: (713) 643-6226
        Email: babramson@williamskherkher.com

        *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that through liaison counsel, Plaintiff has obtained consent from the Court to dismiss Plaintiff's individual claim from the multi-plaintiff case in the MDL without otherwise severing her case.

        **WILLIAMS KHERKHER HART BOUNDAS, LLP**

        By: */s/Brian A. Abramson*
        Brian A. Abramson, Esq.
        Texas Bar No. 24050193
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017
        Telephone: (713)230-2200
        Facsimile: (713) 643-6226
        Email: babramson@williamskherkher.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*