UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
_____

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, _____ | § § § § § § § § § § § | MDL No. 2740  SECTION "N" (5)  JUDGE ENGELHARDT  MAG. JUDGE NORTH  Civil Action No.: 2:17-cv-09357 |
| THIS DOCUMENT RELATES TO: *Randi Goldberg vs. Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC., et al* | | |

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information, or objects upon Elkins Cancer Center.

Respectfully submitted this 17th day of April, 2018

                                                                    Respectfully submitted,

                                                                    FERNELIUS SIMON PLLC

                                                                    <u>/s/ C. Brannon Robertson</u>
                                                                     Steve Stephen M. Fernelius
                                                                      Texas State Bar No. 06934340
                                                                      C. Brannon Robertson
                                                                      Texas State Bar No. 24002852
                                                                      Ryan M. Perdue
                                                                      Texas State Bar No. 24046611
                                                                      1221 McKinney, Suite 3200
                                                                      Houston, Texas 77010
                                                                      Telephone: (713) 654-1200
                                                                      Facsimile: (713) 654-4039
                                                                      steve.fernelius@trialattorneytx.com

235849.1

brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, a copy of the foregoing *Notice of Service of Subpoena to Produce Documents, Information, or Objects* was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC 400
Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
***Counsel for Defendants Sanofi-Aventis U.S.***
***LLC and Sanofi U.S. Services Inc.***

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100

235849.1

Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ C. Brannon Robertson
C. Brannon Robertson

235849.1