

LyondellBasell Tower
1221 McKinney Street
Suite 3200
Houston, Texas 77010-2011
713.654.1200 Main
713.654.4039 Fax
trialattorneytx.com

**C. Brannon Robertson**
713.654.5176 Direct
brannon.robertson@trialattorneytx.com

April 17, 2018

Elkins Cancer Center
801 Harrison Avenue
Elkins, WV 26241

  Re: Patient Name: Randi Goldberg
    Date of Birth: ▮▮/1968

To Whom It May Concern:

As you are aware, we represent your patient, Randi Goldberg, in a products liability case against the manufacturers of Taxotere. <u>Please note that our involvement relates **only** to the manufacturers of the drug Taxotere and/or related corporate entities which we believe are responsible for the injuries caused by the ingestion of the medication, and specifically does not relate to any medical provider or facility whatsoever.</u>

We have received the medical records indicating that Ms. Goldberg received Taxotere treatment at your previous facility. However, the records do not indicate the manufacturer of the Taxotere infusions received by Ms. Goldberg. **<u>Pursuant to the subpoena attached, we only need to know the name of the manufacturer that supplied your previous office with Taxotere/Docetaxel during the time Ms. Goldberg was being treated from August 1, 2011 and June 1 2012</u>**. Therefore, I have attached another "Statement of Chemotherapy Drug Administered" form, which we need you to fill out. I am also providing another copy of the HIPAA executed by Ms. Goldberg, which authorizes you to release this type of information to us.

Please review the form and check the appropriate box(es), or notate on the form the manufacturer(s) of the Taxotere/Docetaxel that was administered to Ms. Goldberg, and return the form to my office via fax at 713-654-4039.

Thank you for your time and attention to this matter. Should you have any questions or concerns regarding any of the above, please contact me directly at 713-654-5176.

                Thanks,

                */s/ C. Brannon Robertson*
                C. Brannon Robertson

235836.1

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Randi Goldberg_____

DATE OF BIRTH: _____ / _____/ _____          SSN: _____ / _____/ _____

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
□ 0075-8003-01
□ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
□ 0955-1020-01
□ 0955-1021-04

**HOSPIRA, INC.**
□ 0409-0201-02
□ 0409-0201-10
□ 0409-0201-20
□ 0409-0201-25
□ 0409-0201-26
□ 0409-0201-27

**McKESSON PACKAGING**
□ 63739-932-11
□ 63739-971-17

**SANDOZ**
□ 66758-050-01
□ 66758-050-02
□ 66758-050-03
□ 66758-950-02
□ 66758-950-03

**ACCORD HEALTHCARE**
□ 16729-120-49 KIT
□ 16729-228-50 KIT
□ 16729-267-63
□ 16729-267-64
□ 16729-267-65

**SAGENT PHARMACEUTICALS**
□ 25021-222-01
□ 25021-222-04
□ 25021-222-07

**PFIZER LABORATORIES**
□ 0069-9141-11
□ 0069-9141-22
□ 0069-9142-11
□ 0069-9142-22
□ 0069-9144-11

**ACTAVIS PHARMA, INC.**
□ 45963-734-54
□ 45963-765-52
□ 45963-781-74
□ 45963-790-56

**DR REDDYS LAB LTD.**
□ 43598-258-11
□ 43598-259-40

**TEVA PHARMS USA**
□ 0703-5720-01
□ 0703-5730-01

**NORTHSTAR RX LLC**
□ 16714-465-01
□ 16714-500-01

**EAGLE PHARMACEUTICALS**
□ 42367-121-25
□ 42367-121-29

**SUN PHARMA GLOBAL INC**
□ 47335-285-41
□ 47335-286-41

□ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
□ WAS  /  □ WAS NOT **ADMINISTERED TAXOL/PACLITAXEL**

_____ /_____ /_____        _____ /_____ /_____        _____
DATE OF FIRST TREATMENT          DATE OF LAST TREATMENT           # OF DOSES

_____          _____
SIGNATURE OF REPRESEVATIVE OF                   NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____          _____
PRINTED NAME & TITLE OF REPRESENTATIVE           ADDRESS

_____          _____
DATE                                             CITY, STATE, ZIP

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

TO: _____

RE:   NAME: Randi Goldberg

   ADDRESS: _____

   CITY, STATE, ZIP CODE: _____

DOB ▪▪▪▪▪▪▪▪▪▪   DOD: _____   SS#: XXX-XX-0706

I authorize the individual or organization listed above, to disclose the above-named patient's health information, as listed to the following recipients: Fernelius Simon PLLC _____, for the purpose of the above-named individual's personal injury claim.

The information to be used or disclosed is as follows:

1. All records, reports, test results or other documents concerning the medical care, treatment, and examination of the aforementioned person including consultation notes and records (even those by or from other medical providers);

2. Any and all prescription forms, records or lists;

3. Copies of all correspondence concerning the medical care, treatment, examination, or physical condition of the aforementioned person.

4. Copies of bills or statements of services rendered for such services, including any insurance claim forms and correspondence;

5. X-ray films, MRI films, CT films and all other imaging films, including reports of results of the imaging films.

I understand that the information in the patient's health records may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, or treatment for alcohol or drug abuse.

I understand that authorizing the disclosure of this health care information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure of the patient's health information by the recipient, resulting in the health information no longer being protected by federal confidentiality rules.

A copy of the consent and a notation as to any action taken thereon is to be entered in the patient's record. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing by sending or presenting my written revocation to the Privacy Contact of the health care provider named above. I understand that the revocation of this authorization will not apply to the extent that the healthcare provider has taken action in reliance thereon. I understand that if the authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.

**A photocopy of this authorization shall be considered as effective and valid as the original.** In the absence of an express revocation, the authority granted under this authorization shall remain in effect for **one year from the date set forth below. This authorization does not waive my doctor/patient privilege.**

THIS AUTHORIZATION DOES **NOT** AUTHORIZE YOU TO DISCUSS THE MEDICAL CARE AND/OR CONDITION OF THE ABOVE PARTY. This authorization is for securing the medical records and office notes only as described herein. This does not authorize the securing of a narrative medical report, nor does it authorize the bearer to conduct ex-parte interviews with any medical personnel regarding the treatments and condition. The covered entity may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs the authorization.

The information requested by this authorization falls within § 164.512 of the Health Insurance Portability and Accountability Act of 1996.

The undersigned further agrees to waive at any time limitations required by the above provider with respect to their receipt of this authorization and the date on which the authorization was signed.

DATED: 4/1/2018 _____   *Randi Goldberg*
                                            SIGNATURE
                                            PRINTED NAME: Randi Goldberg