IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "N" (5) |
| ) | |
| ) | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: ) | |
| *Terrie S. Long v. Sanofi US Services* ) | STIPULATION OF VOLUNTARY |
| *Inc., et al.; Case No 2:17-cv-01166* ) | DISMISSAL WITH PREJUDICE |
| ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Terrie S. Long's claims against Defendants Hospira Worldwide Inc., Hospira Inc., and Pfizer, Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Accord Healthcare, Inc., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 18th Day of April, 2018.

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **QUINN EMANUEL URQHART & SULLIVAN, LLP** |
| | |
| */s/ Holly Nighbert* | /s/ *Lavinia Denniston* |
| Holly Nighbert | Lavinia Denniston |
| One Court Street | 51 Madison Avenue, 22nd Floor |
| Alton, IL 62002 | New York, NY 10010 |
| Telephone (618) 259-2222 | Telephone: (212) 849-7000 |
| Facsimile (618) 259-2251 | Facsimile: (212) 849-7100 |
| hnighbert@simmonsfirm.com | docetaxelproductid@quinnemanuel.com |
| *Attorney for Plaintiff* | *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*