# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Terrie S. Long v. Sanofi US Services* ) <br> *Inc., et al.; Case No 2:17-cv-01166* ) <br> ) | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. KURT D. ENGELHARDT <br><br> STIPULATION OF VOLUNTARY <br> DISMISSAL WITH PREJUDICE |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Terrie S. Long, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismiss claims against Defendants Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Aventis Pharma S.A., Sanofi S.A., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Accord Healthcare, Inc., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., or Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Dated this 18th Day of April, 2018.                    Respectfully Submitted,

                                                       **SIMMONS HANLY CONROY**

                                                       */s/ Holly Nighbert*
                                                       Holly Nighbert (IL #6325135)
                                                       One Court Street
                                                       Alton, IL  62002
                                                       Telephone (618) 259-2222
                                                       Facsimile (618) 259-2251
                                                       Email: hnighbert@simmonsfirm.com
                                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*