**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                             **SECTION "N" (5)**

THIS DOCUMENT RELATES TO
ALL CASES

**505(b)(2) DEFENDANTS' MOTION TO REPLACE SETTLEMENT COUNSEL FOR
ACCORD HEALTHCARE INC. AND SANDOZ INC.**

Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira

Worldwide, Inc., Pfizer Inc., Accord Healthcare Inc., Sandoz, Inc., McKesson Corporation d/b/a

McKesson Packaging Service, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories,

Ltd. and Actavis Pharma, Inc. ("the 505(b)(2) Defendants"), respectfully request that this Court

allow the replacement of the following two representatives on the 505(b) Settlement Committee,

as initially appointed by this Court in Pretrial Order No. 44 (Rec. Doc. No. 371):

    1.    Accord Healthcare Inc. ("Accord") seeks to replace its current representative,

John P. Wolff, III, with Matthew P. Moriarty of Tucker Ellis LLP. The primary reason for this

replacement is that Tucker Ellis is national counsel for Accord and Accord wishes to have an

attorney from this Firm in this role.

    2.    Sandoz Inc. ("Sandoz") seeks to replace its current representative, Lori G. Cohen,

with Russell "Chip" Gaudreau of Greenberg Traurig, LLP.  The primary reasons for this

replacement are Mr. Gaudreau's particular expertise in serving as settlement counsel and Ms.

Cohen's intention to take a more active role in the day to day litigation.

The 505(b)(2) Defendants request that Mr. Gaudreau assume Ms. Cohen's role as Chairperson of the 505(b)(2) Settlement Committee. All other members of the 505(b)(2) Settlement Committee will remain in place.

Mr. Moriarty's and Mr. Gaudreau's applications for positions on the 505(b)(2) Settlement Committee have been provided today to the Court for its consideration via electronic transmission.

WHEREFORE, the 505(b)(2) Defendants pray that the Court allow the requested replacements on the 505(b)(2) Settlement Committee of (1) Matthew P. Moriarty in place of John P. Wolff, III on behalf of Accord Healthcare Inc., and (2) Russell A. "Chip" Gaudreau in place of Lori G. Cohen on behalf of Sandoz Inc.

Respectfully Submitted:

*/s/ John P. Wolff, III*                                    ***Counsel for Defendant Accord Healthcare***
John P. Wolff, III, TA #14504                    ***Inc.***
Nancy B. Gilbert, Bar #23095
Chad A. Sullivan, Bar #27657
Richard W. Wolff, Bar #34844
KEOGH, COX & WILSON, LTD.
701 Main Street, P.O. Box 1151
Baton Rouge, LA 70821
Telephone:  225-383-3796
Facsimile:  225-343-9621
jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com
rwolff@keoghcox.com

/s/ Julie A. Callsen                                        **Counsel for Defendant Accord Healthcare**
Julie A. Callsen, TA, OH Bar #0062287                       **Inc.**
Brandon D. Cox, OH Bar #0089815
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com


/s/ Lori G. Cohen                                          **Counsel for Defendant Sandoz, Inc.**
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com


/s/ Deborah B. Rouen                                       **Counsel for Defendant Sandoz, Inc.**
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:  504-581-3234
Facsimile:  504-566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

*Counsel for Defendants Hospira, Inc.,
Hospira Worldwide, LLC, formerly doing
business as Hospira Worldwide, Inc., and
Pfizer Inc.*

/s/ John F. Olinde
John F. Olinde (Bar No. 1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Telephone:  504-858-7000
Facsimile:  504-585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc.,
Hospira Worldwide, LLC, formerly doing
business as Hospira Worldwide, Inc., and
Pfizer Inc.*

/s/ Erin M. Bosman
Erin M. Bosman (Bar No. 204987)
Julie Y. Park (Bar No. 259929)
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
ebosman@mofo.com
juliepark@mofo.com

*Counsel for Defendant McKesson
Corporation d/b/a McKesson Packaging
Service*

/s/ Stanton E. Shuler, Jr.
Stanton E. Shuler, Jr. (Bar No. 19152)
LEAKE & ANDERSSON LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Telephone:  504-585-7500
Facsimile:  504-585-7775
sshuler@leakeandersson.com

*Counsel for Defendant Sun
Pharmaceuticals Industries, Inc. f/k/a
Caraco Laboratories, Ltd.*

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun
Pharmaceuticals Industries, Inc. f/k/a
Caraco Laboratories, Ltd.*

/s/ Michael J. Suffern
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513-698-5000
Facsimile:  513-698-5065
jpeck@ulmer.com
msuffern@ulmer.com
kbeck@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2018, the foregoing 505(b)(2) Defendants' Motion to Replace Settlement Counsel was electronically transmitted to lead and liaison counsel in the captioned matter.

/s/ John F. Olinde