UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### ORDER AMENDING PRETRIAL ORDER NO. 44 REPLACING SETTLEMENT COUNSEL FOR ACCORD HEALTHCARE INC. AND SANDOZ INC.

IT IS HEREBY ORDERED that Pretrial Order No. 44 (Rec. Doc. No. 371) is hereby amended as follows:

(1) Matthew P. Moriarty is hereby appointed to the 505(b)(2) Settlement Committee in place of John P. Wolff, III on behalf of Accord Healthcare Inc.;

(2) Russell A. "Chip" Gaudreau is hereby appointed to the 505(b)(2) Settlement Committee in place of Lori G. Cohen on behalf of Sandoz Inc.; and

(3) Russell A. "Chip" Gaudreau will also assume Ms. Cohen's former role as Chairperson of the 505(b)(2) Settlement Committee.

New Orleans, Louisiana this _____ day of _____ 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**