UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: *Mary Katherine Gidcomb* | Case No. 2:17-CV-04972 |

NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANTS ACTAVIS LLC f/k/a/ ACTAVIS INC., and
ACTAVIS PHARMA, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Mary K. Gidcomb and James Gidcomb, by and through undersigned counsel, hereby voluntary dismiss Defendants Actavis LLC f/k/a ACTAVIS INC., and ACTAVIS PHARMA, INC., with prejudice, with each party to bear its own attorneys' fees and costs.

Date: April 18, 2018

Respectfully submitted,
/s/ Debra J. Humphrey
Debra J. Humphrey (NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: April 18, 2018                                                /s/ Debra J. Humphrey
                                                                            Debra J. Humphrey