# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N"(5) |
| AMI CISCO, | JUDGE ENGELHARDT |
| *Plaintiff* | MAG. JUDGE NORTH |
| v. | Civil No. 2:17-cv-16594-EEF-MBN |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| *Defendant(s)* | |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Plaintiff herein, and files this, the Plaintiff's Motion for Substitution of Counsel, and respectfully shows to this Court as follows:

The Plaintiff requests that attorneys-of-record Darin L. Schanker, J. Kyle Bachus, and J. Christopher Elliott of Bachus & Schanker, LLC, 1899 Wynkoop Street, Suite 700, Denver, Colorado 80202 be granted leave to withdraw as counsel in the matter of *Ami Cisco v. Sanofi-Aventis, U.S., LLC, et al.,* 2:17-cv-16594, as there was a dual representation issue and Plaintiff wishes to proceed with another law firm, Pulaski Law Firm.

The Plaintiff further requests attorney Leslie LaMacchia of Pulaski Law Firm, 2925 Richmond Avenue, Suite 1725, Houston, Texas 77098 be substituted as her attorney-of-record in the instant action.

Attorney J. Christopher Elliott has conferred with attorney Leslie LaMacchia and represent to this Court that all above-mentioned attorneys consent to this Motion.  At no point will Plaintiff be unrepresented if this Motion is granted.

WHEREFORE, the Plaintiff respectfully requests that attorneys Darin L. Schanker, J. Kyle Bachus, and J. Christopher Elliott be granted leave to withdraw as counsel in Case No. 2:17-cv-16594, and that attorney Leslie LaMacchia be substituted therefor.

Dated:       April 18, 2018

Respectfully submitted,

By:      /s/ J. Christopher Elliott

Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
J. Christopher Elliott (#41063)
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
E-mail: celliott@coloradolaw.net

*Counsel for Plaintiff*

By:      /s/ Leslie LaMacchia

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, a copy of the foregoing Plaintiff's Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ J. Christopher Elliott*