# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ENGELHARDT |
| AMI CISCO, | |
| | MAG. JUDGE NORTH |
| *Plaintiff* | |
| | Civil No. 2:17-cv-16594-EEF-MBN |
| v. | |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| *Defendant(s)* | |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the Plaintiff's Motion for Withdrawal and Substitution of Counsel in the above-listed action, is hereby set for submission to the Court on April 18, 2018, at 9:00 a.m. before the Honorable Kurt D. Engelhardt, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated:   April 18, 2018

Respectfully submitted,

By:   */s/ J. Christopher Elliott*

Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
J. Christopher Elliott (#41063)
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
E-mail: celliott@coloradolaw.net

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, a copy of the foregoing Plaintiff's Notice of Submission was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ J. Christopher Elliott*