UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) AMI CISCO, ) ) *Plaintiff* ) ) v. ) ) SANOFI-AVENTIS U.S. LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2740 SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH Civil No. 2:17-cv-16594-EEF-MBN |

## PROPOSED ORDER

Considering the foregoing Motion for Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Darin L. Schanker, J. Kyle Bachus, and J. Christopher Elliott of Bachus & Schanker are withdrawn as the Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorney Leslie LaMacchia of Pulaski Law Firm is substituted as the Plaintiff's attorney of record in Case No. 2:17-cv-16594, *Ami Cisco v. Sanofi-Aventis, U.S. LLC, et al.*

New Orleans, Louisiana this _____ day of _____, 2018.

_____
Honorable Kurt D. Engelhardt