## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:<br>Thompson v. Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-10109 | : : : : | JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: April 19, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 19, 2018

                                           Respectfully Submitted,

                                           **NIEMEYER GREBEL & KRUSE, LLC**

                                         */s/ Mark R. Niemeyer*
                                         Mark R. Niemeyer #42437
                                         Michael S. Kruse #57818
                                         10 S. Broadway,
                                         Suite 1125
                                         St. Louis, MO  63102
                                         314-241-1919 phone
                                         314-665-3017 fax
                                         niemeyer@ngklawfirm.com
                                         kruse@ngklawfirm.com

                                         Attorneys for Plaintiff