UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL. 2740
PRODUCTS LIABILITY LITIGATION　　　　　　Civil Action No. 17-cv-14600

Marquittie Snell, Plaintiff,

vs.

Sanofi-Aventus US LLC, et al.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Marquittie Snell, by and through her undersigned attorneys, The Peterson Law Firm, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Sanofi SA, Aventis Pharma SA, Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc., Sanofi-Aventis US LLC, Sandoz, Inc. Accord Healthcare, Inc. McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global, Pfizer, Inc., and Actavis Pharma, Inc., without prejudice, with each party to bear its own costs and fees. Plaintiff's claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., in civil action 2:17-cv-14600 remain active.

Submitted by:
*/s/ David M. Peterson*
David M. Peterson, Esq., MO #32229
Nicholas Clevenger, Esq., MO 57171
Sara Faubion Stipkovits, Esq., MO 62880
Peterson & Associates, P.C.
801 W. 47th Street, Ste. 107
Kansas City, MO 64112
(816) 531-4440  Telephone
(816) 531-0660  Fax
dmp@petersonlawfirm.com
nsc@petersonlawfirm.com
sfs@petersonlawfirm.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 19th day of April, 2018 a true and correct copy of the above Notice of Voluntary Dismissal Without Prejudice was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered.

              */s/ David M. Peterson*
              David M. Peterson