UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| EMILY BARRE, | |
| Plaintiff(s), | |
| | Civil Action No.: 2:18-cv-00526 |
| vs. | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC | |
| Defendant(s). | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), who respectfully moves the Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in the Civil District Court for the Parish of Orleans, State of Louisiana on December 8, 2016 which was then transferred to the Eastern District of Louisiana on December 22, 2016 (*Shelia Matthews, Debra Chetta, and Emily Barre, Individually and on Behalf of All Others Similarly Situated v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Case No. 1:16-cv-17731*).

Since the time of filing, the aforementioned complaint, Plaintiff learned through the National Drug Code form sent from Ochsner Health System, that Hospira Worldwid, LLC, Hospira, Inc. and Sandoz, Inc. rather than Sanofi Aventis and its related entities, should have been named as the Defendants in Plaintiff's Complaint.  Additionally, Plaintiff's husband,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose the motion.

1

Daniel C. Barre, wishes to join in the suit to assert his loss of consortium claim and had not been listed before. Thus, Plaintiff's proposed amendment would reflect these changes.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense Counsel, and there is no opposition to this motion.

Dated this 9th day of April, 2018.

**Respectfully Submitted:**

/s/ Val Patrick Exnicios
**Val Patrick Exnicios**
LA Bar No. 19563
Liska, Exnicios & Nungesser
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
vpexnicios@exnicioslaw.com

/s/ Andrew Lemmon
**Andrew Lemmon**
LA Bar No. 18302
650 Poydras St., Ste. 2335
New Orleans, LA 70130
Telephone: (504) 581-5644
Facsimile: (985) 783-1333
andrew@lemmonlawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 9, 2018

/s/ Val Patrick Exnicios
Val Patrick Exnicios