## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 19, 2018

Respectfully Submitted,

        **KAGAN LEGAL GROUP, LLC**
        */s/ Andrew T. Kagan*
        Andrew T. Kagan
        FL Bar #26291
        295 Palmas Inn Way, Suite 6
        Humacao, PR 00791
        Phone: (939) 220-2424
        Facsimile: (939) 220-2477
        andrew@kaganlegalgroup.com

        Attorney for Plaintiff