UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N" (5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Condon et al v. Sanofi US Services Inc. f/k/a Sanofi- Aventis U.S. Inc et al., Civil Action No. 2:18-cv-00873 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 (a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi- Aventis U.S. Inc., Sanofi- Aventis U.S. LLC, Sandoz, Inc., Sun Pharma Global FZE., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories LTD. Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc *only* from the above- captioned case, without prejudice, each party to bear its own costs.

Dated: April 17, 2018

Respectfully Submitted,

**KAGAN LEGAL GROUP, LLC**

*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Florida Bar No. 26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220- 2424
Facsimile: (939) 220- 2477
Email: andrew@kaganlegalgroup.com

Attorney for Plaintiff