# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Hoffman v. Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. et al | : |
| Civil Action No. 2:18-cv-01191 | : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 (a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi- Aventis U.S. LLC *only* from the above- captioned case, without prejudice, each party to bear its own costs.

Dated: April 19, 2018

Respectfully Submitted,

**KAGAN LEGAL GROUP, LLC**

*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Florida Bar No. 26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220- 2424
Facsimile: (939) 220- 2477
Email: andrew@kaganlegalgroup.com

Attorney for Plaintiff