UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Patricia J. Blake,     Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC,     Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-14733 | : : | |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

NOW COMES Plaintiff, by and through the undersigned counsel, and hereby withdraws her Motion for Extension of Time to Submit Plaintiff Fact Sheet [DE 1660].

This the 14th day of February, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing *Notice of Withdrawal* has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this the 19th day of April, 2018.

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        Whitfield Bryson & Mason, LLP
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        *Attorney for Plaintiff*