UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| Sandra Morales,<br>    Plaintiff, | | |
| vs. | | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,<br>    Defendants. | | |
| Civil Case No.: 2:17-cv-15058 | | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

NOW COMES Plaintiff, by and through the undersigned counsel, and hereby withdraws her Motion for Extension of Time to Submit Plaintiff Fact Sheet [DE 1667].

This the 14th day of February, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing *Notice of Withdrawal* has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this the 19th day of April, 2018.

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        Whitfield Bryson & Mason, LLP
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        *Attorney for Plaintiff*