UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| DENISE WOMACK, | : : | JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:17-cv-15201 |
| SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendant. | : : | |

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Denise Womack, by and through the undersigned counsel of record and files this Motion to Withdraw Plaintiff's Motion for Voluntary Dismissal With Prejudice. In support of said Motion, Plaintiff would show to this Court as follows:

Defendants have withdrawn their Objection to the Stipulation of Dismissal and an agreed to Stipulation of Dismissal was filed with this Court on April 11, 2018.

**WHEREFORE, PREMISE CONSIDERED,** Plaintiff Womack prays this Court will enter an Order withdrawing Plaintiff's Motion in this matter with each party to bear its own costs.

Respectfully submitted, this the 19th day of April, 2018.

ATKINS & MARKOFF LAW FIRM

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion for Voluntary Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated this 19th day of April, 2018.

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com