UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| DENISE WOMACK, | : | JUDGE ENGELHARDT |
| | : | |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | |
| | : | Civil Action No. 2:17-cv-15201 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : | |
| | : | |
| Defendant. | : | |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, With Prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge