# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION   ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO:        ) <br> *Nancy Marshall v. Sanofi US Services* ) <br> *Inc., et al.; Case No. 2:17-cv-09476*  ) <br> ) | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. KURT D. ENGELHARDT |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, that Plaintiff Nancy Marshall's claims be voluntarily dismissed against all Defendants in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own costs.

Dated: April 20, 2018

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **SHOOK HARDY & BACON LLP** |
| */s/ Holly Nighbert* | /s/ *Madison Hatten* |
| Holly Nighbert, Esq. | Madison Hatten |
| One Court Street | 2555 Grand Boulevard |
| Alton, IL  62002 | Kansas City, MO 64108 |
| Telephone (618) 259-2222 | Telephone: 816-474-655 |
| Facsimile (618) 259-2251 | Facsimile: 816-421-5547 |
| Email: hnighbert@simmonsfirm.com | Email: noproductid@shb.com |
| *Attorney for Plaintiff* | *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*