# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *ALL CASES LISTED ON EXHIBIT A* | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
OMNIBUS REPLY MEMORANDUM IN FURTHER SUPPORT OF
MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiffs respectfully move for leave to file the attached Omnibus Reply Memorandum in Further Support of Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 ("Reply Memorandum"), in order to address, respond to and clarify statements and argument made by the Defendants in Doc. 2124, their omnibus opposition to Plaintiffs' original motions.

Plaintiffs notified Defendants via liaison counsel of the filing of the motion for leave on 8:55 a.m. on April 18, 2018 by email, and again via voicemail at 10:50 a.m. on April 19, 2018. No response having been received, Plaintiffs consider this motion for leave opposed by Defendants.

1

Respectfully submitted,

*/s/ Lauren E. Godshall*____
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on April 20, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall*_____