UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES ON ATTACHED EXHIBIT LIST

### ORDER ON RESPONSES TO ORDER TO SHOW CAUSE NO. 2 (REC. DOC. 1103)

On November 15, 2017, the Court issued Order to Show Cause No. 2 (Rec. Doc. 1103), ordering Plaintiffs listed on Exhibits 1, 2, 3, 4, 5, and 6 (Rec. Docs. 1103-1, 1103-2, 1103-3, 1103-4, 1103-5, 1103-6) to show cause on or before December 15, 2017, as to why their cases should not be dismissed with prejudice for failure to comply with Amended Pretrial Order No. 22 (Rec. Doc. 325). Having reviewed the responses to Order to Show Cause No. 2, the Court rules as indicated on the attached Exhibit to this Order.

New Orleans, Louisiana, this 20th day of April 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE