## Missing PFS (Sanofi Defendants)

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Adams, Lynette v. Sanofi SA, et al. | 2:16-cv-17499 | | | | 45 | |
| Adduci, Linda G. v. Sanofi SA, et al. | 2:17-cv-06916 | X | | | | |
| Albus, Cindy v. Sanofi SA, et al. | 2:17-cv-07447 | X | | | | |
| Allen, Sophie L. v. Sanofi SA, et al. | 2:17-cv-07463 | | | | | X |
| Basford, Patricia v. Sanofi SA, et al. | 2:17-cv-06609 | X | | | | |
| Belue, Deborah v. Sanofi SA, et al. | 2:16-cv-17063 | X | | | | |
| Bingham, Leslie v. Sanofi SA, et al. | 2:16-cv-17502 | X | | | | |
| Black, Alice v. Sanofi SA, et al. | 2:16-cv-17206 | | X | | | |
| Blair, Linda v. Sanofi SA, et al. | 2:16-cv-17427 | X | | | | |
| Bluestein, Helaine v. Sanofi SA, et al. | 2:17-cv-06646 | | | | | X |
| Brooks, Alnita v. Sanofi SA, et al. | 2:16-cv-17433 | X | | | | |
| Brown, Ada v. Sanofi SA, et al. | 2:16-cv-17142 | | | | 30 | |
| Buford, Gloria v. Sanofi SA, et al. | 2:16-cv-17069 | | | | 45 | |
| Carter, Trinette v. Sanofi SA, et al. | 2:16-cv-17073 | X | | | | |
| Chapman, Joyce v. Sanofi SA, et al. | 2:16-cv-17217 | X | | | | |
| Clark, Linda v. Sanofi SA, et al. | 2:16-cv-17164 | X | | | | |
| Clements, Carole v. Sanofi SA, et al. | 2:16-cv-17029 | | | | | X |
| Clemons, Geneva v. Sanofi SA, et al. | 2:16-cv-17059 | X | | | | |
| Cole, Belinda v. Sanofi SA, et al. | 2:16-cv-17945 | X | | | | |
| Conley, Martha and Craig v. Sanofi SA, et al. | 2:16-cv-17394 | X | | | | |
| Curtis, Darlene C. v. Sanofi SA, et al. | 2:17-cv-06918 | X | | | | |
| Davis-Sims, Lisa v. Sanofi SA, et al. | 2:16-cv-17426 | X | | | | |
| Diggs, Rena v. Sanofi SA, et al. | 2:16-cv-17944 | | | | 45 | |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Dodd, Donna and Allen v. Sanofi SA, et al. | 2:16-cv-17411 | X | | | | |
| Drummond, Kimberly v. Sanofi SA, et al. | 2:16-cv-16942 | X | | | | |
| Dumesnil, Denise v. Sanofi SA, et al. | 2:17-cv-06920 | X | | | | |
| Dupree, Monica v. Sanofi SA, et al. | 2:16-cv-16632 | | | X | | |
| Fields, Sherry v. Sanofi SA, et al. | 2:16-cv-17247 | | | | | X |
| Freeman, Kapreshia v. Sanofi SA, et al. | 2:16-cv-17226 | | | | 45 | |
| Giambelluca, Denise v. Sanofi SA, et al. | 2:16-cv-17251 | X | | | | |
| Gillum, Lacy v. Sanofi SA, et al. | 2:16-cv-17170 | | | | 45 | |
| Gomez, Sharloett v. Sanofi SA, et al. | 2:17-cv-06915 | | | X | | |
| Grant, Cynthia v. Sanofi SA, et al. | 2:17-cv-05013 | X | | | | |
| Guy, Joe Ann and Louise Guy v. Sanofi SA, et al. | 2:16-cv-17669 | X | | | | |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Hammond, Wendy and Matt v. Sanofi SA, et al. | 2:16-cv-17388 | X | | | | |
| Harris, Gina L. v. Sanofi SA, et al. | 2:17-cv-05976 | X | | | | |
| Hatchett, Angela v. Sanofi SA, et al. | 2:17-cv-01673 | X | | | | |
| Hayden, Cynthia A. v. Sanofi SA, et al. | 2:17-cv-06921 | X | | | | |
| Hernandez, Doris v. Sanofi SA, et al. | 2:16-cv-15600 | | | | | X |
| Hiler, Tammy v. Sanofi SA, et al. | 2:17-cv-07268 | | | X | | |
| Hilliard, Shirley v. Sanofi SA, et al. | 2:16-cv-16933 | X | | | | |
| Holloway, Angela v. Sanofi SA, et al. | 2:16-cv-17178 | | X | | | |
| Hoskin-Hudson, Mary v. Sanofi SA, et al. | 2:16-cv-17026 | | | | | X |
| Hughes, Kristie and David v. Sanofi SA, et al. | 2:16-cv-17396 | X | | | | |
| Hughes, Mary v. Sanofi SA, et al. | 2:16-cv-17205 | X | | | | |
| Hylton, Lela v. Sanofi SA, et al. | 2:16-cv-17574 | X | | | | |
| Ingram, Nicole v. Sanofi SA, et al. | 2:17-cv-06224 | | | X | | |
| James, Marilyn v. Sanofi SA, et al. | 2:17-cv-06719 | | | X | | |
| Johnson, Anna v. Sanofi SA, et al. | 2:16-cv-17028 | X | | | | |
| Kennedy, Cynthia v. Sanofi SA, et al. | 2:16-cv-17196 | | | | | X |
| King, Tammy v. Sanofi SA, et al. | 2:16-cv-17418 | X | | | | |
| Klapper, Maryann Walsh v. Sanofi SA et al. | 2:17-cv-00484 | X | | | | |
| Kyles, Pearlie v. Sanofi SA, et al. | 2:16-cv-17055 | X | | | | |
| Lee, Felicia v. Sanofi SA, et al. | 2:17-cv-06826 | | | | | X |
| Madison, Daniele v. Sanofi SA, et al. | 2:16-cv-17391 | X | | | | |
| Mahon, Melissa and Gary v. Sanofi SA, et al. | 2:16-cv-17378 | X | | | | |
| Matthews, Rose v. Sanofi SA, et al. | 2:17-cv-06623 | | | | | X |
| Mazon, Yolanda T. v. Sanofi SA, et al. | 2:17-cv-05650 | | | | | X |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| McCaleb, Katherine v. Sanofi SA, et al. | 2:16-cv-17189 | | | | | X |
| McCormick, Susan v. Sanofi SA, et al. | 2:17-cv-06158 | | | | | X |
| Milynda, Lady Tammy and Mark v. Sanofi SA, et al. | 2:16-cv-17347 | | | | | X |
| Nelson, Asha v. Sanofi SA, et al. | 2:16-cv-17225 | X | | | | |
| Noe, Judith v. Sanofi SA, et al. | 2:16-cv-17219 | X | | | | |
| Parker, Anjanette Lynn v. Sanofi SA, et al. | 2:16-cv-16144 | | | | | X |
| Parker, Linda F. v. Sanofi SA, et al. | 2:16-cv-17506 | | | X | | |
| Pickett, Doris v. Sanofi SA, et al. | 2:16-cv-17180 | X | | | | |
| Poore, Jimmie v. Sanofi SA, et al. | 2:16-cv-17505 | X | | | | |
| Pope, Charlotte v. Sanofi SA, et al. | 2:16-cv-17416 | X | | | | |
| Powell, Dorothy v. Sanofi SA, et al. | 2:16-cv-17974 | X | | | | |
| Powell, Tawonna v. Sanofi SA, et al. | 2:16-cv-17509 | | | | | X |
| Purdue, Carolyn v. Sanofi SA, et al. | 2:16-cv-17230 | | | | 45 | |
| Quick, Tracy Lynn v. Sanofi SA, et al. | 2:16-cv-17582 | X | | | | |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Robbins, Sylvania v. Sanofi SA, et al. | 2:16-cv-17430 | X | | | | |
| Roebuck, Julieann and John v. Sanofi SA, et al. | 2:16-cv-17720 | X | | | | |
| Scott, Angela v. Sanofi SA, et al. | 2:16-cv-17233 | | X | | | |
| Semeniuk, Connie E. v. Sanofi SA, et al. | 2:16-cv-17512 | | | | 30 | |
| Shields, Christy and Brian v. Sanofi SA, et al. | 2:16-cv-17752 | X | | | | |
| Small, Shirley v. Sanofi SA, et al. | 2:16-cv-17224 | | | | 30 | |
| Smith, Lauri v. Sanofi SA, et al. | 2:17-cv-06293 | | | X | | |
| Smith, Lee A. v. Sanofi SA, et al. | 2:16-cv-17489 | X | | | | |
| Soto, Maria D. v. Sanofi SA, et al. | 2:17-cv-06913 | X | | | | |
| Starkey, Diane v. Sanofi SA, et al. | 2:16-cv-15505 | | X | | | |
| Strong, Frances A. v. Sanofi SA, et al. | 2:17-cv-06908 | X | | | | |
| Strunk, Rhonda v. Sanofi SA, et al. | 2:16-cv-17234 | X | | | | |
| Sullivan, Therese A. v. Sanofi SA, et al. | 2:17-cv-06894 | X | | | | |
| Talbert, Virginia v. Sanofi SA, et al. | 2:16-cv-17236 | X | | | | |
| Truehill, Vanessa v. Sanofi SA, et al. | 2:16-cv-17182 | | | | 45 | |
| Valencia, Sonia v. Sanofi SA, et al. | 2:16-cv-15497 | | | | | X |
| Ward, Delores v. Sanofi SA, et al. | 2:17-cv-06917 | | | | | X |
| West, Annette v. Sanofi SA, et al. | 2:16-cv-16062 | | | X | | |
| Whitelow, Shirley v. Sanofi SA, et al. | 2:16-cv-17412 | X | | | | |
| Williams, Cynthia v. Sanofi SA, et al. | 2:16-cv-17222 | X | | | | |
| Williamson, Cathy and Micah v. Sanofi SA, et al. | 2:16-cv-17352 | X | | | | |
| Wilson, Frankie v. Sanofi SA, et al. | 2:17-cv-06721 | | | | | X |
| Yoder, Dana v. Sanofi SA, et al. | 2:17-cv-06230 | | | | | X |

## No Deficiency Response (Sanofi Defendants)

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Ferguson, Sharon v. Sanofi SA, et al. | 2:17-cv-03743 | | | | | X |
| Ford, Marilyn v. Sanofi SA, et al. | 2:17-cv-03743 | | | | | X |
| Williams, Dannell v. Sanofi SA, et al. | 2:17-cv-02194 | | | | | X |

## PFS Not Substantially Complete (Sanofi Defendants)

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| August, Judith v. Sanofi SA, et al. | 2:16-cv-16231 | X | | | | |
| Autry, Vicki v. Sanofi SA, et al. | 2:17-cv-02361 | | | | | X |
| Bice, Barbara v. Sanofi SA, et al. | 2:17-cv-00751 | X | | | | |
| Boyland, Joanne v. Sanofi SA, et al. | 2:17-cv-01073 | | | | | X |
| Brown, Patricia v. Sanofi SA, et al. | 2:16-cv-17359 | | | | | X |
| Carolyn, Brasell B. v. Sanofi SA, et al. | 2:16-cv-17581 | | | X | | |
| Chandler, Faye v. Sanofi SA, et al. | 2:16-cv-16147 | | | | | X |
| Dawson, Dianne v. Sanofi SA, et al. | 2:16-cv-17302 | | | X | | |
| Fulcher, Jody v. Sanofi SA, et al. | 2:16-cv-15855 | | | X | | |
| Hays, Patsy v. Sanofi SA, et al. | 2:16-cv-17540 | X | | | | |
| Merchant, Valeria F. v. Sanofi SA, et al. | 2:16-cv-16252 | | | | | X |
| Reyes Flores, Maria v. Sanofi SA, et al. | 2:16-cv-17952 | | | | | X |
| Secrease, Johnnie v. Sanofi SA, et al. | 2:16-cv-17959 | | | | | X |
| Stamper, Wanda v. Sanofi SA, et al. | 2:16-cv-17381 | | | | | X |

## Missing PFS (505(b)(2) Defendants)

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Adams v. Sanofi S.A., et al. | 2:16-cv-17499 | | | | 45 | |
| Allen v. Sanofi S.A., et al. | 2:17-cv-07463 | | | | | X |
| Ashmore v. Sandoz Inc. | 2:17-cv-07269 | X | | | | |
| Bingham v. Sanofi S.A., et al. | 2:16-cv-17502 | X | | | | |
| Blair v. Sanofi S.A., et al. | 2:16-cv-17427 | X | | | | |
| Brown v. Sanofi S.A., et al. | 2:17-cv-06126 | | | | | X |
| Clemons v. Sanofi S.A., et al. | 2:16-cv-17059 | X | | | | |
| Davis-Sims v. Sanofi S.A., et al. | 2:16-cv-17426 | X | | | | |
| Elphage v. Sandoz Inc., et al. | 2:17-cv-05762 | | | | | X |
| Freeman v. Sanofi S.A., et al. | 2:16-cv-17226 | | | | 45 | |
| Freeman, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04019 | X | | | | |
| Garcia-Crump v. Sanofi S.A., et al. | 2:17-cv-02789 | | | | | X |
| Grace v. Sandoz Inc., et al. | 2:17-cv-03716 | X | | | | |
| Grant v. Sanofi S.A., et al. | 2:17-cv-05013 | X | | | | |
| Gullette v. Sanofi S.A., et al. | 2:17-cv-02756 | | | | | X |
| Guy et al v. Sanofi S.A., et al. | 2:16-cv-17669 | X | | | | |
| Hollis v. Sanofi S.A., et al. | 2:17-cv-02354 | X | | | | |
| Ingram v. Sanofi S.A., et al. | 2:17-cv-06224 | | | X | | |
| Johnson v. Sandoz Inc., et al. | 2:17-cv-05566 | X | | | | |
| King v. Sanofi S.A., et al. | 2:16-cv-17418 | X | | | | |
| Madison v. Sanofi S.A., et al. | 2:16-cv-17391 | X | | | | |
| Mayhan v. Sanofi S.A., et al. | 2:17-cv-06557 | | | | | X |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Mazon v. Sanofi S.A., et al. | 2:17-cv-05650 | | | | | X |
| McCrea, et al. v. Sandoz Inc., et al. | 2:17-cv-04817 | | | | | X |
| Milynda, et al. v. Sanofi S.A., et al. | 2:16-cv-17347 | | | | | X |
| Mobley v. Sanofi S.A., et al. | 2:17-cv-05358 | X | | | | |
| Pope v. Sanofi S.A., et al. | 2:16-cv-17416 | X | | | | |
| Roebuck, et al. v. Sanofi S.A., et al. | 2:16-cv-17720 | X | | | | |
| Smith v. Sanofi S.A., et al. | 2:17-cv-06293 | | | X | | |
| Sullivan v. Sanofi S.A., et al. | 2:17-cv-06894 | X | | | | |
| Whitelow v. Sanofi S.A., et al. | 2:16-cv-17412 | X | | | | |

**Deficiency – No Response (505(b)(2) Defendants)**

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Autry v. Sanofi S.A., et al. | 2:17-cv-02361 | | | | | X |
| Baxter v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01502 | | | | | X |
| Bice v. Sanofi S.A., et al. | 2:17-cv-00751 | X | | | | |
| Cook v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-17980 | | | | | X |
| Harrell v. Sanofi S.A., et al. | 2:17-cv-00792 | | | | | X |
| Jackson, et al. v. Sanofi S.A., et al. | 2:16-cv-16796 | | | | | X |
| Long v. Sanofi S.A., et al. | 2:17-cv-01166 | | | | | X |
| Nixon v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03978 | X | | | | |
| Renaud v. Sanofi S.A., et al. | 2:17-cv-01209 | | | | | X |
| Steinbeiser v. Sanofi S.A., et al. | 2:17-cv-03403 | | | | | X |
| Thomas v. Sanofi S.A., et al. | 2:17-cv-01732 | | | | | X |

## Not Substantially Complete (505(b)(2) Defendants)

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Adams v. Sanofi S. A., et al. | 2:16-cv-16299 | | | X | | |
| Ankner v. Sanofi S.A., et al. | 2:16-cv-17312 | | | X | | |
| Autry v. Sanofi S.A., et al. | 2:17-cv-02361 | | | | | X |
| Baxter v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01502 | | | | | X |
| Beasley v. Sanofi S.A., et al. | 2:17-cv-06824 | | | X | | |
| Bice v. Sanofi S.A., et al | 2:17-cv-00751 | X | | | | |
| Boyland v. Sanofi S.A., et al. | 2:17-cv-00793 | | | | | X |
| Brewer v. Sanofi S.A., et al. | 2:16-cv-17313 | | | X | | |
| Brown v. Sanofi S.A., et al. | 2:16-cv-17359 | | | | | X |
| Brown v. Sanofi-Aventis LLC, Sandoz Inc. | 2:16-cv-17928 | | | X | | |
| Browne v. Sanofi S.A., et al. | 2:17-cv-03129 | | | | | X |
| Burks v. Sanofi S.A., et al | 2:17-cv-01738 | X | | | | |
| Burns et al. v. Sanofi S.A., et al. | 2:16-cv-17358 | | | | | X |
| Carbino, et al. v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-00539 | | | | | X |
| Cook v. Sanofi-Aventis U.S. LLC | 2:16-cv-17980 | | | | | X |
| Crayton v. Sanofi, S.A., et. al. | 2:17-cv-05923 | | | X | | |
| Daniels v. Sanofi S.A., et al. | 2:17-cv-05275 | | | | | X |
| Dickerson, et al. v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16776 | | | | | X |
| Floyd v. Sanofi, S.A., et al. | 2:16-cv-17023 | | | | | X |
| Garner v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16803 | | | | | X |
| Gidcomb, et al. v. Accord Healthcare, Inc., et al. | 2:17-cv-04972 | | | | | X |
| Green v. Sanofi-Aventis U. S. LLC, et al. | 2:17-cv-10752 | | | | | X |
| Harrell v. Sanofi S.A., et al. | 2:17-cv-00792 | | | | | X |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Hartso v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-17984 | | | | | X |
| Hawkins v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16790 | | | | | X |
| Hershey v. Sanofi S.A., et al. | 2:17-cv-01170 | | | | | X |
| Hogan v Sanofi S.A., et al. | 2:16-cv-17431 | | | | | X |
| Honore v. Sandoz, Inc., et al. | 2:17-cv-05053 | | | | | X |
| Hyter v. Sanofi S.A., et al. | 2:16-cv-17326 | | | X | | |
| Jackson, et al v. Sanofi, S.A., et al. | 2:16-cv-16796 | | | | | X |
| Jackson v. Sanofi S.A., et al. | 2:17-cv-00381 | | | X | | |
| Jackson v. Sanofi S.A., et al. | 2:17-cv-07056 | | | X | | |
| Janjanin v. Sanofi S.A., et al. | 2:17-cv-00885 | | | | | X |
| Johnson v. Sanofi-Aventis U.S. LLC et al. | 2:16-cv-15296 | | | | | X |
| Johnson v. Hospira, Inc., et al. | 2:17-cv-06699 | | | | | X |
| Johnson v. Sanofi S.A., et al. | 2:17-cv-06274 | | | | | X |
| Jordan v. Sanofi S.A., et al. | 2:17-cv-02340 | | | | | X |
| LaMartina v. Sanofi S.A., et al. | 2:17-cv-05924 | | | X | | |
| Lee v. Sanofi S.A., et al. | 2:17-cv-03394 | | | | | X |
| Lee v. Sanofi S.A., et al. | 2:17-cv-05927 | | | X | | |
| Liles v. SANOFI S.A., et al. | 2:16-cv-15575 | | | | | X |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Long v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16781 | | | | | X |
| Lonzo v. Sanofi-Aventis U.S. LLC | 2:16-cv-16793 | | | | | X |
| Lyles v. Sanofi-Aventis U.S. LLC, et al. | 2:16-cv-16773 | | | | 30 | |
| Manser v. Sanofi S.A., et al. | 2:17-cv-02072 | | | | | X |
| McConnell v. Sanofi Aventis, et al. | 2:17-cv-02338 | | | | | X |
| Mendoza v. Sanofi S.A., et al. | 2:17-cv-03397 | | | | | X |
| Montague v. Sanofi S.A., et al. | 2:17-cv-05979 | | | | | X |
| Morrison v. Sanofi S.A., et al. | 2:16-cv-17325 | | | X | | |
| Parkinson v. Sanofi S.A., et al. | 2:17-cv-00960 | | | | | X |
| Pickens v. Sanofi S.A., et al. | 2:17-cv-05898 | | | | | X |
| Porter v. Sanofi Aventis, et al. | 2:17-cv-05665 | | | | | X |
| Rasmussen v. Sanofi S.A., et al. | 2:17-cv-04840 | | | X | | |
| Rivera and Maria Reyes Flores v. Sanofi S.A., et al. | 2:16-cv-16751 | | | | | X |
| Rivers v. Sanofi S.A., et al. | 2:17-cv-00862 | | | | | X |
| Sanders v. Sanofi Aventis, et al. | 2:17-cv-05669 | | | | | X |
| Schlotterbeck v. Sanofi Aventis, et al. | 2:17-cv-05673 | | | | | X |
| Secrease v. Sanofi, S.A., et al. | 2:16-cv-17959 | | | | | X |
| Steinbeiser v. Sanofi S.A., et al. | 2:17-cv-03403 | | | | | X |
| Stevens v. Sanofi S.A., et al. | 2:17-cv-05918 | | | | 30 | |
| Stewart v. Sanofi, S.A., et al. | 2:17-cv-00375 | | | | | X |
| Stuckey v. Sanofi Aventis S.A., et al. | 2:17-cv-05603 | | | | | X |
| Tabron v. Sanofi-Aventis U.S., LLC, et al. | 2:17-cv-01729 | | | | | X |
| Thomas v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-01732 | | | | | X |
| Turner v. Sanofi S.A., et al. | 2:17-cv-05481 | | | X | | |
| Turner v. Sandoz Inc. | 2:17-cv-04827 | | | | | X |
| Walker v. Sanofi S.A., et al. | 2:17-cv-05084 | | | | 30 | |
| Warren v. Sanofi S.A., et al. | 2:17-cv-06262 | | | | | X |

| Matter Name | MDL Docket No. | Dismissed With Prejudice | Dismissed Without Prejudice | Order to Show Cause Satisfied | Granted an Additional ____ Days to Cure Deficiency | No Dismissal at this Time |
|---|---|---|---|---|---|---|
| Warren v. Sanofi S.A., et al. | 2:17-cv-06833 | | | X | | |
| Woodgett, et al. v. Sanofi S.A., et al. | 2:16-cv-15491 | | | | | X |
| Zienka v. Sanofi S.A., et al. | 2:17-cv-04173 | | | | | X |