**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| **MARGO TRAVIS** | : | |
| | : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 2:17-CV-13776** |
| vs. | : | |
| | : | |
| | : | |
| **SANOFI-AVENTIS U.S. INC.** | : | |
| **& SANOFI-AVENTIS U.S. LLC,** | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------------------- | : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1936) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the __19th__ day of _____April_____, 2018

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**