# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| **SARAH LUEBKE** | |
| | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | |
| | Civil Action No.: **2:18-CV-116** |
| vs. | |
| **SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC,** | |
| Defendant(s). | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1979) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the ___19th___ day of _____April_____, 2018

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**