UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| DIANNE HUMPHREY, Plaintiff(s), | : : : : | SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | : : | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| ACCORD HEALTH CARE, INC.; HOSPIRA, INC; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; EAGLE PHARMA, INC. Defendant(s). | : : : : | Civil Action No.: 2:17-cv-17957 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant Eagle Pharmaceuticals, Inc., incorrectly named in the Complaint as Eagle Pharma, Inc., by and through undersigned counsel, hereby stipulate to dismiss, without prejudice, all claims asserted in the above captioned action against Defendant Eagle Pharmaceuticals, Inc., incorrectly named in the Complaint as Eagle Pharma, Inc. Each party to bear its own attorneys' fees and costs.

Dated this 27 day of April, 2018

By: _____
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com
*Counsel for Dianne Humphrey*

Dated this 26 day of April, 2018

By: _____
Dmitriy Tishyevich
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-6453
Fax: (212) 446-4900
dmitriy.tishyevich@kirkland.com
*Counsel for Eagle Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 27, 2018

Respectfully submitted,

*/s/ Kristie L. Fischer*

Kristie L. Fischer (NV Bar No. 11693)
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com