BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Fleeta Beattie vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13824 | |

## AMENDED SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Fleeta Beattie on March 19th, 2018.

Dated: April 20, 2018                                Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

              */s/ Lindsay R. Stevens*
              Ahmed S. Diab (CA Bar # 262319)
              GOMEZ TRIAL ATTORNEYS
              655 West Broadway, Suite 1700
              San Diego, California 92101
              Telephone: (619) 237-3490
              Facsimile: (619) 237-3496
              adiab@thegomezfirm.com