UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE NORTH |
| Maria Warth v. Sanofi-Aventis U.S. LLC | : | |
| et. al., Civil Action No. 2:17-cv-16503 | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Maria Warth, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Plaintiff's claims against Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., shall remain pending.

| | |
|---|---|
| Dated: April 23, 2018 | Respectfully submitted, |
| | */s/ Sarah Shoemake Doles*<br>Jeffrey J. Lowe, #35114MO<br>Sarah Shoemake Doles, #45747MO<br>Alyson M. Petrick, #68323MO<br>**CAREY DANIS & LOWE**<br>8235 Forsyth Blvd, Suite 1100<br>Saint Louis, MO 63105<br>Telephone: (314) 725-7700<br>Fax: (314) 721-0905<br>jlowe@careydanis.com<br>sdoles@careydanis.com<br>apetrick@careydanis.com |
| | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served electronically and notice of this service will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles