# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| CALINDA SHULL | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| PLAINTIFF, | |
| v. | |
| | CIVIL ACTION NO. 2:16-cv-16687 |
| SANOFI-AVENTIS U.S. LLC, et al | |
| DEFENDANTS. | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO SHOW CAUSE NUMBER 3

Plaintiffs respectfully moves for leave to file the attached Supplemental Response to Order to Show Cause Number 3.  In support of its motion, Plaintiff states as follows:

1. Plaintiff submitted its response to Defendant's Motion to Show Cause Order Number 3 which was contained in the Plaintiff's Omnibus response to Defendant's Motion to Show Cause Order Number 3.

2. Defendants have indicated that they believe that Plaintiff has not substantially completed the Plaintiff's Fact Sheet without giving any reason as to why it is not substantially complete.

3. Allowing Plaintiff to supplement its Response, on an individual basis, would not prejudice the Defendant or this proceeding in this manner.

4. Plaintiff's Supplemental Response to Defendants Motion to Show Cause Number 3 is

attached hereto as Exhibit A.

5. Plaintiff has attached a proposed Order allowing Plaintiff to supplements its response to Defendant's Motion to Show Cause Order Number 3 as Exhibit B.

Plaintiff prays for this court to enter an order allowing Plaintiff to File a Supplemental Response to Defendant's Motion to Show Cause Number 3.

Respectfully submitted,

THE GOSS LAW FIRM, P.C.

/s/ Peter E. Goss
Peter E. Goss (MO Bar # 57933)
The Goss Law Firm, P.C.
4510 Belleview, Suite 201
Kansas City, MO 64111
Telephone: 816-336-1300
Facsimile: 816-336-1310
pgoss@goss-lawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Peter E. Goss