# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF STATE

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) | ) | |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL NO. 2740 |
| | ) | |
| | ) | SECTION "N" (5) |
| CALINDA SHULL | ) | JUDGE ENGELHARDT |
| | ) | MAG. JUDGE NORTH |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | NO. 2:16-cv-16687 |
| SANOFI-AVENTIS U.S. LLC, et al | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit the accompanying Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 on the 15th day of May, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

Respectfully submitted,

THE GOSS LAW FIRM, P.C.

/s/ Peter E. Goss
Peter E. Goss (MO Bar # 57933)
The Goss Law Firm, P.C.
4510 Belleview, Suite 201
Kansas City, MO 64111
Telephone: 816-336-1300
Facsimile: 816-336-1310
pgoss@goss-lawfirm.com

*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Peter E. Goss* _____