# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO** | : | **JUDGE KURT D. ENGELHARDT** |
| Essie McIntosh | : | **MAG. JUDGE MICHAEL B. NORTH** |
| Civil Action No. 2:17-cv-15545 | : | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS BUT SANOFI-AVENTIS U.S. LLC
## AND SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Essie McIntosh's claims against Defendants Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., Pfizer Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, and Sun Pharmaceutical Industries Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. be dismissed with prejudice, each party to bear its own costs.

Dated this 23rd day of April, 2018.

Respectfully Submitted,

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

_____/s/ Katie A. Hubbard_____
Katie A. Hubbard (IL #6303558)
khubbard@ghalaw.com
2227 South State Route 157
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
*Attorneys for Plaintiff*

**IRWIN FRITCHIE URQUHART & MOORE**

_____*/s/ Douglas J. Moore*_____
Douglas J. Moore
dmoore@irwinllc.com
Kelly Brilleaux
kbrilleau@irwinllc.com
400 Poydras Street, Suite 2700
New Orleans,, LA  70130
(504) 310-2100 Phone

Harley Ratliff
hratliff@shb.com
Jon Strongman
jstrongman@shb.com
2555 Grand Boulevard
Kansas City, MO  64108
***Attorneys for Defendants Sanofi S.A., Aventis
Pharma S.A., Sanofi-Aventis U.S. LLC, and
Sanofi US Services Inc.***

**KEOGH, COX & WILSON, LTD**

_____*/s/ John P. Wolff, III*_____
John P. Wolff, III
jwolff@keoghcox.com
701 Main Street
P.O. Box 1151
Baton Rouge, LA  70821
***Attorneys for Defendant Accord Healthcare, Inc.***

**QUINN EMANUAL URQUHART & SULLIVAN**

_____*/s/ Mark S. Cheffo*_____
Mark S. Cheffo
markcheffo@chaffe.com
51 Madison Avenue, 22nd Floor
New York, NY  10010

**CHAFFE McCALL, L.L.P.**
John F. Olinde
olinde@chaffe.com
1100 Poydras Street
New Orleans, LA  70163
***Attorneys for Defendants Hospira Worldwide,
Inc., Hospira, Inc., and Pfizer, Inc.***

**LEAKE & ANDERSON, LLP**

_____/s/ Stanton E. Shuler, Jr._____
Stanton E. Shuler, Jr.
sshuler@leakeanderson.com
Cristin Bordelon
cbordelon@l3akeanderson.com
1100 Poydras Street, Suite 1700
New Orleans, LA  70163

**HINSHAW & CULBERTSON, LLP**
Geoffrey M. Coan
gcoan@hinshawlaw.cocm
Kathleen E. Kelly
kekelly@hinshawlaw.com
28 State Street, 24th Floor
Boston, MA  02109
***Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.***

**GREENBERG TRAURIG, LLP**

_____/s/ Lori G. Cohen_____
Lori G. Cohen
cohenl@gtlaw.com
Ronald Clifton Merrell, II
merrellc@gtlaw.com
Evan Courtright Holden
Holdene@gtlaw.com
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305

Paige E. Sensenbrenner
Paige.sensenbrenner@arlaw.com
Deborah B. Rouen
Debbie.rouen@arlaw.com
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA  70139
***Attorneys for Defendant Sandoz, Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing Stipulation of Dismissal with

Prejudice as to All Defendants But Sandoz Inc. was electronically filed with the Clerk of the

Court on this 23rd day of April, 2018, by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record who are CM/ECF participants.


_____*/s/ Katie A. Hubbard*_____