UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### UNOPPOSED MOTION OF SANDOZ INC. TO SUBSTITUTE TRIAL PLAINTIFF IN THE TRIAL SCHEDULING ORDER FOR MDL TRIAL NO. 2

Defendant Sandoz Inc. ("Sandoz"), by and through undersigned counsel, respectfully moves the Court to amend Case Management Order No. 8A (Trial Scheduling Order – MDL Trial No. 2) (Doc. No. 1099). For the reasons set forth in the attached Memorandum in Support, Sandoz specifically requests that the Court remove Plaintiff Priscilla Cazayoux, Case No. 2:17-cv-00766, from the pool of trial plaintiffs for the second MDL trial, and substitute Plaintiff Keri Bland, Case No. 2:17-cv-06059, in her place. Counsel for Sandoz has conferred with Plaintiffs' Liaison Counsel and Counsel for Plaintiff Keri Bland, who consent to this Motion.

Respectfully submitted,

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

1

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:  504-581-3234
Facsimile:  504-566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

**Counsel for Defendant Sandoz Inc.**

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Plaintiff Liaison Counsel and Counsel for Plaintiff Keri Bland have been contacted, and do not oppose the relief requested.

*/s/ Lori G. Cohen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2018, the foregoing Unopposed Motion of Sandoz Inc. to Substitute Trial Plaintiff in the Trial Scheduling Order for MDL Trial No. 2 was electronically transmitted to lead and liaison counsel in the captioned matter.

*/s/ Lori G. Cohen*