UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF SANDOZ INC. TO SUBSTITUTE TRIAL PLAINTIFF IN THE TRIAL SCHEDULING ORDER FOR MDL TRIAL NO. 2**

Defendant Sandoz Inc. ("Sandoz") respectfully requests that this Court amend Case Management Order No. 8A (Trial Scheduling Order – MDL Trial No. 2) (Doc. No. 1099) to substitute one of the trial plaintiffs for the second MDL trial.

Plaintiffs have informed counsel for Sandoz that the plaintiff originally submitted by Sandoz, Plaintiff Priscilla Cazayoux, Case No. 2:17-cv-00766, no longer wishes to pursue her claims and will be dismissing her case with prejudice. Sandoz and Plaintiffs agree that substitution of another case alleging use of Sandoz's docetaxel product is therefore appropriate.

Sandoz has identified Plaintiff Keri Bland, Case No. 2:17-cv-06059, as an appropriate substitute for Plaintiff Cazayoux. Counsel for Sandoz has conferred with Plaintiffs' Liaison Counsel and Counsel for Plaintiff Bland, all of whom consent to this Motion and the substitution of Plaintiff Bland in place of Plaintiff Cazayoux in the pool of trial plaintiffs for the second MDL trial.

By making this substitution, Sandoz is reserving and not waiving any rights, defenses, or objections. Sandoz is specifically preserving all *Lexecon* rights and arguments as to jurisdiction and venue for trial, as provided by Paragraph 2 of Case Management Order 8A.

Accordingly, Sandoz respectfully moves the Court to amend Case Management Order No. 8A (Doc. No. 1099) to substitute Plaintiff Keri Bland, Case No. 2:17-cv-06059, as Sandoz's selection for the second MDL trial pool.

Respectfully submitted,

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ Deborah B. Rouen
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: 504-581-3234
Facsimile: 504-566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

**Counsel for Defendant Sandoz Inc.**