UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Jan Simnacher v. Sanofi-Aventis U.S. LLC et. al., Civil Action No. 2:17-cv-16488 | : : : | MAG. JUDGE NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jan Simnacher, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Plaintiff's claims against Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. shall remain pending.

Dated: April 24, 2018

Respectfully submitted,

*/s/ Sarah Shoemake Doles*
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served electronically and notice of this service will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles