## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| PATSY HAYS, | : : | |
| Plaintiff, | : : | Civil Action No.: 16-17540 |
| v. | : : | |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : | |
| Defendants. | | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION: RESPONSE TO SHOW CAUSE NO. 2

COMES NOW Plaintiff, Patsy Hays, by and through the undersigned counsel, and respectfully moves this Court to reconsider dismissing her case with prejudice for the reasons stated in the attached Memorandum.

**Dated this 24th day of April, 2018.**

                                                 **Respectfully Submitted,**

                                               **REICH & BINSTOCK**
                                               /s/ Robert J. Binstock
                                               Robert J. Binstock (TX: 02328350)
                                               Dennis C. Reich (TX: 16739600)
                                               Reich & Binstock, LLP
                                               4265 San Felipe, Suite 1000
                                               Houston, TX 77027
                                               Phone: 713-622-7271

dreich@reichandbinstock.com  
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 24, 2018

/s/ Robert J. Binstock  
Robert J. Binstock