# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| PATSY HAYS, | : : | |
| Plaintiff, | : : | Civil Action No.: 16-17540 |
| v. | : : : | |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : | |
| Defendants. | | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION: RESPONSE TO SHOW CAUSE NO. 2

COMES NOW Plaintiff, Patsy Hays, by and through the undersigned counsel, and respectfully moves this Court to reconsider dismissing her case with prejudice for the reasons stated herein.

Patsy Hays passed away on March 23, 2017 in Houston, Texas. Counsel and Ms. Hays' daughters, Nina and Lonnie Hays, have been working diligently to obtain the medical records necessary to complete Ms. Hays' Plaintiff Fact Sheet ("PFS"). However, efforts have been stymied as a result of Hurricane Harvey hitting the Houston metropolitan area. The storm impeded all efforts to obtain medical records. Counsel, Nina Hays and Lonnie Hays are continuing to obtain the information necessary to complete Ms. Hays' PFS. Counsel has submitted three amended PFSs, with the most recent one being submitted on 12/4/2017.

Defendants have not issued a deficiency notice since that day.  Further, Counsel has received Product ID information for Ms. Hays and uploaded CMO 12 materials on 4/3/2018.

We ask the Court to be lenient based on these circumstances.  Not only are we dealing with a deceased client, but we are also dealing with the aftermath of Hurricane Harvey.

**Dated this 24th day of April, 2018.**

**Respectfully Submitted,**

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 24, 2018

/s/ Robert J. Binstock
Robert J. Binstock

Case 2:16-md-02740-JTM-MBN   Document 2340-1   Filed 04/24/18   Page 3 of 3