# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| PATSY HAYS, | : : | |
| Plaintiff, | : : | Civil Action No.: 16-17540 |
| v. | : : : | |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : | |
| Defendants. | | |

## **ORDER**

Upon Plaintiff's Motion for Reconsideration and for good cause shown, it is hereby Ordered that the Plaintiff's Motion for Reconsideration be granted.

This the _____ day of _____, 2018