# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| PATSY HAYS, | : : | |
| Plaintiff, | : : | Civil Action No.: 16-17540 |
| v. | : : : | |
| SANOFI-AVENTIS U.S. LLC, individually, and doing business as, WINTHROP U.S., SANOFI WINTHROP PHARMACEUTICALS INC, and SANOFI US SERVICES INC. | : : : : : | |
| Defendants. | | |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that Plaintiff's Motion for Reconsideration is hereby set for submission before District Court Judge Engelhardt on May 9, 2018 at 9:30 a.m.

This the 24th day of April, 2018.

**Respectfully Submitted,**

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 24, 2018

/s/ Robert J. Binstock
Robert J. Binstock