UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| **This Document Relates To:** | SECTION: N |
| | JUDGE ENGELHARDT |
| *Celeste R. Trave' vs. Sanofi, et al*: 2:17-cv-07577; *Mecca L. Stewart vs. Sanofi, et al*; 2:17-cv-07916; *Wendy L. Shaw vs. Sanofi, et al*; 2:17-cv-07777; *Marilyn S. Fultz, et al*; 2:17-cv-07772; *Pamela Fallon vs. Sanofi, et al;* 2:17-cv-06271; *Leslie Taylor vs. Sanofi, et al;* 2:17-cv-06048; *Cheryl Evridge vs. Sanofi, et al;* 2:17-cv-06742; *Tempy Hoskins vs. Sanofi, et al*; 2:17-cv-17852; *Marcella Webb vs. Sanofi, et al;* 2:17-cv-06642; *Myrtis Gulley vs. Sanofi, et al*; 2:17-cv-06907; *Deborah Leggett vs. Sanofi, et al*; 2:17-cv-06900; *Mattie Curry vs. Sanofi, et al;* 2:17-cv-09266; and *Helen Love vs. Sanofi, et al*; 2:17-cv-06605 | |

**Plaintiffs' Opposed Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause No. 3**

Plaintiffs respectfully request leave to file the attached Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause No. 3 and accompanying Exhibit A, in order to address, responed to and clarify statements and arguments set forth by Defendants in their Motions to dismiss these plaintiffs' claims.

Respectfully Submitted:

/s/ *Christopher L. Coffin*
Christopher L. Coffin (LA 27902)
Nicholas R. Rockforte (LA 31305)
Jessica A. Perez (LA 34024)

Pendley, Baudin & Coffin, L.L.P.<br>
1515 Poydras Street, Suite 1400<br>
New Orleans, LA 70112<br>
Tel: (504) 355-0086<br>
Fax: (504) 523-0699<br>
ccoffin@pbclawfirm.com<br>
nrockforte@pbclawfirm.com<br>
jperez@pbclawfirm.com

## Certificate of Service

I certify that on April 24, 2017, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.