# Exhibit A



**PBC** | PENDLEY
BAUDIN &
COFFIN
ATTORNEYS AT LAW

| Patrick W. Pendley | Pamela P. Baudin | Of Counsel: |
| Stanley P. Baudin | Courtney L. Stidham* | Allen M. Edwards |
| Christopher L. Coffin*† | *Also admitted in Alabama | David M. Hundley* |
| *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Illinois |
| †Registered nurse | Evan P. Fontenot | Tracy L. Turner* |
| Nicholas R. Rockforte | | *Admitted only in Ohio |

March 20, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Mattie Curry v. Sanofi SA, et al.;2:17-cv-09266*

Dear Judge Engelhardt:

       Counsel writes to inform the Court that following the Court's Rule to Show Cause deadline

for failure to submit a PFS, Plaintiff Mattie Curry contacted counsels' office and produced a PFS.

Her PFS was submitted March 8, 2018 via MDL Centrality.  Given that the Court has not yet ruled

on this pending matter, counsel respectfully requests that the Court take Plaintiff's recent

production of her PFS into consideration and deny Defendant's request to dismiss this case.


Dated:  March 20, 2018

                                        Respectfully submitted,

                                        /s/ Christopher L. Coffin
                                        Christopher L. Coffin (LA# 27902)
                                        **Pendley, Baudin & Coffin, L.L.P.**
                                        1515 Poydras Street, Suite 1400
                                        New Orleans, LA 70112
                                        Tel: (504) 355-0086
                                        Fax: (504) 523-0699
                                        ccoffin@pbclawfirm.com

                                        *Attorney for Plaintiff*

---



**PBC** | PENDLEY BAUDIN & COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Celeste R. Trave' vs. Sanofi, et al*; Case No. 2:17-cv-07577

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before and after photos, which were submitted on 3/13/2018 and can be found as record document numbers 110710, 110711, 110712, 110713, 110715 on MDL Centrality. Furthermore, Plaintiff has provided all requested authorizations and verifications forms.  Plaintiff originally submitted all forms on 10/20/2017 as record document numbers 27641, 27645, 27646, 27647, 27649, 27650.  Some of the authorizations did not contain a witness signature so additional updated authorizations were provided on 3/19/2018 as record document numbers 114895, 114897, 114899.  A signed and dated declaration page was submitted on 10/20/2017 as record document number 27651. Lastly proof of use, was also submitted on 10/20/2017 and can be found within record document number 27640. As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods.  Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086

---

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com

Fax: (504) 523-0699
ccoffin@pbclawfirm.com
*Attorney for Plaintiff*



Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Mecca L. Stewart vs. Sanofi, et al*; Case No. 2:17-cv-07916

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before and after photos, which were submitted on 1/9/2018 and 4/12/2018 and can be found as record document numbers 55225, 135547, 135548, 135549, 135550, 135562, 135564 on MDL Centrality. Furthermore, Plaintiff has provided all requested authorizations and verifications forms which can be found as record document numbers 30829, 135524, 30820, 30819, 30818, 30816, and 30815. Lastly proof of use, was also submitted on 10/30/2017 and can be found within record document number 30813. As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods.  Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018                              Respectfully submitted,

                                                   /s/ Christopher L. Coffin
                                                   Christopher L. Coffin (LA# 27902)
                                                   **Pendley, Baudin & Coffin, L.L.P.**
                                                   1515 Poydras Street, Suite 1400
                                                   New Orleans, LA 70112
                                                   Tel: (504) 355-0086
                                                   Fax: (504) 523-0699
                                                   ccoffin@pbclawfirm.com

                                                   *Attorney for Plaintiff*

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com



| PENDLEY | Patrick W. Pendley | Pamela P. Baudin | Of Counsel: |
| BAUDIN & | Stanley P. Baudin | Courtney L. Stidham* | David M. Hundley* |
| COFFIN | Christopher L. Coffin*† | *Also admitted in Alabama | *Admitted only in Illinois |
| ATTORNEYS AT LAW | *Also admitted in Georgia | Jessica A. Reynolds | Tracy L. Turner* |
| | †Registered nurse | Evan P. Fontenot | *Admitted only in Ohio |
| | Nicholas R. Rockforte | | |

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Wendy L. Shaw vs. Sanofi, et al*; Case No. 2:17-cv-07777

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before and after photos, which were submitted on 110/24/2017 and can be found as record document number 28548 on MDL Centrality. Furthermore, Plaintiff has provided all requested authorizations and verifications forms which can be found as record document numbers 111418, 111415, 111411, 111409, 111406 which were submitted on 3/14/2018. Lastly proof of use, was also submitted on 10/24/2017 and can be found within record document numbers 28555 and 28557. As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods.  Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com



**PBC** | PENDLEY BAUDIN & COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
        *Marilyn S. Fultz vs. Sanofi, et al*; Case No. 2:17-cv-07772

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order. Specifically, Plaintiff has provided dated before and after photos, which were submitted on 10/25/2017 and can be found as record document number 28690 on MDL Centrality. Furthermore, Plaintiff has provided all requested authorizations and declaration forms which were submitted on 10/25/2017 and can be found as record document numbers 28693, 28694, 28695, 28696, and 28697. Lastly proof of use, was also submitted on 10/25/2017 and can be found within record document numbers 28689. As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods. Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection. At the time of the original submission Plaintiff's response to deficiencies was not due but since that time Plaintiff has responded to all purported deficiencies. For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018                 Respectfully submitted,

                                       /s/ Christopher L. Coffin
                                       Christopher L. Coffin (LA# 27902)
                                       **Pendley, Baudin & Coffin, L.L.P.**
                                       1515 Poydras Street, Suite 1400
                                       New Orleans, LA 70112
                                       Tel: (504) 355-0086
                                       Fax: (504) 523-0699
                                       ccoffin@pbclawfirm.com

                                       *Attorney for Plaintiff*

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com



| Patrick W. Pendley | Pamela P. Baudin | Of Counsel: |
| Stanley P. Baudin | Courtney L. Stidham* | David M. Hundley* |
| Christopher L. Coffin*† | *Also admitted in Alabama | *Admitted only in Illinois |
| *Also admitted in Georgia | Jessica A. Reynolds | Tracy L. Turner* |
| †Registered nurse | Evan P. Fontenot | *Admitted only in Ohio |
| Nicholas R. Rockforte | | |

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
          *Pamela Fallon vs. Sanofi, et al*; Case No. 2:17-cv-06271

Dear Judge Engelhardt:

        Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before and after photos, which were submitted on 3/5/2018 and 3/14/2018 and can be found as record document numbers 106302, 106303, 106307, 106305, 106308, 111827, 111828, 111829, and 111830 on MDL Centrality.  Furthermore, Plaintiff has previously provided all requested authorizations and declaration forms.  However, Plaintiff previously filled in the top portion of her employment form with her personal information rather than merely signing the document.  Plaintiff re-submitted her employment authorization and can be found as record document 17460.  Lastly, Plaintiff previously provided proof of usage which can be found as record document numbers 17451 and 17452.  As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods.  Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  At the time of the original submission Plaintiff's response to deficiencies was not due but since that time Plaintiff has responded to all purported deficiencies.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018

                                                Respectfully submitted,

                                                /s/ Christopher L. Coffin
                                                Christopher L. Coffin (LA# 27902)
                                                **Pendley, Baudin & Coffin, L.L.P.**
                                                1515 Poydras Street, Suite 1400
                                                New Orleans, LA 70112

| **Plaquemine** | | **New Orleans** | |
| Post Office Drawer 71 | **T** (225) 687.6396 | 1515 Poydras Street, | **T** (504) 355.0086 |
| 24110 Eden Street | **F** (225) 687.6398 | Ste. 1400 | **F** (504) 523.0699 |
| Plaquemine, LA 70765 | pbclawfirm.com | New Orleans, LA 70112 | pbclawfirm.com |

Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*



| | Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
|---|---|---|---|
| | Stanley P. Baudin | Courtney L. Stidham* | David M. Hundley* |
| | Christopher L. Coffin*† | *Also admitted in Alabama | *Admitted only in Illinois |
| | *Also admitted in Georgia | Jessica A. Reynolds | Tracy L. Turner* |
| | †Registered nurse | Evan P. Fontenot | *Admitted only in Ohio |
| | Nicholas R. Rockforte | | |

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
        *Cheryl Evridge vs. Sanofi, et al*; Case No. 2:17-cv-06742

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before and after photos, which were submitted on 9/7/2017 and can be found as record document number 17889 on MDL Centrality. Furthermore, Plaintiff has previously provided all requested authorizations and declaration forms.  Unfortunately, Plaintiff previously provided a single signed authorization form that was not dated as record document number 17892.  Since then she has re-submitted an authorization that is both signed and dated as record document number 111531.  Lastly, Plaintiff has provided proof of usage which can be found as record document number 17881 on 9/7/2017.  As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods. Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  At the time of the original submission Plaintiff's response to deficiencies was not due but since that time Plaintiff has responded to all purported deficiencies.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018                          Respectfully submitted,

                                                /s/ Christopher L. Coffin
                                                Christopher L. Coffin (LA# 27902)
                                                **Pendley, Baudin & Coffin, L.L.P.**
                                                1515 Poydras Street, Suite 1400
                                                New Orleans, LA 70112
                                                Tel: (504) 355-0086

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

Fax: (504) 523-0699
ccoffin@pbclawfirm.com

***Attorney for Plaintiff***



PENDLEY
BAUDIN &
COFFIN

ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Tempy Hoskins vs. Sanofi, et al*; Case No. 2:16-cv-17852

Dear Judge Engelhardt:

        Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order
to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS
substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated
before and after photos within the relevant time periods which can be found within MDL Centrality as
record number documents #122624 (submitted 3/27/2018) and #139914 (submitted 4/17/2018).
Furthermore, Plaintiff has provided all requested authorizations which can be found as record document
numbers: #62649 (submitted 1/23/2018) and #29501, #29503, #29504, #290505, #29506 which were all
submitted 10/27/2017.  A declaration page that was properly signed and executed was submitted on
8/4/2017 and can be found as record document #13801.  Lastly proof of use, was submitted on 8/4/2017
and can be found within record document #13796. As such, Plaintiff's PFS is substantially complete as
Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating
proof of usage, and has provided photographs within the relevant time periods.  Furthermore, Plaintiff has
responded to all purported deficiencies to the best of her knowledge and recollection.  For these reasons,
Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018

                                      Respectfully submitted,

                                      /s/ Christopher L. Coffin
                                      Christopher L. Coffin (LA# 27902)
                                      **Pendley, Baudin & Coffin, L.L.P.**
                                      1515 Poydras Street, Suite 1400
                                      New Orleans, LA 70112
                                      Tel: (504) 355-0086

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

Fax: (504) 523-0699
ccoffin@pbclawfirm.com

***Attorney for Plaintiff***



| | | | |
|---|---|---|---|
| PENDLEY BAUDIN & COFFIN | Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
| ATTORNEYS AT LAW | Stanley P. Baudin | Courtney L. Stidham* | David M. Hundley* |
| | Christopher L. Coffin*† | *Also admitted in Alabama | *Admitted only in Illinois |
| | *Also admitted in Georgia | Jessica A. Reynolds | Tracy L. Turner* |
| | †Registered nurse | Evan P. Fontenot | *Admitted only in Ohio |
| | Nicholas R. Rockforte | | |

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Marcella Webb vs. Sanofi, et al*; Case No. 2:17-cv-06642

Dear Judge Engelhardt:

   Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before photos, which were submitted on 3/16/2018 and 3/21/2018, which can be found as record document numbers 113017 and 117504 on MDL Centrality. Furthermore, Plaintiff has provided all requested authorizations and verifications forms which were all submitted on 9/5/2017 and can be found as record document numbers: 17489, 17490, 17491, 17492, 17493, 17494, and 17495. Lastly proof of use, was also submitted on 9/5/2017 and can be found within record document number 17487. As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods.  Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018       Respectfully submitted,

                /s/ Christopher L. Coffin
                Christopher L. Coffin (LA# 27902)
                **Pendley, Baudin & Coffin, L.L.P.**
                1515 Poydras Street, Suite 1400
                New Orleans, LA 70112
                Tel: (504) 355-0086
                Fax: (504) 523-0699
                ccoffin@pbclawfirm.com

                *Attorney for Plaintiff*

---

**Plaquemine**
Post Office Drawer 71  **T** (225) 687.6396
24110 Eden Street   **F** (225) 687.6398
Plaquemine, LA 70765  pbclawfirm.com

**New Orleans**
1515 Poydras Street,  **T** (504) 355.0086
Ste. 1400      **F** (504) 523.0699
New Orleans, LA 70112  pbclawfirm.com



PENDLEY
BAUDIN &
COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Myrtis Gulley vs. Sanofi, et al*; Case No. 2:17-cv-06907

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated before and after photos, which were submitted on 9/16/2018, 9/28/2017 and can be found as record document numbers 139521, 139523, 139524, 139525, 139526, and 22574 on MDL Centrality. Furthermore, Plaintiff has previously provided all requested authorizations and declaration forms which can be found as record document numbers 22577, 22578, 22579, 22580, 22581, 22582, 22583. Lastly, Plaintiff has provided proof of usage which can be found as record document number 17881 on 9/28/2017 and can be found as record document numbers 22575 and 22576.  As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods. Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection.  At the time of the original submission Plaintiff's response to deficiencies was not due but since that time Plaintiff has responded to all purported deficiencies.  For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

Fax: (504) 523-0699
ccoffin@pbclawfirm.com

***Attorney for Plaintiff***



PBC | PENDLEY
BAUDIN &
COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
        *Deborah Leggett vs. Sanofi, et al*; Case No. 2:17-cv-06900

Dear Judge Engelhardt:

        Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order
to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS
substantially complete in compliance with the Court's Order.  Specifically, Plaintiff has provided dated
before and after photos, which were submitted on 4/9/2017 and 4/16/2018 and can be found as record
document numbers 132354 and 139497 on MDL Centrality. Furthermore, Plaintiff has previously provided
all requested authorizations and declaration forms which can be found as record document numbers 132346,
132345, 132344, 132343, 27554, and 53638. Lastly, Plaintiff has provided proof of usage which can be
found as record document number 27552 which was uploaded on 10/19/2017.  As such, Plaintiff's PFS is
substantially complete as Plaintiff has answered all the questions set forth in section III, has provided
medical records demonstrating proof of usage, and has provided photographs within the relevant time
periods. Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and
recollection.  At the time of the original submission Plaintiff's response to deficiencies was not due but
since that time Plaintiff has responded to all purported deficiencies.  For these reasons, Defendants' Motion
to Dismiss should be denied.

Dated:  April 23, 2018                         Respectfully submitted,

                                               /s/ Christopher L. Coffin
                                               Christopher L. Coffin (LA# 27902)
                                               **Pendley, Baudin & Coffin, L.L.P.**
                                               1515 Poydras Street, Suite 1400
                                               New Orleans, LA 70112
                                               Tel: (504) 355-0086

---

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*



**PENDLEY**
**BAUDIN &**
**COFFIN**
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Helen Love vs. Sanofi, et al*; Case No. 2:17-cv-06605

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied additional information. Specifically, Plaintiff has provided dated before and after photos, which were submitted on 9/6/2017 and 4/17/2018 and can be found as record document numbers 139932 and 11743on MDL Centrality. Furthermore, Plaintiff has previously provided all requested authorizations and declaration forms which can be found as record document numbers 17741, 17742, 17744, 17745, 17746, 177747, and 17748. Lastly, Plaintiff has provided proof of usage which can be found as record document numbers 17736, 17737, 17738 on 9/6/2017.  As such, Plaintiff's PFS is almost substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs. The only portion which Plaintiff has been unable to comply with is a dated before photograph taken within 5 years prior to her chemotherapy treatments.  Plaintiff has currently provided a before photograph which is slightly before the said 5 year time period.  Despite her best efforts, Plaintiff has been unable to locate additional before photographs.

Dated:  April 23, 2018

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com



**PBC** | PENDLEY
| BAUDIN &
| COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

**Of Counsel:**
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

April 23, 2018

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re:  MDL – 2740 Taxotere (Docetaxel) Products Liability Litigation
       *June Gordon vs. Sanofi, et al*; Case No. 2:16-cv-16742

Dear Judge Engelhardt:

Counsel writes to inform the Court that following Plaintiff's submission to this Court's Third Order to Show Cause (Doc. No. 1760), Plaintiff has supplied the information necessary to render her PFS substantially complete in compliance with the Court's Order. Specifically, Plaintiff has provided dated before and after photos, which were submitted on 4/23/2018 and 7/17/2017 and can be found as record document number 145658, 145659 and 10457 on MDL Centrality. Furthermore, Plaintiff has provided all requested authorizations and declaration forms which were submitted on 7/19/2017 and 5/8/2017 and can be found as record document numbers 10919, 10918, 10917, 1248, 1244 and 1243. Lastly proof of use, was also submitted on 5/8/2017 and can be found within record document numbers 1240 and 1239. As such, Plaintiff's PFS is substantially complete as Plaintiff has answered all the questions set forth in section III, has provided medical records demonstrating proof of usage, and has provided photographs within the relevant time periods. Furthermore, Plaintiff has responded to all purported deficiencies to the best of her knowledge and recollection. At the time of the original submission Plaintiff's response to deficiencies was not due but since that time Plaintiff has responded to all purported deficiencies. For these reasons, Defendants' Motion to Dismiss should be denied.

Dated:  April 23, 2018

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA# 27902)
**Pendley, Baudin & Coffin, L.L.P.**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

Fax: (504) 523-0699
ccoffin@pbclawfirm.com

***Attorney for Plaintiff***