**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

**This Document Relates To:**

*Celeste R. Trave' vs. Sanofi, et al*: 2:17-cv-07577;
*Mecca L. Stewart vs. Sanofi, et al*; 2:17-cv-07916;
*Wendy L. Shaw vs. Sanofi, et al*; 2:17-cv-07777;
*Marilyn S. Fultz, et al*; 2:17-cv-07772; *Pamela Fallon
vs. Sanofi, et al*; 2:17-cv-06271; *Leslie Taylor vs.
Sanofi, et al*; 2:17-cv-06048; *Cheryl Evridge vs.
Sanofi, et al*; 2:17-cv-06742; *Tempy Hoskins vs.
Sanofi, et al*; 2:17-cv-17852; *Marcella Webb vs.
Sanofi, et al*; 2:17-cv-06642; *Myrtis Gulley vs.
Sanofi, et al*; 2:17-cv-06907; *Deborah Leggett vs.
Sanofi, et al*; 2:17-cv-06900; *Mattie Curry vs. Sanofi,
et al*; 2:17-cv-09266; and *Helen Love vs. Sanofi, et al*;
2:17-cv-06605

MDL No. 2740

SECTION: N

JUDGE ENGELHARDT

<u>**Notice of Submission**</u>

PLEASE TAKE NOTICE that Plaintiffs will submit the accompanying Motion and
Memorandum for Leave to File Supplemental Show Cause Letters to Order to Show Cause No. 3
on the 9th day of May, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United
States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA,
70130. Oral argument has not been requested.

Respectfully Submitted:

/s/ *Christopher L. Coffin*
Christopher L. Coffin (LA 27902)
Nicholas R. Rockforte (LA 31305)

Jessica A. Perez (LA 34024)
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

**<u>Certificate of Service</u>**

I certify that on April 24, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Christopher L. Coffin*