UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**
*Celeste R. Trave' vs. Sanofi, et al*: 2:17-cv-07577; *Mecca L. Stewart vs. Sanofi, et al*; 2:17-cv-07916; *Wendy L. Shaw vs. Sanofi, et al*; 2:17-cv-07777; *Marilyn S. Fultz, et al*; 2:17-cv-07772; *Pamela Fallon vs. Sanofi, et al;* 2:17-cv-06271; *Leslie Taylor vs. Sanofi, et al;* 2:17-cv-06048; *Cheryl Evridge vs. Sanofi, et al;* 2:17-cv-06742; *Tempy Hoskins vs. Sanofi, et al*; 2:17-cv-17852; *Marcella Webb vs. Sanofi, et al;* 2:17-cv-06642; *Myrtis Gulley vs. Sanofi, et al*; 2:17-cv-06907; *Deborah Leggett vs. Sanofi, et al*; 2:17-cv-06900; *Mattie Curry vs. Sanofi, et al;* 2:17-cv-09266; and *Helen Love vs. Sanofi, et al*; 2:17-cv-06605

MDL No. 2740

SECTION: N

JUDGE ENGELHARDT

**Order on Plaintiffs' Motion and Memorandum for Leave
to File Supplemental Show Cause Letters**

Upon Plaintiffs' Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause Order No. 3, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED and the Supplemental Show Cause Letters, attached as a proposed pleading to the Motion for Leave to File, are hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2018

_____
Kurt D. Engelhardt
United States District Judge