UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| VICKIE SMITH | : : : : | COMPLANT & JURY DEMAND  Civil Action No.: **2:17-CV-13784** |
| Plaintiff(s), | | |
| vs. | : : : | |
| **SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC,** | : : : | |
| Defendant(s). | : : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1982) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the  23rd  day of     April    , 2018

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**