# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | : MDL NO. 2740 |
| : | : |
| : | : SECTION "N"(5) |
| : | : |
| THIS DOCUMENT RELATES TO: Langstraat v. Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-04488 | : JUDGE KURT D. ENGELHARDT |
| : | : |
| : | : MAG. JUDGE MICHAEL B. NORTH |
| : | : |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW COMES Plaintiff Beverly A. Langstraat through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Dated: April 24, 2018

Respectfully Submitted,

**LARRY HELVEY LAW FIRM**

By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa  52402
Telephone:  319-362-0421
Facsimile:  319-362-3496
E-mail:  lhelvey@helveylaw.com

Attorneys for Plaintiff

## CERTIFICATE OF COMPLIANCE

In compliance with PreTrial Order 37A, Defendant Liaison Counsel and contact person for each Defendant has been contacted, and Defendants did not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2018 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:
4/24/2018

Respectfully Submitted,
LARRY HELVEY LAW FIRM
By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa  52402
Telephone:  319-362-0421
Facsimile:
319-362-3496
E-mail:  lhelvey@helveylaw.com
Attorneys for Plaintiff