UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION,

MDL NO. 2740

SECTION "N" (5)

JUDGE ENGLEHARDT

MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Judith August v. Sanofi, S.A., et al.*
*Civil Action No. 2:16-cv-16231-KDE-MBN*


**PLAINTIFF'S MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OF**
**ORDER (DOC NO 2302)**


COMES NOW Plaintiff, by and through undersigned counsel, who respectfully

moves the Court for reconsideration of the Court's Order on Responses to Order to

Show Cause No. 2, (Doc. 2302) entered on April 20, 2018, pursuant to Fed. R. Civ. P.

59(e) and Fed. R. of Civ. P. 60, and would show the following:

Plaintiff's original Complaint was filed in the United States District Court,

Southern District of Mississippi,  Civil Action No. 1:16/cv/00385-HSO-JCG on October

24, 2016) (*Judith August v. Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services, Inc.*

*f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S., LLC, Separately and doing business*

*as Winthrop U.S., Sandoz, Inc.*) (hereinafter "initial defendants") (See attached Exhibit

"A".)

Following the initial filing, Plaintiff learned that, upon information and belief, the docetaxel administered to Plaintiff in this case was manufactured by Hospira Worldwide, LLC f/d/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc. (hereinafter "new defendants").  However, none of the new Defendants were included in the initial Complaint; therefore, the Plaintiff filed an Amended Complaint retaining the initial defendants and adding all of the new Defendants, until Plaintiff could verify its information was correct.

On May 16, 2017, following transfer into the United States District Court for the Eastern District of Louisiana, Plaintiff filed an Amended Complaint. (Judith August v. Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc., f/k/a Sanofi-Aventis US, Inc., Sanofi-Aventis U.S., LLC, Separately and doing business as Winthrop U.S., Hospira Worldwide, LLC f/d/a Hospira Worldwide, Inc.,  Hospira, Inc. and Pfizer, Inc.) (See Doc. No. 8).

On December 6, 2017, Plaintiff's counsel conferred with defense counsel regarding dismissal of Sanofi defendants only.  On December 12, 2017, Sanofi's counsel emailed a consent to dismissal with prejudice.  Email from Plaintiff's liason to defense counsel and counsel for Plaintiff dated December 12, 2017 followed confirming removal of Plaintiff's case from the Show Cause Order and confirmed by a second email from defense counsel requesting the dismissal be filed on December 12, 2017 to remove the case from the Show Cause Order.

On December 12, 2017, Plaintiff in accordance with agreement from all counsel filed her Unopposed Motion to Dismiss with Prejudice Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S., LLC

Separately and doing business as Winthrop with supporting Memorandum in Support of Motion and Proposed Order. (See Doc. No. 1206).

On March 28, 2018, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice as to only Sanofi S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S., LLC Separately and doing business as Winthrop U.S. in accordance with Pretrial Order 54. (See Doc. No. 2069).  Plaintiff never intended nor agreed to dismiss any of the new defendants added with the filing of the Amended Complaint on May 16, 2017, which are, Hospira Worldwide, LLC f/d/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc.

On April 20,2018, the Court entered the Order on Responses to Order dismissing with prejudice Plaintiff's case against Defendants (Document No. 2302).  The Order may be interpreted to dismiss all of the Defendants with prejudice, including the "new defendants".

Plaintiff would respectfully request this Court Reconsider or clarify its Order dated April 20, 2018, (Doc. 2302) dismissing all the defendants and request that the Court pursuant to Fed. R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60, enter a corrected Order dismissing with prejudice the "initial defendants" only who are, Sanofi, S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, Separately and doing business as Winthrop U.S.  This would, therefore, allow the Plaintiff's case to continue against the "new defendants",  Hospira Worldwide, LLC f/d/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc., who were properly added to this litigation on or about May 16, 2017, by virtue of the filing of the Amended Complaint (Doc. No. 8).

Reconsideration or Clarification of the Court's Order will not prejudice any parties named herein.

Respectfully submitted this the 24th day of April, 2018.

RESPECTFULLY SUBMITTED,

Judith August, Plaintiff

BY:   *James R. Reeves*
      James R. Reeves, Esquire
      MS Bar No. 9159
      Reeves & Mestayer, PLLC
      160 Main Street
      Biloxi, MS   39530
      (228) 374-5151 (telephone)
      (228) 374-6630 (facsimile)
      jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed  using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 24th day of April, 2018.

BY:   *Jim Reeves*
      James R. Reeves, Jr., Esquire
      MS Bar No. 9159
      Reeves & Mestayer, PLLC
      160 Main Street
      Biloxi, MS   39530
      (228) 374-5151 (telephone)
      (228) 374-6630 (facsimile