**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AUGUST V.<br>SANOFI, S. A., ET AL.,<br>CASE 2:16-CV-16231-KDE-MBN | NOTICE OF SUBMISSION |

PLEASE TAKE NOTICE that Plaintiff will submit the accompanying Motion for

Reconsideration and/or Clarification of Order (Doc. No. 2302) on the 9th day of May,

2018, at 9:30 a.m. before the Honorable Kurt D. Engelhardt of the United States District

Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana

70130.  Oral argument has not been requested.

RESPECTFULLY SUBMITTED this the 24th day of April, 2018.

JUDITH AUGUST, Plaintiff


BY:     /s/ Jim Reeves_____
        JAMES R. REEVES, JR., ESQUIRE
        MS. BAR NO. 9519
        REEVES & MESTAYER, PLLC
        160 MAIN STREET
        BILOXI, MS  39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)
        jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served

on all parties or their attorneys electronic filing.

Dated this the 24th day of April, 2018.

JUDITH AUGUST, Plaintiff


BY:   /s/ Jim Reeves
       JAMES R. REEVES, JR., ESQUIRE
       MS. BAR NO. 9519
       REEVES & MESTAYER, PLLC
       160 MAIN STREET
       BILOXI, MS  39530
       (228) 374-5151 (telephone)
       (228) 374-6630 (facsimile)
       jrr@rmlawcall.com