UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Normalind Ellois v. Sanofi S.A., et al. Case No. 2:17-cv-03487 | |

**MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Normalind Ellois, respectfully moves for leave to file Plaintiff's Response to the Order to Show Cause No. 3. Ms. Ellois has already submitted a substantially complete PFS via MDL Centrality and as such, Plaintiff opposes her inclusion on the list of cases submitted by Defendants on Order to Show Cause No. 3.

Plaintiff respectfully moves this Court to allow for the proposed response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Given that the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court take Plaintiff's substantial completion of her PFS into consideration and deny Defendant's request to dismiss this case.

Respectfully submitted,
/s/ Andrew J. Geiger_____
ALLAN BERGER (BAR NO. 2977)
ANDREW J. GEIGER (BAR NO. 32467)
**ALLAN BERGER & ASSOCIATES PLC**
4173 Canal Street New Orleans, LA 70119

        Telephone: (504) 486-9481
        Fax:  (504) 483-8130
        aberger@allan-berger.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached pleading was served on plaintiff's co-liaison counsel via electronic mail this 25th day of April, 2018.

        /s/ Andrew J. Geiger