UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Normalind Ellois v. Sanofi S.A., et al. Case No. 2:17-cv-03487 | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Plaintiff, Normalind Ellois, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice

Ms. Ellois' Third Amended PFS was submitted on January 9, 2018, along with additional information as requested by defendants. No deficiency notice has been received since that time. There is no procedure set forth in PTO 22 that would permit defendants to seek dismissal of a claim that is not the subject of a deficiency notice. Moreover, this would be grossly unfair: Ms. Ellois has not been notified of any deficiency in her Third Amended PFS, and a "not substantially complete" dismissal is unreasonable where there is no direction offered on what response or responses in the PFS are considered "incomplete."

Moreover, Ms. Ellois' PFS history (attached hereto as Exhibit 1) demonstrates her willingness to respond to deficiency notices: her first PFS was submitted on August 2, 2017, along with proof of use (medical records), proof of injury (photographs), and signed

authorizations. Then, in response to a deficiency notice, an amended PFS was submitted on September 25, 2017. A second amended PFS with additional information was submitted on January 8, 2018, and the third amended PFS was submitted on January 9, 2018. Dismissal of Ms. Ellois' claim following her substantial completion of the PFS requirements would abrogate this Court's own procedures for managing discovery disputes in this multi-district litigation.

Plaintiff respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim.

Respectfully submitted,
/s/ Andrew J. Geiger_____
ALLAN BERGER (BAR NO. 2977)
ANDREW J. GEIGER (BAR NO. 32467)
**ALLAN BERGER & ASSOCIATES PLC**
4173 Canal Street New Orleans, LA 70119
Telephone: (504) 486-9481
Fax:  (504) 483-8130
aberger@allan-berger.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the attached pleading was served on plaintiff's co-liaison counsel via electronic mail this 25th day of April, 2018.

   /s/ Andrew J. Geiger