Home   ▾          Fact Sheets   ▾          Reporting          Docket Central          Discovery Central          My Account   ▾

**Back To MDL Centrality**

MDL 2740 - Taxotere                          Search Results

Return to Search Results                                                  Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 2035 | DOB: | 01/26/1969 |
| Name: | NORMALIND ELLOIS | Email: | aberger@allan-berger.com |
| Most Recent PFS Submitted: | 01/09/2018 | | |
| Filing Fee: | Paid | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | Yes | Treated with Generic: | No | Comments |
| Drug Name: | Taxotere | Unknown Certification: | Yes | |
| Treatment Dates: | 03/29/2010 to 07/13/2010 | Docket No.: | Case No. 17-3487 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | View | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Allan Berger & Associates | |

### Documents

View Documents          Upload                                          Deficiency Response

### Uploaded Files

Filter: [ ALL ]

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 84242 | PTO 71 Written Statement | 02/14/2018 | Remove |
| 55047 | Third Amended Plaintiff Fact Sheet | 01/09/2018 | |
| 54493 | Second Amended Plaintiff Fact Sheet | 01/08/2018 | |
| 34128 | Amended Deficiency Notice | 11/08/2017 | |
| 21820 | Other - List of physicians and insurance info | 09/25/2017 | Remove |
| 21818 | Other - Workers Comp Info | 09/25/2017 | Remove |
| 21816 | Other - Accident review form | 09/25/2017 | Remove |
| 21810 | First Amended Plaintiff Fact Sheet | 09/25/2017 | |
| 21804 | HIPAA Authorization | 09/25/2017 | Remove |
| 21803 | Response to Deficiency Notice | 09/25/2017 | |
| 19963 | Deficiency Notice | 09/15/2017 | |
| 13193 | Plaintiff Fact Sheet | 08/02/2017 | |
| 13192 | Properly Executed Verification of PFS | 08/02/2017 | Remove |
| 13188 | Other - Insurance Cards front and back | 08/02/2017 | Remove |
| 13187 | Proof of Use--Pharmacy Records | 08/02/2017 | Remove |
| 13186 | Proof of Injury - Medical Documentation | 08/02/2017 | Remove |
| 13184 | Properly Executed Verification of PFS | 08/02/2017 | Remove |
| 13183 | Proof of Injury - Before & After Photographs | 08/02/2017 | Remove |