# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Normalind Ellois v. Sanofi S.A., et al.<br>Case No. 2:17-cv-03487 | HON. KURT D. ENGELHARDT |

### ORDER ON MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Upon Plaintiff's Response to Order to Show Cause No. 3, and for good cause shown, it is hereby Ordered that Motion is GRANTED and that Plaintiff's Response to Order to Show Cause No. 3, attached as a proposed pleading to the Motion for Leave to File, is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2018

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE