**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Normalind Ellois v. Sanofi S.A., et al.<br>Case No. 2:17-cv-03487 | HON. KURT D. ENGELHARDT |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff, Normalind Ellois, will submit the accompanying Motion for Leave to Plaintiff's Response to Order to Show Cause No. 3 on the 23rd day of May, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

Respectfully submitted,
/s/ Andrew J. Geiger_____
ALLAN BERGER (BAR NO. 2977)
ANDREW J. GEIGER (BAR NO. 32467)
**ALLAN BERGER & ASSOCIATES PLC**
4173 Canal Street New Orleans, LA 70119
Telephone: (504) 486-9481
Fax: (504) 483-8130
aberger@allan-berger.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached pleading was served on plaintiff's co-liaison counsel via electronic mail this 25th day of April, 2018.

                                                   /s/ Andrew J. Geiger