| Home ▼ | Fact Sheets ▼ | Reporting | Docket Central | Discovery Central | My Account ▼ |

**Back To MDL Centrality**

MDL 2740 - Taxotere  Search Results

Return to Search Results  Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2921 | **DOB:** | 04/30/1960 |
| **Name:** | SHIRLEY MARTIN | **Email:** | aberger@allan-berger.com |
| **Most Recent PFS Submitted:** | 03/07/2018 | | |
| **Filing Fee:** | Paid | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| **Treated with Taxotere:** | Yes | **Treated with Generic:** | No   Comments |
| **Drug Name:** | Taxotere | **Unknown Certification:** | |
| **Treatment Dates:** | 05/29/2009 to 10/23/2009 | **Docket No.:** | 17-cv-5797 |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Allan Berger & Associates |

### Documents

View Documents   Upload   Deficiency Response

### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 133931 | PTO 71 Written Statement | 04/11/2018 | Remove |
| 107541 | First Amended Plaintiff Fact Sheet | 03/07/2018 | |
| 60497 | Response to Deficiency Notice | 01/19/2018 | |
| 40348 | Deficiency Notice | 11/30/2017 | |
| 26808 | Plaintiff Fact Sheet | 10/17/2017 | |
| 26806 | Proof of Injury - Before & After Photographs - 2016 | 10/17/2017 | Remove |
| 26804 | Properly Executed Verification of PFS | 10/17/2017 | Remove |
| 26803 | HIPAA Authorization | 10/17/2017 | Remove |
| 26801 | Proof of Use — Medical Records | 10/17/2017 | Remove |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet   Amend Fact Sheet   PFS Compare