## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION TO AMEND STIPULATION OF DISMISSAL (DOC. 1473)** |
| THIS DOCUMENT RELATES TO:<br><br>BILLIE L. RAY vs. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-09119 |

      NOW INTO COURT, through undersigned counsel, comes Plaintiff Billie L. Ray, Case No. 2:17-cv-09119, who, for the reasons set for the below, respectfully requests that the Stipulation of Dismissal (Doc. 1473) be amended.

      Plaintiff requests amendment of the Stipulation of Dismissal because the dismissal should have dismissed all but Sandoz, Inc., not all but the Hospira Defendants. A corrected Stipulation of Dismissal is attached hereto as Exhibit A. Counsel for the Defendants have been contacted regarding this motion, and Defendants do not oppose it. If this motion is granted, Plaintiff will promptly file an amended Stipulation of Dismissal to dismiss all but Sandoz, Inc.

Dated this 25th day of April 2018.

                                              By:   */s/ Karen Barth Menzies*
                                                 Karen Barth Menzies
                                                 **GIBBS LAW GROUP LLP**
                                                 400 Continental Blvd., 6th Floor
                                                 El Segundo, CA  90245
                                                 Telephone: (510) 350-9240
                                                 Facsimile: (510) 350-9701
                                                 Email:  kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
           amz@classlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 25, 2018                /s/ Karen Barth Menzies
                                              Karen Barth Menzies