# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND STIPULATION OF DISMISSAL (DOC. 1473)** |
| THIS DOCUMENT RELATES TO:<br><br>BILLIE L. RAY vs. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-09119 |

      PLAINTIFF BILLIE L. RAY'S Unopposed Motion to Amend Stipulation of Dismissal (Doc. 1473) was submitted to the Court on April 25, 2018. Based on the Motion, IT IS HEREBY ORDERED:

      Plaintiff's Unopposed Motion to Amend Stipulation of Dismissal (Doc. 1473) is hereby GRANTED.  All Defendants except Sandoz, Inc. are dismissed with prejudice.


DATED: _____                   _____
                                                                   HON. KURT D. ENGELHARDT