UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ZYLTHIA ATKINSON V. SANOFI S.A., ET AL., Case No. No.: 2:18-cv-00546 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>STIPULATION TO DISMISS WITHOUT PREJUDICE<br><br>Civil Action No.: 2:18-cv-00546 |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel and 505(b)(2) liaison counsel pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), that Plaintiff's case, numbered 2:18-cv-00546, only, be dismissed without prejudice. The reason for dismissal is to resolve duplicate representation and filing.

Defendants have been served in this matter. However, John Olinde, Esq. 505(b)(2) liaison counsel, was contacted and does not oppose this dismissal, but without waiving any rights of Defendants, in either case filed by Ms. Atkinson.

This stipulation will not affect the lawsuit filed by Ms. Atkinson through the Goetz Law Firm, which is currently pending in the MDL NO. 2740, in the United States District for the Eastern District of Louisiana, bearing case No. 2:17-cv-09805-KDE-MBN. Each party shall bear its own costs.

Dated this 25th day of April, 2018.

                        **MARC J. BERN & PARTNERS LLP**
                        By:*/s/ Alexandra Colella*
                        Alexandra Colella (NJ Bar ID No. 203112017)
                        Marc J. Bern & Partners LLP
                        60 East 42nd Street, Suite 950
                        New York, NY 10165
                        Tel: (212)702-5000
                        Fax: (212)818-0164
                        acolella@bernllp.com
                        *Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Mara Cusker Gonzalez
Sara Roitman
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

**SHOOK, HARDY& BACON L.L.P.**
Harley V. Ratliff
Kelly Bieri
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**MORRISON & FOERSTER LLP**
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
noproductid@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

**HINSHAW & CULBERTSON LLP**
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**ULMER & BERNE LLP**
Sheryl Ritter
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
sritter@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc.*

**CERTIFICATION OF SERVICE**

     I hereby certify that on April 25th, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                            */s/ Alexandra Colella*
                                            Alexandra Colella