UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: <br><br> *Renita Brown. v. Sandoz., et. al.*, <br> Case No.: 2:16-cv-17928 | |

MOTION FOR LEAVE TO FILE A SUPPLEMENTAL
RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Renita Brown, respectfully moves for leave to supplement the Plaintiffs' Response to the Order to Show Cause No. 3 (Doc. 1796). Because Ms. Brown's case is not set for trial and she has submitted a substantially complete PFS via MDL Centrality, Defendants will not be prejudiced by the filing of the proposed supplemental response attached hereto.

Counsel for Ms. Brown asks this Court to note that in its decision last week, Order to Show Cause No. 2, Document No. 2302 & 2302-1, that plaintiff has satisfied her obligations. See Document 2302-1, p.11. Plaintiff has conferred with defense counsel who does not oppose this motion, and agrees that Ms. Brown's case should not be dismissed under this pending Order to Show Cause.

Plaintiff respectfully moves this Court to allow for the proposed supplemental response to the Order to Show Cause No. 3, attached hereto, to be filed into the record. Because the Court has not yet ruled on this pending matter, counsel respectfully requests that the Court again hold that plaintiff's PFS is substantially complete.

Date: April 25, 2018
     Chatham, New Jersey

        Respectfully submitted,

        /s/Terence J. Sweeney
        TERENCE J. SWEENEY ESQ.
        Attorney for Plaintiff
        Renita Brown
        44 Fairmount Avenue, Suite 1
        Chatham, New Jersey  07928
        (973) 665-0400
        Sweeneylawfirm@optonline.net

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

        */s/ Terence J. Sweeney*