## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Renita Brown. v. Sandoz., et. al.*, Case No.: 2:16-cv-17928 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Renita Brown, will submit the accompanying Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 on the 11th day of May, 2018, at 9:30 a.m., before the Honorable Kurt D. Engelhardt of the United State District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

Date: April 24, 2018
     Chatham, New Jersey

                                                                          Respectfully submitted,

                                                                          _/s/Terence J. Sweeney_____
                                                                           TERENCE J. SWEENEY ESQ.
                                                                           Attorney for Plaintiff
                                                                           Renita Brown
                                                                           44 Fairmount Avenue, Suite 1
                                                                           Chatham, New Jersey  07928
                                                                           (973) 665-0400
                                                                           Sweeneylawfirm@optonline.net

1

2

**CERTIFICATE OF SERVICE**

      I certify that on April 24, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                                             */s/ Terence J. Sweeney*