## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Renita Brown. v. Sandoz., et. al.*, Case No.: 2:16-cv-17928 | |

### SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Plaintiff, Renita Brown, respectfully appears to show cause as to why her lawsuit should not be dismissed with prejudice, supplementing Plaintiffs' Response to Order to Show Cause No. 3, Doc. 1796.

Ms. Brown has substantially completed the PFS requirements and has provided a complete, verified PFS, proof of injury, and proof of use. This Court has so found that she has substantially completed her PFS in its Order to Cause No. 2, Document No. 2302 & 2302-1, at p.11. Plaintiff has conferred with defense counsel who agrees with the filing of this motion and who agrees that plaintiff's case should not be dismissed pursuant to this Order to Show Cause because of the Court's recent above ruling.

Because this Court has already held that Ms. Brown has already substantially completed her PFS requirements by submitting proof of use, proof of injury, signed authorizations and a complete and verified PFS, she respectfully moves this Court to maintain her claim. She has fully completed the PFS and provided all required information and documentation necessary to further prosecute her claim. Defendant will suffer no prejudice.

Date: April 25, 2018

2

Chatham, New Jersey

                                  Respectfully submitted,

                                  _/s/Terence J. Sweeney_____
                                TERENCE J. SWEENEY ESQ.
                                Attorney for Plaintiff
                                Renita Brown
                                44 Fairmount Avenue, Suite 1
                                Chatham, New Jersey  07928
                                (973) 665-0400
                                Sweeneylawfirm@optonline.net

## **CERTIFICATE OF SERVICE**

I certify that on April 25, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                */s/ Terence J. Sweeney*