# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on the Motion to Dismiss Napoli Shkolnik's Duplicate Cases, filed by Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Pfizer Inc., and Accord Healthcare, Inc. ("Defendants");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and the submission date on the Motion to Dismiss Napoli Shkolnik's Duplicate Cases is hereby set for August 1, 2018, at 9:30 a.m.

New Orleans, Louisiana, this _____ day of April, 2018.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

00498014