UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 44A
### [ORDER AMENDING PRETRIAL ORDER NO. 44 REPLACING SETTLEMENT COUNSEL FOR ACCORD HEALTHCARE INC. AND SANDOZ INC.]

Having considered the 505(b)(2) Defendants' Motion to Replace Settlement Counsel for Accord Healthcare Inc. and Sandoz Inc. (Rec. Doc. 2266);

**IT IS HEREBY ORDERED** that Pretrial Order No. 44 (Rec. Doc. No. 371) is amended as follows:

(1) Matthew P. Moriarty is hereby appointed to the 505(b)(2) Settlement Committee in place of John P. Wolff, III on behalf of Accord Healthcare Inc.;

(2) Russell A. "Chip" Gaudreau is hereby appointed to the 505(b)(2) Settlement Committee in place of Lori G. Cohen on behalf of Sandoz Inc.; and

(3) Russell A. "Chip" Gaudreau will also assume Ms. Cohen's former role as Chairperson of the 505(b)(2) Settlement Committee.

New Orleans, Louisiana this 25th day of April 2018.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE