UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : : : : | **MDL NO. 2740** SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| **DARLENE MOSTROLLER** Plaintiff(s), vs. **SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC,** Defendant(s). | : : : : : : : : : : : | **COMPLANT & JURY DEMAND** Civil Action No.: **2:17-CV-17096** |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1981) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the  24th  day of     April    , 2018

                                                                  _____
                                                                  **KURT D. ENGELHARDT**
                                                                  **UNITED STATES DISTRICT JUDGE**