UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N" (5) |
| : | JUDGE ENGELHARDT |
| : | MAG. JUDGE NORTH |
| ZENAIDA RIVERA                        , : | |
| : | COMPLANT & JURY DEMAND |
| Plaintiff(s), : | |
| : | Civil Action No.: **2:17-CV-15016** |
| vs. : | |
| SANOFI-AVENTIS U.S. INC.         : & SANOFI-AVENTIS U.S. LLC,       : | |
| Defendant(s). : | |

### ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1983) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the  24th  day of      April     , 2018

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**