UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| KETURAH FLOYD<br>Plaintiff, | HON. KURT D. ENGELHARDT |
| vs. | |
| SANOFI-AVENTIS U.S. INC &<br>SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |
| Civil Case No: 2:17-cv-12594 | |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1984) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the __24th__ day of ____April____, 2018

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**