# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| GWENDOLYN SHIELDS<br>Plaintiff, | HON. KURT D. ENGELHARDT |
| vs. | |
| HOSPIRA, INC. & HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.<br>Defendants | |
| Civil Case No. 2:17-cv-15141 | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1990) and for good cause shown, it is hereby ORDERED that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the  24th  day of      April     , 2018

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**