# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "N" (5) |
| CALINDA SHULL ) | JUDGE ENGELHARDT |
| ) | MAG. JUDGE NORTH |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | NO. 2:16-cv-16687 |
| SANOFI-AVENTIS U.S. LLC, et al ) | |
| ) | |
| DEFENDANTS. ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO SHOW CAUSE NUMBER 3

Plaintiffs respectfully moves for leave to file a Supplemental Response to Order to Show Cause Number 3. In support of its motion, Plaintiff contemporaneously file Plaintiff's Memorandum in Support of Plaintiff's Motion for Leave to File Supplemental Response to Defendant's Motion to Show Cause Number 3.

Respectfully submitted,

THE GOSS LAW FIRM, P.C.

/s/ Peter E. Goss
Peter E. Goss (MO Bar # 57933)
The Goss Law Firm, P.C.
4510 Belleview, Suite 201
Kansas City, MO 64111
Telephone: 816-336-1300
Facsimile: 816-336-1310
pgoss@goss-lawfirm.com

2

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 26, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Peter E. Goss