# EXHIBIT A

## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISINA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "N" (5) |
| CALINDA SHULL ) | JUDGE ENGELHARDT |
| ) | MAG. JUDGE NORTH |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | NO. 2:16-cv-16687 |
| SANOFI-AVENTIS U.S. LLC, et al ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

## PLAINTIFF'S SUPPLEMENTAL REPONSE TO
## DEFENDANT'S MOTION TO SHOW CAUSE NUMBER 3

Plaintiff Calinda Shull hereby states as follows for Plaintiff's Supplemental Response to Defendant's Motion to Show Cause:

1. This lawsuit was filed on November 30, 2016 against Sanofi S.A., Aventis Pharma S.A. and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. alleging injuries as a result of the Plaintiff's use of chemotherapy drug Taxotere.

2. A signed and dated original Plaintiff's Fact Sheet was uploaded to the portal on May 23, 2017.

3. On May 23, 2017 proof of taxotere use records were uploaded to the portal contemporaneously with the Plaintiff's Fact Sheet.

4. On May 31, 2017, Plaintiff, in accordance with Pre-Trial Order 15 filed a short form complaint against the above named Defendants.

5. On July 31, 2017, in response to Defendant's alleged deficiency notice, an

Amended Plaintiff's Fact Sheet was uploaded to the portal curing all alleged deficiencies.

6. On July 31, 2017, in an effort to cure the alleged deficiencies, dated photographs of the Plaintiff showing hair loss were uploaded to the portal.

7. On January 9, 2018, January 25, 2018 and February 13, 2018 multiple dated pictures of Plaintiff prior to her taxotere use were uploaded to the portal.

8. At no time has Defendant specifies in what manner they believe Plaintiff's Fact Sheet is not sustainably complete.

9. It is Plaintiff's position that Plaintiff is in compliance with Pre-Trial Order 22, paragraph 11 in that the criteria for a substantially complete Fact Sheet has been met.

10. A proposed order removing Plaintiff from Defendant's show cause order number 3 is attached as Exhibit C.

Plaintiff prays for this court to enter an order removing Plaintiff from Defendant's show cause order number 3 list and requiring Defendant produce a Defendant's Fact Sheet at this time.

Respectfully submitted,

THE GOSS LAW FIRM, P.C.

/s/ Peter E. Goss
Peter E. Goss (MO Bar # 57933)
The Goss Law Firm, P.C.
4510 Belleview, Suite 201
Kansas City, MO 64111
Telephone: 816-336-1300
Facsimile: 816-336-1310
pgoss@goss-lawfirm.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on April 26, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                        */s/ Peter E. Goss*