# EXHIBIT B

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH CIVIL ACTION NO. 2:16-cv-16687 |
| CALINDA SHULL | | |
| PLAINTIFF, | | |
| v. | | |
| SANOFI-AVENTIS U.S. LLC, et al | | |
| DEFENDANTS. | | |

## ORDER ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO SHOW CAUSE NO. 3

Upon Plaintiff's Motion for Leave to File Supplemental Response to Show Cause No. 3, and for good cause shown, it is hereby Ordered that Motion is GRANTED and the Supplemental Response to Show Cause No. 3, attached as Exhibit A, is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2018

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1