IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION     :

                                  :            SECTION "N"(5)

THIS DOCUMENT RELATES TO:         :            JUDGE KURT D. ENGELHARDT
*Jacquelin Dixon v. Sanofi US Services, Inc.,*
*et al.* (Case No. 2:17-cv-16764)     :         MAG. JUDGE MICHAEL B. NORTH

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF
## AND MEMORANDUM IN SUPPORT

Pursuant to Local Rule 83.2.11 of this Court, Minnesota Rule of Professional Conduct 1.16, and Pretrial Order No. 74, the undersigned counsel and the law firm of Meshbesher & Spence, Ltd. ("Meshbesher") move this Court for an Order permitting them to withdraw as counsel of record for Plaintiff Jacquelin Dixon in the above-captioned matter. The basis for this Motion is as follows:

1.      On December 11, 2017, Plaintiff Jacqueline Dixon commenced suit against defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. alleging injuries and damages resulting from Taxotere (Docetaxel) use from approximately August 5, 2011 to November 28, 2011.

2.      Plaintiff Dixon resides at 13807 Garrison Place Drive, Midlothian, VA  23112. Her cellular telephone number is: (804) 298-9554. Ms. Dixon did not provide Meshbesher with an email address.

3.     Plaintiff Dixon has been non-responsive to all written correspondence from Meshbesher since November 1, 2017, and attempts to reach her by telephone during this time period have been unsuccessful. The Affidavit of Anthony J. Nemo, attached hereto as Exhibit A, and incorporated by reference herein, contains detailed information for each attempted communication with Plaintiff Dixon.

4.     Meshbesher sent a letter to Plaintiff Dixon by Certified U.S. Mail, Return Receipt Requested on February 8, 2018, noting her failure to respond to our previous letters concerning her obligations under Amended Pretrial Order No. 22 and Pretrial Order No. 71A, reminding her of the deadlines imposed by these Orders, and warning that her failure to meet these deadlines could result in the dismissal of her case. The letter further warned that failure to contact Meshbesher and provide the information and documentation required by Amended Pretrial Order No. 22 and Pretrial Order No. 71A would leave Meshbesher no choice but to begin the process of withdrawing as her counsel. Although Meshbesher received a Return Receipt from the post office signed by Ms. Dixon acknowledging receipt of the February 8 letter, she failed to respond to this letter.

5.     Meshbesher sent a follow-up letter to Plaintiff Dixon by Certified U.S. Mail, Return Receipt Requested on March 6, 2018. This letter advised Ms. Dixon that her continued failure to respond to our office resulted prevented us from serving a complete Plaintiff Fact Sheet ("PFS") within the deadline established by Amended Pretrial Order No. 22, and that her case was now at risk of being dismissed by the Court. The letter also reminded Ms. Dixon of the approaching March 30, 2018 deadline under Pretrial Order No. 71, and recommended that she comply with this deadline. The letter advised that Meshbesher would be filing a motion to withdraw as her counsel as a result of her continued failure to cooperate and communicate with

2

its lawyers and staff, encouraged her to seek and obtain new legal counsel immediately, and provided her with the Court's website address so she could read and follow all Orders issued by the Court if she chose to do so. Ms. Dixon did not respond to this letter.

6.      On April 10, 2018, Meshbesher sent Plaintiff Dixon a copy of the instant Motion to Withdraw as Counsel for Plaintiff, and all supporting attachments, by Certified U.S. Mail, Return Receipt Requested.

7.      Meshbesher sent a final letter to Plaintiff Dixon on April 13, 2018 by regular U.S. Mail and by Certified U.S. Mail, Return Receipt Requested, advising her that this Court entered Order to Show Cause No. 4 which identifies her case as one subject to possible dismissal with prejudice for failure to serve a completed PFS and other documentation required by Amended Pretrial Order No. 22. Ms. Dixon was also provided a copy of Order to Show Cause No. 4. The letter urged Ms. Dixon to contact Meshbesher to provide an explanation as to why she has failed to communicate with her lawyers or comply with Amended Pretrial Order No. 22, so that Meshbesher could prepare a response to the Show Cause Order.

8.      Plaintiff Dixon contacted Meshbesher by telephone on April 17, 2018. She acknowledged receiving the PFS and other correspondence, but would not commit to providing our office with a completed PFS, authorizations, photographs, the results of any ESI search she performed, or a signed ESI statement.

9.      All reasonable efforts have been made to communicate with Plaintiff Dixon and secure her cooperation in an effort to comply with this Court's Pretrial Orders, including Amended Pretrial Order No. 22 and Pretrial Order No. 71A. Unfortunately, Ms. Dixon's lack of cooperation and her failure to communicate with our office has made compliance with those Orders impossible.

10.    As a result of Plaintiff Dixon's failure to communicate and cooperate with her attorneys and staff at Meshbesher, Ms. Dixon has not complied with Amended Pretrial Order No. 22 and she is now the subject of Order to Show Cause No. 4.

11.    The Agreement for Legal Services between Plaintiff Dixon and Meshbesher requires Ms. Dixon to "to cooperate with The Attorneys by providing information in a timely fashion when required to do so." Plaintiff Dixon has failed to honor her obligations under this Agreement.

12.    Withdrawal from representation is permissible under Minnesota Rules of Professional Conduct 1.16(b)(5), which allows a lawyer to withdraw from representing a client if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled."

13.    This Motion complies with the requirements of Local Rule 83.2.11 of this Court in that it contains Ms. Dixon's current mailing address and telephone numbers, a statement that Ms. Dixon was advised of all pending deadlines in her case via the certified letters dated February 8, 2018, March 6, 2018, and April 13, 2018 (*see supra* ¶¶ 4-5, 7), and a certificate of service (attached hereto as Exhibit B) demonstrating that the instant Motion was previously served upon both Ms. Dixon and opposing counsel.

14.    The certification required by Pretrial Order No. 74(1)(a) is attached hereto as Exhibit C.

WHEREFORE, Anthony J. Nemo and the law firm of Meshbesher & Spence, Ltd. move this Court for an Order allowing them to withdraw as attorneys for Plaintiff Jacquelin Dixon.

Dated: April 25, 2018                    MESHBESHER & SPENCE, LTD.


                                         By /s/ Anthony J. Nemo
                                         Anthony J. Nemo (MN Bar #221351)
                                         Ashleigh E. Raso (MN Bar #393353)
                                         1616 Park Avenue
                                         Minneapolis, MN 55404
                                         Telephone:    (612) 339-9121
                                         Facsimile:    (612) 339-9188
                                         tnemo@meshbesher.com
                                         araso@meshbesher.com



                            **Certificate of Service**

        I certify that on April 26, 2018, I filed the above Motion/Memorandum and incorporated

Affidavit of Anthony J. Nemo with the Court via the Court's CM/ECF system, which will notify

all counsel of record.


                                         /s/Anthony J. Nemo

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION      :
                                   :            SECTION "N"(5)

THIS DOCUMENT RELATES TO:          :            JUDGE KURT D. ENGELHARDT
*Jacquelin Dixon v. Sanofi US Services, Inc.,*
*et al.* (Case No. 2:17-cv-16764)   :           MAG. JUDGE MICHAEL B. NORTH

---

### AFFIDAVIT OF ANTHONY J. NEMO

STATE OF MINNESOTA      )
                        ) ss.
COUNTY OF HENNEPIN      )

Anthony J. Nemo, being duly sworn upon oath, states and alleges as follows:

1.      I am a partner with the law firm of Meshbesher & Spence, Ltd. ("Meshbesher")

and presently represent plaintiff Jacquelin Dixon in the above-captioned matter. This Affidavit

is submitted in support of Meshbesher's Motion to Withdraw as Counsel for Plaintiff and to

comply with Pretrial Order No. 74 (1)(b).

2.      All reasonable efforts have been made to communicate with Plaintiff Dixon,

including telephone, regular U.S. Mail, and certified mail (return receipt requested), as

demonstrated by the following:

        a.      On November 1, 2017, Meshbesher sent a letter to Plaintiff Dixon by

regular U.S. Mail requesting various "before and after" photographs to eventually be served

upon defendants with the Plaintiff Fact Sheet. Ms. Dixon did not respond to that letter.

        b.      On December 11, 2017, Meshbesher attempted to contact Ms. Dixon by

telephone using both her home and cell phone numbers. The purpose of the call was to inform



**EXHIBIT**

**A**

Ms. Dixon that a lawsuit had been filed on her behalf, and to discuss the Plaintiff Fact Sheet and the need to provide additional "before and after" photographs of her alopecia. Ms. Dixon did not answer either phone call, and a recording advised that her voice mail box for each number was "full".

        c.     On December 12, 2017, Meshbesher sent a letter to Plaintiff Dixon by regular U.S. Mail, which included a copy of the Short Form Complaint, Plaintiff Fact Sheet ("PFS") and requisite Authorizations. The letter asked Ms. Dixon to complete the PFS, sign the Authorizations, and return those documents to our office no later than January 15, 2018. The letter reminded Ms. Dixon to send us the previously requested "before and after" photographs of her alopecia, and warned that failure to serve a fully completed PFS with photographs could result in the dismissal of her case. Ms. Dixon did not respond to this letter.

        d.     On January 9, 2018, Meshbesher sent a letter to Plaintiff Dixon by regular U.S. Mail, which included a copy of Pretrial Order No. 71. The letter explained the nature of Electronically Stored Information ("ESI") and the need for Ms. Dixon to search specific potential sources of ESI for anything related to Taxotere, Docetaxel or any of the claims made in her lawsuit. The letter detailed what sources to search, sample terms to use during the searches, and our obligation under Pretrial Order No. 71 to submit an ESI statement signed by both Ms. Dixon and Meshbesher concerning the ESI search. The letter asked Ms. Dixon to complete her search no later than January 22, 2018, and then to contact Meshbesher to discuss her search results. Ms. Dixon did not respond to this letter.

        e.     On January 19, 2018, Meshbesher attempted to contact Ms. Dixon by telephone using both the home and cellular telephone numbers she provided. The purpose of the call was to discuss the results of Ms. Dixon's ESI search, the status of her PFS and

Authorizations, and to determine when she intended to send the requested "before and after" photographs of her alopecia.    Ms. Dixon did not answer either phone call, and Meshbesher was unable to leave a voice mail message.

    f.  On February 8, 2018, Meshbesher sent a letter to Plaintiff Dixon by Certified U.S. Mail, Return Receipt Requested. The letter noted Ms. Dixon's failure to respond to our previous letters concerning her obligations under Amended Pretrial Order No. 22 and Pretrial Order No. 71A, reminded her of the deadlines imposed by these Orders, and warned her that a failure to meet these deadlines could result in the dismissal of her case. The letter further warned that failure to contact our office and provide the information and documentation required in order to comply with Amended Pretrial Order No. 22 and Pretrial Order No. 71A would leave Meshbesher no choice but to begin the process of withdrawing as her counsel.   Although Meshbesher received a return receipt from the post office signed by Ms. Dixon acknowledging her receipt of our February 8 letter, she failed to contact our office.  A copy of the return receipt is attached here to as Exhibit 1.

    g.  On March 6, 2018, Meshbesher sent a follow-up letter to Plaintiff Dixon by Certified U.S. Mail, Return Receipt Requested.   This letter advised that Ms. Dixon's continued failure to respond to our office resulted in her failure to serve a complete PFS within the deadline established by Amended Pretrial Order No. 22, and that her case was now at risk for being dismissed by the Court.  The letter also reminded Ms. Dixon of the approaching March 30, 2018 deadline under Pretrial Order No. 71, and recommended that she comply with this deadline. The letter advised that Meshbesher would be filing a motion to withdraw as her counsel because of her continued failure to cooperate and communicate with Meshbesher's lawyers and staff, and encouraged her to seek and obtain new legal counsel immediately.  The letter also provided Ms.

Dixon with the Court's website address so she could read and follow all Orders issued by the Court if she chose to do so. Although the post office notified Ms. Dixon of the March 6, 2018 certified letter, the letter was returned to Meshbesher as "Unclaimed" on March 29, 2018. A copy of the "Unclaimed" envelope is attached hereto as Exhibit 2.

        h.       On April 10, 2018, Meshbesher sent Plaintiff Dixon a copy of the instant Motion to Withdraw as Counsel for Plaintiff, and all supporting attachments, by Certified U.S. Mail, Return Receipt Requested. Meshbesher received a Return Receipt from the post office signed by Ms. Dixon confirming her receipt of the Motion papers on April 16, 2018. A copy of the return receipt is attached hereto as Exhibit 3.

        i.       On April 13, 2018, Meshbesher sent a final letter to Plaintiff Dixon by regular U.S. Mail and by Certified U.S. Mail, Return Receipt Requested, advising her that Order to Show Cause No. 4 identifies her case as one subject to possible dismissal with prejudice for failure to serve a completed PFS and other documentation required by Amended Pretrial Order No. 22. The letter included a copy of the Show Cause Order. The letter urged Ms. Dixon to contact Meshbesher to provide an explanation as to why she has failed to communicate and cooperate with her lawyers or comply with Amended Pretrial Order No. 22, so that Meshbesher could prepare and file a response to the Show Cause Order.

        j.       Plaintiff Dixon contacted Meshbesher by telephone on April 17, 2018. She acknowledged receiving the PFS and other correspondence, but would not commit to providing our office with a completed PFS, authorizations, photographs, the results of any ESI search she performed, or a signed ESI statement.

    3.       Plaintiff Dixon has not communicated to Meshbesher an objection to the requested withdrawal as counsel, nor has she communicated an intention to obtain other counsel.

FURTHER YOUR AFFIANT SAYETH NOT.

Anthony J. Nemo

Subscribed and sworn to before me
this 25th day of April, 2018.

Notary Public

CHRISTINA M. HUGHES
Notary Public-Minnesota
My Commission Expires Jan 31, 2022

5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Jacquelin Dixon
13807 Garrison Place Drive
Midlothian, VA 23112

9590 9403 0601 5183 6215 78

2. Article Number (Transfer from service label)

7017 0190 0000 9113 5613

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Jacquelin Dixon

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

13807 Garrison Pl D
Midlothian Va
23112

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT**

1



US POSTAGE
$ 06.67°
First-Class

Mailed From 55404
03/07/2018
032A 0061848243

MAR 2 9 2018

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 55404169599        *0478-03261-07-44

NIXIE        231        DE 1

CERTIFIED MAIL®

7017 0190 0000 9110 0802

Ms. Jacquelin Dixon
13807 Garrison Place Drive
Midlothian, V

LAW OFFICES
MESHBESHER & SPENCE, LTD.
1616 PARK AVENUE
MINNEAPOLIS, MINNESOTA 55404



tabbies®

EXHIBIT

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Jacquelin Dixon
13807 Garrison Place Drive
Midlothian, VA 23112

9590 9403 0601 5183 6705 21

2. Article Number (Transfer from service label)

7017 0190 0000 9111 8593

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jacquelin Lee_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Jacquelin Dixon_    4-16-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**EXHIBIT**

**3**

tabbies®

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on the 10th day of April, 2018, I caused a copy of counsel's and Meshbesher & Spence's Motion to Withdraw as Counsel for Plaintiff and all supporting exhibits to be served upon Plaintiff Jacqueline Dixon at 13807 Garrison Place Drive, Midlothian, VA 23112 by certified mail, return receipt requested, and by electronic mail upon Defendants' Liaison Counsel and Contact Counsel for the Defendants at the following email addresses:

| | |
|---|---|
| Julie A. Callsen<br>Brandon D. Cox<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH  44113-7213<br>julie.callsen@tuckerellis.com<br>brandon.cox@tuckerellis.com | Counsel for Defendant *Accord Healthcare Inc.* |
| R. Clifton Merrell<br>Evan Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA  30305<br>cohenl@gtlaw.com<br>merrellc@gtlaw.com<br>holdene@gtlaw.com | Counsel for Defendant *Sandoz, Inc.* |
| Mark S. Cheffo<br>Mara Cusker Gonzalez<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>markcheffo@quinnemanuel.com<br>maracuskergonzalez@quinnemanuel.com | Counsel for Defendants *Hospira, Inc.* and *Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.* |
| Harley V. Ratliff<br>Kelly Bieri<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108<br>hratliff@shb.com<br>kbieri@shb.com | Counsel for Defendants *Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |



EXHIBIT

B

| | |
|---|---|
| Geoffrey M. Coan<br>Kathleen E. Kelly<br>HIMSHAW & CULBERTSON LLP<br>28 State Street<br>Boston, MA  02109<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com | Counsel for Defendant *Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.* |
| Douglas J. Moore<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>dmoore@irwinllc.com | Defendants' Liaison Counsel |
| John F. Olinde<br>CHAFFE MCCALL, L.L.P.<br>1100 Poydras Street<br>New Orleans, LA 70163<br>olinde@chaffe.com | Defendants' Liaison Counsel |

Dated: April 10, 2018

MESHBESHER & SPENCE, LTD.

By  /s/ Anthony J. Nemo
Anthony J. Nemo (MN Bar #221351)
Ashleigh E. Raso (MN Bar #393353)
1616 Park Avenue
Minneapolis, MN 55404
Telephone:     (612) 339-9121
Facsimile:      (612) 339-9188
tnemo@meshbesher.com
araso@meshbesher.com

### Certification of Moving Counsel
### Pursuant to Pretrial Order No. 74

Pursuant to Pretrial Order No. 74 (1)(a), the undersigned counsel for Plaintiff Jacquelin

Dixon (Case No. 2:17-cv-16764) hereby certifies that Defendants' Liaison Counsel and Contact

Counsel for each named and served Defendant, as identified in Exhibit A to PTO-74, have been

contacted in writing at least 14 days prior to the filing of the instant Motion to Withdraw as

Counsel for Plaintiff, and that one or more Defendants have responded in writing that they intend

to **oppose** this Motion.

Dated: April 25, 2018

                            MESHBESHER & SPENCE, LTD.


                            By /s/ Anthony J. Nemo
                            Anthony J. Nemo (MN Bar #221351)
                            Ashleigh E. Raso (MN Bar #393353)
                            1616 Park Avenue
                            Minneapolis, MN 55404
                            Telephone:    (612) 339-9121
                            Facsimile:    (612) 339-9188
                            tnemo@meshbesher.com
                            araso@meshbesher.com



EXHIBIT

C