IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N"(5) |
| : | |
| THIS DOCUMENT RELATES TO: : *Ruthie Fleming v. Sanofi US Services, Inc., et al.* (Case No. 2:17-cv-16878) : | JUDGE KURT D. ENGELHARDT |
| | MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND MEMORANDUM IN SUPPORT

Pursuant to Local Rule 83.2.11 of this Court, Minnesota Rule of Professional Conduct 1.16, and Pretrial Order No. 74, the undersigned counsel and the law firm of Meshbesher & Spence, Ltd. ("Meshbesher") move this Court for an Order permitting them to withdraw as counsel of record for Plaintiff Ruthie Fleming in the above-captioned matter. The basis for this Motion is as follows:

1. On December 11, 2017, Plaintiff Ruthie Fleming commenced suit against defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. alleging injuries and damages resulting from Taxotere (Docetaxel) use.

2. Plaintiff Fleming resides at 304 Valley Drive, Greenwood, MS 38930. Her telephone number is: (662) 455-2796. Ms. Fleming did not provide Meshbesher with an email address.

3. Plaintiff Fleming has been non-responsive to written correspondence and telephone calls from Meshbesher during the past four months. The Affidavit of Anthony J. Nemo, attached hereto as Exhibit A, contains detailed information for each attempted communication with Plaintiff Fleming.

4. Meshbesher sent a letter to Plaintiff Fleming by Certified U.S. Mail, Return Receipt Requested on March 7, 2018, noting her failure to respond to our previous letters and telephone calls concerning her obligations under Amended Pretrial Order No. 22 and Pretrial Order No. 71A, reminding her of the deadlines imposed by these Orders, and warning that her failure to meet these deadlines could result in the dismissal of her case. The letter further warned that failure to contact Meshbesher and provide the information and documentation required by Amended Pretrial Order No. 22 and Pretrial Order No. 71A would leave Meshbesher no choice but to begin the process of withdrawing as her counsel. Although Meshbesher received a Return Receipt from the post office signed by Ms. Fleming acknowledging receipt of the March 7 letter, she failed to respond to this letter.

5. On April 12, 2018, Meshbesher sent Plaintiff Fleming a copy of the instant Motion to Withdraw as Counsel for Plaintiff, and all supporting attachments, by Certified U.S. Mail, Return Receipt Requested.

6. Meshbesher sent a final letter to Plaintiff Fleming on April 13, 2018 by regular U.S. Mail and by Certified U.S. Mail, Return Receipt Requested, advising her that this Court entered Order to Show Cause No. 4 which identifies her case as one subject to possible dismissal

2

with prejudice for failure to serve a completed PFS and other documentation required by Amended Pretrial Order No. 22. Ms. Fleming was also provided a copy of Order to Show Cause No. 4. The letter urged Ms. Fleming to contact Meshbesher to provide an explanation as to why she has failed to communicate with her lawyers or comply with Amended Pretrial Order No. 22, so that Meshbesher could prepare a response to the Show Cause Order. Ms. Dixon did not respond to this letter.

7. All reasonable efforts have been made to communicate with Plaintiff Fleming so we could comply with this Court's Pretrial Orders, including Amended Pretrial Order No. 22 and Pretrial Order No. 71A, but Ms. Fleming's lack of cooperation and non-response to our communication attempts has made compliance with those Orders impossible.

8. As a result of Plaintiff Fleming's failure to communicate with her attorneys and staff at Meshbesher, and her failure to provide Meshbesher with the information and documentation necessary to represent her interests and comply with this Court's Orders, Ms. Fleming has not complied with Amended Pretrial Order No. 22 and she is now the subject of Order to Show Cause No. 4.

9. The Agreement for Legal Services between Plaintiff Fleming and Meshbesher requires Ms. Fleming to "to cooperate with The Attorneys by providing information in a timely fashion when required to do so." Plaintiff Fleming has failed to honor her obligations under this Agreement.

10. Withdrawal from representation is permissible under Minnesota Rules of Professional Conduct 1.16(b)(5), which allows a lawyer to withdraw from representing a client if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services

and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled."

11. This Motion complies with the requirements of Local Rule 83.2.11 of this Court in that it contains Ms. Fleming's current mailing address and telephone number, a statement that Ms. Fleming was advised of all pending deadlines in her case via certified letters dated March 7, 2018 and April 13, 2018 (*see supra* ¶¶ 4,6), and a certificate of service (attached hereto as Exhibit B) demonstrating that the instant Motion was previously served upon both Ms. Fleming and opposing counsel.

12. The certification required by Pretrial Order No. 74(1)(a) is attached hereto as Exhibit C.

WHEREFORE, Anthony J. Nemo and the law firm of Meshbesher & Spence, Ltd. move this Court for an Order allowing them to withdraw as attorneys for Plaintiff Ruthie Fleming.

Dated: April 26, 2018                    MESHBESHER & SPENCE, LTD.

                                         By */s/Anthony J. Nemo*
                                         Anthony J. Nemo (MN Bar #221351)
                                         Ashleigh E. Raso (MN Bar #393353)
                                         1616 Park Avenue
                                         Minneapolis, MN 55404
                                         Telephone:   (612) 339-9121
                                         Facsimile:   (612) 339-9188
                                         tnemo@meshbesher.com
                                         araso@meshbesher.com

## Certificate of Service

      I certify that on April 26, 2018, I filed the above Motion/Memorandum and incorporated Affidavit of Anthony J. Nemo with the Court via the Court's CM/ECF system, which will notify all counsel of record.

      /s/Anthony J. Nemo

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | JUDGE KURT D. ENGELHARDT |
| *Ruthie Fleming v. Sanofi US Services, Inc., et al.* (Case No. 2:17-cv-16878) | : | MAG. JUDGE MICHAEL B. NORTH |

### AFFIDAVIT OF ANTHONY J. NEMO

STATE OF MINNESOTA )
                           ) ss.
COUNTY OF HENNEPIN )

    Anthony J. Nemo, being duly sworn upon oath, states and alleges as follows:

    1.    I am a partner with the law firm of Meshbesher & Spence, Ltd. ("Meshbesher") and presently represent plaintiff Ruthie Fleming in the above-captioned matter. This Affidavit is submitted in support of Meshbesher's Motion to Withdraw as Counsel for Plaintiff and to comply with Pretrial Order No. 74 (1)(b).

    2.    All reasonable efforts have been made to communicate with Plaintiff Fleming, including telephone, regular U.S. Mail, and certified mail (return receipt requested), as demonstrated by the following:

    a.    On December 11, 2017, Meshbesher attempted to contact Ms. Fleming by telephone using her home telephone number. The purpose of the call was to inform Ms. Fleming that a lawsuit had been filed on her behalf, and to discuss the Plaintiff Fact Sheet and the need to provide "before and after" photographs of her alopecia. Ms. Fleming did not answer the phone


EXHIBIT A

call, but Meshbesher paralegal Melanie Frenz left a detailed voice mail message regarding these obligations.

      b.    On December 13, 2017, Meshbesher sent a letter to Plaintiff Fleming by regular U.S. Mail, which included a copy of the recently filed Short Form Complaint and the Plaintiff Fact Sheet with required Authorizations. The letter asked Ms. Fleming to complete the Fact Sheet, sign the Authorizations, and return those documents to Meshbesher no later than January 15, 2018. The letter reminded Ms. Fleming to send us the previously requested "before and after" photographs of her alopecia, and warned that failure to timely serve a fully completed Fact Sheet with authorizations and photographs could result in the dismissal of her case. Ms. Fleming did not respond to this letter.

      c.    On January 9, 2018, Meshbesher sent a letter to Plaintiff Fleming by regular U.S. Mail, which included a copy of Pretrial Order No. 71. The letter explained the nature of Electronically Stored Information ("ESI") and the need for Ms. Fleming to search specific potential sources of ESI for anything related to Taxotere, Docetaxel or any of the claims made in her lawsuit. The letter detailed what sources to search, sample terms to use during the searches, and our obligation under Pretrial Order No. 71 to submit an ESI statement signed by both Ms. Fleming and Meshbesher concerning the ESI search. The letter asked Ms. Fleming to complete her search no later than January 22, 2018, and then to contact Meshbesher to discuss her search results. Ms. Fleming did not respond to this letter.

      d.    On January 24, 2018, Meshbesher successfully contacted Ms. Fleming by telephone, and Ms. Fleming confirmed receipt of our prior letters with the Plaintiff Fact Sheet and PTO-71 enclosures. Meshbesher reminded Ms. Fleming of the deadlines imposed by the

2

Court, and she promised to complete the Fact Sheet and provide the requested photographs, authorizations and ESI Statement.

      e.      On February 5, 2018, Meshbesher received a voice mail message from Kathryn Womack – a woman who identified herself as Ms. Fleming's daughter. Ms. Womack's message provided her telephone number and requested a return telephone call to discuss our ESI letter of January 9, 2018. The message also instructed Meshbesher not to contact Ms. Fleming again until Womack spoke with us.

      f.      Meshbesher attempted to contact Ms. Womack by telephone on February 5, 2018 and February 9, 2018, but no one answered the phone. A voice mail message was left after each attempt requesting a return telephone call, but Ms. Womack did not return those calls.

      g.      Meshbesher called Ms. Womack again on February 12, 2018 and this time she answered the call. Ms. Womack said she wanted to make sure that her mother had not signed-on to a "gimmick" and that our law firm was not a "fake". Ms. Womack confirmed that Ms. Fleming was capable of completing the Plaintiff Fact Sheet and ESI search statement, and that we could deal with her mother directly. Unfortunately, Ms. Fleming still did not provide Meshbesher with a completed Plaintiff Fact Sheet, signed authorizations, an ESI search result/statement, or "before and after" photographs of her alopecia.

      h.      On March 7, 2018, Meshbesher sent a letter to Plaintiff Fleming by Certified U.S. Mail, Return Receipt Requested. This letter advised that Ms. Fleming's failure to send our office the completed Plaintiff Fact Sheet, signed authorizations, ESI Statement, and "before and after" photographs of her permanent alopecia made it impossible for Meshbesher to serve a completed Plaintiff Fact Sheet within the deadline established by Amended Pretrial Order No. 22, and that her case was now at risk for being dismissed by the Court. The letter also

3

reminded Ms. Fleming of the approaching March 30, 2018 deadline under Pretrial Order No. 71A, and recommended that she comply with this deadline. The letter warned that unless she provided our office with a completed Fact Sheet, ESI Statement and photographs by March 19, 2018, Meshbesher would have no choice but to begin the process of withdrawing as her counsel. Although Meshbesher received a return receipt from the post office signed by Ms. Fleming acknowledging her receipt of our March 7 letter, she has not contacted our office. A copy of the return receipt is attached hereto as Exhibit 1.

       i. On April 12, 2018, Meshbesher sent Plaintiff Fleming a copy of the instant Motion to Withdraw as Counsel for Plaintiff, and all supporting attachments, by Certified U.S. Mail, Return Receipt Requested. Meshbesher has not yet received a Return Receipt from the post office.

       j. On April 13, 2018, Meshbesher sent a final letter to Plaintiff Fleming by regular U.S. Mail and by Certified U.S. Mail, Return Receipt Requested, advising her that Order to Show Cause No. 4 identifies her case as one subject to possible dismissal with prejudice for failure to serve a completed PFS and other documentation required by Amended Pretrial Order No. 22. The letter included a copy of the Show Cause Order. The letter urged Ms. Fleming to contact Meshbesher to provide an explanation as to why she has failed to communicate and cooperate with her lawyers or comply with Amended Pretrial Order No. 22, so that Meshbesher could prepare and file a response to the Show Cause Order. Ms. Fleming did not respond to this letter.

       3. Plaintiff Fleming has not communicated to Meshbesher an objection to the requested withdrawal as counsel, nor has she communicated an intention to obtain other counsel.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Anthony J. Nemo

Subscribed and sworn to before me
this 26th day of April, 2018.

_____
Notary Public

KATHERINE MARY HUNT
Notary Public-Minnesota
My Commission Expires Jan 31, 2022

5





EXHIBIT 1

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70170190000091100994                               Remove ✕

Your item was delivered at 10:17 am on March 16, 2018 in GREENWOOD, MS 38930.

## ✓ Delivered

March 16, 2018 at 10:17 am
Delivered
GREENWOOD, MS 38930

Get Updates ∨

---

### Text & Email Updates                                               ∨

---

### Tracking History                                                   ∧

**March 16, 2018, 10:17 am**
Delivered
GREENWOOD, MS 38930
Your item was delivered at 10:17 am on March 16, 2018 in GREENWOOD, MS 38930.

**March 13, 2018, 11:26 am**
Notice Left (No Authorized Recipient Available)
GREENWOOD, MS 38930

**March 12, 2018**
In Transit to Next Facility

**March 12, 2018, 11:25 am**
Notice Left (No Authorized Recipient Available)

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 12th day of April, 2018, I caused a copy of counsel's and Meshbesher & Spence's Motion to Withdraw as Counsel for Plaintiff and all supporting exhibits to be served upon Plaintiff Ruthie Fleming at 304 Valley Drive, Greenwood, MS 38930 by certified mail, return receipt requested, and by electronic mail upon Defendants' Liaison Counsel and Contact Counsel for the Defendants at the following email addresses:

| | |
|---|---|
| Julie A. Callsen<br>Brandon D. Cox<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>julie.callsen@tuckerellis.com<br>brandon.cox@tuckerellis.com | Counsel for Defendant *Accord Healthcare Inc.* |
| R. Clifton Merrell<br>Evan Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>cohenl@gtlaw.com<br>merrellc@gtlaw.com<br>holdene@gtlaw.com | Counsel for Defendant *Sandoz, Inc.* |
| Mark S. Cheffo<br>Mara Cusker Gonzalez<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>markcheffo@quinnemanuel.com<br>maracuskergonzalez@quinnemanuel.com | Counsel for Defendants *Hospira, Inc., Hospira Worldwide, LLC,* formerly doing business as *Hospira Worldwide, Inc.,* and *Pfizer Inc.* |
| Harley V. Ratliff<br>Kelly Bieri<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>hratliff@shb.com<br>kbieri@shb.com | Counsel for Defendants *Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |



EXHIBIT B

| | |
|---|---|
| Geoffrey M. Coan<br>Kathleen E. Kelly<br>HIMSHAW & CULBERTSON LLP<br>28 State Street<br>Boston, MA 02109<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com | Counsel for Defendant *Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.* |
| Douglas J. Moore<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>dmoore@irwinllc.com | Defendants' Liaison Counsel |
| John F. Olinde<br>CHAFFE MCCALL, L.L.P.<br>1100 Poydras Street<br>New Orleans, LA 70163<br>olinde@chaffe.com | Defendants' Liaison Counsel |
| Erin M. Bosman<br>Julie Y. Park<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, CA 92130-2040<br>ebosman@mofo.com<br>juliepark@mofo.com | Counsel for Defendant *McKesson Corporation d/b/a McKesson Packaging Service* |
| Michael J. Suffern<br>Kimberly L. Beck<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>msuffern@ulmer.com<br>kbeck@ulmer.com | Counsel for Defendant *Actavis Pharma, Inc.* |

Dated: April 12, 2018

MESHBESHER & SPENCE, LTD.

By /s/ Anthony J. Nemo
Anthony J. Nemo (MN Bar #221351)
Ashleigh E. Raso (MN Bar #393353)
1616 Park Avenue
Minneapolis, MN 55404
Telephone: (612) 339-9121
Facsimile: (612) 339-9188
tnemo@meshbesher.com
araso@meshbesher.com

2

## Certification of Moving Counsel
## Pursuant to Pretrial Order No. 74

Pursuant to Pretrial Order No. 74 (1)(a), the undersigned counsel for Plaintiff Ruthie Fleming (Case No. 2:17-cv-16878) hereby certifies that Defendants' Liaison Counsel and Contact Counsel for each named and served Defendant, as identified in Exhibit A to PTO-74, have been contacted in writing at least 14 days prior to the filing of the instant Motion to Withdraw as Counsel for Plaintiff, and that one or more Defendants have responded in writing that they intend to **oppose** this Motion.

Dated: April 26, 2018                                MESHBESHER & SPENCE, LTD.

By /s/ Anthony J. Nemo
Anthony J. Nemo (MN Bar #221351)
Ashleigh E. Raso (MN Bar #393353)
1616 Park Avenue
Minneapolis, MN 55404
Telephone:   (612) 339-9121
Facsimile:   (612) 339-9188
tnemo@meshbesher.com
araso@meshbesher.com



EXHIBIT C