IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: : | JUDGE KURT D. ENGELHARDT |
| *Ruthie Fleming v. Sanofi US Services, Inc., et al.* (Case No. 2:17-cv-16878) : | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned will submit the accompanying Motion to Withdraw as Counsel for Plaintiff and Memorandum in Support on the 23rd day of May, 2018, before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, following the status conference on that date. Oral argument is requested.

Dated: April 26, 2018                MESHBESHER & SPENCE, LTD.

By /s/ *Anthony J. Nemo*
Anthony J. Nemo (MN Bar #221351)
Ashleigh E. Raso (MN Bar #393353)
1616 Park Avenue
Minneapolis, MN 55404
Telephone:   (612) 339-9121
Facsimile:   (612) 339-9188
tnemo@meshbesher.com
araso@meshbesher.com