IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: *Ruthie Fleming v. Sanofi US Services, Inc., et al.* (Case No. 2:17-cv-16878) | : : | JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

### ORDER ON MOTION TO DISMISS

Upon Motion by the law firm of Meshbesher & Spence, Ltd. to Withdraw as Counsel for Plaintiff Ruthie Fleming, and for good cause shown, it is hereby Ordered that such Motion is GRANTED, and that attorney Anthony J. Nemo and Meshbesher & Spence, Ltd. are allowed to withdraw as counsel of record for Plaintiff in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2018

_____
Kurt D. Engelhardt
United States District Judge