# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § MDL NO. 2740 § § SECTION "N" (5) § |
| *THIS DOCUMENT RELATES TO:* | § JUDGE ENGELHARDT § MAG. JUDGE NORTH |
| *Joyce J. Thomas v. Sanofi US Services, Inc. et al.* No.  2:18-cv-3642-KDE-MBN | § § NOTICE OF VOLUNTARY DISMISSAL § WITHOUT PREJUDICE AS TO ALL § DEFENDANTS EXCEPT SANOFI US § SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC. |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and Pretrial Order 15, Plaintiff Joyce J. Thomas hereby dismisses without prejudice her claims against the following Defendants only: Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. with each party to bear its own costs. Plaintiff's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC shall not be dismissed. Plaintiff submits this Notice under Pretrial Order 15 within 20 days of filing suit.

DATED: April 26, 2018
*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

/s/ Panagiotis V. Albanis