MINUTE ENTRY
NORTH, M.J.
APRIL 25, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Toni Tusa).

| | | |
|---|---|---|
| PRESENT: | Ken DeJean | David Miceli |
| | Jessica Perez | Daniel Markoff |
| | Alexander Dwyer | Palmer Lambert |
| | Dawn Barrios | Harley Ratliff |
| | Douglas Moore | Larry Centola |
| | Kelly Bieri | John Olinde |
| | Chris Coffin | Karen Menzies |
| | Patrick Oot | Michael Suffern |
| | Cliff Merrell | |
| PARTICIPATING BY PHONE: | Kathleen Kelly | Andrew Lemmon |
| | Brandon Cox | Andre Mura |
| | Sara Roitman | Darin Schanker |
| | Beth Toberman | Zachary Wool |

At the status conference the Court issued the following rulings:

1. The PSC may re-depose Mr. Mancini for an additional two hours on the record, each party to bear its own costs.

2. (a) On or before 5:00 p.m. Friday, April 27, 2017, counsel for Sanofi shall inform the PSC, with a copy to the Court, of its specific proposal for accessing

MJSTAR (01:00)

       the stored records of the Google group "Taxotears," including how it proposes to obtain consent to conduct a search of the group's stored data/emails and how any information retrieved is to be reviewed by a "taint" team or other third-party.

(b)     On or before 5:00 p.m. Friday, May 4, 21017, counsel for Sanofi and the PSC are to provide the Court with briefs not exceeding five pages addressing Sanofi's proposal.

3.     On or before 5:00 p.m. Friday, May 4, 2017, counsel for the PSC and Sanofi are to brief the following issue: Whether notes taken by Plaintiff, Barbara Earnest, concerning the identity and nature of medical examinations arranged by her counsel may be protected by the "consulting expert" privilege under Rule 26 of the Federal Rules of Civil Procedure.

The next status conference is scheduled for May 8, 2018 at 4:00 p.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE