MINUTE ENTRY
ENGELHARDT, J.
April 26, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                 SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES

   A status conference was conducted on Thursday, April 26, 2018, at 8:30

a.m. with liaison counsel Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and

Douglas J. Moore and John F. Olinde for the defendants.

  **Law Clerks:  Chynna Anderson and Jennifer Rogers**

(JS10:  0:30)