# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                              MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Carolyn Cornelius
Case No.: 17-cv-3666

---

## ORDER

---

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2098) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 24th day of April, 2018

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**