IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Collingwood v. Sanofi S.A. et al 2:16-cv-17253* | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, Michelle L. Kranz, hereby moves this Court for leave to withdraw as counsel of record in the above-captioned case. In support of this Motion, she states as follows:

1. Attorneys from Johnson Becker, PLLC, including Alexandra Robertson and Timothy J. Becker, are now counsel of record for the Plaintiff in the case listed above.

2. Michelle L. Kranz will no longer be representing the Plaintiff in this case. She does not need notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Johnson Becker, PLLC will continue to represent the respective Plaintiff in the case listed above and consent to this motion. Therefore, Plaintiff will not be prejudiced by this withdrawal.

WHEREFORE, Michelle L. Kranz, hereby respectfully asks that this Court grant leave for her to withdraw as counsel of record and to remove her from all service lists as counsel for Plaintiff in the above-captioned case.

Dated: April 27, 2018

Respectfully Submitted,

/s/ Michelle L. Kranz
Michelle L. Kranz (OH #0062479)
ZOLL & KRANZ, LLC
6620 West Central Ave., Suite 100
Toledo, Ohio  43617
Telephone:    (419) 841-9623
Facsimile:     (419) 841-9719
Email:   michelle@toledolaw.com

/s/ Alexandra W. Robertson
Alexandra  W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800  St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 27, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Michelle L. Kranz