MINUTE ENTRY
ENGELHARDT, J.
April 26, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                         MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "N' (5)

THIS DOCUMENT RELATES TO
ALL CASES

       A status conference was conducted on Thursday, April 26, 2018, at 9:00

a.m. with plaintiff and defendant steering committee attorneys.   A complete list of

attendees is attached hereto.

**Court Reporter:  Cathy Pepper**

**Law Clerks:  Chynna Anderson and Jennifer Rogers**

(JS10:  0:45)