# TAXOTERE MDL (16md2740)

## 9:00 A.M. CONFERENCE ATTENDEES
## STEERING COMMITTEE MEMBERS ONLY

### DATE: APRIL 26, 2018

| NAME | INITIALS | REPRESENTS | |
|---|---|---|---|
| Dawn Barrios | DMB | Plaintiff's Liaison Counsel | |
| M. Palmer Lambert | MPL | Plaintiff's Liaison Counsel | |
| Christopher Coffin | CLC | Plaintiffs' Steering Committee Member | |
| Karen Menzies | KBM | Plaintiffs' Steering Committee Member | |
| Anne Andrews | [signature] | Plaintiffs' Steering Committee Member | |
| J. Kyle Bachus | [signature] | Plaintiffs' Steering Committee Member | |
| Lawrence Centola | [signature] | Plaintiffs' Steering Committee Member | |
| Alexander Dwyer | [signature] | Plaintiffs' Steering Committee Member | |
| Emily Jeffcott | Absent | Plaintiffs' Steering Committee Member | |

1

| Name | Signature | Role |
|---|---|---|
| Andrew Lemmon | Absent | Plaintiffs' Steering Committee Member |
| Abby McClellan | Absent | Plaintiffs' Steering Committee Member |
| Daniel Markoff | *signature* | Plaintiffs' Steering Committee Member |
| David Miceli | *signature* | Plaintiffs' Steering Committee Member |
| Rand Nolen | *signature* | Plaintiffs' Steering Committee Member |
| Hunter Shkolnik | *signature* | Plaintiffs' Steering Committee Member |
| Genevieve Zimmerman | Absent | Plaintiffs' Steering Committee Member |
| Douglas J. Moore | *signature* | Defendants' Liaison Counsel |
| Jon Strongman | *signature* | Defendants' Steering Committee Member **(Sanofi)** |
| Harley Ratlif | *signature* | Defendants' Steering Committee Member **(Sanofi)** |
| Mark Cheffo | | Defendants' Steering Committee Member **(Pfizer and Hospira)** |
| John Olinde | *signature* | Defendants' Liaison Counsel |
| Cliff Merrill | *signature* | Defendants' Steering Committee Member **(Sandoz)** |

| Name | Signature | Role |
|---|---|---|
| Julie A. Callsen | [signature] | Defendants' Steering Committee Member (**Accord Healthcare, Inc.** |
| Michael Suffern | [signature] | Defendants' Steering Committee Member (**Actavis Pharma, Inc.** |
| Habib Nasrullah | | Defendants' Steering Committee Member (**Northstar Rx LLC**) |
| Dmitriy Tishyevich | | Defendants' Steering Committee Member (**Eagle Pharmaceuticals, Inc.**) |
| Erin Bosman / Geoffrey Coan | [signature] | Defendants' Steering Committee Member (**McKesson Corporation d/b/a McKesson Packaging**) / Defendants' Steering Committee Member (**Sun Pharma Global, Inc.**) |
| KEN DEJEAN | [signature] | Plaintiff Special Master |