MINUTE ENTRY
ENGELHARDT, J.
April 26, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

A status conference was conducted on Thursday, April 26, 2018, at 10:00 a.m. A complete list of attendees is attached hereto.

**Court Reporter: Cathy Pepper**

**Law Clerk: Chynna Anderson**

(JS10:  1:10)