# TAXOTERE MDL (16md2740)

## 10:00 A.M. GENERAL CONFERENCE ATTENDEES

## DATE: APRIL 26, 2018

| Name | Affiliation |
|---|---|
| Lauren Godshall | Morris Bart (π) |
| Christopher Elliott | Bachus & Schanker |
| Alexandra Dwyer | Kirkendall Dwyer |
| Rand Nolen | π-PSC |
| Dawn Barrios | PLC |
| Dawn Miceli | PSC |
| Daniel Markoff | PSC |
| Kyle Bachus | π PSC |
| Geoffrey Coan | Sun Pharmaceutical / Hunh |
| Cliff Merrell | Δ Sandoz Inc. |
| John O'Neill | Δ Accord 505b2 |
| Val Exnicios | π PSC |

1

# TAXOTERE MDL (16md2740)

## 10:00 A.M. GENERAL CONFERENCE ATTENDEES

### DATE: APRIL 26, 2018

| Name | Affiliation |
|---|---|
| PALMER LAMBERT | Plaintiffs' Co-Liaison Counsel |
| Hunter Shkolnik | PSC |
| Rachel Shkolnik | Plaintiff |
| Michael Suffern | Novartis |
| Chris Coffin | PSC |
| Anne Andrews | PSC |
| Lawrence Centola | PSC |
| Karen Barth Menzies | PSC |
| Debbie Rouen | Sandoz c/Nc |
| Douglas Moore | DLC Sanofi |
| Harley | Sanofi |
| Julie Callsen | Accord |

2

# TAXOTERE MDL (16md2740)

## 10:00 A.M. GENERAL CONFERENCE ATTENDEES

## DATE: APRIL 26, 2018

| | |
|---|---|
| Robert R Faucheux Jr | Nash-Wilson |
| Jessica Perez | TT |

3