# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Susan L. Lewis
Case No.: 17-cv-11753

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 1987) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this the  12th  day of  April , 2018

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**