UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**

*Kathryn Isbell v. Hospira, Inc., et al.;*
*Civil Action No. 2:17-14465*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Kathryn Isbell's claims against all Defendants be dismissed with prejudice, each party to bear its own costs.

Dated this 27th day of April, 2018.

| JACKSON ALLEN & WILLIAMS, LLP | QUINN EMANUAL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ John H. "Trey" Allen, III | by: /s/ Mark Cheffo |
| John H. Allen, III, Esq. - Trial/Lead Counsel | Mark Cheffo |
| tallen@jacksonallenfirm.com | Mara Cusker Gonzalez |
| Jennifer Williams, Esq. | 51 Madison Ave., 22nd Floor |
| jwilliams@jacksonallenfirm.com | New York, NY 10010 |
| 3838 Oak Lawn Ave., Suite 1100 | Telephone: (212) 849-7000 |
| Dallas, Texas 75219 | Facsimile: (212) 849-7100 |
| Telephone: (214) 521-2300 | markcheffo@quinnemanuel.com |
| Facsimile: (214) 452-5637 | maracuskergonzalez@quinnemanuel.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                    /s/ John H. "Trey" Allen, III
                                    John H. "Trey" Allen, III