**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. KURT D. ENGELHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *KRISTIN HIGHT v. SANOFI-AVENTIS U.S. LLC, ET AL.* | **MOTION FOR EXTENSION** Civil Action No.: 2:18-cv-01854 |

Plaintiff Kristin Hight originally filed her case in California state court because she was treated with docetaxel within the timeframe that McKesson's docetaxel was on the market. Case No. 2:18-cv-01854, ECF No. 1-3. Her case was docketed in the MDL on March 20, 2018. ECF No. 27. Pursuant to PTO 77, Plaintiff's individualized remand statement was due on April 19, 2018, thirty days after MDL docketing. Plaintiff and McKesson have been in contact and exchanging information concerning McKesson's involvement. Further, Plaintiff has been pursuing manufacturer identification, which she expects to receive in the next few weeks.

Because Plaintiff may be able to obtain manufacturer identification that would obviate the need for the parties to brief and the Court to decide an individual remand motion, and because there are still open questions concerning McKesson's involvement in Plaintiff's docetaxel, Plaintiff moves for a two-month extension to file her individualized remand statement. Her new deadline would be June 19, 2018. McKesson does not oppose this motion.

| | |
|---|---|
| Date: April 27, 2018 | By: */s/ Karen Barth Menzies* |
| | Karen Barth Menzies |
| | **GIBBS LAW GROUP LLP** |
| | 400 Continental Blvd., 6th Floor |
| | El Segundo, CA  90245 |
| | Telephone: (510) 350-9240 |
| | Facsimile: (510) 350-9701 |
| | Email:  kbm@classlawgroup.com |
| | |
| | Eric H. Gibbs |
| | Amy M. Zeman |
| | **GIBBS LAW GROUP LLP** |
| | 505 14th Street, Suite 1110 |
| | Oakland, CA 94612 |
| | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |
| | Email: ehg@classlawgroup.com |
| | amz@classlawgroup.com |

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 27, 2018                              */s/ Karen Barth Menzies*
                                                                  Karen Barth Menzies