UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Deidra Matthews,  Plaintiff, | : : : | |
| Vs. | : : | |
| Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., et al,  Defendants. | : : : : : | |
| Civil Case No.: 2:17-cv-12753 | : : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Accord Healthcare, Inc., and Sandoz, Inc.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC based upon the product identification received.

This the 27th day of April, 2018.

                                    Whitfield Bryson & Mason LLP

                                    */s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 27th day of April, 2018.

                                            WHITFIELD BRYSON & MASON LLP

                                            */s/ Daniel K. Bryson*
                                            Daniel K. Bryson
                                            N.C. State Bar No.: 15781
                                            J. Hunter Bryson
                                            N.C. State Bar No.: 50602
                                            PO Box 12638
                                            Raleigh, NC 27605
                                            Phone: 919-600-5000
                                            Facsimile: 919-600-5035
                                            Email: dan@wbmllp.com
                                            Email: hunter@wbmllp.com

                                            *Attorneys for Plaintiff*