## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>DIANE K. HALLER V. SANOFI US SERVICES INC. f/k/a SANOFI- **:** AVENTIS U.S. INC., ET AL.,  Case No. 2:17-cv-12038-KDE-MBN | Civil Action No.: 2:17-cv-12038-KDE-MBN |

Plaintiff Diane K. Haller respectfully requests leave to substitute her Amended Stipulation of Dismissal With Prejudice, attached as Exhibit A.  Plaintiff inadvertently included the incorrect signature block for Sanofi's counsel in the original Stipulation.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 27th day of April 2018

        **WILLIAMS KHERKHER HART BOUNDAS, LLP**

        By: */s/ Brian A. Abramson*
        Brian A. Abramson, Esq.
        Texas Bar No. 24050193
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017
        Telephone: (713)230-2200

Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Counsel regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*