UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>DIANE K. HALLER V. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-12038-KDE-MBN **:** | Civil Action No.: 2:17-cv-12038-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Diane K. Haller's case 2:17-cv-12038-KDE-MBN will be dismissed with prejudice, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is that recently received medical records do not identify any of the named defendants as the manufacturer of the docetaxel used by Ms. Haller, and Ms. Haller has advised counsel that she no longer wishes to pursue her claim.

Dated this 27th day of April 2018.

| **WILLIAMS KHERKHER HART BOUNDAS, LLP** | **CHAFFE MCCALL, LLP** |
|---|---|
| | */s/ John F. Olinde*_____ |
| */s/ Brian A. Abramson* | John F. Olinde |
| Brian A. Abramson, Esq. | 2300 Energy Center |
| 8441 Gulf Freeway, Suite 600 | 1100 Poydras Street |
| Houston, TX 77017 | New Orleans, Louisiana 70163 |
| Phone: (713) 230-2200 | Phone: (504) 585-7241 |

| | |
|---|---|
| Facsimile: (713) 643-6226<br>Email: babramson@williamskherkher.com<br>*Attorney for Plaintiff* | Facsimile: (504) 544-6084<br>Email: olinde@chaffe.com<br>505b2liaison@chaffe.com<br><br>*Liaison Counsel for Defendants* |

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Harley V. Ratliff*_____
Harley Ratliff, Esq.
Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO  64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  hratliff@shb.com
            kbieri@shb.com
            noproductid@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.*

**QUINN EMANUEL URGHART & SULLIVAN, LLP**

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: maracuskergonzalez@quinnemanuel.com
*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*_____
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 592-5000
Facsimile: (216) 592-5009

Email: noproductid@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ R. Clifton Merrell*_____
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**HINSHAW & CULBERTSON LLP**

*/s/ Geoffrey M. Coan*_____
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
Email: docenoprodid@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*

>Brian A. Abramson, Esq.
>Texas Bar No. 24050193
>8441 Gulf Freeway, Suite 600
>Houston, TX 77017
>Telephone: (713) 230-2200
>Facsimile: (713) 643-6226
>Email: babramson@williamskherkher.com
>
>*Attorney for Plaintiff*

4