UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

### CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' CO-LIAISON COUNSEL'S AMENDED SUBMISSION ON BEHALF OF CASES IDENTIFIED IN SHOW CAUSE ORDER NO. 4 (REC. DOC. 2134)

NOW INTO COURT come Plaintiffs, through the Plaintiffs' Co-Liaison Counsel, who respectfully seek leave to file an amended index of responses of certain MDL Plaintiffs to the Court's Show Cause Order No. 4 to correct one entry related to the case of Ann Stewart, Case No. 2:17-cv-16993.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court enter the attached Plaintiffs' Co-Liaison Counsel's Amended Submission on Behalf of Cases Identified in Show Cause Order No. 4 into the record in this matter.

Dated: April 27, 2018                                    Respectfully submitted,

| | |
|---|---|
| */s/M. Palmer Lambert*<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br><br>*Plaintiffs' Co-Liaison Counsel* | */s/Dawn M. Barrios*<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br><br>*Plaintiffs' Co-Liaison Counsel* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                 */s/ M. Palmer Lambert*
                                                 M. PALMER LAMBERT