UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## [PROPOSED] ORDER

Considering the foregoing Consent Motion to for Leave to File Plaintiffs' Co-Liaison Counsel's Amended Submission on Behalf of Cases Identified in Show Cause Order No. 4 (Rec. Doc. 2134),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall enter into the master docket Plaintiffs' Co-Liaison Counsel's Amended Submission on Behalf of Cases Identified in Show Cause Order No. 4 (Rec. Doc. 2134) as the next available record document number.

New Orleans, Louisiana this____day of_____, 2018.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1