# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>Debra Chetta v. Sanofi S.A., et al<br>Case No. 2:16-cv-17731 | HON. KURT D. ENGELHARDT |

## EX-PARTE MOTION FOR ORDER OF SEVERANCE PURSUANT TO PRE-TRIAL ORDER NO. 65

NOW INTO COURT, come plaintiff, by and through undersigned counsel, who respectfully request that the Court issue an Order of Severance related to the above identified member case pursuant to the terms set forth in Pretrial Order No. 65 (Rec.Doc. 959). Plaintiff's proposed Order of Severance, attached hereto, provides that the individual plaintiff's claims are severed from their original complaint. Pretrial Order No. 65 requires that the claims of a plaintiff who has used a docetaxel product and a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall together be treated as one "individual plaintiff". Upon issuance of the requested Order of Severance, the severed individual plaintiff will follow the procedure set forth in Pretrial Order No. 65 to file individual Short Form Complaints.

WHEREFORE, plaintiff prays that her attached proposed Order of Severance be entered and, accordingly, that the claims of the individual plaintiff in the above referenced action be severed as set forth in Pretrial Order No. 65.

Dated: April 30, 2018									Respectfully submitted,

S/Andrew Geiger, Esq.
Andrew Geiger, Bar No. 32467
Allan Berger, Bar No. 2977
Allan Berger & Associates
4173 Canal Street
New Orleans, LA 70119
Phone: 1-888-365-NOLA
Fax: 504-483-8130
aberger@allan-berger.com
ageiger@bergerlawnola.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Andrew Geiger