IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | SECTION "N" (5) |
| Melodey D'onofrio<br>    Plaintiff,<br>v. | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-14346 |
| Sanofi-Aventis U.S. LLC et al,<br>    Defendants. | |

---

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE. *only* in the above-captioned case be dismissed with prejudice. All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED: April 30, 2018                        **BROWN AND CROUPPEN, P.C.**

                                                      By: /s/ Seth Sharrock Webb
                                                      SETH SHARROCK WEBB, # 51236
                                                      211 N. Broadway, Suite 1600
                                                      St. Louis, Missouri 63102
                                                      sethw@getbc.com
                                                      *Attorney for Plaintiff*

DATED: April 30, 2018

**GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

                         **HINSHAW & CULBERTSON LLP**

                         By: /s/ Geoffrey M. Coan
                         Geoffrey M. Coan
                         Kathleen E. Kelly
                         28 State Street
                         Boston, MA 02109
                         Telephone:  617-213-7000
                         Facsimile:  617-213-7001
                         Email: gcoan@hinshawlaw.com;
                                   kekelly@hinshawlaw.com
                         *Attorneys for Sun Pharmaceuticals Industries, Inc.*
                               *f/k/a Caraco Laboratories, Ltd.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: April 30, 2018                      /s/  Seth Sharrock Webb
                                                SETH SHARROCK WEBB, # 51236
                                              BROWN & CROUPPEN, P.C.
                                              211 N. Broadway, Suite 1600
                                              St. Louis, Missouri  63102
                                              314-421-0216
                                              314-421-0359 facsimile
                                              sethw@getbc.com