**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO:                  HON. KURT D. ENGELHARDT
*Hazel Dora vs. Sanofi US Services Inc. et al.,*
Case No. 2:17-cv-13695


**STIPULATION OF DISMISSALWITH PREJUDICE**
**AS TO ALL BUT SANOFI DEFENDANTS**


        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Hazel Dora's claims against Sandoz

Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira,

Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco

Pharmaceutical Laboratories Ltd. be dismissed with prejudice, each party to bear its own costs.

Dated: April 26, 2018                  Respectfully submitted,

                                       GOMEZ TRIAL ATTORNEYS

                                       _/s/Lindsay R. Stevens_____
                                       John H. Gomez (CA Bar # 171485) T.A.
                                       Ahmed S. Diab (CA Bar # 262319)
                                       Lindsay R. Stevens (CA Bar # 256811)
                                       655 West Broadway, Suite 1700
                                       San Diego, California 92101
                                       Telephone: (619) 237-3490
                                       Facsimile: (619) 237-3496
                                       *john@thegomezfirm.com*
                                       *adiab@thegomezfirm.com*
                                       *lstevens@thegomezfirm.com*

                                       *Attorneys for Plaintiff*

IRWIN FRITCHIE URQUHART &
MOORE LLC
*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
*dmoore@irwinllc.com*

*Attorney for Defendants*


/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*


/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare
Inc.*

/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc.,
Hospira Worldwide, LLC, formerly doing
business as Hospira Worldwide, Inc..*


/s/Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun
Pharmaceuticals Industries, Inc. f/k/a
Caraco Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

> */s/ Lindsay R. Stevens*
> Lindsay R. Stevens (CA Bar # 256811)
> GOMEZ TRIAL ATTORNEYS
> 655 West Broadway, Suite 1700
> San Diego, California 92101
> Telephone: (619) 237-3490
> Facsimile: (619) 237-3496
> lstevens@thegomezfirm.com