UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL) PRODUCTS            MDL NO. 2740
       LIABILITY LITIGATION

                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Virgie Anderson, et al v. Sanofi S.A., et al*, 18-3315

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REMAND (Dkt. No. 2220)

On April 13, 2018, Plaintiffs in the above references matter filed their Motion to Remand, Dkt. No. 2220. Plaintiffs now file this Notice to inform the Court that they are withdrawing the previously filed Plaintiffs' Motion to Remand to the Circuit Court of Cook County, Illinois.

DATED: May 1, 2018

                                    Respectfully submitted,

                                    NAPOLI SHKOLNIK PLLC

                                    */s/ Hunter Shkolnik*
                                    Hunter Shkolnik, Esq.
                                    Paul J. Napoli, Esq.
                                    400 Broadhollow Rd.
                                    Suite 305
                                    Melville, NY 11747
                                    (212) 397-1000
                                    Email: hunter@napolilaw.com
                                           pnapoli@napolilaw.com

                                    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                      /s/Hunter J. Shkolnik
                                                      Hunter J. Shkolnik, Esquire