# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ, INC., HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC** |
| THIS DOCUMENT RELATES TO:<br><br>DEBBIE HILES v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-CV-5379 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Debbie Hiles's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., Pfizer Inc., Actavis Pharma, Inc., and Winthrop U.S. be dismissed with prejudice, each party to bear its own costs.

Dated this 1st day of May 2018.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

By: */s/ Harley Ratliff*
Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
        kbieri@shb.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
         amz@classlawgroup.com

Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE** 400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By:   __/s/ Evan Holden_____
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Telephone: (678) 553-2100
Email:  cohenl@gtlaw.com
         merrellc@gtlaw.com
         holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By:   _/s/ Brandon D. Cox_____
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  (216) 592-5000
Facsimile:  (216) 592-5009
Email: Brandon.cox@tuckerellis.com
         Julie.Callsen@tuckerellis.com

John P. Wolff, III
**KEOGH, COX &WILSON, LTD.**
701 Main Street
P.O. Box 1151
Baton Rouge, LA  70821
Email:  jwolff@keoghcox.com

2

*Attorneys for Defendant Accord Healthcare, Inc.*

By:  /s/ Mara Cusker Gonzalez
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY  10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email:  markcheffo@quinnemanuel.com
           maracuskergonzalez@quinnemanuel.com
           sararoitman@quinnemmanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Pfizer, Inc.*

By:   /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email:  gcoan@hinshawlaw.com
           kekelly@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP** 1100
Poydras St., Suite 1700
New Orleans, LA  70163

3

Email:  sshuler @leakeanderson.com
cbordelon@leakeanderson.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

By:   */s/ Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
**ULMER & BERNE LLP**
600 Vine St., Suite 2800
Cincinnati, OH  45202
Email:  msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

*Attorneys for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*