BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                     MDL NO.2740
PRODUCTS LIABILITY LITIGATION
                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO:                       HON. KURT D. ENGELHARDT
*Joann Flauss v. Sanofi-Aventis S.A.,*
*et al.*, Case No. 2:16-cv-15401


## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with

prejudice, each party to bear its own costs.  The parties specifically understand and agree that all

applicable statutes of limitation and prescriptive periods are not tolled by the filing of this

Stipulation of Dismissal.


Dated: May 1, 2018


*/s/ Lauren E. Godshall*                    */s/ Kelly Bieri*
Betsy J. Barnes (LA Bar # 19473)            Kelly Bieri
Lauren E. Godshall (LA Bar #31465)          Harley V. Ratliff
MORRIS BART, LLC                            2555 Grand Boulevard
601 Poydras Street, 24th Floor              Kansas City, Missouri 64108
New Orleans, LA 70130                        Phone: 8146-474-6550
Telephone: 504.525.8000                     Fax: 816-421-5547
Facsimile: 504.599.3392                     kbieri@shb.com
bbarnes@morrisbart.com                      hratliff@shb.com
lgodshall@morrisbart.com

Attorneys for Plaintiff                     Attorneys for sanofi-aventis U.S. LLC & Sanofi
                                            U.S. Services Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 1, 2018, I filed the above document with the Court via the Court's

CM/ECF system, which will notify all counsel of record.

*/s/ Lauren E. Godshall_____*