UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

PATSY HAYS,

    Plaintiff,

                                                           Case No.: 16-cv-17540

v.

SANOFI-AVENTIS U.S. LLC,
Individually, and doing business as,
WINTHROP U.S., SANOFI WINTHROP
PHARMACEUTICALS INC, and SANOFI US
SERVICES INC.,

    Defendants.

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL PURSUANT TO SHOW CAUSE ORDER NO. 2**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., through counsel, hereby oppose Plaintiff Patsy Hays' ("Plaintiff") Motion for Reconsideration of the Court's April 20, 2018 Order on Responses to Order to Show Cause No. 2 dismissing Plaintiff's case with prejudice. (Rec. Doc. 2340.) The Court should deny Plaintiff's Motion for Reconsideration for the same reason it dismissed Plaintiff's case with prejudice—failure to file a response to Show Cause Order No. 2. (*See* Rec. Doc. No. 1103, 2302, 2302-1.) Plaintiff's motion should also be denied because it fails to provide good cause for why Plaintiff failed to file any response Show Cause Order No. 2.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC*
*and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*