# EXHIBIT A

|     | **Name:**         | **Case No:**      |
|-----|-------------------|-------------------|
| 1.  | Celeste R. Trave' | 2:17-cv-07577     |
| 2.  | Mecca L. Stewart  | 2:17-cv-07916     |
| 3.  | Wendy L. Shaw     | 2:17-cv-07777     |
| 4.  | Marilyn S. Fultz  | 2:17-cv-07772     |
| 5.  | Pamela Fallon     | 2:17-cv-06271     |
| 6.  | Leslie Taylor     | 2:17-cv-06048     |
| 7.  | Cheryl Evridge    | 2:17-cv-06742     |
| 8.  | Tempy Hoskins     | 2:17-cv-17852     |
| 9.  | Marcella Webb     | 2:17-cv-06642     |
| 10. | Myrtis Gulley     | 2:17-cv-06907     |
| 11. | Deborah Leggett   | 2:17-cv-06900     |
| 12. | Mattie Curry      | 2:17-cv-09266     |
| 13. | Helen Love        | 2:17-cv-06605     |