UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES LISTED ON EXHIBIT A

**DEFENDANTS' OMNIBUS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE OMNIBUS REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO <u>ORDER TO SHOW CAUSE NO. 3</u>**

For the reasons set forth in Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("sanofi") Omnibus Opposition to Plaintiffs' Motion for Leave to Supplement Responses to Show Cause No. 3 (Rec. Doc. 2124), sanofi, through counsel, hereby opposes Plaintiffs' Motions for Leave to File Omnibus Reply Memorandum in Further Support of Plaintiffs' Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2237, 2300) with respect to the cases identified on Exhibit A.[1]

As such, sanofi requests the Court to deny Plaintiffs' untimely and procedurally improper Motions for Leave to File Omnibus Reply Memorandum in Further Support of Plaintiffs' Motion for Leave to File Supplemental Response to Order to Show Cause No. 3.

---

[1] *See also* Rec. Doc. 2237-1, 2300-4 (listing cases subject to Plaintiffs' Motions for Leave to File Omnibus Reply Memorandum in Further Support of Plaintiffs' Motion for Leave to File Supplemental Response to Order to Show Cause No. 3).

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC*
*and Sanofi US Services Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*