# EXHIBIT A

|     | **Case No:**    | **Name:**           |
|-----|-----------------|---------------------|
| 1.  | 2:17-cv-05918   | Stevens, Irma       |
| 2.  | 2:16-cv-17252   | Fair, Rose          |
| 3.  | 2:16-cv-15863   | Encalarde, Mary     |
| 4.  | 2:16-cv-15398   | Smith, Pamela       |
| 5.  | 2:17-cv-06604   | Johnson, Noreen     |
| 6.  | 2:17-cv-06728   | Russell, Juanita    |
| 7.  | 2:17-cv-02297   | Jolivette, Marcella |
| 8.  | 2:16-cv-15600   | Hernandez, Doris    |
| 9.  | 2:16-cv-16248   | Archangel, Tonikua  |
| 10. | 2:16-cv-15605   | Higgins, Brenda     |
| 11. | 2:16-cv-15843   | Franklin, Patricia  |
| 12. | 2:16-cv-15842   | Moore, Loretta      |
| 13. | 2:16-cv-15400   | Hartzog, Glorious   |