UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5) |

## STIPULATION CONCERNING MULTIPLE FILINGS

In exchange for the agreement by the Sanofi, Sandoz, Hospira, Pfizer, and Accord Defendants to continue and withdraw their Motion to Dismiss the Napoli Firm's Duplicate Cases as set forth below, Napoli Shkolnik PLLC agrees to do the following:

(1) Promptly voluntarily dismiss in New Jersey state court all Taxotere/docetaxel plaintiffs who have cases filed in or removed to federal court and pending in the MDL, including those identified in the attached chart, and, by May 2, 2018, provide a letter in writing to New Jersey's Administrative Director of the Courts advising that such dismissals are forthcoming and identifying the cases by name;

(2) Agree to not seek remand or oppose transfer to the MDL in cases removed or to be removed from New Jersey state court that name non-forum defendants Pfizer, Hospira, or Accord unless and until plaintiff provides proof of product ID involving a defendant against whom plaintiff is not diverse;

(3) Withdraw by May 2, 2018 its four motions to remand Illinois multi-plaintiff cases, take the appropriate steps to effect severance of those plaintiffs, and limit any renewed motion

to remand to Illinois Plaintiff Rice based on product ID involving non-diverse manufacturer Hospira; and

(4) Going forward, discontinue duplicate filings of the same plaintiff or plaintiffs and file directly in the MDL, all cases in which a plaintiff is diverse as to one or more named defendants, without waiver of the right to seek remand if and when plaintiff dismisses diverse defendants and provides proof of product ID involving a defendant against whom plaintiff is not diverse.

In consideration for Napoli Shkolnik PLLC's agreement to take the foregoing actions, the Sanofi, Sandoz, Hospira, Pfizer, and Accord Defendants agree to file by April 25, 2018 a 90-day continuance of the submission of Defendants' Motion to Dismiss. Upon the completion Napoli Shkolnik PLLC's filing of the dismissals in New Jersey and withdrawal of its motions to remand the Illinois multi-plaintiff cases as set forth above, and subject to the other agreements set forth above, Defendants will withdraw their Motion to Dismiss.

DATED: April 27, 2018

*/s/ Christopher LoPalo*
**NAPOLI SHKOLNIK PLLC**
Christopher LoPalo
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
Email: clopalo@napolilaw.com

*Attorney for Plaintiffs*

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ Deborah B. Rouen
Deborah B. Rouen
E. Paige Sensenbrenner
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500 New Orleans, Louisiana 70139 Telephone: (504) 581-3234
Facsimile: (504) 566-0210 debbie.rouen@arlaw.com paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz, Inc.*

/s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ John P. Wolff, III
John P. Wolff, III, TA #14504
Nancy B. Gilbert, Bar #23095
Chad A. Sullivan, Bar #27657
Richard W. Wolff, Bar #34844
**KEOGH, COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
Phone: (225) 383-3796
Fax: (225) 343-9621
jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com
rwolff@keoghcox.com

AND
Via Pro Hac Vice Admission

/s/ Julie A. Callsen
Julie A. Callsen, TA, OH Bar #0062287

Brandon D. Cox, OH Bar #0089815
**TUCKER ELLIS LLP**
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 696-2286
Fax: (216) 592-5009
Julie.Callsen@TuckerEllis.com
Brandon.Cox@TuckerEllis.com

**Counsel for Defendant Accord Healthcare Inc.**