| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Abrams, Linda | OH | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Abrams, Linda (BER-L-8388-17) (December 7, 2017) | N/A |
| Acosta-Dominguez, Delma | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017 L 012699) (December 13, 2017) | N/A | Acosta-Dominguez, Delma (BER-L-8473-17) (December 7, 2017) | N/A |
| Agnese, Barbara | FL | N/A | N/A | Agnese, Barbara, et al. (2:17-cv-15815) (December 8, 2017) | Agnese, Barbara (BER-L008700-17) (December 11, 2017) | N/A |
| Alawar, Ferial | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Alawar, Ferial (BER-L-8403-17) (December 7, 2017) | N/A |
| Anderson, Cathy | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Anderson, Cathy (BER-L-8405-17) (December 7, 2017) | N/A |
| Anderson, Jerry | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Anderson, Jerry (BER-L-8410-17) (December 7, 2017) | N/A |
| Anderson, Loretta | MO | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Anderson, Loretta (BER-L-8414-17) (December 7, 2017) | N/A |
| Anderson, Rose | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Anderson, Rose (BER-L-8417-17) (December 7, 2017) | N/A |
| Anderson, Virgie | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | N/A | N/A |
| Argel, Gloria | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | Argel, Gloria (2:17-cv-16601) (December 11, 2017) | N/A | N/A |
| Belin, Carolyn | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | Belin, Carolyn (BER-L-8438-17) (December 7, 2017) | N/A |
| Benjamin, Harriet | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | Benjamin, Harriet (BER-L-8443-17) (December 7, 2017) | N/A |
| Bernett, Sally | MS | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | Bernett, Sally (BER-L-8456-17) (December 7, 2017) | N/A |
| Bing, Marilyn | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | N/A | N/A | Bing, Marilyn (BER-L-8481-17) (December 7, 2017) | N/A |
| Bloom, Janet | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | N/A | N/A |
| Bonb, Judy | MN | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Bonb, Judy (BER-L-8464-17) (December 7, 2017) | N/A |
| Borovic, Diane | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017 L 012699) (December 13, 2017) | N/A | Borovic, Diane (BER-L-8493-17) (December 7, 2017) | N/A |
| Bounds, Geneva | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Bounds, Geneva (BER-L-8466-17) (December 7, 2017) | N/A |
| Boyland, Kathleen | NY | N/A | N/A | Boyland, Kathleen (2:17-cv-00793) (January 30, 2017) | Boyland, Kathleen (BER-L-8701-17) (December 11, 2017) | N/A |
| Bracy, Mary | DE | N/A | N/A | Bracy, Mary (2:17-cv-07799) (August 13, 2017) | Bracy, Mary (BER-L-008716-17) (December 11, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Breaux, Beverly | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Breaux, Beverly (BER-L-8468-17) (December 7, 2017) | N/A |
| Broadie, Linda | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Broadie, Linda (BER-L-8369-17) (December 7, 2017) | N/A |
| Brown, Renisha | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | N/A | N/A |
| Brown, Vanetta | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | N/A | N/A |
| Bruner, Phyllis | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | N/A | N/A |
| Buckley, Della | MS | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Buckley, Della (BER-L-8374-17) (December 7, 2017) | N/A |
| Bunche, Helen | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Bunche, Helen (BER-L-8375-17) (December 7, 2017) | N/A |
| Burnham, Rose | MD | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Burnham, Rose (BER-L-8502-17) (December 7, 2017) | N/A |
| Campbell, Cheryl | WY | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Campbell, Cheryl (BER-L-8503-17) (December 7, 2017) | N/A |
| Carroll, Francis | PA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carroll, Francis (BER-L-8397-17) (December 7, 2017) | N/A |
| Carroll, Linda | CT | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carroll, Linda (BER-L-8404-17) (December 7, 2017) | N/A |
| Carson, Clara | FL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carson, Clara (BER-L-8412-17) (December 7, 2017) | N/A |
| Carter, Brenda | DC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carter, Brenda (BER-L-8425-17) (December 7, 2017) | N/A |
| Carter, Mary | IN | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carter, Mary (BER-L-8433-17) (December 7, 2017) | N/A |
| Carter, Paulette | PA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Carter, Paulette (BER-L-8439-17) (December 7, 2017) | N/A |
| Chambers, Juanita | MO | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Chambers, Juanita (BER-L-8477-17) (December 7, 2017) | N/A |
| Chapman, Cynthia | WI | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Chapman, Cynthia (BER-L-8482-17) (December 7, 2017) | N/A |
| Charette, Gloria | NC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Charette, Gloria (BER-L-8487-17) (December 7, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Charleston, Mary | FL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Charleston, Mary (BER-L-8496-17) (December 7, 2017) | N/A |
| Cheves, Cecilia | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017 L 012699) (December 13, 2017) | N/A | Cheves, Cecilia (BER-L-8505-17) (December 7, 2017) | N/A |
| Clark, Antoinette | GA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Clark, Antoinette (BER-L-8506-17) (December 8, 2017) | N/A |
| Clark, Melody | IN | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Clark, Melody (BER-L-8498-17) (December 7, 2017) | N/A |
| Clayton, Jacqueline | NJ | N/A | N/A | Clayton, Jacqueline (2:17-cv-10158) (October 4, 2017) | Clayton, Jacqueline (BER-L0008726-17) (December 11, 2017) | N/A |
| Collins, Mary | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Collins, Mary (BER-L-8501-17) (December 7, 2017) | N/A |
| Collins, Sonia | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Collins, Sonia (BER-L-8507-17) (December 8, 2017) | N/A |
| Conklin, Bianca | KS | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Conklin, Bianca (BER-L-8508-17) (December 8, 2017) | N/A |
| Conway, Ashley | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Conway, Ashley (BER-L-8607-17) (December 8, 2017) | N/A |
| Crafton, Maxine | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Crafton, Maxine (BER-L-8612-17) (December 8, 2017) | N/A |
| Creech, Dawn | NV | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Creech, Dawn (BER-L-8615-17) (December 8, 2017) | N/A |
| Crockett, Christianna | OK | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Crockett, Christianna (BER-L-8617-17) (December 8, 2017) | N/A |
| Crosby, Vivian | MO | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Crosby, Vivian (BER-L-8620-17) (December 8, 2017) | N/A |
| Crumblin, Carol | IL | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | N/A | N/A |
| Daddino, Patricia | NY | N/A | N/A | Daddino, Patricia (2:17-cv-09642) (September 26, 2017) | Daddino, Patricia (BER-L-8703-17) (December 11, 2017) | N/A |
| Daggs, Lynell | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Daggs, Lynell (BER-L-8509-17) (December 8, 2017) | N/A |
| Dankins, Yolanda | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Dankins, Yolanda (BER-L-8625-17) (December 8, 2017) | N/A |
| Dantzler, Sandra | AZ | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Dantzler, Sandra (BER-L-8630-17) (December 8, 2017) | N/A |
| Davenport, Mary | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Davenport, Mary (BER-L-8632-17) (December 8, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Davis, Dorothy | DC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Davis, Dorothy (BER-L-8635-17) (December 8, 2017) | N/A |
| Davis, Jennifer | GA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Davis, Jennifer (BER-L-8637-17) (December 8, 2017) | N/A |
| Davis, Luwanda | CA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | N/A | N/A | N/A | N/A |
| Davis, Regina | MD | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Davis, Regina (BER-L-8639-17) (December 8, 2017) | N/A |
| Davis, Ruby | GA | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Davis, Ruby (BER-L-8642-17) (December 8, 2017) | N/A |
| Pam, Delilah | GA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | Pam, Delilah (2:17-cv-10003) (October 3, 2017) | Pam, Delilah (BER-L-008585-17) (December 8, 2017) | N/A |
| Dixon, Charmaine | SC | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Dixon, Charmaine (BER-L-8646-17) (December 8, 2017) | N/A |
| Dixon, Dorothy | TX | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Dixon, Dorothy (BER-L-8647-17) (December 8, 2017) | N/A |
| Dixon, Selina | OH | Brown, Renisha et al. v. Sanofi SA, et al. (BC686740) (December 12, 2017); 2:18-cv-02599 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Dixon, Selina (BER-L-8648-17) (December 8, 2017) | N/A |
| Dougan, Frances | TX | N/A | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Dougan, Frances (BER-L-8613-17) (December 8, 2017) | N/A |
| Dowd, Gloria | NJ | N/A | N/A | Dowd, Gloria (2:18-cv-01445) (February 12, 2018) | Dowd, Gloria (BER-L-008732-17) (December 11, 2017) | N/A |
| Dupree, Phyllis | NJ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | Dupree, Phyllis (BER-L-8649-17) December 8, 2017) | N/A |
| Dwolakowski, Madeleine | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L-012703) (December 13, 2017) | N/A | Dwolakowski, Madeleine (BER-L-8510-17) (December 8, 2017) | N/A |
| Edwards, Jennifer | MN | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Edwards, Jennifer (BER-L-8650-17) (December 8, 2017) | N/A |
| Enwright, Georgette | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Enwright, Georgette (BER-L-8651-17) (December 8, 2017) | N/A |
| Estes, Carolyn | AZ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Estes, Carolyn (BER-L-8653-17) (December 8, 2017) | N/A |
| Farrington, Erma | NC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Farrington, Erma (BER-L-8655-17) (December 8, 2017) | N/A |
| Faulkner, Mary | GA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017-L-012694) (December 13, 2017) | N/A | Faulkner, Mary (BER-L-8657-17) (December 8, 2017) | N/A |
| Fletcher, Arlene | NJ | N/A | N/A | Fletcher, Arlene (2:18-cv-01757) (F... | Fletcher, Arlene (BER-L-008735-17) (December 11, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Foster, Martha | AK | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Anderson, Virgie et al. v. Sanofi SA, et al. (2017 L 012694) (December 13, 2017) | N/A | Foster, Martha (BER-L-8658-17) (December 8, 2017) | N/A |
| Fox, Dollethea | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Fraser, Xiomara | NJ | N/A | N/A | Fraser, Xiomara (2:17-cv-05834) (January 3, 2017) | Fraser, Xiomara (BER-L-8631-17) (December 8, 2017) | N/A |
| Freeman, Adell | NJ | N/A | N/A | Freeman, Adell (2:18-cv-00691) (June 22, 2016) | Freeman, Adell (BER-L-8737-17) (December 11, 2017) | N/A |
| Fridia, Audrey | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Fridia, Audrey (BER-L-8660-17) (December 8, 2017) | N/A |
| Fullmore, Linda | GA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Fullmore, Linda (BER-L-8661-17) (December 8, 2017) | N/A |
| Garza, Mikki | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Garza, Mikki (BER-L-8663-17) (December 8, 2017) | N/A |
| Gerber, Jeannie | WV | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Gerber, Jeannie (BER-L-8664-17) (December 8, 2017) | N/A |
| Gervin, Pamela | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Gervin, Pamela (BER-L-8666-17) (December 8, 2017) | N/A |
| Gibbs, Verthavia | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Gibson, Ramona | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Gill, Phyllis | FL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gill, Phyllis (BER-L-8667-17) (December 8, 2017) | N/A |
| Gilyard, Karen | GA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Gilyard, Karen (BER-L-8511-17) (December 8, 2017) | N/A |
| Givens, Shanna | NJ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | Givens, Shanna (BER-L-8669-17) (December 8, 2017) | N/A |
| Gore, Sallie | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Gore, Sallie (BER-L-8670-17) (December 8, 2017) | N/A |
| Gorman, Nicole | MO | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Gorman, Nicole (BER-L-8513-17) (December 8, 2017) | N/A |
| Grant, Shelby | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Grant, Shelby (BER-L-8671-17) (December 8, 2017) | N/A |
| Graves, Dawn | MD | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017 L 012703) (December 13, 2017) | N/A | Graves, Dawn (BER-L-8514-17) (December 8, 2017) | N/A |
| Green, Amelia | IL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | N/A | N/A |
| Greer, Robyn | OK | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Greer, Robyn (BER-L-8672-17) (December 8, 2017) | N/A |
| Gunn, Charlotte | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Gunn, Charlotte (BER-L-8673-17) (December 8, 2017) | N/A |
| Gurney, Tanya | FL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Gurney, Tanya (BER-L-8674-17) (December 8, 2017) | N/A |
| Hadley, Dorcille | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Hadley, Dorcille (BER-L-8675-17) (December 8, 2017) | N/A |
| Hamner, Glenda | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017 L 012697) (December 13, 2017) | N/A | Hamner, Glenda (BER-L-8344-17) (December 7, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Harcourt, Beverly | IA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Harcourt, Beverly (BER-L-8347-17) (December 7, 2017) | N/A |
| Hawkins, Betty | MD | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hawkins, Betty (BER-L-8349-17) (December 7, 2017) | N/A |
| Hearne, Nancy | LA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hearne, Nancy (BER-L-8351-17) (December 7, 2017) | N/A |
| Hevener, Adelfa | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Hicks, Lilly | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| Hilton, Jill | NJ | N/A | N/A | Hilton, Jill (2:17-cv-15360) (December 7, 2017) | Hilton, Jill (BER-L-8628-17) (December 8, 2017) | N/A |
| Holloway, Movell | SC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Holloway, Movell (BER-L-8358-17) (December 7, 2017) | N/A |
| Hosney, Bendetta | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Hosney, Bendetta (BER-L-8362-17) (December 7, 2017) | N/A |
| Hudgon, Marleen | NJ | N/A | N/A | Hudgon, Marleen (2:18-cv-01335) (February 8, 2018) | Hudgon, Marleen (BER-L-008738-17) (December 11, 2017) | N/A |
| Hunt-Bluford, Marjorie | TX | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Hunt-Bluford, Marjorie (BER-L-8626-17) (December 8, 2017) | N/A |
| Jackson, Annie | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jackson, Annie (BER-L-8366-17) (December 7, 2017) | N/A |
| Jackson, Peggy | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jackson, Peggy (BER-L-8380-17) (December 7, 2017) | N/A |
| Jackson, Wanda | TN | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jackson, Wanda (BER-L-8382-17) (December 7, 2017) | N/A |
| Jackson-Fortune, Gwendolyn | SC | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Jackson-Fortune, Gwendolyn (BER-L-8518-17) (December 8, 2017) | N/A |
| Jacobs, Anita | MD | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jacobs, Anita (BER-L-8384-17) (December 7, 2017) | N/A |
| Jefferson Thrower, Arlene | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Johnson, Beverly | TN | N/A | N/A | Johnson, Beverly (2:16-cv-17074) (December 11, 2016) | Johnson, Beverly (BER-L-008387-17) (December 7, 2017) | |
| Johnson, Cassandra | GA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Johnson, Cassandra (BER-L-8389-17) (December 7, 2017) | N/A |
| Johnson, Lenora | GA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Johnson, Lenora (BER-L-8519-17) (December 8, 2017) | N/A |
| Johnson, Roxann | CO | N/A | N/A | Johnson, Roxann (2:17-cv-12544) (November 15, 2017) | Johnson, Roxann (BER-L-8756-17) (December 12, 2017) (Napoli Shkolnik to file motion to be relieved as counsel) | N/A |
| Johnson, Tanya | MD | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Johnson, Tanya (BER-L-8394-17) (December 7, 2017) | N/A |
| Jolla, Deborah | AZ | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jolla, Deborah (BER-L-8402-17) (December 7, 2017) | N/A |
| Jones, Lillie | IN | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Jones, Lillie (BER-L-8406-17) (December 7, 2017) | N/A |
| Jones, Linda | PA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Jones, Linda (BER-L-8520-17) (December 8, 2017) | N/A |
| Jordan-Steele, Tracy | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Jordan-Steele, Tracy (BER-L-8521-17) (December 8, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Kelly, Gloria | FL | N/A | N/A | N/A | Kelly, Gloria (BER-L-8426-17) (December 7, 2017) | Kelly, Gloria (N17C-11-194) (November 20, 2017) |
| Kemp, Cledell | TX | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Kemp, Cledell (BER-L-8428-17) (December 7, 2017) | N/A |
| Kocharian, Karine | NJ | N/A | N/A | N/A | Kocharian, Karine (BER-L-8707-17) (December 11, 2017) (DISMISS); Kocharian, Karine (BER-L-8711-17) (December 11, 2017) | N/A |
| Lackey, Marie | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Lamb, Angela | FL | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Lamb, Angela (BER-L-8467-17) (December 7, 2017) | N/A |
| Lance, Gwen | NC | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Lance, Gwen (BER-L-8470-17) (December 7, 2017) | N/A |
| Lands, Margrite | NJ | N/A | N/A | Lands, Margrite (2:17-cv-08330) (August 27, 2017) | Lands, Margrite (BER-L-008740-17) (December 11, 2017) | N/A |
| Leach, Mary | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| Lester, Racine | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Lester, Racine (BER-L-8474-17) (December 7, 2017) | N/A |
| Love, Carmelita | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| Maxwell, Shauntel | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| McCallion, Kelly | NJ | N/A | N/A | McCallion, Kelly (2:17-cv-10157) (October 4, 2017) | McCallion, Kelly (BER-L-8743-17) (December 11, 2017) | N/A |
| McClinton, Felicia | MS | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | McClinton, Felicia (BER-L-8495-17) (December 7, 2017)+F140 | N/A |
| McCombs, Rebecca | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| Medler, Iva | CA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | N/A | N/A | N/A | N/A |
| Meece, Brittany | OH | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Meece, Brittany (BER-L-8497-17) (December 7, 2017) | N/A |
| Mendoza, Kimberly | CA | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | N/A | N/A | N/A | N/A |
| Meyers, Deborah | CO | Gibson, Ramona et al. v. Sanofi SA, et al. (BC686616) (December 12, 2017); 2:18-cv-02601 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Meyers, Deborah (BER-L-8540-17) (December 8, 2017) | N/A |
| Mirabella, Lillian | SC | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Mirabella, Lillian (BER-L-8523-17) (December 8, 2017) | N/A |
| Mitchell, Cherrita | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| Moore, Sheila | SC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Moore, Sheila (BER-L-8543-17) (December 8, 2017) | N/A |
| Morgan, Gayla | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Morris, Sylvia | WI | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Morris, Sylvia (BER-L-8546-17) (December 8, 2017) | N/A |
| Mosley, Evelyn | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Mossman, Linda | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Mossman, Linda (BER-L-8549-17) (December 8, 2017) | N/A |
| Mundell, Martha | MD | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Mundell, Martha (BER-L-8550-17) (December 8, 2017) | N/A |
| Namishia, Anne | TN | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Namishia, Anne (BER-L-8555-17) (December 8, 2017) | N/A |
| Nava, Lori | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | Nava, Lori (2:17-cv-16185) (December 9, 2017) | Nava, Lori (BER-L-8556-17) (December 8, 2017) | N/A |
| Nelson, Brenda | NJ | N/A | N/A | Nelson, Brenda (2:18-cv-00713) (July 20, 2016) | Nelson, Brenda (BER-L-8744-17) (December 11, 2017) | N/A |
| Nelum, Kelly | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Nichols, Patricia | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Owens, Sheila | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Owens, Sheila (BER-L-8582-17) (December 8, 2017) | N/A |
| Papoccia, Mary | IL | N/A | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | N/A | N/A |
| Patterson, Denise | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Pavkovich, Charlene | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Peaches, Bernice | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Peaches, Bernice (BER-L-8589-17) (December 8, 2017) | N/A |
| Phelps, Carla | AL | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Green, Amelia et al. v. Sanofi SA, et al. (2017-L-012697) (December 13, 2017) | N/A | Phelps, Carla (BER-L-8595-17) (December 8, 2017) | N/A |
| Pinkney, Roslynn | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Pinkney, Roslynn (BER-L-8598-17) (December 8, 2017) | N/A |
| Potter, Joyce | NE | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Potter, Joyce (BER-L-8599-17) (December 8, 2017) | N/A |
| Powell, Geneva | GA | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Powell, Geneva (BER-L-008525-17) (December 8, 2017) | N/A |
| Prag, Theresa | NY | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Prag, Theresa (BER-L-8346-17) (December 7, 2017) | N/A |
| Pribbenow, Beverly | WI | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Pribbenow, Beverly (BER-L-8526-17) (December 8, 2017) | N/A |
| Pugh, Savannah | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| Purnell, Deborah | NJ | N/A | N/A | Purnell, Deborah (2:18-cv-01395) (February 9, 2018) | Purnell, Deborah (BER-L-8636-17) (December 8, 2017) (DISMISS); Purnell, Deborah (BER-L-8757-17) (December 12, 2017) (Cohen, Placitella & Roth) | N/A |
| Reeves, Patsy | GA | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| Rice, Linda | IL | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| Ricks, Delilah | IL | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | N/A | N/A |
| Rivers, Sheila | SC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Rivers, Sheila (BER-L-8363-17) (December 7, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Roberts, Lilian | NC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Roberts, Lilian (BER-L-8364-17) (December 7, 2017) | N/A |
| Robinson, Brenda | GA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Robinson, Brenda (BER-L-8370-17) (December 7, 2017) | N/A |
| Robinson, Janette | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Robinson, Janette (BER-L-8372-17) (December 7, 2017) | N/A |
| Robinson, Taisha | FL | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Robinson, Taisha (BER-L-8373-17) (December 7, 2017) | N/A |
| Rodgers, Cynthia | MO | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Rodgers, Cynthia (BER-L-8571-17) (December 8, 2017) | N/A |
| Ruby, Susan | CO | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ruby, Susan (BER-L-8393-17) (December 7, 2017) | N/A |
| Ruggeri, Winifred | FL | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ruggeri, Winifred (BER-L-8395-17) (December 7, 2017) | N/A |
| Rupp, Paula | KS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Rupp, Paula (BER-L-8398-17) (December 7, 2017) | N/A |
| Sanchez, Vicki | NJ | N/A | N/A | Sanchez, Vicki (2:18-cv-00698) (June 22, 2016) | Sanchez, Vicki (BER-L-8746-17) (December 11, 2017) | N/A |
| Sanders, Terri | NJ | N/A | N/A | Sanders, Terri (2:17-cv-16703) (December 11, 2017) | Sanders, Terri (BER-L-8407-17) (December 7, 2017) (Napoli - DISMISS); Sanders, Terri (BER-L-8627-17) (December 8, 2017) (Robins Kaplan) | N/A |
| Schofield, Valencia | GA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Schofield, Valencia (BER-L-8409-17) (December 7, 2017) | N/A |
| Scott, Carole | PA | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Scott, Carole (BER-L-8528-17) (December 8, 2017) | N/A |
| Scott, Theresia | NE | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Scott, Theresia (BER-L-8415-17) (December 7, 2017) | N/A |
| Seabrooks, Valerie | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | Seabrooks, Valerie (2:17-cv-07877) (August 16, 2017) | N/A | N/A |
| Seldon, Gracie | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Seldon, Gracie (BER-L-8419-17) (December 7, 2017) | N/A |
| Shajahan, Saima | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Shirley, Joan | MT | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Shirley, Joan (BER-L-8423-17) (December 7, 2017) | N/A |
| Shorley, Barbara | MO | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Shorley, Barbara (BER-L-8431-17) (December 7, 2017) | N/A |
| Shular, Frances | SC | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Shular, Frances (BER-L-8619-17) (December 8, 2017) | N/A |
| Singh, Sylvia | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Singletary, Claudine | MD | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | Singletary, Claudine (BER-L-8434-17) (December 7, 2017) | N/A |
| Smith, Darletta | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| Smith, Jacqueline | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017) | N/A | N/A | N/A | N/A |
| Smith, Sharon | CT | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Smith, Sharon (BER-L-8529-17) (December 8, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Snowden, Jacqueline | PA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Snowden, Jacqueline (BER-L-8447-17) (December 7, 2017) | N/A |
| Steptoe, Alisa | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Stewart, Valerie | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | Stewart, Valerie (2:17-cv-14587) (December 5, 2017) | Stewart, Valerie (BER-L-8452-17) (December 7, 2017) | N/A |
| Tate, Sharon | CA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | N/A | N/A | N/A | N/A |
| Tatum, Deborah | WI | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tatum, Deborah (BER-L-8455-17) (December 7, 2017) | N/A |
| Taylor, Barbara | NC | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Taylor, Barbara (BER-L-8457-17) (December 7, 2017) | N/A |
| Taylor, Erecile | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| Thomas, Antonette | OH | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Thomas, Antonette (BER-L-8461-17) (December 7, 2017) | N/A |
| Thomas, Mary | TX | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Thomas, Mary (BER-L-8462-17) (December 7, 2017) | N/A |
| Thornton, Mavis | PA | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Thornton, Mavis (BER-L-8465-17) (December 7, 2017) | N/A |
| Tidwell, Alice | IN | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tidwell, Alice (BER-L-8538-17) (December 8, 2017) | N/A |
| Tillman, Betty | MS | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tillman, Betty (BER-L-8539-17) (December 8, 2017) | N/A |
| Torres, Lisa | NJ | N/A | N/A | Torres, Lisa (2:18-cv-00649) (January 22, 2018) | Torres, Lisa (BER-L-008748-17) (December 11, 2017) | N/A |
| Tucker, Betty | UT | Shajahan, Saima et al. v. Sanofi SA, et al. (BC686723) (December 12, 2017); 2:18-cv-02600 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Tucker, Betty (BER-L-8541-17) (December 8, 2017) | N/A |
| Villegas, Eunice | CA | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | N/A | N/A | N/A | N/A |
| Vincent, Jessica | AR | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Vincent, Jessica (BER-L-8532-17) (December 8, 2017) | N/A |
| Virts, Roberta | MD | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Virts, Roberta (BER-L-8569-17) (December 8, 2017) | N/A |
| Ward, Brenda | OH | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ward, Brenda (BER-L-8574-17) (December 8, 2017) | N/A |
| Ward, Helen | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Ward, Helen (BER-L-8576-17) (December 8, 2017) | N/A |
| Washington, Lejune | NY | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Washington, Lejune (BER-L-8580-17) (December 8, 2017) | N/A |
| Washington, Sharon | TX | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Washington, Sharon (BER-L-8533-17) (December 8, 2017) | N/A |
| Watson, Sharon | NY | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Watson, Sharon (BER-L-8583-17) (December 8, 2017) | N/A |
| Webster, Bonita | WI | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Webster, Bonita (BER-L-8584-17) (December 8, 2017) | N/A |
| Weems, Vicky | OK | N/A | Rice, Linda et al. v. Sanofi SA, et al. (2017-L-012703) (December 13, 2017) | N/A | Weems, Vicky (BER-L-8535-17) (December 8, 2017) | N/A |
| White, Jean | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | White, Jean (BER-L-8586-17) (December 8, 2017) | N/A |

| Plaintiff | State of Residency | California State Court Case (Date Filed); MDL Case | Illinois State Court Case (Date Filed) | MDL Case (Date Filed) | New Jersey State Court Case (Date Filed) | Delaware State Court Case (Date Filed) |
|---|---|---|---|---|---|---|
| Wilder, Debra | FL | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | ~~Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017)~~ | N/A | Wilder, Debra (BER-L-8590-17) (December 8, 2017) | N/A |
| Williams, Dianne | MO | Villegas, Eunice et al. v. Sanofi SA, et al. (BC686617) (December 12, 2017); 2:18-cv-02598 | ~~Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017)~~ | N/A | Williams, Dianne (BER-L-8592-17) (December 8, 2017) | N/A |
| Williams, Mamie | IL | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | N/A | N/A |
| Williams, Renee | DC | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Williams, Renee (BER-L-8593-17) (December 8, 2017) | N/A |
| Williams, Ruby | AR | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Williams, Ruby (BER-L-8594-17) (December 8, 2017) | N/A |
| Young, Shelia | MO | N/A | Pugh, Savannah et al. v. Sanofi SA, et al. (2017-L-012699) (December 13, 2017) | N/A | Young, Shelia (BER-L-008386-17) (December 7, 2017) | N/A |