# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| THERESE MARTINEZ v. SANDOZ, INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD., PFIZER INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTIVIS PHARMA INC. | : : : : : : : : : : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ DEFENDANTS** <br><br> Civil Action No.: 2:17-CV-07665 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Therese Martinez's claims against Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant to CMO 12.

Dated this 2nd day of May, 2018.

By: */s/ Troy F. Tatting*
Munir R. Meghjee
MN Bar #0301437
Troy F. Tatting
MN Bar #0354156
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mmeghjee@robinskaplan.com
ttatting@robinskaplan.com

*Attorneys for Plaintiff*


By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State Street
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.*


By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

By: /s/ *Mark S. Cheffo*
Mark S. Cheffo
Sara Roitman
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
docetaxelproductid@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

By: */s/ Michael Suffern*
Michael Suffern
Kimberly L. Beck
**ULMER & BERNE LLP**
600 Vince Street, Suite 2800
Cincinnati, OH 45202
Telephone:  (513) 698-5064
Facsimile: (513) 698-5065
sritter@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

        By: */s/ R. Clifton Merrell*
        R. Clifton Merrell
        Evan Holden
        **GREENBERG TRAURIG, LLP**
        Terminus 200
        3333 Piedmont Road NE, Ste. 2500
        Atlanta, GA 30305
        Telephone: (678) 553-2100
        Facsimile: (678) 553-2100
        cohenl@gtlaw.com
        merrellc@gtlaw.com
        holdene@gtlaw.com

        *Attorneys for Defendant Sandoz, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        /s/ *Troy F. Tatting*
                                        Troy F. Tatting

88898065.1