**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | |
| _____ | : | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE NORTH |
| | : | |
| THERESE MARTINEZ v. SANOFI S.A., | : | **STIPULATION OF DISMISSAL** |
| AVENTIS PHARMA S.A., SANOFI US | : | **WITH PREJUDICE** |
| SERVICES INC. f/k/a SANOFI-AVENTIS | : | |
| U.S. INC., SANOFI-AVENTIS U.S. LLC | : | Civil Action No. 2:16-CV-16893 |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Therese Martinez's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant to CMO 12.

Dated this 2nd day of May, 2018.

By: */s/ Troy F. Tatting*
Munir R. Meghjee
MN Bar #0301437
Troy F. Tatting
MN Bar #03.54156
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mmeghjee@robinskaplan.com
ttatting@robinskaplan.com

*Attorneys for Plaintiff*

By: */s/ Harley V. Ratliff*
Harley V. Ratliff
Kelly Bieri
**SHOOK HARDY & BACON L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547
noproductid@shb.com

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*
*and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Troy F. Tatting*
Troy F. Tatting

88900365.1