UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Annie Jones v. Sanofi-Aventis US, LLC, et al.;*
Civil Action No. 2:17-cv-04864

### MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Annie Jones, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Dated this 2nd day of May, 2018.

Respectfully submitted,

**JACKSON ALLEN & WILLIAMS, LLP**

By:    /s/ John H. "Trey" Allen, III
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-2300
Facsimile: (214) 452-5637

*Attorneys for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defense Counsel has been contacted, and Defendants oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III