UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Annie Jones v. Sanofi-Aventis US, LLC, et al.;*
*Civil Action No. 2:17-cv-04864*

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff's original Short Form Complaint named Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc., Sanofi-Aventis US LLC, Sandoz Inc., Hospira Worldwide Inc., and Hospira Inc. as Defendants.  Plaintiff has proof of Taxotere (Docetaxel) use in her medical records.  However, counsel for Plaintiff has been informed by the facility that the National Drug Code(s) ("NDC") information for the Taxotere (Docetaxel) administered to Plaintiff is not available.  Counsel for Plaintiff is still working diligently to obtain the NDC information, including, but not limited to, having complied with the requirements set forth in CMO 12.  Despite these efforts, to date, the NDC information has not been obtained for Plaintiff.

Counsel for Plaintiff has a duty to protect the interest of its client and is becoming concerned that the NDC information will not be returned within the applicable statute of limitations.  As such, counsel for Plaintiff seeks leave to file an Amended Short Form Complaint whereby naming additional manufacturers, Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., as Defendants.

1

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to ensure that she has named the correct Defendant(s). No party will be prejudiced by this change, as this case is still in the very early stages of litigation. As a result, it is hereby requested that this Motion for Leave to Amend Plaintiff's Short Form Complaint be granted.

Dated this 2nd day of May, 2018.

Respectfully submitted,

**JACKSON ALLEN & WILLIAMS, LLP**

By:  /s/ John H. "Trey" Allen, III
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-2300
Facsimile: (214) 452-5637

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III