**UNITED STATES**
**DISTRICT COURT**
**EASTERN DISTRICT**
**OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
  *Annie Jones v. Sanofi-Aventis US, LLC, et al.;*
  *Civil Action No. 2:17-cv-04864*

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

PLEASE TAKE NOTICE, that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Engelhardt on May 23, 2018, at 9:30 a.m.

Dated this 2nd day of May, 2018.

                                                  Respectfully submitted,

                                                **JACKSON ALLEN & WILLIAMS, LLP**

                                                By:   /s/ John H. "Trey" Allen, III
                                                John H. Allen, III, Esq. - Trial/Lead Counsel
                                                tallen@jacksonallenfirm.com
                                                Jennifer Williams, Esq.
                                                jwilliams@jacksonallenfirm.com
                                                3838 Oak Lawn Ave., Suite 1100
                                                Dallas, Texas 75219
                                                Telephone: (214) 521-2300
                                                Facsimile: (214) 452-5637

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          /s/ John H. "Trey" Allen, III
                                          John H. "Trey" Allen, III