BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:      HON. KURT D. ENGELHARDT
*Lillie Louise Smith et al. vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-03126

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO SUN PHARMACEUTICALS AND ACTAVIS DEFENDANTS ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Lillie Louise Smith's claims against Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated: May 2, 2018      Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

IRWIN FRITCHIE URQUHART & MOORE LLC
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
dmoore@irwinllc.com

*Defendants Liaison Counsel*


/s/Geoffrey Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


/s/Michael Suffren
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com


*Counsel for Defendant Actavis Pharma, Inc*.

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
      Limdsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com