# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*SUZETTE CURTIS v. SANOFI US SERVICES INC., ET AL.* | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Civil Action No.: 2:17-cv-17731 |

Plaintiff Suzette Curtis files this unopposed motion for leave to amend to add Accord to and dismiss the Sanofi entities from her operative complaint.

On December 9, 2016, Plaintiff filed a two-plaintiff complaint in the Middle District of Tennessee against the Sanofi entities. *Roberts v. Sanofi S.A.*, Case No. 3:16-cv-03168 (M.D. Tenn.), Docket No. 1. That case was transferred into this multi-district litigation.

On May 31, 2017, after the Master Complaint was filed in this case, Plaintiff filed a Short Form Complaint that named both plaintiffs, the Sanofi entities, and the appropriate 505(b)(2) defendants for Ms. Curtis' usage timeframe, following the Docetaxel Approval & Market Dates chart provided by Defendants in this case. *Roberts v. Sanofi S.A.*, Case No. 2:16-cv-17955 (E.D. La.), Docket No. 11.

On June 23, 2017, the Court issued a deficiency notice, Zeman Dec. Ex. A, stating that there was a defect with the Short Form Complaint. It stated: "Only one Plaintiff . . . is allowed on each Short Form Complaint. Filing attorney should not refile until further Order of the Court is issued regarding plaintiff complaints." *Id.* The deficiency notice did not identify any issue

with the named defendants, and Plaintiff's counsel understood the 505(b)(2) Defendants had been properly added to the case. Following the instructions in the deficiency notice and guidance from Plaintiffs' Co-Liaison Counsel, Plaintiff's counsel took no further action pending further instruction. Notably, as of February 22, 2018, all the 505(b)(2) Defendants in Ms. Curtis' Eastern District of Louisiana complaints appeared on the two case dockets. Zeman Dec. Exs. C & D.

The Court issued an Order of Severance of multi-plaintiff cases, including Plaintiff's, on December 8, 2017. MDL Docket No. 1167. On December 22, 2017, Plaintiff filed a new short form complaint. *Curtis v. Sanofi U.S. Servs. Inc.*, Case No. 2:17-cv-17731, Docket No. 1.

On February 15, 2018, the Court issued a deficiency notice, Zeman Dec. Ex. B, stating that Plaintiff's complaint used the "incorrect version of the Short Form Complaint," which "became effective as of January 4, 2018." *Id.* Because Plaintiff had filed her individual Short Form Complaint before the January 4 version became effective, Plaintiff's counsel contacted the Court's staff for clarification of the deficiency. Court staff informed Plaintiff's counsel that the actual defect was failure to match the listed Defendants with those on the original complaint filed in the Middle District of Tennessee in 2016. Zeman Dec. ¶ 3.

On February 22, 2018, pursuant to the Court's instructions, Plaintiff's counsel filed a short form complaint for Plaintiff that named only the Sanofi entities. *Curtis*, Docket No. 4. Summonses issued on February 26, 2018 for the Sanofi entities. *Curtis*, Docket No. 5.

On February 6, 2018, Plaintiff's counsel obtained manufacturer identification, which has been uploaded to MDL Centrality. Her docetaxel manufacturer was Accord, one of the 505(b)(2) Defendants. Currently, Accord is not named in Plaintiff's operative complaint.

Because Plaintiff's counsel believed Accord had been properly added for over one year, and because Accord is, in fact, Plaintiff's docetaxel manufacturer, Plaintiff requests that the Court grant leave to amend her Complaint to add Accord and to dismiss the Sanofi entities.

Plaintiff's counsel consulted with counsel for the Sanofi and Accord Defendants, who do not oppose this motion.

| | |
|---|---|
| Date:  May 2, 2018 | By:  */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>**GIBBS LAW GROUP LLP**<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA  90245<br>Telephone: (510) 350-9240<br>Facsimile: (510) 350-9701<br>Email:  kbm@classlawgroup.com<br><br>Eric H. Gibbs<br>Amy M. Zeman<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com<br>          amz@classlawgroup.com |

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:       May 2, 2018            /s/ *Karen Barth Menzies*
                                    Karen Barth Menzies