UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*SUZETTE CURTIS v. SANOFI US SERVICES INC., ET AL.* | DECLARATION OF AMY M. ZEMAN IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>Civil Action No.: 2:17-cv-17731 |

1. I, Amy M. Zeman, am a partner in the law firm Gibbs Law Group LLP, counsel for Plaintiff Suzette Curtis. I make this declaration based on my own personal knowledge and in support of Plaintiff's Motion for Leave to Amend.

2. Attached as exhibits hereto are true and correct copies of the documents described in the following chart.

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| A | Deficiency Notice dated June 23, 2017 |
| B | Deficiency Notice dated February 15, 2018 |
| C | Docket for *Roberts v. Sanofi S.A.*, dated February 22, 2018 |
| D | Docket for *Curtis v. Sanofi US Services, Inc.*, dated February 22, 2018 |

3. After calling the Court about the deficiency issued February 15, 2018, the Court's staff informed my office that the actual defect was failure to match the listed Defendants with those on the original complaint filed in the Middle District of Tennessee in 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge

Date:  May 2, 2018                          _____
                                                                  Amy M. Zeman

# EXHIBIT A

| | |
|---|---|
| **From:** | Amanda Karl |
| **To:** | Amy Zeman |
| **Subject:** | FW: Activity in Case 2:16-cv-17955-KDE-MBN Roberts et al v. Sanofi S.A. et al Notice of Deficient Filing |
| **Date:** | Thursday, March 15, 2018 6:10:42 PM |

Amanda Karl | Attorney
**GIBBS LAW GROUP LLP**
**GIRARD GIBBS LLP (Of Counsel)**
505 14th Street, Suite 1110
Oakland, California 94612
Phone: (510) 350-9243
Fax: (510) 350-9701
www.classlawgroup.com
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (510) 350-9700. Thank you.

**From:** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Sent:** Friday, June 23, 2017 6:36 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:16-cv-17955-KDE-MBN Roberts et al v. Sanofi S.A. et al Notice of Deficient Filing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Eastern District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 6/23/2017 at 8:36 AM CDT and filed on 6/23/2017

**Case Name:**       Roberts et al v. Sanofi S.A. et al
**Case Number:**     2:16-cv-17955-KDE-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF DEFICIENT DOCUMENT: re [11] Taxotere Amended Complaint. Reason(s) of deficiency: Improper form of pleading. Short Form Complaint contains two individual plaintiffs. Pursuant to PTO #37, Only one Plaintiff (and any secondary/consortium/representative Plaintiff(s) claiming through or on behalf of the Plaintiff) is allowed on each Short Form Complaint. Filing attorney should not refile until further Order of the Court is issued regarding multi plaintiff complaints. If further information is needed, please contact 504-589-7715. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 6/30/2017. (tm)**

**2:16-cv-17955-KDE-MBN Notice has been electronically mailed to:**

Gregory F. Coleman     greg@gregcolemanlaw.com, dawn@gregcolemanlaw.com

Karen Barth Menzies    kbm@classlawgroup.com, amk@classlawgroup.com, ecf@classlawgroup.com, sal@classlawgroup.com

Eric H Gibbs     ehg@classlawgroup.com

Amy M Zeman     amz@classlawgroup.com

Adam A. Edwards     adam@gregcolemanlaw.com

**2:16-cv-17955-KDE-MBN Notice has been delivered by other means to:**

# EXHIBIT B

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:17-cv-17731-KDE-MBN Curtis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al Notice of Deficient Filing |
| **Date:** | Thursday, February 15, 2018 1:23:40 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 2/15/2018 at 3:23 PM CST and filed on 2/15/2018
**Case Name:**       Curtis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al
**Case Number:**     2:17-cv-17731-KDE-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF DEFICIENT DOCUMENT: re [1] Complaint. Reason(s) of deficiency: Improper form of pleading. \*\*Filing attorney attached the incorrect version of the Short Form Complaint pursuant to PTO #55. Filing attorney must refile complaint and attachments with the most current version of the Short Form Complaint. Pursuant to PTO #73 - Counsel are directed to only use the Court approved version of the Short Form Complaint which became effective as of January 4, 2018. The current version of the form is titled, SHORT FORM COMPLAINT (Effective as of January 4, 2018) and it is available on the Courts Taxotere web page as well as through MDL Centrality. For further assistance, please contact the Court 504-589-7715.\*\* For corrective information, see section(s) D03 on**
**http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm**
**Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 2/22/2018. (as)**


**2:17-cv-17731-KDE-MBN Notice has been electronically mailed to:**

Karen Barth Menzies     kbm@classlawgroup.com, amk@classlawgroup.com, ecf@classlawgroup.com, sal@classlawgroup.com

**2:17-cv-17731-KDE-MBN Notice has been delivered by other means to:**

# EXHIBIT C

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:16-cv-17955-KDE-MBN

Roberts et al v. Sanofi S.A. et al
Assigned to: Chief Judge Kurt D. Engelhardt
Referred to: Magistrate Judge Michael North
Lead case: 2:16-md-02740-KDE-MBN
Member case: (View Member Case)
Case in other court:  Tennessee Middle, 3:16-cv-03168
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/23/2017
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Karen Roberts**                                   represented by   **Gregory F. Coleman**
Greg Coleman Law PC
800 S Gay Street
Suite 1100
Knoxville, TN 37929
865-247-0080
Email: greg@gregcolemanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam A. Edwards**
Greg Coleman Law PC
First Tennessee Plaza
800 S Gay Street
Suite 1100
Knoxville, TN 37929
(865) 247-0080
Fax: (865) 522-0049
Email: adam@gregcolemanlaw.com
*ATTORNEY TO BE NOTICED*

**Amy M Zeman**
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
510-350-9700
Fax: 510-350-9701
Email: amz@classlawgroup.com
*ATTORNEY TO BE NOTICED*

**Eric H Gibbs**
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, CA 94612
510-350-9700
Fax: 510-350-9701
Email: ehg@classlawgroup.com

*ATTORNEY TO BE NOTICED*

**Karen Barth Menzies**
Gibbs Law Group LLP
400 Continental Boulevard 6th Floor
El Segundo, CA 90245
510-350-9240
Fax: 510-350-9701
Email: kbm@classlawgroup.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzette Curtis** represented by **Gregory F. Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam A. Edwards**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M Zeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric H Gibbs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Barth Menzies**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi S.A.**

**Defendant**

**Aventis Pharma S.A.**

**Defendant**

**Sanofi-Aventis U.S. LLC**

**Defendant**

**Sanofi US Services Inc.**
*formerly known as*
Sanofi-Aventis U.S. Inc.

**Defendant**

**Sandoz, Inc.**

**Defendant**

Accord Healthcare, Inc.

**Defendant**

**Hospira Worldwide, LLC**
*formerly known as*
Hospira Worldwide, Inc.

**Defendant**

**Hospira, Inc.**

**Defendant**

**Sun Pharma Global FZE**

**Defendant**

**Sun Pharma Global, Inc.**
TERMINATED: 10/16/2017

**Defendant**

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

**Defendant**

**Pfizer Inc.**

**Defendant**

**Actavis Pharma, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2016 | 1 | COMPLAINT against Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC, filed by Karen Roberts, Suzette Curtis. $400 Filing fee paid - via Credit Card. Summons issued. (Attachments: # 1 Attachment Civil Cover Sheet, # 2 Attachment Summons)(eh) [Transferred from tnmd on 1/23/2017.] (Entered: 12/09/2016) |
| 12/09/2016 | 2 | NOTICE of Corporate Disclosure Statement filing requirement. (eh) [Transferred from tnmd on 1/23/2017.] (Entered: 12/09/2016) |
| 12/09/2016 | 3 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (eh) [Transferred from tnmd on 1/23/2017.] (Entered: 12/09/2016) |
| 12/09/2016 | 4 | NOTICE of Initial Case Management Conference set for 2/6/2017 at 11:00 AM in Courtroom 661 before Magistrate Judge Jeffery S. Frensley. (eh) [Transferred from tnmd on 1/23/2017.] (Entered: 12/09/2016) |
| 12/09/2016 | | State Bar status verified as active for Karen Barth Menzies, Eric H. Gibbs, Amy M. Zeman, Gregory F. Coleman, Adam A. Edwards. (eh) [Transferred from tnmd on 1/23/2017.] (Entered: 12/09/2016) |
| 12/09/2016 | | NOTICE TO COUNSEL Karen Barth Menzies, Eric H. Gibbs, Amy M. Zeman: WITHIN 21 DAYS, counsel shall file a Motion to Appear Pro Hac Vice, a Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, and pay a fee of $75.00 (LR 83.01(d)). PHV due by 12/30/2016. (eh) [Transferred from tnmd on 1/23/2017.] (Entered: 12/09/2016) |

| | | |
|---|---|---|
| 12/13/2016 | 5 | ORDER: This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01. Signed by District Judge Waverly D. Crenshaw, Jr on 12/13/16. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(af) [Transferred from tnmd on 1/23/2017.] (Entered: 12/13/2016) |
| 12/29/2016 | 6 | CONDITIONAL TRANSFER ORDER (CTO 17) filed by the UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION MDL No. 2740. Case transferred to the ED of Louisiana. This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. (af) [Transferred from tnmd on 1/23/2017.] (Entered: 12/29/2016) |
| 12/30/2016 | 7 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-17) received from the ED of Louisiana. (Case ready for closing/transfer-proposed order submitted to chambers). (af) [Transferred from tnmd on 1/23/2017.] (Entered: 12/30/2016) |
| 01/03/2017 | 8 | ORDER: Pursuant to the Conditional Transfer Order (CTO-17) of the Judicial Panel on Multidistrict Litigation, Docket No. 2740, this case is hereby transferred to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated proceedings. The Clerk of Court is directed to close this case and electronically transmit the record to the United States District Court for the Eastern District of Louisiana. IT IS SO ORDERED. Signed by District Judge Waverly D. Crenshaw, Jr on 1/3/2017. (eh) [Transferred from tnmd on 1/23/2017.] (Entered: 01/03/2017) |
| 01/23/2017 | 9 | Case transferred in from District of Tennessee Middle; Case Number 3:16-cv-03168. Electronic file certified copy of transfer order and docket sheet received (cml) (Entered: 01/23/2017) |
| 01/24/2017 | 10 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 01/24/2017) |
| 05/31/2017 | 11 | **DEFICIENT** AMENDED COMPLAINT by Karen Roberts, Suzette Curtis. Party Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories, Ltd., Pfizer Inc. and Actavis Pharma Inc. added. (Attachments: # 1 Summons Accord Healthcare, Inc., # 2 Summons Actavis Pharma Inc., # 3 Summons Caraco Pharmaceutical Laboratories, Ltd., # 4 Summons Hospira Inc., # 5 Summons Hospira Worldwide Inc., # 6 Summons Pfizer Inc., # 7 Summons Sandoz, Inc, # 8 Summons Sun Pharma Global FZE, # 9 Summons Sun Pharma Global Inc., # 10 Summons Sanofi US Services Inc.)(Menzies, Karen) Modified on 6/23/2017 (tm). (Entered: 05/31/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/22/2018 11:59:08 | | | |
| **PACER Login:** | glgllp3k:4442008:0 | **Client Code:** | 2151 |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-17955-KDE-MBN |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# EXHIBIT D

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:17-cv-17731-KDE-MBN

| | |
|---|---|
| Curtis v. Sanofi US Services Inc. et al | Date Filed: 12/22/2017 |
| Assigned to: Chief Judge Kurt D. Engelhardt | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Michael North | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Lead case: 2:16-md-02740-KDE-MBN | |
| Member case: (View Member Case) | |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Suzette Curtis**      represented by    **Karen Barth Menzies**
Gibbs Law Group LLP
400 Continental Boulevard 6th Floor
El Segundo, CA 90245
510-350-9240
Fax: 510-350-9701
Email: kbm@classlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy M Zeman**
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
510-350-9700
Fax: 510-350-9701
Email: amz@classlawgroup.com
*ATTORNEY TO BE NOTICED*

**Eric H Gibbs**
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, CA 94612
510-350-9700
Fax: 510-350-9701
Email: ehg@classlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi-Aventis U.S. LLC**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Accord Healthcare, Inc.**

**Defendant**

Hospira, Inc.

**Defendant**

Sun Pharma Global FZE

**Defendant**

Pfizer Inc.

**Defendant**

Actavis Pharma, Inc.

**Defendant**

Actavis LLC
*formerly known as*
Actavis Inc.

**Defendant**

Hospira Worldwide, LLC
*formerly known as*
Hospira Worldwide, Inc.

**Defendant**

Sanofi US Services Inc.
*formerly known as*
Sanofi-Aventis U.S. Inc.

**Defendant**

Sun Pharmaceutical Industries, Inc.
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2017 | 1 | COMPLAINT with jury demand against Accord Healthcare, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sandoz, Inc. (Filing fee $ 400 receipt number 053L-6561088) filed by Suzette Curtis. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Order of Severance, # 13 Original Complaint, # 14 Amended Short Form Complaint)Attorney Karen Barth Menzies added to party Suzette Curtis(pty:pla).(Menzies, Karen) (Entered: 12/22/2017) |
| 12/27/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (cc) (Entered: 12/27/2017) |
| 02/21/2018 | 3 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 02/21/2018) |

**PACER Service Center**

| Transaction Receipt |||||
|---|---|---|---|---|
| 02/22/2018 11:30:27 |||||
| **PACER Login:** | glgllp3k:4442008:0 | **Client Code:** | 2151 ||
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-17731-KDE-MBN ||
| **Billable Pages:** | 2 | **Cost:** | 0.20 ||