# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Ernestine Payne; 2:17-cv-16725 | | |

## ORDER GRANTING
## EX PARTE MOTION TO FILE VOLUNTARY DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Motion for Leave to File Amended Stipulation of Voluntary Dismissal With Prejudice (Rec. Doc. 2014) and pursuant to the applicable Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Ernestine Payne's, Ex Parte Motion for Leave to Amend Stipulation of Voluntary Dismissal With Prejudice GRANTED. Plaintiff is hereby granted leave to file the Ex Parte Motion for Dismissal With Prejudice, and the Clerk of the Court is ordered to file the Ex Parte Motion for Dismissal With Prejudice into the records of this matter.

New Orleans, Louisiana this 30th day of April, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE