UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION,

MDL NO. 2740

SECTION "N" (5)

JUDGE ENGELHARDT

MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Judith August v. Sanofi, S.A., et al.*
Civil Action No. 2:16-cv-16231-KDE-MBN

### ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER OR CLARIFICATION OF PRIOR ORDER (DOC. NO. 2302)

Upon Plaintiff's Motion for Reconsideration (Rec. Doc. 2344) and for good cause shown, it is hereby Ordered that Civil Action No. 2:16-cv-16231 is dismissed with prejudice as to Sanofi, S.A., Aventis Pharma, S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S., LLC, Separately and doing business as Winthrop U.S., only. Any and all claims against any and all other named Defendants, in Plaintiff's Complaint or any Amended Complaint herein including, Hospira Worldwide, LLC f/d/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc. are not dismissed, and this Court's prior Order of April 20, 2018 (Doc. No. 2302) is amended consistent herewith.

New Orleans, Louisiana, this 25th day of April 2018.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE