# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| N RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>CIVIL ACTION NO. 2:18-cv-00629 |
| *This Document Relates to:*<br>*Patricia L. Eaton* | | |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2119) in the above captioned matter.

New Orleans, Louisiana, this   30th   day of         April         , 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE