## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, AS NAMED DEFENDANTS, AND DISMISS DEFENDANTS SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. AND SANOFI-AVENTIS U.S. LLC WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>ANITA STONE v. SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC. | Civil Action No.: 2:16-cv-16798-KDE-MBN |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Anita Stone respectfully requests leave to file her Amended Complaint adding Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. as named defendants in this case, and dismissing Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. with prejudice.

Since filing her Complaint, Plaintiff has received the National Drug Code documents and learned that Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. should be the only named defendants in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 3rd day of May 2018

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

# CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Sanofi Defendants and Hospira Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3rd, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        **WENDT LAW FIRM, P.C.**

                                        By:  */s/ Samuel M. Wendt*
                                        Samuel M. Wendt, Esq.
                                        Missouri Bar No. 53933
                                        1100 Main Street, Suite 2610
                                        Kansas City, MO 64105
                                        Telephone: (816) 531-4415
                                        Facsimile: (816) 531-2507
                                        Email: sam@wendtlaw.com

                                        *Attorney for Plaintiff*