## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, AS NAMED DEFENDANTS, AND DISMISSING DEFENDANTS DISMISS DEFENDANTS SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. AND SANOFI-AVENTIS U.S. LLC WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>ANITA STONE v. SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC. | Civil Action No.: 2:16-cv-16798-KDE-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants and dismissing Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. with prejudice is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge