UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| ANITA L. STONE, | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.: 2:16-cv-16798 |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 3rd day of May, 2018.

| | |
|---|---|
| **WENDT LAW FIRM, P.C.** | IRWIN FRITCHIE URQUHART & MOORE |
| | |
| _/s/ Samuel M. Wendt_ | _/s/ Douglas J. Moore_ |
| Samuel M. Wendt, Esq. | Douglas J. Moore, Esq. |
| Missouri Bar No. 53933 | 400 Poydras St. |
| 1100 Main Street, Suite 2610 | Suite 2700 |
| Kansas City, MO 64105 | New Orleans, LA 70130 |
| Telephone: (816) 531-4415 | Phone: 504-310-2100 |
| Facsimile: (816) 531-2507 | Fax: 504-310-2100 |
| Email: sam@wendtlaw.com | Email: dmoore@irwinllc.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants |