UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | § § § | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| *Dina Refka v. Sanofi U.S. Services, Inc., et al.*<br>No.   2:18-cv-2204-KDE-MBN | § § § § § § | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A(ii), that Plaintiff Dina Refka's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. only are hereby dismissed with prejudice with each party to bear its own costs. Plaintiff's claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. are not being dismissed.

DATED: May 3, 2018

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com
*Counsel for Plaintiff*

| | |
|---|---|
| */s/Douglas J. Moore* <br> Douglas J. Moore <br> Kelly Brilleaux <br> Irwin Fritchie Urquhart & Moore <br> 500 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Phone: 504-310-2100 <br> Fax: 504-310-2100 <br> dmoore@irwinllc.com <br> kbrilleaux@irwinllc.com <br><br> *Defense Liaison Counsel* | /s/John F. Olinde <br> John F. Olinde <br> Chaffe McCall LLP <br> 2300 Energy Centre <br> 1100 Poydras Street <br> New Orleans, LA 70163-2300 <br> Phone: 504-585-7241 <br> Fax: 204-544-6084 <br> olinde@chaffe.com <br><br> *Defense Liaison Counsel* |
| */s/Harley V. Ratliff* <br> Harley V. Ratliff <br> Kelly Bieri <br> Shook, Hardy & Bacon LLP <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Phone: 816-474-6550 <br> Fax: 816-421-5547 <br> hratliff@shb.com <br> kbieri@shb.com <br><br> *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* | */s/Brandon D. Cox* <br> Brandon D. Cox <br> Tucker Ellis LLP <br> 950 Main Avenue, Suite 1100 <br> Cleveland, OH 44113-7213 <br> Phone: 216-592-5000 <br> Fax: 216-592-5009 <br> brandon.cox@tuckerellis.com <br><br> *Counsel for Defendant Accord Healthcare Inc.* |
| */s/Evan Holden* <br> Evan Holden <br> Greenberg Traurig, LLP <br> Terminus 200 <br> 3333 Piedmont Road NE, Suite 2500 <br> Atlanta, GA 30305 <br> Phone: 678-553-2100 <br> Fax: 678-553-2100 <br> holdene@gtlaw.com <br><br> *Counsel for Defendant Sandoz, Inc.* | */s/Mara Cusker Gonzalez* <br> Mara Cusker Gonzalez <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Phone: 212-849-7000 <br> Fax: 212-849-7100 <br> maracuskergonzalez@quinnemanuel.com <br><br> *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer, Inc.* |

*/s/Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State Street
Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


*/s/Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
Jeffrey R. Schaefer
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: 513-698-5064
Fax: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com
jschaefer@ulmer.com

*Counsel for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

/s/ Panagiotis V. Albanis