UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL) PRODUCTS　　　MDL NO. 2740
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Eunice Villegas, et al v. Sanofi S.A., et al*, 18-2598
*Ramona Gibson, et al v. Sanofi, S.A., et al*, 18-2601
*Renisha Brown, et al v. Sanofi, et al*, 18-2599
*Saima Shajahan, et al v. Sanofi S.A., et al*, 18-2600

*EX PARTE* MOTION FOR ORDER OF SEVERANCE
PURSUANT TO PRETRIAL ORDER NO. 65

　　　　NOW INTO COURT come plaintiffs, through the Plaintiffs' undersigned counsel, who respectfully request that the Court issue an Order of Severance related to the above identified member cases pursuant to the terms set forth in Pretrial Order No. 65 (Rec. Doc. 959). Plaintiffs' proposed Order of Severance, attached hereto, provides that the individual plaintiffs' claims are severed from their original complaints. Pretrial Order No. 65 requires that the claims of a plaintiff who has used a docetaxel product and a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall together be treated as one "individual plaintiff." Upon issuance of the requested Order of Severance, the severed individual plaintiffs will follow the procedure set forth in Pretrial Order No. 65 to file individual Short Form Complaints.

　　　　WHEREFORE, plaintiffs pray that their attached proposed Order of Severance be entered and, accordingly, that the claims of the individual plaintiffs in the above referenced actions be severed as set forth in Pretrial Order No. 65.

1

DATED: May 4, 2018

        NAPOLI SHKOLNIK PLLC
*/s/ Hunter Shkolnik*
Hunter Shkolnik, Esq.
Jennifer Liakos
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
      jliakos@napolilaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

DATED: April 13, 2018

                                                                      /s/Hunter J. Shkolnik
                                                                       Hunter J. Shkolnik, Esquire