UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL) PRODUCTS      MDL NO. 2740
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Eunice Villegas, et al v. Sanofi S.A., et al*, 18-2598
*Ramona Gibson, et al v. Sanofi, S.A., et al*, 18-2601
*Renisha Brown, et al v. Sanofi, et al*, 18-2599
*Saima Shajahan, et al v. Sanofi S.A., et al*, 18-2600

### [PROPOSED] ORDER OF SEVERANCE

Considering the foregoing Plaintiffs Ex Parte Motion for Order of Severance pursuant to Pretrial Order No. 65.[1]

IT IS ORDERED that the Motion is hereby GRANTED, and the individual plaintiffs'[2] claims in the above captioned member cases are hereby severed from their original complaints. The individual plaintiffs (and any plaintiff with a derivative claim) shall follow the procedures set forth in Pretrial Order No. 65 (Rec. Doc. 959) for filing individual Short Form Complaints, and shall file any Short Form Complaint within 45 days from this Order of Severance.

New Orleans, Louisiana this____day of_____, 2018.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

---

[1] This Court acknowledges that Plaintiffs' are not consenting to this Court's jurisdiction. Plaintiffs have concurrently filed a Motion to Remand to the Circuit Court of Cook County Illinois.

[2] An individual plaintiff who has used a docetaxel product who is joined with a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall be treated as one "individual plaintiff."

1