UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

CASE MANAGEMENT ORDER NO. 8B
[AMENDING CASE MANAGEMENT ORDER NO. 8A TO SUBSTITUTE TRIAL PLAINTIFF FOR MDL TRIAL NO. 2]

Considering the Unopposed Motion of Sandoz Inc. to Substitute Trial Plaintiff in the Trial Scheduling Order for MDL Trial No. 2 (Rec. Doc. 2330);

**IT IS HEREBY ORDERED** that Case Management Order No. 8A setting forth the Trial Scheduling Order for the second MDL trial (Rec. Doc. 1099) is amended as follows:

Plaintiff Priscilla Cazayoux, Case No. 2:17-cv-00766, is hereby removed from the pool of trial plaintiffs identified therein, and is hereby replaced by Plaintiff Keri Bland, Case No. 2:17-cv-06059.

New Orleans, Louisiana this 3rd day of May 2018.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**