UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: Debra Chetta v. Sanofi S.A., et al Case No. 2:16-cv-17731 | SECTION "N" (5) HON. KURT D. ENGELHARDT |

## ORDER OF SEVERANCE

Considering the foregoing Ex-Parte Motion (Rec. Doc. 2400) for Order of Severance pursuant to Pre-Trial Order No. 65 (Rec. Doc. 1120),

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the plaintiff's claim in the above captioned member case is hereby severed from their original complaint. The individual plaintiff shall follow the procedures set forth in Pre-Trial Order No. 65 (Rec. Doc. 959) for filing individual Short form Complaints and shall file any Short Form Complaint within 45 days from this Order of Severance.

**IT IS FURTHER ORDERED** that the plaintiff's previous Ex-Parte Motion for Order of Severance pursuant to Pre-Trial Order No. 65 (Rec. Doc. 1120) at Rec. Doc. 2110 is now **MOOT.**

New Orleans, Louisiana this 3rd day of May 2018.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE