# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Rosozena Hockaday-Adams

Case No.: 16-cv-15563

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2149) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 3rd day of May 2018

*[signature]*

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**