UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| BEVERLY SMOCK | |
| Plaintiff(s), | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| vs. | ORDER |
| SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:16-cv-15673 |
| Defendants. | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2241) and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint that was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 3rd day of May, 2018

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

1