# APPENDIX C.9

Missing PFS (sanofi)

| Case Name | MDL Docket No. |
|---|---|
| Adams, Lucy v. Sanofi US LLC, et al.[1] | 2:17-cv-15207 |
| Agnew, Earlene v. Sanofi SA, et al. | 2:18-cv-01306 |
| Aldridge, Adele v. Sanofi SA, et al. | 2:17-cv-17973 |
| Alford, Michele v. Sanofi US LLC, et al. | 2:17-cv-16288 |
| Al-Jabari, Fatina v. Sanofi US LLC, et al. | 2:17-cv-14857 |
| Allain, Carol v. Sanofi SA, et al. | 2:18-cv-01308 |
| Allison, Ebony Michelle v. Sanofi US LLC, et al. | 2:17-cv-16133 |
| Allison, Jackie v. Sanofi US LLC, et al. | 2:17-cv-16542 |
| Amison, Johnnie v. Sanofi US LLC, et al. | 2:17-cv-14973 |
| Anderson, Karla v. Sanofi US LLC, et al. | 2:17-cv-15897 |
| Anderson, Kathleen v. Sanofi SA, et al. | 2:18-cv-00335 |
| Anderson, Ruby v. Sanofi US LLC, et al. | 2:17-cv-14549 |
| Anderson-Eckert, Leslie v. Sanofi SA, et al. | 2:18-cv-00338 |
| Appleby, Tina H. v. Sanofi SA, et al. | 2:18-cv-00102 |
| Arceneaux, Stephanie v. Sanofi US LLC, et al. | 2:17-cv-15582 |
| Archer, Michele v. Sanofi US LLC, et al. | 2:17-cv-16854 |
| Argiro, Andrea v. Sanofi SA, et al. | 2:17-cv-17960 |
| Armour, Betty v. Sanofi SA, et al. | 2:17-cv-16285 |
| Arthur, Kathryn v. Sanofi SA, et al. | 2:18-cv-00340 |
| Atchison, Cheryl v. Sanofi US LLC, et al. | 2:17-cv-16190 |
| Bailey, Margaret v. Sanofi US LLC, et al. | 2:17-cv-14432 |
| Baker-Graham, Elaine v. Sanofi US LLC, et al. | 2:17-cv-14990 |
| Banks, Sherri v. Sanofi US LLC, et al. | 2:17-cv-15591 |
| Banner, Sandra v. Sanofi US LLC, et al. | 2:17-cv-16203 |

---

[1] In connection with certain cases that are on this Appendix for failure to comply with Amended PTO 22, Para 4 (Rec. Doc. 325), Defendants recognize that not every case listed is appropriate for immediate dismissal. Under Amended PTO 22, Para 4, law firms that filed over 25 cases on a single day were obligated to submit not less than 25 Plaintiff Fact Sheets within 75 days of the Complaint filing date. In fairness to Plaintiffs, Defendants have not here selected among the outstanding Plaintiffs which should be dismissed. Rather, to the extent those firms cure this deficiency at least 5 days before the next Status Conference, by submitting as many outstanding fact sheets as are necessary to reach 25 submissions for each date with more than 25 complaint filings, and alert Defendants to such submissions, Defendants will remove all of those firms' remaining cases from this list for that specific Complaint filling date. To the extent those plaintiff firms fail to submit the necessary PFSs, Defendants will identify for the Court how many cases are outstanding from each firm and which cases on this list belong to those firms.

| Case Name | MDL Docket No. |
|---|---|
| Beaton, Patricia v. Sanofi SA, et al. | 2:18-cv-01309 |
| Bell, Saundra v. Sanofi US LLC, et al. | 2:17-cv-16223 |
| Bennett, Sheila v. Sanofi US LLC, et al. | 2:17-cv-16211 |
| Bennett, Suzanne v. Sanofi US LLC, et al. | 2:17-cv-15477 |
| Benton, Debby v. Sanofi SA, et al. | 2:18-cv-00280 |
| Berger, Joyce v. Sanofi SA, et al. | 2:18-cv-01310 |
| Berry, Carolyn v. Sanofi US LLC, et al. | 2:17-cv-16558 |
| Berry, Jean v. Sanofi SA, et al. | 2:18-cv-01399 |
| Bethard, Christie v. Sanofi US LLC, et al. | 2:17-cv-16279 |
| Beyer, Patricia v. Sanofi SA, et al. | 2:17-cv-17975 |
| Bishop, Faye v. Sanofi SA, et al. | 2:18-cv-01312 |
| Blair, Sonja v. Sanofi SA, et al. | 2:17-cv-17977 |
| Blake, Schelaundye v. Sanofi US LLC, et al. | 2:17-cv-15019 |
| Blakney, Brenda v. Sanofi SA, et al. | 2:18-cv-01313 |
| Bookert, Ethel v. Sanofi US LLC, et al. | 2:17-cv-14568 |
| Booth, Carolyn v. Sanofi SA, et al. | 2:17-cv-17662 |
| Borgardt, Lillian v. Sanofi SA, et al. | 2:17-cv-09677 |
| Bornfreund, Renee v. Sanofi SA, et al. | 2:17-cv-17980 |
| Bouey, Bonnie v. Sanofi US LLC, et al. | 2:17-cv-13952 |
| Bourgeois, Sidney v. Sanofi SA, et al. | 2:18-cv-00519 |
| Bowie, Barbara v. Sanofi US LLC, et al. | 2:17-cv-15025 |
| Boyd, Annette v. Sanofi US LLC, et al. | 2:17-cv-16255 |
| Boyd, Virginia v. Sanofi SA, et al. | 2:18-cv-01314 |
| Boykins, Shanna v. Sanofi US LLC, et al. | 2:17-cv-14050 |
| Boyles, Nancy v. Sanofi SA, et al. | 2:18-cv-01315 |
| Briscoe, Regina v. Sanofi SA, et al. | 2:18-cv-00297 |
| Brockington, Jurell v. Sanofi US LLC, et al. | 2:17-cv-15602 |
| Brooks, Denise v. Sanofi US LLC, et al. | 2:17-cv-16219 |
| Brooks, Nancy v. Sanofi US LLC, et al. | 2:17-cv-15027 |
| Broomer, Denise v. Sanofi US LLC, et al. | 2:17-cv-15608 |
| Brown, Cheryl v. Sanofi SA, et al. | 2:18-cv-01316 |
| Brown, Johnnie v. Sanofi US LLC, et al. | 2:17-cv-15482 |
| Brown, Kimberly v. Sanofi US LLC, et al. | 2:17-cv-15485 |
| Brown, Veronica v. Sanofi US LLC, et al. | 2:17-cv-14745 |
| Brown-Daniels, Beverly v. Sanofi US LLC, et al. | 2:17-cv-15030 |
| Bruemmer, Emi v. Sanofi US LLC, et al. | 2:17-cv-15054 |
| Bryant, Sheila v. Sanofi SA, et al. | 2:18-cv-00895 |

| Case Name | MDL Docket No. |
|---|---|
| Buck, Teresa v. Sanofi SA, et al. | 2:17-cv-17981 |
| Buquet, Joyann G. v. Sanofi SA, et al. | 2:18-cv-00800 |
| Burns, Kimberly v. Sanofi US LLC, et al. | 2:17-cv-16251 |
| Burzynski, Margaret v. Sanofi SA, et al. | 2:18-cv-01320 |
| Byrd, Alicia v. Sanofi SA, et al. | 2:18-cv-00345 |
| Cabello, Diana v. Sanofi US LLC, et al. | 2:17-cv-16270 |
| Cahn, Heather v. Sanofi US LLC, et al. | 2:17-cv-15900 |
| Calhoun, Katherine v. Sanofi US LLC, et al. | 2:17-cv-15066 |
| Carrete, Juanita v. Sanofi US LLC, et al. | 2:17-cv-15085 |
| Carter, Sherlyn v. Sanofi US LLC, et al. | 2:17-cv-15088 |
| Casillas, Mary v. Sanofi US LLC, et al. | 2:17-cv-15772 |
| Cawthon, Connie v. Sanofi SA, et al. | 2:18-cv-01323 |
| Childs, Consuelo v. Sanofi US LLC, et al. | 2:17-cv-16273 |
| Chisman, Lisa v. Sanofi US LLC, et al. | 2:17-cv-14185 |
| Chunn, Shirlean v. Sanofi US LLC, et al. | 2:17-cv-15102 |
| Cisco, Ami (1) v. Sanofi US LLC, et al. | 2:17-cv-16594 |
| Cokley, Rosalind v. Sanofi SA, et al. | 2:18-cv-01325 |
| Cole, Diane v. Sanofi US LLC, et al. | 2:17-cv-16296 |
| Combs, Kristine v. Sanofi US LLC, et al. | 2:17-cv-17185 |
| Conaway, Brosha v. Sanofi US LLC, et al. | 2:17-cv-16292 |
| Conaway, Elaine v. Sanofi SA, et al. | 2:17-cv-17983 |
| Consonary, Jacqueline v. Sanofi SA, et al. | 2:18-cv-00525 |
| Coopersmith, Kim v. Sanofi US LLC, et al. | 2:17-cv-16334 |
| Cordray, Kathy v. Sanofi US LLC, et al. | 2:17-cv-15166 |
| Courtney, Karen v. Sanofi US LLC, et al. | 2:17-cv-15639 |
| Cox, Denise v. Sanofi US LLC, et al. | 2:17-cv-16301 |
| Crotty, Tina v. Sanofi US LLC, et al. | 2:17-cv-16311 |
| Crowley, Cynthia v. Sanofi SA, et al. | 2:18-cv-00820 |
| Curry, Shelia v. Sanofi US LLC, et al. | 2:17-cv-16338 |
| Dancy, A'lisa v. Sanofi US LLC, et al. | 2:17-cv-13934 |
| Davis, Caroline v. Sanofi SA, et al. | 2:18-cv-01328 |
| Davis, Dawnita v. Sanofi US LLC, et al. | 2:17-cv-15169 |
| Davison, Monica v. Sanofi US LLC, et al. | 2:17-cv-15906 |
| Deacy-Moore, Kathleen v. Sanofi US LLC, et al. | 2:17-cv-15462 |
| DeLeon, Gema v. Sanofi US LLC, et al. | 2:17-cv-14172 |
| Deters, Sylvia v. Sanofi US LLC, et al. | 2:17-cv-15843 |
| Dirienzo, Elaine v. Sanofi US LLC, et al. | 2:17-cv-16305 |

| Case Name | MDL Docket No. |
|---|---|
| Donaldson, Tanisha v. Sanofi SA, et al. | 2:17-cv-17987 |
| Dugan, Angela v. Sanofi US LLC, et al. | 2:17-cv-17194 |
| Dunbar-Townsel, Jacqueline v. Sanofi US LLC, et al. | 2:17-cv-15222 |
| Duplessis-Francois, Michelle v. Sanofi SA, et al. | 2:17-cv-13603 |
| Dutter, Jill v. Sanofi SA, et al. | 2:17-cv-13460 |
| Eddington, Jean v. Sanofi US LLC, et al. | 2:17-cv-16386 |
| Edwards, Crystal v. Sanofi SA, et al. | 2:17-cv-18014 |
| Edwards, Deborah v. Sanofi SA, et al. | 2:18-cv-00882 |
| Edwards, Jennifer (MN) v. Sanofi US LLC, et al. | 2:17-cv-14272 |
| Elliott, Lisa v. Sanofi US LLC, et al. | 2:17-cv-15227 |
| Emry, Shirley v. Sanofi SA, et al. | 2:18-cv-01177 |
| Espinoza, Delia v. Sanofi US LLC, et al. | 2:17-cv-16313 |
| Farley, Angela v. Sanofi US LLC, et al. | 2:17-cv-15540 |
| Farley-Panaras, Kathy v. Sanofi US LLC, et al. | 2:17-cv-17746 |
| Felton, Peggy v. Sanofi US LLC, et al. | 2:17-cv-17733 |
| Ferraiolo, Anne v. Sanofi SA, et al. | 2:18-cv-01329 |
| Filipski, Ann v. Sanofi US LLC, et al. | 2:17-cv-15235 |
| Finch, Mara v. Sanofi US LLC, et al. | 2:17-cv-13780 |
| Finister, Kim v. Sanofi SA, et al. | 2:17-cv-18016 |
| Fitzgerald, Rhonda v. Sanofi US LLC, et al. | 2:17-cv-16555 |
| Fleming, Betty v. Sanofi US LLC, et al. | 2:17-cv-15239 |
| Fleming, Patricia v. Sanofi US LLC, et al. | 2:17-cv-16949 |
| Fleming, Ruthie v. Sanofi US LLC, et al. | 2:17-cv-16878 |
| Fletcher, Valerie v. Sanofi US LLC, et al. | 2:17-cv-16953 |
| Ford, Tiffany v. Sanofi US LLC, et al. | 2:17-cv-16302 |
| Foster, Florence v. Sanofi US LLC, et al. | 2:17-cv-16295 |
| Franklin, Pamelia v. Sanofi US LLC, et al. | 2:17-cv-15243 |
| Fulton, Donna v. Sanofi US LLC, et al. | 2:17-cv-16424 |
| Fuselier, Shannon v. Sanofi SA, et al. | 2:17-cv-18020 |
| Gaines, Debra v. Sanofi US LLC, et al. | 2:17-cv-15648 |
| Gants, Regina v. Sanofi SA, et al. | 2:17-cv-18017 |
| Gathings, Theresa v. Sanofi US LLC, et al. | 2:17-cv-17021 |
| Gibb, Cathryn v. Sanofi US LLC, et al. | 2:17-cv-16299 |
| Giel, Diane v. Sanofi SA, et al. | 2:18-cv-01331 |
| Gilbert, Sherry v. Sanofi US LLC, et al. | 2:17-cv-15908 |
| Gillespie, Dorothy v. Sanofi US LLC, et al. | 2:17-cv-15892 |
| Gipp, Debra Ann v. Sanofi SA, et al. | 2:17-cv-12201 |

| Case Name | MDL Docket No. |
|---|---|
| Gipson, Charline v. Sanofi US LLC, et al. | 2:17-cv-14872 |
| Glover, Joyce v. Sanofi US LLC, et al. | 2:17-cv-13714 |
| Goode, Cynthia v. Sanofi US LLC, et al. | 2:17-cv-15999 |
| Gorden, Ronika v. Sanofi US LLC, et al. | 2:17-cv-15253 |
| Gordon, Georgia v. Sanofi SA, et al. | 2:18-cv-00827 |
| Grace, Wylma v. Sanofi US LLC, et al. | 2:17-cv-15256 |
| Green, Sheryl v. Sanofi US LLC, et al. | 2:17-cv-13716 |
| Greene, Rupearl v. Sanofi US LLC, et al. | 2:17-cv-15849 |
| Gregory, Suzette v. Sanofi US LLC, et al. | 2:17-cv-13791 |
| Gresham, Laura v. Sanofi US LLC, et al. | 2:17-cv-16324 |
| Grissom-Jones, Shirley v. Sanofi SA, et al. | 2:18-cv-01216 |
| Gross, Charlene v. Sanofi US LLC, et al. | 2:17-cv-16321 |
| Guilkey, Jennifer v. Sanofi US LLC, et al. | 2:17-cv-15327 |
| Guthrie, Gisele v. Sanofi US LLC, et al. | 2:17-cv-17709 |
| Haase, Tammy v. Sanofi US LLC, et al. | 2:17-cv-14141 |
| Hagenburger, Christine v. Sanofi US LLC, et al. | 2:17-cv-13715 |
| Haley, Martha v. Sanofi US LLC, et al. | 2:17-cv-15758 |
| Hall, Gail v. Sanofi US LLC, et al. | 2:17-cv-16303 |
| Hall, Kathleen v. Sanofi US LLC, et al. | 2:17-cv-15649 |
| Hall, Rhoda v. Sanofi US LLC, et al. | 2:17-cv-15340 |
| Hall, Valerie v. Sanofi SA, et al. | 2:17-cv-18011 |
| Hardy, Deborah v. Sanofi US LLC, et al. | 2:17-cv-16304 |
| Harrell, Phyllis v. Sanofi US LLC, et al. | 2:17-cv-16734 |
| Harrington, Patricia v. Sanofi US LLC, et al. | 2:17-cv-15356 |
| Harris, Janet v. Sanofi SA, et al. | 2:17-cv-17661 |
| Harris, Valerie v. Sanofi SA, et al. | 2:17-cv-13459 |
| Harry, Lorraine v. Sanofi US LLC, et al. | 2:17-cv-16307 |
| Hart-Bertulis, Jill v. Sanofi US LLC, et al. | 2:17-cv-16306 |
| Hartman, Deborah v. Sanofi US LLC, et al. | 2:17-cv-16308 |
| Hartung, Denise v. Sanofi US LLC, et al. | 2:17-cv-13873 |
| Hastings, Nelda v. Sanofi US LLC, et al. | 2:17-cv-16312 |
| Hasty, Judith v. Sanofi US LLC, et al. | 2:17-cv-16916 |
| Hatton-Smith, Elisea v. Sanofi US LLC, et al. | 2:17-cv-16316 |
| Henderson, Joe May v. Sanofi SA, et al. | 2:18-cv-00641 |
| Henderson, Murry v. Sanofi SA, et al. | 2:17-cv-15501 |
| Hernandez, Marla v. Sanofi US LLC, et al. | 2:17-cv-16373 |
| Hernandez, Sabrina v. Sanofi SA, et al. | 2:17-cv-15396 |

| Case Name | MDL Docket No. |
|---|---|
| Herndon, Sheri v. Sanofi US LLC, et al. | 2:17-cv-16375 |
| Herrin, Leola v. Sanofi US LLC, et al. | 2:17-cv-15457 |
| Hicks, Bettie v. Sanofi US LLC, et al. | 2:17-cv-15458 |
| Hilgert, Carolyn v. Sanofi US LLC, et al. | 2:17-cv-16378 |
| Hill, Christa v. Sanofi US LLC, et al. | 2:17-cv-15465 |
| Hill, Victoria v. Sanofi US LLC, et al. | 2:17-cv-16387 |
| Hodge, Candy v. Sanofi US LLC, et al. | 2:17-cv-16105 |
| Hooper, Virginia v. Sanofi US LLC, et al. | 2:17-cv-15743 |
| Howell, Kate v. Sanofi US LLC, et al. | 2:17-cv-16349 |
| Hucik, Donna v. Sanofi US LLC, et al. | 2:17-cv-16354 |
| Hudgon, Marleen v. Sanofi SA, et al. | 2:18-cv-01335 |
| Hurrell, Catherine v. Sanofi US LLC, et al. | 2:17-cv-13954 |
| Huston, Lori v. Sanofi US LLC, et al. | 2:17-cv-16336 |
| Ingram, Jacquelyne v. Sanofi US LLC, et al. | 2:17-cv-16376 |
| Jackson, Ayesha v. Sanofi US LLC, et al. | 2:17-cv-15508 |
| Jackson, Robbin v. Sanofi US LLC, et al. | 2:17-cv-16760 |
| Jackson, Sandra (IL) v. Sanofi US LLC, et al. | 2:17-cv-15920 |
| James, Anthalena v. Sanofi US LLC, et al. | 2:17-cv-16367 |
| James, Avis v. Sanofi US LLC, et al. | 2:17-cv-15686 |
| Jarrel, Donna v. Sanofi SA, et al. | 2:18-cv-00349 |
| Jennings, Alicia D. v. Sanofi SA, et al. | 2:18-cv-01318 |
| Jimenez, Maricela v. Sanofi US LLC, et al. | 2:17-cv-15514 |
| Johnson, Gwendolyn v. Sanofi US LLC, et al. | 2:17-cv-15957 |
| Johnson, Jo Ann v. Sanofi US LLC, et al. | 2:17-cv-16618 |
| Johnson, Marilyn v. Sanofi US LLC, et al. | 2:17-cv-15927 |
| Johnson, Michele v. Sanofi US LLC, et al. | 2:17-cv-16392 |
| Johnson, Reginald Ann v. Sanofi SA, et al. | 2:18-cv-01385 |
| Johnson, Sandra L. v. Sanofi SA, et al. | 2:17-cv-13699 |
| Jones, Anquanita v. Sanofi US LLC, et al. | 2:17-cv-16961 |
| Jones, Margaret J. v. Sanofi US LLC, et al. | 2:17-cv-14843 |
| Jones, Mary Louise (OH) v. Sanofi US LLC, et al. | 2:17-cv-15523 |
| Jones, Rubbie v. Sanofi SA, et al. | 2:18-cv-01175 |
| Jones, Sheryl v. Sanofi US LLC, et al. | 2:17-cv-14055 |
| Karns, Kathryn v. Sanofi SA, et al. | 2:17-cv-08830 |
| Kay, Lori v. Sanofi US LLC, et al. | 2:17-cv-16396 |
| Kelley, Leslie v. Sanofi US LLC, et al. | 2:17-cv-16406 |
| Kelly, Patricia v. Sanofi US LLC, et al. | 2:17-cv-16499 |

| Case Name | MDL Docket No. |
|---|---|
| Kemper, Karen v. Sanofi US LLC, et al. | 2:17-cv-16693 |
| Keys, Deidra v. Sanofi US LLC, et al. | 2:17-cv-16501 |
| Kidd, Ardett v. Sanofi US LLC, et al. | 2:17-cv-17743 |
| Kirby, Gina v. Sanofi SA, et al. | 2:18-cv-01337 |
| Kirk, Loretta v. Sanofi SA, et al. | 2:17-cv-18008 |
| Kitchen, Wendy v. Sanofi SA, et al. | 2:17-cv-09810 |
| Korneeva-Vladimirsky, Irina v. Sanofi US LLC, et al. | 2:17-cv-14120 |
| Kriss, Phyllis v. Sanofi US LLC, et al. | 2:17-cv-15936 |
| Labord, Deborah v. Sanofi US LLC, et al. | 2:17-cv-15533 |
| Ladd, Angela v. Sanofi US LLC, et al. | 2:17-cv-15945 |
| Lambert, Tresila v. Sanofi SA, et al. | 2:18-cv-01219 |
| Lamp Bowen, Elizabeth v. Sanofi US LLC, et al. | 2:17-cv-16859 |
| Lands, Margaret v. Sanofi SA, et al. | 2:17-cv-08330 |
| Lange, Marianna v. Sanofi US LLC, et al. | 2:17-cv-16398 |
| Lawyer, Patricia v. Sanofi US LLC, et al. | 2:17-cv-14558 |
| Leathers, Carol v. Sanofi US LLC, et al. | 2:17-cv-16401 |
| Lee, Adrianne v. Sanofi US LLC, et al. | 2:17-cv-15536 |
| Lefrois, Patricia v. Sanofi SA, et al. | 2:18-cv-00523 |
| Lemmie, Patricia v. Sanofi US LLC, et al. | 2:17-cv-16504 |
| Lemon, Betty v. Sanofi US LLC, et al. | 2:17-cv-15573 |
| Lenches, Elizabeth v. Sanofi SA, et al. | 2:17-cv-18006 |
| Lerch, Deborah Ann v. Sanofi US LLC, et al. | 2:17-cv-14098 |
| Leverett, Lisa v. Sanofi US LLC, et al. | 2:17-cv-16494 |
| Lipscomb, Teresa v. Sanofi US LLC, et al. | 2:17-cv-16372 |
| Loomis, Linda v. Sanofi US LLC, et al. | 2:17-cv-14246 |
| Loveless, Lydedra v. Sanofi SA, et al. | 2:18-cv-01167 |
| Lowe, Kimberly v. Sanofi SA, et al. | 2:17-cv-13465 |
| Luken, Patricia v. Sanofi US LLC, et al. | 2:17-cv-16443 |
| Lyda, Tanya v. Sanofi US LLC, et al. | 2:17-cv-16341 |
| Lynn, Brenda v. Sanofi US LLC, et al. | 2:17-cv-15941 |
| Mackson, Helen v. Sanofi US LLC, et al. | 2:17-cv-16954 |
| Magee, Linda v. Sanofi SA, et al. | 2:17-cv-18004 |
| Main, Margaret v. Sanofi SA, et al. | 2:18-cv-01387 |
| Mallia, Kathleen v. Sanofi SA, et al. | 2:18-cv-01338 |
| Markley, Lori v. Sanofi US LLC, et al. | 2:17-cv-15950 |
| Marten, Kathleen v. Sanofi US LLC, et al. | 2:17-cv-14129 |
| Martin, Geneva v. Sanofi US LLC, et al. | 2:17-cv-15904 |

| Case Name | MDL Docket No. |
|---|---|
| Martin, Lecia v. Sanofi SA, et al. | 2:18-cv-01220 |
| Martinelli, Eunice v. Sanofi US LLC, et al. | 2:17-cv-15580 |
| Mason, Betty J. v. Sanofi SA, et al. | 2:18-cv-00985 |
| Matthews, Darlene v. Sanofi US LLC, et al. | 2:17-cv-16108 |
| Matthews, Joann v. Sanofi US LLC, et al. | 2:17-cv-17016 |
| May, Georgina v. Sanofi US LLC, et al. | 2:17-cv-15952 |
| McClellan, Kimberly v. Sanofi SA, et al. | 2:18-cv-01339 |
| McConnell, Kimberly v. Sanofi US LLC, et al. | 2:17-cv-15589 |
| McCoy, Jean v. Sanofi US LLC, et al. | 2:17-cv-16965 |
| McDougal, Kimberly v. Sanofi US LLC, et al. | 2:17-cv-16911 |
| McDowell, Rita v. Sanofi SA, et al. | 2:18-cv-01356 |
| McFee, Richela v. Sanofi SA, et al. | 2:18-cv-01357 |
| McKinney, Vivian v. Sanofi US LLC, et al. | 2:17-cv-16446 |
| McNair, Michelle v. Sanofi US LLC, et al. | 2:17-cv-15955 |
| McReynolds, Margaret v. Sanofi US LLC, et al. | 2:17-cv-16447 |
| Medlin, Janet v. Sanofi US LLC, et al. | 2:17-cv-15911 |
| Melendez, Melissa v. Sanofi US LLC, et al. | 2:17-cv-16362 |
| Melnyk, Katherine v. Sanofi US LLC, et al. | 2:17-cv-15854 |
| Melton, Glenda v. Sanofi US LLC, et al. | 2:17-cv-16492 |
| Mercado, Varnaca v. Sanofi SA, et al. | 2:17-cv-17708 |
| Mercher, Claudia v. Sanofi US LLC, et al. | 2:17-cv-15592 |
| Merritt, Christine v. Sanofi US LLC, et al. | 2:17-cv-16866 |
| Merritt, Jo Ann v. Sanofi US LLC, et al. | 2:17-cv-14084 |
| Middleton-Johnson, Lakeeta v. Sanofi US LLC, et al. | 2:17-cv-16477 |
| Miles, Gwendolyn v. Sanofi US LLC, et al. | 2:17-cv-16491 |
| Miles-Kendall, Janette v. Sanofi US LLC, et al. | 2:17-cv-15597 |
| Milidones, Josephine and Dino Milidones v. Sanofi US LLC, et al. | 2:17-cv-16763 |
| Miller, Martha v. Sanofi SA, et al. | 2:17-cv-13713 |
| Miller, Shirley v. Sanofi SA, et al. | 2:18-cv-01389 |
| Mitts, Carolyn v. Sanofi US LLC, et al. | 2:17-cv-16089 |
| Monroe, Janise v. Sanofi SA, et al. | 2:17-cv-18001 |
| Moore, Rhonda v. Sanofi US LLC, et al. | 2:17-cv-15963 |
| Moore-Payne, Margarett v. Sanofi US LLC, et al. | 2:17-cv-15771 |
| Morales, Diane v. Sanofi US LLC, et al. | 2:17-cv-15969 |
| Morris, Carolyn v. Sanofi SA, et al. | 2:17-cv-17955 |
| Morris, Wanda v. Sanofi US LLC, et al. | 2:17-cv-16508 |

| Case Name | MDL Docket No. |
|---|---|
| Moss, Marilynn v. Sanofi SA, et al. | 2:18-cv-01223 |
| Murphy, Jean v. Sanofi US LLC, et al. | 2:17-cv-14545 |
| Myers, Sherri v. Sanofi US LLC, et al. | 2:17-cv-13958 |
| Navarro, Consolacion v. Sanofi US LLC, et al. | 2:17-cv-15245 |
| Navarro-Ortiz, Lisa v. Sanofi US LLC, et al. | 2:17-cv-14826 |
| Navazi, Waleska v. Sanofi SA, et al. | 2:18-cv-01224 |
| Necastro, Margaret v. Sanofi US LLC, et al. | 2:17-cv-13940 |
| Nelson, Betty v. Sanofi US LLC, et al. | 2:17-cv-15778 |
| Nelson, Synthia v. Sanofi US LLC, et al. | 2:17-cv-16957 |
| Newsom, Martha v. Sanofi US LLC, et al. | 2:17-cv-16263 |
| Noone, Jean v. Sanofi US LLC, et al. | 2:17-cv-15977 |
| Nunn, Angela v. Sanofi US LLC, et al. | 2:17-cv-15983 |
| Nystrom, Deborah v. Sanofi US LLC, et al. | 2:17-cv-16374 |
| Ochs, Judith v. Sanofi US LLC, et al. | 2:17-cv-14542 |
| O'Daniel, Mary v. Sanofi US LLC, et al. | 2:17-cv-16781 |
| Olaiz, Evelyn v. Sanofi US LLC, et al. | 2:17-cv-16486 |
| Oliver, Edna v. Sanofi SA, et al. | 2:17-cv-09012 |
| Oliver, Faustyne v. Sanofi US LLC, et al. | 2:17-cv-15685 |
| Overman, Laveion v. Sanofi US LLC, et al. | 2:17-cv-17048 |
| Owens, Bernadette v. Sanofi US LLC, et al. | 2:17-cv-16485 |
| Owens, Jeanene v. Sanofi US LLC, et al. | 2:17-cv-16106 |
| Oxford, Julayne v. Sanofi US LLC, et al. | 2:17-cv-15605 |
| Pack, Birtie v. Sanofi US LLC, et al. | 2:17-cv-16533 |
| Page, Chellesting v. Sanofi SA, et al. | 2:17-cv-17998 |
| Pannell, Jean v. Sanofi US LLC, et al. | 2:17-cv-16448 |
| Patterson, Marlene v. Sanofi SA, et al. | 2:17-cv-17463 |
| Paul, Paula v. Sanofi US LLC, et al. | 2:17-cv-16449 |
| Payne, Betty v. Sanofi US LLC, et al. | 2:17-cv-15991 |
| Perry, Dorothy v. Sanofi US LLC, et al. | 2:17-cv-16451 |
| Peterson, Sally v. Sanofi US LLC, et al. | 2:17-cv-17712 |
| Petrice, Connie v. Sanofi US LLC, et al. | 2:17-cv-15996 |
| Phillips, Saundra v. Sanofi US LLC, et al. | 2:17-cv-15611 |
| Pierre, Patricia v. Sanofi US LLC, et al. | 2:17-cv-16452 |
| Pittman, Gloria v. Sanofi US LLC, et al. | 2:17-cv-17747 |
| Placide, Franki v. Sanofi US LLC, et al. | 2:17-cv-15872 |
| Plumley, Sheryl v. Sanofi SA, et al. | 2:18-cv-01225 |
| Porter, Susie v. Sanofi US LLC, et al. | 2:17-cv-15617 |

| Case Name | MDL Docket No. |
|---|---|
| Powell, Evelyn v. Sanofi SA, et al. | 2:17-cv-17995 |
| Price, Brenda v. Sanofi US LLC, et al. | 2:17-cv-16926 |
| Prince, Kenya v. Sanofi US LLC, et al. | 2:17-cv-15621 |
| Provvidenti, Kristin v. Sanofi US LLC, et al. | 2:17-cv-16454 |
| Prunty, Anna v. Sanofi US LLC, et al. | 2:17-cv-16001 |
| Putnam, Vicky v. Sanofi US LLC, et al. | 2:17-cv-16553 |
| Quintin, Leonora v. Sanofi US LLC, et al. | 2:17-cv-16456 |
| Raley, Jessa v. Sanofi US LLC, et al. | 2:17-cv-16458 |
| Ramirez, Susan v. Sanofi US LLC, et al. | 2:17-cv-16010 |
| Ramsey, Melanie v. Sanofi US LLC, et al. | 2:17-cv-16460 |
| Ray, Edgie v. Sanofi US LLC, et al. | 2:17-cv-16015 |
| Ray, Gail v. Sanofi US LLC, et al. | 2:17-cv-17710 |
| Ray, Joy v. Sanofi US LLC, et al. | 2:17-cv-16982 |
| Reed, Barbara v. Sanofi US LLC, et al. | 2:17-cv-16462 |
| Reed, Linda v. Sanofi SA, et al. | 2:18-cv-00550 |
| Reese, Carlena v. Sanofi US LLC, et al. | 2:17-cv-14116 |
| Reese, Hastine v. Sanofi US LLC, et al. | 2:17-cv-16469 |
| Reid, Marylin v. Sanofi US LLC, et al. | 2:17-cv-16551 |
| Reynolds, Amanda Coffee v. Sanofi US LLC, et al. | 2:17-cv-15708 |
| Reynolds, Wanda v. Sanofi US LLC, et al. | 2:17-cv-16463 |
| Reznik, Lauren v. Sanofi US LLC, et al. | 2:17-cv-15881 |
| Ricciardi, Donna v. Sanofi US LLC, et al. | 2:17-cv-16974 |
| Richards, Murtis v. Sanofi US LLC, et al. | 2:17-cv-16045 |
| Riley, Dana v. Sanofi US LLC, et al. | 2:17-cv-16018 |
| Rivera, Carmen v. Sanofi US LLC, et al. | 2:17-cv-16468 |
| Rizzo, Teresa v. Sanofi US LLC, et al. | 2:17-cv-15711 |
| Roberson, Mary v. Sanofi US LLC, et al. | 2:17-cv-16026 |
| Roberts, Maria v. Sanofi US LLC, et al. | 2:17-cv-16029 |
| Robinson, Thelma v. Sanofi US LLC, et al. | 2:17-cv-16480 |
| Robinson, Wanda v. Sanofi US LLC, et al. | 2:17-cv-14452 |
| Robinson-Williams, Latonja v. Sanofi US LLC, et al. | 2:17-cv-16035 |
| Roland, Sherry v. Sanofi US LLC, et al. | 2:17-cv-16041 |
| Rosa, Virginia Rosario v. Sanofi SA, et al. | 2:17-cv-07120 |
| Rose, Margaret v. Sanofi US LLC, et al. | 2:17-cv-16437 |
| Rundell, Sarah v. Sanofi US LLC, et al. | 2:17-cv-17711 |
| Rupert, Carrie v. Sanofi SA, et al. | 2:17-cv-17993 |
| Rush, Carolyn v. Sanofi US LLC, et al. | 2:17-cv-14121 |

| Case Name | MDL Docket No. |
|---|---|
| Ryther, Jane v. Sanofi US LLC, et al. | 2:17-cv-16483 |
| Sacco, Marla v. Sanofi US LLC, et al. | 2:17-cv-16482 |
| Salinas, Graciela v. Sanofi US LLC, et al. | 2:17-cv-15712 |
| Sanchezlepe, Christine v. Sanofi SA, et al. | 2:18-cv-01226 |
| Sanderson, Kimberly v. Sanofi SA, et al. | 2:17-cv-11517 |
| Sargento, Norma v. Sanofi SA, et al. | 2:17-cv-07921 |
| Schiff, Denise v. Sanofi US LLC, et al. | 2:17-cv-16531 |
| Schmelz, Mildred v. Sanofi US LLC, et al. | 2:17-cv-15378 |
| Scott, Susan v. Sanofi SA, et al. | 2:18-cv-01227 |
| Scrivner, Tammy v. Sanofi US LLC, et al. | 2:17-cv-16479 |
| Sena, Louise v. Sanofi SA, et al. | 2:17-cv-17992 |
| Setzer, Carolyn v. Sanofi US LLC, et al. | 2:17-cv-16475 |
| Shank, Susan J. and Lloyd v. Sanofi SA, et al. | 2:18-cv-00721 |
| Sharrer, Robin v. Sanofi US LLC, et al. | 2:17-cv-16474 |
| Shaw, Martha v. Sanofi US LLC, et al. | 2:17-cv-16612 |
| Sherratt, Syma v. Sanofi SA, et al. | 2:17-cv-13463 |
| Shupiery, Rose v. Sanofi US LLC, et al. | 2:17-cv-16534 |
| Siddall, Patricia v. Sanofi US LLC, et al. | 2:17-cv-14457 |
| Siegel, Karyn v. Sanofi US LLC, et al. | 2:17-cv-15717 |
| Siegle, Sherry v. Sanofi US LLC, et al. | 2:17-cv-16546 |
| Siettmann, Elizabeth v. Sanofi US LLC, et al. | 2:17-cv-15518 |
| Simmons, Brinda v. Sanofi US LLC, et al. | 2:17-cv-16047 |
| Simpson, Peggy v. Sanofi SA, et al. | 2:17-cv-17464 |
| Sims, Jeanette v. Sanofi US LLC, et al. | 2:17-cv-15841 |
| Sloan, Latasha v. Sanofi US LLC, et al. | 2:17-cv-15675 |
| Smith, Brenda v. Sanofi US LLC, et al. | 2:17-cv-17019 |
| Smith, Darcy v. Sanofi US LLC, et al. | 2:17-cv-16056 |
| Smith, Felicia v. Sanofi US LLC, et al. | 2:17-cv-16059 |
| Smith, Francine v. Sanofi US LLC, et al. | 2:17-cv-16934 |
| Smith, Tomeka v. Sanofi US LLC, et al. | 2:17-cv-16397 |
| Smith-Thomas, Ann v. Sanofi US LLC, et al. | 2:17-cv-16061 |
| Snell, Rose Mary v. Sanofi US LLC, et al. | 2:17-cv-16063 |
| Spradlin, Kathy v. Sanofi US LLC, et al. | 2:17-cv-16521 |
| Staley, Rebekah v. Sanofi US LLC, et al. | 2:17-cv-16991 |
| Stansbury, Sharon v. Sanofi US LLC, et al. | 2:17-cv-16519 |
| Starnes, Sahndra v. Sanofi US LLC, et al. | 2:17-cv-15937 |
| Staub, Heather v. Sanofi US LLC, et al. | 2:17-cv-16417 |

| Case Name | MDL Docket No. |
|---|---|
| Stefanski, Beverly v. Sanofi US LLC, et al. | 2:17-cv-15724 |
| Stein, Barbara J. v. Sanofi US LLC, et al. | 2:17-cv-13911 |
| Stengel, Donni Ann v. Sanofi SA, et al. | 2:18-cv-01149 |
| Stratton, Angela v. Sanofi US LLC, et al. | 2:17-cv-16365 |
| Strickland, Brenda v. Sanofi US LLC, et al. | 2:17-cv-16066 |
| Strickland, Sherry v. Sanofi US LLC, et al. | 2:17-cv-15958 |
| Sullins, Barbara v. Sanofi US LLC, et al. | 2:17-cv-16517 |
| Sutherland, Carole v. Sanofi US LLC, et al. | 2:17-cv-16515 |
| Taylor, Debra v. Sanofi US LLC, et al. | 2:17-cv-16514 |
| Taylor, Gail v. Sanofi US LLC, et al. | 2:17-cv-16353 |
| Temple, Tammy v. Sanofi US LLC, et al. | 2:17-cv-16495 |
| Templeman-Deguisne, Laura v. Sanofi US LLC, et al. | 2:17-cv-16500 |
| Tennant, Eileen v. Sanofi US LLC, et al. | 2:17-cv-16502 |
| Terry, Leantre v. Sanofi SA, et al. | 2:17-cv-13711 |
| Thiesing, Carol v. Sanofi US LLC, et al. | 2:17-cv-14604 |
| Thomas, Claudia v. Sanofi US LLC, et al. | 2:17-cv-16418 |
| Thomas, Earlene v. Sanofi US LLC, et al. | 2:17-cv-16069 |
| Trejo, Laura v. Sanofi US LLC, et al. | 2:17-cv-15971 |
| Trevino-Cota, Lilia v. Sanofi US LLC, et al. | 2:17-cv-16423 |
| Tucker-Grant, Lynn v. Sanofi US LLC, et al. | 2:17-cv-16996 |
| Turnell, Dorothy v. Sanofi US LLC, et al. | 2:17-cv-15753 |
| Turner, Lisa v. Sanofi US LLC, et al. | 2:17-cv-16426 |
| Turner, Margaret v. Sanofi SA, et al. | 2:17-cv-08859 |
| Tyler, Mary D. v. Sanofi US LLC, et al. | 2:17-cv-16743 |
| Tyson, Georgette v. Sanofi US LLC, et al. | 2:17-cv-16076 |
| Urias, Jessica v. Sanofi US LLC, et al. | 2:17-cv-16513 |
| Valez, Betty v. Sanofi US LLC, et al. | 2:17-cv-16080 |
| Vanzeyl, Janice v. Sanofi US LLC, et al. | 2:17-cv-16083 |
| Vasquez, Aurora v. Sanofi US LLC, et al. | 2:17-cv-14862 |
| Veldt, Melissa v. Sanofi US LLC, et al. | 2:17-cv-14322 |
| Villarreal, Juanita v. Sanofi US LLC, et al. | 2:17-cv-15762 |
| Walker, Tammy v. Sanofi US LLC, et al. | 2:17-cv-15776 |
| Washington, Angela v. Sanofi US LLC, et al. | 2:17-cv-15783 |
| Watson, Jacqueline v. Sanofi US LLC, et al. | 2:17-cv-15791 |
| Watson, Mary v. Sanofi US LLC, et al. | 2:17-cv-14226 |
| Weir, Rita v. Sanofi US LLC, et al. | 2:17-cv-14860 |
| Wells, Kiki v. Sanofi US LLC, et al. | 2:17-cv-16326 |

| Case Name | MDL Docket No. |
|---|---|
| White, Stacy v. Sanofi US LLC, et al. | 2:17-cv-15809 |
| Wiggins, Barbara v. Sanofi US LLC, et al. | 2:17-cv-16441 |
| Wigley, Willeta Janie and Ronnie Wigley v. Sanofi US LLC, et al. | 2:17-cv-16947 |
| Williams, Audrey v. Sanofi US LLC, et al. | 2:17-cv-16528 |
| Williams, Cherlynn v. Sanofi SA, et al. | 2:17-cv-12249 |
| Williams, Corliss v. Sanofi SA, et al. | 2:18-cv-00521 |
| Williams, Donicia v. Sanofi US LLC, et al. | 2:17-cv-15817 |
| Williams, Roycecia v. Sanofi US LLC, et al. | 2:17-cv-14560 |
| Williams, Terri v. Sanofi US LLC, et al. | 2:17-cv-16014 |
| Willis, Anita v. Sanofi US LLC, et al. | 2:17-cv-15826 |
| Willis, Sandra v. Sanofi SA, et al. | 2:17-cv-13458 |
| Wilson, Daphne v. Sanofi US LLC, et al. | 2:17-cv-15830 |
| Wilson, Linda v. Sanofi SA, et al. | 2:17-cv-09011 |
| Winterbottom, Andria v. Sanofi US LLC, et al. | 2:17-cv-15604 |
| Winters, Cleaster v. Sanofi US LLC, et al. | 2:17-cv-16510 |
| Wise, Brenda v. Sanofi SA, et al. | 2:17-cv-13025 |
| Woicicki, Delores v. Sanofi US LLC, et al. | 2:17-cv-15261 |
| Woods, Annie v. Sanofi US LLC, et al. | 2:17-cv-16946 |
| Woods, Fay v. Sanofi SA, et al. | 2:17-cv-11832 |
| Wright, Janice v. Sanofi SA, et al. | 2:17-cv-17990 |
| Wright, Janis v. Sanofi US LLC, et al. | 2:17-cv-16541 |
| Wright, Kathy v. Sanofi US LLC, et al. | 2:17-cv-16543 |
| Wright, Mary v. Sanofi SA, et al. | 2:17-cv-06280 |
| Wynne, Annette v. Sanofi US LLC, et al. | 2:17-cv-16554 |
| Yancey, Marie v. Sanofi SA, et al. | 2:18-cv-00648 |
| Zazanis, Laura v. Sanofi US LLC, et al. | 2:17-cv-16548 |
| Zold, Jeanette v. Sanofi SA, et al. | 2:18-cv-01231 |