# APPENDIX D.9

Deficiency – No Response (sanofi)

| Plaintiff Name | MDL Docket |
|---|---|
| ABBEN, DELL | 2:17-cv-14058 |
| ABBOTT, PATSY | 2:17-cv-11709 |
| ABOUSSIE, MARGARET | 2:17-cv-14145 |
| ADAMS, MISTY | 2:17-cv-14610 |
| ADAMS, ROBIN | 2:17-cv-14195 |
| ADAMS, TESSIE | 2:17-cv-16210 |
| ADLON, VIRGINIA | 2:17-cv-17354 |
| ALDERMAN, ROXANNA | 2:17-cv-15628 |
| ALEXANDER, LYNETTE | 2:17-cv-15571 |
| ALFRED, RITA | 2:17-cv-15632 |
| ALLEN, CARLETTE | 2:17-cv-13932 |
| ALLEN, LESLIE | 2:17-cv-14196 |
| ALLEN, MARY | 2:17-cv-15751 |
| ALLMAN, ANNMARIE | 2:17-cv-16823 |
| ALTICE, PEGGY | 2:17-cv-13990 |
| ANDERSON, DEBORAH | 2:17-cv-17022 |
| ANGERVILLE, ROSELINE | 2:17-cv-14667 |
| ARGINSKY, JO ANN | 2:17-cv-14654 |
| ARLEDGE, TINA | 2:17-cv-13481 |
| ARMSTRONG, KEYONDRA | 2:17-cv-14147 |
| ATKINS, CAROLYN | 2:17-cv-15297 |
| ATTANASIO, APRIL | 2:17-cv-14982 |
| ATUATASI, MEA | 2:17-cv-16602 |
| BAILEY, AUDREY | 2:17-cv-13942 |
| BAILEY, JUDITH | 2:17-cv-11043 |
| BAKER, TRENA | 2:17-cv-16197 |
| BALES, BILLIE | 2:17-cv-12459 |
| BANKS, JOAN | 2:17-cv-15006 |
| BARTYZEL, KRISTINE | 2:17-cv-11807 |
| BECK, DOROTHY | 2:17-cv-15469 |
| BECKER HERSH, IDA | 2:17-cv-14167 |
| BECKNELL, JENNIFER | 2:17-cv-15300 |
| BELCHER, PATRICIA | 2:17-cv-17308 |
| BELL, GWEN | 2:17-cv-15713 |
| BENDER, YVONNE | 2:17-cv-16388 |
| BENTON, PATRICIA | 2:17-cv-14621 |

2

| Plaintiff Name | MDL Docket |
|---|---|
| BERRY, BALLEDETTE | 2:17-cv-13976 |
| BEVERLYMCMILLIAN, SONJA | 2:17-cv-09538 |
| BIDDY, LAURA | 2:17-cv-14317 |
| BIRD, MICHELLE | 2:17-cv-16634 |
| BLAKES, SHARANE | 2:17-cv-14793 |
| BLUFORD, DANNETT | 2:17-cv-14287 |
| BOCK, GRACE | 2:17-cv-08587 |
| BODE, PATRICIA | 2:17-cv-16598 |
| BOECK HAMLIN, MARIANNE | 2:17-cv-11494 |
| BOLDS, DOROTHY | 2:17-cv-12237 |
| BOLDS, DOROTHY | 2:17-cv-14291 |
| BONNER, JUDITH | 2:17-cv-15925 |
| BONNER, THERESA | 2:17-cv-16272 |
| BOOTHE, MELISSA | 2:17-cv-14315 |
| BOWLIN, LYNNE | 2:17-cv-17026 |
| BOWMAN, CATHERINE | 2:17-cv-16264 |
| BOWMAN, MARILYN | 2:17-cv-15836 |
| BRADLEY, JOHANNAH | 2:17-cv-13984 |
| BRATTON, JOY | 2:17-cv-14350 |
| BROOKS, BRENDA | 2:17-cv-16094 |
| BROOKS, MARIA | 2:17-cv-14374 |
| BROOKS, SHARNETT | 2:17-cv-11524 |
| BROOKS, SHAWNA | 2:17-cv-12269 |
| BROWN, BARBARA | 2:17-cv-12245 |
| BROWN, CYNTHIA | 2:17-cv-11629 |
| BROWN, DEBORAH | 2:17-cv-14752 |
| BROWN, DONNA | 2:17-cv-16229 |
| BROWN, RHONDA | 2:18-cv-00490 |
| BROWN, VIRGENIA | 2:17-cv-14400 |
| BRYAN, THERESA | 2:17-cv-17159 |
| BRYANT, IDA | 2:17-cv-13728 |
| BRYANT, OLETA | 2:17-cv-11742 |
| BULLOCK, JANICE | 2:17-cv-14212 |
| BUTTLER, MARIA | 2:17-cv-15614 |
| BUTTS, JUSLYNN | 2:17-cv-14819 |
| BYRUM, CAROL | 2:17-cv-14316 |
| CABLE, DIANE | 2:17-cv-17165 |
| CAGLE, DENISE | 2:17-cv-14415 |
| CAIN, MARY ALICE | 2:17-cv-15626 |
| CALDWELL, SHARON | 2:17-cv-15756 |

| Plaintiff Name | MDL Docket |
|---|---|
| CARPENTER, JULIA | 2:17-cv-16262 |
| CARPICO, BARBARA | 2:17-cv-14217 |
| CARRASQUILLO, LYDIA | 2:17-cv-16804 |
| CARTER, LAUNA | 2:17-cv-14219 |
| CATLIN, CHERYL | 2:17-cv-13006 |
| CAVAZOS, AMANDA | 2:17-cv-12543 |
| CERVANTES DRUIHET, MARIA | 2:17-cv-16269 |
| CHAIDEZ, JULIE | 2:17-cv-10994 |
| CHAMBERS, EARNESTINE | 2:17-cv-16620 |
| CHANDLER, KAREN | 2:17-cv-15656 |
| CHANG, SUE | 2:17-cv-12397 |
| CHARTIER, BARBARA | 2:17-cv-15576 |
| CHATTMAN, CLARICE | 2:17-cv-14366 |
| CISNEROS, MARILYN | 2:17-cv-16283 |
| CLARK, GLORIA | 2:17-cv-13007 |
| CLARKE, SANDRA | 2:17-cv-15951 |
| CLAY, CATHERYN | 2:17-cv-10996 |
| CLEMONS, VALARIE | 2:17-cv-14413 |
| CLONTS, KRISTY | 2:17-cv-12628 |
| COCHRAN, PAMELA | 2:17-cv-16084 |
| COCHRAN, WILMA | 2:17-cv-17182 |
| COCKRUM, ANNETTE | 2:17-cv-15104 |
| COLAPRETE, KATHERINE | 2:17-cv-11302 |
| COLBERT, CATHERINE | 2:17-cv-11890 |
| COLE, BELINDA | 2:16-cv-17945 |
| COLLINS, JEANETTE | 2:17-cv-15208 |
| COLLINS, PATRICIA | 2:17-cv-14019 |
| COLLINS, RHONDA | 2:17-cv-14183 |
| COLLINS, SARAH | 2:17-cv-16593 |
| COLLINS, TONIA | 2:17-cv-14186 |
| CONCANNON, CAROLE | 2:17-cv-11000 |
| CONNELLY, COLETTE | 2:17-cv-11605 |
| CONNOR, ODESSA | 2:17-cv-14422 |
| CONROY, JANICE | 2:17-cv-14041 |
| COOK, ESSIE | 2:17-cv-15981 |
| COOK, MARY | 2:17-cv-17655 |
| COPELAND, CLARA | 2:17-cv-15368 |
| COPELAND, ELLA | 2:17-cv-15131 |
| CORBITT, MARILYN | 2:17-cv-13741 |
| COSTA, JOYCE | 2:17-cv-16298 |

| Plaintiff Name | MDL Docket |
|---|---|
| COTTON, ALISON | 2:17-cv-13926 |
| COULSON, GLENDA | 2:17-cv-14099 |
| COVINGTON, KATHY | 2:17-cv-17001 |
| COWHERD, MARY | 2:17-cv-11308 |
| CRAFT, MICHELLE | 2:17-cv-12541 |
| CRENSHAW, IRETHA | 2:17-cv-14853 |
| CRIDER, ROBIN | 2:17-cv-14247 |
| CUNNINGHAM, DEBORAH | 2:17-cv-16172 |
| CURLIN, SUSIE | 2:17-cv-13743 |
| DANIELS, VERA | 2:17-cv-15071 |
| DAUPHIN, KAREN | 2:17-cv-11420 |
| DAVIS, DIANE | 2:17-cv-07812 |
| DAVIS, EDEN | 2:17-cv-15643 |
| DAVIS, GLORIA | 2:17-cv-16280 |
| DAVIS, SHIRLEY | 2:17-cv-14669 |
| DAWSON, MARY | 2:17-cv-16661 |
| DE LA CRUZ, ANNALIS | 2:17-cv-14079 |
| DEHAAS, JOYCE | 2:17-cv-17190 |
| DELGIORNO, CINDY | 2:17-cv-15736 |
| DELIS, MARIA | 2:17-cv-13407 |
| DELLIT, MICHELLE | 2:17-cv-10885 |
| DEMEO, TEAGAN | 2:17-cv-11413 |
| DEMERY, BILLIE | 2:17-cv-10370 |
| DENELSBECK, VICKIE | 2:17-cv-15869 |
| DENNIS, ANNIE | 2:17-cv-14618 |
| DEWEES, TAMMY | 2:17-cv-15874 |
| DEYOUNG, CYNTHIA | 2:17-cv-16216 |
| DIETRICH, JANET | 2:17-cv-11943 |
| DILLARD, JANICE | 2:17-cv-15380 |
| DORN, TINA | 2:17-cv-14314 |
| DORSEY, CAROLYN | 2:17-cv-12693 |
| DORSEY, JANIE | 2:17-cv-12259 |
| DOZIER PIAZZA, AUDREY | 2:17-cv-15625 |
| DUBOIS, TOSHIA | 2:17-cv-14850 |
| DUNCAN, VITALIS | 2:17-cv-16821 |
| EANES, ANGELA | 2:17-cv-14676 |
| EDWARDS, JOYCE | 2:17-cv-14546 |
| EGAN, ISABELLE | 2:17-cv-12726 |
| EGGLESTON, ALINDA | 2:17-cv-14122 |
| ELDRIDGE, PATRICIA | 2:17-cv-15402 |

| Plaintiff Name | MDL Docket |
| --- | --- |
| ELLIS, ROMMIE | 2:17-cv-12782 |
| EPPERSON, JESSICA | 2:17-cv-15302 |
| ETHERIDGE, CARISA | 2:17-cv-09431 |
| EVANS, JOELLEN | 2:17-cv-16988 |
| EVANS, ROSA | 2:17-cv-11816 |
| EVERLINE, GWENDOLYN | 2:17-cv-10720 |
| EZZELL, LISA | 2:17-cv-11579 |
| FANTAUZZI, JUANITA | 2:17-cv-11523 |
| FARMER, COLLEEN | 2:17-cv-10795 |
| FELIPE, BLANCA | 2:17-cv-16724 |
| FERGUSON, WANDA | 2:17-cv-15345 |
| FERNANDES, JUDITH | 2:17-cv-16101 |
| FESSENDEN, DIANA | 2:17-cv-16290 |
| FEZZUOGLIO, EDITH | 2:17-cv-14092 |
| FINAN, DARLENE | 2:17-cv-15298 |
| FINGERS, ALICE | 2:18-cv-00144 |
| FISHER, LORI | 2:17-cv-15237 |
| FITZGERALD, KAREN | 2:17-cv-15577 |
| FLYNN, MONICA | 2:17-cv-14885 |
| FOREMAN, DEBRA | 2:17-cv-15241 |
| FORTENBERRY, DONNA | 2:17-cv-10219 |
| FOSTER, ROSIE | 2:17-cv-14307 |
| FRANK, NELDA | 2:17-cv-14855 |
| FREEMAN, RACHAEL | 2:17-cv-08804 |
| FREY, ANDREA KAY | 2:17-cv-12253 |
| FRIDLEY, LYNNE | 2:17-cv-11329 |
| FUNCHESS, CHERYL | 2:18-cv-00204 |
| GADAS, LINDA | 2:17-cv-16711 |
| GANTT ARSHAD, VICTORIA | 2:17-cv-13041 |
| GARCIA, CATALINA | 2:17-cv-14673 |
| GARRETT, STELLA | 2:17-cv-16179 |
| GARVIN, VICIE | 2:17-cv-14567 |
| GEBAUER, JUDY | 2:18-cv-00266 |
| GENTIS, SUZETTE | 2:17-cv-14339 |
| GEORGE, MARIA | 2:17-cv-16086 |
| GERSON, SHEILA | 2:17-cv-14341 |
| GHOLSON, SHEILA | 2:17-cv-16090 |
| GILCHRIST, IRIS | 2:17-cv-13778 |
| GIVAN, PATRICIA | 2:17-cv-14344 |
| GOFORTH, CAROL | 2:17-cv-08321 |

| Plaintiff Name | MDL Docket |
|---|---|
| GOLD, INGRID | 2:17-cv-15658 |
| GONZALES, MARTHA | 2:17-cv-14125 |
| GOODWILL, JUDY | 2:17-cv-16377 |
| GORDON, PATRICIA | 2:17-cv-13971 |
| GORE, DONAH | 2:17-cv-16381 |
| GOSSETT, DEIDRA | 2:17-cv-13131 |
| GRAHAM, BERNADETTE | 2:17-cv-11828 |
| GRANT, KIMBERLY | 2:17-cv-12263 |
| GREEN, GILDA | 2:17-cv-12400 |
| GREEN, JENNIFER | 2:17-cv-13409 |
| GREENWELL, HAZEL | 2:17-cv-14404 |
| GREENWOOD, JACQUELINE | 2:17-cv-13430 |
| GRIFFIN, NORA | 2:17-cv-15701 |
| GRILL, JOAN | 2:17-cv-16775 |
| GRIMM, JOSEPHINE | 2:17-cv-14264 |
| GRIMSLEY, CASSANDRA | 2:17-cv-16081 |
| GROOTWASSINK, DONNA | 2:17-cv-15767 |
| GROSS, BRENDA | 2:17-cv-17102 |
| GROSS, JOAN | 2:17-cv-11337 |
| GROSSI, CARMELINA | 2:17-cv-16087 |
| GURLEY, ADRIENNE | 2:17-cv-14531 |
| GYANI, RENU | 2:17-cv-12504 |
| HADDAD, ALIZABETH | 2:17-cv-16236 |
| HADDAD, BRENDA | 2:17-cv-13624 |
| HALL, MATTIE | 2:17-cv-15341 |
| HAMELIN, TAMIKA | 2:17-cv-10413 |
| HAMILTON, IMMACULATE | 2:17-cv-16019 |
| HAMILTON, MARTHA | 2:17-cv-14357 |
| HAMM, ROTAYA | 2:17-cv-13811 |
| HAMMOND, CHERYL | 2:17-cv-15011 |
| HANCOCK, DIANE | 2:17-cv-15084 |
| HARGETT, DIANE | 2:17-cv-14646 |
| HARPE, MARGARET | 2:17-cv-11810 |
| HARRIS, DEBRA | 2:17-cv-15665 |
| HARRIS, ELEANOR | 2:17-cv-15450 |
| HART, LAUREL | 2:17-cv-12096 |
| HASSEY, TANDY | 2:17-cv-14809 |
| HASTINGS, BARBARA | 2:17-cv-15666 |
| HAWN, SHAWNA | 2:17-cv-15434 |
| HAYNES, MARTHA | 2:17-cv-15563 |

| Plaintiff Name | MDL Docket |
|---|---|
| HEALY FREY, TERRI | 2:18-cv-00205 |
| HELLER, RANDALYN | 2:17-cv-16919 |
| HENDERSON, ARETHA | 2:17-cv-11739 |
| HENDRIX, CONNIE | 2:17-cv-15521 |
| HENDRIX-CLARK, MARY | 2:17-cv-14429 |
| HENEGAN, CHARLOTTE | 2:17-cv-16733 |
| HENRY, PATRICIA | 2:17-cv-15505 |
| HERNANDEZ, ANITA | 2:17-cv-16785 |
| HERNANDEZ, SANDRA | 2:17-cv-16704 |
| HERRERA, MARIA | 2:17-cv-13467 |
| HERRINGTON, BRANDIE | 2:17-cv-13922 |
| HERZOG, JANICE | 2:17-cv-14780 |
| HEWITT, SHAR RON | 2:17-cv-13550 |
| HICKERSON, ROXANNE | 2:17-cv-15441 |
| HICKS, BILLIE | 2:17-cv-16319 |
| HIGGINS, SUSAN | 2:17-cv-17139 |
| HIGHTOWER, KAY | 2:17-cv-15490 |
| HILL MUMUNI, DONNA | 2:17-cv-14188 |
| HILL, ARLICIA | 2:17-cv-13789 |
| HOLLIS, FRENECIA | 2:17-cv-14080 |
| HOLLIS, PEARL | 2:17-cv-14879 |
| HOLMAN, HELEN | 2:17-cv-13634 |
| HOLMES, DELORIS | 2:17-cv-11034 |
| HOLTON, MARILYN | 2:17-cv-15856 |
| HOOKER, TINA | 2:17-cv-12654 |
| HOPKINS, LYNNE | 2:17-cv-14128 |
| HOSEY, PEGGY | 2:17-cv-15094 |
| HOUSTON, CECILE | 2:17-cv-16328 |
| HOWARD, MARY | 2:17-cv-15677 |
| HOWER, LINDA | 2:17-cv-15384 |
| HUBBARD, BARBARA | 2:17-cv-10661 |
| HUDGENS, TINA | 2:17-cv-14585 |
| HUGHES, LINDA | 2:17-cv-15478 |
| HUNT, DONNA | 2:17-cv-15233 |
| HYLTON, SANDRA | 2:17-cv-14963 |
| ISELIN, BARBARA | 2:17-cv-16912 |
| JACKMON, ELDORA | 2:17-cv-14988 |
| JACKSON, ANGEL | 2:17-cv-12236 |
| JACKSON, BEVERLY | 2:17-cv-11296 |
| JACKSON, BRENDA | 2:17-cv-16697 |

| Plaintiff Name | MDL Docket |
|---|---|
| JACKSON, DERDRA | 2:17-cv-14189 |
| JACKSON, SHELLEY | 2:17-cv-13912 |
| JACOBSON, ROSE | 2:17-cv-16360 |
| JANIOR, TINA | 2:17-cv-14556 |
| JANKOWIAK, AMY | 2:17-cv-16188 |
| JANSMA, TERRI | 2:17-cv-15491 |
| JEFFERSON, GLADIS | 2:17-cv-15669 |
| JEFFERSON, MICHELLE | 2:17-cv-15467 |
| JINKS OWENS, STEPHANIE | 2:17-cv-11814 |
| JOHNSON, CYNTHIA | 2:17-cv-10392 |
| JOHNSON, EVELYN | 2:17-cv-15003 |
| JOHNSON, MARY | 2:17-cv-15631 |
| JOHNSON, SHARVONNE | 2:17-cv-14663 |
| JONES, BONNIE | 2:17-cv-17211 |
| JONES, DONNA | 2:17-cv-15506 |
| JONES, JENNIFER | 2:17-cv-15995 |
| JONES, MARGARET C | 2:17-cv-15012 |
| JORDAN, SHEILA ANN | 2:17-cv-08824 |
| KAIPO KAWASAKI, GERALDINE | 2:17-cv-14276 |
| KANACH, GEORGETTE | 2:17-cv-15672 |
| KAPPELMANCULVER, SHARON | 2:17-cv-15961 |
| KEEGAN, KATHY | 2:17-cv-15606 |
| KEELAND, JAMIE | 2:17-cv-14171 |
| KELLY-JOY, WILLIEMAE | 2:17-cv-08620 |
| KING, PATIENCE | 2:17-cv-15668 |
| KIRBY, BRENDA | 2:17-cv-17944 |
| KLOTZ, KELLY | 2:17-cv-08827 |
| KNIGHT, SHELIA | 2:17-cv-17052 |
| KOCH, CATHY | 2:17-cv-11801 |
| KRESSLY, DAWN | 2:17-cv-15699 |
| KUHN, SHARON | 2:17-cv-15671 |
| KUHNS, SALLY | 2:17-cv-14755 |
| KURIGER, MARY | 2:17-cv-15662 |
| KYANKO, MARI JO | 2:17-cv-10062 |
| KYLE, ELOISE | 2:17-cv-14446 |
| LAMBALOT, PAMELA | 2:17-cv-12267 |
| LAURIANO, SANDRA | 2:17-cv-14136 |
| LAWSON, JANICE | 2:17-cv-10335 |
| LEA, KAREN | 2:17-cv-14926 |
| LEE, BRIDGET | 2:17-cv-14927 |

| Plaintiff Name | MDL Docket |
|---|---|
| LENOIR, FREDIA | 2:17-cv-14376 |
| LEVINE, KAREN | 2:17-cv-14638 |
| LEWIS, PATRICIA | 2:17-cv-11423 |
| LEWIS, RHONDA | 2:17-cv-14454 |
| LEWIS, VELMA | 2:17-cv-14139 |
| LIMBOCKER, PETRA | 2:17-cv-13003 |
| LOCKE, VALERIE | 2:17-cv-15910 |
| LONG, LISA | 2:17-cv-13640 |
| LOPES, LEIGH | 2:17-cv-14143 |
| LUCAS, BRIDGETTE | 2:17-cv-14641 |
| LUCKHURST, YAEKO | 2:17-cv-14070 |
| LUJAN, LAURA | 2:17-cv-16009 |
| LUKE, JUDY | 2:17-cv-13783 |
| LUTCHMIAH, BEATRICE | 2:17-cv-15020 |
| MACKLIN, LOUCELLIA | 2:17-cv-14571 |
| MACLEAN, JUDY | 2:17-cv-15566 |
| MAGGARD, DEBRA | 2:17-cv-14061 |
| MALCHESKI, MARGUERITE | 2:17-cv-16346 |
| MALONE, LAURIE | 2:17-cv-11628 |
| MANAHAN, ANNA | 2:17-cv-13664 |
| MARLOW, SHELLEY | 2:17-cv-12477 |
| MARTIN, DAWN | 2:17-cv-13502 |
| MARTIN, JANET | 2:17-cv-16355 |
| MASON, FLORIA | 2:17-cv-15425 |
| MATTHEWS, ANGELA | 2:17-cv-17055 |
| MAUK, STEFANIE | 2:17-cv-13431 |
| MAXEY, JAMI | 2:17-cv-15800 |
| MAY, SHARON | 2:17-cv-14934 |
| MAYER, MARIA | 2:17-cv-15353 |
| MCCLENDON, LINDA | 2:17-cv-14937 |
| MCCONNELL, DEBRA | 2:17-cv-14319 |
| MCCORD, LARIQUIA | 2:17-cv-13913 |
| MCCOY, LINDA | 2:17-cv-11441 |
| MCCUINHUTCHINS, SHARON | 2:17-cv-09438 |
| MCENEANY, WENDY | 2:17-cv-12980 |
| MCFADDEN, INGRA | 2:17-cv-14813 |
| MCKINZE, PAMELA | 2:17-cv-12172 |
| MCLEAN, KIMBERLY | 2:17-cv-15339 |
| MCMANUS, TARA | 2:17-cv-15249 |
| MCMULLEN, HELGA | 2:17-cv-17056 |

| Plaintiff Name | MDL Docket |
|---|---|
| MCPHERSON, ZABRINA | 2:17-cv-12663 |
| MEADE, IREAN | 2:17-cv-10449 |
| MEDLIN, KARON | 2:17-cv-14349 |
| MELLO, MARGARET | 2:17-cv-16527 |
| MIDDLETON, LAWANNA | 2:17-cv-14476 |
| MILES, DARRYL | 2:17-cv-12545 |
| MILLER, ASTRIDA | 2:17-cv-16393 |
| MINES, VERMONT | 2:17-cv-14157 |
| MIRANDA, CHRISTINE | 2:17-cv-16524 |
| MITCHELL, DORREN | 2:17-cv-16816 |
| MODESTIL, NADINE | 2:17-cv-13929 |
| MOFFETT, FRANCINE | 2:17-cv-14566 |
| MONTOYA, ANNE | 2:17-cv-10774 |
| MOODY, BARBARA | 2:17-cv-11108 |
| MOORE, CAROLYN | 2:17-cv-13432 |
| MOORE, GINGER | 2:17-cv-15111 |
| MOORE, MECHELE | 2:17-cv-11804 |
| MORIN, CAROLYN | 2:17-cv-12665 |
| MORRILL, PATRICIA MARIE | 2:17-cv-15046 |
| MORRIS, GRACIE | 2:17-cv-14951 |
| MOZISEK, REBECCA | 2:17-cv-10715 |
| MURPHY, DEBORAH | 2:17-cv-14057 |
| MUSIE, VERONICA | 2:17-cv-16391 |
| NARD, LESLIE | 2:17-cv-15822 |
| NEACE, LESA | 2:17-cv-11518 |
| NEAL, FRANCES | 2:17-cv-14482 |
| NEAL, MARTHA | 2:17-cv-15438 |
| NELSON, SARAH | 2:17-cv-16986 |
| NEVAREZ, ANNA | 2:17-cv-14865 |
| NEWBY, FRANCIA | 2:17-cv-16835 |
| NEWELL, DIANE | 2:17-cv-15883 |
| NICHOLAS, BETTE | 2:17-cv-16370 |
| NILES, MADELEINE | 2:17-cv-11744 |
| OKLEJWICZ, CINDY | 2:17-cv-13248 |
| OLSON, CAROL | 2:17-cv-11904 |
| ONEILL, TRACEY | 2:17-cv-14047 |
| OTAROLA, ROSA | 2:17-cv-06254 |
| OTKINS, BRENDA | 2:17-cv-14236 |
| OZA, SWATI | 2:17-cv-17402 |
| PADRON, LUCI | 2:17-cv-16068 |

| Plaintiff Name | MDL Docket |
|---|---|
| PAGNOZZI, ROSA | 2:17-cv-12394 |
| PARRISH, ELIZABETH | 2:17-cv-06248 |
| PAYNE, TASHAWN | 2:17-cv-15224 |
| PAYNE, TINA | 2:17-cv-14425 |
| PAYTON, DEANA | 2:17-cv-16588 |
| PAZIOTOPOULOS, PAMELA | 2:17-cv-16717 |
| PENEGAR, JULIE | 2:17-cv-14888 |
| PENSON, SYLVIA | 2:17-cv-11826 |
| PEREZ, VIVIAN | 2:17-cv-11676 |
| PERSILVER, CHERI | 2:17-cv-15422 |
| PETERKIN, MILDRED | 2:17-cv-10829 |
| PETERSON, BRIDGET | 2:17-cv-13021 |
| PHILBROOK, KRISTIN | 2:17-cv-16389 |
| PHILIPS, CAROL | 2:17-cv-13660 |
| PICKERING, MELINDA | 2:17-cv-15488 |
| PINKERTON, LORETTA | 2:17-cv-14178 |
| PITTA, RHONDA | 2:17-cv-08761 |
| PLAYER, IRIS | 2:17-cv-13734 |
| POINTER, LISA | 2:17-cv-08758 |
| POLLARD, TERRI | 2:17-cv-15101 |
| POTTER, DEANNA | 2:17-cv-13759 |
| POWELL, FRANCISCA | 2:17-cv-15127 |
| PRINCE, CAROLYNN | 2:17-cv-10468 |
| PROCTOR, TINA | 2:17-cv-16662 |
| RACHILLA, DEBORAH | 2:17-cv-16421 |
| RADEMAN, SUSAN | 2:17-cv-16825 |
| RAGGS, VELENCIA | 2:17-cv-16557 |
| RAGONE, MICHELE | 2:17-cv-11167 |
| RAIFORD, JANICE | 2:17-cv-16457 |
| RAMSEY, TRINA | 2:18-cv-00494 |
| RAWLINS, SHEILA | 2:17-cv-16330 |
| RAWLS, ESTHERLENE | 2:17-cv-15404 |
| REINATREVINO, LUCY | 2:17-cv-17105 |
| REININGER, VANESSA | 2:17-cv-14151 |
| RENFROE, ROSE | 2:17-cv-15568 |
| REYNOLDS, SANDRA | 2:17-cv-15416 |
| RHONE, GEORENA | 2:17-cv-15091 |
| RICE, ANITA | 2:17-cv-14035 |
| RICHARDS, LAURA | 2:17-cv-13487 |
| RICHARDSON, SARAH | 2:17-cv-16395 |

| Plaintiff Name | MDL Docket |
|---|---|
| RICHEY, KRISTY | 2:17-cv-16399 |
| RICHEY, MARSHA | 2:17-cv-13139 |
| RICKS, LAVON | 2:17-cv-15252 |
| RIDDLE, SHANNON | 2:17-cv-15940 |
| RIGGINS, DONNA | 2:17-cv-14375 |
| ROBERTS, ROBBIN | 2:17-cv-15679 |
| ROBINSON, MICHELLE | 2:17-cv-15080 |
| ROBINSON, TESSA | 2:17-cv-13919 |
| ROBISON, JANELLE | 2:17-cv-13723 |
| ROBISON, JENNIFER | 2:17-cv-16403 |
| RODRIGUEZ, VICTORIA | 2:17-cv-11808 |
| ROMERO SALAS, MADELEINE | 2:17-cv-14292 |
| ROMERO, GLORIA | 2:17-cv-14825 |
| ROSEN, CHARLOTTE | 2:17-cv-15093 |
| ROSENTHAL, DANA | 2:17-cv-15437 |
| ROSETTE, PAMELA | 2:17-cv-14645 |
| ROSS, MICHELLE | 2:17-cv-15715 |
| ROSS, TINA | 2:17-cv-16405 |
| ROWLEY, VANESSA | 2:17-cv-15935 |
| ROY, MICHELLE | 2:17-cv-13916 |
| RUSSELL, LEEANNE | 2:17-cv-14870 |
| RUSSELL, MARY | 2:17-cv-14181 |
| SAAVEDRA, NORMA | 2:17-cv-16408 |
| SABELLA, CHRISTINA | 2:17-cv-14942 |
| SALINAS, FRANCES | 2:17-cv-12948 |
| SAMPSON, SHIRLEY | 2:17-cv-15232 |
| SANCHEZ, HEATHER | 2:17-cv-08641 |
| SANCHEZ, LINDA | 2:17-cv-16829 |
| SANDERS, GLENICE | 2:17-cv-15689 |
| SANTISI, DONNA | 2:17-cv-12659 |
| SCHEXNIDER, SHIRLEY | 2:17-cv-13729 |
| SCHLENER, RUTH | 2:17-cv-14525 |
| SCHULTZ, CARIL | 2:17-cv-15005 |
| SCOTT, LETICIA | 2:17-cv-15456 |
| SCULLION, TERRI | 2:17-cv-16438 |
| SEBBEN, KATHLEEN | 2:17-cv-16900 |
| SEMENIUK, CONNIE | 2:16-cv-17512 |
| SHAPPELL, DOROTHY | 2:17-cv-16412 |
| SHARPE, JOYCE | 2:17-cv-08628 |
| SHEARIN, FREDDIE | 2:17-cv-11427 |

| Plaintiff Name | MDL Docket |
|---|---|
| SHIELDS, BETTY | 2:17-cv-08629 |
| SHIP, PATTIE | 2:17-cv-16174 |
| SIMMONS, LAKAY | 2:17-cv-16342 |
| SIMMS, JOAN | 2:17-cv-09574 |
| SIMON, JANE | 2:17-cv-13841 |
| SIMON, JOAN | 2:17-cv-12822 |
| SIMPSON, JENNIFER | 2:17-cv-15575 |
| SISKA, MARY | 2:17-cv-15274 |
| SKIPPER, ROSEANNE | 2:17-cv-15043 |
| SLOVACEK, JILL | 2:17-cv-14986 |
| SMALLS, DARLENE | 2:17-cv-14382 |
| SMART, GLORIA | 2:17-cv-14389 |
| SMITH, ANGELA | 2:17-cv-15221 |
| SMITH, ANGELA | 2:17-cv-16769 |
| SMITH, DELORES | 2:17-cv-13014 |
| SMITH, DENICE | 2:17-cv-16005 |
| SMITH, LYDIA | 2:17-cv-11136 |
| SMITH, MARCEE | 2:17-cv-15554 |
| SMITH, NANCY | 2:17-cv-08828 |
| SMITH, REGINA | 2:17-cv-11058 |
| SNEAD, PATSY | 2:17-cv-15770 |
| SNYDER, MARY | 2:17-cv-14845 |
| SOMERVILLE, ZELMA | 2:17-cv-13846 |
| SOPER, EXIE | 2:17-cv-15749 |
| SORENSON, PATRICIA | 2:17-cv-14233 |
| SOUTHARD, SHANNON | 2:17-cv-16416 |
| SPELLS, WILMA | 2:17-cv-10872 |
| SPRADLEY, DIANE | 2:17-cv-16812 |
| SPRAGUE, PAMELA | 2:17-cv-09925 |
| STANLEY, ELIZABETH | 2:17-cv-14891 |
| STASER, ELINOR | 2:17-cv-15048 |
| STEARS, TRACY | 2:17-cv-15895 |
| STEPHENS, JENNIFER | 2:17-cv-13920 |
| STERLING, VALERIE | 2:17-cv-10681 |
| STEVENSON, RHONDA | 2:17-cv-14584 |
| STEWART, VALERIE | 2:17-cv-14587 |
| STRENG, THELMA | 2:17-cv-14893 |
| STROMBERG, YOLANDA | 2:17-cv-15492 |
| STUBBS, HOLLISTENIE | 2:17-cv-14656 |
| SUGG, VICKY | 2:17-cv-14896 |

| Plaintiff Name | MDL Docket |
|---|---|
| SULTROP, CATHERINE | 2:18-cv-00210 |
| SURRY, YVONNE | 2:17-cv-11824 |
| SUTTER, VICKI | 2:17-cv-08516 |
| SWANSON, DARCEL | 2:17-cv-15439 |
| SWEED, EVERLENE | 2:17-cv-15072 |
| SYLVE, LELA | 2:17-cv-14650 |
| TAMEZ, ALICIA | 2:17-cv-16097 |
| TANNER, DEBORAH | 2:17-cv-10445 |
| THAMES, CLAIRENE | 2:17-cv-14670 |
| THOMAS, BELINDA | 2:17-cv-15498 |
| THOMAS, VELMA | 2:17-cv-14383 |
| THOMPSON, DEBORAH | 2:17-cv-16509 |
| THOMPSON, FAUSTINA | 2:17-cv-17262 |
| THOMPSON, JOANNE | 2:17-cv-13507 |
| THOMPSON, RENE | 2:17-cv-16107 |
| THORNTON, ANNA | 2:17-cv-11817 |
| THUERMER, MARY | 2:17-cv-13569 |
| TICHNELL, PAULA | 2:17-cv-15652 |
| TILFORD, PEGGIE | 2:17-cv-16419 |
| TORRES MARSIGLIA, LINDA | 2:17-cv-15857 |
| TORRES, ANA | 2:17-cv-14674 |
| TOSH, STACIA | 2:17-cv-14677 |
| TOWERY, JOSEPHINE | 2:17-cv-14742 |
| TRAVIS, TARA | 2:17-cv-16420 |
| TROUTMAN, CHRISTAL | 2:17-cv-15184 |
| TURLEY, MARTINE | 2:17-cv-12621 |
| TURNER, SHANIKA | 2:17-cv-14396 |
| TURNER, TAMARA | 2:17-cv-15099 |
| TURNER, TAMMY | 2:17-cv-15905 |
| TYSON, SHIRLEY | 2:17-cv-15254 |
| URBANTKE, ARLENE | 2:17-cv-13132 |
| URQUHART, CYNTHIA | 2:17-cv-13115 |
| VATTER, NANCY | 2:17-cv-08657 |
| VEAZEY, LORI | 2:17-cv-15525 |
| VOISIN, SHIRLEY | 2:17-cv-16428 |
| WALDROUP, NANCY | 2:17-cv-11812 |
| WALKER, JANIE | 2:17-cv-15108 |
| WALKER, JONI | 2:17-cv-15106 |
| WALKER, LUVERN | 2:17-cv-14698 |
| WALKER, VERNOLIA | 2:17-cv-15994 |

| Plaintiff Name | MDL Docket |
|---|---|
| WALL, ETHEL | 2:17-cv-15130 |
| WALLACE, ASLEE | 2:17-cv-16189 |
| WALLACE, STEPHANIE | 2:17-cv-15838 |
| WALLS, CAROLYN | 2:17-cv-13725 |
| WALSH, ROBERTA | 2:17-cv-15520 |
| WARDER, KAREN | 2:17-cv-15596 |
| WARGO, BERNADETTE | 2:17-cv-10961 |
| WASHINGTON, BENITA | 2:17-cv-16064 |
| WASHINGTON, CLAUDETTE | 2:17-cv-14658 |
| WASHINGTON, DORIS | 2:17-cv-15139 |
| WASHINGTON, JEANNETTA | 2:17-cv-13823 |
| WEAVER, MARILYN | 2:17-cv-14403 |
| WEBER, BARBARA | 2:17-cv-15472 |
| WEBLEY, OLGA | 2:17-cv-15070 |
| WEEKS, BARBARA | 2:17-cv-15119 |
| WEHRMAN, DOROTHY | 2:17-cv-11682 |
| WEINSTEIN, JENNIFER | 2:17-cv-15440 |
| WELLS, CAROL | 2:17-cv-14406 |
| WEST, DIANE | 2:17-cv-13803 |
| WHATLEY, DEBRA | 2:17-cv-14409 |
| WHEELER, MARY | 2:17-cv-15731 |
| WHITE, ALICIA | 2:17-cv-14956 |
| WHITE, JOY | 2:17-cv-10891 |
| WHITE, KAREN | 2:17-cv-16699 |
| WHITE, KAREN | 2:17-cv-17227 |
| WHITE, LAURA | 2:17-cv-15270 |
| WHITEHEAD, DARLENE | 2:17-cv-08621 |
| WHITELOW, ANNETTE | 2:17-cv-12672 |
| WIGLEY, DONNA | 2:17-cv-13813 |
| WILLIAMS, ANNIE | 2:17-cv-11374 |
| WILLIAMS, BEVERLY | 2:17-cv-14561 |
| WILLIAMS, ELIZABETH | 2:17-cv-14710 |
| WILLIAMS, FELECIA | 2:17-cv-11595 |
| WILLIAMS, JAMI | 2:17-cv-15157 |
| WILLIAMS, PATRICIA | 2:17-cv-14716 |
| WILLIFORD, SHIRLEY | 2:17-cv-09169 |
| WILSON DONARSKI, CAROL | 2:17-cv-11830 |
| WILSON, MAGGIE | 2:17-cv-14750 |
| WILSON, SHEILA | 2:17-cv-14839 |
| WILSON, TONI | 2:17-cv-16820 |

| Plaintiff Name | MDL Docket |
|---|---|
| WINGFIELD, ANGELA | 2:18-cv-00269 |
| WOODROW, ELIZABETH | 2:17-cv-09446 |
| WOODYARD, DEBRA | 2:17-cv-17018 |
| WRIGHT, ERICA | 2:17-cv-14420 |
| WRIGHT, GINA | 2:17-cv-14762 |
| WRIGHT, MARSHA | 2:17-cv-10394 |
| YEARWOOD PIERCE, STEPHANIE | 2:17-cv-16060 |
| YORK, CASSANDRA | 2:17-cv-13727 |
| YOUNG, JOANNE | 2:17-cv-13818 |
| ZOLLER, BARBARA | 2:17-cv-15534 |
| ZORTMAN, CHERYL | 2:17-cv-14283 |
| ZUZAK, JUDITH | 2:17-cv-15213 |