# APPENDIX E.9

Not Substantially Complete (sanofi)

| Case Name | MDL Docket # |
|---|---|
| AGEE, RACHEL | 2:17-cv-09953 |
| AKINS, BRENDA | 2:17-cv-12767 |
| ALBANESE, VICKI | 2:17-cv-10981 |
| BERRY, BEVELYN | 2:17-cv-11827 |
| BETHEA, DORIS | 2:17-cv-10796 |
| BEVERLYMCMILLIAN, SONJA | 2:17-cv-09538 |
| BOLDS, DOROTHY | 2:17-cv-12237 |
| BOTSKO, TRACY | 2:17-cv-15417 |
| BOYD, LACHANDA | 2:17-cv-12962 |
| BRADLEY, ALICE | 2:17-cv-14884 |
| BRANTLEY, LAURA | 2:17-cv-10780 |
| BRIGGS, LISA | 2:17-cv-11156 |
| BROWN, TRACEY | 2:17-cv-13761 |
| BRYANT, CAROL | 2:17-cv-12811 |
| BUNNELL, CHRISTINE R | 2:17-cv-14700 |
| BURNS, BONNIE | 2:17-cv-15769 |
| BUTLER, DEBRA | 2:17-cv-13002 |
| CABELLO, MARIA | 2:17-cv-12653 |
| CAIN, CECILIA | 2:17-cv-12637 |
| CASAS, VIKKI | 2:17-cv-11114 |
| CHURCH, JUDITH | 2:17-cv-13792 |
| CLARK, SHEILA | 2:17-cv-11712 |
| CLEVELAND, LORI | 2:17-cv-13524 |
| CLOVER, ERIKA | 2:17-cv-13772 |
| COBB, VERONICA | 2:17-cv-12770 |
| COLE, BELINDA C | 2:16-cv-17945 |
| COMARDELLE, BONNIE F | 2:17-cv-10410 |
| COSIO, ARLENE | 2:17-cv-17122 |
| COX, CAROLYN | 2:17-cv-10656 |
| CRNIC, CLAIRE | 2:17-cv-10540 |
| DANIELS, AQUAQUENETTA | 2:17-cv-11152 |
| DAVIS, LELA | 2:17-cv-12942 |
| DAVIS, LINDA | 2:17-cv-11492 |
| DAVIS, SHIRLEY | 2:17-cv-12611 |
| DE LA ROSA, IREE | 2:17-cv-12278 |
| DE VERA, VANESSA | 2:17-cv-12650 |
| DEBRA, THOMAS | 2:17-cv-11318 |

| Case Name | MDL Docket # |
|---|---|
| DEESE, STEPHANIE | 2:17-cv-13787 |
| DOWNS, MARY J | 2:17-cv-16585 |
| DUGGER, RHONDA W | 2:17-cv-13339 |
| EICHENLAUB, JUDITH | 2:17-cv-15008 |
| ELLIS, ROMMIE | 2:17-cv-12782 |
| EMERY, SUSAN | 2:17-cv-15199 |
| ESTERS, HELEN M | 2:17-cv-12788 |
| ETHERIDGE, CARISA | 2:17-cv-09431 |
| FAULKNER, JO ANN | 2:17-cv-12413 |
| FIELD, TRACY A | 2:17-cv-15442 |
| FIGLEY, DAWN | 2:17-cv-17112 |
| FLOYD, KETURAH | 2:17-cv-12594 |
| FORD, DEBORAH K | 2:17-cv-12763 |
| FOSTER, ADDIE S | 2:17-cv-10224 |
| FRAZIER, MELLANIE D | 2:17-cv-13690 |
| GARDNER, MARY | 2:17-cv-03865 |
| GARNER, VERONICA | 2:17-cv-07800 |
| GOMEZ, LAURIE | 2:17-cv-07924 |
| GRAYS, FAITH | 2:17-cv-08568 |
| GRIESELHUBER, CHARLOTTE | 2:17-cv-11012 |
| HARDEMAN BOYD, PAMELA G | 2:17-cv-13323 |
| HARRIS, GINA L | 2:17-cv-05976 |
| HARVEY, BARBARA | 2:17-cv-11689 |
| HENDERSON, ARETHA | 2:17-cv-11739 |
| HENDRICKSON, TONI | 2:17-cv-14577 |
| HENRY, DARLENE L | 2:17-cv-12780 |
| HERRSCHAFT, SHANNON | 2:17-cv-11014 |
| HOGAN, RHONDA | 2:17-cv-12714 |
| HOLMES, DELORIS | 2:17-cv-11034 |
| HOLMES, ORIANN | 2:17-cv-13046 |
| HOWARD, CATHY J | 2:17-cv-12849 |
| HUBBARD, LINDA | 2:17-cv-12783 |
| HUNKAPILLER, DEBORAH H | 2:17-cv-12633 |
| HUNTER, LINDA | 2:17-cv-12787 |
| IACOPETTI, ZOSIE | 2:17-cv-13486 |
| INGRAM, ROSIE | 2:17-cv-11764 |
| JANICE, DORSEY | 2:17-cv-13387 |
| JENKINS, LISA R | 2:17-cv-10467 |
| JENNETT, GENA | 2:17-cv-13552 |
| JENSEN, JUNE | 2:17-cv-12897 |

2

| Case Name | MDL Docket # |
|---|---|
| JOHNSON, ELIZABETH A | 2:17-cv-13304 |
| JOHNSON, JUDY B | 2:17-cv-13303 |
| JONES, CATHY L | 2:17-cv-13607 |
| JONES, CHERYL | 2:17-cv-12907 |
| JONES, DOROTHY | 2:17-cv-10531 |
| JONES, LESLIE | 2:17-cv-09804 |
| JONES, REGINA A | 2:17-cv-12912 |
| KEENAN, GAIL R | 2:17-cv-13488 |
| KESSLER, DARA | 2:17-cv-15397 |
| KIDWELL, TWILA | 2:17-cv-15550 |
| KIRCHNER, DIANNE | 2:17-cv-09161 |
| KOCH, CATHY | 2:17-cv-11801 |
| KRON, LESLIE | 2:17-cv-11446 |
| KYANKO, MARI JO | 2:17-cv-10062 |
| LAMORTE, MIMOZA L | 2:17-cv-12645 |
| LANCE, ANITA | 2:17-cv-12913 |
| LAVERNE, SHIRLEY | 2:17-cv-11323 |
| LEITZKE, JILL | 2:17-cv-12983 |
| LENNIX, ADRIENNE | 2:17-cv-10895 |
| LEONARD, MARY | 2:17-cv-13466 |
| LEWIS, PATRICIA | 2:17-cv-11423 |
| LUCKEY, DONNA | 2:17-cv-08826 |
| MACK, ATHENA | 2:17-cv-13527 |
| MACK, BARBARA | 2:17-cv-12322 |
| MAGIT, DEBRA | 2:17-cv-15056 |
| MAIKUI, DIANE | 2:17-cv-10967 |
| MAJORS, DARLA | 2:17-cv-15128 |
| MAJORS, DARLA | 2:17-cv-15128 |
| MALONE, MICHELE | 2:17-cv-10978 |
| MANZO, ROSE | 2:17-cv-12766 |
| MATHESON, BERNADETTE | 2:17-cv-15163 |
| MCAFEE, ALTA D | 2:17-cv-10421 |
| MCCARTHY, SHARI | 2:17-cv-09940 |
| MCCLENDON, LINDA | 2:17-cv-14937 |
| MEISSNER, MICHELLE | 2:17-cv-13395 |
| MELLENTINE, BETH | 2:17-cv-12970 |
| MORGAN, BEVERLY | 2:17-cv-17179 |
| MORRISON, BRENDA | 2:17-cv-17110 |
| MOTON, JANICE E | 2:17-cv-11556 |
| MOUNCE, DRUSILLA | 2:17-cv-14431 |

| Case Name | MDL Docket # |
|---|---|
| OUBRAHIM, PAUA | 2:17-cv-12587 |
| OYIBO, GAIL | 2:17-cv-12677 |
| PARRISH, ELIZABETH A | 2:17-cv-06248 |
| PATEL, MEENA | 2:17-cv-12934 |
| PEARSON, YOLONDA | 2:17-cv-10942 |
| PEROT, JONTUE | 2:17-cv-12590 |
| PIERCE, JOYCE L | 2:17-cv-12068 |
| POLANCOORAMAS, LUCIA | 2:17-cv-12832 |
| PRASAD, SANI | 2:17-cv-12810 |
| REGENSBURGER, ARLENE | 2:17-cv-11342 |
| RICHARDS, LINDA M | 2:17-cv-10528 |
| RICHARDSON, VICKSAY | 2:17-cv-10966 |
| RIVERA, ZENAIDA | 2:17-cv-15016 |
| ROUBANIS, MARTHA | 2:17-cv-14991 |
| RUIZ, MELODI | 2:17-cv-12791 |
| SALINAS, FRANCES | 2:17-cv-12948 |
| SANDERS, JULIA | 2:17-cv-15064 |
| SANTIAGO, MARIA | 2:17-cv-11142 |
| SCALES, VERA | 2:17-cv-08316 |
| SCHLAEPFER, REBA Y | 2:17-cv-12926 |
| SHIELDS, GWENDOLYN | 2:17-cv-15141 |
| SHORTRIDGE, KRISTIN | 2:17-cv-11666 |
| SMITH, EMMA | 2:17-cv-11568 |
| SMITH, ERNESTINE | 2:17-cv-12141 |
| SMITH, IRENE | 2:17-cv-12469 |
| SMITH, JANIE | 2:17-cv-12116 |
| SMITH, KAE | 2:17-cv-10438 |
| SMITH, MITZI | 2:17-cv-10476 |
| SMITH, MOLINDA | 2:17-cv-12591 |
| SMITH, VICKIE | 2:17-cv-13784 |
| SPELLS, WILMA | 2:17-cv-10872 |
| STADTHER, HEATHER | 2:17-cv-10179 |
| STEPHANOVICH, AMY | 2:17-cv-10911 |
| STEPHENS, NATALIE | 2:17-cv-10793 |
| STONEKING, ELIZABETH | 2:17-cv-17100 |
| TRAVIS, MARGO | 2:17-cv-13776 |
| TURNER, JENNIFER | 2:17-cv-12814 |
| VAILLANCOURT, LINDA | 2:17-cv-11320 |
| WALKER, DELORIS | 2:17-cv-10308 |
| WARNER, CARLA S | 2:17-cv-11145 |

| Case Name | MDL Docket # |
|---|---|
| WARREN CHANGING FROM WALKER, DARLENE | 2:17-cv-10191 |
| WARREN, EVELYN | 2:17-cv-10481 |
| WATSON, CONTESSA Y | 2:17-cv-13376 |
| WEISS, SHELLEY K | 2:17-cv-13400 |
| WELLS, PAMELA | 2:17-cv-11583 |
| WESLEY, DOROTHY E | 2:17-cv-10166 |
| WESOLOSKI, CHRISTINE | 2:17-cv-12126 |
| WHITAKER, DONNA M | 2:17-cv-12928 |
| WHITEHEAD, DARLENE | 2:17-cv-08621 |
| WHITLOW, JOYCE D | 2:17-cv-12930 |
| WILCOX, BRENDA | 2:17-cv-12529 |
| WILDMAN, CRISTAL | 2:17-cv-11274 |
| WILLIAMS, FONDA | 2:17-cv-10503 |
| WILSON, EVELYN | 2:17-cv-15436 |
| WINQUEST, LORRAINE | 2:17-cv-10705 |
| WOLFE, MARILYN | 2:17-cv-11431 |
| WOZNIAK, LINDA | 2:17-cv-12806 |
| WRIGHT, MONICA | 2:17-cv-15033 |
| YATES, TERRY R | 2:17-cv-12198 |
| YOUNG, BARBARA | 2:17-cv-10163 |
| ZORETA, HARRIS Y | 2:17-cv-13305 |