# APPENDIX F.9

Missing PFS (505(b)(2) Defendants

| Matter Name | Case Number |
|---|---|
| Anderson v. Sandoz, Inc., et al.[1] | 2:18-cv-00335 |
| Anthony v. Sanofi U.S. Services Inc., et al | 2:17-cv-03870 |
| Armstrong v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14147 |
| Artis v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16024 |
| Arthur v. Sanofi US Services Inc., et al. | 2:18-cv-00340 |
| Barre, et al. v. Hospira, Inc., et al. | 2:18-cv-00526 |
| Bell v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16223 |
| Bennett v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16614 |
| Bennett v. Sandoz, Inc. | 2:18-cv-00351 |
| Bernardin v. Sanofi US Services Inc., et al. | 2:18-cv-01852 |
| Berry v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14201 |
| Best v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00501 |
| Blakes-Belvin v. Hospira, Inc., et al. | 2:18-cv-00894 |
| Boyd v. Sanofi US Services Inc., et al. | 2:17-cv-16255 |
| Boggins v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14204 |
| Bolinbroke v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14205 |

---

[1] In connection with certain cases that are on this Appendix for failure to comply with Amended PTO 22, Para 4 (Rec. Doc. 325), Defendants recognize that not every case listed is appropriate for immediate dismissal. Under Amended PTO 22, Para 4, law firms that filed over 25 cases on a single day were obligated to submit not less than 25 Plaintiff Fact Sheets within 75 days of the Complaint filing date. In fairness to Plaintiffs, Defendants have not here selected among the outstanding Plaintiffs which should be dismissed. Rather, to the extent those firms cure this deficiency at least 5 days before the next Status Conference, by submitting as many outstanding fact sheets as are necessary to reach 25 submissions for each date with more than 25 complaint filings, and alert Defendants to such submissions, Defendants will remove all of those firms' remaining cases from this list for that specific Complaint filling date. To the extent those plaintiff firms fail to submit the necessary PFSs, Defendants will identify for the Court how many cases are outstanding from each firm and which cases on this list belong to those firms.

| | |
|---|---|
| Bookert v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14568 |
| Bowman v. Sanofi U.S. Services Inc., et al. | 2:17-cv-15890 |
| Bromeling v. Sanofi S.A. et al | 2:17-cv-07801 |
| Boyd v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16255 |
| Brown v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03899 |
| Brown v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16792 |
| Brown v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16799 |
| Brown v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14210 |
| Buckley-Monroe v. Sandoz, Inc. | 2:18-cv-01124 |
| Burgan v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12250 |
| Cabello v. Sanofi US Services Inc., et al. | 2:17-cv-16270 |
| Campbell v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14216 |
| Chapman, et al. v. Sanofi S.A., et al. | 2:18-cv-01067 |
| Chiz v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16956 |
| Cisco v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16594 |
| Clark v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03907 |
| Clark v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16610 |
| Claywell v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14231 |
| Clouser v. Sanofi US Services Inc., et al. | 2:17-cv-13878 |
| Cogshell v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14232 |
| Collins v. Sanofi U.S. Services Inc., et al. | 2:17-cv-12050 |
| Combs v. Sanofi S.A., et al. | 2:17-cv-17185 |
| Conaway v. Sanofi-Aventis U.S. LLC, et al | 2:17-cv-17983 |
| Conley v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14237 |
| Cooke v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14239 |
| Cooper v. Accord Healthcare, Inc. | 2:17-cv-16677 |
| Coopersmith v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16334 |
| Crawford-Burton v. Sanofi U.S. Services Inc. | 2:17-cv-16948 |
| Cunningham v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00500 |

| | |
|---|---|
| Curtis v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17731 |
| Davis v. Sanofi US Services Inc., et al. | 2:17-cv-13754 |
| Davis v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03914 |
| Davis v. Sanofi US Services Inc., et al. | 2:17-cv-14717 |
| DeShazor v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16669 |
| De Wit v. Sanofi US Services Inc., et al. | 2:17-cv-14333 |
| Dixon v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16723 |
| Doan v. Sanofi U.S. Services, Inc., et al. | 2:18-cv-00992 |
| Dobson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03915 |
| Dominguez v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16945 |
| Douglas et al v. Sanofi S.A. et al | 2:17-cv-09638 |
| Dugan v. Sanofi S.A., et al. | 2:17-cv-17194 |
| Duncan, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03916 |
| Ernst v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17273 |
| Farley-Panaras v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17746 |
| Finister v. Sanofi-Aventis U.S. LLC, et al | 2:17-cv-18016 |
| Fletcher v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16953 |
| Fluellen v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03918 |
| Flynsmith, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03919 |
| Ford v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03930 |
| Foster v. Sanofi US Services, Inc., et al. | 2:17-cv-16295 |
| Freeman, et al. v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04019 |
| Fuselier v. Sanofi-Aventis U.S. LLC, et al | 2:17-cv-18020 |
| Gants v. Sanofi-Aventis U.S. LLC, et al | 2:17-cv-18017 |
| Gholar v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00502 |
| Gibb v. Sanofi US Services, Inc., et al. | 2:17-cv-16299 |
| Gibson-Cross v. Accord Healthcare, Inc. | 2:17-cv-17275 |
| Gilliam v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03934 |
| Goggans v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03937 |

| | |
|---|---|
| Guthrie v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17709 |
| Hall v. Sandoz, Inc. | 2:18-cv-01156 |
| Hall v. Sanofi US Services Inc., et al. | 2:17-cv-16303 |
| Halloway v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16767 |
| Hamman v. Accord Healthcare, Inc. | 2:18-cv-00354 |
| Hammond v. Sandoz, Inc., et al. | 2:17-cv-17516 |
| Hart-Bertulis v. Sanofi US Services Inc., et al. | 2:17-cv-16306 |
| Hartman v. Sanofi US Services Inc., et al. | 2:17-cv-16308 |
| Hastings v. Sanofi US Services Inc., et al. | 2:17-cv-16312 |
| Hiestrand v. Sanofi U.S. Services Inc., et al. | 2:17-cv-12402 |
| Holman v. Sanofi US Services Inc., et al. | 2:17-cv-13809 |
| Horton v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03946 |
| Hubbard v. Sanofi S.A. et al | 2:17-cv-11525 |
| Hudson v. Sanofi US Services Inc., et al. | 2:17-cv-16336 |
| Hymes, et al. v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-03950 |
| Jess, et al. v. Sanofi U.S. Services, Inc., et al. | 2:18-cv-01193 |
| Johnson v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00849 |
| Johnson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17742 |
| Johnson v. Sanofi-Aventis U.S. LLC, et al. | 2:18-cv-01385 |
| Kendrick v. Sanofi U.S. Services Inc., et al. | 2:17-cv-13442 |
| Kidd v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17743 |
| Kirk v. Sanofi-Aventis U.S. LLC, et al | 2:17-cv-18008 |
| Laitman v. Sanofi US Services Inc., et al. | 2:17-cv-16975 |
| Lewis v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00401 |
| Littlefield v. Sandoz, Inc. | 2:17-cv-14067 |
| Loveless v. Accord Healthcare, Inc., et al. | 2:18-cv-01167 |
| Lyda v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16341 |
| Lyles v. Sanofi U.S. Services, Inc. et al | 2:17-cv-03973 |
| Madere v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14081 |

| | |
|---|---|
| Main v. Sanofi-Aventis U.S. LLC, et al. | 2:18-cv-01387 |
| Matthews v. Sandoz, Inc. | 2:17-cv-16761 |
| Mays v. Sanofi-Aventis U.S. LLC, et al. | 2:18-cv-01388 |
| McCartney, et al. v. Sanofi US Services, Inc., et al. | 2:18-cv-00737 |
| Melendez v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16362 |
| Miller v. Accord Healthcare, Inc., et al. | 2:18-cv-01389 |
| Mingle v. Accord Healthcare, Inc., et al. | 2:18-cv-01390 |
| Mitchell v. Sandoz, Inc. | 2:18-cv-01125 |
| Monroe v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-18001 |
| Mont v. Accord Healthcare, Inc., et al. | 2:18-cv-01391 |
| Nystrom v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16374 |
| O'Neil v. Accord Healthcare, Inc. | 2:17-cv-12435 |
| Pacheco v. Accord Healthcare, Inc., et al. | 2:18-cv-01392 |
| Page v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-17998 |
| Parker v. Sanofi S.A. et al | 2:17-cv-05462 |
| Patrick v. Sanofi US Services Inc., et al. | 2:17-cv-13786 |
| Pittman v. Sanofi U.S. Services Inc., et al. | 2:17-cv-17747 |
| Pluguez v. Accord Healthcare, Inc., et al. | 2:18-cv-01393 |
| Pruitt, et al. v. Sanofi U.S. Services, Inc., et al. | 2:18-cv-01174 |
| Plurnell v. Accord Healthcare, Inc., et al. | 2:18-cv-01395 |
| Pruitt, et al. v. Sanofi U.S. Services, Inc., et al. | 2:18-cv-01174 |
| Robinson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16032 |
| Rodgers, et al. v. Sanofi U.S. Services, Inc. et al | 2:17-cv-03959 |
| Rupert v. Sanofi-Aventis U.S. LLC, et al. | 2:17-cv-17993 |
| Schultz v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00498 |
| Sharkey v. Accord Healthcare, Inc. | 2:17-cv-12939 |
| Smith v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00496 |
| Smith v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-16934 |
| Staub v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16417 |

5

| | |
|---|---|
| Stengel v. Sanofi US Services Inc., et al. | 2:18-cv-01149 |
| Stoops v. Sanofi US Services Inc., et al. | 2:17-cv-13921 |
| Stewart et al v. Sandoz, Inc. | 2:17-cv-09854 |
| Taylor v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04026 |
| Taylor v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04024 |
| Tenort v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04022 |
| Thomas v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16418 |
| Thomas v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04018 |
| Timberman v. Sanofi U.S. Services, Inc., et al. | 2:17-cv-04015 |
| Tolbert v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04013 |
| Trevino-Cota v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16423 |
| Tucker v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00938 |
| Turner v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16426 |
| Ulmer v. Accord Healthcare, Inc. | 2:17-cv-12941 |
| Varner v. Accord Healthcare, Inc., et al. | 2:18-cv-01396 |
| Wagner v. Sanofi U.S. Services, Inc., et al. | 2:18-cv-01855 |
| Warren v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03963 |
| Warren v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00400 |
| Watts v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00497 |
| Westbrook v. Accord Healthcare, Inc., et al. | 2:18-cv-01397 |
| White v. Sanofi U.S. Services Inc., et al. | 2:18-cv-00814 |
| Wiggins v. Sanofi U.S. Services Inc., et al. | 2:17-cv-16441 |
| Willis v. Sandoz Inc. et al | 2:17-cv-12001 |
| Willis v. Sandoz, Inc. | 2:17-cv-14633 |
| Woodford v. Sandoz, Inc. | 2:18-cv-01126 |
| Young v. Sanofi U.S. Services Inc., et al. | 2:17-cv-03955 |