# APPENDIX G.9

Deficiency – No Response (505(b)(2) Defendants)

| Matter Name | Case Number |
|---|---|
| Anderson v. Sandoz Inc. | 2:17-cv-11704 |
| Anderson v. Sanofi US Services Inc., et al. | 2:17-cv-14689 |
| Arche v. Sanofi S.A. et al | 2:17-cv-10516 |
| Bakhshi v. Sanofi S.A. et al | 2:17-cv-10832 |
| Bear v. Sanofi S.A. et al | 2:17-cv-10887 |
| Blythe-Jennings v. Sandoz, Inc. | 2:17-cv-07979 |
| Bolds v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12237 |
| Brock v. Sanofi S.A. et al | 2:17-cv-11529 |
| Brown v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12239 |
| Bryant v. Sandoz Inc. | 2:17-cv-10227 |
| Burnstein v. Sanofi S.A. et al | 2:16-cv-17172 |
| Byers v. Sanofi S.A. et al | 2:17-cv-11411 |
| Carr v. Sanofi S.A. et al | 2:17-cv-09664 |
| Champagne v. Sanofi S.A. et al | 2:16-cv-17174 |
| Chandler v. Sanofi S.A., et al | 2:17-cv-02733 |
| Chappell v. Sanofi S.A. et al | 2:16-cv-17163 |
| Colaprete v. Sanofi S.A. et al | 2:17-cv-11302 |
| Cowherd v. Sanofi S.A. et al | 2:17-cv-11308 |
| Crabtree v. Sanofi US Services, Inc., et al. | 2:17-cv-16427 |
| Dean v. Sanofi S.A. et al | 2:16-cv-17201 |
| Dellit v. Sanofi S.A. et al | 2:17-cv-10885 |
| Elletson v. Sanofi S.A. et al | 2:17-cv-10871 |
| Fantauzzi v. Sanofi S.A. et al | 2:17-cv-11523 |
| Farley v. Sanofi S.A. et al | 2:17-cv-11796 |
| Farmer v. Sanofi S.A. et al | 2:17-cv-10795 |
| Ferrell v. Sanofi S.A. et al | 2:17-cv-07862 |
| Flauss v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15401 |
| Fridley v. Sanofi S.A. et al | 2:17-cv-11329 |
| Friedemann v. Sanofi S.A. et al | 2:17-cv-12176 |
| Fuller v. Sanofi S.A. et al | 2:16-cv-17231 |
| Gibbs v. Sandoz, Inc. | 2:17-cv-10131 |
| Giovannetti v. Sanofi S.A. et al | 2:17-cv-07792 |
| Goins v. Sanofi US Services Inc., et al. | 2:17-cv-12542 |
| Gossett v. Sanofi US Services Inc., et al. | 2:17-cv-13131 |
| Granderson v. Sanofi S.A. et al | 2:16-cv-17152 |
| Grays v. Hospira, Inc., et al | 2:17-cv-10594 |

| | |
|---|---|
| Griffin v. Sanofi S.A. et al | 2:17-cv-10465 |
| Gutierrez v. Sanofi S.A. et al | 2:17-cv-10471 |
| Gutierrez v. Sanofi S.A. et al | 2:17-cv-10641 |
| Hanlin v. Sandoz, Inc. | 2:17-cv-12230 |
| Harris v. Sanofi S.A. et al | 2:16-cv-17239 |
| Hewitt, et al. v. Sanofi US Services Inc., et al. | 2:17-cv-13550 |
| Holloway v. Sanofi S.A. et al | 2:17-cv-11519 |
| Holt v. Sanofi S.A. et al | 2:17-cv-08561 |
| Hyde v. Sanofi S.A. et al | 2:16-cv-17158 |
| Jefferson v. Sanofi S.A. et al | 2:17-cv-00756 |
| Johnson v. Sanofi S.A. et al | 2:17-cv-08315 |
| Jones v. Sanofi S.A. et al | 2:17-cv-09804 |
| Jordan v. Sanofi S.A., et al. | 2:17-cv-08824 |
| Justice v. Sanofi S.A. et al. | 2:16-cv-17186 |
| Keys v. Sanofi S.A., et al. | 2:16-cv-17504 |
| Lafever v. Sanofi S.A. et al | 2:17-cv-11454 |
| Lewis v. Sanofi S.A. et al | 2:16-cv-17185 |
| Linton v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15679 |
| Livshits v. Sanofi S.A. et al | 2:17-cv-12177 |
| Maikui v. Sanofi S.A. et al | 2:17-cv-10967 |
| Manigault v. Sanofi S.A. et al | 2:16-cv-17214 |
| Mardis v. Sandoz, Inc., et al. | 2:17-cv-15301 |
| Mauk v. Sanofi U.S. Services Inc., et al. | 2:17-cv-13431 |
| McClendon v. Sanofi U.S. Services Inc., et al. | 2:17-cv-14937 |
| Medrano v. Sanofi S.A. et al | 2:17-cv-10888 |
| Mikulich v. Sanofi S.A. et al | 2:17-cv-11340 |
| Myers v. Sandoz, Inc. | 2:17-cv-15049 |
| O'Brien v. Sanofi S.A., et al. | 2:16-cv-17508 |
| Owens v. Accord Healthcare, Inc. et al | 2:17-cv-11291 |
| Payne v. Sanofi SA, et al. | 2:17-cv-04823 |
| Perez v. Sanofi S.A. et al | 2:17-cv-11676 |
| Phillips v. Sanofi S.A. et al | 2:17-cv-11029 |
| Phillips v. Sanofi S.A. et al | 2:16-cv-15513 |
| Provitt v. Sanofi S.A. et al | 2:17-cv-11395 |
| Ragone v. Sanofi S.A. et al | 2:17-cv-11167 |
| Rufing v. Sandoz, Inc. | 2:17-cv-08788 |
| Sanchez v. Sanofi S.A. et al | 2:17-cv-08641 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-10285 |
| Scott v. Sanofi-Aventis, U.S., Inc. et al | 2:16-cv-15472 |
| Section v. Sanofi S.A. et al | 2:16-cv-17147 |
| Selders v. Sanofi S.A. et al | 2:16-cv-17156 |
| Semeniuk v. Sanofi S.A., et al. | 2:16-cv-17512 |
| Shields v. Sanofi S.A. et al | 2:17-cv-08629 |

| | |
|---|---|
| Smith v. Sanofi S.A. et al. | 2:16-cv-17162 |
| Spivey v. Sanofi S.A. et al | 2:16-cv-17195 |
| St. Ann v. Sanofi S.A. et al | 2:16-cv-17179 |
| Sterling v. Sanofi S.A. et al | 2:17-cv-10681 |
| Stevenson v. Sanofi S.A. et al | 2:16-cv-17204 |
| Stripling v. Sanofi S.A. et al | 2:17-cv-10511 |
| Thompson v. Sanofi S.A. et al | 2:17-cv-10109 |
| Thornton v. Sanofi S.A. et al | 2:17-cv-00734 |
| Waller v. Sanofi S.A. et al | 2:16-cv-17241 |
| Ware v. Sanofi S.A. et al | 2:17-cv-10867 |
| Wargo v. Sanofi S.A. et al | 2:17-cv-10961 |
| Wehrman v. Sanofi S.A. et al | 2:17-cv-11682 |
| Wildman v. Sanofi S.A. et al | 2:17-cv-11274 |
| Williams v. Sanofi S.A. et al | 2:17-cv-11374 |