# APPENDIX H.9

Not Substantially Complete (505(b)(2) Defendants)

| Matter Name | Case Number |
| --- | --- |
| Anderson v. Sanofi S.A., et al. | 2:16-cv-17498 |
| Baker v. Sanofi S.A. et al | 2:17-cv-09497 |
| Baker v. Sanofi S.A. et al | 2:17-cv-06404 |
| Beller v. Sanofi S.A., et al | 2:17-cv-05830 |
| Cooley v. Sandoz Inc. | 2:17-cv-09633 |
| Craig v. Hospira, Inc. et al | 2:17-cv-10530 |
| Davis v. Sanofi S.A. et al | 2:17-cv-11492 |
| Douglas et al v. Sanofi S.A. et al | 2:17-cv-09638 |
| Harvick v. Sanofi S.A. et al | 2:17-cv-07578 |
| Hopson v. Sanofi S.A. et al | 2:17-cv-11367 |
| Ingram v. Sanofi S.A. et al | 2:17-cv-06224 |
| Laverne v. Sanofi S.A. et al | 2:17-cv-11323 |
| Miller v. Sandoz, Inc. | 2:17-cv-08251 |
| Nicholas v. Sandoz Inc. | 2:17-cv-08879 |
| Rasmussen v. Sanofi Aventis S.A. et al | 2:17-cv-04840 |
| Reed, et al v. Sanofi S.A. et al | 2:17-cv-04946 |
| Rivers v. Sanofi S.A. et al | 2:17-cv-00862 |
| Spruill v. Sanofi S.A. et al | 2:17-cv-08079 |
| Thomas v. Sanofi S.A., et al. | 2:17-cv-01732 |
| White v. Sandoz Inc | 2:17-cv-10736 |