APPENDIX J.9

**Deficiency – No DFS Filed (Sanofi Defendants)**

| Matter Name | Case Number |
|---|---|
| Adams v. Sanofi S.A. et al | 2:17-cv-09802 |
| Ankner v. Sanofi S.A. et al | 2:16-cv-17312 |
| Bingham v. Sanofi S.A. et al | 2:17-cv-9994 |
| Brewer v. Sanofi S.A. et al | 2:17-cv-17313 |
| Brown v. Sanofi S.A. et al | 2:17-cv-9640 |
| Burton v. Sanofi S.A. et al | 2:17-cv-7733 |
| Cannizzaro v. Sanofi S.A. et al | 2:17-cv-13005 |
| Dawson v. Sanofi S.A. et al | 2:16-cv-17302 |
| Donnell v. Sanofi S.A. et al | 2:17-cv-8016 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Dudley v. Sanofi S.A. et al | 2:16-cv-17097 |
| Gaye v. Sanofi S.A. et al | 2:17-cv-09954 |
| Green v. Sanofi S.A. et al | 2:17-cv-09956 |
| Hyter v. Sanofi S.A. et al | 2:16-cv-17326 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 |
| Kitchens v. Sanofi S.A. et al | 2:17-cv-13321 |
| Marsh v. Sanofi S.A. et al | 2:17-cv-10141 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Oyibo v. Sanofi S.A. et al | 2:17-cv-12677 |
| Petry v. Sanofi S.A. et al | 2:17-cv-10270 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Saleem v. Sanofi S.A. et al | 2:16-cv-17105 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-8188 |
| Trunick v. Sanofi S.A. et al | 2:17-cv-12666 |
| Upchurch v. Sanofi S.A. et al | 2:17-cv-12624 |
| Valentine v. Sanofi S.A. et al | 2:17-cv-8809 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |
| Williams Andrews v. Sanofi S.A. et al | 2:17-cv-8579 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**Accord**

| Matter Name | Case Number |
|---|---|
| Cruce v. Sanofi S.A. et al | 2:17-cv-10794 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**Actavis**

| Matter Name | Case Number |
|---|---|
| Cann v. Sanofi S.A. et al | 2:17-cv-8450 |
| Davis v. Sanofi S.A. et al | 2:17-cv-5900 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Gonzalez Arocho v. Sanofi S.A. et al | 2:17-cv-9699 |
| Hyter v. Sanofi S.A. et al | 2:16-cv-17326 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Montague v. Sanofi S.A. et al | 2:17-cv-05979 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-8188 |
| Upchurch v. Sanofi US Services Inc. et al | 2:17-cv-12624 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**Hospira**

| Matter Name | Case Number |
|---|---|
| Ankner v. Sanofi S.A. et al | 2:16-cv-17312 |
| Brown v. Sanofi S.A. et al | 2:17-cv-9640 |
| Bugg v. Sanofi S.A. et al | 2:17-cv-10185 |
| Floyd v. Sanofi S.A. et al | 2:16-cv-17023 |
| Georgalos v. Sanofi S.A. et al | 2:16-cv-17314 |
| Gutierrez v. Sanofi S.A. et al | 2:17-cv-10471 |
| Henly v. Sanofi S.A. et al | 2:17-cv-9604 |
| Hyter v. Sanofi S.A. et al | 2:16-cv-17326 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 |
| Jones v. Sanofi S.A. et al | 2:17-cv-9570 |
| Medrano v. Sanofi S.A. et al | 2:17-cv-10888 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Ray v. Sanofi S.A. et al | 2:17-cv-9119 |
| Rich v. Sanofi S.A. et al | 2:17-cv-9731 |
| Sanchez v. Sanofi S.A. et al | 2:17-cv-9606 |
| Schey v. Sandoz Inc. et al | 2:17-cv-9002 |

| Smith v. Sanofi S.A. et al | 2:16-cv-17340 |
| Stripling v. Sanofi S.A. et al | 2:17-cv-10511 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-9665 |
| Upchurch v. Sanofi US Services Inc. et al | 2:17-cv-12624 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |
| Williams Andrews v. Sanofi S.A. et al | 2:17-cv-8579 |
| Williams v. Sanofi S.A. et al | 2:17-cv-8960 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**McKesson**

| Matter Name | Case Number |
|---|---|
| Brewer v. Sanofi S.A. et al | 2:16-cv-17313 |
| Brown v. Sanofi S.A. et al | 2:17-cv-9640 |
| Davis v. Sanofi S.A. et al | 2:17-cv-5900 |
| Georgalos v. Sanofi S.A. et al | 2:16-cv-17314 |
| Gonzalez Arocho v. Sanofi S.A. et al | 2:17-cv-9699 |
| Gutierrez v. Sanofi S.A. et al | 2:17-cv-10471 |
| Hyter v. Sanofi S.A. et al | 2:16-cv-17326 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Sanchez v. Sanofi S.A. et al | 2:17-cv-9606 |
| Stripling v. Sanofi S.A. et al | 2:17-cv-10511 |
| Williams Andrews v. Sanofi S.A. et al | 2:17-cv-8579 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**Pfizer**

| Matter Name | Case Number |
|---|---|
| Brown v. Sanofi S.A. et al | 2:17-cv-9640 |
| Floyd v. Sanofi S.A. et al | 2:16-cv-17023 |
| Gutierrez v. Sanofi S.A. et al | 2:17-cv-10471 |
| Jones v. Sanofi S.A. et al | 2:17-cv-9570 |
| Sanchez v. Sanofi S.A. et al | 2:17-cv-9606 |
| Stripling v. Sanofi S.A. et al | 2:17-cv-10511 |
| Upchurch v. Sanofi US Services Inc. et al | 2:17-cv-12624 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |
| Williams Andrews v. Sanofi S.A. et al | 2:17-cv-8579 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**Sandoz**

| Matter Name | Case Number |
|---|---|
| Ankner v. Sanofi S.A. et al | 2:16-cv-17312 |
| Brewer v. Sanofi S.A. et al | 2:16-cv-17313 |
| Hyter v. Sanofi S.A. et al | 2:16-cv-17326 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 |
| Montague v. Sanofi S.A. et al | 2:17-cv-05979 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Upchurch v. Sanofi US Services Inc. et al | 2:17-cv-12624 |

**Deficiency – No DFS Filed (505(b)(2) Defendants)**
**Sun**

| Matter Name | Case Number |
|---|---|
| Ankner v. Sanofi S.A. et al | 2:16-cv-17312 |
| Borowski v. Sanofi S.A. et al | 2:17-cv-6493 |
| Brewer v. Sanofi S.A. et al | 2:16-cv-17313 |
| Brown v. Sanofi S.A. et al | 2:17-cv-9640 |
| Bugg v. Sanofi S.A. et al | 2:17-cv-10185 |
| Cann v. Sanofi S.A. et al | 2:17-cv-8450 |
| Cruce v. Sanofi S.A. et al | 2:17-cv-10794 |
| Davis v. Sanofi S.A. et al | 2:17-cv-5900 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Floyd v. Sanofi S.A. et al | 2:16-cv-17023 |
| Georgalos v. Sanofi S.A. et al | 2:16-cv-17314 |
| Gonzalez Arocho v. Sanofi S.A. et al | 2:17-cv-9699 |
| Gutierrez v. Sanofi S.A. et al | 2:17-cv-10471 |
| Henly v. Sanofi S.A. et al | 2:17-cv-9604 |
| Hyter v. Sanofi S.A. et al | 2:16-cv-17326 |
| Jackson v. Sanofi S.A. et al | 2:17-cv-00381 |
| Jones v. Sanofi S.A. et al | 2:17-cv-9570 |
| Kella v. Sanofi S.A. et al | 2:17-cv-09577 |
| Medrano v. Sanofi S.A. et al | 2:17-cv-10888 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Montague v. Sanofi S.A. et al | 2:17-cv-05979 |
| Morrison v. Sanofi S.A. et al | 2:16-cv-17325 |
| Nicklus v. Sanofi S.A. et al | 2:17-cv-9306 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Ray v. Sanofi S.A. et al | 2:17-cv-8967 |
| Renner v. Sanofi S.A. et al | 2:17-cv-8968 |

| | |
|---|---|
| Rich v. Sanofi S.A. et al | 2:17-cv-9731 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-8188 |
| Stripling v. Sanofi S.A. et al | 2:17-cv-10511 |
| Taylor v. Sanofi S.A. et al | 2:17-cv-9665 |
| Upchurch v. Sanofi US Services Inc. et al | 2:17-cv-12624 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |
| Williams Andrews v. Sanofi S.A. et al | 2:17-cv-8579 |
| Williams v. Sanofi S.A. et al | 2:17-cv-8960 |