# APPENDIX K.9

**Deficiency –Failure to Respond to Deficiency Notice (Sanofi Defendants)**

| Matter Name | Case Number |
|---|---|
| Caldwell v. Sanofi S.A. et al | 2:17-cv-08044 |
| Chorak v. Sanofi S.A. et al | 2:16-cv-17165 |
| Christie v. Sanofi S.A. et al | 2:17-cv-08175 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Gibbons v. Sanofi S.A. et al | 2:17-cv-08116 |
| Hodge v. Sanofi S.A. et al | 2:17-cv-07257 |
| January v. Sanofi S.A. et al | 2:17-cv-9668 |
| Johnson v. Sanofi S.A. et al | 2:16-cv-01918 |
| Matthews v. Sanofi S.A. et al | 2:17-cv-07167 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Roberts v. Sanofi S.A. et al | 3:16-cv-03168 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-8188 |
| Smith v. Sanofi S.A. et al | 2:17-cv-3126 |
| Stuewe v. Sanofi S.A. et al | 2:17-cv-5583 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |
| Zienka v. Sanofi S.A. et al | 2:17-cv-04173 |

**Deficiency – Failure to Respond to Deficiency Notice (505(b)(2) Defendants) Actavis**

| Matter Name | Case Number |
|---|---|
| Cann v. Sanofi S.A. et al | 2:17-cv-8450 |
| Davis v. Sanofi S.A. et al | 2:17-cv-5900 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Montague v. Sanofi S.A. et al | 2:17-cv-05979 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-8188 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |
| Weber v. Sanofi S.A. et al | 2:17-cv-8151 |

**Deficiency – Failure to Respond to Deficiency Notice (505(b)(2) Defendants) Hospira**

| Matter Name | Case Number |
|---|---|
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |

**Deficiency – Failure to Respond to Deficiency Notice (505(b)(2) Defendants)**
**McKesson**

| Matter Name | Case Number |
|---|---|
| Baker v. McKesson Corporation | 2:17-cv-08542 |
| Davis v. Sanofi S.A. et al | 2:17-cv-5900 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |

**Deficiency – Failure to Respond to Deficiency Notice (505(b)(2) Defendants)**
**Pfizer**

| Matter Name | Case Number |
|---|---|
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |

**Deficiency – Failure to Respond to Deficiency Notice (505(b)(2) Defendants)**
**Sandoz**

| Matter Name | Case Number |
|---|---|
| Autin v. Sanofi S.A. et al | 2:17-cv-07331 |
| Montague v. Sanofi S.A. et al | 2:17-cv-05979 |

**Deficiency – Failure to Respond to Deficiency Notice (505(b)(2) Defendants)**
**Sun**

| Matter Name | Case Number |
|---|---|
| Cann v. Sanofi S.A. et al | 2:17-cv-8450 |
| Davis v. Sanofi S.A. et al | 2:17-cv-5900 |
| Drew v. Sanofi S.A. et al | 2:17-cv-06345 |
| Melendez v. Sanofi S.A. et al | 2:17-cv-8539 |
| Montague v. Sanofi S.A. et al | 2:17-cv-05979 |
| Pickens v. Sanofi S.A. et al | 2:17-cv-05898 |
| Sanders v. Sanofi S.A. et al | 2:17-cv-8188 |
| Walker v. Sanofi S.A. et al | 2:17-cv-07245 |