# APPENDIX L.9

**Deficiency –Insufficient Response to Deficiency Notice (Sanofi Defendants)**

| Matter Name | Case Number |
|---|---|
| Harbert v. Sanofi S.A. et al | 2:16-cv-15839 |
| Jones v. Sanofi S.A. et al | 2:17-cv-04864 |

**Deficiency – Insufficient Response to Deficiency Notice (505(b)(2) Defendants)**
**Accord**

| Matter Name | Case Number |
|---|---|
| Hill v. Sanofi S.A. et al | 2:17-cv-7176 |
| Van Gossen v. Sanofi S.A. et al | 2:17-cv-6208 |

**Deficiency – Insufficient Response to Deficiency Notice (505(b)(2) Defendants)**
**Hospira**

| Matter Name | Case Number |
|---|---|
| Johnson v. Sanofi S.A. et al | 2:17-cv-05338 |
| Knight v. Hospira Worldwide, Inc. et al | 2:17-cv-05335 |
| Wilhelm v. Sanofi S.A. et al | 2:17-cv-05340 |

**Deficiency – Insufficient Response to Deficiency Notice (505(b)(2) Defendants)**
**Pfizer**

| Matter Name | Case Number |
|---|---|
| Knight v. Hospira Worldwide, Inc. et al | 2:17-cv-05335 |

**Deficiency – Insufficient Response to Deficiency Notice (505(b)(2) Defendants)**
**Sandoz**

| Matter Name | Case Number |
|---|---|
| Harrison v. Sanofi S.A. et al | 2:17-cv-6753 |