UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Natasha Thompson
Case No.: 16-cv-17254

ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2137) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 3rd day of May, 2018

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**