UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date (Rec. Doc. 2354) on the Motion to Dismiss Napoli Shkolnik's Duplicate Cases (Rec. Doc. 2152), filed by Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Pfizer Inc., and Accord Healthcare, Inc. ("Defendants");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and the submission date on the Motion to Dismiss Napoli Shkolnik's Duplicate Cases is hereby set for <u>August 1, 2018, at 9:30 a.m.</u>

New Orleans, Louisiana, this 3rd day of May, 2018.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

00498014