### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Collingwood v. Sanofi S.A. et al 2:16-cv-17253* | Section "N" (5) HON. KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

**ORDER**

Plaintiff's Counsel's Motion to Withdraw as Counsel (Rec. Doc. 2389) for the above-named Plaintiffs was submitted to the Court on April 27, 2018. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Withdraw as counsel of record is hereby GRANTED. Attorney Michelle L. Kranz is hereby removed as counsel of record from the case.

Attorneys Alexandra W. Robertson and Timothy J. Becker shall remain as counsel of record for Plaintiffs in the above-named cases.

New Orleans, Louisiana this 3rd day of May, 2018.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**