## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| RHONDA HOGAN, | : : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: **2:17-CV-12714** |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC, | : : : | |
| Defendant(s). | : : | |

### ORDER

    Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2230) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this the 3rd day of May, 2018

                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**