UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| | : | MAG. JUDGE NORTH |
| **MARGO TRAVIS** | : | |
| | : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : | |
| | : | Civil Action No.: **2:17-CV-13776** |
| vs. | : | |
| | : | |
| | : | |
| **SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC,** | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------------------ | : | |

**ORDER**

    Upon Plaintiff's Motion for Leave to file an Amended Compliant (Rec. Doc. 2229) and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 3rd day of May 2018

                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**