# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Kelly Lea Kohlenberg
Case No.: 17-cv-13959

## ORDER

       Upon Plaintiff's Motion for Leave to file an Amended Complaint (Rec. Doc. 2209) and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

       New Orleans, Louisiana, this 3rd day of May 2018

                                                _____
                                                      KURT D. ENGELHARDT
                                                    UNITED STATES DISTRICT JUDGE