UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. KURT D. ENGELHARDT |
| Shawn Talbert-Brown,<br>    Plaintiff, | : | |
| vs. | : | |
| Sandoz, Inc.,<br>    Defendant. | : | |
| Civil Case No.: 2:17-cv-14711 | : | |

**ORDER**

Upon Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet (Rec. Doc. 1661), it is hereby Ordered that Motion is DENIED.

New Orleans, this the 3rd day of May, 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**