# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. KURT D. ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*KRISTIN HIGHT v. SANOFI-AVENTIS U.S. LLC, ET AL.* | **ORDER GRANTING MOTION FOR EXTENSION**<br><br>Civil Action No.: 2:18-cv-01854 |

THE COURT, being fully advised on the matter and having reviewed the file in this matter, hereby GRANTS Plaintiff Kristin Hight's Motion for Extension of Time (Rec. Doc. 2394) to file her individualized remand statement in the above-captioned matter. Plaintiff has until June 19, 2018 to file her remand statement.

**IT IS SO ORDERED.**

New Orleans, Louisiana this   3rd   day of         May        , 2018.

_____
Hon. Kurt D. Engelhardt
UNITED SATES DISTRICT COURT JUDGE