# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | § § § § | **MDL NO. 2740** <br><br> **SECTION "N" (5)** |
| *THIS DOCUMENT RELATES TO:* | § § | **JUDGE ENGELHARDT** <br> **MAG. JUDGE NORTH** |
| *Dina Refka v. Sanofi U.S. Services, Inc., et al.* <br> No.   2:18-cv-2204-KDE-MBN | § § § § § | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that Plaintiff Dina Refka's claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. are hereby dismissed without prejudice with each party to bear its own costs.

DATED: May 4, 2018


*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com
*Counsel for Plaintiff*

*/s/Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: 212-849-7000
Fax: 212-849-7100
maracuskergonzalez@quinnemanuel.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>May 4, 2018</u> , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

<u>/s/ Panagiotis V. Albanis</u>