UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDE KURT D. ENGELHARDT |
| *Lorraine Newton v. Sanofi-Aventis U.S. LLC, et-al- Civil Action No. 2:17-cv-06288* | MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff Lorraine Newton respectfully asks this Court to substitute attorney Samantha Mertz of the law firm Grant & Eisenhofer, P.A. in place of attorneys Joseph M. Bruno and Melissa DeBarbieris of the law firm Bruno & Bruno, LLP. Plaintiff is no longer represented by the firm of Bruno & Bruno, LLP, and is now represented by attorney Samantha Mertz, who will be substituted in as counsel of record.

WHEREFORE, Plaintiff hereby respectfully requests this Court to permit attorneys Joseph M. Bruno and Melissa DeBarbieris to be removed as counsel of record for Plaintiff Lorraine Newton, and to enter the appearance of attorney Samantha Mertz.

Dated this 4th day of May, 2018.

Respectfully submitted,

| | |
|---|---|
| GRANT & EISENHOFER, P.A. | BRUNO & BRUNO, LLP |
| */s/ Samantha Mertz* | */s/ Joseph M. Bruno* |
| SAMANTHA MERTZ (PA Bar No. 310071) | JOSEPH M. BRUNO (LA Bar No. 3604) |
| 123 Justison Street, 7th Floor | 855 Baronne Street |
| Wilmington, DE 19801 | New Orleans, LA 70113 |
| Telephone: 302-622-7001 | Telephone: (504) 525-1335 |
| Facsimile: 302-622-7100 | Facsimile: (504) 561-6775 |
| Email: smertz@gelaw.com | Email: jbruno@brunobrunolaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

                                   */s/ Joseph M. Bruno*
                               JOSEPH M. BRUNO