# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | **JUDE KURT D. ENGELHARDT** |
| *Lorraine Newton v. Sanofi-Aventis U.S. LLC, et-al- Civil Action No. 2:17-cv-06288* | **MAG. JUDGE MICHAEL B. NORTH** |

## ORDER

Plaintiff's Motion to Substitute Counsel was submitted to the Court on May 4, 2018. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel of record is hereby GRANTED.

Joseph M. Bruno and Melissa DeBarbieris are hereby removed as counsel of record from the case. Attorney Samantha Mertz shall be substituted as counsel of record for Plaintiff Lorraine Newton.

Dated: _____              _____
                                                    The Hon. Kurt D. Engelhardt