# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : | **MDL NO. 2740**  <br>**SECTION "N"(5)**  <br>**JUDGE KURT D. ENGELHARDT**  <br>**MAG. JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:** <br>Frisque, et al. v. Sanofi US Services Inc., et al. <br>2:17-cv-14112-KDE-MBN | : : : : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA AND SANDOZ DEFENDANTS

IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A), that Plaintiffs Patricia Frisque and Dana Frisque's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. be dismissed with prejudice, with each party to bear its own costs.

Dated:  May 4, 2018

| | |
|---|---|
| **HODES MILMAN LIEBECK** | **IRWIN FRITCHIE URQUHART & MOORE** |
| By: /s/ *Benjamin T. Ikuta* <br>Benjamin T. Ikuta <br>Daniel M. Hodes <br>Jeffrey A. Milman <br>9210 Irvine Center Drive <br>Irvine, California 92618 <br>Email: bikuta@hml.law <br>         dhodes@hml.law <br>         jmilman@hml.law | By: /s/ Douglas J. Moore <br>Douglas J. Moore <br>400 Poydras St., Suite 2700 <br>New Orleans, LA 70130 <br>Email: dmoore@irwinllc.com |

*Attorneys for Plaintiffs*

1

**SHOOK, HARDY & BACON, LLP**

By: /s/ Kelly Bieri
Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com
       kbieri@shb.com

*Attorneys for Defendants Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S. LLC*

**HINSHAW & CULBERTSON LLP**

By: /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street, Floor 24
Boston, MA 02109
Email: gcoan@hinshawlaw.com
       kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories Ltd.*

**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Email: jpeck@ulmer.com
       msuffern@ulmer.com
       kbeck@ulmer.com

*Attorneys for Defendants Actavis Pharma, Inc. and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Stipulation of Dismissal with Prejudice As To All but Hospira and Sandoz Defendants has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated:  May 4, 2018

**HODES MILMAN LIEBECK**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
dhodes@hml.law
jmilman@hml.law

*Attorneys for Plaintiffs*