UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> EILEEN WALSH ET AL. v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 2:17-cv-14892 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Eileen Walsh and Leonard Walsh's claims against Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sandoz, Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; and, Actavis Pharma, Inc., be dismissed with prejudice, each party to bear its own costs.

Dated this 5th day of May 2018.

| | |
|---|---|
| **LOWE LAW GROUP** <br><br> By: */s/ T. Aaron Stringer* <br> T. Aaron Stringer <br> 6028 S. Ridgeline Dr., Ste. 200 <br> Ogden, UT 84405 <br> Telephone: (385) 298-0175 <br> Facsimile: (801) 656-0997 <br> Email:aaron@lowelawgroup.com <br><br> *Attorney for Plaintiff(s)* | **IRWIN FRITCHIE URQUHART & MOORE** <br><br> By: */s/ Douglas J. Moore* <br> Douglas J. Moore, Esq. <br> Kelly Brilleaux <br> 400 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> Facsimile: (504) 310-2100 <br> Email: dmoore@irwinllc.com <br>         kbrilleaux@irwinllc.com |

1

**SHOOK, HARDY & BACON, L.L.P.**

Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email:  hratliff@shb.com
             kbieri@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**

By:      */s/ Lori G. Cohen*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
Email: cohenl@gtlaw.com
            merrellc@gtlaw.com
            holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
            debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**TUCKER ELLIS LLP**

By:    */s/ Julie Callsen*
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
Email: brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By:  /s/ Mark S. Cheffo
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY  10010
Email:  markcheffo@chaffe.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

By:  /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP**
1100 Poydras St., Suite 1700
New Orleans, LA 70163
sshuler @leakeanderson.com
cbordelon@leakeanderson.com
*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

By:  /s/ Michael J. Suffern

Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800
Cincinnati, OH  45202
Email:  msuffern@ulmer.com
            jpeck@ulmer.com
            jschaefer@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*


**MORRISON & FOERSTER LLP**

By: ___*/s/ Erin M. Bosman*_____
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA  92130-2040
Email: ebosman@mofo.com
           juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

4

5

## CERTIFICATE OF SERVICE

  I hereby certify that on May 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 5, 2018          /s/ T. Aaron Stringer
                  T. Aaron Stringer