UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)<br>         PRODUCTS LIABILITY<br>         LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

### ORDER
### [Dismissing Certain Motions for Leave to Amend Without Prejudice]

Recognizing the importance of determining product identification in MDL 2740, this Court entered Case Management No. 12 (Rec. Doc. 1506) ("CMO 12") which memorialized a process to obtain product identification and which culminates in allowing the Plaintiffs limited discovery in non-bellwether cases for the sole purpose of identification of the manufacturer of the Taxotere/docetaxel administered to a Plaintiff.  Attached as Exhibit A to this Order is a list of Motions for Leave to Amend the Short Form Complaint, seeking to add defendants in cases where plaintiffs do not yet possess evidence of the proper defendant, pursuant to CMO 12.  Accordingly, since the plaintiffs identified in Exhibit A may benefit from first taking the steps set forth in CMO 12, the motions listed in Exhibit A are hereby **DENIED WITHOUT PREJUDICE**.  Plaintiffs may re-urge these Motions for Leave in an amended form at a later date upon certification of completion of the process set forth in CMO 12.  Any future motions filed by plaintiffs seeking to amend to add defendants shall include this certification.

If counsel files a Motion for Leave to Amend or re-urges any Motion for Leave to Amend, the Motion shall relate back to the original filing date of the motion for purposes of evaluation vis-

1

à-vis statute of limitations, statute of repose, and/or liberative prescription. Defendants are deemed to preserve all rights to oppose any Motions for Leave to Amend.

NEW ORLEANS, LOUISIANA, this 3rd day of May 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**