# EXHIBIT A

| Rec. Doc | Date Filed | Plaintiff and Plaintiff Firm | Docket No. | Motion |
|---|---|---|---|---|
| 726 | 08/10/2017 | Terri M. Destefano<br><br>Simmons Hanley Conroy | 2:17−cv−06919 | Motion for Leave to File Amended Short Form Complaint by Plaintiff. |
| 966 | 10/16/2017 | Sara Mullen<br><br>Beasley Allen | 2:17−cv−01262 | Motion for Leave to File Amended Short Form Complaint by Plaintiff. |
| 967 | 10/16/2017 | Lillie Norman<br><br>Beasley Allen | 2:17−cv−01603 | Motion for Leave to File Amended Short Form Complaint by Plaintiff. |
| 968 | 10/16/2017 | Shelley Pearson<br><br>Beasley Allen | 2:16−cv−17840 | Motion for Leave to File Amended Short Form Complaint by Plaintiff. |
| 985 | 10/18/2017 | Cynthia Grant<br><br>Marc J. Bern & Partners LLP | 2:17−cv-05013 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 987 | 10/18/2017 | Audrey Reed & Elliott Reed<br><br>Marc J. Bern & Partners LLP | 2:17-cv-04946 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 988 | 10/18/2017 | Victoria Jackson & Troy Jackson<br><br>Marc J. Bern & Partners LLP | 2:17-cv-07056 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 989 | 10/18/2017 | Mary Katherine Gidcomb & James Gidcomb<br><br>Marc J. Bern & Partners LLP | 2:17-cv-07056 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 990 | 10/18/2017 | Joyce Rasmussen<br><br>Marc J. Bern & Partners LLP | 2:17-cv-04840 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 991 | 10/18/2017 | Loretta Molt & J. Roland Molt | 2:17-cv-08883 | Motion for Leave to File Amended Complaint by Plaintiff. |

|      |            |                           |                |                                  |
|------|------------|---------------------------|----------------|----------------------------------|
|      |            | Marc J. Bern & Partners LLP |              |                                  |
| 1158 | 12/06/2017 | Adrienne Carter<br><br>Fernelius Simon PLLC | 2:17−cv−00586 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 1187 | 12/08/2017 | Briggitte Reed<br><br>Fernelius Simon PLLC | 2:16−cv−17843 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 1188 | 12/08/2017 | Ernestine Deggs<br><br>Fernelius Simon PLLC | 2:17−cv−00588 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 1653 | 02/14/2018 | Flordia Taylor<br><br>Verhine & Verhime PLLC | 2:16−cv−17915 | Motion for Leave to File Amended Complaint by Plaintiff. |
| 2035 | 03/27/2018 | Sherida Johnson<br>Catherine Sulltrop<br>Debra Magit<br>Athena Mack<br>Angela Williams<br>Karen East<br>Deborah Hunkapiller<br>Jennifer Lujan<br>Jill Leitzke<br>Rhonda Brown<br>Andrea Nelson<br>Ida Engleman<br>Paula Oubrahim<br>Mimoza Lufo Lamorte<br>Mary Leonard<br>Lucia Polanco-Oramas<br>Alice Fingers<br>Jennifer Turner<br>Drusilla Mounce<br>Oriann Holmes<br>Jerrye Marcantel<br>Barbara Marinelli<br>Julia Sanders<br>Randie Bowen<br>Trina Ramsey<br>Stephanie Deese<br>Evelyn Wilson<br>Judy Gebauer<br>Alicia Byrd<br>Tracy Botsko<br>Donna Jarrel | 2:17-cv-12952<br>2:18-cv-00210<br>2:17-cv-15056<br>2:17-cv-13527<br>2:17-cv-17244<br>2:17-cv-15000<br>2:17-cv-12633<br>2:17-cv-00112<br>2:17-cv-12983<br>2:18-cv-00490<br>2:18-cv-00726<br>2:18-cv-00274<br>2:17-cv-12587<br>2:17-cv-12645<br>2:17-cv-13466<br>2:17-cv-12832<br>2:18-cv-00144<br>2:17-cv-12814<br>2:17-cv-14431<br>2:17-cv-13046<br>2:18-cv-00125<br>2:17-cv-17246<br>2:17-cv-15064<br>2:17-cv-15296<br>2:18-cv-00494<br>2:17-cv-13787<br>2:17-cv-15436<br>2:18-cv-00266<br>2:18-cv-00345<br>2:17-cv-15417<br>2:18-cv-00349 | Motion for Leave to File Amended Complaints by Plaintiff. |

|  |  | Deborah Kay Ford | 2:17-cv-12763 |  |
|---|---|---|---|---|
|  |  | Linda S. Reed | 2:18-cv-00550 |  |
|  |  | Donna Whitaker | 2:17-cv-12928 |  |
|  |  | Mary Tate | 2:17-cv-12960 |  |
|  |  | Michelle Meissner | 2:17-cv-13395 |  |
|  |  | Gwendolyn Myers | 2:17-cv-15049 |  |
|  |  | Larraine Martinez | 2:17-cv-17245 |  |
|  |  | Vanessa De Vera | 2:17-cv-12650 |  |
|  |  | Dora Hernandez | 2:17-cv-15559 |  |
|  |  | Angela Wingfield | 2:18-cv-00269 |  |
|  |  | Meena Patel | 2:17-cv-12934 |  |
|  |  | JoEllen Solias | 2:18-cv-00724 |  |
|  |  | Cheryl Anderson | 2:18-cv-00083 |  |
|  |  | Brenda Morrison | 2:17-cv-17110 |  |
|  |  | Funchess Cheryl | 2:18-cv-00204 |  |
|  |  | Valdez Patricia | 2:17-cv-13764 |  |
|  |  | Reich & Binstock |  |  |

3126852-1