**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**          MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Sherry Bridges
Case No.: 17-cv-9468

_____

**ORDER**

_____

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as

shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her

Motion.

The _____ day of _____, 2018

_____

The Hon. Kurt D. Engelhardt