UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | |
| _____ | : | SECTION "N" (5) |
| | : | JUDGE ENGELHARDT |
| Sherry Bridges, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.:17-cv-9468 |
| | : | |
| SANOFI S.A.,  SANOFI US SERVICES INC. | : | |
| AVENTIS PHARMA S.A., and | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A.,

Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each

party to bear its own costs. The parties specifically understand and agree that all applicable statutes

of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 7th day of May, 2018.

JOHNSON BECKER, PLLC                                SHOOK, HARDY & BACON


 _/s/ Alexandra Robertson_                                _/s/ Kelly Bieri_
Alexandra Robertson, Esq.                            Kelly Bierei, Esq.
Timothy J. Becker, Esq.                               Harley V. Ratliff
444 Cedar Street                                     2555 Grand Boulevard
Suite 1800                                           Kansas City, MO 64108
St. Paul, MN 55101                                   Phone: 816-474-6550
Phone: 612-436-1800                                  Fax: 816-421-5547
Fax: 612-436-1801                                    Email:  Kbieri@shb.com
tbecker@johnsonbecker.com

 Attorney for Plaintiff                               Attorney for Sanofi-aventis U.S. LLC and Sanofi
                                                      US Services Inc.