UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Ruthie Lanell Lewis, | : : | |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:17-cv-8779 |
| SANOFI S.A., SANOFI US SERVICES INC. AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc. and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 7th day of May, 2018.

JOHNSON BECKER, PLLC                SHOOK, HARDY & BACON

_/s/ Alexandra Robertson_            _/s/ Kelly Bieri_
Alexandra Robertson, Esq.            Kelly Bierei, Esq.
Timothy J. Becker, Esq.              Harley V. Ratliff
444 Cedar Street                     2555 Grand Boulevard
Suite 1800                           Kansas City, MO 64108
St. Paul, MN 55101                   Phone: 816-474-6550
Phone: 612-436-1800                  Fax: 816-421-5547
Fax: 612-436-1801                    Email: Kbieri@shb.com
tbecker@johnsonbecker.com

Attorney for Plaintiff               Attorney for Sanofi US Services, Inc. and
                                     Sanofi-Aventis U.S. LLC