UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Janice Wolfgang, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:16-cv-16236 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |
| ----------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 7th day of May, 2018.

JOHNSON BECKER, PLLC

SHOOK, HARDY & BACON

_/s/ Alexandra Robertson_
Alexandra Robertson, Esq.
Timothy J. Becker, Esq.
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: tbecker@johnsonbecker.com


Attorney for Plaintiff

_/s/ Kelly Bieri_
Kelly Bieri, Esq.
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  Kbieri@shb.com


Attorney for Sanofi-aventis U.S. LLC and
Sanofi US Services Inc.