# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Barbara Solorio
Case No.: 17-cv-9105

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff Barbara Solorio, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: May 7, 2018            **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that May 7, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson