# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ENGELHARDT |
| AMI CISCO, | |
| | MAG. JUDGE NORTH |
| *Plaintiff* | |
| | Civil No. 2:17-cv-16594-EEF-MBN |
| v. | |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| *Defendant(s)* | |

## ORDER

Considering the foregoing Motion for Substitution of Counsel of Record (Rec. Doc. 2274);

**IT IS HEREBY ORDERED** that attorneys Darin L. Schanker, J. Kyle Bachus, and J. Christopher Elliott of Bachus & Schanker are withdrawn as the Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorney Leslie LaMacchia of Pulaski Law Firm is substituted as the Plaintiff's attorney of record in Case No. 2:17-cv-16594, *Ami Cisco v. Sanofi-Aventis, U.S. LLC, et al.*

New Orleans, Louisiana this 3rd day of May, 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**