UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| DENISE WOMACK, | : | JUDGE ENGELHARDT |
| | : | |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | |
| | : | Civil Action No. 2:17-cv-15201 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Withdraw (Rec. Doc. 2291) Plaintiff's Motion for Voluntary Dismissal With Prejudice (Rec. Doc. 2191) is hereby GRANTED.

New Orleans, Louisiana this   3rd   day of   May  , 2018  .

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge