# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *ALL CASES LISTED ON EXHIBIT A TO MOTION FOR LEAVE (REC. DOC. 2237)* | HON. KURT D. ENGELHARDT |

**ORDER ON MOTION FOR LEAVE TO FILE
OMNIBUS REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR
LEAVE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Upon Plaintiff's Motion for Leave to File Omnibus Reply Memorandum in Further Support of Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2237), and for good cause shown, it is hereby Ordered that Motion is GRANTED and the Supplemental Response to Order to Show Cause No. 3, attached as a proposed pleading to the Motion for Leave to File, is hereby filed into the record.

New Orleans, Louisiana, this 3rd day of May, 2018

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1