# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *ALL CASES LISTED ON EXHIBIT A* | |

## ORDER ON MOTION FOR LEAVE TO FILE OMNIBUS REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Upon Plaintiff's Motion for Leave to File Omnibus Reply Memorandum in Further Support of Motion for Leave to File Supplemental Response to Order to Show Cause No. 3, it is hereby Ordered that Motion is DENIED AS MOOT, as Plaintiff has previously filed an identical Motion for Leave to File Omnibus Reply Memorandum in Further Support of Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 at Rec. Doc. 2237.

New Orleans, Louisiana, this 3rd day of May, 2018

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE