# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N"(5) |
| : | JUDGE ENGELHARDT |
| ---------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: : | |
| *Lisa Fuller v. Sanofi S.A., et. al.* : | Civil Action No.: 2:17-cv-06194 |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that additional information has been submitted via MDL Centrality in compliance with her discovery obligations through the production of all responsive information and/or documentation in her possession and in support would show the following:

1. As outlined in Plaintiff Fuller's Response to Order to Show Cause No. 3, Plaintiff previously submitted her Plaintiff Fact Sheet ("PFS") on July 31, 2017, which has since been amended on 10/10/2017, 12/27/2017, 2/26/2017 and 5/3/2018. (Doc. 12663, 24892, 24899, 50824, 98794, and 154298). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc.10251-7), representative photographs (Doc. 10268-71 and 103107-23) and medical records (10258-67).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff submitted additional information to correct/clarify the dates of the previously-submitted Before, After and Current representative photographs evidencing her Proof of Injury. (Zip File Doc. 154053.). Plaintiff does not possess photos taken During her chemotherapy

1

treatment. Additionally, although medical records had been previously submitted indicating Plaintiff's Taxotere (Docetaxel) use pre-dated March 2011 - thereby confirming the manufacturer as the Sanofi Defendants - medical record excerpts evidencing the dates of her Taxotere usage have now been uploaded and labeled as CMO 12 Product ID.  (Doc. 154650).

3. Plaintiff has also submitted her Fifth Amended PFS and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession. (Doc. 154298 and 154311.) **Plaintiff simply does not possess any additional information responsive to any deficiencies Defendants may now allege exist.**

4. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss. Respectfully submitted, May 8th, 2018.

By:  s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com