UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Valerie J. Gallery
Case No.: 16-cv-17789

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff Sherry Bridges, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: May 8, 2018　　　　　　　　**JOHNSON BECKER, PLLC**

　　　　　　　　　　　　　　　　　　/s/ Alexandra W. Robertson
　　　　　　　　　　　　　　　　　　Alexandra W. Robertson, Esq. MN Bar #395619
　　　　　　　　　　　　　　　　　　Timothy J. Becker, Esq. MN Bar #256663
　　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101
　　　　　　　　　　　　　　　　　　(612) 436-1800 (telephone)
　　　　　　　　　　　　　　　　　　arobertson@johnsonbecker.com
　　　　　　　　　　　　　　　　　　tbecker@johnsonbecker.com

　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that May 8, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson