**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**                   MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Valerie J. Gallery
Case No.: 16-cv-17789

_____

**ORDER**

_____

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as

shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her

Motion.

The _____ day of _____, 2018

                                    _____

                                    The Hon. Kurt D. Engelhardt