# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Bonnie Jones v. Sanofi et al.*: 17-cv-17211<br>*Donna Edwards v. Sanofi et al.*: 17-cv-17205<br>*Dorthey Wilbanks v. Sanofi et al.*: 17-cv-17230<br>*Grace Welch v. Sanofi et al.*: 17-cv-17238<br>*Grandassa Harris v. Sanofi et al.*: 17-cv-17206<br>*Janet Starr v. Sanofi et al.*: 17-cv-17236<br>*Martha Sutherland v. Sanofi et al.*: 17-cv-17220<br>*Peggy Edwards v. Sanofi et al.*: 17-cv-17260<br>*Phyllis Fernandez v. Sanofi et al.*: 17-cv-17263<br>*Velma Santos v. Sanofi et al.*: 17-cv-17218<br>*Wanda Brooks v. Sanofi et al.*: 17-cv-17255<br>*Wilma Cochran v. Sanofi et al.*: 17-cv-17182<br>*Sonya Reed v. Sanofi et al.*: 17-cv-17332<br>*Cheryl Wiggins v. Sanofi et al.*: 17-cv-17237<br>*Samara Winters v. Sanofi et al.*: 17-cv-17235<br>*Patrina Robinson v. Sanofi et al.*: 17-cv-17234<br>*Vickie Williams v. Sanofi et al.*: 17-cv-17231<br>*Rhoda Pugh v. Sanofi et al.*: 17-cv-17228<br>*Karen White v. Sanofi et al.*: 17-cv-17227<br>*Sharon Pavic v. Sanofi et al.*: 17-cv-17226<br>*Christine O'Hara v. Sanofi et al.*: 17-cv-17225<br>*Connie Minet v. Sanofi et al.*: 17-cv-17219<br>*Sharon Kajiwara v. Sanofi et al.*: 17-cv-17251<br>*Linda Mannina v. Sanofi et al.*: 17-cv-17214<br>*Kathleen Kelly v. Sanofi et al.*: 17-cv-17212<br>*Carolyn Hess v. Sanofi et al.*: 17-cv-17204<br>*Brenda Ertle v. Sanofi et al.*: 17-cv-17203<br>*Betty Ennis v. Sanofi et al.*: 17-cv-17200<br>*Joanna Gonzales v. Sanofi et al.*: 17-cv-17196<br>*Angela Dugan v. Sanofi et al.*: 17-cv-17194<br>*Joyce De Haas v. Sanofi et al.*: 17-cv-17190<br>*Kristine Combs v. Sanofi et al.*: 17-cv-17185<br>*Nancy Clay v. Sanofi et al.*: 17-cv-17180<br>*Deborah Croghan v. Sanofi et al.*: 17-cv-17172<br>*Deborah Simpson v. Sanofi et al.*: 17-cv-17169<br>*Lesia Shivers v. Sanofi et al.*: 17-cv-17168<br>*Diane Cable v. Sanofi et al.*: 17-cv-17165<br>*Anita Burns v. Sanofi et al.*: 17-cv-17164 | HON. KURT D. ENGELHARDT |

*Lisa Bonta v. Sanofi et al.*: 17-cv-17163
*Theresa Bryan v. Sanofi et al.*: 17-cv-17159
*Pamela Brown v. Sanofi et al.*: 17-cv-17157
*Edyth Boller v. Sanofi et al.*: 17-cv-171553

## EX PARTE MOTION TO SUBSTITUTE COUNSEL

To the Honorable Judge of Said Court:

Reich & Binstock, LLP submits this ex parte motion to substitute counsel for the Plaintiffs in the above referenced cases. Reich & Binstock, LLP has taken over these cases from the Kirk Law Firm.

Dated: May 8, 2018

Respectfully Submitted,

/s/ *Robert Binstock*

Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 8, 2018					Respectfully submitted,

						/s/ *Robert Binstock*
						Robert Binstock (TX Bar No. 02328350)
						REICH AND BINSTOCK, LLP
						Whitney Bank Bldg. River Oaks
						4265 San Felipe #1000
						Houston, TX 77027
						Phone: (713) 622-7271
						bbinstock@reichandbinstock.com