# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Bonnie Jones v. Sanofi et al.*: 17-cv-17211 | |
| *Donna Edwards v. Sanofi et al.*: 17-cv-17205 | |
| *Dorthey Wilbanks v. Sanofi et al.*: 17-cv-17230 | |
| *Grace Welch v. Sanofi et al.*: 17-cv-17238 | |
| *Grandassa Harris v. Sanofi et al.*: 17-cv-17206 | |
| *Janet Starr v. Sanofi et al.*: 17-cv-17236 | |
| *Martha Sutherland v. Sanofi et al.*: 17-cv-17220 | |
| *Peggy Edwards v. Sanofi et al.*: 17-cv-17260 | |
| *Phyllis Fernandez v. Sanofi et al.*: 17-cv-17263 | |
| *Velma Santos v. Sanofi et al.*: 17-cv-17218 | |
| *Wanda Brooks v. Sanofi et al.*: 17-cv-17255 | |
| *Wilma Cochran v. Sanofi et al.*: 17-cv-17182 | |
| *Sonya Reed v. Sanofi et al.*: 17-cv-17332 | |
| *Cheryl Wiggins v. Sanofi et al.*: 17-cv-17237 | |
| *Samara Winters v. Sanofi et al.*: 17-cv-17235 | |
| *Patrina Robinson v. Sanofi et al.*: 17-cv-17234 | |
| *Vickie Williams v. Sanofi et al.*: 17-cv-17231 | |
| *Rhoda Pugh v. Sanofi et al.*: 17-cv-17228 | |
| *Karen White v. Sanofi et al.*: 17-cv-17227 | |
| *Sharon Pavic v. Sanofi et al.*: 17-cv-17226 | |
| *Christine O'Hara v. Sanofi et al.*: 17-cv-17225 | |
| *Connie Minet v. Sanofi et al.*: 17-cv-17219 | |
| *Sharon Kajiwara v. Sanofi et al.*: 17-cv-17251 | |
| *Linda Mannina v. Sanofi et al.*: 17-cv-17214 | |
| *Kathleen Kelly v. Sanofi et al.*: 17-cv-17212 | |
| *Carolyn Hess v. Sanofi et al.*: 17-cv-17204 | |
| *Brenda Ertle v. Sanofi et al.*: 17-cv-17203 | |
| *Betty Ennis v. Sanofi et al.*: 17-cv-17200 | |
| *Joanna Gonzales v. Sanofi et al.*: 17-cv-17196 | |
| *Angela Dugan v. Sanofi et al.*: 17-cv-17194 | |
| *Joyce De Haas v. Sanofi et al.*: 17-cv-17190 | |
| *Kristine Combs v. Sanofi et al.*: 17-cv-17185 | |
| *Nancy Clay v. Sanofi et al.*: 17-cv-17180 | |
| *Deborah Croghan v. Sanofi et al.*: 17-cv-17172 | |
| *Deborah Simpson v. Sanofi et al.*: 17-cv-17169 | |
| *Lesia Shivers v. Sanofi et al.*: 17-cv-17168 | |
| *Diane Cable v. Sanofi et al.*: 17-cv-17165 | |
| *Anita Burns v. Sanofi et al.*: 17-cv-17164 | |
| *Lisa Bonta v. Sanofi et al.*: 17-cv-17163 | |
| *Theresa Bryan v. Sanofi et al.*: 17-cv-17159 | |
| *Pamela Brown v. Sanofi et al.*: 17-cv-17157 | |
| *Edyth Boller v. Sanofi et al.*: 17-cv-171553 | |

## **ORDER**

Upon Plaintiffs' Motion to Substitute Counsel, and for good cause shown, it is hereby Ordered that Plaintiffs' Motion to Substitute Counsel be granted.

This the ____ day of _____, _____.