IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SONDRA OSOVICH, | : : | SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Plaintiff, | : : | COMPLAINT & JURY DEMAND |
| v. | : : | Civil Action No. 2:17-cv-08963 |
| SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | : : : : : : | |
| Defendants. | : : | |

### ORDER GRANTING LRAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2195) in the above captioned matter.

New Orleans, Louisiana this   3rd   day of   May  ,  2018  .

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE