# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tawana Bennett v. Sanofi-Aventis S.A., et al.*, Case No. 2:17-cv-14737 | |

**ORDER ON MOTION FOR LEAVE TO FILE
A REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE**

Upon Plaintiff's Motion for Leave to File a Reply To Defendants' Opposition To Plaintiff's Motion For Voluntary Dismissal With Prejudice (Rec. Doc. 2135), and for good cause shown, it is hereby Ordered that Motion is GRANTED and, attached as a proposed pleading to the Motion for Leave to File, is hereby filed into the record.

New Orleans, Louisiana, this  8th  day of         May        , 2018

                                KURT D. ENGELHARDT
                                UNITED STATES DISTRICT JUDGE

1