```
 1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
 2

 3     ****************************************************************

 4     IN RE:  TAXOTERE
       (DOCETAXEL) PRODUCTS
 5     LIABILITY LITIGATION

 6                                      CIVIL ACTION NO. 16-MD-2740 "N"
                                        NEW ORLEANS, LOUISIANA
 7                                      WEDNESDAY, APRIL 26, 2018, 10:00 A.M.

 8     THIS DOCUMENT RELATES TO:
       ALL CASES
 9
       ****************************************************************
10

11          TRANSCRIPT OF GENERAL STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
12                      UNITED STATES DISTRICT JUDGE

13
       APPEARANCES:
14

15     FOR THE PLAINTIFFS'
       STEERING COMMITTEE:          BARRIOS KINGSDORF & CASTEIX
16                                   BY:  DAWN M. BARRIOS, ESQ.
                                     701 POYDRAS STREET, SUITE 3650
17                                   NEW ORLEANS, LOUISIANA 70139

18

19                                   GAINSBURGH BENJAMIN DAVID
                                     MEUNIER & WARSHAUER
20                                   BY:  M. PALMER LAMBERT, ESQ.
                                     1100 POYDRAS STREET, SUITE 2800
21                                   NEW ORLEANS, LOUISIANA 70163

22

23                                   PENDLEY BAUDIN & COFFIN
                                     BY:  CHRISTOPHER L. COFFIN, ESQ.
24                                   1515 POYDRAS STREET, SUITE 1400
                                     NEW ORLEANS, LOUISIANA 70112
25

                            OFFICIAL TRANSCRIPT
```

```
1    APPEARANCES CONTINUED:

2

3                              GIBBS LAW GROUP
                               BY:  KAREN B. MENZIES, ESQ.
4                              400 CONTINENTAL BOULEVARD
                               6TH FLOOR
5                              EL SUGUNDO, CALIFORNIA 90245

6

7                              NAPOLI SHKOLNIK
                               BY:  HUNTER J. SHKOLNIK, ESQ.
8                                   RACHEL L. SHKOLNIK, ESQ.
                               360 LEXINGTON AVENUE
9                              11TH FLOOR
                               NEW YORK, NEW YORK 10017
10

11
                               FLEMING, NOLEN & JEZ
12                             BY:  RAND P. NOLEN, ESQ.
                               2800 POST OAK BOULEVARD
13                             SUITE 4000
                               HOUSTON, TEXAS 77056
14

15
                               MARTZELL BICKFORD & CENTOLA
16                             BY:  LAWRENCE J. CENTOLA, ESQ.
                               338 LAFAYETTE STREET
17                             NEW ORLEANS, LOUISIANA 70130

18

19                             SIMMONS HANLY CONROY
                               BY:  DAVID F. MICELI, ESQ.
20                             ONE COURT STREET
                               ALTON, ILLINOIS 62002
21

22
                               BACHUS & SCHANKER
23                             BY:  J. KYLE BACHUS, ESQ.
                                    J. CHRISTOPHER ELLIOTT, ESQ.
24                             1899 WYNKOOP STREET
                               SUITE 700
25                             DENVER, COLORADO 80202
```

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                                MORRIS BART
                                 BY:  LAUREN E. GODSHALL, ESQ.
4                                PAN AMERICA LIFE CENTER
                                 601 POYDRAS STREET, 24TH FLOOR
5                                NEW ORLEANS, LOUISIANA 70130

6

7                                ANDREWS THORNTON HIGGINS RAZMARA
                                 BY:  ANNE ANDREWS, ESQ.
8                                2 CORPORATE PARK
                                 SUITE 110
9                                IRVINE, CALIFORNIA 92606

10

11                               KIRKENDALL DWYER
                                 BY:  ALEXANDER G. DWYER, ESQ.
12                               440 LOUISIANA
                                 SUITE 1901
13                               HOUSTON, TEXAS 77002

14

15                               LISKA EXNICIOS & NUNGESSER
                                 BY:  VAL P. EXCNICIOS, ESQUIRE
16                               ONE CANAL PLACE
                                 365 CANAL STREET
17                               SUITE 2290
                                 NEW ORLEANS, LOUISIANA 70130

18

19
     FOR THE DEFENDANTS'
20   STEERING COMMITTEE:         IRWIN FRITCHIE URQUHART & MOORE
                                 BY:  DOUGLAS J. MOORE, ESQ.
21                               400 POYDRAS STREET, SUITE 2700
                                 NEW ORLEANS, LOUISIANA 70130
22

23
                                 CHAFFE MCCALL
24                               BY:  JOHN F. OLINDE, ESQ.
                                 2300 ENERGY CENTRE
25                               1100 POYDRAS STREET
                                 NEW ORLEANS, LOUISIANA 70163

                     *OFFICIAL TRANSCRIPT*

```
1    APPEARANCES CONTINUED:

2

3                              SHOOK, HARDY & BACON
                               BY:  HARLEY V. RATLIFF, ESQ.
4                              2555 GRAND BOULEVARD
                               KANSAS CITY, MISSOURI 64108
5

6
                               SHOOK, HARDY & BACON
7                              BY:  JON STRONGMAN, ESQ.
                               1155 F STREET NW
8                              SUITE 200
                               WASHINGTON, DC 20004
9

10
                               GREENBURG TRAURIG
11                             BY:  R. CLIFTON MERRELL, ESQ.
                               TERMINUS 200
12                             3333 PIEDMONT ROAD, NE
                               ATLANTA, GEORGIA 30305
13

14
                               TUCKER ELLIS
15                             BY:  JULIE A. CALLSEN, ESQ.
                               950 MAIN AVENUE, SUITE 1100
16                             CLEVELAND, OH 44113

17

18   FOR SANDOZ, A NOVARTIS
     DIVISION:                 GREENBURG TRAURIG
19                             BY:  R. CLIFTON MERRELL, ESQ.
                               TERMINUS 200
20                             3333 PIEDMONT ROAD, NE
                               ATLANTA, GEORGIA 30305
21

22
                               ADAMS & REESE
23                             BY:  DEBORAH B. ROUEN, ESQ.
                               701 POYDRAS STREET
24                             SUITE 4500
                               NEW ORLEANS, LOUISIANA 70139
25
```

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3    FOR SUN PHARMACEUTICAL
     INDUSTRIES, LTD:            HINSHAW & CULBERTSON
4                                BY:  GEOFFREY M. COAN, ESQ.
                                 28 STATE STREET
5                                24TH FLOOR
                                 BOSTON, MASSACHUSETTS 02109
6

7    FOR ACTAVIS PHARMA,
     INC.:                       ULMER & BERNE
8                                BY:  MICHAEL J. SUFFERN, ESQ.
                                 600 VINE STREET
9                                SUITE 2800
                                 CINCINNATI, OHIO 45202
10

11
     ALSO PRESENT:               KENNETH W. DEJEAN, SPECIAL MASTER
12

13

14   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
15                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
16                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
17                               Cathy_Pepper@laed.uscourts.gov

18
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
19   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

20

21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*

1                            **I N D E X**

2                                                              <u>PAGE</u>

3

4     JOINT REPORT NUMBER 9................................  8

5     8,557 CASES THAT HAVE COME INTO THE MDL..............  9

6     FEDERAL/STATE INVOLVEMENT...........................  9

7     DUPLICATE CASES..................................... 11

8     PRETRIAL ORDERS..................................... 12

9     CASE MANAGEMENT ORDERS.............................. 12

10    COUNSEL CONTACT INFORMATION FORM.................... 13

11    MASTER COMPLAINT AND SHORT FORM COMPLAINT........... 13

12    PLAINTIFF AND DEFENDANT FACT SHEETS................. 15

13    MDL CENTRALITY...................................... 31

14    SERVICE ON DEFENDANTS............................... 32

15    PRODUCT IDENTIFICATION ORDER........................ 33

16    PRESERVATION ORDER.................................. 36

17    PROTECTIVE ORDER.................................... 37

18    ELECTRONICALLY STORED INFORMATION (ESI) DISCOVERY... 37

19    DISCOVERY OF DEFENDANTS AND TRIAL CASE DISCOVERY.... 38

20    MOTION PRACTICE..................................... 39

21    SETTLEMENT COMMITTEES............................... 44

22    SPECIAL MASTER FOR PLAINTIFFS' TIME AND EXPENSES.... 45

23    NEXT STATUS CONFERENCE IS EITHER JUNE 15 OR 29TH.... 46

24

25

                       ***OFFICIAL TRANSCRIPT***

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                  WEDNESDAY, APRIL 26, 2018

3                M O R N I N G   S E S S I O N

4                   (COURT CALLED TO ORDER)

5

6

7            THE DEPUTY CLERK:  All rise.

8            THE COURT:  You all may be seated.

9                 For the record, this is a status conference in

10    the multidistrict litigation pending in the Eastern District of

11    Louisiana, MDL 2740, In re:  Taxotere (Docetaxel) Products

12    Liability Litigation.

13                 Welcome to all of you who are here in person, and

14    I understand we have several that are participating by phone,

15    several counsel that are participating by phone.

16                 Also, it's my understanding that we may have a

17    few of the state court judges in whose courts there are claims

18    related to this case that are pending.  If I could, I believe

19    we have a telephonic setup where those judges, if he or she

20    would choose to do so, could actually ask questions.  Do we

21    have anybody on that line?  Anybody?

22                 Okay.  Well, assuming, which may be a generous

23    assumption, that the phone system is working properly, I take

24    it that there are none or they would have responded, but if

25    there are and for some reason they can't communicate back, then

                    ***OFFICIAL TRANSCRIPT***

1    I would welcome them as well.

2            Why don't we go ahead and get started.  We had a

3    Draft Joint Report Number 9 of liaison counsel.  If one of you

4    would like to go ahead and to begin that report.

5            Ms. Barrios, if you would do that.

6        MS. BARRIOS:  Yes.  Thank you, Your Honor.  Good

7    morning.

8            THE COURT:  Good morning.

9        MS. BARRIOS:  A special welcome to Judge Milazzo, and

10   also our Special Master is here as well to make a report to the

11   Court today, and I believe we have over a hundred participants

12   on the phone, several of which are state court counsel, so I

13   welcome them to my MDL.

14            I'm going to go through the joint report in a

15   slightly different manner than usual.  I'm going to try to

16   summarize it rather than going through every line because the

17   joint report, for all of those on the line, will be filed

18   either Friday or Monday.  It will have all of the appendices

19   attached to it.  It will be circulated through Centrality as

20   the service provider, so everyone will get to read the real

21   details of it, but I don't want this to be boring to people and

22   then they tune it out.

23            THE COURT:  Okay.  That's fine.  I know most of you

24   all, I recognize, have been here for each of the conferences or

25   many of them prior to today.  Our normal procedure is to go

*OFFICIAL TRANSCRIPT*

1    ahead and have the report presented by counsel.  We will

2    discuss what needs to be discussed as we go through.

3            If anyone has a question either while the report

4    is being presented or thereafter, we'll afford you the

5    opportunity to ask any questions, for those of you who are

6    here, or if we do have any of our state court judicial

7    colleagues on the phone can inquire.  Then after we go through

8    the report, I'll open the floor for questions or comments.

9    Then lastly we will open the floor for any other issues that

10   have not yet been covered during the course of our conference,

11   so that will be our procedure.

12           Ms. Barrios, if you would like to proceed, that

13   will be fine.

14       MS. BARRIOS:  Yes, Your Honor.  Thank you.

15           The Judicial Panel on Multidistrict Litigation

16   named you the transferee judge in October of 2016.  Since that

17   time there have been 8,557 cases that have come into the MDL

18   either directly or through transfer and removal.

19           As for the state involvement, we have had many

20   conversations with state court counsel.  There are cases that

21   are currently pending in California, Illinois, Missouri,

22   New Jersey, and Delaware.

23           With regard to plaintiffs who are seeking to

24   remand any case, particularly in California, Your Honor has

25   entered Pretrial Order 77A, which provides for a special

*OFFICIAL TRANSCRIPT*

1    expedited procedure so you can piggyback on the work that has

2    already been done.

3              There is a motion still under submission in this

4    court regarding two California multiplaintiff cases on the

5    issue of severance and remand and what procedure is the exact

6    proper one to use.

7              We communicate and send depo notices and anything

8    of any import to all state court counsel as well as to all MDL

9    counsel, and I really do appreciate the state court counsel's

10   cooperation with me on that.

11             We know that in Delaware there are many cases

12   before the Honorable Judge Vivian Medinilla.  Counsel in

13   Delaware has requested on at least two occasions that I am

14   aware of that Judge Medinilla set a status conference and were

15   waiting for some movement in Delaware.

16             As for New Jersey, an application pursuant to

17   Rule 4:38A, Centralized Management of Multicounty Litigation,

18   to designate Taxotere as essentially an in-state MDL has been

19   filed.  It will take a couple of weeks because it is now

20   published in *The Bar Journal*, and it has to go through their

21   regular cycle.  The parties are seeking that the Honorable

22   James Hyland of Middlesex County be the -- I'll use the term

23   *transferee judge* in New Jersey.

24             In California there are six cases in six

25   different counties, and I know the parties under 77A, if they

                    ***OFFICIAL TRANSCRIPT***

1    have any issue with McKesson, will be discussing any remand

2    issues and any procedures pursuant thereto.

3          THE COURT:  By the way, I appreciate the chart.  I was

4    given this morning by liaison counsel a chart of the various

5    state courts in which there are pending cases related to the

6    MDL and also the particulars of each of those cases, including

7    the presiding judge.

8          Upon the identification of the presiding judge, I

9    have corresponded with -- and I think you all have been copied

10   on it, liaison counsel -- with each of the state court judges

11   in whose courts there is pending a related case.

12         I have not heard from any of the state court

13   judges.  I think the letter is self-explanatory.  Indeed,

14   Counsel even had input in preparing the letter in order to

15   disclose what we're doing here generally, but the letter does

16   invite any communication that a state court judge would like to

17   have with me as the presiding judge in the MDL.  I haven't

18   heard from any of them, but if I do, then we'll cover that.

19         MS. BARRIOS:  Yes, Your Honor.

20         This might be the appropriate point to discuss

21   the fact that the defendants have pointed out to us that there

22   were many duplicate cases filed around the country.  We had

23   some issues with some firms, and I'm very happy to report that

24   all of those have been resolved that I know are outstanding.

25         I reached out to the defendants yesterday to ask

*OFFICIAL TRANSCRIPT*

1    if there were any more duplicate case issues, and I haven't

2    heard back from them, but I stand ready, willing, and able to

3    get those resolved.  I had offered on the prior round to do it,

4    and they did it on their own; so, I can't take any credit for

5    it.  It was all through Chehardy and through the Shkolnik firm.

6              THE COURT:  Okay.

7              MS. BARRIOS:  Since our last report in court, you've

8    issued two pretrial orders.  For the audience, all pretrial

9    orders will be listed on Appendix A to the joint report when

10   it's filed.

11              The pretrial orders that were entered since our

12   last meeting was Pretrial Order 77A, which is the one that I

13   had previously referred to regarding a streamline process for

14   filing motions to remand California cases.

15              I think just this week you entered

16   Pretrial Order 44 Amending, which replaced settlement counsel.

17   Your Honor had appointed settlement counsel committees at the

18   beginning of the litigation.  New counsel will be

19   Matthew Moriarty for Accord Healthcare, Inc., and

20   Russell "Chip" Gaudreau for Sandoz, Inc.  Mr. Gaudreau was also

21   named as chair of the 505(B)(2) Settlement Committee.

22              THE COURT:  Okay.

23              MS. BARRIOS:  Moving on to Item 4, Case Management

24   Orders, will be listed on Appendix B to this report when it's

25   filed.

                      *OFFICIAL TRANSCRIPT*

1    You issued Case Management Order 13 on March 9th,

2    which set forth the four bellwether plaintiffs who will go up

3    for the first trial, and they are listed in a ranking order

4    that you had requested.  For the record, those cases are

5    Antoinette Durden, Tanya Francis, Barbara Earnest, and

6    Lisa Tuyes, T-U-Y-E-S.

7    With regard to the plaintiffs for the second

8    trial that were identified in Pretrial Order 8A, we've had a

9    substitution for circumstances beyond anybody's control, and

10   the Cazayoux case will be replaced by Kerry Bland's case.

11   Item Number 5, this is the pretrial order which

12   is nearest and dearest to my heart, and that is the Counsel

13   Contact Form.  Anyone who files a new case in the MDL must

14   follow Pretrial Order 7, complete the Counsel Contact Form.

15   That Counsel Contact Form gives us information

16   regarding your case and the paralegal on the case, so when we

17   communicate, we communicate both with the attorney and the

18   paralegal.

19   We then give this list to BrownGreer.  BrownGreer

20   is the servicing agent, so if you don't send the Counsel

21   Contact Form, then you will not receive any pleadings, and you

22   will not receive any information from plaintiff liaison

23   counsel.

24   Paragraph Number 6 is the Master Complaint and

25   the Short Form Complaint.  This is where anybody on the phone

*OFFICIAL TRANSCRIPT*

1    needs to get out their pencils because I'm going to read record

2    docs.

3           The Plaintiffs' First Amended Long Form Complaint

4    was filed on July 25, which is Record Doc. 689.  The defendants

5    filed Master Answers.  The Court then entered

6    Pretrial Order 73, which is Record Doc. 1463, adopting the

7    approved Short Form Complaint.  So anyone who is to file a

8    Complaint after January 2018 has to use the Complaint that is

9    attached as Record Doc. 1463-1.

10          If you have filed the Complaint using the prior

11   Short Form Complaint, you need not file an Amended Complaint

12   just to take advantage of the new form.

13          The Clerk's Office, when they are logging in any

14   Amended Complaints, will only pick up the defendant listed in

15   the amending complaints.  So if you had a case, in your initial

16   complaint you had six defendants but in the Short Form

17   Complaint as amended you only have two defendants, only two

18   defendants will be listed in the Clerk's office.

19          We caution all plaintiffs' counsel, when they are

20   filing the Short Form Complaint, to look at the Master Long

21   Form Complaint because the Short Form Complaint incorporates

22   causes of action and facts in the Plaintiffs' Master Complaint.

23          If a plaintiffs' counsel has additional causes of

24   action arising under state law of that plaintiff, or whatever

25   state law the choice of law provides, you must add that in to

*OFFICIAL TRANSCRIPT*

1    the Short Form Complaint.  We have only the causes of action

2    approved by Judge Engelhardt, so if you have any other ones,

3    you must list them.

4              If you need to file an Amended Complaint, and

5    this arises oftentimes once counsel gets product IDs, it's

6    very, very important to follow the Local Rule 7.6 and

7    Pretrial Order 37A.

8              There is very specific steps that must be taken

9    by counsel to effectuate the filing of an Amended Complaint.

10   If those steps are not specifically taken, the Clerk's Office

11   will issue a deficiency.

12             So please make note of the Court's Local Rule 7.6

13   and Pretrial Order 37A, which requires contact with the

14   defendants in getting their approval and then ultimately doing

15   the filing.  If they don't approve it, it has to go in as an

16   opposed motion.

17             The amendments to any complaint that requests a

18   voluntary dismissal of all defendants without prejudice --

19   these are plaintiffs who are going to dismiss the case but they

20   don't want it to go away permanently, it's just without

21   prejudice -- please be mindful of Pretrial Order 54, which is

22   Record Doc. 671, because there are very, very specific rules

23   that have to be followed.

24             Section 7 is a very lengthy section and deals

25   with Plaintiff and Defendant Fact Sheets.  There are several

*OFFICIAL TRANSCRIPT*

1    different areas that I'm going to go through, and I would like

2    to just tell everybody this is the part where you really,

3    really pay attention because we're talking about your fact

4    sheets.  The defendants are known to file motions to dismiss

5    because of failure to properly file and serve a Plaintiff

6    Fact Sheet; so, plaintiffs' counsel, this is another place you

7    get your pencil out.

8              There are certain pretrial orders that counsel

9    should be aware of just out of the box on Plaintiff Fact

10   Sheets.  The first is Pretrial Order 18, which provides the

11   form of the current Defendant Fact Sheet.

12             Amended Pretrial Order 22 sets forth the process

13   for service of Plaintiff and Defendant Fact Sheets and the

14   deadlines and deficiency process regarding those fact sheets.

15             Pretrial Order 23, which is Record Doc. 280, is

16   the form of the authorizations that plaintiffs must file along

17   with their Plaintiff Fact Sheet.

18             Pretrial Order 24 provides additional details on

19   the service and the authorization that must be given through

20   Centrality and the fact that all Plaintiff Fact Sheets and

21   Defense Fact Sheets will be filed through and served through

22   Centrality.

23             Although last, it's probably the most important

24   for those plaintiffs who need to file something, it's

25   Pretrial Order 55, which is Record Doc. 688, which is the

1    current form of the Plaintiff Fact Sheets.  That can be found,

2    the current form of the Plaintiff Fact Sheets, can be found at

3    Record Doc. 236-1.  It's also on the Court's website under

4    *Forms*.  It's also provided in Centrality.

5              Amended Pretrial Order 22, Your Honor, as well as

6    ESI order -- Pretrial Order 71A, both of these orders contain

7    staggering provisions.  Now, if you recall in the staggering

8    provisions in Amended Pretrial Order 22, if you had more than

9    25 fact sheets due on the same day, you've got to stagger the

10   completion and service.

11             Likewise, in 71A, there is a staggering

12   provision, but the number is increased to 50.  There has been

13   some -- not some, much dialogue between counsel on the proper

14   method to count on staggering, and we are going to work with,

15   hopefully, Jake Woody at Centrality to see if he can help us,

16   because it's very difficult for them, the defendants, to

17   understand how many cases are due on the same day, and in this

18   time, we're doing our deficiencies on their Defense

19   Fact Sheets, they have a staggering provision, and that's

20   difficult for us.

21             The real difficulty is going to be for Your Honor

22   to figure out what case is really subject to staggering.  So

23   we're going to work on that together to come up with a

24   solution --

25             THE COURT:  Okay.

**OFFICIAL TRANSCRIPT**

1        MS. BARRIOS:  -- that will help the Court and all the

2    parties.

3              As of April 24, 2018, the plaintiffs have served

4    6,505 Plaintiff Fact Sheets.  1023 Plaintiff Fact Sheets are in

5    progress.

6              Based upon the Plaintiff Fact Sheets received as

7    of April 24th, the defendants named are as follows:  Sanofi is

8    named in 3,288 Plaintiff Fact Sheets, Hospira in 465, Sandoz in

9    194, Accord in 141 Plaintiff Fact Sheets, Sun in 1 Plaintiff

10   Fact Sheet.  Plaintiff Fact Sheets which indicates *Unknown*

11   *Manufacture* is 1,164 fact sheets.

12             On the Plaintiff Fact Sheets, if the plaintiff's

13   counsel leaves the answer to *Who is your manufacturer* blank,

14   that's in 637, and counsel who list *Other/Miscellaneous*

15   *Manufacturers*, that's 633.

16             We have advised all plaintiffs' counsel to be

17   timely in the filing of their fact sheets and to file them

18   completely to make sure they are substantially complete.  We

19   also continue to remind them about their ESI obligations, as

20   well as Your Honor's guidance on the photographs that you

21   counseled us need to be put into evidence in Centrality.

22             The next section, Your Honor, I would like to

23   explain -- I'm sorry, Mr. Coffin, would you like to go now?

24        MR. COFFIN:  That would be fine.

25             Your Honor, I'm sorry to interrupt Ms. Barrios,

*OFFICIAL TRANSCRIPT*

1    but as we discussed in the plaintiffs' steering committee in

2    joint session with the defense counsel, we have come to a point

3    where, from the plaintiff's side, we're feeling that the

4    process for the PFS and the ESI documents has become very

5    inefficient.

6              We are spending an inordinate amount of time,

7    energy, and resources to get through that process, and then you

8    stack on top of that the deficiency or alleged deficiency

9    process, that is creating a lot of what we feel is unnecessary

10   work on behalf of the parties and eventually on behalf of the

11   Court, in some situations where cases are added to an Order to

12   Show Cause and hundreds are then removed from that order

13   because either they are cured or there was a mistake somewhere

14   in the alleged deficiency made by the defendant.

15             So I know we've talked about this in the

16   Plaintiffs' Steering Committee meeting, but as Mr. Lambert

17   indicated in the meeting, we've heard from a number of

18   plaintiffs' counsel.  This has become an issue for us that is

19   really leading to dismissals of cases for technical reasons,

20   not because these plaintiffs don't have meritorious claims but

21   because these women are feeling overburdened by having to file,

22   you know, repeated responses to deficiencies when, in fact,

23   they've actual actually met their burden.

24             I understand the defense has a different view of

25   this, and Your Honor has instructed us that we need to sit down

*OFFICIAL TRANSCRIPT*

1  and talk about whether or not we can reach other efficiencies.

2  We are going to work on some solutions to that, but it's

3  important for me to bring this up here in the open hearing so

4  that you understand and those lawyers on the phone understand

5  that this is an important issue to the PSC, and we're going to

6  address it with the defendants.

7       THE COURT:  Well, that's what I indicated in our

8  committee meetings was that if there is a better way, a more

9  efficient way to do this, then that's fine.  You all need to

10  discuss it with each other.  If you can up with a common plan,

11  then I'm all ears.  I think there are multiple ways of doing

12  this, and if there is one that's better, then let's do the one

13  that works better for everybody.

14           I'm just reflecting on the time period when, at

15  the outset, when we came up with the perfect Plaintiff

16  Fact Sheet as designed by defendants and the perfect Defendants

17  Fact Sheet as designed by plaintiffs, and the exercise at that

18  time was for you all to come together and maybe do some

19  horse-trading and some discussion and decide what it is that

20  you truly need and maybe make some concessions.

21           Although I don't doubt that that process happened

22  to some degree or another, it was ultimately left for the Court

23  to decide, on both counts, what would be included on the fact

24  sheets.  So I rolled up my sleeves and made an evaluation and

25  gave you what I thought were the fair fact sheet fields of

*OFFICIAL TRANSCRIPT*

1    information, and so that's how we did it.

2              If you want to revisit that with opposing

3    counsel, that's fine.  If you want to change it, that's fine as

4    well.  I'm not going to simply reopen the process and hear

5    arguments about what should and should not be on the fact sheet

6    because I've already done that.

7         MR. COFFIN:  Understood and we get that.  It's just the

8    reality of the inefficiency, especially of the deficiency

9    process when there is over 2,000 alleged cases that are

10   deficient, and then all of a sudden over 40 percent of those

11   are removed from the list, and counsel is having to respond,

12   because you've issued an Order to Show Cause, they have to

13   respond to that, it's putting the Plaintiffs' Steering

14   Committee in a very bad spot because of the timing.

15             So, some of this, Your Honor, quite frankly,

16   might just be able to be worked on it with a timing exercise.

17        THE COURT:  Maybe so.

18        MR. COFFIN:  Some of it may need to be in working on

19   the core data, the core information that the defendants really

20   need and, quite frankly, that the plaintiffs really need from

21   the Defendants Fact Sheets, so I understand what you're saying.

22             We are going to sit down with the defense.  I've

23   already reached out with Mr. Ratliff to start that process, and

24   we'll see if we can come to a solution together, and if we

25   can't, then we'll come to you separate separately.

                      ***OFFICIAL TRANSCRIPT***

 1            THE COURT:  Okay.

 2            MR. COFFIN:  Thank you.

 3            THE COURT:  I don't intend to revisit something that

 4    I've ruled on unless there is an error in my ways that you can

 5    show me, but if there is an idea that the fact sheets are --

 6    you can't come to an agreement on a better way to do the fact

 7    sheets, then we're going to live with the ones that I -- I've

 8    been through this already on the fact sheets, so it's going to

 9    have to be something new, whether it's timing, as you suggest,

10    or whether it's a way to negotiate away some of the fields on

11    both fact sheets.

12            Mr. Ratliff, did you want to --

13            MR. RATLIFF:  Yes, thank you, Your Honor.

14    Harley Ratliff on behalf of Sanofi.

15            As Mr. Coffin mentioned, we did talk about this

16    in the steering committee meeting, but since I have a broader

17    audience for this meeting, one of the things I wanted to

18    address was Mr. Coffin's statement about the inefficiencies of

19    this process.

20            What I'll tell you, Your Honor, is the only

21    inefficiency in the fact sheet process that we see right now is

22    the failure, the ongoing failure of plaintiffs to complete even

23    just the basic information in these fact sheets.

24            The reason that there are so many fact sheets

25    that go or cases that go on that show-cause list is because we

**OFFICIAL TRANSCRIPT**

1    have to review them, determine that they are deficient, send

2    out those deficiency notices, and then the plaintiffs at the

3    last second cure them to get off the show-cause list.  They are

4    given wide latitude to do this.  All of this can be made more

5    efficient by completing those fact sheets on the front end with

6    the information that we're looking for.

7                One of the things that we have seen recently, and

8    it's becoming a growing problem across the inventory, is the

9    practice of attorneys submitting fact sheets that essentially

10   have the name and address and that's it.  That is the only

11   information that is in the fact sheet, and we have hundreds of

12   those.  That really is just a mechanism by which we then have

13   to issue a deficiency for the entire fact sheet, and it just

14   buys those plaintiffs more time.

15               So my concern is when Mr. Coffin and the PSC say,

16   "Well, this is really burdensome on us, this is really

17   inefficient," what we're seeing is massive noncompliance with

18   the fact sheet process, which, as I mentioned in the steering

19   committee meeting, is our really only mechanism for learning

20   about these plaintiffs, learning about the merits of their

21   claims, learning about their medical history.

22               So when we see plaintiffs submitting by the

23   hundreds fact sheets that have a name, an address, maybe two

24   other boxes checked but all of the other information left blank

25   just so they can meet that deadline, that is something that is

*OFFICIAL TRANSCRIPT*

1    of very much concern to us and something that we anticipate --

2    I think we've already raised it with PLC -- but we may be back

3    before Your Honor seeking relief on that type of issue and a

4    way to -- we talk about timing.

5         Right now we see a very long time period by which

6    plaintiffs are given multiple avenues to cure these

7    deficiencies, but when we see what seems to be negligence on

8    the part of finishing these fact sheets, we may be wanting to

9    revisit the schedule to compress that, to move those types of

10   fact sheets directly to the end Show Cause Order to have those

11   ruled on.

12        So we will talk with Ms. Barrios, with Mr. Coffin

13   about this issue, but I want to raise that not only for

14   Your Honor but for all of the attorneys who are on this phone

15   call, who are listening, who are having to complete these fact

16   sheets that this is an issue that's out there, and we are very

17   well aware of it.

18        THE COURT:  Okay.

19        MR. COFFIN:  I think what Mr. Ratliff just said

20   illustrates the point that we need to sit down and talk.

21        THE COURT:  It's very Newtonian -- "For every action

22   taken there is an opposite and equal reaction."

23        If I thought one of you would eventually sit down

24   and agree with the other, I would go ahead and have what

25   amounts to an oral argument.

1          I don't mean to bore you all with a childhood

2     story, and I'm probably giving away my age:  When I was a kid

3     we collected football cards of football players, and at some

4     point after the *Brian's Song* thing happened, everybody wanted a

5     Gale Sayer's card.  I didn't I have a Gale Sayer's card, but I

6     had a couple of Fran Tarkentons and a couple of Dick Butkus

7     cards.

8          So the endeavor became to see what it would take

9     to pry the Gayle Sayer's card away from a friend of mine.

10    Ultimately, we concocted some deal where I had to throw in a

11    Tommy Nobis card, and he threw in a Fran Tarkenton card, and

12    somehow we got a deal, and I got a Gayle Sayer's card.  I don't

13    know where it is now.

14         At any rate, my point is:  Find out what it is

15    that is going to be satisfactory to both sides, whether it's

16    more time on this or something else.  You're going to have to

17    be reasonable about it, and you're not going to get everything

18    that you want, both sides, but you're going to have to start by

19    sitting down and putting things on the table and finding out

20    what the other side wants and seeing if there can be some type

21    of an accommodation, is what I'm suggesting, is that there be

22    an accommodation.

23         We can stay in our trenches, and like I said, we

24    already did this exercise on the fact sheets.  They were

25    brought to me and put on my desk, I'm sure, with the best of

**OFFICIAL TRANSCRIPT**

1    intentions, and I rolled up my sleeves and went through, and I

2    take it that the response that both sides got was probably no

3    like small amount of grumbling about what I had decided, but I

4    did decide it and we moved on.

5         The fact that it's burdensome is probably -- they

6    were probably burdensome when you first got my ruling, both

7    sides.  You didn't get exactly what you wanted.  So, you know

8    what, you come together, decide what fields are important,

9    what's the best way to get the information, and get it

10   efficiently and promptly and quickly and work on that basis.

11        The plaintiffs have the burden of proof in this

12   case.  Every time we try a bellwether, that's the one thing

13   that's not going to change, and the plaintiffs who come to

14   court come with a body of information about their claim that

15   they will have to disclose certainly to opposing counsel

16   whether it's through the normal discovery process, which we're

17   trying to eliminate by making the fact sheets more complete.

18        Yes, they are burdensome, they are burdensome,

19   but it's better than getting a list of interrogatories and

20   multiple requests for production of documents individually over

21   the next 16 months.  Let's see if we can get everything

22   together and give a packet.

23        I know it's burdensome, but that's the nature of

24   litigation.  When you expect compensation for a claim or when

25   you expect to mount a defense in court, you participate in

*OFFICIAL TRANSCRIPT*

1    discovery and it costly and it's burdensome.  I don't know of

2    any way -- I've not had a case here, since I've been doing this

3    since 2001, that hasn't been burdensome to somebody.

4         MR. COFFIN:  Those examples that Mr. Ratliff brought

5    up, it would be difficult for me to defend somebody who puts

6    their name and address.  That's not what we're talking about.

7    I think it's really more in the deficiency process and the

8    nitpickiness of whether or not this woman straightened her hair

9    three times a week versus two times a week or the examples of

10   PTO 12 where there were alleged over 600 deficiencies, and they

11   removed over 500 of those.  That causes offices to scramble and

12   be concerned.

13        THE COURT:  Well, we've given a lot of cure

14   opportunities, and I suspect that -- Mr. Ratliff, you don't

15   need to stand up and deny that those are the examples of

16   things.

17             I take it there is some middle ground where there

18   is a fact sheet that has been filled out probably in good faith

19   by plaintiffs' counsel, subject to the deadline, they submitted

20   it, now has to go back and complete the exercise, which, yes,

21   consumes time and resources, and it's either satisfactory or it

22   isn't.

23             Ultimately, we have a mechanism that is the

24   Show Cause Order to try to address where those efforts fall

25   short.  If there is a better way to do it, get together and

*OFFICIAL TRANSCRIPT*

1    come up with it and I'm all ears.  I'll be happy to sign an
2    order that alters a process that we currently have that isn't
3    working as well as we would like.
4              I have addressed fact sheets.  I, frankly,
5    thought at the outset, when I gave it to you all to come up
6    with fact sheets at the outset of the MDL, my expectation was
7    that you all would come together and say, "Here is the
8    Plaintiffs' Fact Sheet that we are going to be using.  Here is
9    the Defendants' Fact Sheet."  Instead, I got quite a divergence
10   of what should be, so I resolved them.
11             MR. COFFIN:  Understood.  We'll get together and see
12   what we can do, Your Honor.
13             THE COURT:  It's going to take giving.  It's going to
14   take some giving and accommodation.  I know you don't want to
15   do that, and that's not the nature of the adversary process,
16   but that's what it's going to take.
17             MR. COFFIN:  I will be reluctant to give up my
18   Drew Brees card but I'll talk to him about it.
19             MS. BARRIOS:  No reaction from me, Your Honor.
20   Opposite reaction.
21             Returning back to our process of the
22   deficiencies, for those on the phone we have numerous
23   appendices to every joint report.  There is rhyme and reason to
24   it, and I would like to explain that.
25             THE COURT:  Okay.

*OFFICIAL TRANSCRIPT*

1          MS. BARRIOS:  Sanofi has exhibits -- I mean, I'm sorry,

2     Appendices C.9, D.9, and E.9.  Those three relate to a

3     plaintiff that did not file a fact sheet at all.

4               The second one is the plaintiff filed the fact

5     sheet, the defendants provided a deficiency notice, and there

6     has been no follow-up by plaintiff's counsel.

7               The third, shall we call them *bucket*, the third

8     bucket is that situation where a plaintiff has not

9     substantially completed the PFS as per the definition in

10    Amended 22.

11              So those lists will be attached to the final

12    joint report that is filed on either Friday or Monday.  I

13    apologize to the Court, no party was able to give you an exact

14    number of those today.

15              That same process, numbering process in buckets

16    follows for the 505(b)(2)'s.  They have Appendix F.9, G.9, and

17    H.9.  Those are the same three buckets that I just explained.

18    No Plaintiff Fact Sheet filed, no response after deficiency

19    notice, and then substantially incomplete Plaintiff

20    Fact Sheets.

21              Appendix I.9, and this is some -- I don't want to

22    say *somewhat confusing*.  It's not exactly clear, but

23    Exhibit I.9 are the same cases that are on Show Cause Order

24    Number 4.  This causes great confusion, and this is what I

25    alluded to in our conference, Your Honor.

                              ***OFFICIAL TRANSCRIPT***

1          I would like to work with Kelly Brilleaux and

2    Nick Insogna, who works with me on this, to figure out an

3    easier process because, essentially, what we're doing is we're

4    doing the same two lists under two different names and giving

5    it to Your Honor.

6          THE COURT:  Okay.

7          MS. BARRIOS:  So I would like to work on that with

8    them, but I think that I can say it's approximately 1,300 cases

9    that would be on I.9.  This is the appendix that I referred to

10   as the *guillotine appendix*.  This is the one you have the Show

11   Cause for.

12         THE COURT:  Right.

13         MS. BARRIOS:  This is the first time that the

14   plaintiffs have now pointed out deficiencies on the Defense

15   Fact Sheet.  We have three buckets, and our appendices are J.9,

16   K.9, and L.9.

17          Under the first bucket, where -- I'm sorry,

18   Your Honor, I just lost my place on here.

19         THE COURT:  I'm following you on page 9.

20         MS. BARRIOS:  I'm really on page 10.

21         THE COURT:  Okay, maybe I'm not following you.  Oh, you

22   must have a different draft.

23         MS. BARRIOS:  It's a draft.  I'm sorry, yes,

24   Your Honor.

25         THE COURT:  We're on Centrality on 10.  This is the

*OFFICIAL TRANSCRIPT*

1     earlier draft.

2          MS. BARRIOS:  I apologize.  Appendix J.9 is our first

3     bucket where no Defense Fact Sheet has been filed.

4          Appendix K.9 is where a Defense Fact Sheet has

5     been filed, we have issued a deficiency, and there has been no

6     response.  These buckets, for everyone, are really the same as

7     the defendants used.  It's just the opposite way around.

8          Our last bucket is L.9, and that is where the

9     defense believes that he's cured the deficiency, but we believe

10    it hasn't cured the deficiency.

11         For everyone's knowledge, the Court has issued an

12    order on the responses on the Order to Show Cause Number 2, and

13    we have pending before you Number 3, and today we will file

14    Number 4.

15         THE COURT:  Okay.

16         MS. BARRIOS:  I do appreciate all counsel's cooperation

17    when Mr. Lambert and I send out numerous e-mails alerting them

18    to deadlines, encouraging them to follow the deadlines and to

19    complete everything, and we get a really good response, so I do

20    want to thank everyone on the phone for that.

21         Paragraph Number 8 is MDL Centrality.  For those

22    who don't know what it is, it is a -- well, I wish I had

23    Mr. Oot here -- a platform that all Plaintiff Fact Sheets and

24    Defendant Fact Sheets are put on Centrality.

25         Each plaintiff has her own portal, so I can go to

*OFFICIAL TRANSCRIPT*

1    every one of my plaintiff's portal and look at all of the

2    information there.  No one else can look at mine on the

3    plaintiff side.  So that is really important.

4              I got an e-mail this morning saying, "Okay, do I

5    file my Plaintiff Fact Sheet in court?"  No.  Please look at

6    Amended Pretrial Order 22.  It gets filed on Centrality.  They

7    are very easy to work with.  You can send an e-mail to

8    Taxotere@BrownGreer to ask your question, and they'll be happy

9    to set you up on a portal and get all of the information to

10   you.

11             All the defendants have agreed that the records

12   that they pick up from the various authorizations that are

13   attached to the Plaintiff Fact Sheets are put in Centrality in

14   every plaintiff's portal; however, there is a charge for that.

15             So each plaintiff must pay $25 for all the

16   records, and they will be unblinded, and each plaintiff will

17   get everything that the defendant has picked up.  We do

18   appreciate the defendants' agreement on that, and we worked

19   that out with Mr. Woody.

20             So please look on every one of your client's

21   portals to see this little button that says *Centrality $25 due*.

22   That means that you put your credit card information in, and

23   then you'll get the records that have already been collected.

24             For those of you who have filed complaints, the

25   Short Form Complaint, please be advised that you must serve

*OFFICIAL TRANSCRIPT*

1    your defendants.  I have heard of issues from the defendants

2    where counsel just file the Plaintiff Fact Sheet, and they

3    don't do any service on it.  So, for your convenience, Counsel,

4    we have entered into different streamline service procedures.

5            For the domestic Sanofi entities that's in

6    Pretrial Order 9, Record Doc. 160, if you get a product ID that

7    says *Winthrop,* the correct defendant is

8    sanofi-aventis U.S. LLC, and that is contained -- the

9    streamline service for that entity is in PTO 9.

10           The other streamline service procedures for

11   Accord Healthcare is PTO 2.  For Sandoz, Inc., PTO 3.  For

12   Actavis Pharma, Inc., PTO 32A.  Note that it was amended, so --

13   the Pretrial Order was amended so it's 32A.  For McKesson

14   Pretrial Order 33.  For Sun Pharmaceuticals, Inc.,

15   Pretrial Order 39A and for Hospira Worldwide and Pfizer, it's

16   Pretrial Order 40A.

17           Our next item in the joint report is the Product

18   Identification Order.  This is an order that was negotiated by

19   the parties over many, many months.  It is very detailed so I

20   warn plaintiffs' counsel out there that they must follow every

21   step of paragraphs numbered 1 and 2 in the Pretrial Order.

22           The following paragraphs provide that if

23   plaintiff issues the requisite information to a facility and

24   that facility does not provide the product ID, they notify the

25   defense, the defense -- I'm sorry, sends one letter identifying

*OFFICIAL TRANSCRIPT*

1   themselves as the manufacturer of a docetaxel product in asking

2   for the information on product ID.

3               Once the defendant gets that, it has to go to the

4   plaintiffs.  If the defendants don't get that, it also goes to

5   the plaintiffs, but we've noticed that there is no time frame

6   for that to happen.

7               It's important for counsel to know that the next

8   step is that plaintiff can issue a subpoena to do the

9   individual discovery necessary to find out the product ID if

10  you didn't get the information from either the plaintiff's

11  request for or the defendant's request.

12       THE COURT:  Have we had to go through the subpoena

13  route very often up to this point?

14       MS. BARRIOS:  Oh, yes, sir.

15       THE COURT:  And with a result that ultimately

16  accomplishes the discovery of the product ID?

17       MS. BARRIOS:  I'm sorry, I can't answer that because I

18  just get copies of the subpoena.  I don't know.

19               Do you know if the subpoenas have been

20  productive?

21       MR. MOORE:  I don't know the answer to that,

22  Your Honor.  We have been receiving subpoenas.  I think the

23  typing to begin issuing those subpoenas is upon us now, so I'm

24  not even sure that any are returnable as of yet.  But I know

25  that they are going out, and then the process will follow from

*OFFICIAL TRANSCRIPT*

1    there.

2         THE COURT:  Okay.  Good.

3         MS. BARRIOS:  Assuming that the plaintiff get the

4    product ID through the subpoena process or even having to file

5    a Motion to Compel or a 30(b)(6) in some facility, once that

6    information is given, the plaintiff must go to her own portal

7    and upload the product identification to the drop-down tab that

8    says *CMO 12, Product Identification*.

9              Once the plaintiff gets the product

10   identification, then they have to go through the dismissal

11   process to dismiss the other defendants who they named in an

12   abundance of caution.

13             We're currently negotiating with the defendants,

14   and I think the negotiations are almost at end for an easy

15   dismissal method that we will circulate, obviously, to all

16   counsel.  Ms. Anderson is going to work with the Clerk's Office

17   to set up a special tab or form or whatever the Clerk's Office

18   uses for these so they will fly through and not get a

19   deficiency.

20         MR. MOORE:  Douglas Moore on behalf of Sanofi.

21             Just very quickly, Your Honor, on the streamline

22   process for affecting dismissals under CMO 12.  Obviously the

23   point of the order is to place these cases in the right

24   defendant's bucket.  The way that happens under the order, it

25   was specified that the improperly named defendants would be

*OFFICIAL TRANSCRIPT*

1    dismissed, but because of the other orders, PTOs, existing --

2    you have 37 -- existing in the case, voluntary dismissals

3    require consent of the defendants.  We have received -- both

4    named and unnamed.

5            We have received Consent Motions to Dismiss,

6    Stipulations of Dismissals, Notice of Dismissals, requests just

7    to amend the Short Form Complaint, all variety and manner of

8    ways to accomplish what the goal of CMO 12 is.

9            We are trying our best on the defense side to

10   timely respond to the requests for consent, but because they

11   require some due diligence on our side if it's a stipulation,

12   we've begun discussions on coming up with the streamline

13   process where under the CMO that we would propose to the Court

14   you won't be required to get consent from the defendants.  So

15   long as you follow the form we agree on, the consent is on the

16   front end, and we hope that will make the process much more

17   streamlined.

18           THE COURT:  Okay.

19           MS. BARRIOS:  Exactly.  I think the language in it will

20   indicate that the plaintiff is dismissing based upon the

21   information received in CMO 12, so in the very unlikely event

22   in the future that they find out it's the wrong defendant, we

23   have some recourse to come back.

24           THE COURT:  Right.  Okay.

25           MS. BARRIOS:  Item number 11 is the Preservation Order.

*OFFICIAL TRANSCRIPT*

1    The Preservation Order came out in Your Honor's very first

2    pretrial order, and everyone who practices in any court knows

3    the rules about preservation, so I'm not going to go into any

4    more details.

5                Judge North entered a Protective Order, which is

6    Pretrial Order 50.  I would like to take this opportunity,

7    since I mentioned his name, to thank Judge North because he has

8    handled some very contentious matters and handled them in a way

9    that provides very practical results on all occasions.

10                We met with him yesterday.  We have some further

11    briefing to do, and we already have another date -- I think

12    it's March 5th -- that we will meet with him, and we do

13    appreciate that.

14        THE COURT:  Yes, I know he's expended a considerable

15    amount of time and energy on this case on a variety of fronts,

16    and the Court certainly appreciates that as well.

17        MS. BARRIOS:  Thank you, Your Honor.

18                Item Number 13 is Electronically Stored

19    Information.  Every plaintiff must understand that the

20    Plaintiff Fact Sheets and the requests for production requires

21    that the plaintiff provide certain electronically stored

22    information.

23                The Court entered, at the defendant's request,

24    Pretrial Order 70, I'm sorry, 71, and we, by consent, amended

25    it, 71A, to provide additional time for the plaintiffs.

*OFFICIAL TRANSCRIPT*

1          This information is information that is important

2    for the Court.  It's important for the plaintiffs to follow

3    this procedure.  It's important information that the defendants

4    believes it needs, whether through litigation or through

5    settlement.

6          Plaintiffs' counsel, please note that you have to

7    upload the statement that must be made under Pretrial Order 71A

8    under the drop-down tab *Pretrial Order 71A ESI*.  Because if

9    not, it gets lost in all of the information in everybody's

10   portals, and I know the defendants oftentimes are upset that

11   things are not put in the correct -- on the correct portal, so

12   I just ask people in advance to do it that way.

13         Item Number 14 is the Discovery of the Defendants

14   and the Trial Case Discovery that has gone on to date.  The

15   plaintiffs have taken approximately 20 depositions of Sanofi

16   custodians and sales and marketing representatives.

17         The four trial plaintiffs identified in CMO 13,

18   the four women whose names I mentioned earlier are in the

19   Phase Two discovery process, and there are depositions being

20   taken of different relatives, anyone who the defendant thinks

21   may have relevant information.

22         There is also written discovery that went out to

23   these plaintiffs, and there have been more than 30 depositions

24   with the first pool of trial plaintiffs, so that has gone

25   along.

*OFFICIAL TRANSCRIPT*

1          As for the second round of plaintiffs, plaintiffs

2     served merit discovery on Accord Healthcare, Hospira/Pfizer

3     defendants, and Sandoz.  We have begun to receive production,

4     and we're in the process of working on search terms so that we

5     can begin the electronic receipt of their documents.

6          Item 15 is Motion Practice.  There are actually

7     only two motions that are currently fully briefed and awaiting

8     rulings for Your Honor.  The first is the Motion to Remand the

9     *Ernyes-Kofler* and *MaCallister* cases to Delaware.  Your Honor,

10    that is Record Doc. 473.  The plaintiffs have filed

11    supplementals, the defendants have opposed, and we have gone

12    back and forth, but that is all fully briefed and awaiting your

13    ruling.

14         The second motion is the Defendant's Motion to

15    Dismiss based upon CMO 12, failure to provide product ID.  This

16    is one of the motions that Mr. Coffin was referencing.

17         The defendants filed, I think, 674 plaintiffs on

18    that Motion to Dismiss list.  They sent the list, as is

19    customarily done, to Mr. Lambert and myself, we reach out to

20    plaintiffs, and we were able to convince the defendants that

21    over 500 of these 674 actually had product ID on their

22    Centrality portal, but it was not uploaded to the correct tab.

23         The situation that has occurred, Your Honor, is

24    that people put, my office included, people put their product

25    identification up on a tab that you can label prior to

**OFFICIAL TRANSCRIPT**

1    identification before CMO 12 came out.  So although it was

2    there when the defendants ran a report on Centrality to see

3    what was under that special tab, they got the 674.

4            So, we have been working together, and I

5    appreciate all of the plaintiffs' counsel who consistently

6    answer Mr. Lambert and myself, because what we want to do is

7    take people who should not be on the list and take them off so

8    Your Honor doesn't have to rule on them and so they don't have

9    to file very lengthy responses in the court.

10           MR. MOORE:  Real quickly, Your Honor.  Douglas Moore on

11   behalf of Sanofi.

12           The 522 cases that Ms. Barrios refers to are

13   cases that we identified as not having uploaded product ID

14   information or having sent us an e-mail telling us they've been

15   unable to obtain it, which was required under CMO 12.

16           When we learn from Ms. Barrios that those

17   plaintiffs did, in fact, have product ID, they just hadn't

18   uploaded it because they had gotten it before the entry of

19   CMO 12, we agreed to remove them from our motion and ask the

20   Court for different relief, not to dismiss them but to order

21   them to actually put the product ID information in the right

22   place.  I believe they have all done it now anyway.

23           THE COURT:  Okay.  So that leaves a remainder of how

24   many that are subject to this motion?

25           MS. BARRIOS:  152, Your Honor.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  152.

2          MS. BARRIOS:  Since this was done in mid-March, it may

3     very well be that many of these plaintiffs have already done

4     that.  With Your Honor's permission, I'm happy to send out a

5     reminder to them and see if we can even reduce this 152 down.

6          THE COURT:  Okay.  Yeah, please do because that's a

7     motion that I think I have in a binder in my office right now.

8          MS. BARRIOS:  That's the first big binder you got.

9          THE COURT:  In light of our conversation at our liaison

10    counsel meeting, I haven't delved into that yet, but now with

11    the update today, let's go ahead and see if we can go ahead and

12    complete the product ID exercise and uploading of information.

13         MS. BARRIOS:  Yes, Your Honor.

14         MR. COFFIN:  Your Honor, could I just make a brief

15    point on this?  This is a good illustration here.  I'm going to

16    personally talk about my office.

17              104 of those cases that were in that motion were

18    from my office.  It took my staff about four days to go back

19    and figure out for the defense that we actually had uploaded

20    the information.  So what Mr. Moore said isn't exactly correct.

21    We had uploaded the correct information; it's just that they

22    didn't look in the correct place.

23              So this is where kind of the efficiency, you

24    know, burdensome stuff starts to come in.  I'm speaking

25    personally for me now.  104 of the cases in my office did have

*OFFICIAL TRANSCRIPT*

1    product ID, and we spent all of that time.  That's not an

2    exaggeration.  I can image what other plaintiffs' attorneys'

3    staff are going through, because I've had to go through it.

4              Now, I only say that because I wanted to correct

5    the record.  We had uploaded that information, but we're going

6    to work it out with them, as Ms. Barrios and Mr. Moore said.

7    That's the kind of thing that we need to sit down and talk

8    about and we will, but I can't stand here and let him say that

9    we didn't --

10             THE COURT:  Would it not have been easier to just pick

11   up the phone or send an e-mail and say, "Where are these?"

12             MR. COFFIN:  I think they tried.

13             THE COURT:  I can enter an order that says, Counsel

14   shall look in the right place for this, that and the other."

15   Here we are with, again, the Newtonian principle.

16             MR. MOORE:  Equal reaction, right.  We did look in the

17   right place.  The product ID documentation was under a

18   different area.

19             We can only know product ID -- part of the reason

20   we created CMO 12 was to have the specific information that we

21   identified in CMO 12 as being sufficient to establish product

22   ID.  We can only identify that if it's in the proper place on

23   MDL Centrality.

24             The place he's referring to as the *other place*,

25   it was a proof of use.  In some of those uploads, there were

*OFFICIAL TRANSCRIPT*

1    two or three pages; in others, there were 800 pages of

2    chemotherapy records that we would have had to sort through to

3    figure that out.

4            At the end of the day, even though we filed a

5    motion on it, we now have what we think we're entitled to under

6    CMO 12, and this was the only time that was going to happen,

7    was the first time, because those 522 cases were already

8    possessing a product ID before CMO 12 was be entered.  No one

9    else is going to fall into that category moving forward.  They

10   are either going to comply with the order or they are going to

11   be like this other 157 other people who just didn't do it at

12   all.

13           MR. OLINDE:  Your Honor, I have one comment there,

14   which is that CMO 12 is a negotiated order.  It is says where

15   it is that things need to be placed.  In these cases, it was

16   not in the right place, so that's why they got put on a list.

17   They didn't do what the order agreed upon.  We all talked about

18   it; we said it together.  It was not in the proper place.

19           THE COURT:  Well, I hope I'm not incorrect in saying

20   this, but in light of this experience, we all know where to

21   look, where to post, so we don't have to have this conversation

22   again.

23           MS. BARRIOS:  No reaction from me; although, I would

24   like to give one.

25           MR. BACHUS:  Your Honor, Kyle Bachus.

*OFFICIAL TRANSCRIPT*

1            We have a hundred of those cases that are left on

2     the list, and the representation that was made about those is

3     not accurate because what actually happened there is that all

4     of those product IDs -- all the requests for product ID had

5     been made before CMO 12 was ever entered.

6            There was a mix-up on lists, and there was a

7     delay in e-mailing them notice for them to do their part.  So,

8     I mean, really, you're probably down to less than 25 cases, so

9     long as we can work that piece out.

10           They now know that we made the request for

11    product ID, that we were unable to get it.  We asked them to

12    make their request; yet, they wouldn't remove them from the

13    list of cases that is pending before Your Honor right now.

14           THE COURT:  Okay.  All right.  Thank you, Mr. Bachus.

15           MS. BARRIOS:  In light of all these comments, I'm going

16    to make it happen.  I'm going to get these people to move it in

17    the right place and reduce the numbers.

18           Item 16 is the Settlement Committees.  I don't

19    believe the Plaintiffs' Settlement Committee representative is

20    here.  I don't know if Mr. Strongman wants to make any mention.

21           MR. STRONGMAN:  I have nothing specific to report at

22    this time.

23           THE COURT:  Okay.

24           MS. BARRIOS:  I do appreciate that Your Honor said in,

25    I think, in the second-to-last liaison counsel meeting that if

*OFFICIAL TRANSCRIPT*

1    the settlement committees wanted to talk to you at all, just to

2    provide you with some dates and times and you would be

3    available.  We appreciate that.

4         THE COURT:  That will be fine.  I'll coordinate with

5    Judge Milazzo so that if we do have need to convene a meeting,

6    either with the representatives or with the entire committees,

7    I'd be happy to do that and that's fine.

8         MS. BARRIOS:  Thank you, Your Honor.

9              Item 17 is the Special Master for Plaintiffs'

10   Time and Expenses, and we're honored to have

11   Special Master DeJean.

12        THE COURT:  Mr.  DeJean, did you have anything you

13   wanted to report to us?

14        SPECIAL MASTER DEJEAN:  Your Honor, if I could just

15   report a few things essentially for people who may be on the

16   telephone.

17             Your Honor, I've completed an overall review of

18   the time portion of everything, and I'm now doing the official

19   audit.  I wanted to give everybody a notice that they will be

20   getting e-mails.  If you've done work, you will be getting

21   e-mails pointing out either questions that I have, deficiencies

22   or rejection of time with reasons.

23             If you get one, nobody is going to the penalty

24   box.  I ask that they not overreact.  Simply pick up the phone,

25   e-mail me, do what we can to try to work these out, and we'll

*OFFICIAL TRANSCRIPT*

1    move forward with them.  So, it's progressing is nicely.  The

2    program is working fine.

3          THE COURT:  Okay.  All right.  Does anybody have any

4    question for Mr. DeJean at this point?  Anybody present here?

5    Okay.  Thank you.

6          SPECIAL MASTER DEJEAN:  Your Honor, I did meet with the

7    PSC yesterday, so they had various questions at that time, and

8    we resolved some of those.

9          THE COURT:  Ms. Barrios, anything further?

10          MS. BARRIOS:  The only thing to add to what the

11    Special Master said, once he gets to a point where he has a

12    specific time period done, official letters will go out to

13    everyone as the Pretrial Order requires, so that will be going

14    out within the next 30 to 60 days.

15          THE COURT:  Okay.

16          MS. BARRIOS:  The last item is the date of our next

17    status conference.  You've given counsel three different dates

18    in June and we respectfully ask --

19          THE COURT:  Judge Milazzo.

20          JUDGE MILAZZO:  I just have to find out the dates.

21          MS. BARRIOS:  The dates are June 15th, 22nd, and

22    June 29th.

23          THE COURT:  Those are all Fridays.  Again, subject to

24    Judge Milazzo's availability, if you all want to canvas your

25    respective sides and pick one of those three that is best for

*OFFICIAL TRANSCRIPT*

1     everyone, that's fine.  If those three don't work out, then let

2     us know that, and we'll try to offer you a couple of others

3     that, perhaps, will be more convenient.

4              MS. BARRIOS:  Sure.  Thank you.

5              JUDGE MILAZZO:  I am available on 15th and the 29th,

6     but I would prefer the 15th.

7              MS. BARRIOS:  Sure.  Thank you, Your Honor.  We'll try

8     to make that happen.

9              THE COURT:  The 15th is the preferred date.  If you all

10    can work with that one first, that would be appreciated.

11                     Anything further?

12             MS. BARRIOS:  No, just to state for the record, the

13    22nd will be off the table, Judge Milazzo, and then the

14    fallback will be the 29th.

15             THE COURT:  All right.  Mr. Moore would you like to

16    follow up?

17             MR. MOORE:  Yes.  Just one point of clarification.

18    When Ms. Barrios talked about the duplicate filed cases, and

19    she indicated that the issue was resolved, that there is an

20    issue with a firm in particular, that is correct.

21                  The motion remains pending.  We continued the

22    submission date so that we can affect the resolution that we

23    are working out, but it was -- I was asked to mention that

24    there are other duplicate filed cases that we are identifying

25    and that we will work with plaintiffs' liaison counsel to clean

*OFFICIAL TRANSCRIPT*

1   up.

2              THE COURT:  Okay.  All right.  Thank you, Mr. Moore.

3                   Mr. Olinde, anything?

4              MR. OLINDE:  John Olinde, the defense 505(b)(2)

5   liaison, and I want to thank Ms. Barrios for the joint report.

6                   One thing she had mentioned with regard

7   to this one plaintiff in the second trial pool, who is

8   Priscilla Cazayoux, it was mentioned it was beyond anyone's

9   control that the case was dismissed.

10                  We don't know from the defense side what the

11  reason for the dismissal was.  It was a case which was selected

12  by the 505(b)(2) defendant, who is Sandoz, and a replacement

13  through an unopposed motion, a replacement case which was

14  mentioned is before Your Honor as an unopposed motion to have

15  that case instead of the Cazayoux case.

16             THE COURT:  Okay.  All right.  Thank you.

17                  Does anybody have any questions or comments about

18  anything we have already covered at this point?

19             MR. EXNICIOS:  If I may, Your Honor.

20             THE COURT:  Yes.  Come on up.

21                  For purposes of the record, if you could identify

22  yourself, please.  I know who you are, but I want to make

23  sure --

24             MR. EXNICIOS:  Yes.  Thank you very much, Your Honor.

25  Val Exnicios on behalf of the plaintiffs.

                              *OFFICIAL TRANSCRIPT*

1          Your Honor, the Plaintiff Fact Sheet issue has

2    obviously consumed a considerable amount of Your Honor's time

3    this morning, and I don't wish to add to that burden, much less

4    incur your wrath by doing so.

5          By the same token, I wanted to share with

6    Your Honor and maybe even more importantly for the defendants'

7    edification, it's my understanding, Judge, that there is a

8    growing perception amongst plaintiffs' counsel across the

9    country that the Plaintiff Fact Sheer in this particular case

10   is being perceived as one of the most onerous in MDL

11   litigation, the practical effect of which is discouraging

12   lawyers from joining in this MDL and, instead, inducing them to

13   litigate their cases in state court.

14          To the extent that defendants have an interest in

15   cumulating as many as these cases as possible here before

16   Your Honor, or Judge Milazzo as the case may be later, perhaps

17   they may want to consider that disincentive versus whatever

18   perceived benefit they may think is available to them from

19   dismissals via purported technical difficulties or deficiencies

20   or what have you.

21          So, I'm not suggesting, Your Honor, that

22   anecdotal information is accurate, but it's being reported to

23   me as a perception, and to the extent that people believe what

24   they hear and they act upon it, that has a negative result in

25   cumulating as many of these actions as possible before this

*OFFICIAL TRANSCRIPT*

1    court, I want to share that both with Your Honor and also for

2    the defendants' edification.

3              Thank you very much, Judge.

4        THE COURT:  Thank you.

5              Counsel?

6        MR. MOORE:  Thank you, Mr. Exnicios.  That was

7    something, I think, that was mentioned to me anecdotally by

8    Mr. Palmar recently not with respect to the fact sheet.

9              We believe the fact sheet is reasonable.  It was

10   not everything that we asked for.  It will be comparable to

11   what we request the courts in New Jersey and Delaware to use,

12   in the event we proceed with consolidated proceedings in those

13   state jurisdictions.  It will be significantly less than the

14   written discovery that a plaintiff would have underwent if they

15   would have litigated their case in their home jurisdiction.

16             We understand the concern.  We are aware of the

17   desire to place cases in an MDL and then not have to go through

18   this process, but we think it's an important one.  We think

19   that the fact sheet that the Court, although it was not

20   everything that we asked for, we think it's entirely reasonable

21   and certainly consistent with fact sheets that have been

22   entered in numerous other MDLs involving pharmaceutical

23   products.

24             I make that comment.  We will take Mr. Exnicios'

25   comments into consideration in our decision-making with them

                    *OFFICIAL TRANSCRIPT*

1   when we talk about the fact sheet, but I did want to state that

2   we do believe, having done MDLs my entire career, that this

3   fact sheet is comparable, that it's not more burdensome or more

4   onerous than what is typically employed in an MDL of this

5   nature.

6          THE COURT:  Okay.  All right.  Thank you, Mr. Moore.

7              Anybody else?

8              Does anybody have any issue or comment about

9   something that has not yet been covered here today?  Anything

10  new?

11             Okay.  I appreciate all the work that's been done

12  on this, and I understand a lot of the vexations.  We're

13  probably at the point in the MDL where I think this is a

14  fairly -- at least in the ones I've had and the ones I'm very

15  familiar with in this building handled by others, I think that

16  we're probably at a point where a lot of these issues are

17  starting to come to a head in terms of fact sheet, the backlog,

18  show cause, discovery.  Some of the burdens of getting the work

19  done are starting to catch up, so I appreciate the constraints

20  you all are operating under and, you know, the efforts that

21  you're putting forth to meet these deadlines.

22             We did have a conversation this morning, which

23  hasn't come up here today -- is there some way I can talk

24  without it hurting people's ears other than changing my voice?

25  All right.  It's still kind of an echo.  I feel like I'm in

*OFFICIAL TRANSCRIPT*

1    cave. All right. That's better. That's better.

2           We did have a conversation this morning in an

3    attempt to address the first bellwether trial and its date. We

4    had a lengthy conversation about that, both with liaison

5    counsel as well as with the committees, and so I'll await

6    further word.

7           Again, I expect there to be some concessions --

8    some degree of concession on both sides in order to accomplish

9    what we want to accomplish, particularly with regard to getting

10    that first bellwether to trial, whether it's in September or

11    whether it's in January.

12           There were some issues that came up with regard

13    to that I was unhappy to hear, but I'm certain they can be

14    addressed and resolved either with counsel's cooperation or by

15    the Court in the event that counsel are unable to come up with

16    a comprehensive plan. I didn't think it was going to be that

17    complicated, but apparently there are some other issues that

18    have arisen, so keep working on that.

19           If there are no other questions, we'll go ahead

20    and adjourn for the day.

21           All right. Thank you all very much.

22        MS. BARRIOS: Thank you, Your Honor.

23        THE DEPUTY CLERK: All rise.

24        (WHEREUPON, at 11:21 a.m., the proceedings were

25    concluded.)

***OFFICIAL TRANSCRIPT***

1                        REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter in and for the State

5     of Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11                              *s/Cathy Pepper*
                                _____

12                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
13                              Registered Merit Reporter
                                Official Court Reporter
14                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                          *OFFICIAL TRANSCRIPT*

## $

**$25** [2] - 32:15, 32:21

## 0

**02109** [1] - 5:5

## 1

**1** [2] - 18:9, 33:21
**1,164** [1] - 18:11
**1,300** [1] - 30:8
**10** [2] - 30:20, 30:25
**10017** [1] - 2:9
**1023** [1] - 18:4
**104** [2] - 41:17, 41:25
**10:00** [1] - 1:7
**11** [2] - 6:7, 36:25
**110** [1] - 3:8
**1100** [3] - 1:20, 3:25, 4:15
**1155** [1] - 4:7
**11:21** [1] - 52:24
**11TH** [1] - 2:9
**12** [17] - 6:8, 6:9, 27:10, 35:8, 35:22, 36:8, 36:21, 39:15, 40:1, 40:15, 40:19, 42:20, 42:21, 43:6, 43:8, 43:14, 44:5
**13** [5] - 6:10, 6:11, 13:1, 37:18, 38:17
**14** [1] - 38:13
**1400** [1] - 1:24
**141** [1] - 18:9
**1463** [1] - 14:6
**1463-1** [1] - 14:9
**15** [3] - 6:12, 6:23, 39:6
**1515** [1] - 1:24
**152** [3] - 40:25, 41:1, 41:5
**157** [1] - 43:11
**15th** [4] - 46:21, 47:5, 47:6, 47:9
**16** [2] - 26:21, 44:18
**16-MD-2740** [1] - 1:6
**160** [1] - 33:6
**17** [1] - 45:9
**18** [1] - 16:10
**1899** [1] - 2:24
**1901** [1] - 3:12
**194** [1] - 18:9

## 2

**2** [4] - 3:8, 31:12, 33:11, 33:21
**2,000** [1] - 21:9
**20** [1] - 38:15
**200** [3] - 4:8, 4:11, 4:19
**20004** [1] - 4:8
**2001** [1] - 27:3
**2016** [1] - 9:16
**2018** [4] - 1:7, 7:2, 14:8, 18:3
**22** [5] - 16:12, 17:5, 17:8, 29:10, 32:6
**2290** [1] - 3:17
**22nd** [2] - 46:21, 47:13
**23** [1] - 16:15
**2300** [1] - 3:24
**236-1** [1] - 17:3
**24** [2] - 16:18, 18:3
**24TH** [2] - 3:4, 5:5
**24th** [1] - 18:7
**25** [3] - 14:4, 17:9, 44:8
**2555** [1] - 4:4
**26** [2] - 1:7, 7:2
**2700** [1] - 3:21
**2740** [1] - 7:11
**28** [1] - 5:4
**280** [1] - 16:15
**2800** [3] - 1:20, 2:12, 5:9
**29th** [3] - 46:22, 47:5, 47:14
**29TH....** [1] - 6:23

## 3

**3** [2] - 31:13, 33:11
**3,288** [1] - 18:8
**30** [2] - 38:23, 46:14
**30(b)(6** [1] - 35:5
**30305** [2] - 4:12, 4:20
**31** [1] - 6:13
**32** [1] - 6:14
**32A** [2] - 33:12, 33:13
**33** [2] - 6:15, 33:14
**3333** [2] - 4:12, 4:20
**338** [1] - 2:16
**36** [1] - 6:16
**360** [1] - 2:8
**365** [1] - 3:16
**3650** [1] - 1:16
**37** [3] - 6:17, 6:18, 36:2
**37A** [2] - 15:7, 15:13
**38** [1] - 6:19

**39** [1] - 6:20
**39A** [1] - 33:15

## 4

**4** [3] - 12:23, 29:24, 31:14
**40** [1] - 21:10
**400** [2] - 2:4, 3:21
**4000** [1] - 2:13
**40A** [1] - 33:16
**44** [2] - 6:21, 12:16
**440** [1] - 3:12
**44113** [1] - 4:16
**45** [1] - 6:22
**4500** [1] - 4:24
**45202** [1] - 5:9
**46** [1] - 6:23
**465** [1] - 18:8
**473** [1] - 39:10
**4:38A** [1] - 10:17

## 5

**5** [1] - 13:11
**50** [2] - 17:12, 37:6
**500** [3] - 5:15, 27:11, 39:21
**504** [1] - 5:16
**505(b)(2** [2] - 48:4, 48:12
**505(B)(2** [1] - 12:21
**505(b)(2)'s** [1] - 29:16
**522** [2] - 40:12, 43:7
**54** [1] - 15:21
**55** [1] - 16:25
**589-7779** [1] - 5:16
**5th** [1] - 37:12

## 6

**6** [1] - 13:24
**6,505** [1] - 18:4
**60** [1] - 46:14
**600** [2] - 5:8, 27:10
**601** [1] - 3:4
**62002** [1] - 2:20
**633** [1] - 18:15
**637** [1] - 18:14
**64108** [1] - 4:4
**671** [1] - 15:22
**674** [3] - 39:17, 39:21, 40:3
**688** [1] - 16:5
**689** [1] - 14:4
**6TH** [1] - 2:4

## 7

**7** [2] - 13:14, 15:24
**7.6** [2] - 15:6, 15:12
**70** [1] - 37:24
**700** [1] - 2:24
**701** [2] - 1:16, 4:23
**70112** [1] - 1:24
**70130** [5] - 2:17, 3:5, 3:17, 3:21, 5:16
**70139** [2] - 1:17, 4:24
**70163** [2] - 1:21, 3:25
**71** [1] - 37:24
**71A** [5] - 17:6, 17:11, 37:25, 38:7, 38:8
**73** [1] - 14:6
**77002** [1] - 3:13
**77056** [1] - 2:13
**77A** [3] - 9:25, 10:25, 12:12

## 8

**8** [2] - 6:4, 31:21
**8,557** [2] - 6:5, 9:17
**800** [1] - 43:1
**80202** [1] - 2:25
**8A** [1] - 13:8

## 9

**9** [6] - 6:5, 6:6, 8:3, 30:19, 33:6, 33:9
**9.............................** [1] - 6:4
**90245** [1] - 2:5
**92606** [1] - 3:9
**950** [1] - 4:15
**9th** [1] - 13:1

## A

**A.M** [1] - 1:7
**a.m** [1] - 52:24
**ability** [1] - 53:8
**able** [4] - 12:2, 21:16, 29:13, 39:20
**above-entitled** [1] - 53:9
**abundance** [1] - 35:12
**accommodation** [3] - 25:21, 25:22, 28:14
**accomplish** [3] - 36:8, 52:8, 52:9
**accomplishes** [1] - 34:16
**Accord** [4] - 12:19,

18:9, 33:11, 39:2
**accurate** [2] - 44:3, 49:22
**act** [1] - 49:24
**Actavis** [1] - 33:12
**ACTAVIS** [1] - 5:7
**action** [4] - 14:22, 14:24, 15:1, 24:21
**ACTION** [1] - 1:6
**actions** [1] - 49:25
**actual** [1] - 19:23
**ADAMS** [1] - 4:22
**add** [3] - 14:25, 46:10, 49:3
**added** [1] - 19:11
**additional** [3] - 14:23, 16:18, 37:25
**address** [7] - 20:6, 22:18, 23:10, 23:23, 27:6, 27:24, 52:3
**addressed** [2] - 28:4, 52:14
**adjourn** [1] - 52:20
**adopting** [1] - 14:6
**advance** [1] - 38:12
**advantage** [1] - 14:12
**adversary** [1] - 28:15
**advised** [2] - 18:16, 32:25
**affect** [1] - 47:22
**affecting** [1] - 35:22
**afford** [1] - 9:4
**age** [1] - 25:2
**agent** [1] - 13:20
**agree** [2] - 24:24, 36:15
**agreed** [3] - 32:11, 40:19, 43:17
**agreement** [2] - 22:6, 32:18
**ahead** [7] - 8:2, 8:4, 9:1, 24:24, 41:11, 52:19
**AIDED** [1] - 5:19
**alerting** [1] - 31:17
**ALEXANDER** [1] - 3:11
**ALL** [1] - 1:8
**alleged** [4] - 19:8, 19:14, 21:9, 27:10
**alluded** [1] - 29:25
**almost** [1] - 35:14
**ALSO** [1] - 5:11
**alters** [1] - 28:2
**ALTON** [1] - 2:20
**amend** [1] - 36:7
**Amended** [10] - 14:3, 14:11, 14:14, 15:4, 15:9, 16:12, 17:5,

2

17:8, 29:10, 32:6
**amended** [4] - 14:17, 33:12, 33:13, 37:24
**Amending** [1] - 12:16
**amending** [1] - 14:15
**amendments** [1] - 15:17
**AMERICA** [1] - 3:4
**amount** [4] - 19:6, 26:3, 37:15, 49:2
**amounts** [1] - 24:25
**AND** [4] - 6:11, 6:12, 6:19, 6:22
**Anderson** [1] - 35:16
**ANDREWS** [2] - 3:7, 3:7
**anecdotal** [1] - 49:22
**anecdotally** [1] - 50:7
**ANNE** [1] - 3:7
**answer** [4] - 18:13, 34:17, 34:21, 40:6
**Answers** [1] - 14:5
**anticipate** [1] - 24:1
**Antoinette** [1] - 13:5
**anyway** [1] - 40:22
**apologize** [2] - 29:13, 31:2
**APPEARANCES** [5] - 1:13, 2:1, 3:1, 4:1, 5:1
**appendices** [3] - 8:18, 28:23, 30:15
**Appendices** [1] - 29:2
**Appendix** [3] - 12:9, 12:24, 29:16
**appendix** [5] - 29:21, 30:9, 30:10, 31:2, 31:4
**application** [1] - 10:16
**appointed** [1] - 12:17
**appreciate** [10] - 10:9, 11:3, 31:16, 32:18, 37:13, 40:5, 44:24, 45:3, 51:11, 51:19
**appreciated** [1] - 47:10
**appreciates** [1] - 37:16
**appropriate** [1] - 11:20
**approval** [1] - 15:14
**approve** [1] - 15:15
**approved** [2] - 14:7, 15:2
**APRIL** [2] - 1:7, 7:2
**April** [2] - 18:3, 18:7
**area** [1] - 42:18
**areas** [1] - 16:1
**argument** [1] - 24:25
**arguments** [1] - 21:5

**arisen** [1] - 52:18
**arises** [1] - 15:5
**arising** [1] - 14:24
**assuming** [2] - 7:22, 35:3
**assumption** [1] - 7:23
**ATLANTA** [2] - 4:12, 4:20
**attached** [4] - 8:19, 14:9, 29:11, 32:13
**attempt** [1] - 52:3
**attention** [1] - 16:3
**attorney** [1] - 13:17
**attorneys** [2] - 23:9, 24:14
**attorneys'** [1] - 42:2
**audience** [2] - 12:8, 22:17
**audit** [1] - 45:19
**authorization** [1] - 16:19
**authorizations** [2] - 16:16, 32:12
**availability** [1] - 46:24
**available** [3] - 45:3, 47:5, 49:18
**aventis** [1] - 33:8
**AVENUE** [2] - 2:8, 4:15
**avenues** [1] - 24:6
**await** [1] - 52:5
**awaiting** [2] - 39:7, 39:12
**aware** [4] - 10:14, 16:9, 24:17, 50:16

## B

**B-275** [1] - 5:15
**Bachus** [2] - 43:25, 44:14
**BACHUS** [3] - 2:22, 2:23, 43:25
**backlog** [1] - 51:17
**BACON** [2] - 4:3, 4:6
**bad** [1] - 21:14
**Bar** [1] - 10:20
**Barbara** [1] - 13:5
**Barrios** [9] - 9:12, 18:25, 24:12, 40:12, 40:16, 42:6, 46:9, 47:18, 48:5
**BARRIOS** [38] - 1:15, 1:16, 8:6, 8:9, 9:14, 11:19, 12:7, 12:23, 18:1, 28:19, 29:1, 30:7, 30:13, 30:20, 30:23, 31:2, 31:16, 34:14, 34:17, 35:3,

36:19, 36:25, 37:17, 40:25, 41:2, 41:8, 41:13, 43:23, 44:15, 44:24, 45:8, 46:10, 46:16, 46:21, 47:4, 47:7, 47:12, 52:22
**barrios** [1] - 8:5
**BART** [1] - 3:3
**based** [3] - 18:6, 36:20, 39:15
**basic** [1] - 22:23
**basis** [1] - 26:10
**BAUDIN** [1] - 1:23
**became** [1] - 25:8
**become** [2] - 19:4, 19:18
**becoming** [1] - 23:8
**BEFORE** [1] - 7:1
**begin** [3] - 8:4, 34:23, 39:5
**beginning** [1] - 12:18
**begun** [2] - 36:12, 39:3
**behalf** [6] - 19:10, 22:14, 35:20, 40:11, 48:25
**believes** [2] - 31:9, 38:4
**bellwether** [4] - 13:2, 26:12, 52:3, 52:10
**benefit** [1] - 49:18
**BENJAMIN** [1] - 1:19
**BERNE** [1] - 5:7
**best** [5] - 25:25, 26:9, 36:9, 46:25, 53:8
**better** [8] - 20:8, 20:12, 20:13, 22:6, 26:19, 27:25, 52:1
**between** [1] - 17:13
**beyond** [2] - 13:9, 38:8
**BICKFORD** [1] - 2:15
**big** [1] - 41:8
**binder** [2] - 41:7, 41:8
**Bland's** [1] - 13:10
**blank** [2] - 18:13, 23:24
**body** [1] - 26:14
**bore** [1] - 25:1
**boring** [1] - 8:21
**BOSTON** [1] - 5:5
**BOULEVARD** [3] - 2:4, 2:12, 4:4
**box** [2] - 16:9, 45:24
**boxes** [1] - 23:24
**Brees** [1] - 28:18
**Brian's** [1] - 25:4
**brief** [1] - 41:14
**briefed** [2] - 39:7, 39:12

**briefing** [1] - 37:11
**Brilleaux** [1] - 30:1
**bring** [1] - 20:3
**broader** [1] - 22:16
**brought** [2] - 25:25, 27:4
**BrownGreer** [2] - 13:19
**bucket** [6] - 29:7, 29:8, 30:17, 31:3, 31:8, 35:24
**buckets** [4] - 29:15, 29:17, 30:15, 31:6
**building** [1] - 51:15
**burden** [3] - 19:23, 26:11, 49:9
**burdens** [1] - 51:18
**burdensome** [10] - 23:16, 26:5, 26:6, 26:18, 26:23, 27:1, 27:3, 41:24, 51:3
**Butkus** [1] - 25:6
**button** [1] - 32:21
**buys** [1] - 23:14
**BY** [25] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:12, 2:16, 2:19, 2:23, 3:3, 3:7, 3:11, 3:15, 3:20, 3:24, 4:3, 4:7, 4:11, 4:15, 4:19, 4:23, 5:4, 5:8, 5:18, 5:19

## C

**C.9** [1] - 29:2
**California** [5] - 9:21, 9:24, 10:4, 10:24, 12:14
**CALIFORNIA** [2] - 2:5, 3:9
**CALLED** [1] - 7:4
**CALLSEN** [1] - 4:15
**CANAL** [2] - 3:16, 3:16
**canvas** [1] - 46:24
**card** [8] - 25:5, 25:9, 25:11, 25:12, 28:18, 32:22
**cards** [2] - 25:3, 25:7
**career** [1] - 51:2
**Case** [3] - 12:23, 13:1, 38:14
**case** [24] - 7:18, 9:24, 11:11, 12:1, 13:10, 13:13, 13:16, 14:15, 15:19, 17:22, 26:12, 27:2, 36:2, 37:15, 48:9, 48:11, 48:13, 48:15, 49:9, 49:16, 50:15

**CASE** [2] - 6:9, 6:19
**cases** [33] - 9:17, 9:20, 10:4, 10:11, 10:24, 11:5, 11:6, 11:22, 12:14, 13:4, 17:17, 19:11, 19:19, 21:9, 22:25, 29:23, 30:8, 35:23, 39:9, 40:12, 40:13, 41:17, 41:25, 43:7, 43:15, 44:1, 44:8, 44:13, 47:18, 47:24, 49:13, 49:15, 50:17
**CASES** [2] - 1:8, 6:5
**CASES.....................
...............** [1] - 6:7
**CASTEIX** [1] - 1:15
**catch** [1] - 51:19
**category** [1] - 43:9
**Cathy** [2] - 53:3, 53:12
**CATHY** [1] - 5:14
**Cathy_Pepper@laed .uscourts.gov** [1] - 53:14
**cathy_Pepper@laed. uscourts.gov** [1] - 5:17
**causes** [5] - 14:22, 14:23, 15:1, 27:11, 29:24
**caution** [2] - 14:19, 35:12
**cave** [1] - 52:1
**Cazayoux** [3] - 13:10, 48:8, 48:15
**CCR** [2] - 5:14, 53:12
**CENTER** [1] - 3:4
**CENTOLA** [2] - 2:15, 2:16
**Centrality** [15] - 8:19, 16:20, 16:22, 17:4, 17:15, 18:21, 30:25, 31:21, 31:24, 32:6, 32:13, 32:21, 39:22, 40:2, 42:23
**CENTRALITY...........
.........................** [1] - 6:13
**Centralized** [1] - 10:17
**CENTRE** [1] - 3:24
**certain** [3] - 16:8, 37:21, 52:13
**certainly** [3] - 26:15, 37:16, 50:21
**CERTIFICATE** [1] - 53:1
**CERTIFIED** [1] - 5:14
**Certified** [3] - 53:3, 53:4, 53:12
**certify** [1] - 53:7

*OFFICIAL TRANSCRIPT*

CHAFFE [1] - 3:23
chair [1] - 12:21
change [2] - 21:3, 26:13
changing [1] - 51:24
charge [1] - 32:14
chart [2] - 11:3, 11:4
checked [1] - 23:24
Chehardy [1] - 12:5
chemotherapy [1] - 43:2
childhood [1] - 25:1
Chip [1] - 12:20
choice [1] - 14:25
choose [1] - 7:20
CHRISTOPHER [2] - 1:23, 2:23
CINCINNATI [1] - 5:9
circulate [1] - 35:15
circulated [1] - 8:19
circumstances [1] - 13:9
CITY [1] - 4:4
CIVIL [1] - 1:6
claim [2] - 26:14, 26:24
claims [3] - 7:17, 19:20, 23:21
clarification [1] - 47:17
clean [1] - 47:25
clear [1] - 29:22
CLERK [2] - 7:7, 52:23
Clerk's [5] - 14:13, 14:18, 15:10, 35:16, 35:17
CLEVELAND [1] - 4:16
client's [1] - 32:20
CLIFTON [2] - 4:11, 4:19
CMO [16] - 35:8, 35:22, 36:8, 36:13, 36:21, 38:17, 39:15, 40:1, 40:15, 40:19, 42:20, 42:21, 43:6, 43:8, 43:14, 44:5
COAN [1] - 5:4
Coffin [2] - 22:15, 23:15
COFFIN [12] - 1:23, 1:23, 18:24, 21:7, 21:18, 22:2, 24:19, 27:4, 28:11, 28:17, 41:14, 42:12
coffin [3] - 18:23, 24:12, 39:16
coffin's [1] - 22:18
colleagues [1] - 9:7
collected [1] - 25:3,

32:23
COLORADO [1] - 2:25
COME [1] - 6:5
coming [1] - 36:12
comment [3] - 43:13, 50:24, 51:8
comments [4] - 9:8, 44:15, 48:17, 50:25
COMMITTEE [2] - 1:15, 3:20
Committee [4] - 12:21, 19:16, 21:14, 44:19
committee [4] - 19:1, 20:8, 22:16, 23:19
Committees [1] - 44:18
committees [4] - 12:17, 45:1, 45:6, 52:5
COMMITTEES..........
.................... [1] - 6:21
common [1] - 20:10
communicate [4] - 7:25, 10:7, 13:17
communication [1] - 11:16
comparable [2] - 50:10, 51:3
Compel [1] - 35:5
compensation [1] - 26:24
Complaint [19] - 13:24, 13:25, 14:3, 14:7, 14:8, 14:10, 14:11, 14:17, 14:20, 14:21, 14:22, 15:1, 15:4, 15:9, 32:25, 36:7
COMPLAINT [1] - 6:11
complaint [2] - 14:16, 15:17
COMPLAINT...........
[1] - 6:11
Complaints [1] - 14:14
complaints [2] - 14:15, 32:24
complete [8] - 13:14, 18:18, 22:22, 24:15, 26:17, 27:20, 31:19, 41:12
completed [2] - 29:9, 45:17
completely [1] - 18:18
completing [1] - 23:5
completion [1] - 17:10
complicated [1] - 52:17

comply [1] - 43:10
comprehensive [1] - 52:16
compress [1] - 24:9
COMPUTER [1] - 5:19
COMPUTER-AIDED
[1] - 5:19
concern [2] - 23:15, 24:1, 50:16
concerned [1] - 27:12
concession [1] - 52:8
concessions [2] - 20:20, 52:7
concluded [1] - 52:25
concocted [1] - 25:10
conference [5] - 7:9, 9:10, 10:14, 29:25, 46:17
CONFERENCE [2] - 1:11, 6:23
conferences [1] - 8:24
confusing [1] - 29:22
confusion [1] - 29:24
CONROY [1] - 2:19
consent [5] - 36:3, 36:10, 36:14, 36:15, 37:24
Consent [1] - 36:5
consider [1] - 49:17
considerable [2] - 37:14, 49:2
consideration [1] - 50:25
consistent [1] - 50:21
consistently [1] - 40:5
consolidated [1] - 50:12
constraints [1] - 51:19
consumed [1] - 49:2
consumes [1] - 27:21
CONTACT [1] - 6:10
contact [1] - 15:13
Contact [4] - 13:13, 13:14, 13:15, 13:21
contain [1] - 17:6
contained [1] - 33:8
contentious [1] - 37:8
CONTINENTAL [1] - 2:4
continue [1] - 18:19
CONTINUED [4] - 2:1, 3:1, 4:1, 5:1
continued [1] - 47:21
control [2] - 13:9, 48:9
convene [1] - 45:5
convenience [1] - 33:3
convenient [1] - 47:3
conversation [5] -

41:9, 43:21, 51:22, 52:2, 52:4
conversations [1] - 9:20
convince [1] - 39:20
cooperation [3] - 10:10, 31:16, 52:14
coordinate [1] - 45:4
copied [1] - 11:9
copies [1] - 34:18
core [2] - 21:19
CORPORATE [1] - 3:8
correct [10] - 33:7, 38:11, 39:22, 41:20, 41:21, 41:22, 42:4, 47:20, 53:7
corresponded [1] - 11:9
costly [1] - 27:1
counsel [45] - 7:15, 8:3, 8:12, 9:1, 9:20, 10:8, 10:9, 10:12, 11:4, 11:10, 12:16, 12:17, 12:18, 13:23, 14:19, 14:23, 15:5, 15:9, 16:6, 16:8, 17:13, 18:13, 18:14, 18:16, 19:2, 19:18, 21:3, 21:11, 26:15, 27:19, 29:6, 33:2, 33:20, 34:7, 35:16, 38:6, 40:5, 41:10, 44:25, 46:17, 47:25, 49:8, 50:5, 52:5, 52:15
Counsel [7] - 11:14, 13:12, 13:14, 13:15, 13:20, 33:3, 42:13
COUNSEL [1] - 6:10
counsel's [3] - 10:9, 31:16, 52:14
counseled [1] - 18:21
count [1] - 17:14
counties [1] - 10:25
country [2] - 11:22, 49:9
counts [1] - 20:23
County [1] - 10:22
couple [4] - 10:19, 25:6, 47:2
course [1] - 9:10
COURT [55] - 1:1, 2:20, 5:14, 7:4, 7:8, 8:8, 8:23, 11:3, 12:6, 12:22, 17:25, 20:7, 21:17, 22:1, 22:3, 24:18, 24:21, 27:13, 28:13, 28:25, 30:6, 30:12, 30:19, 30:21, 30:25, 31:15, 34:12,

34:15, 35:2, 36:18, 36:24, 37:14, 40:23, 41:1, 41:6, 41:9, 42:10, 42:13, 43:19, 44:14, 44:23, 45:4, 45:12, 46:3, 46:9, 46:15, 46:19, 46:23, 47:9, 47:15, 48:2, 48:16, 48:20, 50:4, 51:6
court [18] - 7:17, 8:12, 9:6, 9:20, 10:4, 10:8, 10:9, 11:10, 11:12, 11:16, 12:7, 26:14, 26:25, 32:5, 37:2, 40:9, 49:13, 50:1
Court [19] - 8:11, 14:5, 18:1, 19:11, 20:22, 29:13, 31:11, 36:13, 37:16, 37:23, 38:2, 40:20, 50:19, 52:15, 53:4, 53:5, 53:6, 53:13, 53:14
Court's [2] - 15:12, 17:3
courts [4] - 7:17, 11:5, 11:11, 50:11
cover [1] - 11:18
covered [3] - 9:10, 48:18, 51:9
created [1] - 42:20
creating [1] - 19:9
credit [2] - 12:4, 32:22
CRR [2] - 5:14, 53:12
CULBERTSON [1] - 5:3
cumulating [2] - 49:15, 49:25
cure [3] - 23:3, 24:6, 27:13
cured [2] - 19:13, 31:9, 31:10
current [3] - 16:11, 17:1, 17:2
custodians [1] - 38:16
customarily [1] - 39:19
cycle [1] - 10:21

# D

D.9 [1] - 29:2
data [1] - 21:19
date [6] - 37:11, 38:14, 46:16, 47:9, 47:22, 52:3
dates [4] - 45:2, 46:17, 46:20, 46:21
DAVID [2] - 1:19, 2:19

**DAWN** [1] - 1:16
**days** [2] - 41:18, 46:14
**DC** [1] - 4:8
**deadline** [2] - 23:25, 27:19
**deadlines** [4] - 16:14, 31:18, 51:21
**deal** [2] - 25:10, 25:12
**deals** [1] - 15:24
**dearest** [1] - 13:12
**DEBORAH** [1] - 4:23
**decide** [4] - 20:19, 20:23, 26:4, 26:8
**decided** [1] - 26:3
**decision** [1] - 50:25
**decision-making** [1] - 50:25
**defend** [1] - 27:5
**defendant** [8] - 14:14, 19:14, 32:17, 33:7, 34:3, 36:22, 38:20, 48:12
**DEFENDANT** [1] - 6:12
**Defendant** [4] - 15:25, 16:11, 16:13, 31:24
**defendant's** [3] - 34:11, 35:24, 37:23
**Defendant's** [1] - 39:14
**defendants** [33] - 11:21, 11:25, 14:4, 14:16, 14:17, 14:18, 15:14, 15:18, 16:4, 17:16, 18:7, 20:6, 20:16, 21:19, 29:5, 31:7, 32:11, 33:1, 34:4, 35:11, 35:13, 35:25, 36:3, 36:14, 38:3, 38:10, 39:3, 39:11, 39:17, 39:20, 40:2, 49:14
**Defendants** [3] - 20:16, 21:21, 38:13
**DEFENDANTS** [1] - 6:19
**defendants'** [3] - 32:18, 49:6, 50:2
**Defendants'** [1] - 28:9
**DEFENDANTS'** [1] - 3:19
**DEFENDANTS..........** .................... [1] - 6:14
**defense** [11] - 19:2, 19:24, 21:22, 26:25, 31:9, 33:25, 36:9, 41:19, 48:4, 48:10
**Defense** [5] - 16:21, 17:18, 30:14, 31:3,

31:4
**deficiencies** [8] - 17:18, 19:22, 24:7, 27:10, 28:22, 30:14, 45:21, 49:19
**deficiency** [15] - 15:11, 16:14, 19:8, 19:14, 21:8, 23:2, 23:13, 27:7, 29:5, 29:18, 31:5, 31:9, 31:10, 35:19
**deficient** [2] - 21:10, 23:1
**definition** [1] - 29:9
**degree** [2] - 20:22, 52:8
**DeJean** [3] - 45:11, 45:12, 46:4
**DEJEAN** [3] - 5:11, 45:14, 46:6
**Delaware** [6] - 9:22, 10:11, 10:13, 10:15, 39:9, 50:11
**delay** [1] - 44:7
**delved** [1] - 41:10
**DENVER** [1] - 2:25
**deny** [1] - 27:15
**depo** [1] - 10:7
**depositions** [3] - 38:15, 38:19, 38:23
**DEPUTY** [2] - 7:7, 52:23
**designate** [1] - 10:18
**designed** [2] - 20:16, 20:17
**desire** [1] - 50:17
**desk** [1] - 25:25
**detailed** [1] - 33:19
**details** [3] - 8:21, 16:18, 37:4
**determine** [1] - 23:1
**dialogue** [1] - 17:13
**Dick** [1] - 25:6
**different** [11] - 8:15, 10:25, 16:1, 19:24, 30:4, 30:22, 33:4, 38:20, 40:20, 42:18, 46:17
**difficult** [3] - 17:16, 17:20, 27:5
**difficulties** [1] - 49:19
**difficulty** [1] - 17:21
**diligence** [1] - 36:11
**directly** [2] - 9:18, 24:10
**disclose** [2] - 11:15, 26:15
**discouraging** [1] - 49:11
**DISCOVERY** [1] - 6:19

**discovery** [9] - 26:16, 27:1, 34:9, 34:16, 38:19, 38:22, 39:2, 50:14, 51:18
**Discovery** [2] - 38:13, 38:14
**DISCOVERY...** [1] - 6:18
**DISCOVERY....** [1] - 6:19
**discuss** [3] - 9:2, 11:20, 20:10
**discussed** [2] - 9:2, 19:1
**discussing** [1] - 11:1
**discussion** [1] - 20:19
**discussions** [1] - 36:12
**disincentive** [1] - 49:17
**dismiss** [4] - 15:19, 16:4, 35:11, 40:20
**Dismiss** [3] - 36:5, 39:15, 39:18
**dismissal** [4] - 15:18, 35:10, 35:15, 48:11
**dismissals** [4] - 19:19, 35:22, 36:2, 49:19
**Dismissals** [2] - 36:6
**dismissed** [2] - 36:1, 48:9
**dismissing** [1] - 36:20
**District** [4] - 7:10, 53:6, 53:14
**DISTRICT** [3] - 1:1, 1:1, 1:12
**divergence** [1] - 28:9
**DIVISION** [1] - 4:18
**Doc** [9] - 14:4, 14:6, 14:9, 15:22, 16:15, 16:25, 17:3, 33:6, 39:10
**Docetaxel** [1] - 7:11
**DOCETAXEL** [1] - 1:4
**docetaxel** [1] - 34:1
**docs** [1] - 14:2
**DOCUMENT** [1] - 1:8
**documentation** [1] - 42:17
**documents** [3] - 19:4, 26:20, 39:5
**domestic** [1] - 33:5
**done** [1] - 10:2, 21:6, 39:19, 40:22, 41:2, 41:3, 45:20, 46:12, 51:2, 51:11, 51:19
**doubt** [1] - 20:21
**DOUGLAS** [1] - 3:20
**Douglas** [2] - 35:20, 40:10

**down** [10] - 19:25, 21:22, 24:20, 24:23, 25:19, 35:7, 38:8, 41:5, 42:7, 44:8
**draft** [3] - 30:22, 30:23, 31:1
**Draft** [1] - 8:3
**Drew** [1] - 28:18
**drop** [2] - 35:7, 38:8
**drop-down** [2] - 35:7, 38:8
**due** [4] - 17:9, 17:17, 32:21, 36:11
**DUPLICATE** [1] - 6:7
**duplicate** [4] - 11:22, 12:1, 47:18, 47:24
**Durden** [1] - 13:5
**during** [1] - 9:10
**DWYER** [2] - 3:11, 3:11

---

# E

**e-mail** [5] - 32:4, 32:7, 40:14, 42:11, 45:25
**e-mailing** [1] - 44:7
**e-mails** [3] - 31:17, 45:20, 45:21
**E.9** [1] - 29:2
**Earnest** [1] - 13:5
**ears** [3] - 20:11, 28:1, 51:24
**easier** [2] - 30:3, 42:10
**EASTERN** [1] - 1:1
**Eastern** [2] - 7:10, 53:6
**easy** [2] - 32:7, 35:14
**echo** [1] - 51:25
**edification** [2] - 49:7, 50:2
**effect** [1] - 49:11
**effectuate** [1] - 15:9
**efficiencies** [1] - 20:1
**efficiency** [1] - 41:23
**efficient** [2] - 20:9, 23:5
**efficiently** [1] - 26:10
**efforts** [2] - 27:24, 51:20
**EITHER** [1] - 6:23
**either** [11] - 8:18, 9:3, 9:18, 19:13, 27:21, 29:12, 34:10, 43:10, 45:6, 45:21, 52:14
**EL** [1] - 2:5
**electronic** [1] - 39:5
**Electronically** [1] - 37:18
**ELECTRONICALLY**

[1] - 6:18
**electronically** [1] - 37:21
**eliminate** [1] - 26:17
**ELLIOTT** [1] - 2:23
**ELLIS** [1] - 4:14
**employed** [1] - 51:4
**encouraging** [1] - 31:18
**end** [5] - 23:5, 24:10, 35:14, 36:16, 43:4
**endeavor** [1] - 25:8
**energy** [2] - 19:7, 37:15
**ENERGY** [1] - 3:24
**Engelhardt** [1] - 15:2
**ENGELHARDT** [1] - 1:11
**enter** [1] - 42:13
**entered** [10] - 9:25, 12:11, 12:15, 14:5, 33:4, 37:5, 37:23, 43:8, 44:5, 50:22
**entire** [3] - 23:13, 45:6, 51:2
**entirely** [1] - 50:20
**entities** [1] - 33:5
**entitled** [2] - 43:5, 53:9
**entity** [1] - 33:9
**entry** [1] - 40:18
**equal** [1] - 24:22
**Equal** [1] - 42:16
**Ernyes** [1] - 39:9
**Ernyes-Kofler** [1] - 39:9
**error** [1] - 22:4
**ESI** [5] - 6:18, 17:6, 18:19, 19:4, 38:8
**especially** [1] - 21:8
**ESQ** [24] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:8, 2:12, 2:16, 2:19, 2:23, 2:23, 3:3, 3:7, 3:11, 3:20, 3:24, 4:3, 4:7, 4:11, 4:15, 4:19, 4:23, 5:4, 5:8
**ESQUIRE** [1] - 3:15
**essentially** [4] - 10:18, 23:9, 30:3, 45:15
**establish** [1] - 42:21
**evaluation** [1] - 20:24
**event** [3] - 36:21, 50:12, 52:15
**eventually** [2] - 19:10, 24:23
**evidence** [1] - 18:21
**exact** [2] - 10:5, 29:13
**exactly** [4] - 26:7, 29:22, 36:19, 41:20

5

**exaggeration** [1] - 42:2
**examples** [3] - 27:4, 27:9, 27:15
**EXCNICIOS** [1] - 3:15
**exercise** [5] - 20:17, 21:16, 25:24, 27:20, 41:12
**Exhibit** [1] - 29:23
**exhibits** [1] - 29:1
**existing** [2] - 36:1, 36:2
**Exnicios** [2] - 48:25, 50:6
**EXNICIOS** [3] - 3:15, 48:19, 48:24
**Exnicios'** [1] - 50:24
**expect** [3] - 26:24, 26:25, 52:7
**expectation** [1] - 28:6
**expedited** [1] - 10:1
**expended** [1] - 37:14
**Expenses** [1] - 45:10
**EXPENSES....** [1] - 6:22
**experience** [1] - 43:20
**explain** [2] - 18:23, 28:24
**explained** [1] - 29:17
**explanatory** [1] - 11:13
**extent** [2] - 49:14, 49:23

### F

**F.9** [1] - 29:16
**facility** [3] - 33:23, 33:24, 35:5
**Fact** [37] - 15:25, 16:6, 16:9, 16:11, 16:13, 16:17, 16:20, 16:21, 17:1, 17:2, 17:19, 18:4, 18:6, 18:8, 18:9, 18:10, 18:12, 20:16, 20:17, 21:21, 28:8, 28:9, 29:18, 29:20, 30:15, 31:3, 31:4, 31:23, 31:24, 32:5, 32:13, 33:2, 37:20, 49:1, 49:9
**FACT** [1] - 6:12
**fact** [43] - 11:21, 16:3, 16:14, 16:20, 17:9, 18:11, 18:17, 19:22, 20:23, 20:25, 21:5, 22:5, 22:6, 22:8, 22:11, 22:21, 22:23, 22:24, 23:5, 23:9,

23:11, 23:13, 23:18, 23:23, 24:8, 24:10, 24:15, 25:24, 26:5, 26:17, 27:18, 28:4, 28:6, 29:3, 29:4, 40:17, 50:8, 50:9, 50:19, 50:21, 51:1, 51:3, 51:17
**facts** [1] - 14:22
**failure** [4] - 16:5, 22:22, 39:15
**fair** [1] - 20:25
**fairly** [1] - 14:22
**faith** [1] - 27:18
**fall** [2] - 27:24, 43:9
**fallback** [1] - 47:14
**familiar** [1] - 51:15
**FEDERAL/STATE** [1] - 6:6
**few** [2] - 7:17, 45:15
**fields** [3] - 20:25, 22:10, 26:8
**figure** [4] - 17:22, 30:2, 41:19, 43:3
**file** [15] - 14:7, 14:11, 15:4, 16:4, 16:5, 16:16, 16:24, 18:17, 19:21, 29:3, 31:13, 32:5, 33:2, 35:4, 40:9
**filed** [21] - 8:17, 10:19, 11:22, 12:10, 12:25, 14:4, 14:5, 14:10, 16:21, 29:4, 29:12, 29:18, 31:3, 31:5, 32:6, 32:24, 39:10, 39:17, 43:4, 47:18, 47:24
**files** [1] - 13:13
**filing** [5] - 12:14, 14:20, 15:9, 15:15, 18:17
**filled** [1] - 27:18
**final** [1] - 29:11
**fine** [10] - 8:23, 9:13, 18:24, 20:9, 21:3, 45:4, 45:7, 46:2, 47:1
**finishing** [1] - 24:8
**firm** [2] - 12:5, 47:20
**firms** [1] - 11:23
**First** [1] - 14:3
**first** [14] - 13:3, 16:10, 26:6, 30:13, 30:17, 31:2, 37:1, 38:24, 39:8, 41:8, 43:7, 47:10, 52:3, 52:10
**FLEMING** [1] - 2:11
**floor** [2] - 9:8, 9:9
**FLOOR** [4] - 2:4, 2:9,

3:4, 5:5
**fly** [1] - 35:18
**follow** [9] - 13:14, 15:6, 29:6, 31:18, 33:20, 34:25, 36:15, 38:2, 47:16
**follow-up** [1] - 29:6
**followed** [1] - 15:23
**following** [3] - 30:19, 30:21, 33:22
**follows** [2] - 18:7, 29:16
**football** [2] - 25:3
**FOR** [6] - 1:15, 3:19, 4:18, 5:3, 5:7, 6:22
**foregoing** [1] - 53:7
**FORM** [1] - 6:11
**Form** [15] - 13:13, 13:14, 13:15, 13:21, 13:25, 14:3, 14:7, 14:11, 14:16, 14:20, 14:21, 15:1, 32:25, 36:7
**form** [7] - 14:12, 16:11, 16:16, 17:1, 17:2, 35:17, 36:15
**FORM....................** [1] - 6:10
**Forms** [1] - 17:4
**forth** [4] - 13:2, 16:12, 39:12, 51:21
**forward** [2] - 43:9, 46:1
**four** [4] - 13:2, 38:17, 38:18, 41:18
**frame** [1] - 34:5
**Fran** [2] - 25:6, 25:11
**Francis** [1] - 13:5
**frankly** [3] - 21:15, 21:20, 28:4
**Friday** [2] - 8:18, 29:12
**Fridays** [1] - 46:23
**friend** [1] - 25:9
**FRITCHIE** [1] - 3:20
**front** [2] - 23:5, 36:16
**fronts** [1] - 37:15
**fully** [2] - 39:7, 39:12
**future** [1] - 36:22

### G

**G.9** [1] - 29:16
**GAINSBURGH** [1] - 1:19
**Gale** [2] - 25:5
**Gaudreau** [2] - 12:20
**Gayle** [2] - 25:9, 25:12
**GENERAL** [1] - 1:11

**generally** [1] - 11:15
**generous** [1] - 7:22
**GEOFFREY** [1] - 5:4
**GEORGIA** [2] - 4:12, 4:20
**GIBBS** [1] - 2:3
**given** [7] - 11:4, 16:19, 23:4, 24:6, 27:13, 35:6, 46:17
**goal** [1] - 36:8
**GODSHALL** [1] - 3:3
**GRAND** [1] - 4:4
**great** [1] - 29:24
**GREENBURG** [2] - 4:10, 4:18
**ground** [1] - 27:17
**GROUP** [1] - 2:3
**growing** [2] - 23:8, 49:8
**grumbling** [1] - 26:3
**guidance** [1] - 18:20
**guillotine** [1] - 30:10

### H

**H.9** [1] - 29:17
**hair** [1] - 27:8
**handled** [3] - 37:8, 51:15
**HANLY** [1] - 2:19
**happy** [5] - 11:23, 28:1, 32:8, 41:4, 45:7
**HARDY** [2] - 4:3, 4:6
**HARLEY** [1] - 4:3
**Harley** [1] - 22:14
**HAVE** [1] - 6:5
**head** [1] - 51:17
**Healthcare** [3] - 12:19, 33:11, 39:2
**hear** [3] - 21:4, 49:24, 52:13
**heard** [5] - 11:12, 11:18, 12:2, 19:17, 33:1
**HEARD** [1] - 1:11
**hearing** [1] - 20:3
**heart** [1] - 13:12
**help** [2] - 17:15, 18:1
**hereby** [1] - 53:6
**HIGGINS** [1] - 3:7
**HINSHAW** [1] - 5:3
**history** [1] - 23:21
**home** [1] - 50:15
**Honor** [50] - 8:6, 9:14, 9:24, 11:19, 12:17, 17:5, 17:21, 18:22, 18:25, 19:25, 21:15, 22:13, 22:20, 24:3,

24:14, 28:12, 28:19, 29:25, 30:5, 30:18, 30:24, 34:22, 35:21, 37:17, 39:8, 39:9, 39:23, 40:8, 40:10, 40:25, 41:13, 41:14, 43:13, 43:25, 44:13, 44:24, 45:8, 45:14, 45:17, 46:6, 47:7, 48:14, 48:19, 48:24, 49:1, 49:6, 49:16, 49:21, 50:1, 52:22
**Honor's** [2] - 18:20, 37:1, 41:4, 49:2
**HONORABLE** [1] - 1:11
**Honorable** [2] - 10:12, 10:21
**honored** [1] - 45:10
**hope** [2] - 36:16, 43:19
**hopefully** [1] - 17:15
**horse** [1] - 20:19
**horse-trading** [1] - 20:19
**Hospira** [2] - 18:8, 33:15
**Hospira/Pfizer** [1] - 39:2
**HOUSTON** [2] - 2:13, 3:13
**hundred** [2] - 8:11, 44:1
**hundreds** [3] - 19:12, 23:11, 23:23
**HUNTER** [1] - 2:7
**hurting** [1] - 51:24
**Hyland** [1] - 10:22

### I

**I.9** [3] - 29:21, 29:23, 30:9
**ID** [19] - 33:6, 33:24, 34:2, 34:9, 34:16, 35:4, 39:15, 39:21, 40:13, 40:17, 40:21, 41:12, 42:1, 42:17, 42:19, 42:22, 43:8, 44:4, 44:11
**idea** [1] - 22:5
**Identification** [2] - 33:18, 35:8
**identification** [5] - 11:8, 35:7, 35:10, 39:25, 40:1
**IDENTIFICATION** [1] - 6:15
**identified** [4] - 13:8,

38:17, 40:13, 42:21
**identify** [2] - 42:22, 48:21
**identifying** [2] - 33:25, 47:24
**IDs** [2] - 15:5, 44:4
**ILLINOIS** [1] - 2:20
**Illinois** [1] - 9:21
**illustrates** [1] - 24:20
**illustration** [1] - 41:15
**image** [1] - 42:2
**import** [1] - 10:8
**important** [11] - 15:6, 16:23, 20:3, 20:5, 26:8, 32:3, 34:7, 38:1, 38:2, 38:3, 50:18
**importantly** [1] - 49:6
**improperly** [1] - 35:25
**IN** [1] - 1:4
**in-state** [1] - 10:18
**INC** [1] - 5:7
**Inc** [5] - 12:19, 12:20, 33:11, 33:12, 33:14
**included** [2] - 20:23, 39:24
**including** [1] - 11:6
**incomplete** [1] - 29:19
**incorporates** [1] - 14:21
**incorrect** [1] - 43:19
**increased** [1] - 17:12
**incur** [1] - 49:4
**indeed** [1] - 11:13
**indicate** [1] - 36:20
**indicated** [3] - 19:17, 20:7, 47:19
**indicates** [1] - 18:10
**individual** [1] - 34:9
**individually** [1] - 26:20
**inducing** [1] - 49:12
**INDUSTRIES** [1] - 5:3
**inefficiencies** [1] - 22:18
**inefficiency** [2] - 21:8, 22:21
**inefficient** [2] - 19:5, 23:17
**INFORMATION** [2] - 6:10, 6:18
**information** [32] - 13:15, 13:22, 21:1, 21:19, 22:23, 23:6, 23:11, 23:24, 26:9, 26:14, 32:2, 32:9, 32:22, 33:23, 34:2, 34:10, 35:6, 36:21, 37:22, 38:1, 38:3, 38:9, 38:21, 40:14,

40:21, 41:12, 41:20, 41:21, 42:5, 42:20, 49:22
**Information** [1] - 37:19
**initial** [1] - 14:15
**inordinate** [1] - 19:6
**input** [1] - 11:14
**inquire** [1] - 9:7
**Insogna** [1] - 30:2
**instead** [3] - 28:9, 48:15, 49:12
**instructed** [1] - 19:25
**intend** [1] - 22:3
**intentions** [1] - 26:1
**interest** [1] - 49:14
**interrogatories** [1] - 26:19
**interrupt** [1] - 18:25
**INTO** [1] - 6:5
**inventory** [1] - 23:8
**invite** [1] - 11:16
**involvement** [1] - 9:19
**INVOLVEMENT.........
............ [1] - 6:6
**involving** [1] - 50:22
**IRVINE** [1] - 3:9
**IRWIN** [1] - 3:20
**IS** [1] - 6:23
**issue** [14] - 10:5, 11:1, 15:11, 19:18, 20:5, 23:13, 24:3, 24:13, 24:16, 34:8, 47:19, 47:20, 49:1, 51:8
**issued** [5] - 12:8, 13:1, 21:12, 31:5, 31:11
**issues** [9] - 9:9, 11:2, 11:23, 12:1, 33:1, 33:23, 51:16, 52:12, 52:17
**issuing** [1] - 34:23
**Item** [4] - 12:23, 13:11, 36:25, 37:18
**item** [6] - 33:17, 38:13, 39:6, 44:18, 45:9, 46:16

### J

**J.9** [2] - 30:15, 31:2
**Jake** [1] - 17:15
**James** [1] - 10:22
**January** [2] - 14:8, 52:11
**Jersey** [4] - 9:22, 10:16, 10:23, 50:11
**JEZ** [1] - 2:11
**John** [1] - 48:4
**JOHN** [1] - 3:24

**joining** [1] - 49:12
**JOINT** [1] - 6:4
**Joint** [1] - 8:3
**joint** [8] - 8:14, 8:17, 12:9, 19:2, 28:23, 29:12, 33:17, 48:5
**JON** [1] - 4:7
**Journal** [1] - 10:20
**Judge** [13] - 8:9, 10:12, 10:14, 15:2, 37:5, 37:7, 45:5, 46:19, 46:24, 47:13, 49:7, 49:16, 50:3
**JUDGE** [3] - 1:12, 46:20, 47:5
**judge** [6] - 9:16, 10:23, 11:7, 11:8, 11:16, 11:17
**judges** [4] - 7:17, 7:19, 11:10, 11:13
**judicial** [1] - 9:6
**Judicial** [1] - 9:15
**JULIE** [1] - 4:15
**July** [1] - 14:4
**JUNE** [1] - 6:23
**June** [3] - 46:18, 46:21, 46:22
**jurisdiction** [1] - 50:15
**jurisdictions** [1] - 50:13

### K

**K.9** [2] - 30:16, 31:4
**KANSAS** [1] - 4:4
**KAREN** [1] - 2:3
**keep** [1] - 52:18
**Kelly** [1] - 30:1
**KENNETH** [1] - 5:11
**Kerry** [1] - 13:10
**kid** [1] - 25:2
**kind** [3] - 41:23, 42:7, 51:25
**KINGSDORF** [1] - 1:15
**KIRKENDALL** [1] - 3:11
**knowledge** [1] - 31:11
**known** [1] - 16:4
**knows** [1] - 37:2
**Kofler** [1] - 39:9
**KURT** [1] - 1:11
**KYLE** [1] - 2:23
**Kyle** [1] - 43:25

### L

**L.9** [2] - 30:16, 31:8

**label** [1] - 39:25
**LAFAYETTE** [1] - 2:16
**lambert** [1] - 39:19
**LAMBERT** [1] - 1:20
**Lambert** [3] - 19:16, 31:17, 40:6
**language** [1] - 36:19
**last** [7] - 12:7, 12:12, 16:23, 23:3, 31:8, 44:25, 46:16
**lastly** [1] - 9:9
**latitude** [1] - 23:4
**LAUREN** [1] - 3:3
**law** [3] - 14:24, 14:25
**LAW** [1] - 2:3
**LAWRENCE** [1] - 2:16
**lawyers** [2] - 20:4, 49:12
**leading** [1] - 19:19
**learn** [1] - 40:16
**learning** [3] - 23:19, 23:20, 23:21
**least** [2] - 10:13, 51:14
**leaves** [2] - 18:13, 40:23
**left** [3] - 20:22, 23:24, 44:1
**lengthy** [3] - 15:24, 40:9, 52:4
**less** [3] - 44:8, 49:3, 50:13
**letter** [4] - 11:13, 11:14, 11:15, 33:25
**letters** [1] - 46:12
**LEXINGTON** [1] - 2:8
**LIABILITY** [1] - 1:5
**Liability** [1] - 7:12
**liaison** [9] - 8:3, 11:4, 11:10, 13:22, 41:9, 44:25, 47:25, 48:5, 52:4
**LIFE** [1] - 3:4
**light** [3] - 41:9, 43:20, 44:15
**likewise** [1] - 17:11
**line** [3] - 7:21, 8:16, 8:17
**Lisa** [1] - 13:6
**LISKA** [1] - 3:15
**list** [13] - 13:19, 15:3, 18:14, 21:11, 22:25, 23:3, 26:19, 39:18, 40:7, 43:16, 44:2, 44:13
**listed** [5] - 12:9, 12:24, 13:3, 14:14, 14:18
**listening** [1] - 24:15
**lists** [3] - 29:11, 30:4, 44:6
**litigate** [1] - 49:13

**litigated** [1] - 50:15
**LITIGATION** [1] - 1:5
**litigation** [5] - 7:10, 12:18, 26:24, 38:4, 49:11
**Litigation** [3] - 7:12, 9:15, 10:17
**live** [1] - 22:7
**LLC** [1] - 33:8
**Local** [2] - 15:6, 15:12
**logging** [1] - 14:13
**look** [9] - 14:20, 32:1, 32:2, 32:5, 32:20, 41:22, 42:14, 42:16, 43:21
**looking** [1] - 23:6
**lost** [2] - 30:18, 38:9
**LOUISIANA** [13] - 1:1, 1:6, 1:17, 1:21, 1:24, 2:17, 3:5, 3:12, 3:17, 3:21, 3:25, 4:24, 5:16
**Louisiana** [3] - 7:11, 53:5, 53:6
**LTD** [1] - 5:3

### M

**MaCallister** [1] - 39:9
**mail** [5] - 32:4, 32:7, 40:14, 42:11, 45:25
**mailing** [1] - 44:7
**mails** [3] - 31:17, 45:20, 45:21
**MAIN** [1] - 4:15
**Management** [3] - 10:17, 12:23, 13:1
**MANAGEMENT** [1] - 6:9
**manner** [2] - 8:15, 36:7
**Manufacture** [1] - 18:11
**manufacturer** [2] - 18:13, 34:1
**Manufacturers** [1] - 18:15
**March** [3] - 13:1, 37:12, 41:2
**marketing** [1] - 38:16
**MARTZELL** [1] - 2:15
**MASSACHUSETTS** [1] - 5:5
**massive** [1] - 23:17
**Master** [8] - 8:10, 13:24, 14:5, 14:20, 14:22, 45:9, 45:11, 46:11
**MASTER** [5] - 5:11,

6:11, 6:22, 45:14, 46:6
**matter** [1] - 53:9
**matters** [1] - 37:8
**Matthew** [1] - 12:19
**MCCALL** [1] - 3:23
**McKesson** [2] - 11:1, 33:13
**MDL** [17] - 6:13, 7:11, 8:13, 9:17, 10:8, 10:18, 11:6, 11:17, 13:13, 28:6, 31:21, 42:23, 49:10, 49:12, 50:17, 51:4, 51:13
**MDL............** [1] - 6:5
**MDLs** [2] - 50:22, 51:2
**mean** [3] - 25:1, 29:1, 44:8
**means** [1] - 32:22
**MECHANICAL** [1] - 5:18
**mechanism** [3] - 23:12, 23:19, 27:23
**medical** [1] - 23:21
**Medinilla** [2] - 10:12, 10:14
**meet** [4] - 23:25, 37:12, 46:6, 51:21
**meeting** [9] - 12:12, 19:16, 19:17, 22:16, 22:17, 23:19, 41:10, 44:25, 45:5
**meetings** [1] - 20:8
**mention** [2] - 44:20, 47:23
**mentioned** [8] - 22:15, 23:18, 37:7, 38:18, 48:6, 48:8, 48:14, 50:7
**MENZIES** [1] - 2:3
**merit** [1] - 39:2
**Merit** [2] - 53:4, 53:13
**MERIT** [1] - 5:15
**meritorious** [1] - 19:20
**merits** [1] - 23:20
**MERRELL** [2] - 4:11, 4:19
**met** [2] - 19:23, 37:10
**method** [2] - 17:14, 35:15
**MEUNIER** [1] - 1:19
**MICELI** [1] - 2:19
**MICHAEL** [1] - 5:8
**mid** [1] - 41:2
**mid-March** [1] - 41:2
**middle** [1] - 27:17
**Middlesex** [1] - 10:22
**might** [2] - 11:20, 21:16

**MILAZZO** [2] - 46:20, 47:5
**Milazzo** [5] - 8:9, 45:5, 46:19, 47:13, 49:16
**Milazzo's** [1] - 46:24
**mindful** [1] - 15:21
**mine** [2] - 25:9, 32:2
**MISSOURI** [1] - 4:4
**Missouri** [1] - 9:21
**mistake** [1] - 19:13
**mix** [1] - 44:6
**mix-up** [1] - 44:6
**Monday** [2] - 8:18, 29:12
**months** [2] - 26:21, 33:19
**MOORE** [8] - 3:20, 3:20, 34:21, 35:20, 40:10, 42:16, 47:17, 50:6
**Moore** [7] - 35:20, 40:10, 41:20, 42:6, 47:15, 48:2, 51:6
**Moriarty** [1] - 12:19
**morning** [7] - 8:7, 8:8, 11:4, 32:4, 49:3, 51:22, 52:2
**MORRIS** [1] - 3:3
**most** [3] - 8:23, 16:23, 49:10
**motion** [11] - 10:3, 15:16, 39:14, 40:19, 40:24, 41:7, 41:17, 43:5, 47:21, 48:13, 48:14
**MOTION** [1] - 6:20
**Motion** [5] - 35:5, 39:6, 39:8, 39:14, 39:18
**motions** [4] - 12:14, 16:4, 39:7, 39:16
**Motions** [1] - 36:5
**mount** [1] - 26:25
**move** [3] - 24:9, 44:16, 46:1
**moved** [1] - 26:4
**movement** [1] - 10:15
**moving** [2] - 12:23, 43:9
**MR** [23] - 18:24, 21:7, 21:18, 22:2, 22:13, 24:19, 27:4, 28:11, 28:17, 34:21, 35:20, 40:10, 41:14, 42:12, 42:16, 43:13, 43:25, 44:21, 47:17, 48:4, 48:19, 48:24, 50:6
**MS** [36] - 8:6, 8:9, 9:14, 11:19, 12:7, 12:23, 18:1, 28:19,

29:1, 30:7, 30:13, 30:20, 30:23, 31:2, 31:16, 34:14, 34:17, 35:3, 36:19, 36:25, 37:17, 40:25, 41:2, 41:8, 41:13, 43:23, 44:15, 44:24, 45:8, 46:10, 46:16, 46:21, 47:4, 47:7, 47:12, 52:22
**Multicounty** [1] - 10:17
**Multidistrict** [1] - 9:15
**multidistrict** [1] - 7:10
**multiplaintiff** [1] - 10:4
**multiple** [3] - 20:11, 24:6, 26:20
**must** [13] - 13:13, 14:25, 15:3, 15:8, 16:16, 16:19, 30:22, 32:15, 32:25, 33:20, 35:6, 37:19, 38:7

## N

**name** [4] - 23:10, 23:23, 27:6, 37:7
**named** [7] - 9:16, 12:21, 18:7, 18:8, 35:11, 35:25, 36:4
**names** [2] - 30:4, 38:18
**NAPOLI** [1] - 2:7
**nature** [3] - 26:23, 28:15, 51:5
**NE** [2] - 4:12, 4:20
**nearest** [1] - 13:12
**necessary** [1] - 34:9
**need** [15] - 14:11, 15:4, 16:24, 18:21, 19:25, 20:9, 20:20, 21:18, 21:20, 24:20, 27:15, 42:7, 43:15, 45:5
**needs** [3] - 9:2, 14:1, 38:4
**negative** [1] - 49:24
**negligence** [1] - 24:7
**negotiate** [1] - 22:10
**negotiated** [2] - 33:18, 43:14
**negotiating** [1] - 35:13
**negotiations** [1] - 35:14
**New** [4] - 9:22, 10:16, 10:23, 50:11
**NEW** [13] - 1:6, 1:17, 1:21, 1:24, 2:9, 2:17,

3:5, 3:17, 3:21, 3:25, 4:24, 5:16
**new** [5] - 12:18, 13:13, 14:12, 22:9, 51:10
**Newtonian** [2] - 24:21, 42:15
**NEXT** [1] - 6:23
**next** [6] - 18:22, 26:21, 33:17, 34:7, 46:14, 46:16
**nicely** [1] - 46:1
**Nick** [1] - 30:2
**nitpickiness** [1] - 27:8
**NO** [1] - 1:6
**Nobis** [1] - 25:11
**nobody** [1] - 45:23
**NOLEN** [2] - 2:11, 2:12
**noncompliance** [1] - 23:17
**none** [1] - 7:24
**normal** [2] - 8:25, 26:16
**North** [2] - 37:5, 37:7
**note** [3] - 15:12, 33:12, 38:6
**nothing** [1] - 44:21
**Notice** [1] - 36:6
**notice** [4] - 29:5, 29:19, 44:7, 45:19
**noticed** [1] - 34:5
**notices** [2] - 10:7, 23:2
**notify** [1] - 33:24
**NOVARTIS** [1] - 4:18
**NUMBER** [1] - 6:4
**number** [4] - 17:12, 19:17, 29:14, 36:25
**Number** [10] - 8:3, 13:11, 13:24, 29:24, 31:12, 31:13, 31:14, 31:21, 37:18, 38:13
**numbered** [1] - 33:21, 53:9
**numbering** [1] - 29:15
**numbers** [1] - 44:17
**numerous** [3] - 28:22, 31:17, 50:22
**NUNGESSER** [1] - 3:15
**NW** [1] - 4:7

## O

**OAK** [1] - 2:12
**obligations** [1] - 18:19
**obtain** [1] - 40:15
**obviously** [3] - 35:15, 35:22, 49:2

**occasions** [2] - 10:13, 37:9
**occurred** [1] - 39:23
**October** [1] - 9:16
**OF** [3] - 1:1, 1:11, 6:19
**offer** [1] - 47:2
**offered** [1] - 12:3
**Office** [4] - 14:13, 15:10, 35:16, 35:17
**office** [6] - 14:18, 39:24, 41:7, 41:16, 41:18, 41:25
**offices** [1] - 27:11
**OFFICIAL** [1] - 5:14
**official** [2] - 45:18, 46:12
**Official** [2] - 53:5, 53:13
**often** [1] - 34:13
**oftentimes** [2] - 15:5, 38:10
**OH** [1] - 4:16
**OHIO** [1] - 5:9
**OLINDE** [3] - 3:24, 43:13, 48:4
**Olinde** [2] - 48:3, 48:4
**ON** [1] - 6:14
**once** [5] - 15:5, 34:3, 35:5, 35:9, 46:11
**one** [27] - 8:3, 10:6, 12:12, 20:12, 22:17, 23:7, 24:23, 26:12, 29:4, 30:10, 32:1, 32:2, 32:20, 33:25, 39:16, 43:8, 43:13, 43:24, 45:23, 46:25, 47:10, 47:17, 48:6, 48:7, 49:10, 50:18
**ONE** [2] - 2:20, 3:16
**onerous** [2] - 49:10, 51:4
**ones** [4] - 15:2, 22:7, 51:14
**ongoing** [1] - 22:22
**Oot** [1] - 31:23
**open** [3] - 9:8, 9:9, 20:3
**operating** [1] - 51:20
**opportunities** [1] - 27:14
**opportunity** [2] - 9:5, 37:6
**opposed** [2] - 15:16, 39:11
**opposing** [2] - 21:2, 26:15
**Opposite** [1] - 28:20
**opposite** [2] - 24:22, 31:7
**OR** [1] - 6:23

oral [1] - 24:25
Order [40] - 9:25, 12:12, 12:16, 13:1, 13:8, 13:14, 14:6, 15:7, 15:13, 15:21, 16:10, 16:12, 16:15, 16:18, 16:25, 17:5, 17:6, 17:8, 19:11, 21:12, 24:10, 27:24, 29:23, 31:12, 32:6, 33:6, 33:13, 33:14, 33:15, 33:16, 33:18, 33:21, 36:25, 37:1, 37:5, 37:6, 37:24, 38:7, 38:8, 46:13
ORDER [1] - 7:4
order [17] - 11:14, 13:3, 13:11, 17:6, 19:12, 28:2, 31:12, 33:18, 35:23, 35:24, 37:2, 40:20, 42:13, 43:10, 43:14, 43:17, 52:8
ORDER.....................
..[1] - 6:15
ORDER.....................
............ [1] - 6:16
ORDER.....................
............... [1] - 6:17
orders [6] - 12:8, 12:9, 12:11, 16:8, 17:6, 36:1
Orders [1] - 12:24
ORDERS.....................
.......... [1] - 6:9
ORDERS.....................
................. [1] - 6:8
ORLEANS [11] - 1:6, 1:17, 1:21, 1:24, 2:17, 3:5, 3:17, 3:21, 3:25, 4:24, 5:16
Other/Miscellaneous [1] - 18:14
outset [3] - 20:15, 28:5, 28:6
outstanding [1] - 11:24
overall [1] - 45:17
overburdened [1] - 19:21
overreact [1] - 45:24
own [3] - 12:4, 31:25, 35:6

**P**

packet [1] - 26:22
page [2] - 30:19, 30:20
PAGE [1] - 6:2

pages [2] - 43:1
palmar [1] - 50:8
PALMER [1] - 1:20
PAN [1] - 3:4
Panel [1] - 9:15
paragraph [2] - 13:24, 31:21
paragraphs [2] - 33:21, 33:22
paralegal [2] - 13:16, 13:18
PARK [1] - 3:8
part [4] - 16:2, 24:8, 42:19, 44:7
participants [1] - 8:11
participate [1] - 26:25
participating [2] - 7:14, 7:15
particular [2] - 47:20, 49:9
particularly [2] - 9:24, 52:9
particulars [1] - 11:6
parties [5] - 10:21, 10:25, 18:2, 19:10, 33:19
party [1] - 29:13
pay [2] - 16:3, 32:15
penalty [1] - 45:23
pencil [1] - 16:7
pencils [1] - 14:1
pending [8] - 7:10, 7:18, 9:21, 11:5, 11:11, 31:13, 44:13, 47:21
PENDLEY [1] - 1:23
people [9] - 8:21, 38:12, 39:24, 40:7, 43:11, 44:16, 45:15, 49:23
people's [1] - 51:24
PEPPER [1] - 5:14
Pepper [5] - 53:3, 53:11, 53:12
per [1] - 29:9
perceived [2] - 49:10, 49:18
percent [1] - 21:10
perception [2] - 49:8, 49:23
perfect [2] - 20:15, 20:16
perhaps [2] - 47:3, 49:16
period [3] - 20:14, 24:5, 46:12
permanently [1] - 15:20
permission [1] - 41:4
person [1] - 7:13

personally [2] - 41:16, 41:25
Pfizer [1] - 33:15
PFS [2] - 19:4, 29:9
PHARMA [1] - 5:7
Pharma [1] - 33:12
pharmaceutical [1] - 50:22
PHARMACEUTICAL [1] - 5:3
Pharmaceuticals [1] - 33:14
Phase [1] - 38:19
phone [12] - 7:14, 7:15, 7:23, 8:12, 9:7, 13:25, 20:4, 24:14, 28:22, 31:20, 42:11, 45:24
photographs [1] - 18:20
pick [5] - 14:14, 32:12, 42:10, 45:24, 46:25
picked [1] - 32:17
piece [1] - 44:9
PIEDMONT [2] - 4:12, 4:20
piggyback [1] - 10:1
PLACE [1] - 3:16
place [14] - 16:6, 30:18, 35:23, 40:22, 41:22, 42:14, 42:17, 42:22, 42:24, 43:16, 43:18, 44:17, 50:17
placed [1] - 43:15
Plaintiff [26] - 15:25, 16:5, 16:9, 16:13, 16:17, 16:20, 17:1, 17:2, 18:4, 18:6, 18:8, 18:9, 18:10, 18:12, 20:15, 29:18, 29:19, 31:23, 32:5, 32:13, 33:2, 37:20, 49:1, 49:9
plaintiff [19] - 13:22, 14:24, 29:3, 29:4, 29:8, 31:25, 32:3, 32:15, 32:16, 33:23, 34:8, 35:3, 35:6, 35:9, 36:20, 37:19, 37:21, 48:7, 50:14
PLAINTIFF [1] - 6:12
plaintiff's [6] - 18:12, 19:3, 29:6, 32:1, 32:14, 34:10
plaintiffs [35] - 9:23, 13:2, 13:7, 15:19, 16:16, 16:24, 18:3, 19:20, 20:17, 21:20, 22:22, 23:2, 23:14, 23:20, 23:22, 24:6,

26:11, 26:13, 30:14, 34:4, 34:5, 37:25, 38:2, 38:15, 38:17, 38:23, 38:24, 39:1, 39:10, 39:17, 39:20, 40:17, 41:3, 48:25
PLAINTIFFS' [2] - 1:15, 6:22
Plaintiffs' [7] - 14:3, 14:22, 19:16, 21:13, 28:8, 44:19, 45:9
plaintiffs' [13] - 14:19, 14:23, 16:6, 18:16, 19:1, 19:18, 27:19, 33:20, 38:6, 40:5, 42:2, 47:25, 49:8
plan [2] - 20:10, 52:16
platform [1] - 31:23
players [1] - 25:3
PLC [1] - 24:2
pleadings [1] - 13:21
point [14] - 11:20, 19:2, 24:20, 25:4, 25:14, 34:13, 35:23, 41:15, 46:4, 46:11, 47:17, 48:18, 51:13, 51:16
pointed [2] - 11:21, 30:14
pointing [1] - 45:21
pool [2] - 38:24, 48:7
portal [7] - 31:25, 32:1, 32:9, 32:14, 35:6, 38:11, 39:22
portals [2] - 32:21, 38:10
portion [1] - 45:18
possessing [1] - 43:8
possible [2] - 49:15, 49:25
POST [1] - 2:12
post [1] - 43:21
POYDRAS [8] - 1:16, 1:20, 1:24, 3:4, 3:21, 3:25, 4:23, 5:15
practical [2] - 37:9, 49:11
practice [1] - 23:9
Practice [1] - 39:6
PRACTICE.................
.................... [1] - 6:20
practices [1] - 37:2
prefer [1] - 47:6
preferred [1] - 47:9
prejudice [2] - 15:18, 15:21
preparing [1] - 11:14
PRESENT [1] - 5:11
present [1] - 46:4

presented [2] - 9:1, 9:4
PRESERVATION [1] - 6:16
Preservation [2] - 36:25, 37:1
preservation [1] - 37:3
presiding [3] - 11:7, 11:8, 11:17
Pretrial [29] - 9:25, 12:12, 12:16, 13:8, 13:14, 14:6, 15:7, 15:13, 15:21, 16:10, 16:12, 16:15, 16:18, 16:25, 17:5, 17:6, 17:8, 32:6, 33:13, 33:14, 33:15, 33:16, 33:21, 37:6, 37:24, 38:7, 38:8, 46:13
pretrial [6] - 12:8, 12:11, 13:11, 16:8, 37:2
PRETRIAL [1] - 6:8
previously [1] - 12:13
principle [1] - 42:15
Priscilla [1] - 48:8
problem [1] - 23:6
procedure [5] - 8:25, 9:11, 10:1, 10:5, 38:3
procedures [3] - 11:2, 33:4, 33:10
proceed [2] - 9:12, 50:12
PROCEEDINGS [3] - 1:11, 5:18, 7:1
proceedings [3] - 50:12, 52:24, 53:9
process [30] - 12:13, 16:12, 16:14, 19:4, 19:7, 19:9, 20:21, 21:4, 21:9, 21:23, 22:19, 22:21, 23:18, 26:16, 27:7, 28:2, 28:15, 28:21, 29:15, 30:3, 34:25, 35:4, 35:11, 35:22, 36:13, 36:16, 38:19, 39:4, 50:18
PRODUCED [1] - 5:19
Product [2] - 33:17, 35:8
product [25] - 15:5, 33:6, 33:24, 34:1, 34:2, 34:9, 34:16, 35:4, 35:7, 35:9, 39:15, 39:21, 39:24, 40:13, 40:17, 40:21, 41:12, 42:1, 42:17,

42:19, 42:21, 43:8,
44:4, 44:11
**PRODUCT** [1] - 6:15
**production** [3] -
26:20, 37:20, 39:3
**productive** [1] - 34:20
**Products** [1] - 7:11
**PRODUCTS** [1] - 1:4
**products** [1] - 50:23
**program** [1] - 46:2
**progress** [1] - 18:5
**progressing** [1] - 46:1
**promptly** [1] - 26:10
**proof** [2] - 26:11,
42:25
**proper** [4] - 10:6,
17:13, 42:22, 43:18
**properly** [2] - 7:23,
16:5
**propose** [1] - 36:13
**PROTECTIVE** [1] -
6:17
**Protective** [1] - 37:5
**provide** [6] - 33:22,
33:24, 37:21, 37:25,
39:15, 45:2
**provided** [2] - 17:4,
29:5
**provider** [1] - 8:20
**provides** [5] - 9:25,
14:25, 16:10, 16:18,
37:9
**provision** [2] - 17:12,
17:19
**provisions** [2] - 17:7,
17:8
**pry** [1] - 25:9
**PSC** [3] - 20:5, 23:15,
46:7
**PTO** [5] - 27:10, 33:9,
33:11, 33:12
**PTOs** [1] - 36:1
**published** [1] - 10:20
**purported** [1] - 49:19
**purposes** [1] - 48:21
**pursuant** [2] - 10:16,
11:2
**put** [10] - 18:21, 25:25,
31:24, 32:13, 32:22,
38:11, 39:24, 40:21,
43:16
**puts** [1] - 27:5
**putting** [3] - 21:13,
25:19, 51:21

## Q

**questions** [7] - 7:20,
9:5, 9:8, 45:21, 46:7,

48:17, 52:19
**quickly** [3] - 26:10,
35:21, 40:10
**quite** [3] - 21:15,
21:20, 28:9

## R

**RACHEL** [1] - 2:8
**raise** [1] - 24:13
**raised** [1] - 24:2
**ran** [1] - 40:2
**RAND** [1] - 2:12
**ranking** [1] - 13:3
**rate** [1] - 25:14
**rather** [1] - 8:16
**RATLIFF** [2] - 4:3,
22:13
**Ratliff** [5] - 21:23,
22:12, 22:14, 24:19,
27:4, 27:14
**RAZMARA** [1] - 3:7
**re** [1] - 7:11
**RE** [1] - 1:4
**reach** [2] - 20:1, 39:19
**reached** [2] - 11:25,
21:23
**reaction** [5] - 24:22,
28:19, 28:20, 42:16,
43:23
**read** [2] - 8:20, 14:1
**ready** [1] - 12:2
**real** [3] - 8:20, 17:21,
40:10
**reality** [1] - 21:8
**really** [17] - 10:9, 16:2,
16:3, 17:22, 19:19,
21:19, 21:20, 23:12,
23:16, 23:19, 27:7,
30:20, 31:6, 31:19,
32:3, 44:8
**REALTIME** [1] - 5:14
**Realtime** [2] - 53:3,
53:12
**reason** [5] - 7:25,
22:24, 28:23, 42:19,
48:11
**reasonable** [3] -
25:17, 50:9, 50:20
**reasons** [2] - 19:19,
45:22
**receipt** [1] - 39:5
**receive** [3] - 13:21,
13:22, 39:3
**received** [4] - 18:6,
36:3, 36:5, 36:21
**receiving** [1] - 34:22
**recently** [2] - 23:7,
50:8

**recognize** [1] - 8:24
**record** [7] - 7:9, 13:4,
14:1, 42:5, 47:12,
48:21, 53:8
**Record** [9] - 14:4,
14:6, 14:9, 15:22,
16:15, 16:25, 17:3,
33:6, 39:10
**RECORDED** [1] - 5:18
**records** [4] - 32:11,
32:16, 32:23, 43:2
**recourse** [1] - 36:23
**reduce** [2] - 41:5,
44:17
**REESE** [1] - 4:22
**referencing** [1] -
39:16
**referred** [2] - 12:13,
30:9
**referring** [1] - 42:24
**refers** [1] - 40:12
**reflecting** [1] - 20:14
**regard** [5] - 9:23, 13:7,
48:6, 52:9, 52:12
**regarding** [4] - 10:4,
12:13, 13:16, 16:14
**REGISTERED** [1] -
5:15
**Registered** [1] - 53:3
**registered** [1] - 53:13
**regular** [1] - 10:21
**rejection** [1] - 45:22
**relate** [1] - 29:2
**related** [3] - 7:18,
11:5, 11:11
**RELATES** [1] - 1:8
**relatives** [1] - 38:20
**relevant** [1] - 38:21
**relief** [2] - 24:3, 40:20
**reluctant** [1] - 28:17
**remainder** [1] - 40:23
**remains** [1] - 47:21
**remand** [4] - 9:24,
10:5, 11:1, 12:14
**Remand** [1] - 39:8
**remind** [1] - 18:19
**reminder** [1] - 41:5
**removal** [1] - 9:18
**remove** [2] - 40:19,
44:12
**removed** [3] - 19:12,
21:11, 27:11
**reopen** [1] - 21:4
**repeated** [1] - 19:22
**replaced** [2] - 12:16,
13:10
**replacement** [2] -
48:12, 48:13
**Report** [1] - 8:3

**REPORT** [1] - 6:4
**report** [19] - 8:4, 8:10,
8:14, 8:17, 9:1, 9:3,
9:8, 11:23, 12:7,
12:9, 12:24, 28:23,
29:12, 33:17, 40:2,
44:21, 45:13, 45:15,
48:5
**reported** [1] - 49:22
**Reporter** [7] - 53:3,
53:4, 53:5, 53:12,
53:13, 53:13
**REPORTER** [3] - 5:14,
5:14, 5:15
**REPORTER'S** [1] -
53:1
**representation** [1] -
44:2
**representative** [1] -
44:19
**representatives** [2] -
38:16, 45:6
**request** [6] - 34:11,
37:23, 44:10, 44:12,
50:11
**requested** [2] - 10:13,
13:4
**requests** [6] - 15:17,
26:20, 36:6, 36:10,
37:20, 44:4
**require** [2] - 36:3,
36:11
**required** [2] - 36:14,
40:15
**requires** [3] - 15:13,
37:20, 46:13
**requisite** [1] - 33:23
**resolution** [1] - 47:22
**resolved** [6] - 11:24,
12:3, 28:10, 46:8,
47:19, 52:14
**resources** [2] - 19:7,
27:21
**respect** [1] - 50:8
**respectfully** [1] -
46:18
**respective** [1] - 46:25
**respond** [3] - 21:11,
21:13, 36:10
**responded** [1] - 7:24
**response** [4] - 26:2,
29:18, 31:6, 31:19
**responses** [3] - 19:22,
31:12, 40:9
**result** [2] - 34:15,
49:24
**results** [1] - 37:9
**returnable** [1] - 34:24
**returning** [1] - 28:21
**review** [2] - 23:1,

45:17
**revisit** [3] - 21:2, 22:3,
24:9
**rhyme** [1] - 28:23
**rise** [2] - 7:7, 52:23
**RMR** [2] - 5:14, 53:12
**ROAD** [2] - 4:12, 4:20
**rolled** [2] - 20:24, 26:1
**ROOM** [1] - 5:15
**ROUEN** [1] - 4:23
**round** [2] - 12:3, 39:1
**route** [1] - 34:13
**rule** [1] - 40:8
**Rule** [3] - 10:17, 15:6,
15:12
**ruled** [2] - 22:4, 24:11
**rules** [2] - 15:22, 37:3
**ruling** [2] - 26:6, 39:13
**rulings** [1] - 39:8
**Russell** [1] - 12:20

## S

**s/Cathy** [1] - 53:11
**sales** [1] - 38:16
**SANDOZ** [1] - 4:18
**Sandoz** [5] - 12:20,
18:8, 33:11, 39:3,
48:12
**sanofi** [1] - 33:8
**Sanofi** [7] - 18:7,
22:14, 29:1, 33:5,
35:20, 38:15, 40:11
**sanofi-aventis** [1] -
33:8
**satisfactory** [2] -
25:15, 27:21
**Sayer's** [4] - 25:5,
25:9, 25:12
**SCHANKER** [1] - 2:22
**schedule** [1] - 24:9
**scramble** [1] - 27:11
**search** [1] - 39:4
**seated** [1] - 7:8
**second** [7] - 13:7,
23:3, 29:4, 39:1,
39:14, 44:25, 48:7
**second-to-last** [1] -
44:25
**section** [3] - 15:24,
18:22
**see** [13] - 17:15,
21:24, 22:21, 23:22,
24:5, 24:7, 25:8,
26:21, 28:11, 32:21,
40:2, 41:5, 41:11
**seeing** [2] - 23:17,
25:20
**seeking** [3] - 9:23,

10:21, 24:3
**selected** [1] - 48:11
**self** [1] - 11:13
**self-explanatory** [1] -
  11:13
**send** [7] - 10:7, 13:20,
  23:1, 31:17, 32:7,
  41:4, 42:11
**sends** [1] - 33:25
**sent** [2] - 39:18, 40:14
**separate** [1] - 21:25
**separately** [1] - 21:25
**September** [1] - 52:10
**serve** [2] - 16:5, 32:25
**served** [3] - 16:21,
  18:3, 39:2
**service** [8] - 8:20,
  16:13, 16:19, 17:10,
  33:3, 33:4, 33:9,
  33:10
**SERVICE** [1] - 6:14
**servicing** [1] - 13:20
**session** [1] - 19:2
**set** [4] - 10:14, 13:2,
  32:9, 35:17
**sets** [1] - 16:12
**SETTLEMENT** [1] -
  6:21
**settlement** [4] - 12:16,
  12:17, 38:5, 45:1
**Settlement** [3] - 12:21,
  44:18, 44:19
**setup** [1] - 7:19
**several** [4] - 7:14,
  7:15, 8:12, 15:25
**severance** [1] - 10:5
**shall** [2] - 29:7, 42:14
**share** [2] - 49:5, 50:1
**Sheer** [1] - 49:9
**Sheet** [15] - 16:6,
  16:11, 16:17, 18:10,
  20:16, 20:17, 28:8,
  28:9, 29:18, 30:15,
  31:3, 31:4, 32:5,
  33:2, 49:1
**sheet** [15] - 20:25,
  21:5, 22:21, 23:11,
  23:13, 23:18, 27:18,
  29:3, 29:5, 50:8,
  50:9, 50:19, 51:1,
  51:3, 51:17
**Sheets** [21] - 15:25,
  16:10, 16:13, 16:20,
  16:21, 17:1, 17:2,
  17:19, 18:4, 18:6,
  18:8, 18:9, 18:10,
  18:12, 21:21, 29:20,
  31:23, 31:24, 32:13,
  37:20
**sheets** [23] - 16:4,

16:14, 17:9, 18:11,
  18:17, 20:24, 22:5,
  22:7, 22:8, 22:11,
  22:23, 22:24, 23:5,
  23:9, 23:23, 24:8,
  24:10, 24:16, 25:24,
  26:17, 28:4, 28:6,
  50:21
**SHEETS.................** [1]
  - 6:12
**SHKOLNIK** [3] - 2:7,
  2:7, 2:8
**Shkolnik** [1] - 12:5
**SHOOK** [2] - 4:3, 4:6
**short** [1] - 27:25
**SHORT** [1] - 6:11
**Short** [9] - 13:25, 14:7,
  14:11, 14:16, 14:20,
  14:21, 15:1, 32:25,
  36:7
**Show** [7] - 19:12,
  21:12, 24:10, 27:24,
  29:23, 30:10, 31:12
**show** [4] - 22:5, 22:25,
  23:3, 51:18
**show-cause** [2] -
  22:25, 23:3
**side** [6] - 19:3, 25:20,
  32:3, 36:9, 36:11,
  48:10
**sides** [6] - 25:15,
  25:18, 26:2, 26:7,
  46:25, 52:8
**sign** [1] - 28:1
**significantly** [1] -
  50:13
**SIMMONS** [1] - 2:19
**simply** [2] - 21:4,
  45:24
**sit** [5] - 19:25, 21:22,
  24:20, 24:23, 42:7
**sitting** [1] - 25:19
**situation** [2] - 29:8,
  39:23
**situations** [1] - 19:11
**six** [3] - 10:24, 14:16
**sleeves** [1] - 20:24,
  26:1
**slightly** [1] - 8:15
**small** [1] - 26:3
**solution** [2] - 17:24,
  21:24
**solutions** [1] - 20:2
**somewhat** [1] - 29:22
**somewhere** [1] -
  19:13
**Song** [1] - 25:4
**sorry** [8] - 18:23,
  18:25, 29:1, 30:17,
  30:23, 33:25, 34:17,

37:24
**sort** [1] - 43:2
**speaking** [1] - 41:24
**special** [4] - 8:9, 9:25,
  35:17, 40:3
**SPECIAL** [4] - 5:11,
  6:22, 45:14, 46:6
**Special** [4] - 8:10,
  45:9, 45:11, 46:11
**specific** [5] - 15:8,
  15:22, 42:20, 44:21,
  46:12
**specifically** [1] - 15:10
**specified** [1] - 35:25
**spending** [1] - 19:6
**spent** [1] - 42:1
**spot** [1] - 21:14
**stack** [1] - 19:8
**staff** [2] - 41:18, 42:3
**stagger** [1] - 17:9
**staggering** [5] - 17:7,
  17:11, 17:14, 17:19,
  17:22
**stand** [3] - 12:2,
  27:15, 42:8
**start** [2] - 21:23, 25:18
**started** [1] - 8:2
**starting** [2] - 51:17,
  51:19
**starts** [1] - 41:24
**State** [1] - 53:4
**STATE** [1] - 5:4
**state** [18] - 7:17, 8:12,
  9:6, 9:19, 9:20, 10:8,
  10:9, 10:18, 11:5,
  11:10, 11:12, 11:16,
  14:24, 14:25, 47:12,
  49:13, 50:13, 51:1
**statement** [2] - 22:18,
  38:7
**STATES** [2] - 1:1, 1:12
**States** [2] - 53:5,
  53:14
**status** [3] - 7:9, 10:14,
  46:17
**STATUS** [2] - 1:11,
  6:23
**stay** [1] - 25:23
**steering** [3] - 19:1,
  22:16, 23:18
**STEERING** [2] - 1:15,
  3:20
**Steering** [2] - 19:16,
  21:13
**STENOGRAPHY** [1] -
  5:18
**step** [2] - 33:21, 34:8
**steps** [2] - 15:8, 15:10
**still** [2] - 10:3, 51:25
**stipulation** [1] - 36:11

**Stipulations** [1] - 36:6
**Stored** [1] - 37:18
**STORED** [1] - 6:18
**stored** [1] - 37:21
**story** [1] - 25:2
**straightened** [1] -
  27:8
**streamline** [6] - 12:13,
  33:4, 33:9, 33:10,
  35:21, 36:12
**streamlined** [1] -
  36:17
**STREET** [15] - 1:16,
  1:20, 1:24, 2:16,
  2:20, 2:24, 3:4, 3:16,
  3:21, 3:25, 4:7, 4:23,
  5:4, 5:8, 5:15
**Strongman** [1] - 44:20
**STRONGMAN** [2] -
  4:7, 44:21
**stuff** [1] - 41:24
**subject** [4] - 17:22,
  27:19, 40:24, 46:23
**submission** [2] - 10:3,
  47:22
**submitted** [1] - 27:19
**submitting** [2] - 23:9,
  23:22
**subpoena** [4] - 34:8,
  34:12, 34:18, 35:4
**subpoenas** [3] -
  34:19, 34:22, 34:23
**substantially** [3] -
  18:18, 29:9, 29:19
**substitution** [1] - 13:9
**sudden** [1] - 21:10
**SUFFERN** [1] - 5:8
**sufficient** [1] - 42:21
**suggest** [1] - 22:9
**suggesting** [2] -
  25:21, 49:21
**SUGUNDO** [1] - 2:5
**SUITE** [13] - 1:16,
  1:20, 1:24, 2:13,
  2:24, 3:8, 3:12, 3:17,
  3:21, 4:8, 4:15, 4:24,
  5:9
**summarize** [1] - 8:16
**Sun** [2] - 18:9, 33:14
**SUN** [1] - 5:3
**supplementals** [1] -
  39:11
**suspect** [1] - 27:14
**system** [1] - 7:23

## T

**T-U-Y-E-S** [1] - 13:6
**tab** [6] - 35:7, 35:17,

38:8, 39:22, 39:25,
  40:3
**table** [2] - 25:19, 47:13
**Tanya** [1] - 13:5
**Tarkenton** [1] - 25:11
**Tarkentons** [1] - 25:6
**Taxotere** [2] - 7:11,
  10:18
**TAXOTERE** [1] - 1:4
**Taxotere@**
  **BrownGreer** [1] -
  32:8
**technical** [2] - 19:19,
  49:19
**telephone** [1] - 45:16
**telephonic** [1] - 7:19
**term** [1] - 10:22
**TERMINUS** [2] - 4:11,
  4:19
**terms** [2] - 39:4, 51:17
**TEXAS** [2] - 2:13, 3:13
**THAT** [1] - 6:5
**THE** [57] - 1:11, 1:15,
  3:19, 6:5, 7:7, 7:8,
  8:8, 8:23, 11:3, 12:6,
  12:22, 17:25, 20:7,
  21:17, 22:1, 22:3,
  24:18, 24:21, 27:13,
  28:13, 28:25, 30:6,
  30:12, 30:19, 30:21,
  30:25, 31:15, 34:12,
  34:15, 35:2, 36:18,
  36:24, 37:14, 40:23,
  41:1, 41:6, 41:9,
  42:10, 42:13, 43:19,
  44:14, 44:23, 45:4,
  45:12, 46:3, 46:9,
  46:15, 46:19, 46:23,
  47:9, 47:15, 48:2,
  48:16, 48:20, 50:4,
  51:6, 52:23
**themselves** [1] - 34:1
**thereafter** [1] - 9:4
**thereto** [1] - 11:2
**they've** [2] - 19:23,
  40:14
**thinks** [1] - 38:20
**third** [2] - 29:7
**THIS** [1] - 1:8
**THORNTON** [1] - 3:7
**three** [8] - 27:9, 29:2,
  29:17, 30:15, 43:1,
  46:17, 46:25, 47:1
**threw** [1] - 25:11
**throw** [1] - 25:10
**TIME** [1] - 6:22
**timely** [2] - 18:17,
  36:10
**timing** [4] - 21:14,
  21:16, 22:9, 24:4

*OFFICIAL TRANSCRIPT*

**TO** [2] - 1:8, 7:4
**today** [7] - 8:11, 8:25, 29:14, 31:13, 41:11, 51:9, 51:23
**together** [10] - 17:23, 20:18, 21:24, 26:8, 26:22, 27:25, 28:7, 28:11, 40:4, 43:18
**token** [1] - 49:5
**Tommy** [1] - 25:11
**took** [1] - 41:18
**top** [1] - 19:8
**trading** [1] - 20:19
**TRANSCRIPT** [2] - 1:11, 5:18
**transcript** [1] - 53:7
**TRANSCRIPTION** [1] - 5:19
**transfer** [1] - 9:18
**transferee** [2] - 9:16, 10:23
**TRAURIG** [2] - 4:10, 4:18
**trenches** [1] - 25:23
**Trial** [1] - 38:14
**TRIAL** [1] - 6:19
**trial** [7] - 13:3, 13:8, 38:17, 38:24, 48:7, 52:3, 52:10
**tried** [1] - 42:12
**true** [1] - 53:7
**truly** [1] - 20:20
**try** [6] - 8:15, 26:12, 27:24, 45:25, 47:2, 47:7
**trying** [2] - 26:17, 36:9
**TUCKER** [1] - 4:14
**tune** [1] - 8:22
**Tuyes** [1] - 13:6
**two** [11] - 10:4, 10:13, 12:8, 14:17, 23:23, 27:9, 30:4, 39:7, 43:1
**Two** [1] - 38:19
**type** [2] - 24:3, 25:20
**types** [1] - 24:9
**typically** [1] - 51:4
**typing** [1] - 34:23

## U

**U.S** [1] - 33:8
**ULMER** [1] - 5:7
**ultimately** [5] - 15:14, 20:22, 25:10, 27:23, 34:15
**unable** [3] - 40:15, 44:11, 52:15
**unblinded** [1] - 32:16

**under** [16] - 10:3, 10:25, 14:24, 17:3, 30:4, 30:17, 35:22, 35:24, 36:13, 38:7, 38:8, 40:3, 40:15, 42:17, 43:5, 51:20
**understood** [2] - 21:7, 28:11
**underwent** [1] - 50:14
**unhappy** [1] - 52:13
**UNITED** [2] - 1:1, 1:12
**United** [2] - 53:5, 53:14
**Unknown** [1] - 18:10
**unless** [1] - 22:4
**unlikely** [1] - 36:21
**unnamed** [1] - 36:4
**unnecessary** [1] - 19:9
**unopposed** [2] - 48:13, 48:14
**up** [31] - 13:2, 14:14, 17:23, 20:3, 20:10, 20:15, 20:24, 26:1, 27:5, 27:15, 28:1, 28:5, 28:17, 29:6, 32:9, 32:12, 32:17, 34:13, 35:17, 36:12, 39:25, 42:11, 44:6, 45:24, 47:16, 48:1, 48:20, 51:19, 51:23, 52:12, 52:15
**update** [1] - 41:11
**upload** [2] - 35:7, 38:7
**uploaded** [6] - 39:22, 40:13, 40:18, 41:19, 41:21, 42:5
**uploading** [1] - 41:12
**uploads** [1] - 42:25
**upset** [1] - 38:10
**URQUHART** [1] - 3:20
**uses** [1] - 35:18
**usual** [1] - 8:15

## V

**Val** [1] - 48:25
**VAL** [1] - 3:15
**variety** [2] - 36:7, 37:15
**various** [3] - 11:4, 32:12, 46:7
**versus** [2] - 27:9, 49:17
**vexations** [1] - 51:12
**via** [1] - 49:19
**view** [1] - 19:24
**VINE** [1] - 5:8
**Vivian** [1] - 10:12

**voice** [1] - 51:24
**voluntary** [2] - 15:18, 36:2

## W

**waiting** [1] - 10:15
**wants** [2] - 25:20, 44:20
**warn** [1] - 33:20
**WARSHAUER** [1] - 1:19
**WASHINGTON** [1] - 4:8
**ways** [3] - 20:11, 22:4, 36:8
**website** [1] - 17:3
**WEDNESDAY** [2] - 1:7, 7:2
**week** [3] - 12:15, 27:9
**weeks** [1] - 10:19
**welcome** [4] - 7:13, 8:1, 8:9, 8:13
**WHEREUPON** [1] - 52:24
**wide** [1] - 23:4
**willing** [1] - 12:2
**Winthrop** [1] - 33:7
**wish** [2] - 31:22, 49:3
**woman** [1] - 27:8
**women** [2] - 19:21, 38:18
**Woody** [1] - 17:15
**woody** [1] - 32:19
**word** [1] - 52:6
**works** [2] - 20:13, 30:2
**Worldwide** [1] - 33:15
**wrath** [1] - 49:4
**written** [2] - 38:22, 50:14
**WYNKOOP** [1] - 2:24

## Y

**yesterday** [3] - 11:25, 37:10, 46:7
**YORK** [2] - 2:9
**yourself** [1] - 48:22

*OFFICIAL  TRANSCRIPT*