1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4     IN RE:   TAXOTERE
      (DOCETAXEL) PRODUCTS
5     LIABILITY LITIGATION

6                                 CIVIL ACTION NO. 16-MD-2740 "N"
                                  NEW ORLEANS, LOUISIANA
7                                 WEDNESDAY, APRIL 26, 2018, 9:00 A.M.

8     THIS DOCUMENT RELATES TO:
      ALL CASES
9

      ****************************************************************
10

11        TRANSCRIPT OF STATUS CONFERENCE WITH STEERING COMMITTEES
             BEFORE THE GENERAL STATUS CONFERENCE PROCEEDINGS
12           HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                      UNITED STATES DISTRICT JUDGE
13

14    APPEARANCES:

15

      FOR THE PLAINTIFFS'
16    STEERING COMMITTEE:          BARRIOS KINGSDORF & CASTEIX
                                   BY:   DAWN M. BARRIOS, ESQ.
17                                 701 POYDRAS STREET, SUITE 3650
                                   NEW ORLEANS, LOUISIANA 70139
18

19
                                   GAINSBURGH BENJAMIN DAVID
20                                 MEUNIER & WARSHAUER
                                   BY:   M. PALMER LAMBERT, ESQ.
21                                 1100 POYDRAS STREET, SUITE 2800
                                   NEW ORLEANS, LOUISIANA 70163
22

23
                                   PENDLEY BAUDIN & COFFIN
24                                 BY:   CHRISTOPHER L. COFFIN, ESQ.
                                   1515 POYDRAS STREET, SUITE 1400
25                                 NEW ORLEANS, LOUISIANA 70112

                           *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              GIBBS LAW GROUP
                              BY:  KAREN B. MENZIES, ESQ.
4                              400 CONTINENTAL BOULEVARD
                              6TH FLOOR
5                              EL SUGUNDO, CALIFORNIA 90245

6

7                              NAPOLI SHKOLNIK
                              BY:  HUNTER J. SHKOLNIK, ESQ.
8                              360 LEXINGTON AVENUE
                              11TH FLOOR
9                              NEW YORK, NEW YORK 10017

10

11                             FLEMING, NOLEN & JEZ
                              BY:  RAND P. NOLEN, ESQ.
12                             2800 POST OAK BOULEVARD
                              SUITE 4000
13                             HOUSTON, TEXAS 77056

14

15                             MARTZELL BICKFORD & CENTOLA
                              BY:  LAWRENCE J. CENTOLA, ESQ.
16                             338 LAFAYETTE STREET
                              NEW ORLEANS, LOUISIANA 70130

17

18

19                             SIMMONS HANLY CONROY
                              BY:  DAVID F. MICELI, ESQ.
                              ONE COURT STREET
20                             ALTON, ILLINOIS 62002

21

22                             BACHUS & SCHANKER
                              BY:  J. KYLE BACHUS, ESQ.
23                             1899 WYNKOOP STREET
                              SUITE 700
24                             DENVER, COLORADO 80202

25

                     *OFFICIAL TRANSCRIPT*

```
1    FOR THE DEFENDANTS'
     STEERING COMMITTEE:              IRWIN FRITCHIE URQUHART & MOORE
2                                     BY:  DOUGLAS J. MOORE, ESQ.
                                      400 POYDRAS STREET, SUITE 2700
3                                     NEW ORLEANS, LOUISIANA 70130

4

5                                     CHAFFE MCCALL
                                      BY:  JOHN F. OLINDE, ESQ.
6                                     2300 ENERGY CENTRE
                                      1100 POYDRAS STREET
7                                     NEW ORLEANS, LOUISIANA 70163

8

9                                     SHOOK, HARDY & BACON
                                      BY:  HARLEY V. RATLIFF, ESQ.
10                                    2555 GRAND BOULEVARD
                                      KANSAS CITY, MISSOURI 64108
11

12                                    SHOOK, HARDY & BACON
13                                    BY:  JON STRONGMAN, ESQ.
                                      1155 F STREET NW
14                                    SUITE 200
                                      WASHINGTON, DC 20004
15

16                                    GREENBURG TRAURIG
17                                    BY:  R. CLIFTON MERRELL, ESQ.
                                      TERMINUS 200
18                                    3333 PIEDMONT ROAD, NE
                                      ATLANTA, GEORGIA 30305
19

20                                    TUCKER ELLIS
21                                    BY:  JULIE A. CALLSEN, ESQ.
                                      950 MAIN AVENUE, SUITE 1100
22                                    CLEVELAND, OH 44113

23

24

25
```

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                                HINSHAW & CULBERTSON
                                 BY:  GEOFFREY M. COAN, ESQ.
4                                28 STATE STREET
                                 BOSTON, MA 02109
5

6
     ALSO PRESENT:               KENNETH W. DEJEAN, SPECIAL MASTER
7

8

9    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
10                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
11                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
12                               Cathy_Pepper@laed.uscourts.gov

13
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
14   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

15

16

17

18

19

20

21

22

23

24

25

                       *OFFICIAL TRANSCRIPT*

1                       **P-R-O-C-E-E-D-I-N-G-S**

2                   WEDNESDAY, APRIL 26, 2018

3                   M O R N I N G   S E S S I O N

4

5

6          THE COURT:  Did everybody sign in on the sign-in sheet?

7    There should be a sign-in sheet.  If you are here, your name

8    should be on the sign-in sheet, and you should indicate your

9    presence by initialling it or signing in.  If your name is not

10   on that sheet, I will ask you to step outside until the ten

11   o'clock status conference; so, if you all would.  Did anybody

12   not sign in?

13          SPECIAL MASTER DEJEAN:  Judge, Ken DeJean here.

14          THE COURT:  Yes, yes.  Good morning.

15          SPECIAL MASTER DEJEAN:  Do you need me to sign in,

16   Judge?

17          THE COURT:  If you would, we would like a record of

18   those in attendance.

19              All right.  I would remind you all when you do

20   speak on the record, to make certain that we have the name

21   correctly.  At least the first couple of times go ahead and

22   identify yourselves so the court reporter knows and can

23   indicate who the speaker is.

24              I looked at the draft report, and I met with

25   liaison counsel just now, and we also met least a couple weeks

                        *OFFICIAL TRANSCRIPT*

1    ago and discussed some of the issues that are pending.

2              I also, in the meantime, met with

3    Magistrate Judge North, who spoke to me about his conversations

4    with you all regarding the trial date, and I, with reluctance,

5    advised him, and without any guarantees, advised him to have

6    you all send a letter, which Mr. Coffin and Mr. Ratliff signed

7    off on.

8              You all have since received my e-mail response,

9    which I thought was comprehensive in terms of what would be

10   needed for a rescheduling of the trial date; so, I understand

11   from liaison counsel today that there is some issue regarding

12   deadlines or cutoff dates or whatever.  If you want to hash

13   that out now, we're on a limited time schedule, I'm here to use

14   our time wisely.

15             I did get a report from them regarding the

16   continuing product ID issue, which, I know you all are working

17   very diligently on.  I really don't have anything other than

18   what's in the report, which I think is pretty complete.

19             I also got from Ms. Barrios this morning the

20   chart of pending state court actions, which is very helpful,

21   which I appreciate.  I understand we may have some state court

22   judges phone in for the ten o'clock conference today.  Remind

23   me, maybe we can get them to sort of announce their attendance

24   via phone.

25             Who wants to start?

*OFFICIAL TRANSCRIPT*

1    MR. COFFIN:  Your Honor, I do have an issue I would

2 like to bring up, but since you brought up the trial date

3 issue, I'll just say from the plaintiffs' perspective --

4    THE COURT:  Which one should we do first, the issue you

5 were going to bring up or the trial date issue?

6    MR. COFFIN:  Well, since you said the trial date issue

7 first, I was going to go with that.

8    THE COURT:  That's fine.

9    MR. COFFIN:  On the trial date issue from the

10 plaintiffs' perspective, your correspondence to us was very

11 clear, and Mr. Ratliff and I have talked about this.  I read

12 the first line of your e-mail to say that the parties shall

13 submit a joint motion to continue the trial from September to

14 January 20, 2019.

15     Mr. Ratliff and I discussed it, and I think he

16 was less clear than we were.  We moved forward and presented a

17 schedule to the defendants to move that along.  We have not met

18 and conferred on that yet, but that's basically where we stand.

19 We thought your e-mail was very clear.

20    THE COURT:  Okay.  All right.  Well, maybe Mr. Ratliff

21 can --

22    MR. RATLIFF:  I think Your Honor -- Harley Ratliff on

23 behalf of Sanofi -- the issue of a continuance was something

24 that was not raised by Sanofi and not raised by the plaintiffs.

25 It was something brought to us by Judge North, I think

1   well-reasoned, seeing a lot of difficulties that, in all

2   fairness, that both sides were having in trying to meet a

3   schedule.

4        I think one thing I want to make sure is clear to

5   the Court, the parties, both parties have been working

6   extremely hard.  There has been no lack of diligence in the

7   prosecution and the defense of the litigation.  I think we have

8   defended or taken upwards now of maybe 60 plus depositions, all

9   over the country, in Europe.  We'll be back in London next

10  week.  In fact, we'll be leaving shortly hereafter.

11       So when Magistrate North brought up the

12  continuance, that was something I took to my client.  One of

13  the things that is of concern or of importance to my client is

14  right now we are spending an enormous amount of money, an

15  enormous amount of time and expense to get ready for this

16  trial.

17       Right now, when we start looking at a continuance

18  and talking about it with our client, what we saw is, well, if

19  we don't want to have a second continuance, if we don't want to

20  try and get to the point where we've moved things off a little

21  bit and now we find ourselves back in the same position, and I

22  think that was something that was articulated in your e-mail is

23  don't bring me a schedule that's going to result in a second

24  continuance.

25       So, when we started looking at when the close of

*OFFICIAL TRANSCRIPT*

1   discovery was for Sanofi, which is in December, the motion

2   practice that will be involved for not one bellwether but four

3   bellwethers, and these will be matters of first impression, so

4   these won't be sort of redo motions.  These will be

5   significant, complex motions by either related to causation,

6   related to regulatory, related to bio stats, things that will

7   take considerable time to both put together and also for the

8   Court to take into account and resolve, whether that be

9   hearings or having experts here, whether it's you or

10  Judge Milazzo, to have those experts here to maybe examine

11  them.

12          So we were trying to think about a schedule that

13  made more sense in this sort of holistic view of things.  So we

14  had proposed to the plaintiffs, I think, before receiving your

15  e-mail, a schedule that was -- basically had a trial date that

16  was 60 to 90 days after the close of discovery on Sanofi so

17  there could be some finality on the company discovery, so my

18  client has finality there, and we had a clean record moving

19  forward.

20      THE COURT:  Why don't we just move that date up, that

21  discovery date up?

22      MR. RATLIFF:  That's something that we would be willing

23  to consider is moving the close of all discovery for Sanofi --

24  the depositions, the document productions.  That is something

25  that would be very important to my client because -- and I

*OFFICIAL TRANSCRIPT*

1    don't want to present the wrong message, Your Honor, but the

2    way my client views it now is that a September trial date -- or

3    a January trial date is really no different than a September

4    trial date in terms of the time and expense and effort that has

5    to be done.

6                    So, obviously, if Your Honor orders a January

7    trial date, we would be ready to try that case in January, but

8    we thought this would be an opportunity to look at this a

9    little bit more broadly and build in a schedule that avoids any

10   future need to put Band-Aids or move dates.

11                   We're happy to talk about this with the

12   plaintiffs' counsel.  They had our proposal.  We received their

13   proposal yesterday, so we've just started looking at it.  In

14   fact, I haven't even sent it to my client yet to begin review

15   of it.

16                   One option would be, to me, move that deadline up

17   so we have some finality on when our discovery is done going

18   forward, and then all we're focusing on is future trials.

19              THE COURT:  All right.

20              MR. COFFIN:  A couple issues.  Number 1, the plaintiffs

21   were first approached on moving the trial date by the defense.

22   They asked us if we would consider it, and quite frankly,

23   Your Honor, we had a very time hard coming to that agreement.

24   Magistrate Judge North encouraged us.

25              THE COURT:  You don't want a continuance either then.

**OFFICIAL TRANSCRIPT**

1          MR. COFFIN:  I'm sorry?

2          THE COURT:  You don't want a continuance either then.

3          MR. COFFIN:  Well, we've agreed to a continuance.

4          THE COURT:  Why did I get a letter -- well, look --

5          MR. COFFIN:  No, no.  We've agreed to it.

6          THE COURT:  You know what, Magistrate North came to see

7    me.  His take on what you all discussed with him seemed pretty

8    clear to me.  My suggestion was, without any guarantee, that I

9    would entertain a letter from counsel, if counsel were so

10   inclined, to move a trial date from one slot on our grand trial

11   calendar into the next slot and push everything else back.  It

12   sounds simple.

13         MR. COFFIN:  Agreed.

14         THE COURT:  I talked to Judge Milazzo, I talked to

15   Judge North, got the letter; so, it is astonishing to me to sit

16   here and hear what both of you are saying.  Mr. Ratliff says,

17   "Well, this really isn't a continuance at all."  You're telling

18   me that you all didn't even want a continuance until defense

19   counsel suggested it.

20              Maybe we should just stick with the trial date we

21   got.  Again, when Judge Milazzo has the case, it will be up to

22   Judge Milazzo to do with it as she sees fit in her very wise

23   discretion.  She can handle this case just as well as I can,

24   and she will take actions in the case, both procedural, in

25   terms of dates, and otherwise that I'm sure will be well

*OFFICIAL TRANSCRIPT*

1   considered.

2           It seems like we're spinning our wheels here

3   trying to accommodate a new trial date.  I'm reminded of the

4   old saying, you know, that "No good deed goes unpunished."

5   There is a corollary to it, "No act of charity unresented."  I

6   thought I was helping.  Magistrate North thought it would be

7   helpful.  Apparently that's not the case.

8           I thought you would take the new January trial

9   date, get together with calendars, and decide what needs to be

10  done.  I just told liaison counsel I have, in 16 and a half

11  years of doing this, never been as specific as to what

12  information I wanted in order to facilitate this shift in the

13  calendar.

14          The reason I thought it would not only be helpful

15  for the Court but it would be helpful for you all to have a

16  road map and say, "Here's where we have been, here is where

17  we're going, and here is how we're going to get there."

18          So, if all of that is for naught and you want the

19  September date, then as long as I have the case, I'll be here

20  in September, and I'll get ready to try the case.  It's what I

21  wanted.  In fact, I very reluctantly agreed to send that e-mail

22  that you got from China.

23          So, tell me what it is you all want.  We can move

24  fact discovery dates if there is some problem that -- if there

25  is a more equitable solution to move the date up for

                        *OFFICIAL TRANSCRIPT*

1   plaintiffs' discovery, and I think I specifically said in the

2   e-mail that it remains the Court's prerogative to move dates

3   up.  Then let's do that.  Let's get together and do that.

4              Let's move the dates up and you get the January

5   date.  Even if it's only -- one thing that Doug said this

6   morning, "Well, it winds up being only about three week."  If

7   you don't want three extra weeks, that's fine too.

8              I thought three weeks was no small matter in a

9   case where all I hear about is this deluge of discovery that

10  has to happen.  If you need three weeks, fine.  I'm not going

11  to sit here -- again, it's up to Judge Milazzo when she takes

12  over the case, but you all came to me originally with some

13  trial dates in late 2019, and I had a very negative reaction to

14  that schedule, I'll put it that way, to that schedule, and I

15  gave you dates that I thought were workable.

16             I appreciate all the work that's going on.  I

17  fully understand that you all have leagues of people on each

18  side that are contributing their efforts to get this discovery

19  done, especially discovery that involves travel.

20             There has got to be a way we can come up with

21  dates that work for everybody, where the defendants are not

22  spending the resources that Mr. Ratliff just mentioned.  Let's

23  just get together with the calendars, put the dates together,

24  either take the January date or not, but don't tell me, you

25  know, thank you for your generosity, but it's just not good

*OFFICIAL TRANSCRIPT*

1    enough.

2              Something in this case has to be tried and the

3    sooner the better, because like I just told liaison counsel,

4    the people who matter in this case, on both sides, are the

5    parties to the case -- the defendant, and by that I mean the

6    people at the company, shareholders, whoever have you, and the

7    cancer survivors.  The plaintiffs in this case are cancer

8    survivors.  Are they not entitled to relief at some point in

9    the not-so-distant future?

10             Let's try some of these cases, and if we can

11   resolve them we'll resolve them.  If we can't resolve them,

12   we'll try a few, we'll have some results, we'll have some

13   motion practice rulings, which will be well considered by the

14   Court because we'll get lots of briefing, which I'm promised

15   will be forthcoming, voluminous briefing I've been promised.

16             We'll do that and I'll have the benefit, and if

17   we have to remand these cases, these plaintiffs and the

18   defendant, whichever the appropriate defendant is will have

19   their day in court.  That's what we do here.  That's our

20   product.  That's what we sell here.  That's it.  That's what

21   the taxpayers tell us to do.

22             Let's get together and come up with some dates.

23   If you want the September date, fine.  We'll stick with the

24   September date.  Again, as long as I have the case, who knows,

25   maybe I'll be here in September and I'll try the case.  If

*OFFICIAL TRANSCRIPT*

1  Judge Milazzo wants to change it when she takes over, she will

2  let you know.  So what do you say?

3       MR. COFFIN:  Your Honor, I was equally confused about

4  the defendants' position of, well, maybe we won't agree.  So --

5       THE COURT:  Chris, stop pointing the finger at --

6       MR. COFFIN:  (Speaking simultaneously) We want --

7       THE COURT:  -- at the defendant.  I used the word *shall*

8  because that's the message I got from the magistrate was that

9  both sides -- and that's why I wanted a letter, oh, by the way,

10 signed by both counsel.  I wasn't going to get a letter from

11 Mr. Coffin saying, "We need mere more time," and I didn't want

12 to get a letter from Mr. Ratliff saying, "We need more time."

13       I want a letter indicating that there is a

14 community of interest in a new trial date, which I was told,

15 "Oh, by the way, it would be very convenient if we just moved

16 everything down."  Both sides signed off on that letter.

17       Maybe I saw it through the prism of what

18 Judge North told me, but Judge North is a pretty perceptive

19 person and highly intelligent, and I hardly think he got it

20 wrong.

21       MR. COFFIN:  He didn't get it wrong.  We agreed.  Here

22 is the answer, Your Honor -- January.  We totally agree that

23 January 20th is appropriate.  I have no idea (speaking

24 simultaneously) --

25       THE COURT:  Are you willing to move up this fact

*OFFICIAL TRANSCRIPT*

1  discovery date that the defendants believe to be burdensome,

2  costly, whatever, hinders motion practice?  Are we willing to

3  work together and move that date up on the calendar?

4       MR. COFFIN:  I don't know what they are talking about.

5  I assume they are talking about the general liability discovery

6  date.  The answer is no.  We can't do that, Judge.

7       THE COURT:  Well, then maybe I'll move it up, because,

8  like I said, I maintain the prerogative to do that.  I'll move

9  it up.

10       MR. COFFIN:  I understand, but our problem is we're

11  still getting documents right now.  I mean, we can't possibly

12  end discovery before we have the documents we need.

13            By the way, in most MDLs that happens.  You're

14  right, we need to get a case to trial, probably multiple, but

15  that doesn't mean that discovery will stop.

16       THE COURT:  Discuss with them what you need to try this

17  case.  You need to talk together about what is it that you need

18  to try the case and what is the issue.  Now I'm hearing that

19  you all will talk about it.

20            You need to pick up the phone and just say, "What

21  can we do to alleviate the concern that Mr. Ratliff expressed?"

22  If you're not willing to do anything, then I guess I will have

23  to make a ruling on it, and we will come together on it under

24  the authority of my pen and that will be the date.

25       MR. COFFIN:  Understood.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  It's easy.

2          MR. COFFIN:  It's not that we aren't unwilling to talk

3     about dates, but when we read your letter as January 28th and

4     we're working from that date and they come back with April, it

5     makes it difficult, so we needed Your Honor to say, "No, I

6     meant what I said."

7          THE COURT:  The trial date is going to be either the

8     September date that you got or the January date that is already

9     on the calendar.  That's going to be the trial date unless a

10    federal judge's pen, mine or Judge Milazzo's, indicates

11    otherwise.

12         MR. COFFIN:  Understood.

13         THE COURT:  I can promise you mine won't do that, but I

14    don't know where we're going to be in October.  Things may be

15    different, but we'll assess as we go, but right now, those are

16    the two options.  You tell me which one you want.

17              Mr. Ratliff, why don't you stand next to

18    Mr. Coffin and contribute your thoughts to the date first, and

19    then we'll talk about the issue of the discovery.  I just don't

20    see this as very complicated.

21         MR. RATLIFF:  Sure, Your Honor.

22              Like I said, if the trial date is going to be

23    September or January, we'll be ready.  I don't have the

24    authority right now to agree or say, "Yes, we will assent to a

25    January trial date," but in talking to my client, like I said,

**OFFICIAL TRANSCRIPT**

1    the thing that was most important to them, if we were going to

2    a January trial date, was having a cutoff on the general

3    liability discovery that is not in December but it is earlier.

4    I will have that conversation with the PSC, but that

5    is (speaking simultaneously) --

6             THE COURT:  Isn't that date now, though --

7             MR. RATLIFF:  -- is of paramount importance.

8             THE COURT:  As we sit here today, isn't that date in

9    December right now?

10            MR. RATLIFF:  December 15th.

11            MR. COFFIN:  Correct.

12            MR. RATLIFF:  I would like to have that moved up so

13   that that discovery closes off in this -- earlier in this year,

14   so something similar to when our discovery cutoff would be as

15   it relates to the bellwether plaintiffs.

16            That's a discussion I will have with Mr. Coffin

17   as soon as possible if we could find a date, but that's the

18   issue that is most important to my client because, otherwise,

19   if there is not discovery cutoff it's earlier to them, then --

20            THE COURT:  But you wouldn't have a discovery cutoff

21   altered on the general discovery if we tried the case in

22   September.

23            MR. RATLIFF:  You're right.  We would have (speaking

24   simultaneously) --

25            THE COURT:  Is there not a benefit to continue the

*OFFICIAL TRANSCRIPT*

1   case?  It sounds like there is no real benefit to continuing

2   this case, which I've sadly mistaken.  I really thought, again,

3   I thought there was an act of generosity to entertain the very

4   idea of moving the date, and it sounds like there is no real

5   benefit to anybody.

6           MR. COFFIN:  The problem from our side, Your Honor, is

7   we've now agreed, as you've indicated, we've agreed that we

8   will move the trial date based on what Magistrate Judge North

9   said and our agreement between counsel.

10              We have a very tight expert deadline that we have

11  been arguing with Magistrate Judge North about.  It is

12  imperative that we have relief on that deadline if we're going

13  to keep the September date.  It's a big problem for us.  So

14  we've (speaking simultaneously) --

15          THE COURT:  So you want the new trial date in January

16  to get relief from that date.

17          MR. COFFIN:  Well, we've agreed to that now.  Yes,

18  Your Honor.  We've agreed to that now, but now it seems the

19  defense is saying, "Well, we don't know if we're going to agree

20  to it."

21          THE COURT:  You want relief from the general discovery

22  date which you are now living under and may still live under if

23  we move -- I don't understand how moving the bellwether back --

24          MR. RATLIFF:  Your Honor, we would be happy to talk

25  with Mr. Coffin about this and the rest of the PSC in very

*OFFICIAL TRANSCRIPT*

1     short order, now having heard your instructions and the Court's

2     position on this.

3           THE COURT:  You're living with the date now, and I

4     understand you want some relief from it in order to -- but it

5     seems like there is, and please don't be insulted when I used

6     this word but in exchange for the Court's expression of its

7     willingness to move the trial date to the second trial date,

8     there is a bit of an attempt to whip-saw the Court into an even

9     later trial date and ultimately get the date that you

10    originally proposed which I flat-out summarily rejected in late

11    December 2019 or, I should say, late in the year 2019; so,

12    that's not going to happen.

13          MR. RATLIFF:  Understood, Your Honor.

14          THE COURT:  Work together.  See if you can accommodate

15    each other with some relief on your two concerns, the expert

16    report.  I just don't know how moving the case from September

17    to January causes heartburn over and above the heartburn that

18    you had with the September trial date.

19          MR. COFFIN:  It doesn't for us, Your Honor.

20          THE COURT:  It's not a perfect world.

21          MR. RATLIFF:  Understood, Your Honor.

22          THE COURT:  So, I mean, let's see if we can work it

23    out.  If you want, we'll have a conference, and I'll take out

24    my calendar, I'll hear what you have to say about it, and I'll

25    decided which dates need to be altered leading up to a January

*OFFICIAL TRANSCRIPT*

1    trial date.

2              I hear what you're saying.  It's a lot of work.

3    It's burdensome.  I understand that you don't want to have to

4    be responding to discovery when your opportunity has been cut

5    off, but that's the case now.  You still have a December

6    general discovery deadline.

7         MR. COFFIN:  Yeah, we'll talk to them about that, but

8    that's a big issue, moving that entire deadline.  Maybe there

9    is some concession that can be made for this trial, but we saw

10   plaintiffs who are still filing cases.  We still are getting

11   documents.  It's a major issue for us.

12             I think Your Honor even said to us, "Look, I'm

13   going to set the September trial date, and I'm going to let the

14   general liability discovery go to December, and you're going to

15   live with that," and now we're trying to chip away with that,

16   and frankly, we thought that was short to begin with, so we're

17   going to see what we can do.

18        THE COURT:  You see if you can accommodate each other.

19   If you can't, then I'll make an accommodation that, like it or

20   not, we'll have to abide by and I'm willing to do that.  I'll

21   take my calendar out, and I'll hear what you have to say about

22   it and try to come up with a medium that isn't such a happy

23   medium but it's a medium of some sort.

24        MR. RATLIFF:  Understood, Your Honor.

25        MR. COFFIN:  Good.

                    ***OFFICIAL TRANSCRIPT***

1          THE COURT:  Let me know if you want the September date.

2     I'll give you the September date.  It's on my calendar.

3          All right.  What else?  Mr. Coffin, you had

4     another issue you were going to raise, I think?

5          MR. COFFIN:  The other issue has to do with the PFS

6     process, the PTO 12 product ID process, and, most importantly,

7     the deficiency process.

8          As you well know, the MDL is supposed to be

9     promoting some efficiency here, and we have not achieved

10    efficiency in this process, and we need to rework it somehow.

11         THE COURT:  I'm all ears.  If you want to get together

12    again and rework it, that's fine.

13         Let me ask you before you are specific:  Have you

14    discussed what you're about to say with opposing counsel, or is

15    this the very first time that we all are going to hear it?

16         MR. COFFIN:  No.  On two occasions I've spoken with

17    Mr. Ratliff and said, "Harley, there is a problem here.  We

18    need to sit down and find some efficiencies."

19         THE COURT:  I'm talking about a resolution because we

20    get in these meetings, and all I hear is griping, and I look at

21    both sides, and it's the first time they've heard what the

22    other side is saying.

23         I told you all at the beginning of the MDL that

24    when you identify a problem, you must bring to the Court a

25    proposed solution, either one that's agreed upon or competing

**OFFICIAL TRANSCRIPT**

1    proposed solutions that you think best address the problem.

2           We've had far too many of these conferences where

3    you've said something, and I look over here, it's the first

4    time they've heard it, or they say something, and I look over

5    here, and it's the first time plaintiffs' counsel has heard it.

6    So, tell us what your proposed solution is.

7        MR. COFFIN:  Well, as an initial matter, yes, I've

8    talked to Harley about this a couple of times.  Harley, I

9    think, in his defense, if I could, he hasn't been able to sit

10   down and talk to me about it yet, but he said he'll consider

11   sitting down and talking about it.

12       MR. OLINDE:  Just so you know, Your Honor, I have not

13   been part of the conversations.

14       MR. COFFIN:  You have not.  That's correct.  We'll

15   bring you in, John, if you would like to be included.

16       MR. OLINDE:  Yes, I would like to be.  Thank you.

17       MR. COFFIN:  But as far as the solution goes, Harley

18   asked me the same question.  I said, "I'll be honest with you,

19   I don't have the solution yet, but I thought we should sit down

20   together," because it's also involved the DFS.  It's the PFS,

21   the DFS.  There is a lot going on that is not promoting the

22   efficiency of getting these cases to resolution.

23           So in Harley's defense, he said, "Let me think

24   about it, and then we'll think about sitting down and doing

25   it."  If you want us to find some solutions, we'll try to do

*OFFICIAL TRANSCRIPT*

1   that.

2        THE COURT:  I said at the outset I want you to find

3   solutions.  Judge Fallon has said that in every MDL he has

4   handled:  When you identify an issue, you must bring to me your

5   proposed solution.  If it's not agreed upon, bring me the two

6   competing solutions, what do you think is the best way to do

7   it.

8            There is a lot more efficient ways of doing this.

9   I agree.  We have now some empirical data of how long this is

10  taking.  I think Ms. Barrios mentioned this morning that there

11  might be a better way to go about the process of the show

12  cause.  There is always a better way to do stuff now that we've

13  done it once or twice.  I and, I know, Judge Milazzo are not

14  averse to changing course if there is a more efficient way to

15  do it.

16           The exercise is not to expend fees and costs and

17  court time.  The exercise is to advance the MDL such that the

18  parties ultimately have their claims resolved or adjudicated.

19  So, if there is a better way, then get together, talk about it,

20  you come together on it, I probably will be agreeable to it.

21  If you're not agreeable, then by no means give up.  Then come

22  and present them both to me, and I will either pick one or the

23  other or I'll come up with a third way that combines features

24  of each and we'll do things differently.

25        MR. COFFIN:  Thank you, Your Honor.  We'll do that.

*OFFICIAL TRANSCRIPT*

1        MR. MOORE:  Your Honor, Douglas Moore on behalf of

2   Sanofi.

3        This was the issue we forecasted right at the end

4   of the liaison counsel meeting.  We're certainly willing to

5   discuss with the other side whatever their issue is and listen

6   to their solutions.

7        You mentioned the show-cause process.  If there

8   is ways to better improve the mechanisms upon which we go

9   through deficiencies and managing that, we've even made some of

10  those adjustments so far.  I don't think that's what the

11  proposal is going to be.

12       As I mentioned at the liaison counsel meeting, I

13  think that the proposal is going to be we don't want to do fact

14  sheets any more, and we don't want to give ESI disclosures

15  anymore.  As I mentioned in the liaison counsel meeting, that

16  is our written discovery to these plaintiffs.  It is important

17  for many reasons beyond just conducting written discovery on

18  the plaintiffs.

19       Our responsibility in this MDL is not just to box

20  claims and figure out ways to create resolutions, but our

21  responsibility under 1407 is to get all of these cases trial

22  ready.  So we can talk to them about what modifications they

23  might want to make and see if there is a common ground to be

24  reached.  As I mentioned, right now, the way the MDL fact sheet

25  process -- it is working.  Cases are providing information.

*OFFICIAL TRANSCRIPT*

1          There are a lot of problems with blank PFSs, with

2    insufficient uploads.  We're dealing with that -- with them.

3    We're going through the process, both meet and confer and the

4    process that's in PTO 22A, but in terms of eliminating our

5    written discovery as to the cases that are still coming in,

6    we're going to be probably pretty opposed to that, at least at

7    this juncture.

8          THE COURT:  Well, I don't know if that's the specific

9    proposal; however, it was mentioned in the liaison committee

10   meeting the issue of continuing or the need to continue both

11   the complete fact sheets and ESI on the plaintiffs' side.

12          I do not think we are at a point in this MDL

13   where any of that effort can or should be forgiven.  We need

14   the information.  We have not had a bellwether trial.  We did

15   get to a point in the *FEMA Trailer* MDL, and I know in other

16   MDLs as well, the experience has been, what usually occurs

17   after a bellwether or two or three, depending on the results,

18   the parties begin to narrow down what is truly essential to

19   resolving the MDL as part of that process, at least in the

20   *FEMA Trailer* MDL -- and, Palmer, correct me if I'm wrong,

21   anybody else who was in that case as well -- we were able to

22   identify certain fields of information on the fact sheets that

23   were of critical importance and other fields of information

24   that were, as Mr. Moore just said, in the nature of discovery.

25   With the benefit of that distinction we were able to actually

*OFFICIAL TRANSCRIPT*

1    come up with an abbreviated Plaintiff Fact Sheet -- I think it

2    was much abbreviated; it was considerably less -- in order to

3    get the claims identified and quantified for purposes of

4    discussions to resolve the MDL.

5            We may not get to that point in this MDL where

6    we're talking about resolution.  I hope that we are, whether

7    it's with me presiding or Judge Milazzo.  If we get to the

8    point where we feel like we're having some conversations and we

9    have some bellwether results to support serious conversations,

10   at that point it may be such that Plaintiff Fact Sheets become

11   less discovery devices and become more accounting devices.

12           Yes.

13       MR. LAMBERT:  Your Honor, Palmer Lambert on behalf of

14   plaintiffs.

15           We have spoken with Mr. Moore and Mr. Olinde

16   about this, Ms. Barrios and I.  We've somewhat already started

17   to go in that direction.  We've got an Amended PTO 22.  We have

18   a substantially complete definition.  We have a concern that

19   Mr. Ratliff has raised about photographs.

20           So there are certain categories of information

21   that we actually both already agree are important information.

22   It's the information that they are challenging on show-cause

23   orders.

24           It's just we, as counsel, have been getting a lot

25   of consternation from individual plaintiff lawyers around the

*OFFICIAL TRANSCRIPT*

1    country; and, of course we're asked to address those concerns.

2    So we believe that it is an appropriate time or may be soon an

3    appropriate time to start discussing, for both sides, how to

4    make that process more efficient.

5         THE COURT:  Well, I would ask you all -- and, again, as

6    we go through this process, we have some experience with it --

7    I would ask both sides, now that you have reviewed fact sheets,

8    what is truly important.  I mean, I had you all do this at the

9    outset, and it was put on my desk to come up with a fact sheet

10   for both sides and I did so, and it was hybrid of what I was

11   submitted for both of them.

12            If there is a field of information or fields of

13   information that has now been realized to be insignificant or

14   of a very diminishing return, then why don't we, in the

15   interest of getting this MDL further along the line, why don't

16   we agree that that's not part of the fact sheet anymore?

17            If you want to do an amended fact sheet and redo

18   them, that's fine with me, too.  It may take some

19   horse-trading, but that's what this process is about.  Do you

20   really need this?  Do you really need to know this?  Now that

21   we've seen X number of plaintiffs fill it out, is it really

22   that critical to the defendant to know this?  Likewise on the

23   plaintiff's side.  Is it really that critical to know some

24   information?

25            So if you believe that you would like to revisit

*OFFICIAL TRANSCRIPT*

1    that, that's fine, as long as you come to an agreement.  You

2    couldn't come to an agreement, I went ahead and rolled up my

3    sleeves and did the fact sheets based on what you submitted,

4    and that's what we're doing.

5          MR. COFFIN:  That's precisely what we've talked to

6    Mr. Ratliff about, and we'll continue those discussions on both

7    sides, making it more efficient.

8          THE COURT:  You have to find out what the other side

9    wants and come to some conclusion on it.  Maybe you could throw

10   in some type of deadline discussion too with this so everybody

11   gets a little bit of what they want.

12          My concern as the presiding judge is to keep the

13   MDL moving so that we are marshalling these claims, that we're

14   hearing the issues that are being raised, and that we're ruling

15   on them so that ultimately the parties get the relief to which

16   they are entitled.  If there is a better way to do it, then

17   let's talk about it, but talk about it together first before

18   you blurt it out here for the first time.

19          MR. MOORE:  Yeah, we will have those discussions with

20   them, Your Honor.

21          MR. LAMBERT:  Thank you, Your Honor.

22          MR. MOORE:  Obviously, Mr. Olinde will need to be

23   involved in those, but we just don't think we're at the point

24   in this litigation where any modifications to the disclosures

25   that Your Honor decided at the beginning were going to be the

*OFFICIAL TRANSCRIPT*

1    disclosures that each side needed to make.

2         MR. OLINDE:  I had mentioned we had not been a part of

3    those conversations, but I get along very well with Chris.

4    We've talked a good bit about it.  I know they have been busy

5    with Harley and had conversations regarding other things, and

6    it probably came up there, so it's not a disparagement of Chris

7    at all.  I've talked to Dawn and Palmer a great deal, and we'll

8    continue to have those.

9         THE COURT:  All right.  What else can we cover?

10        MR. MOORE:  I did have a housekeeping issue,

11   Your Honor.  We did not disclose to you the current figures

12   that were left blank in Joint Report Number 9 concerning case

13   volume and Plaintiff Fact Sheets.

14        Currently, as of April 24th, two days ago,

15   excluding voluntarily dismissal, there is 8,557 cases pending

16   in the MDL.  Plaintiffs have served 6,505 Plaintiff Fact

17   Sheets, with 1023 in progress.

18        They break down as follows:  3288 are for Sanofi,

19   465 identify Hospira, 194 identify Sandoz, 141 identify Accord,

20   1 identifies Sun.  There are then 146 Plaintiff Fact Sheets

21   that state *unknown* as to their manufacturer, 637 are left

22   blank, and then 633 identify *others/miscellaneous*.

23        Those are the portions of the joint report that

24   are required to be filled in, and we'll put those numbers in

25   when we file the report, Your Honor.

                    ***OFFICIAL TRANSCRIPT***

1     MS. BARRIOS:  Your Honor, along with what Mr. Moore
2  said, we usually, at the general status conference, give
3  numbers of how many plaintiffs are deficient.  We've agreed
4  with Sanofi, and I assume it's okay with the 505s, we don't
5  have those numbers right now.  So when I do the report to
6  everybody, I'm not going to give a specific number, but when we
7  file the report with the Court, we'll have all those numbers.
8     THE COURT:  Okay.  Can you give an approximation based
9  upon where we were last time, or would that not be a fair
10  estimate?
11     MS. BARRIOS:  I can't guess at that, Your Honor.  I'm
12  sorry.  I just can't.
13     THE COURT:  That's all right, as long as it's in the
14  report later on.
15     MS. BARRIOS:  It is.
16     THE COURT:  Karen.
17     MS. MENZIES:  Thank you, Your Honor.
18         Just one thing I would like the Court to be aware
19  of, as we were talking about the general liability cutoff for
20  Sanofi, we're happy to talk to them about that with regard to
21  the trial plaintiffs that are coming up but just wanted the
22  Court to know that for purposes, as Mr. Coffin mentioned,
23  plaintiffs continue to file cases, and also on the Sanofi side,
24  Sanofi is still negotiating.
25         Right now, as we speak, I just had testimony from

*OFFICIAL TRANSCRIPT*

1    a witness that I took a couple weeks ago where she said they

2    are still negotiating about the Taxotere label with the FDA

3    regarding data for alopecia.  So we're happy to consider it for

4    the trial dates, but, again, they want to continue to do

5    discovery on the plaintiffs, and we're going to need to

6    continue to do discovery.

7            THE COURT:  Okay.

8            MS. MENZIES:  Thank you, Your Honor.

9            THE COURT:  Anybody else?

10               John.

11           MR. OLINDE:  I think there were just a couple of --

12           THE COURT:  John Strongman.

13               I thought you were finished, but if you're not,

14    come on up too.

15           MR. STRONGMAN:  Good morning, Your Honor,

16    John Strongman on behalf of sanofi-aventis.

17               Your Honor, I know Mr. Gordon is not here today.

18    His daughter is getting married this weekend, and so he is

19    there, as he should be.  So, I can certainly provide a slightly

20    more fulsome, I think, reporting here than I would out in the

21    general conference.

22               We've had conversations, as we continued to do,

23    primarily over the phone.  A couple of driving factors that

24    keep coming into play -- this is nothing new to Your Honor --

25    but since January, we've had over a thousand new cases filed.

*OFFICIAL TRANSCRIPT*

1    So we used to talk about this December deadline.

2    Whether or not that has a statute of limitations implication,

3    we'll find out, but we talked about that December deadline

4    thinking that that might, in a lot of ways, slow the filing

5    down, but we've had thousands since January.  When you look at

6    those thousand cases, 40 percent of them are product unknown,

7    so we continue to have a product ID problem.

8    You look through the fact sheets that we've got,

9    you look through some of the discovery that has been done in

10   the bellwether process, and what you see is a difficulty in,

11   perhaps, separating the one case that has something worth

12   talking about from the four or five that don't.

13   In light of that, you're in a situation where, as

14   a settlement committee, we are working very hard to stay in our

15   lane, as Your Honor has instructed us to do.  My client,

16   unfortunately, has feet in both lanes.

17   So the information that comes out regarding

18   plaintiffs being filed with Taxol as the primary drug and then

19   dismissing those cases, cases being filed with plaintiffs that

20   certainly have no quantifiable hair loss, you have those things

21   happening in addition to the case filing, and it's put us in a

22   position -- Ben knows this.  This is something that certainly

23   we've talked about.  It's just nearly impossible to be in a

24   position to talk settlement at this point.

25   So that's kind of, just to be frank, that's where

*OFFICIAL TRANSCRIPT*

1    we're at, and Mr. Gordon knows that as well, but I think it's

2    important just to relay that to Your Honor as well.

3        THE COURT:  I think the variables in whatever

4    settlement equation out there might exist are many, and there

5    is no way, despite the huge amount of work that you all have

6    been doing, there is no way for us to fill those variables at

7    this time.

8        That's understood.  When we started the

9    settlement committees, it wasn't my expectation that we would

10   be honing down and pulling the pieces together at this point.

11   Like I said, we haven't even had a bellwether yet, but at least

12   we would identify what those variables are, you know, the old

13   known/unknown and unknown/unknowns, we would at least find out

14   what the other side is talking about.

15       Then we'll have to see if we can fill those in

16   once we have more information, both in terms of, I think, the

17   census that Mr. Gordon talked about and I know is underway, and

18   then, of course, the reality, and aside from the census, the

19   reality of actual filings and then the evaluation of those

20   filings to find out which defendant do they belong to, do they

21   have a legitimate claim, and so on and so forth.  Then,

22   likewise, the defendant's evaluation of what it would take to

23   make a plaintiff or group of plaintiffs reasonably whole, at

24   least in terms of settlement.  So, I think there are still a

25   lot of variables and I understand that.

*OFFICIAL TRANSCRIPT*

1    MR. STRONGMAN:  The other thing that is worth

2  mentioning -- I know it goes without saying -- my client

3  fiercely believes in its product as well and the value that it

4  brings, and that is in a different category, a different hurdle

5  at some point to deal with as well.

6    THE COURT:  Well, that's the great thing about the

7  bellwethers is that they at least give us an appreciation for

8  liability, and that, I suspect -- you all can correct me if I'm

9  wrong or things may change -- I suspect that's going to be a

10  product, to a large degree, of expert testimony.  Again, you

11  all have promised a lot of motion practice on that.  I would

12  expect nothing less, so we'll cross that bridge as well.

13    MR. STRONGMAN:  Thank you.  That's all I've got.

14    MR. RATLIFF:  Your Honor, may I address one point?

15    THE COURT:  Sure.

16    MR. RATLIFF:  Bouncing off of what Mr. Strongman said,

17  as it relates to the fact sheets -- and we will have this

18  discussion with the PSC -- the fact sheets, PTO 71A, the ESI

19  disclosure, it's not so much even just that it's our really

20  only mechanism for written discovery as to all of these

21  plaintiffs, that is certainly paramount and important for us to

22  know about these plaintiffs.  That's why we pay for

23  MDL Centrality, so we can run these reports so we can see what

24  the universe is, but it is also something that is critically

25  important if we're ever going to talking about some type of

**OFFICIAL TRANSCRIPT**

1   financial resolution because the plaintiffs may have a census

2   on their side, but the fact sheets and those PTO 71A

3   disclosures, that's really the census on our side.

4         When you talk about how do we clean up those

5   variables, to us that's how we clean up those variables.

6   That's how we know sort of what the information is as it

7   relates to these plaintiffs, how we can slot them, how we can

8   figure out which ones we think may have value versus which ones

9   that do not have value.

10        I think the one thing that is maybe different

11  about this MDL than the other MDLs is the nature of the injury,

12  and I don't say this to diminish it, it's transient in nature.

13  So this isn't a situation where someone had a heart attack, we

14  can verify they had a heart attack, and then it's just what

15  caused that heart attack.

16        When you're talking about permanent hair loss, it

17  gets back to what's permanent, what's persistent, what's the

18  degree of hair loss, is it over here where someone has no hair,

19  is it over here where you think there is a full head of hair?

20        So that fact sheet process is important to us and

21  was put together by Your Honor because I think what you said at

22  the very outset was we're going to have to give this

23  information at some point in this litigation.  Let's do it now.

24        So we will certainly in good faith meet with

25  them, but kind of to echo what Mr. Moore said is we're just not

**OFFICIAL TRANSCRIPT**

1    sure we're at that process right now, both from a merit

2    standpoint but also thinking about how do we start slotting

3    plaintiffs if we get to that point somewhere down the road?

4             I'm not promising that's what's going to happen,

5    but that's why those two documents are so valuable to our side.

6             THE COURT:  Okay.  All right.  Mr. Coffin.

7             MR. COFFIN:  I'm sorry that Mr. Gordon is isn't here;

8    although, I'm happy that he's celebrating his daughter's

9    marriage.

10            I think that if Ben were here he would say that

11   he understands and the committee understands that the Court's

12   instruction is to put the nuts and bolts together, maybe not

13   creating the whole machine but understanding that there are

14   nuts and bolts that can be put together.

15            I know that on the plaintiffs' side they are

16   really striving to do that.  Obviously, I understand the

17   defense's position that we're really not ready to talk

18   settlement.

19            In my experience, having been involved in many

20   MDLs, is that it's helpful to have that structure together so

21   that when the decision comes, maybe we need to put some dollars

22   on this structure, it can happen.  I think that's what Ben and

23   his committee are trying to engage Mr. Strongman and his

24   committee in, and the 505(b)(2)'s as well.

25            With regard to the Plaintiff Fact Sheets and

*OFFICIAL TRANSCRIPT*

1    resolution, I think that the reality is that there are core

2    pieces of data that both sides need to have, no doubt, in order

3    to resolve the case, and that's why we have PTO 60.

4              So I understand the defense wants every piece of

5    data they could possibly put their hands on, but the

6    efficiencies of an MDL, it really makes it difficult to reach

7    resolution knowing every detail about every single plaintiff.

8    That doesn't happen in any MDL case.  That's why we have an

9    MDL, to create the efficiencies like we have in PTO 60.

10             I think they are two separate issues --

11   resolution information and litigation information.  I think the

12   Court has put in place PTO 60 for the purpose of obtaining

13   information for the purpose of trying to get to resolution.

14         THE COURT:  Well, I think it's pretty clear that it's a

15   dual purpose, and we talked about this before awhile back as

16   well.  The settlement committees are to discuss conceptually

17   what will be needed, what component parts there will be if the

18   MDL can be resolved.

19             I mean, there are a lot of different ways --

20   look, an MDL is an opportunity not only for -- and the reason I

21   like them from where I sit, this is an opportunity for

22   creativity.

23             It's not a cookie-cutter type of case with a

24   complaint, answer, Rule 12 motions right up to trial, not that

25   there is anything wrong with that.  Those can be very

**OFFICIAL TRANSCRIPT**

interesting as well, but an MDL gives the Court and especially the lawyers the chance to be creative, to find another avenue to --

You could say you're in the business of litigating cases and taking depositions and all, you're in the business to resolve disputes. That's the essence of being a lawyer is to resolve a dispute for your client in the best interest of the client, whether it's filing a lawsuit.

Some of the best cases I had -- I was asked, you know, what case am I the most proud of very recently, and I told them it was a case that I didn't file a lawsuit on. I represented plaintiffs, would-be plaintiffs, and was able to work with opposing counsel in finding a resolution.

It was very satisfying because I thought, Well, that's why we went to law school. That's why we had this desire. Being in the courtroom and at the podium and examining witnesses is great and it's a lot of fun, but resolving a dispute is so satisfying.

Everything we do in this MDL has got to be to resolve the dispute for these plaintiffs, these women, these cancer survivors, and these companies who are in the business, presumably, of helping people and, of course, profiting by it. There is nothing wrong with that either, but the only way they profit by it is if their products help people and become desirable.

*OFFICIAL TRANSCRIPT*

1        That's where the interests lie, and the

2  information that we get has to be designed to reach a

3  resolution, whether it's trying cases, whether it's getting

4  them remanded so they can be tried elsewhere, including state

5  court, so let's continue to do what we're doing.

6        You're going to have to talk to each other and

7  find ways to resolve issues.  Like I said, put what you want on

8  the table and see if you can horse-trade.  If it's information

9  that you don't want to put in the PFS anymore, you want to be

10  forgiven that, and he wants a deadline extended, you know, what

11  is it that you want, and then come up with a deal that helps

12  both sides.

13        Be creative, I guess, is what I'm telling you.  I

14  think I said this at the outset.  You all were chosen, at least

15  in terms of my evaluation, when I looked at all of the

16  experiences you all had in MDLs, all the great things you've

17  been involved in, I tried to pick people on these committees

18  that have experience enough to consider alternatives and maybe

19  perhaps do things differently than they had done in other

20  cases, that they had enough experience where you could borrow

21  from other pieces of litigation, other dispute resolution where

22  you could actually negotiate together.

23        I'm not talking about settlement negotiations.

24  I'm talking about negotiating stipulations.  When you get to

25  trial we're going to expect you all to come together and agree

*OFFICIAL TRANSCRIPT*

1    on a lot of things, exhibits.  So you need to have that process

2    in place, and frankly, you need to be doing a lot more of it

3    than you have done up to this point, quite honestly.

4            Litigation is contentious but in an MDL, like I

5    said, your opponent is also your partner.  That's not the case

6    in every other piece of litigation.  In an MDL, your opponent

7    is also your partner to try to get cases presented, so keep

8    working in that regard.

9            Anything else before we go in the big conference?

10   MR. OLINDE:  Your Honor, there is just a couple of

11   items.  One was that we had talked about in the liaison counsel

12   meeting where we are going to have a replacement of one of the

13   plaintiffs in the second trial pool, and that motion has been

14   filed.

15           The second thing, I know we had some dates that

16   we were thinking about in June for the conference itself.

17   THE COURT:  Yeah, the dates I tossed out -- again,

18   subject to Judge Milazzo's calendar -- were Fridays, all three

19   Fridays, June 15, 22, and 29.  If you all want to be thinking

20   about those, you can let us know later.

21           If you want to let us know tomorrow or Monday

22   what works best for everyone.  By that time I'll clear those

23   with Judge Milazzo, and if there is an issue with any of those,

24   we'll let you know.  If those don't work, well, then we'll find

25   some others.

*OFFICIAL TRANSCRIPT*

1      Judge Milazzo, did you have anything that you

2  wanted to cover?

3      JUDGE MILAZZO:  I'm just observing at this point.

4      THE COURT:  Okay.  All right.

5      JUDGE MILAZZO:  I'm an interested observer.

6      THE COURT:  Did somebody raise their hand?  Karen, did

7  you raise your hand?

8      All right.  Let's go in the other room and meet

9  with counsel and our state court judges, if any are on the

10  line.

11      Thank you all.  I appreciate all the hard work.

12  Notwithstanding our crossing of swords today between counsel, I

13  do appreciate the work.  I know it's a big effort.

14      (WHEREUPON, at 10:03 a.m., the proceedings were

15  concluded.)

16                 *   *   *

17              REPORTER'S CERTIFICATE

18      I, Cathy Pepper, Certified Realtime Reporter, Registered
    Merit Reporter, Certified Court Reporter in and for the State
19  of Louisiana, Official Court Reporter for the United States
    District Court, Eastern District of Louisiana, do hereby
20  certify that the foregoing is a true and correct transcript to
    the best of my ability and understanding from the record of the
21  proceedings in the above-entitled and numbered matter.

22                      s/Cathy Pepper
                        _____
                        Cathy Pepper, CRR, RMR, CCR
23                      Certified Realtime Reporter
                        Registered Merit Reporter
24                      Official Court Reporter
                        United States District Court
25                      Cathy_Pepper@laed.uscourts.gov

                     *OFFICIAL  TRANSCRIPT*

| 0 |
|---|
| **02109** [1] - 4:4 |

| 1 |
|---|
| **1** [2] - 10:20, 30:20 |
| **10017** [1] - 2:9 |
| **1023** [1] - 30:17 |
| **10:03** [1] - 42:14 |
| **1100** [3] - 1:21, 3:6, 3:21 |
| **1155** [1] - 3:13 |
| **11TH** [1] - 2:8 |
| **12** [2] - 22:6, 38:24 |
| **1400** [1] - 1:24 |
| **1407** [1] - 25:21 |
| **141** [1] - 30:19 |
| **146** [1] - 30:20 |
| **15** [1] - 41:19 |
| **1515** [1] - 1:24 |
| **15th** [1] - 18:10 |
| **16** [1] - 12:10 |
| **16-MD-2740** [1] - 1:6 |
| **1899** [1] - 2:23 |
| **194** [1] - 30:19 |

| 2 |
|---|
| **20** [1] - 7:14 |
| **200** [2] - 3:14, 3:17 |
| **20004** [1] - 3:14 |
| **2018** [2] - 1:7, 5:2 |
| **2019** [4] - 7:14, 13:13, 20:11 |
| **20th** [1] - 15:23 |
| **22** [2] - 27:17, 41:19 |
| **22A** [1] - 26:4 |
| **2300** [1] - 3:6 |
| **24th** [1] - 30:14 |
| **2555** [1] - 3:10 |
| **26** [2] - 1:7, 5:2 |
| **2700** [1] - 3:2 |
| **28** [1] - 4:4 |
| **2800** [2] - 1:21, 2:12 |
| **28th** [1] - 17:3 |
| **29** [1] - 41:19 |

| 3 |
|---|
| **30305** [1] - 3:18 |
| **3288** [1] - 30:18 |
| **3333** [1] - 3:18 |
| **338** [1] - 2:16 |
| **360** [1] - 2:8 |
| **3650** [1] - 1:17 |

| 4 |
|---|
| **40** [1] - 33:6 |
| **400** [2] - 2:4, 3:2 |
| **4000** [1] - 2:12 |
| **44113** [1] - 3:22 |
| **465** [1] - 30:19 |

| 5 |
|---|
| **500** [1] - 4:8 |
| **504** [1] - 4:9 |
| **505(b)(2)'s** [1] - 37:24 |
| **505s** [1] - 31:4 |
| **589-7779** [1] - 4:9 |

| 6 |
|---|
| **6,505** [1] - 30:16 |
| **60** [5] - 8:8, 9:16, 38:3, 38:9, 38:12 |
| **62002** [1] - 2:20 |
| **633** [1] - 30:22 |
| **637** [1] - 30:21 |
| **64108** [1] - 3:10 |
| **6TH** [1] - 2:4 |

| 7 |
|---|
| **700** [1] - 2:23 |
| **701** [1] - 1:17 |
| **70112** [1] - 1:25 |
| **70130** [3] - 2:16, 3:3, 4:9 |
| **70139** [1] - 1:17 |
| **70163** [2] - 1:21, 3:7 |
| **71A** [2] - 35:18, 36:2 |
| **77056** [1] - 2:13 |

| 8 |
|---|
| **8,557** [1] - 30:15 |
| **80202** [1] - 2:24 |

| 9 |
|---|
| **9** [1] - 30:12 |
| **90** [1] - 9:16 |
| **90245** [1] - 2:5 |
| **950** [1] - 3:21 |
| **9:00** [1] - 1:7 |

| A |
|---|
| **a.m** [1] - 42:14 |

**A.M** [1] - 1:7
**abbreviated** [2] - 27:1, 27:2
**abide** [1] - 21:20
**ability** [1] - 42:20
**able** [4] - 23:9, 26:21, 26:25, 39:12
**above-entitled** [1] - 42:21
**accommodate** [3] - 12:3, 20:14, 21:18
**accommodation** [1] - 21:19
**Accord** [1] - 30:19
**account** [1] - 9:8
**accounting** [1] - 27:1
**achieved** [1] - 22:9
**act** [2] - 12:5, 19:3
**ACTION** [1] - 1:6
**actions** [2] - 6:20, 11:24
**actual** [1] - 34:19
**addition** [1] - 33:21
**address** [3] - 23:1, 28:1, 35:14
**adjudicated** [1] - 24:18
**adjustments** [1] - 25:10
**advance** [1] - 24:17
**advised** [2] - 6:5
**ago** [3] - 6:1, 30:14, 32:1
**agree** [8] - 15:4, 15:22, 17:24, 19:19, 24:9, 27:21, 28:16, 40:25
**agreeable** [2] - 24:20, 24:21
**agreed** [12] - 11:3, 11:5, 11:13, 12:21, 15:21, 19:7, 19:17, 19:18, 22:25, 24:5, 31:3
**agreement** [4] - 10:23, 19:9, 29:1, 29:2
**ahead** [2] - 5:21, 29:2
**AIDED** [1] - 4:12
**Aids** [1] - 10:10
**ALL** [1] - 1:8
**alleviate** [1] - 16:21
**alopecia** [1] - 32:3
**altered** [2] - 18:21, 20:25
**alternatives** [1] - 40:18
**ALTON** [1] - 2:20
**Amended** [1] - 27:17
**amended** [1] - 28:17
**amount** [3] - 8:14,

8:15, 34:5
**announce** [1] - 6:23
**answer** [3] - 15:22, 16:6, 38:24
**APPEARANCES** [3] - 1:14, 2:1, 4:1
**appreciate** [4] - 6:21, 13:16, 42:11, 42:13
**appreciation** [1] - 35:7
**approached** [1] - 10:21
**appropriate** [4] - 14:18, 15:23, 28:2, 28:3
**approximation** [1] - 31:8
**April** [2] - 17:4, 30:14
**APRIL** [2] - 1:7, 5:2
**arguing** [1] - 19:11
**articulated** [1] - 8:22
**aside** [1] - 34:18
**assent** [1] - 17:24
**assess** [1] - 17:15
**assume** [2] - 16:5, 31:4
**astonishing** [1] - 11:15
**ATLANTA** [1] - 3:18
**attack** [3] - 36:13, 36:14, 36:15
**attempt** [1] - 20:8
**attendance** [2] - 5:18, 6:23
**authority** [2] - 16:24, 17:24
**aventis** [1] - 32:16
**AVENUE** [2] - 2:8, 3:21
**avenue** [1] - 39:2
**averse** [1] - 24:14
**avoids** [1] - 10:9
**aware** [1] - 31:18
**awhile** [1] - 38:15

| B |
|---|

**B-275** [1] - 4:8
**BACHUS** [2] - 2:22, 2:22
**BACON** [2] - 3:9, 3:12
**Band** [1] - 10:10
**Band-Aids** [1] - 10:10
**BARRIOS** [5] - 1:16, 1:16, 31:1, 31:11, 31:15
**Barrios** [3] - 6:19, 24:10, 27:16
**based** [3] - 19:8, 29:3, 31:8

**BAUDIN** [1] - 1:23
**become** [3] - 27:10, 27:11, 39:24
**BEFORE** [2] - 1:11, 1:12
**begin** [3] - 10:14, 21:16, 26:18
**beginning** [2] - 22:23, 29:25
**behalf** [4] - 7:23, 25:1, 27:13, 32:16
**believes** [1] - 35:3
**bellwether** [8] - 9:2, 18:15, 19:23, 26:14, 26:17, 27:9, 33:10, 34:11
**bellwethers** [2] - 9:3, 35:7
**belong** [1] - 34:20
**Ben** [3] - 33:22, 37:10, 37:22
**benefit** [5] - 14:16, 18:25, 19:1, 19:5, 26:25
**BENJAMIN** [1] - 1:19
**best** [6] - 23:1, 24:6, 39:7, 39:9, 41:22, 42:20
**better** [6] - 14:3, 24:11, 24:12, 24:19, 25:8, 29:16
**between** [2] - 19:9, 42:12
**beyond** [1] - 25:17
**BICKFORD** [1] - 2:15
**big** [4] - 19:13, 21:8, 41:9, 42:13
**bio** [1] - 9:6
**bit** [5] - 8:21, 10:9, 20:8, 29:11, 30:4
**blank** [3] - 26:1, 30:12, 30:22
**blurt** [1] - 29:18
**bolts** [2] - 37:12, 37:14
**borrow** [1] - 40:20
**BOSTON** [1] - 4:4
**BOULEVARD** [3] - 2:4, 2:12, 3:10
**bouncing** [1] - 35:16
**box** [1] - 25:19
**break** [1] - 30:18
**bridge** [1] - 35:12
**briefing** [2] - 14:14, 14:15
**bring** [7] - 7:2, 7:5, 8:23, 22:24, 23:15, 24:4, 24:5
**brings** [1] - 35:4
**broadly** [1] - 10:9

**brought** [3] - 7:2, 7:25, 8:11
**build** [1] - 10:9
**burdensome** [2] - 16:1, 21:3
**business** [3] - 39:4, 39:6, 39:21
**busy** [1] - 30:4
**BY** [18] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:2, 3:5, 3:9, 3:13, 3:17, 3:21, 4:3, 4:11, 4:12

# C

**calendar** [8] - 11:11, 12:13, 16:3, 17:9, 20:24, 21:21, 22:2, 41:18
**calendars** [2] - 12:9, 13:23
**CALIFORNIA** [1] - 2:5
**CALLSEN** [1] - 3:21
**cancer** [3] - 14:7, 39:21
**case** [33] - 10:7, 11:21, 11:23, 11:24, 12:7, 12:19, 12:20, 13:9, 13:12, 14:2, 14:4, 14:5, 14:7, 14:24, 14:25, 16:14, 16:17, 16:18, 18:21, 19:1, 19:2, 20:16, 21:5, 26:21, 30:12, 33:11, 33:21, 38:3, 38:8, 38:23, 39:10, 39:11, 41:5
**CASES** [1] - 1:8
**cases** [18] - 14:10, 14:17, 21:10, 23:22, 25:21, 25:25, 26:5, 30:15, 31:23, 32:25, 33:6, 33:19, 39:5, 39:9, 40:3, 40:20, 41:7
**CASTEIX** [1] - 1:16
**categories** [1] - 27:20
**category** [1] - 35:4
**Cathy** [2] - 42:18, 42:22
**CATHY** [1] - 4:7
**Cathy_Pepper@laed .uscourts.gov** [1] - 42:25
**cathy_Pepper@laed. uscourts.gov** [1] - 4:10
**causation** [1] - 9:5

**caused** [1] - 36:15
**causes** [1] - 20:17
**CCR** [2] - 4:7, 42:22
**celebrating** [1] - 37:8
**census** [4] - 34:17, 34:18, 36:1, 36:3
**CENTOLA** [2] - 2:15, 2:15
**Centrality** [1] - 35:23
**CENTRE** [1] - 3:6
**certain** [3] - 5:20, 26:22, 27:20
**certainly** [6] - 25:4, 32:19, 33:20, 33:22, 35:21, 36:24
**CERTIFICATE** [1] - 42:17
**CERTIFIED** [1] - 4:7
**Certified** [3] - 42:18, 42:18, 42:23
**certify** [1] - 42:20
**CHAFFE** [1] - 3:5
**challenging** [1] - 27:22
**chance** [1] - 39:2
**change** [2] - 15:1, 35:9
**changing** [1] - 24:14
**charity** [1] - 12:5
**chart** [1] - 6:20
**China** [1] - 12:22
**chip** [1] - 21:15
**chosen** [1] - 40:14
**Chris** [3] - 15:5, 30:3, 30:6
**CHRISTOPHER** [1] - 1:24
**CITY** [1] - 3:10
**CIVIL** [1] - 1:6
**claim** [1] - 34:21
**claims** [4] - 24:18, 25:20, 27:3, 29:13
**clean** [3] - 9:18, 36:4, 36:5
**clear** [7] - 7:11, 7:16, 7:19, 8:4, 11:8, 38:14, 41:22
**CLEVELAND** [1] - 3:22
**client** [13] - 8:12, 8:13, 8:18, 9:18, 9:25, 10:2, 10:14, 17:25, 18:18, 33:15, 35:2, 39:7, 39:8
**CLIFTON** [1] - 3:17
**close** [3] - 8:25, 9:16, 9:23
**closes** [1] - 18:13
**COAN** [1] - 4:3
**coffin** [8] - 6:6, 15:11,

17:18, 18:16, 19:25, 22:3, 31:22, 37:6
**COFFIN** [32] - 1:23, 1:24, 7:1, 7:6, 7:9, 10:20, 11:1, 11:3, 11:5, 11:13, 15:3, 15:6, 15:21, 16:4, 16:10, 16:25, 17:2, 17:12, 18:11, 19:6, 19:17, 20:19, 21:7, 21:25, 22:5, 22:16, 23:7, 23:14, 23:17, 24:25, 29:5, 37:7
**COLORADO** [1] - 2:24
**combines** [1] - 24:23
**coming** [4] - 10:23, 26:5, 31:21, 32:24
**COMMITTEE** [2] - 1:16, 3:1
**committee** [5] - 26:9, 33:14, 37:11, 37:23, 37:24
**COMMITTEES** [1] - 1:11
**committees** [3] - 34:9, 38:16, 40:17
**common** [1] - 25:23
**community** [1] - 15:14
**companies** [1] - 39:21
**company** [2] - 9:17, 14:6
**competing** [2] - 22:25, 24:6
**complaint** [1] - 38:24
**complete** [3] - 6:18, 26:11, 27:18
**complex** [1] - 9:5
**complicated** [1] - 17:20
**component** [1] - 38:17
**comprehensive** [1] - 6:9
**COMPUTER** [1] - 4:12
**COMPUTER-AIDED** [1] - 4:12
**conceptually** [1] - 38:16
**concern** [4] - 8:13, 16:21, 27:18, 29:12
**concerning** [1] - 30:12
**concerns** [2] - 20:15, 28:1
**concession** [1] - 21:9
**concluded** [1] - 42:15
**conclusion** [1] - 29:9
**conducting** [1] - 25:17
**confer** [1] - 26:3
**CONFERENCE** [2] - 1:11, 1:11
**conference** [7] - 5:11,

6:22, 20:23, 31:2, 32:21, 41:9, 41:16
**conferences** [1] - 23:2
**conferred** [1] - 7:18
**confused** [1] - 15:3
**CONROY** [1] - 2:18
**consider** [5] - 9:23, 10:22, 23:10, 32:3, 40:18
**considerable** [1] - 9:7
**considerably** [1] - 27:2
**considered** [2] - 12:1, 14:13
**consternation** [1] - 27:25
**contentious** [1] - 41:4
**CONTINENTAL** [1] - 2:4
**continuance** [10] - 7:23, 8:12, 8:17, 8:19, 8:24, 10:25, 11:2, 11:3, 11:17, 11:18
**continue** [10] - 7:13, 18:25, 26:10, 29:6, 30:8, 31:23, 32:4, 32:6, 33:7, 40:5
**continued** [1] - 32:22
**CONTINUED** [2] - 2:1, 4:1
**continuing** [3] - 6:16, 19:1, 26:10
**contribute** [1] - 17:18
**contributing** [1] - 13:18
**convenient** [1] - 15:15
**conversation** [1] - 18:4
**conversations** [7] - 6:3, 23:13, 27:8, 27:9, 30:3, 30:5, 32:22
**cookie** [1] - 38:23
**cookie-cutter** [1] - 38:23
**core** [1] - 38:1
**corollary** [1] - 12:5
**correct** [5] - 18:11, 23:14, 26:20, 35:8, 42:20
**correctly** [1] - 5:21
**correspondence** [1] - 7:10
**costly** [1] - 16:2
**costs** [1] - 24:16
**counsel** [20] - 5:25, 6:11, 10:12, 11:9, 11:19, 12:10, 14:3, 15:10, 19:9, 22:14,

23:5, 25:4, 25:12, 25:15, 27:24, 39:13, 41:11, 42:9, 42:12
**country** [2] - 8:9, 28:1
**couple** [8] - 5:21, 5:25, 10:20, 23:8, 32:1, 32:11, 32:23, 41:10
**course** [4] - 24:14, 28:1, 34:18, 39:22
**Court** [16] - 8:5, 9:8, 12:15, 14:14, 20:8, 22:24, 31:7, 31:18, 31:22, 38:12, 39:1, 42:18, 42:19, 42:19, 42:24, 42:24
**court** [7] - 5:22, 6:20, 6:21, 14:19, 24:17, 40:5, 42:9
**COURT** [57] - 1:1, 2:19, 4:7, 5:6, 5:14, 5:17, 7:4, 7:8, 7:20, 9:20, 10:19, 10:25, 11:2, 11:4, 11:6, 11:14, 15:5, 15:7, 15:25, 16:7, 16:16, 17:1, 17:7, 17:13, 18:6, 18:8, 18:20, 18:25, 19:15, 19:21, 20:3, 20:14, 20:20, 20:22, 21:18, 22:1, 22:11, 22:19, 24:2, 26:8, 28:5, 29:8, 30:9, 31:8, 31:13, 31:16, 32:7, 32:9, 32:12, 34:3, 35:6, 35:15, 37:6, 38:14, 41:17, 42:4, 42:6
**Court's** [4] - 13:2, 20:1, 20:6, 37:11
**courtroom** [1] - 39:16
**cover** [2] - 30:9, 42:2
**create** [2] - 25:20, 38:9
**creating** [1] - 37:13
**creative** [2] - 39:2, 40:13
**creativity** [1] - 38:22
**critical** [3] - 26:23, 28:22, 28:23
**critically** [1] - 35:24
**cross** [1] - 35:12
**crossing** [1] - 42:12
**CRR** [2] - 4:7, 42:22
**CULBERTSON** [1] - 4:3
**current** [1] - 30:11
**cut** [1] - 21:4
**cutoff** [6] - 6:12, 18:2, 18:14, 18:19, 18:20,

31:19
**cutter** [1] - 38:23

# D

**data** [4] - 24:9, 32:3, 38:2, 38:5
**date** [57] - 6:4, 6:10, 7:2, 7:5, 7:6, 7:9, 9:15, 9:20, 9:21, 10:2, 10:3, 10:4, 10:7, 10:21, 11:10, 11:20, 12:3, 12:9, 12:19, 12:25, 13:5, 13:24, 14:23, 14:24, 15:14, 16:1, 16:3, 16:6, 16:24, 17:4, 17:7, 17:8, 17:9, 17:18, 17:22, 17:25, 18:2, 18:6, 18:8, 18:17, 19:4, 19:8, 19:13, 19:15, 19:16, 19:22, 20:3, 20:7, 20:9, 20:18, 21:1, 21:13, 22:1, 22:2
**dates** [16] - 6:12, 10:10, 11:25, 12:24, 13:2, 13:4, 13:13, 13:15, 13:21, 13:23, 14:22, 17:3, 20:25, 32:4, 41:15, 41:17
**daughter** [1] - 32:18
**daughter's** [1] - 37:8
**DAVID** [2] - 1:19, 2:19
**DAWN** [1] - 1:16
**Dawn** [1] - 30:7
**days** [2] - 9:16, 30:14
**DC** [1] - 3:14
**deadline** [9] - 10:16, 19:10, 19:12, 21:6, 21:8, 29:10, 33:1, 33:3, 40:10
**deadlines** [1] - 6:12
**deal** [3] - 30:7, 35:5, 40:11
**dealing** [1] - 26:2
**December** [9] - 9:1, 18:3, 18:9, 18:10, 20:11, 21:5, 21:14, 33:1, 33:3
**decide** [1] - 12:9
**decided** [2] - 20:25, 29:25
**decision** [1] - 37:21
**deed** [1] - 12:4
**defendant** [6] - 14:5, 14:18, 15:7, 28:22, 34:20
**defendant's** [1] -

34:22
**defendants** [3] - 7:17, 13:21, 16:1
**defendants'** [1] - 15:4
**DEFENDANTS'** [1] - 3:1
**defended** [1] - 8:8
**defense** [7] - 8:7, 10:21, 11:18, 19:19, 23:9, 23:23, 38:4
**defense's** [1] - 37:17
**deficiencies** [1] - 25:9
**deficiency** [1] - 22:7
**deficient** [1] - 31:3
**definition** [1] - 27:18
**degree** [2] - 35:10, 36:18
**DEJEAN** [2] - 5:13, 5:15
**DeJean** [1] - 5:13
**deluge** [1] - 13:9
**DENVER** [1] - 2:24
**depositions** [3] - 8:8, 9:24, 39:5
**designed** [1] - 40:2
**desirable** [1] - 39:25
**desire** [1] - 39:16
**desk** [1] - 28:9
**despite** [1] - 34:5
**detail** [1] - 38:7
**devices** [2] - 27:11
**DFS** [2] - 23:20, 23:21
**different** [6] - 10:3, 17:15, 35:4, 36:10, 38:19
**differently** [2] - 24:24, 40:19
**difficult** [2] - 17:5, 38:6
**difficulties** [1] - 8:1
**difficulty** [1] - 33:12
**diligence** [1] - 8:6
**diligently** [1] - 6:17
**diminish** [1] - 36:12
**diminishing** [1] - 28:14
**direction** [1] - 27:17
**disclose** [1] - 30:11
**disclosure** [1] - 35:19
**disclosures** [4] - 25:14, 29:24, 30:1, 36:3
**discovery** [35] - 9:1, 9:16, 9:17, 9:21, 9:23, 10:17, 12:24, 13:1, 13:9, 13:18, 13:19, 16:1, 16:5, 16:12, 16:15, 17:19, 18:3, 18:13, 18:14, 18:19, 18:20, 18:21,

19:21, 21:4, 21:6, 21:14, 25:16, 25:17, 26:5, 26:24, 27:11, 32:5, 32:6, 33:9, 35:20
**discretion** [1] - 11:23
**discuss** [3] - 16:16, 25:5, 38:16
**discussed** [4] - 6:1, 7:15, 11:7, 22:14
**discussing** [1] - 28:3
**discussion** [3] - 18:16, 29:10, 35:18
**discussions** [3] - 27:4, 29:6, 29:19
**dismissal** [1] - 30:15
**dismissing** [1] - 33:19
**disparagement** [1] - 30:6
**dispute** [4] - 39:7, 39:18, 39:20, 40:21
**disputes** [1] - 39:6
**distant** [1] - 14:9
**distinction** [1] - 26:25
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [3] - 42:19, 42:24
**DOCETAXEL** [1] - 1:4
**document** [1] - 9:24
**DOCUMENT** [1] - 1:8
**documents** [4] - 16:11, 16:12, 21:11, 37:5
**dollars** [1] - 37:21
**done** [8] - 10:5, 10:17, 12:10, 13:19, 24:13, 33:9, 40:19, 41:3
**doubt** [1] - 38:2
**Doug** [1] - 13:5
**Douglas** [1] - 25:1
**DOUGLAS** [1] - 3:2
**down** [11] - 15:16, 22:18, 23:10, 23:11, 23:19, 23:24, 26:18, 30:18, 33:5, 34:10, 37:3
**draft** [1] - 5:24
**driving** [1] - 32:23
**drug** [1] - 33:18
**dual** [1] - 38:15

# E

**e-mail** [7] - 6:8, 7:12, 7:19, 8:22, 9:15, 12:21, 13:2
**ears** [1] - 22:11
**EASTERN** [1] - 1:1

**Eastern** [1] - 42:19
**easy** [1] - 17:1
**echo** [1] - 36:25
**efficiencies** [3] - 22:18, 38:6, 38:9
**efficiency** [2] - 22:9, 22:10, 23:22
**efficient** [4] - 24:8, 24:14, 28:4, 29:7
**effort** [3] - 10:4, 26:13, 42:13
**efforts** [1] - 13:18
**either** [8] - 9:5, 10:25, 11:2, 13:24, 17:7, 22:25, 24:22, 39:23
**EL** [1] - 2:5
**eliminating** [1] - 26:4
**ELLIS** [1] - 3:20
**elsewhere** [1] - 40:4
**empirical** [1] - 24:9
**encouraged** [1] - 10:24
**end** [2] - 16:12, 25:3
**ENERGY** [1] - 3:6
**engage** [1] - 37:23
**ENGELHARDT** [1] - 1:12
**enormous** [2] - 8:14, 8:15
**entertain** [2] - 11:9, 19:3
**entire** [1] - 21:8
**entitled** [3] - 14:8, 29:16, 42:21
**equally** [1] - 15:3
**equation** [1] - 34:4
**equitable** [1] - 12:25
**ESI** [3] - 25:14, 26:11, 35:18
**especially** [2] - 13:19, 19:1
**ESQ** [16] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:2, 3:5, 3:9, 3:13, 3:17, 3:21, 4:3
**essence** [1] - 39:6
**essential** [1] - 26:18
**estimate** [1] - 31:10
**Europe** [1] - 8:9
**evaluation** [3] - 34:19, 34:22, 40:15
**examine** [1] - 9:10
**examining** [1] - 39:16
**exchange** [1] - 20:6
**excluding** [1] - 30:15
**exercise** [2] - 24:16, 24:17
**exhibits** [1] - 41:1

**exist** [1] - 34:4
**expect** [2] - 35:12, 40:25
**expectation** [1] - 34:9
**expend** [1] - 24:16
**expense** [2] - 8:15, 10:4
**experience** [5] - 26:16, 28:6, 37:19, 40:18, 40:20
**experiences** [1] - 40:16
**expert** [3] - 19:10, 20:15, 35:10
**experts** [2] - 9:9, 9:10
**expressed** [1] - 16:21
**expression** [1] - 20:6
**extended** [1] - 40:10
**extra** [1] - 13:7
**extremely** [1] - 8:6

# F

**facilitate** [1] - 12:12
**Fact** [6] - 27:1, 27:10, 30:13, 30:16, 30:20, 37:25
**fact** [19] - 8:10, 10:14, 12:21, 12:24, 15:25, 25:13, 25:24, 26:11, 26:22, 28:7, 28:9, 28:16, 28:17, 29:3, 33:8, 35:17, 35:18, 36:2, 36:20
**factors** [1] - 32:23
**fair** [1] - 31:9
**fairness** [1] - 8:2
**faith** [1] - 36:24
**Fallon** [1] - 24:3
**far** [3] - 23:2, 23:17, 25:10
**FDA** [1] - 32:2
**features** [1] - 24:23
**federal** [1] - 17:10
**fees** [1] - 24:16
**feet** [1] - 33:16
**FEMA** [2] - 26:15, 26:20
**few** [1] - 14:12
**field** [1] - 28:12
**fields** [3] - 26:22, 26:23, 28:12
**fiercely** [1] - 35:3
**figure** [2] - 25:20, 36:8
**figures** [1] - 30:11
**file** [4] - 30:25, 31:7, 31:23, 39:11
**filed** [4] - 32:25, 33:18, 33:19, 41:14

filing [4] - 21:10, 33:4, 33:21, 39:8
filings [2] - 34:19, 34:20
fill [3] - 28:21, 34:6, 34:15
filled [1] - 30:24
finality [3] - 9:17, 9:18, 10:17
financial [1] - 36:1
fine [7] - 7:8, 13:7, 13:10, 14:23, 22:12, 28:18, 29:1
finger [1] - 15:5
finished [1] - 32:13
first [13] - 5:21, 7:4, 7:7, 7:12, 9:3, 10:21, 17:18, 22:15, 22:21, 23:3, 23:5, 29:17, 29:18
fit [1] - 11:22
five [1] - 33:12
flat [1] - 20:10
flat-out [1] - 20:10
FLEMING [1] - 2:11
FLOOR [2] - 2:4, 2:8
focusing [1] - 10:18
follows [1] - 30:18
FOR [2] - 1:15, 3:1
forecasted [1] - 25:3
foregoing [1] - 42:20
forgiven [2] - 26:13, 40:10
forth [1] - 34:21
forthcoming [1] - 14:15
forward [3] - 7:16, 9:19, 10:18
four [2] - 9:2, 33:12
frank [1] - 33:25
frankly [3] - 10:22, 21:16, 41:2
Fridays [2] - 41:18, 41:19
FRITCHIE [1] - 3:1
full [1] - 36:19
fully [1] - 13:17
fulsome [1] - 32:20
fun [1] - 39:17
future [3] - 10:10, 10:18, 14:9

**G**

GAINSBURGH [1] - 1:19
general [9] - 16:5, 18:2, 18:21, 19:21, 21:6, 21:14, 31:2,

31:19, 32:21
GENERAL [1] - 1:11
generosity [2] - 13:25, 19:3
GEOFFREY [1] - 4:3
GEORGIA [1] - 3:18
GIBBS [1] - 2:3
Gordon [4] - 32:17, 34:1, 34:17, 37:7
grand [1] - 11:10
GRAND [1] - 3:10
great [4] - 30:7, 35:6, 39:17, 40:16
GREENBURG [1] - 3:16
griping [1] - 22:20
ground [1] - 25:23
GROUP [1] - 2:3
group [1] - 34:23
guarantee [1] - 11:8
guarantees [1] - 6:5
guess [3] - 16:22, 31:11, 40:13

**H**

hair [5] - 33:20, 36:16, 36:18, 36:19
half [1] - 12:10
hand [2] - 42:6, 42:7
handle [1] - 11:23
handled [1] - 24:4
hands [1] - 38:5
HANLY [1] - 2:18
happy [6] - 10:11, 19:24, 21:22, 31:20, 32:3, 37:8
hard [4] - 8:6, 10:23, 33:14, 42:11
hardly [1] - 15:19
HARDY [2] - 3:9, 3:12
Harley [6] - 7:22, 22:17, 23:8, 23:17, 30:5
HARLEY [1] - 3:9
Harley's [1] - 23:23
hash [1] - 6:12
head [1] - 36:19
hear [7] - 11:16, 13:9, 20:24, 21:2, 21:21, 22:15, 22:20
HEARD [1] - 1:12
heard [4] - 20:1, 22:21, 23:4, 23:5
hearing [2] - 16:18, 29:14
hearings [1] - 9:9
heart [3] - 36:13, 36:14, 36:15

heartburn [2] - 20:17
help [1] - 39:24
helpful [5] - 6:20, 12:7, 12:14, 12:15, 37:20
helping [2] - 12:6, 39:22
helps [1] - 40:11
hereafter [1] - 8:10
hereby [1] - 42:19
highly [1] - 15:19
hinders [1] - 16:2
HINSHAW [1] - 4:3
holistic [1] - 9:13
honest [1] - 23:18
honestly [1] - 41:3
honing [1] - 34:10
Honor [38] - 7:1, 7:22, 10:1, 10:6, 10:23, 15:3, 15:22, 17:5, 17:21, 19:6, 19:18, 19:24, 20:13, 20:19, 20:21, 21:12, 21:24, 23:12, 24:25, 25:1, 27:13, 29:20, 29:21, 29:25, 30:11, 30:25, 31:1, 31:11, 31:17, 32:8, 32:15, 32:17, 32:24, 33:15, 34:2, 35:14, 36:21, 41:10
HONORABLE [1] - 1:12
hope [1] - 27:6
horse [2] - 28:19, 40:8
horse-trade [1] - 40:8
horse-trading [1] - 28:19
Hospira [1] - 30:19
housekeeping [1] - 30:10
HOUSTON [1] - 2:13
huge [1] - 34:5
HUNTER [1] - 2:7
hurdle [1] - 35:4
hybrid [1] - 28:10

**I**

ID [3] - 6:16, 22:6, 33:7
idea [2] - 15:23, 19:4
identified [1] - 27:3
identifies [1] - 30:20
identify [9] - 5:22, 22:24, 24:4, 26:22, 30:19, 30:22, 34:12
ILLINOIS [1] - 2:20
imperative [1] - 19:12
implication [1] - 33:2

importance [3] - 8:13, 18:7, 26:23
important [10] - 9:25, 18:1, 18:18, 25:16, 27:21, 28:8, 34:2, 35:21, 35:25, 36:20
importantly [1] - 22:6
impossible [1] - 33:23
impression [1] - 9:3
improve [1] - 25:8
IN [1] - 1:4
inclined [1] - 11:10
included [1] - 23:15
including [1] - 40:4
indicate [2] - 5:8, 5:23
indicated [1] - 19:7
indicates [1] - 17:10
indicating [1] - 15:13
individual [1] - 27:25
information [20] - 12:12, 25:25, 26:14, 26:22, 26:23, 27:20, 27:21, 27:22, 28:12, 28:13, 28:24, 33:17, 34:16, 36:6, 36:23, 38:11, 38:13, 40:2, 40:8
initial [1] - 23:7
initialling [1] - 5:9
injury [1] - 36:11
insignificant [1] - 28:13
instructed [1] - 33:15
instruction [1] - 37:12
instructions [1] - 20:1
insufficient [1] - 26:2
insulted [1] - 20:5
intelligent [1] - 15:19
interest [3] - 15:14, 28:15, 39:8
interested [1] - 42:5
interesting [1] - 39:1
interests [1] - 40:1
involved [5] - 9:2, 23:20, 29:23, 37:19, 40:17
involves [1] - 13:19
IRWIN [1] - 3:1
issue [22] - 6:11, 6:16, 7:1, 7:3, 7:4, 7:5, 7:6, 7:9, 7:23, 16:18, 17:19, 18:18, 21:8, 21:11, 22:4, 22:5, 24:4, 25:3, 25:5, 26:10, 30:10, 41:23
issues [5] - 6:1, 10:20, 29:14, 38:10, 40:7
items [1] - 41:11
itself [1] - 41:16

**J**

January [19] - 7:14, 10:3, 10:6, 10:7, 12:8, 13:4, 13:24, 15:22, 15:23, 17:3, 17:8, 17:23, 17:25, 18:2, 19:15, 20:17, 20:25, 32:25, 33:5
JEZ [1] - 2:11
John [4] - 23:15, 32:10, 32:12, 32:16
JOHN [1] - 3:5
joint [2] - 7:13, 30:23
Joint [1] - 30:12
JON [1] - 3:13
judge [3] - 5:13, 29:12, 42:1
JUDGE [3] - 1:12, 42:3, 42:5
Judge [22] - 5:16, 6:3, 7:25, 9:10, 10:24, 11:14, 11:15, 11:21, 11:22, 13:11, 15:1, 15:18, 16:6, 17:10, 19:8, 19:11, 24:3, 24:13, 27:7, 41:18, 41:23
judge's [1] - 17:10
judges [2] - 6:22, 42:9
JULIE [1] - 3:21
juncture [1] - 26:7
June [2] - 41:16, 41:19

**K**

KANSAS [1] - 3:10
Karen [2] - 31:16, 42:6
KAREN [1] - 2:3
keep [4] - 19:13, 29:12, 32:24, 41:7
Ken [1] - 5:13
kind [2] - 33:25, 36:25
KINGSDORF [1] - 1:16
knowing [1] - 38:7
known/unknown [1] - 34:13
knows [4] - 5:22, 14:24, 33:22, 34:1
KURT [1] - 1:12
KYLE [1] - 2:22

**L**

label [1] - 32:2
lack [1] - 8:6
LAFAYETTE [1] - 2:16

**Lambert** [1] - 27:13
**LAMBERT** [3] - 1:20, 27:13, 29:21
**lane** [1] - 33:15
**lanes** [1] - 33:16
**large** [1] - 35:10
**last** [1] - 31:9
**late** [3] - 13:13, 20:10, 20:11
**LAW** [1] - 2:3
**law** [1] - 39:15
**LAWRENCE** [1] - 2:15
**lawsuit** [2] - 39:8, 39:11
**lawyer** [1] - 39:7
**lawyers** [2] - 27:25, 39:2
**leading** [1] - 20:25
**leagues** [1] - 13:17
**least** [9] - 5:21, 5:25, 26:6, 26:19, 34:11, 34:13, 34:24, 35:7, 40:14
**leaving** [1] - 8:10
**left** [2] - 30:12, 30:21
**legitimate** [1] - 34:21
**less** [4] - 7:16, 27:2, 27:11, 35:12
**letter** [10] - 6:6, 11:4, 11:9, 11:15, 15:9, 15:10, 15:12, 15:13, 15:16, 17:3
**LEXINGTON** [1] - 2:8
**liability** [5] - 16:5, 18:3, 21:14, 31:19, 35:8
**LIABILITY** [1] - 1:5
**liaison** [9] - 5:25, 6:11, 12:10, 14:3, 25:4, 25:12, 25:15, 26:9, 41:11
**lie** [1] - 40:1
**light** [1] - 33:13
**likewise** [2] - 28:22, 34:22
**limitations** [1] - 33:2
**limited** [1] - 6:13
**line** [3] - 7:12, 28:15, 42:10
**listen** [1] - 25:5
**litigating** [1] - 39:5
**litigation** [7] - 8:7, 29:24, 36:23, 38:11, 40:21, 41:4, 41:6
**LITIGATION** [1] - 1:5
**live** [2] - 19:22, 21:15
**living** [2] - 19:22, 20:3
**London** [1] - 8:9
**look** [9] - 10:8, 11:4, 22:20, 23:3, 23:4,

33:5, 33:8, 33:9, 38:20
**Look** [1] - 21:12
**looked** [2] - 5:24, 40:15
**looking** [3] - 8:17, 8:25, 10:13
**loss** [3] - 33:20, 36:16, 36:18
**Louisiana** [2] - 42:19, 42:19
**LOUISIANA** [9] - 1:1, 1:6, 1:17, 1:21, 1:25, 2:16, 3:3, 3:7, 4:9

**M**

**MA** [1] - 4:4
**machine** [1] - 37:13
**Magistrate** [7] - 6:3, 8:11, 10:24, 11:6, 12:6, 19:8, 19:11
**magistrate** [1] - 15:8
**mail** [7] - 6:8, 7:12, 7:19, 8:22, 9:15, 12:21, 13:2
**MAIN** [1] - 3:21
**maintain** [1] - 16:8
**major** [1] - 21:11
**managing** [1] - 25:9
**manufacturer** [1] - 30:21
**map** [1] - 12:16
**marriage** [1] - 37:9
**married** [1] - 32:18
**marshalling** [1] - 29:13
**MARTZELL** [1] - 2:15
**MASTER** [2] - 5:13, 5:15
**matter** [4] - 13:8, 14:4, 23:7, 42:21
**matters** [1] - 9:3
**MCCALL** [1] - 3:5
**MDL** [26] - 22:8, 22:23, 24:3, 24:17, 25:19, 25:24, 26:12, 26:15, 26:19, 26:20, 27:4, 27:5, 28:15, 29:13, 30:16, 35:23, 36:11, 38:6, 38:8, 38:9, 38:18, 38:20, 39:1, 39:19, 41:4, 41:6
**MDLs** [5] - 16:13, 26:16, 36:11, 37:20, 40:16
**mean** [6] - 14:5, 16:11, 16:15, 20:22, 28:8, 38:19

**means** [1] - 24:21
**meant** [1] - 17:6
**meantime** [1] - 6:2
**MECHANICAL** [1] - 4:11
**mechanism** [1] - 35:20
**mechanisms** [1] - 25:8
**medium** [3] - 21:22, 21:23
**meet** [4] - 8:2, 26:3, 36:24, 42:8
**meeting** [5] - 25:4, 25:12, 25:15, 26:10, 41:12
**meetings** [1] - 22:20
**mentioned** [9] - 13:22, 24:10, 25:7, 25:12, 25:15, 25:24, 26:9, 30:2, 31:22
**mentioning** [1] - 35:2
**MENZIES** [3] - 2:3, 31:17, 32:8
**mere** [1] - 15:11
**Merit** [2] - 42:18, 42:23
**MERIT** [1] - 4:8
**merit** [1] - 37:1
**MERRELL** [1] - 3:17
**message** [2] - 10:1, 15:8
**met** [4] - 5:24, 5:25, 6:2, 7:17
**MEUNIER** [1] - 1:20
**MICELI** [1] - 2:19
**Milazzo** [10] - 9:10, 11:14, 11:21, 11:22, 13:11, 15:1, 24:13, 27:7, 41:23, 42:1
**MILAZZO** [2] - 42:3, 42:5
**Milazzo's** [2] - 17:10, 41:18
**mine** [2] - 17:10, 17:13
**MISSOURI** [1] - 3:10
**mistaken** [1] - 19:2
**modifications** [2] - 25:22, 29:24
**Monday** [1] - 41:21
**money** [1] - 8:14
**Moore** [5] - 25:1, 26:24, 27:15, 31:1, 36:25
**MOORE** [6] - 3:1, 3:2, 25:1, 29:19, 29:22, 30:10
**morning** [5] - 5:14,

6:19, 13:6, 24:10, 32:15
**most** [5] - 16:13, 18:1, 18:18, 22:6, 39:10
**motion** [6] - 7:13, 9:1, 14:13, 16:2, 35:11, 41:13
**motions** [5] - 9:4, 9:5, 38:24
**move** [16] - 7:17, 9:20, 10:10, 10:16, 11:10, 12:23, 12:25, 13:2, 13:4, 15:25, 16:3, 16:7, 16:8, 19:8, 19:23, 20:7
**moved** [4] - 7:16, 8:20, 15:15, 18:12
**moving** [8] - 9:18, 9:23, 10:21, 19:4, 19:23, 20:16, 21:8, 29:13
**MR** [57] - 7:1, 7:6, 7:9, 7:22, 9:22, 10:20, 11:1, 11:3, 11:5, 11:13, 15:3, 15:6, 15:21, 16:4, 16:10, 16:25, 17:2, 17:12, 17:21, 18:7, 18:10, 18:11, 18:12, 18:23, 19:6, 19:17, 19:24, 20:13, 20:19, 20:21, 21:7, 21:24, 21:25, 22:5, 22:16, 23:7, 23:12, 23:14, 23:16, 23:17, 24:25, 25:1, 27:13, 29:5, 29:19, 29:21, 29:22, 30:2, 30:10, 32:11, 32:15, 35:1, 35:13, 35:14, 35:16, 37:7, 41:10
**MS** [5] - 31:1, 31:11, 31:15, 31:17, 32:8
**multiple** [1] - 16:14
**must** [2] - 22:24, 24:4

**N**

**name** [3] - 5:7, 5:9, 5:20
**NAPOLI** [1] - 2:7
**narrow** [1] - 26:18
**nature** [3] - 26:24, 36:11, 36:12
**naught** [1] - 12:18
**NE** [1] - 3:18
**nearly** [1] - 33:23
**need** [24] - 5:15, 10:10, 13:10, 15:11, 15:12, 16:12, 16:14,

16:16, 16:17, 16:20, 20:25, 22:10, 22:18, 26:10, 26:13, 28:20, 29:22, 32:5, 37:21, 38:2, 41:1, 41:2
**needed** [4] - 6:10, 17:5, 30:1, 38:17
**needs** [1] - 12:9
**negative** [1] - 13:13
**negotiate** [1] - 40:22
**negotiating** [3] - 31:24, 32:2, 40:24
**negotiations** [1] - 40:23
**never** [1] - 12:11
**NEW** [10] - 1:6, 1:17, 1:21, 1:25, 2:9, 2:16, 3:3, 3:7, 4:9
**new** [6] - 12:3, 12:8, 15:14, 19:15, 32:24, 32:25
**next** [3] - 8:9, 11:11, 17:17
**NO** [1] - 1:6
**NOLEN** [2] - 2:11, 2:11
**North** [11] - 6:3, 7:25, 8:11, 10:24, 11:6, 11:15, 12:6, 15:18, 19:8, 19:11
**not-so-distant** [1] - 14:9
**nothing** [3] - 32:24, 35:12, 39:23
**notwithstanding** [1] - 42:12
**number** [2] - 28:21, 31:6
**Number** [2] - 10:20, 30:12
**numbered** [1] - 42:21
**numbers** [4] - 30:24, 31:3, 31:5, 31:7
**nuts** [2] - 37:12, 37:14
**NW** [1] - 3:13

**O**

**o'clock** [2] - 5:11, 6:22
**OAK** [1] - 2:12
**observer** [1] - 42:5
**observing** [1] - 42:3
**obtaining** [1] - 38:12
**obviously** [3] - 10:6, 29:22, 37:16
**occasions** [1] - 22:16
**occurs** [1] - 26:16
**October** [1] - 17:14
**OF** [2] - 1:1, 1:11

**Official** [2] - 42:19, 42:24
**OFFICIAL** [1] - 4:7
**OH** [1] - 3:22
**old** [2] - 12:4, 34:12
**Olinde** [2] - 27:15, 29:22
**OLINDE** [6] - 3:5, 23:12, 23:16, 30:2, 32:11, 41:10
**once** [2] - 24:13, 34:16
**ONE** [1] - 2:19
**one** [16] - 7:4, 8:4, 8:12, 9:2, 10:16, 11:10, 13:5, 17:16, 22:25, 24:22, 31:18, 33:11, 35:14, 36:10, 41:11, 41:12
**ones** [2] - 36:8
**opponent** [2] - 41:5, 41:6
**opportunity** [4] - 10:8, 21:4, 38:20, 38:21
**opposed** [1] - 26:6
**opposing** [2] - 22:14, 39:13
**option** [1] - 10:16
**options** [1] - 17:16
**order** [5] - 12:12, 20:1, 20:4, 27:2, 38:2
**orders** [2] - 10:6, 27:23
**originally** [2] - 13:12, 20:10
**ORLEANS** [8] - 1:6, 1:17, 1:21, 1:25, 2:16, 3:3, 3:7, 4:9
**others/**
**miscellaneous** [1] - 30:22
**otherwise** [3] - 11:25, 17:11, 18:18
**ourselves** [1] - 8:21
**outset** [4] - 24:2, 28:9, 36:22, 40:14
**outside** [1] - 5:10

**P**

**Palmer** [3] - 26:20, 27:13, 30:7
**PALMER** [1] - 1:20
**paramount** [2] - 18:7, 35:21
**part** [4] - 23:13, 26:19, 28:16, 30:2
**parties** [7] - 7:12, 8:5, 14:5, 24:18, 26:18, 29:15

**partner** [2] - 41:5, 41:7
**parts** [1] - 38:17
**pay** [1] - 35:22
**pen** [2] - 16:24, 17:10
**pending** [3] - 6:1, 6:20, 30:15
**PENDLEY** [1] - 1:23
**people** [6] - 13:17, 14:4, 14:6, 39:22, 39:24, 40:17
**Pepper** [3] - 42:18, 42:22, 42:22
**PEPPER** [1] - 4:7
**percent** [1] - 33:6
**perceptive** [1] - 15:18
**perfect** [1] - 20:20
**perhaps** [2] - 33:11, 40:19
**permanent** [2] - 36:16, 36:17
**persistent** [1] - 36:17
**person** [1] - 15:19
**perspective** [2] - 7:3, 7:10
**PFS** [3] - 22:5, 23:20, 40:9
**PFSs** [1] - 26:1
**phone** [4] - 6:22, 6:24, 16:20, 32:23
**photographs** [1] - 27:19
**pick** [3] - 16:20, 24:22, 40:17
**piece** [2] - 38:4, 41:6
**pieces** [3] - 34:10, 38:2, 40:21
**PIEDMONT** [1] - 3:18
**place** [2] - 38:12, 41:2
**plaintiff** [3] - 27:25, 34:23, 38:7
**Plaintiff** [6] - 27:1, 27:10, 30:13, 30:16, 30:20, 37:25
**plaintiff's** [1] - 28:23
**plaintiffs** [28] - 7:24, 9:14, 10:20, 14:7, 14:17, 18:15, 21:10, 25:16, 25:18, 27:14, 28:21, 30:16, 31:3, 31:21, 31:23, 32:5, 33:18, 33:19, 34:23, 35:21, 35:22, 36:1, 36:7, 37:3, 39:12, 39:20, 41:13
**PLAINTIFFS'** [1] - 1:15
**plaintiffs'** [7] - 7:3, 7:10, 10:12, 13:1, 23:5, 26:11, 37:15
**play** [1] - 32:24
**plus** [1] - 8:8

**podium** [1] - 39:16
**point** [16] - 8:20, 14:8, 26:12, 26:15, 27:5, 27:8, 27:10, 29:23, 33:24, 34:10, 35:5, 35:14, 36:23, 37:3, 41:3, 42:3
**pointing** [1] - 15:5
**pool** [1] - 41:13
**portions** [1] - 30:23
**position** [6] - 8:21, 15:4, 20:2, 33:22, 33:24, 37:17
**possible** [1] - 18:17
**possibly** [2] - 16:11, 38:5
**POST** [1] - 2:12
**POYDRAS** [6] - 1:17, 1:21, 1:24, 3:2, 3:6, 4:8
**practice** [4] - 9:2, 14:13, 16:2, 35:11
**precisely** [1] - 29:5
**prerogative** [2] - 13:2, 16:8
**presence** [1] - 5:9
**present** [2] - 10:1, 24:22
**presented** [2] - 7:16, 41:7
**presiding** [2] - 27:7, 29:12
**presumably** [1] - 39:22
**pretty** [5] - 6:18, 11:7, 15:18, 26:6, 38:14
**primarily** [1] - 32:23
**primary** [1] - 33:18
**prism** [1] - 15:17
**problem** [8] - 12:24, 16:10, 19:6, 19:13, 22:17, 22:24, 23:1, 33:7
**problems** [1] - 26:1
**procedural** [1] - 11:24
**PROCEEDINGS** [3] - 1:11, 4:11, 5:1
**proceedings** [2] - 42:14, 42:21
**process** [17] - 22:6, 22:7, 22:10, 24:11, 25:7, 25:25, 26:3, 26:4, 26:19, 28:4, 28:6, 28:19, 33:10, 36:20, 37:1, 41:1
**PRODUCED** [1] - 4:12
**product** [7] - 6:16, 14:20, 22:6, 33:6, 33:7, 35:3, 35:10
**productions** [1] - 9:24

**products** [1] - 39:24
**PRODUCTS** [1] - 1:4
**profit** [1] - 39:24
**profiting** [1] - 39:22
**progress** [1] - 30:17
**promise** [1] - 17:13
**promised** [3] - 14:14, 14:15, 35:11
**promising** [1] - 37:4
**promoting** [2] - 22:9, 23:21
**proposal** [5] - 10:12, 10:13, 25:11, 25:13, 26:9
**proposed** [6] - 9:14, 20:10, 22:25, 23:1, 23:6, 24:5
**prosecution** [1] - 8:7
**proud** [1] - 39:10
**provide** [1] - 32:19
**providing** [1] - 25:25
**PSC** [3] - 18:4, 19:25, 35:18
**PTO** [1] - 38:12
**PTO** [7] - 22:6, 26:4, 27:17, 35:18, 36:2, 38:3, 38:9
**pulling** [1] - 34:10
**purpose** [3] - 38:12, 38:13, 38:15
**purposes** [2] - 27:3, 31:22
**push** [1] - 11:11
**put** [15] - 9:7, 10:10, 13:14, 13:23, 28:9, 30:24, 33:21, 36:21, 37:12, 37:14, 37:21, 38:5, 38:12, 40:7, 40:9

**Q**

**quantifiable** [1] - 33:20
**quantified** [1] - 27:3
**quite** [2] - 10:22, 41:3

**R**

**raise** [3] - 22:4, 42:6, 42:7
**raised** [4] - 7:24, 27:19, 29:14
**RAND** [1] - 2:11
**RATLIFF** [14] - 3:9, 7:22, 9:22, 17:21, 18:7, 18:10, 18:12, 18:23, 19:24, 20:13,

20:21, 21:24, 35:14, 35:16
**Ratliff** [13] - 6:6, 7:11, 7:15, 7:20, 7:22, 11:16, 13:22, 15:12, 16:21, 17:17, 22:17, 27:19, 29:6
**RE** [1] - 1:4
**reach** [2] - 38:6, 40:2
**reached** [1] - 25:24
**reaction** [1] - 13:13
**read** [2] - 7:11, 17:3
**ready** [6] - 8:15, 10:7, 12:20, 17:23, 25:22, 37:17
**real** [2] - 19:1, 19:4
**reality** [3] - 34:18, 34:19, 38:1
**realized** [1] - 28:13
**really** [13] - 6:17, 10:3, 11:17, 19:2, 28:20, 28:21, 28:23, 35:19, 36:3, 37:16, 37:17, 38:6
**REALTIME** [1] - 4:7
**Realtime** [2] - 42:18, 42:23
**reason** [2] - 12:14, 38:20
**reasonably** [1] - 34:23
**reasoned** [1] - 8:1
**reasons** [1] - 25:17
**received** [2] - 6:8, 10:12
**receiving** [1] - 9:14
**recently** [1] - 39:10
**record** [4] - 5:17, 5:20, 9:18, 42:20
**RECORDED** [1] - 4:11
**redo** [2] - 9:4, 28:17
**regard** [3] - 31:20, 37:25, 41:8
**regarding** [6] - 6:4, 6:11, 6:15, 30:5, 32:3, 33:17
**REGISTERED** [1] - 4:8
**Registered** [1] - 42:18
**registered** [1] - 42:23
**regulatory** [1] - 9:6
**rejected** [1] - 20:10
**related** [3] - 9:5, 9:6
**RELATES** [1] - 1:8
**relates** [3] - 18:15, 35:17, 36:7
**relay** [1] - 34:2
**relief** [7] - 14:8, 19:12, 19:16, 19:21, 20:4, 20:15, 29:15
**reluctance** [1] - 6:4
**reluctantly** [1] - 12:21

**remains** [1] - 13:2
**remand** [1] - 14:17
**remanded** [1] - 40:4
**remind** [2] - 5:19, 6:22
**reminded** [1] - 12:3
**replacement** [1] - 41:12
**report** [9] - 5:24, 6:15, 6:18, 20:16, 30:23, 30:25, 31:5, 31:7, 31:14
**Report** [1] - 30:12
**REPORTER** [3] - 4:7, 4:7, 4:8
**Reporter** [7] - 42:18, 42:18, 42:19, 42:23, 42:23, 42:24
**reporter** [1] - 5:22
**REPORTER'S** [1] - 42:17
**reporting** [1] - 32:20
**reports** [1] - 35:23
**represented** [1] - 39:12
**required** [1] - 30:24
**rescheduling** [1] - 6:10
**resolution** [1] - 22:19, 23:22, 27:6, 36:1, 38:1, 38:7, 38:11, 38:13, 39:13, 40:3, 40:21
**resolutions** [1] - 25:20
**resolve** [10] - 9:8, 14:11, 27:4, 38:3, 39:6, 39:7, 39:20, 40:7
**resolved** [2] - 24:18, 38:18
**resolving** [2] - 26:19, 39:17
**resources** [1] - 13:22
**responding** [1] - 21:4
**response** [1] - 6:8
**responsibility** [2] - 25:19, 25:21
**rest** [1] - 19:25
**result** [1] - 8:23
**results** [3] - 14:12, 26:17, 27:9
**return** [1] - 28:14
**review** [1] - 10:14
**reviewed** [1] - 28:7
**revisit** [1] - 28:25
**rework** [2] - 22:10, 22:12
**RMR** [2] - 4:7, 42:22
**road** [2] - 12:16, 37:3
**ROAD** [1] - 3:18
**rolled** [1] - 29:2

**room** [1] - 42:8
**ROOM** [1] - 4:8
**Rule** [1] - 38:24
**ruling** [2] - 16:23, 29:14
**rulings** [1] - 14:13
**run** [1] - 35:23

**S**

**s/Cathy** [1] - 42:22
**sadly** [1] - 19:2
**Sandoz** [1] - 30:19
**Sanofi** [11] - 7:23, 7:24, 9:1, 9:16, 9:23, 25:2, 30:18, 31:4, 31:20, 31:23, 31:24
**sanofi** [1] - 32:16
**sanofi-aventis** [1] - 32:16
**satisfying** [2] - 39:14, 39:18
**saw** [4] - 8:18, 15:17, 20:8, 21:9
**SCHANKER** [1] - 2:22
**schedule** [9] - 6:13, 7:17, 8:3, 8:23, 9:12, 9:15, 10:9, 13:14
**school** [1] - 39:15
**second** [5] - 8:19, 8:23, 20:7, 41:13, 41:15
**see** [11] - 11:6, 17:20, 20:14, 20:22, 21:17, 21:18, 25:23, 33:10, 34:15, 35:23, 40:8
**seeing** [1] - 8:1
**sees** [1] - 11:22
**sell** [1] - 14:20
**send** [2] - 6:6, 12:21
**sense** [1] - 9:13
**sent** [1] - 10:14
**separate** [1] - 38:10
**separating** [1] - 33:11
**September** [7] - 7:13, 10:2, 10:3, 12:19, 12:20, 14:23, 14:24, 14:25, 17:8, 17:23, 18:22, 19:13, 20:16, 20:18, 21:13, 22:1, 22:2
**serious** [1] - 27:9
**served** [1] - 30:16
**set** [1] - 21:13
**settlement** [8] - 33:14, 33:24, 34:4, 34:9, 34:24, 37:18, 38:16, 40:23
**shall** [2] - 7:12, 15:7

**shareholders** [1] - 14:6
**Sheet** [1] - 27:1
**sheet** [9] - 5:6, 5:7, 5:8, 5:10, 25:24, 28:9, 28:16, 28:17, 36:20
**sheets** [9] - 25:14, 26:11, 26:22, 28:7, 29:3, 33:8, 35:17, 35:18, 36:2
**Sheets** [1] - 27:10, 30:13, 30:17, 30:20, 37:25
**shift** [1] - 12:12
**SHKOLNIK** [2] - 2:7, 2:7
**SHOOK** [2] - 3:9, 3:12
**short** [2] - 20:1, 21:16
**shortly** [1] - 8:10
**show** [3] - 24:11, 25:7, 27:22
**show-cause** [2] - 25:7, 27:22
**side** [14] - 13:18, 19:6, 22:22, 25:5, 26:11, 28:23, 29:8, 30:1, 31:23, 34:14, 36:2, 36:3, 37:5, 37:15
**sides** [11] - 8:2, 14:4, 15:9, 15:16, 22:21, 28:3, 28:7, 28:10, 29:7, 38:2, 40:12
**sign** [6] - 5:6, 5:7, 5:8, 5:12, 5:15
**sign-in** [3] - 5:6, 5:7, 5:8
**signed** [3] - 6:6, 15:10, 15:16
**significant** [1] - 9:5
**signing** [1] - 5:9
**similar** [1] - 18:14
**SIMMONS** [1] - 2:18
**simple** [1] - 11:12
**simultaneously** [5] - 15:6, 15:24, 18:5, 18:24, 19:14
**single** [1] - 38:7
**sit** [7] - 11:15, 13:11, 18:8, 22:18, 23:9, 23:19, 38:21
**sitting** [2] - 23:11, 23:24
**situation** [2] - 33:13, 36:13
**sleeves** [1] - 29:3
**slightly** [1] - 32:19
**slot** [3] - 11:10, 11:11, 36:7
**slotting** [1] - 37:2

**slow** [1] - 33:4
**small** [1] - 13:8
**solution** [6] - 12:25, 22:25, 23:6, 23:17, 23:19, 24:5
**solutions** [5] - 23:1, 23:25, 24:3, 24:6, 25:6
**someone** [2] - 36:13, 36:18
**somewhat** [1] - 27:16
**somewhere** [1] - 37:3
**soon** [2] - 18:17, 28:2
**sooner** [1] - 14:3
**sorry** [3] - 11:1, 31:12, 37:7
**sort** [5] - 6:23, 9:4, 9:13, 21:23, 36:6
**sounds** [3] - 11:12, 19:1, 19:4
**speaker** [1] - 5:23
**speaking** [5] - 15:6, 15:23, 18:5, 18:23, 19:14
**SPECIAL** [2] - 5:13, 5:15
**specific** [4] - 12:11, 22:13, 26:8, 31:6
**specifically** [1] - 13:1
**spending** [2] - 8:14, 13:22
**spinning** [1] - 12:2
**spoken** [2] - 22:16, 27:15
**stand** [2] - 7:18, 17:17
**standpoint** [1] - 17:5
**start** [4] - 6:25, 8:17, 28:3, 37:2
**started** [4] - 8:25, 10:13, 27:16, 34:8
**State** [1] - 42:18
**state** [5] - 6:20, 6:21, 30:21, 40:4, 42:9
**STATE** [1] - 4:4
**STATES** [2] - 1:1, 1:12
**States** [2] - 42:19, 42:24
**stats** [1] - 9:6
**STATUS** [2] - 1:11, 1:11
**status** [2] - 5:11, 31:2
**statute** [1] - 33:2
**stay** [1] - 33:14
**STEERING** [3] - 1:11, 1:16, 3:1
**STENOGRAPHY** [1] - 4:11
**step** [1] - 5:10
**stick** [2] - 11:20, 14:23
**still** [9] - 16:11, 19:22,

21:5, 21:10, 26:5, 31:24, 32:2, 34:24
**stipulations** [1] - 40:24
**stop** [2] - 15:5, 16:15
**STREET** [11] - 1:17, 1:21, 1:24, 2:16, 2:19, 2:23, 3:2, 3:6, 3:13, 4:4, 4:8
**striving** [1] - 37:16
**Strongman** [4] - 32:12, 32:16, 35:16, 37:23
**STRONGMAN** [4] - 3:13, 32:15, 35:1, 35:13
**structure** [2] - 37:20, 37:22
**stuff** [1] - 24:12
**subject** [1] - 41:18
**submit** [1] - 7:13
**submitted** [2] - 28:11, 29:3
**substantially** [1] - 27:18
**suggested** [1] - 11:19
**suggestion** [1] - 11:8
**SUGUNDO** [1] - 2:5
**SUITE** [8] - 1:17, 1:21, 1:24, 2:12, 2:23, 3:2, 3:14, 3:21
**summarily** [1] - 20:10
**Sun** [1] - 30:20
**support** [1] - 27:9
**supposed** [1] - 22:8
**survivors** [3] - 14:7, 14:8, 39:21
**suspect** [2] - 35:8, 35:9
**swords** [1] - 42:12

**T**

**table** [1] - 40:8
**Taxol** [1] - 33:18
**TAXOTERE** [1] - 1:4
**Taxotere** [1] - 32:2
**taxpayers** [1] - 14:21
**ten** [2] - 5:10, 6:22
**TERMINUS** [1] - 3:17
**terms** [7] - 6:9, 10:4, 11:25, 26:4, 34:16, 34:24, 40:15
**testimony** [2] - 31:25, 35:10
**TEXAS** [1] - 2:13
**THE** [58] - 1:11, 1:12, 1:15, 3:1, 5:6, 5:14, 5:17, 7:4, 7:8, 7:20,

9:20, 10:19, 10:25,
11:2, 11:4, 11:6,
11:14, 15:5, 15:7,
15:25, 16:7, 16:16,
17:1, 17:7, 17:13,
18:6, 18:8, 18:20,
18:25, 19:15, 19:21,
20:3, 20:14, 20:20,
20:22, 21:18, 22:1,
22:11, 22:19, 24:2,
26:8, 28:5, 29:8,
30:9, 31:8, 31:13,
31:16, 32:7, 32:9,
32:12, 34:3, 35:6,
35:15, 37:6, 38:14,
41:17, 42:4, 42:6
**they've** [2] - 22:21,
23:4
**thinking** [4] - 33:4,
37:2, 41:16, 41:19
**third** [1] - 24:23
**THIS** [1] - 1:8
**thoughts** [1] - 17:18
**thousand** [2] - 32:25,
33:6
**thousands** [1] - 33:5
**three** [6] - 13:6, 13:7,
13:8, 13:10, 26:17,
41:18
**throw** [1] - 29:9
**tight** [1] - 19:10
**TO** [1] - 1:8
**today** [5] - 6:11, 6:22,
18:8, 32:17, 42:12
**together** [22] - 9:7,
12:9, 13:3, 13:23,
14:22, 16:3, 16:17,
16:23, 20:14, 22:11,
23:20, 24:19, 24:20,
29:17, 34:10, 36:21,
37:12, 37:14, 37:20,
40:22, 40:25
**tomorrow** [1] - 41:21
**took** [2] - 8:12, 32:1
**tossed** [1] - 41:17
**totally** [1] - 15:22
**trade** [1] - 40:8
**trading** [1] - 28:19
**Trailer** [2] - 26:15,
26:20
**TRANSCRIPT** [2] -
1:11, 4:11
**transcript** [1] - 42:20
**TRANSCRIPTION** [1] -
4:12
**transient** [1] - 36:12
**TRAURIG** [1] - 3:16
**travel** [1] - 13:19
**trial** [43] - 6:4, 6:10,
7:2, 7:5, 7:6, 7:9,

7:13, 8:16, 9:15,
10:2, 10:3, 10:4,
10:7, 10:21, 11:10,
11:20, 12:3, 12:8,
13:13, 15:14, 16:14,
17:7, 17:9, 17:22,
17:25, 18:2, 19:8,
19:15, 20:7, 20:9,
20:18, 21:1, 21:9,
21:13, 25:21, 26:14,
31:21, 32:4, 38:24,
40:25, 41:13
**trials** [1] - 10:18
**tried** [4] - 14:2, 18:21,
40:4, 40:17
**true** [1] - 42:20
**truly** [2] - 26:18, 28:8
**try** [11] - 8:20, 10:7,
12:20, 14:10, 14:12,
14:25, 16:16, 16:18,
21:22, 23:25, 41:7
**trying** [7] - 8:2, 9:12,
12:3, 21:15, 37:23,
38:13, 40:3
**TUCKER** [1] - 3:20
**twice** [1] - 24:13
**two** [8] - 17:16, 20:15,
22:16, 24:5, 26:17,
30:14, 37:5, 38:10
**type** [3] - 29:10, 35:25,
38:23

## U

**ultimately** [3] - 20:9,
24:18, 29:15
**under** [4] - 16:23,
19:22, 25:21
**understood** [6] -
16:25, 17:12, 20:13,
20:21, 21:24, 34:8
**underway** [1] - 34:17
**unfortunately** [1] -
33:16
**United** [2] - 42:19,
42:24
**UNITED** [2] - 1:1, 1:12
**universe** [1] - 35:24
**unknown** [2] - 30:21,
33:6
**unknown/unknowns**
[1] - 34:13
**unless** [1] - 17:9
**unpunished** [1] - 12:4
**unresented** [1] - 12:5
**unwilling** [1] - 17:2
**up** [36] - 7:2, 7:5, 8:11,
9:20, 9:21, 10:16,
11:21, 12:25, 13:3,

13:4, 13:6, 13:11,
13:20, 14:22, 15:25,
16:3, 16:7, 16:9,
16:20, 18:12, 20:25,
21:22, 24:21, 24:23,
27:1, 28:9, 29:2,
30:6, 31:21, 32:14,
36:4, 36:5, 38:24,
40:11, 41:3
**uploads** [1] - 26:2
**upwards** [1] - 8:8
**URQUHART** [1] - 3:1

## V

**valuable** [1] - 37:5
**value** [3] - 35:3, 36:8,
36:9
**variables** [6] - 34:3,
34:6, 34:12, 34:25,
36:5
**verify** [1] - 36:14
**versus** [1] - 36:8
**via** [1] - 6:24
**view** [1] - 9:13
**views** [1] - 10:2
**volume** [1] - 30:13
**voluminous** [1] -
14:15
**voluntarily** [1] - 30:15

## W

**wants** [5] - 6:25, 15:1,
29:9, 38:4, 40:10
**WARSHAUER** [1] -
1:20
**WASHINGTON** [1] -
3:14
**ways** [6] - 24:8, 25:8,
25:20, 33:4, 38:19,
40:7
**WEDNESDAY** [2] -
1:7, 5:2
**week** [2] - 8:10, 13:6
**weekend** [1] - 32:18
**weeks** [5] - 5:25, 13:7,
13:8, 13:10, 32:1
**well-reasoned** [1] -
8:1
**wheels** [1] - 12:2
**WHEREUPON** [1] -
42:14
**whichever** [1] - 14:18
**whip** [1] - 20:8
**whip-saw** [1] - 20:8
**whole** [2] - 34:23,
37:13

**willing** [6] - 9:22,
15:25, 16:2, 16:22,
21:20, 25:4
**willingness** [1] - 20:7
**winds** [1] - 13:6
**wise** [1] - 11:22
**wisely** [1] - 6:14
**WITH** [1] - 1:11
**witness** [1] - 32:1
**witnesses** [1] - 39:17
**women** [1] - 39:20
**word** [2] - 15:7, 20:6
**workable** [1] - 13:15
**works** [1] - 41:22
**world** [1] - 20:20
**worth** [2] - 33:11, 35:1
**would-be** [1] - 39:12
**written** [4] - 25:16,
25:17, 26:5, 35:20
**WYNKOOP** [1] - 2:23

## Y

**year** [2] - 18:13, 20:11
**years** [1] - 12:11
**yesterday** [1] - 10:13
**YORK** [2] - 2:9
**yourselves** [1] - 5:22