## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT MAG. JUDGE NORTH |
| | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-CV-08760 |
| SHEILA ALEXANDER v. SANOFI S.A., ET AL., Case No. 2:17-cv-08760 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ACTAVIS LLC AND ACTAVIS PHARMA, INC. ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Sheila Alexander's case against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. ONLY is dismissed with prejudice, with each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This dismissal only dismisses Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., and the case against all other Defendants named in Case No. 2:17-cv-08760 shall remain open.

Dated this 8th day of May 2018.

**BACHUS & SCHANKER, LLC**

By: _/s/ J.Christopher Elliott_
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net


*Attorneys for Plaintiff Sheila Alexander*

**ULMER & BERNE LLP**

By:  _/s/ Michael J. Suffern_
Michael J. Suffern, Esq.
Ulmer & Berne LLP
1660 W 2nd St #1100
Cleveland, OH 44113
Telephone: (513) 698-5064
Email: msuffern@ulmer.com


*Attorneys for Defendants Actavis LLC flkla*
*Actavis Inc. and Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*

J. Christopher Elliott