**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>Martha A. Mager v. SANOFI S.A., et al. | Civil Action No.: 2:17-cv-10469 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Martha A. Mager's case be dismissed without prejudice, each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  The reason for this dismissal is to resolve a duplicate filing; Ms.Mager's claims will remain active in case number ESX-L-008637-17, in New Jersey state court.

Dated this 8th day of May 2018.

**GIBBS LAW GROUP LLP**

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
400 Continental Blvd., 6th Floor
El Segundo, CA  90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
     amz@classlawgroup.com

**IRWIN FRITCHIE URQUHART & MOORE**

By:  */s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
     kbrilleaux@irwinllc.com

Harley Ratliff
Adrienne Byard
2555 Grand Blvd.
Kansas City, MO  64108
Email:  hratliff@shb.com
     abyard@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

1

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 8, 2018                              /s/ *Karen Barth Menzies*
                                                 Karen Barth Menzies