BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Mary Larry vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13012 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL BUT SANOFI DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Mary Larry's claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc. be dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| Dated: May 8, 2018 | Respectfully submitted, |
| | GOMEZ TRIAL ATTORNEYS |
| | /s/Lindsay R. Stevens |
| | John H. Gomez (CA Bar # 171485) T.A. |
| | Ahmed S. Diab (CA Bar # 262319) |
| | Lindsay R. Stevens (CA Bar # 256811) |
| | 655 West Broadway, Suite 1700 |
| | San Diego, California 92101 |
| | Telephone: (619) 237-3490 |
| | Facsimile: (619) 237-3496 |
| | *john@thegomezfirm.com* |
| | *adiab@thegomezfirm.com* |
| | *lstevens@thegomezfirm.com* |
| | *Attorneys for Plaintiff* |

2

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc. and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

>*/s/ Lindsay R. Stevens*
>Lindsay R. Stevens (CA Bar # 256811)
>GOMEZ TRIAL ATTORNEYS
>655 West Broadway, Suite 1700
>San Diego, California 92101
>Telephone: (619) 237-3490
>Facsimile: (619) 237-3496
>lstevens@thegomezfirm.com