**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO:                        HON. KURT D. ENGELHARDT
*Tanya Holman vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13809

**<u>STIPULATION OF DISMISSALWITH PREJUDICE
AS TO ALL BUT SANOFI DEFENDANTS</u>**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Tanya Holman's claims against Accord

Healthcare, Inc., Sandoz Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira,

Inc.; Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical

Laboratories Ltd., be dismissed with prejudice, each party to bear its own costs.

Dated: May 8, 2018                  Respectfully submitted,

                                    GOMEZ TRIAL ATTORNEYS

                                     */s/Lindsay R. Stevens*
                                    John H. Gomez (CA Bar # 171485) T.A.
                                    Ahmed S. Diab (CA Bar # 262319)
                                    Lindsay R. Stevens (CA Bar # 256811)
                                    655 West Broadway, Suite 1700
                                    San Diego, California 92101
                                    Telephone: (619) 237-3490
                                    Facsimile: (619) 237-3496
                                    *john@thegomezfirm.com*
                                    *adiab@thegomezfirm.com*
                                    *lstevens@thegomezfirm.com*

                                    *Attorneys for Plaintiff*

/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

/s/Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Defendants Hospira*
*Worldwide, Inc. Hospira, Inc. and Pfizer*
*Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com
