# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT ACCORD HEALTHCARE, INC. AND SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>MANDA STANTON ET AL. v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 2:17-cv-10686 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Manda Stanton and William Stanton's claims against Sanofi S.A.; Aventis Pharma S.A.; Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.; Pfizer Inc.; Teva Pharmaceutical Industries Ltd.; Actavis LLC f/k/a Actavis Inc.; and, Actavis Pharma, Inc., be dismissed with prejudice, each party to bear its own costs.

Dated this 8th day of May 2018.

**LOWE LAW GROUP**

By: */s/ T. Aaron Stringer*
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email:aaron@lowelawgroup.com

*Attorney for Plaintiff(s)*

**IRWIN FRITCHIE URQUHART & MOORE**

By: */s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
      kbrilleaux@irwinllc.com

**SHOOK, HARDY & BACON, L.L.P.**

Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email:  hratliff@shb.com
            kbieri@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S.*
*LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**

By:____/s/ Lori G. Cohen_____
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
Email: cohenl@gtlaw.com
            merrellc@gtlaw.com
            holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
            debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**TUCKER ELLIS LLP**

By:   __/s/ Julie Callsen_____
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
Email: brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare,*
*Inc.*

**QUINN EMANUAL URQUHART &
SULLIVAN, LLP**

By: ___*/s/ Mark S. Cheffo*_____
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@chaffe.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide,
Inc. Hospira, Inc., and Pfizer, Inc.*

By: ___*/s/ Geoffrey M. Coan*_____
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP**
1100 Poydras St., Suite 1700
New Orleans, LA 70163
sshuler @leakeanderson.com
cbordelon@leakeanderson.com
*Attorneys for Defendant Sun Pharmaceutical
Industries, Inc. f/k/a Caraco Pharmaceutical
Laboratories, Ltd.*

**ULMER & BERNE LLP**

By: ___*/s/ Michael J. Suffern*_____

Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800
Cincinnati, OH  45202
Email:  msuffern@ulmer.com
             jpeck@ulmer.com
             jschaefer@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 8, 2018                          /s/ T. Aaron Stringer
                                           T. Aaron Stringer