UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "N" (5)

       JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
   *Tamika Hamelin v. Sanofi-Aventis US, LLC, et al.;*
   *Civil Action No. 2:17-cv-10413*

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Tamika Hamelin on February 26, 2018.

Dated this 9th day of May, 2018.

       **JACKSON ALLEN & WILLIAMS, LLP**

       By:    /s/ John H. "Trey" Allen, III
       John H. Allen, III, Esq. - Trial/Lead Counsel
       tallen@jacksonallenfirm.com
       Jennifer Williams, Esq.
       jwilliams@jacksonallenfirm.com
       3838 Oak Lawn Ave., Suite 1100
       Dallas, Texas 75219
       Telephone: (214) 521-2300
       Facsimile: (214) 452-5637

       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on May 9, 2018, a copy of the above and forgoing has contemporaneously with or before filing been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

            /s/ John H. "Trey" Allen, III
            John H. "Trey" Allen, III