UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*Jean Murphy v. Sanofi-Aventis US, LLC, et al.;*
*Civil Action No. 2:17-cv-14545*

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Jean Murphy on December 9, 2017.

Dated this 9th day of May, 2018.

**JACKSON ALLEN & WILLIAMS, LLP**

By:   /s/ John H. "Trey" Allen, III
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-2300
Facsimile: (214) 452-5637

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 9, 2018, a copy of the above and forgoing has contemporaneously with or before filing been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

              /s/ John H. "Trey" Allen, III
              John H. "Trey" Allen, III