UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: *Cynthia Loyd v. Sanofi S.A., et al.,* Civil Action No. 2:17-cv-15682 _____ | : : : : : | JUDGE KURT D. ENGELHARDT MAG. JUDGE MICHAEL B. NORTH |

**STIPULATION FOR DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff Cynthia Loyd's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. **only**, be dismissed with prejudice, each party to bear its own costs. All claims against Accord Healthcare, Inc. remain pending.

Dated this 9th day of May 2018.


Respectfully submitted,

THE SIMON LAW FIRM, P.C.

By: /s/Amy Collignon Gunn
    John G. Simon
    Amy Collignon Gunn
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    Phone: 314-241-2929
    Fax: 314-241-2029
    jsimon@simonlawpc.com

agunn@simonlawpc.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Douglas J. Moore
    Douglas J. Moore
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Phone: (504) 310-2100
    dmoore@irwinllc.com

**SHOOK, HARDY & BACON LLP**

By: /s/ Kelly Bieri
    Kelly Bieri
    Harley V. Ratliff
    2555 Grand Boulevard,
    Kansas City, MO 64108
    Phone: 816-474-6550
    Fax: 816-421-5547
    kbieri@shb.com
    hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services, Inc.*

**GREENBERG TAURIG, LLP**

By: /s/ R. Clifton Merrell
    R. Clifton Merrell
    Evan Holden
    Terminus 200
    3333 Piedmont Road NE, Suite 2500
    Atlanta, GA 30305
    Phone: 678-553-2100
    holdene@gtlaw.com
    merrellc@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
    Erin M. Bosman
    Julie Y. Park
    12531 High Bluff Dr.
    San Diego, CA 92130-2040
    Phone: 858-720-5100
    Fax: 858-720-5125
    ebosman@mofo.com

juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Services*

**HINSHAW & CULBERTSON LLP**
By: /s/ Geoffrey M. Coan
    Geoffrey M. Coan
    Kathleen E. Kelly
    28 State Street
    Boston, MA 02109
    Phone: 617-213-7000
    Fax: 617-213-7001
    gcoan@hinshawlaw.com
    kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc f/k/a Caraco Laboratories, Ltd.*

**QUINN EMANUEL URQUHARD & SULLIVAN, LLP**
By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: 212-849-7000
Fax: 212-849-7100
markcheffo@quinnemanuel.com
maracusker@quinnemanuel.com
laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.*

**ULMER & BERNE LLP**
By: /s/ Michael J. Suffern
    Michael J. Suffern
    Jeffrey F. Peck
    Jeffrey R. Schaefer
    600 Vine St., Suite 2800
    Cincinnati, OH 45202
    msuffern@ulmer.com
    jpeck@ulmer.com
    jschaefer@ulmer.com

*Attorneys for Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn