BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Mary Larry vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* Case No. 2:17-cv-13012 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses all defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated: May 9, 2018                              Respectfully submitted,

                                                GOMEZ TRIAL ATTORNEYS

                                                 /s/Lindsay R. Stevens
                                                John H. Gomez (CA Bar # 171485) T.A.
                                                Ahmed S. Diab (CA Bar # 262319)
                                                Lindsay R. Stevens (CA Bar # 256811)
                                                655 West Broadway, Suite 1700
                                                San Diego, California 92101
                                                Telephone: (619) 237-3490
                                                Facsimile: (619) 237-3496
                                                *john@thegomezfirm.com*
                                                *adiab@thegomezfirm.com*
                                                *lstevens@thegomezfirm.com*
                                                *Attorneys for Plaintiff*

/s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com
ckaufman@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*


/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com


*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

              */s/ Lindsay R. Stevens*
              Ahmed S. Diab (CA Bar # 262319)
              GOMEZ TRIAL ATTORNEYS
              655 West Broadway, Suite 1700
              San Diego, California 92101
              Telephone: (619) 237-3490
              Facsimile: (619) 237-3496
              adiab@thegomezfirm.com