IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 | |
| ) | | |
| ) | SECTION "N" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | HON. KURT D. ENGELHARDT | |
| *Linda G. Adduci v. Sanofi US Services* ) | | |
| *Inc., et al.; Case No. 2:17-cv-06916* ) | | |
| ) | | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION IN RESPONSE TO SHOW CAUSE ORDER NO. 2**

COMES NOW Plaintiff Linda G. Adduci, in the above-styled action, by and through her undersigned counsel, and respectfully moves the Court to reconsider dismissing her case with prejudice for the reasons stated herein.

Linda G. Adduci (Plaintiff) was late in submitting her Plaintiff's Fact Sheet. Her counsel submitted a response to Show Cause No. 2 indicating they had not been able to get a completed Fact Sheet from Plaintiff despite multiple attempts on December 15, 2017.

In January 2018, Plaintiff contacted counsel regarding completing her obligations for Pre-Trial Order 71. At this time, counsel was able to notify Plaintiff that her Plaintiff's Fact Sheet was overdue. Plaintiff stated she believed she had returned her Plaintiff's Fact Sheet months ago and did not understand why counsel did not have her Plaintiff's Fact Sheet.

Upon further investigation, Plaintiff discovered she had not in fact returned her Plaintiff's Fact Sheet as she had originally thought.  Plaintiff completed her Plaintiff Fact Sheet and sent it to counsel. The Plaintiff Fact Sheet and associated documents were uploaded to MDLCentrality on February 21, 2018.

Plaintiff was listed on Appendix I.7 of Status Report No. 7. On February 27, 2018, counsel notified Plaintiff's Steering Committee that Plaintiff had submitted a Plaintiff Fact Sheet and the Plaintiff's Steering Committee indicated this information was going to be sent to the Defendants on February 28, 2018, to cure the deficiency. On March 1, 2018, Plaintiff Linda G. Adduci was not listed on Show Cause Order No. 3, leading counsel to believe her "No PFS" deficiency was cured.

Plaintiff has also completed her other Court obligations. Product ID per CMO 12 was uploaded on March 6, 2018.  Plaintiff's Pre-Trial Order 71 statement was uploaded on March 22, 2018.  Defendants issued a Deficiency Notice on April 18, 2018. The response to the Deficiency Notice was uploaded on April 27, 2018.

At this time, Plaintiff has completed her Court obligations and asks the Court to be lenient on Plaintiff's original error in believing she had completed and returned a Plaintiff's Fact Sheet.

Dated: May 9, 2018                                     Respectfully Submitted,

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      **SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*