**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **N RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL NO. 2740** |
| | ) | |
| | ) | **SECTION "N" (5)** |
| | ) | |
| | ) | **HON. KURT D. ENGELHARDT** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *Linda G. Adduci v. Sanofi US Services* | ) | |
| *Inc., et al.; Case No. 2:17-cv-06916* | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION IN RESPONSE TO SHOW CAUSE ORDER NO. 2

THE COURT being fully advised on the matter and having reviewed the file and pleadings,

hereby GRANTS Plaintiff's Motion for Reconsideration in the above captioned matter. Any

and all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc and

Sanofi-Aventis U.S. LLC are not dismissed, and this Court's prior Order on April 20, 2018 (Doc.

No. 2302) is amended consistent herewith.

SO ORDERED this_____day of_____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT