# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "N" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | HON. KURT D. ENGELHARDT |
| *Patricia P. Hollis. Sanofi US Services* ) | |
| *Inc., et al.; Case No. 2:17-cv-02354* ) | |
| ) | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION IN RESPONSE TO SHOW CAUSE ORDER NO. 2

COMES NOW Plaintiff Patricia P. Hollis, in the above-styled action, by and through her undersigned counsel, and respectfully moves the Court to reconsider dismissing her case with prejudice for the reasons stated in the attached Memorandum.

Dated: May 9, 2018                                                      Respectfully Submitted,

                                                                                      **SIMMONS HANLY CONROY**

                                                                                      */s/ Holly Nighbert*
                                                                                      Holly Nighbert (IL #6325135)
                                                                                      One Court Street
                                                                                      Alton, IL  62002
                                                                                      Telephone (618) 259-2222
                                                                                      Facsimile (618) 259-2251
                                                                                      Email: hnighbert@simmonsfirm.com
                                                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*