IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 | |
| ) | | |
| ) | SECTION "N" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO:   ) | HON. KURT D. ENGELHARDT | |
| *Patricia P. Hollis v. Sanofi US Services*   ) | | |
| *Inc., et al.; Case No. 2:17-cv-02354*   ) | | |
| ) | | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION IN RESPONSE TO SHOW CAUSE ORDER NO. 2**

COMES NOW Plaintiff Patricia P. Hollis, in the above-styled action, by and through her undersigned counsel, and respectfully moves the Court to reconsider dismissing her case with prejudice for the reasons stated herein.

Patricia P. Hollis (Plaintiff) was late in submitting her Plaintiff's Fact Sheet. Her counsel submitted a response to Show Cause No. 2 indicating they had not been able to get a completed Fact Sheet from Plaintiff despite multiple attempts on December 15, 2017.

In January 2018, Plaintiff contacted counsel regarding completing her obligations for Pre-Trial Order 71. At this time, counsel was able to notify Plaintiff that her Plaintiff's Fact Sheet was overdue. Plaintiff stated she believed she had returned her Plaintiff's Fact Sheet months ago and did not understand why counsel did not have her Plaintiff's Fact Sheet.

Upon further investigation, Plaintiff discovered she had not in fact returned her Plaintiff's Fact Sheet as she had originally thought. Plaintiff suffered a heart attack in approximately May 2017 and in dealing with additional health issues, she forgot to complete and send her Plaintiff Fact Sheet to counsel. When Plaintiff realized her mistake, she requested a new Plaintiff Fact

Sheet, which she completed, and returned it to counsel. The Plaintiff Fact Sheet and associated documents were uploaded to MDLCentrality on February 20, 2018.

Plaintiff was listed on Appendix I.7 of Status Report No. 7. On February 27, 2018, counsel notified Plaintiff's Steering Committee that Plaintiff had submitted a Plaintiff Fact Sheet and the Plaintiff's Steering Committee indicated this information was going to be sent to the Defendants on February 28, 2018, to cure the deficiency. On March 1, 2018, Plaintiff Patricia P. Hollis was listed on Show Cause Order No. 3, but the index of cases (Rec. Doc. No. 1796-1) filed on March 7, 2018 noted Parties agreed that "Response Not Required for Plaintiff", leading counsel to believe her "No PFS" deficiency was cured.

Plaintiff has also completed her other Court obligations. Proof of Use was uploaded on February 16, 2018. Plaintiff's Pre-Trial Order 71 statement was uploaded on March 22, 2018. Defendants issued a Deficiency Notice on April 16, 2018. The response to the Deficiency Notice was uploaded on April 27, 2018.

At this time, Plaintiff has completed her Court obligations and asks the Court to be lenient on Plaintiff's original error made while Plaintiff was undergoing treatment for a heart attack and believed she had completed and returned a Plaintiff's Fact Sheet.

Dated: May 9, 2018                                    Respectfully Submitted,

                                                  **SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                           **SIMMONS HANLY CONROY**

                                           */s/ Holly Nighbert*
                                           Holly Nighbert (IL #6325135)
                                           One Court Street
                                           Alton, IL  62002
                                           Telephone (618) 259-2222
                                           Facsimile (618) 259-2251
                                           Email: hnighbert@simmonsfirm.com
                                           *Attorney for Plaintiff*