Exhibit 1

Home ▾  Fact Sheets ▾  Reporting  Docket Central  Discovery Central  My Account ▾

Back To MDL Centrality

**MDL 2740 - Taxotere**  Search Results

Return to Search Results  Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 1551 | DOB: | 04/18/1966 |
| Name: | BARBARA BICE | Email: | |
| Most Recent PFS Submitted: | 12/15/2017 | | |
| Filing Fee: | Paid | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Unknown | Treated with Generic: | Yes  Comments |
| Drug Name: | Unknown | Unknown Certification: | Yes |
| Treatment Dates: | 05/1/2012 to 09/1/2012 | Docket No.: | 17-00751 |
| Properly Executed Verification of PFS: | N/A | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Bachus & Schanker, LLC |

### Documents

View Documents   Upload                              Vertext Document Payment   Deficiency Response

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| | Proof of Injury - Before & After Photographs - After 3.15.2018 | 03/23/2018 | Remove |
| | Proof of Injury - Before & After Photographs - After 3.15.2018 | 03/23/2018 | Remove |
| | HIPAA Authorization - Corrected Authorizations | 03/13/2018 | Remove |
| | Amended Deficiency Notice | 01/29/2018 | |
| | Second Amended Plaintiff Fact Sheet | 12/15/2017 | |
| | Proof of Injury - Before & After Photographs - After photographs | 12/14/2017 | Remove |
| | Proof of Use - Medical Records - File Corrected | 12/13/2017 | Remove |
| | Medical Records | 12/08/2017 | Remove |
| | Other - SSD | 12/08/2017 | Remove |
| | Other - Social Security Income March 2012 | 12/08/2017 | Remove |
| | Other - Social Security Hearing Documents | 12/08/2017 | Remove |
| | Other - Disability report | 12/08/2017 | Remove |
| | Other - Social Security claims 2012 | 12/08/2017 | Remove |
| | Medical Records | 12/08/2017 | Remove |
| | Proof of Use - Medical Records | 12/08/2017 | Remove |
| | HIPAA Authorization - HIPAA | 12/08/2017 | Remove |
| | Response to Deficiency Notice | 08/14/2017 | |
| | Deficiency Notice | 07/14/2017 | |
| | First Amended Plaintiff Fact Sheet | 06/20/2017 | |

| | Plaintiff Fact Sheet | 06/03/2017 | |
| --- | --- | --- | --- |
| | Proof of Injury - Before & After Photographs | 06/03/2017 | Remove |
| | Other - Supplemental answers for PFS | 05/31/2017 | Remove |
| | Other - Social Security Claims | 05/30/2017 | Remove |
| | Other - Declaration page | 05/30/2017 | Remove |
| | Medical Records | 05/30/2017 | Remove |
| | Medical Records - Surgical Pathology record | 05/30/2017 | Remove |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet      Amend Fact Sheet    PFS Compare

© 2018 BrownGreer PLC. All rights reserved.