UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Valerie Fletcher v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al.*<br>*Civil Action No. 2:17-cv-16953* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Valerie Fletcher's claims against Defendants Actavis Pharma, Inc., and Actavis LLC f/k/a Actavis Inc., *only* be dismissed from the above-captioned case, with prejudice, each party to bear its own costs. Plaintiff's claims against all other Defendants in civil action 2:17-cv-16953 remains active.

Dated this 9th day of May, 2018.                    Respectfully submitted,

*/s/ John C. Thornton*
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*

1

2

*/s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
            kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*


*/s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Tel:    (513) 698-5000
E-mail:  msuffern@ulmer.com
E-mail:  kbeck@ulmer.com

*Counsel for Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 9, 2018

*/s/ John C. Thornton*
John C. Thornton
Andrews & Thornton
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*