UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "N"(5)** |
| | : | **JUDGE ENGELHARDT** |
| -------------------------------------------------------- | : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: | : | |
| | : | |
| *Rosaland Harvey v. Sanofi S.A., et. al.* | : | Civil Action No.: 2:17-cv-06558 |
| | : | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

COMES NOW Plaintiff Rosaland Harvey, by and through counsel, and files this her Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 and in support would show unto this Court the following:

1. On March 5, 2018, Plaintiff Harvey submitted her Response to Order to Show Cause No. 3. Since that time, additional information has been submitted via MDL Centrality. Plaintiff has submitted additional Before and After representative photos, photos taken During her chemotherapy treatment as well as Current photos (Zip File Doc. 134461 and 157141). Although medical records had been previously submitted, excerpts evidencing the NDC Codes for her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 117263). Additionally, medical records and documentation related to Plaintiff's disability claim recently provided by Ms. Harvey have also been uploaded to MDL Centrality. (Doc. 141446 and 157142). Her Employment Authorization has also been provided. (Doc. 141452).

2. Consequently, it has become necessary to amend Plaintiff's previous Response to fully informed the Court as to the status of Plaintiff's compliance with its Orders.

3. Attached hereto as Exhibit A is Plaintiff Harvey's proposed Supplemental Response to Show Cause Order No. 3. Plaintiff Harvey believes her submissions fully satisfy her obligations as ordered by this Court, and consequently, her case should not be dismissed under the pending Order to Show Cause.

4. Counsel for Plaintiff Harvey has conferred with defense counsel and has been advised that defense counsel opposes this motion.

WHEREFORE, PREMISES CONSIDERED Plaintiff Harvey prays this Court will grant her leave to file her proposed Supplemental Response to Order to Show Cause No. 3 attached hereto as Exhibit A and upon review of same will deny Defendants' Motion to Dismiss.

Respectfully submitted, this 10th day of May 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland