# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N"(5) |
| : | JUDGE ENGELHARDT |
| ----------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: : | |
| *Rosaland Harvey v. Sanofi S.A., et. al.* : | Civil Action No.: 2:17-cv-06558 |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3, Defendants have filed an Amended Deficiency Notice and Plaintiff has produced additional information via MDL Centrality in further compliance with her discovery obligations and in support would show the following:

1. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet on 9/20/2017 and amended on 11/15/2017 and 2/25/2018. (Doc. 20860, 35896 and 98358). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 80095-6, 80102-6 and 86196), Before and After photos (Doc. 80093-4) and medical records (80379, 80381-7, 80389 and 80391-2).

2. Subsequently, on March 19, 2018, Defendants submitted an Amended Deficiency Notice (Doc. 114219) the response for which was due April 19, 2018.

3. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3 and in response to Defendant's Amended Deficiency Notice, Plaintiff submitted additional Before and After representative photos, photos taken During her chemotherapy treatment as well

1

as Current photos (Zip File Doc. 134461 and 157141). Although medical records had been previously submitted, excerpts evidencing the NDC Codes for her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 117263). Additionally, medical records and documentation related to her disability claim recently provided by Ms. Harvey have also been uploaded to MDL Centrality. (Doc. 141446 and 157142). Her Employment Authorization has also been provided. (Doc. 141452).

4. Plaintiff timely submitted her Response to the amended Deficiency Notice on April 18, 2018, (Doc. 141476) and subsequently filed a Sixth Amended PFS and Response to Deficiency Notice on May 8, 2018, reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession. (Doc. 157148 and 157151.) **Plaintiff simply does not currently possess any additional information responsive to any deficiencies Defendants may now allege exist.**

5. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Harvey prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 10, 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com