UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-06025 |
| THIS DOCUMENT APPLIES TO: | | |
| *Karen Everett v. Sanofi S.A., et. al.* | | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

COMES NOW Plaintiff Sharon Everett, by and through counsel, and files this her Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 and in support would show unto this Court the following:

1. On March 5, 2018, Plaintiff Everett submitted her Response to Order to Show Cause No. 3. Since that time, additional information/documentation has been submitted via MDL Centrality including additional Before and Current representative photos and excerpted medical records reflecting the dates of Plaintiff's treatment with Taxotere and corresponding NDC Codes. (Doc. Nos. 115582 and 158145.)

2. Consequently, it has become necessary to amend Plaintiff's previous Response to fully informed the Court as to the status of Plaintiff's compliance with its Orders.

3. Attached hereto as Exhibit A is Plaintiff Everett's proposed Supplemental Response to Show Cause Order No. 3. Plaintiff Everett believes her submissions fully satisfy her obligations as ordered by this Court, and consequently, her case should not be dismissed under the pending Order to Show Cause.

4.  Counsel for Plaintiff Everett has conferred with defense counsel and has been advised that defense opposes this motion.

WHEREFORE, PREMISES CONSIDERED Plaintiff Everett prays this Court will grant her leave to file her proposed Supplemental Response to Order to Show Cause No. 3 attached hereto as Exhibit A and upon review of same will deny Defendants' Motion to Dismiss.

Respectfully submitted, this the 10th day of May 2018.

By:    s/ *Michael P. McGartland*
       Michael P. McGartland
       MS Bar No. 100487
       McGartland Law Firm, PLLC
       University Centre I, Suite 500
       1300 South University Drive
       Fort Worth, Texas 76107
       Telephone: (817) 332-9300
       Facsimile: (817) 332-9301
       mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    /s/ *Michael P. McGartland*
       Michael P. McGartland