# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO:<br><br>*Karen Everett v. Sanofi S.A., et. al.* | | Civil Action No.: 2:17-cv-06025 |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3 on March 5, 2018, Plaintiff has obtain additional information/documentation which has been submitted via MDL Centrality in further compliance with her discovery obligations and in support would show the following:

1. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 9/5/2017 and amended on 10/26/2017, 11/20/2017 and 2/21/2018. (Doc. 17388, 29240, 37521, 74832 and 94540). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 10370-1, 10373-6, 10378 and 62740), Before and After representative photos (Doc. 10390-5, 10397-400) and medical records (80307-17).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff submitted additional Before and Current representative photos. (Zip File Doc. 158145). Plaintiff Everett does not possess photos taken During her chemotherapy treatment. Additionally, although medical records had been previously submitted indicating

1

Plaintiff's Taxotere usage, medical record excerpts evidencing the dates of her Taxotere usage and corresponding NDC Codes were uploaded on March 19, 2018, labeled as CMO 12 Product ID. (Doc. 115582).

3. Plaintiff has also submitted her Fifth Amended PFS and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession. (Doc. 158172 and 158178.) **Plaintiff simply does not possess any additional information responsive to any deficiencies Defendants may now allege exist.**

4. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Everett prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 10, 2018.

By:     s/ *Michael P. McGartland*
            Michael P. McGartland
            MS Bar No. 100487
            McGartland Law Firm, PLLC
            University Centre I, Suite 500
            1300 South University Drive
            Fort Worth, Texas 76107
            Telephone: (817) 332-9300
            Facsimile: (817) 332-9301
            mike@mcgartland.com