MINUTE ENTRY
NORTH, M.J.
MAY 8, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "N"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Mary Thompson).

| | | |
|---|---|---|
| PRESENT: | David Miceli | Patrick Oot |
| | Harley Ratliff | Julie Callsen |
| | Andrew Lemmon | Mara Cusker Gonzalez |
| | Karen Barth Menzies | Andre Mura |
| | Chris Coffin | Peter Rotolo |
| | Kelly Brilleaux | Doug Moore |
| | Dawn Barrios | Palmer Lambert |
| | John Olinde | |
| PARTICIPATING BY PHONE: | Kathleen Kelly | Alexander Dwyer |
| | Beth Toberman | Kyle Bachus |
| | Kimberly Beck | Zachary Wool |
| | Samuel Cortina | Darin Schanker |

In addition to issuing rulings on the dispute concerning ESI from the "Taxotears" Google group (rec. doc. 2522), the Court continued all general and case-specific deadlines in the case without date, pending submission by the parties of a new proposed scheduling order on general discovery and bellwether trials.

                                                   MICHAEL B. NORTH
                                         UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE KURT D. ENGELHARDT

MJSTAR (00:10)