Exhibit 1

Home ▾ | Fact Sheets ▾ | Reporting | Docket Central | Discovery Central | My Account ▾

Back To MDL Centrality

## MDL 2740 - Taxotere — Search Results

Return to Search Results — Edit Plaintiff Information

### Plaintiff Information

| | |
|---|---|
| Plaintiff ID: | 2000 |
| Name: | TUKESHA BURKS |
| Most Recent PFS Submitted: | 04/27/2018 |
| Filing Fee: | Paid |
| DOB: | 02/21/1975 |
| Email: | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes — Comments |
| Drug Name: | Hospira, Inc. | Unknown Certification: | |
| Treatment Dates: | 06/25/2012 to 10/6/2012 | Docket No.: | 17-01733 |
| Properly Executed Verification of PFS: | N/A | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Bachus & Schanker, LLC |

### Documents

View Documents | Upload | Deficiency Response

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 148818 | Response to Deficiency Notice | 04/27/2018 | |
| 148814 | Second Amended Plaintiff Fact Sheet | 04/27/2018 | |
| 148025 | Proof of Injury - Before & After Photographs - Before Photo 6 2012 | 04/17/2018 | Remove |
| 148021 | Proof of Injury - Before & After Photographs - Before Photo 5 2012 | 04/17/2018 | Remove |
| 148024 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148041 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148026 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148028 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148027 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148028 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148026 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 148031 | Proof of Injury - Before & After Photographs - After Photo 3 2018 | 04/17/2018 | Remove |
| 138813 | First Amended Plaintiff Fact Sheet | 04/16/2018 | |
| 138812 | Response to Deficiency Notice | 04/16/2018 | |
| 132804 | McKesson Corp Defendant Fact Sheet | 04/01/2018 | |
| 110734 | CMO 11 Product Identification - Hospira page 15 | 01/21/2018 | Remove |
| 40517 | Proof of Injury - Before & After Photographs - After— Corrected | 12/18/2017 | Remove |
| 40513 | Proof of Use — Medical Records - Proof of Use— Corrected | 12/18/2017 | Remove |
| 40511 | Medical Records - Medical Records— Corrected | 12/18/2017 | Remove |

| | | | |
|---|---|---|---|
| [ID] | Proof of Injury - Before & After Photographs | 12/13/2017 | Remove |
| [ID] | HIPAA Authorization - HIPAA | 11/16/2017 | Remove |
| [ID] | Deficiency Notice | 10/30/2017 | |
| [ID] | Plaintiff Fact Sheet | 09/07/2017 | |
| [ID] | Other - Supplemental answers for PFS | 09/07/2017 | Remove |
| [ID] | Other - Client research on Taxotere | 08/31/2017 | Remove |
| [ID] | Other - Declaration Signature page | 08/31/2017 | Remove |
| [ID] | Medical Invoices or Billing Records | 08/31/2017 | Remove |
| [ID] | Proof of Use – Medical Records | 08/31/2017 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| McKesson Corp | 04/03/2018 | View   Respond |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet          Amend Fact Sheet    PFS Compare

© 2013 BrownGreer PLC. All rights reserved.