## Melanie Sulkin

**From:** Melanie Sulkin
**Sent:** Wednesday, May 2, 2018 5:07 PM
**To:** Scot Kreider
**Subject:** FW: Taxotere - Order to Show Cause No. 4 (Bachus & Schanker)


Best,
Melanie

**Melanie Sulkin** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-825-5460 | Fax: 303-893-9900 | Email: Melanie.Sulkin@ColoradoLaw.net | Website: www.ColoradoLaw.net

How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.



CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.


**From:** Kate Robinson <kate@bkc-law.com>
**Sent:** Friday, April 20, 2018 8:23 PM
**To:** Dawn Barrios <barrios@bkc-law.com>; Kyle Bachus <kyle.bachus@coloradolaw.net>; J Christopher Elliott <celliott@coloradolaw.net>
**Cc:** Darin Schanker <dschanker@coloradolaw.net>; Jennifer Heck <jennifer.heck@coloradolaw.net>; Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Subject:** RE: Taxotere - Order to Show Cause No. 4 (Bachus & Schanker)

The 505(b)(2) defendants have agreed that no response is necessary for the cases listed below.

Missing PFS:
Ablard v. Sandoz 2:17-cv-13708
Ablard v. Sandoz 2:17-cv-14800
Allen v. Sanofi 2:17-cv-09928
Anthony-Wood v. Sanofi 2:17-cv-11741
Baldwin v. Sanofi 2:17-cv-04681
Beard v. Sanofi 2:17-cv-10542
Bohannon v. Accord 2:17-cv-10654
Brandon v. Sanofi 2:17-14640
Darby v. Sanofi 2:17-cv-06442
Donult v. Sanofi 2:17-cv-11341

Harris v. Sanofi 2:17-cv-12251
Johns v. Sanofi 2:17-cv-15821
Lawrence v. Sanofi 2:17-cv-12246
Mason v. Sanofi 2:17-cv-08327
Mcarver-Jones v. Sanofi 2:17-12260
McCoy v. Sanofi 2:17-cv-09158
McGriff v. Sanofi 2:17-cv-11743
Mitchell v. Sanofi 2:17-cv-09530
Newton v. Sanofi 2:17-cv-14616
Price v. Sanofi 2:17-cv-10714
Ringer v. Sandoz 2:17-cv-09809
Rose v. Sanofi 2:17-cv-09447
Salter v. Sanofi 2:17-cv-10828
Smith v. Sanofi 2:17-cv-08648
Smith v. Sanofi 2:17-cv-11902
Thomas v. Sanofi 2:17-cv-08642
Williams v. Sanofi 2:17-cv-14712

No Deficiency Response:
Adams v. Hospira 2:16-cv-15325
Allen v. Sanofi 2:16-cv-17203
Bentley v. Sanofi 2:16-cv-17501
Burks v. Sanofi 2:17-cv-1738
Dwight v. Sanofi 2:17-cv-08563
Hall v. Sanofi 2:16-cv-17176



**BARRIOS KINGSDORF & CASTEIX, L.L.P.**

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Dawn Barrios
**Sent:** Friday, April 13, 2018 1:13 PM
**To:** Bachus, Kyle; Elliot, Christopher
**Cc:** Schanker, Darin; Heck, Jennifer; 'Melanie Sulkin'; Kate Robinson; Dawn Barrios
**Subject:** FW: Taxotere - Order to Show Cause No. 4 (Bachus & Schanker)

Kyle and Chris,
Per our conversation, please see below and attached. We would like to provide the defendants with as many cures as possible in the hopes that they will agree to remove the cases and you won't have to formally respond to the order. Please provide us with this information by Monday, April 16 at noon so we can forward to defendants.

**From:** Kate Robinson
**Sent:** Wednesday, April 11, 2018 2:13 PM
**To:** Elliot, Christopher <celliott@coloradolaw.net>; Bachus, Kyle <Kyle.bachus@coloradolaw.net>; Schanker, Darin

2

<dschanker@coloradolaw.net>; Heck, Jennifer <Jennifer.heck@coloradolaw.net>; 'Melanie Sulkin' <melanie.sulkin@coloradolaw.net>
**Cc:** Dawn Barrios <barrios@bkc-law.com>
**Subject:** FW: Taxotere – Order to Show Cause No. 4 (Bachus & Schanker)

Attached please find a list of your cases on Show Cause Order No. 4. Please be sure to review all of the tabs on the spreadsheet.

Kate Robinson
Paralegal to Dawn M. Barrios



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Kate Robinson **On Behalf Of** taxotere
**Sent:** Wednesday, April 11, 2018 1:36 PM
**To:** taxotere <taxotere@bkc-law.com>
**Subject:** Taxotere – Order to Show Cause No. 4

Counsel,
The Court has issued Order to Show Cause No. 4, copy attached. We will follow the same procedure that was put in place for Order to Show Cause No. 3.

By separate email we will send you a list of your firm's cases that are on the Order. This list will include any response that we have received from you about why these cases should be removed from the Order. Please review the information and provide updates, if necessary. We will provide the information on your cures to defense counsel for review and they will decide whether or not the deficiencies are cured and the cases can come off of the order. We ask that you send this information to us by April 16, 2018 by noon CT so we can forward it to defendants for review. It is beneficial to you to provide us with this information as you may be able to avoid submitting a formal response.

If you do not provide us with information on what you have done to cure the deficiencies or if defendants do not agree to remove the case(s), a formal response to the Order will be necessary to prevent dismissal of your case(s). Pursuant to Order to Show Cause No. 4, all responses are due to Plaintiffs' Co-Liaison Counsel by April 23, 2018 by noon CT.

Please send your responses in PDF format with the file name format "Last Name, First Name Case #" (Smith, Jane 18-12345). Any response that you provide to us will be submitted to the Court as is, so please style it as if you were filing it in your case (case caption, signature, etc.). Late responses will not be accepted. We will bundle the responses and file them by April 26, 2018. If you have any questions, please let us know.

Best,
Palmer and Dawn



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail



M. Palmer Lambert

plambert@gainsben.com

Gainsburgh Benjamin
David, Meunier & Warshauer L.L.C.

2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70163
T: 504.522.2304 | F: 504.528.9973 | www.gainsben.com

**CONFIDENTIALITY NOTICE:** This transmission contains information which is privileged, confidential, and protected by the attorney work product privileges. If you have received any email or other writing from the Taxotere PSC/Co-Liaison Counsel, you are subject to PTO 19. Any disclosure, copying, distribution, or use of the contents of this message is prohibited except to counsel with cases currently in the MDL. If you have received this transmission in error or you are not the addressee, please destroy it and notify Dawn Barrios (barrios@bkc-law.com) and Palmer Lambert (plambert@gainsben.com).



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail