

Exhibit 1

March 5, 2018

**Via Email**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL - 2740 Taxotere (Docetaxel) Products Liability
      Litigation re: Joint Report Appendices I.7

Dear Judge Engelhardt:

Pursuant to Joint Report Appendices I.7, entered January 26, 2017, Plaintiffs listed on Appendices I.7 had a missing PFS. The following Bachus & Schanker listed Plaintiffs have now submitted a PFS from appendices I.7, and should be removed from this list:

*Tukesha Burks, case no. 17-01738, Trinette Carter, 16-17073, Belinda Cole, 16-17945, Linda F. Parker, case no. 16-17506, Doris Pickett, case no. 16-17180, Dorothy Powell, case no. 16-17974, Connie Semeniuk, case no. 16-17512, Virginia Talbert, case no. 16-17236.*

The following from Appendices I.7 listed are deceased and letters have been sent to the family members to see if they wish to pursue a right of survivorship claim:

*Lynnette Adams, case no. 16-17499, Leslie Bingham, case no. 16-17502, Gloria Buford, case no. 16-17069, Joyce Chapman, case no. 16-17217, Rena Diggs, case no. 16-17944, Kapreshia Freeman, case no. 16-17226, Lacy Gillum, case no. 16-17170, Vanessa Truehill case no. 16-17182.*

The following from Appendice 1.7 no longer wish to participate in the MDL: *Deborah Belue, case no. 16-17063, Judith Noes, case no. 16-17219, Jimmie Poore, case no. 16-17505, Dianne Starkey, case no. 16-15505, Ana Johnson, case no. 16-17028.*

The following from Appendices I.7 still have missing PFS after diligent attempts to retrieve them by Bachus & Schanker, LLC:

*Ada Brown, case no. 16-17142, Linda Clark, case no. 16-17164, Shirley Hilliard, case no. 16-16933, Mary Hughes, case no. 16-17205, Pearlie Kyles, case no. 16-17055, Asha Nelson, case no. 16-17225, Rhonda Strunk, case no. 16-17234, Cynthia Williams, case no. 16-17222, (Barbara Bice case no17-00751 have been in contact with her and she is sending us her Signed Authorizations and dates for photos).*

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in these matter as Plaintiff's counsel as some have now submitted a PFS that was previously missing and then the others we are still making diligent attempts to reach them with the exception of Deborah Belue, Ana Johnson, Judith Noes, Jimmie Poore, and Diane Starkey whose cases should be dismissed as they no longer wish to participate in the MDL.

Respectfully submitted,

*[signature]*

J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloardolaw.net