**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re:  TAXOTERE (DOCETAXEL)**                          **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION: "N" (5)**

**THIS DOCUMENT RELATES TO:**

*Belinda Cole*
**Case No.: 16-17945**

---

### [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM ORDER

---

THE COURT, having considered Plaintiffs' Motion for Relief From Court's Order Dismissing Plaintiff's Claim With Prejudice for Failure to Comply with Show Cause Order N. 2, hereby Orders as follows: the Motion is GRANTED. Plaintiff's claim in the Taxotere (Docetaxel) Products Liability Litigation is reinstated.

So ordered this ___ day of _____, 2018.


_____
District Judge