UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Mary Hughes*
Case No.: 16-17205

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR RECONSIDERATION OF COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR FAILURE TO COMPLY WITH SHOW CAUSE ORDER NO. 2

Plaintiff Mary Hughes, by and through her counsel of record, Bachus & Schanker, LLC, submits her Motion for Reconsideration of Court's Order Dismissing Plaintiff's Claim with Prejudice for Failure to Comply with Show Cause Order No. 2, and Memorandum in support thereof.

Plaintiff Mary Hughes filed her claim in this MDL on February 16, 2017. Undersigned counsel originally mailed Ms. Hughes with a copy of the PFS to be completed on March 3, 2017, as well as medical authorizations.

In March 2017, Ms. Hughes was making frequent trips between her home and a hospital in Birmingham because her daughter was suffering complications with a transplanted kidney. As a result, she did not receive her initial PFS, or subsequent letters from counsel seeking return of her PFS. She also obtained a different cell phone number sometime in 2017. All of these life changes complicated counsel's ability to reach Ms. Hughes in order to complete her PFS. Additionally, Ms. Hughes was caring not only for her daughter, but for two grandchildren as well.

On November 15, 2017, Ms. Hughes was identified as an Exhibit 1 Plaintiff on the Court's Order to Show Cause No. 2, indicating that her PFS had not been submitted in support of her claim.

1

However, Ms. Hughes did ultimately return the completed PFS to counsel on April 10, 2018, and her PFS was uploaded to MDL Centrality on April 17, 2018.

While counsel timely filed a response to the Show Cause Order No. 2 on December 15, 2017, counsel did not file a supplemental response to the Show Cause Order after uploading her PFS to MDL Centrality, because it was counsels' impression that Ms. Hughes was no longer subject to Show Cause Order No. 2, because she did not appear on Show Cause Order No. 3.

Under Fed. R.Civ. Pro. 60(b), "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect;…(6) any other reason that justifies relief. "Dismissals with prejudice are 'reserved for the most egregious cases, usually cases where the requisite factors of clear delay and ineffective lesser sanctions are bolstered by the presence of at least one of the aggravating factors." Boudwin v. Graystone Ins. Co., 756 F.2d 399, 401 (5th Cir.1985) (quoting Rogers v. Kroger, 669 F.2d 317, 320 (5th Cir.1982)). "Those aggravating factors include (1) delay resulting from intentional conduct, (2) delay caused by the plaintiff personally, and (3) delay causing prejudice to the defendant." Id. (citing Morris v. Ocean Sys., Inc., 730 F.2d 248 (5th Cir.1984)).

These elements clearly favor Ms. Hughes, as there was no intentional delay or prejudice to Defendants. Attempts to send her a new PFS to complete were stymied because her counsel was unaware of her new address. Upon obtaining a new PFS, Ms. Hughes diligently completed and returned it. Under these circumstances, her delay in submitting her PFS is not attributable to intentional conduct and there is no prejudice to Defendants. Rather, the delay is attributable to an unfortunate string of life circumstances. Plaintiff did not choose to be in a situation that made it difficult to communicate with her attorneys, but the discovery process for non-Bellwether plaintiffs does not treat people with economic challenges the same as it treats those with a stable home, access to a phone and/or computer, and consistent address.

Plaintiff respectfully requests that the Court exercise its broad discretion to reconsider its order of dismissal, and reinstate Ms. Hughes' claim.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

/s/*J. Christopher Elliott*