UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Dorothy Powell*
Case No.: 16-17974

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR RELIEF FROM COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR FAILURE TO COMPLY WITH SHOW CAUSE ORDER NO. 2

　　　Plaintiff Dorothy Powell by and through her counsel of record, Bachus & Schanker, LLC, submits her Motion for Relief from Court's Order Dismissing Plaintiff's Claim with Prejudice for Failure to Comply with Show Cause Order No. 2 and Memorandum in support thereof.

　　　Plaintiff Dorothy Powell filed her claim in this MDL on January 10, 2017.  On November 17, 2017, the Court issued Show Cause No. 2, which Plaintiff appeared on for not having submitted her PFS.  The only Plaintiff with the last name "Powell" that appeared on Show Cause No. 2 for the undersigned counsel was Dorothy Powell.

　　　Before the responses for Show Cause No. 2 were due, Defendants notified Plaintiff's Counsel that they would remove Plaintiff "Powell" from the Show Cause No. 2 list, meaning Plaintiff would not need to submit a response to Show Cause No. 2. (**Exhibit 1**).Though the case number for the Powell appearing on the Show Cause No. 2 list and Defendants e-mail did not match (the case number in the e-mail was for a Plaintiff that did not appear on Show Cause No. 2), Plaintiff's Counsel believed that because only one Plaintiff with the last name "Powell" appeared on Show Cause No. 2, Dorothy Powell was whom Counsel for Defendants was referring to.  There would be no reason why Defendants would refer to a Plaintiff Powell as being removed from Show Cause No. 2 if that Plaintiff

1

was not on the list to begin with. Based on the representation by Defendants that the only "Powell" on the Show Cause No. 2 list would be removed, Plaintiff did not submit a response to the Court.

Fed. R. Civ. Pro. 60(b)(1) states that the Court may relieve a party from a final order for a mistake or inadvertence, which both Plaintiff's counsel made in not questioning the case number put forth by Defendants, and Defendants made by excusing a Plaintiff from Show Cause No. 2 whom did not appear there to begin with. Fed. R. Civ. Pro. 60(b)(6) allows relief from orders for "any other reason that justifies relief."

In this situation, a miscommunication by Defendants caused Plaintiff not to respond to Show Cause No. 2 for Ms. Powell. At this time, Ms. Powell has submitted her PFS. Had Defendants not led Counsel to believe that the only "Powell" on Show Cause No. 2 would be excused from responded to the Show Cause Order, Counsel would have submitted a response, as he did with the other Plaintiffs on Show Cause No. 2. This was clearly a mistake made by both parties, and rule 60(b) allows for relief. Ms. Powell has an otherwise meritorious claim that will be forever barred absent relief due to a mistake by both Plaintiff's Counsel and Defendants' counsel.

Plaintiff respectfully requests that the Court exercise its broad discretion to reconsider its order of dismissal, and reinstate Ms. Powell's claim.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*