**Melanie Sulkin**

**From:** Melanie Sulkin
**Sent:** Wednesday, May 2, 2018 2:57 PM
**To:** Scot Kreider
**Subject:** FW: Taxotere- Cases Sanofi Defendants Agree to Remove from Show Cause Order No. 2- Bachus & Schanker

Best,
Melanie

**Melanie Sulkin** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-825-5460 | Fax: 303-893-9900 | Email: Melanie.Sulkin@ColoradoLaw.net | Website: www.ColoradoLaw.net

How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

**From:** J Christopher Elliott
**Sent:** Monday, April 30, 2018 3:33 PM
**To:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Subject:** FW: Taxotere- Cases Sanofi Defendants Agree to Remove from Show Cause Order No. 2- Bachus & Schanker

**Christopher Elliott** | Equity Partner | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: **303-300-8902** | Fax: 303-893-9900 | Email:celliott@ColoradoLaw.net | Website: www.ColoradoLaw.net

CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.

**From:** J Christopher Elliott
**Sent:** Monday, December 11, 2017 1:09 PM
**To:** Marissa Goyette <marissa.goyette@coloradolaw.net>; Melissa McCormick <melissa.mccormick@coloradolaw.net>
**Subject:** Fwd: Taxotere- Cases Sanofi Defendants Agree to Remove from Show Cause Order No. 2- Bachus & Schanker

1

**Christopher Elliott** | Equity Partner | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-586-5438 | Fax: 303-893-9900 | Email:celliott@ColoradoLaw.net | Website: www.ColoradoLaw.net

Begin forwarded message:

**From:** Dena White <dwhite@bkc-law.com>
**Date:** December 11, 2017 at 1:03:47 PM MST
**To:** "Bachus, Kyle" <Kyle.bachus@coloradolaw.net>, "Dixon, Sandra" <Sandra.dixon@coloradolaw.net>, "Elliot, Christopher" <celliott@coloradolaw.net>, "Heck, Jennifer" <Jennifer.heck@coloradolaw.net>, "Schanker, Darin" <dschanker@coloradolaw.net>
**Cc:** Dawn Barrios <barrios@bkc-law.com>, "Lambert, Palmer" <plambert@gainsben.com>
**Subject: Taxotere- Cases Sanofi Defendants Agree to Remove from Show Cause Order No. 2- Bachus & Schanker**

Counsel,

The Sanofi defendants have agreed to remove the following cases from Show Cause Order No. 2.

Exhibit 1- Missing PFS
- Clements v. Sanofi SA et al.; 2:16-cv-17029
- Hoskin-Hudson v. Sanofi SA et al.; 2:16-cv-17026
- Kennedy v. Sanofi SA et al.; 2:16-cv-17196
- McCaleb v. Sanofi SA et al.; 2:16-cv-17189
- Powell v. Sanofi SA et al.; 2:16-cv-17509
- Valencia v. Sanofi SA et al.; 2:16-cv-15497

Exhibit 2- PFS Substantially Incomplete
- Boyland v. Sanofi SA et al.; 2:17-cv-01073

Please see Ms. Barrios' prior email regarding your obligation for any cases remaining on Show Cause Order No. 2.

Thanks,

Dena M. White
Paralegal to Dawn M. Barrios



BARRIOS KINGSDORF & CASTEIX, L.L.P.

701 Poydras Street, Suite 3650
New Orleans, LA 70139

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail



**BARRIOS KINGSDORF & CASTEIX, L.L.P.**

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail