**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                                 MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION: "N" (5)


THIS DOCUMENT RELATES TO:


*Virginia Talbert*
Case No.: 16-17236

### PLAINTIFF'S OPPOSED MOTION FOR RELIEF FROM AN ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE

Plaintiff Dorothy Powell files her Motion for Relief from an Order Dismissing Plaintiff's Case

With Prejudice for Failing to Show Cause, along with her Memorandum in Support thereof, and

attached exhibits.



Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 10, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*