UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| DEBRA DIAZ, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-16434 |
| SANOFI-AVENTIS U.S. LLC, ET AL. | : : : | |
| Defendants. | : : | |
| ------------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Debra Diaz, hereby dismisses all claims in

this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-16434,

only. The parties specifically understand and agree that all applicable statutes of limitation and

prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall

not affect the lawsuit filed by Debra Diaz, which is currently pending in MDL No. 2740 in the United

States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-15860. All

parties shall bear their own costs.

Dated this 10th day of May, 2018.

BACHUS & SCHANKER, LLC

*/s/J. Christopher Elliott*
J. Christopher Elliott
1899. Wynkoop Street
Suite 700
Denver, CO 80202
P: 303-893-9800
F: 303-893-9900
celliot@coloradolaw.net
Attorney for Plaintiff




SHOOK, HARDY & BACON LLP


*_/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

Attorneys for sanofi-aventis U.S. LLC
and Sanofi U.S. Services Inc.