UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| **PATSY HAYS**, | , : : : : | **COMPLANT & JURY DEMAND**<br><br>Civil Action No.: 16-17540 |
| Plaintiff(s), | | |
| vs. | : : : | |
| **SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC**, | : : : : : | |
| Defendant(s). | : | |

## MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION

COMES NOW Plaintiff, Patsy Hays, by and through the undersigned counsel, and respectfully moves this Court to reconsider dismissing her case with prejudice for the reasons stated in the attached Memorandum.

Respectfully Submitted,

REICH & BINSTOCK

/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP 4265 San Felipe, Suite 1000
Houston, TX 77027 Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 11, 2018

/s/ Robert J. Binstock

Robert J. Binstock