# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| **PATSY HAYS**_____, | : | |
| | : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 16-17540** |
| vs. | : | |
| | : | |
| | : | |
| **SANOFI US SERVICES INC.** | : | |
| **F/K/A SANOFI-AVENTIS U.S. INC. &** | : | |
| **SANOFI-AVENTIS U.S. LLC**_____, | : | |
| | : | |
| Defendant(s). | : | |
| -------------------------------------------------------- | : | |

## ORDER

Upon Plaintiff's Motion for Leave to File Reply to Defendant's Response Regarding

Plaintiff's Motion for Reconsideration and for good cause shown, it is hereby Ordered that

Plaintiff's Motion for Reconsideration be granted.

This the _____ day of _____, 2018