# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : : | **MDL NO. 2740** <br><br> **SECTION "N"(5)** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: <br><br> *Denise Booth v. Sanofi S.A., et. al.* | | Civil Action No.: 2:17-cv-05590 |

### PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
### A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

COMES NOW Plaintiff Denise Booth, by and through counsel, and files this her Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 and in support would show unto this Court the following:

1. On March 5, 2018, Plaintiff Booth submitted her Response to Order to Show Cause No. 3. Since that time, additional information has been submitted via MDL Centrality to properly date her representative Before and After photos previously submitted, to produce Current and During treatment representative photos and to comply with CMO 12's product identification requirements. (Doc. Nos. 115468, 124001, 157642, 147669 and 157670.) Consequently, it has become necessary to amend Plaintiff's previous Response to fully informed the Court as to the status of Plaintiff's compliance with its Orders.

2. Attached hereto as Exhibit A is Plaintiff Booth's proposed Supplemental Response to Show Cause Order No. 3. Plaintiff Booth believes her submissions completely satisfy her obligations as ordered by this Court, and consequently, her case should not be dismissed under the pending Order to Show Cause.

3. Counsel for Plaintiff Booth has conferred with defense counsel and has been advised that defense opposes this motion.

WHEREFORE, PREMISES CONSIDERED Plaintiff Booth prays this Court will grant her leave to file her proposed Supplemental Response to Order to Show Cause No. 3 attached hereto as Exhibit A and upon review of same will deny Defendants' Motion to Dismiss.

Respectfully submitted, this the 11th day of May 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland