UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                        MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Linda Moore vs. Sanofi, et al.* 17-cv-09396
*Mary J. Smith vs. Sanofi, et al.* 17-cv-08648
*Kimberlie Zapien vs. Sanofi, et al.* 17-cv-08636
*Tukesha Burks vs. Sanofi, et al.* 17-cv-01738
*Luella Dimbo vs. Sanofi, et al.* 16-cv-17057
*Theresia Jackson vs. Sanofi, et al.* 16-cv-17138
*Kathy Mottola v. Sanofi, et al.* 16-cv-15320
*Elena Papoulis v. Sanofi, et al.* 16-cv-17207
*Jowana Stinnett v. Sanofi, et al.* 16-cv-17071
*Gwendolyn Strickland v. Sanofi, et al.* 16-cv-17067
*Felicia Thomas v. Sanofi, et al.* 16-cv-17213
*Carol Walker v. Sanofi, et al.* 16-cv-17495
*Betty Webb McConnell v. Sanofi, et al.* 16-cv-17155
*Marjesta Williams v. Sanofi, et al.* 16-cv-17034

## PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL SHOW CAUSE LETTERS IN RESPONSE TO RULE TO SHOW CAUSE NO. 3

Plaintiffs respectfully request leave to file the attached Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause No. 3 and accompanying Exhibit A, in order to address, respond to , and clarify statements and arguments set forth by Defendants in their Motions to dismiss these Plaintiffs.

Respectfully Submitted,

*/s/ J. Christopher Elliott*

1

J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*