Exhibit A

# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-No Response (**Now Cured**: Response on MDL Centrality) *Betty Webb McConnell  v. Sanofi S.A., et al..; 2:16-cv-17155*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Betty Webb McConnell whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendants' deficiency notice on November 5, 2017, Plaintiff  had already provided Defendants with her PFS, Medical Records, Medical Billing, and a HIPAA.  In addition to formally responding to Defendants' deficiency notice and submitting an Amended PFS, Plaintiff's have now also provided Defendants with Proof of Use and Proof of Injury Photographs. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W. KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Betty Webb McConnell respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                      Respectfully submitted,

                                         **BACHUS & SCHANKER, LLC**


                                         /s/ J. Christopher Elliott
                                         ***J. Christopher Elliott (#41063)***
                                         ***Darin L. Schanker (#23881)***
                                         ***J. Kyle Bachus (#24441)***
                                         Bachus & Schanker, LLC
                                         1899 Wynkoop Street, Suite 700
                                         Denver, CO 80202
                                         Telephone: (303) 893-9800
                                         FAX: (303) 893-9900
                                         Email:celliott@coloradolaw.net
                                         Email:dschanker@coloradolaw.net
                                         Email:kyle.bachus@coloradolaw.net

                                         *Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (**Now Cured**: Response on MDL Centrality) *Carol Walker v. Sanofi S.A.,
et al..; 2:16-cv-17495*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Carol Walker whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendants' deficiency notice on November 6, 2017, Plaintiff  had already

provided Defendants with her PFS and a HIPAA.  In addition to formally responding to

Defendants' deficiency notice and submitting an Amended PFS, Plaintiff's have now also provided

Defendants with a Proof of Injury Photographs, Medical Records, and Proof of Use.  Plaintiff is

now not deficient at all.  It has been over 45 days since Plaintiff submitted her First Amended

Plaintiff Fact Sheet, and Defendant has not notified Plaintiffs of any deficiencies.  Plaintiff and

Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Carol Walker respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                         Respectfully submitted,

                                            **BACHUS & SCHANKER, LLC**


                                            /s/ J. Christopher Elliott
                                            ***J. Christopher Elliott (#41063)***
                                            ***Darin L. Schanker (#23881)***
                                            ***J. Kyle Bachus (#24441)***
                                            Bachus & Schanker, LLC
                                            1899 Wynkoop Street, Suite 700
                                            Denver, CO 80202
                                            Telephone: (303) 893-9800
                                            FAX: (303) 893-9900
                                            Email:celliott@coloradolaw.net
                                            Email:dschanker@coloradolaw.net
                                            Email:kyle.bachus@coloradolaw.net

                                            *Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
         No Response (**Now Cured**: Response on MDL Centrality) *Elena Papoulis v. Sanofi S.A.,
         et al..; 2:16-cv-17207*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Elena Papoulis whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Even before Defendants' deficiency notice on November 6, 2017, Plaintiff had already

provided Defendants with her PFS, medical records, and medical billing.    In addition to formally

responding to Defendants' deficiency notice, Plaintiff has provided Proof of Injury Photographs

(November 17, 2017), Proof of Use (November 28, 2017), dated the Proof of Injury Photographs

(March 30, 2017), and an Amended Plaintiff Fact Sheet (March 30, 2017).  Plaintiff and Plaintiff's

counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Elena Papoulis respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                         Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC

ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:  In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-No Response (**Now Cured**: Response on MDL Centrality) *Felicia Thomas v. Sanofi S.A., et al..; 2:16-cv-17213*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Felicia Thomas whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendants' deficiency notice on November 5, 2017, Plaintiff  had already provided Defendants with her PFS, Medical Records, and Medical Billing.   In addition to formally responding to Defendants' deficiency notice and submitting an Amended PFS, Plaintiff's have now also provided Defendants with a HIPAA, Proof of Injury Photographs, and Proof of Use. Plaintiff is now not deficient at all.  It has been over 45 days since Plaintiff submitted her First Amended Plaintiff Fact Sheet, and Defendant has not notified Plaintiffs of any deficiencies.

Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Felicia Thomas respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                              Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC

ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (**Now Cured**: Response on MDL Centrality) *Gwendolyn Strickland v.
        Sanofi S.A., et al..; 2:16-cv-17067*

Dear Judge Engelhardt:

      Pursuant to this Court's Order to Show Cause No. 3, Gwendolyn Strickland whom is listed

on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

      Plaintiff responded to Defendants' deficiency notice and submitted an Amended Plaintiff

Fact Sheet the day responses to Show Cause No. 3 were due. Even prior to Defendants' deficiency

notice on November 3, 2017, Plaintiff  had already provided Defendants with her PFS and an

Amended PFS.    In addition to formally responding to Defendants' deficiency notice, Plaintiff's

have now also provided Defendants with a HIPAA, Medical Billing, Proof (November 9, 2017),

Proof of Use, Medical Records (December 5, 2017), and Proof of Injury Photographs (March 5,

2018).  Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

     Based on the foregoing, Gwendolyn Strickland respectfully requests that this Court not

enter a dismissal in her case as she has substantially complied with the requirements of the

Amended PTO 22.

DATED: May 11, 2018               Respectfully submitted,

                       **BACHUS & SCHANKER, LLC**

                       /s/ J. Christopher Elliott
                       ***J. Christopher Elliott (#41063)***
                       ***Darin L. Schanker (#23881)***
                       ***J. Kyle Bachus (#24441)***
                       Bachus & Schanker, LLC
                       1899 Wynkoop Street, Suite 700
                       Denver, CO 80202
                       Telephone: (303) 893-9800
                       FAX: (303) 893-9900
                       Email:celliott@coloradolaw.net
                       Email:dschanker@coloradolaw.net
                       Email:kyle.bachus@coloradolaw.net

                       *Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC

ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (**Now Cured**: Response on MDL Centrality) *Jowana Stinnett v. Sanofi S.A.,*
        *et al..; 2:16-cv-17071*

Dear Judge Engelhardt:

        Pursuant to this Court's Order to Show Cause No. 3, Jowana Stinnett whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

        Plaintiff provided a deficiency response to Defendants prior the response deadline for

Show Cause No. 3 (February 6, 2018) Even before Defendants' deficiency notice on October 31,

2017, Plaintiff had already provided Defendants with her PFS, medical records, a HIPAA

authorization, and medical billing.   In addition to formally responding to Defendants' deficiency

notice, Plaintiff has provided Proof of Injury Photographs (November 9, 2017), Proof of Use

(December 11, 2017), and an Amended Plaintiff Fact Sheet (February 6, 2018).   Plaintiff and

Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Jowana Stinnett respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                    Respectfully submitted,

                                       **BACHUS & SCHANKER, LLC**


                                       /s/ J. Christopher Elliott
                                       **_J. Christopher Elliott (#41063)_**
                                       **_Darin L. Schanker (#23881)_**
                                       **_J. Kyle Bachus (#24441)_**
                                       Bachus & Schanker, LLC
                                       1899 Wynkoop Street, Suite 700
                                       Denver, CO 80202
                                       Telephone: (303) 893-9800
                                       FAX: (303) 893-9900
                                       Email:celliott@coloradolaw.net
                                       Email:dschanker@coloradolaw.net
                                       Email:kyle.bachus@coloradolaw.net

                                       _Attorneys for Plaintiff_

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (**Now Cured**: Response on MDL Centrality) *Kathy Mottola v. Sanofi S.A.,*
        *et al..; 2:16-cv-15320*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Kathy Mottola, whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

After Defendants' deficiency notice on November 5, 2017, Plaintiff almost immediately

started uploading responsive documents.  On November 14, 2017, Plaintiff uploaded Medical

Records and Medical Billing to MDL Centrality.  On December 1, 2017, Plaintiff uploaded Proof

of Use.  Plaintiff then provided Defendants with Proof of Injury Photographs and a HIPAA

Authorization.  Plaintiff has now also formally responded to the deficiency notice AND submitted

an Amended Plaintiff Fact Sheet.  Plaintiff and Plaintiff's counsel have consistently worked

towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Kathy Mottola respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                    Respectfully submitted,

                                       **BACHUS & SCHANKER, LLC**


                                       /s/ J. Christopher Elliott
                                       ***J. Christopher Elliott (#41063)***
                                       ***Darin L. Schanker (#23881)***
                                       ***J. Kyle Bachus (#24441)***
                                       Bachus & Schanker, LLC
                                       1899 Wynkoop Street, Suite 700
                                       Denver, CO 80202
                                       Telephone: (303) 893-9800
                                       FAX: (303) 893-9900
                                       Email:celliott@coloradolaw.net
                                       Email:dschanker@coloradolaw.net
                                       Email:kyle.bachus@coloradolaw.net

                                       *Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation
       *Kimberlie Zapien v. Sanofi SA, et al.;* 2:17-cv-08636

Dear Judge Engelhardt:

        Pursuant to this Court's Order to Show Cause No. 3, Plaintiff Kimberlie Zapien was listed as missing a Plaintiff Fact Sheet submission. Plaintiff Day has now submitted a Plaintiff Fact Sheet on MDL Centrality.

        Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in these matters as Plaintiff's counsel has submitted a Plaintiff Fact Sheet on MDL Centrality.

DATED: May 11, 2018

Respectfully submitted,


**BACHUS & SCHANKER, LLC**

*/s/ J. Christopher Elliott*
J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloardolaw.net
*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation
         *Linda Moore v. Sanofi SA, et al.;* 2:17-cv-09396

Dear Judge Engelhardt:

        Pursuant to this Court's Order to Show Cause No. 3, Plaintiff Linda Moore was listed as missing a Plaintiff Fact Sheet submission. Plaintiff Day has now submitted a Plaintiff Fact Sheet on MDL Centrality.

        Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in these matters as Plaintiff's counsel has submitted a Plaintiff Fact Sheet on MDL Centrality.

DATED: May 11, 2018

Respectfully submitted,


**BACHUS & SCHANKER, LLC**

*/s/ J. Christopher Elliott*
J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloardolaw.net
*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC

### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (**Now Cured**: Response on MDL Centrality) *Luella Dimbo v. Sanofi S.A.,*
        *et al..; 2:16-cv-07057*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Luella Dimbo, whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Since Defendants' deficiency notice on November 6, 2017, Plaintiff Dimbo continued to

supplement her discovery. Between the deficiency notice and the deadline for responses for Show

Cause No. 3, Plaintiff provided Defendants with an executed HIPAA, Proof of Injury Photographs,

Proof of Use, Medical Records and Bills, and her ESI form.  Since the deadline for Show Cause

No. 3 responses, formally responded to the deficiency notice and submitted a First Amended PFS,

more Proof of Injury Photographs, and a Second Amended PFS.  Plaintiff and Plaintiff's counsel

have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Luella Dimbo respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                      Respectfully submitted,

                                              **BACHUS & SCHANKER, LLC**

                                              /s/ J. Christopher Elliott
                                              ***J. Christopher Elliott (#41063)***
                                              ***Darin L. Schanker (#23881)***
                                              ***J. Kyle Bachus (#24441)***
                                              Bachus & Schanker, LLC
                                              1899 Wynkoop Street, Suite 700
                                              Denver, CO 80202
                                              Telephone: (303) 893-9800
                                              FAX: (303) 893-9900
                                              Email:celliott@coloradolaw.net
                                              Email:dschanker@coloradolaw.net
                                              Email:kyle.bachus@coloradolaw.net

                                              *Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (**Now Cured**: Response on MDL Centrality) *Marjesta Williams  v. Sanofi
        S.A., et al..; 2:16-cv-17034*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Marjesta Williams whom is listed on

the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendants' deficiency notice on November 4, 2017, Plaintiff  had already

provided Defendants with her PFS, Medical Billing, and a HIPAA.  In addition to formally

responding to Defendants' deficiency notice and submitting an Amended PFS, Plaintiff's have

now also provided Defendants with Proof of Use and Proof of Injury Photographs.  Plaintiff and

Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend

exist.

Based on the foregoing, Marjesta Williams respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                    Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**
Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation
      *Mary J. Smith v. Sanofi SA, et al.;* 2:17-cv-08648

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Plaintiff Mary J. Smith was listed as missing a Plaintiff Fact Sheet submission. Plaintiff Day has now submitted a Plaintiff Fact Sheet on MDL Centrality.

Based on the foregoing, Plaintiff respectfully requests that this Court not enter a dismissal in these matters as Plaintiff's counsel has submitted a Plaintiff Fact Sheet on MDL Centrality.

DATED: May 11, 2018

Respectfully submitted,


**BACHUS & SCHANKER, LLC**

*/s/ J. Christopher Elliott*
J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloardolaw.net
*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC

### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (**Now Cured**: Response on MDL Centrality) *Theresia Jackson v. Sanofi
S.A., et al..; 2:16-cv-17138*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Theresia Jackson whom is listed on

the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendants' deficiency notice on November 5, 2017, Plaintiff had already provided

Defendants with a PFS, Proof of Injury Photographs, Medical Records, Medical Bills, and an

Executed HIPAA.  Plaintiff has not only formally responded, but continued to supplement her

discovery by submitting an Amended Plaintiff Fact Sheet and additional Proof of Injury

Photographs.  Plaintiff and Plaintiff's counsel have consistently worked towards curing any

deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Tukesha Burks respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

DATED: May 11, 2018                    Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC

#### ATTORNEYS AT LAW

May 11, 2018

**Via ECF**

Honorable Kurt D. Engelhardt
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (**Now Cured**: Response on MDL Centrality) *Tukesha Burks v. Sanofi S.A.,
et al..; 2:17-cv-01738*

Dear Judge Engelhardt:

Pursuant to this Court's Order to Show Cause No. 3, Tukesha Burks, whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on October 30, 2017, Plaintiff had already submitted

a Plaintiff Fact Sheet, Proof of Use, and Medical Records.  Plaintiff has now also formally

responded to the October 30, 2017 deficiency notice AND responded to Defendants' April 27,

2018 deficiency notice.  In addition, since initially receiving the deficiency notice, but before Show

Cause No. 3, Plaintiff supplemented her disclosures by providing Defendants with an executed

HIPAA and Proof of Injury Photographs.  After responding to the deficiency notice, Plaintiff

submitted her First Amended Plaintiff Fact Sheet and additional Proof of Injury Photographs.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Theresia Jackson respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.


DATED: May 11, 2018                        Respectfully submitted,

                                           **BACHUS & SCHANKER, LLC**


                                           /s/ J. Christopher Elliott
                                           ***J. Christopher Elliott (#41063)***
                                           ***Darin L. Schanker (#23881)***
                                           ***J. Kyle Bachus (#24441)***
                                           Bachus & Schanker, LLC
                                           1899 Wynkoop Street, Suite 700
                                           Denver, CO 80202
                                           Telephone: (303) 893-9800
                                           FAX: (303) 893-9900
                                           Email:celliott@coloradolaw.net
                                           Email:dschanker@coloradolaw.net
                                           Email:kyle.bachus@coloradolaw.net

                                           *Attorneys for Plaintiff*