UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)   MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Linda Moore vs. Sanofi, et al.* 17-cv-09396
*Mary J. Smith vs. Sanofi, et al.* 17-cv-08648
*Kimberlie Zapien vs. Sanofi, et al.* 17-cv-08636
*Tukesha Burks vs. Sanofi, et al.* 17-cv-01738
*Luella Dimbo vs. Sanofi, et al.*  16-cv-17057
*Theresia Jackson vs. Sanofi, et al.*  16-cv-17138
*Kathy Mottola v. Sanofi, et al.*  16-cv-15320
*Elena Papoulis v. Sanofi, et al.*  16-cv-17207
*Jowana Stinnett v. Sanofi, et al.*  16-cv-17071
*Gwendolyn Strickland v. Sanofi, et al.* 16-cv-17067
*Felicia Thomas v. Sanofi, et al.* 16-cv-17213
*Carol Walker v. Sanofi, et al.* 16-cv-17495
*Betty Webb McConnell v. Sanofi, et al.* 16-cv-17155
*Marjesta Williams v. Sanofi, et al.* 16-cv-17034

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion and Memorandum for Relief from an Order Dismissing Plaintiff's Claim with Prejudice on the 6th day of June, 2018, at 9:30 a.m. before the Honorable Judge Kurt D. Englehardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.  Oral argument has not been requested.

Respectfully Submitted,

*/s/ J. Christopher Elliott*

J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*