UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Linda Moore vs. Sanofi, et al.* **17-cv-09396**
*Mary J. Smith vs. Sanofi, et al.* **17-cv-08648**
*Kimberlie Zapien vs. Sanofi, et al.* **17-cv-08636**
*Tukesha Burks vs. Sanofi, et al.* **17-cv-01738**
*Luella Dimbo vs. Sanofi, et al.*  **16-cv-17057**
*Theresia Jackson vs. Sanofi, et al.*  **16-cv-17138**
*Kathy Mottola v. Sanofi, et al.*  **16-cv-15320**
*Elena Papoulis v. Sanofi, et al.* **16-cv-17207**
*Jowana Stinnett v. Sanofi, et al.*  **16-cv-17071**
*Gwendolyn Strickland v. Sanofi, et al.* **16-cv-17067**
*Felicia Thomas v. Sanofi, et al.* **16-cv-17213**
*Carol Walker v. Sanofi, et al.* **16-cv-17495**
*Betty Webb McConnell v. Sanofi, et al.* **16-cv-17155**
*Marjesta Williams v. Sanofi, et al.* **16-cv-17034**

**Order on Plaintiffs' Motion and Memorandum for
Leave to File Supplemental Show Cause Letters**

　　　　THE COURT, having considered Plaintiffs' Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause Order No. 3, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED and the Supplemental Show Cause Letters, attached as a proposed pleading to the Motion for Leave to File, are hereby filed into the record.

　　　　So ordered this ___ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　District Judge