# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| PATRICIA COPELAND, | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | Civil Action No. 2:17-cv-05913 |
| SANOFI S.A., AVENTIS PHARMA S.A, and SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., | |
| Defendants. | |

## ORDER GRANTING LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT