# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | JUDGE ENGELHARDT |
| ----------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: : | |
| : | |
| *Denise Booth v. Sanofi S.A., et. al.* : | Civil Action No.: 2:17-cv-05590 |
| : | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3 filed on March 5, 2018, additional information has been submitted via MDL Centrality in compliance with her discovery obligations through the production of all responsive information and/or documentation in her possession and in support would show the following:

1. As outlined in Plaintiff Booth's Response to Order to Show Cause No. 3, Plaintiff previously submitted her Plaintiff Fact Sheet ("PFS") on July 10, 2017, which has since been amended on 9/18/2017, 12/04/2017, and 2/18/2018. (Doc. 20302, 41474, and 89632). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 9739, 9740-2, 9749-51, 20299-300 and 105202), representative photographs (Doc. 9744-45) and medical records (9746-47, 78949, 78952 and 78955-6).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff submitted additional information to correct/clarify the dates of the previously-submitted Before and After representative photographs evidencing her Proof of Injury as well as

1

supplying representative photos taken During her chemo treatment and Current photos. (Zip File Doc. 157642.). Additionally, although medical records had been previously submitted indicating Plaintiff's Taxotere usage, medical record excerpts evidencing the dates of her Taxotere usage and the drug's corresponding NDC Code have now been uploaded and properly labeled as CMO 12 Product ID. (Doc. 115468, 124001).

3. Plaintiff has also submitted her Fourth Amended PFS and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession. (Doc. 157669 and 157670.) **Plaintiff simply does not possess any additional information responsive to any deficiencies Defendants may now allege exist.**

4. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Booth prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 14th, 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com