# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | JUDGE ENGELHARDT |
| ----------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: : | |
| : | |
| *Sharon Gregorich v. Sanofi S.A., et. al.* : | Civil Action No.: 2:17-cv-06327 |
| : | |

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Now comes Plaintiff Sharon Gregorich, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3 filed on March 5, 2018, additional information has been obtained by the Plaintiff and submitted via MDL Centrality in further compliance with her discovery obligations and in support would show the following:

1. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 7/31/2017 and amended on 2/11/2018 and 2/22/2018. (Doc. 12597, 80034 and 96031). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 24864-5, 24867-70, 62754 and 86170), Before and After representative photos (Doc. 24820, 24847-8 and 24850-1) and medical records (80028-32).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff submitted additional information to correct/clarify the dates of the previously-submitted Before and After representative photos evidencing her Proof of Injury as well as supplying During and Current representative photos, and additional Before and After photos. (Zip

1

File Doc. 154855 and 158578). Additionally, although medical records had been previously submitted indicating Plaintiff's Taxotere usage from February 2006 to April 2006 thereby confirming Sanofi as the manufacturer, medical record excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156342).

3. Plaintiff has also submitted her Fourth Amended PFS and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession. (Doc. 158562 and 158574.) Plaintiff simply does not possess any additional information responsive to any deficiencies Defendants may now allege exist.

4. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Gregorich prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 14, 2018.

By:    s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com