# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Dorothy Renfroe
Case No.: 17-cv-00421

## SUGGESTION OF DEATH

In accordance with Rule 25(a), by and through the undersigned attorneys, whom were recently notified, note the death during the pendency of this action of Dorothy Renfroe, who is the Plaintiff in this action.

Respectfully Submitted,

Dated: May 14, 2018        **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**