UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Dorothy Renfroe
Case No.: 17-cv-00421

**PLAINTIFF'S MOTION TO SUBSITUTE TAMIKA RENFROE ON BEHALF OF DOROTHY RENFROE**

COMES NOW, Plaintiff Dorothy Renfroe and files this motion to substitute her surviving heir, Tamika Renfroe, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a). In support therefore, Plaintiff respectfully shows the Court the following:

1. Plaintiff Dorothy Renfore filed the present action in the United States District Court for the Eastern District of Louisianan on January 18, 2017.

2. Plaintiff died on September 16, 2017.

3. On May 14, 2018, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a).

4. Tamika Renfroe is the surviving next of kin and proper party plaintiff pursuant to the laws of the State of California.

Plaintiff respectfully requests that Tamika Renfroe be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: May 14, 2018	**JOHNSON BECKER, PLLC**

<u>/s/ Alexandra W. Robertson</u>
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**