# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Dorothy Renfroe

Case No.: 17-cv-00421

## ORDER

Upon Plaintiff's Motion to Substitute Tamika Renfroe on Behalf of Dorothy Renfroe and for good cause as shown, it is hereby Ordered that Plaintiff Tamika Renfore is to be substituted as proper party Plaintiff on behalf of Dorothy Renfroe.

The _____ day of _____, 2018

_____

The Hon. Kurt D. Engelhardt