# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO:<br><br>*Rhonda Johnson v. Sanofi S.A., et. al.* | | Civil Action No.: 2:17-cv-06629 |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff Rhonda Johnson, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3 filed on March 5, 2018, additional information has been obtained by the Plaintiff and submitted via MDL Centrality in further compliance with her discovery obligations and in support would show the following:

1. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 9/25/2017 and amended on 12/8/2017, 2/11/2018, 3/3/2018 and 3/6/2018. (Doc. 21887, 43599, 80044, 104998 and 106843). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 23579-80, 23626-9, 62762 and 86243), Before and After representative photos (Doc. 80035-6 and 106850) and medical records (Doc. 80037-41).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff was able to obtain additional Before and After representative photos as well as Current representative photos further evidencing her Proof of Injury which have been uploaded to MDL Centrality. (Zip File Doc. 159145). Additionally, although medical records had been

1

previously submitted indicating Plaintiff's Taxotere usage from April 2012 to July 2012, medical records reflecting the NDC Codes for her Taxotere usage have been uploaded and labeled as CMO 12 Product ID.  (Doc. 115609).

3. Plaintiff Johnson does not possess photos taken During her chemotherapy treatment nor documents related to her claim for disability.

4. Consequently, Plaintiff submitted her Fifth, Sixth and Seventh Amended PFSs and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession.  (Doc. 159133, 159167, 159168 and 159185.)  **<u>Plaintiff simply does not possess any additional information responsive to any deficiencies Defendants may now allege exist.</u>**

5. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Johnson prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 14, 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com