## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>CATHY S. STIVERS v. SANOFI S.A., ET AL., Case No. 2:17-cv-10442-KDE-MBN | Civil Action No.: 2:17-cv-10442-KDE-MBN |

## ORDER

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice to Refile Against Defendants Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. (Rec. Doc. 2226) is **GRANTED.**

New Orleans, Louisiana, this 11th day of May, 2018.

_____
Honorable Kurt D. Engelhardt
U.S. District Court Judge