UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Kurt D. Engelhardt |
| **THIS DOCUMENT RELATES TO:** | |
| Kristin Woodyard | Case No. 2:17-cv-14175 |
| v. | |
| Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Kristin Woodyard, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC from the above-captioned case, without prejudice, with each party to bear its own costs.

Dated: May 14, 2018

        Respectfully Submitted,

        GOLDBERG & OSBORNE LLP

        /s/ David J. Diamond
        David J. Diamond
        698 E. Wetmore Rd., Suite 200
        Tucson, AZ 85705
        Telephone:  (520) 620-3985
        Facsimile:  (520) 620-3991
        ddiamond@goldbergandosborne.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on May 14, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
David J. Diamond