# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Kurt D. Engelhardt |
| **THIS DOCUMENT RELATES TO:** Melissa Ventura<br><br>v.<br><br>Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC | Case No. 2:17-cv-16022 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Melissa Ventura, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC from the above-captioned case, without prejudice, with each party to bear its own costs.

Dated: May 14, 2018

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

/s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3985
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on May 14, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
David J. Diamond