IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | SECTION "N" (5) |
| Eloise Kyle | JUDGE ENGLEHARDT |
| Plaintiff, | MAG. JUDGE NORTH |
| v. | Civil Action No.: 2:17-cv-14446 |
| Sanofi-Aventis U.S. LLC et al, Defendants. | |

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE *only* in the above-captioned case be dismissed with prejudice. All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED: May 15, 2018           **BROWN AND CROUPPEN, P.C.**

By: /s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
*Attorney for Plaintiff*

| | |
|---|---|
| DATED: May 15, 2018 | **SHOOK, HARDY & BACON L.L.P.**<br><br>By: /s/ Kelly Bieri<br>Kelly Bieri<br>Harley Ratliff<br>2555 Grand Boulevard,<br>Kansas City, MO 64108<br>Telephone:  816-474-6550<br>Facsimile:  816-421-5547<br>Email: kbieri@shb.com; hratliff@shb.com<br>*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*<br><br>**TUCKER ELLIS LLP**<br><br>By: /s/ Julie A. Callsen<br>Julie A. Callsen<br>Brandon D. Cox<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone:  216-592-5000<br>Facsimile:  216-592-5009<br>Email: julie.callsen@tuckerellis.com<br>       brandon.cox@tuckerellis.com<br>*Attorneys for Accord Healthcare, Inc.*<br><br>**MORRISON & FOERSTER LLP**<br><br>By: /s/ Erin M. Bosman<br>Erin M. Bosman<br>Julie Y. Park<br>12531 High Bluff Dr.<br>San Diego, CA 92130-2040<br>Telephone:  858-720-5100<br>Facsimile:  858-720-5125<br>Email: ebosman@mofo.com; juliepark@mofo.com<br>*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*<br><br>**HINSHAW & CULBERTSON LLP**<br><br>By: /s/ Geoffrey M. Coan<br>Geoffrey M. Coan<br>Kathleen E. Kelly<br>28 State Street<br>Boston, MA 02109 |

Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc.*
*f/k/a Caraco Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 15, 2018                     /s/  Seth Sharrock Webb
                                                        SETH SHARROCK WEBB, # 51236
                                                        BROWN & CROUPPEN, P.C.
                                                        211 N. Broadway, Suite 1600
                                                        St. Louis, Missouri  63102
                                                        314-421-0216
                                                        314-421-0359 facsimile
                                                         sethw@getbc.com