IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: TAXOTERE (DOCETAXEL)          **MDL No.: 2740**
PRODUCT LIABILITY LITIGATION

                                     **SECTION "N" (5)**
This Document Relates To:

                                     **JUDGE ENGLEHARDT**
Kathryn Lankford                     **MAG. JUDGE NORTH**
        Plaintiff,
v.                                   **Civil Action No.:  2:17-cv-14448**

Sanofi-Aventis U.S. LLC et al,
        Defendants.
_____

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41, that the defendants Sandoz, Inc., Accord Healthcare, Inc.,

McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a

Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a

Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE *only* in the above-

captioned case be dismissed with prejudice.  All other causes of action against all other defendants

in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:


DATED: May 15, 2018              **BROWN AND CROUPPEN, P.C.**

                                By: /s/ Seth Sharrock Webb
                                SETH SHARROCK WEBB, # 51236
                                211 N. Broadway, Suite 1600
                                St. Louis, Missouri  63102
                                sethw@getbc.com
                                *Attorney for Plaintiff*

DATED: May 15, 2018

**GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
        brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys   for   McKesson   Corporation   d/b/a
        McKesson Packaging Services*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez

Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
        kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 15, 2018          /s/  Seth Sharrock Webb
                             SETH SHARROCK WEBB, # 51236
                             BROWN & CROUPPEN, P.C.
                             211 N. Broadway, Suite 1600
                             St. Louis, Missouri  63102
                             314-421-0216
                             314-421-0359 facsimile
                             sethw@getbc.com