IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | **MDL No.: 2740** |
| This Document Relates To: | **SECTION "N" (5)** |
| Anney McCall<br>    Plaintiff,<br>v. | **JUDGE ENGLEHARDT**<br>**MAG. JUDGE NORTH**<br><br>**Civil Action No.:  2:17-cv-14470** |
| Sanofi-Aventis U.S. LLC et al,<br>    Defendants. | |

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., McKesson Corporation d/b/a McKesson Packaging Services, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE *only* in the above-captioned case be dismissed with prejudice.  All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:


DATED: May 15, 2018                    **BROWN AND CROUPPEN, P.C.**

                                               By: /s/ Seth Sharrock Webb
                                               SETH SHARROCK WEBB, # 51236
                                               211 N. Broadway, Suite 1600
                                               St. Louis, Missouri  63102
                                               sethw@getbc.com
                                               *Attorney for Plaintiff*

DATED: May 15, 2018  **SHOOK, HARDY& BACON L.L.P.**

By: /s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email: kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
         kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: May 15, 2018                     /s/  Seth Sharrock Webb
                                                          SETH SHARROCK WEBB, # 51236
                                                          BROWN & CROUPPEN, P.C.
                                                          211 N. Broadway, Suite 1600
                                                          St. Louis, Missouri  63102
                                                          314-421-0216
                                                          314-421-0359 facsimile
                                                          sethw@getbc.com