IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | SECTION "N" (5) |
| Lawanna Middleton<br>    Plaintiff,<br>v. | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>Civil Action No.:  2:17-cv-14476 |
| Sanofi-Aventis U.S. LLC et al,<br>    Defendants. | |

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. *only* in the above-captioned case be dismissed with prejudice.  All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:


DATED: May 15, 2018                    **BROWN AND CROUPPEN, P.C.**

                                                         By: /s/ Seth Sharrock Webb
                                                         SETH SHARROCK WEBB, # 51236
                                                         211 N. Broadway, Suite 1600
                                                         St. Louis, Missouri  63102

        sethw@getbc.com
        *Attorney for Plaintiff*

DATED: May 15, 2018        **GREENBERG TRAURIG, LLP**

        By: /s/ R. Clifton Merrell
        R. Clifton Merrell
        Evan Holden
        3333 Piedmont Road NE, Suite 2500
        Atlanta, GA 30305
        Telephone:  678-553-2100
        Facsimile:  678-553-2100
        Email: merrellc@gtlaw.com; holdene@gtlaw.com
        *Attorneys for Sandoz, Inc.*

        **TUCKER ELLIS LLP**

        By: /s/ Julie A. Callsen
        Julie A. Callsen
        Brandon D. Cox
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone:  216-592-5000
        Facsimile:  216-592-5009
        Email: julie.callsen@tuckerellis.com
              brandon.cox@tuckerellis.com
        *Attorneys for Accord Healthcare, Inc.*

        **MORRISON & FOERSTER LLP**

        By: /s/ Erin M. Bosman
        Erin M. Bosman
        Julie Y. Park
        12531 High Bluff Dr.
        San Diego, CA 92130-2040
        Telephone:  858-720-5100
        Facsimile:  858-720-5125
        Email: ebosman@mofo.com; juliepark@mofo.com
        *Attorneys for McKesson Corporation d/b/a*
           *McKesson Packaging Services*

        **QUINN EMANUEL URQUHART &**
        **SULLIVAN, LLP**

        By: /s/ Mark S. Cheffo

Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
    kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513-698-5064
Facsimile:   513-698-5065
Email: msuffern@ulmer.com; kbeck@ulmer.com
*Attorneys for Actavis LLC f/k/a Actavis Inc,
And Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 15, 2018              /s/  Seth Sharrock Webb
                                                                                      SETH SHARROCK WEBB, # 51236
                                                                                      BROWN & CROUPPEN, P.C.
                                                                                      211 N. Broadway, Suite 1600
                                                                                      St. Louis, Missouri  63102
                                                                                      314-421-0216
                                                                                      314-421-0359 facsimile
                                                                                      sethw@getbc.com