## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| *Annie Jones v. Sanofi-Aventis US, LLC, et al.*; Civil Action No. 2:17-cv-04864 | |

## UNOPPOSED MOTION TO MOVE SUBMISSION DATE

Defendants, sanofi-aventis US LLC, Sanofi US Services Inc. and Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc. respectfully submit this unopposed motion to move the submission date of Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424). The present submission date for Plaintiff's motion is May 23, 2018 at 9:30 a.m., and Defendants respectfully request that the submission date be moved to the next available date of June 6, 2018 at 9:30 a.m. Counsel for Plaintiff has been contacted and has no opposition. Defendants respectfully represent that they are not seeking to move the submission date for any improper purpose and that moving the submission date will not affect any trial or pre-trial deadlines.

WHEREFORE, Defendants pray that the Court move the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424) to June 6, 2018 at 9:30 a.m.

Respectfully Submitted:

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

/s/ Harley V. Ratliff
Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendant Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2018, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ John F. Olinde