# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Annie Jones v. Sanofi-Aventis US, LLC, et al.*; Civil Action No. 2:17-cv-04864 | JUDGE ENGELHARDT |

## ORDER

IT IS HEREBY ORDERED that the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424) is moved to June 6, 2018 at 9:30 a.m.

New Orleans, Louisiana this _____ day of _____ 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**