# EXHIBIT A

| **Name:** | **Case No:** |
|---|---|
| 1. Lisa Fuller | 2:17-cv-06194 |
| 2. Rosaland Harvey | 2:17-cv-06558 |
| 3. Sharon Fontenot | 2:17-cv-00802 |
| 4. Karen Everett | 2:17-cv-06025 |
| 5. Denise Booth | 2:17-cv-05590 |