# EXHIBIT A

| Name:              | Case No:       |
| ------------------ | -------------- |
| 1. Normalind Ellois | 2:17-cv-03487 |
| 2. Shirley Martin  | 2:17-cv-05797  |