# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | JUDGE ENGELHARDT |
| ---------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: : | |
| : | |
| *Lulu Ann Holbrook v. Sanofi S.A., et. al.* : | Civil Action No.: 2:17-cv-06555 |
| : | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff Lulu Ann Holbrook, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3 filed on March 5, 2018, additional information has been obtained by the Plaintiff and submitted via MDL Centrality in further compliance with her discovery obligations and in support would show the following:

1. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 9/20/2017 and amended on 11/30/2017 and 2/12/2018.  (Doc. 20777, 40379 and 81308).  Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 40381-4, 40386, 40394-5, 62759 and 81306), Before and After representative photos (Doc. 40387, 40389-93, 92733 and 92735-49) and medical records (Doc. 80084-90).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff provided additional information regarding the dates of her previously-produced After representative photos which have been uploaded to MDL Centrality.  (Zip File Doc. 158613).  Additionally, although medical records had been previously submitted indicating

1

Plaintiff's Taxotere usage from June 2009 to September 2009 thereby confirming Sanofi as the manufacturer, medical records excerpts reflecting the dates of her Taxotere usage have been separately uploaded and labeled as CMO 12 Product ID.  (Doc. 156166).

3. Consequently, Plaintiff submitted her Third Amended PFSs and Response to Deficiency Notice reflecting her updated filings.  (Doc. 156166, 158619 and 158621.)

4. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Holbrook prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 16, 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com