UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br><br> SECTION: "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * * * | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |
| SEMERITA LOMAX v. SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. et al | * * * | Civil Action No. 2:17-cv-16837 |

-------------------------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Semerita Lomax's claims against all defendants (Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S. Inc, and Sanofi-Aventis U.S. LLC, ) be dismissed with prejudice, each party to bear its own costs.

May 16, 2018

Respectfully Submitted,
McCOLLUM INJURY LAW FIRM, LLC

/s/David L. McCollum
DAVID L. McCOLLUM  #50726
5 Victory Lane, Suite 202
Liberty, MO  64068
Telephone:  816-474-2060
Facsimile:   816-474-0201
david@injurylawfirm.lawyer
ATTORNEY FOR PLAINTIFF

/s/Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO  64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
kbieri@shb.com
hratliff@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC, Sanofi U.S Services Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this motion was electronically filed with the Clerk of Court on this 16th day of May, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      Attorney for Plaintiff,

                                                      /s/David L. McCollum
                                                      David L. McCollum