UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
*Josephine Stanton v. Sanofi S.A., et al.;*
Civil Action No. 2:17-cv-13612

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information, or objects upon St. Mary's of Michigan Medical Oncology.

Dated this 16th day of May, 2018.

HARRISON DAVIS
STEAKLEY MORRISON JONES, P.C.
*National Trial Lawyers*

By: /s/ Matt Morrison
Matt Morrison
matt@thetriallawyers.com
Texas Bar No. 24028602
5 Ritchie Road
Waco, Texas 76712
Tel.: (254) 761-3300
Fax: (254) 76-3301

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2018, a copy of the foregoing was served via e-mail upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Ste. 700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
505b2liaison@chaffe.com

Harley V. Ratliff
Kelly Bieri
Shook Hardy Bacon, LL
2555 Grand Boulevard
Kansas City, MO 64108
noproductid@shb.com

/s/ Matt Morrison
Matt Morrison

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Josephine Stanton <br> *Plaintiff* <br> v. <br> Sanofi S.A. et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:17-cv-13612 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: St. Mary's of Michigan Medical Oncology, 4599 Town Centre Rd., Saginaw, MI 48604

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all records showing the name of the manufacturer(s) and NDC number(s) of the Taxotere/Docetaxel administered to Josephine Stanton during her course of treatments as they are kept in the ordinary course of business. In the alternative, you may complete the Statement Regarding Chemotherapy Drug Administered attached hereto as Exhibit A. You may also provide written confirmation that the above information has been searched for and cannot be provided and the reason as to which it cannot be provided. You will be released from this subpoena by providing the requested information to my office: 5 Ritchie Road, Waco, Texas 76712, a minimum of nine (9) days prior to the date required by this subpoena.

| Place: Harrison Davis Steakley Morrison Jones, PC <br> 5 Ritchie Road <br> Waco, Texs 76712 | Date and Time: <br> 05/30/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/16/2018

| CLERK OF COURT | |
|---|---|
| _____ <br> *Signature of Clerk or Deputy Clerk* | OR  /s/ *(signature)* <br> *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Josephine Stanton , who issues or requests this subpoena, are:

Matt Morrison, 5 Ritchie Road, Waco, TX 76712; matt@thetriallawyers.com; 254-761-3300

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17-cv-13612

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                       *Server's signature*

                                       _____
                                       *Printed name and title*

                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

Patient's Name: Josephine Stanton    SSN: █████

DOB: █████    Home Phone: (989) 791-3488    Work Phone: (989) 791-____

I hereby authorize St. Mary's of Michigan Medical Oncology to disclose my individually identifiable health information as described below, which may include information concerning Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), mental illness, chemical or alcohol dependency, laboratory test results, medical history, treatment, or any other such related information. I hereby authorize the above-named health care provider to disclose records obtained in the course of my evaluation and/or treatment, and to send them by U.S. mail service, electronically, and/or electronic facsimile to Harrison Davis Steakley Morrison, P.C., P.O. Drawer 21387, Waco, Texas 76702-1387; (254) 761-3300; (254) 761-3301 (facsimile). I understand that Harrison Davis Steakley Morrison, P.C. is not a covered entity, and that the information released to them may not be protected thereafter by federal and state privacy regulations. I further understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information.

Type of access Requested:    ☒ Copies of Record(s)    ☐ Inspection of Record(s)

Medical Records:    ☒ Entire Record    ☐ Selection(s) of PHI as marked:

☐ Admission Summary    ☐ Radiology Reports    ☐ Clinic Notes    ☐ Diagnosis & Treatment
☐ Discharge Summary    ☐ Laboratory Reports    ☐ Physical Therapy    ☐ Consultative Reports
☐ History & Physical    ☐ Physical Evaluations    ☐ Emergency Room    ☐ Operative reports

☒ Other: Records from Taxotere use that ID the specific Taxotere used to treat Patient

Billing Records: ☒ UB92    ☒ HCFA Form

Dates of Service: All Dates of Service

Purpose for release or disclosure of Protected Health Information: Pursuant to TITLE 45, PART 164, SECTION 164.508(c)(1)(iv) of the CODE OF FEDERAL REGULATIONS, I state that the purpose of this disclosure is "at the request of the individual."

I understand that this authorization is voluntary and I may refuse to sign this authorization. I understand that the above named healthcare provider may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I further understand that I have a right to receive a copy of this authorization. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of my lawsuit or five (5) years from the date of this authorization, which ever comes first. I understand that I may revoke this authorization at any time by notifying the medical provider above in writing. I understand that such written revocation must be signed and must be dated later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the revocation.

YOU ARE **NOT** AUTHORIZED TO, AND YOU ARE EXPRESSLY PROHIBITED FROM, FURNISHING SUCH INFORMATION OR GIVING MEDICAL AND/OR DENTAL REPORTS, OR RECORDS OF ANY NATURE, TO ANYONE OTHER THAN THE ABOVE-DESIGNATED ATTORNEYS AND/OR THEIR AUTHORIZED DESIGNATED REPRESENTATIVES, UNLESS AUTHORIZED BY 45 CFR 164.500, ET SEQ.

YOU ARE **NOT** AUTHORIZED TO, AND YOU ARE EXPRESSLY PROHIBITED FROM, DISCUSSING MY CARE OR TREATMENT WITH ANYONE WITHOUT MY WRITTEN PERMISSION. I DO **NOT** GIVE PERMISSION FOR YOU TO TALK TO ANYONE ABOUT MY CARE OTHER THAN MY ATTORNEYS OR OTHER PERSONS SPECIFICALLY DESIGNATED IN WRITING BY MY ATTORNEYS, UNLESS AUTHORIZED BY 45 CFR 164.500, ET SEQ. MY ATTORNEYS ARE HARRISON DAVIS STEAKLEY MORRISON, P.C.

I have read the above, or have had it read to me, and authorize the disclosure of the Protected Health Information as stated.

_Josephine Stanton_    01/29/2018
[Signature of Patient / Legal Guardian or Representative*]    [Date]

* If signed by representative, describe your authority to act for the patient: _____

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Josephine Stanton

DATE OF BIRTH: ▮▮▮▮▮▮▮▮▮▮   SSN: ▮▮▮▮▮▮▮▮▮▮

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

___/___/___   ___/___/___   _____
DATE OF FIRST TREATMENT   DATE OF LAST TREATMENT   # OF DOSES

_____   _____
SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER   NAME OF PRACTICE/INFUSION CENTER

_____   _____
PRINTED NAME & TITLE OF REPRESENTATIVE   ADDRESS

_____   _____
DATE   CITY, STATE, ZIP