UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE KURT D. ENGELHARDT |
| Nelson-Robinson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-04869 | : |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO ACCORD HEALTHCARE, INC., ACTAVIS, INC., ACTAVIS PHARMA, INC.,
HOSPIRA, INC., HOSPIRA WORLDWIDE INC., SANDOZ, INC., SUN PHARMA
GLOBAL FZE, AND SUN PHARMA GLOBAL, INC.**

Plaintiff Annette Nelson-Robinson, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Accord Healthcare, Inc., Actavis, Inc., Actavis Pharma, Inc., Hospira, Inc., Hospira Worldwide Inc., Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharma Global, Inc., with each party to bear its own costs. This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Annette Nelson-Robinson's claims against Defendants Accord Healthcare, Inc., Actavis, Inc., Actavis Pharma, Inc., Hospira, Inc., Hospira Worldwide Inc., Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharma Global, Inc. Plaintiff Annette Nelson-Robinson's claims against all other Defendants named in civil action number 2:17-cv-04869 will remain active.

Dated: <u>May 16, 2018</u>

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210

Facsimile: (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 16, 2018

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*