BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:　　　　　　HON. KURT D. ENGELHARDT
*Barbara Liles vs. Sanofi US Services Inc. et al.,*
Case No. 2:16-cv-15575

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL BUT HOSPIRA DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Barbara Liles' claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately, Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., Accord Healthcare, Inc., Actavis Pharma Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. and. Sandoz Inc., be dismissed with prejudice, each party to bear its own costs.

Dated: May 14, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS

　　　　　　　　　　　　　　　　　　　　 */s/Lindsay R. Stevens*
　　　　　　　　　　　　　　　　　　　　John H. Gomez (CA Bar # 171485) T.A.
　　　　　　　　　　　　　　　　　　　　Ahmed S. Diab (CA Bar # 262319)
　　　　　　　　　　　　　　　　　　　　Lindsay R. Stevens (CA Bar # 256811)
　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1700
　　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　　Telephone: (619) 237-3490
　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 237-3496
　　　　　　　　　　　　　　　　　　　　*john@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*adiab@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*lstevens@thegomezfirm.com*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

/s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*


/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*


/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

/s/Erin M. Boseman
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com

*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

/s/Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

/s/Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

 

                                                */s/ Lindsay R. Stevens*
                                                Lindsay R. Stevens (CA Bar # 256811)
                                                GOMEZ TRIAL ATTORNEYS
                                                655 West Broadway, Suite 1700
                                                San Diego, California 92101
                                                Telephone: (619) 237-3490
                                                Facsimile: (619) 237-3496
                                                lstevens@thegomezfirm.com