# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>Sue Mardis<br><br>v.<br><br>Sandoz, Inc. &<br>Hospira, Inc. | HON. KURT D. ENGELHARDT<br><br><br>Case No. 2:17-cv-15301 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: May 16, 2018

*/s/ Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com
*Counsel for Plaintiff*

*/s/ Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
***Attorneys for Defendant Sandoz Inc.***

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22$_{nd}$ Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
maracuskergonzalez@quinnemanuel.com
***Attorney for Hospira, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 16, 2018                              Respectfully submitted,

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)

REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com