## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N"(5) |
| _____ THIS DOCUMENT RELATES TO: | : : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| Case No: 2:17-cv-15252 | : : | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| LAVON RICKS | : | AGAINST ALL DEFENDANTS |
|     *Plaintiff* | : | EXCEPT HOSPIRA, INC. and |
| vs. | : : | HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, |
| SANOFI US SERVICES INC. f/k/a | : | INC. |
| SANOFI-AVENTIS U.S. INC.; | : | |
| SANOFI-AVENTIS U.S. LLC, separately | : | |
| and d/b/a WINTHROP U.S.; | : | |
| SANDOZ INC.; | : | |
| ACCORD HEALTHCARE, INC.; | : | |
| McKESSON CORPORATION d/b/a | : | |
| McKESSON PACKAGING; | : | |
| HOSPIRA, INC.; | : | |
| HOSPIRA WORLDWIDE, LLC f/k/a | : | |
| HOSPIRA WORLDWIDE, INC.; | : | |
| SUN PHARMACEUTICAL | : | |
| INDUSTRIES, INC. f/k/a | : | |
| CARACO PHARMACEUTICAL | : | |
| LABORATORIES, LTD.; | : | |
| PFIZER INC.; | : | |
| ACTAVIS LLC f/k/a ACTAVIS INC.; | : | |
| and ACTAVIS PHARMA, INC. | : | |
|     *Defendants* | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Lavon Ricks against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S.; Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Sun

Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. _only_, in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear their own costs.

Plaintiff is not dismissing her claims against Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

This Stipulation of Voluntary Dismissal with Prejudice is being filed after the undersigned counsel sought consent or opposition from all presently named Defendants and received consent from all presently named Defendants or received no notice of opposition after fourteen (14) days.

Plaintiff seeks this dismissal pursuant to Case Management Order 12.

Dated: May 17, 2018

SHAW COWART, L.L.P.

*/s/ Ethan L. Shaw*

ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

ATTORNEYS FOR PLAINTIFF,
LAVON RICKS

## CERTIFICATE OF COUNSEL

The undersigned certifies that on May 3, 2018, counsel for all named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Within the last fourteen (14) days, counsel for Plaintiff received consent from Defendants or received no notice of opposition.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW