IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Jeannie K. Kruchten, et al.v. Accord Healthcare, Inc. et al.*<br>Case No. 2:17-cv-13672 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL BUT SANOFI-AVENTIS U.S. LLC**

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiffs Jeannie Kruchten and Al Kruchten against Accord Healthcare, Inc., Actavis Pharma, Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a/ Hospira Worldwide, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and Pfizer Inc. *only* in the above-captioned action in the Taxotere (Docetaxel), Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiffs' claims against SANOFI-AVENTIS U.S. LLC shall remain pending.

Dated: May 18, 2018

                                                                               Respectfully submitted,

| | |
|---|---|
| */s/ Austin Whitten*<br>Chris T. Hellums<br>Jon Mann<br>Austin B. Whitten<br>PITTMAN, DUTTON, & HELLUMS PC<br>2001 Park Place Tower<br>Suite 1100<br>Birmingham, AL 35203 | */s/ Madison Hatten*<br>Kelly Bieri<br>Harley V. Ratliff<br>Madison Hatten<br>SHOOK, HARDY & BACON L.L.P<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |

1

Tel: (205) 322-8880
Fax: (205) 278-2711
austinw@pittmandutton.com
*Counsel for Plaintiff*

Email: kbieri@shb.com
mhatten@shb.com
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

*/s/ Lavinia Denniston*
Mara Cusker Gonzalez
Mark S. Cheffo
Lavinia Denniston
QUINN EMANUEL URGHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: maracuskergonzalez@quinnemanuel.com
markcheffo@quinnemanuel.com
laviniadenniston@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

*/s/ Brandon Cox*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
noproductid@tuckerellis.com
*Attorneys for Defendant Accord Healthcare Inc.*

*/s/ Evan Holden*
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: merrellc@gtlaw.com

2

holdene@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com
*Attorneys for Defendant Sandoz, Inc.*

*/s/ Michael Suffern*
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
Email:   msuffern@ulmer.com
             kbeck@ulmer.com
*Attorneys for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served by ECF, this 18th day of May, 2018, upon counsel of record.

*/s/ Austin B. Whitten*
OF COUNSEL