UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| JANIS FOWLER | : : | CASE NO. 2:16-cv-17938 |
| v. | : : | |
| SANOFI AVENTIS, S.A., et al. | : | |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Janis Fowler, moves to substitute attorney, Jennifer A. Peterson, as counsel of record for her in place of Denise M. Motta. In support of this motion, plaintiff states that Denise M. Motta will be leaving the law firm of Travis, Herbert & Stempien, and plaintiff wishes for the case to remain with the firm and to be handled by Jennifer A. Peterson. Plaintiff also requests that Denise M. Motta be permitted to withdraw as counsel of record in this matter. There will be no delay in the proceedings or prejudice to plaintiff by the substitution of counsel as requested in this motion.

Respectfully submitted,

/s/ Denise M. Motta
Denise M. Motta
TRAVIS HERBERT & STEMPIEN, PLLC
Jefferson Marders Building
11507 Main Street
Middletown Historic District
Louisville, Kentucky 40243
(502) 245-7474
(502) 245-7025 (fax)
dmotta@thattorneys.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 18th day of May, 2018.

/s/ Denise M. Motta