# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: *Bonnie Janjanin v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-00885* | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Bonnie Janjanin's claims against Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC or Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

Dated this 18th Day of May, 2018.

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **QUINN EMANUEL URQHART & URQUHART & SULLIVAN, LLP** |
| */s/ Holly Nighbert* | /s/ Lavinia Denniston |
| Holly Nighbert, Esq. | Lavinia Denniston |
| One Court Street | 51 Madison Avenue, 22nd Floor |
| Alton, IL 62002 | New York, NY 10010 |
| Telephone (618) 259-2222 | Telephone: (212) 849-7000 |
| Facsimile (618) 259-2251 | Facsimile: (212) 849-7100 |
| Email: hnighbert@simmonsfirm.com | Email: docetaxelproductid@quinnemanuel.com |
| *Attorney for Plaintiff* | *Counsel for Defendants Hospira, Inc., Pfizer, Inc., Hospira Worldwide, LLC formerly d/b/a Hospira Worldwide, Inc.* |

**TUCKER ELLIS LLP**

/s/ Brandon D. Cox
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

**ULMER & BERNE LLP**

/s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc.*

## CERTIFICATION

Plaintiff's counsel notified all appropriate Defense counsel 14 days prior and there is no opposition to this notice.

Dated: 18th Day of May, 2018

*/s/ Holly Nighbert*
HOLLY NIGHBERT

## CERTIFICATE OF SERVICE

I hereby certify that on 18th Day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Holly Nighbert*
HOLLY NIGHBERT