IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: *Bonnie Janjanin v. Sanofi US Services Inc., et al.; Case No 2:17-cv-00885* | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Bonnie Janjanin, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss claims against Defendants *Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging Service, Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd. Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.,* only in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC or Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

Dated this 25th Day of May, 2018

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

## CERTIFICATION

Plaintiff's counsel notified all appropriate Defense counsel 14 days prior and there is no opposition to this notice.

Dated: 25th Day of May, 2018

                                              */s/ Holly Nighbert*
                                              HOLLY NIGHBERT

## CERTIFICATE OF SERVICE

I hereby certify that on 25th Day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              */s/ Holly Nighbert*
                                              HOLLY NIGHBERT