BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Patricia Warner vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* Case No. 2:17-cv-13993 | HON. KURT D. ENGELHARDT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses all defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated: April 2, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*
*Attorneys for Plaintiff*

1

IRWIN FRITCHIE URQUHART & MOORE LLC
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
dmoore@irwinllc.com

*Attorney for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*


/s/ Kelly Bieri
Kelly Bieri
Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
ckaufman@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                */s/ Lindsay R. Stevens*
                Ahmed S. Diab (CA Bar # 262319)
                GOMEZ TRIAL ATTORNEYS
                655 West Broadway, Suite 1700
                San Diego, California 92101
                Telephone: (619) 237-3490
                Facsimile: (619) 237-3496
                adiab@thegomezfirm.com