**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Tanya Holman vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13809 | |

**JOINT STIPULATION OF DISMISSALWITH PREJUDICE**

TO THE CLERK OF COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: February 6, 2018             Respectfully submitted,

                                    GOMEZ TRIAL ATTORNEYS

                                     /s/Lindsay R. Stevens
                                    John H. Gomez (CA Bar # 171485) T.A.
                                    Ahmed S. Diab (CA Bar # 262319)
                                    Lindsay R. Stevens (CA Bar # 256811)
                                    655 West Broadway, Suite 1700
                                    San Diego, California 92101
                                    Telephone: (619) 237-3490
                                    Facsimile: (619) 237-3496
                                    *john@thegomezfirm.com*
                                    *adiab@thegomezfirm.com*
                                    *lstevens@thegomezfirm.com*

1

*Attorneys for Plaintiff*

IRWIN FRITCHIE URQUHART & MOORE LLC
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
dmoore@irwinllc.com

*Attorney for Defendants*

SHOOK, HARDY & BACON L.L.P
*/s/ Harley Ratliff*
Harley Ratliff
Jon Strongman
2555 Grand Blvd.
Kansas City, MO 64108
hratliff@shb.com
jstrongman@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

QUINN EMANUAL URQUHART & SULLIVAN, LLP
*/s/ Mark S. Cheffo*
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY 10010
markcheffo@chaffe.com

CHAFFE MCCALL, L.L.P.
*/s/ John F. Olinde*
John F. Olinde
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc.*

KEOGH, COX & WILSON, LTD.
*/s/ John P. Wolff, III*
John P. Wolff, III
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

GREENBERG TRAURIG, LLP
*/s/ Lori G. Cohen*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
*cohenl@gtlaw.com*
*merrellc@gtlaw.com*
*holdene@gtlaw.com*

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
*paige.sensenbrenner@arlaw.com*
*debbie.rouen@arlaw.com*

*Attorneys for Defendant Sandoz, Inc.*

LEAKE & ANDERSON, LLP
*/s/ Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr.
Cristin Bordelon
1100 Poydras St., Suite 1700
New Orleans, LA 70163
*sshuler @leakeanderson.com*
*cbordelon@leakeanderson.com*


HINSHAW & CULBERTSON, LLP
Geoffrey M. Coan
Kathleen E. Kelly
28 State St., 24th Floor
Boston, MA 02109
*gcoan@hinshawlaw.com*
*kekelly@hinshawlaw.com*

*Attorneys for Defendants Sun Pharma*
*Global FZE and Sun Pharmaceutical*
*Industries, Inc. f/k/a Caraco Pharmaceutical*
*Laboratories, Ltd.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

              */s/ Lindsay R. Stevens*
              Ahmed S. Diab (CA Bar # 262319)
              GOMEZ TRIAL ATTORNEYS
              655 West Broadway, Suite 1700
              San Diego, California 92101
              Telephone: (619) 237-3490
              Facsimile: (619) 237-3496
              adiab@thegomezfirm.com