MINUTE ENTRY
MILAZZO, J.
May 18, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| This document relates to all cases | SECTION H(5) |

## MINUTE ENTRY

On May 18, 2018, the Court held a status conference with liaison counsel: Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants. The parties updated the Court on the status of the case.

**IT IS ORDERED** that a follow-up status conference with liaison counsel is **SET** for June 15, 2018 at 10:00a.m.

**IT IS FURTHER ORDERED** that the parties shall submit a Case Management Order to the Court by June 1, 2018.



(JS-10:15)