UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Barbara Bice*
**Case No.: 17-00751**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Barbara Bice, in the above captioned case, hereby appeals, to the United States Court of Appeals for the Fifth Circuit, the dismissal with prejudice order entered by the United States District Court for the Eastern District of Louisiana on April 20, 2018.

Dated: May 18, 2018

                                       Respectfully Submitted,

                                       /s/ J. Christopher Elliott
                                       J. Christopher Elliott (BAR NO. 41063)
                                       BACHUS & SCHANKER, LLC
                                       1899 Wynkoop Street
                                       Ste. 700
                                       Denver, CO 80202
                                       (303)899-9800
                                       F: (303)893-9900
                                       celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2018, I electronically filed Plaintiff's Notice of Appeal through the CM/ECF system, which sends notifications to counsel for Defendants.

*/s/J. Christopher Elliott*