UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Tukesha Burks*
**Case No.: 17-01738**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tukesha Burks, in the above captioned case, hereby appeals, to the United States Court of Appeals for the Fifth Circuit, the dismissal with prejudice order entered by the United States District Court for the Eastern District of Louisiana on April 20, 2018.

Dated: May 18, 2018

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ J. Christopher Elliott
　　　　　　　　　　　　　　　　　　J. Christopher Elliott (BAR NO. 41063)
　　　　　　　　　　　　　　　　　　BACHUS & SCHANKER, LLC
　　　　　　　　　　　　　　　　　　1899 Wynkoop Street
　　　　　　　　　　　　　　　　　　Ste. 700
　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　(303)899-9800
　　　　　　　　　　　　　　　　　　F: (303)893-9900
　　　　　　　　　　　　　　　　　　celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2018, I electronically filed Plaintiff's Notice of Appeal through the CM/ECF system, which sends notifications to counsel for Defendants.

*/s/J. Christopher Elliott*