# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** : | **MDL NO. 2740** |
| : | |
| : | **SECTION "N"(5)** |
| : | **JUDGE ENGELHARDT** |
| ------------------------------------------------------- : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: : | |
| : | |
| *April Lancien v. Sanofi S.A., et. al.* : | **Civil Action No.: 2:17-cv-06707** |
| : | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith fully complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Lancien has submitted the following documentation via MDL Centrality:

    **(1) Product Identification and Evidence of Usage:** Medical records were previously submitted on 2/11/2018. (Doc. 80110-5, 80404-5, 80407-8, 80410-11, 80413.) Although these medical records indicated Plaintiff's Taxotere usage from February 2006 – April 2006 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156365).

    **(2) Proof of Injury Photos:** Before and After representative photos were previously submitted on 2/11/2018. (Doc. 80016.) Plaintiff has now submitted additional information to correct/clarify the dates of these previously-submitted Before and After photos as well as submitting Current photos. (Zip File Doc. 159537). Ms. Lancien does not possess any photos taken During her chemotherapy treatment.

1

    **(3) Properly Executed Verification of PFS:** Her properly executed Verification of PFS was previously submitted on 2/12/2018.  (Doc. 80926, previously uploaded as "Other" on 2/11/2018, Doc 80017.)

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 9/26/2017 and amended on 2/11/2018, 2/28/2018 and 3/2/2018.  (Doc. 22028, 44077, 80024, 102680 and 104811.)  Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc. 62766 and 80018-23.)

3. Plaintiff has also now submitted her Fifth Amended PFS and Responses to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession.  (Doc. 159533, 159535 and 163857.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute full compliance.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

    WHEREFORE, PREMISE CONSIDERED, Plaintiff Lancien prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

    Respectfully submitted, May 21st, 2018.

    By:    s/ *Michael P. McGartland*
            Michael P. McGartland
            MS Bar No. 100487
            McGartland Law Firm, PLLC
            University Centre I, Suite 500
            1300 South University Drive
            Fort Worth, Texas 76107
            Telephone: (817) 332-9300
            Facsimile: (817) 332-9301
            mike@mcgartland.com