# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** : | **MDL NO. 2740** |
| : | |
| : | **SECTION "N"(5)** |
| : | **JUDGE ENGELHARDT** |
| --------------------------------------------------------- : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: : | |
| : | |
| *Sharon Lawrence, et al. v. Sanofi S.A., et. al.* : | Civil Action No.: 2:17-cv-06807 |
| : | |

## PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
## A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

COMES NOW Plaintiff Sharon Lawrence, by and through counsel, and files this her Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 and in support would show unto this Court the following:

1. On March 5, 2018, Plaintiff Lawrence submitted her Response to Order to Show Cause No. 3. Since that time, additional information has been submitted via MDL Centrality to provide information to clarify dates of previously-produced Before and After representative photos, to produce an additional Before photo as well as a Current photo, to comply with CMO 12's product identification requirements and to correct a previously produced HIPPA Authorization. (Doc. Nos. 117264, 134424 and 147294.) Consequently, it has become necessary to amend Plaintiff's previous Response to fully informed the Court as to the status of Plaintiff's compliance with its Orders.

2. Attached hereto as Exhibit A is Plaintiff Lawrence's proposed Supplemental Response to Show Cause Order No. 3. Plaintiff Lawrence believes her good faith submissions substantially satisfy her obligations as ordered by this Court, and consequently, her case should not be dismissed under the pending Order to Show Cause.

3. Counsel for Plaintiff Lawrence has conferred with defense counsel and has been advised that defense opposes this motion.

WHEREFORE, PREMISES CONSIDERED Plaintiff Lawrence prays this Court will grant her leave to file her proposed Supplemental Response to Order to Show Cause No. 3 attached hereto as Exhibit A and upon review of same will deny Defendants' Motion to Dismiss.

Respectfully submitted, this the 21st day of May 2018.

> By:  s/ *Michael P. McGartland*
> Michael P. McGartland
> MS Bar No. 100487
> McGartland Law Firm, PLLC
> University Centre I, Suite 500
> 1300 South University Drive
> Fort Worth, Texas 76107
> Telephone: (817) 332-9300
> Facsimile: (817) 332-9301
> mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

> By:  s/ *Michael P. McGartland*
> Michael P. McGartland