# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N"(5) |
| | : | JUDGE ENGELHARDT |
| ------------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: | : | |
| | : | |
| *Sharon Lawrence, et al. v. Sanofi S.A., et. al.* | : | Civil Action No.: 2:17-cv-06807 |
| | : | |

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Lawrence has submitted the following documentation via MDL Centrality:

   (1) **Product Identification and Evidence of Usage:**  Medical records were previously submitted on 2/10/2018.  (Doc. 79981.)  Although these medical records indicated Plaintiff's Taxotere usage from November 2010 to January 2011 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID.  (Doc. 117264).

   (2) **Proof of Injury Photos:**  Before and After representative photos were previously submitted on 2/10/2018.  (Doc. 79982-3.)  Plaintiff has now submitted additional information to correct/clarify the dates of these previously-submitted Before and After photos and to produce an additional Before photo and Current photo.  (Zip File Doc. 134424).  Ms. Lawrence does not have photos taken During her chemotherapy treatment.

1

**(3) Properly Executed Verification of PFS:**  Her properly executed Verification of PFS was previously submitted on 2/15/2018.  (Doc. 86261.)

2.  As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 9/27/2017 and amended on 12/11/2017, 2/11/2018 and 3/3/2018.  (Doc. 22305, 44467, 80013, 80015 and 10500.)   Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc. 23511-6 and 62772; HIPPA re-submitted on 4/24/2018, Doc 147294.)

3.  Plaintiff has also now submitted her Fifth, Sixth and Seventh Amended PFSs and Responses to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession with exception of documentation related to her disability claim and details of her medical treatment which she is attempting to obtain for supplementation.  (Doc. 110262, 159820, 159824 and 159829.)

4.  Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute substantial compliance.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

        WHEREFORE, PREMISE CONSIDERED, Plaintiff Lawrence prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

        Respectfully submitted, May 21st, 2018.

                                        By:      s/ *Michael P. McGartland*
                                                 Michael P. McGartland
                                                 MS Bar No. 100487
                                                 McGartland Law Firm, PLLC
                                                 University Centre I, Suite 500
                                                 1300 South University Drive
                                                 Fort Worth, Texas 76107
                                                 Telephone: (817) 332-9300
                                                 Facsimile: (817) 332-9301
                                                 mike@mcgartland.com