# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: | | |
| *Veronica Smith v. Sanofi S.A., et. al.* | | Civil Action No.: 2:16-cv-12943 |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with all her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Smith has submitted the following documentation via MDL Centrality:

    **(1) Product Identification and Evidence of Usage:** Medical records were previously submitted on 5/5//2017 and 2/11/2018. (Doc. 1209-10, 80293-7). Although these medical records indicated Plaintiff's Taxotere usage from September 2008 to November 2008 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156239).

    **(2) Proof of Injury Photos:** Before and After representative photos were previously submitted on 9/1/2017. (Doc. 17129, 17131-3). Plaintiff has now submitted additional information to correct/clarify the dates of these previously-submitted Before and After photos as well as submitting additional Before photos and Current photos. (Zip File Doc. 161516, 162506, 162717 and 162836). Ms. Smith does not possess any photos taken During her chemotherapy treatment.

1

   **(3) Properly Executed Verification of PFS:**  Her properly executed Verification of PFS was previously submitted on 5/5/2017.  (Doc. 1203.)

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 5/5/2017 and amended on 6/19/2017, 9/1/2017 and 1/4/2018 (Doc. 1211, 8098, 17133 and 53099.)  Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc.1190-1205 and 62869.)

3. Plaintiff has also now submitted her Fourth Amended PFS and Responses to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession.  (Doc. 161515, 161522 and 163837.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute full compliance.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

   WHEREFORE, PREMISE CONSIDERED, Plaintiff Smith prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

   Respectfully submitted, May 21, 2018.

>     By:   s/ *Michael P. McGartland*
>           Michael P. McGartland
>           MS Bar No. 100487
>           McGartland Law Firm, PLLC
>           University Centre I, Suite 500
>           1300 South University Drive
>           Fort Worth, Texas 76107
>           Telephone: (817) 332-9300
>           Facsimile: (817) 332-9301
>           mike@mcgartland.com