# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | JUDGE MILAZZO |
| ---------------------------------------------------------- : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: : | |
| : | |
| *Insell Lester v. Sanofi S.A., et. al.*  : | Civil Action No.: 2:17-cv-06886 |
| : | |

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Lester has submitted the following documentation via MDL Centrality:

   **(1) Product Identification and Evidence of Usage:** Medical records were previously submitted on 2/7/2018. (Doc. 77105, 77107-9, 77111 and 77113.) Although these medical records indicated Plaintiff's Taxotere usage from January 2009 to March 2010 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156180).

   **(2) Proof of Injury Photos:** Before and After representative photos were previously submitted on 2/7/2018. (Doc. 77080, 77091, 77099 and 77101-2.) Plaintiff has now submitted additional information to correct/clarify the dates of these previously-submitted Before and After photos. (Zip File Doc. 159741 and 166345). Ms. Lester does not possess any photos taken During her chemotherapy treatment.

1

    **(3) Properly Executed Verification of PFS:** Her properly executed Verification of PFS was previously submitted on 2/15/2018.  (Doc. 86276.)

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 9/29/2017 and amended on 12/11/2017, 2/7/2018, and 5/21/18.  (Doc. 22767, 44339, 77066, 159676 and 166390.)  Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc. 23500-5 and 62775.)

3. Plaintiff has also now submitted her Fourth Amended PFS and Responses to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession with exception of Current photos which she is attempting to obtain for supplementation.  (Doc. 159676, 159714, 163865, 166390 and 166394.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute substantial compliance.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

    WHEREFORE, PREMISE CONSIDERED, Plaintiff Lester prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

    Respectfully submitted, May 21st, 2018.

    By:    s/ *Michael P. McGartland*
              Michael P. McGartland
              MS Bar No. 100487
              McGartland Law Firm, PLLC
              University Centre I, Suite 500
              1300 South University Drive
              Fort Worth, Texas 76107
              Telephone: (817) 332-9300
              Facsimile: (817) 332-9301
              mike@mcgartland.com