**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| INELL LESTER | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 2:17-cv-06886 |
| SANOFI S.A., AVENTIS PHARMA S.A, | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and | : | |
| doing business as Winthrop U.S., | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT