# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.** |
| THIS DOCUMENT RELATES TO:<br><br>LOUISE BARRON v. SANOFI US SERVICES INC., ET AL. | Civil Action No.: 2:17-cv-12399 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Louise Barron's claims against Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC, Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., Pfizer Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 21st day of May 2018.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

By: */s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE** 400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
       kbrilleaux@irwinllc.com

| | |
|---|---|
| Eric H. Gibbs<br>Amy M. Zeman<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com<br>        amz@classlawgroup.com | Harley Ratliff<br>Kelly Bieri<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email:  hratliff@shb.com<br>         kbieri@shb.com<br><br>*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*<br><br>By:   __/s/ Evan Holden_____<br>Lori G. Cohen<br>R. Clifton Merrell<br>Evan Holden<br>**GREENBERG TAURIG, LLP**<br>Terminus 200<br>3333 Piedmont Road NE, Ste. 2500<br>Atlanta, GA  30305<br>Telephone: (678) 553-2100<br>Email:  cohenl@gtlaw.com<br>          merrellc@gtlaw.com<br>          holdene@gtlaw.com<br><br>*Attorneys for Defendant Sandoz, Inc.*<br><br>By:   _/s/ Brandon D. Cox_____<br>Julie A. Callsen<br>Brandon D. Cox<br>**TUCKER ELLIS LLP**<br>950 Main Avenue, Suite 1100<br>Cleveland, OH  44113-7213<br>Telephone:  (216) 592-5000<br>Facsimile:  (216) 592-5009<br>Email: Brandon.cox@tuckerellis.com<br>          Julie.Callsen@tuckerellis.com<br><br>John P. Wolff, III<br>**KEOGH, COX &WILSON, LTD.**<br>701 Main Street<br>P.O. Box 1151<br>Baton Rouge, LA  70821<br>Email:  jwolff@keoghcox.com |

2

*Attorneys for Defendant Accord Healthcare, Inc.*

By:   /s/ Mara Cusker Gonzalez
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY  10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email:  markcheffo@quinnemanuel.com
       maracuskergonzalez@quinnemanuel.com
       sararoitman@quinnemmanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Email:  olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Pfizer, Inc.*

By:   /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email:  gcoan@hinshawlaw.com
       kekelly@hinshawlaw.com

Stanton E. Shuler, Jr.
Cristin Bordelon
**LEAKE & ANDERSON, LLP** 1100
Poydras St., Suite 1700
New Orleans, LA  70163
Email:  sshuler @leakeanderson.com

3

cbordelon@leakeanderson.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

By:     */s/ Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
**ULMER & BERNE LLP**
600 Vine St., Suite 2800
Cincinnati, OH  45202
Email:  msuffern@ulmer.com
        jpeck@ulmer.com
        jschaefer@ulmer.com

*Attorneys for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*