UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : : | **MDL NO. 2740**<br><br>**SECTION "N"(5)**<br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: | | |
| *Donnette McCloud, et al. v. Sanofi S.A., et. al.* | | Civil Action No.: 2:17-cv-07300 |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

COMES NOW Plaintiff Donnette McCloud, by and through counsel, and files this her Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 and in support would show unto this Court the following:

1. On March 5, 2018, Plaintiff McCloud submitted her Response to Order to Show Cause No. 3. Since that time, additional information has been submitted via MDL Centrality to properly date her previously-submitted representative Before and After photos, to comply with CMO 12's product identification requirements and to re-submit her Employment and HIPPA Authorizations to include her printed name. Submitted Social Security Disability documentation. (Doc. Nos. 156783, 157085-6, 161106, 164961 and 164962.) Consequently, it has become necessary to amend Plaintiff's previous Response to fully informed the Court as to the status of Plaintiff's compliance with its Orders.

2. Attached hereto as Exhibit A is Plaintiff McCloud's proposed Supplemental Response to Show Cause Order No. 3. Plaintiff McCloud believes her good faith submissions substantially satisfy her obligations as ordered by this Court, and consequently, her case should not be dismissed under the pending Order to Show Cause.

3. Counsel for Plaintiff McCloud has conferred with defense counsel and has been advised that defense opposes this motion.

WHEREFORE, PREMISES CONSIDERED Plaintiff McCloud prays this Court will grant her leave to file her proposed Supplemental Response to Order to Show Cause No. 3 attached hereto as Exhibit A and upon review of same will deny Defendants' Motion to Dismiss.

Respectfully submitted, this the 21st day of May 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: s/ *Michael P. McGartland*
Michael P. McGartland