# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "N"(5) |
| ------------------------------------------------------------ | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: | : | Civil Action No.: 2:17-cv-07300 |
| *Donnette McCloud, et al. v. Sanofi S.A., et. al.* | : | |
| | : | |

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff McCloud has submitted the following documentation via MDL Centrality:

    **(1) Product Identification and Evidence of Usage:** Medical records were previously submitted on 1/3/2018. (Doc. 52950-1). Although these medical records indicated Plaintiff's Taxotere usage from August 2010 to October 2010 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156783);

    **(2) Proof of Injury Photos:** Before and After representative photos were previously submitted on 1/3/2018. (Doc. 52952-4). Plaintiff has now submitted additional information to correct/clarify the dates of these previously-submitted Before and After photos. (Zip File Doc. 161106 and 164961); and

    **(3) Properly Executed Verification of PFS:** Her properly executed Verification of PFS was previously submitted on 2/16/2018. (Doc. 88919, previously uploaded as "Other" on 1/3/2018, Doc. 52946.)

1

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 10/13/2017 and amended on 1/3/2018, 2/18/2018, 2/20/2018 and 5/17/18.  (Doc. 26361, 52940, 89593, 92044 and 164963.)  Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc. 52941, 52944, 52947-48, 62798, 157085-6; HIPPA and Employment Authorization previously uploaded without printed name, Doc. 52943 and 52945); and Social Security Disability documentation (Doc. 164962.)

3. Plaintiff has also now submitted her Fifth Amended PFS and Responses to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession with the exception of Current and During photos and documentation related to her disability claim which she attempting to secure for supplementation.  (Doc. 161086, 161098, 163901 and 164969.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute substantial compliance.  Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff McCloud prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 21, 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com