UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> **Velma Joyce Snipes v. Sanofi US** ) <br> **Services, Inc., f/k/a Sanofi-Aventis U.S.** ) <br> **Inc., et.al., Civil Action No. 17-15834** ) | MDL NO. 2740 <br><br> SECTION "N"(5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Velma Joyce Snipes, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby voluntarily dismisses all claims against Defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Sandoz, Inc., Accord Healthcare, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Plaintiff's claims against Hospira, Inc. shall remain pending.

Respectfully Submitted,

*/s/ Patrick E. Carr*
PATRICK E. CARR OBA#1506
CARR & CARR ATTORNEYS
4416 S. Harvard
Tulsa, OK 74135
(918)747-1000
(918)747-7284 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served electronically and notice of this service will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Patrick E. Carr*
Patrick E. Carr