# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | JUDGE KURT D. ENGELHARDT |
| Civil Action No. 2:17-CV-14844 | : : | MAG. JUDGE MICHAEL B. NORTH |
| THERESA CHAND, | : : | JOINT STIPULATION OF |
| Plaintiff, | : : | DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS |
| vs. | : : | |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. LLC and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Theresa Chand against all remaining named defendants, namely Sanofi US Services Inc. f/k/a Sanofi-Aventis, U.S. LLC and Sanofi-Aventis U.S. LLC, be dismissed with prejudice, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: May 21, 2018               Respectfully submitted,

**BARON & BUDD, P.C.**

 */s/ Sindhu S. Daniel*_____
Sindhu S. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com

ATTORNEYS FOR PLAINTIFF


**SHOOK, HARDY & BACON**


By: */s/ Kelly Bieri*_____
Kelly Bieri
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5545
kbieri@shb.com

ATTORNEYS FOR DEFENDANTS