# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>Kristine Combs,<br>Plaintiff<br><br>v.<br><br>Sanofi et al.,<br>Defendants | HON. KURT D. ENGELHARDT<br><br><br>Case No. 17-cv-17185 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Counsel for Plaintiff sought permission to dismiss from all named and served Defendants in this lawsuit on April 12, 2018. However, Counsel only received a response from Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. Counsel for Plaintiff sent a subsequent email on May 15, 2018 but did not receive a response from any other named and served Defendant. As such, Counsel for Plaintiff now files an unopposed motion.

Dated: May 21, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*


/s/ Harley Ratliff
Harley Ratliff
Kelly Bieri
kbieri@shb.com
Telephone: 816-474-6550
Facsimile: 816-421-5547
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com

*Counsel for Defendants Sanofi-Aventis*
*U.S. LLC and Sanofi U.S. Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


Dated: May 21, 2018                    Respectfully submitted,

                                                /s/ *Robert Binstock*
                                                Robert Binstock (TX Bar No. 02328350)
                                                REICH AND BINSTOCK, LLP

Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com