UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>DINA REFKA v. HOSPIRA, INC., ET AL., Case No. 2:18-cv-02204-KDE-MBN | |

Plaintiff Dina Refka respectfully requests that the Court dismiss her complaint in Case No. 2:18-cv-02204-KDE-MBN against Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. without prejudice to refile against these Defendants pursuant to Pretrial Order 54. The relief sought in this Motion is unopposed by Defendants.

Dated this 22nd day of May 2018

By: */s/Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Florida Bar No. 0077354
Morgan & Morgan
Complex Litigation Group
12800 University Drive Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 433-6836
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Counsel for the Hospira Defendants regarding this Motion in writing, and counsel has consented and does not oppose the relief sought.

By: */s/Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
Florida Bar No. 0077354
12800 University Drive Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 433-6836
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to participants registered with MDL Centrality to receive service in this MDL.

By: */s/Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
Florida Bar No. 0077354
12800 University Drive Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 433-6836
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*