UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 :  : SECTION "N" (5) : |
| THIS DOCUMENT RELATES TO: Pearson et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al Civil Action No. 2:18-cv-02521 | : JUDGE JANE TRICHE MILAZZO :  : MAG. JUDGE MICHAEL B. NORTH : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 (a)(1)(A) hereby voluntary dismiss all claims against Defendants Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. *only* from the above- captioned case, with prejudice, each party to bear its own costs. Plaintiffs are not dismissing claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Dated: May 22, 2018

Respectfully Submitted,

**KAGAN LEGAL GROUP, LLC**

*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Florida Bar No. 26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220- 2424
Facsimile: (939) 220- 2477

Email: andrew@kaganlegalgroup.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 22, 2018

Respectfully Submitted,

        **KAGAN LEGAL GROUP, LLC**
        */s/ Andrew T. Kagan*
        Andrew T. Kagan
        FL Bar #26291
        295 Palmas Inn Way, Suite 6
        Humacao, PR 00791
        Phone: (939) 220-2424
        Facsimile: (939) 220-2477
        andrew@kaganlegalgroup.com

        Attorney for Plaintiff