**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **NOTICE OF COMPLIANCE WITH ORDER ON RESPONSES TO SHOW CAUSE NO. 2** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:16-md-02740 |
| CONNIE SEMENIUK v. SANOFI S.A., ET AL., Case No. 2:16-cv-17512 | |
| and | |
| ADA BROWN V. SANOFI A.A., ET AL., Case No. 2:16-cv-17142 | |

**NOTICE OF COMPLIANCE WITH ORDER**
**ON RESPONSES TO SHOW CAUSE NO. 2**

Pursuant to this Court's Order on Responses to Show Cause No. 2, entered April 20, 2018, Plaintiffs Connie Semeniuk and Ada Brown (collectively, "Plaintiffs"), by and through undersigned counsel, notify the Court that they submitted their Plaintiff Fact Sheets (PFS) within the 30-day extension period allotted by the Court.

On November 17, 2017, the Court entered Show Cause No. 2 in which Plaintiffs appeared on for not submitting a PFS.  In the Court's Order on Responses to Show Cause No. 2 issued on April 20, 2018, the Court allowed Plaintiffs an additional 30 days from entry of the order to

1

submit their PFS.  Thirty days from April 20th, 2018, was Sunday, May 20th, 2018.  Plaintiff

Semeniuk submitted her PFS on May 8, 2018.  Plaintiff Brown submitted her PFS on May 19,

2018.

     Based on the foregoing, Plaintiffs respectfully request that their cases not be dismissed, as

they have complied with the Court's Order on Responses to Show Cause No. 2 by curing their

deficiencies within the 30-day extension date.

                Respectfully Submitted,
              **BACHUS & SCHANKER, LLC**

              *By: /s/J. Christopher Elliott*
              J. Christopher Elliott, Esq. (Bar No. 41063)
              1899 Wynkoop Street Suite 700
              Denver, Colorado 80202
              Telephone: 303-893-9900
              Facsimile: 303-893-9900
              E-mail: celliott@coloradolaw.net

              *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants. I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

*s/J. Christopher Elliott*
J. Christopher Elliott
