# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: | | |
| *Stephanie Lipman v. Sanofi S.A., et. al.* | | Civil Action No.: 2:17-cv-07083 |

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Lipman has submitted the following documentation via MDL Centrality:

    **(1) Product Identification and Evidence of Usage:** Medical records were previously submitted on 1/2/2018 (Doc. 52296, 52298, 52300, 52302, 52304, 52307, 52311-17). Although these medical records indicated Plaintiff's Taxotere usage from January 2008 to May 2008 confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156855).

    **(2) Proof of Injury Photos:** Before and After representative photos were previously submitted on 1/2/2018 (Doc. 52319-52322). Plaintiff has now submitted additional information to correct/clarify the dates of these previously-submitted photos as well as submitting additional properly-dated Before and After photos as well as Current representative photos. (Doc. 134416, 138847, 139256, 159906 and 168081). Ms. Lipman does not possess any photos taken During her chemotherapy treatment.

1

**(3) Properly Executed Verification of PFS:** Her properly executed Verification of PFS was previously submitted on 1/23/2018. (Doc. 62780 - originally uploaded 1/2/2018 but mislabeled as "Other" at Doc. 52292.)

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 10/9/2017 and amended on 1/2/2018 and 3/1/2018 (Doc. 24466, 52265, 52284, 103294.) Plaintiff also previously submitted all required Authorizations, and her PTO 71 Written Statement (Doc.52288-94.)

3. Plaintiff has also now submitted her Sixth Amended PFS and Responses to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession with the exception of her out-of-pocket expense documentation which she is attempting to secure for supplementation. (Doc. 159878, 159882, 163835 and 168108.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements. Further, Defendants have not, and cannot, show their defense has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Lipman prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 22, 2018.

By:   s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com