# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| STEPHANIE LIPMAN | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 2:17-cv-07083** |
| SANOFI S.A., AVENTIS PHARMA S.A, | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and | : | |
| doing business as Winthrop U.S., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER GRANTING LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.


_____
JUDGE, UNITED STATES DISTRICT COURT