UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO:<br><br>*Shirley Lockett v. Sanofi S.A., et. al.* | : : : : | <br><br>Civil Action No.: 2:17-cv-07095 |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Lockett has submitted the following documentation via MDL Centrality:

   **(1) Product Identification and Evidence of Usage:**  Medical records were previously submitted on 12/20/2017.  (Doc. 48550-8.)  Although these medical records indicated Plaintiff's Taxotere usage from July 2009 to October 2009 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID.  (Doc. 156192.)

   **(2) Proof of Injury Photos:**  Properly dated Before and After representative photos were previously submitted on 12/20/2017 and 3/4/2018.  (Doc. 48560-68 and 105139-44.) Plaintiff has now obtained and produced Current representative photos further evidencing her injury.  (Doc. 110625-8).  Ms. Lockett does not possess any photos taken During her chemotherapy treatment.

1

    **(3) Properly Executed Verification of PFS:** Her properly executed Verification of PFS was previously submitted on 2/15/2018. (Doc. 86300.)

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 10/6//2017 and amended on 2/7/2018 and 3/4/2018. (Doc. 24199, 76889 and 105137.) Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc. 48543-6, 48569-70 and 62781.)

3. Plaintiff has also now submitted her Fourth Amended PFS and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession with exception of documentation to her expenses for head coverings, her disability claim and handout from her physician which she is attempting to obtain for supplementation. (Doc. 160192 and 160196.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute substantial compliance. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Lockett prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 22, 2018.

        By:    s/ *Michael P. McGartland*
                  Michael P. McGartland
                  MS Bar No. 100487
                  McGartland Law Firm, PLLC
                  University Centre I, Suite 500
                  1300 South University Drive
                  Fort Worth, Texas 76107
                  Telephone: (817) 332-9300
                  Facsimile: (817) 332-9301
                  mike@mcgartland.com