**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| SHIRLEY LOCKETT, | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 2:17-cv-07095** |
| SANOFI S.A., AVENTIS PHARMA S.A, | : | |
| SANOFI-AVENTIS U.S. LLC, separately, and | : | |
| doing business as Winthrop U.S., | : | |
| | : | |
| Defendants. | : | |

_____:

**ORDER GRANTING LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER
TO SHOW CAUSE NO. 3**

THE COURT being fully advised on the matter and having reviewed the file and pleadings

in this matter, hereby GRANTS Plaintiff's Opposed Motion for Leave to File a Supplemental

Response to Order to Show Cause No. 3 in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.


_____
JUDGE, UNITED STATES DISTRICT COURT