# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "N"(5)** |
| | : | **JUDGE ENGELHARDT** |
| ------------------------------------------------------- | : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: | : | |
| | : | |
| *Cloyce Sykes v. Sanofi S.A., et. al.* | : | **Civil Action No.: 2:16-cv-17043** |
| | : | |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760) and would show she has in good faith complied with her discovery obligations and would show the following:

1. As required for substantial compliance with her discovery obligations, Plaintiff Sykes has submitted the following documentation via MDL Centrality:

   **(1) Product Identification and Evidence of Usage:** Medical records were previously submitted on 1/3/2018. (Doc. 52800, 52802 and 52804-6.) Although these medical records indicated Plaintiff's Taxotere usage from September 2008 to January 2009 thereby confirming Sanofi as the manufacturer, excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156258.)

   **(2) Proof of Injury Photos:** Before and After representative photos were previously submitted on 5/4/2017 (Doc. 1099, 1100, 1102-5) and properly dated Before and After representative photos were previously submitted on 3/2/2018. (Doc. 104789-95.) Plaintiff has also now produced excerpted medical records evidencing her hair loss injury. (Doc. 161551.) Ms. Sykes does not possess any photos taken During chemotherapy treatment.

1

**(3) Properly Executed Verification of PFS:** Her properly executed Verification of PFS was previously submitted on 5/4/2017. (Doc. 1096.)

2. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 5/4/2017 and amended on 6/6/2017, 1/3/2018 and 3/2/2018. (Doc. 1127, 7397, 52791 and 104788.) Plaintiff also previously submitted all required Authorizations and her PTO 71 Written Statement (Doc. 1092-8 and 87316.)

3. Plaintiff has also now submitted her Fifth Amended PFS and Response to Deficiency Notice reflecting her updated filings and stating that all required information has either been provided, is unknown or not in her possession with exception of documentation related to her disability claim and Current representative photos which she is attempting to obtain for supplementation. (Doc. 161586 and 161590.)

4. Plaintiff and her counsel have complied in good faith with the Court's discovery requirements and believe Plaintiff's submissions constitute substantial compliance. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Sykes prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 22, 2018.

By:   s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com