UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CLOYCE SYKES, | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 2:16-cv-17043 |
| SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., | : : : : | |
| Defendants. | : : | |

**ORDER GRANTING LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT