# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Normalind Ellois v. Sanofi S.A., et al. Case No. 2:17-cv-03487 | |

## ORDER GRANTING LEAVE TO FILE PLAINTIFF'S A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 in the above-captioned matter.

New Orleans, Louisiana, this ____ day of _____, 2018

_____
JUDGE
UNITED STATES DISTRICT COURT