# UNITED STATES DISTRICT

## COURT EASTERN DISTRICT OF

## LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>TUCKER et al v. SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. ET AL., Case No. 2:18-cv-00938 -KDE- | Civil Action No.: 2:18-cv-00938-KDE-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Victoria Tucker's claims against Sanofi US Services Inc. f/k/a Sanofi- Aventis U.S. Inc. and Sanofi- Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories LTD. Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiffs are not dismissing their claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Dated this 23rd day of May 2018.

**KAGAN LEGAL GROUP, LLC**
*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
295 Palmas Inn Way, Suite 6
Humacao, PR 00791

Phone: (939) 220-2424
Facsimile: (939) 220-2477
Email:
andrew@kaganlegalgroup.com
*Attorney for Plaintiff*


**IRWIN FRITCHIE URQUHART &
MOORE**

*/s/ Douglas J. Moore*
Douglas J. Moore,
Esq. Kelly Brilleaux,
Esq.
400 Poydras St., Suite
2700 New Orleans,
LA 70130

Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison Counsel for Defendants*


**CHAFFE MCCALL, LLP**

*/s/ John F. Olinde*
John F. Olinde
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 585- 7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
505bliaison@chaffe.com

*Liaison Counsel for Defendants*


**SHOOK, HARDY & BACON L.L.P**

*/s/ Harley V. Ratliff*
Harley Ratliff, Esq.

Kelly Bieri, Esq.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474- 6550
Facsimile: (816) 421- 5547
Email: hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

*Attorneys for Defendants Sanofi- Aventis*
*U.S. LLC, and Sanofi US Services Inc.*

## QUINN EMANUEL URGHART & SULLIVAN, LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile(212) 849- 7100
Email:
maracuskergonzalez@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., and*
*Hospira Worldwide, LLC, formerly doing*
*business as Hospira Worldwide, Inc.*

## GREENBERGTRAURIG, LLP

*/s/R. Clifton Merrell*
R. Clifton Merrell Evan
Holden Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553- 2100

Email: Sandoz-Taxotere-
ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**HINSHAW & CULBERTSONLLP**

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Phone: (617) 213- 7000
Facsimile: (617) 213- 7001
Email: docenoprodid@hinshawlaw.com

*Attorneys for Defendant Sun*
*Pharmaceutical Industries, Inc. f/k/a Caraco*
*Pharmaceutical Laboratories, Ltd.*

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com

*Attorneys for Defendant Accord*
*Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**KAGAN LEGAL GROUP, LLC**
*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Florida Bar No. 26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

*Attorney for Plaintiff*