# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS EXCEPT DEFENDANT SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>ROMA SATHER v. SANOFI S.A., ET AL., Case No. 2:17-cv-10423-JTM-MBN | Civil Action No.: 2:17-cv-10423-JTM-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Roma Sather's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a/ McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a/ Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Sandoz, Inc.

Dated this 23rd day of May 2018

| | |
|---|---|
| **WILLIAMS KHERKHER HART BOUNDAS, LLP**<br><br>*/s/ Brian A. Abramson*<br>Brian A. Abramson, Esq. | **CHAFFE MCCALL, LLP**<br><br>*/s/ John F. Olinde*<br>John F. Olinde<br>2300 Energy Center |

| | |
|---|---|
| 8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Phone: (713)230-2200<br>Facsimile: (713) 643-6226<br>Email: babramson@williamskherkher.com<br>*Attorney for Plaintiff* | 1100 Poydras Street<br>New Orleans, Louisiana 70163<br>Phone: (504) 585-7241<br>Facsimile: (504) 544-6084<br>Email: olinde@chaffe.com<br>505b2liaison@chaffe.com<br><br>*Liaison Counsel for Defendants*<br><br>**SHOOK, HARDY & BACON L.L.P.**<br><br>*/s/ Harley V. Ratliff*<br>Harley Ratliff, Esq.<br>Kelly Bieri, Esq.<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Phone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email:  hratliff@shb.com<br>            kbieri@shb.com<br>            noproductid@shb.com<br><br>*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*<br><br>**QUINN EMANUEL URGHART & SULLIVAN, LLP**<br><br>By: */s/ Mara Cusker Gonzalez*<br>Mara Cusker Gonzalez, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: maracuskergonzalez@quinnemanuel.com<br><br>*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*<br><br>**TUCKER ELLIS LLP**<br><br>*/s/ Julie A. Callsen*<br>Julie A. Callsen<br>Brandon D. Cox |

2

950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**MORRISON & FOERSTER LLP**

*/s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: (858) 720-5100
Facsimile: (858) 720-5125
Email: noproductid@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

**HINSHAW & CULBERTSON LLP**

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Phone: (617) 213-7000

3

Facsimile: (617) 213-7001
Email: docenoprodid@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

*/s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*