# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| PATSY WATSON,<br>     Plaintiff,<br><br> v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD., PFIZER INC., ACTAVIS LLC f/k/a ACTAVIS INC., and ACTAVIS PHARMA, INC.,<br>     Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC.**<br><br>Civil Action No.: 2:17-cv-16929 |

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff hereby voluntarily dismisses Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S., LLC; Sandoz Inc.; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer, Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. ***ONLY*** from the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740, with prejudice, each party to bear its own costs.

                   Respectfully submitted,

Date: 05/23/2018

| | |
|---|---|
| SHOWARD LAW FIRM<br>By: /s/ Sarah J. Showard<br>Sarah J. Showard<br>Diana Ezrré Robles<br>4703 E. Camp Lowell Dr., Suite 253<br>Tucson, AZ   85712<br>Phone: 520-622-3344<br>Fax: 520-881-5260<br>Email: sjshoward@showardlaw.com<br>drobles@showardlaw.com<br><br>Attorneys for Plaintiffs | IRWIN FRITCHIE URQUHART & MOORE<br>By: /s/ Douglas J. Moore<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>400 Poydras St., Suite 2700 New Orleans, LA 70130 Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br> kbrilleaux@irwinllc.com<br><br>SHOOK, HARDY & BACON LLP<br>By:  /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Phone: 816-474-6550<br>Fax: 816-421-5547<br>kbieri@shb.com<br>hratliff@shb.com<br><br>Attorneys for Defendant Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.<br><br>GREENBERG TRAURIG, LLP<br>By: /s/ Lori G. Cohen<br>Lori G. Cohen<br>Ronald Clifton Merrell, II<br>Evan Courtright Holden<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Email: cohenl@gtlaw.com<br>merrellc@gtlaw.com<br>holdene@gtlaw.com<br><br>Attorneys for Defendant Sandoz, Inc.<br><br>TUCKER ELLIS LLP<br>By: /s/ Julie Callsen<br>Julie Callsen<br>Brandon D. Cox<br>950 Main Ave., Ste. 1100<br>Cleveland, OH 44113-7213 |

Email: julie.callsen@tuckerellis.com
Email: brandon.cox@tuckerellis.com

Attorneys for Defendant Accord Healthcare, Inc.

MORRISON & FOERSTER LLP
By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
noproductid@mofo.com

Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service

QUINN EMANUAL URQUHART & SULLIVAN, LLP
By: /s/ Mark S. Cheffo
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@chaffe.com

CHAFFE MCCALL, L.L.P.
John F. Olinde
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.

HINSHAW & CULBERTSON LLP
By:  /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.

ULMER & BERNE LLP
By: /s/ Michael J. Suffern
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800
Cincinnati, OH 45202
Email: msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

Attorneys for Defendant Actavis Pharma, Inc.

4

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 22, 2018                              /s/ Sarah J. Showard
                                                 Sarah J. Showard