# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| JO'ANN RUHL and MARK RUHL, wife and husband<br>               Plaintiffs,<br>   v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD., PFIZER INC., ACTAVIS LLC f/k/a ACTAVIS INC., and ACTAVIS PHARMA, INC.,<br>               Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ INC.**<br><br>Civil Action No.: 2:17-cv-16856 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs hereby voluntarily dismiss Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S., LLC; Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Pfizer, Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. ***ONLY*** from the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740, with prejudice, each party to bear its own costs.

                                                                          Respectfully submitted,

Date: 05/22/2018

<div style="display: flex;">

SHOWARD LAW FIRM
By: /s/ Sarah J. Showard
Sarah J. Showard
Diana Ezrré Robles
4703 E. Camp Lowell Dr., Suite 253
Tucson, AZ   85712
Phone: 520-622-3344
Fax: 520-881-5260
Email: sjshoward@showardlaw.com
drobles@showardlaw.com

Attorneys for Plaintiffs

</div>

IRWIN FRITCHIE URQUHART & MOORE
By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
400 Poydras St., Suite 2700 New Orleans, LA 70130 Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
 kbrilleaux@irwinllc.com

SHOOK, HARDY & BACON LLP
By:  /s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com
hratliff@shb.com

Attorneys for Defendant Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.

GREENBERG TRAURIG, LLP
By: /s/ Lori G. Cohen
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
debbie.rouen@arlaw.com

Attorneys for Defendant Sandoz, Inc.

TUCKER ELLIS LLP
By: /s/ Julie Callsen
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
Email: brandon.cox@tuckerellis.com

Attorneys for Defendant Accord Healthcare, Inc.

QUINN EMANUAL URQUHART & SULLIVAN, LLP
By: /s/ Mark S. Cheffo
Mark S. Cheffo
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@chaffe.com

CHAFFE MCCALL, L.L.P.
John F. Olinde
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.

HINSHAW & CULBERTSON LLP
By:  /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

LEAKE & ANDERSON, LLP
Stanton E. Shuler, Jr.
1100 Poydras St., Suite 1700
New Orleans, LA 70163
Email: sshuler@leakeanderson.com

Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.

ULMER & BERNE LLP
By: /s/ Michael J. Suffern
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800
Cincinnati, OH 45202
Email: msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

Attorneys for Defendant Actavis Pharma, Inc.


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 22, 2018                                     <u>/s/ Sarah J. Showard</u>
                                                        Sarah J. Showard