UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 – SECTION "N" |
| Jeannette Montgomery,     Plaintiff<br>v.<br>Sanofi-Aventis U.S. LLC, et al.,     Defendants. | SECTION "N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>Civil Case No. 2:17-cv-15997 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., Sandoz, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and Sun Pharma Global FZE. be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and those claims shall remain pending in this Court.

Dated: May 23, 2018

Respectfully Submitted,

_A. C. Eiland_ (signature)

A. Craig Eiland
LAW OFFICES OF A. CRAIG EILAND, PC
2200 Market St., Suite 501
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com

**ATTORNEY FOR PLAINTIFF**

/s/ Julie A. Callsen

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare, Inc.*

/s/ Harley V. Ratliff

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S., LLC and Sanofi U.S. Services Inc.*

/s/ Geoffrey M. Coan

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

/s/ R. Clifton Merrell

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


DATE:  May 23, 2018                              /s/ A. Craig Eiland_____
                                                 A. Craig Eiland