UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>KIMBERLY L. HOULE, | : : : | MAG. JUDGE NORTH<br><br>Civil Action No.: 17-CV-17014 |
| Plaintiff, | : : | |
| vs. | : : | |
| SANOFI US SERVICES INC. fka SANOFI-AVENTIS U.S. INC., et al. | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA INC.; AND ACCORD HEALTHCARE, INC.  DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Kimberly L. Houle's claims against Sanofi US Services Inc. fka Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz, Inc.; Pfizer, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.; Actavis LLC f/k/a Actavis Inc.; and, Actavis Pharma, Inc., be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 23rd day of May, 2018.

| | |
|---|---|
| **JOHNSON JOHNSON LUCAS & MIDDLETON, LLC** | **SHOOK, HARDY & BACON, LLP** |
| By:  s/ Leslie W. O'Leary<br>    Leslie W. O'Leary,<br>    Oregon State Bar # 990908<br>    loleary@justicelawyers.com<br>    975 Oak St., Ste. 1050<br>    Eugene, OR  97401<br>    Tel: (541) 484-2434<br>    Fax: 541) 484-0882 | By: s/ Kelly Bieri<br>    Kelly Bieri<br>    Harley Ratliff<br>    2555 Grand Blvd.<br>    Kansas City, MO 64108<br>    Email: hratliff@shb.com<br>           kbieri@shb.com |

1

*Attorney for Plaintiff*

and

Douglas J. Moore
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Attorneys for Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC*

**GREENBERG TRAURIG, LLP**

By: s/ Evan C. Holden
    Evan Courtright Holden
    Lori G. Cohen
    Ronald Clifton Merrell, II
    Terminus 200
    3333 Piedmont Road NE Suite 2500
    Atlanta, GA 30305
    Email: cohenl@gtlaw.com
           merrellc@gtlaw.com
           holdene@gtlaw.com

    Paige E. Sensenbrenner
    Deborah B. Rouen
    One Shell Square
    701 Poydras St., Suite 4500
    New Orleans, LA 70139
    Email: paige.sensenbrenner@arlaw.com
           debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz Inc.*

**HINSHAW & CULBERTSON LLP**

By: s/ Kathleen E. Kelly
    Kathleen E. Kelly
    Geoffrey M. Coan
    28 State Street
    Boston, MA 02109
    Telephone: 617-213-7000
    Facsimile: 617-213-7001
    docenoprodid@hinshawlaw.com
    kekelly@hinshawlaw.com

    Stanton E. Shuler, Jr.
    Cristin Bordelon
    **LEAKE & ANDERSON, LLP**
    1100 Poydras St., Suite 1700
    New Orleans, LA 70163
    Email: sshuler@leakeanderson.com
           cbordelon@leakeanderson.com

*Attorneys for Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd*

**ULMER & BERNE LLP**

By: s/ Michael J. Suffern
    Michael J. Suffern
    Jeffrey F. Peck
    Jeffrey R. Schaefer

**TUCKER ELLIS LLP**

By: s/ Brandon D. Cox
    Brandon D. Cox
    Julie Callsen
    950 Main Ave., Ste. 1100

ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
Email: msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

*Attorneys for Defendants Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc.*

Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
Email: brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By:  s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Mark S. Cheffo
51 Madison Ave., 22nd Floor New York, NY 10010
Email: maracuskergonzalez@quinnemanuel.com
markcheffo@chaffe.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

3

**CERTIFCATE OF SERVICE**

I hereby certify that on May 23rd, 2018, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA INC.; AND ACCORD HEALTHCARE, INC**. with the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/EDF participants.

                                        s/ Leslie W. O'Leary
                                        Leslie W. O'Leary
                                        **JOHNSON JOHNSON LUCAS & MIDDLETON, LLC**