UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H"<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC AS NAMED DEFENDANTS, AND DISMISSING DEFENDANTS SANOFI U.S. SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>EMMA J. WHITTED v. SANOFI U.S. SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:18-cv-00312-JTM-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc. and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as Named Defendants and dismissing Defendants Sanofi U.S. Services Inc. f/k/a Sanofi Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC with prejudice is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Jane Triche Milazzo
U.S. District Court Judge