UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LITIGATION | MDL NO. |
| | SECTION "H" |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| EMMA J. WHITTED, | |
| | AMENDED COMPLAINT & JURY DEMAND |
| Plaintiff(s), | |
| | C.A. No.: 2:18-cv-00312-JTM-MBN |
| vs. | |
| SANOFI U.S. SERVICES, INC. F/K/A SANOFI AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC | |
| Defendant(s). | |

### SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Emma J. Whitted
   _____

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):   Not applicable.

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: __Missouri__

5. State in which Plaintiff(s) allege(s) injury: __Missouri__

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      ☐ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☐ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☐ A. Sandoz Inc.

      ☐ B. Accord Healthcare, Inc.

      ☐ C. McKesson Corporation d/b/a McKesson Packaging

      ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      ☒ E. Hospira, Inc.

      ☐ F. Sun Pharma Global FZE

      ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      ☐ H. Pfizer Inc.

      ☐ I. Actavis LLC f/k/a Actavis Inc.

      ☐ J. Actavis Pharma, Inc.

☐ K. Other:

7. Basis for Jurisdiction:

■ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Missouri Eastern District Court, Eastern Division

9. Brand Product(s) used by Plaintiff (check applicable):

■ A. Taxotere

☐ B. Docefrez

■ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Date of first treatment: April 26, 2012
> Date of last treatment: August 9, 2012

11. State in which Product(s) identified in question 9 was/were administered:

> Missouri

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> In February 2012, Plaintiff was diagnosed with breast cancer in Missouri. Upon information and belief, Plaintiff underwent chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent on or about April 2012. As a result of Defendants' wrongful conduct, Plaintiff has continued to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent of same.

13. Counts in Master Complaint brought by Plaintiff(s):

- ☒ Count I – Strict Products Liability - Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Fraudulent Misrepresentation
- ☒ Count VI – Fraudulent Concealment
- ☒ Count VII – Fraud and Deceit

- ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

/s/ Brian A. Abramson
John T. Boundas, Esq.
Texas Bar No. 00793367
USDC SDTX Bar No. 25155
Brian A. Abramson, Esq.
Texas Bar No. 24050193
USDC SDTX Bar No. 634741
Margot Trevino, Esq.
Texas Bar No. 24083099
USDC SDTX Bar No. 1752103
Sejal K. Brahmbhatt, Esq.
Texas Bar No. 24031873
USDC SDTX Bar No. 685591
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:  713-230-2200
Facsimile:  713-643-6226
jboundas@williamskherkher.com
babramson@williamskherkher.com
mtrevino@williamskherkher.com
sbrahmbhatt@williamskherkher.com
Attorneys for Plaintiff