IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | |
| *Loretta Bradley v. Sanofi-Aventis U.S., LLC, et al.,* | : | JUDGE ENGELHARDT |
| Civil Action No. 2:17-cv-11798 | : | MAG. JUDGE NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and pursuant this Court's Case Management Order No. 12, hereby voluntarily dismisses all claims against Defendants defendants Sandoz, Inc.; Accord Healthcare, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide , Inc.; Hospira, Inc.; Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs. Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC or Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc.

Dated this 25th day of May, 2018.        Respectfully submitted,

                                             */s/ Ryan L. Thompson*
Ryan L. Thompson
Texas Bar No. 24046969
Paige N. Boldt
Texas Bar No. 24082626
WATTS GUERRA LLP
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
Email: rthompson@wattsguerra.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED:  May 25, 2018                */s/ Ryan L. Thompson*
                                                           Ryan L. Thompson