UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| LORETTA BRADLEY | |
| Plaintiff(s), | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| vs. | PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| SANOFI US SERVICES INC.; SANOFI-AVENTIS U.S. LLC, SANDOZ INC.; ACCORD HEALTHCARE, INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD. | Civil Action No.: 2:17-cv-11798 |
| Defendant(s). | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff, Loretta Bradley, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. Plaintiff respectfully asks that the Court grant her such leave.

1

Dated this 25th day of May, 2018                    Respectfully submitted,

                                                    *s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

In compliance with PreTrial Order 37A, Defendant Liaison Counsel has been contacted, and Defendants did not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  May 25, 2018                    */s/ Ryan L. Thompson*
                                                         Ryan Thompson