UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| LORETTA BRADLEY | |
| Plaintiff(s), | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| vs. | AMENDED COMPLAINT & JURY DEMAND |
| SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC, | Civil Action No.: 2:17-cv-11798 |
| Defendants. | |

**AMENDED SHORT FORM COMPLAINT (EFFECTIVE AS OF 1/4/18)**[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Loretta Bradley

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not applicable.

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not applicable.

4.     Current State of Residence: CA

5.     State in which Plaintiff(s) allege(s) injury: CA

6.     Defendants (check all Defendants against whom a Complaint is made):

    a.     Taxotere Brand Name Defendants

        ☒     A.     Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒     B.     Sanofi-Aventis U.S. LLC

    b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐     A.     Sandoz, Inc.

        ☐     B.     Accord Healthcare, Inc.

        ☐     C.     McKesson Corporation d/b/a McKesson Packaging

        ☐     D.     Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐     E.     Hospira, Inc.

        ☐     F.     Sun Pharma Global FZE

        ☐     G.     Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐     H.     Pfizer Inc.

        ☐     I.     Actavis LLC f/k/a Actavis Inc.

        ☐     J.     Actavis Pharma Inc.

        ☐     K.     Other:

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

   SOUTHERN DISTRICT OF INDIANA - INDIANAPOLIS DIVISION

9. Brand Product(s) used by Plaintiff (check applicable):

   ☒ A. Taxotere

   ☐ B. Docefrez

   ☐ C. Docetaxel Injection

   ☐ D. Docetaxel Injection Concentrate

   ☐ E. Unknown

   ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

    09/29/2011 - 12/22/2011

11. State in which Product(s) identified in question 9 was/were administered:

    CA

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

    Permanent Hair Loss (Alopecia)
    Plaintiff experienced hair loss after being administered Taxotere and continues to present day to be extremely thin.

3

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒ Count I – Strict Products Liability - Failure to Warn
   ☐ Count II – Strict Products Liability for Misrepresentation
   ☒ Count III – Negligence
   ☒ Count IV – Negligent Misrepresentation
   ☒ Count V – Fraudulent Misrepresentation
   ☒ Count VI – Fraudulent Concealment
   ☒ Count VII – Fraud and Deceit
   ☐ Count VIII – Breach of Express Warranty (Sanofi Defendants only)
   ☐ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

**Dated this 25th day of May, 2018**

**Respectfully submitted,**

*s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**