UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | : | MDL NO. 2740 PRODUCTS |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | | |
| | : | JUDGE MILAZZO |
| *Alberta Howard v Sanofi-Aventis S.A. et al.,* Civil Action No. 2:17-cv-06016 | | MAG. JUDGE NORTH |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntarily dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide Inc., Hospira Inc. Sun Pharma Global FZE, Sun Pharma Global Inc., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., Actavis Pharma Inc., and Winthrop U.S. *only* from the above-captioned case, without prejudice, each party to bear its own attorneys' fees and costs. Plaintiff is not dismissing her claims against Defendant Accord Healthcare, Inc.

Dated this 29th of May, 2018

Respectfully Submitted,

/s/Alex C. Davis
Alex C. Davis
KY Bar Id: 94899
Jasper D. Ward IV
KY Bar Id: 92160
Jones Ward PLC
1205 E. Washington St., Ste 111
Louisville, KY 40206
(P): (502) 882-6000
(F): (502) 587-2007
alex@jonesward.com
jasper@jonesward.com
*Counsel for the Plaintiff*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: May 29, 2018                          */s/ Alex C. Davis*
                                                                            Alex. C. Davis