**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          **SECTION "H" (5)**

THIS DOCUMENT RELATES TO:        **JUDGE MILAZZO**
    *Annie Jones v. Sanofi-Aventis US, LLC, et al.*;
    Civil Action No. 2:17-cv-04864

**UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE**

Defendants, sanofi-aventis US LLC, Sanofi US Services Inc. and Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc. respectfully submit this unopposed motion to continue the submission date of Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424).  The motion was initially set for submission on May 23, 2018 at 9:30 a.m.  On May 15, 2018, Defendants filed an Unopposed Motion to Move Submission Date (Rec. Doc. 2593) seeking to continue the submission date until June 6, 2018, at 9:30 a.m. There has been no action on that motion to move the submission date. Counsel for Plaintiff and Defendants have now agreed to continue the submission date without date so the parties can continue to discuss the motion.  Plaintiff's counsel has been contacted and has <u>no opposition</u>. Defendants respectfully represent that they are not seeking to continue the submission date for any improper purpose and that continuing the submission date without setting a new date will not affect any trial or pre-trial deadlines.

WHEREFORE, Defendants pray that the Court continue the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424) without date.

Respectfully Submitted:

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART
& MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone:  504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

**Counsel for Defendant Hospira
Worldwide, LLC, formerly doing business
as Hospira Worldwide, Inc.**

*/s/ Harley V. Ratliff*
Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

**Counsel for Defendants sanofi-aventis U.S. LLC
and Sanofi U.S. Services Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2018, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

*/s/ John F. Olinde*