# EXHIBIT A

| **Name:** | **Case No:** |
|---|---|
| 1. Denise Booth | 2:17-cv-05590 |
| 2. Patricia Copeland | 2:17-cv-05913 |
| 3. Dora Cheairs | 2:17-cv-05910 |
| 4. Avis Howard | 2:17-cv-06561 |
| 5. Sharon Gregorich | 2:17-cv-06327 |
| 6. Rhonda Johnson | 2:17-cv-06629 |