# EXHIBIT A

**Name:**                              **Case No:**

1. Linda Moore vs. Sanofi, et al. 17-cv-09396

2. Mary J. Smith vs. Sanofi, et al. 17-cv-08648

3. Kimberlie Zapien vs. Sanofi, et al. 17-cv-08636

4. Tukesha Burks vs. Sanofi, et al. 17-cv-01738

5. Luella Dimbo vs. Sanofi, et al. 16-cv-17057

6. Theresia Jackson vs. Sanofi, et al. 16-cv-17138

7. Kathy Mottola v. Sanofi, et al. 16-cv-15320

8. Elena Papoulis v. Sanofi, et al. 16-cv-17207

9. Jowana Stinnett v. Sanofi, et al. 16-cv-17071

10.   Gwendolyn Strickland v. Sanofi, et al. 16-cv-17067

11.   Felicia Thomas v. Sanofi, et al. 16-cv-17213

12.   Carol Walker v. Sanofi, et al. 16-cv-17495

13.   Betty Webb McConnell v. Sanofi, et al. 16-cv-17155

14.   Marjesta Williams v. Sanofi, et al. 16-cv-17034