# EXHIBIT 1

7/14/2017

**VIA MDL CENTRALITY**

Bachus & Schanker, LLC
1899 Wynkoop St., Suite 700,
Denver, CO 80202

    RE: Notice of Deficiency in First Amended Plaintiff Fact Sheet
        *In re Taxotere., MDL No. 2740*
        Plaintiff Name & ID Number: BICE, BARBARA - 1551
        Docket No. Provided on PFS: 17-00751

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted PFS for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 2. | Response 1 - Prescriber | IV. 21 | Other - No office address or practice name provided. |
| 3. | Response 2 - Prescriber | IV. 21 | Other - No office address or practice name provided. |
| 4. | Response 2 - Prescriber | IV. 21 | Failed to respond. |
| 5. | Response 3 - Prescriber | IV. 21 | Failed to respond. |
| 6. | Response 3 - Prescriber | IV. 21 | Other - No office address or practice name provided. |
| 7. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Other - No complete end date provided. Please clarify/supplement. |
| 8. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 9. | Persistent total alopecia | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 10. | Persistent total alopecia | VI. 5 | Other - No end date provided. Please clarify/supplement. |
| 11. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 12. | Diffuse thinning of hair: partial scalp | VI. 5 | Other - No end date provided. Please clarify/supplement. |
| 13. | Diffuse thinning of hair: total scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |

| | | | |
|---|---|---|---|
| 14. | Diffuse thinning of hair: total scalp | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 15. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 16. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 17. | Small bald area in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 18. | Small bald area in head hair | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 19. | Multiple bald spots in head hair | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 20. | Multiple bald spots in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 21. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 22. | Change in hair texture, thickness, or color after treatment | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 23. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 24. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 25. | Permanent / Persistent Loss of Eyelashes | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 26. | Permanent / Persistent Loss of Eyelashes | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 27. | Permanent / Persistent Loss of Body Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 28. | Permanent / Persistent Loss of Body Hair | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 29. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 30. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 31. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 32. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 33. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 34. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 35. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Other - No end date provided.  Please clarify/supplement. |
| 36. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 37. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |

| 38. | Media Depicting Alleged Injury - Who has the Documents | IX | Failed to provide records requested. |
|---|---|---|---|
| 39. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 40. | Hair Photos During Treatment - Who has the Documents | IX | Failed to provide records requested. |
| 41. | Hair Photos After Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 42. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 43. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 44. | Signed Authorizations for Medical Records | IX | Other - Employment authorization must be completed without "N/A" notations, regardless of plaintiff's current employment status.  Please supplement. |
| 45. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 46. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Documents are not viewable and/or are blurry. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.