# EXHIBIT 2

Plaintiff's Response to Deficiency Notice
BICE, BARBARA - 1551

| | PFS Section | PFS Section # | Deficiency | Response |
|---|---|---|---|---|
| 1. | IV. 21 | Response 1 - Prescriber | - Failed to respond.<br>- Other - No office address or practice name provided. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is still searching for paperwork that would have this physicians first name and address; she will supplement her response as soon as it is known |
| 2. | IV. 21 | Response 2 - Prescriber | - Failed to respond.<br>- Other - No office address or practice name provided. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is still searching for paperwork that would have this physicians first name and address; she will supplement her response as soon as it is known |
| 3. | IV. 21 | Response 3 - Prescriber | - Failed to respond.<br>- Other - No office address or practice name provided. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is still searching for paperwork that would have this physicians first name and address; she will supplement her response as soon as it is known |
| 4. | V. 5 | Response 1 - Primary Oncologist Information - 2 | - Failed to provide proper date of month, day year of treatment.<br>- Other - No complete end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is unsure of the exact date of her last treatment with this provider |
| 5. | VI. 5 | Persistent total alopecia | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; |

Plaintiff's Response to Deficiency Notice
BICE, BARBARA - 1551

| | | | | her injuries persist |
|---|---|---|---|---|
| 6. | VI. 5 | Diffuse thinning of hair: partial scalp | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 7. | VI. 5 | Diffuse thinning of hair: total scalp | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 8. | VI. 5 | Moderate thinning of head hair after discontinuing treatment | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 9. | VI. 5 | Small bald area in head hair | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 10. | VI. 5 | Multiple bald spots in head hair | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 11. | VI. 5 | Change in hair texture, thickness, or color after treatment | - Failed to provide full month & year for alleged injuries. | 1. All responsive information was provided – requested information is unknown |

Plaintiff's Response to Deficiency Notice
BICE, BARBARA - 1551

|  |  |  | - Other - No end date provided. Please clarify/supplement. | 2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
|---|---|---|---|---|
| 12. | VI. 5 | Permanent / Persistent Loss of Eyebrows | - Failed to provide full month & year for alleged injuries.<br> - Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 13. | VI. 5 | Permanent / Persistent Loss of Eyelashes | - Failed to provide full month & year for alleged injuries.<br> - Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 14. | VI. 5 | Permanent / Persistent Loss of Body Hair | - Failed to provide full month & year for alleged injuries.<br> - Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 15. | VI. 5 | Permanent / Persistent Loss of Genital Hair | - Failed to provide full month & year for alleged injuries.<br> - Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 16. | VI. 5 | Permanent / Persistent Loss of Nasal Hair | - Failed to provide full month & year for alleged injuries.<br> - Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |

Plaintiff's Response to Deficiency Notice

BICE, BARBARA - 1551

| | | | | |
|---|---|---|---|---|
| 17. | VI. 5 | Permanent / Persistent Loss of Ear Hair | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 18. | VI. 5 | Permanent / Persistent Loss of Hair in Other Areas | - Failed to provide full month & year for alleged injuries.<br>- Other - No end date provided. Please clarify/supplement. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is not sure of the exact date of onset of her injuries in December 2012; her injuries persist |
| 19. | IX | Media Depicting Alleged Injury | - Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is continuing to search for photographs responsive to this request; she will supplement as soon as they are located |
| 20. | IX | Media Depicting Alleged Injury - Who has the Documents | - Failed to provide records requested. | 1. All responsive information was provided – requested information is unknown |
| 21. | IX | Hair Photos Before Treatment | - Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is continuing to search for photographs responsive to this request; she will supplement as soon as they are located |
| 22. | IX | Hair Photos During Treatment - Who has the Documents | - Failed to provide records requested. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is continuing to search for photographs responsive to this request; |

Plaintiff's Response to Deficiency Notice

BICE, BARBARA - 1551

| | | | | she will supplement as soon as they are located |
|---|---|---|---|---|
| 23. | IX | Hair Photos After Treatment | - Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is continuing to search for photographs responsive to this request; she will supplement as soon as they are located |
| 24. | IX | Hair Photos Today | - Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is continuing to search for photographs responsive to this request; she will supplement as soon as they are located |
| 25. | IX | Signed Authorizations for Medical Records | - Failed to provide properly signed and dated employment information authorization.<br>- Other - Employment authorization must be completed without "N/A" notations, regardless of plaintiff's current employment status. Please supplement. | 1. Responsive documents uploaded |
| 26. | | Proof of Injury | - You failed to provide proof of injury documents. Specifically: Documents are not viewable and/or are blurry. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met.<br>- You failed to provide proof of injury documents. | 1. All responsive information was provided – requested information is unknown<br>2. Plaintiff is continuing to search for photographs responsive to this request; she will supplement as soon as they are located |

Plaintiff's Response to Deficiency Notice

BICE, BARBARA - 1551

|  |  |  | Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |  |
|---|---|---|---|---|