# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE(DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Katherine Clark v. Sanofi-Aventis U.S. Inc., et al.* 2:17-cv-13658 – KDE-MBN | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and CMO 12, paragraph 9 (Dkt 1506), Plaintiff Katherine Clark's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharma Global Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Dated: May 30, 2018

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com
*ATTORNEYS FOR PLAINTIFF*

*/s/ John Olinde*
John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Phone: (504) 585-7241

Facsimile: (504) 544-6084
Email:  olinde@chaffe.com
        505b2liaison@chaffe.com

*/s/ Douglas J. Moore*
Douglas J. Moore
Kelly Brilleaux
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email:  dmoore@irwinllc.com
        kbrilleaux@irwinllc.com
*Liaison Counsel for the Defendants*

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  kbieri@shb.com
        hratliff@shb.com
        noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

*/s/ Evan Holden*
Evan Holden
R. Clifton Merrell
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email:  holdene@gtlaw.com
        merrellc@gtlaw.com
        Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

*/s/ Brandon D. Cox*
Brandon D. Co
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000

Facsimile: (216) 592-5009
Email: brandon.cox@tuckerellis.com
Julie.callsen@tuckerellis.com
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare*

*/s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Email: ebosman@mofo.com
juliepark@mofo.com
noproductid@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Mark Cheffo
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: docetaxelproductid@quinnemanuel.com
maracuskergonzales@quinnemanuel.com
markcheffo@quinnemanuel.com
sararoitman@quinnmanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

/s/ Sheryl Ritter
Sheryl Ritter
Kimberly L. Beck
Michael J. Suffern
ULMER &BERNE LLP
600 Vine St., Suite 2800
Cincinnati, OH  45202
Email:  sritter@ulmer.com
kbeck@ulmer.com
msuffern@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 30, 2018

/s/ T. Christopher Pinedo
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com