**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Elaine Dudley vs. Sanofi S.A. et al.* Case No. 2:16-cv-17097 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO ALL BUT HOSPIRA DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Elaine Dudley's claims against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. be dismissed with prejudice, each party to bear its own costs. Plaintiff's claim will continue to proceed against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.

Dated: May 30, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

1

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com