**MINUTE ENTRY**
**MILAZZO, J.**
**May 23, 2018**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740** |
| **This document relates to all cases** | **SECTION H(5)** |

### <u>MINUTE ENTRY</u>

On May 23, 2018, the Court held a telephone status conference with liaison counsel:  Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants. The Court informed liaison counsel that upon receipt of the transfer of this matter to this Section, the undersigned became aware of a conflict of interest created by her possession of shares of Pfizer stock.  The undersigned inherited from her father 16 shares of Pfizer stock valued at less than $600.00.  Upon learning of the conflict of interest, the undersigned divested herself of ownership of all shares of Pfizer stock, negating any conflict of interest.  The Court informed the parties of same, and each has communicated to the Court that it has no objection to the undersigned continuing to preside as Judge in this matter.



(JS-10:15)