# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "H" |
| ) | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: ) | MAGISTRATE JUDGE NORTH |
| *Anne R. Mendel v. Sanofi US Services* ) | |
| *Inc., et al.; Case No. 2:17-cv-15801* ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW plaintiff Anne R. Mendel, in the above-styled action, by her attorney, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, hereby voluntarily dismisses all Defendants in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own costs.

Dated this 30th day of May, 2018.

| **SIMMONS HANLY CONROY** | **SHOOK HARDY & BACON LLP** |
|---|---|
| */s/ Holly Nighbert* | /s/ Madison M. Hatten |
| Holly Nighbert, Esq. | Harley V. Ratliff |
| One Court Street | Kelly Bieri |
| Alton, IL 62002 | Madison M. Hatten |
| Telephone (618) 259-2222 | 2555 Grand Boulevard |
| Facsimile (618) 259-2251 | Kansas City, MO 64108 |
| Email: hnighbert@simmonsfirm.com | Telephone: 816-474-6550 |
| *Attorney for Plaintiff* | Facsimile: 816-421-5547 |
| | Email: noproductid@shb.com |
| | *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |

**ULMER & BERNE LLP**

/s/ Michael Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine St, Ste. 2800
Cincinnati, OH 45202
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis*

**HINSHAW & CULBERTSON LLP**

/s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
28 State St
Boston, MA 02109
docenoprodid@hinshawlaw.com
*Counsel for Defendants Sun and Caraco*

**GREENBERG TRAURIG LLP**
/s/  Sabrina R. Gallo
R. Clifton Merrell
Sabrina R. Gallo
Evan Holden
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Holly Nighbert*
HOLLY NIGHBERT