## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Anne R. Mendel v. Sanofi US Services* ) <br> *Inc., et al.; Case No. 2:17-cv-15801* ) <br> ) | MDL NO. 2740 <br> <br> SECTION "H" <br> JUDGE MILAZZO <br> MAGISTRATE JUDGE NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Anne R. Mendel, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss claims against Defendants Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated this 30th day of May, 2018.

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **IRWIN FRITCHIE URQUHART & MOORE** |
| */s/ Holly Nighbert* <br> Holly Nighbert, Esq. <br> One Court Street <br> Alton, IL  62002 <br> Telephone (618) 259-2222 <br> Facsimile (618) 259-2251 <br> Email: hnighbert@simmonsfirm.com <br> *Attorney for Plaintiff* | Douglas J. Moore, Esq. <br> Kelly Brilleaux, Esq. <br> 400 Poydras St., Ste. 2700 <br> New Orleans, LA 70130 <br> Phone: (504) 310-2100 <br> Facsimile: (504) 310-2100 <br> Email: dmoore@irwinllc.com <br> kbrilleaux@irwinllc.com <br> *Liaison Counsel for Defendants* |

**CHAFFE MCCALL, LLP**

John F. Olinde, Esq.
2300 Energy Center
1100 Poydras Street
New Orleans, LA 70163
Phone: (504)585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
505b2liaison@chaffe.com
*Liaison Counsel for Defendants*

**TUCKER ELLIS LLP**

Julie A. Callsen
Brandon D. Cox
950 Main Ave, Ste. 1100
Cleveland, OH 44113
Email: noproductid@tuckerellis.com
*Counsel for Defendant Accord*

**QUINN EMANUEL URGHART & SULLIVAN LLP**

Mara Cusker Gonzalez, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Email:
docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira*

## CERTIFICATION

Plaintiff's counsel notified all appropriate Defense counsel 14 days prior and there is no opposition to this notice.

Dated this 30th day of May, 2018.

*/s/ Holly Nighbert*
HOLLY NIGHBERT

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Holly Nighbert*
HOLLY NIGHBERT