**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | |
| *This Document Relates to:* | : | CIVIL ACTION NO. 2:17-cv-07945 |
| *Eleanor Hundley* | : | |

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

NOW COMES Plaintiff Eleanor Hundley through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Dated: May 30, 2018

                                                Respectfully Submitted,

                                      By: */s/ Genevieve M. Zimmerman*
                                            Genevieve M. Zimmerman (MN#330292)
                                            **MESHBESHER & SPENCE, LTD.**
                                            1616 Park Avenue
                                            Minneapolis, MN 55404
                                            Phone: (612) 339-9121
                                            Fax: (612) 339-9188
                                            Email: gzimmerman@meshbesher.com

                                            *Attorney for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

In compliance with PreTrial Order 37A, Defendant Liaison Counsel and the contact person for each Defendant has been contacted, and Defendants did not oppose the relief requested.

*/s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman (MN#330292)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Genevieve M. Zimmerman*
Genevieve M. Zimmerman (MN#330292)