## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                      SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Eleanor Hundley
Case No.: 2:17-cv-07945

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2018

                                                                  _____
                                                                           The Hon. Jane Triche Milazzo