## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Eleanor Hundley vs. Sanofi S.A., et al. | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ, INC. DEFENDANTS**<br><br>Civil Action No.: 2:17-cv-07945 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Eleanor Hundley's claims against Sanofi S.A., Sanofi-Aventis U.S., LLC., separately and as Winthrop U.S., and Aventis Pharma S.A. be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant to CMO 12.

Dated this 30th day of May, 2018.

By: /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN#330292)
**MESHBESHER & SPENCE, LTD.**
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Attorney for Plaintiff*

/s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 474-6550
Fax: (816) 421-5547
Email: kbieri@shb.com
          hratliff@shb.com

*Attorneys for Defendant Sanofi-Aventis U.S. LLC.*

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP.**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Phone: (678) 553-2100
Email:  merrellc@gtlaw.com
          holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

CERTIFICATE OF SERVICE

     I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 30, 2018                  /s/ *Genevieve M. Zimmerman*
                                             Genevieve M. Zimmerman