UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** Adolph, et al. v. Sanofi U.S. Services, Inc., et al. 2:17-cv-14069-KDE-MBN | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANOFI DEFENDANTS

IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A), that Plaintiffs Sharish Adolph and Leroy Adolph's claims against Sandoz, Inc.; Accord Healthcare, Inc.; Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. be dismissed with prejudice, with each party to bear its own costs.

Dated: May 30, 2018

| **HODES MILMAN LIEBECK, LLP** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: /s/ *Benjamin T. Ikuta* <br> Benjamin T. Ikuta <br> Daniel M. Hodes <br> Jeffrey A. Milman <br> 9210 Irvine Center Drive <br> Irvine, California 92618 <br> Email: bikuta@hml.law <br>         dhodes@hml.law <br>         jmilman@hml.law <br><br> *Attorneys for Plaintiffs* | By: /s/ Evan C. Holden <br> Lori G. Cohen <br> R. Clifton Merrell <br> Evan C. Holden <br> Terminus 200 <br> 3333 Piedmont Road NE, Suite 2500 <br> Atlanta, GA 30305 <br> Email: cohenl@gtlaw.com <br>         merrellc@gtlaw.com <br>         holdene@gtlaw.com <br><br> *Attorneys for Defendant Sandoz, Inc.* |

1

**TUCKER ELLIS LLP**

By: /s/ Julie Callsen
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Lavinia Denniston
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street, Floor 24
Boston, MA 02109
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Stipulation of Dismissal with Prejudice As To All but Sanofi Defendants has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated:  May 30, 2018     **HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
dhodes@hml.law
jmilman@hml.law

*Attorneys for Plaintiffs*