UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE MILAZZO MAG. JUDGE NORTH |
| ------------------------------------------------------------ | : | |
| THIS DOCUMENT APPLIES TO: | : : | |
| *Mary Gibson and George Gibson v. Sanofi S.A., et. al.* | : : | Civil Action No.: 2:17-cv-06236 |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants Sanofi S.A., Aventis Pharma S.A, and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., as follows:

1. Plaintiff Mary Gibson's Opposed Motion for Leave to file a Supplemental Response to Order to Show Cause No. 3 with exhibit; and

2. Proposed Order.

Said motion will be submitted on the 27th day of June, 2018, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 31st day of May, 2018.

Respectfully submitted by,

s/ Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                         By:     s/ *Michael P. McGartland*
                                  Michael P. McGartland