UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-07288 |
| THIS DOCUMENT APPLIES TO: | | |
| *Nellie Marks v. Sanofi S.A., et. al.* | | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

COMES NOW Plaintiff Nellie Marks, by and through counsel, and files this her Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 and in support would show unto this Court the following:

1. On March 5, 2018, Plaintiff Marks submitted her Response to Order to Show Cause No. 3. Since that time, additional information has been submitted via MDL Centrality to properly date her representative Before and After photos previously submitted, to produce Current representative photos and to comply with CMO 12's product identification requirements. (Doc. Nos. 156719 and 164722.)  Consequently, it has become necessary to amend Plaintiff's previous Response to fully informed the Court as to the status of Plaintiff's compliance with its Orders.

2. Attached hereto as Exhibit A is Plaintiff Mark's proposed Supplemental Response to Show Cause Order No. 3.  Plaintiff Marks believes her submissions substantially satisfy her obligations as ordered by this Court, and consequently, her case should not be dismissed under the pending Order to Show Cause.

3. Counsel for Plaintiff Marks has conferred with defense counsel and has been advised that defense opposes this motion.

WHEREFORE, PREMISES CONSIDERED Plaintiff Marks prays this Court will grant her leave to file her proposed Supplemental Response to Order to Show Cause No. 3 attached hereto as Exhibit A and upon review of same will deny Defendants' Motion to Dismiss.

Respectfully submitted, this the 31st day of May 2018.

By: s/ *Michael P. McGartland*<br>
Michael P. McGartland<br>
MS Bar No. 100487<br>
McGartland Law Firm, PLLC<br>
University Centre I, Suite 500<br>
1300 South University Drive<br>
Fort Worth, Texas 76107<br>
Telephone: (817) 332-9300<br>
Facsimile: (817) 332-9301<br>
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: s/ *Michael P. McGartland*<br>
Michael P. McGartland