# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO:<br><br>*Nellie Marks v. Sanofi S.A., et. al.* | : : : : | <br><br>Civil Action No.: 2:17-cv-07288 |

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3**

Now comes Plaintiff, by and through the undersigned counsel, and hereby files her Supplemental Response to the Order to Show Cause No. 3 (Dkt. No. 1760), and would show that since the filing of her Response to Order to Show Cause No. 3 filed on March 5, 2018, additional information has been submitted via MDL Centrality in further compliance with her discovery obligations and in support would show the following:

1. As outlined in her Response to Order to Show Cause No. 3, Plaintiff submitted her Plaintiff Fact Sheet ("PFS") on 10/11/2017 and amended on 12/27/2017 and 2/16/2018. (Doc. 25802, 50582 and 88106). Plaintiff also previously submitted the required Authorizations, Verification and PTO 71 Written Statement (Doc. 50601-3. 50611, 88286, 88306, 88382-3), Before and After representative photos (Doc. 50609-10) and medical records (50604-8).

2. Since the March 5, 2018, filing of her Response to Order to Show Cause No. 3, Plaintiff submitted additional information to correct/clarify the dates of the previously-submitted Before and After representative photos evidencing her Proof of Injury as well as supplying Current representative photos. (Zip File Doc. 164722). Plaintiff does not possess photos taken During her chemotherapy treatment. Additionally, although medical records had

1

been previously submitted indicating Plaintiff's Taxotere usage from February 2008 to April 2008 thereby confirming Sanofi as the manufacturer, medical record excerpts evidencing the dates of her Taxotere usage have been uploaded and labeled as CMO 12 Product ID. (Doc. 156719). Plaintiff Marks is attempting to secure documents related to her social security claim which will be supplemented upon receipt.

3. Plaintiff has also submitted her Third and Fourth Amended PFSs and Responses to Deficiency Notice reflecting her updated filings and stating that all required information (with the exception of her social security documentation) has either been provided, is unknown or not in her possession. (Doc. 160228, 160230, 164767 and 164773.)

4. Plaintiff and her counsel have complied in good faith with all applicable discovery requirements. Further, Defendants have not, and cannot, show their defense of this matter has been prejudiced in any way.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Marks prays this Court will deny Defendants' request for sanctions in this matter, including Defendants' Motion to Dismiss.

Respectfully submitted, May 31, 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com