BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Misty Ulmer v. Accord Healthcare Inc.* Case No. 2:17-cv-12941 | |

## **OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for client, Misty Ulmer, in civil action no. 2:17-cv-12941.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiff contacted all named defendants in writing more than fourteen (14) days prior to filing. Accord defendants have informed counsel for Plaintiff that they will be opposing the withdrawal.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Misty Ulmer, at the following contact information:

Misty Ulmer
252 E 1600 Ave.
Vandalia, IL 62471

Telephone Numbers:
(618) 292-5992

2

Dated: May 30, 2018  Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com