BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Misty Ulmer v. Accord Healthcare Inc.* Case No. 2:17-cv-12941 | |

**AFFADAVIT IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiff's counsel have been unable to communicate with Plaintiff Misty Ulmer ("Plaintiff") due to Plaintiff's unresponsiveness.

Listed below is a chronological order of all reasonable efforts made by counsel to communicate with Plaintiff:

1. On December 12th, 2017, Gomez Trial Attorneys sent the Plaintiff Fact Sheet and Authorizations to Plaintiff by U.S. Mail.  The correspondence mailed to Plaintiff indicated the importance of the completion and submission of the Plaintiff Fact Sheet and an explanation of the discovery phase of the litigation.

2. On February 26th, 2018, Gomez Trial Attorneys staff left a voicemail for Ms. Ulmer on all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez Trial Attorneys to discuss the Plaintiff Fact Sheet.

3. On March 5th, 2018, Gomez Trial Attorneys staff left a voicemail for Ms. Ulmer on all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez Trial Attorneys as soon as possible to discuss the Plaintiff Fact Sheet.  Additionally,

staff for Gomez Trial Attorneys communicated the urgency to submit the Plaintiff Fact Sheet.

4. On March 13th, 2018, Gomez Trial Attorneys e-mailed the Plaintiff Fact Sheet and authorizations to Plaintiff. Email expressed the urgency of submitting the Plaintiff Fact Sheet back to the office immediately.

5. On March 22nd, 2018, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

6. On April 26th, 2018 staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

7. On May 2nd, 2018 Gomez Trial Attorneys sent correspondence informing Plaintiff that our office will be pursuing the withdrawal process due to failure to communicate with our office and requesting a response to the letter by May 8th, 2018. This letter was sent out via Federal Express requesting direct signature on May 2nd, 2018. Our office received notification of direct signature on May 4th, 2018. The letter and proof of delivery is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 29, 2018                                    Respectfully submitted,

                                                       GOMEZ TRIAL ATTORNEYS

                                                        /s/Lindsay R. Stevens
                                                       John H. Gomez (CA Bar # 171485) T.A.
                                                       Ahmed S. Diab (CA Bar # 262319)
                                                       Lindsay R. Stevens (CA Bar # 256811)
                                                       655 West Broadway, Suite 1700
                                                       San Diego, California 92101
                                                       Telephone: (619) 237-3490
                                                       Facsimile: (619) 237-3496
                                                       *john@thegomezfirm.com*
                                                       *adiab@thegomezfirm.com*
                                                       *lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com



May 2, 2018

*Sent Via Fed Ex & Certified Mail:*
Misty Ulmer
252 E 1600 Ave.
Vandalia, IL, 62471

RE:    Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Ulmer,

   Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on February 26th, 2018, March 5th, 2018, March 22nd, 2018, April 26th, 2018, May 2nd, 2018 (and via text), and sent correspondence via U.S. Mail and E-mail on December 12th, 2017, March 13th, 2018 and Via Fed Ex on May 2nd, 2018 we now must take steps to withdraw as counsel in your case.  To that end, **we will be filing a motion to withdraw as your counsel on May 8th, 2018.  This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

   Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). The deadline for your PFS was on April 13th, 2018**. These documents were first mailed to you on December 12th, 2017 and we have tried to follow up with you several times since then to finalize your PFS for service.  Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice.  We recommend you comply with your discovery requirements or seek new counsel immediately.

   As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

   **CMO No. 13 Order Selecting Bellwether Trial Plaintiffs**
   1. Durden, Antoinette 2:16-cv-16635
   2. Earnest, Barbara 2:16-cv-17144
   3. Francis, Tanya 2:16-cv-17410
   4. Tuyes, Lisa 2:16-cv-15473

   - 9/13/ 2018 – Pre Trial Conference @ 9 AM CST



- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/2018 – Settlement Conference w/ Mag. Judge North
- 

**Discovery**
- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at trial

To summarize, our office will be filing a motion to withdraw as your counsel on May 8th, 2018. If you desire for our office to dismiss your case on your behalf, you must call us before that date. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than May 8th, 2018. If we do not hear from you by May 8th, 2018, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

_____
Lindsay R. Stevens, Esq.

## Lupe Felix

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, May 04, 2018 12:02 PM
**To:** Lupe Felix
**Subject:** FedEx Shipment 772140649940 Delivered



# Your package has been delivered
## Tracking # 772140649940

**Ship date:**
**Wed, 5/2/2018**
Lupe Felix
San Diego, CA 92101
US

Delivered

**Delivery date:**
**Fri, 5/4/2018 2:00 pm**
Misty Ulmer
252 E 1600 Ave.
VANDALIA, IL 62471
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 772140649940 |
| **Status:** | Delivered: 05/04/2018 2:00 PM Signed for By: L.ULMER |
| **Reference:** | Ulmer 3260-223 |
| **Signed for by:** | L.ULMER |
| **Delivery location:** | VANDALIA, IL |
| **Delivered to:** | Residence |
| **Service type:** | FedEx 2Day |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Direct Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 5/4/2018 by 8:00 pm |

 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:01 PM CDT on 05/04/2018.

1

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.