BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:  HON. KURT D. ENGELHARDT
*Misty Ulmer v. Accord Healthcare Inc.*
Case No. 2:17-cv-12941

## WRITTEN STATEMENT RE COMPLIANCE TO AMENDED PTO 22

Pursuant to Pretrial Order No. 74 (Rec. Doc. 1470), Paragraph 1(c), Plaintiff's counsel submits this written statement to indicate that Plaintiff Misty Ulmer has not complied with Amended Pretrial Order No. 22 (Rec. Doc. 325). Plaintiff's case is subject to a show cause order. Plaintiff's Plaintiff Fact Sheet was due on February 16th, 2018.

Dated: May 29, 2018                     Respectfully submitted,

                                        GOMEZ TRIAL ATTORNEYS

                                         /s/Lindsay R. Stevens
                                        John H. Gomez (CA Bar # 171485) T.A.
                                        Ahmed S. Diab (CA Bar # 262319)
                                        Lindsay R. Stevens (CA Bar # 256811)
                                        655 West Broadway, Suite 1700
                                        San Diego, California 92101
                                        Telephone: (619) 237-3490
                                        Facsimile: (619) 237-3496
                                        *john@thegomezfirm.com*
                                        *adiab@thegomezfirm.com*
                                        *lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com