BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:　　　　　　　　HON. KURT D. ENGELHARDT
*Deborah Clouser et al. v. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.;*
Case No. 2:17-cv-13878

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiffs' counsel moves to withdraw as counsel of record for clients, Deborah Clouser and David Clouser, in civil action no. 2:17-cv-13878.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiffs contacted all named defendants in writing more than fourteen (14) days prior to filing. Accord, Hospira defendants have informed counsel for Plaintiffs that they will not be opposing withdrawal. Sandoz Inc., Sun Pharmaceuticals and Sanofi defendants have informed counsel for Plaintiff that they will be opposing the withdrawal.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiffs, Deborah Clouser and David Clouser, at the following contact information:

Deborah Clouser and David Clouser
Mailing Address:
P.O. Box 195
Pillow, PA 17080

Physical Address:
165 Mill St.
Pillow, PA 17080

Telephone Numbers:
(484) 256-8784
(484) 256-8783

Dated: May 15, 2018  Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com