**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Deborah Clouser et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.;* Case No. 2:17-cv-13878 | |

**WRITTEN STATEMENT RE COMPLIANCE TO AMENDED PTO 22**

Pursuant to Pretrial Order No. 74 (Rec. Doc. 1470), Paragraph 1(c), Plaintiffs' counsel submits this written statement to indicate that Plaintiffs Deborah and David Clouser have not complied with Amended Pretrial Order No. 22 (Rec. Doc. 325). Plaintiffs' case is subject to a show cause order. Plaintiffs' Plaintiff Fact Sheet was due on February 20th, 2018.

| | |
|---|---|
| Dated: May 15, 2018 | Respectfully submitted, |
| | GOMEZ TRIAL ATTORNEYS |
| | */s/Lindsay R. Stevens* |
| | John H. Gomez (CA Bar # 171485) T.A. |
| | Ahmed S. Diab (CA Bar # 262319) |
| | Lindsay R. Stevens (CA Bar # 256811) |
| | 655 West Broadway, Suite 1700 |
| | San Diego, California 92101 |
| | Telephone: (619) 237-3490 |
| | Facsimile: (619) 237-3496 |
| | *john@thegomezfirm.com* |
| | *adiab@thegomezfirm.com* |
| | *lstevens@thegomezfirm.com* |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              */s/ Lindsay R. Stevens*
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              GOMEZ TRIAL ATTORNEYS
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496
                                              lstevens@thegomezfirm.com