BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Robinette Cole v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.;* Case No. 2:17-cv-13885 | HON. KURT D. ENGELHARDT |

**OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for client, Robinette Cole, in civil action no. 2:17-cv-13885.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiff contacted all named defendants in writing more than fourteen (14) days prior to filing. Sanofi defendants have informed counsel for Plaintiff that they will be opposing the withdrawal.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Robinette Cole, at the following contact information:

    Robinette Cole
    3813 Baronet Drive
    Richmond, VA 23234

    Telephone Numbers:
    (804) 754-6727

2

Dated: May 17, 2018                                          Respectfully submitted,

                                                             GOMEZ TRIAL ATTORNEYS

                                                              /s/Lindsay R. Stevens
                                                             John H. Gomez (CA Bar # 171485) T.A.
                                                             Ahmed S. Diab (CA Bar # 262319)
                                                             Lindsay R. Stevens (CA Bar # 256811)
                                                             655 West Broadway, Suite 1700
                                                             San Diego, California 92101
                                                             Telephone: (619) 237-3490
                                                             Facsimile: (619) 237-3496
                                                             *john@thegomezfirm.com*
                                                             *adiab@thegomezfirm.com*
                                                             *lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com