**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO:                         HON. KURT D. ENGELHARDT
*Robinette Cole v. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.;*
Case No. 2:17-cv-13885

**AFFADAVIT IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiff's counsel have been unable to communicate

with Plaintiff Robinette Cole ("Plaintiff") due to Plaintiff's unresponsiveness.

Listed below is a chronological order of all reasonable efforts made by counsel to

communicate with Plaintiff:

1. On December 12th, 2017, Gomez Trial Attorneys sent the Plaintiff Fact Sheet and

   Authorizations to Plaintiff by U.S. Mail.  The correspondence mailed to Plaintiff

   indicated the importance of the completion and submission of the Plaintiff Fact Sheet

   and an explanation of the discovery phase of the litigation.

2. On February 6th, 2018, Gomez Trial Attorneys staff left a voicemail for Ms. Cole on

   all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez

   Trial Attorneys to discuss the Plaintiff Fact Sheet.

3. On February 13th, 2018, Gomez Trial Attorneys staff left a voicemail for Ms. Cole on

   all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez

   Trial Attorneys as soon as possible to discuss the Plaintiff Fact Sheet.  Additionally,

staff for Gomez Trial Attorneys communicated the urgency to submit the Plaintiff Fact Sheet.

4. On February 13th, 2018, Gomez Trial Attorneys mailed a letter to Plaintiff, informing them of the importance of complying with discovery and requesting an immediate response.  The correspondence informed Plaintiff of the extended deadline of February 20, 2017, granted by Defendants for Plaintiff's case.  Additionally, the correspondence reminded Plaintiff of the Representation Agreement signed with Gomez Trial Attorneys regarding client's refusal to cooperate and participate in litigation.

5. On February 26th, 2018, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

6. On March 5th, 2018 staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

7. On March 7th, Gomez Trial Attorneys sent correspondence informing Plaintiff of their failure to communicate with counsel at Gomez Trial Attorneys, and requesting a response to the letter by March 14th, 2018, before withdrawal proceedings would be initiated.

8. On March 19th, Gomez Trial Attorneys sent correspondence informing Plaintiff that our office will be pursuing the withdrawal process due to failure to communicate with our office and requesting a response to the letter by March 23rd, 2018.This letter was

sent out via Federal Express requesting direct signature on March 19th, 2018.  This

letter was delivered via Federal Express to Ms. Cole on March 22nd, 2018, with Ms.

Cole's direct signature. The letter and proof of delivery is attached hereto as Exhibit

1.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: May 17, 2018                                  Respectfully submitted,

                                                     GOMEZ TRIAL ATTORNEYS

                                                      /s/Lindsay R. Stevens
                                                     John H. Gomez (CA Bar # 171485) T.A.
                                                     Ahmed S. Diab (CA Bar # 262319)
                                                     Lindsay R. Stevens (CA Bar # 256811)
                                                     655 West Broadway, Suite 1700
                                                     San Diego, California 92101
                                                     Telephone: (619) 237-3490
                                                     Facsimile: (619) 237-3496
                                                     *john@thegomezfirm.com*
                                                     *adiab@thegomezfirm.com*
                                                     *lstevens@thegomezfirm.com*

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1

# EXHIBIT 1



February 13, 2018

**ATTORNEY CLIENT PRIVILEGED COMMUNICATION**

*Sent Via U.S. Mail*
Robinette Cole
3813 Baronet Drive
Richmond, VA 23234
Rycole47@gmail.com

Dear Ms. Cole,

We have attempted to contact you regarding your responses to your Plaintiff Fact Sheet. In order for us to comply with our discovery obligations, we need to discuss the responses you provided and get more information from you. We have attempted to reach you by phone and email at least four times over the last month, and you are still unresponsive. Without a response from you, we are unable to comply with discovery obligations. Accordingly, we have requested an extension from the defendants in order to allow you additional time to complete your responses. **Currently, the deadline to submit your responses is February 20th, 2018. We need your completed Plaintiff Fact Sheet and signed authorizations immediately.**

These discovery documents are a mandatory part of litigation. We want to advise you that defendants do not have an obligation to continue to grant extensions. Instead, at any time, they could potentially file a motion with the court to issue sanctions (monetary penalty) to you directly and/or to our firm. Additionally, they could file a motion with the court to dismiss your case in its entirety. We greatly want to avoid either of these situations. In order to do so, we need your cooperation. As such, it is very important that you contact us to discuss if you want to proceed with your case and if you plan to complete the required documents.

Additionally, we want to remind you that Section 7 of our representation agreement allows our firm to withdraw from representation for "good cause."

"Good Cause includes Client's breach of this Contract, *Client's refusal to cooperate with Attorney* or to follow Attorney's advice on a material matter, or any other fact or circumstance that would render Attorney's continuing representing unlawful or unethical. Attorney may also discharge Client if Client at any time is dishonest with Attorney, *or fails to provide relevant information to Attorney*."

We understand these documents are lengthy and can be time-consuming. Accordingly we are here to work with you if you have any questions or need assistance. We certainly do not want to withdraw from representation, but we need you to contact us in order to proceed with litigation. Please let us know what we can do to help.



Please contact us right away to let us know how you plan to proceed.  I appreciate your prompt attention to this matter.  Thank you.

Sincerely,

Lindsay Stevens, Esq.
**Gomez Trial Attorneys**



March 7, 2018

***Sent Via FedEx & Email***
Robinette Cole
3813 Baronet Drive
Richmond, VA 23234
Rycole47@gmail.com

Dear Ms. Cole,

Our office has attempted to reach you via telephone and mail several times to discuss your missing Plaintiff Fact Sheet ("PFS") for your chemotherapy case.  To date, we have not been able to reach you or you have been uncooperative.  Accordingly, we write you this letter and **ask that you contact our office immediately, but no later than Wednesday, Wednesday, March 14th, 2018. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com regarding your case.**

As you know, our representation of your case is in the discovery phase.  The PFS discovery documents are a mandatory part of litigation. Currently, your deadline to submit your client PFS was on January 5th, 2018 and responses were due on February 20th, 2018. These documents include the Plaintiff Fact Sheet and six (6) authorizations that were originally mailed out on December 7th, 2017 and have been re-mailed out if requested.

Our office also previously sent you a letter on February 13th, 2018 via U.S. mail reminding you of your signed representation agreement Section 7, which allows our firm to withdraw from representation for "good cause."

"Good Cause includes Client's breach of this Contract, *Client's refusal to cooperate with Attorney* or to follow Attorney's advice on a material matter, or any other fact or circumstance that would render Attorney's continuing representing unlawful or unethical.  Attorney may also discharge Client if Client at any time is dishonest with Attorney, *or fails to provide relevant information to Attorney*."

Also included in that letter is the importance of submitting your Plaintiff Fact Sheet and the consequences you might face such as, Defense potentially filing a motion with the court to issue sanctions (monetary penalty) to you directly and/to our firm. Defense may also file a motion to dismiss your case in its entirety.



Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss your PFS responses **no later than Wednesday, March 14th, 2018.   If we do not hear from you by Wednesday, March 14th, 2018, we will have no choice but to file a withdrawal of representation in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

_____

Lindsay R. Stevens, Esq.



March 19, 2018

***Sent Via Certified Mail & Fed Ex:***
Robinette Cole
3813 Baronet Drive
Richmond, VA 23234

RE:      Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Cole,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on February 13th, 2018, February 26th, 2018, March 5th, 2018 (on your emergency number as well), and sent correspondence via U.S. Mail on December 12th, 2017, February 13th, 2018 and March 3rd, 2017 Via Fed Ex we now must take steps to withdraw as counsel in your case.  To that end, **we will be filing a motion to withdraw as your counsel on March 23rd, 2018.  This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). The deadline for your PFS was on February 20th, 2018**. These documents were first mailed to you on December 12th, 2017 and we have tried to follow up with you several times since then to finalize your PFS for service.  Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice.  We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

**CMO No. 13 Order Selecting Bellwether Trial Plaintiffs**
1. Durden, Antoinette 2:16-cv-16635
2. Earnest, Barbara 2:16-cv-17144
3. Francis, Tanya 2:16-cv-17410
4. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,



- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/2018 – Settlement Conference w/ Mag. Judge North
-

**Discovery**
- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial

Next anticipated Status Conference date is April 26th, 2018.

To summarize, our office will be filing a motion to withdraw as your counsel on March 23rd, 2018.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.  Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Friday, March 23rd, 2018.  If we do not hear from you by Friday, March 23rd, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Lupe Felix |
| **Subject:** | FedEx Shipment 771782254257 Delivered |
| **Date:** | Thursday, March 22, 2018 2:09:49 PM |

**FedEx®**

# Your package has been delivered

## Tracking # 771782254257

| Ship date: | Delivery date: |
|---|---|
| Mon, 3/19/2018 | Thu, 3/22/2018 5:06 pm |

| Lupe Felix | | Robinette Cole |
|---|---|---|
| San Diego, CA 92101 | Delivered | 3813 Baronet Dr. |
| US | | RICHMOND, VA 23234 |
| | | US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 771782254257 |
| Status: | Delivered: 03/22/2018 5:06 PM Signed for By: D.BROWN |
| Door Tag number: | DT104743343160 |
| Reference: | Cole 3170-223 |
| Signed for by: | D.BROWN |
| Delivery location: | RICHMOND, VA |
| Delivered to: | Residence |
| Service type: | FedEx 2Day |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 3/21/2018 by 8:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:09 PM CDT on 03/22/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.