BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:  HON. KURT D. ENGELHARDT
*Robinette Cole v. Sanofi US Services Inc.
f/k/a Sanofi-Aventis U.S. Inc. et al.;*
Case No. 2:17-cv-13885

## WRITTEN STATEMENT RE COMPLIANCE TO AMENDED PTO 22

Pursuant to Pretrial Order No. 74 (Rec. Doc. 1470), Paragraph 1(c), Plaintiff's counsel submits this written statement to indicate that Plaintiff Robinette Cole has not complied with Amended Pretrial Order No. 22 (Rec. Doc. 325). Plaintiff's case is subject to a show cause order. Plaintiff's Plaintiff Fact Sheet was due on February 20th, 2018.

Dated: May 17, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS

　　　　　　　　　　　　　　　　　　　　 */s/Lindsay R. Stevens*
　　　　　　　　　　　　　　　　　　　　John H. Gomez (CA Bar # 171485) T.A.
　　　　　　　　　　　　　　　　　　　　Ahmed S. Diab (CA Bar # 262319)
　　　　　　　　　　　　　　　　　　　　Lindsay R. Stevens (CA Bar # 256811)
　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1700
　　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　　Telephone: (619) 237-3490
　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 237-3496
　　　　　　　　　　　　　　　　　　　　*john@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*adiab@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com