BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO:        HON. KURT D. ENGELHARDT
*Robinette Cole v. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.;*
Case No. 2:17-cv-13885

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw of Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.

Dated: _____       _____
                                                  Honorable Jane T. Milazzo
                                                  U.S. District Court Judge