**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO:                          HON. KURT D. ENGELHARDT
*Diane Patrick v. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.;*
Case No. 2:17-cv-13786


**ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD**

CONSIDERING the foregoing Motion to Withdraw of Counsel of Record for the above-

named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R.

Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys

of record.

Dated: _____        _____
                                Honorable Jane T. Milazzo
                                U.S. District Court Judge