BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:     HON. KURT D. ENGELHARDT
*Fannie Hudson v. Sanofi S.A. et al.;*
Case No. 2:17-cv-7349

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for client, Fannie Hudson, in civil action no. 2:17-cv-7349.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiff contacted all named defendants in writing more than fourteen (14) days prior to filing. Sanofi defendants have informed counsel for Plaintiff that they will be opposing the withdrawal.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Fannie Hudson, at the following contact information:

    Fannie Hudson
    Mailing Address:
    328 Griffin Rd.
    Lamar, MS  38642

    Telephone Numbers:
    (901) 530-7050

Dated: May 17, 2018                                  Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                        */s/ Lindsay R. Stevens*
                                                        Lindsay R. Stevens (CA Bar # 256811)
                                                        GOMEZ TRIAL ATTORNEYS
                                                        655 West Broadway, Suite 1700
                                                        San Diego, California 92101
                                                        Telephone: (619) 237-3490
                                                        Facsimile: (619) 237-3496
                                                        lstevens@thegomezfirm.com