BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Fannie Hudson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.;* Case No. 2:17-cv-7349 | HON. KURT D. ENGELHARDT |

**AFFADAVIT IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiff's counsel have been unable to communicate with Plaintiff Fannie Hudson ("Plaintiff") due to Plaintiff's unresponsiveness.

Listed below is a chronological order of all reasonable efforts made by counsel to communicate with Plaintiff:

1. On July 28th, 2017, Gomez Trial Attorneys sent the Plaintiff Fact Sheet and Authorizations to Plaintiff by U.S. Mail. The correspondence mailed to Plaintiff indicated the importance of the completion and submission of the Plaintiff Fact Sheet and an explanation of the discovery phase of the litigation.

2. On September 22nd, 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Hudson's on all telephone numbers on file. Staff requested that Plaintiff call the office of Gomez Trial Attorneys as soon as possible to discuss the Plaintiff Fact Sheet. Additionally, staff for Gomez Trial Attorneys communicated the urgency to submit the Plaintiff Fact Sheet.

3. On September 22nd, 2017, Gomez Trial Attorneys mailed a letter to Plaintiff, informing them of the importance of complying with discovery and requesting an immediate response. The correspondence informed Plaintiff of the extended deadline of October 14th, 2017 granted by Defendants for Plaintiff's case. Additionally, the correspondence reminded Plaintiff of the Representation Agreement signed with Gomez Trial Attorneys regarding clients' refusal to cooperate and participate in litigation.

4. On September 26th, 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Hudson's on all telephone numbers on file. Staff requested that Plaintiff call the office of Gomez Trial Attorneys to discuss the Plaintiff Fact Sheet.

5. On September 26th, 2017, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

6. On September 29th, 2017 Gomez Trial Attorneys sent correspondence informing Plaintiff of their failure to communicate with counsel at Gomez Trial Attorneys, and requesting a response to the letter by October 4th, 2017, before withdrawal proceedings would be initiated. This letter was sent out via Federal Express. This letter was delivered via Federal Express to Ms. Hudson on October 2nd, 2017.

7. On October 2nd, 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Hudson's on all telephone numbers on file. Staff requested that Plaintiff call the office of Gomez Trial Attorneys to discuss the Plaintiff Fact Sheet.

8. On October 13th, 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Hudson's on all telephone numbers on file. Staff requested that Plaintiff call the office of Gomez Trial Attorneys to discuss the Plaintiff Fact Sheet.

9. On October 16th, 2017 Gomez Trial Attorneys sent correspondence informing Plaintiff that our office will be pursuing the withdrawal process due to failure to communicate with our office and requesting a response to the letter by October 23rd, 2017. This letter was sent out via Certified Mail/Return Receipt. This letter was delivered via US Mail – Certified Mail/Return Receipt on October 18th, 2017, with Ms. Hudson's direct signature. The letter and proof of delivery is attached hereto as Exhibit 1.

10. On September 14th, 2017, October 4th, 2017 and October 24th, 2017 Gomez Trial Attorneys staff spoke with Ms. Hudson and was uncooperative with completing the Plaintiff Fact Sheet and submitting any documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com

# EXHIBIT 1



October 16, 2017

*Sent Via Certified Mail/Return Receipt:*
Fannie Hudson
328 Griffin Rd.
Lamar, MS 38642

RE:   Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Hudson,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. Our office has called you via telephone on September 14th, September 22nd, September 26th, October 2nd, October 4th, October 13th (on your emergency number as well), and sent correspondence via U.S. Mail on July 28th, September 22nd and correspondence sent via FedEx with delivery receipt on September 29th, we now must take steps to withdraw as counsel in your case. To that end, **we will be filing an ex-parte motion to withdraw as your counsel on October 23rd, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case. **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). The extended deadline for your PFS is now October 27th, 2017, and it would already be deemed deficient but for our request to defendants for an extension**. These documents were first mailed to you on July 28th, 2017 and we have tried to follow up with you several times since then to finalize your PFS for service. Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction
- 10/16/2017 - Taxotere Master Answer Due by All Defendants
- 10/31/2017 – L/D to Submit Exhibit A as to Amended PO No. 60

**Bellwether Trials**
1. Chetta, Debra 2:16-cv-17731
2. Durden, Antoinette 2:16-cv-16635



  3. Earnest, Barbara 2:16-cv-17144
  4. Francis, Tanya 2:16-cv-17410
  5. Johnson, Deborah 2:16-cv-15607
  6. Kahn, Elizabeth 2:16-cv-17039
  7. Martin, Della 2:16-cv-15678
  8. Ray, Pearl 2:16-cv-17031
  9. Thibodeaux, Cynthia 2:16-cv-15859
  10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North
- 

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts
- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial



      To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 23rd, 2017. If you desire for our office to dismiss your case on your behalf, you must call us before that date. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday, October 23rd, 2017.** <u>**If we do not hear from you by Monday October 23rd, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**</u>

      Thank you for your prompt attention to this matter.

      Very Truly Yours,

      Lindsay R. Stevens, Esq.



USPS TRACKING #

9590 9402 1626 6053 0955 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**GOMEZ**
Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

RECEIVED OCT 2 3 2017

Attn: Lupe Felix
Re: Taxotere - Hudson, Fannie

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fannie Hudson
328 Griffin Rd.
Lamar, MS 38642

9590 9402 1626 6053 0955 71

2. Article Number *(Transfer from service label)*

7013 2250 0000 0433 2367

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature
X *Fannie Hudson*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
10/18/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt