BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:      HON. KURT D. ENGELHARDT
*Fannie Hudson v. Sanofi, S.A. et al.*,
Case No. 2:17-cv-7349

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw of Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.

Dated: _____      _____
                                                    Honorable Jane T. Milazzo
                                                    U.S. District Court Judge