BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO:           HON. KURT D. ENGELHARDT
*Michelle Parker v. Sanofi S.A. et al.;*
Case No. 2:17-cv-5462

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for client, Michelle Parker, in civil action no. 2:17-cv-5462.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiff's contacted all named defendants in writing more than fourteen (14) days prior to filing. Accord and Hospira defendants have informed counsel for Plaintiffs that they will not be opposing withdrawal. Sandoz Inc., McKesson Corporation, Sun Pharmaceuticals, Actavis and Sanofi defendants have informed counsel for Plaintiff that they will be opposing the withdrawal.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Michelle Parker, at the following contact information:

    Michelle Parker
    92 Huntington Terrace 2nd Fl.
    Newark, NJ 07112
    Tel. No.: (973) 230-8284
    Cell No.: (973) 981-1268

2

Dated: May 15, 2018                              Respectfully submitted,

                                                 GOMEZ TRIAL ATTORNEYS

                                                  */s/Lindsay R. Stevens*
                                                 John H. Gomez (CA Bar # 171485) T.A.
                                                 Ahmed S. Diab (CA Bar # 262319)
                                                 Lindsay R. Stevens (CA Bar # 256811)
                                                 655 West Broadway, Suite 1700
                                                 San Diego, California 92101
                                                 Telephone: (619) 237-3490
                                                 Facsimile: (619) 237-3496
                                                 *john@thegomezfirm.com*
                                                 *adiab@thegomezfirm.com*
                                                 *lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

               */s/ Lindsay R. Stevens*
               Lindsay R. Stevens (CA Bar # 256811)
               GOMEZ TRIAL ATTORNEYS
               655 West Broadway, Suite 1700
               San Diego, California 92101
               Telephone: (619) 237-3490
               Facsimile: (619) 237-3496
               lstevens@thegomezfirm.com