**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO:                    HON. KURT D. ENGELHARDT
*Michelle Parker v. Sanofi S.A.et al.;*
Case No. 2:17-cv-5462

<u>**AFFADAVIT IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

Pursuant to Local Rule 83.2.11, Plaintiff's counsel have been unable to communicate

with Plaintiff Michelle Parker ("Plaintiff") due to Plaintiff's unresponsiveness.

Listed below is a chronological order of all reasonable efforts made by counsel to

communicate with Plaintiff:

1. On May 31st, 2017, Gomez Trial Attorneys sent the Plaintiff Fact Sheet and

   Authorizations to Plaintiff by U.S. Mail.  The correspondence mailed to Plaintiff

   indicated the importance of the completion and submission of the Plaintiff Fact Sheet

   and an explanation of the discovery phase of the litigation.

2. On April 13th, 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Parker's on

   all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez

   Trial Attorneys as soon as possible to discuss the Plaintiff Fact Sheet.  Additionally,

   staff for Gomez Trial Attorneys communicated the urgency to submit the Plaintiff

   Fact Sheet.

3. On July 6th, 2017 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Parker's on all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez Trial Attorneys to discuss the Plaintiff Fact Sheet.

4. On July 18th, 2017, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

5. On July 19th, 2017, Gomez Trial Attorneys mailed a letter to Plaintiff, informing them of the importance of complying with discovery and requesting an immediate response.  The correspondence informed Plaintiff of the deadline of June 30th, 2017.  Additionally, the correspondence reminded Plaintiff of the Representation Agreement signed with Gomez Trial Attorneys regarding clients' refusal to cooperate and participate in litigation.

6. On August 22nd, 2017 Gomez Trial Attorneys sent correspondence informing Plaintiff of their failure to communicate with counsel at Gomez Trial Attorneys, and requesting a response to the letter by August 28th, 2017, before withdrawal proceedings would be initiated.  This letter was sent out via Federal Express.  This letter was delivered via Federal Express to Ms. Parker on August 24th, 2017 with direct signature from Plaintiff.

7. On September 8th, 2017 Gomez Trial Attorneys sent correspondence informing Plaintiff that our office will be pursuing the withdrawal process due to failure to communicate with our office and requesting a response to the letter by September 14th, 2017. This letter was sent out via Certified Mail/Return Receipt.  This letter was delivered via US Mail – Certified Mail/Return Receipt with Ms. Parker's direct

signature on September 14th, 2017. The letter and proof of delivery is attached hereto as Exhibit 1.

8.  On April 13th, 2017, May 25th, 2017, July 7th, 2017 and August 22nd, 2017 electronic correspondence was sent to nypark@msn.com which is Plaintiff's e-mail address on file.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2018                         Respectfully submitted,

                                            GOMEZ TRIAL ATTORNEYS

                                             _/s/Lindsay R. Stevens_____
                                            John H. Gomez (CA Bar # 171485) T.A.
                                            Ahmed S. Diab (CA Bar # 262319)
                                            Lindsay R. Stevens (CA Bar # 256811)
                                            655 West Broadway, Suite 1700
                                            San Diego, California 92101
                                            Telephone: (619) 237-3490
                                            Facsimile: (619) 237-3496
                                            *john@thegomezfirm.com*
                                            *adiab@thegomezfirm.com*
                                            *lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1

# EXHIBIT 1



September 8, 2017

***Sent Via Certified Mail/Return Receipt:***
Michelle Parker
92 Huntington Terrace 2nd Fl.
Newark, NJ  07112

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Parker,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on April 13th, July 6th, July 13th, July 18th (on your emergency number as well), and sent correspondence via U.S. Mail on May 31st, July 19th and correspondence sent via FedEx with delivery receipt on August 22nd.  E-Mails were also sent to nypark@msn.com on April 13th, May 25th, July 7th and August 22nd As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case.  To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017.  This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). Your PFS was due on August 29, 2017, and by our determination is now deficient**. These documents were first mailed to you on May 31st, 2017 and we have tried to follow up with you several times since then to finalize your PFS for service.  Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice.  We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction



- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

**Bellwether Trials**
1. Chetta, Debra 2:16-cv-17731
2. Durden, Antoinette 2:16-cv-16635
3. Earnest, Barbara 2:16-cv-17144
4. Francis, Tanya 2:16-cv-17410
5. Johnson, Deborah 2:16-cv-15607
6. Kahn, Elizabeth 2:16-cv-17039
7. Martin, Della 2:16-cv-15678
8. Ray, Pearl 2:16-cv-17031
9. Thibodeaux, Cynthia 2:16-cv-15859
10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North
- 

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts
- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants



- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.  Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Thursday September 14, 2017.   <u>If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.</u>**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.







655 West Broadway, Suite 1700
San Diego, CA 92101

thegomezfirm.com

**GOMEZ**
TRIAL ATTORNEYS

7016 0750 0000 4801 6047

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

**GOMEZ**
Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

Attn: Lupe Felix De Toualepe Parker

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Michelle Parker
92 Huntington Terrace 2nd Fl.
Newark NJ 07112



02 1P
0000088537
SEP 08 2017
$006.560
UNITED STATES POSTAGE
PITNEY BOWES



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Michelle Parker
Street and Apt. No., or PO Box No. 92 Huntington Terrace, 2nd Fl.
City, State, ZIP+4 Newark, NJ 07112

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7016 0750 0000 4801 6047

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X

☐ Agent
☐ Addressee

**B. Received by ( Printed Name)** | **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☑ No

**1. Article Addressed to:**

Michelle Parker
92 Huntington Terrace
2nd Fl.
Newark, NJ 07112

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
(Transfer from service label)

7016 0750 0000 4801 6047

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

655 West Broadway, Suite 1700
San Diego, CA 92101

GOMEZ
TRIAL ATTORNEYS

thegomezfirm.com

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

GOMEZ
Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

Attn: Lupe Felix De Taxotere Parker

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

7016 0750 0000 4801 6047

Michelle Parker
92 Huntington Terrace 2nd Fl.
Newark NJ 07112



---

7016 0750 0000 4801 6047

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  Michelle Parker
Street and Apt. No., or PO Box No.  92 Huntington Terrace, 2nd Fl.
City, State, ZIP+4®  Newark, NJ 07112

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☒ No

1. Article Addressed to:

Michelle Parker
92 Huntington Terrace
2nd Fl.
Newark, NJ 07112

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7016 0750 0000 4801 6047

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

JD 070

14 SEP '17

PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



**GOMEZ**

Gomez Trial Attorneys
655 West Broadway Suite 1700
San Diego, CA 92101

Attn: Lupe Felix re Taxotere-Parker

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle Parker
92 Huntington Terrace
2nd Fl.
Newark, NJ 07112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Michelle* ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

X *Michelle Parker*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7016 0750 0000 4801 6047