BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Michelle Parker v. Sanofi, S.A. et al.*, Case No. 2:17-cv-5462 | HON. KURT D. ENGELHARDT |

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw of Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.

Dated: _____      _____
                              Honorable Jane T. Milazzo
                              U.S. District Court Judge

1