**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:　　　　　HON. KURT D. ENGELHARDT
*Vivian Watson v. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.;*
Case No. 2:17-cv-13883


**<u>OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

　　　　Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of

record for client, Vivian Watson, in civil action no. 2:17-cv-13883.

　　　　In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached

please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

　　　　Pursuant to Pretrial Order No. 74, counsel for Plaintiff contacted all named defendants in

writing more than fourteen (14) days prior to filing. Sanofi defendants have informed counsel for

Plaintiff that they will be opposing the withdrawal.

　　　　Gomez Trial Attorneys respectfully requests relief of any further responsibility in

connection with this action.  All further pleadings, motions, notices, correspondence and other

documents shall be served directly to Plaintiff, Vivian Watson, at the following contact

information:

　　　　Vivian Watson
　　　　1302 Hamilton Street
　　　　Toledo, OH  43607

　　　　Telephone Numbers:
　　　　(419) 870-2871

Dated: May 17, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

*/s/Lindsay R. Stevens*

John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1