BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Vivian Watson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.;*<br>Case No. 2:17-cv-13883 | HON. KURT D. ENGELHARDT |

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw of Counsel of Record for the above-named case,

IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.

Dated: _____     _____
                                                                        Honorable Jane T. Milazzo
                                                                       U.S. District Court Judge