BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Alfretta Matthews v. Sanofi S.A. et al.;* Case No. 2:17-cv-6015 | HON. KURT D. ENGELHARDT |

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiffs' counsel moves to withdraw as counsel of record for client, Alfretta Matthews, in civil action no. 2:17-cv-6015.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiffs contacted all named defendants in writing more than fourteen (14) days prior to filing. Accord and Hospira defendants have informed counsel for Plaintiffs that they will not be opposing withdrawal. Sandoz Inc., McKesson Corporation, Sun Pharmaceuticals and Sanofi defendants have informed counsel for Plaintiff that they will be opposing the withdrawal.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Alfretta Matthews, at the following contact information:

Alfretta Matthews
27400 Barrington St.
Madison Heights, MI 48071

29488 Woodward Avenue, Apt. 435
Royal Oak, MI 48073

PO Box 566881
Atlanta, GA 31156

8400 Veterans Parkway, Apt. 130
Columbus, GA 31909

5605 Bright Cross Way
Suwanee, GA 30024

Tel. No.: (248) 629-7490
Cell No.: (248) 909-0195

Dated: May 15, 2018 				Respectfully submitted,

							GOMEZ TRIAL ATTORNEYS

							 */s/Lindsay R. Stevens*
							John H. Gomez (CA Bar # 171485) T.A.
							Ahmed S. Diab (CA Bar # 262319)
							Lindsay R. Stevens (CA Bar # 256811)
							655 West Broadway, Suite 1700
							San Diego, California 92101
							Telephone: (619) 237-3490
							Facsimile: (619) 237-3496
							*john@thegomezfirm.com*
							*adiab@thegomezfirm.com*
							*lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                */s/ Lindsay R. Stevens*
                Lindsay R. Stevens (CA Bar # 256811)
                GOMEZ TRIAL ATTORNEYS
                655 West Broadway, Suite 1700
                San Diego, California 92101
                Telephone: (619) 237-3490
                Facsimile: (619) 237-3496
                lstevens@thegomezfirm.com