**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO:           HON. KURT D. ENGELHARDT
*Alfretta Matthews v. Sanofi S.A. et al.;*
Case No. 2:17-cv-6015

**AFFADAVIT IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiff' counsel have been unable to communicate with

Plaintiff Alfretta Matthews ("Plaintiff") due to Plaintiff's unresponsiveness.

Listed below is a chronological order of all reasonable efforts made by counsel to

communicate with Plaintiff:

1.  On May 25th, 2017 Gomez Trial Attorneys staff left a voicemail for Ms. Matthews'

    on all telephone numbers on file. Staff requested that Plaintiff call the office of

    Gomez Trial Attorneys as soon as possible to discuss her case.

2.  On June 19th, 2017 Gomez Trial Attorneys staff left a voicemail for Ms. Matthews'

    on all telephone numbers on file. Staff requested that Plaintiff call the office of

    Gomez Trial Attorneys as soon as possible to discuss her case.

3.  On July 25th, 2017, Gomez Trial Attorneys sent the Plaintiff Fact Sheet and

    Authorizations to Plaintiff by U.S. Mail.  The correspondence mailed to Plaintiff

    indicated the importance of the completion and submission of the Plaintiff Fact Sheet

    and an explanation of the discovery phase of the litigation.

4. On August 7th, 2017, Gomez Trial Attorneys staff left a voicemail for Ms. Matthews' on all telephone numbers on file.  Staff requested that Plaintiff call the office of Gomez Trial Attorneys as soon as possible to discuss the Plaintiff Fact Sheet. Additionally, staff for Gomez Trial Attorneys communicated the urgency to submit the Plaintiff Fact Sheet.

5. On August 15th, 2017, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

6. On August 22nd, 2018, Gomez Trial Attorneys mailed a letter to Plaintiff, informing them of the importance of complying with discovery and requesting an immediate response.  The correspondence informed Plaintiff of the deadline of September 4th, 2017.  Additionally, the correspondence reminded Plaintiff of the Representation Agreement signed with Gomez Trial Attorneys regarding clients' refusal to cooperate and participate in litigation.

7. On August 22nd, 2017 Gomez Trial Attorneys sent correspondence informing Plaintiff of their failure to communicate with counsel at Gomez Trial Attorneys, and requesting a response to the letter by August 29th, 2017, before withdrawal proceedings would be initiated.  This letter was sent out via Federal Express.  This letter was delivered via Federal Express to Ms. Matthews on August 24th, 2017.

8. On September 7th, 2017 Gomez Trial Attorneys sent correspondence informing Plaintiff that our office will be pursuing the withdrawal process due to failure to communicate with our office and requesting a response to the letter by September 14th, 2017.This letter was sent out via Certified Mail/Return Receipt.  This letter was

undeliverable and returned via US Mail – Certified Mail/Return Receipt on October 23rd, 2017. The letter and proof of delivery is attached hereto as Exhibit 1.

9.   On September 26th, 2017, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

10.  Gomez Trial Attorneys staff completed a skip trace through WestLaw and have sent the previous correspondence from September 7th, 2017 to all the addresses listed on the Opposed Motion to Withdrawal as Counsel and are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 31, 2018                                  Respectfully submitted,

                                                     GOMEZ TRIAL ATTORNEYS

                                                      /s/Lindsay R. Stevens
                                                     John H. Gomez (CA Bar # 171485) T.A.
                                                     Ahmed S. Diab (CA Bar # 262319)
                                                     Lindsay R. Stevens (CA Bar # 256811)
                                                     655 West Broadway, Suite 1700
                                                     San Diego, California 92101
                                                     Telephone: (619) 237-3490
                                                     Facsimile: (619) 237-3496
                                                     *john@thegomezfirm.com*
                                                     *adiab@thegomezfirm.com*
                                                     *lstevens@thegomezfirm.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>/s/ Lindsay R. Stevens</u>
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

# EXHIBIT 1

# USPS Tracking® Results

**FAQs** ❯ **(http://faq.usps.com/?articleId=220900)**

## Track Another Package ➕

Remove ✕

**Tracking Number:** 9171999991703804676357

  

## Product & Tracking Information

**See Available Actions**

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 13, 2017, 9:36 am** | **In Transit to Destination** | **ON ITS WAY TO MADISON HEIGHTS, MI 480713251** |

▲

The item is currently in transit to the destination as of September 13, 2017 at 9:36 am. It is on its way to MADISON HEIGHTS, MI 480713251.

| | | |
|---|---|---|
| September 12, 2017, 9:36 am | In Transit to Destination | ON ITS WAY TO MADISON HEIGHTS, MI 480713251 |
| September 11, 2017, 9:36 am | In Transit to Destination | ON ITS WAY TO MADISON HEIGHTS, MI 480713251 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 10, 2017, 10:36 pm | Departed USPS Regional Facility | ATLANTA GA DISTRIBUTION CENTER |

**See More** ∨

## Available Actions

**Text & Email Updates**                                                        ∨

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

## There's an easier way to keep track of your mail and packages.

Now, you can digitally preview your mail and automatically track packages from a secure, online dashboard. Sign up for Informed Delivery® to:

- View grayscale images of the exterior, address side of letter-sized mailpieces scheduled to arrive soon*

- Track the delivery status of packages without entering a tracking number

- Schedule a package to be redelivered if you missed a delivery

- Set up email and/or text notifications to track the delivery status of your package(s)

And more!

### Sign Up

**(https://reg.usps.com/entreg/RegistrationAction_input?**

* Images are only provided for letter-sized mailpieces that are processed through USPS®
automated equipment.     **app=UspsTools&appURL=https%**

**(https://www.usps.com/)**          **3A%2F%2Ftools.usps.com%**

**2Fgo%2FTrackConfirmAction%**

**21input%3FtRef%3Dfullpage%**

**26tLc%3D2%26text28777%3D%**

**26tLabels%**

**3D9171999991703804676357%**

**252C)**

**HELPFUL LINKS**

Contact Us
(https://www.usps.com/help/welcome.htm)

Site Index
(https://www.usps.com/globals/site-index.htm)

FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home
(http://about.usps.com/)

Newsroom
(http://about.usps.com/news/welcome.htm)

USPS Service Updates
(http://about.usps.com/news/service-alerts/welcome.htm)

Forms & Publications
(http://about.usps.com/forms-publications/welcome.htm)

Government Services
(https://www.usps.com/gov-services/gov-services.htm)

Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway
(https://gateway.usps.com/)

Postal Inspectors
(https://postalinspectors.uspis.gov/)

Inspector General
(http://www.uspsoig.gov/)

Postal Explorer
(http://pe.usps.gov/)

National Postal Museum
(http://www.postalmuseum.si.edu/)

Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy
(http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)

Terms of Use
(http://about.usps.com/termsofuse.htm)

FOIA
(http://about.usps.com/who-we-are/foia/welcome.htm)

No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 **(https://www.facebook.com/USPS?rf=108501355848630)**

 **(https://twitter.com/usps)**

 **(http://www.pinterest.com/uspsstamps/)**

 **(https://www.youtube.com/usps)**

**From:** TrackingUpdates@fedex.com
**To:** Lupe Felix
**Subject:** FedEx Shipment 770084598251 Delivered
**Date:** Thursday, August 24, 2017 6:51:02 AM

FedEx®

# Your package has been delivered

## Tracking # 770084598251

| Ship date: | | Delivery date: |
|---|---|---|
| Tue, 8/22/2017 | | Thu, 8/24/2017 9:48 am |
| Lupe Felix<br>San Diego, CA 92101<br>US | Delivered | Alfretta Matthews<br>27400 Barrington Ct.<br>MADISON HEIGHTS, MI 48071<br>US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770084598251 |
| Status: | Delivered: 08/24/2017 09:48 AM Signed for By: Signature not required |
| Reference: | Matthews 3172-223 |
| Signed for by: | Signature not required |
| Delivery location: | MADISON HEIGHTS, MI |
| Delivered to: | Residence |
| Service type: | FedEx 2Day A.M |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 8/24/2017 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:50 AM CDT on 08/24/2017.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.



September 7, 2017

*Sent Via Certified Mail/Return Receipt:*
Alfretta Matthews
27400 Barrington St.
Madison Heights, MI 48071

RE:    Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. Our office has called you via telephone on May 25th, June 19th, August 7th, August 15th (on your emergency number as well), and sent correspondence via FedEx with delivery receipt on August 22nd. As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case. To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records. Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel. Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated. Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL. The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen. As we discussed, the drug at issue in the cases litigated is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we concluded and advised you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice. However, since we have not been able to reach you, we have taken no action to dismiss your case.

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case. **The first of these deadlines was the due**



date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). **Your PFS was due on September 4, 2017, and by our determination is now deficient.** Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction
- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

    **Bellwether Trials**
    1. Chetta, Debra 2:16-cv-17731
    2. Durden, Antoinette 2:16-cv-16635
    3. Earnest, Barbara 2:16-cv-17144
    4. Francis, Tanya 2:16-cv-17410
    5. Johnson, Deborah 2:16-cv-15607
    6. Kahn, Elizabeth 2:16-cv-17039
    7. Martin, Della 2:16-cv-15678
    8. Ray, Pearl 2:16-cv-17031
    9. Thibodeaux, Cynthia 2:16-cv-15859
    10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North
-
    **Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts



- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.  Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Thursday September 14, 2017.  If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.



# GOMEZ
## TRIAL ATTORNEYS

655 West Broadway, Suite 1700
San Diego, CA 92101

**CERTIFIED MAIL**



91 7199 9991 7038 0467 6357

SAN DIEGO



UNITED STATES POSTAGE
PITNEY BOWES

$ 006.56⁰

02 1P
0000888537        SEP 07 2017
MAILED FROM ZIP CODE 92101

Alfretta Matthews
27400 Barrington St
Madison Height

NIXIE        300    DE 1              0009/24/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101849525        *2004-00386-07-40

thegomezfirm.com



October 6, 2017

***Sent Via U.S. Mail***
Alfretta Matthews
5605 Bright Cross Way
Suwanee, GA 30024

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. Our office has called you via telephone on May 25th, June 19th, August 7th, August 15th (on your emergency number as well), and sent correspondence via FedEx with delivery receipt on August 22nd. As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case. To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records. Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel. Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated. Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL. The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen. As we discussed, the drug at issue in the cases litigated is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we concluded and advised you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice. However, since we have not been able to reach you, we have taken no action to dismiss your case.

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case. **The first of these deadlines was the due**



**date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). Your PFS was due on September 4, 2017, and by our determination is now deficient.** Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction
- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

   **Bellwether Trials**
   1. Chetta, Debra 2:16-cv-17731
   2. Durden, Antoinette 2:16-cv-16635
   3. Earnest, Barbara 2:16-cv-17144
   4. Francis, Tanya 2:16-cv-17410
   5. Johnson, Deborah 2:16-cv-15607
   6. Kahn, Elizabeth 2:16-cv-17039
   7. Martin, Della 2:16-cv-15678
   8. Ray, Pearl 2:16-cv-17031
   9. Thibodeaux, Cynthia 2:16-cv-15859
   10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North

   **Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts



- 7/27/2018 – L/D to complete Expert depositions

  **<u>Motions</u>**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

  **<u>Pleadings</u>**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

  **<u>Experts</u>**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 16th, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.   Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday October 16th, 2017.**  **<u>If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.</u>**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.



October 6, 2017

*Sent Via U.S. Mail*
Alfretta Matthews
8400 Veterans Parkway, Apt. 1302
Columbus, GA 31909

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on May 25th, June 19th, August 7th, August 15th (on your emergency number as well), and sent correspondence via FedEx with delivery receipt on August 22nd.  As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case.  To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records.  Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel.  Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated.  Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL.  The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen.  As we discussed, the drug at issue in the cases litigated is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we concluded and advised you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice.  However, since we have not been able to reach you, we have taken no action to dismiss your case.

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due**



**date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). Your PFS was due on September 4, 2017, and by our determination is now deficient.** Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction
- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

**Bellwether Trials**
1. Chetta, Debra 2:16-cv-17731
2. Durden, Antoinette 2:16-cv-16635
3. Earnest, Barbara 2:16-cv-17144
4. Francis, Tanya 2:16-cv-17410
5. Johnson, Deborah 2:16-cv-15607
6. Kahn, Elizabeth 2:16-cv-17039
7. Martin, Della 2:16-cv-15678
8. Ray, Pearl 2:16-cv-17031
9. Thibodeaux, Cynthia 2:16-cv-15859
10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts



- 7/27/2018 – L/D to complete Expert depositions

**<u>Motions</u>**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**<u>Pleadings</u>**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**<u>Experts</u>**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 16th, 2017. If you desire for our office to dismiss your case on your behalf, you must call us before that date. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday October 16th, 2017. <u>If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.</u>**

Thank you for your prompt attention to this matter.

Very Truly Yours,

_____
Lindsay R. Stevens, Esq.



October 6, 2017

***Sent Via U.S. Mail***
Alfretta Matthews
PO Box 566881
Atlanta, GA 31156

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on May 25th, June 19th, August 7th, August 15th (on your emergency number as well), and sent correspondence via FedEx with delivery receipt on August 22nd.  As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case.  To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records.   Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel.  Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated.  Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL.  The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen.  As we discussed, the drug at issue in the cases litigated is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we concluded and advised you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice.  However, since we have not been able to reach you, we have taken no action to dismiss your case.

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due**



**date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). Your PFS was due on September 4, 2017, and by our determination is now deficient**. Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction
- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

**Bellwether Trials**
1. Chetta, Debra 2:16-cv-17731
2. Durden, Antoinette 2:16-cv-16635
3. Earnest, Barbara 2:16-cv-17144
4. Francis, Tanya 2:16-cv-17410
5. Johnson, Deborah 2:16-cv-15607
6. Kahn, Elizabeth 2:16-cv-17039
7. Martin, Della 2:16-cv-15678
8. Ray, Pearl 2:16-cv-17031
9. Thibodeaux, Cynthia 2:16-cv-15859
10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts



- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 16th, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.  Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday October 16th, 2017.**  **If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.



October 6, 2017

**Sent Via U.S. Mail**
Alfretta Matthews
29488 Woodward Avenue, Apt. 435
Royal Oak, MI 48073

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case.  Our office has called you via telephone on May 25th, June 19th, August 7th, August 15th (on your emergency number as well), and sent correspondence via FedEx with delivery receipt on August 22nd.  As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case.  To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records.  Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel.  Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated.  Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL.  The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen.  As we discussed, the drug at issue in the cases litigated is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we concluded and advised you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice.  However, since we have not been able to reach you, we have taken no action to dismiss your case.

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case.  **The first of these deadlines was the due**



**date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS").
Your PFS was due on September 4, 2017, and by our determination is now deficient.**
Since you now are not represented by an attorney, and since you have failed to meet this
deadline, your case is at risk for being dismissed by the MDL court with prejudice. We
recommend you comply with your discovery requirements or seek new counsel
immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in
your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def
  Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be
  Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of
  Personal Jurisdiction
- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to
  Dismiss Personal Jurisdiction

**Bellwether Trials**
1. Chetta, Debra 2:16-cv-17731
2. Durden, Antoinette 2:16-cv-16635
3. Earnest, Barbara 2:16-cv-17144
4. Francis, Tanya 2:16-cv-17410
5. Johnson, Deborah 2:16-cv-15607
6. Kahn, Elizabeth 2:16-cv-17039
7. Martin, Della 2:16-cv-15678
8. Ray, Pearl 2:16-cv-17031
9. Thibodeaux, Cynthia 2:16-cv-15859
10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later
  than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts



- 7/27/2018 – L/D to complete Expert depositions

**<u>Motions</u>**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**<u>Pleadings</u>**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

**<u>Experts</u>**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 16th, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.   Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday October 16th, 2017.  <u>If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.</u>**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.



October 6, 2017

***Sent Via U.S. Mail***
Alfretta Matthews
27400 Barrington St.
Madison Heights, MI 48071

RE:     Potential Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. Our office has called you via telephone on May 25th, June 19th, August 7th, August 15th (on your emergency number as well), and sent correspondence via FedEx with delivery receipt on August 22nd. As our previous correspondence indicated, without a response from you by August 28th, 2017, we now must take steps to withdraw as counsel in your case. To that end, **we will be filing an ex-parte motion to withdraw as your counsel on September 14th, 2017. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records. Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel. Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated. Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL. The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen. As we discussed, the drug at issue in the cases litigated is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we concluded and advised you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice. However, since we have not been able to reach you, we have taken no action to dismiss your case.

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case. **The first of these deadlines was the due**



**date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). Your PFS was due on September 4, 2017, and by our determination is now deficient.** Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

- 9/8/2017 – Status Conference at 10 AM CST
- 9/15/2017 – Last day ("L/D") to Complete Personal Jurisdiction Discovery to Def Sanofi and Aventis Pharma S.A.
- 9/18/2017 - L/D to Submit Names to the Clerk of the Court re Defendants to be Removed/Replaced
- 9/22/2017 - L/D for Plaintiffs to File Oppo to Def Motion to Dismiss for Lack of Personal Jurisdiction
- 10/6/2017 - L/D for Def to File Reply to Plaintiffs' Oppo to Def Motion to Dismiss Personal Jurisdiction

**Bellwether Trials**
1. Chetta, Debra 2:16-cv-17731
2. Durden, Antoinette 2:16-cv-16635
3. Earnest, Barbara 2:16-cv-17144
4. Francis, Tanya 2:16-cv-17410
5. Johnson, Deborah 2:16-cv-15607
6. Kahn, Elizabeth 2:16-cv-17039
7. Martin, Della 2:16-cv-15678
8. Ray, Pearl 2:16-cv-17031
9. Thibodeaux, Cynthia 2:16-cv-15859
10. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,
- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/20148 – Settlement Conference w/ Mag. Judge North

**Discovery**
- 2/6/2018 – L/D to Submit discovery
- 2/12/2018 – L/D parties to nominate and rank in order of preference
- 2/16/2018 – Court will select one Plaintiff and 3 alternatives
- 4/6/2018 – L/D to complete any depositions not including Experts



- 7/27/2018 – L/D to complete Expert depositions

  **Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

  **Pleadings**
- 2/23/2018 – L/D to file and serve an amendments to pleadings

  **Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 3/9/2018 – L/D to file and serve preliminary list of all witnesses who may be called to testify
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at  trial

To summarize, our office will be filing an ex-parte motion to withdraw as your counsel on October 16th, 2017.  If you desire for our office to dismiss your case on your behalf, you must call us before that date.   Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday October 16th, 2017.**  **If we do not hear from you by Thursday September 14, 2017, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.



August 22, 2017

***Sent Via Fed Ex***
Alfretta Matthews
27400 Barrington St.
Madison Heights, MI 48071

RE:      Potential Chemotherapy Claim Separation

Dear Ms. Matthews,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. To date, we have not been able to reach you. Accordingly, we write you this letter and **ask that you contact our office immediately, but no later than Monday, August 29, 2017. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com regarding your case.**

As you know, our representation of your case was in the investigation phase while we confirmed your chemotherapy regimen through medical records. Due to an impending statute of limitations, we had to file your case to preserve your rights before receiving confirmation as to whether you received the subject drug of the litigation - Taxotere®/Docetaxel. Regretfully, after receiving your medical records, your case is one that we recommended dismissing at this point in the litigation.

Your medical records and the information you provided to us appear to confirm that your case does not fit the criteria of the cases that are currently being litigated. Your records indicate that your prescribed chemotherapy regimen was included the drug Taxol®/PACLITAXEL. The subject drug of the litigation, Taxotere® (Docetaxel), was apparently not part of your chemotherapy treatment regimen. As we discussed, the drug at issue in the cases we are litigating is Taxotere® (Docetaxel).

In sum, based on this analysis of your case, we conclude and advise you that you do not have a case that meets the criteria for the Taxotere/Docetaxel Chemotherapy Products litigation, and that the proper route would be to dismiss your case without prejudice. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than Monday August 29, 2017. If we do not hear from you by Monday August 29, 2017, we will have no choice but to file a withdrawal of representation in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.

655 West Broadway, Suite 1700 | San Diego, CA 92101 | P. 619 237 3490 | F. 619 237 3496 | thegomezfirm.com



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.