# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS EXCEPT HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. |
| _____ | | |
| THIS DOCUMENT RELATES TO: | | |
| Case No: 2:17-cv-16540 | | |
| MELIHA MULALIC<br>      *Plaintiff*<br>vs. | | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.; SANDOZ INC.; ACCORD HEALTHCARE, INC.; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD.; PFIZER INC.; ACTAVIS LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA, INC.<br>      *Defendants*<br>_____ | | |

     IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Meliha Mulalic against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S.; Sandoz Inc.; Accord Healthcare, Inc.; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. *only*, in

the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear their own costs.

Plaintiff is not dismissing her claims against Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

This Stipulation of Voluntary Dismissal with Prejudice is being filed after the undersigned counsel sought consent or opposition from all presently named Defendants and received consent from all presently named Defendants or received no notice of opposition after fourteen (14) days.

Plaintiff seeks this dismissal pursuant to Case Management Order 12.

Dated: June 1, 2018
              **SHAW COWART, L.L.P.**
              */s/ Ethan L. Shaw*
              ETHAN L. SHAW
              Texas Bar No. 18140480
              elshaw@shawcowart.com
              JOHN P. COWART
              Texas Bar No. 04919500
              jcowart@shawcowart.com
              1609 Shoal Creek Blvd., Suite 100
              Austin, Texas 78701
              T: 512.499.8900 / F: 512.320.8906

              *ATTORNEYS FOR PLAINTIFF,*
              *MELIHA MULALIC*

## CERTIFICATE OF COUNSEL

The undersigned certifies that on May 18, 2018, counsel for all named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Within fourteen (14) days, counsel for Plaintiff received consent from Defendants or received no notice of opposition.

> */s/ Ethan L. Shaw*
> ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

> */s/ Ethan L. Shaw*
> ETHAN L. SHAW