UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO MAG.<br><br>JUDGE MICHAEL B. NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Debra Diaz v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, et al., Civil Action No. 2:17-cv-15860* | |

NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiffs hereby give notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they intend to serve the attached subpoena commanding the production of documents, information, or objects upon North Cypress Medical Center Chemotherapy and Infusion Center.

Dated this 1st day of June, 2018.

Respectfully submitted,

*/s/ John C. Thornton*
John C. Thornton
jct@andrewsthornton.com
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 1, 2018 　　　　　　　　　　　　　　　*/s/ John C. Thornton*
　　　　　　　　　　　　　　　　　　　　　　　　　John C. Thornton