# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Melissa Laitman, | |
| v. | Case No. 2:17-cv-10028 |
| Sanofi S.A., et al. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Melissa Laitman, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-10028, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Goetz Law, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-11965. All parties shall bear their own costs.

    Dated June 1, 2018

**JOHNSON LAW GROUP**

By: */s/ Alyssa White*
Alyssa White
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: awhite@johnsonlawgroup.com

Rashmi Parthasarathi
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: rpartha@johnsonlawgroup.com

*Attorneys for Plaintiffs*

**IRWIN FRITCHIE URQUHART & MOORE**

By: */s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

Harley Ratliff
Jon Strongman
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com
jstrongman@shb.com
kbieri@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: June 1, 2018                                        Respectfully submitted,

/s/ *Alyssa White*
Alyssa White (Bar No. 24073014)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
awhite@johnsonlawgroup.com