UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| ELLEN LIPPS<br>Plaintiff, | HON. KURT D. ENGELHARDT |
| vs. | |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC &<br>SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |
| Civil Case No: 2:18-cv-03864 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC & SANOFI-AVENTIS U.S. LLC

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ellen Lipps, by and through her counsel, hereby provides notice of dismissal without prejudice of her claims against Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc & Sanofi-Aventis U.S. LLC.

Dated: June 4, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 4, 2018                              Respectfully submitted,

                                                      /s/ *Robert Binstock*
                                                      Robert Binstock (TX Bar No. 02328350)
                                                      REICH AND BINSTOCK, LLP
                                                      Whitney Bank Bldg. River Oaks
                                                      4265 San Felipe #1000
                                                      Houston, TX 77027
                                                      Phone: (713) 622-7271
                                                      bbinstock@reichandbinstock.com