UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2:16-MD-2740  SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: *Anita Galey v. Sanofi S.A., et al.,* *Civil Action No. 2:17-cv-15663* _____ | : : : : : | JUDGE KURT D. ENGELHARDT  MAG. JUDGE MICHAEL B. NORTH |

**STIPULATION FOR DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff Anita Galey's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. **only**, be dismissed with prejudice, each party to bear its own costs. All claims against Accord Healthcare, Inc. and Sandoz, Inc. remain pending.

Dated this 5th day of June 2018.

Respectfully submitted,

THE SIMON LAW FIRM, P.C.

By: /s/Amy Collignon Gunn
    John G. Simon
    Amy Collignon Gunn
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    Phone: 314-241-2929
    Fax: 314-241-2029
    jsimon@simonlawpc.com

agunn@simonlawpc.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Douglas J. Moore
   Douglas J. Moore
   400 Poydras Street, Suite 2700
   New Orleans, LA 70130
   Phone: (504) 310-2100
   dmoore@irwinllc.com

**SHOOK, HARDY & BACON LLP**

By: /s/ Kelly Bieri
   Kelly Bieri
   Harley V. Ratliff
   2555 Grand Boulevard,
   Kansas City, MO 64108
   Phone: 816-474-6550
   Fax: 816-421-5547
   kbieri@shb.com
   hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
   Erin M. Bosman
   Julie Y. Park
   12531 High Bluff Dr.
   San Diego, CA 92130-2040
   Phone: 858-720-5100
   Fax: 858-720-5125
   ebosman@mofo.com
   juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Services*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
   Geoffrey M. Coan
   Kathleen E. Kelly
   28 State Street
   Boston, MA 02109
   Phone: 617-213-7000

Fax: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc f/k/a Caraco Laboratories, Ltd.*

**QUINN EMANUEL URQUHARD & SULLIVAN, LLP**
By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: 212-849-7000
Fax: 212-849-7100
markcheffo@quinnemanuel.com
maracusker@quinnemanuel.com
laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc.*

**ULMER & BERNE LLP**
By: /s/ Michael J. Suffern
  Michael J. Suffern
  Jeffrey F. Peck
  Jeffrey R. Schaefer
  600 Vine St., Suite 2800
  Cincinnati, OH 45202
  msuffern@ulmer.com
  jpeck@ulmer.com
  jschaefer@ulmer.com

*Attorneys for Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

> By: /s/Amy Collignon Gunn
> Amy Collignon Gunn