# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                                                MDL No. 2740
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Maxine Belser-Gaston v. Sanofi-Aventis U.S. LLC, et al.*
Civil Action No.: 2:17-cv-16569

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

Plaintiff, by and through their counsel of record, respectfully file the following response to Order to Show Cause No. 4, and state as follows:

1. On April 14, 2017, this Court issued Amended Pre-Trial Order No. 22, which created an obligation for all Plaintiffs to complete and execute a Plaintiff Fact Sheet and Authorizations within seventy-five (75) days of the case being docketed in this MDL.

2. Counsel for Plaintiff had 112 Plaintiff Fact Sheets due between February 18, 2018 and February 24, 2018, which resulted the failure to submit the Plaintiff Fact Sheet in the above-referenced matter on a timely basis. The lawsuits were filed spread over the course of the week – and the staggering provisions of deadlines in Paragraph 4 of Pre-Trial Order No. 22were unavailable.

3. This Court subsequently issued Order to Show Cause No. 4 (Doc. No. 2134) which required Plaintiffs identified on Appendices C.8, D.8., E.8, F.8, G.8, and H.8 to Joint Report No. 8 of Liaison Counsel to respond to show good cause why the Court should not dismiss the Plaintiffs' case with prejudice.

4. On May 29, 2018, Plaintiff served a completed Plaintiff Fact Sheet pursuant to Pre-Trial Order No. 22.  The MDL Centrality Document Number for this submission was 172030.

1

5. Plaintiff and her counsel are not acting in bad faith. Plaintiff's counsel has been working diligently to submit these Plaintiff Fact Sheets. Plaintiff has cured the alleged deficiency by submitting the Plaintiff Fact Sheet via MDL Centrality, pursuant to Pre-Trial Order No. 22, along with authorizations, medical records documenting use of Taxotere/Docetaxel and photographic documentation of Plaintiff's injuries. Therefore, because Plaintiff has cured the alleged deficiency, dismissal of her lawsuit is not warranted.

WHEREFORE, Plaintiff prays the Court not dismiss the Plaintiff's case with prejudice and allow her lawsuit to continue.

Respectfully submitted this 5th day of June, 2018.

*/s/ David M. Langevin*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff