**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                                   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

*Maxine Belser-Gaston v. Sanofi-Aventis U.S. LLC, et al.*
Civil Action No.: 2:17-cv-16569

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and files the following pleadings on Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. as follows:

1. Plaintiff Maxine Belser-Gaston's Motion for Leave to file a Supplemental Response to Order to Show Cause No. 4; and

2. Proposed Order.

Said motion will be submitted on the 27th day of June, 2018, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully submitted this 5th day of June, 2018.

                                                       /s/ David. M. Langevin
                                                       Rhett A. McSweeney, #269542
                                                       David M. Langevin, #329563
                                                       McSweeney/Langevin
                                                       2116 Second Avenue South
                                                       Minneapolis, MN 55404
                                                       Phone: (612) 542-4646
                                                       Fax: (612) 454-2678
                                                       dave@westrikeback.com
                                                       ram@westrikeback.com
                                                       Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 5th day of June, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ David M. Langevin
David M. Langevin