UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Yvette Shedrick v. Sanofi-Aventis U.S. LLC, et al.*
Civil Action No.: 2:17-cv-16833

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

Plaintiff, by and through her undersigned counsel, respectfully files the following motion for leave to file a supplemental response to Order to Show Cause No. 4, and states as follows:

1.  On April 4, 2018, this Court issued Order to Show Cause No. 4 (Doc. No. 2134) which required Plaintiffs identified on Appendices C.8, D.8., E.8, F.8, G.8, and H.8 to Joint Report No. 8 of Liaison Counsel to respond to show good cause why the Court should not dismiss the Plaintiffs' case with prejudice, despite their failure to submit completed and executed Plaintiff Fact Sheets by the required date.

2.  On April 23, 2018, Plaintiff, by and through her undersigned counsel, filed a response to Order to Show Cause No. 4. At that time, Plaintiff's counsel had not received a completed Plaintiff Fact Sheet ("PFS") from Plaintiff, despite exhaustive efforts to inform Plaintiff of her obligations to complete the same.

3.  Since that date, Plaintiff's counsel received Plaintiff's completed PFS. On May 29, 2018, it was submitted to the Court. As such, Plaintiff moves to file a supplemental response to Order to Show Cause No. 4, depicting why, given the completed and executed PFS, Plaintiff's case should not be dismissed with prejudice.

WHEREFORE, Plaintiff prays the court grant Plaintiff's motion to file a supplemental

response to Order to Show Cause No. 4.

    Respectfully submitted this 5th day of June, 2018.

/s/ David. M. Langevin
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 5, 2018

/s/ David M. Langevin_____<br>
David M. Langevin