**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

*Yvette Shedrick v. Sanofi-Aventis U.S. LLC, et al.*
Civil Action No.: 2:17-cv-16833

<u>**NOTICE OF SUBMISSION**</u>

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned

counsel, and files the following pleadings on Defendants Sanofi-Aventis U.S. LLC and Sanofi

US Services, Inc. as follows:

1. Plaintiff Yvette Shedrick's Motion for Leave to file a Supplemental
   Response to Order to Show Cause No. 4; and

2. Proposed Order.

Said motion will be submitted on the 27th day of June, 2018, at 9:30 a.m. before the

Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District

of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully submitted this 5th day of June, 2018.

/s/ David. M. Langevin
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of June, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.


By:   /s/ David M. Langevin
      David M. Langevin