**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Yvette Shedrick v. Sanofi-Aventis U.S. LLC, et al.*
Civil Action No.: 2:17-cv-16833

**ORDER GRANTING LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO**
**ORDER TO SHOW CAUSE NO. 4**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File a Supplemental Response to Order to Show Cause No. 4 in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT