# EXHIBIT A

| **Name:** | **Case No:** |
|---|---|
| 1. Lula Ann Holbrook | 17-cv-06555 |
| 2. April Lancien | 17-cv-06707 |
| 3. Sharon Lawrence | 17-cv-06807 |
| 4. Veronica Smith | 16-cv-12943 |
| 5. Inelle Lester | 17-cv-06886 |
| 6. Donnette McCloud | 17-cv-07300 |
| 7. Stephanie Lipman | 17-cv-07083 |
| 8. Shirley Lockett | 17-cv-07095 |
| 9. Cloyce Sykes | 16-cv-17043 |