# EXHIBIT A

**VIA MDL CENTRALITY**

Allan Berger & Associates
4173 Canal Street,
New Orleans, LA 70119

    RE: Notice of Deficiency in Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: ELLOIS, NORMALIND - 2035
       Docket No. Provided on PFS: Case No. 17-3487

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Response 1 - Worker's Compensation and Disability Claims Court | II.12 | Failed to provide the name of the court in which your disability claim was filed. |
| 2. | Response 1 - Worker's Compensation and Disability Claims Nature of Claimed Injury | II.12 | Failed to provide a nature of claimed injury. |
| 3. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 4. | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Please provide the information requested for the period 2010 to the present in the Court-approved PFS. If Plaintiff skipped or missed certain years, please check the "Skipped or Missed" box next to the applicable years. |
| 5. | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 6. | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 7. | Response 2 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 8. | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 9. | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 10. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |

| | | | |
|---|---|---|---|
| 11. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 12. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 13. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 14. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 15. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 16. | Response 6 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 17. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 18. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 19. | Response 2 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 20. | Response 2 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 21. | Response 3 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 22. | Response 3 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 23. | Response 4 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 24. | Response 4 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 25. | Response 5 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 26. | Response 5 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 27. | Response 6 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 28. | Response 6 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 29. | Response 7 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 30. | Response 7 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 31. | Response 8 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 32. | Response 8 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 33. | Cigarette Use | IV. 19 | Failed to respond. |
| 34. | Cigarette Use | IV. 19 | Other - In question 17, Plaintiff indicated that she has used tobacco in the past.  Please provide the information requested for Plaintiff's tobacco use in this section or clarify the discrepancy. |
| 35. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 36. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 37. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 38. | Response 2 - Prescriber | IV. 21 | Failed to respond. |

| | | | |
|---|---|---|---|
| 39. | Response 2 - Dates Taken | IV. 21 | Failed to provide. |
| 40. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 41. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 42. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 43. | Permanent / Persistent Hair Loss on Scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 44. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 45. | Significant thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 46. | Small bald area in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 47. | Multiple bald spots in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 48. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 49. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Failed to respond. |
| 50. | Permanent / Persistent Loss of Eyelashes | VI. 5 | Failed to respond. |
| 51. | Permanent / Persistent Loss of Body Hair | VI. 5 | Failed to respond. |
| 52. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to respond. |
| 53. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Failed to respond. |
| 54. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Failed to respond. |
| 55. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to respond. |
| 56. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 57. | Response 1 - Endocrine or Hormonal Treating Physician | VII. 8 | Failed to provide full names of healthcare provider. |
| 58. | Response 1 - Endocrine or Hormonal Dates of Treatment | VII. 8 | Failed to provide approximate date (month and year). |
| 59. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 60. | Response 1 - Wig Period of Use | VII. 26 | Failed to respond. |
| 61. | Response 1 - Wig Period of Use | VII. 26 | Other - Please indicate approximately how often Plaintiff wears the wigs. |
| 62. | Response 2 - Wig Period of Use | VII. 26 | Other - Please indicate approximately how often Plaintiff wears the wigs. |
| 63. | Response 2 - Wig Period of Use | VII. 26 | Failed to respond. |

| | | | |
|---|---|---|---|
| 64. | Response 3 - Wig Period of Use | VII. 26 | Failed to respond. |
| 65. | Response 3 - Wig Period of Use | VII. 26 | Other - Please indicate approximately how often Plaintiff wears the wigs. |
| 66. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide the information requested for each healthcare provider previously identified in the PFS, including, but not limited to, Tamyra Comeaux and Veena Chandrakar. Please provide the information requested for the period 2009 through 2015. |
| 67. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 68. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 69. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 70. | Response 2 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 71. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 72. | Response 1 - Facility Name | VIII. 2 | Other - Please provide the information requested for each facility previously identified in the PFS, including, but not limited to, Charity Hospital and North Cypress Medical Center (21214 N. Freeway, Cypress, TX). Please provide the information requested for the period 2009 to the present. |
| 73. | Response 1 - Facility Dates | VIII. 2 | Failed to respond. |
| 74. | Response 1 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 75. | Response 2 - Facility Dates | VIII. 2 | Failed to respond. |
| 76. | Response 2 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 77. | Response 3 - Facility Dates | VIII. 2 | Failed to respond. |
| 78. | Response 3 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 79. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 80. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 81. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 82. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 83. | Response 2 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 84. | Response 2 - Laboratory Test | VIII. 3 | Failed to respond. |
| 85. | Response 2 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 86. | Response 3 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 87. | Response 3 - Laboratory Test | VIII. 3 | Failed to respond. |

| | | | |
|---|---|---|---|
| 88. | Response 3 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 89. | Response 4 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 90. | Response 4 - Laboratory Test | VIII. 3 | Failed to respond. |
| 91. | Response 4 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 92. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 93. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 94. | Response 2 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 95. | Response 3 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 96. | Response 4 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 97. | Response 4 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 98. | Response 5 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 99. | Response 5 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 100. | Response 6 - Pharmacy Dates | VIII. 4 | Failed to respond. |
| 101. | Response 6 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 102. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 103. | Response 1 - Retailer Name | VIII. 5 | Other - Please provide retailer information for the period 2007 through 2009 and 2012 to the present. |
| 104. | Response 1 - Insurance Carrier | VIII. 6 | Other - Please provide insurance or pharmacy benefit information for the period 2007 through 2015. |
| 105. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 106. | Response 2 - Insurance Carrier Dates of Coverage | VIII. 6 | Failed to provide full range of years. |
| 107. | Response 3 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 108. | Response 4 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 109. | Medical Bills | IX | Failed to provide records requested. |
| 110. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 111. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 112. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 113. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |

| | | | |
|---|---|---|---|
| 114. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 115. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 116. | Proof of Injury | | Other - Although Plaintiff provided a document entitled "Proof of Injury - Medical Documentation," the document does not speak to hair loss. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

**VIA MDL CENTRALITY**

Allan Berger & Associates
4173 Canal Street,
New Orleans, LA 70119

   RE: Amended Notice of Deficiency in First Amended Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: ELLOIS, NORMALIND - 2035
      Docket No. Provided on PFS: Case No. 17-3487

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Response 1 - Worker's Compensation and Disability Claims Nature of Claimed Injury | II.12 | Failed to provide a nature of claimed injury. |
| 2.  | Response 2 - Address | IV. 7 | Failed to provide full addresses. |
| 3.  | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 4.  | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Please provide the information requested for the period 2010 to the present in the Court-approved PFS.  If Plaintiff skipped or missed certain years, please check the "Skipped or Missed" box next to the applicable years. |
| 5.  | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 6.  | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 7.  | Response 2 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 8.  | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 9.  | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 10. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 11. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |

| | | | |
|---|---|---|---|
| 12. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 13. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 14. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 15. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 16. | Response 6 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 17. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 18. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 19. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide the full address. |
| 20. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 21. | Response 2 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 22. | Response 2 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 23. | Response 3 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 24. | Response 3 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 25. | Response 4 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 26. | Response 4 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 27. | Response 5 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 28. | Response 5 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 29. | Response 6 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 30. | Response 6 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 31. | Response 7 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 32. | Response 7 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 33. | Response 8 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 34. | Response 8 - Annual Mammogram Office | IV.12 | Other - Please provide the full address. |
| 35. | Cigarette Use | IV. 19 | Other - In question 17, Plaintiff indicated that she has used tobacco in the past. Please provide the information requested for Plaintiff's tobacco use in this section or clarify the discrepancy. |
| 36. | Cigarette Use | IV. 19 | Failed to respond. |
| 37. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 38. | Response 1 - Prescriber | IV. 21 | Failed to respond. |

| | | | |
|---|---|---|---|
| 39. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 40. | Response 2 - Prescriber | IV. 21 | Failed to respond. |
| 41. | Response 2 - Dates Taken | IV. 21 | Failed to provide. |
| 42. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 43. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 44. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 45. | Permanent / Persistent Hair Loss on Scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 46. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 47. | Significant thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 48. | Small bald area in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 49. | Multiple bald spots in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 50. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 51. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Failed to respond. |
| 52. | Permanent / Persistent Loss of Eyelashes | VI. 5 | Failed to respond. |
| 53. | Permanent / Persistent Loss of Body Hair | VI. 5 | Failed to respond. |
| 54. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to respond. |
| 55. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Failed to respond. |
| 56. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Failed to respond. |
| 57. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to respond. |
| 58. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 59. | Response 1 - Endocrine or Hormonal Treating Physician | VII. 8 | Failed to provide full names of healthcare provider. |
| 60. | Response 1 - Endocrine or Hormonal Dates of Treatment | VII. 8 | Failed to provide approximate date (month and year). |
| 61. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 62. | Response 1 - Wig Period of Use | VII. 26 | Failed to respond. |
| 63. | Response 1 - Wig Period of Use | VII. 26 | Other - Please indicate approximately how often Plaintiff wears the wigs. |
| 64. | Response 2 - Wig Period of Use | VII. 26 | Other - Please indicate approximately how often Plaintiff wears the wigs. |

| | | | |
|---|---|---|---|
| 65. | Response 2 - Wig Period of Use | VII. 26 | Failed to respond. |
| 66. | Response 3 - Wig Period of Use | VII. 26 | Failed to respond. |
| 67. | Response 3 - Wig Period of Use | VII. 26 | Other - Please indicate approximately how often Plaintiff wears the wigs. |
| 68. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide the information requested for each healthcare provider previously identified in the PFS, including, but not limited to, Tamyra Comeaux and Veena Chandrakar. Please provide the information requested for the period 2009 through 2015. |
| 69. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 70. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 71. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 72. | Response 1 - Facility Name | VIII. 2 | Other - Please provide the information requested for each facility previously identified in the PFS, including, but not limited to, Charity Hospital and North Cypress Medical Center (21214 N. Freeway, Cypress, TX). Please provide the information requested for the period 2009 and 2013 through 2015. |
| 73. | Response 1 - Laboratory Name | VIII. 3 | Other - Please provide the information requested for 2009. |
| 74. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 75. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 76. | Response 2 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 77. | Response 3 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 78. | Response 4 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 79. | Response 5 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 80. | Response 6 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 81. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 82. | Response 1 - Retailer Name | VIII. 5 | Other - Please provide retailer information for the period 2007 through 2009 and 2012 to the present. |
| 83. | Response 4 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 84. | Response 4 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |
| 85. | Medical Bills | IX | Failed to provide records requested. |
| 86. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 87. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |

| 88. | Hair Photos After Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| --- | --- | --- | --- |
| 89. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 90. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 91. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 92. | Proof of Injury | | Other - Although Plaintiff provided a document entitled "Proof of Injury - Medical Documentation," the document does not speak to hair loss. |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.