UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Connie Barron
Case No.: 17-cv-6313

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff Connie Barron, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: June 6, 2018          **JOHNSON BECKER, PLLC**

         /s/ Alexandra W. Robertson
         Alexandra W. Robertson, Esq. MN Bar #395619
         Timothy J. Becker, Esq. MN Bar #256663
         Johnson Becker, PLLC
         444 Cedar Street, Suite 1800
         St. Paul, Minnesota 55101
         (612) 436-1800 (telephone)
         arobertson@johnsonbecker.com
         tbecker@johnsonbecker.com

         **Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that June 6, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson