BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Kalyani Mokkapati et al. vs. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.* Case No. 2:18-cv-04123 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL BUT SANDOZ, ACCORD HEALTHCARE
AND MCKESSON DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Kalyani Mokkapati and Purushothama Polkampalli's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. be dismissed with prejudice, each party to bear its own costs. Plaintiffs' claim will continue to proceed against Sandoz Inc., Accord Healthcare Inc., and McKesson Corporation d/b/a McKesson Packaging.

Dated: June 5, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                           */s/ Lindsay R. Stevens*
                                           Lindsay R. Stevens (CA Bar # 256811)
                                           GOMEZ TRIAL ATTORNEYS
                                           655 West Broadway, Suite 1700
                                           San Diego, California 92101
                                           Telephone: (619) 237-3490
                                           Facsimile: (619) 237-3496
                                           lstevens@thegomezfirm.com