### BEFORE THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Karen Cooley-Sebahar et al. vs. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.* Case No. 2:18-cv-04124 | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO ALL BUT SANDOZ AND MCKESSON DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Karen Cooley-Sebahar and Mike Sebahar's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. be dismissed with prejudice, each party to bear its own costs. Plaintiffs' claim will continue to proceed against Sandoz Inc. and McKesson Corporation d/b/a McKesson Packaging.

| | |
|---|---|
| Dated: June 5, 2018 | Respectfully submitted, |
| | GOMEZ TRIAL ATTORNEYS |
| | /s/Lindsay R. Stevens |
| | John H. Gomez (CA Bar # 171485) T.A. |
| | Ahmed S. Diab (CA Bar # 262319) |
| | Lindsay R. Stevens (CA Bar # 256811) |
| | 655 West Broadway, Suite 1700 |
| | San Diego, California 92101 |
| | Telephone: (619) 237-3490 |
| | Facsimile: (619) 237-3496 |
| | *john@thegomezfirm.com* |
| | *adiab@thegomezfirm.com* |
| | *lstevens@thegomezfirm.com* |
| | *Attorneys for Plaintiff* |

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                              */s/ Lindsay R. Stevens*
                              Lindsay R. Stevens (CA Bar # 256811)
                              GOMEZ TRIAL ATTORNEYS
                              655 West Broadway, Suite 1700
                              San Diego, California 92101
                              Telephone: (619) 237-3490
                              Facsimile: (619) 237-3496
                              lstevens@thegomezfirm.com