BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:　　　　　　　　HON. JANE T. MILAZZO
*Michelle Biltz et al. vs. Sanofi U.S. Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc.*
Case No. 2:18-cv-04126

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO ALL BUT SANDOZ AND MCKESSON DEFENDANTS

　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Michelle Biltz and Dave Biltz's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. be dismissed with prejudice, each party to bear its own costs. Plaintiffs' claim will continue to proceed against Sandoz Inc. and McKesson Corporation d/b/a McKesson Packaging.

Dated: June 5, 2018　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS

　　　　　　　　　　　　　　　　　　　　　　　 /s/Lindsay R. Stevens
　　　　　　　　　　　　　　　　　　　　　　　John H. Gomez (CA Bar # 171485) T.A.
　　　　　　　　　　　　　　　　　　　　　　　Ahmed S. Diab (CA Bar # 262319)
　　　　　　　　　　　　　　　　　　　　　　　Lindsay R. Stevens (CA Bar # 256811)
　　　　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (619) 237-3490
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 237-3496
　　　　　　　　　　　　　　　　　　　　　　　*john@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　　　　*adiab@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　　　　*lstevens@thegomezfirm.com*

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com