# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Dorothy Renfroe

Case No.: 17-cv-00421

## ORDER

Upon Plaintiff's Motion to Substitute Tamika Renfroe on Behalf of Dorothy Renfroe and for good cause as shown, it is hereby Ordered that Plaintiff Tamika Renfore is to be substituted as proper party Plaintiff on behalf of Dorothy Renfroe.

The __6th__ day of __June__, 2018

_____
The Hon. Jane Triche Milazzo