IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: TAXOTERE (DOCETAXEL)
PRODUCT LIABILITY LITIGATION

This Document Relates To:

Frances Neal
    Plaintiff,
v.

Sanofi-Aventis U.S. LLC et al,
    Defendants.

**MDL No.: 2740**

**SECTION "N" (5)**

**JUDGE ENGLEHARDT**
**MAG. JUDGE NORTH**

**Civil Action No.:  2:17-cv-14482**

_____

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41, that the defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services

Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services,

Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun

Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma

Global FZE *only* in the above-captioned case be dismissed with prejudice.  All other causes of

action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:


DATED: June 6, 2018

**BROWN AND CROUPPEN, P.C.**

By: /s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
*Attorney for Plaintiff*

DATED: June 6, 2018

**SHOOK, HARDY& BACON L.L.P.**

By: /s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email: kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
        brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
        kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 6th day of June, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 6, 2018                    /s/  Seth Sharrock Webb
                                       SETH SHARROCK WEBB, # 51236
                                       BROWN & CROUPPEN, P.C.
                                       211 N. Broadway, Suite 1600
                                       St. Louis, Missouri  63102
                                       314-421-0216
                                       314-421-0359 facsimile
                                       sethw@getbc.com