## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| JANIS FOWLER | : | CASE NO. 2:16-cv-17938 |
| | : | |
| v. | : | |
| | : | |
| SANOFI AVENTIS, S.A., et al. | : | |

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Janis Fowler, having filed a motion to substitute counsel of record; the Court having considered said motion, the argument of all parties, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Denise M. Motta is withdrawn as Plaintiff's attorney of record.

IT IS FURTHER ORDERED that Jennifer A. Peterson is substituted as Plaintiff's attorney of record in the above-captioned matter.

SO ORDERED this ____6th____ day of ____June____, 2018.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT