## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>**MOTION TO DISMISS WITH PREJUDICE TO REFILE AGAINST DEFENDANTS SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC FOR PLAINTIFF XIOMARA FRASER ONLY** |
| THIS DOCUMENT RELATES TO:<br><br>WHITTED, EMMA J. ET AL v. SANOFI S.A., ET AL., Case No. 2:17-cv-05834-KDE-MBN (PLAINTIFF XIOMARA FRASER) | Civil Action No.: 2:17-cv-05834-KDE-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss With Prejudice to Refile Against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC Defendants is GRANTED.

Signed, this  6th  day of          June         , 2018.

_____
Honorable Jane Triche Milazzo
U.S. District Court Judge