BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Kalyani Mokkapati et al. vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* Case No. 2:18-cv-04123 | HON. JANE T. MILAZZO |

## DECLARATION OF LINDSAY R. STEVENS, ESQ. IN SUPPORT OF PLAINTIFFS' INDIVIDUALIZED STATEMENT IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION TO REMAND

I, Lindsay R. Stevens, Esq., hereby declare:

1. I am an attorney licensed to practice law in the State of California, and I am an associate attorney with Gomez Trial Attorneys, counsel for Plaintiffs Kalyani Mokkapati and Purushothama Polkampalli ("Plaintiffs"). I have personal knowledge of the facts set forth in this declaration.

2. On September 21, 2017, I visited McKesson Corporation's website located at www.mckesson.com, and navigated to the Multi-Oncology page, located at http://oncology.mckessonspecialtyhealth.com and downloaded 3 pages related to McKesson's Multi-Oncology Catalog of Products. Attached hereto as Exhibit B is a true and correct copy of these three website pages.

3. On April 5, 2018, I spoke on the phone with Julie Park, counsel for McKesson, to meet and confer regarding the remand of this case, and Plaintiff's connection to Defendant McKesson. The following day, I sent a follow-up email with an informal informational statement

1

regarding Ms. Mokkapati's connection to Defendant McKesson. Attached hereto as Exhibit C is a true and correct copy of the email sent.

4. On May 8, 2018, paralegal for Gomez Trial Attorneys, Lupe Felix, sent the informational statement in support of Plaintiffs' Motion to Remand to counsel for McKesson by email and U.S. Mail. Attached hereto as Exhibit D is a true and correct copy of the email sent. Attached hereto as Exhibit E is a true and correct copy of the attachment sent by email and U.S. Mail.

5. On May 11, 2018, I received an email from Julie Park, counsel for McKesson referring to an attached declaration from an employee of McKesson indicating that "McKesson did not distribute brand-name or generic docetaxel" to Plaintiff's chemotherapy infusion facility. Attached hereto as Exhibit F is a true and correct copy of the email received. Also attached hereto as Exhibit G is a true and correct copy of the declaration attached to the previously referenced email.

6. On May 15, 2018, my colleague Ahmed Diab, Esq., Of Counsel to Gomez Trial Attorneys, responded to Julie Park's email asking for clarification of the language of the McKesson declaration for this case, along with other cases for which McKesson provided virtually identical declarations. The email requested clarification of the declaration's reference to "generic" docetaxel, and whether McKesson could clarify that it did not distribute a non-generic bioequivalent of Taxotere to Plaintiff's infusion facility. Attached hereto as Exhibit H is a true and correct copy of the email sent.

7. With no response from McKesson to his previous email, on May 26, 2018, Ahmed Diab, Esq. sent a follow up email to Julie Park, counsel for McKesson, again asking for clarification of the "generic" language in McKesson's declaration. Attached hereto as Exhibit I is

3

a true and correct copy of the email sent. To date, counsel for McKesson has offered no further clarification or response.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 6, 2018 at San Diego, California.

**GOMEZ TRIAL ATTORNEYS**

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*
***Attorneys for Plaintiffs Elizabeth and Kevin Kojian***