# EXHIBIT A



# F A X

 **Stanford**
HEALTH CARE
STANFORD MEDICINE

5725 West Las Positas Blvd. Ste. 100
Pleasanton, CA 94588
(925) 734-8130
(925) 225-9520 Fax

| To: | *Lauren Vogel* |
| Fax: | *619-237-3496* |
| From: | *Erma* |
| Date: | *6/29/17* |
| Regarding: | *Kalyani, Mokkapati* |

**Kavitha Raj, M.D.**
**Rishi Sawhney, M.D.**

## DISCLOSURE OF HEALTH INFORMATION

The document accompanying this facsimile transmission contains confidential information, belonging to the sender, which is legally privileged. This information is intended only for the use of the individual or entity to whom it is sent. The authorized recipient of this information may be prohibited from disclosing this information to any other party and may be required to destroy the information after its stated need has been fulfilled, unless otherwise required by State law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution or action take in reliance on the contents of these documents is strictly prohibited and may subject you to penalties under federal and/or state law. If you have received this fax in error, please notify the sender immediately to arrange the return of these documents, and the correction of this incorrect fax number.

**Comments:** *I was able to get NDC Codes*

FROM                                    (THU)JUN 29 2017 14:57/ST. 14:58/No. 9313020351 P  2



**nucleus**
the center of your practice

# Activity

Group by Clinic, Station, Patient

Total Transactions
60

**Valley Medical Oncology Consultants**
5725 W Las Positas Blvd
Pleasanton, CALIFORNIA 94588

Transaction Date: 1/1/2013 to 6/29/2017 11:59:59 PM

| Valley Medical Onc Consultants-Fremont |
|---|

| 156034ST1 |
|---|

Mokkapati, Kalyani (811635)   DOB: 4/27/1972
1 Event(s) (s)

| | | |
|---|---|---|
| **10 mg** Dispense | **Product:** Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 63323-0516-10 | **Lot #:** 6001484 |
| **J-Code:** | | |
| **Quantity Before:** 1,970 mg | **Quantity After:** 1,960 mg | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | |
| **Dose:** 10 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **60 mg** WasteAtDispense | **Product:** Docetaxel 20mg 10mg/ml 2ml SDV (37029) | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 66758-0050-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 180 mg | **Quantity After:** 120 mg | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | |
| **Dose:** 50 mg | **Dose Status:** Taken | |
| **Wasted:** 10 mg | **Waste Note:** | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **80 mg** Dispense | **Product:** Docetaxel 80mg 10mg/ml 8ml MDV (37030) | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 66758-0050-02 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 400 mg | **Quantity After:** 320 mg | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | |
| **Dose:** 80 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **50 mg** Dispense | **Product:** Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 55390-0616-10 | **Lot #:** 2005894 |
| **J-Code:** | | |
| **Quantity Before:** 700 mg | **Quantity After:** 650 mg | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | |
| **Dose:** 50 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **1,000 mg** WasteAtDispense | **Product:** Cyclophosphamide 1gm Powder SDV (24822) | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 10019-0956-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 2,000 mg | **Quantity After:** 1,000 mg | |

| | | | |
|---|---|---|---|
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | | |
| **Dose:** 890 mg | **Dose Status:** Taken | | |
| **Wasted:** 110 mg | **Waste Note:** | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 25 mg Dispense | **Product:** Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM | **NDC #:** 63323-0664-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 3,400 mg | **Quantity After:** 3,375 mg | | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | | |
| **Dose:** 25 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 90 mg Dispense | **Product:** Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:30 AM | **Service Date:** 8/5/2013 8:22:57 AM | **NDC #:** 00703-5040-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 560 mg | **Quantity After:** 470 mg | | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | | |
| **Dose:** 90 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 150 mg Dispense | **Product:** Emend 150mg Lyophilized Powder SDV (37123) | | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:30 AM | **Service Date:** 8/5/2013 8:22:57 AM | **NDC #:** 00006-3941-32 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 450 mg | **Quantity After:** 300 mg | | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | | |
| **Dose:** 150 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 250 mcg Dispense | **Product:** Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | | **Class:** Medication |
| **Trans Date:** 8/5/2013 8:24:30 AM | **Service Date:** 8/5/2013 8:22:57 AM | **NDC #:** 62856-0797-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 750 mcg | **Quantity After:** 500 mcg | | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | | |
| **Dose:** 250 mcg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 6 mg Dispense | **Product:** Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | | **Class:** Medication |
| **Trans Date:** 8/6/2013 2:20:48 PM | **Service Date:** 8/6/2013 2:20:28 PM | **NDC #:** 55513-0190-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 30 mg | **Quantity After:** 24 mg | | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Calderon, Jessica | | |
| **Dose:** 6 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 50 mg Dispense | **Product:** Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | | **Class:** Medication |
| **Trans Date:** 8/26/2013 8:54:28 AM | **Service Date:** 8/26/2013 8:52:06 AM | **NDC #:** 55390-0616-10 | **Lot #:** 2005894 |
| **J-Code:** | | | |
| **Quantity Before:** 1,250 mg | **Quantity After:** 1,200 mg | | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace | | |
| **Dose:** 50 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |

| | |
|---|---|
| **60 mg** WasteAtDispense | **Product:** Docetaxel 20mg 10mg/ml 2ml SDV (37029) |
| **Trans Date:** 8/26/2013 8:54:28 AM | **Service Date:** 8/26/2013 8:52:06 AM    **NDC #:** 66758-0050-01 |
| **J-Code:** | |
| **Quantity Before:** 160 mg | **Quantity After:** 100 mg |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace |
| **Dose:** 50 mg | **Dose Status:** Taken |
| **Wasted:** 10 mg | **Waste Note:** |
| **Physician:** Sharma Md, Phd, Vandana B | |

**Class:** Medication
**Lot #:**

| | |
|---|---|
| **10 mg** Dispense | **Product:** Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) |
| **Trans Date:** 8/26/2013 8:54:28 AM | **Service Date:** 8/26/2013 8:52:06 AM    **NDC #:** 63323-0516-10 |
| **J-Code:** | |
| **Quantity Before:** 2,535 mg | **Quantity After:** 2,525 mg |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace |
| **Dose:** 10 mg | **Dose Status:** Taken |
| **Physician:** Sharma Md, Phd, Vandana B | |

**Order #:**
**Class:** Medication
**Lot #:** 6001484

| | |
|---|---|
| **50 mg** WasteAtDispense | **Product:** Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) |
| **Trans Date:** 8/26/2013 8:54:28 AM | **Service Date:** 8/26/2013 8:52:06 AM    **NDC #:** 63323-0664-01 |
| **J-Code:** | |
| **Quantity Before:** 2,000 mg | **Quantity After:** 1,950 mg |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace |
| **Dose:** 25 mg | **Dose Status:** Taken |
| **Wasted:** 25 mg | **Waste Note:** |
| **Physician:** Sharma Md, Phd, Vandana B | |

**Order #:**
**Class:** Medication
**Lot #:**

| | |
|---|---|
| **80 mg** Dispense | **Product:** Docetaxel 80mg 10mg/ml 8ml MDV (37030) |
| **Trans Date:** 8/26/2013 8:54:28 AM | **Service Date:** 8/26/2013 8:52:06 AM    **NDC #:** 66758-0050-02 |
| **J-Code:** | |
| **Quantity Before:** 240 mg | **Quantity After:** 160 mg |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace |
| **Dose:** 80 mg | **Dose Status:** Taken |
| **Physician:** Sharma Md, Phd, Vandana B | |

**Order #:**
**Class:** Medication
**Lot #:**

| | |
|---|---|
| **150 mg** Dispense | **Product:** Emend 150mg Lyophilized Powder SDV (37123) |
| **Trans Date:** 8/26/2013 8:56:38 AM | **Service Date:** 8/26/2013 8:52:06 AM    **NDC #:** 00006-3941-32 |
| **J-Code:** | |
| **Quantity Before:** 300 mg | **Quantity After:** 150 mg |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace |
| **Dose:** 150 mg | **Dose Status:** Taken |
| **Physician:** Sharma Md, Phd, Vandana B | |

**Order #:**
**Class:** Medication
**Lot #:**

| | |
|---|---|
| **250 mcg** Dispense | **Product:** Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) |
| **Trans Date:** 8/26/2013 8:56:38 AM | **Service Date:** 8/26/2013 8:52:06 AM    **NDC #:** 62856-0797-01 |
| **J-Code:** | |
| **Quantity Before:** 1,750 mcg | **Quantity After:** 1,500 mcg |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace |
| **Dose:** 250 mcg | **Dose Status:** Taken |
| **Physician:** Sharma Md, Phd, Vandana B | |

**Order #:**
**Class:** Medication
**Lot #:**

| | |
|---|---|
| **100 mg** WasteAtDispense | **Product:** Doxorubicin 50mg 2mg/ml 25ml SDV (10222) |
| **Trans Date:** 8/26/2013 8:56:38 AM | **Service Date:** 8/26/2013 8:52:06 AM |

**Order #:**
**Class:** Medication
**Lot #:**

J-Code:

| | | |
|---|---|---|
| Quantity Before: 200 mg | Quantity After: 100 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 90 mg | Dose Status: Taken | |
| Wasted: 10 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 1,000 mg   WasteAtDispense | Product: Cyclophosphamide 500mg Powder SDV (24823) | Class: Medication |
| Trans Date: 8/26/2013 10:18:26 AM | Service Date: 8/26/2013 10:16:57 AM    NDC #: 10019-0955-01 | Lot #: |

J-Code:

| | | |
|---|---|---|
| Quantity Before: 1,000 mg | Quantity After: 0 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 890 mg | Dose Status: Taken | |
| Wasted: 110 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 6 mg   Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | Class: Medication |
| Trans Date: 8/27/2013 12:09:08 PM | Service Date: 8/27/2013 12:06:45 PM    NDC #: 55513-0190-01 | Lot #: |

J-Code:

| | | |
|---|---|---|
| Quantity Before: 36 mg | Quantity After: 30 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Hall, Kimberly | |
| Dose: 6 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 1,000 mg   WasteAtDispense | Product: Cyclophosphamide 1gm Powder SDV (24822) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 10019-0956-01 | Lot #: |

J-Code:

| | | |
|---|---|---|
| Quantity Before: 4,000 mg | Quantity After: 3,000 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 890 mg | Dose Status: Taken | |
| Wasted: 110 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 60 mg   WasteAtDispense | Product: Docetaxel 20mg 10mg/ml 2ml SDV (37029) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 66758-0050-01 | Lot #: |

J-Code:

| | | |
|---|---|---|
| Quantity Before: 240 mg | Quantity After: 180 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 50 mg | Dose Status: Taken | |
| Wasted: 10 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 50 mg   Dispense | Product: Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 55390-0616-10 | Lot #: 2005894 |

J-Code:

| | | |
|---|---|---|
| Quantity Before: 450 mg | Quantity After: 400 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 50 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 25 mg   Dispense | Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 63323-0664-01 | Lot #: |

| | | | |
|---|---|---|---|
| J-Code: | | | |
| Quantity Before: 850 mg | Quantity After: 825 mg | | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | | |
| Dose: 25 mg | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | Order #: |
| 10 mg  Dispense | Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM | NDC #: 63323-0516-10 | Lot #: 6001484 |
| J-Code: | | | |
| Quantity Before: 410 mg | Quantity After: 400 mg | | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | | |
| Dose: 10 mg | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | Order #: |
| 80 mg  Dispense | Product: Docetaxel 80mg 10mg/ml 8ml MDV (37030) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM | NDC #: 66758-0050-02 | Lot #: |
| J-Code: | | | |
| Quantity Before: 320 mg | Quantity After: 240 mg | | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | | |
| Dose: 80 mg | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | Order #: |
| 150 mg  Dispense | Product: Emend 150mg Lyophilized Powder SDV (37123) | Class: Medication |
| Trans Date: 9/16/2013 8:33:38 AM | Service Date: 9/16/2013 8:31:22 AM | NDC #: 00006-3941-32 | Lot #: |
| J-Code: | | | |
| Quantity Before: 600 mg | Quantity After: 450 mg | | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | | |
| Dose: 150 mg | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | Order #: |
| 250 mcg  Dispense | Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | Class: Medication |
| Trans Date: 9/16/2013 8:33:38 AM | Service Date: 9/16/2013 8:31:22 AM | NDC #: 62856-0797-01 | Lot #: |
| J-Code: | | | |
| Quantity Before: 2,000 mcg | Quantity After: 1,750 mcg | | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | | |
| Dose: 250 mcg | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | Order #: |
| 90 mg  Dispense | Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | Class: Medication |
| Trans Date: 9/16/2013 8:33:38 AM | Service Date: 9/16/2013 8:31:22 AM | NDC #: 00703-5040-01 | Lot #: |
| J-Code: | | | |
| Quantity Before: 360 mg | Quantity After: 270 mg | | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | | |
| Dose: 90 mg | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | Order #: |
| 6 mg  Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | Class: Medication |
| Trans Date: 9/17/2013 12:04:31 PM | Service Date: 9/17/2013 12:03:34 PM | NDC #: 55513-0190-01 | Lot #: |
| J-Code: | | | |
| Quantity Before: 30 mg | Quantity After: 24 mg | | |
| For: Mokkapati, Kalyani (811635) | By: Calderon, Jessica | | |
| Dose: 6 mg | Dose Status: Taken | | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 60 mg  WasteAtDispense | Product: Docetaxel 20mg/ml 1ml Solution SDV (39915) | Class: Medication |
| Trans Date: 10/7/2013 9:55:46 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 16729-0231-63 | Lot #: |
| J-Code: | | |
| Quantity Before: 120 mg | Quantity After: 60 mg | |
| For: Mokkapati, Kalyani (811635) | By: Pena, Concepcion O | |
| Dose: 50 mg | Dose Status: Taken | |
| Wasted: 10 mg | Waste Note: | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 80 mg  Dispense | Product: Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468) | Class: Medication |
| Trans Date: 10/7/2013 9:55:46 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 16729-0267-64 | Lot #: |
| J-Code: | | |
| Quantity Before: 80 mg | Quantity After: 0 mg | |
| For: Mokkapati, Kalyani (811635) | By: Pena, Concepcion O | |
| Dose: 80 mg | Dose Status: Taken | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 25 mg  Dispense | Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | Class: Medication |
| Trans Date: 10/7/2013 9:55:46 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 63323-0664-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 2,275 mg | Quantity After: 2,250 mg | |
| For: Mokkapati, Kalyani (811635) | By: Pena, Concepcion O | |
| Dose: 25 mg | Dose Status: Taken | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 50 mg  Dispense | Product: Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | Class: Medication |
| Trans Date: 10/7/2013 9:55:46 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 55390-0616-10 | Lot #: 2005894 |
| J-Code: | | |
| Quantity Before: 600 mg | Quantity After: 550 mg | |
| For: Mokkapati, Kalyani (811635) | By: Pena, Concepcion O | |
| Dose: 50 mg | Dose Status: Taken | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 10 mg  Dispense | Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | Class: Medication |
| Trans Date: 10/7/2013 9:55:46 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 63323-0516-10 | Lot #: 6001484 |
| J-Code: | | |
| Quantity Before: 1,210 mg | Quantity After: 1,200 mg | |
| For: Mokkapati, Kalyani (811635) | By: Pena, Concepcion O | |
| Dose: 10 mg | Dose Status: Taken | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 150 mg  Dispense | Product: Emend 150mg Lyophilized Powder SDV (37123) | Class: Medication |
| Trans Date: 10/7/2013 9:56:17 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 00006-3941-32 | Lot #: |
| J-Code: | | |
| Quantity Before: 150 mg | Quantity After: 0 mg | |
| For: Mokkapati, Kalyani (811635) | By: Pena, Concepcion O | |
| Dose: 150 mg | Dose Status: Taken | |

| Physician: Sharma Md, Phd, Vandana B | | Order #: |
|---|---|---|
| 250 mcg  Dispense | Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAlox250mcg) | Class: Medication |
| Trans Date: 10/7/2013 9:56:17 AM | Service Date: 10/7/2013 9:53:31 AM   NDC #: 62856-0797-01 | Lot #: |

| | | | |
|---|---|---|---|
| **J-Code:** | | | |
| **Quantity Before:** 1,250 mcg | **Quantity After:** 1,000 mcg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Pena, Concepcion O | | |
| **Dose:** 250 mcg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 90 mg Dispense | **Product:** Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:56:17 AM | **Service Date:** 10/7/2013 9:53:31 AM | **NDC #:** 00703-5040-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 120 mg | **Quantity After:** 30 mg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Pena, Concepcion O | | |
| **Dose:** 90 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 1,000 mg WasteAtDispense | **Product:** Cyclophosphamide 1gm Powder SDV (24822) | | **Class:** Medication |
| **Trans Date:** 10/7/2013 12:05:51 PM | **Service Date:** 10/7/2013 12:04:33 PM | **NDC #:** 10019-0956-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 1,000 mg | **Quantity After:** 0 mg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Pena, Concepcion O | | |
| **Dose:** 890 mg | **Dose Status:** Taken | | |
| **Wasted:** 110 mg | **Waste Note:** | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 6 mg Dispense | **Product:** Neulasta 6mg 30mg/ml 0.6ml Syringe (21618) | | **Class:** Medication |
| **Trans Date:** 10/8/2013 2:03:19 PM | **Service Date:** 10/8/2013 2:02:02 PM | **NDC #:** 55513-0190-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 42 mg | **Quantity After:** 36 mg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Calderon, Jessica | | |
| **Dose:** 6 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 10 mg Dispense | **Product:** Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | | **Class:** Medication |
| **Trans Date:** 10/28/2013 8:18:37 AM | **Service Date:** 10/28/2013 8:16:30 AM | **NDC #:** 63323-0516-10 | **Lot #:** 6001484 |
| **J-Code:** | | | |
| **Quantity Before:** 720 mg | **Quantity After:** 710 mg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | | |
| **Dose:** 10 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 50 mg Dispense | **Product:** Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (41552) | | **Class:** Medication |
| **Trans Date:** 10/28/2013 8:18:37 AM | **Service Date:** 10/28/2013 8:16:30 AM | **NDC #:** 68382-0422-02 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 800 mg | **Quantity After:** 750 mg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | | |
| **Dose:** 50 mg | **Dose Status:** Taken | | |
| **Physician:** Sharma Md, Phd, Vandana B | | | **Order #:** |
| 60 mg WasteAtDispense | **Product:** Docetaxel 20mg 10mg/ml 2ml SDV (37029) | | **Class:** Medication |
| **Trans Date:** 10/28/2013 8:18:37 AM | **Service Date:** 10/28/2013 8:16:30 AM | **NDC #:** 66758-0050-01 | **Lot #:** |
| **J-Code:** | | | |
| **Quantity Before:** 60 mg | **Quantity After:** 0 mg | | |
| **For:** Mokkapati, Kalyani (811635) | **By:** Bruce, Ashley | | |

FROM                                                    (THU) JUN 29 2017 14:58/ST. 14:56/No. 3313020331 P 9

Dose: 50 mg                          Dose Status: Taken
Wasted: 10 mg                        Waste Note:
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:
  80 mg  Dispense                    Product: Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)          Class: Medication
Trans Date: 10/28/2013 8:18:37 AM    Service Date: 10/28/2013 8:16:30 AM        NDC #: 16729-0267-64   Lot #:
J-Code:
Quantity Before: 80 mg               Quantity After: 0 mg
        For: Mokkapati, Kalyani (B11635)      By: Bruce, Ashley
Dose: 80 mg                          Dose Status: Taken
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:
  25 mg  Dispense                    Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253)       Class: Medication
Trans Date: 10/28/2013 8:18:37 AM    Service Date: 10/28/2013 8:16:30 AM        NDC #: 63323-0664-01   Lot #:
J-Code:
Quantity Before: 1,000 mg            Quantity After: 975 mg
        For: Mokkapati, Kalyani (B11635)      By: Bruce, Ashley
Dose: 25 mg                          Dose Status: Taken
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:
  1,000 mg  WasteAtDispense          Product: Cyclophosphamide 1gm Powder SDV (24822)                  Class: Medication
Trans Date: 10/28/2013 8:18:37 AM    Service Date: 10/28/2013 8:16:30 AM        NDC #: 10019-0956-01   Lot #:
J-Code:
Quantity Before: 2,000 mg            Quantity After: 1,000 mg
        For: Mokkapati, Kalyani (B11635)      By: Bruce, Ashley
Dose: 890 mg                         Dose Status: Taken
Wasted: 110 mg                       Waste Note:
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:
  150 mg  Dispense                   Product: Emend 150mg Lyophilized Powder SDV (37123)               Class: Medication
Trans Date: 10/28/2013 8:19:34 AM    Service Date: 10/28/2013 8:16:30 AM        NDC #: 00006-3941-32   Lot #:
J-Code:
Quantity Before: 450 mg              Quantity After: 300 mg
        For: Mokkapati, Kalyani (B11635)      By: Bruce, Ashley
Dose: 150 mg                         Dose Status: Taken
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:
  90 mg  Dispense                    Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759)               Class: Medication
Trans Date: 10/28/2013 8:19:34 AM    Service Date: 10/28/2013 8:16:30 AM        NDC #: 00703-5040-01   Lot #:
J-Code:
Quantity Before: 190 mg              Quantity After: 100 mg
        For: Mokkapati, Kalyani (B11635)      By: Bruce, Ashley
Dose: 90 mg                          Dose Status: Taken
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:
  250 mcg  Dispense                  Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAlox250mcg)    Class: Medication
Trans Date: 10/28/2013 8:19:34 AM    Service Date: 10/28/2013 8:16:30 AM        NDC #: 62856-0797-01   Lot #:
J-Code:
Quantity Before: 2,750 mcg           Quantity After: 2,500 mcg
        For: Mokkapati, Kalyani (B11635)      By: Bruce, Ashley
Dose: 250 mcg                        Dose Status: Taken
Physician: Sharma Md, Phd, Vandana B                                                                    Order #:

| 6 mg | Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | | Class: Medication |
| Trans Date: 10/29/2013 1:46:27 PM | | Service Date: 10/29/2013 1:44:45 PM | NDC #: 55513-0190-01 | Lot #: |
| J-Code: | | | | |
| Quantity Before: 42 mg | | Quantity After: 36 mg | | |
| For: Mokkapati, Kalyani (B11635) | | By: Calderon, Jessica | | |
| Dose: 6 mg | | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | | Order #: |
| 25 mg | Dispense | Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | | Class: Medication |
| Trans Date: 11/25/2013 8:15:33 AM | | Service Date: 11/25/2013 8:14:46 AM | NDC #: 63323-0664-01 | Lot #: |
| J-Code: | | | | |
| Quantity Before: 762.5 mg | | Quantity After: 737.5 mg | | |
| For: Mokkapati, Kalyani (B11635) | | By: Bruce, Ashley | | |
| Dose: 25 mg | | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | | Order #: |
| 10 mg | Dispense | Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | | Class: Medication |
| Trans Date: 11/25/2013 8:15:33 AM | | Service Date: 11/25/2013 8:14:46 AM | NDC #: 63323-0516-10 | Lot #: 6001484 |
| J-Code: | | | | |
| Quantity Before: 205 mg | | Quantity After: 195 mg | | |
| For: Mokkapati, Kalyani (B11635) | | By: Bruce, Ashley | | |
| Dose: 10 mg | | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | | Order #: |
| 20 mg | Dispense | Product: Docetaxel 20mg 10mg/ml 2ml SDV (37029) | | Class: Medication |
| Trans Date: 11/25/2013 8:15:33 AM | | Service Date: 11/25/2013 8:14:46 AM | NDC #: 66758-0050-01 | Lot #: |
| J-Code: | | | | |
| Quantity Before: 60 mg | | Quantity After: 40 mg | | |
| For: Mokkapati, Kalyani (B11635) | | By: Bruce, Ashley | | |
| Dose: 20 mg | | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | | Order #: |
| 50 mg | Dispense | Product: Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (41552) | | Class: Medication |
| Trans Date: 11/25/2013 8:15:33 AM | | Service Date: 11/25/2013 8:14:46 AM | NDC #: 68382-0422-02 | Lot #: |
| J-Code: | | | | |
| Quantity Before: 1,250 mg | | Quantity After: 1,200 mg | | |
| For: Mokkapati, Kalyani (B11635) | | By: Bruce, Ashley | | |
| Dose: 50 mg | | Dose Status: Taken | | |
| Physician: Sharma Md, Phd, Vandana B | | | | Order #: |
| 1,000 mg | WasteAtDispense | Product: Cyclophosphamide 1gm Powder SDV (24822) | | Class: Medication |
| Trans Date: 11/25/2013 8:15:33 AM | | Service Date: 11/25/2013 8:14:46 AM | NDC #: 10019-0956-01 | Lot #: |
| J-Code: | | | | |
| Quantity Before: 2,000 mg | | Quantity After: 1,000 mg | | |
| For: Mokkapati, Kalyani (B11635) | | By: Bruce, Ashley | | |
| Dose: 890 mg | | Dose Status: Taken | | |
| Wasted: 110 mg | | Waste Note: | | |
| Physician: Sharma Md, Phd, Vandana B | | | | Order #: |
| 80 mg | Dispense | Product: Docetaxel 80mg 10mg/ml 8ml MDV (37030) | | Class: Medication |
| Trans Date: 11/25/2013 8:15:33 AM | | Service Date: 11/25/2013 8:14:46 AM | NDC #: 66758-0050-02 | Lot #: |
| J-Code: | | | | |

| | |
|---|---|
| Quantity Before: 240 mg | Quantity After: 160 mg |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley |
| Dose: 80 mg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |

90 mg  Dispense     Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759)     Class: Medication

| | |
|---|---|
| Trans Date: 11/25/2013 8:15:36 AM | Service Date: 11/25/2013 8:14:46 AM   NDC #: 00703-5040-01 |
| J-Code: | |
| Quantity Before: 660 mg | Quantity After: 570 mg |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley |
| Dose: 90 mg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |

150 mg  Dispense     Product: Emend 150mg Lyophilized Powder SDV (37123)     Class: Medication

| | |
|---|---|
| Trans Date: 11/25/2013 8:15:36 AM | Service Date: 11/25/2013 8:14:46 AM   NDC #: 00006-3941-32 |
| J-Code: | |
| Quantity Before: 150 mg | Quantity After: 0 mg |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley |
| Dose: 150 mg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |

250 mg  Dispense     Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg)     Class: Medication

| | |
|---|---|
| Trans Date: 11/25/2013 8:16:49 AM | Service Date: 11/25/2013 8:16:34 AM   NDC #: 62856-0797-01 |
| J-Code: | |
| Quantity Before: 1,250 mcg | Quantity After: 1,000 mcg |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley |
| Dose: 250 mcg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |

6 mg  Dispense     Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618)     Class: Medication

| | |
|---|---|
| Trans Date: 11/26/2013 3:23:19 PM | Service Date: 11/26/2013 3:20:06 PM   NDC #: 55513-0190-01 |
| J-Code: | |
| Quantity Before: 30 mg | Quantity After: 24 mg |
| For: Mokkapati, Kalyani (811635) | By: Silva, Maryanne |
| Dose: 6 mg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |

**End of Report**

FROM
(FRI)JUN 30 2017  8:37/ST.  8:36/No. 9313020355 P  2



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

# *Clinical Summary*

Patient Name:  Mokkapati, Kalyani
Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)
Gender:  Female

Report Date:  6/30/2017
Date Printed:  6/30/2017

### Allergies

| Allergy | Reaction | Severity | Active | Inactive Reason | Last Verified |
|---------|----------|----------|--------|-----------------|---------------|
| No Known Drug Allergies | | | | | 2/10/2017 9:49AM MW |

### Oncology/Hematology Diagnoses

| Date | Type | ICD-9 | ICD-10 | Stg Date | Description | Tx Setting | Status | Sts Date |
|------|------|-------|--------|----------|-------------|-----------|--------|----------|
| 7/9/2013 | Primary | 174.9 | C50.912 | 7/9/2013 | Breast Cancer—Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Positive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous,Gene mutation=No mutation detected | Adjuvant | NED | 2/10/2017 |
| 8/5/2013 | History | V66.2 | | | Chemotherapy Convalescen | | | |
| 10/8/2013 | History | 288.03 | | | *Neutropenia Drug Induced | | | |

### Other Medical Problems

| Date | Type | ICD-9 | ICD-10 | Problem | Comment | Status | Sts Date |
|------|------|-------|--------|---------|---------|--------|----------|
| 4/11/2001 | Condition | | | C-section | | Resolved | 5/24/2013 |
| 6/1/2007 | Diagnosis | | | h/o abdominoplasty | | Active | 8/14/2013 |
| 5/24/2013 | Diagnosis | | | BRCA1, BRCA2, BART normal | | Active | 8/27/2013 |
| 7/29/2013 | Diagnosis | | | EF = 65% | San Ramon | Active | 7/29/2013 |
| 3/3/2014 | Diagnosis | | | Paragard IUD | Dr. Michele Riopelle | Active | 8/14/2013 |

### Previous Treatment History

| Date | Type | Details | Outcome | Comment |
|------|------|---------|---------|---------|
| 6/24/2013 | Surgery, Curative | bilateral mastectomy | | 4.3 cm left breast cancer; 3.5 cm intermediate, solid/cribriform DCIS, NI right breast |
| 8/5/2013 | Chemotherapy | Diag: breast cancer, Regimen: TAc, Tx Setting: Adjuvant | | X6, completed 11/26/13 |
| 2/20/2014 | Radiation Therapy, Curative | Loc: Chest, Dose: 120 | | completed 2/7/14 |

FROM                                                   (FRI) JUN 30 2017  8:37/ST. 8:36/No. 3313020355 P  3

**On-Going Treatment Events**    No on-going treatment events have been entered for this patient.

## Flowsheets/Regimens

| Regimen | Start Date | Last Tx | Cycles Given/Planned | ICD | Tx Setting | Status | Reason for DC |
|---|---|---|---|---|---|---|---|
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6) v2.0 | 8/5/2013 | 11/26/2013 | 6/6 | 174.9, 288.03, 174.9, 288.03, V66.2, 174.9 | Adjuvant | Completed | |
| Tamoxifen 20 mg PO daily v4.0 | 3/7/2014 | 2/8/2017 | 0/16 | 174.9/C50.912 | Adjuvant | Discontinued | Change in Comorbidities |
| Letrozole (Femara) 2.5 mg PO daily v2.0 | 9/28/2015 | 9/28/2015 | 0/3 | 174.9/C50.912 | Adjuvant | Discontinued | periods restarted |
| Letrozole (Femara) 2.5 mg PO daily v2.0 | 2/10/2017 | 2/9/2021 | 0/5 | 174.9/C50.912 | Adjuvant | Ongoing | |

## Prescriptions

| Date | Drug | Qty | Rfls | Sig | Last Verified |
|---|---|---|---|---|---|
| 4/29/2014 | aspirin 81 mg tablet,delayed release | | 0 | 1 p.o. q. day | 2/10/2017 MW |
| 4/24/2017 | letrozole 2.5 mg tablet | 30 | 2 | 1 p.o. q. day | |
| 2/10/2017 | letrozole 2.5 mg tablet | 90 | 3 | 1 p.o. q. day | |
| 2/10/2017 | levothyroxine 50 mcg tablet | | 0 | 1 p.o. q. day | 2/10/2017 MW |
| 9/09/2015 | Vitamin D3 1,000 unit tablet | | 0 | 1 p.o. q. day | 2/10/2017 MW |

## ARRA Smoking Status

| Question | Response | Entered/Verified |
|---|---|---|
| Tobacco Use | Never smoker | 10/3/2016 CN |
| Smoking Cessation Intervention | Not Offered | 10/3/2016 CN |

## Providers

| Type | Name | Fax phone | Office phone | Work email |
|---|---|---|---|---|
| General Surgery | Gardiner, Barry | (925)275-1200 | (925)275-1210 | |
| Gynecologist | Riopelle, Michelle | (925)855-8054 | (925)855-0403 | |
| Other | Valleycare, Lymphedema Therapy | (925)479-3790 | | |
| Primary Care Provider | Musco, Dolores | (925)866-1006 | (925)866-1005 | |
| Radiation Oncologist | Patel MD, Rakesh R | (510)727-2751 | (510)727-2750 | rpatel@vmoc.com |
| Referring Provider | Gardiner, Barry | (925)275-1200 | (925)275-1210 | |

## Immunizations
There are no immunizations for this patient.

## Family History

| Relationship | Name | Sex | Birth Date/Age | Status | Races | Patient Reported |
|---|---|---|---|---|---|---|
| 65656005 Natural mother | Mokkapati, Suguna | F | Age 62 as of 6/10/2015 | Living | | |

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)

| Hypertension | | | | Observed: 6/10/2015 | | |
|---|---|---|---|---|---|---|
| 9947008 Natural father | Mokkapati, Kannaiah | M | Age 75 as of 6/10/2015 | Living | | |
| Diabetes, type I pt not sure type of diabetes | | | | Observed: 6/10/2015 | | |

FROM

**Department of Pathology**
Telephone: (925)275-8268

**SAN RAMON REGIONAL**
**MEDICAL CENTER**
San Ramon

**Medical Directors:**
Emad Kasbipour, M.D.

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kasbitour, MD

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485

| Collected Date and Time | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

## DIAGNOSIS:

A.   **Left breast core biopsies:**
      In situ and infiltrating adenocarcinoma of breast duct origin, mucinous type, up to
      1.1 cm, receptors ER positive, PR positive, HER-2/neu 0+ IPOX, low
      proliferation index.

B.   **Right breast core biopsies:**
      1.   Non proliferative fibrocystic change with focal columnar cell change.
      2.   No atypical hyperplasia or neoplasia.

**CARL CRITZ**
(Electronic Signature)
Verified: 05/22/2013
CC /KN

## COMMENT:
**BREAST NEEDLE CORE BIOPSY TUMOR SYNOPTIC COMMENT:**
Specimen B

Invasive tumor type:      Mucinous
Invasive tumor size (on individual cores):   Up to 1.1 cm
Invasive tumor grade (modified SBR T/N/M):   2 + 2 + 2 = 6 of 9, moderately differentiated
Angiolymphatic invasion:       Not identified
Ductal carcinoma in situ type: Solid
DCIS grade:      Intermediate
DCIS size (in cm maximum length on each core):   Microscopic
Microcalcification:      No
Lobular carcinoma in situ:  Not seen
Additional findings:      None
Receptors:      ER positive, PR positive, HER-2/neu 0+ expression, low
      proliferation index(Ki67 - 4%).
Fixation time meets ASCO and CAP guidelines

## SPECIMEN SOURCE:
A      Left Breast Core Biopsies
B      Right Breast Core Biopsies

Ordering:  GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Printed: 06/19/2013 11:16:17 PDT

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center
Admitted: 05/17/2013
Discharge: 05/17/2013

1 of 4

FROM                                    (FRI) JUN 30 2017  8:38/ST. 8:38/No. 9313020355 P  6

**Department of Pathology**
Telephone: (925)275-8268

SAN RAMON REGIONAL
MEDICAL CENTER
Team California

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kaabitour, MD

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485

**Medical Directors:**
Emad Kaabipour, M.D.

| Collected Date and Time | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

## CLINICAL INFORMATION:
Bilateral breast core biopsies; bilateral breast masses

## GROSS EXAMINATION:
A.     **Left breast biopsies:**  Received in formalin as Mokkapati, Kalyani "Left breast core biopsies", are four fragments of white, yellow and pink semitranslucent core biopsies, from 1.5 to 1.6 cm in length, up to 0.1 cm in width. Tissue submitted complete for micro exam as A. RM

B.     **Right breast core biopsies:**  Received in formalin as Mokkapati, Kalyani "Right breast core biopsies", are two white tan core biopsies, 1.6 and 2.3 cm in length, up to 0.1 cm in width.  Tissue submitted complete in foam for micro exam as B. RM

RM /KN

## MICROSCOPIC EXAMINATION:
A.     Two slides show portions of fibroadipose breast tissue infiltrated by a mucin producing neoplasm with areas showing pools of mucus with floating, focally cribriform groups of neoplastic cells with moderate nuclear pleomorphism, some large nuclei with prominent single red nucleoli.  Where clear infiltrative pattern is identified, a moderate tendency to form tubules is seen (2).  Seven mitotic figures are seen per ten high power fields of 0.59 mm (2), for an SBR score of 6 of 9, moderately differentiated.   Focally there appears to be a solid in situ component to the neoplasm, also of intermediate grade with suggestions of early comedonecrosis focally.  All of the cores are involved and the largest dimension identified is 1.1 cm.

B.     Two slides show two cores of breast tissue showing prominent fibrous tissue compatible with fibrocystic change with occasional areas of ductal epithelium showing columnar cell change without flat epithelial atypia, usual hyperplasia, or invasive neoplasm evident.  In some area usual hyperplasia cannot be excluded with certainty.

05/21/2013
Cancer prognostic panel is prepared by assisted quantitative image analysis system (ACIS) at YPMG.  ER 100%, PR 39%, Ki-67 4% and HER-2/neu 0+, all favorable results.

A. 88305
B. 88305

Ordering:  GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center/
Admitted: 05/17/2013
Discharge: 05/17/2013

Printed: 06/19/2013 11:16:17 PDT                2 of 4

FROM

**Department of Pathology**
Telephone: (925)275-8268



SAN RAMON REGIONAL
**MEDICAL CENTER**
Tenet California

**Medical Directors:**
Emad Kaahipour, M.D.

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kaahitour, MD

Patient Name: **MOKKAPATI, KALYANI K**
MRN: 349085
Acct #: 4722485

| Collected Date and Time: | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | **554-SP-13-002433** |

## PRELIMINARY EVALUATION:

A.    Left breast core biopsies:
      In Situ and Infiltrating Adenocarcinoma of Breast Duct Origin, Mucinous type
B.    Right breast core biopsies:
      1.   Non proliferative fibrocystic change with focal columnar cell change.
      2.   No atypical hyperplasia or neoplasia.

## COMMENT:
**BREAST NEEDLE CORE BIOPSY TUMOR SYNOPTIC COMMENT:**
Specimen B

Invasive tumor type:   Mucinous
Invasive tumor size (on individual cores): Up to 1.1 cm
Invasive tumor grade (modified SBR, T/N/M):  2 + 2 + 2 = 6 of 9, moderately differentiated
Angiolymphatic invasion:    Not identified
Ductal carcinoma in situ type: Solid
DCIS grade:    Intermediate
DCIS size (in cm maximum length on each core):  Microscopic
Microcalcification:   No
Lobular carcinoma in situ: Not seen
Additional findings:   None
Receptors:     Pending
Fixation time meets ASCO and CAP guidelines

## SPECIMEN SOURCE:
A   Left Breast Core Biopsies
B   Right Breast Core Biopsies

## CLINICAL INFORMATION:
Bilateral breast core biopsies; bilateral breast masses

## GROSS EXAMINATION:

Ordering:  GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Patient Name: **MOKKAPATI, KALYANI K**
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center/
Admitted: 05/17/2013
Discharge: 05/17/2013

Printed: 06/19/2013 11:16:17 PDT       3 of 4

FROM                                                          (FRI) JUN 30 2017  8:38/ST. 8:38/No. 9313020355 P  8

**Department of Pathology**
Telephone: (925)275-8268

SAN RAMON REGIONAL
MEDICAL CENTER
*Total California*

Medical Directors:
Emad Kasbipour, M.D.

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Ksabitour, MD

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485

| Collected Date and Time: | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

A.    **Left breast core biopsies:** Received in formalin as Mokkapati, Kalyani "Left breast core biopsies", are four fragments of white, yellow and pink semitranslucent core biopsies, from 1.5 to 1.8 cm in length, up to 0.1 cm in width. Tissue submitted complete for micro exam as A. RM

B.    **Right breast core biopsies:** Received in formalin as Mokkapati, Kalyani "Right breast core biopsies", are two white tan core biopsies, 1.5 and 2.3 cm in length, up to 0.1 cm in width.  Tissue submitted complete in foam for micro exam as B. RM

## INTRAOPERATIVE FROZEN CONSULTATION:
–

## INTRAOPERATIVE CYTOLOGIC CONSULTATION
–

## INTRAOPERATIVE GROSS CONSULTATION:
–

## MICROSCOPIC EXAMINATION:

A.    Two slides show portions of fibroadipose breast tissue infiltrated by a mucin producing neoplasm with areas showing pools of mucus with floating, focally cribriform groups of neoplastic cells with moderate nuclear pleomorphism, some large nuclei with prominent single red nucleoli.   Where clear infiltrative pattern is identified, a moderate tendency to form tubules is seen (2).  Seven mitotic figures are seen per ten high power fields of 0.59 mm (2), for an SBR score of 6 of 9, moderately differentiated.    Focally there appears to be a solid in situ component to the neoplasm, also of intermediate grade with suggestions of early comedonecrosis focally.   All of the cores are involved and the largest dimension identified is 1.1 cm.

B.    Two slides show two cores of breast tissue showing prominent fibrous tissue compatible with fibrocystic change with occasional areas of ductal epithelium showing columnar cell change without flat epithelial atypia, usual hyperplasia, or invasive neoplasm evident.  In some area usual hyperplasia cannot be excluded with certainty.

CARL CRITZ
(Electronic Signature)
Verified: 05/21/2013
CC /KN

Ordering: GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center/
Admitted: 05/17/2013
Discharge: 05/17/2013

Printed: 06/19/2013 11:16:17 PDT               4 of 4

**CONFIDENTIAL**



### Integrated BRACAnalysis®
### BRCA1 and BRCA2 Analysis Result

### MYRIAD.

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Vandana Sharma, MD PhD<br>Valley Medical Oncology Consultants<br>2500 Mowry Ave<br># 227<br>Fremont, CA 94538 | Specimen Type: **Blood**<br>Draw Date: **May 24, 2013**<br>Accession Date: **May 28, 2013**<br>Report Date: **Jun 14, 2013** | Name: **Mokkapati, Kalyani**<br>Date of Birth: **Apr 27, 1973**<br>Patient ID:<br>Gender: **Female**<br>Accession #: **01337756-BLD**<br>Requisition #: **3301052** |

## Test Results and Interpretation

## NO MUTATION DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| *BRCA1* sequencing | No Mutation Detected | No Mutation Detected |
| comprehensive rearrangement | No Mutation Detected | No Mutation Detected |
| *BRCA2* sequencing | No Mutation Detected | No Mutation Detected |
| comprehensive rearrangement | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of sequencing of all translated exons and immediately adjacent intronic regions of the BRCA1 and BRCA2 genes and a comprehensive rearrangement test of both BRCA1 and BRCA2 by quantitative PCR analysis (BRACAnalysis Rearrangement Test, BART). The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No deleterious mutation was found in BRCA1 or BRCA2 in this individual by sequencing and quantitative PCR analysis. This test is designed to identify mutations in 22 exons and approximately 750 adjacent intronic base pairs of BRCA1 as well as 26 exons and approximately 950 adjacent intronic base pairs of BRCA2 (a total of over 17,600 base pairs analyzed). This test is also designed to detect duplications and deletions involving the promoter region and coding exons of BRCA1 and BRCA2. There are other, rare genetic abnormalities in BRCA1 and BRCA2 that this test will not detect. This result, however, rules out the majority of abnormalities believed to be responsible for hereditary susceptibility to breast and ovarian cancer (Ford D et al., Am J Human Genetics 62:676-689, 1998). If this individual has never had breast or ovarian cancer, it is recommended that testing an affected relative be considered to help clarify the clinical significance of this individual's negative test result.

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

Benjamin B. Roa, Ph.D.        Richard J. Wenstrup, MD
Diplomate ABMG                Diplomate ABMG
Laboratory Director           Chief Medical Officer

These test results should only be used in conjunction with the patient's clinical history and any previous analysis of appropriate family members. The patient's clinical history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.  ID: 01337756-BLD 1 of 8

MYRIAD GENETIC LABORATORIES, INC. ♦ 320 WAKARA WAY, SALT LAKE CITY, UTAH 84108 ♦ (800) 469-7423 ♦ FAX (801) 584-3615

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)

Page 1 of 1



**Palo Alto Pathology Inc.**

Kenneth Heller M.D., Director

2325 El Camino Real, Palo Alto, California 94306  1-800-303-4PAP

| | | |
|---|---|---|
| KALYANI MOKKAPARTI | DEPT #: | C13-23193 |
| 2022 LEMONWOOD CT. | SERVICE: | 05/02/2013 |
| SAN RAMON, CA  94582 | RECEIVED: | 05/02/2013 |
| | REPORTED: | 05/06/2013 |

DEAR KALYANI MOKKAPARTI,

We have been authorized by your physician to inform you that your recent PAP test showed no significant abnormality. We encourage you to schedule another annual visit in one year or return to your physician's office for any problem you may encounter prior to that time.

It is a pleasure providing you with health care and do not hesitate to contact your physician if you have additional questions.

Thank you.

Querida Paciente

Hemos recibido autorización de su medico para informarle que su reciente papanicolaou demostro ningun significante anormalidad. Le recomendamos que hage otra cita para su examen anual en un ano o que regrese a la oficina de su medico por cualquier problema que tenga antes de ese tiempo.

Es un placer proporcionarle su cuidado de salud y no deje de ponerse en contacto con su medico si tiene otras preguntas.

Gracias.

YOUR REFERRING PHYSICIAN: MICHELE RIOPELLE, M.D.

MICHELE RIOPELLE, M.D.
917 SAN RAMON VALLEY BLVD. STE 190
DANVILLE, CA  94526

Iokkapati, Kalyani DOB: 4/27/1973 (B11635)

Page 1 of 1

**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

**Print Options**
Select Date Range:
○ All
◉ Select Beginning: | 1/4/2016 |   Ending: | 6/29/2017 |

**Treatment Plan**
Patient Name: Mokkapati, Kalyani
Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 1
6/29/2017

**Item Types to Print:**
☑ Activities
☑ Drugs
☑ Tests

[ OK ] [ Cancel ]

| | Fri 5/24/13 | Wed 6/19/13 | Mon 6/24/13 | Tue 7/9/13 | Mon 7/15/13 | Thu 7/18/13 | Mon 8/5/13 |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| *Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | • | | | | | • | • |
| *CMP | • | | | | | • | |
| T3, Free | | | | | | | |
| PT\INR | • | | | | | | |
| Ferritin | | | | | | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | • | | | | | | |
| Iron Panel | | | | | | | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | • | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | Scheduled/MC | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | Pending/VS | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | Pending/VS | | | |
| C-XRay | Pending/VS | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | Sharma/99245 | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | • | | | | |
| MD | | Sharma/99215 | | Sharma/99215 | | Sharma/99215 | Sharma/9921 |
| Gown | | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | WH IC/VS | |

| Refer to | | | | | Surgery/VS | | | |
|---|---|---|---|---|---|---|---|---|
| CC PCP | | | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | | |
| Letrozole (Femara) | | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | | |
| Letrozole (Femara) | | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | | | |
| Tamoxifen (Nolvadex) | | | | | | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | | | |
| DOCEtaxel (Taxotere) | | | | | | | 130 mg | |
| DOXOrubicin (Adriamycin IVP) | | | | | | | 90 mg | |
| Cyclophosphamide (Cytoxan) | | | | | | | 890 mg | |
| PALONOsetron (Aloxi IV) | | | | | | | 250 mcg | |
| Diphenhydramine HCl (Benadryl IV) | | | | | | | 25 mg | |
| Fosaprepitant (Emend) | | | | | | | 150 mg | |
| Dexamethasone (Decadron) IV | | | | | | | 10 mg | |
| Ranitidine HCL (Zantac) IV | | | | | | | 50 mg | |
| Pegfilgrastim (Neulasta) | | | | | | | | |
| CL4 | | | | | | | * | |
| CS | | | | | | | | |
| Business Office | | | | | | | Authorized/AI | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapati, Kalyani

Patient Number: B11035

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 2

6/29/2017

| | Tue 8/6/13 | Thu 8/22/13 | Mon 8/26/13 | Tue 8/27/13 | Fri 9/13/13 | Mon 9/16/13 | Tue 9/17/13 |
|---|---|---|---|---|---|---|---|
| *General* | | | | | | | |
| *Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | | • | | | • | | |
| *CMP | | • | | | • | | |
| T3, Free | | | | | | | |
| PT/INR | | | | | | | |
| Ferritin | | | | | • | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | • | | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | | da/99214 | | | Sharma/99214 | | |
| Gown | | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

FROM

(THU) JUN 29 2017 14:46/ST. 14:37/No. 8313020347 P  6

| | | | |
|---|---|---|---|
| Refer to | | | |
| CC PCP | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | |
| Letrozole (Femara) | | | |
| ROS Endocrine:Hot Flashes | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | |
| Letrozole (Femara) | | | |
| ROS Endocrine:Hot Flashes | | | |
| *Tamoxifen 20 mg PO daily* | | | |
| Tamoxifen (Nolvadex) | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | |
| DOCEtaxel (Taxotere) | | 130 mg | 130 mg |
| DOXOrubicin (Adriamycin IVP) | | 90 mg | 90 mg |
| Cyclophosphamide (Cytoxan) | | 890 mg | 890 mg |
| PALONOsetron (Aloxi IV) | | 0.25 mg | 250 mcg |
| Diphenhydramine HCl (Benadryl IV) | | 25 mg | 25 mg |
| Fosaprepitant (Emend) | | 150 mg | 150 mg |
| Dexamethasone (Decadron) IV | | 10 mg | 10 mg |
| Ranitidine HCL (Zantac) IV | | 50 mg | 50 mg |
| Pegfilgrastim (Neulasta) | 6 mg | 6 mg | 6 mg |
| CL4 | | * | * |
| CS | * | * | * |
| Business Office | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130   Fax: 925-225-9520

## *Treatment Plan*

Patient Name:  Mokkapati, Kalyani                     DOB: 4/27/1973 (44 yrs, 2 mos)              Page: 3
Patient Number: B11635                                                                            6/29/2017

| | Fri 10/4/13 | Mon 10/7/13 | Tue 10/8/13 | Thu 10/24/13 | Mon 10/28/13 | Tue 10/29/13 | Thu 11/14/13 |
|---|---|---|---|---|---|---|---|
| *General* | | | | | | | |
| ^Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | • | | | • | | | • |
| *CMP | • | | | | | • | • |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | | | | | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | Sharma/99213 | | | Sharma/99214 | | | Sharma/9921 |
| Gown | | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

FROM                              (THU) JUN 29 2017 14:47/ST. 14:37/No. 9313020347 P   8

| | | XRT/VS | |
|---|---|---|---|
| Refer to | | | |
| CC PCP | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | |
| Letrozole (Femara) | | | |
| ROS Endocrine:Hot Flashes | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | |
| Letrozole (Femara) | | | |
| ROS Endocrine:Hot Flashes | | | |
| *Tamoxifen 20 mg PO daily* | | | |
| Tamoxifen (Nolvadex) | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | |
| DOCEtaxel (Taxotere) | 130 mg | | 130 mg |
| DOXOrubicin (Adriamycin IVP) | 90 mg | | 90 mg |
| Cyclophosphamide (Cytoxan) | 890 mg | | 890 mg |
| PALONOsetron (Aloxi IV) | 0.25 mg | | 250 mcg |
| Diphenhydramine HCl (Benadryl IV) | 25 mg | | 25 mg |
| Fosaprepitant (Emend) | 150 mg | | 150 mg |
| Dexamethasone (Decadron) IV | 10 mg | | 10 mg |
| Ranitidine HCL (Zantac) IV | 50 mg | | 50 mg |
| Pegfilgrastim (Neulasta) | | 6 mg | 6 mg |
| CL4 | * | | * |
| CS | | * | |
| Business Office | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapali, Kalyani
Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 4
6/29/2017

| | Mon 11/25/13 | Tue 11/26/13 | Thu 12/12/13 | Wed 2/5/14 | Fri 3/7/14 | Tue 4/29/14 | Mon 7/21/14 |
|---|---|---|---|---|---|---|---|
| *General* | | | | • | | | |
| *Vitals* | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | • | | • | | | | |
| *CMP | | | • | | | | |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | | | | | • | |
| TSH | | | | | | • | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | • | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | Sharma/9921 |
| Offsite Surgery | | | | | | | |
| MD | | | Sharma/99215 Sharma | | Sharma/99214 Sharma/99214 | | |
| Gown | | | | | | | |
| No Show | | | | I /M | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

FROM

(THU)JUN 29 2017 14:47/ST. 14:37/No. 9313020347 P 10

| Refer to | | | | Lymphedema/VS | | |
|---|---|---|---|---|---|---|
| CC PCP | | | | | • | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | |
| Tamoxifen (Nolvadex) | | | | 20 mg | 20 mg | 20 mg |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | |
| DOCEtaxel (Taxotere) | 100 mg | | | | | |
| DOXOrubicin (Adriamycin IVP) | 90 mg | | | | | |
| Cyclophosphamide (Cytoxan) | 890 mg | | | | | |
| PALONOsetron (Aloxi IV) | 250 mcg | | | | | |
| Diphenhydramine HCl (Benadryl IV) | 25 mg | | | | | |
| Fosaprepitant (Emend) | 150 mg | | | | | |
| Dexamethasone (Decadron) IV | 10 mg | | | | | |
| Ranitidine HCL (Zantac) IV | 50 mg | | | | | |
| Pegfilgrastim (Neulasta) | | 6 mg | | | | |
| CL4 | • | | | | | |
| CS | | • | | | | |
| Business Office | | | | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapati, Kalyani

Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 5
6/29/2017

| | Mon 10/13/14 | Wed 10/29/14 | Wed 1/21/15 | Wed 3/4/15 | Wed 3/11/15 | Wed 6/10/15 | Wed 9/9/15 |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| *Vitals | | | | | | | • |
| Vitamin D, 25-Hydroxy Levels | | | | | | | • |
| *CBC | ± | • | | | | • | |
| *CMP | ± | • | | | | | |
| T3, Free | | • | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | | | | | • | |
| TSH | ± | • | | | | | |
| Estradiol | | | | | | | • |
| T4, Free | ± | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | • | |
| FSH | | | | | | | • |
| CA 27 29 | | | | | | • | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | • | |
| Occult Blood - Stool | | | | | | • | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | Pending/VS | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | Sharma | Sharma/99214 | Sharma/99214 | | | | |
| Offsite Surgery | | | | | | | |
| MD | | | | | | Cayetano/9921 Sharma/99214 | Sharma/9921 |
| Gown | | | | | | • | Gown/VS |
| No Show | R/S/TW | | | | | | |
| Outside Labs- FR | | | | | | Quest (77205)/VS | |
| Chemo Teach | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Refer to | | | | | |
| CC PCP | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | |
| Letrozole (Femara) | | | | | |
| ROS Endocrine:Hot Flashes | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | |
| Letrozole (Femara) | | | | | |
| ROS Endocrine:Hot Flashes | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | |
| Tamoxifen (Nolvadex) | | | 20 mg | | 20 mg | 20 mg |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | |
| DOCEtaxel (Taxotere) | | | | | |
| DOXOrubicin (Adriamycin IVP) | | | | | |
| Cyclophosphamide (Cytoxan) | | | | | |
| PALONOsetron (Aloxi IV) | | | | | |
| Diphenhydramine HCl (Benadryl IV) | | | | | |
| Fosaprepitant (Emend) | | | | | |
| Dexamethasone (Decadron) IV | | | | | |
| Ranitidine HCL (Zantac) IV | | | | | |
| Pegfilgrastim (Neulasta) | | | | | |
| CL4 | | | | | |
| CS | | | | | |
| Business Office | | | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

## *Treatment Plan*

Patient Name:  Mokkapati, Kalyani          DOB: 4/27/1973 (44 yrs, 2 mos)          Page: 6
Patient Number: B11635                                                            6/29/2017

| | Mon 9/28/15 | Wed 12/9/15 | Wed 3/9/16 | Mon 3/28/16 | Tue 9/13/16 | Mon 10/3/16 | Wed 2/8/17 |
|---|---|---|---|---|---|---|---|
| *General* | | | | | | | |
| *Vitals | | • | | • | ± | • | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | | • | | | | | |
| *CMP | | • | | | | | |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | • | | | | | |
| TSH | | | | | | | |
| Estradiol | | • | | | ± | • | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | | |
| FSH | | • | | | ± | • | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | • | | | | | |
| Iron, TIBC and Ferritin Panel | | • | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | Pending/SB | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | R/S | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | | Sharma/99214 | | Sharma/99214 | ~~Sharma~~ | Sharma/99214 | |
| Gown | | Gown/JS | | | ~~Gown/SM~~ | Gown/MC | |
| No Show | | | | | R/S | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Refer to | | | | | |
| CC PCP | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | |
| Letrozole (Femara) | | | | | |
| ROS Endocrine:Hot Flashes | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | |
| Letrozole (Femara) | 2.5 mg | | | | |
| ROS Endocrine:Hot Flashes | Required | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | |
| Tamoxifen (Nolvadex) | | | | 20 mg | 20 mg |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | |
| DOCEtaxel (Taxotere) | | | | | |
| DOXOrubicin (Adriamycin IVP) | | | | | |
| Cyclophosphamide (Cytoxan) | | | | | |
| PALONOsetron (Aloxi IV) | | | | | |
| Diphenhydramine HCl (Benadryl IV) | | | | | |
| Fosaprepitant (Emend) | | | | | |
| Dexamethasone (Decadron) IV | | | | | |
| Ranitidine HCL (Zantac) IV | | | | | |
| Pegfilgrastim (Neulasta) | | | | | |
| CL4 | | | | | |
| CS | | | | | |
| Business Office | | | | | |

FROM

(THU)JUN 29 2017 14:48/ST. 14:37/No. 9313020347 P 15



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-6130   Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapati, Kalyani

Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 7
6/29/2017

| | Fri 2/10/17 | Fri 5/12/17 | Wed 6/28/17 | Sat 2/10/18 | Sun 2/10/19 | Mon 2/10/20 | Tue 2/9/21 |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| *Vitals | * | ± | ± | | | | |
| Vitamin D, 25-Hydroxy Levels | * | | | | | | |
| *CBC | * | | | | | | |
| *CMP | * | | | | | | |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | | | | | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | | |
| FSH | * | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | WCB/MC | ~~WCB/MC~~ | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | | Sharma/99211 ~~Sharma~~ | ~~Sharma~~ | | | | |
| Gown | | Gown/MC | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

| Refer to | | | | | | |
|---|---|---|---|---|---|---|
| CC PCP | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | 2.5 mg | | 2.5 mg | 2.5 mg | 2.5 mg | 2.5 mg |
| ROS Endocrine:Hot Flashes | Required | | Required | Required | Required | Required |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | |
| Tamoxifen (Nolvadex) | | | | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | |
| DOCEtaxel (Taxotere) | | | | | | |
| DOXOrubicin (Adriamycin IVP) | | | | | | |
| Cyclophosphamide (Cytoxan) | | | | | | |
| PALONOsetron (Aloxi IV) | | | | | | |
| Diphenhydramine HCl (Benadryl IV) | | | | | | |
| Fosaprepitant (Emend) | | | | | | |
| Dexamethasone (Decadron) IV | | | | | | |
| Ranitidine HCL (Zantac) IV | | | | | | |
| Pegfilgrastim (Neulasta) | | | | | | |
| CL4 | | | | | | |
| CS | | | | | | |
| Business Office | | | | | | |

FROM
(THU)JUN 29 2017 14:48/ST. 14:37/No. 9313020347 P 17



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **12/12/2013**
Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant ``AC chemotherapy on 8/5/13.

**History of Present Illness**
Ms. Mokkapati and her husband return for follow-up after her 6th chemotherapy treatment. Adjuvant radiation planning is ongoing. She still has mild neuropathy in her finger tips but it is not interfering with her ADLs. She did not start vitamin B12 supplements. LMP 5 months ago.  She has a Mirena IUD.

**Allergies**
No Known Drug Allergies

**Medications**
ferrous sulfate 325 mg (65 mg iron) tablet, Vitamin C 500 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband.

**Review Of Systems**
As per HPI. She denies any ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 12/12/2013 10:55:00 AM: Height=62.5in, Weight=178.4lb, Temp=97.7f, Pulse=92, SystolicBP=131, DiastolicBP=80

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Right chest wall port site is not tender. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 12/12/2013: WBC=4.0K/uL, RBC=3.38M/uL, HCT=29.5%, HGB=9.6g/dL, MCV=87.3fL, MCHC=32.5g/dL, RDW=14.9%, Plat=348.0K/uL, MPV=6.7fL, ANC=2.2K/uL, Lymph#=1.3K/uL, Gran%=55.4%, Lymph%=33.6%, MCH=28.4pg

**Imaging Results:**

**Assessment**
**Primary Diagnosis(es): Malign Neopl Breast Breast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes**

FROM                                    (THU)JUN 29 2017 14:48/ST. 14:37/No. 8313020347 P 18

Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous,Gene
mutation=No mutation detected
Diagnosis date: 7/9/2013: Malign Neopl Breast Disease Status:NED

Recommendation/Plan:

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Completed 6 doses of adjuvant therapy with minimal side effects
     a.  Start adjuvant radiation treatment and then tamoxifen
2. Mild neuropathy: Observe should improve, start vitamin B12
3. Anemia: Likely due to chemotherapy. Continue iron, hold vitamin C during radiation.
4. Ok to remove port
5. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
6. Family planning:  Change to copper IUD
7. A total of 40 minutes were spent face-to-face with the patient during this encounter and over half of that time was spent on
   counseling and coordination of care.
8. Return for follow-up in 8 weeks


Fax to:
Barry Gardiner~(925)275-1200;Michelle Riopelle~(925)855-8054;


Signed By: _____
           Vandana B Sharma MD, PhD

FROM                                                    (THU)JUN 29 2017 14:48/ST. 14:37/No. 9313020347 P 19



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                     Date: **11/14/2013**
Patient Number: **B11635**                    Date Of Birth: **4/27/1973**

## FOLLOW UP

**CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant TAC chemotherapy on 8/5/13.

**History of Present Illness**
Ms. Mokkapati and her husband return for follow-up before her 6th chemotherapy treatment. She has fatigue and persistent mild neuropathy in her finger tips which has not resolved. Her 6th and final treatment is due for Monday.

**Allergies**
No Known Drug Allergies

**Medications**
Ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), Neulasta 6 mg/0.6 mL Sub-Q syringe

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband.

**Review Of Systems**
As per HPI. She denies any ocular, ENT, cardio-vascular, respiratory. GI, GU, musculoskeletal, integumentary, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 11/14/2013 11:42:00 AM: Height=62.5in, Weight=174.6lb, Temp=98.2f, Pulse=88, SystolicBP=121, DiastolicBP=84

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 11/14/2013: WBC=5.0K/uL, RBC=3.40M/uL, HCT=29.7%, HGB=9.7g/dL, MCV=87.4fL, MCHC=32.7g/dL, RDW=15.8%, Plat=327.0K/uL, MPV=6.9fL, ANC=2.7K/uL, Lymph#=1.8K/uL, Gran%=53.8%, Lymph%=35.5%, Sodium=140mmol/L, Potassium=4.4mmol/L, Chloride=107mmol/L, CO2=24mmol/L, Glucose=89mg/dL, BUN=6mg/dL, Creat=0.56mg/dL, Calcium=8.6mg/dL, Total Protein=5.9g/dL, Albumin=3.9g/dL, A/G=2.0ratio, Total Bili=0.4mg/dL, Alk Phos=45U/L, AST=15U/L, ALT=11U/L, MCH=28.5pg

**Imaging Results:**

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous,Gene mutation=No mutation detected
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** *Neutropenia Drug induced
Chemotherapy Convalescen Disease Status:NED

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Symptomatic fatigue and persistent neuropathy.6 doses of chemotherapy as planned.
   a. Delay her next cycle for one week to allow her neuropathy to improve and fatigue to resolve.
   b. Once she has completed 6 doses of chemotherapy she will start adjuvant radiation treatment and then tamoxifen
2. Mild neuropathy: Observe, continue vitamin B12
3. Neuropathy: Due to chemo. Reduce 6th and final dose of Taxotere to avoid additional neuropathy
4. Nausea: Well controlled with ondansetron.
5. Anemia: Likely due to chemotherapy. Continue supplements, repeat CBC on day of treatment.
6. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
7. Return for follow-up after the 6th cycle.


Signed By: _____
                Vandana B Sharma MD, PhD

FROM                        (THU)JUN 29 2017 14:48/ST. 14:37/No. 9313020347 P 21



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                                   Date: **10/24/2013**
Patient Number: **B11635**                               Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant ¨AC chemotherapy on 8/5/13.

**History of Present Illness**

Ms. Mokkapati and her mother return for follow-up before her 5th chemotherapy treatment. She has no new symptoms to report and is tolerating treatment with mild side effects. She does have slight numbness in her fingertips but it is not interfering with her ADLs and is improving between cycles. Her next chemotherapy treatment is scheduled for 10/28/13.

**Allergies**
No Known Drug Allergies

**Medications**
Ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), Neulasta 6 mg/0.6 mL Sub-Q Syringe, ondansetron 8 mg disintegrating tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her mother.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 10/24/2013 3:53:00 PM: Height=62.5in, Weight=173.4lb, Temp=98.4f, Pulse=111, SystolicBP=110, DiastolicBP=69

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 10/24/2013: WBC=5.7K/uL, RBC=3.64M/uL, HCT=30.6%, HGB=10.1g/dL, MCV=84.1fL, MCHC=33.0g/dL, RDW=19.2%, Plat=248.0K/uL, MPV=7.0fL, ANC=3.5K/uL, Lymph#=1.6K/uL, Gran%=62.1%, Lymph%=28.9%, Sodium=141mmol/L, Potassium=4.0mmol/L, Chloride=105mmol/L, CO2=24mmol/L, Glucose=101mg/dL, BUN=8mg/dL, Creat=0.62mg/dL.

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)                                      Page 1 of 2

Calcium=8.7mg/dL, Total Protein=5.9g/dL, Albumin=4.0g/dL, A/G=2.1ratio, Total Bili=0.4mg/dL, Alk Phos=45U/L, AST=16U/L, ALT=11U/L, MCH=27.7pg

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** *Neutropenia Drug induced
Chemotherapy Convalescen Disease Status:NED

**Recommendation/Plan:**

1.  Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Continue 6 doses of chemotherapy as planned.
    a.  Counts are adequate for ongoing treatment
    b.  Once she has completed 6 doses of chemotherapy she will start treatment with tamoxifen
2.  Mild neuropathy: Observe, continue vitamin B12
3.  Refer for adjuvant radiation therapy
4.  Nausea: Well controlled with ondansetron.
5.  Anemia: Likely due to chemotherapy.  Continue supplements
6.  Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
7.  Return for follow-up before her 6th cycle.

Signed By: _____
                    Vandana B Sharma MD, PhD

FROM                                    (THU) JUN 29 2017 14:49/ST. 14:37/No. 8313020347 P 23



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                        Date: **10/4/2013**
Patient Number: **B11635**                      Date Of Birth: **4/27/1973**

## FOLLOW UP

**)/CC**

Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant TAC chemotherapy on 8/5/13.

**History of Present Illness**

The patient returns for follow-up before 4th dose of adjuvant chemotherapy. She reports transient nausea after treatment which responded to Zofran. Otherwise she is tolerating treatment well and denies any fever or neuropathy.

**Allergies**
No Known Drug Allergies

**Medications**
Ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), Neulasta 6 mg/0.6 mL Sub-Q Syringe, ondansetron 8 mg disintegrating tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband.

**Review Of Systems**
She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 10/4/2013 12:11:00 PM: Height=62.5in, Weight=170.2lb, Temp=97.5f, Pulse=84, SystolicBP=131, DiastolicBP=83

**Physical Exam**
Well developed, well nourished patient, in no acute distress. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 10/4/2013: WBC=5.710x3/uL, RBC=3.8010x9/uL, HCT=31.2g/dL, HGB=10.5g/dl, MCV=82.1fl, MCHC=33.7g/dL, RDW=17.1%, Plat=28210x3/uL, MPV=7.4fl, ANC=3.510x3/mm3, Sodium=141mmol/L, Potassium=4.1mmol/L, Chloride=105mmol/L, CO2=25mmol/L, Glucose=89mg/dL, BUN=8 ng/dL, Creat=0.60mg/dL, Calcium=9.3mg/dL, Total Protein=6.3g/dL, Albumin=4.1g/dL, A/G=1.9ratio, Total Bili=0.4mg/dL, Alk Phos=51U/L, AST=16U/L, ALT=10U/L

**Assessment:**
Primary Diagnosis(es): Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes

FROM                                    (THU)JUN 29 2017 14:49/ST. 14:37/No. 8313020347 P 24

Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** *Neutropenia Drug induced
Chemotherapy Convalescen Disease Status:NED

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Continue chemotherapy
    a. Counts are adequate for ongoing treatment with the 3rd dose as planned on 10/7/13
    b. She will need post chemotherapy radiation and anti-estrogen therapy with tamoxifen.
2. Nausea: Better controlled with ondansetron.
3. Anemia: Likely due to chemotherapy. Iron panel was normal on 9/13/13
4. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
5. Return for follow-up before her 5th cycle.

Signed By: _____
                Vandana B Sharma MD, PhD



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                     Date: **9/13/2013**
Patient Number: **B11635**                     Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant TAC chemotherapy on 8/5/13.

**History of Present Illness**

The patient returns for follow-up before 3rd dose of chemotherapy. She continued to have jaw pain and jittery feeling with cycle #2. She is now taking Zofran with better control of nausea than with Compazine. She is also using magic mouthwash and mucositis has resolved. She denies any fever or neuropathy.

**Allergies**
No Known Drug Allergies

**Medications**
Ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), ondansetron 8 mg disintegrating tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 9/13/2013 11:44:00 AM: Height=62.5in, Weight=171.4lb, Temp=97.6f, Pulse=88, SystolicBP=131, DiastolicBP=81

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 9/13/2013: WBC=5.910x3/uL, RBC=4.0710x9/uL, HCT=33.3g/dL, HGB=11.2g/dl, MCV=81.7fl, MCHC=33.6g/dL, RDW=15.5%, Plat=26010x3/uL, MPV=8.1fl, ANC=3.310x3/mm3

FROM                                    (THU)JUN 29 2017 14:49/ST. 14:37/No. 8313020347 P 26

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes
Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer:  Continue chemotherapy as planned.
2. Nausea:  Better controlled with ondansetron.  Not controlled with prochlorperazine.  She also had jaw pain with this medication.
3. Anemia:  Likely due to chemotherapy.  Iron panel checked.
4. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
5. Return for follow-up before her 4th cycle.

Signed By: _____
            Vandana B Sharma MD, PhD

FROM



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **8/22/2013**
Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has been diagnosed with ER+/PR+/Her2neu negative invasive left breast cancer with DCIS.

**History of Present Illness**
Pt c/o nausea, diarrhea with chemo.

**Allergies**
No Known Drug Allergies

**Medications**
dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), prochlorperazine maleate 10 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'EF = 65%', 'BRCA1, BRCA2, BART normal'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband and mother. Denies any prior alcohol use.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 8/22/2013 12:11:00 PM: Height=62.5in, Weight=168.8lb, Temp=98.3f, Pulse=89, SystolicBP=131, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 8/22/2013: WBC=7.1K/uL, RBC=4.24M/uL, HCT=34.5%, HGB=11.5g/dL, MCV=81.4fL, MCHC=33.3g/dL, RDW=14.2%, Plat=280.0K/uL, MPV=8.1fL, ANC=4.1K/uL, Lymph#=2.4K/uL, Gran%=57.3%, Lymph%=33.8%, Sodium=141mmol/L, Potassium=4.1mmol/L, Chloride=105mmol/L, CO2=24mmol/L, Glucose=99mg/dL, BUN=7mg/dL, Creat=0.57mg/dL, Calcium=9.2mg/dL, Total Protein=6.6g/dL, Albumin=4.3g/dL, A/G=1.9ratio, Total Bili=0.3mg/dL, Alk Phos=52U/L, AST=14U/L, ALT=12U/L, MCH=27.1pg

**Assessment:**
Primary Diagnosis(es): Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
Diagnosis date: 7/9/2013: Malign Neopl Breast

:condary Diagnosis(es): Tolerating TAC well.

:commendation/Plan:

iodium for diarrhea
ntiemetics, consider Emend
otrin for jaw pain associated with Neulasta which works for this pt

igned By: _____
           Vandana B Sharma MD, PhD

FROM
(THU)JUN 29 2017 14:50/ST. 14:37/No. 8313020347 P 29



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **8/5/2013**
Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13.

**History of Present Illness**
The patient and her husband return to start adjuvant chemotherapy. She has recovered from surgery and her incision are well healed. She denies any new symptoms or questions regarding the treatment plan.

**Allergies**
No Known Drug Allergies

**Medications**
dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, prochlorperazine maleate 10 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'EF = 65%', 'BRCA1, BRCA2, BART normal'.

**Social History**
Social history is unchanged since last reviewed.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 8/5/2013 11:45:00 AM: Height=62.5in, Weight=169.6lb, Temp=97.2f, Pulse=103, Resp=14, SystolicBP=144, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal.   Breasts: Both breasts have been removed and the chest wall incisions are well healed.

**Labs**
Lab results on 8/5/2013: WBC=11.8K/uL, RBC=4.54M/uL, HCT=37.3%, HGB=12.4g/dL, MCV=82.2fL, MCHC=33.2g/dL, RDW=14.5%, Plat=314.0K/uL, MPV=8.0fL, ANC=9.9K/uL, Lymph#=1.5K/uL, Gran%=83.9%, Lymph%=13.0%, Sodium=139mmol/L, Potassium=4.1mmol/L, Chloride=105mmol/L, CO2=18mmol/L, Glucose=124mg/dL, BUN=9mg/dL, Creat=0.55mg/dL, Calcium=10.1mg/dL, Total Protein=7.5g/dL, Albumin=4.7g/dL, A/G=1.7ratio, Total Bili=0.4mg/dL, Alk Phos=50U/L, AST=15U/L, ALT=21U/L, MCH=27.3pg

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl Breast Breast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer:  She has recovered from surgery and will start adjuvant chemotherapy today with Taxotere/Adriamycin/Cytoxan.
2. Early onset breast cancer:  No evidence of a deleterious BRCA1 or BRCA2 mutation
3. Return for follow-up before her 2nd cycle.

Signed By: _____
               Vandana B Sharma MD, PhD

FROM

(THU) JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 31



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**

Patient Number: **B11635**

Date: **7/18/2013**

Date Of Birth: **4/27/1973**

### Chemotherapy teaching

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Bilateral mastectomy was performed on 6/24/13.

**History of Present Illness**
The patient and her husband return for follow-up and chemotherapy teaching appointment. She still has a lot of anxiety regarding starting adjuvant chemotherapy but understands her high risk for systemic recurrence and the rationale for treatment to reduce her risk for disease recurrence. She does not have any new symptoms to report. Systemic staging was completed with a PET/CT scan. The results are still pending.

**Allergies**
No Known Drug Allergies

**Medications**
dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, prochlorperazine maleate 10 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal'.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 7/18/2013 4:27:00 PM: Height=62.5in, Weight=169lb, Temp=98.3f, Pulse=67, SystolicBP=118, DiastolicBP=81

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal. There is no dysmetria. Breasts: Both breasts have been removed and the incisions are healing.

**Labs**
Lab results on 7/18/2013: WBC=5.7K/uL, RBC=3.84M/uL, HCT=32.0%, HGB=10.6g/dL, MCV=83.4fL, MCHC=33.1g/dL, RDW=14.0%, Plat=189.0K/uL, MPV=8.8fL, ANC=2.5K/uL, Lymph#=2.7K/uL, Gran%=44.0%, Lymph%=47.6%, Sodium=139mmol/L, Potassium=4.5mmol/L, Chloride=106mmol/L, CO2=21.8mmol/L, Glucose=100mg/dL, BUN=15mg/dL, Creat=0.7mg/dl, Calcium=8.6mg/dL, Total Protein=6.7g/dL, Albumin=4.4g/dl, Total Bili=0.4mg/dL, Alk Phos=45U/L, AST=26U/L, ALT=17U/L, IRON=36mcg/dL, UIBC=366mcg/dL, TIBC=<402mcg/dL, Ferritin=18.2ng/mL, Iron Sat Percent=8.95%, MCH=27.6pg

**Imaging Results:**

FROM                                    (THU)JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 32

| All☐ | Date of Doc. | Name | MD Interpretation | Comment |
|---|---|---|---|---|
| ☐ | 7/18/2013 | WHHS PET CT Skull to Mid Thigh | NED | |

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** Disease Status:NED

**Recommendation/Plan:**

1. Stage IIB, breast cancer:  They had the opportunity to meet with the nurse navigator for a detailed discussion of the regimen, its risks, side effects, alternatives, limitations and benefits. The patient verbalized their understanding, provided informed consent and signed the consent document. They were provided written information about the main side effects and strategies for symptom management. she was provided prescriptions for appropriate supportive care medications.
   a. Echocardiogram is pending
   b. Port will be placed on Monday
   c. Start chemotherapy on 8/5/13 per patient request
2. Early onset breast cancer:   No evidence of a deleterious BRCA1 or BRCA2 mutation.

Signed By: _____
          Vandana B Sharma MD, PhD

FROM
(THU)JUN 29 2017 14:50/ST. 14:37/No. 8313020347 P 33



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Celebrating 35 Years of providing Comprehensive, Compassionate & Personalized Cancer Care.

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **7/9/2013**
Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has been diagnosed with ER+/PR+/Her2neu negative invasive left breast cancer with DCIS.

**History of Present Illness**
The patient returns for follow-up after surgery. Left breast modified radical mastectomy, axillary lymph node dissection and right breast prophylactic mastectomy were performed on 6/24/13. The pathology was reviewed at San Ramon hospital (#554-SP-13-002974). The report describes a normal right breast and a 4.3 cm invasive colloid/mucinous cancer with less than 10% usual ductal morphology in the left breast. There was about 3.5 cm of intermediate grade DCIS with a cribriform/solid pattern. There was no perineural or lymphovascular invasion. Surgical margins were negative. She reports the expected post surgical pain and mild constipation.

**Allergies**
No Known Drug Allergies

**Medications**
There are no on-going medications for this patient.

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'Mirena IUD', 'h/o abdominoplasty'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband and mother.

**Review Of Systems**
She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GU, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 7/9/2013 2:53:00 PM: Height=62in, Weight=172.4lb, Temp=97.7f, Pulse=70, SystolicBP=144, DiastolicBP=87

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal. Breasts: Both breasts have been removed. Surgical incisions are healing and drains have a small amount or normal appearing fluid.

**Labs**
Lab results on 5/24/2013: WBC=8.310x3/uL, RBC=4.4710x9/uL, HCT=38.9g/dL, HGB=13.4g/dl, MCV=87.0fl, MCHC=34.4g/dL,

FROM                                              (THU) JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 34

RDW=13.3%, Plat=27410x3/uL, MPV=7.6fl, ANC=4.310x3/mm3, INR=1.1, Sodium=140mmol/L, Potassium=4.3mmol/L,
Chloride=105mmol/L, CO2=28mmol/L, Glucose=88mg/dL, BUN=10mg/dL, Creat=0.74mg/dL, Calcium=9.8mg/dL, Total Protein=7.1g/dL,
Albumin=4.7g/dL, A/G=2.0ratio, Total Bili=0.5mg/dL, Alk Phos=47U/L, AST=18U/L, ALT=20U/L

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes
Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer:  Surgery has been completed and given the presence of nodal
   metastasis I recommend adjuvant chemotherapy to decrease her risk for systemic relapse.
2. Given her young age I advise aggressive combination chemotherapy with a anthracycline containing regimen (TAC).
   Chemotherapy teaching appointment has been scheduled.  She would like to delay chemotherapy as much as possible but I
   explained that the data suggest that the ideal time to start chemotherapy is once the surgical wounds have adequately healed,
   which is usually within 3-6 weeks.
3. She will require a venous access port to facilitate administration of vesicant chemotherapy.
4. In addition, echocardiogram has been ordered to evaluate baseline cardiac function
5. Given the presence of nodal metastasis systemic imaging is indicated to exclude occult metastatic disease.



Signed By:   _____
              Vandana B Sharma MD, PhD

FROM

(THU)JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 35



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

VALLEY MEDICAL
ONCOLOGY CONSULTANTS

Celebrating 35 Years of providing Comprehensive, Compassionate & Personalized Cancer Care.

Patient Name: **Mokkapati, Kalyani**                    Date: **6/19/2013**

Patient Number: **B11635**                    Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has been diagnosed with left breast ER+/PR+/Her2neu negative invasive breast cancer with DCIS.

**History of Present Illness**
The patient and her husband return to discuss the results of her breast MRI and genetic testing results.  She does not have any new problems to report.  The MRI demonstrated multiple abnormal areas in the left breast including the biopsy proven cancer at the 12 o'clock position and additional enhancing masses at the 5 o'clock and 6 o'clock position.  The right breast was normal.

Genetic testing, including BRCA1/2 full gene sequencing and comprehensive rearrangement (BART) did not demonstrate a deleterious germline mutation.

Chest X-ray, CBC, and LFT were normal.  She had a second opinion with Dr. Irene Wapnir at Stanford and is still considering bilateral mastectomy with implant reconstruction.  Surgery is scheduled for 6/24/13.

**Allergies**
No Known Drug Allergies

**Medications**
There are no on-going medications for this patient.

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'Mirena IUD', 'h/o abdominoplasty'.

**Social History**
Social history is unchanged since last reviewed.  She is accompanied by her husband.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 6/19/2013 9:14:00 AM: Height=62in, Weight=172lb, Temp=97.7f, Pulse=83, SystolicBP=153, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3.  Breast exam is unchanged.

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)

FROM                                             (THU)JUN 29 2017 14:51/ST. 14:37/No. 9313020347 P 36

**Labs**
Lab results on 5/24/2013: WBC=8.310x3/uL, RBC=4.4710x9/uL, HCT=38.9g/dL, HGB=13.4g/dl, MCV=87.0fl, MCHC=34.4g/dL,
RDW=13.3%, Plat=27410x3/uL, MPV=7.6fl, ANC=4.310x3/mm3, INR=1.1, Sodium=140mmol/L, Potassium=4.3mmol/L,
Chloride=105mmol/L, CO2=28mmol/L, Glucose=88mg/dL, BUN=10mg/dL, Creat=0.74mg/dL, Calcium=9.8mg/dL, Total Protein=7.1g/dL,
Albumin=4.7g/dL, A/G=2.0ratio, Total Bili=0.5mg/dL, Alk Phos=47U/L, AST=18U/L, ALT=20U/L

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl Breast
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Locally advanced, ER+/PR+/Her2neu negative left breast cancer: We had a 40 minute discussion regarding the MRI findings. If
   she chooses to proceed with lumpectomy I recommend biopsy of the suspicious areas at 5 and 6 o'clock in the left breast. The
   MRI findings are concerning for multifocal disease and if these are positive then she may not be able to achieve a suitable
   cosmetic result with lumpectomy.
2. We discussed the implication of the normal BRCA test results regarding her risk for right breast cancer and I explained that
   testing of the BRCA1 and BRCA2 genes by full DNA sequencing and comprehensive rearrangement panel did not identify any
   mutations.
3. This negative DNA test result means that available genetic testing failed to identify a cause of her breast cancer. However, a
   genetic predisposition may still exist. Other breast/ovarian cancer predisposition genes have yet to be discovered. (Given her
   young age and ER-/PR-/Her2neu negative (triple negative) breast cancer) she, and other related family members are still
   considered high risk and should continue with aggressive surveillance.
4. We also discussed that given the large size of the primary left breast cancer and her young age she will benefit from adjuvant
   chemotherapy and anti-estrogen therapy which she will need to take for at least 10 years.
5. She is still inclined towards bilateral mastectomy and surgery is scheduled for 6/24/13
6. Return for follow-up after surgery to discuss adjuvant treatment plan.


Signed By: _____
            Vandana B Sharma MD, PhD

FROM
(THU)JUN 29 2017 14:51/ST. 14:37/No. 9313020347 P 37



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

**VALLEY MEDICAL
ONCOLOGY CONSULTANTS**

Celebrating 35 Years of providing Comprehensive, Compassionate & Personalized Cancer Care.

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **5/24/2013**
Date Of Birth: **4/27/1973**

## INITIAL ONCOLOGY OFFICE VISIT

**History of Present Illness**
Dear Dr. Gardiner,
Thank you for referring your patient for Hematology/Oncology consultation regarding her left breast cancer. I had the pleasure of spending 90 minutes with the patient, her husband, and physician friend in direct examination, consultation, and coordination of care.

Ms. Mokkapati is a 40 year-old premenopausal woman whose oncology history dates to the end of March when she noticed left breast mass. Bilateral diagnostic mammogram and U/S was performed on 5/9/13 at San Ramon Hospital. This demonstrated dense breast tissue and multiple bilateral breast masses as listed below:

Left breast:
-4.9x2.4x3.5 cm irregular, lobulated suspicious mass at the 12 o'clock position

-0.2 cm complex cyst at the 1 o'clock position
-1.0 cm hypoechoic mass at the 2 o'clock position
-1.4 cm hypoechoic mass at the 3 o'clock position
-0.8 cm hypoechoic mass at the 5 o'clock position

Right breast:
- 2.9 cm subareolar mass, which may represent a fibroadenoma but biopsy is recommended.

Core biopsy was performed on 5/17/13 and pathology was reviewed at San Ramon hospital (#554-SP-13-002433). Left breast biopsy confirmed in situ and invasive cancer. The tumor was of ductal origin, mucinous type and moderately differentiated. ER positive (100%); PR positive (39%); Her2neu negative by IHC (0+), Ki-67 4%.

She reports palpating a mass in her left breast about 10 years ago but had a benign mammogram and no subsequent problems. She denies any symptoms concerning for systemic disease. Breast MRI is pending.

BREAST CANCER RISK FACTORS:

G1P1 (she has a 12 year old daughter), age at menarche – 14, age at first delivery – 27, breast feeding – 30, LMP – currently, OCP use – none, prior breast biopsy – with current diagnosis, therapeutic radiation exposure – none, exercise – regularly. Monthly self breast exam – regularly, family history of breast or ovary cancer - none.

**Allergies**
No Known Drug Allergies

**Medications**
There are no on-going medications for this patient.

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'Mirena IUD', 'h/o abdominoplasty'.

Page 1 of 3

**Social History**
**Marital Status:** Patient is married. Patient lives with spouse. 4 Never Smoker Patient reports on average 1 drinks per year of alcohol/beer. Denies any illicit drug use IT manager

**Family History**
No known history of cancer.
Her mother is alive at age 69
Her father is alive at 72

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 5/24/2013 2:23:00 PM: Height=62in, Weight=169.8lb, Temp=98.2f, Pulse=70, SystolicBP=145, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal. There is no dysmetria. Breasts: The right breast has a smooth mobile mass at the 12 o'clock position.   There is no peau d'orange or nipple discharge. The left breast is slightly smaller than the right but does not have any dermal changes.  There is a 4 cm mass at the 12 o'clock position.   There is no peau d'orange or nipple discharge.

**Labs**
Lab results on 5/24/2013: WBC=8.310x3/uL, RBC=4.4710x9/uL, HCT=38.9g/dl, HGB=13.4g/dl, MCV=87.0fl, MCHC=34.4g/dL, RDW=13.3%, Plat=27410x3/uL, MPV=7.6fl, ANC=4.310x3/mm3, INR=1.1, Sodium=140mmol/L, Potassium=4.3mmol/L, Chloride=105mmol/L, CO2=28mmol/L, Glucose=88mg/dL, BUN=10mg/dL, Creat=0.74mg/dL, Calcium=9.8mg/dL, Total Protein=7.1g/dL, Albumin=4.7g/dL, A/G=2.0ratio, Total Bili=0.5mg/dL, Alk Phos=47U/L, AST=18U/L, ALT=20U/L

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl Breast
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Locally advanced ER+/PR+/Her2neu negative biopsy proven left breast invasive ductal cancer with DCIS: She will need adjuvant chemotherapy and anti-estrogen therapy and is undecided about lumpectomy vs mastectomy but is leaning towards bilateral mastectomy.
   a. Results of breast MRI are pending.
   b. Chest X-ray, CBC, Chem-12 have been ordered
   c. She is currently scheduled for surgery on 6/24/13
2. Early onset breast and ovarian cancer: We discussed the basics of cancer genetics and I explained that given her age, her estimated risk for carrying a deleterious BRCA1 or BRCA2 mutation, according to the BRCAPro model, is about 5%.
   a. We discussed that while the majority of cancer cases are sporadic, approximately 10% cluster in families. Germline mutations in the BRCA1/BRCA2 genes account for up to 60% of all cases of familial breast and ovarian cancer syndromes. When compared to the general population, women inheriting a BRCA1 or BRCA2 mutation have a 45%-65% increased lifetime risk of developing breast cancer and 11%-40% increased risk of developing ovarian cancer.
   b. Since BRCA1 and BRCA2 mutations are inherited in an autosomal dominant pattern, children of affected carrier parents have a 50% chance of inheriting the parental mutation.
   c. Given her history she meets criteria for genetic testing. We discussed the potential benefits, risk and limitations of DNA testing and I explained the three possible outcomes (positive – a confirmed pathogenic mutation is found; negative – no mutation is identified; and variant of uncertain significance (VUS) – which is when an alteration is found however it is unclear whether it represents a disease-causing mutation.
   d. We discussed options for prophylactic oophorectomy and mastectomy for breast and ovary cancer prevention as well increased surveillance for breast cancer by the addition of annual breast MRI. Since she has a diagnosis of ER+ breast cancer she will be treated with Tamoxifen which is effective for breast cancer chemoprevention.
   e. Finally, we discussed that cancer risk assessment and genetic testing often provoke strong personal emotions and complex family interactions. We encouraged her to identify people who can offer support during this process. We discussed how information might be communicated to relatives. I am available to discuss personal concerns further or to identify peer or professional counseling resources.

FROM                                    (THU)JUN 29 2017 14:51/ST. 14:37/No. 8313020347 P 39

   f. She expressed a clear understanding of this discussion and provided consent for germline genetic testing. Since she is considering her surgical options, the results of this genetic test will inform her surgical decisions.

3. I explained that since there is no evidence of obvious disease in the right breast as long as the MRI findings are not suspicious and there is no evidence of a deleterious germ line mutation then left prophylactic mastectomy will not alter her overall prognosis.

4. Return for follow-up once test results are available.

Signed By: _____

      Vandana B Sharma MD, PhD

Mokkapati, Kulyani DOB: 4/27/1973 (B11635)

# EXHIBIT B

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please <u>click here</u> or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please <u>click here</u> or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please <u>click here</u> or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Oncology

- <u>Home</u>
- <u>About Us</u>
- <u>Open An Account</u>
- <u>Login</u>

Search    [Go]

<u>Place Order</u>

800.482.6700

**McKesson Specialty Health**

**MᶜKESSON**

<u>Solutions for Oncology</u>

<u>Purchasing Efficiency</u>    <u>Clinical Tools and Services</u>    <u>Practice Management</u>    <u>News & Events</u>



Solutions to help you maximize your drug purchasing efficiency.

# Product Catalog

Product Catalog | multi-oncology                    https://oncology.mckessonspecialtyhealth.com/purchasing-efficiency/pr...

Access our searchable product catalog below.

This catalog is updated quarterly and may not reflect the most recent additions or changes. McKesson Specialty Health customers can log-in to the Customer Center for the most updated view of our available products. Product availability is not guaranteed. Customer eligibility, class-of-trade, and distribution restrictions may apply. For additional information, please contact Customer Care.

**Learn More Today**
To learn more about our catalog or any products, call 800. 482.6700 or Contact Us.

**Search**
docetaxel

**Show Results**
40                    Apply

| Product Number | Product Name | Generic Name | Unit | NDC Number | Catalog Number |
|---|---|---|---|---|---|
| 5002314 | DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA | DOCETAXEL | EA | 409020120 | 980-343 |
| 5003430 | DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA | DOCETAXEL | EA | 66758005003 | 751-054 |
| 5003963 | DOCETAXEL ONE-VIAL 160MG/8ML MDV AC 1/EA | DOCETAXEL | EA | 16729026765 | 751-226 |
| 5004901 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 43598025811 | 000-102 |
| 5002316 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 955102001 | 980-345 |
| 5005090 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 63739093211 | 000-391 |
| 5004293 | DOCETAXEL ONE-VIAL 20MG/2ML MDV 1/EA | DOCETAXEL | EA | 66758005001 | 751-278 |
| 5002311 | DOCETAXEL ONE-VIAL 20MG/2ML SDV 1/EA | DOCETAXEL | EA | 409020102 | 980-342 |
| 5002317 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 955102104 | 980-344 |
| 5005091 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 63739097117 | 000-392 |
| 5004902 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 43598025940 | 000-103 |
| 5002313 | DOCETAXEL ONE-VIAL 80MG/8ML MDV 1/EA | DOCETAXEL | EA | 409020110 | 980-341 |
| 5004294 | DOCETAXEL ONE-VIAL 80MG/8ML MDV 1/EA | DOCETAXEL | EA | 66758005002 | 751-279 |
| 5002250 | TAXOTERE ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 75800301 | 909-885 |
| 5002251 | TAXOTERE ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 75800404 | 909-886 |

Case 3:16-md-02740-JTM-MBN   Document 2801-2   Filed 06/06/18   Page 62 of 142

# Purchasing Efficiency

- Specialty Drug Distribution
- Onmark GPO
- Product Updates
- **Product Catalog**
- Vaccines



## Quick Links

Customer Center - place order
Current iKnowMed users click here for information
My Care Plus - patient portal
McKesson Medical-Surgical Products

## About McKesson Specialty Health

Who we are
Contact Us

## In The News

Now Available: 2017 ASP Drug Pricing File Updates from CMS
Better Thinking for Better Health
Press Releases

Copyright © 2014 McKesson. All Rights Reserved.

- Contact Us
- Terms Of Use

# EXHIBIT C

| | |
|---|---|
| **From:** | Lindsay Stevens |
| **To:** | "Park, Julie Y."; "ebosman@mofo.com"; Cortina, Samuel Christopher |
| **Cc:** | Ahmed Diab; Lupe Felix |
| **Subject:** | PTO 77 Informational Statement: Mokkapati, Kalyani |
| **Date:** | Friday, April 06, 2018 9:06:38 AM |
| **Attachments:** | M_Valley Medical Oncology_2013.08.01-2013.12.31.pdf |
| | McKesson Product Catalog_Mokkapati.pdf |
| **Importance:** | High |

Julie, Erin and Sam,

Please allow this email to serve as Plaintiff Kalyani Mokkapati's "informational statement" concerning McKesson's alleged connection to her use of Taxotere/Docetaxel, in accordance with MDL Pretrial Order No. 77 [Additional California Plaintiffs' Motions to Remand] dated February 7, 2018.

Under PTO 77 section (1) a., *"Plaintiffs who file cases in California Superior Courts naming McKesson as Defendant that are subsequently removed by a Defendant and transferred to this MDL shall meet and confer in an attempt to resolve the remand issue prior to submission of any briefing."*

As required by the meet and confer process delineated in the order, Plaintiff provides the following information concerning McKesson's alleged connection to the Plaintiff's use of Taxotere/docetaxel:

> Plaintiff Kalyani Mokkapati was administered Docetaxel, bearing four different National Drug Codes, **66758-0050-01, 66758-0050-02, 16729-0231-63, and 16729-0267-64 at Valley Medical Oncology Associates in Pleasanton, California.  Her docetaxel treatment period was from 8/5/2013 to 11/25/13** (see attached medical records with relevant information highlighted).  **NDC 66758-0050-01 and 66758-0050-02, both manufactured by Sandoz Inc., are listed in McKesson's Multi-Oncology Product Catalog, as Catalog Numbers 751-278 and 751-279 respectively** (see attached catalog with NDC code highlighted).

As specified by PTO 77 section (1)b., *"In response to Plaintiff's informational statement detailed above, Defendant McKesson shall provide Plaintiff's counsel with a written statement indicating whether McKesson distributed Taxotere/Docetaxel to the facility named in the Plaintiff's informational statement, during the timeframe that Plaintiff was being treated, OR the Defendant(s) shall provide any information contradicting or otherwise demonstrating a lack of McKesson's connection to the Plaintiff within seven (7) days of the Plaintiff providing such information."*

We look forward to meeting and conferring with you on this issue.

Thank you,

**Lindsay R. Stevens** | Trial Attorney
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway | Suite 1700 | San Diego, CA 92101
TEL **619 237 3490** | FAX **619 237 3496**

**www.gomeztrialattorneys.com**



**Confidentiality Note:** This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.



# EXHIBIT D

**Lupe Felix**

| | |
|---|---|
| **From:** | Lupe Felix |
| **Sent:** | Tuesday, May 08, 2018 12:44 PM |
| **To:** | 'juliepark@mofo.com'; 'ebosman@mofo.com'; 'scortina@mofo.com' |
| **Cc:** | Lindsay Stevens; 'Dawn Barrios' |
| **Subject:** | Informational Statement, Kalyani Mokkapati |
| **Attachments:** | 2018.5.8 Meet and Confer Informational Statement_Mokkapati.pdf |

Counsel –

Attached please find correspondence from attorney Lindsay Stevens pertaining to our client, Kalyani Mokkapati – Case No. 2:18-cv-04123.

A hard copy was also mailed out today to your office.

This email and mailing is in reference to PTO 77A for cases that we have filed in California and have now been removed and docketed into the Taxotere MDL.

If you have any questions or concerns please feel free to contact our office.

We would look forward to receiving your response.

**Lupe Felix** | Paralegal
Complex Litigation



**GOMEZ TRIAL ATTORNEYS**

655 West Broadway | Suite 1700
San Diego, California 92101

OFFICE 619.237.3490
FAX 619.237.3496

**website** | **map** | **subscribe** | **email** | **facebook** | **twitter** | **linkedin**

Confidentiality Notice: This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

# EXHIBIT E



May 8, 2018

**Sent Via US Mail and Email**
Julie Park, Esq.
Erin Bosman, Esq.
Samuel Cortina, Esq.
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Email: juliepark@mofo.com
Email: ebosman@mofo.com
Email: scortina@mofo.com

       *RE: Informational Statement Supporting Motion to Remand; Mokkapati, Kalyani*

Julie, Erin and Sam,

       This is a meet and confer regarding the case for our clients, Kalyani Mokkapati and Purushothama Polkampalli (MDL Case No. 2:18-cv-04123). Now that this case has been docketed in the MDL as of yesterday, please allow this correspondence to serve as Plaintiff Kalyani Mokkapati's "informational statement" concerning McKesson's alleged connection to her use of Taxotere/Docetaxel, in accordance with MDL Pretrial Order No. 77 [Additional California Plaintiffs' Motions to Remand] dated February 7, 2018.

       Under PTO 77 section (1) a., "*Plaintiffs who file cases in California Superior Courts naming McKesson as Defendant that are subsequently removed by a Defendant and transferred to this MDL shall meet and confer in an attempt to resolve the remand issue prior to submission of any briefing.*"

       As required by the meet and confer process delineated in the order, Plaintiff provides the following information concerning McKesson's alleged connection to the Plaintiff's use of Taxotere/docetaxel:

       Plaintiff Kalyani Mokkapati was administered Docetaxel, bearing four different National Drug Codes, **66758-0050-01, 66758-0050-02, 16729-0231-63, and 16729-0267-64 at Valley Medical Oncology Associates in Pleasanton, California. Her docetaxel treatment period was from 8/5/2013 to 11/25/13** (see attached medical records with relevant information highlighted). **NDC 66758-0050-01 and 66758-0050-02, both manufactured by Sandoz Inc., are listed in McKesson's Multi-Oncology Product Catalog, as Catalog Numbers 751-278 and 751-279 respectively** (see attached catalog with NDC code highlighted).

As specified by PTO 77 section (1)b., "*In response to Plaintiff's informational statement detailed above, Defendant McKesson shall provide Plaintiff's counsel with a written statement indicating whether McKesson distributed Taxotere/Docetaxel to the facility named in the Plaintiff's informational statement, during the timeframe that Plaintiff was being treated, OR the Defendant(s) shall provide any information contradicting or otherwise demonstrating a lack of McKesson's connection to the Plaintiff within seven (7) days of the Plaintiff providing such information.*"

We look forward to continuing our conversation.

Sincerely,

Lindsay R. Stevens, Esq.
**Gomez Trial Attorneys**

FROM

(THU) JUN 29 2017 14:57/ST. 14:56/No. 9313020351 P  1

 

# FAX

 Stanford
**HEALTH CARE**

STANFORD MEDICINE

5725 West Las Positas Blvd. Ste. 100
Pleasanton, CA 94588
(925) 734-8130
(925) 225-9520 Fax

| | |
|---|---|
| **To:** | *Lauren Vogel* |
| **Fax:** | *619-237-3496* |
| **From:** | *Erma* |
| **Date:** | *6/29/17* |
| **Regarding:** | *Kalyani, Mokkapati* |

**Kavitha Raj, M.D.**
**Rishi Sawhney, M.D.**

## DISCLOSURE OF HEALTH INFORMATION

The document accompanying this facsimile transmission contains confidential information, belonging to the sender, which is legally privileged. This information is intended only for the use of the individual or entity to whom it is sent. The authorized recipient of this information may be prohibited from disclosing this information to any other party and may be required to destroy the information after its stated need has been fulfilled, unless otherwise required by State law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution or action taken in reliance on the contents of these documents is strictly prohibited and may subject you to penalties under federal and/or state law. If you have received this fax in error, please notify the sender immediately to arrange the return of these documents, and the correction of this incorrect fax number.

**Comments:**

*I was able to get NDC Codes*



**nucleus**
the center of your practice

# Activity

Group by Clinic, Station, Patient

Total Transactions
60

<u>Valley Medical Oncology Consultants</u>
5725 W Las Positas Blvd
Pleasanton, CALIFORNIA 94588

Transaction Date: 1/1/2013 to 6/29/2017 11:59:59 PM

**Valley Medical Onc Consultants-Fremont**

**156034ST1**

Mokkapati, Kalyani (811635)                          DOB: 4/27/1973

| | | |
|---|---|---|
| 10 mg Dispense | Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | Class: Medication |
| Trans Date: 8/5/2013 8:24:04 AM | Service Date: 8/5/2013 8:22:57 AM      NDC #: 63323-0516-10 | Lot #: 6001484 |
| J-Code: | | |
| Quantity Before: 1,970 mg | Quantity After: 1,960 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 10 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 60 mg WasteAtDispense | Product: Docetaxel 20mg 10mg/ml 2ml SDV (37029) | Class: Medication |
| Trans Date: 8/5/2013 8:24:04 AM | Service Date: 8/5/2013 8:22:57 AM      NDC #: 66758-0050-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 180 mg | Quantity After: 120 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 50 mg | Dose Status: Taken | |
| Wasted: 10 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 80 mg Dispense | Product: Docetaxel 80mg 10mg/ml 8ml MDV (37030) | Class: Medication |
| Trans Date: 8/5/2013 8:24:04 AM | Service Date: 8/5/2013 8:22:57 AM      NDC #: 66758-0050-02 | Lot #: |
| J-Code: | | |
| Quantity Before: 400 mg | Quantity After: 320 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 80 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 50 mg Dispense | Product: Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | Class: Medication |
| Trans Date: 8/5/2013 8:24:04 AM | Service Date: 8/5/2013 8:22:57 AM      NDC #: 55390-0616-10 | Lot #: 2005894 |
| J-Code: | | |
| Quantity Before: 700 mg | Quantity After: 650 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 50 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 1,000 mg WasteAtDispense | Product: Cyclophosphamide 1gm Powder SDV (24822) | Class: Medication |
| Trans Date: 8/5/2013 8:24:04 AM | Service Date: 8/5/2013 8:22:57 AM      NDC #: 10019-0956-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 2,000 mg | Quantity After: 1,000 mg | |

FROM

(THU)JUN 29 2017 14:57/ST. 14:56/No. 9313020351 P  3

| | | |
|---|---|---|
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 890 mg | **Dose Status:** Taken | |
| **Wasted:** 110 mg | **Waste Note:** | |
| **Physician:** Sharma Md, Phd, Vandana B | | |
| 25 mg Dispense | **Product:** Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | **Order #:** |
| **Trans Date:** 8/5/2013 8:24:04 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 63323-0664-01 | **Class:** Medication |
| **J-Code:** | | **Lot #:** |
| **Quantity Before:** 3,400 mg | **Quantity After:** 3,375 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 25 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | |
| 90 mg Dispense | **Product:** Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | **Order #:** |
| **Trans Date:** 8/5/2013 8:24:30 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 00703-5040-01 | **Class:** Medication |
| **J-Code:** | | **Lot #:** |
| **Quantity Before:** 560 mg | **Quantity After:** 470 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 90 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | |
| 150 mg Dispense | **Product:** Emend 150mg Lyophilized Powder SDV (37123) | **Order #:** |
| **Trans Date:** 8/5/2013 8:24:30 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 00006-3941-82 | **Class:** Medication |
| **J-Code:** | | **Lot #:** |
| **Quantity Before:** 450 mg | **Quantity After:** 300 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 150 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | |
| 250 mcg Dispense | **Product:** Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | **Order #:** |
| **Trans Date:** 8/5/2013 8:24:30 AM | **Service Date:** 8/5/2013 8:22:57 AM     **NDC #:** 62856-0797-01 | **Class:** Medication |
| **J-Code:** | | **Lot #:** |
| **Quantity Before:** 750 mcg | **Quantity After:** 500 mcg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 250 mcg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | |
| 6 mg Dispense | **Product:** Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | **Order #:** |
| **Trans Date:** 8/6/2013 2:20:48 PM | **Service Date:** 8/6/2013 2:20:28 PM     **NDC #:** 55513-0190-01 | **Class:** Medication |
| **J-Code:** | | **Lot #:** |
| **Quantity Before:** 30 mg | **Quantity After:** 24 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Calderon, Jessica | |
| **Dose:** 6 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | |
| 50 mg Dispense | **Product:** Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | **Order #:** |
| **Trans Date:** 8/26/2013 8:54:28 AM | **Service Date:** 8/26/2013 8:52:06 AM     **NDC #:** 55390-0616-10 | **Class:** Medication |
| **J-Code:** | | **Lot #:** 2005894 |
| **Quantity Before:** 1,250 mg | **Quantity After:** 1,200 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Sarinas, Candace | |
| **Dose:** 50 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |

| | | |
|---|---|---|
| 60 mg WasteAtDispense | Product: Docetaxel 20mg 10mg/ml 2ml SDV (37029) | Class: Medication |
| Trans Date: 8/26/2013 8:54:28 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 66758-0050-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 160 mg | Quantity After: 100 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 50 mg | Dose Status: Taken | |
| Wasted: 10 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 10 mg Dispense | Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | Class: Medication |
| Trans Date: 8/26/2013 8:54:28 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 63323-0516-10 | Lot #: 6001484 |
| J-Code: | | |
| Quantity Before: 2,535 mg | Quantity After: 2,525 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 10 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 50 mg WasteAtDispense | Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | Class: Medication |
| Trans Date: 8/26/2013 8:54:28 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 63323-0664-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 2,000 mg | Quantity After: 1,950 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 25 mg | Dose Status: Taken | |
| Wasted: 25 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 80 mg Dispense | Product: Docetaxel 80mg 10mg/ml 8ml MDV (37030) | Class: Medication |
| Trans Date: 8/26/2013 8:54:28 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 66758-0050-02 | Lot #: |
| J-Code: | | |
| Quantity Before: 240 mg | Quantity After: 160 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 80 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 150 mg Dispense | Product: Emend 150mg Lyophilized Powder SDV (37123) | Class: Medication |
| Trans Date: 8/26/2013 8:56:38 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 00006-3941-32 | Lot #: |
| J-Code: | | |
| Quantity Before: 300 mg | Quantity After: 150 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 150 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 250 mcg Dispense | Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | Class: Medication |
| Trans Date: 8/26/2013 8:56:38 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 62856-0797-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 1,750 mcg | Quantity After: 1,500 mcg | |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace | |
| Dose: 250 mcg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 100 mg WasteAtDispense | Product: Doxorubicin 50mg 2mg/ml 25ml SDV (10222) | Class: Medication |
| Trans Date: 8/26/2013 8:56:38 AM | Service Date: 8/26/2013 8:52:06 AM    NDC #: 63323-0883-30 | Lot #: |

FROM

(THU) JUN 29 2017 14:58/ST. 14:56/No. 9313020351 P 5

| | |
|---|---|
| J-Code: | |
| Quantity Before: 200 mg | Quantity After: 100 mg |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace |
| Dose: 90 mg | Dose Status: Taken |
| Wasted: 10 mg | Waste Note: |
| Physician: Sharma Md, Phd, Vandana B | |
| 1,000 mg WasteAtDispense | Product: Cyclophosphamide 500mg Powder SDV (24823)    Order #: |
| Trans Date: 8/26/2013 10:18:26 AM | Service Date: 8/26/2013 10:16:57 AM    NDC #: 10019-0955-01    Class: Medication    Lot #: |
| J-Code: | |
| Quantity Before: 1,000 mg | Quantity After: 0 mg |
| For: Mokkapati, Kalyani (B11635) | By: Sarinas, Candace |
| Dose: 890 mg | Dose Status: Taken |
| Wasted: 110 mg | Waste Note: |
| Physician: Sharma Md, Phd, Vandana B | |
| 6 mg Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618)    Order #: |
| Trans Date: 8/27/2013 12:09:08 PM | Service Date: 8/27/2013 12:06:45 PM    NDC #: 55513-0190-01    Class: Medication    Lot #: |
| J-Code: | |
| Quantity Before: 3G mg | Quantity After: 30 mg |
| For: Mokkapati, Kalyani (B11635) | By: Hall, Kimberly |
| Dose: 6 mg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |
| 1,000 mg WasteAtDispense | Product: Cyclophosphamide 1gm Powder SDV (24822)    Order #: |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 10019-0956-01    Class: Medication    Lot #: |
| J-Code: | |
| Quantity Before: 4,000 mg | Quantity After: 3,000 mg |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley |
| Dose: 890 mg | Dose Status: Taken |
| Wasted: 110 mg | Waste Note: |
| Physician: Sharma Md, Phd, Vandana B | |
| 60 mg WasteAtDispense | Product: Docetaxel 20mg 10mg/ml 2ml SDV (37029)    Order #: |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 66758-0050-01    Class: Medication    Lot #: |
| J-Code: | |
| Quantity Before: 240 mg | Quantity After: 180 mg |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley |
| Dose: 50 mg | Dose Status: Taken |
| , Wasted: 10 mg | Waste Note: |
| Physician: Sharma Md, Phd, Vandana B | |
| 50 mg Dispense | Product: Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738)    Order #: |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 55390-0616-10    Class: Medication    Lot #: 2005894 |
| J-Code: | |
| Quantity Before: 450 mg | Quantity After: 400 mg |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley |
| Dose: 50 mg | Dose Status: Taken |
| Physician: Sharma Md, Phd, Vandana B | |
| 25 mg Dispense | Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253)    Order #: |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM    NDC #: 63323-0664-01    Class: Medication    Lot #: |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 850 mg | Quantity After: 825 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 25 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 10 mg Dispense | Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM       NDC #: 63323-0516-10 | Lot #: 6001484 |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 410 mg | Quantity After: 400 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 10 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 80 mg Dispense | Product: Docetaxel 80mg 10mg/ml 8ml MDV (37030) | Class: Medication |
| Trans Date: 9/16/2013 8:33:03 AM | Service Date: 9/16/2013 8:31:22 AM       NDC #: 66758-0050-02 | Lot #: |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 320 mg | Quantity After: 240 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 80 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 150 mg Dispense | Product: Emend 150mg Lyophilized Powder SDV (37123) | Class: Medication |
| Trans Date: 9/16/2013 8:33:38 AM | Service Date: 9/16/2013 8:31:22 AM       NDC #: 00006-3941-32 | Lot #: |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 600 mg | Quantity After: 450 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 150 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 250 mcg Dispense | Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | Class: Medication |
| Trans Date: 9/16/2013 8:33:38 AM | Service Date: 9/16/2013 8:31:22 AM       NDC #: 62856-0797-01 | Lot #: |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 2,000 mcg | Quantity After: 1,750 mcg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 250 mcg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 90 mg Dispense | Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | Class: Medication |
| Trans Date: 9/16/2013 8:33:38 AM | Service Date: 9/16/2013 8:31:22 AM       NDC #: 00703-5040-01 | Lot #: |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 360 mg | Quantity After: 270 mg | |
| For: Mokkapati, Kalyani (811635) | By: Bruce, Ashley | |
| Dose: 90 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 6 mg Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | Class: Medication |
| Trans Date: 9/17/2013 12:04:31 PM | Service Date: 9/17/2013 12:03:34 PM       NDC #: 55513-0190-01 | Lot #: |

| | | |
|---|---|---|
| J-Code: | | |
| Quantity Before: 30 mg | Quantity After: 24 mg | |
| For: Mokkapati, Kalyani (811635) | By: Calderon, Jessica | |
| Dose: 6 mg | Dose Status: Taken | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 60 mg  WasteAtDispense | **Product:** Docetaxel 20mg 20mg/ml 1ml Solution SDV (39915) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:55:46 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 16729-0231-63 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 120 mg | **Quantity After:** 60 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Pena, Concepcion O | |
| **Dose:** 50 mg | **Dose Status:** Taken | |
| **Wasted:** 10 mg | **Waste Note:** | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 80 mg  Dispense | **Product:** Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:55:46 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 16729-0267-64 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 80 mg | **Quantity After:** 0 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Pena, Concepcion O | |
| **Dose:** 80 mg | **Dose Status:** Taken | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 25 mg  Dispense | **Product:** Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:55:46 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 63323-0664-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 2,275 mg | **Quantity After:** 2,250 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Pena, Concepcion O | |
| **Dose:** 25 mg | **Dose Status:** Taken | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 50 mg  Dispense | **Product:** Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (25738) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:55:46 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 55390-0616-10 | **Lot #:** 2005894 |
| **J-Code:** | | |
| **Quantity Before:** 600 mg | **Quantity After:** 550 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Pena, Concepcion O | |
| **Dose:** 50 mg | **Dose Status:** Taken | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 10 mg  Dispense | **Product:** Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:55:46 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 63323-0516-10 | **Lot #:** 6001484 |
| **J-Code:** | | |
| **Quantity Before:** 1,210 mg | **Quantity After:** 1,200 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Pena, Concepcion O | |
| **Dose:** 10 mg | **Dose Status:** Taken | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 150 mg  Dispense | **Product:** Emend 150mg Lyophilized Powder SDV (37123) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:56:17 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 00006-3941-32 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 150 mg | **Quantity After:** 0 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Pena, Concepcion O | |
| **Dose:** 150 mg | **Dose Status:** Taken | |

| | | |
|---|---|---|
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| 250 mcg  Dispense | **Product:** Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | **Class:** Medication |
| **Trans Date:** 10/7/2013 9:56:17 AM | **Service Date:** 10/7/2013 9:53:31 AM   **NDC #:** 62856-0797-01 | **Lot #:** |

J-Code:
Quantity Before: 1,250 mcg
For: Mokkapati, Kalyani (811635)
Dose: 250 mcg
Physician: Sharma Md, Phd, Vandana B
90 mg Dispense
Trans Date: 10/7/2013 9:56:17 AM

Quantity After: 1,000 mcg
By: Pena, Concepcion O
Dose Status: Taken

Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759)
Service Date: 10/7/2013 9:53:31 AM     NDC #: 00703-5040-01

Order #:
Class: Medication
Lot #:

J-Code:
Quantity Before: 120 mg
For: Mokkapati, Kalyani (811635)
Dose: 90 mg
Physician: Sharma Md, Phd, Vandana B
1,000 mg WasteAtDispense
Trans Date: 10/7/2013 12:05:51 PM

Quantity After: 30 mg
By: Pena, Concepcion O
Dose Status: Taken

Product: Cyclophosphamide 1gm Powder SDV (24822)
Service Date: 10/7/2013 12:04:33 PM     NDC #: 10019-0956-01

Order #:
Class: Medication
Lot #:

J-Code:
Quantity Before: 1,000 mg
For: Mokkapati, Kalyani (811635)
Dose: 890 mg
Wasted: 110 mg
Physician: Sharma Md, Phd, Vandana B
6 mg Dispense
Trans Date: 10/8/2013 2:03:19 PM

Quantity After: 0 mg
By: Pena, Concepcion O
Dose Status: Taken
Waste Note:

Product: Neulasta 6mg 30mg/ml 0.6ml Syringe (21618)
Service Date: 10/8/2013 2:02:02 PM     NDC #: 55513-0190-01

Order #:
Class: Medication
Lot #:

J-Code:
Quantity Before: 42 mg
For: Mokkapati, Kalyani (811635)
Dose: 6 mg
Physician: Sharma Md, Phd, Vandana B
10 mg Dispense
Trans Date: 10/28/2013 8:18:37 AM

Quantity After: 36 mg
By: Calderon, Jessica
Dose Status: Taken

Product: Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931)
Service Date: 10/28/2013 8:16:30 AM     NDC #: 63323-0516-10

Order #:
Class: Medication
Lot #: 6001484

J-Code:
Quantity Before: 720 mg
For: Mokkapati, Kalyani (811635)
Dose: 10 mg
Physician: Sharma Md, Phd, Vandana B
50 mg Dispense
Trans Date: 10/28/2013 8:18:37 AM

Quantity After: 710 mg
By: Bruce, Ashley
Dose Status: Taken

Product: Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (41552)
Service Date: 10/28/2013 8:16:30 AM     NDC #: 68382-0422-02

Order #:
Class: Medication
Lot #:

J-Code:
Quantity Before: 800 mg
For: Mokkapati, Kalyani (811635)
Dose: 50 mg
Physician: Sharma Md, Phd, Vandana B
60 mg WasteAtDispense
Trans Date: 10/28/2013 8:18:37 AM

Quantity After: 750 mg
By: Bruce, Ashley
Dose Status: Taken

Product: Docetaxel 20mg 10mg/ml 2ml SDV (37029)
Service Date: 10/28/2013 8:16:30 AM     NDC #: 66758-0050-01

Order #:
Class: Medication
Lot #:

J-Code:
Quantity Before: 60 mg
For: Mokkapati, Kalyani (811635)

Quantity After: 0 mg
By: Bruce, Ashley

| | | |
|---|---|---|
| Dose: 50 mg | Dose Status: Taken | |
| Wasted: 10 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 80 mg  Dispense | Product: Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468) | Class: Medication |
| Trans Date: 10/28/2013 8:18:37 AM | Service Date: 10/28/2013 8:16:30 AM   NDC #: 16729-0267-64 | Lot #: |
| J-Code: | | |
| Quantity Before: 80 mg | Quantity After: 0 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 80 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 25 mg  Dispense | Product: Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | Class: Medication |
| Trans Date: 10/28/2013 8:18:37 AM | Service Date: 10/28/2013 8:16:30 AM   NDC #: 63323-0664-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 1,000 mg | Quantity After: 975 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 25 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 1,000 mg  WasteAtDispense | Product: Cyclophosphamide 1gm Powder SDV (24R22) | Class: Medication |
| Trans Date: 10/28/2013 8:18:37 AM | Service Date: 10/28/2013 8:16:30 AM   NDC #: 10019-0956-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 2,000 mg | Quantity After: 1,000 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 890 mg | Dose Status: Taken | |
| Wasted: 110 mg | Waste Note: | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 150 mg  Dispense | Product: Emend 150mg Lyophilized Powder SDV (37123) | Class: Medication |
| Trans Date: 10/28/2013 8:19:34 AM | Service Date: 10/28/2013 8:16:30 AM   NDC #: 00006-3941-32 | Lot #: |
| J-Code: | | |
| Quantity Before: 450 mg | Quantity After: 300 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 150 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 90 mg  Dispense | Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | Class: Medication |
| Trans Date: 10/28/2013 8:19:34 AM | Service Date: 10/28/2013 8:16:30 AM   NDC #: 00703-5040-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 190 mg | Quantity After: 100 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 90 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 250 mcg  Dispense | Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | Class: Medication |
| Trans Date: 10/28/2013 8:19:34 AM | Service Date: 10/28/2013 8:16:30 AM   NDC #: 62856-0797-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 2,750 mcg | Quantity After: 2,500 mcg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 250 mcg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |

| | | |
|---|---|---|
| **6 mg** Dispense | **Product:** Neulasta 6mg 10mg/ml 0.6ml Syringe (21638) | **Class:** Medication |
| **Trans Date:** 10/29/2013 1:46:27 PM | **Service Date:** 10/29/2013 1:44:45 PM   **NDC #:** 55513-0190-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 42 mg | **Quantity After:** 36 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Calderon, Jessica | |
| **Dose:** 6 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **25 mg** Dispense | **Product:** Diphenhydramine 50mg 50mg/ml 1ml SDV 25/pk (22253) | **Class:** Medication |
| **Trans Date:** 11/25/2013 8:15:33 AM | **Service Date:** 11/25/2013 8:14:46 AM   **NDC #:** 63323-0664-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 762.5 mg | **Quantity After:** 737.5 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 25 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **10 mg** Dispense | **Product:** Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk (26931) | **Class:** Medication |
| **Trans Date:** 11/25/2013 8:15:33 AM | **Service Date:** 11/25/2013 8:14:46 AM   **NDC #:** 63323-0516-10 | **Lot #:** 6001484 |
| **J-Code:** | | |
| **Quantity Before:** 205 mg | **Quantity After:** 195 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 10 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **20 mg** Dispense | **Product:** Docetaxel 20mg 10mg/ml 2ml SDV (37029) | **Class:** Medication |
| **Trans Date:** 11/25/2013 8:15:33 AM | **Service Date:** 11/25/2013 8:14:46 AM   **NDC #:** 66758-0050-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 60 mg | **Quantity After:** 40 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 20 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **50 mg** Dispense | **Product:** Ranitidine 50mg 25mg/ml 2ml SDV 10/pk (41552) | **Class:** Medication |
| **Trans Date:** 11/25/2013 8:15:33 AM | **Service Date:** 11/25/2013 8:14:46 AM   **NDC #:** 68382-0422-02 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 1,250 mg | **Quantity After:** 1,200 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 50 mg | **Dose Status:** Taken | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **1,000 mg** WasteAtDispense | **Product:** Cyclophosphamide 1gm Powder SDV (24822) | **Class:** Medication |
| **Trans Date:** 11/25/2013 8:15:33 AM | **Service Date:** 11/25/2013 8:14:46 AM   **NDC #:** 10019-0956-01 | **Lot #:** |
| **J-Code:** | | |
| **Quantity Before:** 2,000 mg | **Quantity After:** 1,000 mg | |
| **For:** Mokkapati, Kalyani (B11635) | **By:** Bruce, Ashley | |
| **Dose:** 890 mg | **Dose Status:** Taken | |
| **Wasted:** 110 mg | **Waste Note:** | |
| **Physician:** Sharma Md, Phd, Vandana B | | **Order #:** |
| **80 mg** Dispense | **Product:** Docetaxel 80mg 10mg/ml 8ml MDV (37090) | **Class:** Medication |
| **Trans Date:** 11/25/2013 8:15:33 AM | **Service Date:** 11/25/2013 8:14:46 AM   **NDC #:** 66758-0050-02 | **Lot #:** |
| **J-Code:** | | |

| | | |
|---|---|---|
| Quantity Before: 240 mg | Quantity After: 160 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 80 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 90 mg  Dispense | Product: Doxorubicin 200mg 2mg/ml 100ml MDV (10759) | Class: Medication |
| Trans Date: 11/25/2013 8:15:36 AM | Service Date: 11/25/2013 8:14:46 AM    NDC #: 00703-5040-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 660 mg | Quantity After: 570 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 90 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 150 mg  Dispense | Product: Emend 150mg Lyophilized Powder SDV (37123) | Class: Medication |
| Trans Date: 11/25/2013 8:15:36 AM | Service Date: 11/25/2013 8:14:46 AM    NDC #: 00006-3941-32 | Lot #: |
| J-Code: | | |
| Quantity Before: 150 mg | Quantity After: 0 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 150 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 250 mcg  Dispense | Product: Aloxi 250mcg Prefill Syringe-Pharmacy (PFSAloxi250mcg) | Class: Medication |
| Trans Date: 11/25/2013 8:16:49 AM | Service Date: 11/25/2013 8:16:34 AM    NDC #: 62856-0797-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 1,250 mcg | Quantity After: 1,000 mcg | |
| For: Mokkapati, Kalyani (B11635) | By: Bruce, Ashley | |
| Dose: 250 mcg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |
| 6 mg  Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | Class: Medication |
| Trans Date: 11/26/2013 3:23:19 PM | Service Date: 11/26/2013 3:20:06 PM    NDC #: 55513-0190-01 | Lot #: |
| J-Code: | | |
| Quantity Before: 30 mg | Quantity After: 24 mg | |
| For: Mokkapati, Kalyani (B11635) | By: Silva, Maryanne | |
| Dose: 6 mg | Dose Status: Taken | |
| Physician: Sharma Md, Phd, Vandana B | | Order #: |

**End of Report**

FROM                                           (FRI)JUN 30 2017  8:37/ST. 8:36/No. 3313020355  P  2



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

# *Clinical Summary*

Patient Name:   Mokkapati, Kalyani          DOB: 4/27/1973 (44 yrs, 2 mos)        Report Date:  6/30/2017
Patient Number: B11635                       Gender:  Female                      Date Printed: 6/30/2017

### Allergies

| Allergy | Reaction | Severity | Active | Inactive Reason | Last Verified |
|---------|----------|----------|--------|-----------------|---------------|
| No Known Drug Allergies | | | | | 2/10/2017 9:49AM MW |

### Oncology/Hematology Diagnoses

| Date | Type | ICD-9 | ICD-10 | Stg Date | Description | Tx Setting | Status | Sts Date |
|------|------|-------|--------|----------|-------------|------------|--------|----------|
| 7/9/2013 | Primary | 174.9 | C50.912 | 7/9/2013 | Breast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Positive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous,Gene mutation=No mutation detected | Adjuvant | NED | 2/10/2017 |
| 8/5/2013 | History | V66.2 | | | Chemotherapy Convalescen | | | |
| 10/8/2013 | History | 288.03 | | | *Neutropenia Drug Induced | | | |

### Other Medical Problems

| Date | Type | ICD-9 | ICD-10 | Problem | Comment | Status | Sts Date |
|------|------|-------|--------|---------|---------|--------|----------|
| 4/11/2001 | Condition | | | C-section | | Resolved | 5/24/2013 |
| 6/1/2007 | Diagnosis | | | h/o abdominoplasty | | Active | 8/14/2013 |
| 5/24/2013 | Diagnosis | | | BRCA1, BRCA2, BART normal | | Active | 8/27/2013 |
| 7/29/2013 | Diagnosis | | | EF = 65% | San Ramon | Active | 7/29/2013 |
| 3/3/2014 | Diagnosis | | | Paragard IUD | Dr. Michele Riopelle | Active | 8/14/2013 |

### Previous Treatment History

| Date | Type | Details | Outcome | Comment |
|------|------|---------|---------|---------|
| 6/24/2013 | Surgery, Curative | bilateral mastectomy | | 4.3 cm left breast cancer; 3.5 cm intermediate, solid/cribriform DCIS, NI right breast |
| 8/5/2013 | Chemotherapy | Diag: breast cancer, Regimen: TAc, Tx Setting: Adjuvant | | X6, completed 11/26/13 |
| 2/20/2014 | Radiation Therapy, Curative | Loc: Chest, Dose: 120 | | completed 2/7/14 |

FROM

(FRI) JUN 30 2017  8:37/ST. 8:36/No. 9313020355 P  3

**On-Going Treatment Events**  No on-going treatment events have been entered for this patient

### Flowsheets/Regimens

| Regimen | Start Date | Last Tx | Cycles Given/Planned | ICD | Tx Setting | Status | Reason for DC |
|---|---|---|---|---|---|---|---|
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6) v2.0 | 8/5/2013 | 11/26/2013 | 6/6 | 174.9, 288.03, 174.9, 288.03, V66.2, 174.9 | Adjuvant | Completed | |
| Tamoxifen 20 mg PO daily v4.0 | 3/7/2014 | 2/8/2017 | 0/16 | 174.9/C50.912 | Adjuvant | Discontinued | Change in Comorbidities |
| Letrozole (Femara) 2.5 mg PO daily v2.0 | 9/28/2015 | 9/28/2015 | 0/3 | 174.9/C50.912 | Adjuvant | Discontinued | periods restarted |
| Letrozole (Femara) 2.5 mg PO daily v2.0 | 2/10/2017 | 2/9/2021 | 0/5 | 174.9/C50.912 | Adjuvant | Ongoing | |

### Prescriptions

| Date | Drug | Qty | Rfls | Sig | Last Verified |
|---|---|---|---|---|---|
| 4/29/2014 | aspirin 81 mg tablet,delayed release | | 0 | 1 p.o. q. day | 2/10/2017 MW |
| 4/24/2017 | letrozole 2.5 mg tablet | 30 | 2 | 1 p.o. q. day | |
| 2/10/2017 | letrozole 2.5 mg tablet | 90 | 3 | 1 p.o. q. day | |
| 2/10/2017 | levothyroxine 50 mcg tablet | | 0 | 1 p.o. q. day | 2/10/2017 MW |
| 9/09/2015 | Vitamin D3 1,000 unit tablet | | 0 | 1 p.o. q. day | 2/10/2017 MW |

### ARRA Smoking Status

| Question | Response | Entered/Verified |
|---|---|---|
| Tobacco Use | Never smoker | 10/3/2016 CN |
| Smoking Cessation Intervention | Not Offered | 10/3/2016 CN |

### Providers

| Type | Name | Fax phone | Office phone | Work email |
|---|---|---|---|---|
| General Surgery | Gardiner, Barry | (925)275-1200 | (925)275-1210 | |
| Gynecologist | Riopelle, Michelle | (925)855-8054 | (925)855-0403 | |
| Other | Valleycare, Lymphedema Therapy | (925)479-3790 | | |
| Primary Care Provider | Musco, Dolores | (925)866-1006 | (925)866-1005 | |
| Radiation Oncologist | Patel MD, Rakesh R | (510)727-2751 | (510)727-2750 | rpatel@vmoc.com |
| Referring Provider | Gardiner, Barry | (925)275-1200 | (925)275-1210 | |

### Immunizations
There are no immunizations for this patient.

### Family History

| Relationship | Name | Sex | Birth Date/Age | Status | Races | Patient Reported |
|---|---|---|---|---|---|---|
| 65656005 Natural mother | Mokkapati, Suguna | F | Age 62 as of 6/10/2015 | Living | | |

| Hypertension | | | | Observed: 6/10/2015 | | |
|---|---|---|---|---|---|---|
| 9947008 Natural father | Mokkapati, Kannaiah | M | Age 75 as of 6/10/2015 | Living | | |
| Diabetes, type I pt not sure type of diabetes | | | | Observed: 6/10/2015 | | |

FROM                                              (FRI)JUN 30 2017  8:37/ST. 8:36/No. 9313020355 P  5

**Department of Pathology**
Telephone: (925)275-8268

SAN RAMON REGIONAL
MEDICAL CENTER
San California

**Medical Directors:**
Emad Kasbipour, M.D.

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kasbipour, MD

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485

| Collected Date and Time | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

## DIAGNOSIS:

A.   **Left breast core biopsies:**
       In situ and infiltrating adenocarcinoma of breast duct origin, mucinous type, up to 1.1 cm, receptors ER positive, PR positive, HER-2/neu 0+ IPOX, low proliferation index.

B.   **Right breast core biopsies:**
       1.   Non proliferative fibrocystic change with focal columnar cell change.
       2.   No atypical hyperplasia or neoplasia.

CARL CRITZ
(Electronic Signature)
Verified: 05/22/2013
CC /KN

## COMMENT:
**BREAST NEEDLE CORE BIOPSY TUMOR SYNOPTIC COMMENT:**
Specimen B

Invasive tumor type:    Mucinous
Invasive tumor size (on individual cores):  Up to 1.1 cm
Invasive tumor grade (modified SBR T/N/M):  2 + 2 + 2 = 6 of 9, moderately differentiated
Angiolymphatic invasion:    Not identified
Ductal carcinoma in situ type: Solid
DCIS grade:    Intermediate
DCIS size (in cm maximum length on each core):  Microscopic
Microcalcification:    No
Lobular carcinoma in situ: Not seen
Additional findings:    None
Receptors:            ER positive, PR positive, HER-2/neu 0+ expression, low proliferation index(Ki67 - 4%).
Fixation time meets ASCO and CAP guidelines

## SPECIMEN SOURCE:
A    Left Breast Core Biopsies
B    Right Breast Core Biopsies

Ordering:  GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center
Admitted: 05/17/2013
Discharge: 05/17/2013

Printed: 06/19/2013 11:16:17 PDT                    1 of 4



FROM                                                               FRI JUN 30 2017  8:35/ST. 8:36/No.3318020355 P  6

**Department of Pathology**
Telephone: (925)275-8268


SAN RAMON REGIONAL
MEDICAL CENTER
Town Officers

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kasbitour, MD

**Medical Directors:**
Emad Kasbipour, M.D.

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485

| Collected Date and Time | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

## CLINICAL INFORMATION:
Bilateral breast core biopsies; bilateral breast masses

## GROSS EXAMINATION:
A.    **Left breast core biopsies:**  Received in formalin as Mokkapati, Kalyani "Left breast core biopsies", are four fragments of white, yellow and pink semitranslucent core biopsies, from 1.5 to 1.6 cm in length, up to 0.1 cm in width. Tissue submitted complete for micro exam as A. RM

B.    **Right breast core biopsies:**  Received in formalin as Mokkapati, Kalyani "Right breast core biopsies", are two white tan core biopsies, 1.6 and 2.3 cm in length, up to 0.1 cm in width.  Tissue submitted complete in foam for micro exam as B. RM

RM /KN

## MICROSCOPIC EXAMINATION:
A.     Two slides show portions of fibroadipose breast tissue infiltrated by a mucin producing neoplasm with areas showing pools of mucus with floating, focally cribriform groups of neoplastic cells with moderate nuclear pleomorphism, some large nuclei with prominent single red nucleoli.  Where clear infiltrative pattern is identified, a moderate tendency to form tubules is seen (2).  Seven mitotic figures are seen per ten high power fields of 0.59 mm (2), for an SBR score of 6 of 9, moderately differentiated.   Focally there appears to be a solid in situ component to the neoplasm, also of intermediate grade with suggestions of early comedonecrosis focally.  All of the cores are involved and the largest dimension identified is 1.1 cm.

B.     Two slides show two cores of breast tissue showing prominent fibrous tissue compatible with fibrocystic change with occasional areas of ductal epithelium showing columnar cell change without flat epithelial atypia, usual hyperplasia, or invasive neoplasm evident.   In some area usual hyperplasia cannot be excluded with certainty.

05/21/2013
Cancer prognostic panel is prepared by assisted quantitative image analysis system (ACIS) at YPMG.  ER 100%, PR 38%, Ki-67 4% and HER-2/neu 0+, all favorable results.

A. 88305
B. 88305

Ordering: GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center/
Admitted: 05/17/2013
Discharge: 05/17/2013

Printed: 06/19/2013 11:16:17 PDT                2 of 4

FROM
(FRI)JUN 30 2017  8:38/ST. 8:36/No. 9313020355 P  7

**Department of Pathology**
Telephone: (925)275-8268


SAN RAMON REGIONAL
MEDICAL CENTER
Tenet California

**Medical Directors:**
Emad Kaahipour, M.D.

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kaahitour, MD

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485



| Collected Date and Time: | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

# PRELIMINARY EVALUATION:

A.   Left breast core biopsies:
        In Situ and Infiltrating Adenocarcinoma of Breast Duct Origin, Mucinous type
B.   Right breast core biopsies:
        1.   Non proliferative fibrocystic change with focal columnar cell change.
        2.   No atypical hyperplasia or neoplasia.

## COMMENT:
**BREAST NEEDLE CORE BIOPSY TUMOR SYNOPTIC COMMENT:**
Specimen B

Invasive tumor type:   Mucinous
Invasive tumor size (on individual cores):  Up to 1.1 cm
Invasive tumor grade (modified SBR T/N/M):  2 + 2 + 2 = 6 of 9, moderately differentiated
Angiolymphatic invasion:       Not identified
Ductal carcinoma in situ type: Solid
DCIS grade:    Intermediate
DCIS size (in cm maximum length on each core):  Microscopic
Microcalcification:       No
Lobular carcinoma in situ: Not seen
Additional findings:    None
Receptors:        Pending
Fixation time meets ASCO and CAP guidelines

## SPECIMEN SOURCE:
A    Left Breast Core Biopsies
B    Right Breast Core Biopsies

## CLINICAL INFORMATION:
Bilateral breast core biopsies; bilateral breast masses

## GROSS EXAMINATION:

Ordering:  GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Printed: 06/19/2013 11:16:17 PDT                    3 of 4

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center/
Admitted: 05/17/2013
Discharge: 05/17/2013



**Department of Pathology**
Telephone: (925)275-8268

**Medical Directors:**
Emad Kaabipour, M.D.

SAN RAMON REGIONAL
MEDICAL CENTER

6001 Norris Canyon Road
San Ramon, CA
94583
Emad Kaabipour, MD

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485

| Collected Date and Time: | Received Date and Time: | Accession Number: |
|---|---|---|
| 05/17/2013 10:31:00 PDT | 05/17/2013 14:32:00 PDT | 554-SP-13-002433 |

A.   **Left breast core biopsies:** Received in formalin as Mokkapati, Kalyani "Left breast core biopsies", are four fragments of white, yellow and pink semitranslucent core biopsies, from 1.5 to 1.8 cm in length, up to 0.1 cm in width. Tissue submitted complete for micro exam as A. RM

B.   **Right breast core biopsies:** Received in formalin as Mokkapati, Kalyani "Right breast core biopsies", are two white tan core biopsies, 1.5 and 2.3 cm in length, up to 0.1 cm in width.  Tissue submitted complete in foam for micro exam as B. RM

## INTRAOPERATIVE FROZEN CONSULTATION:
—

## INTRAOPERATIVE CYTOLOGIC CONSULTATION
—

## INTRAOPERATIVE GROSS CONSULTATION:
—

## MICROSCOPIC EXAMINATION:
A.   Two slides show portions of fibroadipose breast tissue infiltrated by a mucin producing neoplasm with areas showing pools of mucus with floating, focally cribriform groups of neoplastic cells with moderate nuclear pleomorphism, some large nuclei with prominent single red nucleoli.  Where clear infiltrative pattern is identified, a moderate tendency to form tubules is seen (2).  Seven mitotic figures are seen per ten high power fields of 0.59 mm (2), for an SBR score of 6 of 9, moderately differentiated.   Focally there appears to be a solid in situ component to the neoplasm, also of intermediate grade with suggestions of early comedonecrosis focally.  All of the cores are involved and the largest dimension identified is 1.1 cm.

B.   Two slides show two cores of breast tissue showing prominent fibrous tissue compatible with fibrocystic change with occasional areas of ductal epithelium showing columnar cell change without flat epithelial atypia, usual hyperplasia, or invasive neoplasm evident.  In some area usual hyperplasia cannot be excluded with certainty.

CARL CRITZ
(Electronic Signature)
Verified: 05/21/2013
CC /KN

Ordering: GARDINER MD, BARRY
Admitting: GARDINER MD, BARRY
Consulting:

Printed: 06/19/2013 11:16:17 PDT          4 of 4

Patient Name: MOKKAPATI, KALYANI K
MRN: 349085
Acct #: 4722485
DOB: 04/27/1973  Age: 40 years  Sex: Female
Location: SRM-AC Ambulatory Center/
Admitted: 05/17/2013
Discharge: 05/17/2013

FROM                                    (FRI)JUN 30 2017  8:38/ST. 8:36/No. 9313020355 P 9

CONFIDENTIAL



### *Integrated BRACAnalysis®*
### BRCA1 and BRCA2 Analysis Result



MYRIAD.

| PHYSICIAN | SPECIMEN | | PATIENT | |
|---|---|---|---|---|
| Vandana Sharma, MD PhD | Specimen Type: | **Blood** | Name: | Mokkapati, Kalyani |
| Valley Medical Oncology Consultants | Draw Date: | **May 24, 2013** | Date of Birth: | **Apr 27, 1973** |
| 2500 Mowry Ave | Accession Date: | **May 28, 2013** | Patient ID: | |
| # 227 | Report Date: | **Jun 14, 2013** | Gender: | **Female** |
| Fremont, CA 94538 | | | Accession #: | **01337766-BLD** |
| | | | Requisition #: | **3301052** |

## Test Results and Interpretation

## NO MUTATION DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| *BRCA1* sequencing | No Mutation Detected | No Mutation Detected |
| comprehensive rearrangement | No Mutation Detected | No Mutation Detected |
| *BRCA2* sequencing | No Mutation Detected | No Mutation Detected |
| comprehensive rearrangement | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of sequencing of all translated exons and immediately adjacent intronic regions of the BRCA1 and BRCA2 genes and a comprehensive rearrangement test of both BRCA1 and BRCA2 by quantitative PCR analysis (BRACAnalysis Rearrangement Test, BART). The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No deleterious mutation was found in BRCA1 or BRCA2 in this individual by sequencing and quantitative PCR analysis. This test is designed to identify mutations in 22 exons and approximately 750 adjacent intronic base pairs of BRCA1 as well as 26 exons and approximately 950 adjacent intronic base pairs of BRCA2 (a total of over 17,600 base pairs analyzed). This test is also designed to detect duplications and deletions involving the promoter region and coding exons of BRCA1 and BRCA2. There are other, rare genetic abnormalities in BRCA1 and BRCA2 that this test will not detect. This result, however, rules out the majority of abnormalities believed to be responsible for hereditary susceptibility to breast and ovarian cancer (Ford D et al., Am J Human Genetics 62:676-689, 1998). If this individual has never had breast or ovarian cancer, it is recommended that testing an affected relative be considered to help clarify the clinical significance of this individual's negative test result.

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

Benjamin B. Roa, Ph.D.                  Richard J. Wenstrup, MD
Diplomate ABMG                          Diplomate ABMG
Laboratory Director                     Chief Medical Officer

These test results should only be used in conjunction with the patient's clinical history and any previous analysis of appropriate family members. The patient's clinical history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.   ID: 01337766-BLD 1 of 6

MYRIAD GENETIC LABORATORIES, INC. ♦ 320 WAKARA WAY, SALT LAKE CITY, UTAH 84108 ♦ (800) 469-7423 ♦ FAX (801) 584-3615

# Palo Alto Pathology Inc.

Kenneth Hodor, M.D. — Director

2325 El Camino Real, Palo Alto, California 94306 · 1-800-303-4PAP

| | | |
|---|---|---|
| KALYANI MOKKAPARTI | DEPT #: | C13-23193 |
| 2022 LEMONWOOD CT. | SERVICE: | 05/02/2013 |
| SAN RAMON, CA 94582 | RECEIVED: | 05/02/2013 |
| | REPORTED: | 05/06/2013 |

DEAR KALYANI MOKKAPARTI:

We have been authorized by your physician to inform you that your recent PAP test showed no significant abnormality. We encourage you to schedule another annual visit in one year or return to your physician's office for any problem you may encounter prior to that time.

It is a pleasure providing you with health care and do not hesitate to contact your physician if you have additional questions.

Thank you.

Querida Paciente:

Hemos recibido autorización de su médico para informarle que su reciente papanicolau demostro ningun significante anormalidad. Le recomendamos que haga otra cita para su examen anual en un ano o que regrese a la oficina de su médico por cualquier problema que tenga antes de ese tiempo.

Es un placer proporcionarle su cuidado de salud y no deje de ponerse en contacto con su medico si tiene otras preguntas.

Gracias.

YOUR REFERRING PHYSICIAN: MICHELE RIOPELLE, M.D.

MICHELE RIOPELLE, M.D.
917 SAN RAMON VALLEY BLVD. STE 190
DANVILLE, CA 94526

FROM                                    (THU) JUN 29 2017 14:46/ST. 14:37/No. 8313020347 P  3

**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

**Treatment Plan**
Patient Name:  Mokkapati, Kalyani
Patient Number: B11635

Page: 1
6/29/2017

DOB: 4/27/1973 (44 yrs, 2 mos)

**Print Options**
Select Date Range:
○ All
● Select Beginning: [1/4/2016]     Ending: [6/29/2017]
Item Types to Print:
☐ Activities
☑ Drugs
☑ Tests

[OK]  [Cancel]

| General | Fri 5/24/13 | Wed 6/19/13 | Mon 6/24/13 | Tue 7/9/13 | Mon 7/15/13 | Thu 7/18/13 | Mon 8/5/13 |
|---|---|---|---|---|---|---|---|
| *Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | • | | | | | • | • |
| *CMP | • | | | | | • | |
| T3, Free | | | | | | | |
| PT\INR | • | | | | | | |
| Ferritin | | | | | | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | • | | | | | | |
| Iron Panel | | | | | | | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | • | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | Scheduled/MC | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | Pending/VS | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | Pending/VS | | | |
| C-XRay | Pending/VS | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | Sharma/99245 | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | • | | | | |
| MD | | Sharma/99215 | | Sharma/99215 | | Sharma/99215 | Sharma/9921 |
| Gown | | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | WH IC/VS | |

| Refer to | | | | Surgery/VS | | | |
|---|---|---|---|---|---|---|---|
| CC PCP | | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | |
| Letrozole (Femara) | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | |
| Letrozole (Femara) | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | | |
| Tamoxifen (Nolvadex) | | | | | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | | |
| DOCEtaxel (Taxotere) | | | | | | | 130 mg |
| DOXOrubicin (Adriamycin IVP) | | | | | | | 90 mg |
| Cyclophosphamide (Cytoxan) | | | | | | | 890 mg |
| PALONOsetron (Aloxi IV) | | | | | | | 250 mcg |
| Diphenhydramine HCl (Benadryl IV) | | | | | | | 25 mg |
| Fosaprepitant (Emend) | | | | | | | 150 mg |
| Dexamethasone (Decadron) IV | | | | | | | 10 mg |
| Ranitidine HCL (Zantac) IV | | | | | | | 50 mg |
| Pegfilgrastim (Neulasta) | | | | | | | |
| CL4 | | | | | | | • |
| CS | | | | | | | |
| Business Office | | | | | | | Authorized/A |

FROM                                    (THU) JUN 29 2017 14:46/ST. 14:37/No. 8313020347 P   5



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130   Fax: 925-225-9520

## Treatment Plan

Patient Name:   Mokkapati, Kalyani                    DOB: 4/27/1973 (44 yrs, 2 mos)                Page: 2
Patient Number: B11635                                                                              6/29/2017

| | Tue 8/6/13 | Thu 8/22/13 | Mon 8/26/13 | Tue 8/27/13 | Fri 9/13/13 | Mon 9/16/13 | Tue 9/17/13 |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| ~Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | | • | | | • | | |
| *CMP | | • | | | • | | |
| T3, Free | | | | | | | |
| PT/INR | | | | | | | |
| Ferritin | | | | | • | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | • | | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | | da/99214 | | | Sharma/99214 | | |
| Gown | | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

FROM

(THU)JUN 29 2017 14:46/ST.14:37/No.9313020347 P  6

| Refer to | | | | |
|---|---|---|---|---|
| CC PCP | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | |
| Letrozole (Femara) | | | | |
| ROS Endocrine:Hot Flashes | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | |
| Letrozole (Femara) | | | | |
| ROS Endocrine:Hot Flashes | | | | |
| *Tamoxifen 20 mg PO daily* | | | | |
| Tamoxifen (Nolvadex) | | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | |
| DOCEtaxel (Taxotere) | | 130 mg | 130 mg | |
| DOXOrubicin (Adriamycin IVP) | | 90 mg | 90 mg | |
| Cyclophosphamide (Cytoxan) | | 890 mg | 890 mg | |
| PALONOsetron (Aloxi IV) | | 0.25 mg | 250 mcg | |
| Diphenhydramine HCl (Benadryl IV) | | 25 mg | 25 mg | |
| Fosaprepitant (Emend) | | 150 mg | 150 mg | |
| Dexamethasone (Decadron) IV | | 10 mg | 10 mg | |
| Ranitidine HCL (Zantac) IV | | 50 mg | 50 mg | |
| Pegfilgrastim (Neulasta) | 6 mg | 6 mg | | 6 mg |
| CL4 | | * | * | |
| CS | * | * | * | |
| Business Office | | | | |

FROM

(THU) JUN 29 2017 14:46/ST. 14:37/No. 9313020347 P   7



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapati, Kalyani

Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 3
6/29/2017

| | Fri 10/4/13 | Mon 10/7/13 | Tue 10/8/13 | Thu 10/24/13 | Mon 10/28/13 | Tue 10/29/13 | Thu 11/14/13 |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| *Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | • | | | • | | | • |
| *CMP | • | | | • | | | •  • |
| T3, Free | | | | | | | |
| PT/INR | | | | | | | |
| Ferritin | | | | | | | |
| TSH | | | | | | | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | Sharma/99213 | | | Sharma/99214 | | | Sharma/9921 |
| Gown | | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

| Refer to | | | XRT/VS | | |
|---|---|---|---|---|---|
| CC PCP | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | |
| Letrozole (Femara) | | | | | |
| ROS Endocrine:Hot Flashes | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | |
| Letrozole (Femara) | | | | | |
| ROS Endocrine:Hot Flashes | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | |
| Tamoxifen (Nolvadex) | | | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | |
| DOCEtaxel (Taxotere) | 130 mg | | | 130 mg | |
| DOXOrubicin (Adriamycin IVP) | 90 mg | | | 90 mg | |
| Cyclophosphamide (Cytoxan) | 890 mg | | | 890 mg | |
| PALONOsetron (Aloxi IV) | 0.25 mg | | | 250 mcg | |
| Diphenhydramine HCl (Benadryl IV) | 25 mg | | | 25 mg | |
| Fosaprepitant (Emend) | 150 mg | | | 150 mg | |
| Dexamethasone (Decadron) IV | 10 mg | | | 10 mg | |
| Ranitidine HCL (Zantac) IV | 50 mg | | | 50 mg | |
| Pegfilgrastim (Neulasta) | | 6 mg | | | 6 mg |
| CL4 | • | | | • | |
| CS | | • | | | • |
| Business Office | | | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130   Fax: 925-225-9520

## Treatment Plan

Patient Name:   Mokkapati, Kalyani
Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 4
6/29/2017

| General | Mon 11/25/13 | Tue 11/26/13 | Thu 12/12/13 | Wed 2/5/14 | Fri 3/7/14 | Tue 4/29/14 | Mon 7/21/14 |
|---|---|---|---|---|---|---|---|
| *Vitals | | | | | | | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | • | | • | | • | • | |
| *CMP | | | • | | • | • | |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | | | | | • | |
| TSH | | | | | | • | |
| Estradiol | | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | • | |
| FSH | | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | Sharma/9921 |
| Offsite Surgery | | | | | | | |
| MD | | | Sharma/99215 Sharma | | Sharma/99214 Sharma/99214 | | |
| Gown | | | | | | | |
| No Show | | | I/M | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

| Refer to | | | | | Lymphedema/VS | | |
|---|---|---|---|---|---|---|---|
| CC PCP | | | | | | • | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | |
| Letrozole (Femara) | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | |
| Letrozole (Femara) | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | | |
| Tamoxifen (Nolvadex) | | | | | 20 mg | 20 mg | 20 mg |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | | |
| DOCEtaxel (Taxotere) | 100 mg | | | | | | |
| DOXOrubicin (Adriamycin IVP) | 90 mg | | | | | | |
| Cyclophosphamide (Cytoxan) | 890 mg | | | | | | |
| PALONOsetron (Aloxi IV) | 250 mcg | | | | | | |
| Diphenhydramine HCl (Benadryl IV) | 25 mg | | | | | | |
| Fosaprepitant (Emend) | 150 mg | | | | | | |
| Dexamethasone (Decadron) IV | 10 mg | | | | | | |
| Ranitidine HCL (Zantac) IV | 50 mg | | | | | | |
| Pegfilgrastim (Neulasta) | | 6 mg | | | | | |
| CL4 | • | | | | | | |
| CS | | • | | | | | |
| Business Office | | | | | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130  Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapati, Kalyani
Patient Number: B11635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 5
6/29/2017

| | Mon 10/13/14 | Wed 10/29/14 | Wed 1/21/15 | Wed 3/4/15 | Wed 3/11/15 | Wed 6/10/15 | Wed 9/9/15 |
|---|---|---|---|---|---|---|---|
| *General* | | | | | | | |
| *Vitals | | | | | | | • |
| Vitamin D. 25-Hydroxy Levels | | | | | | | • |
| *CBC | ± | • | | | | • | • |
| *CMP | ± | • | | | | • | • |
| T3, Free | | | | | | | • |
| PT/INR | | | | | | | |
| Ferritin | | | | | | • | |
| TSH | ± | • | | | | | |
| Estradiol | | | | | | | • |
| T4, Free | ± | | | | | | |
| PTT | ± | | | | | | |
| Iron Panel | | | | | | • | |
| FSH | | | | | | | • |
| CA 27.29 | | | | | | • | |
| BRCA1/BRCA2 gene mutation | | | | | | • | |
| CA 15-3 | | | | | | • | |
| Occult Blood - Stool | | | | | | • | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | Pending/VS | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | Sharma | Sharma/99214 | Sharma/99214 | | | | |
| Offsite Surgery | | | | | | | |
| MD | | | | | | Cayetano/99213 | Sharma/99214 Sharma/9921 |
| Gown | | | | | | • | Gown/VS |
| No Show | R/S/TW | | | | | | |
| Outside Labs- FR | | | | | | Quest (77205)/VS | |
| Chemo Teach | | | | | | | |

FROM
(THU) JUN 29 2017 14:47/ST. 14:37/No. 9313020347 P 12

| | | | | | | |
|---|---|---|---|---|---|---|
| Refer to | | | | | | |
| CC PCP | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | |
| Tamoxifen (Nolvadex) | | | 20 mg | | 20 mg | 20 mg |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | |
| DOCEtaxel (Taxotere) | | | | | | |
| DOXOrubicin (Adriamycin IVP) | | | | | | |
| Cyclophosphamide (Cytoxan) | | | | | | |
| PALONOsetron (Aloxi IV) | | | | | | |
| Diphenhydramine HCl (Benadryl IV) | | | | | | |
| Fosaprepitant (Emend) | | | | | | |
| Dexamethasone (Decadron) IV | | | | | | |
| Ranitidine HCL (Zantac) IV | | | | | | |
| Pegfilgrastim (Neulasta) | | | | | | |
| CL4 | | | | | | |
| CS | | | | | | |
| Business Office | | | | | | |

FROM                                          (THU)JUN 29 2017 14:47/ST. 14:37/No. 9313020347 P 13



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130   Fax: 925-225-9520

## Treatment Plan

Patient Name:  Mokkapati, Kalyani
Patient Number: 811635

DOB: 4/27/1973 (44 yrs, 2 mos)

Page: 6
6/29/2017

| General | Mon 9/28/15 | Wed 12/9/15 | Wed 3/9/16 | Mon 3/28/16 | Tue 9/13/16 | Mon 10/3/16 | Wed 2/8/17 |
|---|---|---|---|---|---|---|---|
| *Vitals | | • | | • | ± | • | |
| Vitamin D, 25-Hydroxy Levels | | | | | | | |
| *CBC | | • | | | | | |
| *CMP | | • | | | | • | |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | • | | | | | |
| TSH | | | | • | | | |
| Estradiol | | • | | | ± | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | | |
| FSH | | • | | | ± | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | • | | | | | |
| Iron, TIBC and Ferritin Panel | | • | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | Pending/SB | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | R/S | | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | | Sharma/99214 | | Sharma/99214 | Sharma | Sharma/99214 | |
| Gown | | Gown/JS | | | Gown/SM | Gown/MC | |
| No Show | | | | | R/S | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Refer to | | | | | | |
| CC PCP | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | |
| Letrozole (Femara) | 2.5 mg | | | | | |
| ROS Endocrine:Hot Flashes | Required | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | |
| Tamoxifen (Nolvadex) | | | | 20 mg | 20 mg | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | |
| DOCEtaxel (Taxotere) | | | | | | |
| DOXOrubicin (Adriamycin IVP) | | | | | | |
| Cyclophosphamide (Cytoxan) | | | | | | |
| PALONOsetron (Aloxi IV) | | | | | | |
| Diphenhydramine HCl (Benadryl IV) | | | | | | |
| Fosaprepitant (Emend) | | | | | | |
| Dexamethasone (Decadron) IV | | | | | | |
| Ranitidine HCL (Zantac) IV | | | | | | |
| Pegfilgrastim (Neulasta) | | | | | | |
| CL4 | | | | | | |
| CS | | | | | | |
| Business Office | | | | | | |



**Valley Medical Oncology Consultants**
5725 W. Las Positas Blvd., #100
Pleasanton, CA 94588
Phone: 925-734-8130   Fax: 925-225-9520

## Treatment Plan

Patient Name:   Mokkapati, Kalyani
Patient Number: B11635

DOB: 4/27/1973 (44 yrs. 2 mos)

Page: 7
6/29/2017

| | Fri 2/10/17 | Fri 5/12/17 | Wed 6/28/17 | Sat 2/10/18 | Sun 2/10/19 | Mon 2/10/20 | Tue 2/9/21 |
|---|---|---|---|---|---|---|---|
| *General* | | | | | | | |
| *Vitals | * | ± | ± | | | | |
| Vitamin D, 25-Hydroxy Levels | * | | | | | | |
| *CBC | * | | | | | | |
| *CMP | * | | | | | | |
| T3, Free | | | | | | | |
| PT\INR | | | | | | | |
| Ferritin | | | | | | | |
| TSH | | | | | | | |
| Estradiol | * | | | | | | |
| T4, Free | | | | | | | |
| PTT | | | | | | | |
| Iron Panel | | | | | | | |
| FSH | * | | | | | | |
| CA 27.29 | | | | | | | |
| BRCA1/BRCA2 gene mutation | | | | | | | |
| CA 15-3 | | | | | | | |
| Occult Blood - Stool | | | | | | | |
| Reticulocyte Count, Automated | | | | | | | |
| Iron, TIBC and Ferritin Panel | | | | | | | |
| CT Abdomen/Chest/Pelvis | | | | | | | |
| Ultrasound-Pelvis | | | | | | | |
| Echo- Complete | | | | | | | |
| Chest X-Ray PA & Lateral | | | | | | | |
| PET/CT- Skull Base to Mid Thigh | | | | | | | |
| C-XRay | | | | | | | |
| Cancelled | | WCB/MC | ~~WCB/MC~~ | | | | |
| MD New PT | | | | | | | |
| MD 3month F/U | | | | | | | |
| Offsite Surgery | | | | | | | |
| MD | | Sharma/99214 ~~Sharma~~ | ~~Sharma~~ | | | | |
| Gown | Gown/MC | | | | | | |
| No Show | | | | | | | |
| Outside Labs- FR | | | | | | | |
| Chemo Teach | | | | | | | |

FROM

Case 2:16-md-02740-JTM-MBN   Document 2801-2   Filed 06/06/18   Page 104 of 142
(THU)JUN 29 2017 14:48/ST. 14:37/No. 9313020347 P 16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Refer to | | | | | | | |
| CC PCP | | | | | | | |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | |
| Letrozole (Femara) | 2.5 mg | | | 2.5 mg | 2.5 mg | 2.5 mg | 2.5 mg |
| ROS Endocrine:Hot Flashes | Required | | | Required | Required | Required | Required |
| *Letrozole (Femara) 2.5 mg PO daily* | | | | | | | |
| Letrozole (Femara) | | | | | | | |
| ROS Endocrine:Hot Flashes | | | | | | | |
| *Tamoxifen 20 mg PO daily* | | | | | | | |
| Tamoxifen (Nolvadex) | | | | | | | |
| *DOCEtaxel (Taxotere) 75 mg/m2 DOXOrubicin (Adriamycin) 50 mg/m2 Cyclophosphamide (Cytoxan) 500 mg/m2 - q 21 days (TAC x 6)* | | | | | | | |
| DOCEtaxel (Taxotere) | | | | | | | |
| DOXOrubicin (Adriamycin IVP) | | | | | | | |
| Cyclophosphamide (Cytoxan) | | | | | | | |
| PALONOsetron (Aloxi IV) | | | | | | | |
| Diphenhydramine HCl (Benadryl IV) | | | | | | | |
| Fosaprepitant (Emend) | | | | | | | |
| Dexamethasone (Decadron) IV | | | | | | | |
| Ranitidine HCL (Zantac) IV | | | | | | | |
| Pegfilgrastim (Neulasta) | | | | | | | |
| CL4 | | | | | | | |
| CS | | | | | | | |
| Business Office | | | | | | | |

FROM

(THU) JUN 29 2017 14:48/ST. 14:37/No. 9313020347 P 17



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **12/12/2013**
Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant ''AC chemotherapy on 8/5/13.

**History of Present Illness**
Ms. Mokkapati and her husband return for follow-up after her 6th chemotherapy treatment. Adjuvant radiation planning is ongoing. She still has mild neuropathy in her finger tips but it is not interfering with her ADLs. She did not start vitamin B12 supplements. LMP 5 months ago.  She has a Mirena IUD.

**Allergies**
No Known Drug Allergies

**Medications**
ferrous sulfate 325 mg (65 mg iron) tablet, Vitamin C 500 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband.

**Review Of Systems**
As per HPI. She denies any ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 12/12/2013 10:55:00 AM: Height=€2.5in, Weight=178.4lb, Temp=97.7f, Pulse=92, SystolicBP=131, DiastolicBP=80

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Right chest wall port site is not tender. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 12/12/2013: WBC=4.0K/uL, RBC=3.38M/uL, HCT=29.5%, HGB=9.6g/dL, MCV=87.3fL, MCHC=32.5g/dL, RDW=14.9%, Plat=348.0K/uL, MPV=6.7fL, ANC=2.2K/uL, Lymph#=1.3K/uL, Gran%=55.4%, Lymph%=33.6%, MCH=28.4pg

**Imaging Results:**

**Assessment**
Primary Diagnosis(es): Malign Neopl Breast Breast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes

Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous,Gene mutation=No mutation detected

Diagnosis date: 7/9/2013: Malign Neopl Breast Disease Status:NED

Recommendation/Plan:

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Completed 6 doses of adjuvant therapy with minimal side effects
   a. Start adjuvant radiation treatment and then tamoxifen
2. Mild neuropathy: Observe should improve, start vitamin B12
3. Anemia: Likely due to chemotherapy. Continue iron, hold vitamin C during radiation.
4. Ok to remove port
5. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
6. Family planning:  Change to copper IUD
7. A total of 40 minutes were spent face-to-face with the patient during this encounter and over half of that time was spent on counseling and coordination of care.
8. Return for follow-up in 8 weeks

Fax to:

Barry Gardiner~(925)275-1200;Michelle Riopelle~(925)855-8054;

Signed By: _____
              Vandana B Sharma MD, PhD

FROM                                                    (THU)JUN 29 2017 14:48/ST. 14:37/No. 8313020347 P 18



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**          Date: **11/14/2013**
Patient Number: **B11635**          Date Of Birth: **4/27/1973**

## FOLLOW UP

**CC**
Is. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy erformed on 6/24/13. She started adjuvant TAC chemotherapy on 8/5/13.

**History of Present Illness**
Is. Mokkapati and her husband return for follow-up before her 6th chemotherapy treatment. She has fatigue and persistent mild europathy in her finger tips which has not resolved. Her 6th and final treatment is due for Monday.

**Allergies**
Io Known Drug Allergies

**Medications**
.tivan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), Neulasta 6 mg/0.6 mL Sub-Q yringe

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband.

**Review Of Systems**
Is per HPI. She denies any ocular, ENT, cardio-vascular, respiratory. GI, GU, musculoskeletal, integumentary, psychiatric, endocrine, ematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 11/14/2013 11:42:00 AM: Height=62.5in, Weight=174.6lb, Temp=98.2f, Pulse=88, SystolicBP=121, DiastolicBP=84

**Physical Exam**
Vell developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae vithout icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or idenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Jormoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
.ab results on 11/14/2013: WBC=5.0K/uL, RBC=3.40M/uL, HCT=29.7%, HGB=9.7g/dL, MCV=87.4fL, MCHC=32.7g/dL, RDW=15.8%, Plat=327.0K/uL, MPV=6.9fL, ANC=2.7K/uL, Lymph#=1.8K/uL, Gran%=53.8%, Lymph%=35.5%, Sodium=140mmol/L, Potassium=4.4mmol/L, Chloride=107mmol/L, CO2=24mmol/L, Glucose=89mg/dL, BUN=6mg/dL, Creat=0.56mg/dL, Calcium=8.6mg/dL, Total Protein=5.9g/dL, Albumin=3.9g/dL, A/G=2.0ratio, Total Bili=0.4mg/dL, Alk Phos=45U/L, AST=15U/L, ALT=11U/L, MCH=28.5pg

**Imaging Results:**

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0.# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous,Gene mutation=No mutation detected
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** *Neutropenia Drug induced
Chemotherapy Convalescen Disease Status:NED

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Symptomatic fatigue and persistent neuropathy.6 doses of chemotherapy as planned.
    a. Delay her next cycle for one week to allow her neuropathy to improve and fatigue to resolve.
    b. Once she has completed 6 doses of chemotherapy she will start adjuvant radiation treatment and then tamoxifen
2. Mild neuropathy: Observe, continue vitamin B12
3. Neuropathy: Due to chemo. Reduce 6th and final dose of Taxotere to avoid additional neuropathy
4. Nausea: Well controlled with ondansetron.
5. Anemia: Likely due to chemotherapy. Continue supplements, repeat CBC on day of treatment.
6. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
7. Return for follow-up after the 6th cycle.

Signed By: _____
Vandana B Sharma MD, PhD

FROM

(THU) JUN 29 2017 14:49/ST. 14:37/No. 9313020347 P 21



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

**Patient Name: Mokkapati, Kalyani**
**Patient Number: B11635**

**Date: 10/24/2013**
**Date Of Birth: 4/27/1973**

## FOLLOW UP

### ID/CC
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant ¨AC chemotherapy on 8/5/13.

### History of Present Illness
Ms. Mokkapati and her mother return for follow-up before her 5th chemotherapy treatment. She has no new symptoms to report and is tolerating treatment with mild side effects. She does have slight numbness in her fingertips but it is not interfering with her ADLs and is improving between cycles. Her next chemotherapy treatment is scheduled for 10/28/13.

### Allergies
No Known Drug Allergies

### Medications
Ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), Neulasta 6 mg/0.6 mL Sub-Q Syringe, ondansetron 8 mg disintegrating tablet

### Past Medical History
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

### Social History
Social history is unchanged since last reviewed. She is accompanied by her mother.

### Review Of Systems
She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

### Vitals
Vitals on 10/24/2013 3:53:00 PM: Height=62.5in, Weight=173.4lb, Temp=98.4f, Pulse=111, SystolicBP=110, DiastolicBP=69

### Physical Exam
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

### Labs
Lab results on 10/24/2013: WBC=5.7K/uL, RBC=3.64M/uL, HCT=30.6%, HGB=10.1g/dL, MCV=84.1fL, MCHC=33.0g/dL, RDW=19.2%, Plat=248.0K/uL, MPV=7.0fL, ANC=3.5K/uL, Lymph#=1.6K/uL, Gran%=62.1%, Lymph%=28.9%, Sodium=141mmol/L, Potassium=4.0mmol/L, Chloride=105mmol/L, CO2=24mmol/L, Glucose=101mg/dL, BUN=8mg/dL, Creat=0.62mg/dL,

Calcium=8.7mg/dL, Total Protein=5.9g/dL, Albumin=4.0g/dL, A/G=2.1ratio, Total Bili=0.4mg/dL, Alk Phos=45U/L, AST=16U/L,
ALT=11U/L, MCH=27.7pg

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes
Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** *Neutropenia Drug induced
Chemotherapy Convalescen Disease Status:NED

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Continue 6 doses of chemotherapy as planned.
    a. Counts are adequate for ongoing treatment
    b. Once she has completed 6 doses of chemotherapy she will start treatment with tamoxifen
2. Mild neuropathy: Observe, continue vitamin B12
3. Refer for adjuvant radiation therapy
4. Nausea: Well controlled with ondansetron.
5. Anemia: Likely due to chemotherapy. Continue supplements
6. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
7. Return for follow-up before her 6th cycle.

Signed By: _____
　　　　　　 Vandana B Sharma MD, PhD

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                  Date: **10/4/2013**
Patient Number: **B11635**                  Date Of Birth: **4/27/1973**

## FOLLOW UP

### CC

Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant TAC chemotherapy on 8/5/13.

### History of Present Illness

The patient returns for follow-up before 4th dose of adjuvant chemotherapy. She reports transient nausea after treatment which responded to Zofran.  Otherwise she is tolerating treatment well and denies any fever or neuropathy.

### Allergies

No Known Drug Allergies

### Medications

ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), Neulasta 6 mg/0.6 mL Sub-Q Syringe, ondansetron 8 mg disintegrating tablet

### Past Medical History

Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

### Social History

Social history is unchanged since last reviewed. She is accompanied by her husband.

### Review Of Systems

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

### Vitals

Vitals on 10/4/2013 12:11:00 PM; Height=62.5in, Weight=170.2lb, Temp=97.5f, Pulse=84, SystolicBP=131, DiastolicBP=83

### Physical Exam

Well developed, well nourished patient, in no acute distress. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

### Labs

Lab results on 10/4/2013: WBC=5.710x3/uL, RBC=3.8010x9/uL, HCT=31.2g/dL, HGB=10.5g/dl, MCV=82.1fl, MCHC=33.7g/dL, RDW=17.1%, Plat=28210x3/uL, MPV=7.4fl, ANC=3.510x3/mm3, Sodium=141mmol/L, Potassium=4.1mmol/L, Chloride=105mmol/L, CO2=25mmol/L, Glucose=89mg/dL, BUN=8 ng/dL, Creat=0.60mg/dL, Calcium=9.3mg/dL, Total Protein=6.3g/dL, Albumin=4.1g/dL, A/G=1.9ratio, Total Bili=0.4mg/dL, Alk Phos=51U/L, AST=16U/L, ALT=10U/L.

### Assessment:

**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes

FROM                                    (THU)JUN 29 2017 14:49/ST. 14:37/No. 9313020347 P 24

Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** *Neutropenia Drug induced
Chemotherapy Convalescen Disease Status:NED

## Recommendation/Plan:

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer: Continue chemotherapy
    a. Counts are adequate for ongoing treatment with the 3rd dose as planned on 10/7/13
    b. She will need post chemotherapy radiation and anti-estrogen therapy with tamoxifen.
2. Nausea: Better controlled with ondansetron.
3. Anemia: Likely due to chemotherapy. Iron panel was normal on 9/13/13
4. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
5. Return for follow-up before her 5th cycle.


Signed By: _____
              Vandana B Sharma MD, PhD


Mokkapati, Kalyani DOB: 4/27/1973 (B11635)                                    Page 2 of 2

FROM

(THU)JUN 29 2017 14:49/ST. 14:37/No. 9313020347 P 25



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                    Date: **9/13/2013**
Patient Number: **B11635**                    Date Of Birth: **4/27/1973**

## FOLLOW UP

### ID/CC
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13. She started adjuvant TAC chemotherapy on 8/5/13.

### History of Present Illness

The patient returns for follow-up before 3rd dose of chemotherapy. She continued to have jaw pain and jittery feeling with cycle #2. She is now taking Zofran with better control of nausea than with Compazine. She is also using magic mouthwash and mucositis has resolved. She denies any fever or neuropathy.

### Allergies
No Known Drug Allergies

### Medications
Ativan 1 mg tablet, dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), ondansetron 8 mg disintegrating tablet

### Past Medical History
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal', 'EF = 65%'.

### Social History
Social history is unchanged since last reviewed. She is accompanied by her husband.

### Review Of Systems

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

### Vitals
Vitals on 9/13/2013 11:44:00 AM: Height=62.5in, Weight=171.4lb, Temp=97.6f, Pulse=88, SystolicBP=131, DiastolicBP=81

### Physical Exam
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

### Labs
Lab results on 9/13/2013: WBC=5.910x3/uL, RBC=4.0710x9/uL, HCT=33.3g/dL, HGB=11.2g/dl, MCV=81.7fl, MCHC=33.6g/dL, RDW=15.5%, Plat=26010x3/uL, MPV=8.1fl, ANC=3.310x3/mm3

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes
Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer:  Continue chemotherapy as planned.
2. Nausea:  Better controlled with ondansetron.  Not controlled with prochlorperazine.  She also had jaw pain with this medication.
3. Anemia:  Likely due to chemotherapy.  Iron panel checked.
4. Early onset breast cancer: No evidence of a deleterious BRCA1 or BRCA2 mutation
5. Return for follow-up before her 4th cycle.

Signed By:

Vandana B Sharma MD, PhD

FROM                                          (THU)JUN 29 2017 14:49/ST. 14:37/No. 9313020347 P 27



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**                          Date: **8/22/2013**
Patient Number: **B11635**                          Date Of Birth: **4/27/1973**

### FOLLOW UP

**ID/CC**
Ms. Mokkapati has been diagnosed with ER+/PR+/Her2neu negative invasive left breast cancer with DCIS.

**History of Present Illness**
Pt c/o nausea, diarrhea with chemo.

**Allergies**
No Known Drug Allergies

**Medications**
dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, mouthwashes (Soln), prochlorperazine maleate 10 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'EF = 65%', 'BRCA1, BRCA2, BART normal'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband and mother. Denies any prior alcohol use.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 8/22/2013 12:11:00 PM: Height=62.5in, Weight=168.8lb, Temp=98.3f, Pulse=89, SystolicBP=131, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3

**Labs**
Lab results on 8/22/2013: WBC=7.1K/uL, RBC=4.24M/uL, HCT=34.5%, HGB=11.5g/dL, MCV=81.4fL, MCHC=33.3g/dL, RDW=14.2%, Plat=260.0K/uL, MPV=8.1fL, ANC=4.1K/uL, Lymph#=2.4K/uL, Gran%=57.3%, Lymph%=33.8%, Sodium=141mmol/L, Potassium=4.1mmol/L, Chloride=105mmol/L, CO2=24mmol/L, Glucose=99mg/dL, BUN=7mg/dL, Creat=0.57mg/dL, Calcium=9.2mg/dL, Total Protein=6.6g/dL, Albumin=4.3g/dL, A/G=1.9ratio, Total Bili=0.3mg/dL, Alk Phos=52U/L, AST=14U/L, ALT=12U/L, MCH=27.1pg

**Assessment:**
Primary Diagnosis(es): Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
Diagnosis date: 7/9/2013: Malign Neopl Breast

FROM

condary Diagnosis(es): Tolerating TAC well.

commendation/Plan:

odium for diarrhea
ntiemetics, consider Emend
otrin for jaw pain associated with Neulasta which works for this pt

gned By: _____

_Vandana B Sharma MD, PhD_

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)

FROM

(THU)JUN 29 2017 14:50/ST. 14:37/No. 8313020347 P 29



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **8/5/2013**
Date Of Birth: **4/27/1973**

### FOLLOW UP

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Her treatment included bilateral mastectomy performed on 6/24/13.

**History of Present Illness**
The patient and her husband return to start adjuvant chemotherapy. She has recovered from surgery and her incision are well healed. She denies any new symptoms or questions regarding the treatment plan.

**Allergies**
No Known Drug Allergies

**Medications**
dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, prochlorperazine maleate 10 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'EF = 65%', 'BRCA1, BRCA2, BART normal'.

**Social History**
Social history is unchanged since last reviewed.

**Review Of Systems**
She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 8/5/2013 11:45:00 AM: Height=62.5in, Weight=169.6lb, Temp=97.2f, Pulse=103, Resp=14, SystolicBP=144, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal.   Breasts: Both breasts have been removed and the chest wall incisions are well healed.

**Labs**
Lab results on 8/5/2013: WBC=11.8K/uL, RBC=4.54M/uL, HCT=37.3%, HGB=12.4g/dL, MCV=82.2fL, MCHC=33.2g/dL, RDW=14.5%, Plat=314.0K/uL, MPV=8.0fL, ANC=9.9K/uL, Lymph#=1.5K/uL, Gran%=83.9%, Lymph%=13.0%, Sodium=139mmol/L, Potassium=4.1mmol/L, Chloride=105mmol/L, CO2=18mmol/L, Glucose=124mg/dL, BUN=9mg/dL, Creat=0.55mg/dL, Calcium=10.1mg/dL, Total Protein=7.5g/dL, Albumin=4.7g/dL, A/G=1.7ratio, Total Bili=0.4mg/dL, Alk Phos=50U/L, AST=15U/L, ALT=21U/L, MCH=27.3pg

**FROM**

**Assessment:**

**Primary Diagnosis(es):** Malign Neopl Breast(Breast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal.Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous

**Diagnosis date:** 7/9/2013: Malign Neopl Breast

**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer:  She has recovered from surgery and will start adjuvant chemotherapy today with Taxotere/Adriamycin/Cytoxan.
2. Early onset breast cancer:  No evidence of a deleterious BRCA1 or BRCA2 mutation
3. Return for follow-up before her 2nd cycle.

Signed By: _____
           Vandana B Sharma MD, PhD

Mokkapati, Kalyani DOB: 4/27/1973 (R11635)

FROM

(THU)JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 31



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

Patient Name: **Mokkapati, Kalyani**
Patient Number: **B11635**

Date: **7/18/2013**
Date Of Birth: **4/27/1973**

### Chemotherapy teaching

**ID/CC**
Ms. Mokkapati has a history of Stage IIB, ER+/PR+/Her2neu negative left breast cancer. Bilateral mastectomy was performed on 5/24/13.

**History of Present Illness**
The patient and her husband return for follow-up and chemotherapy teaching appointment. She still has a lot of anxiety regarding starting adjuvant chemotherapy but understands her high risk for systemic recurrence and the rationale for treatment to reduce her risk for disease recurrence. She does not have any new symptoms to report. Systemic staging was completed with a PET/CT scan. The results are still pending.

**Allergies**
No Known Drug Allergies

**Medications**
dexamethasone 4 mg tablet, EMLA 2.5 %-2.5 % Topical Cream, prochlorperazine maleate 10 mg tablet

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'h/o abdominoplasty', 'Mirena IUD', 'BRCA1, BRCA2, BART normal'.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 7/18/2013 4:27:00 PM: Height=62.5in, Weight=169lb, Temp=98.3f, Pulse=67, SystolicBP=118, DiastolicBP=81

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal. There is no dysmetria. Breasts: Both breasts have been removed and the incisions are healing.

**Labs**
Lab results on 7/18/2013: WBC=5.7K/uL, RBC=3.84M/uL, HCT=32.0%, HGB=10.6g/dL, MCV=83.4fL, MCHC=33.1g/dL, RDW=14.0%, Plat=189.0K/uL, MPV=8.8fL, ANC=2.5K/uL, Lymph#=2.7K/uL, Gran%=44.0%, Lymph%=47.6%, Sodium=139mmol/L, Potassium=4.5mmol/L, Chloride=106mmol/L, CO2=21.8mmol/L, Glucose=100mg/dL, BUN=15mg/dL, Creat=0.7mg/dl, Calcium=8.6mg/dL, Total Protein=6.7g/dL, Albumin=4.4g/dl, Total Bili=0.4mg/dL, Alk Phos=45U/L, AST=26U/L, ALT=17U/L, IRON=36mcg/dL, UIBC=366mcg/dL, TIBC=402mcg/dL, Ferritin=18.2ng/mL, Iron Sat Percent=8.95%, MCH=27.6pg

**Imaging Results:**

FROM

| All☐ | Date of Doc. | Name | MD Interpretation | Comment |
|---|---|---|---|---|
| ☐ | 7/18/2013 | WHHS PET CT Skull to Mid Thigh | NED | |

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):** Disease Status:NED

**Recommendation/Plan:**

1. Stage IIB, breast cancer:  They had the opportunity to meet with the nurse navigator for a detailed discussion of the regimen, its risks, side effects, alternatives, limitations and benefits. The patient verbalized their understanding, provided informed consent and signed the consent document. They were provided written information about the main side effects and strategies for symptom management. she was provided prescriptions for appropriate supportive care medications.
   a. Echocardiogram is pending
   b. Port will be placed on Monday
   c. Start chemotherapy on 8/5/13 per patient request
2. Early onset breast cancer:   No evidence of a deleterious BRCA1 or BRCA2 mutation.

Signed By: _____
　　　　　Vandana B Sharma MD, PhD

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)

FROM

(THU)JUN 29 2017 14:50/ST. 14:37/No. 8313020347 P 33



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

VALLEY MEDICAL
ONCOLOGY CONSULTANTS

**Celebrating 35 Years of providing Comprehensive, Compassionate & Personalized Cancer Care.**

Patient Name: **Mokkapati, Kalyani**

Patient Number: **B11635**

Date: **7/9/2013**

Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has been diagnosed with ER+/PR+/Her2neu negative invasive left breast cancer with DCIS.

**History of Present Illness**
The patient returns for follow-up after surgery. Left breast modified radical mastectomy, axillary lymph node dissection and right breast prophylactic mastectomy were performed on 6/24/13. The pathology was reviewed at San Ramon hospital (#554-SP-13-002974). The report describes a normal right breast and a 4.3 cm invasive colloid/mucinous cancer with less than 10% usual ductal morphology in the left breast. There was about 3.5 cm of intermediate grade DCIS with a cribriform/solid pattern. There was no perineural or lymphovascular invasion. Surgical margins were negative. She reports the expected post surgical pain and mild constipation.

**Allergies**
No Known Drug Allergies

**Medications**
There are no on-going medications for this patient.

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'Mirena IUD', 'h/o abdominoplasty'.

**Social History**
Social history is unchanged since last reviewed. She is accompanied by her husband and mother.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GU, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 7/9/2013 2:53:00 PM: Height=62in, Weight=172.4lb, Temp=97.7f, Pulse=70, SystolicBP=144, DiastolicBP=87

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal. Breasts: Both breasts have been removed. Surgical incisions are healing and drains have a small amount or normal appearing fluid.

**Labs**
Lab results on 5/24/2013: WBC=8.310x3/uL, RBC=4.4710x9/uL, HCT=38.9g/dL, HGB=13.4g/dl, MCV=87.0fl, MCHC=34.4g/dL,

FROM                          (THU)JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 34

RDW=13.3%, Plat=27410x3/uL, MPV=7.6fl, ANC=4.310x3/mm3, INR=1.1, Sodium=140mmol/L, Potassium=4.3mmol/L,
Chloride=105mmol/L, CO2=28mmol/L, Glucose=86mg/dL, BUN=10mg/dL, Creat=0.74mg/dL, Calcium=9.8mg/dL, Total Protein=7.1g/dL,
Albumin=4.7g/dL, A/G=2.0ratio, Total Bili=0.5mg/dL, Alk Phos=47U/L, AST=18U/L, ALT=20U/L

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl BreastBreast Cancer - Stage IIB (T2,N1a,M0,G2) ER=+,PR=+,HER2 IHC=0,# Nodes
Dissected=15,# Nodes Postive=2,Type=Ductal,Menopausal Status=Pre-Menopausal,Laterality=Lt Breast,Morphology=mucinous
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Stage IIB, ER+/PR+/Her2neu negative left breast cancer:  Surgery has been completed and given the presence of nodal
   metastasis I recommend adjuvant chemotherapy to decrease her risk for systemic relapse.
2. Given her young age I advise aggressive combination chemotherapy with a anthracycline containing regimen (TAC).
   Chemotherapy teaching appointment has been scheduled.  She would like to delay chemotherapy as much as possible but I
   explained that the data suggest that the ideal time to start chemotherapy is once the surgical wounds have adequately healed,
   which is usually within 3-6 weeks.
3. She will require a venous access port to facilitate administration of vesicant chemotherapy.
4. In addition, echocardiogram has been ordered to evaluate baseline cardiac function
5. Given the presence of nodal metastasis systemic imaging is indicated to exclude occult metastatic disease.

Signed By: _____
              Vandana B Sharma MD, PhD

Mokkapati, Kalyani DOD: 4/27/1973 (B11635)

FROM                                                    (THU)JUN 29 2017 14:50/ST. 14:37/No. 9313020347 P 35



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

**VALLEY MEDICAL
ONCOLOGY CONSULTANTS**

Celebrating 35 Years of providing Comprehensive, Compassionate & Personalized Cancer Care.

Patient Name: **Mokkapati, Kalyani**                              Date: **6/19/2013**
Patient Number: **B11635**                          Date Of Birth: **4/27/1973**

## FOLLOW UP

**ID/CC**
Ms. Mokkapati has been diagnosed with left breast ER+/PR+/Her2neu negative invasive breast cancer with DCIS.

**History of Present Illness**
The patient and her husband return to discuss the results of her breast MRI and genetic testing results.  She does not have any new problems to report.  The MRI demonstrated multiple abnormal areas in the left breast including the biopsy proven cancer at the 12 o'clock position and additional enhancing masses at the 5 o'clock and 6 o'clock position.  The right breast was normal.

Genetic testing, including BRCA1/2 full gene sequencing and comprehensive rearrangement (BART) did not demonstrate a deleterious germline mutation.

Chest X-ray, CBC, and LFT were normal.  She had a second opinion with Dr. Irene Wapnir at Stanford and is still considering bilateral mastectomy with implant reconstruction.  Surgery is scheduled for 6/24/13.

**Allergies**
No Known Drug Allergies

**Medications**
There are no on-going medications for this patient.

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'Mirena IUD', 'h/o abdominoplasty'.

**Social History**
Social history is unchanged since last reviewed.  She is accompanied by her husband.

**Review Of Systems**

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

**Vitals**
Vitals on 6/19/2013 9:14:00 AM: Height=62in, Weight=172lb, Temp=97.7f, Pulse=83, SystolicBP=153, DiastolicBP=91

**Physical Exam**
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Normoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3.  Breast exam is unchanged.

**Labs**
Lab results on 5/24/2013: WBC=8.310x3/uL, RBC=4.4710x9/uL. HCT=38.9g/dL, HGB=13.4g/dl, MCV=87.0fl, MCHC=34.4g/dL, RDW=13.3%, Plat=27410x3/uL, MPV=7.6fl, ANC=4.310x3/mm3, INR=1.1, Sodium=140mmol/L, Potassium=4.3mmol/L, Chloride=105mmol/L, CO2=28mmol/L, Glucose=88mg/dL, BUN=10mg/dL, Creat=0.74mg/dL, Calcium=9.8mg/dL, Total Protein=7.1g/dL, Albumin=4.7g/dL. A/G=2.0ratio, Total Bili=0.5mg/dL, Alk Phos=47U/L, AST=18U/L, ALT=20U/L

**Assessment:**
**Primary Diagnosis(es):** Malign Neopl Breast
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

**Recommendation/Plan:**

1. Locally advanced, ER+/PR+/Her2neu negative left breast cancer: We had a 40 minute discussion regarding the MRI findings. If she chooses to proceed with lumpectomy I recommend biopsy of the suspicious areas at 5 and 6 o'clock in the left breast. The MRI findings are concerning for multifocal disease and if these are positive then she may not be able to achieve a suitable cosmetic result with lumpectomy.
2. We discussed the implication of the normal BRCA test results regarding her risk for right breast cancer and I explained that testing of the BRCA1 and BRCA2 genes by full DNA sequencing and comprehensive rearrangement panel did not identify any mutations.
3. This negative DNA test result means that available genetic testing failed to identify a cause of her breast cancer. However, a genetic predisposition may still exist. Other breast/ovarian cancer predisposition genes have yet to be discovered. (Given her young age and ER-/PR-/Her2neu negative (triple negative) breast cancer) she, and other related family members are still considered high risk and should continue with aggressive surveillance.
4. We also discussed that given the large size of the primary left breast cancer and her young age she will benefit from adjuvant chemotherapy and anti-estrogen therapy which she will need to take for at least 10 years.
5. She is still inclined towards bilateral mastectomy and surgery is scheduled for 6/24/13
6. Return for follow-up after surgery to discuss adjuvant treatment plan.

Signed By:

Vandana B Sharma MD, PhD

FROM                                          (THU)JUN 29 2017 14:51/ST. 14:37/No. 9313020347 P 37



**Valley Medical Oncology Consultants**
2500 Mowry Ave. Suite 227
Fremont, CA 94538
Phone: 510-794-5320 Fax: 510-794-1242

VALLEY MEDICAL
ONCOLOGY CONSULTANTS

*Celebrating 35 Years of providing Comprehensive, Compassionate & Personalized Cancer Care.*

Patient Name:  **Mokkapati, Kalyani**                                    Date: **5/24/2013**
Patient Number: **B11635**                              Date Of Birth: **4/27/1973**

### INITIAL ONCOLOGY OFFICE VISIT

**History of Present Illness**
Dear Dr. Gardiner,
Thank you for referring your patient for Hematology/Oncology consultation regarding her left breast cancer. I had the pleasure of spending 90 minutes with the patient, her husband, and physician  friend  in direct examination, consultation, and coordination of care.

Ms. Mokkapati is a 40 year-old premenopausal woman whose oncology history dates to the end of March when she noticed left breast mass. Bilateral diagnostic mammogram and U/S  was performed on 5/9/13 at San Ramon Hospital. This demonstrated dense breast tissue and multiple bilateral breast masses as listed below:

Left breast:
-4.9x2.4x3.5 cm irregular, lobulated suspicious mass at the 12 o'clock position

-0.2 cm complex cyst at the 1 o'clock position
-1.0  cm hypoechoic mass at the 2 o'clock position
-1.4  cm hypoechoic mass at the  3 o'clock position
-0.8 cm hypoechoic mass at the 5 o'clock position

Right breast:
- 2.9 cm subareolar mass, which may represent a  fibroadenoma but biopsy is recommended.

Core biopsy was performed on 5/17/13 and pathology was reviewed at San Ramon hospital (#S54-SP-13-002433).  Left breast biopsy confirmed  in situ and invasive cancer.  The  tumor was of ductal origin, mucinous type  and moderately differentiated. ER positive (100%); PR positive (39%); Her2neu negative by IHC (0+), Ki-67 4%.

She reports palpating a mass in her left breast about 10 years ago but had a benign mammogram and no subsequent problems.  She denies any symptoms concerning for systemic disease.  Breast MRI is pending.

BREAST CANCER RISK FACTORS:

G1P1 (she has a 12 year old daughter), age at menarche – 14, age at first delivery – 27, breast feeding – 30, LMP – currently, OCP use
- none, prior breast biopsy – with current diagnosis, therapeutic radiation exposure – none, exercise – regularly. Monthly self breast exam – regularly, family history of breast or ovary cancer - none.

**Allergies**
No Known Drug Allergies

**Medications**
There are no on-going medications for this patient.

**Past Medical History**
Current Problems/Diagnoses: 'C-section', 'Mirena IUD', 'h/o abdominoplasty'.

Mokkapati, Kalyani DOB: 4/27/1973 (B11635)                                       Page 1 of 3

FROM

(THU) JUN 29 2017 14:51/ST. 14:37/No. 9313020347 P 38

## Social History
**Marital Status:** Patient is married. Patient lives with spouse. 4 Never Smoker Patient reports on average 1 drinks per year of alcohol/beer. Denies any illicit drug use IT manager

## Family History
No known history of cancer.
Her mother is alive at age 69
Her father is alive at 72

## Review Of Systems

She denies any constitutional, ocular, ENT, cardio-vascular, respiratory, GI, GU, musculoskeletal, integumentary, neurological, psychiatric, endocrine, hematological, lymphatic or immune/allergic symptoms.

## Vitals
Vitals on 5/24/2013 2:23:00 PM: Height=62in, Weight=169.8lb, Temp=98.2f, Pulse=70, SystolicBP=145, DiastolicBP=91

## Physical Exam
Well developed, well nourished patient, in no acute distress. Patient appears stated age. HEENT: EOMI, PERRL, no ptosis, sclerae without icterus, oropharynx is clear. Neck: No thyromegaly. Lymph nodes: No palpable inguinal, cervical, supraclavicular, or axillary, or adenopathy. Back: No kyphosis. Respiratory: Lungs are clear to auscultation. Cardiac: Regular rate and rhythm. No murmur. Abdomen: Nonhoactive bowel sounds, soft, nontender, and nondistended. No organomegaly. Extremities: No edema. Skin: No jaundice or rash. Neurologic: A&OX3 strength, sensation, and reflexes are normal. There is no dysmetria. Breasts: The right breast has a smooth mobile mass at the 12 o'clock position.    There is no peau d'orange or nipple discharge. The left breast is slightly smaller than the right  but does not have any dermal changes.  There is a 4 cm mass at the 12 o'clock position.    There is no peau d'orange or nipple discharge.

## Labs
Lab results on 5/24/2013: WBC=8.310x3/uL, RBC=4.4710x9/uL, HCT=38.9g/dL, HGB=13.4g/dl, MCV=87.0fl, MCHC=34.4g/dL, RDW=13.3%, Plat=27410x3/uL, MPV=7.6fl, ANC=4.310x3/mm3, INR=1.1, Sodium=140mmol/L, Potassium=4.3mmol/L, Chloride=105mmol/L, CO2=28mmol/L, Glucose=88mg/dL, BUN=10mg/dL, Creat=0.74mg/dL, Calcium=9.8mg/dL, Total Protein=7.1g/dL, Albumin=4.7g/dL, A/G=2.0ratio, Total Bili=0.5mg/dL, Alk Phos=47U/L, AST=18U/L, ALT=20U/L

## Assessment:
**Primary Diagnosis(es):** Malign Neopl Breast
**Diagnosis date:** 7/9/2013: Malign Neopl Breast
**Secondary Diagnosis(es):**

## Recommendation/Plan:

1. Locally advanced ER+/PR+/Her2neu negative biopsy proven left breast invasive ductal cancer with DCIS:  She will need adjuvant chemotherapy and anti-estrogen therapy and is undecided about lumpectomy vs mastectomy but is leaning towards bilateral mastectomy.
   a. Results of breast MRI are pending.
   b. Chest X-ray, CBC, Chem-12  have been ordered
   c. She is currently scheduled for surgery on 6/24/13
2. Early onset  breast and ovarian cancer: We discussed the basics of cancer genetics and I explained that given  her age,  her estimated risk for carrying a deleterious BRCA1 or BRCA2 mutation, according to the BRCAPro model, is about 5%.
   a. We discussed that while the majority of cancer cases are sporadic, approximately 10% cluster in families. Germline mutations in the BRCA1/BRCA2 genes account for up to 60% of all cases of familial breast and ovarian cancer syndromes. When compared to the general population, women inheriting a BRCA1 or BRCA2 mutation have a 45%-65% increased lifetime risk of developing breast cancer and 11%-40% increased risk of developing ovarian cancer.
   b. Since BRCA1 and BRCA2 mutations are inherited in an autosomal dominant pattern, children of affected carrier parents have a 50% chance of inheriting the parental mutation.
   c. Given her history she meets criteria for genetic testing. We discussed the potential benefits, risk and limitations of DNA testing and I explained the three possible outcomes (positive – a confirmed pathogenic mutation is found; negative – no mutation is identified; and variant of uncertain significance (VUS) – which is when an alteration is found however it is unclear whether it represents a disease-causing mutation.
   d. We discussed options for prophylactic oophorectomy and mastectomy for breast and ovary cancer prevention as well increased surveillance for breast cancer by the addition of annual breast MRI. Since she has a diagnosis of ER+ breast cancer she will be treated with Tamoxifen which is effective for breast cancer chemoprevention.
   e. Finally, we discussed that cancer risk assessment and genetic testing often provoke strong personal emotions and complex family interactions. We encouraged her to identify people who can offer support during this process. We discussed how information might be communicated to relatives. I am available to discuss personal concerns further or to identify peer or professional counseling resources.

f.  She expressed a clear understanding of this discussion and provided consent for germline genetic testing. Since she is
    considering her surgical options, the results of this genetic test will inform her surgical decisions.

3.  I explained that since there is no evidence of obvious disease in the right breast as long as the MRI findings are not suspicious
    and there is no evidence of a deleterious germ line mutation then left prophylactic mastectomy will not alter her overall prognosis.

4.  Return for follow-up once test results are available.


Signed By: _____

          Vandana B Sharma MD, PhD

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Thank you for visiting McKesson Specialty Health's enhanced website. If Oncology is not your primary specialty, please click here or visit the specialty drop down menu located on the top left corner of this page to select your area of expertise.

Oncology

- Home
- About Us
- Open An Account
- Login

Search [ ] Go
Place Order
800.482.6700

**McKesson Specialty Health**
**MᶜKESSON**

Solutions for Oncology

Purchasing Efficiency     Clinical Tools and Services     Practice Management     News & Events



Solutions to help you maximize your drug purchasing efficiency.

# Product Catalog

Access our searchable product catalog below.

This catalog is updated quarterly and may not reflect the most recent additions or changes. McKesson Specialty Health customers can log-in to the Customer Center for the most updated view of our available products. Product availability is not guaranteed. Customer eligibility, class-of-trade, and distribution restrictions may apply. For additional information, please contact Customer Care.

**Learn More Today**
To learn more about our catalog or any products, call 800. 482.6700 or Contact Us.

**Search**
docetaxel

**Show Results**
40    Apply

| Product Number | Product Name | Generic Name | Unit | NDC Number | Catalog Number |
|---|---|---|---|---|---|
| 5002314 | DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA | DOCETAXEL | EA | 409020120 | 980-343 |
| 5003430 | DOCETAXEL ONE-VIAL 160MG/16ML MDV 1/EA | DOCETAXEL | EA | 66758005003 | 751-054 |
| 5003963 | DOCETAXEL ONE-VIAL 160MG/8ML MDV AC 1/EA | DOCETAXEL | EA | 16729026765 | 751-226 |
| 5004901 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 43598025811 | 000-102 |
| 5002316 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 955102001 | 980-345 |
| 5005090 | DOCETAXEL ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 63739093211 | 000-391 |
| 5004293 | DOCETAXEL ONE-VIAL 20MG/2ML MDV 1/EA | DOCETAXEL | EA | 66758005001 | 751-278 |
| 5002311 | DOCETAXEL ONE-VIAL 20MG/2ML SDV 1/EA | DOCETAXEL | EA | 409020102 | 980-342 |
| 5002317 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 955102104 | 980-344 |
| 5005091 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 63739097117 | 000-392 |
| 5004902 | DOCETAXEL ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 43598025940 | 000-103 |
| 5002313 | DOCETAXEL ONE-VIAL 80MG/8ML MDV 1/EA | DOCETAXEL | EA | 409020110 | 980-341 |
| 5004294 | DOCETAXEL ONE-VIAL 80MG/8ML MDV 1/EA | DOCETAXEL | EA | 66758005002 | 751-279 |
| 5002250 | TAXOTERE ONE-VIAL 20MG/1ML SDV 1/EA | DOCETAXEL | EA | 75800301 | 909-885 |
| 5002251 | TAXOTERE ONE-VIAL 80MG/4ML SDV 1/EA | DOCETAXEL | EA | 75800404 | 909-886 |

Case 2:16-md-02740-JTM-MBN    Document 2801-2    Filed 06/06/18    Page 130 of 142

https://oncology.mckessonspecialtyhealth.com/purchasing-efficiency/pr...

# Purchasing Efficiency

- Specialty Drug Distribution
- Onmark GPO
- Product Updates
- **Product Catalog**
- Vaccines



## Quick Links

Customer Center - place order
Current iKnowMed users click here for information
My Care Plus - patient portal
McKesson Medical-Surgical Products

## About McKesson Specialty Health

Who we are
Contact Us

## In The News

Now Available: 2017 ASP Drug Pricing File Updates from CMS
Better Thinking for Better Health
Press Releases

Copyright © 2014 McKesson. All Rights Reserved.

- Contact Us
- Terms Of Use

# EXHIBIT F

| | |
|---|---|
| **From:** | Park, Julie Y. |
| **To:** | Lindsay Stevens; Bosman, Erin M.; Cortina, Samuel Christopher |
| **Cc:** | Lupe Felix |
| **Subject:** | RE: [EXT] PTO 77 Informational Statement: Kojian and Mokkapati |
| **Date:** | Friday, May 11, 2018 11:15:17 AM |
| **Attachments:** | Taxotere - Kojian.pdf |
| | Taxotere - Mokkapati.pdf |

Lindsay: McKesson has provided the attached declarations confirming that it has no connection to either case and is not a proper defendant.

Best regards,
Julie

**Julie Y. Park**
P: +1 (858) 314-7560

---

**From:** Lindsay Stevens [mailto:lstevens@thegomezfirm.com]
**Sent:** Monday, April 09, 2018 8:35 AM
**To:** Park, Julie Y.; Bosman, Erin M.; Cortina, Samuel Christopher
**Cc:** Lupe Felix
**Subject:** [EXT] PTO 77 Informational Statement: Kojian and Mokkapati
**Importance:** High

Counsel,

With CTO 40 now finalized, I am re-sending our informational statements for the Kojian and Mokkapati cases. We look forward to McKesson's response.

Thank you,



**Lindsay R. Stevens** | Trial Attorney
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway | Suite 1700 | San Diego, CA 92101
TEL **619 237 3490** | FAX **619 237 3496**
**www.gomeztrialattorneys.com**

Confidentiality Note: This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.



======================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

# EXHIBIT G



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KALYANI MOKKAPATI and PURUSHOTHAMA POLKAMPALLI, | ) ) ) | Case No.: |
| Plaintiffs, | ) ) ) | **DECLARATION OF BRETT HARROP ON BEHALF OF DEFENDANT MCKESSON** |
| v. | ) ) ) | |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC separately, and doing business as WINTHROP, U.S., SANDOZ, INC., ACCORD HEALTHCARE INC., and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1

I, Brett Harrop, declare as follows:

1.      I am the VPDO, Regional Sales & Operations, Western Division, at McKesson Corporation's U.S. Pharmaceutical business ("McKesson").  I make this declaration based on personal knowledge and on review of McKesson's business records and could competently testify to the facts herein.

2.      McKesson did not distribute brand-name Taxotere or generic docetaxel to Valley Medical Oncology Associates at Washington Hospital in Fremont, California between August 5, 2011 and November 26, 2013.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 2 2 day of March, 2018.

_____
BRETT HARROP

2

sd-716042

# EXHIBIT H

| | |
|---|---|
| **From:** | Ahmed Diab |
| **To:** | Park, Julie Y. |
| **Cc:** | Lindsay Stevens; Bosman, Erin M.; Cortina, Samuel Christopher; Lupe Felix |
| **Subject:** | Re: [EXT] PTO 77 Informational Statement: Cooley-Sebahar, Karen |
| **Date:** | Tuesday, May 15, 2018 2:04:23 PM |

Julie,

Thank you for providing this.  As we've previously requested, can your client clarify in this declaration that this case deals with a non-generic bioequivalent and not a generic.  As currently phrased, the declaration only addresses brand-Taxotere and generics but does not give any clarity re: a 505b2 product.  Accordingly, the declaration is not dispositive as currently phrased.

Thanks.

**Ahmed S. Diab** | Complex Litigation
GOMEZ TRIAL ATTORNEYS
TEL 619.237.3490

Sent from my iPad

On May 11, 2018, at 11:17 AM, Park, Julie Y. <JuliePark@mofo.com> wrote:

> Lindsay:  McKesson has provided the attached declaration confirming that it has no connection to this case and is not a proper defendant.
>
> Best regards,
> Julie
>
> **Julie Y. Park**
> **P:** +1 (858) 314-7560
>
> **From:** Lindsay Stevens [mailto:lstevens@thegomezfirm.com]
> **Sent:** Friday, April 06, 2018 8:58 AM
> **To:** Park, Julie Y.; Bosman, Erin M.; Cortina, Samuel Christopher
> **Cc:** Ahmed Diab; Lupe Felix
> **Subject:** [EXT] PTO 77 Informational Statement: Cooley-Sebahar, Karen
> **Importance:** High
>
> Julie, Erin and Sam,
>
> Following up my conversation with Julie yesterday, please allow this email to serve as Plaintiff Karen Cooley-Sebahar's "informational statement" concerning McKesson's alleged connection to her use of Taxotere/Docetaxel, in accordance with MDL Pretrial Order No. 77 [Additional California Plaintiffs' Motions to Remand] dated February 7, 2018.
>
> Under PTO 77 section (1) a., *"Plaintiffs who file cases in California Superior Courts naming McKesson as Defendant that are subsequently removed by a Defendant and transferred to this MDL shall meet and confer in an attempt to resolve the remand issue prior to submission of any briefing."*
>
> As required by the meet and confer process delineated in the order, Plaintiff provides the following information concerning McKesson's alleged connection to the Plaintiff's use of Taxotere/docetaxel:
>
> > Plaintiff Karen Cooley-Sebahar was administered Docetaxel, **NDC 66758-0050-03, manufactured by Sandoz, at CCare in Encinitas, California.  Her docetaxel treatment period was from**

**6/26/2013 to 10/31/2013** (see attached medical records with relevant information highlighted). **Sandoz Docetaxel, NDC 66758-0050-03, is listed in McKesson's Multi-Oncology Product Catalog, as Catalog Number 751-054** (see attached catalog with NDC code highlighted).

As specified by PTO 77 section (1)b., *"In response to Plaintiff's informational statement detailed above, Defendant McKesson shall provide Plaintiff's counsel with a written statement indicating whether McKesson distributed Taxotere/Docetaxel to the facility named in the Plaintiff's informational statement, during the timeframe that Plaintiff was being treated, OR the Defendant(s) shall provide any information contradicting or otherwise demonstrating a lack of McKesson's connection to the Plaintiff within seven (7) days of the Plaintiff providing such information."*

Plaintiffs are in receipt of Brett Harrop's Declaration stating that McKesson did not distribute Taxotere or "generic" Docetaxel to any CCare San Diego in Encinitas during Ms. Cooley-Sebahar's treatment period. The NDC for the docetaxel in this case is for a non-generic bioequivalent, and so the declaration is not responsive. We look forward to meeting and conferring further on this issue.

Thank you,

**Lindsay R. Stevens** | Trial Attorney
**GOMEZ TRIAL ATTORNEYS**
<image001.gif>655 West Broadway | Suite 1700 | San Diego, CA 92101
TEL 619 237 3490 | FAX 619 237 3496
**www.gomeztrialattorneys.com**

Confidentiality Note: This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

<image002.jpg>

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

<Taxotere - Cooley-Sebahar.pdf>

# EXHIBIT I

| | |
|---|---|
| **From:** | Ahmed Diab |
| **To:** | Park, Julie Y. |
| **Cc:** | Lindsay Stevens; Bosman, Erin M.; Cortina, Samuel Christopher; Lupe Felix |
| **Subject:** | Re: [EXT] PTO 77 Informational Statement: Cooley-Sebahar, Karen |
| **Date:** | Saturday, May 26, 2018 1:59:51 PM |

Following up on this as our supplemental statement is due on June 6th. Does your client intend on clarifying what appears to be a clearly deficient declaration? Being one of the largest distributors of pharmaceuticals in the United States, I'm sure it appreciates the difference between a non-generic bioequivalent and a generic drug.

**Ahmed S. Diab** | Complex Litigation
GOMEZ TRIAL ATTORNEYS
TEL 619.237.3490

Sent from my iPad

On May 15, 2018, at 2:04 PM, Ahmed Diab <adiab@thegomezfirm.com> wrote:

> Julie,
>
> Thank you for providing this. As we've previously requested, can your client clarify in this declaration that this case deals with a non-generic bioequivalent and not a generic. As currently phrased, the declaration only addresses brand-Taxotere and generics but does not give any clarity re: a 505b2 product. Accordingly, the declaration is not dispositive as currently phrased.
>
> Thanks.
>
> **Ahmed S. Diab** | Complex Litigation
> GOMEZ TRIAL ATTORNEYS
> TEL 619.237.3490
>
> Sent from my iPad
>
> On May 11, 2018, at 11:17 AM, Park, Julie Y. <JuliePark@mofo.com> wrote:
>
>> Lindsay: McKesson has provided the attached declaration confirming that it has no connection to this case and is not a proper defendant.
>>
>> Best regards,
>> Julie
>>
>> **Julie Y. Park**
>> P: +1 (858) 314-7560
>>
>> **From:** Lindsay Stevens [mailto:lstevens@thegomezfirm.com]
>> **Sent:** Friday, April 06, 2018 8:58 AM
>> **To:** Park, Julie Y.; Bosman, Erin M.; Cortina, Samuel Christopher
>> **Cc:** Ahmed Diab; Lupe Felix
>> **Subject:** [EXT] PTO 77 Informational Statement: Cooley-Sebahar, Karen
>> **Importance:** High
>>
>> Julie, Erin and Sam,
>>
>> Following up my conversation with Julie yesterday, please allow this email to serve as Plaintiff Karen Cooley-Sebahar's "informational statement" concerning McKesson's alleged connection to her use of Taxotere/Docetaxel, in accordance with MDL Pretrial Order No. 77 [Additional California Plaintiffs' Motions to Remand] dated February 7, 2018.

Under PTO 77 section (1) a., "*Plaintiffs who file cases in California Superior Courts naming McKesson as Defendant that are subsequently removed by a Defendant and transferred to this MDL shall meet and confer in an attempt to resolve the remand issue prior to submission of any briefing.*"

As required by the meet and confer process delineated in the order, Plaintiff provides the following information concerning McKesson's alleged connection to the Plaintiff's use of Taxotere/docetaxel:

> Plaintiff Karen Cooley-Sebahar was administered Docetaxel, **NDC 66758-0050-03, manufactured by Sandoz, at CCare in Encinitas, California. Her docetaxel treatment period was from 6/26/2013 to 10/31/2013** (see attached medical records with relevant information highlighted). **Sandoz Docetaxel, NDC 66758-0050-03, is listed in McKesson's Multi-Oncology Product Catalog, as Catalog Number 751-054** (see attached catalog with NDC code highlighted).

As specified by PTO 77 section (1)b., "*In response to Plaintiff's informational statement detailed above, Defendant McKesson shall provide Plaintiff's counsel with a written statement indicating whether McKesson distributed Taxotere/Docetaxel to the facility named in the Plaintiff's informational statement, during the timeframe that Plaintiff was being treated, OR the Defendant(s) shall provide any information contradicting or otherwise demonstrating a lack of McKesson's connection to the Plaintiff within seven (7) days of the Plaintiff providing such information.*"

Plaintiffs are in receipt of Brett Harrop's Declaration stating that McKesson did not distribute Taxotere or "generic" Docetaxel to any CCare San Diego in Encinitas during Ms. Cooley-Sebahar's treatment period. The NDC for the docetaxel in this case is for a non-generic bioequivalent, and so the declaration is not responsive. We look forward to meeting and conferring further on this issue.

Thank you,

**Lindsay R. Stevens** | Trial Attorney
**GOMEZ TRIAL ATTORNEYS**
<image001.gif>655 West Broadway | Suite 1700 | San Diego, CA 92101
TEL **619 237 3490** | FAX **619 237 3496**
**www.gomeztrialattorneys.com**

Confidentiality Note: This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

<image002.jpg>

=================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

<Taxotere - Cooley-Sebahar.pdf>