IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: TAXOTERE (DOCETAXEL)　　　　**MDL No.: 2740**
PRODUCT LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　**SECTION "N" (5)**
This Document Relates To:

　　　　　　　　　　　　　　　　　　　**JUDGE JANE TRICHE MILAZZO**
Rhonda Stevenson　　　　　　　　　　**MAG. JUDGE NORTH**
　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　**Civil Action No.:  2:17-cv-14584**

Sanofi-Aventis U.S. LLC et al,
　　　　Defendants.

_____

## STIPULATION OF DISMISSAL

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41, that the defendants Sandoz, Inc., Accord Healthcare, Inc.,

McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a

Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a

Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE *only* in the above-

captioned case be dismissed with prejudice.  All other causes of action against all other defendants

in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:


DATED: June 6, 2018　　　　　　　　**BROWN AND CROUPPEN, P.C.**

　　　　　　　　　　　　　　　　　　By: /s/ Seth Sharrock Webb
　　　　　　　　　　　　　　　　　　SETH SHARROCK WEBB, # 51236
　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 1600
　　　　　　　　　　　　　　　　　　St. Louis, Missouri  63102
　　　　　　　　　　　　　　　　　　sethw@getbc.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

DATED: June 6, 2018

**GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
         brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys   for   McKesson   Corporation   d/b/a
        McKesson Packaging Services*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez

Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
LaviniaDenniston@quinnemanuel.com
*Attorneys for Hospira, Inc., Hospira Worldwide,
    LLC f/k/a Hospira Worldwide, Inc., and
    Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
    kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc.
    f/k/a Caraco Laboratories, Ltd.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 6, 2018                    /s/  Seth Sharrock Webb
                                       SETH SHARROCK WEBB, # 51236
                                       BROWN & CROUPPEN, P.C.
                                       211 N. Broadway, Suite 1600
                                       St. Louis, Missouri  63102
                                       314-421-0216
                                       314-421-0359 facsimile
                                       sethw@getbc.com