IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | SECTION "N" (5) |
| Darla Strock-Monroe & Frederick Monroe<br>　　　Plaintiffs,<br>v. | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.:  2:17-cv-14652 |
| Sanofi-Aventis U.S. LLC et al,<br>　　　Defendants. | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE *only* in the above-captioned case be dismissed with prejudice.  All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED: June 6, 2018　　　　　　　　　　**BROWN AND CROUPPEN, P.C.**

　　　　　　　　　　　　　　　　　　　　By: /s/ Seth Sharrock Webb
　　　　　　　　　　　　　　　　　　　　SETH SHARROCK WEBB, # 51236
　　　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 1600
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri  63102
　　　　　　　　　　　　　　　　　　　　sethw@getbc.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

DATED: June 6, 2018            **GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
         brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez

>Lavinia Denniston
>51 Madison Ave., 22nd Floor
>New York, NY 10010
>Telephone:  212-849-7000
>Facsimile: 212-849-7100
>Email: markcheffo@quinnemanuel.com
>maracuskergonzalez@quinnemanuel.com
>LaviniaDenniston@quinnemanuel.com
>*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*
>
>**HINSHAW & CULBERTSON LLP**
>
>By: /s/ Geoffrey M. Coan
>Geoffrey M. Coan
>Kathleen E. Kelly
>28 State Street
>Boston, MA 02109
>Telephone:  617-213-7000
>Facsimile:  617-213-7001
>Email: gcoan@hinshawlaw.com;
>kekelly@hinshawlaw.com
>*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 6, 2018            /s/  Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com