## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>DIANE K. HALLER V. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-12038-KDE-MBN | Civil Action No.: 2:17-cv-12038-KDE-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Stipulation of Dismissal With Prejudice is GRANTED.

Signed, this _6th__ day of June, 2018.

_____
Honorable Jane Triche Milazzo
U.S. District Court Judge