UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION H(5) |

**THIS DOCUMENT RELATES TO:**
*Annie Jones v. Sanofi-Aventis US, LLC., et al.*
*Civil Action No. 2:17-04864*

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 2424)

Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff is allowed to file her First Amended Short Form Complaint.

New Orleans, Louisiana this 6th day of June, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE