### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*SUZETTE CURTIS v. SANOFI US SERVICES INC., ET AL.* | **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**<br><br>Civil Action No.: 2:17-cv-17731 |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint attached to Plaintiff's Motion.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 6th day of June, 2018.

Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE