# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Ruthie Lanell Lewis
Case No.: 17-cv-8779

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The __6th__ day of _____June_____, 2018

_____
The Hon. Jane Triche Milazzo