## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| **PATSY HAYS**, | |
| | COMPLANT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: 16-17540 |
| vs. | |
| **SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC**, | |
| Defendant(s). | |

## **ORDER**

Upon Plaintiff's Motion for Leave to File Reply to Defendant's Response Regarding Plaintiff's Motion for Reconsideration and for good cause shown, it is hereby Ordered that Plaintiff's Motion for Reconsideration be granted.

This the __6th__ day of _____June_____, 2018

