UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO:<br>Annie Jones v. Sanofi S.A. et al<br>Civil Action No: 2:17-4864 | JUDGE MILAZZO |

## ORDER

In light of Defendants' Motion to Continue the submission date of plaintiff Annie Jones' Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2593), the Court issues the following rulings;

**IT IS ORDERED** that the Court's June 7, 2018 Order (Rec. Doc. 2807) be marked as **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that Annie Jones' Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424) be **REOPENED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Continue (Rec. Doc. 2593) be **GRANTED**.  The submission date of Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424) is hereby reset for June 27, 2018.

Signed in New Orleans, LA this 7th day of June, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE