# BEFORE THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Marla Paine v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.;* Case No. 2:17-cv-13855 | HON. JANE T. MILAZZO |

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for client, Marla Paine, in civil action no. 2:17-cv-13855.

In compliance with Pretrial Order No. 74 (Doc. 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiff contacted all named defendants in writing more than fourteen (14) days prior to filing.

Gomez Trial Attorneys respectfully requests relief of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Marla Paine, at the following contact information:

Marla Paine
63018 Washington Ave.
Roseland, LA 70456

Tel. No.: (985) 200-6216

Dated: June 12, 2018                                Respectfully submitted,

                                                    GOMEZ TRIAL ATTORNEYS

                                                     /s/Lindsay R. Stevens
                                                    John H. Gomez (CA Bar # 171485) T.A.
                                                    Ahmed S. Diab (CA Bar # 262319)
                                                    Lindsay R. Stevens (CA Bar # 256811)
                                                    655 West Broadway, Suite 1700
                                                    San Diego, California 92101
                                                    Telephone: (619) 237-3490
                                                    Facsimile: (619) 237-3496
                                                    *john@thegomezfirm.com*
                                                    *adiab@thegomezfirm.com*
                                                    *lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com