BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Marla Paine v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.;* Case No. 2:17-cv-13855 | |

### AFFADAVIT IN SUPPORT OF
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel have been unable to communicate with Plaintiff Marla Paine ("Plaintiff") due to Plaintiff's unresponsiveness.

Listed below is a chronological order of all reasonable efforts made by counsel to communicate with Plaintiff:

1. On December 12th, 2017, Gomez Trial Attorneys sent the Plaintiff Fact Sheet and Authorizations to Plaintiff by U.S. Mail. The correspondence mailed to Plaintiff indicated the importance of the completion and submission of the Plaintiff Fact Sheet and an explanation of the discovery phase of the litigation.

2. On February 26th, 2018, Gomez Trial Attorneys staff left a voicemail for Ms. Paine's on all telephone numbers on file. Staff requested that Plaintiff call the office of Gomez Trial Attorneys as soon as possible to discuss the Plaintiff Fact Sheet. Additionally, staff for Gomez Trial Attorneys communicated the urgency to submit the Plaintiff Fact Sheet.

3. On March 5th, 2018, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in

order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

4. On March 7th, 2018, Gomez Trial Attorneys mailed a letter to Plaintiff, informing them of the importance of complying with discovery and requesting an immediate response.  Additionally, the correspondence reminded Plaintiff of the Representation Agreement signed with Gomez Trial Attorneys regarding clients' refusal to cooperate and participate in litigation.

5. On March 29th, 2018, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

6. On April 4th, 2018, Gomez Trial Attorneys staff emailed Plaintiff the Plaintiff Fact Sheet and authorizations, included also the importance of submitting the discovery back to our office as soon as possible.

7. On April 5th, 2018, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

8. On April 9th, 2018, staff at Gomez Trial Attorneys left a voicemail for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

9. On April 10th, 2018, Gomez Trial Attorneys mailed a letter to Plaintiff, informing them of the importance of complying with discovery and requesting an immediate

response. The correspondence informed Plaintiff of the deadline of February 20th, 2018. Additionally, the correspondence reminded Plaintiff of the Representation Agreement signed with Gomez Trial Attorneys regarding clients' refusal to cooperate and participate in litigation. This letter was sent via Federal Express and was directly signed by Plaintiff on April 16th, 2018.

10. On April 13th, 2018, staff at Gomez Trial Attorneys left a voicemail and text for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

11. On April 13th, 2018, staff at Gomez Trial Attorneys left a voicemail and text for Plaintiff on all telephone numbers on file, reminding them of the urgency to return the call in order to discuss the Plaintiff Fact Sheet and the importance of submitting the discovery documents.

12. On April 17th, 2018 Gomez Trial Attorneys sent a correspondence informing Plaintiff that our office will be pursuing the withdrawal process due to failure to communicate with our office and requesting a response to the letter by April 19th, 2018.This letter was sent out via Federal Express. This letter was received and directly signed by Plaintiff on April 18th, 2018. The letter and proof of delivery is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2018                        Respectfully submitted,

                                            GOMEZ TRIAL ATTORNEYS

                                             */s/Lindsay R. Stevens*
                                            John H. Gomez (CA Bar # 171485) T.A.
                                            Ahmed S. Diab (CA Bar # 262319)
                                            Lindsay R. Stevens (CA Bar # 256811)
                                            655 West Broadway, Suite 1700
                                            San Diego, California 92101
                                            Telephone: (619) 237-3490
                                            Facsimile: (619) 237-3496
                                            *john@thegomezfirm.com*
                                            *adiab@thegomezfirm.com*
                                            *lstevens@thegomezfirm.com*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  */s/ Lindsay R. Stevens*
                                                  Lindsay R. Stevens (CA Bar # 256811)
                                                  GOMEZ TRIAL ATTORNEYS
                                                  655 West Broadway, Suite 1700
                                                  San Diego, California 92101
                                                  Telephone: (619) 237-3490
                                                  Facsimile: (619) 237-3496
                                                  lstevens@thegomezfirm.com