# EXHIBIT 1



April 10, 2018

**ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

*Sent Via FedEx*
Marla Paine
 63018 Washington Ave.
Roseland, LA 70456

Dear Ms. Paine,

　　We have attempted to contact you regarding your responses to your Plaintiff Fact Sheet. In order for us to comply with our discovery obligations, we need to discuss the responses you provided and get more information from you. We have attempted to reach you by phone and email at least four times over the last month, and you are still unresponsive. Without a response from you, we are unable to comply with discovery obligations. **Currently, the deadline to submit your responses was on February 20th, 2018. We need to complete your Plaintiff Fact Sheet ASAP.**

　　These discovery documents are a mandatory part of litigation. We want to advise you that defendants do not have an obligation to continue to grant extensions. Instead, at any time, they could potentially file a motion with the court to issue sanctions (monetary penalty) to you directly and/or to our firm. Additionally, they could file a motion with the court to dismiss your case in its entirety. We greatly want to avoid either of these situations. In order to do so, we need your cooperation. As such, it is very important that you contact us to discuss if you want to proceed with your case and if you plan to complete the required documents.

　　Additionally, we want to remind you that Section 7 of our representation agreement allows our firm to withdraw from representation for "good cause."

　　　"Good Cause includes Client's breach of this Contract, *Client's refusal to cooperate with Attorney* or to follow Attorney's advice on a material matter, or any other fact or circumstance that would render Attorney's continuing representing unlawful or unethical. Attorney may also discharge Client if Client at any time is dishonest with Attorney, *or fails to provide relevant information to Attorney*."

　　We understand these documents are lengthy and can be time-consuming. Accordingly we are here to work with you if you have any questions or need assistance. We certainly do not want to withdraw from representation, but we need you to contact us in order to proceed with litigation. Please let us know what we can do to help.



     Please contact us right away to let us know how you plan to proceed.  I appreciate your prompt attention to this matter.  Thank you.

Sincerely,

_[signature]_

Lindsay Stevens, Esq.
**Gomez Trial Attorneys**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| To: | Lupe Felix |
| Subject: | FedEx Shipment 771965226960 Delivered |
| Date: | Monday, April 16, 2018 10:53:42 AM |

FedEx®

# Your package has been delivered

Tracking # 771965226960

**Ship date:**
Tue, 4/10/2018

**Lupe Felix**
San Diego, CA 92101
US

Delivered

**Delivery date:**
Mon, 4/16/2018 12:49 pm

**Marla Paine**
63018 Washington Ave.
ROSELAND, LA 70456
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 771965226960 |
| **Status:** | Delivered: 04/16/2018 12:49 PM Signed for By: M.PAINE |
| **Reference:** | Paine 3855-223 |
| **Signed for by:** | M.PAINE |
| **Delivery location:** | ROSELAND, LA |
| **Delivered to:** | Residence |
| **Service type:** | FedEx 2Day |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Direct Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 4/12/2018 by 8:00 pm |

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:53 PM CDT on 04/16/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.



April 17, 2018

***Sent Via Fed Ex:***
Marla Paine
63018 Washington Ave.
Roseland, LA 70456

RE:   Chemotherapy Claim Withdrawal of Counsel

Dear Ms. Paine,

Our office has attempted to reach you via telephone and mail several times to discuss important matters regarding your chemotherapy case. Our office has called you via telephone on February 26th, 2018, March 5th, 2018, March 29th, 2018, April 5th, 2018, April 9th, 2018, April 13th, 2018 and April 16th, 2018 (and via text), and sent correspondence via U.S. Mail and E-mail on March 7th, 2018, March 29th, 2018, April 4th, 2018 and Via Fed Ex on April 10th, 2018 we now must take steps to withdraw as counsel in your case. To that end, **we will be filing a motion to withdraw as your counsel on April 19th, 2018. This means that we will no longer represent you for your potential chemotherapy case and will take no further action to preserve your rights.**

Moreover, since your case is filed in Multi-District Litigation ("MDL") 2740: *In re: Taxotere/Docetaxel Products Liability Litigation*, there are certain court deadlines set by the court that must be met in your case. **The first of these deadlines was the due date for your court-approved discovery document, the Plaintiff Fact Sheet ("PFS"). The deadline for your PFS was on April 13th, 2018**. These documents were first mailed to you on December 12th, 2017 and we have tried to follow up with you several times since then to finalize your PFS for service. Since you now are not represented by an attorney, and since you have failed to meet this deadline, your case is at risk for being dismissed by the MDL court with prejudice. We recommend you comply with your discovery requirements or seek new counsel immediately.

As a courtesy, we have included below all upcoming deadlines and hearings in your case and in the MDL litigation:

**CMO No. 13 Order Selecting Bellwether Trial Plaintiffs**
1. Durden, Antoinette 2:16-cv-16635
2. Earnest, Barbara 2:16-cv-17144
3. Francis, Tanya 2:16-cv-17410
4. Tuyes, Lisa 2:16-cv-15473

- 9/13/ 2018 – Pre Trial Conference @ 9 AM CST
- 9/11/2018 – joint proposed Pre Trial Oder must be submitted by hand no later than 4 PM CST or electronically eFile-Engelhardt@laed.uscourts.gov,



- 9/24/2018 – Trial @ 8:30 AM CST
- 7/6/2018 – Joint Confidential Status Report
- 6/29/2018 – Settlement Conference w/ Mag. Judge North
- 

**Discovery**
- 7/27/2018 – L/D to complete Expert depositions

**Motions**
- 7/30/2018 – L/D to file and serve any motion
- 8/20/2018 – L/D for any Oppo memos to be filed and served
- 8/29/2017 – L/D t for any replies to be filed and served
- 8/17/2018 – L/D to file and serve MIL
- 8/31/2018 – L/D to file and serve any Oppos to MIL
- 9/7/2018 – L/D to file and serve any replies to MIL

**Experts**
- 5/4/2018 – L/D to submit expert reports for who will be witnesses for plaintiffs
- 6/1/2018 - L/D to submit expert reports for who will be witnesses for defendants
- 7/20/2018 - L/D to file and serve preliminary list of exhibits that may be used at trial
- 8/6/2018 - L/D to file and serve preliminary list of all witnesses who may be called to testify & preliminary list of exhibits that may be used at trial

Next anticipated Status Conference date is April 26th, 2018.

To summarize, our office will be filing a motion to withdraw as your counsel on April 19th, 2018. If you desire for our office to dismiss your case on your behalf, you must call us before that date. Please call 619.237.3490 or email mfelix@thegomezfirm.com or lstevens@thegomezfirm.com to discuss the dismissal of your case **no later than April 19th, 2018. If we do not hear from you by April 19th, 2018, we will have no choice but to file a withdrawal of counsel in your case and your case may be dismissed.**

Thank you for your prompt attention to this matter.

Very Truly Yours,

Lindsay R. Stevens, Esq.

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| To: | Lupe Felix |
| Subject: | FedEx Shipment 772019648464 Delivered |
| Date: | Wednesday, April 18, 2018 9:05:58 AM |

FedEx®

# Your package has been delivered

Tracking # 772019648464

**Ship date:**
Tue, 4/17/2018
**Lupe Felix**
San Diego, CA 92101
US

Delivered

**Delivery date:**
Wed, 4/18/2018 11:04 am
**Marla Paine**
63018 Washington Ave.
ROSELAND, LA 70456
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 772019648464 |
| **Status:** | Delivered: 04/18/2018 11:04 AM Signed for By: M.PAINE |
| **Reference:** | Paine 3855-223 |
| **Signed for by:** | M.PAINE |
| **Delivery location:** | ROSELAND, LA |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Direct Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 4/18/2018 by 4:30 pm |

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:05 AM CDT on 04/18/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.