UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** § § § § § § § | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. JANE T. MILAZZO |
| *THIS DOCUMENT RELATES TO:*<br>*Sherrell Allen v. Sanofi S.A., et al.,*<br>*No. 2:16-cv-17203* | |

*This document also pertains to all cases where Pfizer Inc. is named as a defendant*

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Pfizer Inc. in the above-captioned matter.[1]

DATED: June 8, 2018

                            Respectfully submitted,

                            By: /s/ *Mark S. Cheffo*
                            Mark S. Cheffo
                            DECHERT LLP
                            Three Bryant Park
                            1095 Avenue of the Americas
                            New York, New York 10036-6797
                            Telephone: (212) 698-3500
                            Facsimile: (212) 698-3599
                            mark.cheffo@dechert.com

                            *Attorney for Defendant Pfizer Inc.*

---

[1] By filing this appearance, Pfizer Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  June 8, 2018

/s/ Mark S. Cheffo
Mark S. Cheffo