# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | § § § | **MDL NO. 2740** |
| | § | **SECTION "N" (5)** |
| *THIS DOCUMENT RELATES TO:* *Sherrell Allen v. Sanofi S.A., et al.,* No. 2:16-cv-17203 | § § § | **HON. JANE T. MILAZZO** |

*This document also pertains to all cases where Pfizer Inc. is named as a defendant*

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Pfizer Inc. in the above-captioned matter.[1]

DATED: June 8, 2018                          Respectfully submitted,

                                               By: /s/ *Mara Cusker Gonzalez*
                                               Mara Cusker Gonzalez
                                               DECHERT LLP
                                               Three Bryant Park
                                               1095 Avenue of the Americas
                                               New York, New York 10036-6797
                                               Telephone: (212) 698-3500
                                               Facsimile: (212) 698-3599
                                               MaraCusker.Gonzalez@dechert.com

                                               *Attorney for Defendant Pfizer Inc.*

---

[1] By filing this appearance, Pfizer Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2018 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: June 8, 2018

                                            /s/ Mara Cusker Gonzalez
                                            Mara Cusker Gonzalez