UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § | MDL NO. 2740 |
| *THIS DOCUMENT RELATES TO:* § *Gail Slade v. Sanofi S.A., et al.,* § No. 2:16-cv-15571 § § | SECTION "N" (5)   HON. JANE T. MILAZZO |

*This document also pertains to all cases where Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., and Hospira, Inc. is named as a defendant*

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendant Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., and Hospira, Inc. in the above-captioned matter.[1]

DATED: June 8, 2018

Respectfully submitted,

By: /s/ *Mara Cusker Gonzalez*
Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
MaraCusker.Gonzalez@dechert.com

*Attorney for Defendant Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., and Hospira, Inc.*

---

[1] By filing this appearance, Pfizer Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: June 8, 2018

/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
