UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

---

**SANOFI DEFENDANTS' MOTION FOR RULE 37 SANCTIONS**

---

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), move this Court for just sanctions, including dismissal with prejudice of *Kelly Gahan v. Sanofi, et al.*, No. 1:15-cv-02777, pursuant to Fed. R. Civ. P. 37(b), for the following reasons:

1. For more than a year, Bellwether Plaintiff Kelly Gahan ("Dr. Gahan") has engaged in a willful, ongoing effort to deprive Sanofi of highly relevant information, and her behavior demonstrates widespread disregard for the discovery obligations imposed by this Court through the Plaintiff Fact Sheet ("PFS"), PTO No. 22A (Rec. Doc. 325), PTO No. 38 (Rec. Doc. 326), PTO No. 68 (Rec. Doc. 1085), and PTO No. 71A (Rec. Doc. 1531).

2. Dr. Gahan intentionally verified *four* incomplete and inaccurate PFSs, withheld information on a physician treating her alleged hair loss injury, instructed that same physician to withhold records from Sanofi, encouraged other third-party records custodians to similarly evade Sanofi's requests for information, and withheld hundreds of photographs of her hair regrowth.

1

1. Dr. Gahan's conduct and sworn testimony establishes a record of not only willful delay, but bad faith failure to make required disclosures, in violation PTO No. 22A (Rec. Doc. 325), PTO No. 38 (Rec. Doc. 326), PTO No. 68 (Rec. Doc. 1085), and PTO No. 71A (Rec. Doc. 1531) that warrant sanctions.

WHEREFORE, for the foregoing reasons, the Sanofi Defendants respectfully requests that this Court grant their Motion for Rule 37 Sanctions and enter just sanctions, including dismissal with prejudice of *Kelly Gahan v. Sanofi, et al.*, No. 1:15-cv-02777.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

Case 2:16-md-02740-JTM-MBN   Document 2831   Filed 06/08/18   Page 3 of 3


3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*