**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** <br><br> **SECTION "H"** |

**THIS DOCUMENT RELATES TO**
*Gahan v. Sanofi, et al.*, **No. 16-cv-15283**

**MEMORANDUM IN SUPPORT OF SANOFI DEFENDANTS' MOTION FOR RULE 37 SANCTIONS**

# FILED UNDER SEAL

1