# EXHIBIT A

**From:** **Lowry, Bill** blowry@ucla.edu
**Subject:** Re: Lactate dehydrogenase activity drives hair follicle stem cell activation
**Date:** October 25, 2017 at 5:22 PM
**To:** bluermedic@gmail.com

Did you ever have a biopsy taken from your scalp?

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: bluermedic@gmail.com
Date: 10/25/17 2:44 PM (GMT-08:00)
To: "Lowry, Bill" <blowry@ucla.edu>
Subject: Re: Lactate dehydrogenase activity drives hair follicle stem cell activation


Hi, thank you so much for your reply! I will check out the link. Let me know about the compassionate use. FDA had no idea taxotere was making people permanently bald and it has been going on for over a decade so they kind of dropped the ball and have been extremely helpful in trying to make the situation better. If it helps at all I am a medical doctor. I am also leading a class action against Sanofi (drug manufacturer) and if we could find something that worked they might be a source of funding.

> On Oct 25, 2017, at 3:33 PM, Lowry, Bill <blowry@ucla.edu> wrote:
>
> Hi Kelly, I am sorry to hear that.  While most of the outreach I get is from people with typical alopecias, a few have contacted me with the same problem as you. We created a link to gather information from people interested in this technology  http://bit.ly/UCLAHair  , so that we may keep you informed.
>
> As for compassionate use, that is interesting, I had not thought of that.  We have developed a series of novel compounds and are screening for toxicity in advance of trying to form a company and run a phase 1 safety trial.  I do wonder if compassionate use could be a path towards the clinic...
>
> -----Original Message-----
> From: bluermedic@gmail.com [mailto:bluermedic@gmail.com]
> Sent: Wednesday, October 25, 2017 2:25 PM
> To: Lowry, Bill <blowry@ucla.edu>
> Subject: Lactate dehydrogenase activity drives hair follicle stem cell activation
>
>
>
> Hello Mr. Lowry
> I am writing you in reference to the above article and any assistance you could provide. In 2013 I was diagnosed with invasive breast cancer and given the chemotherapy drug taxotere. It caused me to have permanent alopecia to my scalp. I worked with the FDA to get the warning g label changed and we have since discovered thousands of other cases. As you can imagine this has been beyond devastating. I am hoping that your research maybe able to help or you may know someone who could help. I have contacts at the FDA and would love to set up a compassionate use trial.  Thank you for your time, Kelly Gahan

**Gahan, Kelly – PPR 000542**

**From:** bluermedic@gmail.com
**Subject:** Re: Lactate dehydrogenase activity drives hair follicle stem cell activation
**Date:** October 25, 2017 at 4:42 PM
**To:** Lowry, Bill  blowry@ucla.edu

Hi, thank you so much for your reply! I will check out the link. Let me know about the compassionate use. FDA had no idea taxotere was making people permanently bald and it has been going on for over a decade so they kind of dropped the ball and have been extremely helpful in trying to make the situation better. If it helps at all I am a medical doctor. I am also leading a class action against Sanofi (drug manufacturer) and if we could find something that worked they might be a source of funding.

> On Oct 25, 2017, at 3:33 PM, Lowry, Bill <blowry@ucla.edu> wrote:
>
> Hi Kelly, I am sorry to hear that.  While most of the outreach I get is from people with typical alopecias, a few have contacted me with the same problem as you. We created a link to gather information from people interested in this technology  http://bit.ly/UCLAHair  , so that we may keep you informed.
>
> As for compassionate use, that is interesting, I had not thought of that.  We have developed a series of novel compounds and are screening for toxicity in advance of trying to form a company and run a phase 1 safety trial.  I do wonder if compassionate use could be a path towards the clinic...
>
> -----Original Message-----
> From: bluermedic@gmail.com [mailto:bluermedic@gmail.com]
> Sent: Wednesday, October 25, 2017 2:25 PM
> To: Lowry, Bill <blowry@ucla.edu>
> Subject: Lactate dehydrogenase activity drives hair follicle stem cell activation
>
>
> Hello Mr. Lowry
> I am writing you in reference to the above article and any assistance you could provide. In 2013 I was diagnosed with invasive breast cancer and given the chemotherapy drug taxotere. It caused me to have permanent alopecia to my scalp. I worked with the FDA to get the warning g label changed and we have since discovered thousands of other cases. As you can imagine this has been beyond devastating. I am hoping that your research maybe able to help or you may know someone who could help. I have contacts at the FDA and would love to set up a compassionate use trial.  Thank you for your time, Kelly Gahan

**From:** **Christine Hagenburger** christieann88@yahoo.com
**Subject:** Re: Q on lawsuit...
**Date:** September 4, 2017 at 10:43 PM
**To:** bluermedic@gmail.com

and my number is 310-308-1888
address:
6 via la cima
rancho palos verdes, ca 90275
very thoughtful.  thank you

thanks for being available to talk with my family.   i've told my brother Eric a little about it and he has agreed to step into the lawsuit portion if needed.  i'll give you his name and number - in event you don't hear from me for a while...

eric hagenburger
702-217-3572


On Sunday, September 3, 2017 11:15 AM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:


Omg Christine. I have had on my to do list forever to write you back and just don't know where the time has gone. I am so freaked out to hear you talking like that. Where has the cancer gone? It is very alarming to hear you speak about not being here anymore. Is there anything more they can do? Do you feel bad physically? I am afraid to even ask what it is like mentally. What is your address? I am gonna send you a little care package.

I am happy to help in whatever way with your case. I think it speaks volumes to how devastating it is that even now you want justice. I would be happy to act as a go between with the lawyers and your family. I spoke with Darin at length last week and they are just now getting all the discovery documents. First cases are next September and there is a very good chance Sanofi will end up making a business decision to settle.

Cancer is the gift that keeps on taking. The tamoxifen caused me to have a giant 15 cm endometrioma on my left ovary and I had surgery Monday to remove the mass, ovary, tube. Then my bowel got caught in the surgical site and I had to have emergency surgery on Wednesday and have spent the week in the hospital. Was feeling sorry myself till I got your email and now I am just freaked out knowing what you have been dealing with by comparison. I wish so bad there was something I could do to make the cancer go away.
I am gonna send Darin an email right now. Please let me know how I can help and call anytime 303-359-9563.
Hugs,
Kelly

On Sep 2, 2017, at 5:40 PM, Christine Hagenburger <christieann88@yahoo.com> wrote:

**Gahan, Kelly – PPR 001039**

Hi Kelly,

I hope you are having a good weekend and doing well these days.

I just had to unenroll from the clinical trial I was on, as the cancer is spreading again.

I am in the process of getting Christopher all the paperwork - the last of it that looooong Plaintiff sheet - will go out to him tomorrow along with a copy of my medical records.

My question is: if I do pass on in the next few weeks....which is a possibility....how do I get someone to help shepard my case along with the attorneys?  Do you know how that works?  I thought since you are a doctor - and in the suit - you might know :)

Just looking to wrap things up...in case.

Thinking of you,

Christie

**From:** Christine Hagenburger christieann88@yahoo.com
**Subject:** Re: Hi
**Date:** April 5, 2017 at 1:41 AM
**To:** kelly gahan bluermedic@gmail.com

Hey Kelly,

You are a woman on a mission and I love it!  Gosh, give you something to tackle and nothing seems to stop you.  Its remarkable.

The potential baldness cure sounds interesting.  With your doctor lead how is the texture of his hair?  Its one of the things I have always found so unnerving about our hair situation...what little hair I have has such an odd texture.  If I could just get rid of that.  I mean, how does it produce BOTH less hair and different texture?  Seriously, what the heck happened?  Puzzling.  How cool that Deb Miller is still an asset for our needs.  That's incredible.  I do see things come through on the Taxotears string on occasion about something happening in NY too?  Well, I hope there is something some day.

I'll be honest with you.  I hope this does not sound hokey or like I'm kissing up or anything...but that phone call with the FDA...I was nearly at a point where I was going to give up.  Something about knowing that I had something to offer to help others out with this disfigurement gave me some much needed oxygen and purpose.  I hung on a bit longer so I could contribute.  Then when you found a law firm, I hung on a little longer thinking I could be apart of change with that.  Little things matter when things are dark and grim and hard.  Your actions had a lot to do with why I am still here.  What you set in motion had a big emotional boost for me :-)  Thank you.

As far as my status in the case.  I got them all the paperwork back pretty quick - except the fee agreement.  I got that back a few days later - or I thought I did.  Turns out it got stuck in that archive part of my email (like my email to you) somehow.  I was pretty out of it then.  Weak.  A little disoriented.  So not super surprising I punched a wrong button at some point.  But, aggravating.  I did not make a big deal when I never heard anything back from them since ladies in Taxotears often complain that they never hear anything, so I did not think much of it, till I found that unsent email.

When I I did send the fee agreement back, I got a quick response that I was not a candidate for the case because their filing procedures are strict and they are not taking stage 3 or 4 cases.  I don't know what that means - if it was stage 3 or 4 at initial diagnosis (mine was stage 2) or now (which is 4 now)?  I'm also not sure why it matters as we all have the same disfigurement despite the stage.  But when I asked why, I did get an email from Chris Elliott and he is willing to talk with me tomorrow.  So, perhaps I'll at least know why.  And if it is just this firm - or if it is for the case in totality and other firms could take my case.  Kind of a bummer.

My treatment.  So, they did a genetic test on me last October - sort of a last ditch effort I think as chemo had failed at that point, the cancer was on the move again.  The test is called Foundations One.  It looks at like 500 DNA sequences.  I don't have BRCA and knew that long ago.  But, this test revealed I have a very rare (less than 3% of the population) mutation.  It affects both men & women and any type of cancer and is found

**Gahan, Kelly – PPR 002427**

population, mutation. It affects both men & women and any type of cancer and is found in the ATK1 pathway. The clinical trial drug is trying to block the pathway, and therefore stop the cancer, as with this mutation my cancer has essentially hijacked the pathway and is making its cancer there - very effectively by the way. That's the simple way of describing what it's trying to do.

So, when the genetic test unveiled the mutation and the center where I am getting treated (USC) just happened to be participating in a trial directed at the mutation, it seemed like something I should take at least try. And, so far, its having a positive affect.

Its still a Phase 1 trial, although they think they have the dosing close to where they want it to be. I have side effects - mostly tired as it does affect my bone marrow. But, its a pill that I take 4 days of the week, 3 days off. So there is not a lot of drama with it. I just need to eat/not eat at very specific times around when I take it. It also can get me in the gut - loose bowels, some heart burn. I can get some decent headaches too. But, I don't have that feeling like I got hit by a car like I did on chemo. So, that is positive.

One thing that is interesting is how much they warn me about the known side affects. There can be some heart toxicity, kidney issues and glucose/insulin deregulation (can run high). And they test me all the time to make sure I am not progressing to these negative side effects. And so far I've been ok. And they take super copious notes on my symptoms and side affects. I'm also at USC for a whole day every 3 weeks while they draw my blood all day long for research. So, it makes me wonder even more how Sanofi could not have known about the hairloss.

The only really negative thing I have encountered so far is that the pharma company sponsoring the trial (Astra Zenica) really wanted me to take a anti-hormone while I took the drug. They wanted to test how the combination worked. As I had ER+ breast cancer, I was one of the study applicants who could test that out. But, I have never done well on anti-hormone. They make me just a raving bitch and super foggy mentally and are just an unpleasant experience for me. So, I told them I would try it, but would likely go off the hormone if I had negative side effects. Technically I still qualify being in the trial if I am not on the hormone. But, when I told them I was going off the hormone as it made me completely insane, it became an unpleasant discussion. The pharma company threatened to pull me out of the study. I had to go toe to toe in a really argumentative manner with the Principal Investigator. It ultimately turned into me yelling at the guy and telling him I was not going to be part of a billion dollar drug company trying to collect evidence to justify giving women 2 drugs instead of 1 and the expense of my mental health. That was a bad appointment. It got ugly.

Ultimately, I prevailed. I remain in the trial without the anti-hormones. But, if I ever start to regress, I suspect that discussion will come up again....

As far as others in the trial and their progress - at least that they have shared with me about others at USC that have taken the drug: one man went into full remission, one man passed away shortly after he started (they think his cancer was too far along when he started), one woman started getting glucose elevations and had to go off the drug

and another woman, like me, is cruising along with small improvements from scan to scan.

I suppose the overall good news is that in order to even get in the study they have to believe that you have stable advanced disease...so that made me feel a little more comfortable.  :-))

Okay, that was a lot.  I hope your medical brain appreciated some of it :-))

Thanks again for caring enough to reach out.  I'll keep you posted on how my discussion about the lawsuit works out.  Frustrating, if I had just got them the documents right away, it would probably all be fine.  I did not have generic.  I'm also able to start being artistic again with my new found energy and that is profoundly good.  If I could get off supplemental air, that would be a miracle.  The docs originally said that would never happen and at my last assessment, it looked like getting off air was a possibility!  Wow, right?

That's it for tonight Kelly.

Keep up the good work.  I'll be in touch soon!!
Keep me posted on the hairloss cure you are looking at!!!!

-Christie


On Saturday, April 1, 2017 2:14 PM, kelly gahan <bluermedic@gmail.com> wrote:


Hi Christine! I was so worried when I never heard back from you. I would definitely be interested in hearing more about the trial and I am glad to hear it has less side effects. It is great you are feeling better and a good start that the cancer is at a stand still. With all the new immune therapies it seems like just a matter of time until a much better treatment comes along. The taxotears group has done good work. We have about 800 filed cases in the lawsuit and at least 4k have contacted the various law firms about it. Now if your doctor says you should have taxotere and you google it the first couple of pages will all be law firms advertising for permanent hair loss.  Hopefully, this will never happen to another woman. We have only received one new member recently so fingers crossed people are being warned and using cold caps/doing alternate therapies. I am of course still looking for a cure and feel like we might be getting closer. I found an MD, PhD who is extremely knowledgeable and has a 3 drug topical cocktail that worked on him (just for male pattern baldness). The company is trying to do a trial oversees first because it is so expensive here but after talking with the CEO and good old Deb Miller at the FDA we are trying to get a compassionate use trial here in the USA. I will keep you updated. Keep taking care of yourself and keep your spirits up. Great to hear from you,
Kelly

On Thu, Mar 30, 2017 at 10:39 PM, Christine Hagenburger <christieann88@yahoo.com>

**Gahan, Kelly – PPR 002429**

> wrote:
>> Hi Kelly,
>>
>> I have thought of you so often and mean to check in.
>>
>> I was going through old emails and found this in my archive....along with an email that should have gone to the attorneys.  Ugh.  I was in such a health downward spiral last summer/fall - was essentially a phone call away from hospice by November...I wonder how many other balls I dropped. Well, at least I am getting back to you now.  And have sent the email off to Robert W and Bob R.  Thanks again for finding them for us!
>>
>> It was very nice of you to reach out.
>>
>> How are you?
>>
>> As far as my health, I have failed chemo at this point - essentially - and I am on a clinical trial.  I started in December. The trial process is interesting.  Seeing how a research center responds, how the doctors need to 'mind' the phara company, what the pharma company expects from drug recipients, how (it seems) so much of the actual data lies in the hands of the research coordinator - and hopes that that person is strong in detail management I suspect,
>>
>> As far as the trial drug is concernted has fewer side effects than the chemotherapy, which is a welcome relief.  I can share a bit about it if you are interested.  But, in short, it seems to be having some positive effect - although now huge steps.  It's categorized in the 'precision therapy' modality.  It can have potentially series (permanent) side effects (which I have been well informed of - and its only a Phase 1!!!!!...makes me even more suspicious of Sanofi and hairloss).  AND they test me constantly for any signs of the known permanent side effects!!!!
>>
>> At any rate.  My cancer is sort of at a stand still.  Its no longer progressing, but its not really decreasing much...although it is a little.  I'm evaluated every 6 weeks to see if I can remain on the drug, as it is really not my choice, which is a little nerve wracking (I can go off of it if I want, but its up to the pharma company if I can remain on it).  I'm still on supplemental air, although less.  But, like I said, I have more life to me...I'm more mentally available and life is soooo much better when I can think!!  People in my life really have taken notice at how much better I seem (despite the scans not showing much improvement).  And I can write and be artistic again and I value that so much. Its a challenge, but life is twinkling again for me in small ways and I am so thankful for that.
>>
>> I look at Taxotears on occasion and see your name every so often and I'm always happy for it :-)
>>
>> Let me know how you are doing!!
>>
>> Christie

On Wednesday, September 14, 2016 8:33 AM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

Hi,
How are you doing? Sorry I haven't written in a little while, think of you often and hope everything is in check.
Kelly

Sent from my iPhone

Gahan, Kelly – PPR 002431

**From:** Kimberly Free iamfree@mail-solutions.net
**Subject:** RE: [Taxotears] Phone call with Christ Elliott and Greg Gold and Jody
**Date:** December 5, 2016 at 9:14 AM
**To:** Sue Harrison bethmax@yahoo.com, mullinsmaggie2@gmail.com
**Cc:** SUZANNE M MAKSHANOFF smakshanoff@sbcglobal.net, taxotears taxotears@googlegroups.com

Thank you sweetheart. And as ever, we are all in the same boat. Again, I do not know what I would do if I did not have you guys!

*Kimberly Free*

**From:** Sue Harrison [mailto:bethmax@yahoo.com]
**Sent:** Wednesday, November 30, 2016 4:28 PM
**To:** mullinsmaggie2@gmail.com; iamfree@mail-solutions.net
**Cc:** SUZANNE M MAKSHANOFF <smakshanoff@sbcglobal.net>; taxotears <taxotears@googlegroups.com>
**Subject:** Re: [Taxotears] Phone call with Christ Elliott and Greg Gold and Jody

I am in Wisconsin and my treatment was in Florida. I have no way of getting this info which is why I signed for them to obtain all of my medical records. Not sure how a year later they are putting the burden of proof of the drug we were given back on us. I just need to step back and let this go for a while. The stress and worry the past year have been exhausting. Not knowing what is happening or going to happen, I do know I look like a side show freak and Taxotere is to blame.

Sorry. Just past my limit right now.

Ps...I never got a response to my email.

Love and hugs ladies,
Sue

Sent from Yahoo Mail on Android

From:"Maggie Mullins" <mullinsmaggie2@gmail.com>
Date:Wed, Nov 30, 2016 at 3:05 PM
Subject:Re: [Taxotears] Phone call with Christ Elliott and Greg Gold and Jody

Thanks so much for the info!! It was incredibly helpful!
I just put in a call to my oncologist to find out what type of drug she used. Honestly, I will be very pissed if she says it was the generic. Hopefully, I'll hear back tomorrow.
All the best!
Maggie

On Wed, Nov 30, 2016 at 3:17 PM, Kimberly Free <iamfree@mail-solutions.net> wrote:

> You my dear, are awesome~!

Gahan, Kelly – PPR 003731

## Kimberly Free

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** SUZANNE M MAKSHANOFF
**Sent:** Wednesday, November 30, 2016 2:03 PM
**To:** taxotears@googlegroups.com Com <taxotears@googlegroups.com>
**Subject:** [Taxotears] Phone call with Christ Elliott and Greg Gold and Jody

Notes from my call today:

Generic drugs: March 2011 and later most used the generic version of Taxotere. But not all. You need to get confirmation of the drug used from oncologist. Generic makers include a variety of companies including Hostera (not sure spelling). The Supreme Court ruled that generic manufacturers can't be sued. Weird. But they are filing some cases in a separate lawsuit against Hostera.

The more women that sue, the more leverage and stronger the lawsuit against the fourth largest company in world.

Because in MDL, you don't need a local lawyer at all. You could sign up with them if you wish. Fees are 40% to the firm (about 5% of that are costs incurred). No fees to client at all.

First items needed are medical records. Send what you have and then they will get directly from doc too. Picture of you and you and family before treatment, then you now, but close up of your face and one that they can compare before and after side by side.

What they are doing seminars on is the actual science behind why it caused alopecia. Would love to learn this info.

Some of the cases are eyebrows thinning, spots missing, etc...but most of the cases are the male pattern balding. I'm shocked there are so many of us.

If selected as a Bellwether case to go to trial, you have the right to refuse.
--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

Gahan, Kelly – PPR 003732

To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/ group/taxotears.
For more options, visit https://groups.google.com/d/ optout.
--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@ googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/ group/taxotears.
For more options, visit https://groups.google.com/d/ optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

**From:** 'Bpv43' via Taxotears taxotears@googlegroups.com
**Subject:** RE: [Taxotears] Attorneys
**Date:** October 24, 2016 at 4:54 PM
**To:** taxotears@googlegroups.com, iamfree@mail-solutions.net

WELL SAID!!

We were pawns with Taxotere and again with the claims we filed with Bacchus and Shanker!
I have found a new attorney in Dallas and they are reviewing my files as we speak. The screening paralegal said I DO HAVE A CASE as long as Taxotere was used. PERIOD.
Ill keep you ladies posted.
Cynthia Bend OR

Sent from AOL Mobile Ma

On Monday, October 24, 2016 Kimberly Free <iamfree@mail-solutions.net> wrote:

I share with the group almost three weeks ago that I was told this by B&S firm. After several in the group encouraged me to keep the faith, I called 4 times and sent 2 emails for clarification on all of this. Needless to say I am still waiting. I expressed how disturbing this is for us to be told almost a year ago that we had a case. We all sent in pictures, we all got medical verifications. Here is my recent thought: Although we sent in this information, they themselves paid very little attention to it because the upmost importance was placed on filing as many cases as they could individually and quickly. I really do not think it was a "time is of the essence" because of dates we received the drug, it is more of a game if you will. The more they can file, and fastly, the more other law firms will pick up on it and start their advertising. Also the more they could file, the more chances of getting a "redistricting". They told me their goal was to redistrict and then settle out of court. They said they never had an intent to actually go to court. Just my opinion but we are pawns in this world and in this issue. That may sound negative to some, but this is why I was so upset weeks ago that if you are told yes you have a chance, then months down the road you are told "well you might not be due to it being a generic, or if you were given other drugs as well". Sorry if this is ugly, they know "damn" well we were all given other drugs. If that is a variable factor, we should not have been drug through all of this. For

Gahan, Kelly – PPR 004009

now I am still awaiting unanswered phone calls and emails. If I am told we can proceed I will do so. If not guess I spend a few days being mad and cursing them all. I know that is not how I am supposed to act, but I do not care who you are, everyone and I mean everyone should be allowed the opportunity to seek some justice. I know we all went into it with we just wanted to get the word out. While that is good, they also need to pay for their negligence. Yes I am glad to still be alive, but I will not have hair for the rest of my life. Thank you Sanofi!  (I apologize if I have offended anyone in this email, I really needed to blow off some steam!)

*Kimberly Free*

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.