# EXHIBIT C

**Subject:** Subpoena

**Date:** Thursday, May 3, 2018 at 7:11:21 PM Eastern Daylight Time

**From:** bluermedic@gmail.com

**To:** David Weinstein

Just FYI opposing council is going to serve a subpoena tomorrow. They gleaned your info from my emails. Sorry 😰😡

1168- GAHAN, KELLY- David Weinstein  00007

**Subject:** Re: Hello
**Date:** Monday, April 2, 2018 at 7:11:19 PM Eastern Daylight Time
**From:** bluermedic@gmail.com
**To:** David Weinstein

Thanks!

On Apr 2, 2018, at 4:50 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:
Thanks Kelly.  If you change you mind and want to start again, please let
me know.
Best of luck.
DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home
<http://www.rivertowntherapeutics.com/home>
_____
Privileged/Confidential Information may be contained in this message. If
you are not
the addressee indicated in this message (or responsible for delivery of
the message to
such person), you may not copy or deliver this message to anyone. In such
case, you
should destroy this message and kindly notify the sender by reply email.
Please advise
immediately if you or your employer do not consent to Internet email for
messages of this
kind.
On 4/2/18, 6:40 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:
Hi, just wanted to let you know I stopped using the medication about a
month ago. Pretty much right after the last pictures I sent. It
definitely helped but after a year of using it I just didn¹t have enough
of a change to go without a wig so I kind of gave up and went to once a
day then just stopped. However, I wanted to let you know how much I
appreciate your empathy and kindness in letting me try it. I hope you are
well.
Kelly

**Subject:** Re: Hi
**Date:**   Friday, July 28, 2017 at 2:56:21 PM Eastern Daylight Time
**From:**   bluermedic@gmail.com
**To:**     David Weinstein

Cool thanks, also be aware that if the taxotere girls get wind of it they will hunt you down to the end of the earth begging for help ;). Hoping once you have more data we could still do that compassionate use trial.

On Jul 28, 2017, at 12:14 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> Very limited distribution and only under CDA. You have taken the words right out of my mouth…"rather not have the lawyers for the other side put two and two together just yet".
>
> Thanks.
>
> DW
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)
> www.rivertowntherapeutics.com/home
>
> ---
>
> Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.
>
> **From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
> **Date:** Friday, July 28, 2017 at 2:11 PM
> **To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
> **Subject:** Re: Hi
>
> I think that should be okay. How widely will they be distributed? Would rather not have the lawyers for the other side put two and two together just yet.
>
> Sent from my iPhone
>
> On Jul 28, 2017, at 12:00 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:
>
>
>> <CAFDDF6F-2264-4CF0-9F7E-38C49AC086FA.png>
>>
>>
>> <D3CEB21F-7114-49E3-B5FF-9B094932A1BD.png>
>> David E. Weinstein, MD, PhD
>> Co-Founder, Chief Scientific and Chief Medical Officer

1168- GAHAN, KELLY- David Weinstein  00022

RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Friday, July 28, 2017 at 1:50 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Re: Hi

I couldn't open your photos

Sent from my iPhone

On Jul 28, 2017, at 11:42 AM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> Is it acceptable with you if we use the photos I sent you yesterday as part of our fund-raising efforts?  There is no way to identify you from the pics, and your name, occupation, history beyond taxane-induced "permanent alopecia" shall all be withheld.
>
> Thanks,
>
> David
>
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)
> www.rivertowntherapeutics.com/home
>
> Privileged/Confidential Information may be contained in this message. If you are not
> the addressee indicated in this message (or responsible for delivery of the message to
> such person), you may not copy or deliver this message to anyone. In such case, you
> should destroy this message and kindly notify the sender by reply email. Please advise
> immediately if you or your employer do not consent to Internet email for messages of this
> kind.

1168- GAHAN, KELLY- David Weinstein  00023

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Friday, July 28, 2017 at 12:04 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Re: Hi

Thrilled, I actually had a dream the other night about my hair getting good enough to go out without a wig. That has never happened before.

Sent from my iPhone

On Jul 27, 2017, at 10:07 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> September is not a problem.
>
> Your response is fantastic.  I hope you are pleased with the results to date.
>
> D
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)
> www.rivertowntherapeutics.com/home
> _____
>
> Privileged/Confidential Information may be contained in this message. If you are not
> the addressee indicated in this message (or responsible for delivery of the message to
> such person), you may not copy or deliver this message to anyone. In such case, you
> should destroy this message and kindly notify the sender by reply email. Please advise
> immediately if you or your employer do not consent to Internet email for messages of this
> kind.

>> **From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
>> **Date:** Thursday, July 27, 2017 at 8:09 PM
>> **To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
>> **Subject:** Hi
>>
>> Sorry I haven't gotten the cyclosporine level to you yet. It turns out my oncology visit isn't till September. If you need it sooner I can figure out how to get it done. Hair still improving!
>> <image2.JPG>

1168- GAHAN, KELLY- David Weinstein  00024

<image1.JPG>

<image2.JPG>

<image1.JPG>

<mime-attachment>

<mime-attachment>

<baseline to 12 weeks apical[1].jpg>

<baseline to 12 weeks frontal.jpg>

1168- GAHAN, KELLY- David Weinstein  00025

**Subject:** Re: Hi
**Date:**    Friday, July 28, 2017 at 2:11:48 PM Eastern Daylight Time
**From:**    bluermedic@gmail.com
**To:**      David Weinstein

I think that should be okay. How widely will they be distributed? Would rather not have the lawyers for the other side put two and two together just yet.

Sent from my iPhone

On Jul 28, 2017, at 12:00 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

&lt;CAFDDF6F-2264-4CF0-9F7E-38C49AC086FA.png&gt;

&lt;D3CEB21F-7114-49E3-B5FF-9B094932A1BD.png&gt;
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Friday, July 28, 2017 at 1:50 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Re: Hi

I couldn't open your photos

Sent from my iPhone

On Jul 28, 2017, at 11:42 AM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> Is it acceptable with you if we use the photos I sent you yesterday as part of our fund-raising efforts?  There is no way to identify you from the pics, and your name, occupation, history beyond taxane-induced "permanent alopecia" shall all be withheld.
>
> Thanks,

1168- GAHAN, KELLY- David Weinstein  00026

David

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Friday, July 28, 2017 at 12:04 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Re: Hi

Thrilled, I actually had a dream the other night about my hair getting good enough to go out without a wig. That has never happened before.

Sent from my iPhone

On Jul 27, 2017, at 10:07 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

September is not a problem.

Your response is fantastic.  I hope you are pleased with the results to date.

D
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this

kind.

---

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Thursday, July 27, 2017 at 8:09 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Hi

Sorry I haven't gotten the cyclosporine level to you yet. It turns out my oncology visit isn't till September. If you need it sooner I can figure out how to get it done. Hair still improving!
<image2.JPG>

<image1.JPG>

<image2.JPG>

<image1.JPG>

<mime-attachment>

<mime-attachment>

<baseline to 12 weeks apical[1].jpg>

<baseline to 12 weeks frontal.jpg>

1168- GAHAN, KELLY- David Weinstein  00028

**Subject:** Re: Hi
**Date:** Friday, July 28, 2017 at 1:50:54 PM Eastern Daylight Time
**From:** bluermedic@gmail.com
**To:** David Weinstein

I couldn't open your photos

Sent from my iPhone

On Jul 28, 2017, at 11:42 AM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> Is it acceptable with you if we use the photos I sent you yesterday as part of our fund-raising efforts?  There is no way to identify you from the pics, and your name, occupation, history beyond taxane-induced "permanent alopecia" shall all be withheld.
>
> Thanks,
>
> David
>
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)
> www.rivertowntherapeutics.com/home
>
> ───────────────────────────
>
> Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

> **From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
> **Date:** Friday, July 28, 2017 at 12:04 PM
> **To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
> **Subject:** Re: Hi
>
> Thrilled, I actually had a dream the other night about my hair getting good enough to go out without a wig. That has never happened before.
>
> Sent from my iPhone
>
> On Jul 27, 2017, at 10:07 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:
>
>> September is not a problem.
>>
>> Your response is fantastic.  I hope you are pleased with the results to date.

1168- GAHAN, KELLY- David Weinstein  00029

D
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

---

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

---

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Thursday, July 27, 2017 at 8:09 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Hi

Sorry I haven't gotten the cyclosporine level to you yet. It turns out my oncology visit
isn't till September. If you need it sooner I can figure out how to get it done. Hair still
improving!
<image2.JPG>

<image1.JPG>


<image2.JPG>

<image1.JPG>

<mime-attachment>

<mime-attachment>

1168- GAHAN, KELLY- David Weinstein  00030

**Subject:** Re: Hi
**Date:** Friday, July 28, 2017 at 12:04:23 PM Eastern Daylight Time
**From:** bluermedic@gmail.com
**To:** David Weinstein

Thrilled, I actually had a dream the other night about my hair getting good enough to go out without a wig. That has never happened before.

Sent from my iPhone

On Jul 27, 2017, at 10:07 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> September is not a problem.
>
> Your response is fantastic.  I hope you are pleased with the results to date.
>
> D
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)
> www.rivertowntherapeutics.com/home
> ――――――――――――――――――――――――――――――
> Privileged/Confidential Information may be contained in this message. If you are not
> the addressee indicated in this message (or responsible for delivery of the message to
> such person), you may not copy or deliver this message to anyone. In such case, you
> should destroy this message and kindly notify the sender by reply email. Please advise
> immediately if you or your employer do not consent to Internet email for messages of this
> kind.
> ――――――――――――――――――――――――――――――
>
> **From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
> **Date:** Thursday, July 27, 2017 at 8:09 PM
> **To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
> **Subject:** Hi
>
> Sorry I haven't gotten the cyclosporine level to you yet. It turns out my oncology visit isn't till
> September. If you need it sooner I can figure out how to get it done. Hair still improving!
> <image2.JPG>
>
> <image1.JPG>
>
>
> <image2.JPG>
>
> <image1.JPG>
>
> <mime-attachment>
>
> <mime-attachment>

1168- GAHAN, KELLY- David Weinstein  00031

**Subject:** Hi
**Date:**    Thursday, July 27, 2017 at 8:09:06 PM Eastern Daylight Time
**From:**    bluermedic@gmail.com
**To:**      David Weinstein

Sorry I haven't gotten the cyclosporine level to you yet. It turns out my oncology visit isn't till September. If you need it sooner I can figure out how to get it done. Hair still improving!





**1168- GAHAN, KELLY- David Weinstein  00032**



1168- GAHAN, KELLY- David Weinstein  00033

**Subject:** Re: Pictures

**Date:**  Tuesday, August 1, 2017 at 1:16:29 PM Eastern Daylight Time

**From:**  David Weinstein

**To:**  bluermedic@gmail.com

I will send more today or tomorrow, before I leave of Sun Valley, Idaho.

Your hair looks great.  This is one of those instances when being a physician is really rewarding.  Thanks for the privilege and trust
David

Sent from my iPhone

On Aug 1, 2017, at 1:11 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

> These probably look a little artificially good because I just blow dried my hair but still pretty incredible 😊. Thank you so much! I hate to ask again but I will be out in about two weeks.
>
> <IMG_8286.JPG>
>
> <IMG_8288.JPG>
>
> <IMG_8289.JPG>
>
> Sent from my iPhone

1168- GAHAN, KELLY- David Weinstein  00102

On 3/11/17, 12:25 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

**Subject:** Re: Scalp biopsy report

**Date:** Thursday, February 23, 2017 at 11:36:32 PM Eastern Standard Time

**From:** David Weinstein

**To:** bluermedic@gmail.com

Thanks.  Looks hopeful for regeneration.

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Thursday, February 23, 2017 at 10:13 PM
**To:** David Weinstein <david@rivertowntherapeutics.com>
**Subject:** Fwd: Scalp biopsy report

Another one

Sent from my iPhone

Begin forwarded message:

**From:** SUZANNE M MAKSHANOFF <smakshanoff@sbcglobal.net>
**Date:** February 23, 2017 at 8:03:08 PM MST
**To:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Subject: Scalp biopsy report**
**Reply-To:** SUZANNE M MAKSHANOFF <smakshanoff@sbcglobal.net>

Attached is the biopsy report. They told me that my body was attacking the hair follicle.

# DERMATOPATHOLOGY REPORT

**DIAGNOSIS:**
**SKIN, SCALP, BIOPSY:**
    **PROBABLE ALOPECIA AREATA – SEE BELOW.**

**COMMENT:**
**Slide enclosed.**

MICROSCOPIC DESCRIPTION:
The sections are interpreted as showing the microscopic features of an alopecia with several fibrous
suggestive of alopecia areata. There is some very minimal perifollicular fibrosis as well as an occas
catagen. Also, there is very mild predominantly now perivascular lymphohistiocytic inflammatory inf
stain was obtained and no definite fungal elements were identified. No significant scarring is identifi
sections available for study. Is alopecia areata a clinical consideration? If the lesion persists additi
should be considered.

CLINICAL: Alopecia, scarring?  Punch biopsy.

GROSS DESCRIPTION:
Scalp.  Received in formalin and identified by name and site is a cylindrical piece of tissue 3 x 3 x 3
submitted in one cassette.

1168- GAHAN, KELLY- David Weinstein  00159

**Subject:** Re: Address

**Date:**   Thursday, February 9, 2017 at 6:09:02 PM Eastern Standard Time

**From:**   David Weinstein

**To:**     bluermedic@gmail.com

My pleasure.  Thank you.

DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home
<http://www.rivertowntherapeutics.com/home>
_____

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email.
Please advise
immediately if you or your employer do not consent to Internet email for

**1168- GAHAN, KELLY- David Weinstein  00171**

messages of this
kind.

On 2/9/17, 6:06 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

It was great talking with you today. My address is 3432 Trenton St Denver
CO 80238. Thanks,
Kelly

Sent from my iPhone

**Subject:** Re: Re

**Date:**     Saturday, February 4, 2017 at 8:28:42 PM Eastern Standard Time

**From:**    David Weinstein

**To:**       kelly gahan

I looked at the website after I wrote.  I am very impressed.  Most of my questions are addressed by the
website, but any additional info you have would be appreciated.

Please feel free to phone me if you like.

David

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

1168- GAHAN, KELLY- David Weinstein  00172

**From:** kelly gahan <bluermedic@gmail.com>
**Date:** Saturday, February 4, 2017 at 7:34 PM
**To:** David Weinstein <david@rivertowntherapeutics.com>
**Subject:** Re: Re

Taxotears

**Subject:** Re: Re
**Date:**      Saturday, February 4, 2017 at 8:22:40 PM Eastern Standard Time
**From:**      David Weinstein
**To:**        kelly gahan

Hi Kelly.

Thank you for your kind note.  I am assuming that the etiologic foe the alopecia agent is taxol.  True?  Is the hair loss universal or limited to the scalp or subregions? Is the pattern the same in everyone that is so affected?  Do you know the mechanism that leads to the "permanent alopecia"?  Has anyone in the group had a scalp biopsy-  can the follicles be seen?  Is there any evidence of fibrosis?  The reasons I am asking are both academic interest and to better understand if RT1640 is apt to help.

Thanks,

David

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home
_____

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to

**1168- GAHAN, KELLY- David Weinstein  00173**

such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

---

**From:** kelly gahan <bluermedic@gmail.com>
**Date:** Saturday, February 4, 2017 at 7:34 PM
**To:** David Weinstein <david@rivertowntherapeutics.com>
**Subject:** Re: Re

Dr. Weinstein,
Thank you so much for responding to my email and for your empathy.  I am terribly sorry you have had a similar experience. The women I am involved with have an online group called the Taxotears (we have a website) and a private Google group that stays in regular contact. Our members are all over the United States and to a lesser extent international. Myself and several other members are located in Colorado.  Our group coalesced when we came together about a year ago and notified the FDA and obtained a label change for the drug.  No other chemotherapy drug is known to cause permanent hair loss with standard dose chemotherapy (there are about 6 cases reported in the literature of children with permanent alopecia 2/2 to extremely high doses for bone marrow transplantation). Of course people who have brain radiation commonly suffer permanent hair loss and could also benefit tremendously from your work. Part of the reason our group is so large is we are pursuing a multi district litigation suit on behalf of those affected (the drug company knew for at least a decade that permanent alopecia was happening and hid it from the FDA and physicians).  Through advertising for the lawsuit we now have contact information for over four thousand women and expect to ultimately have about ten thousand. If it helps in any way I am also a physician and would be happy to provide any assistance I can.  Thank you again,
Kelly

On Fri, Feb 3, 2017 at 2:59 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:
> Dear Kelly,
>
> Thank you for reaching out to us.
>
> I am sorry that you and the others in your group needed the chemotherapy, and that you have had the common, but disheartening side effect of loosing you hair.  I am empathetic not only as a physician, but I have had a very similar experience myself.
>
> At this point, we do no have a US clinical trial planned.  That make change in the not too distant future, although I am not certain.  What I would like to do is learn more about your group, how you came together, where you are located, etc., and then stay in touch.  Depending on a number of issues, we might consider setting up an Investigator Initiated Trial. At which point, we would let you know where you could find out more.
>
> Please feel free to contact us directly.  My contact information follows.
>
> Best of luck, and thank you again
>
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)

1168- GAHAN, KELLY- David Weinstein  00174

www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

**Subject:** Re

**Date:** Friday, February 3, 2017 at 4:59:08 PM Eastern Standard Time

**From:** David Weinstein

**To:** bluermedic@gmail.com

**CC:** Michael Altman

Dear Kelly,

Thank you for reaching out to us.

I am sorry that you and the others in your group needed the chemotherapy, and that you have had the common, but disheartening side effect of loosing you hair.  I am empathetic not only as a physician, but I have had a very similar experience myself.

At this point, we do no have a US clinical trial planned.  That make change in the not too distant future, although I am not certain.  What I would like to do is learn more about your group, how you came together, where you are located, etc., and then stay in touch.  Depending on a number of issues, we might consider setting up an Investigator Initiated Trial. At which point, we would let you know where you could find out more.

Please feel free to contact us directly.  My contact information follows.

Best of luck, and thank you again

1168- GAHAN, KELLY- David Weinstein  00175

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

**1168- GAHAN, KELLY- David Weinstein  00176**



.ıll Verizon LTE          4:46 PM          ⚹ 62% ▬

‹ 3                                                          ⓘ

+1 (303) 359-9563

Can I call you later?

Sure

Thursday 6:47 PM

Hi, just a heads up the opposing side is going to subpoena you in the next day or two. The judge ordered all my emails released and they must have gleaned your name off them.

Thanks for the heads-up. What will be will be

Delivered

Right it is a huge case and I think they are just trying to make sure they leave no stone unturned.

    iMessage   



**iMessage**
**Feb 23, 2017,** 2:50 PM

Can I call you later?

Sure

**Thursday** 6:47 PM

Hi, just a heads up the opposing side is going to subpoena you in the next day or two. The judge ordered all my emails released and they must have gleaned your name off them.

Thanks for the heads-up. What will be will be

**Delivered**

Right it is a huge case and I

  iMessage