# EXHIBIT D



## **A F F I D A V I T**

Kelly Gahan
v.
Sanofi, S.A., et al.

I, <u>Aulona Hoxha</u>, having been first duly sworn do hereby state and affirm as follows:

1. That, I am an employee of Veritext Legal Solutions, and the Veritext Records Department Manager. I have personal knowledge of the information contained in this affidavit.
2. That, on **April 17, 2018**, Veritext Legal Solutions sent a request for the release of records to the office of David Weinstein, M.D., RiverTown Therapeutics, 39 Round Hill Road, Dobbs Ferry, NY 10522.
3. That, on **April 17, 2018**, I spoke to Dr. Weinstein and he gave me the fax number to his office. We did not discuss the specific patient's records at that time.
4. That, on **April 20, 2018**, I called Dr. Weinstein, and Dr. Weinstein stated he received the request but was too busy to respond right away, and that he would respond soon.
5. That, on **April 20, 2018**, Dr. Weinstein called me back and stated, "… he has never seen Kelly Gahan. He has spoken to her over the phone, but he has never treated her."
6. That, on **April 23, 2018**, I faxed and mailed a "No Records Certificate" to Dr. Weinstein for his signature, because he stated he did not treat Kelly Gahan.
7. That, on **April 25, 2018**, I called Dr. Weinstein but he did not pick up. I left him a voicemail to let him know that we needed him to return the "No Records Certificate." Dr. Weinstein called back, and stated he was out of town, but would let me know if he received the fax as soon as he returned. He did not tell me when he would be back.
8. That, on **April 30, 2018**, I called Dr. Weinstein once, but he did not answer.
9. That, on **May 1, 2018**, I called Dr. Weinstein once again, but he did not answer.
10. That, on **May 2, 2018**, I called Dr. Weinstein twice, but he did not answer.
11. That, on **May 2, 2018**, I received an email from Shook, Hardy and Bacon L.L.P. to subpoena Dr. Weinstein to release any and all records he holds.
12. That, on **May 5, 2018**, Dr. Weinstein was personally served.
13. That, on **May 7, 2018**, I called Dr. Weinstein twice. Dr. Weinstein answered the second call, and stated that he would send all the medical records that he had for Kelly Gahan right away.
14. That, on **May 11, 2018**, Veritext received records from Dr. Weinstein, and forwarded them to Shook, Hardy and Bacon L.L.P

FURTHER AFFIANT SAYETH NAUGHT

*Aulona Hoxha*

Aulona Hoxha

Sworn to and subscribed before me this 4th day of May, 2018.

*Michael DeCorpo*

Michael A. DeCorpo, Notary Public
My commission expires: 7/16/2021