# EXHIBIT G

**From:** **'Cynthia Vernarecci' via Taxotears** taxotears@googlegroups.com
**Subject:** Re: [Taxotears] Karen is now connected
**Date:** January 9, 2016 at 12:15 AM
**To:** Erica Lieberman ericasil@bellsouth.net
**Cc:** taxotears@googlegroups.com

Thanks for the new info regarding FDA changes being made on the warnings for use of taxotere. That's an amazing step forward for all the taxotears!!!

Erica Lieberman <ericasil@bellsouth.net> wrote:
Glad you're joining us, Karen!

For Karen, Cynthia (who joined a few days ago) and any other members who haven't seen Deb Miller's letter, here's an indication of what a big bunch of feisty women can do.

The following is an email from a woman at the FDA. It came about 6 months after one our members, Kelly, arranged a group conference call with several of us and several agency people. We poured our hearts out and apparently convinced them that permanent hair loss is a very real, debilitating side effect — and that Sanofi-Aventis has been deliberately hiding the risk. It's a huge victory!

Also, you should know that Kelly (what a star!) began talking to some attorneys about a lawsuit against Sanofi-Aventis well over a year ago. Now a law firm has agreed to take our case nationwide on a contingency basis. They're looking for participants across the US. Cynthia and Karen, I'll send you the lawyers contact info in a separate email.

Our members have been less successful in legal challenges internationally. But we aren't giving up!

Erica
———————————————————————————————————————

Hi everyone,
I know it's been a while since I've been in touch but there was nothing I could say to anyone during the investigation (this is in the Code of Federal Regulations). But now I have some news for you.

First, new information on permanent or irreversible alopecia is now required in Section 6.2 (Postmarketing Experience) and to Section 17 (Patient Counseling Information) of the Patient Package Insert (PPI) for Taxotere. (I tried to include a copy of the new label, but it's not on FDA's Web site yet. This change was just approved on December 11, 2015.)

Second, FDA cleared for marketing in the United States the first cooling cap to reduce hair loss in breast cancer patients undergoing chemotherapy on December 8, 2015.
See:http://www.fda.gov/newsevents/newsroom/pressannouncements/ucm476216.htm

And finally, the editors of the Oncology Nursing Society (ONS) are planning to write an article about the importance of nurses explaining to patients the possible side effects of different chemotherapy agents, including permanent alopecia from Taxotere. Additionally, ONS staff suggested that you speak to some of the breast cancer patient advocacy groups (such as the Komen Foundation, National Breast Cancer Coalition, Breast Cancer Choices, etc.) These advocacy groups communicate with hundreds of patients and can help get the word out to newly diagnosed patients.

**All of these actions are because of you! Thank you for making FDA aware of this important matter!**

Regards,
Deb
**Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.**
*Health Programs Coordinator*

**Cancer Patient Liaison Program**

**Gahan, Kelly – PPR 006011**

**Office of Health & Constituent Affairs**
**Office of External Affairs**
**U.S. Food and Drug Administration**
Tel: 301-796-8472 / Main Off: 301-796-8460
Deborah.Miller@fda.hhs.gov



--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

**From:** Donna djricketts53@hotmail.com
**Subject:** Re: Fwd: [Taxotears] FDA - Taxotere
**Date:** March 10, 2015 at 8:24 PM
**To:** bluermedic@gmail.com

Already sent a reply.  Thanks for the info.  Donna Ricketts

On Mar 10, 2015 2:25 PM, kelly gahan <bluermedic@gmail.com> wrote:
Great news!!! The FDA is launching a formal investigation into our plight. Our case reports of permanent alopecia appear to have been lost in the sea of temporary alopecia reports and they don't seem to have realized this was going on. I spoke with the below Dr. Miller today and she was incredibly empathetic and concerned and would love to hear from as many of us as possible. She said even if you do not live in the U.S. she would still like to have a report on you and they can consider international cases when making advisements. If everyone could send her at least a simple email saying what happened to you that would be great! If you want to send her a longer email with how this has affected your life it would be even more helpful. I know everyone is tired of fighting this but I think we finally have a chance to make some forward progress. Her contact information is below and her email is Deborah.Miller@fda.hhs.gov.

Kelly


---------- Forwarded message ----------
From: <bluermedic@gmail.com>
Date: Tue, Mar 10, 2015 at 12:22 PM
Subject: Re: FDA - Taxotere
To: "Miller, Deborah" <Deborah.Miller@fda.hhs.gov>


Dr. Miller,
Thank you so much for getting back to me. My phone number is 303-359-9563. I am available all day today and any time Monday or Tuesday next week.
Thanks,
Kelly

Sent from my iPhone

On Mar 10, 2015, at 12:05 PM, Miller, Deborah <Deborah.Miller@fda.hhs.gov> wrote:

> Dear Dr. Gahan,
>
> Your email to Dr. Richard Pazdur was forwarded to me and I was asked to call you to learn more about your experience with Taxotere.  First, I am so sorry to hear about your hair loss and the shock of learning that it may not grow back.  I cannot even imagine how you must feel.
>
> Can you send me your telephone number and a date and time when I can call you?
>
> Regards,
>
> Deborah
>
> **Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.**
> *Health Programs Coordinator*
>
> **Cancer Patient Liaison Program**
> **Office of Health & Constituent Affairs**
> **Office of External Affairs**
> **U.S. Food and Drug Administration**
> Tel: 301-796-8472 / Main Off: 301-796-8460
> Deborah.Miller@fda.hhs.gov
>
> <image001.png>    <image002.jpg>    <image003.jpg>    <image004.jpg>    <image005.jpg>    <image006.jpg>

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.

**Gahan, Kelly – PPR 007909**