# EXHIBIT H

**From:** Jenifer Weigand jeniferw@mac.com
**Subject:** Re: [Taxotears] Phone call today from attorney
**Date:** April 30, 2016 at 1:01 PM
**To:** bethmax@yahoo.com
**Cc:** Susan McCullough susan-mccullough@comcast.net, shirleyledlie@hotmail.com, amidodson@yahoo.com, roseannbode101@gmail.com, Taxotears taxotears@googlegroups.com

I remember being asked the question during my intake discussion and on the written questionnaire. My response was that I actually haven't yet determined that it is permanent, because I refuse to accept that. I was worried and joined the group to find out more because the hair growth was so slow. But at least for me, if I KNEW it was 100% permanent, I wouldn't still be taking extra time and spending lots of money to massage potions on my head several times a day, taking biotin & other supplements, spending thousands on lasers, and contemplating every other treatment that I read about, that might kickstart these dormant follicles. I refuse to accept that it's final! (Note: I have never had a scalp biopsy or had a doctor tell me it was permanent.)
Bob mentioned that this is actually "good" regarding the statute of limitations.

Sent from my iPhone

On Apr 30, 2016, at 10:37 AM, 'Sue Harrison' via Taxotears <taxotears@googlegroups.com> wrote:

> I think I misread and thus misspoke. I was asked when I knew my hairloss was permanent and that is the date I gave them from my dr appt. I don't remember being asked when I first learned Sanofi knew. Sorry for my confusion ! I would have no idea what Sanofi knows or how or when they learned it so glad to know all of this in the event I do get asked.
>
> Thanks.
>
> Sent from Yahoo Mail on Android
>
> From:"Susan McCullough" <susan-mccullough@comcast.net>
> Date:Sat, Apr 30, 2016 at 11:09 AM
> Subject:Re: [Taxotears] Phone call today from attorney
>
> **I'm no legal expert, but I would ask them why this question is significant?  If you are concerned that your answer to the question could be used by Sanofi against you, I would also ask if these types of communications between you and their law firm are protected by attorney client privilege?  If the question was:** "on what date did **you know** that the **manufacturer was aware** that their chemo drug caused permanent hair loss and failed to warn you?" then i**n my opinion the answer to the question would be in December of 2015, or possibly that I still don't "know" that Sanofi is "aware."  How in the world would we "know?"  We might "assume" or "think" that it's true, but knowing that something is true is different.**
>
> **Again, I'm no legal expert, but I will definitely be curious as to what exactly they are looking for.**
>
> **Susan McCullough**
>
> **From:** "shirleyledlie" <shirleyledlie@hotmail.com>
> **To:** bethmax@yahoo.com, amidodson@yahoo.com, roseannbode101@gmail.com
> **Cc:** "Taxotears" <taxotears@googlegroups.com>
> **Sent:** Saturday, April 30, 2016 9:56:58 AM
> **Subject:** Re: [Taxotears] Phone call today from attorney
>
> Sue, if you had given a different date than what your doctor told you that would have been the worse thing for you. They will go through your medical records with a fine

Gahan, Kelly – PPR 005078

toothed comd and want to know why you gave a different date!

Envoyé depuis mon mobile Orange

-------- Original message --------
From: 'Sue Harrison' via Taxotears <taxotears@googlegroups.com>
Date: 30/04/2016 16:43 (GMT+01:00)
To: amidodson@yahoo.com,roseannbode101@gmail.com
Cc: Taxotears <taxotears@googlegroups.com>
Subject: Re: [Taxotears] Phone call today from attorney

This question was part of my initial intake.
I will have to go back and see how I answered it but pretty sure I used the date the dr told me my hairloss was permanent.  Wish I had thought to use the FDA ruling date but never crossed my mind.

Hugs,
Sue
Sent from Yahoo Mail on Android

From:"'Ami Dodson' via Taxotears" <taxotears@googlegroups.com>
Date:Sat, Apr 30, 2016 at 9:31 AM
Subject:Re: [Taxotears] Phone call today from attorney

Suzanne,
Do not answer this question. Shirley is correct, Sanofi  will find out everything during the discovery phase of your lawsuit. You don't know the answer to this question, so do not answer. Call him back and say that you can tell them when you first knew that your hair loss was permanent (if you know). As a general matter, I avoid offering speculative answers  to questions that I am not certain about. In legal proceedings, it's best to be prudent.
Love Ami

Ami Dodson
925-285-5480

On Apr 30, 2016, at 6:48 AM, Roseann Bode <roseannbode101@gmail.com> wrote:

> Really good points Shirley. The way I was trying to think, was that I could have 'guessed' or 'thought' or 'assumed' my hairloss was from Taxotere, but since my doctor denied it, and everyone else and because I could not find it anywhere under possible side effects, it was only when the FDA acknowledged it with a label change, was I certain this was the cause.. Prior to that honestly I was just speculating.

> On Fri, Apr 29, 2016 at 11:03 PM, shirleyledlie <shirleyledlie@hotmail.com> wrote:
>> Suzanne,  before you tell them any too recent date, make sure you cover your tracks. If you wrote a comment in my book? Did you use your name? Can you be associated with me at all for the last 10 years? What about any comments left on any of my articles? Plus this group? The lawyers for SA will find out everything.
>> This wont be the last difficult question!

>> Envoyé depuis mon mobile Orange

-------- Original message --------
From: Suzanne Mink <srmink@pacbell.net>
Date: 30/04/2016 04:50 (GMT+01:00)
To: taxotears@googlegroups.com
Subject: [Taxotears] Phone call today from attorney

I was out today and came home to a voice mail message from John Friedberg who is working with Chris Elliott at Baccus and Schenker.  I could not return the call because it was after hours when I returned home, but I honestly don't know when to answer the question he left anyway

The questions is "on what date did you know that the manufacturer was aware that their chemo drug caused permanent hair loss and failed to warn you"?

I have absolutely NO idea.  How am I supposed to know a date for that information?    All I know is that I was not warned, and that I'm bald and I know that Taxotere is to blame.  I still don't "know" that Sanofi failed to warn anybody for certain (I believe that's true, but I don't know)– all I know for sure is I wasn't warned.

Anybody else get this type of question?  How did you answer it?  How can we expect to know a date?

Suzanne


This email has been checked for viruses by Avast antivirus software.
www.avast.com

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.


--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

**Gahan, Kelly – PPR 005080**

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.


--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.


--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.