# EXHIBIT J

**Nicholas, Hillary S. (SHB)**

| | |
|---|---|
| **From:** | Ratliff, Harley (SHB) |
| **Sent:** | Thursday, May 24, 2018 3:34 PM |
| **To:** | JKB . |
| **Cc:** | Dawn Barrios; Karen Barth Menzies; Jennifer Heck; Bieri, Kelly (SHB); Byard, Adrienne L. (SHB); Douglas J. Moore; Palmer Lambert; Chris Coffin; David Miceli; John F. Olinde |
| **Subject:** | Re: Upcoming meetings |

Kyle -

Our focus over the next week is getting an agreed upon MDL schedule by the date required by the Court. We will not be revisiting orders that were subject to months of negotiations, extensive briefing, and previously entered orders by the court. That will not be productive. That said, I think getting an agreed order, in light of the courts instructions, should not be difficult.

I'm unclear as to your last comment. If you are referring to our letter to you from last Friday regarding Kelly Gahan, we are comfortable with what the record reflects. But I take it you do not agree with our requested relief, which is fine.

Look forward to working with everyone on the schedule.

Harley

sent from mobile

On May 24, 2018 4:12 PM, "JKB ." wrote:
> Thanks for the reply Harley. We believe that the discussion of trial pools and schedules is inextricably
> intertwined with the substance, timing and obligations of the parties under general discovery Orders such as
> CMO12, PFS/DFS/71. This is not new, novel or surprising. In fact we have been bringing this to your attention
> in various discussions for several months now without your disagreement. You need only look so far as Judge
> Fallon's courtroom to find support for our position. We do very much look forward to our discussions as we
> truly believe great progress can be made. Oh, and the fact that I choose not to get down in the mud with you
> regarding your inappropriate accusations of malfeasance should never be interpreted in any way as my
> agreement. Know instead that I am simply choosing to walk a higher ground. Kyle.
>
>
> Get Outlook for iOS
> _____
> **From:** Ratliff, Harley (SHB)
> **Sent:** Thursday, May 24, 2018 12:55:35 PM
> **To:** JKB .
> **Cc:** Dawn Barrios; Karen Barth Menzies; Jennifer Heck; Palmer Lambert; Chris Coffin; David Miceli; Douglas J. Moore;
> John F. Olinde; Byard, Adrienne L. (SHB); Bieri, Kelly (SHB)
> **Subject:** Re: Upcoming meetings
> Kyle -
>
> We will of course review anything that you send to us. But for tomorrow and next week, the focus needs to be
> on the schedule for which we have a deadline imposed by the court. These other, minor ancillary issues are not
> pressing to us, particularly the PFS/DFS/PTO 71. We believe that, by in large, those processes are working as

intended - with the exception of plaintiffs gross failure to meet the obligations imposed by these orders. That problem certainly needs to be remedied immediately. In any event, discussion of these orders certainly should not take away from our collective focus on reaching an agreed schedule.

Also, please include the appropriate people on such communications going forward. Leaving off John's team has caused unnecessary confusion in the past.

Harley

sent from mobile

On May 24, 2018 1:44 PM, "JKB ." wrote:
> Harley, In connection with tomorrow's call regarding the Taxo trial schedule and related overall efficiency issues that impact potential trial pools and schedules we will want to discuss ideas (ours and yours) on simplifying the CMO12 process, PFS/DFS/71 and any other impactful workflow issues. In a separate email today I will send you a redline version of proposed amendments to CMO12 that simplify that workflow and incorporates a streamlined dismissal process. We look forward to a productive dialog regarding what is working and what is not working so that we can hopefully achieve a consensus that allows for an efficient process and trial schedule moving forward. Kyle

> Get Outlook for iOS

Mail Gate made the following annotations on Thu May 24 2018 13:55:36

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.