# EXHIBIT K

1    Q    I'm marking as Exhibit 3 the second amended
2    notice of the deposition.
3         (Exhibit 3 was marked.)
4    Q    (By Mr. Sears)  Did you have a chance to
5    review this before your deposition?
6    A    I did.
7    Q    There's an Exhibit A in the notice.  It's a
8    bunch of items that we requested you to produce.
9    A    Uh-huh.
10   Q    Is there anything that we requested on here
11   that you have not already produced?
12   A    Not to the best of my knowledge.  I do keep
13   a calendar on my phone for work things, but it would
14   just be for this year, and I have no idea how I would
15   get you that.  So, you know, occasionally if I put a
16   time for a doctor's appointment, that might be on
17   there, but it's mostly for work.
18   Q    Do you have any additional photos that you
19   haven't produced?
20   A    I have a lot of photos.  I have given you
21   guys what the Court required.
22        (Exhibit 4 was marked.)
23   Q    (By Mr. Sears)  I'm handing you Exhibit 4,
24   and it's text correspondence it appears you had with
25   Eric Morrison.

Page 41

1    A    Okay.
2         MR. SCHANKER:  4?
3         MR. SEARS:  4.  Yes, sir.
4    Q    (By Mr. Sears)  For now what I want to
5    focus on is the page that I'm handing to you.
6    A    Okay.
7    Q    And it notes:  It is pretty hard to look
8    through pics on the phone, have 800 pictures, and
9    going through the ones before January makes me sad.
10   A    Yes.
11   Q    Do you have pictures on your phone of your
12   hair before chemotherapy?
13        MR. SCHANKER:  I would ask you to go ahead
14   and review, and you can see it's multi-page, but --
15        THE DEPONENT:  Okay.
16        MR. SCHANKER:  -- the entirety of what has
17   been marked as Exhibit 4.
18   Q    (By Mr. Sears)  Just to let you know, we
19   will talk about some of that later on.
20   A    So that would have been my old phone, and
21   Eric was asking me for pictures of a hike we went on,
22   and that was me telling him that I had too many
23   pictures to go back and find his pictures from the
24   hike.  So, yeah, on my old phone I had a lot of
25   pictures.  It might have also been referring to my

Page 42

```
 1    old camera.  I don't know.
 2        Q    I believe this was an Apple phone?
 3        A    I don't think so.  I think that might have
 4    been a T-Mobile phone.
 5        Q    Do you back up your photos from your phone
 6    in any capacity?
 7        A    So the phone doesn't back up well.  Well,
 8    my iPhone does now.  What I used to do with the
 9    T-Mobile phone -- because the data comes across weird
10    when you load it onto a Mac -- was most of the photos
11    I took on my phone were kind of insignificant.  If I
12    was going to go on vacation, something like that, I
13    would bring my actual camera and then load those onto
14    my computer.
15        Q    Do you still have those photographs that
16    were referenced?
17        A    You know, I don't know if I have those
18    specific photographs because some of them might have
19    been what I consider insignificant and would have
20    been lost with that phone.  But I would say of the
21    800 I'm referencing here, I'm sure a large number of
22    them were on my computer, and I do have those.
23        Q    Just for the record, we would request those
24    photos.
25        A    Okay.  So can I ask you a clarifying
```

Page 43

1    question?  So you're basically asking for every photo
2    I've ever taken in the last like 10 years?
3         Q    Yes.
4         A    Okay.  It's going to be a lot of photos.
5         Q    We recently received a link from your law
6    firm that has some new materials that were produced.
7         A    Uh-huh.
8         Q    There's some photographs --
9         A    Uh-huh.
10        Q    -- some videos.  There's a study from
11   Dr. Kluger.  I think he's a dermatologist.
12        A    Is that the -- hum.  I don't -- I'd have to
13   see it.
14        Q    And there's also just a single page, and it
15   was from Dr. Bourgeois.  It was a 2009 presentation
16   that he made in San Antonio.
17        A    Uh-huh.
18        Q    How did you get the 2009 Dr. Bourgeois San
19   Antonio sheet?
20             MR. SCHANKER:  Objection, form.
21        A    I cannot say 100 percent, but I believe it
22   was from one of the Taxoteres after I joined the
23   Taxotere group.  It was not something I had ever seen
24   beforehand.
25        Q    (By Mr. Sears)  And I believe you joined

```
                                                      Page 273

 1       Q    Have you ever any body image issues?
 2       A    No.
 3       Q    Have you ever had an eating disorder?
 4       A    No.
 5       Q    You saw Dr. Borges again on February 6,
 6  2014, right?
 7       A    Yes.
 8            (Exhibit 28 was marked.)
 9       Q    (By Mr. Sears)  I'm handing you Exhibit 28,
10  which is a summary of that meeting.
11            (The deponent is reviewing the document.)
12       A    Okay.
13       Q    (By Mr. Sears)  So it notes that you are
14  taking weekly photos.
15       A    Yes.
16       Q    Have you produced those photographs?
17       A    I produced some of them.  My understanding
18  was that there were certain time periods that we
19  needed representative photos.
20       Q    Okay.  Just for the record, I will request
21  that you produce all of the weekly photographs.
22       A    Okay.
23       Q    Dr. Borges also notes in this record that:
24  I have also counseled her to be very cautious in her
25  online communication to others as she is an M.D. and
```

Page 308

1   I tried low-level laser.  I did one of those laser
2   combs that they're always advertising on TV.  I tried
3   a hair roller.  I tried horsetail supplements.  I
4   tried the biotin.
5           As you can tell, I've tried a lot of
6   things, and there's probably other things that I've
7   tried, but I can't remember them off the top of my
8   head.
9       Q    So let's talk about Dr. Weinstein.
10      A    Dr. Weinstein.  Oh, before you move on.  I
11  did remember one other thing that I tried.  The
12  Monistat for yeast infections, there's data that that
13  would grow on your head.  So I ordered Monistat from
14  Amazon and put it all over my head.  It doesn't do
15  anything.
16          Okay.  Dr. Weinstein.  Oh, Dr. Weinstein.
17  Yes.  He sent me some stuff in the mail that I've
18  been -- I had been trying.
19      Q    Do you no longer use it?
20      A    What was that?
21      Q    Do you no longer use --
22      A    I don't.  I gave it about a year, and
23  probably about April of this year I stopped using it
24  because I wasn't -- it helped a little, but it wasn't
25  hugely significant.

1           Like is it a little better?  Sure.  I gave
2    it the full year he said that it requires to get
3    better, but at the end of that year, it wasn't worth
4    it to me to keep doing it twice a day.  I felt like
5    it helped a little, especially in the beginning, but
6    it wasn't doing a whole lot.
7         Q    (By Mr. Sears)  The fact sheets that you
8    filled out were actually during the time that you
9    were using Dr. Weinstein's treatment?
10        A    Okay.
11        Q    Is there any reason you wouldn't have
12   included him in the fact sheets?
13        A    I might have just forgotten.  He -- like I
14   said, I didn't think he was my doctor per se.  He was
15   just in my mind a researcher that I was talking to.
16        Q    Did you not want the defendants to find out
17   about Dr. Weinstein?
18             MR. SCHANKER:  Objection, form.
19        A    I wouldn't say that I didn't want them to
20   find out.  I knew all my e-mails were being turned
21   over and there was a court order to not destroy
22   anything related to the hair terms.  I assumed that
23   you guys would see that stuff.
24        Q    (By Mr. Sears)  Are there other researchers
25   that you're talking to about hair growth that are not

1  in your fact sheets?
2      A   I've sent a couple e-mails back and forth
3  with a gentleman named Bill Lowry at UCLA, but it
4  hasn't gone anywhere.  He asked me to send him some
5  scout biopsies from some of the other women, and he
6  said that they were looking into maybe trying to get
7  funding.  And that was seven or eight months ago.
8      Q   And Dr. Lowry hasn't sent you any
9  treatments to use, has he?
10     A   No.  And just to clarify the record, I
11 probably reached out to at least 20 different
12 scientists, and I don't remember all of them.
13     Q   You disclosed all the dermatologists that
14 you have gone to in your fact sheet though, right?
15     A   I thought so, although I saw yesterday when
16 I was looking through all of the stuff on the MDL
17 that both sides had that there was an Advanced
18 Dermatology appointment in November of 2013 which I
19 had just completely forgotten about.
20     Q   That was with Dr. Alonso?
21     A   Yes.
22     Q   So had you seen any other dermatologists or
23 received any other treatments for your hair from a
24 medical doctor that you did not include in your fact
25 sheet?

Page 321

1  A    I do not believe so.
2  Q    Okay.  So the only physician that sent you
3  hair treatment that was not included in your fact
4  sheet is Dr. Weinstein.
5  A    Yeah.  I think he's the only one that sent
6  me anything.
7  Q    All right.  I'm going to hand you
8  Exhibit 33, and it's additional e-mail correspondence
9  between you and Dr. Weinstein.
10          (Exhibit 33 was marked.)
11  A    Okay.
12  Q    (By Mr. Sears)  You know, actually, I'm
13  sorry, one more thing about that last exhibit that we
14  were looking at.
15  A    Okay.
16  Q    You write in your e-mail to Dr. Weinstein
17  that if the Taxotere girls get wind of it, they will
18  hunt you down to the end of the earth begging for
19  help.
20  A    Yes.
21  Q    Is that because you felt as though you were
22  getting a response from his treatment?
23  A    I think it was that I had seen something
24  that he put out there, and it might have been -- I
25  don't know what it was, but there was something

Page 328

1    and very hopeful, and I really believed in his drug;
2    but as time wore on, I just started to question
3    whether it was anything at all.  And, you know,
4    certainly maybe a topical combination of cyclosporin
5    and minoxidil could help a little bit, and maybe this
6    third drug is no use at all.  We don't know.  That
7    was -- you'd need to run a randomized, control trial
8    to look at that.
9         Q    (By Mr. Sears)  So you e-mailed him on
10   April 2nd, 2018?
11        A    Okay.
12        Q    And you told him, "Just wanted to let you
13   know" that you stopped using the medication, right?
14        A    That sound about right.  I had probably
15   actually stopped using it just -- I had gotten lazy
16   about it the last month before I e-mailed him.  I was
17   probably only using it once a day because I didn't
18   really think it was working.
19        Q    Did you know that the defendant had sent
20   Dr. Weinstein an authorization requesting records of
21   his treatment of you?
22        A    Yes, I did.
23        Q    How did you find out about that?
24        A    He sent me an e-mail and asked me to call
25   him, and I did.

1    Q    What did you two talk about?
2    A    He just said, "I don't have any medical
3    records." And I was like, "Well" -- and he was
4    like -- and I was like, "Well, you weren't really my
5    doctor." I was like, "Just tell them that you
6    weren't really my doctor because you don't have any
7    records, you never saw me."
8         I guess I never considered us to have a
9    physician/patient relationship. I considered us to
10   have more of a physician/physician relationship. And
11   he was sending me this as a colleague, not as a
12   treating patient.
13   Q    So did he tell you that initially when he
14   was contacted about records he said that he did have
15   records?
16   A    That he did have records?
17        MR. SCHANKER: Objection, form.
18   A    I know nothing about whether he had records
19   or not. The only records that I would know for sure
20   that he had would be our e-mails.
21   Q    (By Mr. Sears) Did you know that he was
22   sent what's called a no-record certification?
23   A    I did not.
24   Q    And essentially all that is is getting him
25   to swear that he doesn't have anything involving you

Page 330

1  or your treatment or your hair loss.
2      A    Okay.
3      Q    Did you know he was sent something like
4  that?
5      A    No.  I would like to say also that I have
6  gotten a bunch of calls from a bunch of people about
7  these Veritext requests for records.  They have sent
8  them to a bunch of places that I've worked.  They
9  have sent them kind of all over the place.  So this
10 is not the only call that I got about it.
11          They sent them to one of my old bosses, and
12 he was like, "What do I do with this?"  And I was
13 like, "Just tell them you don't have records.  You
14 were my boss, but HR has the records."
15          The same thing with another one of the ER
16 sites.  They were like, "They're asking for your
17 medical records."  I was like, "Write them back and
18 tell them you don't have medical records, that I
19 worked there."
20          So to me, this call from him was not
21 anything out of the ordinary from what I was getting
22 from other people at the time.
23     Q    So did you know that Dr. Weinstein received
24 a subpoena for his records?
25     A    I did.

Page 341

1   was a little kid.
2           Oh, there is one other person.  There's --
3   there's a lady named Amy Gorsline who I saw a couple
4   of times when I was going through treatment, like at
5   the university.  But we ended up discovering she
6   wasn't covered by my insurance.  She helped me deal
7   with some of my anxiety about going back to the
8   operating room for my reconstruction.
9       Q   Who's -- is there someone called David
10  Lann?
11      A   Dan Lann.
12      Q   Dan Lann.  Is he a medical doctor?
13      A   He is.
14      Q   Has he ever prescribed you any medication?
15      A   Probably.  So Dan Lann is one of the people
16  that I dated, and we also worked together.  We dated
17  before we worked together.  But, you know, if I had a
18  little cold or something, we would be changing off at
19  shift change and I'd say, "I'm fighting this allergy"
20  or "I'm fighting this cold.  Can you give me a
21  Z-Pak."  And he'd ask me a couple questions, and he'd
22  say, "Yeah, sure, no problem.  I'll give you a
23  Z-Pak."
24          Again, this is getting into that really
25  gray area.  This was more of a colleague-to-colleague

Page 342

1    kind of a thing.  This is not the kind of thing that
2    he would have been like, "Oh, I'm going to write a
3    medical chart about you."
4             The medical board would prefer that you do
5    that, but it's not something we commonly do.
6         Q    Have you dated someone named John since
7    you've been diagnosed with breast cancer?
8         A    Can you give me a last name?  I have a very
9    good friend named John who's a pilot, who I've known
10   since I was probably 15 or 16.  I don't recall off
11   the top of my head dating someone named John.  It's
12   within the realm of possibilities.
13        Q    Are you claiming lost wages in your
14   lawsuit?
15        A    Yes.
16        Q    Can you tell me how you believe that hair
17   loss caused you to lose wages?
18        A    I was so incredibly distressed that I could
19   barely function, much less go to work.  I knew to
20   keep my health insurance and to keep my house I had
21   to go to work, but I made it all the way through
22   cancer and the mastectomy and the chemotherapy
23   without any problems at work.  And after this
24   happened, I would just break down and start sobbing
25   at work.  I would be sobbing when I got to work.  I