UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

### *EX PARTE* MOTION BY SANOFI DEFENDANTS FOR LEAVE TO FILE MOTION FOR RULE 37 SANCTIONS, INCLUDING DISMISSAL WITH PREJUDICE OF *KELLY GAHAN V. SANOFI, ET AL.*
### UNDER SEAL

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), respectfully request leave of Court to file their Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.* under seal. For the reasons set forth in the attached Memorandum in Support, the Sanofi Defendants respectfully submit that, pursuant to the Stipulated Protective Order entered in this matter, the instant Motion should be filed under seal.

WHEREFORE, the Sanofi Defendants pray that this Motion be granted, and the aforementioned Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.* be filed UNDER SEAL.

Respectfully submitted,


/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ Douglas J. Moore

2