**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                 **SECTION "H"**

**THIS DOCUMENT RELATES TO**
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION BY JANSSEN DEFENDANTS
FOR LEAVE TO FILE MOTION FOR RULE 37 SANCTIONS, INCLUDING
DISMISSAL WITH PREJUDICE OF *KELLY GAHAN V. SANOFI, ET AL.*
UNDER SEAL**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively
"Defendants" or "Sanofi"), respectfully request leave of Court to file their Motion for Rule 37
Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.* under seal.

Sanofi Defendants respectfully submit that this Court previously entered a Protective Order
("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO
> PROTECTIVE ORDER" by the producing party that falls within one or more of
> the following categories: (a) information prohibited from disclosure by law; (b)
> information that reveals trade secrets; (c) research, technical, commercial or
> financial information that the party has maintained as confidential; (d) medical and
> protected health information ("PHI") concerning any individual; (e) personal
> identifying information ("PII"); (f) income tax returns (including attached
> schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or
> employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Sanofi Defendants' Motion contains several
references to documents which have been designated as confidential and/or "protected
information," as set forth in PTO 50. This includes confidential and sensitive information related
to individual Plaintiffs, including medical records, medical and protected health information, and

personal identifying information. The same is true of the source documents themselves, which are attached as exhibits to the Motion. For these reasons, this Motion must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the pleadings at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, pursuant to PTO 50 and the applicable case law, Sanofi Defendants' Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.* and Exhibits should be filed UNDER SEAL.

WHEREFORE, Janssen Defendants pray that this Motion be granted, and the aforementioned Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.* be filed UNDER SEAL.

Respectfully submitted,


/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ Douglas J. Moore