UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |
| THIS DOCUMENT RELATES TO *Gahan v. Sanofi, et al.*, No. 16-cv-15283 | |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC for Leave to file the Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.*, UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.*, UNDER SEAL.

New Orleans, Louisiana, this ___ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE