UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H"

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

## NOTICE OF MANUAL ATTACHMENT

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), through undersigned counsel, hereby provide notice of the manual attachment of the pleadings listed below, which Defendants have requested be filed under seal pursuant to Local Rule 5.6. On Friday, June 8, 2018, counsel for Sanofi Defendants will hand deliver the following pleadings to the Court:

Memorandum in Support of Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al* [Rec. Doc. 2831-1]; Exhibit A to Motion [Rec. Doc. 2831-2]; Exhibit B to Motion [Rec. Doc. 2831-3]; Exhibit C to Motion [Rec. Doc. 2831-4]; Exhibit D to Motion [Rec. Doc. 2831-5]; Exhibit E to Motion [Rec. Doc. 2831-6]; Exhibit F to Motion [Rec. Doc. 2831-7]; Exhibit G to Motion [Rec. Doc. 2831-8]; Exhibit H to Motion [Rec. Doc. 2831-9]; Exhibit I to Motion [Rec. Doc. 2831-10]; Exhibit J to Motion [Rec. Doc. 2831-11]; and Exhibit K to Motion [Rec. Doc. 2831-12].

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*