# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATED TO: | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| KELLY GUIDRY v. SANOFI AVENTIS U.S., ET AL. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL BUT SANOFI-AVENTIS US LLC and SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.** |
| | Civil Action No: 2:17-cv-16414 |

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC d/b/a Winthrop US, Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., McKesson Corporation d/b/a McKesson Packaging, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Accord Healthcare, Inc. *only* from the above-captioned case, without prejudice, each party to bear its own attorneys' fees and costs. Plaintiff is not dismissing her claims against Sanofi-Aventis US LLC or Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

2

|  |  |
|---|---|
| Dated June 11, 2018 | /s/ Jean S. Martin<br>Jean S. Martin<br>North Carolina Bar Number 25703<br>LAW OFFICE OF JEAN SUTTON MARTIN PLLC<br>2018 Eastwood Road Suite 225<br>Wilmington, NC 28403<br>Telephone: (910) 292-6676<br>Facsimile: (888) 316-3489<br>Email: jean@jsmlawoffice.com<br>*Attorney for Plaintiff* |

CERTFICATE OF SERVICE

      I hereby certify that on June 11, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronical filing to all counsel of record who are CM/ECF participants.

                                                          <u>/s/ Jean S. Martin</u>
                                                          Jean S. Martin