UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION H(5) |
| This document relates to all cases | |

## ORDER

**IT IS ORDERED** that the status conference with liaison counsel currently scheduled for June 15, 2018 at 10:00a.m. is **RESET** for June 13, 2018 at 10:00a.m.

New Orleans, Louisiana this 11th day of June, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE