IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | SECTION "N" (5) |
| Gina Wright & Ralph Wright<br>          Plaintiffs,<br>v. | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>Civil Action No.:  2:17-cv-14762 |
| Sanofi-Aventis U.S. LLC et al,<br>          Defendants. | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE *only* in the above-captioned case be dismissed with prejudice.  All other causes of action against all other defendants in the above-captioned case remain and are not dismissed.

IT IS SO STIPULATED:

DATED: June 11, 2018                            **BROWN AND CROUPPEN, P.C.**

                                                By: /s/ Seth Sharrock Webb
                                                SETH SHARROCK WEBB, # 51236
                                                211 N. Broadway, Suite 1600
                                                St. Louis, Missouri  63102
                                                sethw@getbc.com
                                                *Attorney for Plaintiff*

DATED: June 11, 2018             **SHOOK, HARDY & BACON L.L.P.**

By: /s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email: kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
         brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo

>Mara Cusker Gonzalez
>Lavinia Denniston
>51 Madison Ave., 22nd Floor
>New York, NY 10010
>Telephone:  212-849-7000
>Facsimile: 212-849-7100
>Email: markcheffo@quinnemanuel.com
>maracuskergonzalez@quinnemanuel.com
>LaviniaDenniston@quinnemanuel.com
>*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*
>
>**HINSHAW & CULBERTSON LLP**
>
>By: /s/ Geoffrey M. Coan
>Geoffrey M. Coan
>Kathleen E. Kelly
>28 State Street
>Boston, MA 02109
>Telephone:  617-213-7000
>Facsimile:  617-213-7001
>Email: gcoan@hinshawlaw.com;
>       kekelly@hinshawlaw.com
>*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 11, 2018                    /s/  Seth Sharrock Webb
                                        SETH SHARROCK WEBB, # 51236
                                        BROWN & CROUPPEN, P.C.
                                        211 N. Broadway, Suite 1600
                                        St. Louis, Missouri  63102
                                        314-421-0216
                                        314-421-0359 facsimile
                                        sethw@getbc.com