UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |
| THIS DOCUMENT RELATES TO ALL CASES | |

## SANOFI DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), move this Court for an order quashing or otherwise modifying Plaintiffs' 30(b)(6) Notice of Deposition (attached to Defendants' Memorandum in Support as **Exhibit A**), pursuant to Fed. R. Civ. P. 26(b)(1) & (c). The Court should (1) order that Plaintiffs' amend their definition of "persistent alopecia" to include some timing to treatment or resolution, and (2) limit the information sought through Plaintiffs' 30(b)(6) notice to written discovery, foreclosing a deposition.

WHEREFORE, for the reasons set forth in Defendants' Memorandum in Support of Sanofi Defendants' Motion for Protective Order, Defendants respectfully request that this Court grant their Motion.

Respectfully submitted,


/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*