# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2740 SECTION "N" (5) HON. KURT D. ENGLEHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | | |

## PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF SANOFI U.S. PURSUANT TO FED. R. CIV. P. 30(b)(6)

**TO:   DEFENDANTS SANOFI U.S. SERVICES, INC.**
**F/K/A SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC**
**Harley Ratliff**
**SHOOK HARDY & BACON, LLP**
**2555 Grand Blvd**
**Kansas City, MO 64108**

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30(b)(6), the video-recorded, stenographic deposition of Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., SANOFI-Aventis U.S. LLC (hereinafter "SANOFI") will be taken before a qualified Notary Public at **Napoli Shkolnik, PLLC, 360 Lexington Avenue, 11th Floor, New York, NY 10017,** on **June 19, 2018** at **9:00 A.M.** and thereafter by adjournment until the same shall be completed.

Pursuant to Fed. R. Civ. P. 30(b)(3), Plaintiffs intend to utilize a stenographic method of recording which permits the "real time" instant visual display of testimony.

Pursuant to Fed. R. Civ. P. 30(b)(3)(A), the deposition testimony will be recorded by stenographic and audiovisual means. The deposition will be videotaped and be available to view live during the deposition to interested party attorneys. Plaintiffs reserve the right to use at the trial of this action the video recording of the deposition.

## DEFINITIONS AND INSTRUCTIONS

The following definitions apply to this Notice of Deposition and are deemed to be incorporated into each subject listed below:

1. "YOU", "YOUR", and "DEFENDANT", means party-Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., and their responses shall be consistent with the Stipulation of Terms Related to Defendants, Sanofi and Aventis Pharma S.A. (Doc. 1072). Defendants will include Foreign sources and locations in responding to each area of inquiry. Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. will respond in accordance with information known or reasonably available to them and the Foreign sources and locations will not exclude sources or information based on the dismissal of the Sanofi S.A. and Aventis Pharma S.A.

2. "TAXOTERE" is used to refer, as broadly as possible, to docetaxel (TAXOTERE®), a chemotherapy agent used in the treatment of cancer. Also included in the definition of Taxotere are any chemical equivalents marketed in the United States or any foreign countries.

4. "Relating to," "related to", "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, , discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph, including documents attached to or used in the preparations of or concerning the preparation of the documents.

5. "Or" and "and" will be used interchangeably.

6. "PERSISTING ALOPECIA" means hair loss to any part of the body which is persistent, or persisting, or permanent, or ongoing, or nonreversible, or irreversible, or continuing, or prolonged, or delayed hair regrowth, or not growing, or baldness, or thinning, or thinned hair.

7. Per Magistrate Judge North's Order, each deponent is instructed to produce at the beginning of the deposition: a list of any and all documents reviewed or read upon in preparation for the deposition;

8. Each deponent is instructed to produce at the beginning of the deposition: Copies of any and all documents or tangible things related to or referring to the subjects listed in this notice contained in the deponent's files, papers, or other materials; and a copy of his/her resume or C.V.

## DEPOSITION SUBJECT MATTER

Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), the deponent is required to designate and fully prepare one or more officers, directors, employees, or managing agents, or other persons who consent to testify on its behalf, and whom it has fully prepared to testify regarding all information that is known or reasonably available regarding the following designated areas:

1. Reports of any kind between 01/01/1992 and 12/31/2004 regarding PERSISTING ALOPECIA being associated and/or related in any way with the use of TAXOTERE (alone or in combination) regardless of the source of such report(s), and including but not limited to the following potential sources:

   a. Solicited reports;
   b. Unsolicited reports;
   c. Global pharmacovigilance database;
   d. ICSRs;

    e. Scientific Literature;

    f. Product Complaints Database;

    g. Company Sponsored Websites;

    h. Clinical Trials and Other Studies in Humans;

    i. Non-Clinical Safety Information;

    j. Pharmacoepidemiology Studies;

    k. Media;

    l. Competitive Intelligence;

    m. Queries/Requests from Regulatory Authorities;

    n. Safety Information Tracking Systems;

    o. Adverse Events reported; and

    p. Other means.

The deponent shall have knowledge of all such reports, including, but not limited to the reports existing in the following Reference Numbered/Bates Numbered documents:

**TABLE 1:**

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
| --- | --- | --- | --- |
| 1.  | SANOFI_00695624 | Fri 08/07/1992 | Patient 252 |
| 2.  | SANOFI_00630096 | Wed 08/07/1996 | Patient 05183 |
| 3.  | SANOFI_02705693 | Tue 02/09/1999 | US90-05265 |
| 4.  | SANOFI_02705693 | Tue 02/09/1999 | US90-05266 |
| 5.  | SANOFI_02705693 | Tue 02/09/1999 | US90-05267 |
| 6.  | SANOFI_02705693 | Tue 02/09/1999 | US90-05268 |
| 7.  | SANOFI_02705693 | Fri 02/19/1999 | US90-05288 |
| 8.  | SANOFI_02705693 | Tue 05/18/1999 | US01-21837 |
| 9.  | SANOFI_02705693 | Tue 07/20/1999 | US01-22336 |
| 10. | SANOFI_00364461 | Tue 10/05/1999 | Patient 26809 |
| 11. | SANOFI_02705693 | Tue 11/30/1999 | US01-23390 |
| 12. | SANOFI_02705693 | Mon 12/06/1999 | US01-23443 |
| 13. | SANOFI_02705693 | Mon 01/31/2000 | US01-23861 |
| 14. | SANOFI_02680953 | Tue 02/01/2000 | US01-23859 |
| 15. | SANOFI_02596207 | Fri 07/28/2000 | 200020089JP |
| 16. | SANOFI_02705693 | Mon 09/18/2000 | 200020456JP |
| 17. | SANOFI_02705693 | Mon 12/04/2000 | 200020984JP |
| 18. | SANOFI_02705693 | Wed 12/06/2000 | 200021077JP |
| 19. | SANOFI_02705693 | Tue 12/26/2000 | 200110104JP |
| 20. | SANOFI_02705693 | Tue 02/27/2001 | 200111952US |
| 21. | REMOVED | | |
| 22. | REMOVED | | |

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
|-----|------------------|--------------------------|---------------|
| 23. | REMOVED          |                          |               |
| 24. | REMOVED          |                          |               |
| 25. | SANOFI_02705693  | Thu 04/26/2001           | 200113638US   |
| 26. | SANOFI_02705693  | Wed 06/27/2001           | 200112281JP   |
| 27. | REMOVED          |                          |               |
| 28. | SANOFI_02705871  | Fri 09/07/2001           | 200120360EU   |
| 29. | SANOFI_00612509  | Sun 09/30/2001           | Patient 30304 |
| 30. | SANOFI_02705693  | Mon 10/15/2001           | 200120325JP   |
| 31. | REMOVED          |                          |               |
| 32. | SANOFI_02705693  | Thu 11/15/2001           | 200121166DE   |
| 33. | SANOFI_02705693  | Wed 11/21/2001           | 200120600JP   |
| 34. | SANOFI_02705871  | Mon 11/26/2001           | 200121748FR   |
| 35. | SANOFI_02705693  | Mon 12/17/2001           | 200120826JP   |
| 36. | SANOFI_02705693  | Tue 12/25/2001           | 200120915JP   |
| 37. | SANOFI_02705693  | Tue 02/05/2002           | 200210242JP   |
| 38. | SANOFI_02705693  | Fri 03/01/2002           | 200212410DE   |
| 39. | SANOFI_02705693  | Wed 07/31/2002           | 200217798US   |
| 40. | SANOFI_02705693  | Fri 09/27/2002           | 200215813DE   |
| 41. | SANOFI_02705693  | Tue 10/15/2002           | 200215940DE   |
| 42. | SANOFI_02705693  | Tue 10/15/2002           | 200215942DE   |
| 43. | SANOFI_02705693  | Fri 10/18/2002           | 200215976DE   |
| 44. | REMOVED          |                          |               |
| 45. | SANOFI_02705693  | Mon 11/18/2002           | 200214577FR   |
| 46. | SANOFI_02705693  | Thu 03/13/2003           | 200312417US   |
| 47. | SANOFI_02705693  | Sat 05/31/2003           | 200315104US   |
| 48. | SANOFI_02647849  | Wed 08/13/2003           | 200317903GDDC |
| 49. | SANOFI_02647849  | Thu 08/14/2003           | 200317924GDDC |
| 50. | SANOFI_02705871  | Mon 08/18/2003           | 200318032GDDC |
| 51. | SANOFI_02705871  | Fri 09/05/2003           | 200318617GDDC |
| 52. | SANOFI_02705871  | Fri 09/05/2003           | 200318637GDDC |
| 53. | SANOFI_02647849  | Mon 10/13/2003           | 200319936GDDC |
| 54. | SANOFI_02705871  | Fri 10/24/2003           | 200320929GDDC |
| 55. | SANOFI_02705693  | Mon 10/27/2003           | 200319314US   |
| 56. | SANOFI_02705693  | Tue 11/12/2003           | 200314232FR   |
| 57. | SANOFI_02343937  | Thu 12/04/2003           | 200317927US   |
| 58. | SANOFI_02343937  | Thu 12/04/2003           | 200318614GDDC |
| 59. | SANOFI_02343937  | Thu 12/04/2003           | 200319153US   |
| 60. | SANOFI_02705693  | Tue 12/09/2003           | 200313681EU   |
| 61. | SANOFI_02705693  | Wed 12/10/2003           | 200313710EU   |
| 62. | SANOFI_02705871  | Mon 12/15/2003           | 200322626GDDC |
| 63. | SANOFI_02705871  | Mon 12/15/2003           | 200322629GDDC |
| 64. | SANOFI_02670563  | Wed 01/21/2004           | 200410497US   |
| 65. | SANOFI_02705693  | Wed 01/21/2004           | 200410498US   |
| 66. | SANOFI_02705693  | Wed 01/21/2004           | 200410499US   |

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
| --- | --- | --- | --- |
| 67. | SANOFI_02705693 | Wed 01/21/2004 | 200410500US |
| 68. | SANOFI_02705693 | Wed 01/21/2004 | 200410501US |
| 69. | SANOFI_02705871 | Mon 01/26/2004 | 200410633US |
| 70. | SANOFI_02705693 | Tue 01/27/2004 | 200410408FR |
| 71. | SANOFI_02705871 | Mon 02/16/2004 | 200411167US |
| 72. | SANOFI_02705871 | Mon 03/01/2004 | 200412698GDDC |
| 73. | SANOFI_02705693 | Fri 03/12/2004 | 200412005US |
| 74. | SANOFI_02705693 | Tue 03/16/2004 | 200413195GDDC |
| 75. | SANOFI_02705693 | Wed 03/24/2004 | 200413453GDDC |
| 76. | SANOFI_02705693 | Wed 04/07/2004 | 200413926GDDC |
| 77. | SANOFI_02705693 | Wed 05/12/2004 | 200413785US |
| 78. | SANOFI_02705693 | Fri 06/18/2004 | 200416170GDDC |
| 79. | SANOFI_02705693 | Wed 07/07/2004 | 200416744GDDC |
| 80. | SANOFI_02705693 | Mon 08/02/2004 | 200417622GDDC |

2. For each report (as described in Number 1 above) between 01/01/1992 and 12/31/2004 regarding PERSISTING ALOPECIA:

   a. The first date on which YOU received or became aware of the information or the report;

   b. To whom was the report sent;

   c. Who received the report;

   d. When the report was received;

   e. The source of the report;

   f. Whether there were Standard Operating Procedures ("SOP"s) in place regarding YOUR receipt and handling of the report;

   g. The Standard Operating Procedures ("SOP"s) regarding receipt of such reports;

   h. Whether YOU followed Standard Operating Procedures ("SOP"s) regarding the report;

   i. How YOU categorized and recorded the report;

   j. Every database in which the report was recorded;

   k. Actions taken by anyone associated with YOU regarding the report;

   l. All follow-up efforts by YOU regarding the report, both internally and externally;

   m. Whether and how the report was handled in the regular course and scope of YOUR business;

   n. Was the report submitted by YOU to any regulatory authority and if so for each by whom, to whom, when and in what manner and/or form (i.e., did you full provide the

full case report, did you provide the CIOMS report, did you simply report it as a numerical incidence of alopecia, etc.);

and

o. Whether the report alone or in combination with other report(s) constitutes a safety signal and why.

3. The identity of each patient, by reference number, who reportedly experienced PERSISTING ALOPECIA while enrolled as a participant in the TAX316 and/or TAX301/GEICAM and/or NABHOLTZ Phase II Study of Docetaxel, Doxorubicin, and Cyclorubicin as First-Line Chemotherapy for Metastatic Breast Cancer studies, so that it can be determined whether each such patient is included in Table 1.

4. The full plan to study and/or analyze the "Reversibility" of Alopecia (referenced in the Statistical Analysis Plan for the TAX316 study Bates No. SANOFI_01234420) including but not limited to the execution, methodology, all follow up actions, the recording of results and reporting of results related in any way to the plan, study, and/or analysis related to the Reversibility of Alopecia.

5. The reversibility of alopecia as observed and documented in PSUR 4 dated September 30, 1997.

6. The findings regarding alopecia as a TEAE persisting into the follow-up period in TAX316 at the median follow-up of 55 months.

Dated: May 30, 2018                                    Respectfully submitted:

*/s/ J. Kyle Bachus*                                          */s/Dawn M. Barrios*
J. Kyle Bachus (CO Bar #24441)              Dawn M. Barrios (#2821)
Bachus & Schanker, LLC                         Barrios, Kingsdorf & Casteix
1899 Wynkoop Street, Suite 700              701 Poydras Street, Suite 365
Denver, CO 80202                                     New Orleans, LA 70139
Telephone: 303-893-9800                         Telephone: 504-524-3300
Facsimile: 303-893-9900                           Facsimile: 504-524-3313
E-Mail: kyle.bachus@coloradolaw.net     E-Mail: barrios@bkc-law.com
***Plaintiff's Executive Committee***              ***Plaintiffs' Co-Liaison Counsel***

*/s/ Christopher L. Coffin*
Christopher L. Coffin (LA Bar # 27902)
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400 New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699
E-Mail: ccoffin@pbclawfirm.com
**Plaintiffs' Co-Lead Counsel**

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
E-Mail: kbm@classlawgroup.com
**Plaintiffs' Co-Lead Counsel**

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin, et al.**
2800 Energy Centre, 1100 Poydras Street New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com
**Plaintiffs' Co-Liaison Counsel**

***Plaintiffs' Executive Committee***
Christopher L. Coffin
Karen Barth Menzies
J. Kyle Bachus
David F. Miceli
Dawn M. Barrios, *ex officio*
M. Palmer Lambert, *ex officio*

***Plaintiffs' Steering Committee***
Anne Andrews
J. Kyle Bachus
Lawrence J. Centola, III
Christopher L. Coffin
Alexander G. Dwyer
Emily C. Jeffcott
Andrew A. Lemmon
Daniel Markoff
Abby E. McClellan
Karen Barth Menzies
David F. Miceli
Rand P. Nolen
Hunter J. Shkolnik
Genevieve Zimmerman