UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE ENGELHARDT |
| Joie A. Allegro, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.:17-cv-6319 |
| | : | |
| SANOFI S.A., SANOFI US SERVICES INC | : | |
| AVENTIS PHARMA S.A., and | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| | : | |
| Defendant(s). | : | |
| --------------------------------------------------------- : | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Sanofi US Services Inc., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 12 day of June, 2018.

JOHNSON BECKER, PLLC                           SHOOK, HARDY & BACON


_/s/ Alexandra Robertson_____        _/s/ Kelly Bieri_____
Alexandra Robertson, Esq.                      Kelly Bierei, Esq.
Timothy J. Becker, Esq.                        Harley V. Ratliff
444 Cedar Street                               2555 Grand Boulevard
Suite 1800                                     Kansas City, MO 64108
St. Paul, MN 55101                             Phone: 816-474-6550
Phone: 612-436-1800                            Fax: 816-421-5547
Fax: 612-436-1801                              Email:  Kbieri@shb.com
tbecker@johnsonbecker.com

Attorney for Plaintiff                         Attorney for Sanofi-aventis U.S. LLC and Sanofi
                                               US Services Inc.