UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Barbara Crawford v. Sanofi US Services Inc., et al.;* Case No. 2:17-cv-11995 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against defendants Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Accord Healthcare, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Sandoz Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., and those claims shall remain pending in this court.

The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 12th day of June, 2018.

| | |
|---|---|
| By: */s/ Ryan L. Thompson* | By: */s/ Kelly Bieri* |
| Ryan L. Thompson | Kelly Bieri |
| Mikal C. Watts | Harley Ratliff |
| Paige N. Boldt | SHOOK, HARDY & BACON LLP |
| WATTS GUERRA LLP | 2555 Grand Boulevard |
| 5726 Hausman Rd. W., Ste. 119 | Kansas City, MO 64108 |
| San Antonio, TX 78249 | Telephone: 816-474-6550 |
| Telephone: 866.529.9100 | Facsimile: 816-421-5547 |
| Fax: 210. 448.0501 | kbieri@shb.com; |
| rthompson@wattsguerra.com | hratliff@shb.com |
| mcwatts@wattsguerra.com | **Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.** |
| pboldt@wattsguerra.com | |
| **Attorneys for Plaintiff** | |

By: /s/ Brandon D. Cox
Julie Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare, Inc.*


By: /s/ Kathleen Kelly
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*


By: /s/ Mike Suffern
Mike Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Phama, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: June 12, 2018                 */s/ Ryan L. Thompson*
                                                  Ryan L. Thompson