# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *LEE ANN THOMAS v. SANOFI, ET AL.* | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ INC.**<br><br>Civil Action No.: 2:17-cv-09345 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Lee Ann Thomas's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd, Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 12th day of June 2018.

232408.1

        Respectfully submitted,

        **FERNELIUS SIMON PLLC**

        <u>/s/ C. Brannon Robertson</u>
        Stephen M. Fernelius
        Texas State Bar No. 06934340
        C. Brannon Robertson
        Texas State Bar No. 24002852
        Ryan M. Perdue
        Texas State Bar No. 24046611
        1221 McKinney, Suite 3200
        Houston, Texas 77010
        Telephone: (713) 654-1200
        Facsimile: (713) 654-4039
        steve.fernelius@trialattorneytx.com
        brannon.robertson@trialattorneytx.com
        ryan.perdue@trialattorneytx.com

        **ATTORNEYS FOR PLAINTIFF**


Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
noproductid@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
docetaxelproductid@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com

232408.1

kbeck@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 12th day of June, 2018.

/s/ C. Brannon Robertson
C. Brannon Robertson

232408.1