# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Lorraine Newton v. Sanofi-Aventis U.S. LLC, et-al*- Civil Action No. 2:17-cv-06288 | JUDE KURT D. MILAZZO MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Plaintiff's Motion to Substitute Counsel was submitted to the Court on May 4, 2018. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel of record is hereby GRANTED.

Joseph M. Bruno and Melissa DeBarbieris are hereby removed as counsel of record from the case. Attorney Samantha Mertz shall be substituted as counsel of record for Plaintiff Lorraine Newton.

Dated: 6/6/18

The Hon. Jane Triche Milazzo