UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER SETTING ORAL ARGUMENT

Oral argument on the Sanofi Defendants' Motion for Protective Order (rec. doc. 2850) will be held on July 18, 2018 at 11:00 a.m. before Magistrate Judge Michael B. North, Courtroom B-407, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 12th day of June, 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE