**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LIITGATION | : : : | MDL NO. |
| Gladys Murphy, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No.: 2:16-cv-17345 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC et al., | : : : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff, by and through the undersigned counsel, and hereby withdraws her Motion for Leave to File Amended Complaint [DE 1211].

This the 13th day of June, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing *Notice of Withdrawal* has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this the 13th day of June, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
Whitfield Bryson & Mason, LLP
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
*Attorney for Plaintiff*