UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION** | **:** | **MDL NO. 2740 PRODUCTS** |
| | **:** | **SECTION "N"(5)** |
| **THIS DOCUMENT RELATES TO:** | | |
| | **:** | **JUDGE MILAZZO** |
| *Alberta Howard v Sanofi-Aventis S.A. et al.,* | | **MAG. JUDGE NORTH** |
| *Civil Action No. 2:17-cv-06016* | **:** | |

## MOTION TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, hereby respectfully moves the Court for an order withdrawing the Notice of Voluntary Dismissal Without Prejudice (DN 2699) filed May 29, 2018 in the above styled action. Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. informed Plaintiff that a Voluntary Dismissal was not proper per FRCP 41. Therefore, the Notice of Voluntary Dismissal Without Prejudice was improperly filed.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests to this Court to enter the attached order withdrawing the Notice of Voluntary Dismissal Without Prejudice.

Dated this 13th of June, 2018

Respectfully Submitted,

/s/Alex C. Davis
Alex C. Davis
KY Bar Id: 94899
Jasper D. Ward IV
KY Bar Id: 92160
Jones Ward PLC
1205 E. Washington St., Ste 111
Louisville, KY 40206
(P): (502) 882-6000
(F): (502) 587-2007
alex@jonesward.com
jasper@jonesward.com
*Counsel for the Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: June 13, 2018                                        */s/ Alex C. Davis*
                                                                                       Alex. C. Davis