## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | : | MDL NO. 2740 PRODUCTS |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | | |
| | : | JUDGE MILAZZO |
| *Alberta Howard v Sanofi-Aventis S.A. et al.,* *Civil Action No. 2:17-cv-06016* | : | MAG. JUDGE NORTH |

### [PROPOSED] ORDER TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon consideration of Plaintiff's Motion to Withdraw the Notice of Voluntary Dismissal Without Prejudice (DN 2699), and this Court being fully advised,

It is hereby ORDERED that the Motion is GRANTED and the Notice of Voluntary Dismissal Without Prejudice is withdrawn.

Signed this ____ of _____, 2018

_____

Honorable Jane Triche Milazzo
U.S. District Court Judge