# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>MELOISE SERIEUX<br>and CLETUS SERIEUX<br><br>              Plaintiffs,<br><br>   vs.<br><br>SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOTIF-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD.<br><br>             Defendants. | MDL No. 2740<br><br>SECTION: "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No: 2:17-CV-16822 |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information, or objects upon Dr. Sreenivas Rao, McLeod Health Cancer Center.

Respectfully submitted this the 13th date of June, 2018.

                                        **MESHBESHER & SPENCE, LTD.**
                                        /s/ Anthony J. Nemo
                                        Anthony J. Nemo
                                        1616 Park Avenue
                                        Minneapolis, MN 55404
                                        Tel: (612) 339-9121
                                        Fax: (612) 339-9188
                                        tnemo@meshbesher.com

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via e-mail upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
505b2liaison@chaffe.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis, LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel: 216-592-5000
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Tel: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Tel: 212-849-7000
docetaxelproductid@quinnemanuel.com

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816-474-6550
noproductid@shb.com

Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
28 State Street
Boston, MA 02109
Tel: 617-213-7000
docenoprodid@hinshawlaw.com

                                              /s/ Anthony J. Nemo
                                              Anthony J. Nemo