# EXHIBIT 1

MICHAEL C. SNYDER
MARK D. STREED
DANIEL C. GUERRERO
JEFFREY P. OISTAD
ANTHONY J. NEMO
KONSTANDINOS NICKLOW
PAMELA J. SPAULDING
ANDREW L. DAVICK
JOSHUA M. TUCHSCHERER
GENEVIEVE M. ZIMMERMAN
ZACHARY C. BAUER
JAMES B. SHEEHY
LINDSEY A. CARPENTER
ERIC M. PALMER
RACHEL N. SIMPSON
ASHLEIGH E. RASO
DEREK I. STEWART

LAW OFFICES

**MESHBESHER & SPENCE, LTD.**

1616 PARK AVENUE
MINNEAPOLIS, MINNESOTA 55404
(612) 339-9121
FAX (612) 339-9188
www.meshbesher.com
REPLY TO MINNEAPOLIS OFFICE

PARALEGALS
TRACY DIMMICK
PATTI KRUGER
JENNIFER BAUER
JANNA WEISE
RACHEL WELLER
ANISSA MAASCH
HOLLY STERNQUIST
ASHLEY CADY
DEANNA ANDERSON
TAMMY RODRIGUEZ
SUSAN HARPER
MELANIE FRENZ
ELAINE KENNY

OF COUNSEL
REID G. RISCHMILLER
RALPH S. PALMER

June 13, 2018

McLeod Health Cancer Center
Attn: Sreenivas Rao, M.D.
401 East Cheve Street
Florence, SC 29506

Re:   Our Client:        Meloise Serieux
      Date of Birth:

Dear Dr. Rao:

    As you are aware, we represent your patient, Meloise Serieux, in a products liability case against the manufacturers of Taxotere. <u>Please note that our involvement relates **only** to the manufacturers of the drug Taxotere and/or related corporate entities which we believe are responsible for the injuries caused by the ingestion of the medication, and specifically does **not** relate to any medical provider or facility whatsoever.</u>

    We have received the medical records indicating that Mrs. Serieux received Taxotere treatment at your facility. However, the records do not indicate the manufacturer of the Taxotere infusions received by Mrs. Serieux. **<u>Pursuant to the subpoena attached, we only need to know the name of the manufacturer that supplied your facility with Taxotere/Docetaxel during the time Mrs. Serieux was being treated (from February 22, 2012 to June 13, 2012.</u>** Therefore, I have attached a "Statement of Chemotherapy Drug Administered" form, which we need filled out. I am also providing another copy of the HIPAA authorization executed by Mrs. Serieux, which authorizes you to release this information to us.

    Please review the attached form and check the appropriate box(es), or notate on the form the manufacturer(s) of the Taxotere/Docetaxel that was administered to Mrs. Serieux, and return the form to my office via fax at (612) 339-9188.

MESHBESHER & SPENCE, LTD.

Thank you for your attention to this matter. Should you have any questions regarding this request, do not hesitate to contact me at (612) 339-9121.

Very truly yours,

Anthony J. Nemo
Meshbesher & Spence, Ltd.

TJN/mnf
Enclosures: as stated

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: ____Meloise Serieux_____

DATE OF BIRTH: ▇▇▇▇▇▇▇▇▇▇▇▇_     SSN: ▇▇▇▇▇▇▇▇▇▇▇▇

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-02
☐ 66758-950-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

**SUN PHARMA GLOBAL INC**
☐ 47335-285-41
☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ **WAS** / ☐ **WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

___2___ / __22__ / _2012_     ___6___ / __13__ / _2012_     _____
DATE OF FIRST TREATMENT        DATE OF LAST TREATMENT        # OF DOSES

_____     _____
SIGNATURE OF REPRESENATIVE OF               NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____     _____
PRINTED NAME & TITLE OF REPRESENTATIVE       ADDRESS

_____     _____
DATE                                         CITY, STATE, ZIP

# Meshbesher & Spence
LAWYERS

888.728.9866
www.meshbesher.com

## AUTHORIZATION TO DISCLOSE/RELEASE HEALTH INFORMATION

Name of Patient: Meloise Serieux

Date of Birth: [redacted]  Social Security #: [redacted]

I hereby authorize:

McLeod Health Cancer Center
ATTENTION: MEDICAL RECORDS
555 East Cheve Street
Florence, SC 29506

To release to:

Meshbesher & Spence, Steelgate

or their representatives

**SCOPE OF RECORDS TO BE RELEASED**

This is your full and sufficient authorization to release ANY AND ALL RECORDS/DATES specified here: from 2/20/2012 to 6/17/2012 ) regarding my treatment, hospitalization and/or outpatient care for my impairment(s) including but not limited to the following:

- o Complete Records
- o Consults
- o Emergency Room Records
- o Doctor's Orders
- o Doctor's Visits
- o Product ID Labels (Peel-n-stick)
- o Discharge Summary
- o X-Ray Reports & Films
- o Physical Therapy
- o Operative Reports
- o Ambulance Reports
- X Billing Information
- o History & Physical
- o Laboratory
- o All Dictated Reports
- X Pharmacy/Medication
- o Correspondence
- o Health Insurance
- o Outpatient Records
- o Pathology (slides)
- o Doctor's Nurse's Note
- o Cardiology/Tapes & CD
- o Admit Sheets
- X Other __NDC Codes__

I AUTHORIZE RELEASE OF ALL RECORDS RELATING TO ALCOGHOL/DRUG TREATMENT/ABUSE, AIDS, SICKLE CELL ANEMIA, MENTAL HEALTH AND GENE-RELATED IMPAIRMENTS UNLESS OTHERWISE INDICATED BY MARKING THE LINE BELOW.
_____Do not release any records protected under Federal Law (CFR 42)

PURPOSE OF DISCLOSURE:   X  LEGAL   _____ INSURANCE   _____ W/C

I authorize the use and disclosure of my individually identifiable health informant as described above. I understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned by way of this authorization. I understand that this authorization is voluntary. I understand that the information used or disclosed pursuant to this authorization could be subject to disclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

EXPIRATION or REVOCATION OF AUTHORIZATION: I understand that I may revoke this authorization in writing at any time, unless action has already been taken in reliance upon it, but requesting such of the above referenced hospital/physician. I understand that this authorization will expire on: _____(specify date or event) or, if no date or event is specified, 12 months from the date of signing.

A photocopy of this authorization will be treated in the same manner as an original

Date: 6/13/2018

Signature of Patient/Guardian: [signature]

Relationship to Patient

Reason Patient Unable to Sign