# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : : | SECTION "H" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : | |
| Case No: 2:17-cv-14292 | : : | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| MADELEINE ROMERO-SALAS *Plaintiff* | : : | AGAINST ALL DEFENDANTS EXCEPT HOSPIRA, INC. and |
| vs. | : : | HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.; SANDOZ INC.; ACCORD HEALTHCARE, INC.; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; and SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD. *Defendants* _____ | : : : : : : : : : : : : : : : : : | INC. and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S. |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Madeleine Romero-Salas against Sandoz Inc.; Accord Healthcare, Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. *only*, in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear their own costs.

Plaintiff is not dismissing her claims against Defendants Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.;  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S.

This Stipulation of Voluntary Dismissal with Prejudice is being filed after the undersigned counsel sought consent or opposition from all presently named Defendants and received consent from all presently named Defendants or received no notice of opposition after fourteen (14) days.

Plaintiff seeks this dismissal pursuant to Case Management Order 12.

Dated: June 13, 2018

**SHAW COWART, L.L.P.**
*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

Perry W. Neichoy
PERRY W. NEICHOY, P.C.
Texas Bar No. 14865590
perry@pwn-mediate.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 409.839.4545 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF,*
*MADELEINE ROMERO-SALAS*

## CERTIFICATE OF COUNSEL

The undersigned certifies that on May 29, 2018, counsel for all named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Within fourteen (14) days, counsel for Plaintiff received consent from Defendants or received no notice of opposition.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW