BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | : : : | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| *RAMONA GIBSON, et al., v. SANOFI US US SERVICES INC., ET AL., Case No. 2:18-cv-2601, Plaintiff ANGELA LAMB* | : : : : : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2601, as to Plaintiff ANGELA LAMB ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this _13_ day of _June_, 2018

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| By: /s/ Hunter Shkolnik<br>Hunter Shkolnik, Esq.<br>Christopher LoPalo<br>400 Broadhollow Rd, Suite 305<br>Melville, NY 11747<br>(212) 397-1000<br>Email: hunter@napolilaw.com<br>       clopalo@napolilaw.com | By: /s/ Erin M. Bosman<br>Erin M. Bosman, Esq.<br>Julie Park, Esq.<br>12531 High Bluff Drive<br>San Diego, CA 92130<br>(858) 720-5104<br>Email: Ebosman@mofo.com<br>       JPark@mofo.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation* |

## CERTIFICATE OF SERVICE

  I hereby certify that on <u>June 13, 2018</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: _13_ day of _June_, 2018      /s/__Hunter Shkolnik_____
                    Hunter Shkolnik, Esquire