**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | | | | |
|---|---|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 | |
| | PRODUCTS LIABILITY | : | | |
| | LITIGATION | : | SECTION "N" (5) | |

_____:

:       JUDGE JANE TRICHE MILAZZO

**THIS DOCUMENT RELATES TO:**       :       MAG. JUDGE NORTH

:

*RAMONA GIBSON, et al., v. SANOFI US*       :       **STIPULATION OF DISMISSAL**
*US SERVICES INC., ET AL.,*       :       **WITHOUT  PREJUDICE**
*Case No. 2:18-cv-2601,*       :
*Plaintiff SHAUNTEL MAXWELL*       :

_____:


IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2601, as to Plaintiff

SHAUNTEL MAXWELL ONLY, claim's against Defendant McKesson Corporation d/b/a

McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products

Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own

costs.

Dated this __13__ day of __June__, 2018


| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| | |
| By: /s/ Hunter Shkolnik | By: /s/ Erin M. Bosman |
| Hunter Shkolnik, Esq. | Erin M. Bosman, Esq. |
| Christopher LoPalo | Julie Park, Esq. |
| 400 Broadhollow Rd, Suite 305 | 12531 High Bluff Drive |
| Melville, NY 11747 | San Diego, CA 92130 |
| (212) 397-1000 | (858) 720-5104 |
| Email: hunter@napolilaw.com | Email: Ebosman@mofo.com |
|     clopalo@napolilaw.com |     JPark@mofo.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant McKesson* |
| | *Packaging Services, a Division of McKesson* |
| | *Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2018, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.


Dated: _13_ day of _June_, 2018                    /s/ _ Hunter Shkolnik _____
                                                        Hunter Shkolnik, Esquire