## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | | | |
|---|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | | : | SECTION "N" (5) |
| ––––––––––––––––––––––––––––––––––––– | | : | |
| **THIS DOCUMENT RELATES TO:** | | : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| | | : | |
| *RAMONA GIBSON, et al., v. SANOFI US US SERVICES INC., ET AL., Case No. 2:18-cv-2601, Plaintiff BRITTANY MEECE* | | : : : : | **STIPULATION OF DISMISSAL WITHOUT  PREJUDICE** |
| ––––––––––––––––––––––––––––––––––––– | | : | |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2601, as to Plaintiff

BRITTANY MEECE  ONLY, claim's against Defendant McKesson Corporation d/b/a

McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products

Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own

costs.

Dated this  13  day of  June , 2018

**NAPOLI SHKOLNIK PLLC**                                    **MORRISON & FOERSTER LLP**

By: /s/ Hunter Shkolnik                                            By: /s/ Erin M. Bosman
Hunter Shkolnik, Esq.                                              Erin M. Bosman, Esq.
Christopher LoPalo                                                   Julie Park, Esq.
400 Broadhollow Rd, Suite 305                              12531 High Bluff Drive
Melville, NY 11747                                                  San Diego, CA 92130
(212) 397-1000                                                        (858) 720-5104
Email: hunter@napolilaw.com                               Email: Ebosman@mofo.com
          clopalo@napolilaw.com                                        JPark@mofo.com

*Attorneys for Plaintiff*                                             *Attorneys for Defendant McKesson*
                                                                              *Packaging Services, a Division of McKesson*
                                                                              *Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on <u>June 13, 2018</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  _13_  day of  _June_, 2018                   /s/__ Hunter Shkolnik _____
                                                                            Hunter Shkolnik, Esquire