UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC for Leave to file the Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.*, UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Motion for Rule 37 Sanctions, Including Dismissal With Prejudice of *Kelly Gahan v. Sanofi, et al.*, UNDER SEAL.

New Orleans, Louisiana, this 13th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE