UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER: 2740 |
| | SECTION: "H"(5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER SETTING ORAL ARGUMENT

Oral argument on the Sanofi Defendants' Motion for Rule 37 Sanctions (rec. doc. 2831) will be held on July 18, 2018 at 11:00 a.m. before Magistrate Judge Michael B. North, Courtroom B-407, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 13th day of June, 2018.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE