# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: | | JUDGE KURT D. ENGELHARDT |
| *Shari Huckins v. Sanofi S.A., et al., Civil Action No. 2:17-cv-16995* | | |
| | | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff Shari Huckins' claims pending against all defendants in this action, cause number 2:17-cv-16995 (only); Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., be dismissed with prejudice, each party to bear its own costs. Her claims that are pled in cause number, 2:18-cv-00257 remain pending.

Dated this 14th day of June 2018.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**
By: /s/Amy Collignon Gunn
John G. Simon
Amy Collignon Gunn
800 Market Street, Ste. 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

*Attorneys for Plaintiff*

**TUCKER ELLIS LLP**
By: /s/ Julie A. Callsen

Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: 216-592-5000
Fax: 216-592-5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUEL URQUHARD & SULLIVAN, LLP**
By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: 212-849-7000
Fax: 212-849-7100
markcheffo@quinnemanuel.com
maracusker@quinnemanuel.com
laviniadenniston@quinnemanuel.com

*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn