BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| **THIS DOCUMENT RELATES TO:** *EUNICE VILLEGAS, et al., v. SANOFI US US SERVICES INC., ET AL.,* Case No. 2:18-cv-2598, Plaintiff MARILYN BING | | |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2598, as to Plaintiff MARILYN

BING ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging

*only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation,

MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this __14__ day of __June__, 2018

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| By: /s/ Hunter Shkolnik Hunter Shkolnik, Esq. Christopher LoPalo 400 Broadhollow Rd, Suite 305 Melville, NY 11747 (212) 397-1000 Email: hunter@napolilaw.com        clopalo@napolilaw.com *Attorneys for Plaintiff* | By: /s/ Erin M. Bosman Erin M. Bosman, Esq. Julie Park, Esq. 12531 High Bluff Drive San Diego, CA 92130 (858) 720-5104 Email: Ebosman@mofo.com         JPark@mofo.com *Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: _14_ day of _June_, 2018               /s/__ Hunter Shkolnik_____
                                                            Hunter Shkolnik, Esquire