## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) : | MDL NO. 2740 |
| | PRODUCTS LIABILITY : | |
| | LITIGATION : | SECTION "N" (5) |
| _____: | | |
| | : | JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** | : | MAG. JUDGE NORTH |
| | : | |
| *EUNICE VILLEGAS, et al., v. SANOFI US* | : | **STIPULATION OF DISMISSAL** |
| *US SERVICES INC., ET AL.,* | : | **WITHOUT  PREJUDICE** |
| *Case No. 2:18-cv-2598,* | : | |
| *Plaintiff DIANE BOROVIC* | : | |
| | : | |
| _____: | | |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2598, as to Plaintiff  DIANE

BOROVIC  ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson

Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability

Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this  _14_  day of  _June_ , 2018

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| | |
| By: /s/ Hunter Shkolnik | By: /s/ Erin M. Bosman |
| Hunter Shkolnik, Esq. | Erin M. Bosman, Esq. |
| Christopher LoPalo | Julie Park, Esq. |
| 400 Broadhollow Rd, Suite 305 | 12531 High Bluff Drive |
| Melville, NY 11747 | San Diego, CA 92130 |
| (212) 397-1000 | (858) 720-5104 |
| Email: hunter@napolilaw.com | Email: Ebosman@mofo.com |
| clopalo@napolilaw.com | JPark@mofo.com |
| | *Attorneys for Defendant McKesson* |
| *Attorneys for Plaintiff* | *Packaging Services, a Division of McKesson* |
| | *Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  _14_  day of  _June_ , 2018                    /s/__ Hunter Shkolnik _____
                                                                                Hunter Shkolnik, Esquire