## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) : | MDL NO. 2740 |
| | PRODUCTS LIABILITY : | |
| | LITIGATION : | SECTION "N" (5) |
| ——————————————————: | | |
| | : | JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** : | | MAG. JUDGE NORTH |
| | : | |
| *EUNICE VILLEGAS, et al., v. SANOFI US* : | | **STIPULATION OF DISMISSAL** |
| *US SERVICES INC., ET AL.,* : | | **WITHOUT  PREJUDICE** |
| *Case No. 2:18-cv-2598,* : | | |
| *Plaintiff CHERYL CAMPBELL* : | | |
| | : | |
| ——————————————————: | | |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2598, as to Plaintiff  CHERYL

CAMPBELL  ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson

Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability

Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this   14   day of   June  , 2018

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
Christopher LoPalo
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
        clopalo@napolilaw.com

*Attorneys for Plaintiff*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman, Esq.
Julie Park, Esq.
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5104
Email: Ebosman@mofo.com
        JPark@mofo.com
*Attorneys for Defendant McKesson*
*Packaging Services, a Division of McKesson*
*Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: _14_ day of _June_, 2018                /s/___Hunter Shkolnik_____
                                                                        Hunter Shkolnik, Esquire