BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:    TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | : : : | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| *EUNICE VILLEGAS, et al., v. SANOFI US US SERVICES INC., ET AL.,*<br>*Case No. 2:18-cv-2598,*<br>*Plaintiff CECILIA CHEVES* | : : : : : : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2598, as to Plaintiff CECILIA CHEVES ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this  14  day of  June , 2018

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
Christopher LoPalo
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
        clopalo@napolilaw.com

*Attorneys for Plaintiff*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman, Esq.
Julie Park, Esq.
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5104
Email: Ebosman@mofo.com
        JPark@mofo.com
*Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>June 14, 2018</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: <u>_14_</u> day of <u>_June_</u>, 2018                  /s/<u>__Hunter Shkolnik_____</u>
                                                               Hunter Shkolnik, Esquire