UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| ALBERTA HOWARD, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE, INC.** |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| | : | Civil Action No.: 2:17-cv-06016 |
| Defendant. | : | |

------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide Inc., Hospira Inc., Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., Actavis Pharma Inc., Winthrop, U.S., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. *only* be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendant Accord Healthcare, Inc.

Dated this 14th day of June, 2018                                  Respectfully Submitted,

/s/Alex C. Davis                                                            /s/Geoffrey M. Coan
Alex C. Davis                                                                Geoffrey M. Coan
KY Bar Id: 94899                                                          Kathleen E. Kelly
Jasper D. Ward IV                                                         HINSHAW & CULBERTSON LLP
KY Bar Id: 92160                                                          28 State St., 24th Floor
JONES WARD PLC                                                       Boston, MA 02109
1205 E. Washington St., Ste 111                                 Telephone: (617) 213-7000
Louisville, KY 40206                                                    Facsimile: (617-213-7001
Telephone: (502) 882-6000                                         gcoan@hinshawlaw.com

| | |
|---|---|
| Facsimile: (502) 587-2007<br>alex@jonesward.com<br>jasper@jonesward.com<br>*Counsel for the Plaintiff* | kekelly@hinshawlaw.com<br>*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*<br><br>/s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>kbieri@shb.com<br>hratliff@shb.com<br>*Attorneys for Defendant Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*<br><br>/s/R. Clifton Merrell<br>R. Clifton Merrell<br>Evan Courtright Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone:  678-553-2100<br>Facsimile:  678-553-2100<br>Sandoz-Taxotere PRODID@gtlaw.com<br>*Attorneys for Defendant Sandoz, Inc.*<br><br>/s/ Erin M. Bosman<br>Erin M. Bosman<br>Julie Y. Park<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, CA 92130-2040<br>Telephone: 858-720-5100<br>Facsimile: 858-720-5125<br>noproductid@mofo.com<br>*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*<br><br>/s/Mara Cusker Gonzalez |

        Mara Cusker Gonzalez
        Sara Roitman
        QUINN EMANUEL URQUHART
        & SULLIVAN, LLP
        51 Madison Ave., 22 Floor
        New York, NY 10010
        Telephone:  212-849-7000
        Facsimile: 212-849-7100
        docetaxelproductid@quinnemanuel.com
        *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

        /s/Sheryl Ritter
        Sheryl Ritter
        Kimberly L. Beck
        ULMER & BERNE LLP
        600 Vine Street, Suite 2800
        Cincinnati, OH 45202
        Telephone:  513-698-5064
        Facsimile:  513-698-5065
        sritter@ulmer.com
        kbeck@ulmer.com
        *Counsel for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: June 14, 2018                              */s/ Alex C. Davis*
                                                  Alex. C. Davis