**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

| | | | |
|---|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |

_____:

<table>
<tr><td></td><td>:</td><td>JUDGE JANE TRICHE MILAZZO</td></tr>
<tr><td>**THIS DOCUMENT RELATES TO:**</td><td>:</td><td>MAG. JUDGE NORTH</td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>*RENISHA BROWN, et al., v. SANOFI US*</td><td>:</td><td>**STIPULATION OF DISMISSAL**</td></tr>
<tr><td>*US SERVICES INC., ET AL.,*</td><td>:</td><td>**WITHOUT  PREJUDICE**</td></tr>
<tr><td>*Case No. 2:18-cv-2599,*</td><td>:</td><td></td></tr>
<tr><td>*Plaintiff LINDA CARROLL*</td><td>:</td><td></td></tr>
</table>

_____:

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2599, as to Plaintiff  LINDA

CARROLL ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson

Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability

Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this _14_ day of _June_, 2018

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| | |
| By: /s/ Hunter Shkolnik | By: /s/ Erin M. Bosman |
| Hunter Shkolnik, Esq. | Erin M. Bosman, Esq. |
| Christopher LoPalo | Julie Park, Esq. |
| 400 Broadhollow Rd, Suite 305 | 12531 High Bluff Drive |
| Melville, NY 11747 | San Diego, CA 92130 |
| (212) 397-1000 | (858) 720-5104 |
| Email: hunter@napolilaw.com | Email: Ebosman@mofo.com |
| clopalo@napolilaw.com | JPark@mofo.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: _14_ day of _June_, 2018                    /s/__ Hunter Shkolnik _____
                                                                         Hunter Shkolnik, Esquire