UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Lucinda Readinger v. Sanofi US Services Inc., et al.;* Case No. 2:17-cv-12372 | : : : | MAG. JUDGE MICHAEL NORTH |
| | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against defendants Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sandoz Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.; Pfizer Inc. only, in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Accord Healthcare, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., and those claims shall remain pending in this court.

Dated this 14th day of June, 2018

| | |
|---|---|
| By: */s/ Ryan L. Thompson*<br>Ryan L. Thompson<br>Mikal C. Watts<br>Paige N. Boldt<br>WATTS GUERRA LLP<br>5726 Hausman Rd. W., Ste. 119<br>San Antonio, TX 78249<br>Telephone: 866.529.9100<br>Fax: 210. 448.0501 | By: */s/ Kelly Bieri*<br>Kelly Bieri<br>Harley Ratliff<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>kbieri@shb.com; |

1

rthompson@wattsguerra.com
mcwatts@wattsguerra.com
pboldt@wattsguerra.com
*Attorneys for Plaintiff*

hratliff@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
QUINN EMANUAL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanel.com
LaviniaDenniston@quinnemanuel.com
*Counsel for Defendant Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

By: */s/ Mike Suffern*
Mike Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com

2

*Counsel for Defendant Actavis Phama, Inc.*

By: */s/ Ronald Clifton Merrell, II*
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED:  June 14, 2018                    */s/ Ryan L. Thompson*
                                          Ryan L. Thompson