BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | : : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| *RENISHA BROWN, et al., v. SANOFI US US SERVICES INC., ET AL.,* Case No. 2:18-cv-2599, Plaintiff BRENDA K. CARTER | : : : : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2599, as to Plaintiff BRENDA K. CARTER ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this  14  day of  June , 2018

| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
|---|---|
| By: /s/ Hunter Shkolnik | By: /s/ Erin M. Bosman |
| Hunter Shkolnik, Esq. | Erin M. Bosman, Esq. |
| Christopher LoPalo | Julie Park, Esq. |
| 400 Broadhollow Rd, Suite 305 | 12531 High Bluff Drive |
| Melville, NY 11747 | San Diego, CA 92130 |
| (212) 397-1000 | (858) 720-5104 |
| Email: hunter@napolilaw.com | Email: Ebosman@mofo.com |
| clopalo@napolilaw.com | JPark@mofo.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: _14_ day of _June_ , 2018        /s/__ Hunter Shkolnik_____
                     Hunter Shkolnik, Esquire