BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) |
| _____ | : : | JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** | : : | MAG. JUDGE NORTH |
| *RENISHA BROWN, et al., v. SANOFI US US SERVICES INC., ET AL.,* Case No. 2:18-cv-2599, Plaintiff MARY COLLINS | : : : : : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2599, as to Plaintiff MARY

COLLINS ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging

*only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation,

MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this _14_ day of _June_, 2018

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| By: /s/ Hunter Shkolnik | By: /s/ Erin M. Bosman |
| Hunter Shkolnik, Esq. | Erin M. Bosman, Esq. |
| Christopher LoPalo | Julie Park, Esq. |
| 400 Broadhollow Rd, Suite 305 | 12531 High Bluff Drive |
| Melville, NY 11747 | San Diego, CA 92130 |
| (212) 397-1000 | (858) 720-5104 |
| Email: hunter@napolilaw.com | Email: Ebosman@mofo.com |
|       clopalo@napolilaw.com |       JPark@mofo.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>June 14, 2018</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: <u> 14 </u> day of <u> June </u>, 2018          /s/<u>   Hunter Shkolnik            </u>
                                                                        Hunter Shkolnik, Esquire