**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE:      TAXOTERE (DOCETAXEL)    :    MDL NO. 2740
              PRODUCTS LIABILITY      :
              LITIGATION              :    SECTION "N" (5)
_____ :

                                             :    JUDGE JANE TRICHE MILAZZO
**THIS DOCUMENT RELATES TO:**      :    MAG. JUDGE NORTH
                                           :
      *RENISHA BROWN, et al., v. SANOFI US*  :    **STIPULATION OF DISMISSAL**
         *US SERVICES INC., ET AL.,*      :    **WITHOUT  PREJUDICE**
         *Case No. 2:18-cv-2599,*        :
         *Plaintiff MAXINE CRAFTON*     :
_____:

       IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2599, as to Plaintiff  MAXINE

CRAFTON ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson

Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability

Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this  14  day of  June , 2018

**NAPOLI SHKOLNIK PLLC**           **MORRISON & FOERSTER LLP**

By: /s/ Hunter Shkolnik              By: /s/ Erin M. Bosman
Hunter Shkolnik, Esq.               Erin M. Bosman, Esq.
Christopher LoPalo                  Julie Park, Esq.
400 Broadhollow Rd, Suite 305        12531 High Bluff Drive
Melville, NY 11747                  San Diego, CA 92130
(212) 397-1000                      (858) 720-5104
Email: hunter@napolilaw.com         Email: Ebosman@mofo.com
     clopalo@napolilaw.com              JPark@mofo.com

*Attorneys for Plaintiff*               *Attorneys for Defendant McKesson
Packaging Services, a Division of McKesson
Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  _14_  day of _June_ , 2018                    /s/__ Hunter Shkolnik _____
                                                                                  Hunter Shkolnik, Esquire