UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Barbara Crawford v. Sanofi US Services Inc., et al.;*<br>*Case No. 2:17-cv-11995* | | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff, Barbara Crawford, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. Plaintiff respectfully asks that the Court grant her such leave.

**Dated this 14th day of June, 2018**

                                                                        **Respectfully submitted,**

                                                                        *s/ Ryan L. Thompson*
                                                                        **Ryan L. Thompson**
                                                                        Texas Bar No. 24046969
                                                                        **Mikal C. Watts**
                                                                        Texas Bar No. 20981820
                                                                        **Paige Boldt**
                                                                        Texas Bar No. 24082626

                                                                        **WATTS GUERRA LLP**
                                                                        5726 Hausman Rd. W., Ste. 119
                                                                        San Antonio, TX 78249
                                                                        Telephone: 866.529.9100
                                                                        Fax: 210.448.0501
                                                                        Email: rthompson@wattsguerra.com
                                                                        Email: mcwatts@wattsguerra.com
                                                                        Email: pboldt@wattsguerra.com

                                                                        **ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant's Counsel has been contacted, and consents to Plaintiff's requested relief. Therefore, Plaintiff is treating this as an "unopposed/consent" motion.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  June 14, 2018                    */s/ Ryan L. Thompson*_____
                                         Ryan Thompson