**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | | | |
|---|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | | : : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| *RENISHA BROWN, et al., v. SANOFI US US SERVICES INC., ET AL., Case No. 2:18-cv-2599, Plaintiff SANDRA DANTZLER* | | : : : : : | **STIPULATION OF DISMISSAL WITHOUT  PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2599, as to Plaintiff  SANDRA

DANTZLER ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson

Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability

Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this  _14_  day of  _June_ , 2018

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
Christopher LoPalo
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
        clopalo@napolilaw.com

*Attorneys for Plaintiff*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman, Esq.
Julie Park, Esq.
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5104
Email: Ebosman@mofo.com
        JPark@mofo.com

*Attorneys for Defendant McKesson*
*Packaging Services, a Division of McKesson*
*Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>June 14, 2018</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: _ 14 _ day of _ June _, 2018           /s/___Hunter Shkolnik_____
                                                          Hunter Shkolnik, Esquire