# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION** | **:** | **MDL NO. 2740 PRODUCTS** |
| | **:** | **SECTION "H"(5)** |
| **THIS DOCUMENT RELATES TO:** | | |
| | **:** | **JUDGE MILAZZO** |
| *Alberta Howard v Sanofi-Aventis S.A. et al.,* | | **MAG. JUDGE NORTH** |
| *Civil Action No. 2:17-cv-06016* | **:** | |

## ORDER TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon consideration of Plaintiff's Motion to Withdraw the Notice of Voluntary Dismissal Without Prejudice (DN 2699), and this Court being fully advised,

It is hereby ORDERED that the Motion is GRANTED and the Notice of Voluntary Dismissal Without Prejudice is withdrawn.

Signed this 14th of June, 2018

                                                                       Honorable Jane Triche Milazzo
                                                                       U.S. District Court Judge