BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** *RENISHA BROWN, et al., v. SANOFI US US SERVICES INC., ET AL.,* Case No. 2:18-cv-2600, Plaintiff SHEILA RIVERS | : : : : : : : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2600, as to Plaintiff SHEILA RIVERS ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this  14  day of  June , 2018

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **MORRISON & FOERSTER LLP** |
| By: /s/ Hunter Shkolnik <br> Hunter Shkolnik, Esq. <br> Christopher LoPalo <br> 400 Broadhollow Rd, Suite 305 <br> Melville, NY 11747 <br> (212) 397-1000 <br> Email: hunter@napolilaw.com <br> clopalo@napolilaw.com <br><br> *Attorneys for Plaintiff* | By: /s/ Erin M. Bosman <br> Erin M. Bosman, Esq. <br> Julie Park, Esq. <br> 12531 High Bluff Drive <br> San Diego, CA 92130 <br> (858) 720-5104 <br> Email: Ebosman@mofo.com <br> JPark@mofo.com <br><br> *Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation* |

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: _14_ day of _June_, 2018          /s/ _Hunter Shkolnik_
                                                           Hunter Shkolnik, Esquire