**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE:       TAXOTERE (DOCETAXEL)   :     MDL NO. 2740
PRODUCTS LIABILITY       :
LITIGATION                 :     SECTION "N" (5)
                                  :
                                  :     JUDGE JANE TRICHE MILAZZO
**THIS DOCUMENT RELATES TO:**    :     MAG. JUDGE NORTH
                                  :
*RENISHA BROWN, et al., v. SANOFI US*   :     **STIPULATION OF DISMISSAL**
*US SERVICES INC., ET AL.,*        :     **WITHOUT  PREJUDICE**
*Case No. 2:18-cv-2600,*           :
*Plaintiff CYNTHIA RODGERS*     :
                                  :

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2600, as to CYNTHIA RODGERS ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed without prejudice. Each party shall bear its own costs.

Dated this _14_ day of _June_, 2018

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
Christopher LoPalo
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
     clopalo@napolilaw.com

*Attorneys for Plaintiff*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman, Esq.
Julie Park, Esq.
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5104
Email: Ebosman@mofo.com
     JPark@mofo.com

*Attorneys for Defendant McKesson
Packaging Services, a Division of McKesson
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  _14_  day of  _June_ , 2018                    /s/ __ Hunter Shkolnik _____
                                                                         Hunter Shkolnik, Esquire