### BEFORE THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISANA

IN RE:       TAXOTERE (DOCETAXEL)      :      MDL NO. 2740
             PRODUCTS LIABILITY        :
             LITIGATION                :      SECTION "N" (5)
                                       :
_____:
                                       :      JUDGE JANE TRICHE MILAZZO
**THIS DOCUMENT RELATES TO:**          :      MAG. JUDGE NORTH
                                       :
    *RENISHA BROWN, et al., v. SANOFI US*   :   **STIPULATION OF DISMISSAL**
    *US SERVICES INC., ET AL.,*         :      **WITHOUT  PREJUDICE**
    *Case No. 2:18-cv-2600,*            :
    *Plaintiff JACQUELINE SMITH*        :
                                       :
_____:

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Case No. 2:18-cv-2600, JACQUELINE SMITH

ONLY, claim's against Defendant McKesson Corporation d/b/a McKesson Packaging *only* in the

above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be

dismissed without prejudice. Each party shall bear its own costs.

Dated this _14_ day of _June_, 2018

**NAPOLI SHKOLNIK PLLC**              **MORRISON & FOERSTER LLP**

By: /s/ Hunter Shkolnik              By: /s/ Erin M. Bosman
Hunter Shkolnik, Esq.                Erin M. Bosman, Esq.
Christopher LoPalo                   Julie Park, Esq.
400 Broadhollow Rd, Suite 305        12531 High Bluff Drive
Melville, NY 11747                   San Diego, CA 92130
(212) 397-1000                       (858) 720-5104
Email: hunter@napolilaw.com          Email: Ebosman@mofo.com
      clopalo@napolilaw.com                 JPark@mofo.com

*Attorneys for Plaintiff*            *Attorneys for Defendant McKesson*
                                     *Packaging Services, a Division of McKesson*
                                     *Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated:  _14_  day of  _June_ , 2018                          /s/ __ Hunter Shkolnik _____
                                                                              Hunter Shkolnik, Esquire