# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Denice Smith v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al.*<br>*Civil Action No. 2:17-cv-16005* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Denice Smith's claims against Defendants Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., *only* be dismissed from the above-captioned case, with prejudice, each party to bear its own costs. Plaintiff's claims against Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, in civil action 2:17-cv-16005 remains active.

Date: June 14, 2018                                                      Respectfully submitted,

*/s/ John C. Thornton*
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Anne Andrews, Esq., SBN 103280
Email: aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
Email: jct@andrewsthornton.com
*Attorneys for Plaintiff*

1

/s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
         kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*


/s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
SHOOK, HARDY & BACON L.L.P.
225 Grand Boulevard, Kansas City, MO 64108
Direct: 816-474-6550
Fax: 816-421-5547
noproductid@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*


/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305
Direct: 678-553-2100
Fax: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*


/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP

28 State St.
Boston, MA 02109
Direct: 617-213-7000
Fax: 617-213-7001
docenoprodid@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


*/s/ Mara Cusker Gonzalez*
Mara C. Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Direct: 212-849-7000
Fax: 212-849-7100
docetaxelproductid@quinnemanuel.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 14, 2018               */s/ John C. Thornton*
                                   John C. Thornton