UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| Debra Chetta v. Sanofi S.A., et al.<br>Case No. 2:18-cv-04632 | HON. JANE TRICHE MILAZZO |

## UNOPPOSED MOTION TO REMOVE PLAINTIFF FROM TRIAL POOL

Plaintiff, by and through undersigned counsel, respectfully moves the Court for leave to file this Unopposed Motion to Remove Plaintiff from Trial Pool per the agreed to stipulation below:

1. Plaintiffs agree to the removal of Chetta from the trial plaintiffs listed in Section 2 of CMO No. 3 [First Trial Scheduling Order] and agree that Chetta cannot be nominated to proceed to the second phase of discovery as provided in Section 3 of CMO 8A [Second Trial Scheduling Order] and further is not subject in any way to the provisions of CMO 8A or any trial scheduling order that amends or replaces CMO Nos. 3 or 8A;

2. Defendants agree not to oppose a motion for leave to add the Hospira Defendants subject to the Hospira Defendants' reservation of all defenses and rights, including, but not limited to, defenses relating to statutes of limitations and service and the right to conduct discovery.  Plaintiffs agree that Hospira was not a party and did not participate in any deposition conducted in the Chetta case to date and reserves its right to notice and take the depositions of any and all previously deposed witnesses at an appropriate time under any scheduling order that applies to this case that is issued by this Court or another court;

3. Plaintiffs and Defendants agree that Chetta is subject to the provisions of CMO 12 and must commence discovery authorized under paragraph 12 of that order within 15 days of this stipulation.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

DATED this 15th day of June, 2018.

| CERTIFICATE OF SERVICE | Respectfully submitted, |
|---|---|
| I hereby certify that a copy of the above foregoing UNOPPOSED MOTION TO REMOVE PLAINTIFF FROM TRIAL POOL has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 15th day of June, 2018.<br><br>/S/ Andrew Geiger | ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger_____<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:         (504)486-9481<br>Facsimile:    (504)483-8130<br>Email:         aberger@allan-berger.com<br>*Attorneys for Plaintiff* |