# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Debra Chetta v. Sanofi S.A., et al. Case No. 2:18-cv-04632 | |

## ORDER

Considering the above and foregoing Plaintiff's Unopposed Motion to Remove Plaintiff from Trial Pool:

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED and that the Plaintiff, Debra Chetta, is removed from the Trial Pool.

New Orleans, Louisiana, this _____ day of _____, 2018

_____
Judge Jane Triche Milazzo

1