MINUTE ENTRY
MILAZZO, J.
June 13, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| This document relates to all cases | SECTION H(5) |

## MINUTE ENTRY

On June 13, 2018, the Court held a status conference with liaison counsel, Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants, and lead counsel, Christopher Coffin and Karen Menzies for plaintiffs and Hartley Ratliff for Sanofi.

**IT IS ORDERED** that liaison counsel shall submit to the Court within one week of this Order a proposal for revising the show cause order process.

**IT IS FURTHER ORDERED** that liaison counsel shall submit to the Court within two weeks of this Order a proposal for revising Case Management Order 12.

**IT IS FURTHER ORDERED** that no electronic devices or writing materials will be allowed in the Courtroom on Science Day.

(JS-10:100)