UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION H(5) |

THIS DOCUMENT RELATES TO:
*Pearl Ray v. Sanofi-Aventis US, LLC., et al.*
Civil Action No. 2:16-17031

## ORDER

Considering Plaintiff Pearl Ray's Motion for Voluntary Dismissal Without Prejudice (Doc. 1004), which has been pending since October 23, 2017, Defendant's opposition thereto (Doc. 1024), and Plaintiff's failure to assert a desire to reinstate her case during that pendency;

**IT IS ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this 14th day of June, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE