UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. JANE TRICHE MILAZZO<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| THIS DOCUMENT RELATES TO:<br>*Leverson v. Sanofi S.A., et al.*<br>Case No 2:17-cv-12199 | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Ruthie Leverson's claims against Defendants Sanofi S.A., Aventis Pharma S.A., Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide LLC f/k/a Hospira Worldwide Inc., Hospira Inc. and Pfizer Inc., *only,* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Sanofi US Service Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Dated this 15th Day of June 2018

**MARC J. BERN & PARTNERS LLP**

By:*/s/ Alexandra Colella*
Alexandra Colella (NJ Bar ID No. 203112017)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
acolella@bernllp.com
Counsel for Plaintiff


**TUCKER ELLIS LLP**
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213

Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
Counsel for Defendant Accord Healthcare Inc.

**GREENBERG TRAURIG, LLP**
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
Counsel for Defendant Sandoz, Inc.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Mara Cusker Gonzalez
Sara Roitman
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
docetaxelproductid@quinnemanuel.com
Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.

**SHOOK, HARDY & BACON L.L.P.**
Harley V. Ratliff
Kelly Bieri
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.

**MORRISON & FOERSTER LLP**
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
noproductid@mofo.com
Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service

**CERTIFICATION OF SERVICE**

I hereby certify that on June 14, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Alexandra Colella*
Alexandra Colella