**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION H HON. JANE TRICHIE MILAZZO MAG. JUDGE NORTH **CONSENT MOTION TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO: VELMA JOYCE SNIPES V. SANOFI US SERVICES, INC. ET AL. | ) ) ) ) ) | Civil Action No. 17-15834 |

### Consent Motion to Withdraw
### Notice of Voluntary Dismissal Without Prejudice

Comes now the Plaintiff Velma Joyce Snipes through her attorney Patrick E. Carr of Carr & Carr Attorneys at Law and moves the Court to find that Document 2651, Notice of Voluntary Dismissal Without Prejudice is a nullity and withdraw it from the record. That Notice, which was filed on May 21, 2018, purports to dismiss certain Defendants pursuant to FRCP 41(a)(1)(A) without prejudice and without their stipulated consent. The proper procedure to dismiss Defendants in this action is governed by Pretrial Order Number 15, which provides that because each Defendant shall be deemed to have answered all cases pending in, filed in, or subsequently transferred to the MDL upon filing of a Master Answer, cases may only be voluntarily dismissed against such Defendant by order of the Court pursuant to Federal Rules of Civil Procedure Rule 41

(a)(2) or a stipulation pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), except that a complaint filed directly in the MDL may be voluntarily dismissed upon notice by Plaintiff within 20 days of the filing of the complaint. Master Answers relevant to this Action were filed on October 16, 2017 at Docket Numbers 955, 956, 960, 961 and 963. The Notice was filed more than 20 days after the filing of the Complaint on December 8, 2017.

The Notice does not meet any of the criteria of Pretrial Order Number 15 and is therefore a nullity which should be withdrawn from the record. Defendants consent to this Motion and to the entry of the Order submitted with it.

Wherefore, Plaintiff requests that the Court approve and sign the Order submitted with this Motion.

Respectfully Submitted,


BY: /s/ Patrick E. Carr
PATRICK E. CARR OBA#1506
CARR & CARR ATTORNEYS
4416 S. Harvard
Tulsa, OK  74135
(918)747-1000
(918)747-7284 (fax)
Email: pcarr@carrcarr.com

Attorneys for Plaintiff

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
*Attorneys for Defendants Sanofi-Aventis U.S.*
*LLC, and Sanofi US Services Inc.*


By: */s/ Evan Holden_____*
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
*Attorneys for Defendant Sandoz, Inc.*


By: */s/ Brandon D. Cox_____*
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: Brandon.cox@tuckerellis.com
Julie.Callsen@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

By: */s/ Mara Cusker Gonzalez*_____
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART &
SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemmanuel.com
*Attorneys for Defendants Hospira, Inc. and
Hospira Worldwide, LLC f/k/a Hospira
Worldwide, Inc. and Pfizer, Inc.*

By: */s/ Kathleen E. Kelly*_____
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Attorneys for Defendant Sun
Pharmaceutical
Industries, Inc. f/k/a Caraco Pharmaceutical
Laboratories, Ltd*