## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION H ) ) HON. JANE TRICHIE MILAZZO ) MAG. JUDGE NORTH ) |
| THIS DOCUMENT RELATES TO: VELMA JOYCE SNIPES V. SANOFI US SERVICES, INC. ET AL. | ) Civil Action No. 17-15834 ) ) ) ) |

## **O R D E R**

Plaintiff's Consent Motion to Withdraw Notice of Voluntary Dismissal Without Prejudice was submitted to the Court for review. IT IS HEREBY ORDERED:

Plaintiff's Consent Motion to Withdraw Notice of Voluntary Dismissal Without Prejudice IS HEREBY GRANTED. The said Notice is a nullity and is of no force or effect. Furthermore, the said Notice is deemed withdrawn from the record.

New Orleans, Louisiana this _____ day of _____, 2018

_____
**JANE TRICHIE MILAZZO**
**UNITED STATES DISTRICT JUDGE**