UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| THIS DOCUMENT RELATES TO:<br>*All Actions* | SECTION H(5) |

## ORDER

Before the Court is Defendants' Motion to Dismiss Pursuant to CMO 12 (Doc. 1904), which identifies more than 600 plaintiffs that they believe have not timely complied with the product identification process set forth in CMO 12. Defendants have since agreed that 522 of those plaintiffs have obtained product identification.

Accordingly;

**IT IS ORDERED** that the Motion to Dismiss is **DENIED WITHOUT PREJUDICE** subject to being reurged after the parties have met and conferred on the deficiencies identified by Defendants as to the remaining 158 plaintiffs subject to dismissal.

New Orleans, Louisiana this 15th day of June, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE