# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 )  ) SECTION H ) ) HON. JANE TRICHIE MILAZZO ) MAG. JUDGE NORTH ) ) **STIPULATION OF DISMISSAL** ) **WITH PREJUDICE AS TO ALL** ) **DEFENDANTS EXCEPT AS TO** ) **HOSPIRA, INC. AND HOSPIRA** ) **WORLDWIDE, LLC f/k/a HOSPIRA** ) **WORLDWIDE, INC.** ) |
| _____ ) | ) |
| THIS DOCUMENT RELATES TO: | ) Civil Action No. 17-15834 ) |
| VELMA JOYCE SNIPES V. SANOFI US SERVICES, INC. ET AL. _____ | ) ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that Plaintiff Velma Joyce Snipes' claims against Defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, and Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. be dismissed with each party to bear its own costs. Plaintiff's action against Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. will remain and are not dismissed.

Dated this 15th day of June, 2018.

BY: /s/ *Patrick E. Carr*
PATRICK E. CARR OBA#1506
CARR & CARR ATTORNEYS
4416 S. Harvard
Tulsa, OK  74135
(918)747-1000
(918)747-7284 (fax)
Email: pcarr@carrcarr.com
*Attorneys for Plaintiff Velma Joyce Snipes*

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
*Attorneys for Defendants Sanofi-Aventis U.S.*
*LLC, and Sanofi US Services Inc.*

By:  /s/ *Evan Holden*_____
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
*Attorneys for Defendant Sandoz, Inc.*

By: */s/ Brandon D. Cox*
Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: Brandon.cox@tuckerellis.com
Julie.Callsen@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemmanuel.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Pfizer, Inc.*

By: */s/ Kathleen E. Kelly*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd*