# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**           **MDL NO. 16-2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION H(5)**

**THIS DOCUMENT RELATES TO:**
*Patricia Leech v. Sanofi S.A. et al. (No. 2:17-02779)*
*Michelle Moffitt v. Sanofi S.A. et al. (No. 2:17-03357)*
*Renee Boone v. Sanofi S.A. et al. (No. 2:16-17586)*
*Betty Sinegal v. Sanofi S.A. et al. (No. 2:16-17584)*
*Eva Hickman v. Sanofi US Services Inc. et al. (No. 2:17-13857)*
*Debra Johnson v. Sanofi S.A. et al. (No. 2:17-10841)*
*Marie Joffrion v. Accord Healthcare Inc. et al. (No. 2:17-14464)*
*Mary Elaine Scott v. Sanofi S.A. et al. (No. 2:16-17587)*

## ORDER

Before the Court are the following Motions for Leave to Amend Short Form Complaint:

| Docket No. | Filing Date | Plaintiff | Case No. |
|---|---|---|---|
| 1212 | 12/13/17 | Patricia Leech | 17-2779 |
| 1213 | 12/13/17 | Michele Moffitt | 17-3357 |
| 1214 | 12/13/17 | Renee Boone | 16-17586 |
| 1215 | 12/13/17 | Betty Sinegal | 16-17584 |
| 1216 | 12/13/17 | Eva Hickman | 17-13857 |
| 1217 | 12/13/17 | Debra Johnson | 17-10841 |
| 1218 | 12/13/17 | Marie Joffrion | 17-14464 |
| 1219 | 12/14/17 | Mary Elaine Scott | 16-17587 |

Recognizing the importance of determining product identification in MDL 2740, this Court entered Case Management No. 12 (Rec. Doc. 1506) ("CMO 12"), which created a process to obtain product identification and which allows plaintiffs limited discovery in non-bellwether cases for the sole purpose of identification of the manufacturer of the Taxotere/docetaxel administered to a plaintiff. The aforementioned Motions for Leave to Amend the Short Form Complaint seek to add defendants in cases where the plaintiffs do not yet have evidence of the proper defendant, pursuant to CMO 12.

Accordingly;

**IT IS ORDERED** that the aforementioned Motions for Leave to Amend Short Form Complaint are **DENIED WITHOUT PREJUDICE**, and the plaintiffs are urged to complete the product identification process set forth in CMO 12. Plaintiffs may re-urge these motions at a later date upon certification of completion of the process set forth in CMO 12. Any future motions filed by plaintiffs seeking to amend to add defendants shall include this certification.

**IT IS FURTHER ORDERED** that later filed motions for leave to amend shall relate back to the original filing date for purposes of evaluation vis-à-vis statute of limitations, statute of repose, and/or liberative prescription. Defendants are deemed to preserve all rights to oppose any Motions for Leave to Amend.

New Orleans, Louisiana this 15th day of June, 2018.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**