# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| DeVito v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:17-cv-13979 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ, INC., ACCORD HEALTHCARE, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.

Plaintiff Mary Virginia DeVito, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Mary Virginia DeVito's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. Plaintiff Mary Virginia DeVito's claims against all other Defendants named in civil action number 2:17-cv-13979 will remain active.

Dated: June 18, 2018                              Respectfully submitted,

                                                  /s/ Russell Abney

Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 18, 2018                                  Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*