UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Mary Gibson, et al. v. Sanofi S.A. et al.*;<br>Civil Action No. 2:17-cv-06236<br><br>*Nellie Marks. v. Sanofi S.A. et al.*;<br>Civil Action No. 2:17-cv-07288<br><br>*Lana McDaniel. v. Sanofi S.A. et al.*;<br>Civil Action No. 2:17-cv-07719 | JUDGE MILAZZO |

**UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE**

Defendants, sanofi-aventis US LLC and Sanofi US Services Inc., respectfully submit this unopposed motion to continue the submission date on Plaintiffs' Motions for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2730, 2731, 2732). These Motions, which were all filed on May 31, 2018, were initially set for submission on June 27, 2018, at 9:30 a.m. With the *express consent* of counsel for Plaintiffs—all of whom are represented by the same attorney—Defendants seek a continuance of these submission dates, without date, to be reset by this Court at a later time.

Defendants aver that they are not seeking to continue these submission dates for any improper purpose and that continuing the submission dates without setting a new date will not affect any trial or pre-trial deadlines. Rather, Defendants seek a continuance of these submission dates in light of this Court's intention to modify the current show cause process associated with Plaintiff Fact Sheet deficiencies. *See, e.g.,* Rec. Doc. 3062, Minute Entry from Meeting of Court with liaison counsel and lead counsel, June 13, 2018 (ordering that liaison counsel "shall submit

1

to the Court within one week of this Order a proposal for revising the show cause order process."). Thus, Defendants aver that a continuance on this basis will conserve the parties' resources while minimizing potentially unnecessary filings with the Court.

WHEREFORE, Defendants pray that the Court continue the submission date for Plaintiffs' Motions for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2730, 2731, 2732), without date.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*