## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **TAXOTERE (DOCETAXEL)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE MILAZZO** |

*Mary Gibson, et al. v. Sanofi S.A. et al.*;
Civil Action No. 2:17-cv-06236

*Nellie Marks. v. Sanofi S.A. et al.*;
Civil Action No. 2:17-cv-07288

*Lana McDaniel. v. Sanofi S.A. et al.*;
Civil Action No. 2:17-cv-07719

## **ORDER**

IT IS HEREBY ORDERED that the submission date for Plaintiffs' Motions for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2730, 2731, 2732) are continued without date.

New Orleans, Louisiana this _____ day of _____ 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

00512746