## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Annie Jones v. Sanofi-Aventis US, LLC, et al.*; Civil Action No. 2:17-cv-04864 | JUDGE MILAZZO |

### ORDER

IT IS HEREBY ORDERED that the Motion is GRANTED (Doc. 2701) and the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 2424) is continued without date.

New Orleans, Louisiana this __18th__ day of ____June____ 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**