UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH <br><br> **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE TO REFILE AGAINST DEFENDANTS HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.** |
| THIS DOCUMENT RELATES TO: <br><br> DINA REFKA v. HOSPIRA, INC., ET AL., Case No. 2:18-cv-02204-KDE-MBN | |

**ORDER**

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice to Refile Against Defendants Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. is hereby granted and Plaintiff's case is hereby dismissed without prejudice.

Signed, this 18th day of June, 2018.

Honorable Jane Triche Milazzo
U.S. District Court Judge