# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*CYNTHIA KENNIGER v. SANOFI, ET AL.* | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ INC.**<br><br>Civil Action No.: 2:17-cv-03112 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Cynthia Kenniger's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, be dismissed with prejudice, each party to bear its own costs.

Dated this 19th day of June 2018.

Respectfully submitted,

**FERNELIUS SIMON PLLC**

/s/ C. Brannon Robertson
Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611

232408.1

        1221 McKinney, Suite 3200
        Houston, Texas 77010
        Telephone: (713) 654-1200
        Facsimile: (713) 654-4039
        steve.fernelius@trialattorneytx.com
        brannon.robertson@trialattorneytx.com
        ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

232408.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 19th day of June, 2018.

/s/ C. Brannon Robertson
C. Brannon Robertson

232408.1