UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| <u>SIMONE BJORNTZEN            </u>, <br><br>         Plaintiff(s), <br><br>vs. <br><br><br><u>SANOFI-AVENTIS US LLC., ET AL      </u>, <br><br>         Defendant(s). <br>-------------------------------------------------------- | : : : : : : : : : : : : | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br>Civil Action No.: <u>**2:18-cv-03140**</u> |

**VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. Civ. P 41(a)(1)(A) hereby voluntarily dismisses all claims against Defendants, Accord Healthcare, Inc. *only* from the above-captioned case, without prejudice, each party to bear its own attorneys fees and costs. Plaintiff is not dismissing her claims against Defendant, Hospira, Inc.

Dated: June 19, 2018            **RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331
**Attorney For Plaintiff**

1

## CERTIFICATION OF SERVICE

      I hereby certify that on June 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**