UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Rebecca DiLorenzo v. Sanofi US Services, Inc., et al.*, Case 2:17-cv-14224;<br>*Christie Renee Glynn v. McKesson, et al.*, Case No. 2:17-cv-15308;<br>*Patricia Graham-Anthony v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15475;<br>*Vesta Harris v. Accord Healthcare, Inc., et al.*, Case No. 2:17-cv-14547;<br>*Michelle Jacob v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14696;<br>*Debra Kahula v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15489;<br>*Barbara Katz v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14554;<br>*Mildred Eloise Kumar v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15311;<br>*Mary T. Peterson v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14559;<br>*Sandra Pratt v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15338;<br>*Jaimee Rex v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-14544;<br>*Margaret Rotondo v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15316;<br>*Brenda Joy Simmons v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14230;<br>*Melissa Spires v. Sandoz, Inc.*, Case No. 2:17-cv-14228;<br>*Robin Swarthout v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-15325;<br>*Cecilia Tameta v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15499;<br>*Felicia Thorpe v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-14550;<br>*Davida Washington v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15328;<br>*Mary Jo Weis v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-15470;<br>*Rebecca Zimmermann v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14541. | **MOTION TO SUBSTITUTE COUNSEL** |

Plaintiffs, Rebecca DiLorenzo, Christie Renee Glynn, Patricia Graham-Anthony, Vesta Harris, Michelle Jacob, Debra Kahula, Barbara Katz, Mildred Eloise Kumar, Mary T. Peterson, Sandra Pratt, Jaimee Rex, Margaret Rotondo, Brenda Joy Simmons, Melissa Spires, Robin Swarthout, Cecilia Tameta, Felicia Thorpe, Davida Washington, Mary Jo Weis, and Rebecca Zimmermann, move to substitute attorney James R. Reeves, Jr. as counsel of record for her in place of Leilani L. Tynes.  In support of this Motion, Plaintiffs state that Leilani L. Tynes will be leaving the law firm of Reeves and Mestayer, PLLC, and Plaintiffs wish for the case to remain with the firm and to be handled by James R. Reeves, Jr.  Plaintiffs also request that Leilani L. Tynes be permitted to withdraw as counsel of record in this matter.   There will be no delay in the proceedings or prejudice to Plaintiffs by the substitution of counsel as requested in this Motion.

RESPECTFULLY SUBMITTED, this the 19th day of June, 2018.

/s/ Leilani L. Tynes

Leilani L. Tynes, MS Bar No. 100074
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
llt@rmlawcall.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 19, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Leilani L. Tynes