UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Rebecca DiLorenzo v. Sanofi US Services, Inc., et al.*, Case 2:17-cv-14224;<br>*Christie Renee Glynn v. McKesson, et al.*, Case No. 2:17-cv-15308;<br>*Patricia Graham-Anthony v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15475;<br>*Vesta Harris v. Accord Healthcare, Inc., et al.*, Case No. 2:17-cv-14547;<br>*Michelle Jacob v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14696;<br>*Debra Kahula v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15489;<br>*Barbara Katz v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14554;<br>*Mildred Eloise Kumar v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15311;<br>*Mary T. Peterson v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14559;<br>*Sandra Pratt v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15338;<br>*Jaimee Rex v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-14544;<br>*Margaret Rotondo v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15316;<br>*Brenda Joy Simmons v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14230;<br>*Melissa Spires v. Sandoz, Inc.*, Case No. 2:17-cv-14228;<br>*Robin Swarthout v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-15325;<br>*Cecilia Tameta v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15499;<br>*Felicia Thorpe v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-14550;<br>*Davida Washington v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15328;<br>*Mary Jo Weis v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-15470;<br>*Rebecca Zimmermann v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14541. | **NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff's Motion to Substitute Counsel is hereby set for submission before District Court Judge Jane Triche Milazzo on Wednesday, July 11, 2018 at 9:30 a.m.

Dated this the 19th day of June, 2018.

                RESPECTFULLY SUBMITTED,

                Rebecca DiLorenzo, et al., Plaintiffs

BY: *Leilani L. Tynes, Esquire*
      Leilani L. Tynes, Esquire
      MS Bar No. 100074
      Reeves & Mestayer, PLLC
      160 Main Street
      Biloxi, MS   39530
      (228) 374-5151 (telephone)
      (228) 374-6630 (facsimile)
      llt@rmlawcall.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 19th day of June, 2018.

                                            BY:    *<u>Leilani L. Tynes, Esquire</u>*
                                                          Leilani L. Tynes, Esquire
                                                          MS Bar No. 100074
                                                          Reeves & Mestayer, PLLC
                                                          160 Main Street
                                                          Biloxi, MS   39530
                                                          (228) 374-5151 (telephone)
                                                          (228) 374-6630 (facsimile