UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Rebecca DiLorenzo v. Sanofi US Services, Inc., et al.*, Case 2:17-cv-14224;<br>*Christie Renee Glynn v. McKesson, et al.*, Case No. 2:17-cv-15308;<br>*Patricia Graham-Anthony v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15475;<br>*Vesta Harris v. Accord Healthcare, Inc., et al.*, Case No. 2:17-cv-14547;<br>*Michelle Jacob v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14696;<br>*Debra Kahula v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15489;<br>*Barbara Katz v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14554;<br>*Mildred Eloise Kumar v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15311;<br>*Mary T. Peterson v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14559;<br>*Sandra Pratt v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15338;<br>*Jaimee Rex v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-14544;<br>*Margaret Rotondo v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15316;<br>*Brenda Joy Simmons v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14230;<br>*Melissa Spires v. Sandoz, Inc.*, Case No. 2:17-cv-14228;<br>*Robin Swarthout v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-15325;<br>*Cecilia Tameta v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15499;<br>*Felicia Thorpe v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-14550;<br>*Davida Washington v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-15328;<br>*Mary Jo Weis v. Hospira Worldwide, LLC, et al.*, Case No. 2:17-cv-15470;<br>*Rebecca Zimmermann v. Sanofi US Services, Inc., et al.*, Case No. 2:17-cv-14541. | **ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |

Plaintiffs having filed a Motion to Substitute Counsel of record; the Court having considered said Motion, the argument of all parties, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Leilani L. Tynes is withdrawn as Plaintiffs' attorney of record.

IT IS FURTHER ORDERED that James R. Reeves, Jr. is substituted as Plaintiffs' attorney of record in the above captioned matter.

SO ORDERED this _____ day of June, 2018.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT