UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The Court's order of June 13, 2018 (rec. doc. 2924) is hereby vacated as the District Judge will be entertaining Defendants' Motion for Rule 37 Sanctions.  (Rec. doc. 2831).

New Orleans, Louisiana, this 19th day of June, 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE