UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| LORETTA BRADLEY | |
| Plaintiff(s), | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | ORDER |
| SANOFI US SERVICES INC.; SANOFI-AVENTIS U.S. LLC, SANDOZ INC.; ACCORD HEALTHCARE, INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD. | Civil Action No.: 2:17-cv-11798 |
| Defendant(s). | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint what was attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this 18th day of June, 2018.

_____
JUDGE, UNTED STATES DISTRICT COURT

1