UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**     **JUDGE MILAZZO**
*Maxine Belser-Gaston v. Sanofi-Aventis U.S. L.L.C., et al.*
Civil Action No. 2:17-cv-16569

*Yvette Shedrick v. Sanofi-Aventis U.S. L.L.C., et al.*
Civil Action No. 2:17-cv-16833

## MOTION TO CONTINUE SUBMISSION DATE

    Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., respectfully submit the instant motion to continue the submission date on Plaintiff's Motions for Leave to File Supplemental Response to Show Cause No. 4 (Rec. Doc. 2774, 2775). As will be discussed in further detail in the attached Memorandum in Support, Defendants seek a continuance of these submission dates, without date, to be reset by this Court at a later time. Defendants' counsel has attempted to contact Plaintiffs' counsel twice by email and again by phone to determine Plaintiffs' position on Defendants' motion, but have yet to receive a response as of the time of this filing. Thus, the instant Motion is filed as opposed.

    WHEREFORE, Defendants pray that the Court continue the submission date for Plaintiffs' Motions for Leave to File Supplemental Response to Show Cause No. 4 (Rec. Doc. 2774, 2775), without date.

1

Case 2:16-md-02740-JTM-MBN   Document 3096   Filed 06/19/18   Page 2 of 2

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2