**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION


                                                          SECTION "H" (5)


THIS DOCUMENT RELATES TO:                                 JUDGE MILAZZO
*Maxine Belser-Gaston v. Sanofi-Aventis U.S. L.L.C., et al.*
Civil Action No. 2:17-cv-16569

*Yvette Shedrick v. Sanofi-Aventis U.S. L.L.C., et al.*
Civil Action No. 2:17-cv-16833

**MEMORANDUM IN SUPPORT OF**
**MOTION TO CONTINUE SUBMISSION DATE**

Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., respectfully submit this

motion to continue the submission date on Plaintiffs' Motions for Leave to File Supplemental

Response to Show Cause No. 4 (Rec. Doc. 2774, 2775). These Motions, which were filed on June

5, 2018, were initially set for submission on June 27, 2018, at 9:30 a.m. Defendants' counsel has

attempted to contact Plaintiffs' counsel twice by email and again by phone to determine Plaintiffs'

position on Defendants' motion, but have yet to receive a response as of the time of this filing.

Defendants seek a continuance of these submission dates, without date, to be reset by this Court at

a later time.

Defendants aver that they are not seeking to continue these submission dates for any

improper purpose and that continuing the submission dates without setting a new date will not

affect any trial or pre-trial deadlines. Rather, Defendants seek a continuance of these submission

dates in light of the Court's intention to modify the current show cause process associated with

Plaintiff Fact Sheet deficiencies. *See* Rec. Doc. 3062, Minute Entry from Meeting of Court with

liaison counsel and lead counsel, June 13, 2018 (ordering that liaison counsel "shall submit to the

1

Court within one week of this Order a proposal for revising the show cause order process.").  Thus,

Defendants aver that a continuance on this basis will conserve the parties' resources while

minimizing potentially unnecessary filings with the Court.

WHEREFORE, Defendants pray that the Court continue the submission date for Plaintiffs'

Motions for Leave to File Supplemental Response to Show Cause No. 4 (Rec. Doc. 2774, 2775),

without date.

Respectfully submitted,


/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2018, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.



<u>/s/ *Douglas J. Moore*</u>