UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**             **JUDGE MILAZZO**
*Maxine Belser-Gaston v. Sanofi-Aventis U.S. L.L.C., et al.*
Civil Action No. 2:17-cv-16569

*Yvette Shedrick v. Sanofi-Aventis U.S. L.L.C., et al.*
Civil Action No. 2:17-cv-16833

**NOTICE OF CONSENT TO
MOTION TO CONTINUE SUBMISSION DATE**

Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., filed a motion to continue the submission date on Plaintiffs' Motions for Leave to File Supplemental Response to Show Cause No. 4 (Rec. Doc. 2774, 2775) on June 19, 2018. (Rec. Doc. 3096). Defendants seek a continuance of these submission dates, without date, to be reset by this Court at a later time.

At the time of the filing of the instant Motion, Defendants' counsel had attempted to contact Plaintiffs' counsel to determine Plaintiffs' position on Defendants' motion but had not yet received a response by the time the Motion was due to be filed and, thus, the Motion was filed as opposed and noticed for submission for July 11, 2018. (Rec. Doc. 3096). Subsequently, however, on Wednesday, June 20, 2018, Defendants' counsel received consent from counsel for Plaintiffs to file the instant Motion relative to Plaintiffs' Motions for Leave to File Supplemental Response to Show Cause No. 4 (Rec. Doc. 2774, 2775). Thus, this Motion should now be treated as a Consent Motion to Continue Submission Date and the July 11, 2018 submission date should be removed from the Court's docket.

1

WHEREFORE, Defendants, with the consent of Plaintiffs, pray that the Court continue the submission date for Plaintiffs' Motions for Leave to File Supplemental Response to Show Cause No. 4 (Rec. Doc. 2774, 2775), without date.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*