# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION


                                                              SECTION "H" (5)


THIS DOCUMENT RELATES TO:                                     JUDGE MILAZZO
Maxine Belser-Gaston v. Sanofi-Aventis U.S. L.L.C., et al.
Civil Action No. 2:17-cv-16569

Yvette Shedrick v. Sanofi-Aventis U.S. L.L.C., et al.
Civil Action No. 2:17-cv-16833

## <u>ORDER</u>

IT IS HEREBY ORDERED that the submission date for Plaintiffs' Motions for Leave to

File a Supplemental Response to Order to Show Cause No. 4 (Rec. Doc. 2774, 2775) are continued

without date.

New Orleans, Louisiana this _____ day of _____ 2018.


                                   _____
                                   JANE TRICHE MILAZZO
                                   UNITED STATES DISTRICT JUDGE

00514772