UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> MARY L BARKER, next of kin and PR ) <br> for the Estate of MARY L. MEADOWS ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SANOFI U.S. SERVICES INC, f/k/a ) <br> SANOFI-AVENTIS U.S. INC., SANOTIF- ) <br> AVENTIS U.S. LLC, SANDOZ INC., ) <br> ACCORD HEALTHCARE, INC., HOSPIRA) <br> WORLDWIDE, LLC f/k/a HOSPIRA ) <br> WORLDWIDE, INC., HOSPIRA, INC., ) <br> SUN PHARMA GLOBAL FZE, and SUN ) <br> PHARMACEUTICAL INDUSTRIES, INC. ) <br> f/k/a CARACO PHARMACEUTICAL ) <br> LABORATORIES LTD ) <br> Defendants. ) | MDL NO. 2740 <br><br> SECTION: "N: (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> Civil Action No: 2:18-CV-02216 |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS
INFORMATION, OR OBJECTS**

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information, or objects upon Dr. John Michael Straughn, and The Kirklin Clinic at University of Alabama Hospital, through their registered agents: John Michael Straughn, MD, 2022 Brookwood Medical Center Drive, Suite. 203, Birmingham, AL 35209 and Patricia J. Pritchett, 500 22nd Street, Ste. 504, Birmingham, AL 35233.

Respectfully submitted this the 20th date of June, 2018.

BY:   /s/ Lynn Seithel
      Lynn Seithel

SEITHEL LAW, LLC
Post Office Box 1929
Charleston, South Carolina 29457
(843) 557-1699 direct dial
(800) 818-0433  (fax)
Lynn@SeithelLaw.com

*Counsel for Plaintiff*