# EXHIBIT A

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| Mary L. Barker, PR for the Estate of Mary Meadows ) | |
| v. ) | Civil Action No.: 2:18-cv-02216 |
| ) | |
| Sanofi-Aventis U.S. LLC, et al ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: John Michael Straughn, The Kirklin Clinic at UAB Health Centers, 1700 6th Avenue South, Suite 101000 Birmingham, AL 35249

*(Name of person to whom this subpoena is directed.)*

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **National Drug Codes and Manufacturer Identity for the Taxotere (Docetaxel) administered in your facility to Mary L. Meadows between the dates April 2013 and October 2013 as well as between January 2016 and April 2016.**

| Place: Seithel Law, LLC: Post Office Box 1929 John's Island, S.C. 29457 | Date and Time: July 6, 2018 at 2:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **June 20, 2018**

CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing (name of party), who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 2:16-md-02740-JTM-MBN  Document 3099-1  Filed 06/20/18  Page 3 of 13

Civil Action No.:

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____ on *(date)* .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 2:16-cv-02740-JFM-MBN Document 3099-1 Filed 06/20/18 Page 4 of 13

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# SEITHEL LAW LLC

LYNN SEITHEL (SC)
LYNN@SEITHELLAW.COM
843.557.1699

June 20, 2018

**VIA FAX AND US MAIL**

The Kirklin Clinic at UAB
ATTN: Custodian of Records
2000 6th Avenue South
Birmingham, Alabama 35233
Fax: 205-801-8799

RE: Patient: Mary Meadows
Dates of Treatment: April 2013-October 2013; January 2016-April 2016
DOB: ▓▓▓▓▓
SSN: ▓▓▓▓▓

Dear Records Custodian:

Please be advised that my law firm represents the Estate of Mary Meadows in a lawsuit against the manufacturer(s) of Taxotere/Docetaxel. Ms. Meadows was administered Taxotere/Docetaxel chemotherapy at your facility from March 2013 to October 2013 and from January 2016 through April 2016. It is requested that you furnish the records requested in the attached request and as described below.

As you know, Taxotere is the name-brand form of the drug, and Docetaxel is the generic name. We know that name brand Taxotere was administered to those patients who completed chemotherapy treatments prior to March 2011, because it was the only version of the drug on the market at that time. However, generic forms of Taxotere were introduced into the market at the beginning of March 2011 and multiple companies sold the generic forms. Therefore, it is imperative that we identify the manufacturer and NDC code(s) of the Taxotere/Docetaxel administered to Ms. Meadows.

We (my firm and/or Ms. Meadows) have ordered and received medical records from your facility. However, the records we have received do not identify the manufacturer and NDC code(s) of the Taxotere/Docetaxel administered to Ms. Meadows during the time of her treatment. Included is a signed HIPAA authorization for your file, giving you the authority to release these records to me. We are certainly willing to pay a reasonable fee for copying expenses.

Failure to comply with this subpoena will result in the proper authorities being notified as to your HIPAA violation, your facility being subjected to a Motion to Compel, and additional legal and monetary consequences. If you have any questions or need additional information, please do not hesitate to contact me in my office at 843-557-1699 or on my cell phone at 843-696-3256.

PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION

POST OFFICE BOX 1929
JOHNS ISLAND, SC 29457

800.818.5329 (TOLL FREE)
800.818.0433 (FAX)

Sincerely,

Lynn Seithel

/Enclosures

# UAB HEALTH SYSTEM

UAB HEALTH SYSTEM – UAB Hospital, The Kirklin Clinic of UAB Hospital, The Kirklin Clinic of UAB Hospital at Acton Road, UAB Health Centers, the University of Alabama Health Services Foundation P.C. (Health Services Foundation) owned and operated clinics, physicians who are on the UAB Health System Medical and Dental Staff pursuant to the UAB Health System Medical and Dental Staff Bylaws.

## AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT INFORMATION

I hereby authorize the use or disclosure of my protected health information ("PHI") as described below. This Authorization includes any information relating to drug and/or alcohol abuse/treatment, communications with psychiatrists or psychologists, or records pertaining to sexually transmitted diseases, if they are a part of my medical record. I understand that this authorization is voluntary. Once this information has been disclosed, it may be subject to re-disclosure and no longer be protected by federal privacy regulations.

Patient Name: **Mary L. Meadows**
Patient SSN: [redacted]
Patients Phone: ( ) N/A
Alternate Phone: (843) 557-1699

Patient Birthdate: [redacted]
Patients Address: 6631 Covington Villas Drive
City, State, Zip: Tuscaloosa, AL 35405
Medical Record Number:

This authorizes the following Physician and/or Facility/Clinic:
**UAB / Kirklin Clinic**

to disclose information as specified below for the following purpose(s):
☐ my personal use
☐ sharing with other health care providers as needed
☑ other (describe): Legal

Person/Organization receiving information:
☐ Check if same as above (disclosure to patient)
Name: Seithel Law, LLC
Address: PO Box 1929
City, State, Zip: Johns Island SC 29457
Phone: 843-557-1699
Fax: 800-818-0433

### Specific information requested:

___ Face Sheet (from ___ to ___)
___ History and Physical (from ___ to ___)
___ Emergency room record (from ___ to ___)
___ Lab report(s) (from ___ to ___)
___ Medication list (from ___ to ___)
___ Clinic notes (from ___ to ___)
___ Consultation reports from (supply physician's name) ___ (from ___ to ___)
___ Radiology Films (from ___ to ___)
___ Discharge Summary (from ___ to ___)
___ Pathology report (from ___ to ___)
___ Diagnostic procedure report(s) (from ___ to ___)
___ Problem list (from ___ to ___)
___ X-ray report(s) (from ___ to ___)
___ Operative report(s) (from ___ to ___)
___ Billing Records (from ___ to ___)
___ Fetal Monitors (from ___ to ___)
✓ Other: (Describe and include dates of service): Manufacturer / NDC Codes Taxotere

Media Type: ☑ Electronic   ☐ Paper
Delivery Preference: ☐ Mail   ☐ Pickup   ☐ CD   ☑ Fax (another healthcare provider only)
☑ Email/Secure Portal: 8008180433 or lynn@seithellaw.com

NOTICE: If I request records in electronic form, I understand that the records on the CD or available via email/secured portal will be encrypted to help protect my privacy and the security of my health records and that I will be furnished with the manner in which to access those encrypted records. UAB Health System is not responsible for the privacy and security of the electronic records on the CD or in an email once they are received by the intended recipient.

F# 245r11 (Ref HA# 18 & 20) Dev: 03/03/03. Rev:. 08/28/13, 1/20/14 Approved:. 10/31/13, 2/25/14; Issued: 3/11/14
Authorization for Use or Disclosure of Patient Information – UAB Health System
Page 1 of 2

The patient or the patient's representative must read and initial the following statements:

I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the entity privacy coordinator. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

Initial: _MLB_ I understand that I may revoke this Authorization at any time by notifying the UABHS Privacy Officer in writing, but if I do, it will not have any effect to the extent UABHS took action in reliance on the Authorization.

Initial: _MLB_ I understand that UABHS may not condition the provision of treatment, payment, and enrollment in a health plan, or eligibility for benefits on signing this Authorization, except under the following circumstances:
- Participating in research projects can be conditioned on my signing an Authorization to use and disclose PHI in the research
- Initial enrollment in health plans can be conditioned on signing an Authorization for the health plan to review PHI to make eligibility determinations
- Furnishing healthcare services to me at the request of a third party can be conditioned on me signing an authorization for disclosure of the PHI to the third party requesting the treatment

This authorization will expire: __06/01/19__
(Date of event)

If I fail to specify an expiration date or event, this authorization will expire six months from the date on which it was signed.

Signature of patient or patient's representative: _Mary Lisa Barker_
Printed Name of patient: _Mary L. Meadows_
Printed Name of patient's representative: _Mary Lisa Barker_
Relationship to the patient: _daughter, personal representative_
Date: _06/01/18_

STATE OF ALABAMA

TUSCALOOSA COUNTY

IN THE MATTER OF

THE ESTATE OF

_Mary Lee Meadows_,

Deceased

§
§
§
§

IN THE PROBATE COURT

TUSCALOOSA COUNTY, ALABAMA

CASE No. 2018-219

## LETTERS OF ADMINISTRATION

On the Estate of, _Mary Lee Meadows_, deceased, Letters of Administration are hereby granted to _Mary Lisa Barker_, who has duly qualified as such Administrator, and is authorized to administer said estate. The said _Mary Lisa Barker_ shall have all the powers set forth in §43-2-843, Code of Alabama.

Witness my hand and dated on this the _1st_ day of _March_, 20_18_.

_W. Hardy McCollum_

W. Hardy McCollum, Judge of Probate

Tuscaloosa County, Alabama

---

STATE OF ALABAMA            §

TUSCALOOSA COUNTY           §

I, W. Hardy McCollum, Judge of Probate in and for Tuscaloosa County, Alabama, hereby certify that the foregoing is a true and correct copy of Letters of Administration granted to _Mary Lisa Barker_ as the Administrator of the estate of _Mary Lee Meadows_, deceased, as same appears of record in my office.

Given under my hand and official seal on this the _1st_ day of _March_, 20_18_.

_W. Hardy McCollum_

W. Hardy McCollum, Judge of Probate

Tuscaloosa County, Alabama

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br>_Mary Lee Meadows_<br>Deceased | §<br>§<br>§ | PROBATE COURT OF<br>TUSCALOOSA COUNTY, ALABAMA<br>CASE No. _2018-219_ |

## ORDER GRANTING LETTERS OF ADMINISTRATION

This day came _Mary Lisa Barker_, and filed a petition in writing requesting to be appointed to serve as administrator of the estate of _Mary Lee Meadows_, who died on or about _May 20, 2017_, and who was an inhabitant of Tuscaloosa County, Alabama, at that time with assets in Tuscaloosa County; that petitioner is the _daughter_ of the decedent, is a resident of the State of Alabama, is over nineteen (19) years of age, is in no respect disqualified under the law from serving as administrator of the decedent's estate, and is entitled to administer said estate by right of priority pursuant to Ala. Code §43-2-42; and, that the next-of-kin of said deceased are as follows, to-wit:

Petitioner has submitted a bond in the amount of $ _10,000_.

Now, on motion of said petitioner, _Mary Lisa Barker_, the Court proceeds to hear said petition; and, after due proof and hearing had according to the laws of this State, the Court is satisfied and is of the opinion that the petitioner should be granted Letters of Administration on the decedent's estate. It is, therefore,

ORDERED, ADJUDGED AND DECREED by the Court that _Mary Lisa Barker_ is granted Letters of Administration on the estate of _Mary Lee Meadows_, deceased. It is further ordered that petitioner, _Mary Lisa Barker_, shall pay the costs of this proceeding.

IT IS FURTHER ORDERED that the petitioner make due return, under oath, to this court, of a full and complete Inventory thereof within sixty (60) days of this Order.

DONE this date, _March 1_, 20_18_.

_W. Hardy McCollum_
W. Hardy McCollum, Judge of Probate
Tuscaloosa County, Alabama

FILED _3-1_ 20_18_
_W. Hardy McCollum_
Judge of Probate
TUSCALOOSA COUNTY, ALABAMA

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH
State File Number: 101 2017-19297

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Mary Lee Meadows |
| 2. DATE AND TIME OF DEATH | May 20, 2017 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | |
| 5. COUNTY OF DEATH | Tuscaloosa |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Tuscaloosa, 35404 |
| 7. PLACE OF DEATH | 6631 Covington Villas |
| 8. SEX | Female |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | Flowers |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 66 |
| 12. DATE OF BIRTH | (redacted) |
| 13. BIRTHPLACE | Florida |
| 14. SOCIAL SECURITY NUMBER | (redacted) |
| 15. MARITAL STATUS | Divorced |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Tuscaloosa |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Tuscaloosa, 35404 |
| 20. STREET ADDRESS | 6631 Covington Villas |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Mary Lisa Barker, Daughter, 5723 Clearview St, Cottondale, AL 35453 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Ralston Flowers |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Molly Langston |
| 24. DISPOSITION OF BODY | Cremation |
| 25. CEMETERY OR CREMATORY | Tuscaloosa Memorial Chapel |
| 26. LOCATION | Tuscaloosa, Alabama |
| 27. DATE OF DISPOSITION | May 26, 2017 |
| 28. FUNERAL DIRECTOR | Tonya H Perry |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | May 24, 2017 |
| 31. FUNERAL HOME NAME AND ADDRESS | Tuscaloosa Memorial Chapel, 5434 Old Birmingham Highway, Tuscaloosa, AL 35404 |
| 32. LICENSE NUMBER | |

33. MEDICAL CERTIFICATION: X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

| Field | Value |
|---|---|
| 34. NAME | Michael Straughn MD |
| 35. LICENSE NUMBER | 21234 |
| 36. DATE SIGNED | May 24, 2017 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 619 19th St S, Birmingham, Alabama 35249 |
| 38. REGISTRAR | Catherine Molchan Donald |
| 39. DATE FILED | May 24, 2017 |

### CAUSE OF DEATH

40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH

| | Cause | Interval |
|---|---|---|
| IMMEDIATE CAUSE | A. Ovarian cancer | Unknown |
| UNDERLYING CAUSE | B. DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. DUE TO (OR AS A CONSEQUENCE OF): | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| Field | Value |
|---|---|
| 42. MANNER OF DEATH | Natural Causes |
| 43. PREGNANT (IF FEMALE) | |
| 44. AUTOPSY | No |
| 45. FINDINGS CONSIDERED | |
| 46. TOXICOLOGY | No |
| 47. FINDINGS CONSIDERED | |
| 48. TOBACCO USE CONTRIBUTED TO DEATH | No |
| 49. HOW INJURY OCCURRED | |
| 50. DATE AND TIME OF INJURY | |
| 51. INJURY AT WORK | |
| 52. IF TRANSPORTATION INJURY, SPECIFY | |
| 53. PLACE OF INJURY | |
| 54. LOCATION OF INJURY | |

ADPH HS E2/REV 03-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2017-273-245-9

May 25, 2017

*Catherine M. Donald*
Catherine Molchan Donald
State Registrar of Vital Statistics

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Mary Lee Meadows

DATE OF BIRTH: ▆▆/▆▆/▆▆    SSN: ▆▆▆/▆▆/▆▆▆

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

04/10/2013
DATE OF FIRST TREATMENT

10/16/2013
DATE OF LAST TREATMENT

_____
# OF DOSES

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

NAME OF PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE

ADDRESS

DATE

CITY, STATE, ZIP

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Mary Lee Meadows

DATE OF BIRTH: __/__/__                    SSN: __/__/__

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS  /  ☐ WAS NOT
**ADMINISTERED TAXOL/PACLITAXEL**

01 / 07 / 2016            04 / 27 / 2016            _____
DATE OF FIRST TREATMENT      DATE OF LAST TREATMENT      # OF DOSES

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

NAME OF PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE

ADDRESS

DATE

CITY, STATE, ZIP