# EXHIBIT B

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via email upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street, Suite. 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
505b2liaison@chaffe.com

Julie A. Callsen
Brandon D. Cox
Tucker Ellis, LLP
950 Main Avenue, Suite. 1100
Cleveland, OH 44113-7213
Tel: 216-592-5000
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite. 2500
Atlanta, GA 30305
Tel: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com

Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue., 22nd Floor
New York, NY 10010
Tel: 212-849-7000
docetaxelproductid@quinnemanuel.com

Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816-474-6550
noproductid@shb.com

                                                    BY: /s/Lynn Seithel
                                                    Lynn Seithel, Esquire
                                                    SEITHEL LAW, LLC
                                                    Post Office Box 1929
                                                    Charleston, South Carolina 29457
                                                    (843) 557-1699 direct dial
                                                    (800) 818-0433 fax
                                                    Lynn@SeithelLaw.com
                                                    *Attorney for Plaintiffs*