## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE ENGELHARDT |
| Cynthia Carter, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.:17-cv-3669 |
| | : | |
| SANOFI S.A., SANOFI US SERVICES INC. | : | |
| AVENTIS PHARMA S.A., and | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| | : | |
| Defendant(s). | : | |
| -------------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 20th day of June, 2018.

JOHNSON BECKER, PLLC                          SHOOK, HARDY & BACON


_/s/ Alexandra Robertson_____          _/s/ Kelly Bieri_____
Alexandra Robertson, Esq.                        Kelly Bieri, Esq.
Timothy J. Becker, Esq.                          Harley V. Ratliff
444 Cedar Street                                 2555 Grand Boulevard
Suite 1800                                       Kansas City, MO 64108
St. Paul, MN 55101                               Phone: 816-474-6550
Phone: 612-436-1800                              Fax: 816-421-5547
Fax: 612-436-1801                                Email:  Kbieri@shb.com
tbecker@johnsonbecker.com

Attorney for Plaintiff                           Attorney for Sanofi-aventis U.S. LLC and Sanofi
                                                 US Services Inc.