UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## PLAINTIFF'S CONSENT MOTION TO CONTINUE SUBMISSION DATE FOR SANOFI DEFENDANTS' MOTION FOR RULE 37 SANCTIONS

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this Consent Motion to Continue Submission Date for Sanofi Defendants' Motion for Rule 37 Sanctions, for the following reasons:

1. Defendant Sanofi filed its Motion for Rule 37 Sanctions on June 8, 2018. Sanofi noticed its Motion for Submission on June 27, 2018.

2. After conferral, Counsel for Sanofi has agreed to postpone the submission date for its Motion until July 18, 2018, in order to provide Counsel for Ms. Gahan additional time to submit her response to the Motion for Sanctions.

3. In accordance with that agreement, Plaintiff will submit her response to Defendant's Motion no later than July 2, 2018. Defendant Sanofi may file a Reply Memorandum no later than July 16, 2018.

4. The parties request oral argument on Sanofi's Motion to be held on July 18, 2018.[1]

---

[1] The parties request oral argument on July 18 because counsel will be in New Orleans for the General Status Conference on that date.

1

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court grant this Consent Motion to Continue Submission Date for Sanofi Defendants' Motion for Rule 37 Sanctions, setting the new submission date as July 18, 2018, with Plaintiff submitting her response to Defendant's motion no later than July 2, 2018 and Defendant filing a Reply Memorandum no later than July 16, 2018, and setting oral argument for July 18, 2018.

Respectfully Submitted,

/s/ J. Kyle Bachus (BAR NO. 24441)
J. Kyle Bachus
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
Kyle.bachus@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ J. Kyle Bachus