UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Selena R. Taylor, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.:17-cv-00996 |
| SANOFI S.A.,          : AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | : : : | |
| Defendant(s). | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 21 day of June, 2018.

JOHNSON BECKER, PLLC

SHOOK, HARDY & BACON

_/s/ Alexandra Robertson_
Alexandra Robertson, Esq.
Timothy J. Becker, Esq.
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
tbecker@johnsonbecker.com

Attorney for Plaintiff

_/s/ Kelly Bieri_
Kelly Bierei, Esq.
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email: Kbieri@shb.com

Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.