**UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABIILTY LITIGATION | : | |
| | : | **SECTION "N"(5)** |
| | : | |
| THIS DOCUMENT RELATES TO: | : | **JUDGE JANE TRICHE MILAZZO** |
| Kimberly Ann Bryant; 2:17-cv-16592 | : | |
| | : | **MAG. JUDGE MICHAEL B. NORTH** |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)

(A), hereby voluntary dismisses all claims against Defendants Sandoz Inc., Accord

Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global

FZE,  and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories

Ltd., *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated this 21st day of June, 2018

Respectfully Submitted,

/s/ Tara K. King_____
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swmwlaw.com
*ATTORNEYS FOR PLAINTIFFS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 21, 2018

Respectfully Submitted,

/s/ Tara K. King
Melanie K. Schmickle, MO# 52176
Tara K. King, MO #69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swmwlaw.com
***ATTORNEYS FOR PLAINTIFFS***