# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Deborah Brown v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,<br>Civil Action No. 2:17-cv-14752 | MDL No. 2740<br><br>SECTION: "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI- AVENTIS U.S. LLC and SANOFI-AVENTIS U.S. LLC d/b/a Winthrop U.S.

Plaintiff Deborah Brown, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant to this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., with each party to bear its own costs.

This Stipulation of Voluntary Dismissal with Prejudice only dismisses Plaintiff Deborah Brown's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.  Plaintiff Deborah Brown's claims against all other Defendants named in civil action number 2:17-cv-14752 will remain active.

Dated: June 21, 2018

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555

Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*
/s/ *Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

***Counsel for Defendants Sanofi-Aventis***
***U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated: June 21, 2018                           Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*