# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

HON. KURT D. ENGELHARDT

THIS DOCUMENT RELATES TO:

*Bonnie Jones v. Sanofi et al.*: 17-cv-17211
*Donna Edwards v. Sanofi et al.*: 17-cv-17205
*Dorthey Wilbanks v. Sanofi et al.*: 17-cv-17230
*Grace Welch v. Sanofi et al.*: 17-cv-17238
*Grandassa Harris v. Sanofi et al.*: 17-cv-17206
*Janet Starr v. Sanofi et al.*: 17-cv-17236
*Martha Sutherland v. Sanofi et al.*: 17-cv-17220
*Peggy Edwards v. Sanofi et al.*: 17-cv-17260
*Phyllis Fernandez v. Sanofi et al.*: 17-cv-17263
*Velma Santos v. Sanofi et al.*: 17-cv-17218
*Wanda Brooks v. Sanofi et al.*: 17-cv-17255
*Wilma Cochran v. Sanofi et al.*: 17-cv-17182
*Sonya Reed v. Sanofi et al.*: 17-cv-17332
*Cheryl Wiggins v. Sanofi et al.*: 17-cv-17237
*Samara Winters v. Sanofi et al.*: 17-cv-17235
*Patrina Robinson v. Sanofi et al.*: 17-cv-17234
*Vickie Williams v. Sanofi et al.*: 17-cv-17231
*Rhoda Pugh v. Sanofi et al.*: 17-cv-17228
*Karen White v. Sanofi et al.*: 17-cv-17227
*Sharon Pavic v. Sanofi et al.*: 17-cv-17226
*Christine O'Hara v. Sanofi et al.*: 17-cv-17225
*Connie Minet v. Sanofi et al.*: 17-cv-17219
*Sharon Kajiwara v. Sanofi et al.*: 17-cv-17251
*Linda Mannina v. Sanofi et al.*: 17-cv-17214
*Kathleen Kelly v. Sanofi et al.*: 17-cv-17212
*Carolyn Hess v. Sanofi et al.*: 17-cv-17204
*Brenda Ertle v. Sanofi et al.*: 17-cv-17203
*Betty Ennis v. Sanofi et al.*: 17-cv-17200
*Joanna Gonzales v. Sanofi et al.*: 17-cv-17196
*Angela Dugan v. Sanofi et al.*: 17-cv-17194
*Joyce De Haas v. Sanofi et al.*: 17-cv-17190
*Kristine Combs v. Sanofi et al.*: 17-cv-17185
*Nancy Clay v. Sanofi et al.*: 17-cv-17180
*Deborah Croghan v. Sanofi et al.*: 17-cv-17172
*Deborah Simpson v. Sanofi et al.*: 17-cv-17169
*Lesia Shivers v. Sanofi et al.*: 17-cv-17168
*Diane Cable v. Sanofi et al.*: 17-cv-17165
*Anita Burns v. Sanofi et al.*: 17-cv-17164

*Lisa Bonta v. Sanofi et al.*: 17-cv-17163
*Theresa Bryan v. Sanofi et al.*: 17-cv-17159
*Pamela Brown v. Sanofi et al.*: 17-cv-17157
*Edyth Boller v. Sanofi et al.*: 17-cv-171553

## EX PARTE MOTION TO SUBSTITUTE COUNSEL

To the Honorable Judge of Said Court:

Reich & Binstock, LLP submits this ex parte motion to substitute counsel for the

Plaintiffs in the above referenced cases.  Reich & Binstock, LLP has taken over these cases from

the Kirk Law Firm.


Dated: June 21, 2018

Respectfully Submitted,

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)

REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com
**Counsel for Plaintiff**

/s/ Signed with Permission
Dana G. Kirk (TX Bar No. 11507500)

DANA G. KIRK
**KIRK LAW FIRM**
TSBN: 11507500
440 Louisiana Street, Suite 2400
Houston, Texas 77002

Telephone: 713/651-0050
Facsimile: 713/651-0051
kirk@kirklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing

been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local

Rule 5.1 of the Eastern District of Louisiana.

Dated: June 21, 2018                              Respectfully submitted,

                                                  /s/ *Robert Binstock*
                                                  Robert Binstock (TX Bar No. 02328350)
                                                  REICH AND BINSTOCK, LLP
                                                  Whitney Bank Bldg. River Oaks
                                                  4265 San Felipe #1000
                                                  Houston, TX 77027
                                                  Phone: (713) 622-7271
                                                  bbinstock@reichandbinstock.com