UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Barbara Brooks* 16-cv-17054
*Gwen Burnstein* 16-cv-17172
*Madeline Couvillier* 16-cv-16938
*Elsie Craddock* 16-cv-15572
*Victoria Daughtry* 16-cv-17053
*Elizabeth Davis* 16-cv-17985
*Carnelia Dean* 16-cv-17201
*Glenys Dukes* 16-cv-17048
*Gloria Fuller* 16-cv-17231
*Shirley Greene 16*-cv-16731
*Mattie Johnson* 16-cv-15581
*Beverly Johnson* 16-cv-17074
*Oletha Johnson* 16-cv-17976
*Shirley Jones* 16-cv-17103
*Tonia Jones* 16-cv-15498
*Kristy Justice* 16-cv-17186
*Marylyn Keys* 16-cv-17504
*Sylvia Lewis* 16-cv-17185
*Geraldine Manigault* 16-cv-17214
*Sheila McCullom* 16-cv-17197
*Linda O'Brien* 16-cv-17508
*Christine Palmatier* 16-cv-17223
*Reva Payne* 16-cv-17200
*Arlene Pelfrey* 16-cv-17228
*Florence Santiago* 16-cv-16935
*Elmira Selders* 16-cv-17156
*Mattie Shoemaker* 16-cv-17066
*Kim Smith* 16-cv-17162
*Patricia St Ann* 16-cv- 17179
*Carolyn Stallworth* 16-cv-17047
*Shirley Stevenson* 16-cv-17204
*Lynette Thomas* 16-cv-17981
*Cindy Thompson* 16-cv-17194

*Linda Traylor* 16-cv-15295
*Sarah Waller* 16-cv-17241
*Doris Williams* 16-cv-17044
*Catherine Williams* 16-cv-17215
*Delight Wood* 16-cv-15321
*Lorraine Young* 16-17235
*Ruth Lopez* 17-cv-01197

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL SHOW CAUSE LETTERS IN RESPONSE TO RULE TO SHOW CAUSE NO. 3**

Plaintiffs respectfully request leave to file the attached Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause No. 3 and accompanying Exhibit A, in order to address, respond to , and clarify statements and arguments set forth by Defendants in their Motions to dismiss these Plaintiffs.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

/s/ *J. Christopher Elliott*