# BACHUS & SCHANKER, LLC

### ATTORNEYS AT LAW

Exhibit A

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Doris Williams v. Sanofi S.A., et al..; 2:16-
cv-17044*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Doris Williams whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted authorizations, an ESI Statement, proof of injury photographs, and medical bills. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT• DAVID W. KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Doris Williams respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Delight Wood v. Sanofi S.A., et al..; 2:16-cv-15321*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Delight Wood whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet and medical bills. After the deficiency notice, Plaintiff submitted proof of use, an ESI Statement, authorizations, proof of injury photographs, and medical records. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Delight Wood respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Lorraine Young v. Sanofi S.A., et al..; 2:16-
        cv-17235*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Lorraine Young whom is listed on the
Deficiency- No Response, by and through her undersigned counsel, requests to be removed from
this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already
submitted a Plaintiff Fact Sheet and medical bills and records. After the deficiency notice, Plaintiff
submitted proof of use, an ESI Statement, authorizations, and proof of injury photographs. Plaintiff
has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact
Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies
Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Lorraine Young respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Barbara Brooks v. Sanofi S.A., et al..; 2:16-
cv-17054*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Barbara Brooks whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on September 11, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, proof of use, medical records, and had responded to a previous

deficiency notice. After the deficiency notice, Plaintiff submitted proof of injury photographs, an

ESI Statement, and authorizations. Plaintiff has now also formally responded to the deficiency

notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have

consistently worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Barbara Brooks respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.


Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
#### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Gwen Burnstein v. Sanofi S.A., et al..; 2:16-
cv-17172*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Gwen Burnstein whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical records, and medical billing. After the deficiency notice,

Plaintiff submitted proof of injury photographs, an ESI Statement, and authorizations. Plaintiff has

now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact

Sheet, and supplemented the Proof of Injury Photographs. Plaintiff and Plaintiff's counsel have

consistently worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT¹ • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Gwen Burnstein respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.


Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Madeline Couvillier v. Sanofi S.A., et al..;*
        *2:16-cv-16938*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Madeline Couvillier whom is listed

on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, an Amended Plaintiff Fact Sheet, medical records, and proof of

use. After the deficiency notice, Plaintiff submitted proof of injury photographs, an ESI Statement,

and authorizations. Plaintiff has now also formally responded to the deficiency notice and

submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently

worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Madeline Couvillier respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
       No Response (Response on MDL Centrality) *Elsie Craddock v. Sanofi S.A., et al..; 2:16-
       cv-15572*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Elsie Craddock whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 3, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet, medical records, medical billing, authorizations, and proof of use. After the deficiency notice, Plaintiff submitted proof of injury photographs and an ESI Statement. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Elsie Craddock respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Victoria Daughtry v. Sanofi S.A., et al..;*
        *2:16-cv-17053*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Victoria Daughtry whom is listed on

the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical records, medical billing, and proof of use. After the

deficiency notice, Plaintiff submitted proof of injury photographs, authorizations, and an ESI

Statement. Plaintiff has now also formally responded to the deficiency notice and submitted an

Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards

curing any deficiencies Defendants contend exist.

Based on the foregoing, Victoria Daughtry respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:  In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
     No Response (Response on MDL Centrality) *Elizabeth Davis v. Sanofi S.A., et al..; 2:16-
     cv-17985*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Elizabeth Davis whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 4, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical records, and authorizations. After the deficiency notice,

Plaintiff submitted proof of injury photographs, proof of use, and an ESI Statement. Plaintiff has

now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact

Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT• DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Elizabeth Davis respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Carnelia Dean v. Sanofi S.A., et al..;*
        *2:16-cv-17201*

Dear Judge Milazzo:

        Pursuant to this Court's Order to Show Cause No. 3, Carnelia Dean whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

        Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical bills, proof of use, and authorizations. After the deficiency

notice, Plaintiff submitted proof of injury photographs and an ESI Statement. Plaintiff has now also

formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet.

Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Carnelia Dean respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Gelnys Dukes v. Sanofi S.A., et al..; 2:16-
        cv-17048*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Glenys Dukes whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 3, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet, medical bills and records, and authorizations. After the deficiency notice, Plaintiff submitted proof of injury photographs and Proof of Use. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Glenys Dukes respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &

# SCHANKER, LLC

ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Gloria Fuller v. Sanofi S.A., et al..; 2:16-
cv-17231*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Gloria Fuller whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 3, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical bills and records, and authorizations. After the deficiency

notice, Plaintiff submitted proof of injury photographs, an ESI Statement, and Proof of Use.

Plaintiff has now also formally responded to the deficiency notice and submitted an Amended

Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any

deficiencies Defendants contend exist.

Based on the foregoing, Gloria Fuller respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:  In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Shirley Greene v. Sanofi S.A., et al..; 2:16-
cv-16731*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Shirley Greene whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet and Proof of Use. After the deficiency notice, Plaintiff submitted

proof of injury photographs, authorizations, medical bills and records, and an ESI Statement.

Plaintiff has now also formally responded to the deficiency notice and submitted an Amended

Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any

deficiencies Defendants contend exist.

Based on the foregoing, Shirley Greene respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
       No Response (Response on MDL Centrality) *Beverly Johnson v. Sanofi S.A., et al..;*
       *2:16-cv-17074*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Beverly Johnson whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted Proof of Use, authorizations, an ESI Statement, and medical records. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Beverly Johnson respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC

ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Mattie Johnson v. Sanofi S.A., et al..; 2:16-
        cv-15581*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Mattie Johnson whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted proof of injury

photographs, Proof of Use, authorizations, and medical bills and records. Plaintiff has now also

formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet.

Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Mattie Johnson respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Oletha Johnson v. Sanofi S.A., et al..; 2:16-
cv-17976*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Oletha Johnson whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, proof of injury photographs, and medical bills and records. After

the deficiency notice, Plaintiff submitted proof of use, an ESI Statement, authorizations, and

amended proof of injury photographs. Plaintiff has now also formally responded to the deficiency

notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have

consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Oletha Johnson respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-No
       Response (Response on MDL Centrality) *Shirley Jones v. Sanofi S.A., et al..; 2:16-cv-17103*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Shirley Jones whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical records and bills, and proof of injury photographs. After

the deficiency notice, Plaintiff submitted Proof of Use and authorizations. Plaintiff has now also

formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet.

Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Shirley Jones respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
       No Response (Response on MDL Centrality) *Tonia Jones v. Sanofi S.A., et al..; 2:16-cv-
       15498*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Tonia Jones whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted medical records

and bills, proof of injury photographs, authorizations, an ESI Statement, Proof of Use and

authorizations. Plaintiff has now also formally responded to the deficiency notice and submitted an

Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards

curing any deficiencies Defendants contend exist.

Based on the foregoing, Tonia Jones respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


<u>/s/</u> J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Kristy Justice v. Sanofi S.A., et al.; 2:16-
cv-17186*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Kristy Justice whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet and Medical Records and Bills. After the deficiency notice,

Plaintiff submitted Proof of Use and authorizations. Plaintiff has now also formally responded to

the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's

counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Kristy Justice respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Marylynn Keys v. Sanofi S.A., et al..; 2:16-
        cv-17504*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Marylynn Keys whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted proof of use, an

ESI Statement, authorizations, medical records and bills, and proof of injury photographs. Plaintiff

has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact

Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Marylynn Keys respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Sylvia Lewis v. Sanofi S.A., et al..; 2:16-cv-
        17185*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Sylvia Lewis whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 17, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, authorizations, and Medical Records and Bills. After the

deficiency notice, Plaintiff submitted Proof of Use, an ESI Statement, and proof of injury

photographs. Plaintiff has now also formally responded to the deficiency notice and submitted an

Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards

curing any deficiencies Defendants contend exist.

Based on the foregoing, Sylvia Lewis respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: No PFS (Now
       Cured) *Ruth Lopez v. Sanofi S.A., et al..; 2:17-cv-01197*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Ruth Lopez whom is listed on the No

PFS list, by and through her undersigned counsel, requests to be removed from this list because

Plaintiff has now submitted a PFS

Plaintiff submitted her PFS on June 7, 2018. Plaintiff has also now submitted her Proof of

Injury Photographs, PTO 71 Statement, authorizations, medical records, and medical billing.

Based on the foregoing, Ruth Lopez respectfully requests that this Court not enter a

dismissal in her case as she has substantially complied with the requirements of the Amended

PTO 22.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC

ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Geraldine Manigault v. Sanofi S.A., et al.;
2:16-cv-17214*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Geraldine Manigault whom is listed

on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet and medical records and bills. After the deficiency notice, Plaintiff

submitted proof of use, an ESI Statement, authorizations, and proof of injury photographs. Plaintiff

has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact

Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Geraldine Manigault respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

June 15, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Sheila McCullom v. Sanofi S.A., et al..;*
*2:16-cv-17197*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Sheila McCullom whom is listed on
the Deficiency- No Response, by and through her undersigned counsel, requests to be removed
from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 5, 2017, Plaintiff had already
submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted authorizations,
proof of use, medical records, an ESI Statement, and proof of injury photographs. Plaintiff has now
also formally responded to the deficiency notice, and submitted an Amended Plaintiff Fact Sheet.
Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies
Defendants contend exist.

Based on the foregoing, Sheila McCullom respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.


DATED: June 14, 2018                    Respectfully submitted,

                                        **BACHUS & SCHANKER, LLC**


                                        /s/ J. Christopher Elliott
                                        ***J. Christopher Elliott (#41063)***
                                        ***Darin L. Schanker (#23881)***
                                        ***J. Kyle Bachus (#24441)***
                                        Bachus & Schanker, LLC
                                        1899 Wynkoop Street, Suite 700
                                        Denver, CO 80202
                                        Telephone: (303) 893-9800
                                        FAX: (303) 893-9900
                                        Email:celliott@coloradolaw.net
                                        Email:dschanker@coloradolaw.net
                                        Email:kyle.bachus@coloradolaw.net

                                        *Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Linda O'Brien v. Sanofi S.A., et al..; 2:16-cv-17508*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Linda O'Brien whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted Proof of Use, an ESI Statement, authorizations, medical records, and proof of injury photographs. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Linda O'Brien respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Christine Palmatier v. Sanofi S.A., et al..;*
        *2:16-cv-17223*

Dear Judge Milazzo:

　　Pursuant to this Court's Order to Show Cause No. 3, Christine Palmatier whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

　　Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted proof of use, medical records and bills, authorizations, proof of injury photographs, and an ESI Statement. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Christine Palmatier respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
#### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
       No Response (Response on MDL Centrality) *Reva Payne v. Sanofi S.A., et al..; 2:16-
       cv-17200*

Dear Judge Milazzo:

　　　Pursuant to this Court's Order to Show Cause No. 3, Reva Payne whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

　　　Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, an Amended Plaintiff Fact Sheet, authorizations, and Medical

Bills. After the deficiency notice, Plaintiff submitted Proof of Use, an ESI Statement, and proof of

injury photographs. Plaintiff has now also formally responded to the deficiency notice and

submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently

worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Reva Payne respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Arlene Pelfrey v. Sanofi S.A., et al..; 2:16-
        cv-17228*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Arlene Pelfrey whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, an Amended Plaintiff Fact Sheet, and authorizations. After the

deficiency notice, Plaintiff submitted proof of use, medical records, and medical bills. Plaintiff has

now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact

Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Arlene Pelfrey respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Florence Santiago v. Sanofi S.A., et al..;
        2:16-cv-16935*

Dear Judge Milazzo:

      Pursuant to this Court's Order to Show Cause No. 3, Florence Santiago whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

      Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet, medical records and bills, proof of injury photographs, and proof of use. After the deficiency notice an ESI Statement. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W. KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Florence Santiago respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Elmira Selders v. Sanofi S.A., et al..; 2:16-
cv-17156*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Elmira Selders whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, medical bills, and authorizations. After the deficiency notice,

Plaintiff submitted proof of injury photographs and proof of use. Plaintiff has now also formally

responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and

Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend

exist.

Based on the foregoing, Elmira Selders respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
       No Response (Response on MDL Centrality) *Mattie Shoemaker v. Sanofi S.A., et al..;
       2:16-cv-17066*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Mattie Shoemaker whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet, an Amended Plaintiff Fact Sheet, and authorizations. After the deficiency notice, Plaintiff submitted proof of injury photographs, medical records and bills, an ESI Statement and proof of use. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Mattie Shoemaker respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Kim Smith v. Sanofi S.A., et al..; 2:16-cv-*
        *17162*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Kim Smith whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet and medical bills. After the deficiency notice, Plaintiff submitted proof of injury photographs, medical records, an ESI Statement and proof of use. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Kim Smith respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:    In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Patricia St Ann v. Sanofi S.A., et al..; 2:16-
cv-17179*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Patricia St Ann whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet, Proof of Use, and medical records. After the deficiency notice,

Plaintiff submitted proof of injury photographs, medical bills, an ESI Statement, authorizations,

and proof of use. Plaintiff has now also formally responded to the deficiency notice and submitted

an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards

curing any deficiencies Defendants contend exist.

Based on the foregoing, Patricia St Ann respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC

### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
      No Response (Response on MDL Centrality) *Carolyn Stallworth v. Sanofi S.A., et al..;*
      *2:16-cv-17047*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Carolyn Stallworth whom is listed on

the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted proof of injury

photographs, medical bills, authorizations, and proof of use. Plaintiff has now also formally

responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and

Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend

exist.

Based on the foregoing, Carolyn Stallworth respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
       No Response (Response on MDL Centrality) *Shirley Stevenson v. Sanofi S.A., et al..;
       2:16-cv-17204*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Shirley Stevenson whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted medical bills and records, authorizations, and proof of use. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Shirley Stevenson respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
      No Response (Response on MDL Centrality) *Lynette Thomas v. Sanofi S.A., et al..; 2:16-
      cv-17981*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Lynette Thomas whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted medical records,

authorizations, an ESI Statement, and proof of use. Plaintiff has now also formally responded to

the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's

counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Lynette Thomas respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**


<u>/s/ J. Christopher Elliott</u>
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC
## ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:   In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Cindy Thompson v. Sanofi S.A., et al..;
2:16-cv-17194*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Cindy Thompson whom is listed on

the Deficiency- No Response, by and through her undersigned counsel, requests to be removed

from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet. After the deficiency notice, Plaintiff submitted medical records,

authorizations, an ESI Statement, proof of injury photographs, and proof of use. Plaintiff has now

also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet.

Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

Based on the foregoing, Cindy Thompson respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.


Respectfully submitted,

**BACHUS & SCHANKER, LLC**


/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS & SCHANKER, LLC

### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
        No Response (Response on MDL Centrality) *Linda Traylor v. Sanofi S.A., et al..; 2:16-
        cv-15295*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Linda Traylor whom is listed on the

Deficiency- No Response, by and through her undersigned counsel, requests to be removed from

this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already

submitted a Plaintiff Fact Sheet and medical bills and records. After the deficiency notice, Plaintiff

submitted proof of use, an ESI Statement, authorizations, and proof of injury photographs. Plaintiff

has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact

Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies

Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W.
KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Linda Traylor respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*



# BACHUS & SCHANKER, LLC
ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-No
Response (Response on MDL Centrality) *Sarah Waller v. Sanofi S.A., et al..; 2:16-cv-17241*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Sarah Waller whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet and medical bills and records. After the deficiency notice, Plaintiff submitted authorizations, an ESI Statement, proof of injury photographs, and proof of use. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

Based on the foregoing, Sarah Waller respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
*J. Christopher Elliott (#41063)*
*Darin L. Schanker (#23881)*
*J. Kyle Bachus (#24441)*
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*

# BACHUS &
# SCHANKER, LLC
#### ATTORNEYS AT LAW

June 21, 2018

**Via ECF**

Honorable Jane Triche Milazzo
United States District Court Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, LA 70130

Re:     In re: MDL — 2740 Taxotere (Docetaxel) Products Liability Litigation re: Deficiency-
No Response (Response on MDL Centrality) *Catherine Williams v. Sanofi S.A., et al..;*
*2:16-cv-17215*

Dear Judge Milazzo:

Pursuant to this Court's Order to Show Cause No. 3, Catherine Williams whom is listed on the Deficiency- No Response, by and through her undersigned counsel, requests to be removed from this list because Plaintiff has responded to the deficiency notice and hereby shows cause.

Prior to Defendant's deficiency notice on November 6, 2017, Plaintiff had already submitted a Plaintiff Fact Sheet, medical bills, and authorizations. After the deficiency notice, Plaintiff submitted proof of use, an ESI Statement, proof of injury photographs, and medical records. Plaintiff has now also formally responded to the deficiency notice and submitted an Amended Plaintiff Fact Sheet. Plaintiff and Plaintiff's counsel have consistently worked towards curing any deficiencies Defendants contend exist.

EQUITY PARTNERS: J. KYLE BACHUS • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT • DAVID W. KRIVIT • 1899 WYNKOOP STREET, SUITE 700 DENVER, CO 80202 PHONE: 303-893-9800 FAX: 303-893-9900

Based on the foregoing, Catherine Williams respectfully requests that this Court not enter a dismissal in her case as she has substantially complied with the requirements of the Amended PTO 22.

Respectfully submitted,

**BACHUS & SCHANKER, LLC**

/s/ J. Christopher Elliott
***J. Christopher Elliott (#41063)***
***Darin L. Schanker (#23881)***
***J. Kyle Bachus (#24441)***
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email:celliott@coloradolaw.net
Email:dschanker@coloradolaw.net
Email:kyle.bachus@coloradolaw.net

*Attorneys for Plaintiff*