UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)	MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Barbara Brooks* 16-cv-17054
*Gwen Burnstein* 16-cv-17172
*Madeline Couvillier* 16-cv-16938
*Elsie Craddock* 16-cv-15572
*Victoria Daughtry* 16-cv-17053
*Elizabeth Davis* 16-cv-17985
*Carnelia Dean* 16-cv-17201
*Glenys Dukes* 16-cv-17048
*Gloria Fuller* 16-cv-17231
*Shirley Greene 16*-cv-16731
*Mattie Johnson* 16-cv-15581
*Beverly Johnson* 16-cv-17074
*Oletha Johnson* 16-cv-17976
*Shirley Jones* 16-cv-17103
*Tonia Jones* 16-cv-15498
*Kristy Justice* 16-cv-17186
*Marylyn Keys* 16-cv-17504
*Sylvia Lewis* 16-cv-17185
*Geraldine Manigault* 16-cv-17214
*Sheila McCullom* 16-cv-17197
*Linda O'Brien* 16-cv-17508
*Christine Palmatier* 16-cv-17223
*Reva Payne* 16-cv-17200
*Arlene Pelfrey* 16-cv-17228
*Florence Santiago* 16-cv-16935
*Elmira Selders* 16-cv-17156
*Mattie Shoemaker* 16-cv-17066
*Kim Smith* 16-cv-17162
*Patricia St Ann* 16-cv- 17179
*Carolyn Stallworth* 16-cv-17047
*Shirley Stevenson* 16-cv-17204
*Lynette Thomas* 16-cv-17981
*Cindy Thompson* 16-cv-17194

1

*Linda Traylor* 16-cv-15295
*Sarah Waller* 16-cv-17241
*Doris Williams* 16-cv-17044
*Catherine Williams* 16-cv-17215
*Delight Wood* 16-cv-15321
*Lorraine Young* 16-17235
*Ruth Lopez* 17-cv-01197

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion and Memorandum for Relief from an Order Dismissing Plaintiff's Claim with Prejudice on the 11th day of July, 2018, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*
