**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **SECTION: "N" (5)** |

**THIS DOCUMENT RELATES TO:**

*Barbara Brooks* 16-cv-17054
*Gwen Burnstein* 16-cv-17172
*Madeline Couvillier* 16-cv-16938
*Elsie Craddock* 16-cv-15572
*Victoria Daughtry* 16-cv-17053
*Elizabeth Davis* 16-cv-17985
*Carnelia Dean* 16-cv-17201
*Glenys Dukes* 16-cv-17048
*Gloria Fuller* 16-cv-17231
*Shirley Greene 16*-cv-16731
*Mattie Johnson* 16-cv-15581
*Beverly Johnson* 16-cv-17074
*Oletha Johnson* 16-cv-17976
*Shirley Jones* 16-cv-17103
*Tonia Jones* 16-cv-15498
*Kristy Justice* 16-cv-17186
*Marylyn Keys* 16-cv-17504
*Sylvia Lewis* 16-cv-17185
*Geraldine Manigault* 16-cv-17214
*Sheila McCullom* 16-cv-17197
*Linda O'Brien* 16-cv-17508
*Christine Palmatier* 16-cv-17223
*Reva Payne* 16-cv-17200
*Arlene Pelfrey* 16-cv-17228
*Florence Santiago* 16-cv-16935
*Elmira Selders* 16-cv-17156
*Mattie Shoemaker* 16-cv-17066
*Kim Smith* 16-cv-17162
*Patricia St Ann* 16-cv- 17179
*Carolyn Stallworth* 16-cv-17047
*Shirley Stevenson* 16-cv-17204
*Lynette Thomas* 16-cv-17981
*Cindy Thompson* 16-cv-17194
*Linda Traylor* 16-cv-15295
*Sarah Waller* 16-cv-17241
*Doris Williams* 16-cv-17044

*Catherine Williams* 16-cv-17215
*Delight Wood* 16-cv-15321
*Lorraine Young* 16-17235
*Ruth Lopez* 17-cv-01197

---

**Order on Plaintiffs' Motion and Memorandum for
Leave to File Supplemental Show Cause Letters**

---

THE COURT, having considered Plaintiffs' Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause Order No. 3, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED and the Supplemental Show Cause Letters, attached as a proposed pleading to the Motion for Leave to File, are hereby filed into the record.

So ordered this ___ day of _____, 2018.

_____
District Judge