**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "N" (5)**<br><br>**JUDGE JANE TRICHE MILAZZO MAG.**<br><br>**JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Harvey Ann Lively v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, et al.*<br>*Civil Action No. 2:17-cv-16072* | |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

Plaintiffs hereby give notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they intend to serve the attached subpoena commanding the production of documents, information, or objects upon Rob Pollard, Director of Pharmacy at Mid-Columbia Medical Center.

Dated this 21st day of June, 2018.

Respectfully submitted,

*/s/ John C. Thornton*
John C. Thornton
jct@andrewsthornton.com
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540

*Attorneys for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above foregoing **NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: <u>June 21, 2018</u>            <u>*/s/ John C. Thornton*            </u>
                                      John C. Thornton