UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE JANE TRICHE MILAZZO MAG. <br><br> JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Harvey Ann Lively v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, et al.* <br> Civil Action No. 2:17-cv-16072 | |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

Plaintiffs hereby give notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they intend to serve the attached subpoena commanding the production of documents, information, or objects upon Lyn Vincenzo, Director at Celilo Cancer Center at Mid-Columbia Medical Center.

Dated this 21st day of June, 2018.                    Respectfully submitted,

                                                            */s/ John C. Thornton*
                                                            John C. Thornton
                                                            jct@andrewsthornton.com
                                                            Anne Andrews, Esq., SBN 103280
                                                            aa@andrewsthornton.com
                                                            ANDREWS & THORNTON
                                                            4701 Von Karman Ave., Suite 300
                                                            Newport Beach, CA 92660
                                                            Phone: (949) 748-1000
                                                            Facsimile: (949) 315-3540

                                                            *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 21, 2018                    */s/ John C. Thornton*
                                                          John C. Thornton