BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Kalyani Mokkapati et al. vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* Case No. 2:18-cv-04123 | HON. JANE T. MILAZZO |

### DEFENDANTS SANDOZ INC. AND ACCORD HEALTHCARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INDIVIDUALIZED STATEMENT IN OPPOSITION TO REMAND

Defendants Sandoz Inc. and Accord Healthcare, Inc. ("Defendants") move this Court for an extension of time to file its Opposition to Plaintiffs' Individualized Statement in Support of Remand. See MDL Doc. No. 2801. Pursuant to Pretrial Order No. 77A, Defendants' Opposition is due June 21, 2018.  Defendants have conferred with counsel for Plaintiffs, who do not oppose Defendants' request to extend the deadline to June 28, 2018.  This Motion is made in good faith and Defendants have not received any previous extensions to file their Opposition.

For the foregoing reasons, Defendants request that this Court grant this Motion and enter the attached Proposed Order.

Respectfully submitted,

/s/  *Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone:   (678) 553-2100
Facsimile:   (678) 553-2100
Email:         cohenl@gtlaw.com

1

ATL 22855165v1

merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*

/s/ Julie Callsen
Julie A. Callsen (0062287)
Brandon D. Cox (0089815)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216-592-5000
Facsimile:   216-592-5009
Email:   julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF COMPLAINCE

In compliance with Local Rule 7.6, Counsel for Plaintiffs has been contacted and does not oppose the instant motion.

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Evan Holden*
Evan Holden