**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Kalyani Mokkapati et al. vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* Case No. 2:18-cv-04123 | HON. JANE T. MILAZZO |

**ORDER GRANTING EXTENSION OF TIME TO FILE INDIVIDUALIZED STATEMENT IN OPPOSITION TO REMAND**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Defendants Sandoz Inc. and Accord Healthcare, Inc.'s Unopposed Motion for Extension of Time To File Individualized Statement in Opposition to Remand. Defendants Sandoz Inc. and Accord Healthcare, Inc. have until June 28, 2018 to file an individualized statement in opposition to remand.

SO ORDERED this _____ day of _____, 2018.

_____
Hon. Jane T. Milazzo
UNITED STATES DISTRICT COURT JUDGE