# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) MDL NO. 2740 ) |
| PRODUCTS LIABILITY LITIGATION | ) ) SECTION: "N" ) ) JUDGE JANE TRICHE MILAZZO MAG. ) ) JUDGE MICHAEL B. NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| Emma Gene Brown v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:18-cv-00799 |
|---|---|

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to be heard by the Honorable Judge Jane Triche Milazzo.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ Debra J. Humphrey
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs

June 22, 2018

**CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Notice of Submission of Memorandum in Support of Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 22nd June of 2018.

                MARC J. BERN & PARTNERS LLP

                By: */s/ Debra J. Humphrey*
                Debra J. Humphrey (5050448)
                60 East 42nd St., Suite 950
                New York, NY 10165
                (212) 702-5000
                (212) 818-20164 (Fax)
                dhumphrey@bernllp.com
                Counsel for Plaintiffs