**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) MDL NO.2740 ) ) SECTION:     "N" |
| PRODUCTS LIABILITY LITIGATION | ) ) JUDGE JANE TRICHE MILAZO MAG. ) ) JUDGE MICHAEL B. NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Catherine M. Nolan v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:18-cv-00811 |

**MEMORANDUMIN SUPPORT OF PLAINTIFFS'MOTION FOR**
**EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

In support of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1)      Plaintiff filed the Complaint in the above captioned case on January 26, 2018.

2)      Plaintiff submitted the Plaintiff Fact Sheet on April 11, 2018.

3)      On May 25, 2018, Defendants issued deficiencies in the submitted Plaintiff Fact  Sheet.

4)      From April 5 to June 22, 2018 Plaintiff's counsel attempted to contact the client but was unable to do so.

5)      On June 20, 2018 Plaintiff's counsel continued to attempt to contact the client and, after not having yet contacted the client, requested an extension of time to cure the Plaintiff Fact Sheet Deficiency from counsel for Defendants.

6)      On June 22, 2018 counsel for Plaintiff mailed out a certified letter with return receipt requested informing the client of the possible repercussions if she does not comply with Discovery.

7)      As of June 22, 2018, counsel for Defendants have not notified Plaintiff's counsel that they do or do not consent to the requested 60-day extension to cure the Plaintiff Fact Sheet Deficiency.

8)      Plaintiff now requests a 60-day extension to allow Plaintiff to cure this deficiency.

9)      Plaintiff is not requesting an extension for purposes of delay and will submit the necessary documentation to cure the Plaintiff Fact Sheet Deficiency as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until August 21, 2018.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Date: June 22, 2018

## <u>CERTIFICATE OF SERVICE</u>

The foregoing Plaintiff's Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 22nd day of June, 2018.

MARC J. BERN & PARTNERS LLP

By: */s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff