## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN  RE:  TAXOTERE            )   MDL NO. 2740
(DOCETAXEL)                  )
                             )   SECTION: "N"
PRODUCTS LIABILITY LITIGATION )
                             )   JUDGE JANE TRICHE MILAZZO MAG.
                             )
                             )   JUDGE MICHAEL B. NORTH


### THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| Dorothy Cameron v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:18-cv-00828 |
|---|---|

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for an

Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to be heard by the Honorable Judge

Jane Triche Milazzo.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ Debra J. Humphrey
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs

June 22, 2018

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Notice of Submission of Memorandum in Support of Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 22nd June of 2018.

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs