IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br><br>PRODUCTS LIABILITY LITIGATION | ) MDL NO.2740<br>)<br>) SECTION:   "N"<br>)<br>) JUDGE JANE TRICHE MILAZZO MAG.<br>)<br>) JUDGE MICHAEL B. NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Donna Hall v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:18-cv-00804 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency. The deadline to cure the Plaintiff Fact Sheet Deficiency issued by Defendants on May 22, 2018, which is currently due on June 22, 2018. Plaintiff requests an additional 60 days, with a new deadline date of August 21, 2018, to provide the required documentation to cure the Plaintiff Fact Sheet Deficiency. In support of her motion, Plaintiff submits the attached Memorandum in Support.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until August 21, 2018.

                                                Respectfully submitted,

                                                MARC J. BERN & PARTNERS LLP

                                                By: */s/ Debra J. Humphrey*
                                                Debra J. Humphrey (5050448)
                                                60 East 42$_{nd}$ St., Suite 950
                                                New York, NY 10165
                                                (212) 702-5000
                                                (212) 818-20164 (Fax)
                                                dhumphrey@bernllp.com
                                                Counsel for Plaintiff

Dated: June 22, 2018

## CERTIFICATE OF SERVICE

      The foregoing Plaintiff's Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 22nd Day of June 2018.

                        MARC J. BERN & PARTNERS LLP

                        By:*/s/ Debra J. Humphrey*
                        Debra J. Humphrey (5050448)
                        60 East 42$_{nd}$ St., Suite 950
                        New York, NY 10165
                        (212) 702-5000
                        (212) 818-20164 (Fax)
                        dhumphrey@bernllp.com
                        Counsel for Plaintiff