# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br><br>PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740<br>)<br>) SECTION: "N"<br>)<br>) JUDGE JANE TRICHE MILAZZO MAG.<br>)<br>) JUDGE MICHAEL B. NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Donna Hall v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:18-cv-00804 |

## ORDER

This matter came before the Court on Plaintiff's Motion for an Extension of Time to Satisfy a Plaintiff Fact Sheet Deficiency.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until August 21, 2018 to satisfy Plaintiff Fact Sheet Deficiencies.

_____
 DATE

_____
JUDGE JANE TRICHE MILAZZO