UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Vickie Daniels,<br><br>    Plaintiff,<br><br>vs.<br><br>Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br><br>    Defendants.<br>--------------------------------------------------------- | : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-16815 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 11, 2017 (*Vickie Daniels v. Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., et al,* Case No. 2:17-cv-16815), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Hospira Worldwide,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., rather than Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

      Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 25th day of June 2018.

                                                                                        /s/ Rhett A. McSweeney
                                                                                        Rhett A. McSweeney, #269542
                                                                                        David M. Langevin, #329563
                                                                                       McSweeney/Langevin
                                                                                       2116 Second Avenue South
                                                                                       Minneapolis, MN 55404
                                                                                       Phone: (612) 542-4646
                                                                                       Fax: (612) 454-2678
                                                                                       dave@westrikeback.com
                                                                                       ram@westrikeback.com
                                                                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 25, 2018

                                                                 /s/ Rhett A. McSweeney
                                                                 Rhett A. McSweeney