**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2740** |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Evon Green, | : | |
| Plaintiff, | : | |
| vs. | : | **Civil Action No.:** 2:17-cv-16871 |
| Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., | : | |
| Defendants. | : | |
| ---------------------------------------------------------- | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and those claims shall remain pending in this court.

Respectfully submitted this 25th day of June 2018.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
***Attorneys for Plaintiff***

By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
***Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.***

By: */s/ Ronald Clifton Merrell, II*
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
***Counsel for Defendant Sandoz, Inc.***

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com
***Counsel for Defendant Pfizer Inc.***

By: */s/ Mike Suffern*
Mike Suffern

Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com
***Counsel for Defendant Actavis Phama, Inc.***

By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FORSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com
***Attorneys for McKesson Corporation d/b/a McKesson Packaging Services***

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
***Attorneys for Accord Healthcare, Inc.***

By: */s/ Kelly Bieri*
Kelly Bierei, Esq.
Harley V. Ratliff
SHOOK, HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Kbieri@shb.com
***Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 25, 2018

/s/ Rhett A. McSweeney
Rhett A. McSweeney