# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| LUCIA POLANCO-ORAMAS<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANDOZ, INC. | |
| Defendants. | |
| Civil Case No: 2:17-cv-12832 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice as to Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC, each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: June 25, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

/s/ Harley Ratliff
/s/ Kelly Bieri
Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com
kbieri@shb.com
Telephone: 816-474-6550
Facsimile: 816-421-5547

*Counsel for Defendants Sanofi-Aventis*
*U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 25, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Robert Binstock*
　　　　　　　　　　　　　　　　　　　　Robert Binstock (TX Bar No. 02328350)
　　　　　　　　　　　　　　　　　　　　REICH AND BINSTOCK, LLP
　　　　　　　　　　　　　　　　　　　　Whitney Bank Bldg. River Oaks
　　　　　　　　　　　　　　　　　　　　4265 San Felipe #1000
　　　　　　　　　　　　　　　　　　　　Houston, TX 77027
　　　　　　　　　　　　　　　　　　　　Phone: (713) 622-7271
　　　　　　　　　　　　　　　　　　　　bbinstock@reichandbinstock.com