**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Kalyani Mokkapati et al. vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* Case No. 2:18-cv-04123 | HON. JANE T. MILAZZO |

<u>**DEFENDANTS SANDOZ INC. AND ACCORD HEALTHCARE, INC.'S INDIVIDUALIZED STATEMENT IN OPPOSITION TO REMAND**</u>

Defendants Sandoz Inc. and Accord Healthcare, Inc. ("Defendants") submit this statement in opposition to Plaintiffs' Individualized Statement in Support of Remand pursuant to Pretrial Order No. 77A.  The only basis for remand set forth by Plaintiffs, who reside in California, is that McKesson Corporation, a California corporation, allegedly distributes docetaxel manufactured by Sandoz Inc. ("Sandoz").  (*See* Pls.' Individualized Statement in Support of Plaintiffs' Omnibus Motion to Remand at 2 (Doc. 2801-1).)  This contention is based solely on the fact that McKesson's "Product Catalog" includes National Drug Codes for formulations of docetaxel manufactured by Sandoz. (*See id.*)

McKesson has already provided a contradictory declaration, which was attached to Defendants' Notice of Removal.  In it, McKesson verified that it did not distribute any "brand-name Taxotere or generic docetaxel" to the infusion center where Plaintiff Kalyani Mokkapati was administered docetaxel. (Decl. of Brett Harrop, attached as Ex. B to Def.'s Notice of Removal (ECF No. 1-2).)  In Plaintiffs' Statement, they claim McKesson's declaration was insufficient because Sandoz' docetaxel products were approved pursuant to Section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, and therefore were "not a 'generic,' but rather a non-generic bioequivalent of Taxotere." (*See* Pls.' Individualized Statement in Support of Plaintiffs' Omnibus Motion to Remand at 2 (Doc. 2801-1).)  Plaintiffs have sought clarification from McKesson "as to the language in the

1

declaration." (*See id.*)

In response, McKesson now submits an amended declaration remedying any ambiguity, mirroring Plaintiffs' request for clarification, by explicitly stating that "McKesson did not provide any brand-name Taxotere, docetaxel, or generic non-bioequivalent of the same" to Ms. Mokkapati's specific infusion center. *See* Decl. of Brett Harrop, attached as Exhibit A. Therefore, there are no plausible factual allegations linking McKesson to the claims at issue here, and McKesson is fraudulently joined as set forth in Defendant's Notice of Removal. Pursuant to Pretrial Order No. 77A, Defendants additionally incorporate the prior briefing of sanofi-aventis U.S. LLC in its opposition Plaintiffs' Omnibus Motion to Remand (Doc. 511) to support federal court jurisdiction in this matter.

There is no reasonable basis for Plaintiffs to recover against McKesson as it did not distribute docetaxel to Plaintiff's infusion facility. McKesson has therefore been fraudulently joined and its citizenship should be disregarded for the purposes of determining diversity of citizenship. Because complete diversity of citizenship between Plaintiffs and the properly joined Defendants exists and the amount-in-controversy requirement is satisfied, Defendants respectfully request that this Court deny Plaintiffs' Motion to Remand.

/s/ *Julie A. Callsen*
Julie A. Callsen (0062287)
Brandon D. Cox (0089815)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:    216-592-5000
Facsimile:    216-592-5009
Email:    julie.callsen@tuckerellis.com
            brandon.cox@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

/s/  *Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone:      (678) 553-2100
Facsimile:      (678) 553-2100
Email:          cohenl@gtlaw.com
                merrellc@gtlaw.com
                holdene@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

3795273.1