# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| *Kalyani Mokkapati v. Sanofi-Aventis U.S. LLC, et al.*, No. 18-cv-4123 | HON. JANE TRICHE MILAZZO |

## DECLARATION OF BRETT HARROP
## ON BEHALF OF DEFENDANT MCKESSON

I, Brett Harrop, declare as follows:

1. I am the VPDO, Regional Sales & Operations, Western Division, at McKesson Corporation's U.S. Pharmaceutical business ("McKesson"). I make this declaration based on personal knowledge and on review of McKesson's business records and could competently testify to the facts herein.

2. McKesson did not distribute any Taxotere, docetaxel, or generic non-bioequivalent of same to any Valley Medical Oncology Associates at Washington Hospital in Fremont, California between August 5, 2011 and November 26, 2013.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22 day of June, 2018.

_____
BRETT HARROP