UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case No.: 2:16-md-02740-KDE-MBN <br><br> MDL NO. 2740 <br><br> SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES WHERE MCKESSON PACKAGING SERVICES, A DIVISION OF MCKESSON CORPORATION IS NAMED AS A DEFENDANT | HON. JANE TRICHE MILAZZO |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Samuel Christopher Cortina of the law firm Morrison & Foerster LLP as counsel for Defendant McKesson Packaging Services, a Division of McKesson Corporation.[1]

DATED: June 26, 2018

Respectfully submitted,

 /s/ Samuel Cortina
Samuel Christopher Cortina
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:   858.720.5125

Attorneys for Defendant
McKESSON PACKAGING SERVICES,
A DIVISION OF McKESSON CORPORATION

---

[1] By filing this notice of appearance, McKesson Packaging Services, a Division of McKesson Corporation does not waive any rights, including objections to service, venue, or jurisdiction.

1

sd-720839

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of all such filing to all CM/ECF participants.

DATED:  June 26, 2018             /s/ Samuel C. Cortina
                                      Samuel C. Cortina