UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Michelle Hudson,<br><br>    Plaintiff,<br><br>vs.<br><br>Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br><br>    Defendants. | : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-16902 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. and those claims shall remain pending in this court.

1

Respectfully submitted this 26th day of June 2018.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
*Attorneys for Plaintiff*

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for Defendant Sun*
*Pharmaceutical Industries, Inc. f/k/a*
*Caraco Pharmaceutical Laboratories, Ltd.*

By: /s/ Ronald Clifton Merrell, II
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

By: /s/ Mike Suffern
Mike Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Phama, Inc.*

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
MORRISON & FORSTER LLP

2

12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com
***Attorneys for McKesson Corporation d/b/a McKesson Packaging Services***

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
***Attorneys for Accord Healthcare, Inc.***

By: */s/ Kelly Bieri*
Kelly Bierei, Esq.
Harley V. Ratliff
SHOOK, HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Kbieri@shb.com
***Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 26, 2018                                /s/ Rhett A. McSweeney
                                                    Rhett A. McSweeney