**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Michelle Hudson, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action No.:** 2:17-cv-16902 |
| vs. | : | |
| | : | |
| | : | |
| Hospira Worldwide, LLC f/k/a Hospira | : | |
| Worldwide, Inc. and Hospira, Inc., | : | |
| | : | |
| Defendants. | : | |
| -------------------------------------------------------- | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 11, 2017 (*Michelle Hudson v. Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., et al,* Case No. 2:17-cv-16902), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Hospira Worldwide,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., rather than Sanofi US Services, Inc. f/k/a

Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc.,

McKesson Corporation d/b/a McKesson Packaging, Sun Pharmaceutical Industries, Inc. f/k/a

Caraco Pharmaceutical Laboratories, Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma,

Inc., should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed

amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there

is no opposition to this motion.


Respectfully submitted this 26th day of June 2018.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney

of record through the Court's Electronic Court Filing System.


Dated: June 26, 2018

/s/ Rhett A. McSweeney
Rhett A. McSweeney