UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| Brenda O'Shields, | |
| Plaintiff, | |
| | Civil Action No.: 2:17-cv-16852 |
| vs. | |
| Sandoz, Inc., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Accord Healthcare, Inc.; McKesson Corp. d/b/a McKesson Packaging; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendant Sandoz, Inc. and those claims shall remain pending in this court.

Respectfully submitted this 26th day of June 2018.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
*Attorneys for Plaintiff*

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com
*Counsel for Defendant Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

By: */s/ Mike Suffern*
Mike Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Phama, Inc.*

By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FORSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

By: */s/ Julie A. Callsen*
Julie A. Callsen

2

                                    Brandon D. Cox
                                    TUCKER ELLIS LLP
                                    950 Main Avenue, Suite 1100
                                    Cleveland, OH 44113-7213
                                    Telephone: 216-592-5000
                                    Facsimile: 216-592-5009
                                    julie.callsen@tuckerellis.com
                                    brandon.cox@tuckerellis.com
                                    ***Attorneys for Accord Healthcare, Inc.***

                                    By: */s/ Kelly Bieri*
                                    Kelly Bierei, Esq.
                                    Harley V. Ratliff
                                    SHOOK, HARDY & BACON
                                    2555 Grand Boulevard
                                    Kansas City, MO 64108
                                    Phone: 816-474-6550
                                    Fax: 816-421-5547
                                    Kbieri@shb.com
                                    ***Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 26, 2018                                                           /s/ Rhett A. McSweeney
                                                                                              Rhett A. McSweeney