UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Minnie Morrison,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC, et al.,<br><br>    Defendant(s). | : : : : : : : : : : | Civil Action No.: 2:17-cv-16892 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sandoz, Inc.; Accord Healthcare, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide , Inc.; Hospira, Inc.; Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Sanofi-Aventis U.S. LLC or Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. and those claims shall remain pending in this court.

1

Respectfully submitted this 26th day of June 2018.

| | |
|---|---|
| */s/ Rhett A. McSweeney* <br> Rhett A. McSweeney, #269542 <br> David M. Langevin, #329563 <br> McSweeney/Langevin <br> 2116 Second Avenue South <br> Minneapolis, MN 55404 <br> Phone: (612) 542-4646 <br> Fax: (612) 454-2678 <br> dave@westrikeback.com <br> ram@westrikeback.com <br> ***Attorneys for Plaintiff*** | By: */s/ Geoffrey M. Coan* <br> Geoffrey M. Coan <br> Kathleen E. Kelly <br> HINSHAW & CULBERTSON LLP <br> 28 State St., 24th Floor <br> Boston, MA 02109 <br> Telephone: (617) 213-7000 <br> Facsimile: (617) 213-7001 <br> gcoan@hinshawlaw.com <br> kekelly@hinshawlaw.com <br> ***Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*** <br><br> By: */s/ Ronald Clifton Merrell, II* <br> Ronald Clifton Merrell, II <br> Evan Courtright Holden <br> GREENBERG TRAURIG, LLP <br> Terminus 200 <br> 3333 Piedmont Road NE <br> Suite 2500 <br> Atlanta, GA 30305 <br> Telephone: 678-553-2100 <br> Facsimile: 678-553-2100 <br> merrellc@gtlaw.com <br> holdene@gtlaw.com <br> ***Counsel for Defendant Sandoz, Inc.*** <br><br> By: */s/ Mark S. Cheffo* <br> Mark S. Cheffo <br> Mara Cusker Gonzalez <br> Sara Roitman <br> DECHERT LLP <br> 1095 6th Avenue <br> New York, NY 10036 <br> Telephone: (212) 698-3500 <br> Facsimile: (212) 698-3599 <br> mark.cheffo@dechert.com <br> MaraCusker.Gonzalez@dechert.com <br> sara.roitman@dechert.com <br> ***Counsel for Defendant Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*** |

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
**Attorneys for Accord Healthcare, Inc.**

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
kbieri@shb.com
hratliff@shb.com
**Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 26, 2018                               /s/ Rhett A. McSweeney
                                                   Rhett A. McSweeney

3