UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Veneda Potts,<br><br>    Plaintiff,<br><br>vs.<br><br>Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.,<br><br>    Defendants.<br>------------------------------------------------------------ | : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-16950 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. and those claims shall remain pending in this court.

1

Respectfully submitted this 26th day of June 2018.

*/s/ Rhett A. McSweeney*  
Rhett A. McSweeney, #269542  
David M. Langevin, #329563  
McSweeney/Langevin  
2116 Second Avenue South  
Minneapolis, MN 55404  
Phone: (612) 542-4646  
Fax: (612) 454-2678  
dave@westrikeback.com  
ram@westrikeback.com  
*Attorneys for Plaintiff*

By: */s/ Geoffrey M. Coan*  
Geoffrey M. Coan  
Kathleen E. Kelly  
HINSHAW & CULBERTSON LLP  
28 State St., 24th Floor  
Boston, MA 02109  
Telephone: (617) 213-7000  
Facsimile: (617) 213-7001  
gcoan@hinshawlaw.com  
kekelly@hinshawlaw.com  
*Counsel for Defendant Sun*  
*Pharmaceutical Industries, Inc. f/k/a*  
*Caraco Pharmaceutical Laboratories, Ltd.*

By: */s/ Ronald Clifton Merrell, II*  
Ronald Clifton Merrell, II  
Evan Courtright Holden  
GREENBERG TRAURIG, LLP  
Terminus 200  
3333 Piedmont Road NE  
Suite 2500  
Atlanta, GA 30305  
Telephone: 678-553-2100  
Facsimile: 678-553-2100  
merrellc@gtlaw.com  
holdene@gtlaw.com  
*Counsel for Defendant Sandoz, Inc.*

By: */s/ Erin M. Bosman*  
Erin M. Bosman  
Julie Y. Park  
MORRISON & FORSTER LLP  
12531 High Bluff Dr.  
San Diego, CA 92130-2040  
Telephone: 858-720-5100  
Facsimile: 858-720-5125  
ebosman@mofo.com  
juliepark@mofo.com  
*Attorneys for McKesson Corporation d/b/a*  
*McKesson Packaging Services*

By: */s/ Julie A. Callsen*  
Julie A. Callsen  
Brandon D. Cox

2

                                                TUCKER ELLIS LLP
                                                950 Main Avenue, Suite 1100
                                                Cleveland, OH 44113-7213
                                                Telephone: 216-592-5000
                                                Facsimile: 216-592-5009
                                                julie.callsen@tuckerellis.com
                                                brandon.cox@tuckerellis.com
                                                ***Attorneys for Accord Healthcare, Inc.***

                                                By: */s/ Kelly Bieri*
                                                Kelly Bierei, Esq.
                                                Harley V. Ratliff
                                                SHOOK, HARDY & BACON
                                                2555 Grand Boulevard
                                                Kansas City, MO 64108
                                                Phone: 816-474-6550
                                                Fax: 816-421-5547
                                                Kbieri@shb.com
                                                ***Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 26, 2018                                                                           /s/ Rhett A. McSweeney
                                                                                                       Rhett A. McSweeney