# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| Mary Turner,<br><br>    Plaintiff,<br><br>vs.<br><br>Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC,<br><br>    Defendants. | : : : : : : : : : : : : | Civil Action No.: 2:17-cv-16920 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. And those claims shall remain pending in this court.

1

Respectfully submitted this 26th day of June 2018.

| | |
|---|---|
| */s/ Rhett A. McSweeney* <br> Rhett A. McSweeney, #269542 <br> David M. Langevin, #329563 <br> McSweeney/Langevin <br> 2116 Second Avenue South <br> Minneapolis, MN 55404 <br> Phone: (612) 542-4646 <br> Fax: (612) 454-2678 <br> dave@westrikeback.com <br> ram@westrikeback.com <br> ***Attorneys for Plaintiff*** | By: */s/ Geoffrey M. Coan* <br> Geoffrey M. Coan <br> Kathleen E. Kelly <br> HINSHAW & CULBERTSON LLP <br> 28 State St., 24th Floor <br> Boston, MA 02109 <br> Telephone: (617) 213-7000 <br> Facsimile: (617) 213-7001 <br> gcoan@hinshawlaw.com <br> kekelly@hinshawlaw.com <br> ***Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*** |

By: */s/ Ronald Clifton Merrell, II*
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
***Counsel for Defendant Sandoz, Inc.***

By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FORSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com
***Attorneys for McKesson Corporation d/b/a McKesson Packaging Services***

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez

2

                                          Sara Roitman
                                        DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com
***Counsel for Defendant Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 26, 2018                                                        /s/ Rhett A. McSweeney
                                                                              Rhett A. McSweeney