# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Angela Thomas and Kevin Thomas, <br><br>    Plaintiffs,<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.,<br><br>    Defendant. | : : : : : : : : : : : : | <br><br><br>Civil Action No.: 2:16-cv-15558 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi S.A.; Aventis Pharma S.A.; and Sanofi U.S. Services, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendant Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and those claims shall remain pending in this court.

Respectfully submitted this 26th day of June 2018.

| | |
|---|---|
| */s/ Rhett A. McSweeney*<br>Rhett A. McSweeney, #269542<br>David M. Langevin, #329563<br>McSweeney/Langevin<br>2116 Second Avenue South | By: */s/ Kelly Bieri*<br>Kelly Bierei, Esq.<br>Harley V. Ratliff<br>SHOOK, HARDY & BACON<br>Kansas City, MO 64108 |

1

| | |
|---|---|
| Minneapolis, MN 55404 | Phone: 816-474-6550 |
| Phone: (612) 542-4646 | Telephone: (617) 213-7000 |
| Fax: (612) 454-2678 | Fax: 816-421-5547 |
| dave@westrikeback.com | Kbieri@shb.com |
| ram@westrikeback.com | *Attorney for Sanofi-aventis U.S. LLC and* |
| *Attorneys for Plaintiff* | *Sanofi US Services Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: June 26, 2018                                         /s/ Rhett A. McSweeney
                                                             Rhett A. McSweeney