UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| <u>Angela Thomas and Kevin Thomas</u>, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: <u>2:16-cv-15558</u> |
| vs. | : | |
| | : | |
| | : | |
| <u>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.</u>, | : | |
| | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the United States District Court for the District of Minnesota on September 12, 2016 (*Angela Thomas v. Sanofi S.A., et al*, Case No. 0:16-cv-03047), and was subsequently transferred to the Eastern District of Louisiana on October 17, 2016 pursuant to Conditional Transfer Order 1 (CTO-1). Subsequently Plaintiff filed an Amended Complaint in the Eastern District of Louisiana on May 31, 2017 (*Angela Thomas v. Sanofi S.A., et al*, Case No. 2:16-cv-15558).

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

through the acquisition of additional records NDC Codes that show that Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., rather than Sanofi S.A., Aventis Pharma S.A., and Sanofi US Services Inc., should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

      Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 26th day of June 2018.

                                                   /s/ Rhett A. McSweeney
                                                 Rhett A. McSweeney, #269542
                                                 David M. Langevin, #329563
                                                 McSweeney/Langevin
                                                 2116 Second Avenue South
                                                 Minneapolis, MN 55404
                                                 Phone: (612) 542-4646
                                                 Fax: (612) 454-2678
                                                 dave@westrikeback.com
                                                 ram@westrikeback.com
                                                 Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 26, 2018                                      /s/ Rhett A. McSweeney
                                                             Rhett A. McSweeney