**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Angela Thomas, and Kevin Thomas,_____, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | **Civil Action No.:** 2:16-cv-15558 |
| vs. | : | |
| | : | |
| | : | |
| Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S, | : | |
| | : | |
| Defendant(s). | : | |
| ---------------------------------------------------------- | : | |

**ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____ , 2018.

_____
Judge Jane Milazzo, U.S. District Judge