UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION "N" (5) |
| | : | |
| | : | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: | : | |
| *Moore v. Sanofi-Aventis U.S. LLC et al,* | : | MAG. JUDGE MICHAEL B. NORTH |
| 2:17-cv-12673-JTM-MBN | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Brenda Moore's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., and Pfizer Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Dated: June 14, 2018

 */s/ Dean A. Goetz*

Dean A. Goetz
THE GOETZ FIRM, INC.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com

 */s/ Kelly Bieri*

Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: kbieri@shb.com
             hratliff@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

 */s/ Evan Holden*

Evan Holden
R. Clifton Merrell
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: merrellc@gtlaw.com
   holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

   */s/ Brandon D. Cox*
Brandon D. Cox
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: brandon.cox@tuckerellis.com
   julie.callsen@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

   */s/ Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Email: mark.cheffo@dechert.com
   maracusker,gonzalez@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 27, 2018    /s/ *Dean A. Goetz*
Dean A. Goetz
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com