UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Cynthia Raines, et al v. Sanofi-Aventis U.S. LLC et al* 2:17-cv-12694-KDE-MBN | : : : : | MAG. JUDGE MICHAEL B. NORTH |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs Cynthia and James Raines' claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Dated: April 6, 2018

| | |
|---|---|
| */s/ Dean A. Goetz* | */s/ Kelly Bieri* |
| Dean A. Goetz | Kelly Bieri |
| THE GOETZ FIRM, INC. | Harley V. Ratliff |
| 603 N. Coast Hwy 101, Ste. H | SHOOK, HARDY & BACON L.L.P |
| Solana Beach, CA 92075 | 2555 Grand Blvd. |
| Telephone: (858) 481-8844 | Kansas City, MO 64108 |
| FAX: (858) 481-2139 | Telephone: (816) 474-6550 |
| E-mail: dgoetz12@gmail.com | Facsimile: (816) 421-5547 |
| | Email: kbieri@shb.com |
| | hratliff@shb.com |
| | *Counsel for Defendants Sanofi-Aventis U.S.* |

*LLC and Sanofi US Services Inc.*

  */s/ Evan Holden*
Evan Holden
R. Clifton Merrell
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: merrellc@gtlaw.com
       holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

  */s/ Brandon Cox*
Brandon D. Cox
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: brandon.cox@tuckerellis.com
       julie.callsen@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

  */s/ Julie Park*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile:   (858) 720-5125
Email: ebosman@mofo.com
       Juliepark@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

  */s/ Mara Cusker Gonzalez*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
DECHERT LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Email: mark.cheffo@dechert.com
maracusker,gonzalez@dechert.com
lavinia.denniston@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

   */s/ Michael Suffern*
Michael J. Suffern
Kimberley L. Beck
ULMER & BERNE LLP
600 Vine St, Ste 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 27, 2018                     /s/ *Dean A. Goetz*
                                         Dean A. Goetz
                                         The Goetz Firm, Inc.
                                         603 N. Coast Hwy 101, Ste. H
                                         Solana Beach, CA 92075
                                         Telephone: (858) 481-8844
                                         FAX: (858) 481-2139
                                         E-mail: dgoetz12@gmail.com