UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: *Janet Jones v. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No. 2:17-cv-17730 | : : : : | JUDGE JANE TRICHE MILAZZO |
| | | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff Janet Jones' claims pending against all defendants in this action, cause number 2:17-cv-17730; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 27th of June 2018.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C**.
By: /s/Amy Collignon Gunn
    John G. Simon
    Amy Collignon Gunn
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    Phone: 314-241-2929
    Fax: 314-241-2029
    jsimon@simonlawpc.com
    agunn@simonlawpc.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Douglas J. Moore
    Douglas J. Moore
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Phone: (504) 310-2100
    dmoore@irwinllc.com

**SHOOK, HARDY & BACON LLP**

By: /s/ Kelly Bieri
    Kelly Bieri
    Harley V. Ratliff
    2555 Grand Boulevard,
    Kansas City, MO 64108
    Phone: 816-474-6550
    Fax: 816-421-5547
    kbieri@shb.com
    hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**GREENBERG TAURIG, LLP**

By: /s/ R. Clifton Merrell
    R. Clifton Merrell
    Evan Holden
    Terminus 200
    3333 Piedmont Road NE, Suite 2500
    Atlanta, GA 30305
    Phone: 678-553-2100
    holdene@gtlaw.com
    merrellc@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
    Julie A. Callsen
    Brandon D. Cox
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    Phone: 216-592-5000
    Fax: 216-592-5009
    Julie.callsen@tuckerellis.com
    Brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**
By: /s/ Erin M. Bosman
    Erin M. Bosman
    Julie Y. Park
    12531 High Bluff Dr.
    San Diego, CA 92130-2040
    Phone: 858-720-5100
    Fax: 858-720-5125
    ebosman@mofo.com
    juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Services*

**DECHERT LLP**
By: /s/ Mark Cheffo
    Mark Cheffo
    Mara Cusker Gonzalez
    Sara Roitman
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: 212-698-3814
    Fax: 212-698-3599
    mark.cheffo@dechert.com
    MaraCusker.Gonzalez@dechert.com
    sara.roitman@dechert.com

*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.*

**HINSHAW & CULBERTSON LLP**
By: /s/ Geoffrey M. Coan
    Geoffrey M. Coan
    Kathleen E. Kelly
    53 State Street, 27th Floor
    Boston, MA 02109
    Phone: 617-213-7000
    Fax: 617-213-7001
    gcoan@hinshawlaw.com
    kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**ULMER & BERNE LLP**
By: /s/ Michael J. Suffern
　　Michael J. Suffern
　　Jeffrey F. Peck
　　Jeffrey R. Schaefer
　　600 Vine St., Suite 2800
　　Cincinnati, OH 45202
　　msuffern@ulmer.com
　　jpeck@ulmer.com
　　jschaefer@ulmer.com

*Attorneys for Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th of June 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn