**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO:                   HON. JANE T. MILAZZO
*Natalie Brown, et al. v. Sanofi, S.A. et al.*,
Case No. 2:17-cv-12489

**OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, Plaintiffs' counsel moves to withdraw as counsel of record for clients Natalie and Zealouis Brown in Civil Action Number 2:17-cv-12489 for the reasons provided below. Pursuant to Pretrial Order Number 74, Plaintiffs' counsel states Plaintiffs have not yet complied with Amended Pretrial Order Number 22 and Plaintiffs are subject to a pending show cause order (Order to Show Cause Number 4).

1.      Plaintiffs have been generally non-responsive to all correspondence from Langdon & Emison, LLC, including U.S. Mail, Electronic Mail, UPS, and Certified Mail with return receipt requested.

2.      Plaintiffs have also been generally non-responsive to telephone calls from Langdon & Emison, LLC, made on December 8, 2017, December 20, 2017, January 2, 2018, January 3, 2018, January 16, 2018, January 25, 2018, February 5, 2018, February 9, 2018, February 13, 2018, February 15, 2018, February 16, 2018, February 19, 2018, February 21, 2018, February 22, 2018, February 27, 2018, February 28, 2018, March 5, 2018, March 8, 2018, March 26, 2018, April 2, 2018, April 3, 2018, and April 9, 2018. During this time, Langdon & Emison, LLC was only able to connect with Ms. Brown on one day, March 20, 2018,

during which Ms. Brown seemed cooperative, but Langdon & Emison, LLC has since been unable to reach her again.

3.      Langdon & Emison, LLC sent correspondence to Ms. Brown via U.S. Mail on November 15, 2017, December 20, 2017, December 28, 2017, January 26, 2018, and March 13, 2018. Langdon & Emison, LLC sent correspondence to Ms. Brown via certified mail, return receipt requested on January 9, 2018, which Mr. Brown signed for on January 13, 2018. Langdon & Emison, LLC also sent correspondence via electronic mail to Ms. Brown on February 12, 2018, February 15, 2018, February 16, 2018, February 19, 2018, February 21, 2018, February 22, 2018, February 27, 2018, and February 28, 2018. Langdon & Emison, LLC also sent various and numerous text messages to Ms. Brown throughout this timeframe. Plaintiffs remain generally non-responsive to all written correspondence.

4.      Plaintiffs fail to uphold the representation agreement with Langdon & Emison, LLC, and fail to participate, cooperate and respond to counsel regarding their case.

5.      Ms. Brown was non-responsive to the most recent attempts from Langdon & Emison, LLC, to communicate with her in order to receive back her completed court-ordered Plaintiff Fact Sheet.

6.      As required by PTO 74, Plaintiffs' counsel states he has been unable to discuss counsel's withdrawal with Plaintiffs due to their unresponsiveness. Langdon & Emison, LLC attempted to send correspondence to Plaintiffs on April 9, 2018 notifying them of counsel's intent to withdraw. This correspondence was sent via Certified Mail/Return Receipt Requested on April 9, 2018 and via regular mail on April 10, 2018. However, the correspondence sent via Certified Mail/Return Receipt Requested was returned to Langdon & Emison unclaimed.

7.      Pursuant to PTO 74, please see Exhibit A, an Affidavit regarding the above-referenced efforts to communicate with Plaintiffs and any return receipts of certified letters that were mailed to Plaintiffs in the course of efforts to communicate with them.

WHEREFORE Plaintiffs' counsel requests this Court allow them to withdraw as counsel of record for clients Natalie and Zealouis Brown in the above-referenced case and that Langdon & Emison, LLC be relieved of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents would be served directly to Plaintiffs, Natalie and Zealouis Brown, at the following contact information:

Natalie and Zealouis Brown
3971 Busby Mill Court
Ellenwood, Georgia 30294
Phone: (678) 557-3618

Dated: June 27, 2018                                        Respectfully submitted,

                                                             /s/ Brett A. Emison_____
                                                            Brett A. Emison, MO Bar #
                                                            Langdon & Emison, LLC
                                                            911 Main Street
                                                            Lexington, Missouri 64067
                                                            Phone: 660-259-6175
                                                            Fax:  660-259-4571
                                                            Email:  brett@lelaw.com


**CERTIFICATION PURSUANT TO PTO 74**

Plaintiffs' counsel hereby certifies that he contacted defense liaison counsel and contact counsel for each named and served Defendant in this case at least fourteen (14) days prior to the filing of the instant motion and served Defendant has responded in writing that it intends to oppose this motion.


                                                             /s/ Brett A. Emison_____
                                                            Brett A. Emison

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class, certified mail to all counsel of record who are non-CM/ECF participants and to Plaintiffs at the below address with a description of any deadlines and pending court appearances in their case.

Natalie and Zealouis Brown
3971 Busby Mill Court
Ellenwood, Georgia 30294

 /s/ Brett A. Emison_____
Brett A. Emison