## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| NATALIE BROWN, et al., | SECTION "N" (5) HON. JANE T. MILAZZO MAG. MICHAEL NORTH |
| PLAINTIFF, | |
| v. | |
| | CIVIL ACTION NO. 2:17-cv-12489 |
| SANOFI-AVENTIS U.S. LLC, et al, | |
| DEFENDANTS. | |

## **NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Attorney for Plaintiff will submit the accompanying Motion to Withdraw as Counsel of Record on the 18th day of July 2018, at 9:30 a.m., before the Honorable Jane T. Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130.

Oral argument has not been requested.

Respectfully submitted,

 /s/ Brett A. Emison
Brett A. Emison, MO Bar #52072
Langdon & Emison, LLC
911 Main Street
Lexington, MO 64067
Phone: 660-259-6175
Fax: 660-259-4571
Email: brett@lelaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                                   _/s/Brett A. Emison_____
                                                   Brett A. Emison