BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Natalie Brown, et al. v. Sanofi, S.A. et al.*, Case No. 2:17-cv-12489 | HON. KURT D. ENGELHARDT |

**AFFIDAVIT OF COUNSEL**

COMES NOW, Brett A. Emison, being first duly sworn, deposes, and states as follows:

1. I, Brett A. Emison, am one of the attorneys at Langdon & Emison, LLC currently representing Plaintiffs in the above-referenced case.

2. Langdon & Emison, LLC has been unable to sufficiently communicate with Plaintiffs to allow Langdon & Emison, LLC to continue to represent them in this case due to their unresponsiveness to counsel's efforts to communicate with them.

3. All reasonable efforts were made to communicate with Plaintiffs, including by telephone, email, text message, U.S. Mail, and certified mail, return receipt requested.

4. Those efforts are described below:

    a. Plaintiffs have been generally non-responsive to telephone calls from Langdon & Emison, LLC, made on December 8, 2017, December 20, 2017, January 2, 2018, January 3, 2018, January 16, 2018, January 25, 2018, February 5, 2018, February 9, 2018, February 13, 2018, February 15, 2018, February 16, 2018, February 19, 2018, February 21, 2018, February 22, 2018, February 27, 2018, February 28, 2018, March 5, 2018, March 8, 2018, March 26, 2018, April 2, 2018, April 3, 2018, and April 9, 2018. During this time, Langdon & Emison, LLC was only able to connect with Ms. Brown on one day, March 20, 2018,

during which Ms. Brown seemed cooperative, but Langdon & Emison, LLC has since been unable to reach her again.

b. Langdon & Emison, LLC sent correspondence to Ms. Brown via U.S. Mail on November 15, 2017, December 20, 2017, December 28, 2017, January 26, 2018, and March 13, 2018; via certified mail, return receipt requested on January 9, 2018, which Mr. Brown signed for on January 13, 2018; and via electronic mail on February 12, 2018, February 15, 2018, February 16, 2018, February 19, 2018, February 21, 2018, February 22, 2018, February 27, 2018, and February 28, 2018.

c. Langdon & Emison, LLC also sent various and numerous text messages to Ms. Brown throughout this timeframe; specifically, on December 28, 2017, February 12, 2018, February 15, 2018, February 16, 2018, February 19, 2018, February 22, 2018, February 27, 2018, February 28, 2018, March 5, 2018, March 6, 2018, March 8, 2018, March 16, 2018, and April 3, 2018.

d. Plaintiffs remain generally non-responsive to all written correspondence.

5. Return receipts of any certified letters mailed to Plaintiffs in the course of efforts to communicate with them are attached hereto.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brett A. Emison

Subscribed and sworn to before me on this 16th day of April, 2018.

GINA REPPHUN
Notary Public - Notary Seal
Lafayette County - State of Missouri
My Commission Expires Jan. 11, 2021
Commission # 12345684

My commission expires: Jan. 11, 2021

_____
Notary Public