BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>*Natalie Brown, et al. v. Sanofi, S.A. et al.,*<br>Case No. 2:17-cv-12489 | HON. JANE T. MILAZZO |

## WRITTEN STATEMENT RE COMPLIANCE TO AMENDED PTO 22

Pursuant to Pretrial Order No. 74 (Rec. Doc. 1470), Paragraph 1(c), Plaintiffs' counsel submits this written statement to indicate that Plaintiffs in the above-referenced case have not yet complied with Amended Pretrial Order No. 22 (Rec. Doc. 325). Plaintiffs' case was subject to Order to Show Cause Number 4. The Response to Order to Show Cause Number 4 was filed on April 23, 2018.

Dated: June 27, 2018

Respectfully submitted,

LANGDON & EMISON

/s/Brett A. Emison
Brett A. Emison, MO Bar #52072
Langdon & Emison, LLC
911 Main Street
Lexington, Missouri 64067
Phone: 660-259-6175
Fax: 660-259-4571
Email: brett@lelaw.com