

**CERTIFIED MAIL**

7016 0600 0000 6283 7723



neopost
04/09/2018
US POSTAGE $006.67
FIRST-CLASS MAIL
ZIP 64067
041L11253357



**LANGDON & EMISON**
ATTORNEYS AT LAW, LLC

P.O. Box 220
Lexington, MO 64067

Name
1st Notice
2nd Notice  5-4-18
Return

4-13

*Via U.S. Mail, Certified, Return Receipt Requested*
Natalie A. Brown
Zealouis Brown
3971 Busby Mill Court
Ellenwood, GA 30294

NIXIE      300   DE 1        0005/01/18
          RETURN TO SENDER
             UNCLAIMED
          UNABLE TO FORWARD

BC: 64067822020        *1420-01307-09-42*

