# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,* <br> *Civil Action No. 2:17-cv-15657* | Date of Hearing: July 25, 2018 <br> Time of Hearing: 9:30AM <br> Hon. Jane Triche Milazzo <br> Courtroom: C224 |

## PLAINTIFF'S NOTICE OF FILING UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, SANDRA ESPE, by and through undersigned counsel, who respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. as defendants. Plaintiff's medical records identify Sanofi-Aventis and Sanofi U.S. Services as an additional manufacturer of the Docetaxel administered to Plaintiff. Plaintiff respectfully asks that the Court grant her such leave.

Dated: June 27, 2018
                                                      Respectfully submitted,

                                                      */s/ John C. Thornton*
                                                      John C. Thornton, Esq.
                                                      ANDREWS & THORNTON
                                                      4701 Von Karman Ave., #300
                                                      Newport Beach, CA 92660
                                                      Phone: (949) 748-1000

2

Facsimile: (949) 315-3540
jct@andrewsthornton.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I served a true and accurate copy of the above **PLAINTIFF'S NOTICE OF FILING UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; and (Proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ John Thornton*
John C. Thornton