## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,*<br>*Civil Action No. 2:17-cv-15657* | Date of Hearing: July 25, 2018<br>Time of Hearing: 9:30AM<br>Hon. Jane Triche Milazzo<br>Courtroom: C224 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, SANDRA ESPE, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. as defendants. Plaintiff's medical records identify Sanofi-Aventis and Sanofi U.S. Services as an additional manufacturer of the Docetaxel administered to Plaintiff.

Dated: June 27, 2018

Respectfully submitted,

*/s/ John C. Thornton*
John C. Thornton, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
jct@andrewsthornton.com
***Attorney for Plaintiff***

1

2

/s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*

## COMPLIANCE

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I served a true and accurate copy of the above **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

/s/ John Thornton
John C. Thornton