# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,*<br>Civil Action No. 2:17-cv-15657 | |

## (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Upon Plaintiff's Motion for Leave to File an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

This _____ day of _____, 2018.

_____
The Hon. Jane Triche Milazzo

1