UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Theresa Call,   Plaintiff, vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.   Defendants. Civil Case No.: 2:17-cv-12754 | : : : : : : : : : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.,. Each party to bear their own costs.

Plaintiff will continue her case against Defendant Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. based upon the product identification received.

This the 28th day of June, 2018.

    Whitfield Bryson & Mason LLP

    */s/ Daniel K. Bryson*
    Daniel K. Bryson
    N.C. Bar No. 15781
    900 W. Morgan Street
    Raleigh, NC 27603
    Telephone: 919-600-5000
    Facsimile: 919-600-5035
    Email: dan@wbmllp.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 28th day of June, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*