IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| CHRISTINE MURRAY, | : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 2:17-CV-11238 |
| SANDOZ INC., | : : | |
| Defendants. | : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Christine Murray, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, CHRISTINE MURRAY, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on October 25, 2017, shortly after she became aware of claims associated with Taxotere use.

The Short Form Complaint named naming Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sandoz Inc., Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Pfizer, Inc., and Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories. On January 23, 2018, defense counsel were provided

with all evidence of the undersigned counsel's attempts to obtain Product ID pursuant to CMO 12.

On February 28, 2018, defense counsel provided documents received from their medical requests evidencing their attempts to obtain Product ID pursuant to CMO 12, to no avail. On March 8, 2018, our office issued subpoenas in an attempt to obtain Product ID. Through the subpoena process our office received the attached documentation from Dr. Vivian Cline's office and obtained the NDC code for Sandoz Inc. This documentation was uploaded to the Taxotere MDL Centrality portal as CMO 12 Product ID on April 4, 2018. Based on this document, and in order to comply with CMO 12, on April 5, 2018, a Notice of Voluntary Dismissal Without Prejudice was filed dismissing all defendants except Sandoz Inc.

However, upon further review of the documentation received from Dr. Vivian Cline's office which provided NDC codes for Sandoz Inc. (66758-0050-03) for five treatments, it was discovered that there was also one treatment for **Hospira, Inc. (0409-0201-02).** Therefore, it is necessary to amend the Complaint to re-name Hospira, Inc., as a named defendant in this matter.

WEHREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will enter an Order granting Plaintiff permission to amend her Complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., as named defendants in this matter.

Dated this 28th day of June, 2018.

Respectfully submitted by,

s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant.

By:    s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    s/ *Michael P. McGartland*
Michael P. McGartland