UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

### ORDER RE: PLAINTIFF'S CONSENT MOTION TO CONTINUE SUBMISSION DATE FOR SANOFI DEFENDANTS' MOTION FOR RULE 37 SANCTIONS

Considering the foregoing consent motion,

IT IS ORDERED that the submission date on Sanofi's Motion for Sanctions Pursuant to FRCP 37 (Rec. Doc. 2831) is hereby continued to July 18, 2018;

IT IS FURTHER ORDERED that the Plaintiff shall file her opposition by July 2, 2018, and the Defendants shall file their reply memorandum no later than July 16, 2018.

IT IS FURTHER ORDERED that oral argument on Sanofi's Motion for Sanctions Pursuant to FRCP 37 (Rec. Doc. 2831) is SET for July 18, 2018 at 1:00p.m.. Each party is limited to 7 minutes of argument.

New Orleans, Louisiana this 27th day of June 2018.

_____
Honorable Judge Milazzo
United States District Court Judge

1