BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 SECTION<br><br>"H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Kalyani Mokkapati et al. vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br>Case No. 2:18-cv-04123 | HON. JANE T. MILAZZO |

## ORDER GRANTING EXTENSION OF TIME TO FILE INDIVIDUALIZED STATEMENT IN OPPOSITION TO REMAND

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Defendants Sandoz Inc. and Accord Healthcare, Inc.'s Unopposed Motion for Extension of Time To File Individualized Statement in Opposition to Remand (Rec. Doc. 3133). Defendants Sandoz Inc. and Accord Healthcare, Inc's Individualized Statement in Opposition to Remand filed as Rec. Doc. 3157 is hereby accepted by the Court.

SO ORDERED this 27th day of June, 2018.

_____
Hon. Jane T. Milazzo
UNITED STATES DISTRICT COURT JUDGE

ATL 22855163v1