MINUTE ENTRY
MILAZZO, J.
JUNE 27, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H' (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

    An informational status conference was conducted on Wednesday, June 27, 2018, at 9:00 a.m.

(JS10:  03:30)

