# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| KATHY WEAVER, | |
| Plaintiff, | |
| | Civil Action No.: 2:17-cv-01160 |
| vs. | |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC | |
| Defendants | |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

COMES NOW, Plaintiff Kathy Weaver and files this motion to substitute her surviving heir, Danny Weaver, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the Court the following:

1. Plaintiff Kathy Weaver filed the present action in the United States District Court of the Eastern District of Louisiana on February 9, 2017.

2. Plaintiff Kathy Weaver died on November 30, 2017.

3. On March 30, 2018, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a).

4. Danny Weaver, surviving spouse of Kathy Weaver, is the next of kin and proper party plaintiff pursuant to the laws of the State of Alabama.

WHEREFORE, Counsel for Plaintiff requests that Danny Weaver be substituted as the proper party Plaintiff pursuant to Federal Rule of Civil Procedure 25 (a)(1).

Dated: June 28, 2018

                                                Respectfully submitted,

                                                KENNEDY HODGES, LLP
                                                David W. Hodges
                                                dhodges@kennedyhodges.com
                                                Gabriel A. Assaad
                                                gassaad@kennedyhodges.com
                                                4409 Montrose Blvd. Ste 200
                                                Houston, TX 77006
                                                Telephone: (713) 523-0001
                                                Facsimile: (713) 523-1116

                                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 28, 2018 a copy of the above foregoing *Motion for Substitution of Proper Party* has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established by MDL 2740.

                                      /s/ David W. Hodges_____