# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| KATHY WEAVER,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC<br><br>    Defendants | : : : : : : : : : : : : | Civil Action No.: 2:17-cv-01160 |

## ORDER

This came before the Court on Plaintiff Kathy Weaver's Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Danny Weaver, on Behalf of the Estate of Kathy Weaver, is substituted as Plaintiff in the above referenced action.

Date:_____                                      BY THE COURT

                                                            _____
                                                            JUDGE, U.S. DISTRICT COURT