UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*ALL BACHUS & SCHANKER CASES*

## PLAINTIFFS' MOTION TO EXTEND PTO 71A DEADLINE

Plaintiffs, through undersigned counsel, move to extend the deadline for Bachus & Schanker Plaintiffs to comply with the Court's Order on Electronically Stored Information, PTO 71A, of June 28, 2018 to October 26, 2018. The reasons for the extension are outlined in Plaintiffs' Memorandum in Support of the extension, along with Exhibit A.

Undersigned counsel attempted to confer with counsel for all Defendants via telephone and e-mail, but as of filing, counsel had only received responses from Defendants Sandoz, Sanofi, Accord, and Actavis. Sanofi, Sandoz, and Accord oppose the Motion, and Actavis does not take a position on this Motion.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

1

## CERTIFICATE OF SERVICE

I certify that on June 28, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

<em>/s/ J. Christopher Elliott</em>