EXHIBIT A

| Civil Case No. | Case Name |
| --- | --- |
| 2:2017cv14632-KDE-MBN | Ali, Aysha |
| 2:16-cv-17203-KDE-MBN | Allen, Sherrell |
| 2:2018cv02602 | Allred, Linda |
| 2:2018cv02257 | Amey, Shirley |
| 2:16-cv-17498-KDE-MBN | Anderson, Paula |
| 2:2017cv16252-KDE-MBN | Andrade, Maria |
| 2:17-cv-00118-KDE-MBN | Austin, Rhonda |
| 2:2017cv16092-KDE-MBN | Ayers, Ella |
| 2:2017cv16802 | Bailey, Paula |
| 2:17-cv-12244-KDE-MBN | Baker, Melinda |
| 2:17-cv-11343-KDE-MBN | Bargas, Gloria |
| 2:2017cv16617 | Bass, Corina |
| 2:2018cv02324 | Bates, Arlene |
| 2:17-cv-08639-KDE-MBN | Bauman, Danielle |
| 2:17-cv-07920-KDE-MBN | Beamon, Alicia |
| 2:17-cv-01188-KDE-MBN | Bean, Andrea |
| 2:2017cv16599 | Beans, Ora Lee |
| 2:2018cv01433 | Beaver, Amy |
| 2:17-cv-10105-KDE-MBN | Bellmore, Annette |
| 2:2018cv02259 | Bender, Elizabeth |
| 2:17-cv-10293-KDE-MBN | Benjamin, Clemintene |
| 2:2017cv16614 | BENNETT, ROSETTA |
| 2:17-cv-11459-KDE-MBN | Berry, Deborah |
| 2:17-cv-08328-KDE-MBN | Bersentes, Yianna |
| 2:2018cv02325 | Blake, Barbara |
| 2:2017cv16611 | Blake, Janette |
| 2:17-cv-09168-KDE-MBN | Blogg, Mary |
| 2:17-cv-11905-KDE-MBN | Bloomstrom, Kim |
| 2:2018cv02784 | Bohling, Bonnie |
| 2:17-cv-12237-KDE-MBN | Bolds, Dorothy |
| 2:2018cv02865 | Borders, Susanne |
| 2:17-cv-08908-KDE-MBN | Boyd, Dorothy |
| 2:2018cv01314 | Boyd, Virginia |
| 2:2018cv01315 | Boyles, Nancy |
| 2:2017cv14655-KDE-MBN | Brackens, Yolandia |
| 2:2017cv14640-KDE-MBN | Brandon, Bonita |
| 2:18-cv-05404 | Brewer, Brenda |
| 2:2017cv17028 | Brewster, Catherine |
| 2:17-cv-07801-KDE-MBN | Bromeling, Katherine |
| 2:2018cv02792 | BROWN, CARINA 19128 |
| 2:2017cv16799 | Brown, Deborah |
| 2:2017cv17029 | Brown, LaWanna |
| 2:16-cv-16897-KDE-MBN | Brown, Virginia |
| 2:17-cv-09613-KDE-MBN | Bruning, Sally |

| | |
|---|---|
| 2:2017cv16246-KDE-MBN | Bruns, Pamela |
| 2:17-cv-11742-KDE-MBN | Bryant, Oleta |
| 2:2017cv14625-KDE-MBN | Burchett, Linda |
| 2:2018cv01883 | Burns Holloway, Angela |
| 2:2018cv01443 | Burrell, Anna |
| 2:17-cv-08634-KDE-MBN | Burton, Tammy |
| 2:2017cv16817 | Burton-Lewis, Tracy |
| 2:2018cv01321 | CALDWELL, JUANITA 16977 |
| 2:2018cv02328 | Canterberry, Cindy |
| 2:17-cv-10651-KDE-MBN | Carroll, Mary |
| 2:16-cv-15322-KDE-MBN | CARSON, HATTIE 15821 |
| 2:17-cv-09537-KDE-MBN | Carvajal, Mary |
| 2:2018cv01323 | Cawthon, Connie |
| 2:18-cv-05461 | Chapman, Susan |
| 2:2018cv01324 | Cheshire, Carla |
| 2:2018cv02923 | Clayton, Sharolyn |
| 2:17-cv-10299-KDE-MBN | Clink, Brenda |
| 2:2018cv01325 | Cokley, Rosalind |
| 2:16-cv-17945-KDE-MBN | Cole, Belinda |
| 2:2017cv16250-KDE-MBN | Coleman, Hattie |
| 2:2017cv17985 | Conner, Regina |
| 2:17-cv-12265-KDE-MBN | Cook, Sheila |
| 2:2017cv16253-KDE-MBN | Cornelison, Carrolyn |
| 2:17-cv-09283-KDE-MBN | Cortez, Mayra |
| 2:18-cv-05465 | Corzine, Kristine |
| 2:2018cv00689-KDE-MBN | Craddieth, Gwendolyn |
| 2:16-cv-17151-KDE-MBN | Crawford, Gwendolyn |
| 2:17-cv-09666-KDE-MBN | Crawford, Yolanda |
| 2:2017cv16948 | Crawford-Burton, Cynthia |
| 2:2017cv16243-KDE-MBN | Cudnik, Lynne |
| 2:17-cv-10894-KDE-MBN | Cullins, Michele |
| 2:17-cv-08626-KDE-MBN | Curtis, Nellie |
| 2:17-cv-04825-KDE-MBN | Daley, Jennifer |
| 2:2017cv15572-KDE-MBN | Daniel, Kim |
| 2:17-cv-08332-KDE-MBN | Darby, Charlotte |
| 2:18-cv-05407 | Davis, Brenda |
| 2:17-cv-09543-KDE-MBN | Davis, Carlina |
| 2:2018cv01328 | Davis, Caroline |
| 2:18-cv-05408 | Davis, Carolyn |
| 2:2017cv15557-KDE-MBN | Davis, Kimberly |
| 2:17-cv-09164-KDE-MBN | DAWKINS, KESHIN 200102 |
| 2:2018cv02927 | De Jesus, Ivette |
| 2:2018cv02329 | Delagi, Rose |
| 2:18-cv-05466 | Dewell, Reah |
| 2:18-cv-05412 | Dick, Carolyn |
| 2:2018cv02926 | Dickson, Tracey |
| 2:16-17944 | Diggs, Rena |

| | |
|---|---|
| 2:17-cv-07803-KDE-MBN | DiManto, Frances |
| 2:2017cv16723 | Dixon, Gloria |
| 2:2017cv16979 | DODSON, AMI 16685 |
| 2:2017cv16722 | Dortch, Caroline |
| 2:17-cv-07839-KDE-MBN | Doss, Pamela |
| 2:2018cv01445 | Dowd, Gloria |
| 2:2017cv16082-KDE-MBN | Drinnon, Katherine |
| 2:2018cv01543 | DROSEN, ANDREA 19524 |
| 2:16-cv-17048-KDE-MBN | Dukes, Glenys |
| 2:18-cv-05414 | Dula-Harris, Michelle |
| 2:18-cv-05415 | Dunlap, Joyce |
| 2:2018cv01544 | Durden, Angela |
| 2:17-cv-12257-KDE-MBN | Edmondson, Betty |
| 2:2017cv18014 | Edwards, Crystal |
| 2:2017cv15551-KDE-MBN | Epperson, Julia |
| 2:16-cv-17131-KDE-MBN | Erkins, Jacquita |
| 2:18-cv-05416 | Eversole, Patricia |
| 2:17-cv-07796-KDE-MBN | Facer, Kathryn |
| 2:2017cv15540-KDE-MBN | Farley, Angela |
| 2:2018cv02229 | Farmakis, Crystal |
| 2:2018cv01329 | Ferraiolo, Anne |
| 2:2017cv16220-KDE-MBN | Flores, Amber |
| 2:2018cv02332 | FLORES, DEBORAH 21893 |
| 2:18-cv-05467 | Foreman, Zelma |
| 2:17-cv-08564-KDE-MBN | Frankenberg, Kim |
| 2:17-cv-09281-KDE-MBN | Fuller, Theresa |
| 2:2017cv16424-KDE-MBN | Fulton, Donna |
| 2:17-cv-08136-KDE-MBN | Furbeck, Lisa |
| 2:2017cv18020 | Fuselier, Shannon |
| 2:2018cv01451 | Gable, Mae |
| 2:2018cv01452 | Gaines, Stacy |
| 2:17-cv-07923-KDE-MBN | Gardner, Robin |
| 2:17-cv-07800-KDE-MBN | Garner, Veronica |
| 2:2017cv17021 | Gathings, Theresa |
| 2:2017cv16814 | George, Sandra |
| 2:17-cv-10160-KDE-MBN | Germany, Gwendolyn |
| 2:17-cv-05376-KDE-MBN | Gibson, Holley |
| 2:17-cv-07792-KDE-MBN | Giovannetti, Lynne |
| 2:2018cv02179 | GIPSON, BEATRICE 18555 |
| 2:2018cv01453 | Glenn, Denese |
| 2:17-cv-13714-KDE-MBN | GLOVER, JOYCE 19228 |
| 2:16-cv-17971-KDE-MBN | Goble, Ruby |
| 2:17-cv-11815-KDE-MBN | Goodwin, Mary |
| 2:17-cv-09609-KDE-MBN | Graham, Cynthia |
| 2:16-cv-17152-KDE-MBN | Granderson, Thelma |
| 2:16-cv-17940-KDE-MBN | Grant, Flora |
| 2:2017cv17036 | Gray, Carol |

| | |
|---|---|
| 2:17-cv-10655-KDE-MBN | GRAY, JANA 19523 |
| 2:2018cv01454 | Green, Lisa |
| 2:2018cv01455 | Grenier, Brenda |
| 2:17-cv-09549-KDE-MBN | Griffin, Kim |
| 2:2018cv04158 | Griffith, Joyce |
| 2:2018cv01216 | Grissom-Jones, Shirley |
| 2:18-cv-05468 | Groff, Karen |
| 2:17-cv-10970-KDE-MBN | Guidry, Betty |
| 2:17-cv-08623-KDE-MBN | Guthrie, Kathryn |
| 2:17-cv-09160-KDE-MBN | Gutierrez, Demelza |
| 2:2017cv17020 | Gutierrez, Lisa |
| 2:17-cv-10332-KDE-MBN | Guzman, Loraine |
| 2:2018cv04151 | Hagwood, Deborah |
| 2:17-cv-11437-KDE-MBN | Hainkel, Lori |
| 2:2018cv01888 | Hall, Lakita |
| 2:2017cv18011 | HALL, VALERIE 16535 |
| 2:2017cv16767 | Halloway, Ronette |
| 2:18-cv-05469 | Hardee, Suzan |
| 2:17-cv-11810-KDE-MBN | Harpe, Margaret |
| 2:16-cv-17239-KDE-MBN | Harris, Charlesetta |
| 2:17-cv-11432-KDE-MBN | Hart, Donna |
| 2:2017cv16231-KDE-MBN | Hart, Kathryn |
| 2:2018cv04153 | Hatcher, Amy |
| 2:16-cv-17188-KDE-MBN | Hawkins, Ethel |
| 2:17-cv-15455-KDE-MBN | Hayes, Natalie |
| 2:2018cv04112 | Heinicke, Linda |
| 2:17-cv-10537-KDE-MBN | Hemmens, Amy |
| 2:2017cv16999 | Henderson, Brenda |
| 2:2018cv00641 | Henderson, Joe May |
| 2:17-cv-08320-KDE-MBN | Herman, Lynne |
| 2:16-cv-17092-KDE-MBN | Herron, Yolanda |
| 2:2018cv02871 | Hess, Rebecca |
| 2:2018cv01551 | HILL, MARILYN 21298 |
| 2:2018cv02631 | Hill-Bing, Susan |
| 2:2018cv02869 | Hobbs, Angela |
| 2:2018cv02632 | Hodges, Joyce |
| 2:2018cv02633 | Holmberg, Tina |
| 2:2018cv01382 | Holmes, Shelly |
| 2:18-cv-05698 | Houston, Judith |
| 2:2017cv17034 | Howard, Myrtle |
| 2:16-cv-17970-KDE-MBN | Hurley, Betty |
| 2:2018cv01923 | Idland, Janice |
| 2:2017cv18019 | Isaac, Ramona |
| 2:2018cv02814 | Jackson, Constance |
| 2:2018cv02929 | Jackson, Ginger |
| 2:2018cv02933 | James, Myrtielee |
| 2:2018cv01553 | James, Tammy |

| | |
|---|---|
| 2:2018cv01459 | JEFFERSON, DANIELLE 21503 |
| 2:2017cv18009 | Jenkins, Georgia |
| 2:2017cv17027 | Johnson, Barbara |
| 2:2017cv15960-KDE-MBN | Johnson, Carolyn Ann |
| 2:17-cv-08637-KDE-MBN | Johnson, Hilda |
| 2:2018cv01893 | Johnson, Mary |
| 2:16-cv-15581-KDE-MBN | Johnson, Mattie |
| 2:2017cv15461-KDE-MBN | Johnson, Pamela |
| 2:2018cv01385 | Johnson, Reginald Ann |
| 2:17-cv-08680-KDE-MBN | Johnson, Tena |
| 2:2017cv16205-KDE-MBN | Johnson, Tina |
| 2:17-cv-08656-KDE-MBN | Jones, Brenda |
| 2:16-cv-17136-KDE-MBN | Jones, Jewel |
| 2:2017cv16274-KDE-MBN | Jones, Magaline |
| 2:17-cv-09545-KDE-MBN | Jones, Myra |
| 2:16-cv-17103-KDE-MBN | Jones, Shirley |
| 2:17-cv-03854-KDE-MBN | Jones, Susan |
| 2:17-cv-07119-KDE-MBN | Jones, Theresa |
| 2:17-cv-10159-KDE-MBN | Jones, Velma |
| 2:17-cv-07653-KDE-MBN | Jordan, Patti |
| 2:16-cv-17186-KDE-MBN | Justice, Kristy |
| 2:17-cv-10716-KDE-MBN | Karam, Rosemary |
| 2:2017cv18008 | Kirk, Loretta |
| 2:17-cv-09810-KDE-MBN | Kitchen, Wendy |
| 2:16-cv-15310-KDE-MBN | Koontz, Debra |
| 2:2018cv02636 | Kotoris, Anita |
| 2:17-cv-11446-KDE-MBN | Kron, Leslie |
| 2:17-cv-11831-KDE-MBN | Kubinski, Kathy |
| 2:2018cv01219 | Lambert, Tresila |
| 2:17-cv-08330-KDE-MBN | Lands, Margaret |
| 2:2017cv16054-KDE-MBN | Lane, Alisia |
| 2:17-cv-12246-KDE-MBN | Lawrence, Dorothy |
| 2:17-cv-09156-KDE-MBN | Lee, Lectrice |
| 2:17-cv-10106-KDE-MBN | Lee, Martha |
| 2:2018cv02931 | Lemons, Maria |
| 2:2017cv18006 | Lenches, Elizabeth |
| 2:2017cv15808-KDE-MBN | Leonard, Gladys |
| 2:2018cv01788 | Lessor, Debra |
| 2:2017cv16369-KDE-MBN | Lipscomb, Teresa |
| 2:2017cv17038 | Livingood, Sherry |
| 2:17-cv-09811-KDE-MBN | Lomineck, Kathie |
| 2:2017cv16630 | LOPEZ, ALICE 18225 |
| 2:17-cv-01197-KDE-MBN | Lopez, Ruth |
| 2:2018cv02872 | Lopez, Sylvia |
| 2:17-cv-09157-KDE-MBN | Luke, Sandra |
| 2:17-cv-11805-KDE-MBN | Lundberg, Kari |
| 2:2017cv18004 | Magee, Linda |

| | |
|---|---|
| 2:2018cv01387 | Main, Margaret |
| 2:17-cv-10538-KDE-MBN | Maldonado, Terrie |
| 2:2018cv02336 | Marcelin, April |
| 2:2017cv16282-KDE-MBN | Marion, Shirl |
| 2:2017cv16183-KDE-MBN | Marsh, Chandra |
| 2:2018cv02815 | Martinez, Bella |
| 2:17-cv-10161-KDE-MBN | Massey, Renee |
| 2:2017cv15453-KDE-MBN | Massey, Tina |
| 2:2018cv01560 | Mathews, Everll |
| 2:18-cv-05417 | Mathis, Jennifer |
| 2:2017cv17016 | MATTHEWS, JOANN 21860 |
| 2:2018cv01388 | Mays, Traci |
| 2:17-cv-11906-KDE-MBN | MCCALL, LAURA 20078 |
| 2:18-cv-05418 | Mccollum, Donna |
| 2:17-cv-10104-KDE-MBN | McCormick, Lois |
| 2:2018cv01356 | McDowell, Rita |
| 2:2018cv01471 | MCGAHEE, LAVARNE 21782 |
| 2:2018cv02816 | Mcgloun, Tracy |
| 2:17-cv-11743-KDE-MBN | McGriff, Patricia |
| 2:2018cv01583 | Mckenzie, Gwendolyn |
| 2:18-cv-05470 | Mckercher, Constance |
| 2:2017cv16201-KDE-MBN | McKnight, Frances |
| 2:2018cv01516 | McNamee, Ramona |
| 2:2017cv16676 | Mcquade, Elaine |
| 2:2018cv01517 | Means, Yolanda |
| 2:16-cv-15569-KDE-MBN | Medici, Lisa |
| 2:2017cv17708 | Mercado, Baranaca |
| 2:17-cv-12241-KDE-MBN | Meuti, Connie |
| 2:17-cv-13713-KDE-MBN | Miller, Martha |
| 2:2018cv01390 | MINGLE, DENISE 22183 |
| 2:2017cv16335-KDE-MBN | Mirany, Maryam |
| 2:2017cv16741 | MISERAY-BENNETT, SHARON 20376 |
| 2:2017cv17033 | Mitchell, Joan |
| 2:17-cv-09530-KDE-MBN | Mitchell, Marvin |
| 2:2018cv01391 | Mont, Diane |
| 2:17-cv-11435-KDE-MBN | Montgomery, Pamela |
| 2:17-cv-10331-KDE-MBN | Moore, Sheryl |
| 2:17-cv-10833-KDE-MBN | Mosher, Kelly |
| 2:17-cv-11443-KDE-MBN | MOSLEY, DARLA 22047 |
| 2:2018cv02932 | Murray, Patricia |
| 2:2017cv16391-KDE-MBN | Musie, Veronica |
| 2:17-cv-10596-KDE-MBN | Nase, Angela |
| 2:2017cv16185-KDE-MBN | Nava, Lori |
| 2:17-cv-08329-KDE-MBN | Nebiett, Deconda |
| 2:17-cv-09159-KDE-MBN | Nelson, Inez |
| 2:2018cv01589 | Nevin, Carriene |
| 2:17-cv-09525-KDE-MBN | Newell, Lauren |

| | |
|---|---|
| 2:2018cv01590 | Newman, Tina |
| 2:2017cv16263-KDE-MBN | Newsom, Martha |
| 2:2017cv14616-KDE-MBN | Newton, Renice |
| 2:18-cv-05420 | Nichols, Janice |
| 2:18-cv-05472 | Nichols, Linda |
| 2:2018cv01358 | Nolen, Sheri |
| 2:2017cv17048 | Overman, Laveion |
| 2:2018cv01900 | Owens, Linda |
| 2:17-cv-11829-KDE-MBN | Ozan, Gloria |
| 2:2017cv17998 | Page, Chellesting |
| 2:17-cv-12247-KDE-MBN | Palmore, Chinecia |
| 2:16-cv-17207-KDE-MBN | Papoulis, Elena |
| 2:17-cv-10598-KDE-MBN | PARKER, DEBORAH 19459 |
| 2:17-cv-08396-KDE-MBN | Parker, Debra |
| 2:16-cv-17506-KDE-MBN | Parker, Linda |
| 2:17-cv-11823-KDE-MBN | Parson, Yvette |
| 2:2017cv16970 | Payne, Kevah |
| 2:2018cv01607 | Peck, Kimberly |
| 2:16-cv-17228-KDE-MBN | Pelfrey, Arlene |
| 2:2017cv16258-KDE-MBN | Pena, Azalia |
| 2:17-cv-08395-KDE-MBN | PERRY, LILLIE 16082 |
| 2:17-cv-09443-KDE-MBN | Pery v. Doe |
| 2:2017cv17996 | Petronella, Janet |
| 2:2018cv02818 | Pierre-Canel, Marie |
| 2:18-cv-05421 | Pollard, Carol |
| 2:2017cv17995 | Powell, Evelyn |
| 2:2018cv00696-KDE-MBN | Preusse, Courtney |
| 2:17-cv-12238-KDE-MBN | Pringle, Cindy |
| 2:18-cv-05422 | Proctor, Shirley |
| 2:17-cv-07742-KDE-MBN | Pryor, Marisa |
| 2:2018cv01395 | Purnell, Deborah |
| 2:2018cv01522 | Ramsey, Lillie |
| 2:17-cv-08625-KDE-MBN | Reeder, Susan |
| 2:17-cv-14116-KDE-MBN | Reese, Carlena |
| 2:17-cv-10334-KDE-MBN | Rider, Linda |
| 2:2018cv01364 | Roberts, Joyce |
| 2:17-cv-04679-KDE-MBN | Robertson, Fawn |
| 2:17-cv-00753-KDE-MBN | Robinson, Angela |
| 2:2018cv02282 | Robinson, Dorothy |
| 2:17-cv-11825-KDE-MBN | Robinson, Willie |
| 2:17-cv-11808-KDE-MBN | RODRIGUEZ, VICTORIA 21455 |
| 2:17-cv-07120-KDE-MBN | Rosario, Virginia Rosa |
| 2:2018cv02945 | Rosas, Flordivina |
| 2:2017cv16437-KDE-MBN | Rose, Margaret |
| 2:18-cv-05471 | Ross, Cordelia |
| 2:17-cv-10156-KDE-MBN | Ross, Donna |
| 2:2017cv16297-KDE-MBN | Ruffin, Peggy |

| | |
|---|---|
| 2:2017cv17711 | Rundell, Sarah |
| 2:2017cv17993 | Rupert, Carrie |
| 2:2018cv02338 | Salazar, Chriselda |
| 2:17-cv-10778-KDE-MBN | Sampson, Shirley |
| 2:2018cv01226 | Sanchezlepe, Christine |
| 2:2018cv02671 | Sangalang, Arceli |
| 2:17-cv-11818-KDE-MBN | Sapp, Patricia |
| 2:2018cv01600 | Schaeffer, Catherine |
| 2:2017cv15378-KDE-MBN | Schmelz, Mildred |
| 2:2017cv17043 | Schneider, Pamela |
| 2:16-cv-17233-KDE-MBN | Scott, Angela |
| 2:2018cv02341 | Scroggins, Shirley |
| 2:2018cv02210 | Scruggs, Mary Elizabeth |
| 2:17-cv-07877-KDE-MBN | Seabrooks, Valerie |
| 2:18-cv-05423 | Sedlock, Vivian |
| 2:2017cv17992 | Sena, Louise |
| 2:17-cv-05530-KDE-MBN | Seta, Mary |
| 2:2018cv02935 | Seward, Angela |
| 2:2018cv02674 | Seymore, Imogene |
| 2:2018cv02936 | Sharits, Alysen |
| 2:17-cv-09445-KDE-MBN | Shiffert, Faith |
| 2:2018cv02423 | Short, Debra |
| 2:2017cv16342-KDE-MBN | Simmons, Lakay |
| 2:2017cv17464 | Simpson, Peggy |
| 2:2017cv15982-KDE-MBN | Simpson, Reba |
| 2:17-cv-11276-KDE-MBN | Sirrine, Valerie |
| 2:17-cv-09544-KDE-MBN | Smith, Addie |
| 2:16-cv-17032-KDE-MBN | Smith, Antoinette |
| 2:2018cv02212 | Smith, Christine |
| 2:2018cv02683 | Smith, Earnesstine |
| 2:17-cv-02728-KDE-MBN | Smith, Janet G. |
| 2:2018cv01610 | Smith, Karen |
| 2:17-cv-13029-KDE-MBN | Smith, Linda |
| 2:2018cv02213 | Smith, Rovenia |
| 2:2017cv16397-KDE-MBN | Smith, Tomeka |
| 2:2017cv16431-KDE-MBN | SNEAD, PATSY 21897 |
| 2:16-cv-15291-KDE-MBN | SPANN, ERMA 15826 |
| 2:2017cv16732 | Spensley, Doris |
| 2:17-cv-08633-KDE-MBN | Stark, Carrie |
| 2:2018cv02938 | Steinhoff, Joan |
| 2:2017cv16187-KDE-MBN | Sterling, Tracie |
| 2:2018cv01902 | Stocks, Gloria |
| 2:2017cv16365-KDE-MBN | Stratton, Angela |
| 2:16-cv-17106-KDE-MBN | Sullen, Cynthia |
| 2:17-cv-11824-KDE-MBN | Sutton, Leslie |
| 2:2018cv01611 | Tanda, Ingrid |
| 2:17-cv-00094-KDE-MBN | Tarver, Theresa |

| | |
|---|---|
| 2:2017cv16353-KDE-MBN | Taylor, Gail |
| 2:16-cv-17238-KDE-MBN | Terry, Teresa |
| 2:2018cv02820 | Thomas , Dametrica |
| 2:17-cv-08642-KDE-MBN | Thomas, Linda |
| 2:2017cv15861-KDE-MBN | Thornton, Mildred |
| 2:18-cv-05424 | Townsend-Campbell, Jennie |
| 2:2018cv02315 | Tucker, Dorothy |
| 2:17-cv-04682-KDE-MBN | Tucker, Tracy |
| 2:16-cv-17199-KDE-MBN | Turner, Cynthia |
| 2:17-cv-08132-KDE-MBN | Turner, Dorothy |
| 2:2018cv02690 | Ulibarri, Susan |
| 2:2018cv02821 | Ulmer, Patricia |
| 2:17-cv-08635-KDE-MBN | Unger, Jacqueline |
| 2:2017cv16222-KDE-MBN | Vasile, Danielle |
| 2:2017cv14862-KDE-MBN | Vasquez, Aurora |
| 2:2017cv16653 | Vaughn, Sharon |
| 2:2018cv01615 | Vinson, Clara |
| 2:2018cv00716-KDE-MBN | Vinson, Patricia |
| 2:17-cv-11455-KDE-MBN | Vivians, LaTonya |
| 2:17-cv-10474-KDE-MBN | Volmar, Annette |
| 2:2018cv01527 | Wadsworth, Priscilla |
| 2:2017cv16964 | Walker, Linda |
| 2:2017cv16917 | Wallace, Sandra |
| 2:17-cv-07789-KDE-MBN | Weigand, Jenifer |
| 2:2017cv16326 | Wells, Kiki |
| 2:2018cv01397 | Westbrook, Laurie |
| 2:17-cv-12235-KDE-MBN | Wilabay, Shawn |
| 2:17-cv-12234-KDE-MBN | Wilkins, Kimberlee |
| 2:17-cv-12266-KDE-MBN | Williams, Beverly |
| 2:17-cv-12249-KDE-MBN | Williams, Cherlynn |
| 2:16-cv-17220-KDE-MBN | Williams, Daphine |
| 2:16-cv-17044-KDE-MBN | Williams, Doris |
| 2:17-cv-12268-KDE-MBN | Williams, Gretchen |
| 2:17-cv-09008-KDE-MBN | Williams, Linda |
| 2:2018cv02321 | Williams, Mary |
| 2:17-cv-08624-KDE-MBN | Williams, Ruby |
| 2:2017cv16906 | Williams, Tonia |
| 2:17-cv-09169-KDE-MBN | Williford, Shirley |
| 2:2017cv16254 | Willis, Barbara |
| 2:2018cv01371 | Wilson, Janise |
| 2:2018cv01398 | Wilson, Valerie |
| 2:2017cv15844-KDE-MBN | Wolfe, Jody |
| 2:2018cv02941 | Wood, Donna |
| 2:17-cv-11832-KDE-MBN | Woods, Fay |
| 2:2018cv02822 | Woods, Nancy |
| 2:2017cv17990 | Wright, Janice |
| 2:17-cv-06280-KDE-MBN | Wright, Mary |

| | |
|---|---|
| 2:2018cv00648 | Yancey, Marie |
| 2:2018cv02322 | YONKER, TIDA 17539 |
| 2:17-cv-08640-KDE-MBN | Zenda, Estela |
| 2:2018cv01372 | Zenon, Cheryl |
| 2:2018cv01231 | Zold, Jeanette |
| | |

| List of Defendants |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi U.S Serives, INC |
| Sandoz |
| Sanofi-Aventis U.S. LLC, Sanofi U.S Serives, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi U.S Services, INC |
| Hospira Worldwide, Hospira, Inc |
| Hospira Worldwide, Hospira, Inc |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi U.S Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi U.S Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi U.S Services, INC |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Accord Healthcare, INC, McKesson Corporation, Hospira Worldwide, Hospira Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Hospira Worldwide, Hospira, Inc |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi US Services |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Accord Healthcare, INC |
| Accord Healthcare, INC, McKesson Corporation |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sandoz, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Accord Healthcare, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sandoz, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sandoz, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC |
| Sanofi-Aventis U.S. LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, , 505B2 |
| Accord Healthcare, Inc, McKesson Corporation |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |

| |
|---|
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC, 505B2 |
| Hospira Worldwide, Hospira, Inc |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |
| Sanofi-Aventis U.S. LLC, Sanofi US Services, INC |