UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*ALL BACHUS & SCHANKER CASES*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion and Memorandum to Extend PTO 71A Deadline on the 25th day of July, 2018, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.  Oral argument has not been requested.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ J. Christopher Elliott*
　　　　　　　　　　　　　　　　　J. Christopher Elliott (BAR NO. 41063)
　　　　　　　　　　　　　　　　　BACHUS & SCHANKER, LLC
　　　　　　　　　　　　　　　　　1899 Wynkoop Street
　　　　　　　　　　　　　　　　　Ste. 700
　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　(303)899-9800
　　　　　　　　　　　　　　　　　F: (303)893-9900
　　　　　　　　　　　　　　　　　celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*