UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*ALL BACHUS & SCHANKER CASES*

### Order on Plaintiffs' Motion to Extend PTO 71A Deadline

THE COURT, having considered Plaintiffs' Motion to Extend PTO 71A Deadline, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED, and the deadline for all Bachus & Schanker cases to comply with PTO 71A is extended to October 26, 2018.

So ordered this ___ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　District Judge