# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Bonnie Jones v. Sanofi et al.*: 17-cv-17211<br>*Donna Edwards v. Sanofi et al.*: 17-cv-17205<br>*Dorthey Wilbanks v. Sanofi et al.*: 17-cv-17230<br>*Grace Welch v. Sanofi et al.*: 17-cv-17238<br>*Grandassa Harris v. Sanofi et al.*: 17-cv-17206<br>*Janet Starr v. Sanofi et al.*: 17-cv-17236<br>*Martha Sutherland v. Sanofi et al.*: 17-cv-17220<br>*Peggy Edwards v. Sanofi et al.*: 17-cv-17260<br>*Phyllis Fernandez v. Sanofi et al.*: 17-cv-17263<br>*Velma Santos v. Sanofi et al.*: 17-cv-17218<br>*Wanda Brooks v. Sanofi et al.*: 17-cv-17255<br>*Wilma Cochran v. Sanofi et al.*: 17-cv-17182<br>*Sonya Reed v. Sanofi et al.*: 17-cv-17332<br>*Cheryl Wiggins v. Sanofi et al.*: 17-cv-17237<br>*Samara Winters v. Sanofi et al.*: 17-cv-17235<br>*Patrina Robinson v. Sanofi et al.*: 17-cv-17234<br>*Vickie Williams v. Sanofi et al.*: 17-cv-17231<br>*Rhoda Pugh v. Sanofi et al.*: 17-cv-17228<br>*Karen White v. Sanofi et al.*: 17-cv-17227<br>*Sharon Pavic v. Sanofi et al.*: 17-cv-17226<br>*Christine O'Hara v. Sanofi et al.*: 17-cv-17225<br>*Connie Minet v. Sanofi et al.*: 17-cv-17219<br>*Sharon Kajiwara v. Sanofi et al.*: 17-cv-17251<br>*Linda Mannina v. Sanofi et al.*: 17-cv-17214<br>*Kathleen Kelly v. Sanofi et al.*: 17-cv-17212<br>*Carolyn Hess v. Sanofi et al.*: 17-cv-17204<br>*Brenda Ertle v. Sanofi et al.*: 17-cv-17203<br>*Betty Ennis v. Sanofi et al.*: 17-cv-17200<br>*Joanna Gonzales v. Sanofi et al.*: 17-cv-17196<br>*Angela Dugan v. Sanofi et al.*: 17-cv-17194<br>*Joyce De Haas v. Sanofi et al.*: 17-cv-17190<br>*Kristine Combs v. Sanofi et al.*: 17-cv-17185<br>*Nancy Clay v. Sanofi et al.*: 17-cv-17180<br>*Deborah Croghan v. Sanofi et al.*: 17-cv-17172<br>*Deborah Simpson v. Sanofi et al.*: 17-cv-17169<br>*Lesia Shivers v. Sanofi et al.*: 17-cv-17168<br>*Diane Cable v. Sanofi et al.*: 17-cv-17165<br>*Anita Burns v. Sanofi et al.*: 17-cv-17164<br>*Lisa Bonta v. Sanofi et al.*: 17-cv-17163<br>*Theresa Bryan v. Sanofi et al.*: 17-cv-17159<br>*Pamela Brown v. Sanofi et al.*: 17-cv-17157<br>*Edyth Boller v. Sanofi et al.*: 17-cv-171553 | HON. JANE T. MILAZZO |

## **ORDER**

Upon Plaintiffs' Motion to Substitute Counsel (Doc. 3129), and for good cause shown, it is hereby Ordered that Plaintiffs' Motion to Substitute Counsel be granted. Robert Binstock shall be substituted in place of Dana Kirk for the above-named plaintiffs.

This the 29th day of June, 2018.

_____
United States District Judge