MINUTE ENTRY
NORTH, M.J.
JUNE 28, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)            MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                                                      SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

       A further discovery/status conference was held on this date in the presence of a Court Reporter (Jodi Simcox).

| | | |
|---|---|---|
| PRESENT: | Dawn Barrios | Dan Markoff |
| | Alexander Dwyer | Darin Schanker |
| | Zachary Wool | Palmer Lambert |
| | David Miceli | Chris Coffin |
| | Lawrence Centola | Karen Barth Menzies |
| PARTICIPATING BY PHONE: | Kathleen Kelly | Douglas Moore |
| | Mike Suffern | Harley Ratliff |
| | Julie Callsen | Patrick Oot |
| | Mara Cusker Gonzalez | John Olinde |
| | Beth Toberman | Kyle Bacchus |
| | Suzanne Marinkovich | Emily Jeffcoat |
| | Melanie Sulkin | |

       As ordered by the Court in its May 9, 2018 minute entry, a second deposition of Plaintiff, Kelly Gahan, may go forward at a time and place to be agreed to by the parties.  That deposition is to be limited in scope to matters concerning the "Taxotears" Google group.  The parties are to report to the Court at the next status conference the progress they have made in arranging the deposition of Shirley Ledlie and production of documents by Ms. Ledlie.

       The Court again refrains from ordering Sanofi to produce its document retention policies.  However, no later than July 5, 2018, the PSC is to inform counsel for Sanofi of the

MJSTAR (01:03)

additional information it requires to be set forth in Sanofi's summaries of its document retention policies that were provided pursuant to PTO 49.  No later than July 18, 2018, counsel for Sanofi are to provide updated and more detailed summaries of its document retention policies setting forth the information requested by the PSC.

      The next in-person discovery status conference will be held on July 18, 2018 at 1:30 p.m.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE