## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**         MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

       SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Valerie Campbell

Case No.: 17-cv-5191

---

## ORDER

---

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

This 29th  day of _____June_____, 2018

_____
The Hon. Jane Triche Milazzo