UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

*Mary Gibson, et al. v. Sanofi S.A. et al.*;
Civil Action No. 2:17-cv-06236

*Nellie Marks. v. Sanofi S.A. et al.*;
Civil Action No. 2:17-cv-07288

*Lana McDaniel. v. Sanofi S.A. et al.*;
Civil Action No. 2:17-cv-07719

### ORDER

IT IS HEREBY ORDERED that the submission date for Plaintiffs' Motions for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2730, 2731, 2732) are continued without date.

New Orleans, Louisiana this 29th day of June 2018.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

00512746