# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Maxine Belser-Gaston v. Sanofi-Aventis U.S. L.L.C., et al.<br>Civil Action No. 2:17-cv-16569<br><br>Yvette Shedrick v. Sanofi-Aventis U.S. L.L.C., et al.<br>Civil Action No. 2:17-cv-16833 | JUDGE MILAZZO |

## ORDER

IT IS HEREBY ORDERED that the submission date for Plaintiffs' Motions for Leave to File a Supplemental Response to Order to Show Cause No. 4 (Rec. Doc. 2774, 2775) are continued without date.

New Orleans, Louisiana this 29th day of June 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

00514772