**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL 2740 |
| PRODUCTS LLIABILITY | ) | Section "N"(5) |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE MILAZZO |
| *Marie A. Painter v. Sanofi-Aventis U.S.* | ) | MAG. JUDGE NORTH |
| *LLC, et al.* | ) | |
| *Civil Action Number 2:17-cv-06091* | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT SANDOZ
DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Marie Painter's claims against Sanofi US

Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc.,

McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide Inc., Hospira Inc., Sun

Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical

Laboratories, Ltd, Pfizer Inc., Actavis Pharma Inc., Actavis LLC f/k/a Actavis Inc., and Winthrop,

be dismissed with prejudice, each party to bear its own costs. Plaintiff seeks the dismissal pursuant

to CMO 12.

Dated: July 2, 2018

Respectfully submitted,

/s/ *Elizabeth E. Chambers*
Elizabeth E. Chambers
AL Bar No.: ASB-3521-A63E
CORY WATSON, P.C.
2131 Magnolia Avenue, Ste. 200
Birmingham, AL 35205
Phone (205) 328-2200

Facsimile (205) 324-7896
bchambers@corywatson.com
*Attorney for Plaintiff*

By: */s/Harley V. Ratliff*
Harley V. Ratliff
Kelly Bieri
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
hratliff@shb.com
kbieri@shb.com
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC*
*And Sanofi U.S. Services Inc.*

By: */s/Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Ave, Suite 1100
Cleveland,, OH 44113
brandon.cox@tuckerellis.com
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

By: */s/Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
maracusker.gonzalez@dechert.com
mark.cheffo@dechert.com
sara.roitman@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira*
*Worldwide, LLC, formerly doing business as*
*Hospira Worldwide, Inc., & Pfizer Inc.*

By: */s/Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
53 State Street, 27h Floor
Boston, MA 02109

gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals*
*Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

By: */s/Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc., &*
*Actavis LLC f/k/a Actavis Inc.*

By: */s/Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Dr.
San Diego, CA 92130
ebosman@mofo.com
juliepark@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a*
*McKesson Packaging Service*

By: */s/R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on 2 July 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

DATED: July 2, 2018

<u>/s/ *Elizabeth E. Chambers*</u>
Elizabeth E. Chambers