# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | JUDGE MILAZZO |
| *Jennifer Poole v. Sanofi US Services, Inc., et al; Case No. 2:17-cv-16746* | MAG. JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Jennifer Poole's claims against all defendants (Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S. Inc, and Sanofi-Aventis U.S. LLC) be dismissed with prejudice, each party to bear its own costs.

Dated: July 2, 2018

/s/ Kimberly M. Brancato

Kimberly Brancato (IL Bar No. 06317505)
**MEYERS & FLOWERS, LLC**
3 North Second Street, Suite 300
Saint Charles, IL 60174
Phone: (630) 232-6333
Facsimile: (630) 845-8982
kb@meyers-flowers.com

*Counsel for Plaintiff*

/s/ Harley Ratliff

Harley Ratiff
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Counsel for Sanofi Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or being filing been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 2, 2018                        Respectfully submitted,

                                                /s/ Kimberly M. Brancato____

                                                Kimberly M. Brancato (IL Bar No. 06317505)
                                                MEYERS & FLOWERS, LLC
                                                3 North Second Street, Suite 300
                                                Saint Charles, IL 60174
                                                Phone: (630) 232-63333
                                                kb@meyers-flowers.com