# Exhibit 1

Gahan.Pl.Ex.1

## Darin Schanker

| | |
|---|---|
| **From:** | Bieri, Kelly (SHB) <KBIERI@shb.com> |
| **Sent:** | Saturday, April 14, 2018 3:50 PM |
| **To:** | Kyle Bachus; Darin Schanker |
| **Subject:** | Kelly Gahan |

**Importance:** High

Darin and Kyle,

***To expedite discovery on the bellwether cases, can you please let me know immediately if you do not have an objection to the following collection of additional records?***

Pursuant to PTO 22, paragraph 7 (Rec. Doc. 325), we intend to use the signed authorization to seek records for this provider in 14 days, but would appreciate hearing from you sooner.

| Plaintiff | Case # | Provider |
|---|---|---|
| Kelly Gahan | 2:16-cv-15283 | RiverTown Therapeutics |

**Kelly G. Bieri**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2109 | kbieri@shb.com



Mail Gate made the following annotations on Sat Apr 14 2018 16:50:20

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Gahan.Pl.Ex.1