# Exhibit 2

## Scot Kreider

| | |
|---|---|
| **From:** | Ratliff, Harley (SHB) <HRATLIFF@shb.com> |
| **Sent:** | Thursday, June 28, 2018 4:26 PM |
| **To:** | Scot Kreider; Bieri, Kelly (SHB); Byard, Adrienne L. (SHB) |
| **Cc:** | Jennifer Heck; DLS .; JKB .; dmoore@irwinllc.com; 'Dawn Barrios'; Palmer Lambert; Jordyn Harbin; Edie Britton; Sears, Connor (SHB) |
| **Subject:** | RE: Conferral re Gahan Motion for Sanctions |

Scot –

Her testimony indicated that she had neither searched nor produced all relevant ESI.   Her actions in discovery and her pattern of behavior designed to prevent discovery of herself and others are also clear indicia that we have not received a fulsome production under the applicable court orders.   Finally, her willingness to perjure herself makes her previous statements on these topics unreliable.

Harley

**From:** Scot Kreider <scot.kreider@coloradolaw.net>
**Sent:** Tuesday, June 26, 2018 3:10 PM
**To:** Bieri, Kelly (SHB) <KBIERI@shb.com>; Byard, Adrienne L. (SHB) <ABYARD@shb.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Cc:** Jennifer Heck <jennifer.heck@coloradolaw.net>; DLS . <DLS@coloradolaw.net>; JKB . <JKB@coloradolaw.net>; dmoore@irwinllc.com; 'Dawn Barrios' <barrios@bkc-law.com>; Palmer Lambert <plambert@gainsben.com>; Jordyn Harbin <jordyn.harbin@coloradolaw.net>; Edie Britton <edie.britton@coloradolaw.net>
**Subject:** Conferral re Gahan Motion for Sanctions

Counsel;

We are reviewing the requested relief in your Motion for Sanctions against Ms. Gahan.

Request #4 requests the Court to "Order Dr. Gahan to produce all relevant ESI in her possession, custody, or control."

Can you provide some further explanation as to this request?  What is your factual basis to assert that Ms. Gahan has not already produced all relevant ESI in her custody and control?  Is it just suspicion, or is there some concrete category or source of ESI she hasn't produced?

Certainly, if there is a concrete category or source of ESI we haven't produced, we want to take care of that.  No such category or source was identified in either your May 22 correspondence, or your motion for sanctions.

Thank you for your prompt anticipated response in this very important matter.

Best Regards,

**Scot Kreider** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 |   Phone:   303-893-9800   |   Direct:   303-586-5409   |   Fax:   303-893-9900   |   Email: Scot.Kreider@ColoradoLaw.net | Website: www.ColoradoLaw.net

1

Gahan.Pl.Ex.2

**How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

Mail Gate made the following annotations on Thu Jun 28 2018 17:25:42

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.