# Exhibit 4

Gahan.Pl.Ex.4

Order No.: 33310.017



Veritext
LEGAL SOLUTIONS

Veterans Affairs
Human Resources
Denver VA Medical Center
1055 Clermont Street

Denver, CO 80220

*June 15, 2018*

*No Record of Patient — Kim*

## FINAL REMINDER: DEADLINE FOR PRODUCTION

RE: Kelly Gahan
SSN 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
DOB 10/12/1979

Request Date: 04/03/2018
Due Date: 04/10/2018

Dear Sir or Madam:

The due date for the referenced request for the complete production of documents or materials has passed. We have contacted your office on previous occasions to facilitate the production of these documents or materials to our office.

It is essential that we receive these documents or materials as soon as possible. Please contact our office at 216-621-9660 or email requests-oh@veritext.com and reference Order No. 33310.017.

*Your failure to produce these records or materials in a timely fashion may subject you to a personal court appearance and/or other legal proceedings.*

Very Truly Yours,

**Veritext Records**



# Certificate of Records Custodian

|  |  |
|---|---|
| **To:** | Records Custodian<br>UC Health Emergency Room |
| **Address:** | Thornton ER<br>12020 Colorado Blvd<br>Medical/Billing Department |
| **City, State Zip:** | Denver, CO 80241 |
| **Case Name:** | Kelly Gahan v. Sanofi S.A., et al. |
| **Case Number:** | 2:16-CV-17364 (p-key 1168) |
| **Due Date:** | 05/07/2018 9:00AM |

You may either mail or present original records to:

Veritext Records
1100 Superior Avenue
Suite 1820
Cleveland, Ohio 44114
(216) 621-9660

**You are required to provide the following information and sign this form before a notary.**

**NOW COMES** UC Health Emergency Room, who after being first duly sworn, through its Records Custodian, certifies the attached records of follows:

1) The deponent is the custodian of the records of said institution.
2) The deponent was served with a request/subpoena in connection with the above entitled matter, for the production of records pertaining to **Kelly Gahan** - Order Number: 33310.045.
3) The originals of said records were prepared in the usual course of business.
4) The originals of said records were prepared at or about the time of the events and condition they record.
5) The deponent has examined the original and copy of said records and attests that they are true, authentic and complete.

**NOTE: IF THE FOLLOWING DOCUMENTS WERE REQUESTED AND ARE NOT IN YOUR POSSESSION, PLEASE CHECK THE APPROPRIATE SPACE BELOW:**

____ No x-ray films available  ____ No pathology available  ____ No billing available  ____ Best copies available

**No records available:** ____ Destroyed  _X_ Never seen  _X_ Other: _Independent contractor never seen here_

**ITEMS TO FOLLOW AT A LATER DATE:**

____ X-rays  ____ Pathology  ____ Billing  ____ Corrected copies  ____ Other

_____
Custodian of Records

Sworn to and subscribed before me this _____ day of _____, 20___.

_____
Notary

Veritext Records
Phone 216-621-9660   1100 Superior Avenue, Suite 1820, Cleveland, Ohio 44114   Fax 216-621-5444

Gahan.Pl.Ex.4