# Exhibit 6

Gahan.Pl.Ex.6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY GAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US SERVICES INC. f/l/a SANOFI-AVENTIS U.S. INC. and AVENTIS-PHARMA S.A.,<br><br>    Defendants. | CASE NO. 2:16-cv-15283 |

### SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF KELLY GAHAN

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. will take the deposition upon oral examination of Kelly Gahan on May 16, 2018 at 9:00 am. at Bachus & Schanker, LLC, 1899 Wynkoop Street, Suite 700, Denver, CO 80202. The deposition shall be videotaped, live streamed at Shook, Hardy & Bacon and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

>Connor Sears
>Shook, Hardy & Bacon LLP
>2555 Grand Blvd.
>Kansas City, MO 64108
>Tel: (816) 474-6550
>Email: csears@shb.com

The deponent shall produce the documents and tangible things listed on Exhibit A, attached hereto, at the deposition that are in the deponent's possession, custody and control, including in the possession, custody or control of the deponent's attorney and/or other agents.

1



EXHIBIT 3
5-16-18 tabbies Gahan
Gahan.Pl.Ex.6

Date: May 10, 2018          Respectfully submitted,

/s/ *Connor Sears*
Connor Sears
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: csears@shb.com

*Attorney for Defendant Sanofi, S.A.*

Gahan.Pl.Ex.6

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2018, a true and correct copy of the Second Amended Notice of Videotaped Deposition of Plaintiff Kelly Gahan was served upon the following by E-mail:

Jennifer Heck
Darin Schanker
Edie Britton
Jordyn Harbin
Bachus & Schanker, LLC
1899 Wynkoop Street
Suite 700
Denver, CO 80202
jennifer.heck@coloradolaw.net
dschanker@coloradolaw.net
edie.britton@coloradolaw.net
jordyn.harbin@coloradolaw.net
*Attorney for Plaintiff*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Attorney for Plaintiff*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Attorney for Plaintiff*

3

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Email: dmoore@irwinllc.com
*Attorney for Defendants*

John Francis Olinde
Chaffe McCall LLP
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
Phone: (504) 585-7000
Email: olinde@chaffe.com
*Attorney for Defendants*

/s/ *Connor Sears*
Connor Sears

4

Gahan.Pl.Ex.6

## DEFINITIONS AND INSTRUCTIONS FOR EXHIBIT "A"

A. As used herein, the term "DOCUMENTS" means the original and any non-identical copy, regardless of origin or location, of any e-mail, database, or electronic communications of any type, written, recorded, transcribed, punched, taped, filed, graphic or tangible matter, however produced or reproduced, in your possession or custody or under your control.

B. As used herein, the term chemotherapy shall mean any and all forms of chemotherapy.

C. As used herein, the term "PATIENT" or "PLAINTIFF," "YOU" and "YOUR" refer to Kelly Gahan and all persons acting for her or on her behalf.

D. The singular of any word shall include the plural, and the plural shall include the singular.

E. The words "and" and "or" as used in this request shall be interpreted as conjunctive, disjunctive, or both, depending on context, so that the fullest production of information is provided.

F. The "DOCUMENTS" to be produced pursuant to these Requests are to be produced as they are kept in the usual course of business so that one can ascertain the files in which they were located, their relative order in the files and how the files were maintained.

Gahan.Pl.Ex.6

## EXHIBIT "A" - ITEMS TO BE PRODUCED

1. All documents referenced or requested in Plaintiffs' most recent Plaintiff Fact Sheet, and not previously produced, including but not limited to:

   a. Documents you reviewed to prepare your answers to Plaintiffs' most recent Plaintiff Fact Sheet;

   b. Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twelve (12) years;

   c. Medical records or other documents related to your treatment for any disease, condition or symptom referenced in your most recent Plaintiff Fact Sheet for any time in the past twelve (12) years;

   d. Laboratory reports and results of blood tests performed on you related to your hair loss;

   e. Pathology reports and results of biopsies performed on you related to your hair loss;

   f. Documents reflecting your use of any prescription drug or medication at any time within the past eight (8) years;

   g. Documents identifying all chemotherapy agents that you have taken;

   h. Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years;

   i. Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®;

   j. Advertisements or promotions for Taxotere®;

   k. Articles discussing Taxotere®;

   l. Any packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®;

   m. Documents which mention Taxotere® or Docetaxel, or any alleged health risks related to Taxotere®;

   n. Documents obtained directly or indirectly from any of the Defendants;

   o. Communications or correspondence between you and any representative of the Defendants;

6

Gahan.Pl.Ex.6

p. Photographs, drawings, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life;

q. Journals or diaries, including calendars, related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced in your most recent Plaintiff Fact Sheet at any time for the past twelve (12) years;

r. Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, e-mails, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit;

s. If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter;

t. If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers;

u. Records of other expenses allegedly incurred as a result of your alleged injury;

v. If you are suing in a representative capacity, letters testamentary or letters of administration;

w. If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report;

x. Photographs of you that are representative of your hair composition preceding treatment with Taxotere® or Docetaxel, including but not limited to, the twelve (12) months preceding treatment;

y. Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel;

z. Photographs of you that are representative of your hair composition six (6) months after conclusion of treatment with Taxotere® or Docetaxel;

aa. Photographs of you that are representative of your hair composition in present day;

bb. Communications or emails regarding Taxotere;

Gahan.Pl.Ex.6

cc. Emails or communications with or regarding Dr. Sedlacek;

dd. Emails or communications with or regarding Sherley Ledlie;

ee. Emails or communications with or regarding Dr. Bourgeois;

ff. Emails or communications with or regarding any member of the Taxotears;

gg. All materials from the Taxotears Google Groups website, including emails and archived materials;

hh. Emails or communications between you or the members of the Taxotears and the FDA.

Gahan.Pl.Ex.6