# Exhibit 7

Gahan.Pl.Ex.7

Summary Exhibit of Weinstein Records vs. Gahan ESI Production

| Weinstein Bates No. in May 11 Production Set | Gahan Bates No. in March 2 ESI Production | Discrepancy Explanation |
|---|---|---|
| David Weinstein 00007 | | No PTO 71A search term |
| David Weinstein 00008 | | No PTO 71A search term |
| David Weinstein 00009 | | No PTO 71A search term |
| David Weinstein 00010 | Kelly Gahan E-mails 17774 | |
| David Weinstein 00011 | Kelly Gahan E-mails 17775 | |
| David Weinstein 00012 | Kelly Gahan E-mails 17776 | |
| David Weinstein 00013 | | No PTO 71A search term |
| David Weinstein 00014 | | No PTO 71A search term |
| David Weinstein 00015 | | No PTO 71A search term |
| David Weinstein 00016 | | No PTO 71A search term |
| David Weinstein 00017 | | No PTO 71A search term |
| David Weinstein 00018 | Kelly Gahan E-mails 17141 | |
| David Weinstein 00019 | Kelly Gahan E-mails 17141 | |
| David Weinstein 00020 | Kelly Gahan E-mails 16374-16378 | |
| David Weinstein 00021 | Kelly Gahan E-mails 16374-16378 | |
| David Weinstein 00022 | Kelly Gahan E-mails 16332 | |
| David Weinstein 00023 | Kelly Gahan E-mails 16332 | |
| David Weinstein 00024 | Kelly Gahan E-mails 16332 | |
| David Weinstein 00025 | Kelly Gahan E-mails 16332 | |
| David Weinstein 00026 | Kelly Gahan E-mails 16326 | |
| David Weinstein 00027 | Kelly Gahan E-mails 16326 | |
| David Weinstein 00028 | Kelly Gahan E-mails 16326 | |
| David Weinstein 00029 | Kelly Gahan E-mails 16318 | |
| David Weinstein 00030 | Kelly Gahan E-mails 16318 | |
| David Weinstein 00031 | Kelly Gahan E-mails 16294 | |
| David Weinstein 00032 | Kelly Gahan E-mails 16276-16285 | |
| David Weinstein 00033 | Kelly Gahan E-mails 16276-16285 | |
| David Weinstein 00034 | | No PTO 71A search term |
| David Weinstein 00035 | Kelly Gahan E-mails 15876 | |
| David Weinstein 00036 | Kelly Gahan E-mails 15876 | |
| David Weinstein 00037 | Kelly Gahan E-mails 15869 | |
| David Weinstein 00038 | Kelly Gahan E-mails 15850-15856 | |
| David Weinstein 00039 | Kelly Gahan E-mails 15850-15856 | |
| David Weinstein 00040 | Kelly Gahan E-mails 15850-15856 | |
| David Weinstein 00041 | Kelly Gahan E-mails 15850-15856 | |
| David Weinstein 00042 | | No PTO 71A search term |
| David Weinstein 00043 | | No PTO 71A search term |
| David Weinstein 00044 | | No PTO 71A search term |
| David Weinstein 00045 | Kelly Gahan E-mails 15747 | |
| David Weinstein 00046 | Kelly Gahan E-mails 15751 | |
| David Weinstein 00047 | Kelly Gahan E-mails 15612 | |
| David Weinstein 00048 | Kelly Gahan E-mails 15606-15607 | |
| David Weinstein 00049 | Kelly Gahan E-mails 15603-15605 | |

| | | |
|---|---|---|
| David Weinstein 00050 | | No PTO 71A search term |
| David Weinstein 00051 | Kelly Gahan E-mails 15529-15530 | |
| David Weinstein 00052 | Kelly Gahan E-mails 15526-15527 | |
| David Weinstein 00053 | Kelly Gahan E-mails 15532 | |
| | Kelly Gahan E-mails 15523-15524 | |
| David Weinstein 00054 | Kelly Gahan E-mails 15531-15532 | |
| David Weinstein 00055 | Kelly Gahan E-mails 15521 | |
| David Weinstein 00056 | Kelly Gahan E-mails 15521 | |
| | Kelly Gahan E-mails 15473-15474 | |
| | Kelly Gahan E-mails 15493 | |
| David Weinstein 00057 | Kelly Gahan E-mails 15521 | |
| David Weinstein 00058 | | No PTO 71A search term |
| David Weinstein 00059 | | No PTO 71A search term |
| David Weinstein 00060 | Kelly Gahan E-mails 15149-15152 | |
| David Weinstein 00061 | Kelly Gahan E-mails 15149-15152 | |
| David Weinstein 00062 | | No PTO 71A search term |
| David Weinstein 00063 | | No PTO 71A search term |
| David Weinstein 00064 | Kelly Gahan E-mails 15152-15158 | |
| David Weinstein 00065 | Kelly Gahan E-mails 15152-15158 | |
| David Weinstein 00066 | Kelly Gahan E-mails 15152-15158 | |
| David Weinstein 00067 | | No PTO 71A search term |
| David Weinstein 00068 | Kelly Gahan E-mails 14877 | |
| David Weinstein 00069 | | No PTO 71A search term |
| David Weinstein 00070 | Kelly Gahan E-mails 14636-14639 | |
| David Weinstein 00071 | Kelly Gahan E-mails 14629 | |
| David Weinstein 00072 | Kelly Gahan E-mails 14629 | |
| David Weinstein 00073 | Kelly Gahan E-mails 14615 | |
| David Weinstein 00074 | Kelly Gahan E-mails 14615 | |
| David Weinstein 00075 | Kelly Gahan E-mails 14590 | |
| David Weinstein 00076 | Kelly Gahan E-mails 14591 | |
| David Weinstein 00077 | Kelly Gahan E-mails 14587 | |
| David Weinstein 00078 | Kelly Gahan E-mails 14587 | |
| David Weinstein 00079 | Kelly Gahan E-mails 14580-14584 | |
| David Weinstein 00080 | Kelly Gahan E-mails 14524 | |
| David Weinstein 00081 | Kelly Gahan E-mails 14524 | |
| David Weinstein 00082 | Kelly Gahan E-mails 14524 | |
| David Weinstein 00083 | Kelly Gahan E-mails 14498 | |
| David Weinstein 00084 | | No PTO 71A search term |
| David Weinstein 00085 | Kelly Gahan E-mails 14414 | |
| David Weinstein 00086 | Kelly Gahan E-mails 14422 | |
| David Weinstein 00087 | | No PTO 71A search term |
| David Weinstein 00088 | | No PTO 71A search term |
| David Weinstein 00089 | Kelly Gahan E-mails 17778 | |
| David Weinstein 00090 | Kelly Gahan E-mails 17778 | |
| David Weinstein 00091 | Kelly Gahan E-mails 17778 | |
| David Weinstein 00092 | Kelly Gahan E-mails 17778 | |
| David Weinstein 00093 | | No PTO 71A search term |

| | | |
|---|---|---|
| David Weinstein 00094 | | No PTO 71A search term |
| David Weinstein 00095 | | No PTO 71A search term |
| David Weinstein 00096 | | No PTO 71A search term |
| David Weinstein 00097 | | No PTO 71A search term |
| David Weinstein 00098 | Kelly Gahan E-mails 17155 | |
| David Weinstein 00099 | Kelly Gahan E-mails 17153 | |
| David Weinstein 00100 | Kelly Gahan E-mails 17153 | |
| David Weinstein 00101 | Kelly Gahan E-mails 17113 | |
| David Weinstein 00102 | Kelly Gahan E-mails 16379-16382 | |
| David Weinstein 00103 | Kelly Gahan E-mails 16336 | |
| David Weinstein 00104 | Kelly Gahan E-mails 16336 | |
| David Weinstein 00105 | Kelly Gahan E-mails 16336 | |
| David Weinstein 00106 | Kelly Gahan E-mails 16336 | |
| David Weinstein 00107 | Kelly Gahan E-mails 16329 | |
| David Weinstein 00108 | Kelly Gahan E-mails 16329 | |
| David Weinstein 00109 | Kelly Gahan E-mails 16329 | |
| David Weinstein 00110 | Kelly Gahan E-mails 16320-16325 | |
| David Weinstein 00111 | Kelly Gahan E-mails 16320-16325 | |
| David Weinstein 00112 | Kelly Gahan E-mails 16320-16325 | |
| David Weinstein 00113 | Kelly Gahan E-mails 16314 | |
| David Weinstein 00114 | Kelly Gahan E-mails 16315-16316 | |
| David Weinstein 00115 | Kelly Gahan E-mails 16296 | |
| David Weinstein 00116 | Kelly Gahan E-mails 16296 | |
| David Weinstein 00117 | Kelly Gahan E-mails 16279 | |
| David Weinstein 00118 | Kelly Gahan E-mails 16279 | |
| David Weinstein 00119 | | No PTO 71A search term |
| David Weinstein 00120 | | No PTO 71A search term |
| David Weinstein 00121 | Kelly Gahan E-mails 15874 | |
| David Weinstein 00122 | Kelly Gahan E-mails 15874 | |
| David Weinstein 00123 | Kelly Gahan E-mails 15870-15873 | |
| David Weinstein 00124 | Kelly Gahan E-mails 15870-15873 | |
| David Weinstein 00125 | Kelly Gahan E-mails 15864-15868 | |
| David Weinstein 00126 | Kelly Gahan E-mails 15857 | |
| David Weinstein 00127 | Kelly Gahan E-mails 15857 | |
| David Weinstein 00128 | Kelly Gahan E-mails 15857 | |
| David Weinstein 00129 | Kelly Gahan E-mails 15857 | |
| David Weinstein 00130 | | No PTO 71A search term |
| David Weinstein 00131 | | No PTO 71A search term |
| David Weinstein 00132 | | No PTO 71A search term |
| David Weinstein 00133 | Kelly Gahan E-mails 15752 | |
| David Weinstein 00134 | Kelly Gahan E-mails 15752 | |
| David Weinstein 00135 | Kelly Gahan E-mails 15752 | |
| David Weinstein 00136 | Kelly Gahan E-mails 15613 | |
| David Weinstein 00137 | Kelly Gahan E-mails 15613 | |
| David Weinstein 00138 | Kelly Gahan E-mails 15609-15611 | |
| David Weinstein 00139 | Kelly Gahan E-mails 15609-15611 | |
| David Weinstein 00140 | | No PTO 71A search term |

| | | |
|---|---|---|
| David Weinstein 00141 | | No PTO 71A search term |
| David Weinstein 00142 | Kelly Gahan E-mails 15523-15524 | |
| David Weinstein 00143 | Kelly Gahan E-mails 15493 | |
| David Weinstein 00144 | Kelly Gahan E-mails 15494 | |
| David Weinstein 00145 | Kelly Gahan E-mails 15494 | |
| David Weinstein 00146 | | No PTO 71A search term |
| David Weinstein 00147 | | No PTO 71A search term |
| David Weinstein 00148 | | No PTO 71A search term |
| David Weinstein 00149 | | No PTO 71A search term |
| David Weinstein 00150 | | No PTO 71A search term |
| David Weinstein 00151 | | No PTO 71A search term |
| David Weinstein 00152 | Kelly Gahan E-mails 14865 | |
| David Weinstein 00153 | Kelly Gahan E-mails 14866 | |
| David Weinstein 00154 | | No PTO 71A search term |
| David Weinstein 00155 | | No PTO 71A search term |
| David Weinstein 00156 | Kelly Gahan E-mails 14877 | |
| David Weinstein 00157 | | No PTO 71A search term |
| David Weinstein 00158 | Kelly Gahan E-mails 14639 | |
| David Weinstein 00159 | Kelly Gahan E-mails 14639-14640 | |
| David Weinstein 00160 | Kelly Gahan E-mails 14629 | |
| David Weinstein 00161 | Kelly Gahan E-mails 14629 | |
| David Weinstein 00162 | Kelly Gahan E-mails 14422 | |
| David Weinstein 00163 | Kelly Gahan E-mails 14590 | |
| David Weinstein 00164 | Kelly Gahan E-mails 14590 | |
| David Weinstein 00165 | Kelly Gahan E-mails 14582 | |
| David Weinstein 00166 | Kelly Gahan E-mails 14583 | |
| David Weinstein 00167 | Kelly Gahan E-mails 14540 | |
| David Weinstein 00168 | Kelly Gahan E-mails 14537 | |
| David Weinstein 00169 | Kelly Gahan E-mails 14538 | |
| David Weinstein 00170 | Kelly Gahan E-mails 14539 | |
| David Weinstein 00171 | | No PTO 71A search term |
| David Weinstein 00172 | | No PTO 71A search term |
| David Weinstein 00173 | | No PTO 71A search term |
| David Weinstein 00174 | Kelly Gahan E-mails 14426 | |
| David Weinstein 00175 | Kelly Gahan E-mails 14427 | |
| David Weinstein 00176 | Kelly Gahan E-mails 14427 | |
| David Weinstein 00177 | | Text messages, not emails |
| David Weinstein 00178 | | Text messages, not emails |