# Exhibit 8

Gahan.Pl.Ex.8

**Subject:** call
**Date:** Friday, April 20, 2018 at 1:34:26 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Please give me a call when you have time.

Thanks,
David
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.