# Exhibit 9

Gahan Ex.9

**From:** Michelle Thrash <mnmthrash@hotmail.com>
**Sent:** Thursday, February 23, 2017 4:58 PM
**To:** bluermedic@gmail.com
**Subject:** Re: [Taxotears] scalp biopsies

I'll get a copy I'm going to my dermatologist this week. I remember it was three different kinds of alopecia.

Michelle

Sent from my iPhone

On Feb 23, 2017, at 3:34 PM, kelly gahan <bluermedic@gmail.com> wrote:

> Hi,
> Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
> Kelly
>
> ---
>
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.

1

Gahan Ex.9

Kelly Gahan E-mails 014606

**From:** SUZANNE M MAKSHANOFF <smakshanoff@sbcglobal.net>
**Sent:** Thursday, February 23, 2017 5:52 PM
**To:** bluermedic@gmail.com
**Subject:** Re: [Taxotears] scalp biopsies

Yes

Sent from my iPhone

> On Feb 23, 2017, at 3:34 PM, kelly gahan <bluermedic@gmail.com> wrote:
>
> Hi,
> Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
> Kelly
> --
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.

1

Gahan Ex.9

Kelly Gahan E-mails 014608

**From:** Charlotte Darby <chardarby@gmail.com>
**Sent:** Thursday, February 23, 2017 5:59 PM
**To:** bluermedic@gmail.com
**Subject:** Re: [Taxotears] scalp biopsies

Kelly,

I believe I had one done at Duke. I will see if I can get a copy of it in the near future. I am preparing to sell our family home and up to my neck in cleaning and paperwork. I will update you when I have an opportunity to talk with the dermatology dept.

Charlotte (VA)

On Thu, Feb 23, 2017 at 6:34 PM, kelly gahan <bluermedic@gmail.com> wrote:
> Hi,
> Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
> Kelly
> --
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.

1

Gahan Ex.9
Kelly Gahan E-mails 014609

**From:** Erica Lieberman <ericasil@bellsouth.net>
**Sent:** Thursday, February 23, 2017 6:10 PM
**To:** bluermedic@gmail.com
**Cc:** taxotears@googlegroups.com
**Subject:** Re: [Taxotears] scalp biopsies

I do, Kelly. I can scan and send it to you tomorrow.

On Feb 23, 2017, at 6:34 PM, kelly gahan <bluermedic@gmail.com> wrote:

> Hi,
> Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
> Kelly
> ---
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.

1

Gahan Ex.9
Kelly Gahan E-mails 014614

| | |
|---|---|
| From: | SUZANNE M MAKSHANOFF <smakshanoff@sbcglobal.net> |
| Sent: | Thursday, February 23, 2017 8:03 PM |
| To: | bluermedic@gmail.com |
| Subject: | Scalp biopsy report |
| Attachments: | Screen Shot 2017-02-23 at 6.56.49 PM.png |

Attached is the biopsy report. They told me that my body was attacking the hair follicle.

1

Gahan Ex.9

Kelly Gahan E-mails 014633

**From:** Wendy M. Crone <wendy@croneyestates.com>
**Sent:** Thursday, February 23, 2017 8:27 PM
**To:** bluermedic@gmail.com
**Subject:** Re: [Taxotears] scalp biopsies

I do but will need to find it! Changed offices since. Thanks for all you are doing !

Kind Regards,

Wendy M. Crone
M-617 835 2831

On Feb 23, 2017, at 6:34 PM, kelly gahan <bluermedic@gmail.com> wrote:

> Hi,
> Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
> Kelly
> --
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.

1

Gahan Ex.9

Kelly Gahan E-mails 014637

**From:** Roseann Bode <roseannbode101@gmail.com>
**Sent:** Thursday, February 23, 2017 9:26 PM
**To:** kelly gahan
**Subject:** Re: [Taxotears] scalp biopsies

That's me! As far as I know, I was the only one?? Not sure... And the other Chicago gal, Joan? Can't remember her last name.

Anything you need - reach out!

On Thu, Feb 23, 2017 at 3:34 PM, kelly gahan <bluermedic@gmail.com> wrote:
> Hi,
> Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
> Kelly
> --
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.

Gahan Ex.9
Kelly Gahan E-mails 014638

**From:** Erica Lieberman <ericasil@bellsouth.net>
**Sent:** Friday, February 24, 2017 7:08 AM
**To:** bluermedic@gmail.com
**Subject:** Re: [Taxotears] scalp biopsies
**Attachments:** Pathology Report 1.pdf; Pathology Report 2.pdf

Hi Kelly,

Here's my pathology report from 2012. Not sure what your biologist can tell from this, since the pathologist seems stumped. But happy to help!

e

**From:** Taxotears <taxotears@googlegroups.com> on behalf of kelly gahan <bluermedic@gmail.com>
**Reply-To:** <bluermedic@gmail.com>
**Date:** Thursday, February 23, 2017 at 6:34 PM
**To:** Taxotears <taxotears@googlegroups.com>
**Subject:** [Taxotears] scalp biopsies

Hi,
Does anyone have a scalp biopsy report they would be willing to share? I looked back through my emails and Roseann Bode's is the only one I can find. Working on a cure :) and have someone with very specialized molecular biology experience who might be able to help.
Kelly

You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

Gahan Ex.9

Kelly Gahan E-mails 014641