# Exhibit 10

Gahan.Pl.Ex.10

# Request for Records



Records Custodian
David Weinstein, M.D.
Medical Records Department
RiverTown Therapeutics
39 Round Hill Road
Dobbs Ferry, NY 10522

Dear Records Custodian:

We have enclosed an Authorization, if required, for the Release of Records regarding the following individual:

**Name:**     Kelly Gahan  - Order Number 33310.040
Order Date:            04/17/2018
Social Security No.:   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
Date of Birth:         10/12/1979
**Records Requested**:    *ANY AND ALL medical and billing records, including but not limited to all inpatient/outpatient records, reports, pathology reports, radiology reports, positron emission tomography (PET) scan reports, notes, tests, test results, diagnoses, prognoses, office records, clinic records, therapy records, correspondence and itemized billing statements, all payments made by patient/representative, all physician billing, medical insurance companies, Medicare/Medicaid, include all write-offs and adjustments made.*
We ask that you forward all requested records, along with the completed and notarized certificate of records custodian to our office:

**Veritext Records
1100 Superior Avenue
Suite 1820
Cleveland, Ohio 44114**

Our client has asked that records be produced *no later than: 04/24/2018 9:00AM*

If there is a fee associated with the production of these records or materials, please fax a pre-payment request, itemizing pages and statutory fee, to 216-621-5444 at your earliest convenience.

Please contact the Compliance Department in the event you require additional assistance or information to facilitate production of these records.  We can be reached at 216-621-9660.

Very Truly Yours,

# Veritext Records

Gahan.Pl.Ex.10

**LIMITED AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**
**Pursuant to the Health Insurance Portability and Accountability Act "HIPAA" of 4/14/03**
**(Excluding Psychiatric, Psychological, and Mental Health Treatment Notes/Records)**

TO:     David Weinstein, M.D./ RiverTown Therapeutics
Patient Name: Kelly Gahan
DOB: 10/12/1979
SSN: 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

I, _Kelly Gahan_, hereby authorize you to release and furnish to: Shook Hardy & Bacon LLP, Keogh Cox & Wilson Ltd., Ulmer & Berne LLP, Greenberg Traurig LLP, Wheeler Trigg O'Donnell LLP, Adams and Reese LLP, Chaffe McCall LLP, Quinn Emanuel Urquhart & Sullivan LLP, Morrison & Foerster LLP, Leake & Anderson LLP, Hinshaw & Culbertson LLP, Kirkland & Ellis LLP and/or their duly assigned agents, copies of the following records and/or information **from the time period of twelve (12) years prior to the date on which the authorization is signed:** Veritext Records  1100 Superior Avenue, Suite 1820  Cleveland, OH 44114

* All medical records, including inpatient, outpatient, and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians. Said medical records shall include all information regarding AIDS and HIV status.
* All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
* All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
* All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
* All billing records including all statements, itemized bills, and insurance records.

**\*\*Notwithstanding the broad scope of the above disclosure requests, the undersigned does not authorize the disclosure of notes or records pertaining to psychiatric, psychological, or mental health treatment or diagnosis as such terms are defined by HIPAA, 45 CFR §164.501.**

1. To my medical provider: **this authorization is being forwarded by, or on behalf of, attorneys for the defendants for the purpose of litigation. You are not authorized to discuss any aspect of the above-named person's medical history, care, treatment, diagnosis, prognosis, information revealed by or in the medical records, or any other matter bearing on his or her medical or physical condition, unless you receive an additional authorization permitting such discussion. Subject to all applicable legal objections, this restriction does not apply to discussing my medical history, care, treatment, diagnosis, prognosis, information revealed by or in the medical records, or any other matter bearing on my medical or physical condition at a deposition or trial.**

2. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).

3. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire in one year.

4. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign his form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact the releaser indicated above.

5. A notarized signature is not required. CFR 164.508. A copy of this authorization may be used in place of an original.

Print Name: _Kelly Gahan_ (plaintiff/representative)

Signature: _Gahan_   Date 11/8/2017

7977065 v3

Gahan.Pl.Ex.10



# Certificate of Records Custodian

|  |  |
|---|---|
| **To:** | Records Custodian<br>David Weinstein, M.D. |
| **Address:** | RiverTown Therapeutics<br>39 Round Hill Road<br>Medical Records Department |
| **City, State Zip:** | Dobbs Ferry, NY 10522 |
| **Case Name:** | Kelly Gahan v. Sanofi S.A., et al. |
| **Case Number:** | 2:16-CV-17364 (p-key 1168) |
| **Due Date:** | 04/24/2018 9:00AM |

You may either mail or present original records to:

**Veritext Records**
**1100 Superior Avenue  Suite 1820**
**Cleveland, Ohio  44114**
**(216) 621-9660**

*You are required to provide the following information and sign this form before a notary.*

**NOW COMES** David Weinstein, M.D., who after being first duly sworn, through its Records Custodian, certifies the attached records of follows:

1) The deponent is the custodian of the records of said institution.
2) The deponent was served with a request/subpoena in connection with the above entitled matter, for the production of records pertaining to **Kelly Gahan** - **Order Number: 33310.040**.
3) The originals of said records were prepared in the usual course of business.
4) The originals of said records were prepared at or about the time of the events and condition they record.
5) The deponent has examined the original and copy of said records and attests that they are true, authentic and complete.

**NOTE:  IF THE FOLLOWING DOCUMENTS WERE REQUESTED AND ARE NOT IN YOUR POSSESSION, PLEASE CHECK THE APPROPRIATE SPACE BELOW:**

____ No x-ray films available     ____ No pathology available     ____ No billing available     ____ Best copies available

**No records available:**   ____ Destroyed   ____ Never seen   ____ Injury Photos   ____ Other: _____

_____

**ITEMS TO FOLLOW AT A LATER DATE:**

____ X-rays     ____ Pathology     ____ Billing     ____ Injury Photos     ____ Corrected copies     ____ Other

_____
*Custodian of Records*

Sworn to and subscribed before me this _____ day of _____, 20___ .

_____
*Notary*