# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| BETTY ENNIS<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI ET AL, | |
| Defendants. | |
| Civil Case No: 2:17-cv-17200 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice as to Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: July 2, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

/s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP600 Vine Street,
Suite 2800Cincinnati, OH 45202
Telephone:  513-698-506Facsimile:  513-698-506msuffern@ulmer.com
kbeck@ulmer.com

*Counsel for Defendant Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 2, 2018                                Respectfully submitted,

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com