## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> BETTY STEWART, <br><br>　　　　　Plaintiff, <br><br> vs. <br><br> SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. et al <br><br>　　　　　Defendants. | MDL No. 2740 <br><br> SECTION: "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action No.: 2:18-cv-360 |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. each party to bear its own fees and costs.

Dated: July 3, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Daniel P. Markoff
　　　　　　　　　　　　　　　　　　　　DANIEL P. MARKOFF, OBA#14886
　　　　　　　　　　　　　　　　　　　　BRIA A. HANLON, OBA #32412
　　　　　　　　　　　　　　　　　　　　Atkins & Markoff
　　　　　　　　　　　　　　　　　　　　9211 Lake Hefner Pkwy Ste 104
　　　　　　　　　　　　　　　　　　　　Oklahoma City OK 73120
　　　　　　　　　　　　　　　　　　　　(405) 607-8757
　　　　　　　　　　　　　　　　　　　　(405) 607-8749 (facsimile)
　　　　　　　　　　　　　　　　　　　　dmarkoff@atkinsandmarkoff.com
　　　　　　　　　　　　　　　　　　　　bhanlon@atkinsandmarkoff.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

By: /s/ Sheryl Ritter
Sheryl Ritter
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513-698-5064
Facsimile: 513-698-5065
sritter@ulmer.com kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc and Actavis LLC f/k/a Actavis Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff