UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Teresa Byars, | |
| v. | Case No. 2:17-cv-12899 |
| Sanofi-Aventis U.S. LLC, et al. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal with prejudice. Plaintiff is not dismissing her claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc., and those claims shall remain pending in this Court.

Dated July 3, 2018

| | | |
|---|---|---|
| By: /s/ Alyssa White<br>Alyssa White<br>Rashmi Parthasarathi<br>LaToyia Adams<br>**Johnson Law Group**<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098<br>Telephone: (713) 626-9336<br>Facsimile: (713) 583-9460<br>Email: awhite@johnsonlawgroup.com<br>rpartha@johnsonlawgroup.com<br>ladams@johnsonlawgroup.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>kbieri@shb.com<br>hratliff@shb.com<br><br>*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.* | Douglas J. Moore, Esq.<br>Kelly Brilleaux<br>**Irwin Fritchie Urquhart & Moore**<br>400 Poydras St., Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>kbrilleaux@irwinllc.com<br><br>John Olinde<br>**Chaffe McCall LLP**<br>1100 Poydras Street<br>New Orleans, LA<br>Telephone: (504) 585-7000<br>Facsimile: (504) 585-7075<br>Email: olinde@chaffe.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 3, 2018                               Respectfully submitted,

/s/ *Alyssa White*
Alyssa White (Bar No. 24073014)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
awhite@johnsonlawgroup.com