UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Kay Henry | |
| Plaintiff, | |
| | Civil Action No.: 2:17-cv-16779 |
| vs. | |
| Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendant Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and those claims shall remain pending in this court.

1

Respectfully submitted this 3rd day of July 2018.

| | |
|---|---|
| */s/ Rhett A. McSweeney* | By: */s/ Kelly Bieri* |
| Rhett A. McSweeney, #269542 | Kelly Bieri, Esq. |
| David M. Langevin, #329563 | Harley V. Ratliff |
| McSweeney/Langevin | SHOOK, HARDY & BACON |
| 2116 Second Avenue South | Kansas City, MO 64108 |
| Minneapolis, MN 55404 | Phone: 816-474-6550 |
| Phone: (612) 542-4646 | Telephone: (617) 213-7000 |
| Fax: (612) 454-2678 | Fax: 816-421-5547 |
| dave@westrikeback.com | Kbieri@shb.com |
| ram@westrikeback.com | hratliff@shb.com |
| **Attorneys for Plaintiff** | **Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.** |

By: */s/ Ronald Clifton Merrell, II*
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
**Counsel for Defendant Sandoz, Inc.**

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com
**Counsel for Defendant Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.**

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FORSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

By: */s/ Mike Suffern*
Mike Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Phama, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 3, 2018                                        /s/ Rhett A. McSweeney
                                                           Rhett A. McSweeney