**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Kay Henry | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action No.:** 2:17-cv-16779 |
| vs. | : | |
| | : | |
| | : | |
| Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., | : | |
| | : | |
| Defendant. | : | |
| -------------------------------------------------------------- | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal

Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the

Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District

of Louisiana on December 11, 2017 (*Kay Henry v. Sanofi U.S. Services, Inc. f/k/a Sanofi-*

*Aventis U.S., Inc., et al,* Case No. 2:17-cv-16779), and Plaintiff served Defendants pursuant to

PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned

through the acquisition of additional records NDC Codes that show that Sanofi-Aventis U.S.

LLC d/b/a Winthrop U.S., rather than Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc.,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira

Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Actavis LLC f/k/a

Actavis Inc., and Actavis Pharma, Inc., should be named as the Defendant in Plaintiff's

Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

      Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there

is no opposition to this motion.


Respectfully submitted this 3rd day of July 2018.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney

of record through the Court's Electronic Court Filing System.


Dated: July 3, 2018

/s/ Rhett A. McSweeney
Rhett A. McSweeney
