UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N"(5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: <br> Porter v. Sanofi US Services Inc., et al <br> 2:17-cv-14082-JTM-MBN | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL BUT HOSPIRA DEFENDANTS

IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A), that Plaintiff Sandra Porter's claims against Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S., Inc.; Sanofi-Aventis U.S. LLC; Sandoz, Inc.; Accord Healthcare, Inc; Sun Pharma Global FZE; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. be dismissed with prejudice, with each party to bear its own costs.

Dated:  July 3, 2018

| | |
|---|---|
| **HODES MILMAN LIEBECK, LLP** <br><br> By: /s/ *Benjamin T. Ikuta* <br> Benjamin T. Ikuta <br> Daniel M. Hodes <br> Jeffrey A. Milman <br> 9210 Irvine Center Drive <br> Irvine, California 92618 <br> Email: bikuta@hml.law <br>         dhodes@hml.law <br>         jmilman@hml.law <br><br> *Attorneys for Plaintiff* | **IRWIN FRITCHIE URQUHART & MOORE** <br><br> By: /s/ Douglas J. Moore <br> Douglas J. Moore <br> 400 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Email: dmoore@irwinllc.com |

1

**SHOOK, HARDY & BACON, LLP**

By: /s/ Harley Ratliff
Harley Ratliff
Kelly Bieri
2555 Grand Blvd.
Kansas City, MO 64108
Email: hratliff@shb.com
          kbieri@shb.com

*Attorneys for Defendants Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S. LLC*

**GREENBERG TRAURIG, LLP**

By: /s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com
          merrellc@gtlaw.com
          holdene@gtlaw.com

**ADAMS AND REESE LLP**

Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: debbie.rouen@arlaw.com
          paige.sensenbrenner@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**DECHERT LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Email: mark.cheffo@dechert.com
       MaraCusker.Gonzalez@dechert.com
       Sara.roitman@dechert.com


**CHAFFE MCCALL, LLP**

John F. Olinde
Peter J. Rotolo
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com
       rotolo@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*


**HINSHAW & CULBERTSON LLP**

By: /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Email: gcoan@hinshawlaw.com
       kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories Ltd.*

**TUCKER ELLIS LLP**

By: <u>/s/ Julie A. Callsen</u>
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Stipulation of Dismissal with Prejudice As To All but Hospira Defendants has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated:  July 3, 2018             HODES MILMAN LIEBECK, LLP

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
        dhodes@hml.law
        jmilman@hml.law

*Attorneys for Plaintiff*