UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| REGINA SCHMIDT, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal** |
| vs. | : : | Civil Action No.: 2:18-cv-05028 |
| SANOFI U.S.SERVICES INC., ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC be dismissed without prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 3rd day of July, 2018.

SHOOK, HARDY & BACON LLP

/s/ Clint Casperson
Clint Casperson
State Bar No. 24075561
440 Louisiana St. Suite 1901
Houston, TX 77002
Phone: 713-495-2333
Fax: 713-495-2331

Attorney for Plaintiff

 /s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.