UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Gahan v. Sanofi, et al.*, No. 16-cv-15283 | |

**UNOPPOSED MOTION TO UNSEAL SANOFI'S MOTION FOR RULE 37 SANCTIONS, MEMORANDUM IN SUPPORT, AND ASSOCIATED EXHIBITS, EXCEPT EXHIBITS E AND F**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Sanofi") move this Court, pursuant to Local Rule 5.6 and by agreement of the Parties, for an Order to Unseal Sanofi's Motion for Rule 37 Sanctions, Memorandum in Support, and all associated Exhibits previously filed under seal on June 8, 2018, with the exception of Exhibits E and F. In support of this Motion, Sanofi states:

1. On June 8, 2018, Sanofi filed its Motion for Rule 37 Sanctions. Out of an abundance of caution, and because certain portions of the filing contained personal identifying information and medical treatment information, Sanofi filed a Motion to seal the motion and associated briefing and exhibits.

2. After conferral with Plaintiff's counsel, and pursuant to the Court's guidance, Sanofi seeks to unseal the Motion, Memorandum in Support, and Exhibits A-D and G-K as part of the public record.

3. Plaintiff requests, and Sanofi agrees, that Exhibit E and F remain under seal, as both exhibits contain confidential medical information. *See, e.g.*, LR 5.6(a)(1).

1

WHEREFORE, for the foregoing reasons, Sanofi respectfully requests this Court grant this Unopposed Motion to Unseal the Motion for Rule 37 Sanctions, Memorandum in Support, and associated Exhibits previously filed under seal, with the exception of Exhibit E and F, which will remain under seal to protect Plaintiff Kelly Gahan's confidential medical information.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*