UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

# ORDER

Considering the Unopposed Motion to Unseal Sanofi's Motion for Rule 37 Sanctions, Memorandum in Support, and Associated Exhibits, Except Exhibits E and F, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

IT IS HEREBY ORDERED that said Motion be and is GRANTED, and that Sanofi's Motion for Rule 37 Sanctions, Memorandum in Support, and Associated Exhibits, Except Exhibits E and F, are hereby unsealed and will be entered into the Court's docket.

New Orleans, Louisiana this _____ day of _____ 2018.

         _____
         **HON. JANE TRICHE MILAZZO**
         **UNITED STATES DISTRICT JUDGE**