UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES LISTED ON EXHIBIT A | JUDGE MILAZZO |

## UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE

Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., respectfully submit this unopposed motion to continue the submission date on Plaintiffs' Motion for Leave to File Supplemental Show Cause Letters in Response to Show Cause No. 3 (Rec. Doc. 3130). This Motion, which was filed on June 21, 2018, were initially set for submission on July 11, 2018, at 9:30 a.m. With the *express consent* of counsel for Plaintiffs—all of whom are represented by the same attorney—Defendants seek a continuance of these submission dates, without date, to be reset by this Court at a later time.

Defendants aver that they are not seeking to continue these submission dates for any improper purpose and that continuing the submission dates without setting a new date will not affect any trial or pre-trial deadlines. Rather, Defendants seek a continuance of these submission dates in light of the Court's intention to modify the current show cause process associated with Plaintiff Fact Sheet deficiencies. *See* Rec. Doc. 3062, Minute Entry from Meeting of Court with liaison counsel and lead counsel, June 13, 2018 (ordering that liaison counsel "shall submit to the Court within one week of this Order a proposal for revising the show cause order process."). Further, the Court recently granted Defendants' motions to continue submission date in other similar cases. (Rec. Doc. 3203, 3204). Thus, Defendants aver that a continuance on this basis will conserve the parties' resources while minimizing potentially unnecessary filings with the Court.

1

WHEREFORE, Defendants pray that the Court continue the submission date for Plaintiffs' Motion for Leave to File Supplemental Show Cause Letters in Response to Show Cause No. 3 (Rec. Doc. 3130), without date.

    Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com
*Counsel for sanofi*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ *Douglas J. Moore*

2