## EXHIBIT A

*Barbara Brooks;*
Case No. 16-cv-17054
*Gwen Burnstein*;
Case No. 16-cv-17172
*Madeline Couvillier*;
Case No. 16-cv-16938
*Elsie Craddock*;
Case No. 16-cv-15572
*Victoria Daughtry*;
Case No. 16-cv-17053
*Elizabeth Davis*;
Case No. 16-cv-17985
*Carnelia Dean*;
Case No. 16-cv-17201
*Glenys Dukes*;
Case No. 16-cv-17048
*Gloria Fuller*;
Case No. 16-cv-17231
*Shirley Greene*;
Case No. 16-cv-16731
*Mattie Johnson*;
Case No. 16-cv-15581
*Beverly Johnson*;
Case No. 16-cv-17074
*Oletha Johnson*;
Case No. 16-cv-17976
*Shirley Jones*;
Case No. 16-cv-17103
*Tonia Jones;*
Case No. 16-cv-15498
*Kristy Justice*;
Case No. 16-cv-17186
*Marylyn Keys*;
Case No. 16-cv-17504;
*Sylvia Lewis;*
Case No. 16-cv-17185
*Ruth Lopez*;
Case No. 17-cv-01197
*Geraldine Manigault*;
Case No. 16-cv-17214
*Sheila McCullom*;
Case No. 16-cv-17197
*Linda O'Brien*;
Case No. 16-cv-17508

*Christine Palmatier*;
Case No. 16-cv-17223
*Reva Payne*;
Case No. 16-cv-17200
*Arlene Pelfrey*;
Case No. 16-cv-17228
*Florence Santiago*;
Case No. 16-cv-16935
*Elmira Selders;*
Case No. 16-cv-17156
*Mattie Shoemaker*;
Case No. 16-cv-17066
*Kim Smith*;
Case No. 16-cv-17162
*Patricia St. Ann*;
Case No. 16-cv-17179
*Carolyn Stallworth*;
Case No. 16-cv-17047
*Shirley Stevenson*;
Case No. 16-cv-17204
*Lynette Thomas*;
Case No. 16-cv-17981
*Cindy Thompson*;
Case No. 16-cv-17194
*Linda Traylor*;
Case No. 16-cv-15295
*Sarah Waller*;
Case No. 16-cv-17241
*Doris Williams*;
Case No. 16-cv-17044
*Catherine Williams*;
Case No. 16-cv-17215
*Delight Wood*;
Case No. 16-cv-15321
*Lorraine Young;*
Case No. 16-17235