**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:                                      JUDGE MILAZZO
ALL CASES LISTED ON EXHIBIT A

## ORDER

            IT IS HEREBY ORDERED that the submission date for Plaintiffs' Motion for Leave to

File Supplemental Show Cause Letters in Response to Show Cause No. 3 (Rec. Doc. 3130) is

continued without date.

            New Orleans, Louisiana this _____ day of _____ 2018.


                                        _____
                                        JANE TRICHE MILAZZO
                                        UNITED STATES DISTRICT JUDGE

00516384