5/22/2018

**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

      RE: Notice of Deficiency in Plaintiff Fact Sheet
        *In re Taxotere., MDL No. 2740*
        Plaintiff Name & ID Number: BROWN, EMMA - 8138
        Docket No. Provided on PFS: 2:18-cv-00799

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Current Marital Status | II. 1 | Failed to respond. |
| 3. | Current Marital Status | II. 1 | Other - Please fill out Section II in its entirety. |
| 4. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 5. | Treated with brand name Taxotere | III.1. | Failed to respond. |
| 6. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 7. | "Unknown" Certification | III.4 | Failed to respond. |
| 8. | Age | IV. 1 | Failed to Respond. |
| 9. | Age | IV. 1 | Other - Please fill out Section IV in its entirety. |
| 10. | Diagnosed with cancer | V. 1 | Other - Please fill out Section V in its entirety. |
| 11. | Diagnosed with cancer | V. 1 | Failed to respond. |
| 12. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |
| 13. | Currently taking Taxotere or Docetaxel | VI. 1 | Other - Please fill out Section VI in its entirety. |
| 14. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Other - Please fill out Section VII in its entirety. |

| 15. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 16. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to respond. |
| 17. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please fill out Section VIII in its entirety. |
| 18. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
| 19. | Documents Reviewed in Preparation for PFS | IX | Other - Please fill out Section IX in its entirety. |
| 20. | Declaration | X | Faliure to provide declaration |
| 21. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 22. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 23. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

5/25/2018

**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

      RE: Notice of Deficiency in Plaintiff Fact Sheet
         *In re Taxotere., MDL No. 2740*
         Plaintiff Name & ID Number: NOLAN, CATHY - 8179
         Docket No. Provided on PFS: 2:18-cv-00811

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 3. | Plaintiff Race | I. 20 | Failed to respond. |
| 4. | Plaintiff Ethnicity | I. 21 | Failed to respond. |
| 5. | Primary Language | I. 22 | Failed to respond. |
| 6. | Current Marital Status | II. 1 | Failed to respond. |
| 7. | Married | II. 2 | Failed to respond. |
| 8. | Educational Attainment | II. 4 | Failed to respond. |
| 9. | Are you currently employed? | II. 5 | Failed to respond. |
| 10. | Are you making a claim for lost wages or lost earning capacity? | II. 7 | Failed to respond. |
| 11. | Have you ever been out of work for more than thirty days for health reasons in the last seven years? | II. 9 | Failed to respond. |
| 12. | Filed for workers' compensation, social security, and/or disability benefits within last ten years? | II. 11 | Failed to respond. |
| 13. | Have you ever served in any branch of the military? | II.13 | Failed to respond. |

| 14. | Other lawsuit or claim | II. 17 | Failed to respond. |
|---|---|---|---|
| 15. | Public Internet Comment | II. 18 | Failed to respond. |
| 16. | Alopecia Support group member | II. 20 | Failed to respond. |
| 17. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 18. | Treated with brand name Taxotere | III.1. | Failed to respond. |
| 19. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 20. | Name of Drug | III.3 | Failed to respond. |
| 21. | "Unknown" Certification | III.4 | Failed to respond. |
| 22. | Age | IV. 1 | Failed to Respond. |
| 23. | Age at the time of your alleged injury | IV. 2 | Failed to Respond. |
| 24. | Current weight | IV. 3 | Failed to Respond. |
| 25. | Current height | IV. 4 | Failed to Respond. |
| 26. | Weight at time of alleged injury | IV. 5 | Failed to Respond. |
| 27. | Have you ever been pregnant? | IV. 6 | Failed to Respond. |
| 28. | Date of first period (menses) | IV. 8 | Failed to respond. |
| 29. | Age at first period | IV. 8 | Failed to Respond. |
| 30. | Date of last period (menses) | IV. 9 | Failed to respond. |
| 31. | Age at last period | IV. 9 | Failed to Respond. |
| 32. | Menopausal, perimenopausal, postmenopausal? | IV. 10 | Failed to Respond. |
| 33. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 34. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to respond. |
| 35. | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Failed to respond. |
| 36. | Response 1 - Annual Gynecological Doctor Year | IV. 11 | Failed to respond. |
| 37. | Response 1 - Annual Gynecological Doctor Skipped or Missed | IV. 11 | Failed to respond. |
| 38. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 39. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 40. | Response 1 - Annual Mammogram Office | IV.12 | Failed to respond. |
| 41. | Response 1 - Annual Mammogram Year | IV.12 | Failed to respond. |
| 42. | Response 1 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 43. | Diagnosed with genetic increased cancer risk | IV. 14 | Failed to respond. |

| 44. | Radiation treatments or exposure to radiation before the age of 30 | IV. 15 | Failed to respond. |
|---|---|---|---|
| 45. | Tobacco Use | IV. 16 | Failed to respond. |
| 46. | Never used tobacco | IV. 17 | Failed to respond. |
| 47. | Tobacco use ten years before Taxotere treatment | IV. 18 | Failed to respond. |
| 48. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 49. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 50. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 51. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 52. | Diagnosed with cancer | V. 1 | Failed to respond. |
| 53. | Diagnosed with cancer more than once | V. 2 | Failed to respond. |
| 54. | Cancer Treatment | V. 3 | Failed to respond. |
| 55. | Cancer Surgery | V. 4 | Failed to respond. |
| 56. | Response 1 - Type of Cancer | V. 5 | Failed to respond. |
| 57. | Response 1 - Date of Diagnosis | V. 5 | Failed to respond. |
| 58. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 59. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide full address. |
| 60. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to respond. |
| 61. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide full name[s] of the primary oncologist. |
| 62. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full name[s] of the treatment facility. |
| 63. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 64. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full address. |
| 65. | Response 1 - Treatment - 1 | V. 5 | Failed to respond. |
| 66. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 67. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to respond |
| 68. | Diagnosis for which you were prescribed Taxotere / Docetaxel | V. 7 | Failed to respond. |
| 69. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 70. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 71. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 72. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
| 73. | Breast Cancer Estrogen receptor | V. 8. e | Failed to respond. |

| 74. | Breast Cancer Progesterone receptor | V. 8. f | Failed to respond. |
|---|---|---|---|
| 75. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Failed to respond |
| 76. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 77. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 78. | Number of cycles | V. 12. a | Failed to respond |
| 79. | Frequency | V. 12. b | Failed to respond |
| 80. | Chemotherapy First treatment date | V. 12. c | Failed to respond. |
| 81. | Chemotherapy Last treatment date | V. 12. d | Failed to respond. |
| 82. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 83. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 84. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 85. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 86. | Response 1 - Chemotherapy Prescribing Physician | V. 13 | Failed to respond. |
| 87. | Response 1 - Chemotherapy Prescribing Physician Address | V. 13 | Failed to respond. |
| 88. | Response 1 - Chemotherapy Treatment Facility | V. 14 | Failed to respond. |
| 89. | Response 1 - Chemotherapy Treatment Facility Address | V. 14 | Failed to respond. |
| 90. | Response 1 - State of Residence | V. 15 | Failed to respond. |
| 91. | Response 1 - Residence Dates | V. 15 | Failed to respond. |
| 92. | Clinical trial | V. 16 | Failed to respond. |
| 93. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |
| 94. | Currently cancer-free | VI. 2 | Failed to respond |
| 95. | Current Cancer Status | VI. 3 | Failed to respond. |
| 96. | Most recent date consulted with oncologist | VI. 4 | Failed to respond. |
| 97. | Persistent total alopecia | VI. 5 | Failed to respond. |
| 98. | Persistent alopecia of the head | VI. 5 | Failed to respond. |
| 99. | Permanent / Persistent Hair Loss on Scalp | VI. 5 | Failed to respond. |
| 100. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to respond. |
| 101. | Diffuse thinning of hair: total scalp | VI. 5 | Failed to respond. |
| 102. | Significant thinning of head hair after discontinuing treatment | VI. 5 | Failed to respond. |

| 103. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Failed to respond. |
|------|---|---|---|
| 104. | Small bald area in head hair | VI. 5 | Failed to respond. |
| 105. | Large bald area in head hair | VI. 5 | Failed to respond. |
| 106. | Multiple bald spots in head hair | VI. 5 | Failed to respond. |
| 107. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to respond. |
| 108. | Other Hair Loss | VI. 5 | Failed to respond. |
| 109. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Failed to respond. |
| 110. | Permanent / Persistent Loss of Eyelashes | VI. 5 | Failed to respond. |
| 111. | Permanent / Persistent Loss of Body Hair | VI. 5 | Failed to respond. |
| 112. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to respond. |
| 113. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Failed to respond. |
| 114. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Failed to respond. |
| 115. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to respond. |
| 116. | Have you ever received treatment for the alleged injury? | VI. 6 | Failed to respond. |
| 117. | Were you diagnosed by a healthcare provider for the alleged injury? | VI. 7 | Failed to respond |
| 118. | Discussed with healthcare provider whether Taxotere / Docetaxel caused or contributed to alleged injury? | VI. 8 | Failed to respond. |
| 119. | Were you ever given any instructions? | VI. 9 | Failed to respond. |
| 120. | Oral instructions regarding chemotherapy | VI. 11 | Failed to respond. |
| 121. | Seen advertisements? | VI. 13 | Failed to respond. |
| 122. | Communication with Defendants? | VI. 15 | Failed to respond. |
| 123. | Filed MedWatch Adverse Event Report | VI. 17 | Failed to respond. |
| 124. | Mental or Emotional Damages | VI. 18 | Failed to respond |
| 125. | Medical expenses for alleged injury | VI. 20 | Failed to respond. |
| 126. | Lost wages from alleged injury | VI. 22 | Failed to Respond. |
| 127. | Out-of-Pocket Expenses | VI. 25 | Failed to Respond. |
| 128. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 129. | Did hair loss begin during chemotherapy treatment? | VII. 2 | Failed to respond. |

| 130. | First hair loss after treatment with another chemotherapy agent | VII. 3. a | Failed to respond. |
|------|------------------------------------------------------------------|-----------|--------------------|
| 131. | First hair loss after treatment with Taxotere or Docetaxel | VII. 3. b | Failed to respond. |
| 132. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide. |
| 133. | Special diet before or during hair loss? | VII. 6 | Failed to respond. |
| 134. | Scalp Biopsy | VII. | Failed to respond. |
| 135. | Blood Test | VII. | Failed to respond. |
| 136. | Hormone Test | VII. | Failed to respond. |
| 137. | Thyroid Condition | VII. | Failed to respond. |
| 138. | Thyroid Hormone Treatment | VII. | Failed to respond. |
| 139. | Low Iron Level | VII. | Failed to respond. |
| 140. | Endocrine or Hormonal Therapy | VII. 7 | Failed to respond. |
| 141. | Autoimmune Diseases | VII. 9 | Failed to respond |
| 142. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 143. | Hairwashing Interval | VII. 12 | Failed to respond |
| 144. | Chemically Processed or Straightened | VII. 13 | Failed to respond. |
| 145. | High Heat Processing | VII. 13 | Failed to respond. |
| 146. | Hair Dyed | VII. 13 | Failed to respond. |
| 147. | Highlights | VII. 13 | Failed to respond. |
| 148. | Braids | VII. 13 | Failed to respond. |
| 149. | Weaves | VII. 13 | Failed to respond. |
| 150. | Tight Hairstyles | VII. 13 | Failed to respond. |
| 151. | Extensions | VII. 13 | Failed to respond. |
| 152. | Other Hair Treatment | VII. 13 | Failed to respond. |
| 153. | Different Hair Care Regimen | VII. 15 | Failed to respond. |
| 154. | Cool Cap | VII. 17 | Failed to respond. |
| 155. | OTC Hair Loss Medications | VII. 19 | Failed to respond. |
| 156. | Has anything helped your hair loss? | VII. 21 | Failed to respond. |
| 157. | How long have you had alopecia or incomplete hair regrowth? | VII. 23 | Failed to respond |
| 158. | Has any hair regrowth occurred? | VII. 24 | Failed to respond |
| 159. | Wig | VII. 25 | Failed to respond |
| 160. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to respond. |
| 161. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 162. | Response 1 - Healthcare Provider Area or Specialty | VIII. 1 | Failed to respond. |
| 163. | Response 1 - Healthcare Provider Address | VIII. 1 | Failed to respond. |
| 164. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to respond. |

| 165. | Response 1 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
|---|---|---|---|
| 166. | Response 1 - Facility Name | VIII. 2 | Failed to respond. |
| 167. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 168. | Response 1 - Facility Address | VIII. 2 | Failed to respond. |
| 169. | Response 1 - Facility Dates | VIII. 2 | Failed to respond. |
| 170. | Response 1 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 171. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 172. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 173. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 174. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 175. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 176. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 177. | Response 1 - Pharmacy Name | VIII. 4 | Failed to provide pharmacy information for full time period requested. |
| 178. | Response 1 - Pharmacy Name | VIII. 4 | Failed to respond. |
| 179. | Response 1 - Pharmacy Address | VIII. 4 | Failed to respond. |
| 180. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to respond. |
| 181. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 182. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 183. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 184. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 185. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 186. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 187. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 188. | Response 1 - Insurance Carrier | VIII. 6 | Failed to respond. |
| 189. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 190. | Response 1 - Insurance Carrier Name of Insured | VIII. 6 | Failed to respond. |
| 191. | Response 1 - Insurance Carrier Insured SSN | VIII. 6 | Failed to respond. |
| 192. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 193. | Response 1 - Insurance Carrier Dates of Coverage | VIII. 6 | Failed to respond. |

| 194. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
|---|---|---|---|
| 195. | Documents Reviewed in Preparation for PFS - Who has the Documents | IX | Failed to respond |
| 196. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to respond. |
| 197. | Medical Records Related to Taxotere or Docetaxel - Who has the Documents | IX | Failed to respond. |
| 198. | Medical Records Related to Taxotere or Docetaxel - Who has the Documents | IX | Failed to provide records requested. |
| 199. | Medical Records For Any Condition or Symptom | IX | Failed to respond. |
| 200. | Medical Records For Any Condition or Symptom - Who has the Documents | IX | Failed to respond. |
| 201. | Medical Records For Any Condition or Symptom - Who has the Documents | IX | Failed to provide records requested. |
| 202. | Laboratory Results Related to Hair Loss | IX | Failed to respond. |
| 203. | Laboratory Results Related to Hair Loss - Who has the Documents | IX | Failed to respond. |
| 204. | Laboratory Results Related to Hair Loss - Who has the Documents | IX | Failed to provide records requested. |
| 205. | Pathology Reports Related to Hair Loss | IX | Failed to respond. |
| 206. | Pathology Reports Related to Hair Loss - Who has the Documents | IX | Failed to provide records requested. |
| 207. | Pathology Reports Related to Hair Loss - Who has the Documents | IX | Failed to respond. |
| 208. | Documents Reflecting Rx Drug Use | IX | Failed to respond. |
| 209. | Documents Reflecting Rx Drug Use - Who has the Documents | IX | Failed to respond. |
| 210. | Documents Reflecting Rx Drug Use - Who has the Documents | IX | Failed to provide records requested. |
| 211. | Documents Identifying Chemotherapy Agents | IX | Failed to respond. |
| 212. | Documents Identifying Chemotherapy Agents - Who has the Documents | IX | Failed to provide records requested. |
| 213. | Documents Identifying Chemotherapy Agents - Who has the Documents | IX | Failed to respond. |
| 214. | Documents for Workers' Compensation or Disability | IX | Failed to respond. |

| 215. | Documents for Workers' Compensation or Disability - Who has the Documents | IX | Failed to respond. |
|---|---|---|---|
| 216. | Taxotere Instructions, Warnings, Handouts | IX | Failed to respond. |
| 217. | Taxotere Instructions, Warnings, Handouts - Who has the Documents | IX | Failed to respond. |
| 218. | Taxotere Advertisements | IX | Failed to respond. |
| 219. | Taxotere Advertisements - Who has the Documents | IX | Failed to respond. |
| 220. | Taxotere Articles | IX | Failed to respond. |
| 221. | Taxotere Articles - Who has the Documents | IX | Failed to respond. |
| 222. | Packaging | IX | Failed to respond. |
| 223. | Packaging - Who has the Documents | IX | Failed to provide records requested. |
| 224. | Packaging - Who has the Documents | IX | Failed to respond. |
| 225. | Documents Mentioning Health Risks | IX | Failed to respond. |
| 226. | Documents Mentioning Health Risks - Who has the Documents | IX | Failed to provide records requested. |
| 227. | Documents Mentioning Health Risks - Who has the Documents | IX | Failed to respond. |
| 228. | Documents Obtained From Defendants | IX | Failed to respond. |
| 229. | Documents Obtained From Defendants - Who has the Documents | IX | Failed to respond. |
| 230. | Communications With Defendants | IX | Failed to respond. |
| 231. | Communications With Defendants - Who has the Documents | IX | Failed to respond. |
| 232. | Media Depicting Alleged Injury | IX | Failed to respond. |
| 233. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 234. | Media Depicting Alleged Injury - Who has the Documents | IX | Failed to respond. |
| 235. | Journals or Diaries | IX | Failed to respond. |
| 236. | Journals or Diaries - Who has the Documents | IX | Failed to respond. |
| 237. | Social Media Posts | IX | Failed to respond. |
| 238. | Social Media Posts - Who has the Documents | IX | Failed to respond. |
| 239. | Tax Returns | IX | Failed to respond. |
| 240. | Tax Returns - Who has the Documents | IX | Failed to respond. |
| 241. | Medical Bills | IX | Failed to respond. |

| 242. | Medical Bills - Who has the Documents | IX | Failed to respond. |
|---|---|---|---|
| 243. | Expense Records | IX | Failed to respond. |
| 244. | Expense Records - Who has the Documents | IX | Failed to respond. |
| 245. | Letters Testamentary | IX | Failed to respond. |
| 246. | Letters Testamentary - Who has the Documents | IX | Failed to respond. |
| 247. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 248. | Death Certificate and/or Autopsy - Who has the Documents | IX | Failed to respond. |
| 249. | Hair Photos Before Treatment | IX | Failed to respond. |
| 250. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 251. | Hair Photos Before Treatment - Who has the Documents | IX | Failed to respond. |
| 252. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 253. | Hair Photos During Treatment | IX | Failed to respond. |
| 254. | Hair Photos During Treatment - Who has the Documents | IX | Failed to respond. |
| 255. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 256. | Hair Photos After Treatment | IX | Failed to respond. |
| 257. | Hair Photos After Treatment - Who has the Documents | IX | Failed to respond. |
| 258. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 259. | Hair Photos Today | IX | Failed to respond. |
| 260. | Hair Photos Today - Who has the Documents | IX | Failed to respond. |
| 261. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 262. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 263. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 264. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 265. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 266. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 267. | Signed Authorizations for Medical Records - Who has the Documents | IX | Failed to provide records requested. |
| 268. | Signed Authorizations for Medical Records - Who has the Documents | IX | Failed to provide authorizations for treaters/prescribers noted in PFS |

| 269. | Declaration | X | Faliure to provide declaration |
|---|---|---|---|
| 270. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 271. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 272. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 273. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 274. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

5/22/2018

**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

RE: Notice of Deficiency in Plaintiff Fact Sheet
   *In re Taxotere., MDL No. 2740*
   Plaintiff Name & ID Number: CAMERON, DOROTHY - 8165
   Docket No. Provided on PFS: 2:18-cv-00828

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 3. | Plaintiff Race | I. 20 | Failed to respond. |
| 4. | Plaintiff Ethnicity | I. 21 | Failed to respond. |
| 5. | Primary Language | I. 22 | Failed to respond. |
| 6. | Current Marital Status | II. 1 | Failed to respond. |
| 7. | Current Marital Status | II. 1 | Other - Please fill out Section II in its entirety. |
| 8. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 9. | Treated with brand name Taxotere | III.1. | Failed to respond. |
| 10. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 11. | "Unknown" Certification | III.4 | Failed to respond. |
| 12. | Age | IV. 1 | Failed to Respond. |
| 13. | Age | IV. 1 | Other - Please fill out Section IV in its entirety. |
| 14. | Diagnosed with cancer | V. 1 | Other - Please fill out Section V in its entirety. |
| 15. | Diagnosed with cancer | V. 1 | Failed to respond. |
| 16. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |

| 17. | Currently taking Taxotere or Docetaxel | VI. 1 | Other - Please fill out Section VI in its entirety. |
|---|---|---|---|
| 18. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Other - Please fill out Section VII in its entirety. |
| 19. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 20. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to respond. |
| 21. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please fill out Section VIII in its entirety. |
| 22. | Documents Reviewed in Preparation for PFS | IX | Other - Please fill out Section IX in its entirety. |
| 23. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
| 24. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to respond. |
| 25. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 26. | Medical Records For Any Condition or Symptom | IX | Failed to respond. |
| 27. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 28. | Documents Reflecting Rx Drug Use | IX | Failed to respond. |
| 29. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 30. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 31. | Hair Photos Before Treatment | IX | Failed to respond. |
| 32. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 33. | Hair Photos During Treatment | IX | Failed to respond. |
| 34. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 35. | Hair Photos After Treatment | IX | Failed to respond. |
| 36. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 37. | Hair Photos Today | IX | Failed to respond. |
| 38. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 39. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 40. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 41. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 42. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 43. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |

| 44. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
|---|---|---|---|
| 45. | Declaration | X | Faliure to provide declaration |
| 46. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 47. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 48. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

5/22/2018

**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

RE: Notice of Deficiency in Plaintiff Fact Sheet
*In re Taxotere., MDL No. 2740*
Plaintiff Name & ID Number: COPELAND, FELICIA - 8168
Docket No. Provided on PFS: 2:18-cv-00802

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

| | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 3. | Plaintiff Race | I. 20 | Failed to respond. |
| 4. | Plaintiff Ethnicity | I. 21 | Failed to respond. |
| 5. | Primary Language | I. 22 | Failed to respond. |
| 6. | Current Marital Status | II. 1 | Failed to respond. |
| 7. | Current Marital Status | II. 1 | Other - Please fill out Section II in its entirety. |
| 8. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 9. | Treated with brand name Taxotere | III.1. | Failed to respond. |
| 10. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 11. | "Unknown" Certification | III.4 | Failed to respond. |
| 12. | Age | IV. 1 | Failed to Respond. |
| 13. | Age | IV. 1 | Other - Please fill out Section IV in its entirety. |
| 14. | Diagnosed with cancer | V. 1 | Other - Please fill out Section V in its entirety. |
| 15. | Diagnosed with cancer | V. 1 | Failed to respond. |
| 16. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |

| 17. | Currently taking Taxotere or Docetaxel | VI. 1 | Other - Please fill out Section VI in its entirety. |
|---|---|---|---|
| 18. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Other - Please fill out Section VII in its entirety. |
| 19. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 20. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to respond. |
| 21. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please fill out Section VIII in its entirety. |
| 22. | Documents Reviewed in Preparation for PFS | IX | Other - Please fill out Section IX in its entirety. |
| 23. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
| 24. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to respond. |
| 25. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 26. | Medical Records For Any Condition or Symptom | IX | Failed to respond. |
| 27. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 28. | Documents Reflecting Rx Drug Use | IX | Failed to respond. |
| 29. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 30. | Media Depicting Alleged Injury | IX | Failed to respond. |
| 31. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 32. | Hair Photos Before Treatment | IX | Failed to respond. |
| 33. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 34. | Hair Photos During Treatment | IX | Failed to respond. |
| 35. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 36. | Hair Photos After Treatment | IX | Failed to respond. |
| 37. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 38. | Hair Photos Today | IX | Failed to respond. |
| 39. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 40. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 41. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 42. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 43. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |

| 44. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
|---|---|---|---|
| 45. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 46. | Declaration | X | Faliure to provide declaration |
| 47. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 48. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 49. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

5/22/2018

**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

RE: Notice of Deficiency in Plaintiff Fact Sheet
*In re Taxotere., MDL No. 2740*
Plaintiff Name & ID Number: HALL, DONNA - 8171
Docket No. Provided on PFS: 2:18-cv-00804

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

| | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 3. | Plaintiff Race | I. 20 | Failed to respond. |
| 4. | Plaintiff Ethnicity | I. 21 | Failed to respond. |
| 5. | Primary Language | I. 22 | Failed to respond. |
| 6. | Current Marital Status | II. 1 | Failed to respond. |
| 7. | Current Marital Status | II. 1 | Other - Please fill out Section II in its entirety. |
| 8. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 9. | Treated with brand name Taxotere | III.1. | Failed to respond. |
| 10. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 11. | "Unknown" Certification | III.4 | Failed to respond. |
| 12. | Age | IV. 1 | Failed to Respond. |
| 13. | Age | IV. 1 | Other - Please fill out Section IV in its entirety. |
| 14. | Diagnosed with cancer | V. 1 | Other - Please fill out Section V in its entirety. |
| 15. | Diagnosed with cancer | V. 1 | Failed to respond. |
| 16. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |

| 17. | Currently taking Taxotere or Docetaxel | VI. 1 | Other - Please fill out Section VII in its entirety. |
|---|---|---|---|
| 18. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Other - Please fill out Section VII in its entirety. |
| 19. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 20. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to respond. |
| 21. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please fill out Section VIII in its entirety. |
| 22. | Documents Reviewed in Preparation for PFS | IX | Other - Please fill out Section IX in its entirety, and provide required documentation. |
| 23. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
| 24. | Medical Records Related to Taxotere or Docetaxel - Who has the Documents | IX | Failed to provide records requested. |
| 25. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 26. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 27. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 28. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 29. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 30. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 31. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 32. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 33. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 34. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 35. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 36. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 37. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 38. | Declaration | X | Failure to provide declaration |
| 39. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 40. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

| | | | |
|---|---|---|---|
| 41. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.