UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Becker v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:18-cv-00662 | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., MCKESSON CORPORATION D/B/A MCKESSON PACKAGING, SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD., PFIZER INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.**

Plaintiff Dawn Carlette Becker, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Dawn Carlette Becker's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis

Pharma, Inc.,. Plaintiff Dawn Carlette Becker's claims against all other Defendants named in civil action number 2:18-cv-00662 will remain active.

Dated: July 5, 2018      Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile: (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

| | |
|---|---|
| Dated: <u>July 5, 2018</u> | Respectfully submitted, |
| | |
| | <u>/s/ Russell Abney</u> |
| | Russell Abney, Esq. |
| | State Bar No. 000875 (GA) |
| | Ferrer Poirot & Wansbrough |
| | 2100 RiverEdge Pkwy, Ste 1025 |
| | Atlanta, GA 30328 |
| | Telephone: (800) 661-8210 |
| | Facsimile:  (707) 313-0956 |
| | Email: atlanta@lawyerworks.com |
| | *Attorney for the Plaintiff* |