# UNITED STATES DISTRICT

# COURT EASTERN DISTRICT OF

# LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-01174-JTM-MBN |
| PRUITT et al v. SANOFI US SERVICES INC.F/K/A SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:18-cv-01174 -JTM-MBN | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Elva C. Pruitt and Rene Ramirez claims against Sandoz, Inc, Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharma Global FZE., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories LTD. Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.. Plaintiffs are not dismissing their claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi- Aventis U.S. LLC. Dated this 5th day of July 2018.

**KAGAN LEGAL GROUP, LLC**
*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.

295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220-2424
Facsimile: 9939) 220-2477
Email:
andrew@kaganlegalgroup.com
*Attorney for Plaintiff*

**IRWIN FRITCHIE URQUHART & MOORE**

*/s/ Douglas J. Moore*
Douglas J. Moore,Esq.
Kelly Brilleaux, Esq.
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison Counsel for Defendants*

**CHAFFE MCCALL, LLP**

*/s/ John F. Olinde*
John F. Olinde
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 585- 7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
505bliaison@chaffe.com

*Liaison Counsel for Defendants*

**SHOOK, HARDY & BACON L.L.P**

*/s/ Kelly Bieri*
Kelly Bieri, Esq.

Harley Ratliff, Esq.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474- 6550
Facsimile: (816) 421- 5547
Email: hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

*Attorneys for Defendants Sanofi- Aventis U.S. LLC, and Sanofi US Services Inc.*


**DECHERT, LLP**

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez, Esq.
Sara Roitman, Esq.
Mark Cheffo, Esq.
Three Bryant Park
109 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email:sara.roitman@dechert.com
Maracusker.gonzalez@dechert.com
Mark.cheffo@dechert.com

*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*


**GREENBERG TRAURIG, LLP**

*/s/R. Clifton Merrell*
R. Clifton Merrell Evan
Holden Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553- 2100
Email: merellc@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com
*Attorneys for Defendant Sandoz, Inc.*

**HINSHAW & CULBERTSONLLP**

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Phone: (617) 213- 7000
Facsimile: (617) 213- 7001
Email: docenoprodid@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

*/s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698- 5064
Facsimile: (513) 698- 5065
Email: msuffern@ulmer.com
kbeck@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.*

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
95 Main Ave. Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Email: noproductid@tuckerellis.com
Julie.callsen@tuckerellis.com
*Attorneys for Defendant Accord Healthcare Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5th, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**KAGAN LEGAL GROUP, LLC**
*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Florida Bar No. 26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

*Attorney for Plaintiffs*