UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br>*Williams v. Sanofi S.A. et al,*<br>2:16-cv-16851-JTM-MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Barbara Williams' claims against all defendants in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.

Dated: May 18, 2018

 */s/ Dean A. Goetz*

Dean A. Goetz
THE GOETZ FIRM, INC.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
FAX: (858) 481-2139
E-mail: dgoetz12@gmail.com

 */s/ Mara Cusker Gonzalez*

Mark Cheffo
Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Email: mark.cheffo@dechert.com
             maracusker,gonzalez@dechert.com
*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide LLC f/k/a Hospira*
*Worldwide, Inc., and Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 5, 2018                           */s/ Dean A. Goetz*
                                                                    Dean A. Goetz
                                                                    The Goetz Firm, Inc.
                                                                    603 N. Coast Hwy 101, Ste. H
                                                                    Solana Beach, CA 92075
                                                                    Telephone: (858) 481-8844
                                                                    FAX: (858) 481-2139
                                                                    E-mail: dgoetz12@gmail.com