UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>*Pamela Mills v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,*<br>Civil Action No. 2:17-cv-15947 | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, PAMELA MILLS, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Plaintiff seeks to add Sandoz, Inc. as a Defendant. Plaintiff's medical records identify Sandoz, Inc. as an additional manufacturer of the Docetaxel administered to Plaintiff.

Dated: July 5, 2018.                                 Respectfully submitted,

/s/ John C. Thornton
Andrews & Thornton
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
John C. Thornton, Esq.
jct@andrewsthornton.com

*Attorney for Plaintiff*
/s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore

1

400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*

2

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, a copy of the above **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; EXHIBIT 1 ((PROPOSED) FIRST AMENDED SHORT FORM COMPLAINT); AND (PROPOSED) ORDER GRANTING LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT;** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ John Thornton*
John C. Thornton