UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |

*Lesley Byrns v. Sanofi U.S. LLC. et. al. 2:18-cv-03311*

*EX PARTE* **MOTION FOR ORDER OF SEVERANCE**
**PURSUANT TO PRETRIAL ORDER NO. 65**

NOW INTO COURT come plaintiffs, through the Plaintiffs' undersigned counsel, who respectfully request that the Court issue an Order of Severance related to the above identified member cases pursuant to the terms set forth in Pretrial Order No. 65 (Rec. Doc. 959). Plaintiffs' proposed Order of Severance, attached hereto, provides that the individual plaintiffs' claims are severed from their original complaints. Pretrial Order No. 65 requires that the claims of a plaintiff who has used a docetaxel product and a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall together be treated as one "individual plaintiff." Upon issuance of the requested Order of Severance, the several individual plaintiffs will follow the procedure set forth in Pretrial Order No. 65 to file individual Short Form Complaints.

WHEREFORE, plaintiffs pray that their attached proposed Order of Severance be entered and, accordingly, that the claims of the individual plaintiffs in the above referenced actions be severed as set forth in Pretrial Order No. 65.

DATED: July 5, 2018                              */s/ C. Brooks Cutter*
                                                                 C. Brooks Cutter (CA 121407)

Jennifer S. Domer (CA 305822)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, I electronically filed the Ex Parte Motion for Order of Severance Pursuant to Pretrial Order 65 with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF partipcants registered to receive service in this MDL.

Dates: July 5, 2018                                                                                  /s/ C. Brooks Cutter
                                                                                                              Brooks Cutter