UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |

*Lesley Byrns v. Sanofi U.S. LLC. et. al. 2:18-cv-03311*

**[PROPOSED] ORDER OF SEVERANCE**

Considering the foregoing Plaintiffs Ex Parte Motion for Order of Severance pursuat to Pretrial Order No. 65.

IT IS ORDERED that the Motion is hereby GRANTED, and the individual plaintiffs' claims in the above captioned member cases are hereby severed from their original complaints. The individual plaintiffs (and any plaintiff with a derivative claim) shall follow the procedures set forth in Pretrial Order No. 65 (Rec. Doc. 959) for filing individual Short Form Complaints, and shall file any Short Form Complaint within 45 days from this Order of Severance.

New Orleans, Louisiana this ____day of _____, 2018.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE