## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                    MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Tracy Tate-Hendricks
Case No.: 16-cv-17788

---

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED SHORT FORM COMPLAINT

---

    **NOW COMES** Plaintiff Tracy Tate-Hendricks, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: July 5, 2018                    **JOHNSON BECKER, PLLC**

                                        /s/ Alexandra W. Robertson
                                        Alexandra W. Robertson, Esq. MN Bar #395619
                                        Timothy J. Becker, Esq. MN Bar #256663
                                        Johnson Becker, PLLC
                                        444 Cedar Street, Suite 1800
                                        St. Paul, Minnesota 55101
                                        (612) 436-1800 (telephone)
                                        arobertson@johnsonbecker.com
                                        tbecker@johnsonbecker.com

                                        **Attorneys for Plaintiff**

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

**CERTIFICATE OF SERVICE**

I certify that June 19, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson