UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Hildy M. Sastre of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated: July 6, 2018

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 /s/Hildy M. Sastre
Hildy M. Sastre
Shook, Hardy & Bacon LLP
Citigroup Center Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305-358-5171)
Fax: (305-358-7470)
Email: hsastre@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

836552 v1