UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "H" (5) |

### CONSENT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT RESPONSE TO SANOFI DEFENDANTS' MOTION FOR PROTECTIVE ORDER

NOW INTO COURT comes the Plaintiffs' Steering Committee ("PSC"), through Plaintiffs' Liaison Counsel, which respectfully requests additional time to submit their response to Sanofi Defendants' Motion for Protective Order (R. Doc. 2850).  The Motion is currently set for hearing on July 18, 2018 (R. Doc. 2860).  Pursuant to the Court's Local Rules, the PSC's response would otherwise be due on July 10, 2018.  The PSC requires additional time to prepare its response, and the parties do not anticipate the hearing date will be affected by the requested extension.

Accordingly, the PSC respectfully requests a one-day extension of the current deadline for submission of the response until July 11, 2018.  Defendants have been contacted through Defendants' Liaison Counsel, who advised there is no objection to the relief requested.

Date:  July 6, 2018

Respectfully submitted:

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile:  504-528-9973
E-Mail: plambert@gainsben.com

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/M. Palmer Lambert
 M. PALMER LAMBERT