# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "H" (5) |

## ORDER

Considering the foregoing Consent Motion for Extension of Deadline to Submit Response to Sanofi Defendants' Motion for Protective Order,

**IT IS HEREBY ORDERED**, that the Plaintiffs' Steering Committee ("PSC") is granted an extension of time until July 11, 2018 to file their response to Sanofi Defendants' Motion for Protective Order (R. Doc. 2850).

New Orleans, Louisiana, this __ day of _____, 2018.

_____
**JUDGE**