## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2:16-MD-2740 |
| | | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| *Melissa Laitman v. Sanofi-Aventis U.S. LLC, et al.,* | : : : | |
| *Civil Action No. 2:17-cv-16975* | : : | MAG. JUDGE MICHAEL B. NORTH |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff Melissa Laitman's claims pending against all defendants in this action, cause number 2:17-cv-16975 **(only)**; Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., be dismissed with prejudice, each party to bear its own costs. Her claims that are pled in cause number, 2:17-cv-11965 remain pending.

Dated this 9th day of July 2018

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/Amy Collignon Gunn
John G. Simon
Amy Collignon Gunn
800 Market Street, Ste. 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Douglas J. Moore
    Douglas J. Moore
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Phone: (504) 310-2100
    dmoore@irwinllc.com

**SHOOK, HARDY & BACON LLP**

By: /s/ Kelly Bieri
    Kelly Bieri
    Harley V. Ratliff
    2555 Grand Boulevard,
    Kansas City, MO 64108
    Phone: 816-474-6550
    Fax: 816-421-5547
    kbieri@shb.com
    hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services, Inc.*

**GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
    R. Clifton Merrell
    Evan Holden
    Terminus 200
    3333 Piedmont Road NE, Suite 2500
    Atlanta, GA 30305
    Phone: 678-553-2100
    holdene@gtlaw.com
    merrellc@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
    Julie A. Callsen
    Brandon D. Cox
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    Phone: 216-592-5000
    Fax: 216-592-5009
    Julie.callsen@tuckerellis.com
    Brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**
By: /s/ Erin M. Bosman
    Erin M. Bosman
    Julie Y. Park
    12531 High Bluff Dr.
    San Diego, CA 92130-2040
    Phone: 858-720-5100
    Fax: 858-720-5125
    ebosman@mofo.com
    juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Services*

**HINSHAW & CULBERTSON LLP**
By: /s/ Geoffrey M. Coan
    Geoffrey M. Coan
    Kathleen E. Kelly
    53 State Street, 27th Floor
    Boston, MA 02109
    Phone: 617-213-7000
    Fax: 617-213-7001
    gcoan@hinshawlaw.com
    kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc f/k/a Caraco Laboratories, Ltd.*

**DECHERT LLP**
By: /s/ Mark Cheffo
    Mark Cheffo
    Mara Cusker Gonzalez
    Sara Roitman
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: 212-698-3814
    Fax: 212-698-3599
    mark.cheffo@dechert.com
    MaraCusker.Gonzalez@dechert.com
    sara.roitman@dechert.com

*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn