MINUTE ENTRY
NORTH, M.J.
JULY 6, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION
                                SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

The Court held a telephone status conference to discuss a discovery dispute among the parties.  Appearing telephonically were:

Harley Ratliff          Kyle Bacchus

The Court addressed the fact that eight Plaintiffs identified as members of the "Taxotears" Google group have yet to produce ESI, despite PTO 71A establishing a June 28, 2018 deadline for them to do so and despite counsel assuring the Court at the June 13, 2018 discovery status conference that such productions would be timely accomplished.[1]  These Plaintiffs are among some 400+ Plaintiffs for whom the PSC recently sought an extension of the PTO 71A deadline of 120 days.  (Rec. doc. 3195-1).  The Court hereby orders that the ESI production required under PTO 71A of Plaintiffs, Jennifer Daley, Charlotte Darby, Ami Dodson, Yolanda Herron, Susan Jones, Margaret Lands, Courtney Preusse, and Jenifer Weigand be completed no later than **July 16, 2018**.

---

[1]  These Plaintiffs are Jennifer Daley, Charlotte Darby, Ami Dodson, Yolanda Herron, Susan Jones, Margaret Lands, Courtney Preusse, and Jenifer Weigand.

MJSTAR (00:10)

This Order applies only to the eight Plaintiffs identified herein and does not otherwise

impact the PSC's pending motion for extension of deadlines. (Rec. doc. 3195).

_____

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE