UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                            SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

ORDER ON MOTION
JULY 9, 2018

APPEARANCES:

MOTION:

(1)   Sanofi Defendants' Motion for Protective Order (Rec. doc. 2850).

___1___:   Continued to July 18, 2018 at **1:30 p.m.**

_____:   No opposition

_____:   Opposition


ORDERED

_____:   Dismissed as moot.

_____:   Dismissed for failure of counsel to appear.

_____:   Granted.

_____:   Denied.

_____:   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE