UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>Deborah Beck v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-cv-07736-KDE-MBN |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's case against all Defendants *except* Hospira, Inc. and Hospira Worldwide, LLC, be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This dismissal does not apply to Defendants Hospira, Inc. and Hospira Worldwide, LLC and the case against them shall remain open.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated July 9, 2018.

1

**BACHUS & SCHANKER, LLC**

By: /s/ J.Christopher Elliott
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

By: /s/ Douglas J. Moore
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By: /s/ Mark Cheffo
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22n$^d$ Floor
New York, NY 10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemmanuel.com
docetaxelproductid@quinnemanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc., and Pfizer, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        *s/J. Christopher Elliott*

                                        J. Christopher Elliott