UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ARECIA NASH,<br><br>      Plaintiff,<br><br>vs.<br><br>Sanofi S.A., et al<br><br>      Defendant(s).<br>------------------------------------------------------- | : : : : : : : : : : : | <br><br><br>**Civil Action No.:** 2:17-cv-07661 |

**NOTICE OF CHANGE OF ADDRESS**

Dear Clerk:

Please note the following address change:

Matthew B. Moreland
Jennifer L. Crose
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799

DATED: July 10, 2018

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
mmoreland@jimshall.com
jcrose@jimshall.com

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record on this 10th day of July, 2018.

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799
mmoreland@jimshall.com
jcrose@jimshall.com