UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H"(5) |
| : | |
| THIS DOCUMENT RELATES TO: : | JUDGE JANE TRICHE MILAZZO |
| Charles v. Sanofi US Services Inc. f/k/a : | |
| Sanofi-Aventis U.S. Inc., et al., Civil : | MAG. JUDGE MICHAEL B. NORTH |
| Action No. 2:17-cv-06344 : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S., ACCORD HEALTHCARE, INC., SUN PHARMA GLOBAL FZE, AND SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES, LTD.**

Plaintiff Sharon Knapper Charles, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., Accord Healthcare, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Sharon Knapper Charles's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., Accord Healthcare, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. Plaintiff Sharon Knapper Charles's claims against all other Defendants named in civil action number 2:17-cv-06344 will remain active.

Dated: July 10, 2018                        Respectfully submitted,

                                            /s/ Russell Abney
                                            Russell Abney, Esq.

              State Bar No. 000875 (GA)
              Ferrer Poirot & Wansbrough
              2100 RiverEdge Pkwy, Ste 1025
              Atlanta, GA 30328
              Telephone: (800) 661-8210
              Facsimile: (707) 313-0956
              Email: atlanta@lawyerworks.com
              *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 10, 2018

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*