UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| CASSANDRA DUNSON,<br><br>  Plaintiff(s),<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.,<br><br>  Defendant(s).<br>-------------------------------------------------------- | : : : : : : : : : : : | Civil Action No.: 2:17-cv-05962 |

**NOTICE OF CHANGE OF ADDRESS**

Dear Clerk:

Please note the following address change:

Matthew B. Moreland
Jennifer L. Crose
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799

DATED: July 10, 2018

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
mmoreland@jimshall.com
jcrose@jimshall.com

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record on this 10th day of July, 2018.

>       /s/Matthew B. Moreland
> Matthew B. Moreland (LA #24567)
> Jennifer L. Crose (LA #32116)
> Jim S. Hall & Associates, LLC
> 800 N. Causeway Blvd, #100
> Metairie, LA 70001
> (504) 832-3000
> Fax: (504) 832-1799
> mmoreland@jimshall.com
> jcrose@jimshall.com