BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| *Natalie Brown, et al. v. Sanofi, S.A. et al.*, Case No. 2:17-cv-12489 | |

## RESPONSE TO ORDER TO SHOW CAUSE NO. 4

Langdon & Emison, LLC, and the undersigned represents the above-named Plaintiffs in this litigation. Plaintiffs hereby file a Response to the Order to Show Cause No. 4 (Rec. Doc. 2134). Counsel recognizes that these Plaintiffs are not in compliance with Amended Pre-Trial Order (PTO) No. 22. Plaintiffs obligation under PTO 71 has not yet come due. Plaintiffs' PTO 71 statement is due on May 14, 2018. Unfortunately, these Plaintiffs have almost completely ceased contact with Counsel, despite multiple attempts by Counsel and their staff. They have also failed to submit minimal information, including a signed Declaration page, for their Plaintiff Fact Sheet (PFS).

Plaintiffs' Complaint was filed on her behalf on November 15, 2017. Since that time, Counsel and their staff have made no less than 42 contact attempts between the filing of the Complaint and March 8, 2018. Counsel informed Plaintiff Brown of her obligation to complete a PFS on several of these occasions. On March 20, 2018, Counsel and their staff were able to connect with Ms. Brown, at which point she indicated she would work on and provide the required information and documents for the Plaintiff Fact Sheet immediately. However, Counsel and their staff have reached out to Ms. Brown five times since this conversation but have received no response, nor has Counsel received the paperwork necessary to complete the Plaintiff Fact Sheet. As a result, Counsel also plan to file a motion to withdraw as counsel in this case. Regardless, although Plaintiffs are not in compliance with Court

Orders, it is Counsel's understanding that health issues may prevent Ms. Brown from responding timely to discovery. Thus, should the Court be inclined to dismiss this case, Counsel requests such dismissal be without prejudice.

Dated: April 23, 2018                                  Respectfully submitted,

                                                                          /s/ Brett A. Emison
                                                                          Brett A. Emison, MO Bar #52072
Langdon & Emison, LLC
911 Main Street
Lexington, Missouri 64067
Phone: 660-259-6175
Fax:  660-259-4571
Email:  brett@lelaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 23, 2018, I provided the foregoing to Plaintiffs' Co-Liaison Counsel pursuant to Order to Show Cause No. 4 to be bundled and filed with the Court on April 26, 2018 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                         /s/ Brett A. Emison
                                                                          Brett A. Emison