UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:  SECTION "H" (5)
ALL CASES

### ORDER

Considering the foregoing Consent Motion for Extension of Deadline to Submit Response to Sanofi Defendants' Motion for Protective Order,

**IT IS HEREBY ORDERED**, that the Plaintiffs' Steering Committee ("PSC") is granted an extension of time until July 11, 2018 to file their response to Sanofi Defendants' Motion for Protective Order (R. Doc. 2850).

New Orleans, Louisiana, this 10th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE