UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION H(5)

THIS DOCUMENT RELATES TO:
*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## ORDER

**IT IS ORDERED** that oral argument on Sanofi's Motion for Sanctions Pursuant to FRCP 37 currently set for July 18, 2018 at 1:00p.m is **RESET** to begin immediately following the General Status Conference.

New Orleans, Louisiana this 10th day of July, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE