UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) VELMA JOYCE SNIPES V. ) SANOFI US SERVICES, INC. ET AL. ) _____ ____ ) | MDL NO. 2740 <br><br> SECTION H <br><br> HON. JANE TRICHIE MILAZZO MAG. JUDGE NORTH <br><br><br> Civil Action No. 17-15834 |

**O R D E R**

Plaintiff's Consent Motion to Withdraw Notice of Voluntary Dismissal Without Prejudice was submitted to the Court for review (Rec. Doc. 3069).  IT IS HEREBY ORDERED:

Plaintiff's Consent Motion to Withdraw Notice of Voluntary Dismissal Without Prejudice IS HEREBY GRANTED. The said Notice (Doc. 2651) is a nullity and is of no force or effect. Furthermore, the said Notice is deemed withdrawn from the record.

New Orleans, Louisiana this 10th day of July, 2018

_____
**JANE TRICHIE MILAZZO**
**UNITED STATES DISTRICT JUDGE**