UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Tina J. Stewart, Plaintiff, vs. Sandoz, Inc.. Defendant. Civil Case No.: 2:17-cv-1083 | : : : : : : : : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of the Defendant; Sandoz, Inc. in the above reference matter. Each party to bear their own costs.

This the 11th day of July, 2018.	Whitfield Bryson & Mason LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 11th day of July, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*