## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>BETTY STEWART,<br><br>        Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. et al<br><br>        Defendants. | MDL No. 2740<br><br>SECTION: "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:18-cv-360 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. each party to bear its own fees and costs.

Dated: July 11, 2018                                      Respectfully submitted,

                                                                                           /s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com
*Counsel for Plaintiff*

                                    By: /s/ Michael J. Suffern
                                    Michael J. Suffern
                                    ULMER & BERNE LLP
                                    600 Vine Street, Suite 2800
                                    Cincinnati, OH 45202
                                    Telephone: 513-698-5064
                                    Telefax: 513-698-5065
                                    msuffern@ulmer.com
                                    *Attorneys for Defendant Actavis Pharma, Inc and Actavis LLC f/k/a Actavis Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff