**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

<u>**EXHIBIT A TO PLAINTIFFS' OPPOSITION TO**</u>
<u>**SANOFI'S MOTION FOR PROTECTIVE ORDER**</u>

<u>**FILED UNDER SEAL**</u>