**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                         SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

**EXHIBIT C TO PLAINTIFFS' OPPOSITION TO**
**SANOFI'S MOTION FOR PROTECTIVE ORDER**

**FILED UNDER SEAL**