**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

**EXHIBIT D TO PLAINTIFFS' OPPOSITION TO**
**SANOFI'S MOTION FOR PROTECTIVE ORDER**

**FILED UNDER SEAL**