UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), respectfully hereby provide Notice of the Request to File under Seal and Manual Attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 3374-1] Exhibit A to Plaintiffs' Opposition to Sanofi's Motion for Protective Order;

2. [Rec. Doc. 3374-2] Exhibit B to Plaintiffs' Opposition to Sanofi's Motion for Protective Order;

3. [Rec. Doc. 3374-3] Exhibit C to Plaintiffs' Opposition to Sanofi's Motion for Protective Order; and,

4. [Rec. Doc. 3374-4] Exhibit D to Plaintiffs' Opposition to Sanofi's Motion for Protective Order.

On Thursday, July 12, 2018, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

1


Dated: July 11, 2018                                  Respectfully submitted,

*/s/ Christopher L. Coffin*                            */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                         Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                       Andre Mura (on the brief)
1515 Poydras Street, Suite 1400                        GIBBS LAW GROUP LLP
New Orleans, LA 70112                                  400 Continental Boulevard, 6th Floor
Phone: 504-355-0086                                    El Segundo, CA 90245
Fax: 504-523-0699                                      Telephone: 510-350-9700
ccoffin@pbclawfirm.com                                 Facsimile: 510-350-9701
                                                       kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

                                                       *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                 */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                             Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                              BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                               701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                New Orleans, LA 70139
New Orleans, LA 70163-2800                             Phone: 504-524-3300
Phone: 504-522-2304                                    Fax: 504-524-3313
Fax: 504-528-9973                                      barrios@bkc-law.com
plambert@gainsben.com

                                                       *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*


**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews                                           Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                  Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                            9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                       Oklahoma City, OK 73120
Phone: (800) 664-1734                                  Phone: (405) 607-8757
aa@andrewsthornton.com                                 Fax: (405) 607-8749
                                                       dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Dawn M. Barrios
Dawn M. Barrios

4