UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' OPPOSITION TO SANOFI'S MOTION FOR PROTECTIVE ORDER UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Opposition to Sanofi's Motion for Protective Order Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A-D) to the Plaintiffs' Opposition to Sanofi's Motion for Protective Order UNDER SEAL.

New Orleans, Louisiana, this ___ of July, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1