**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:
ALL CASES**

**EXHIBIT A TO PLAINTIFFS' OPPOSITION TO
SANOFI'S MOTION FOR PROTECTIVE ORDER**

**FILED UNDER SEAL**