# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

## EXHIBIT C TO PLAINTIFFS' OPPOSITION TO SANOFI'S MOTION FOR PROTECTIVE ORDER

## FILED UNDER SEAL