UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 – SECTION "N" (5) |
| Geraldine Rhodes,<br>    Plaintiff<br>v.<br><br>Sanofi-Aventis U.S. LLC,<br>    Defendants. | HON. JUDGE JANE TRICHE MILAZZO<br><br>Civil Case No. 2:17-cv-14783 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses all defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated: July 12, 2018

                                               A. Craig Eiland
                                               LAW OFFICES OF A. CRAIG EILAND, PC
                                               2200 Market Street, Suite 501
                                               Galveston, Texas 77550
                                               Telephone: (409) 763-3260
                                               Facsimile: (409) 763-8154
                                               ceiland@eilandlaw.com

                                               **ATTORNEY FOR PLAINTIFF**

/s/ Kelly Bieri_____
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S., LLC*

## **CERTIFICATE OF SERVICE**

  The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


DATE:  July 12, 2018            /s/ Craig Eiland
                    Craig Eiland