**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### MOTION TO WITHDRAW AND SUBSTITUTE RECORD DOCUMENTS

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC"), which hereby moves to withdraw the Notice of Correction (Rec.Doc. 3381), which was filed today, and to substitute the attached Plaintiffs' Opposition to Sanofi's Motion for Protective Order and Exhibits A-G[1], in place of the original Plaintiffs' Opposition to Sanofi's Motion for Protective Order (Rec. Doc. 3374). Substitution of said Record Documents is necessary to correct an erroneous reference in Plaintiffs' original opposition memorandum.

Counsel for Sanofi has no objection to this Motion to Withdraw and Substitute Record Documents.

WHEREFORE, the PSC respectfully requests that the Court grant the instant Motion to Withdraw and Substitute Record Documents.

---

[1] Exhibits A-D are placeholder documents for exhibits filed under seal, per Rec. Doc. 3375.

Dated: July 12, 2018                           Respectfully submitted,


*/s/ Christopher L. Coffin*                     */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                 Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.               Andre Mura (on the brief)
1515 Poydras Street, Suite 1400                GIBBS LAW GROUP LLP
New Orleans, LA 70112                          400 Continental Boulevard, 6th Floor
Phone: 504-355-0086                            El Segundo, CA 90245
Fax: 504-523-0699                              Telephone: 510-350-9700
ccoffin@pbclawfirm.com                         Facsimile: 510-350-9701
*Plaintiffs' Co-Lead Counsel*                  kbm@classlawgroup.com
                                               *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                          */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                     Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                      BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                       701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street        New Orleans, LA 70139
New Orleans, LA 70163-2800                     Phone: 504-524-3300
Phone: 504-522-2304                            Fax: 504-524-3313
Fax: 504-528-9973                              barrios@bkc-law.com
plambert@gainsben.com                          *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                   Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP          Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                    9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                               Oklahoma City, OK 73120
Phone: (800) 664-1734                          Phone: (405) 607-8757
aa@andrewsthornton.com                         Fax: (405) 607-8749
                                               dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                 Abby E. McClellan
Bachus & Schanker, LLC                         Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                 460 Nichols Road, Suite 200
Denver, CO 80202                               Kansas City, MO 64112
Phone: (303) 893-9800                          Phone: (816) 714-7100
Fax: (303) 893-9900                            Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                    mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
Dawn M. Barrios