UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**[PROPOSED] ORDER**

Considering the Plaintiffs' Steering Committee ("PSC") Motion to Withdraw and Substitute Record Documents,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court is directed to strike the Notice of Correction (Rec. Doc. 3381) from the record as withdrawn; and,

IT IS FINALLY ORDERED that the Clerk of Court shall remove Plaintiffs' Opposition to Sanofi's Motion for Protective Order (Rec. Doc. 3374) and exhibits thereto (Rec. Docs. 3374-1, 3374-2, 3374-3 & 3374-4) and shall substitute the documents attached to the instant Motion to Withdraw and Substitute Record Documents, i.e., Plaintiffs' Opposition to Sanofi's Motion for Protective Order and its attachments Exhibits A-G, in the MDL Docket as Record Documents 3374, 3374-1, 3374-2, 3374-3, 3374-4, 3374-5, 3374-6 & 3374-7.

New Orleans, Louisiana, this ___ of July, 2018.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1