**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                            **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

**<u>EXHIBIT A TO PLAINTIFFS' OPPOSITION TO</u>**
**<u>SANOFI'S MOTION FOR PROTECTIVE ORDER</u>**

**<u>FILED UNDER SEAL</u>**
