**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

**EXHIBIT D TO PLAINTIFFS' OPPOSITION TO**
**SANOFI'S MOTION FOR PROTECTIVE ORDER**

**FILED UNDER SEAL**
