**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H"** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE JANE TRICHE MILAZZO** |
| *Juanita Wilkins v. Sanofi-Aventis U.S LLC, et al.; Civil Action No. 2:17-cv-06360* | **MAG. JUDGE MICHAEL B. NORTH** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, JUANITA WILKINS by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against all Defendants *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated this 13th day of July, 2018.

    Respectfully submitted,
    BRUNO & BRUNO

    */s/ Joseph M. Bruno*
    JOSEPH M. BRUNO (Bar Roll No. 3604)
    MARKITA HAWKINS (Bar Roll No. 35812)
    855 Baronne Street
    New Orleans, LA 70113
    Telephone: (504) 525-1335
    Facsimile: (504) 561-6775
    Email: jbruno@brunobrunolaw.com
           mhawkins@brunobrunolaw.com
    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporarily with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 13, 2018

                        BRUNO & BRUNO

                        */s/ Joseph M. Bruno*
                        JOSEPH M. BRUNO (Bar Roll No. 3604)
                        MARKITA HAWKINS (Bar Roll No. 35812)
                        855 Baronne Street
                        New Orleans, LA 70113
                        Telephone: (504) 525-1335
                        Facsimile: (504) 561-6775
                        Email: jbruno@brunobrunolaw.com
                                   mhawkins@brunobrunolaw.com
                        *Attorneys for Plaintiff*