UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF SANOFI DEFENDANTS' MOTION FOR RULE 37 SANCTIONS AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., who respectfully request leave of court to file their Reply Memorandum in Support of Sanofi Defendants' Motion for Rule 37 Sanctions (Rec. Doc. 2831). This Reply Memorandum will be helpful to the Court in evaluating Defendants' Motion and in considering the arguments raised by Plaintiff in her Opposition.

Defendants further request leave of court to file the instant Reply Memorandum in excess of the ten-page limit set forth in Local Rule 7.7. The standard limit of ten pages for the Reply Memoranda, as set forth in Local Rule 7.7, is insufficient under these circumstances to appropriately address the complex issues raised in Plaintiffs' Opposition to the Motion.

**WHEREFORE**, Defendants respectfully request that this Court grant leave to file their Reply Memorandum in Support of Sanofi Defendants' Motion for Rule 37 Sanctions. Defendants further request that this Court grant leave to file the Reply Memorandum in excess of ten pages.

1

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART &** | **SHOOK, HARDY& BACON L.L.P.** |
| **MOORE LLC** | 2555 Grand Boulevard |
| 400 Poydras Street, Suite 2700 | Kansas City, Missouri 64108 |
| New Orleans, LA 70130 | Telephone: 816-474-6550 |
| Telephone: 504-310-2100 | Facsimile: 816-421-5547 |
| Facsimile: 504-310-2120 | hratliff@shb.com |
| dmoore@irwinllc.com | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*