UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

# ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Sanofi Defendants' Motion for Rule 37 Sanctions (Rec. Doc. 2831) filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion For Rule 37 Sanctions is hereby entered into the Court's docket.

**IT IS FURTHER ORDERED** that the Motion for Leave to Exceed Page Limit be and is **GRANTED**, and that Defendants may file their Reply Memorandum in Support of Motion For Rule 37 Sanctions, in excess of the ten-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
JUDGE JANE TRICHE MILAZZO