# EXHIBIT A

**From:** taxotears@googlegroups.com <taxotears@googlegroups.com> on behalf of bluermedic@gmail.com <bluermedic@gmail.com>
**Sent:** Monday, March 21, 2016 11:28 AM
**To:** milicabookman@yahoo.com
**Cc:** gcuene@yahoo.com; Taxotears@googlegroups.com
**Subject:** Re: [Taxotears] News from our attorneys

Hi All,
I specifically asked Darin Shanker about hair regrowth (one can always hope) affecting our cases and he said that it might decrease the dollar amount but we would still have a case for all the pain and suffering we have been through.
Kelly

Sent from my iPad

On Mar 17, 2016, at 5:14 AM, 'milica bookman' via Taxotears <taxotears@googlegroups.com> wrote:

> One more question: was your sister's boyfriend prescribed this dose by a doctor? If not, how did he know how to take it? I see on the Internet that there are many different companies that make quercetin, some with bromelain and some not. Will do more research but so far have not been able to find any guidelines....
> Thanks.
>
> ---
>
> **From:** gcuene via Taxotears <taxotears@googlegroups.com>
> **To:** "Taxotears@googlegroups.com" <Taxotears@googlegroups.com>
> **Sent:** Wednesday, March 16, 2016 10:14 PM
> **Subject:** Re: [Taxotears] News from our attorneys
>
> I just texted him.  Here is what he said for the dosage
>
> 1400 mg with my morning protein shake includes the bromelain added to the quercitin. I take it for 4-5 days and wait a week or two. I ordered the best version I could find. $38 for 240 caps. 2 a day for 5 days. Then wait a week or 2 and do it again.
>
> On Mar 16, 2016, at 8:30 PM, 'milica bookman' via Taxotears <taxotears@googlegroups.com> wrote:

8