# EXHIBIT B

**Subject:** Re: Update
**Date:** Wednesday, October 25, 2017 at 10:40:16 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Thanks, I sent more RT1640. Did you get it yet?
D
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home
<http://www.rivertowntherapeutics.com/home>
_____

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

On 10/25/17, 10:19 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

  Hi my doc forgot to order the cyclosporine level so they put in a lab
  draw for me. Will forward when I get it back.

  Sent from my iPhone

**Subject:** Re: Cyclosporine
**Date:** Thursday, October 19, 2017 at 5:34:17 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Thanks- I will
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Thursday, October 19, 2017 at 4:36 PM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Re: Cyclosporine

Enjoy Paris!

Sent from my iPhone

On Oct 19, 2017, at 2:07 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> Thanks. Whenever you get the level I would appreciate it.
>
> I will send more either tomorrow or after the 31st- I am leaving for an MS meeting in Paris on Sat
>
> Sent from my iPhone
>
> On Oct 19, 2017, at 2:19 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:
>
>> Hi,
>> My cyclosporine level still hasn't resulted. I called the office today and they don't see where it was ordered so they are checking with the doc. I just opened my last bottle.
>> Thanks,
>> Kelly
>>
>> Sent from my iPhone

**Subject:** Re: Cyclosporine
**Date:** Thursday, October 19, 2017 at 4:07:14 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Thanks. Whenever you get the level I would appreciate it.

I will send more either tomorrow or after the 31st- I am leaving for an MS meeting in Paris on Sat

Sent from my iPhone

On Oct 19, 2017, at 2:19 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

> Hi,
> My cyclosporine level still hasn't resulted. I called the office today and they don't see where it was ordered so they are checking with the doc. I just opened my last bottle.
> Thanks,
> Kelly
>
> Sent from my iPhone

**Subject:** Re: checking in
**Date:** Thursday, October 5, 2017 at 9:46:40 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Hi Kelly-

Some month....You are clearly one tough cookie.  I hope you are recovered.  I had an SBO a few years ago-  that was an unpleasant experience to say the least.  I am very sorry that you had to go through both procedures.  The wonders never seem stop once you are in the system...

Where is Peru did you go?  I was there a number of years ago-  what a magnificent place.

The good news is that your hair looks GREAT.  I couldn't be happier with your progress.  Please let me know when you need more and what the CSA levels are.

Take care and feel free to cal/email if there is anything I can do for you.

All the best,

David

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

**From:** "bluermedic@gmail.com" <bluermedic@gmail.com>
**Date:** Thursday, October 5, 2017 at 10:16 AM
**To:** "David Weinstein, MD, PhD" <david@rivertowntherapeutics.com>
**Subject:** Re: checking in

Hi David,
I hope you are well. I seem to have plateaued a bit but it has been a crazy month. I had semi emergent surgery for a giant endometrioma (probably from the tamoxifen) followed by emergency surgery for a bowl obstruction. I have to say the hair improvement I have had gave me a measure of comfort going to the OR. Then two weeks later I went to Peru for two weeks! I have been faithfully using the medicine through it all but was sharing a hotel room with my aunt so didn't have time to let it dry before putting on my wig. I got the cyclosporine level drawn on Monday. It still hasn't resulted but hopefully soon. Thanks!
Kelly



On Oct 2, 2017, at 12:34 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

H Kelly-

I hope all is well with you. When you have a minute, please send me an update on your progress.

Thanks,

DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**Subject:** CSA levels
**Date:** Monday, June 19, 2017 at 12:35:44 PM Eastern Daylight Time
**From:** Rivertown Therapeutics
**To:** bluermedic@gmail.com

Hi Kelly,

I am trying to get a bunch of data together and am wondering if you would be able to send a CSA level on yourself.   My levels have been below the lower limit of detection since I started using the RT1640.

Thanks,

I really appreciate it.

DW

**Subject:** Re: Thanks
**Date:** Thursday, April 6, 2017 at 12:55:53 AM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

It will be fine at 34o.

Cover the entire area that you want to have regrow- 1 ml goes a long way.

I would try w/o the roller to start and see what happen over he first 1-2 months.

Let me know and good luck,

DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home
<http://www.rivertowntherapeutics.com/home>
_____
Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such

case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

On 4/5/17, 11:58 PM, "bluermedic@gmail.com" <bluermedic@gmail.com> wrote:

   Hi,
   I got your package. Thank you a million times over. I was so excited and
   hopeful to use it that I almost couldn't bring myself to do so out of the
   fear of having it not work. I do have a couple of questions. I had to
   leave for work Monday before the package came and the temps overnight got
   down to about 34 degrees. That shouldn't deactivate anything should it? I
   used it tonight for the first time (took a bunch of pictures) and was
   surprised how much 1 ml covers. How big of an area do you think I should
   use it on? Also, I know we had talked about using the dermal roller
   before and I was thinking of trying one area with it and one area
   without. What do you think? Thanks so much!
   Kelly

**Subject:** Re: address
**Date:** Sunday, April 2, 2017 at 12:01:35 AM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Hi Kelly,

You should receive a package on Monday.  Use 1 ml topically bid-  once in the AM and hs.

Please take pre photos, and them bi-weekly.  The photos should be of the same region at the same distance from the camera,  Focus counts.

DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

From: "bluermedic@gmail.com" <bluermedic@gmail.com>

**Date:** Friday, March 31, 2017 at 10:19 PM
**To:** David Weinstein <david@rivertowntherapeutics.com>
**Subject:** Re: address

3432 Trenton st
Denver CO 80238
I will let you know if I end up in NY. I hope all is well with you,
Kelly

Sent from my iPhone

On Mar 31, 2017, at 6:38 PM, David Weinstein <david@rivertowntherapeutics.com> wrote:

> Hi Kelly,
>
> I hope all is well with you. My apologies for taking so long to respond to your last note- I have been swamped.
>
> To answer your question I live just north of Manhattan, on the Hudson River. If you are planning on being in the NYC area, it would be my pleasure to meet you in person. In the interim, is there an address where I can send you something?
>
> DW
> David E. Weinstein, MD, PhD
> Co-Founder, Chief Scientific and Chief Medical Officer
> RiverTown Therapeutics, Inc.
> 917-282-5135 (phone)
> david@rivertowntherapeutics.com
> david.e.weinstein57 (Skype)
> 917-282-5135 (phone)
> www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**Subject:** address
**Date:** Friday, March 31, 2017 at 8:38:17 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Hi Kelly,

I hope all is well with you. My apologies for taking so long to respond to your last note- I have been swamped.

To answer your question I live just north of Manhattan, on the Hudson River. If you are planning on being in the NYC area, it would be my pleasure to meet you in person. In the interim, is there an address where I can send you something?

DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**Subject:** Re: FDA Pre-IND meeting
**Date:** Thursday, March 23, 2017 at 3:18:02 PM Eastern Daylight Time
**From:** David Weinstein
**To:** Miller, Deborah, bluermedic@gmail.com

Hi Deb,

I apologize for taking a few days to get back to you. I have been swamped and traveling. I will follow-up with MS. Gould early next week, and keep both you and Kelly in theloop.

All the best,

David

David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

**From:** "Miller, Deborah" <Deborah.Miller@fda.hhs.gov>
**Date:** Monday, March 13, 2017 at 3:04 PM
**To:** David Weinstein <david@rivertowntherapeutics.com>, "bluermedic@gmail.com" <bluermedic@gmail.com>
**Subject:** FDA Pre-IND meeting

Dear David and Kelly,
After several conversations with the officials in the Division of Dermatology and Dental Products (DDDP), Richard and I were told that it would be best if you go directly to DDDP to set up a pre-investigational new drug (IND) meeting. The person you need to call to set up this meeting is Ms. Barbara Gould at 301-796-4224.

To prepare for the pre-IND meeting, you should read the below material start pulling together the information that you have.

1. Product name
2. Application number (if applicable)
3. Chemical name and structure

**Chemistry, Manufacturing and Controls**
The chemistry, manufacturing and controls section of your Pre-IND submission should provide enough information to assure us that the identity, strength, quality, and purity of the new drug are adequately characterized to assess its safety and to allow interpretability of preclinical studies and clinical investigations. Your submission should include descriptions of the identity of the drug substance, components and composition of the finished dosage form, name of the manufacturer(s), manufacturing processes, product specifications, analytical methodology, and where available, stability of the drug substance and the finished dosage form.

We recognize that many aspects of an investigational product may be incompletely defined at an early stage and that refinement of methods, formulations, and specifications usually requires substantial research that will not be complete at the time of Pre-IND consultation. We anticipate that, as drug development progresses and the scale of clinical studies expands, the sponsor will update this section with more definitive information.

**Pharmacology/Toxicology**
Your Pre-IND submission should contain a description of your planned program of toxicity and pharmacological testing. The results of any studies completed to date should also be submitted, although it is not necessary to provide comprehensive reports for each study. Submission of a summary of each study completed, including information addressing conformance to current Good Manufacturing Practice (GMP) and Good Laboratory Practice (GLP) requirements, will often allow us to make a preliminary assessment. We may then request additional data as needed to assist in our review.

Toxicity and pharmacological testing are intended to determine the quantitative and qualitative aspects of a drug's biological effects. Toxicity testing is a stepwise process that allows progressive refinement in the understanding of the interactions between a drug and physiological systems. In support of regulatory submissions, toxicity and pharmacological testing should include both general and specialized studies addressing the drug's safety and range of pharmacological activities. The initiation, completion and submission of supporting nonclinical toxicity studies should be integrated with the appropriate phases of clinical development. Although most drugs under development for treatment of viral infections are expected to undergo certain minimum toxicity and pharmacological studies, it is understood that the number, sequence and variety of such studies will vary in relation to the anticipated toxicity, pharmacology, clinical

application and pace of drug development.

4. Proposed indication(s) or context of product development
5. Type of meeting being requested
6. Brief statement of purpose and objectives
7. Proposed agenda
8. Proposed questions, grouped by discipline
9. List of attendees, with titles and affiliation
10. Suggested dates and times
11. Format of the meeting (Face to face, teleconference, video conference)

You may find it useful to consult the Guidance for Industry – Content and Format of Investigational New Drug Applications (INDs) for Phase 1 Studies of Drugs, Including Well-Characterized, Therapeutic, Biotechnology-Derived Products, Nov 1995.

I hope this information is useful and I hope this works out for Kelly.
Take care,
Deb
**Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.**
*Cancer Patient Liaison*
**Office of Health & Constituent Affairs**
Tel: 301-796-8472 / Main Off: 301-796-8460
Deborah.Miller@fda.hhs.gov



**Subject:** Re: FDA
**Date:** Wednesday, March 22, 2017 at 9:36:07 PM Eastern Daylight Time
**From:** David Weinstein
**To:** bluermedic@gmail.com

Hi Kelly-

I am sorry that it has taken me a while to get back to you. I have bee traveling and have been incredibly busy.

I was planning to reach out to the FDA tomorrow. I promise to keep you in the loop.

Do you ever get out east, or to the bay area? I would be delighted to meet you onm person.

All the best,

DW
David E. Weinstein, MD, PhD
Co-Founder, Chief Scientific and Chief Medical Officer
RiverTown Therapeutics, Inc.
917-282-5135 (phone)
david@rivertowntherapeutics.com
david.e.weinstein57 (Skype)
917-282-5135 (phone)
www.rivertowntherapeutics.com/home
<http://www.rivertowntherapeutics.com/home>
_____
Privileged/Confidential Information may be contained in this message. If

**From:** "Miller, Deborah" <Deborah.Miller@fda.hhs.gov>
**Date:** Monday, February 13, 2017 at 9:59 AM
**To:** kelly gahan <bluermedic@gmail.com>
**Cc:** David Weinstein <david@rivertowntherapeutics.com>
**Subject:** RE: Compassionate use

Hi Kelly,
It's good to hear from you.  My supervisor, Richard Klein, and I work on expanded access (also called compassionate use) issues, and we've begun working on your situation already.  We're reaching out to the dermatology division to make sure this is something they would consider.

In the meantime, take a look at our Web sites below about expanded access and the application.
http://www.fda.gov/NewsEvents/PublicHealthFocus/ExpandedAccessCompassionateUse/ucm20080392.htm
http://www.fda.gov/NewsEvents/PublicHealthFocus/ExpandedAccessCompassionateUse/ucm429624.htm
http://www.fda.gov/ForPatients/Other/ExpandedAccess/ucm20041768.htm

Below is the FDA From 3926, which is the application for expanded access.  Please note that you may need to open the page in Internet Explorer or save the document as a PDF to your desktop before opening it up.
http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM504572.pdf

Instructions for Form FDA 3926:
http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM504574.pdf
http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM432717.pdf

Expanded access requires the sponsor to agree to provide the treatment and a physician who is willing to take on the role as investigator/sponsor of the individual patient IND.  Patients cannot apply for expanded access; only licensed physicians can.  In this case, you're the patient.

As soon as I hear something from the division, I'll be in touch with you.

Take care,
Deb
**Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.**
*Cancer Patient Liaison*
**Office of Health & Constituent Affairs**
Tel: 301-796-8472 / Main Off: 301-796-8460
Deborah.Miller@fda.hhs.gov

<image002.jpg>
<image004.jpg>  <image006.jpg>  <image008.jpg>  <image010.jpg>  <image012.jpg>

**From:** kelly gahan [mailto:bluermedic@gmail.com]
**Sent:** Saturday, February 11, 2017 1:24 PM
**To:** Pazdur, Richard; Miller, Deborah
**Cc:** David Weinstein
**Subject:** Compassionate use

Hello Drs. Miller and Pazdur,

I hope you are doing well! I know it has been a long time since we spoke and I wanted to again thank you for your assistance in getting the label changed on taxotere. I am writing to you because there is a company called Rivertown Therapeutics that has developed a novel compound called RT1640 that promotes the growth and migration of stem cells to the hair follicle which they combine with minoxidil and cyclosporine to regenerate hair follicles. It is a topical product and of course the minoxidil and cyclosporine are already FDA approved. They are trialing the combination in other countries but do not yet have the funding to conduct a U.S. trial. I have spoken with their CEO who is himself a physician and is very sympathetic to our cause and he mentioned the possibility of a compassionate use exemption. Do you know of anyone at the FDA who could help facilitate approval for such use? I realize hair loss may seem non-urgent to others but as we have discussed in the past this has decimated the lives of the women affected and most of the women in our group have struggled with prolonged severe depression, suicidal ideations, and many have stopped taking their cancer drugs. Thank you for any assistance you can provide, I have cc'd Rivertown's CEO Dr. David Weinstein.
Kelly Gahan

<image002.jpg>

<image004.jpg>

<image006.jpg>

<image008.jpg>

<image010.jpg>

<image012.jpg>