# EXHIBIT C


**Top of Kelly Gahan's head (2016)**


**2016**

