# EXHIBIT D

**From:** taxotears@googlegroups.com on behalf of Kimberly Free
**To:** taxotears@googlegroups.com

Below is a new article about Science day being set for May 3rd. Also I did receive a letter from B&S this week. It did state to make sure you either close down your facebook or lock it down and also any blog posts etc.

*Kimberly Free*

---

**From:** Google Alerts [mailto:googlealerts-noreply@google.com]
**Sent:** Saturday, April 08, 2017 7:01 PM
**To:** iamfree@mail-solutions.net
**Subject:** Google Alert - Taxotere lawsuit

**Google Alerts**

### Taxotere lawsuit
Daily update ⋅ April 9, 2017

**NEWS**

#### Science Day Scheduled For Taxotere Multidistrict Litigation
LawyersandSettlements.com
New Orleans, LA A multidistrict litigation of hundreds of **Taxotere lawsuits** alleging that the chemotherapy drug Taxotere causes permanent hair loss ...

     Flag as irrelevant

See more results | Edit this alert

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe | View all your alerts

 Receive this alert as RSS feed

Send Feedback

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

1

Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.