UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| BRENDA BREWER, | |
| Plaintiff(s), | |
| | Civil Action No.: 2:17-cv-06861 |
| vs. | |
| Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, | |
| Defendant(s). | |

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

Matthew B. Moreland
Jennifer L. Crose
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799

DATED: July 16, 2018

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
mmoreland@jimshall.com
jcrose@jimshall.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record on this 16th day of July, 2018.

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799
mmoreland@jimshall.com
jcrose@jimshall.com
