## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE T. MILAZZO |
| Massoumi v. Sanofi S.A., et al., Civil Action No. 2:17-cv-16609 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. and Pfizer Inc. *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Dated: July 16, 2018

    Respectfully Submitted,

    **NIEMEYER GREBEL & KRUSE, LLC**

    */s/ Mark R. Niemeyer*
    Mark R. Niemeyer #42437
    Michael S. Kruse #57818
    10 S. Broadway,
    Suite 1125
    St. Louis, MO  63102
    314-241-1919 phone
    314-665-3017 fax
    niemeyer@ngklawfirm.com
    kruse@ngklawfirm.com

    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 16, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff