# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO PLAINTIFF:<br><br><br>SHEILA MAUPIN V. HOSPIRA, INC., ET AL<br>2:17-cv-13889 | MDL NO. 2740<br><br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Honorable Court of the death of Plaintiff Sheila Maupin on March 19, 2018.

Dated: July 16, 2018   **RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

 I hereby certify that on July 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

 **Kirkendall Dwyer, LLP**

 */s/ Alexander Dwyer*
 Alexander Dwyer
 Texas Bar No. 24054271
 Andrew F. Kirkendall
 Texas Bar No. 24050882
 adwyer@kirkendalldwyer.com
 akirkendall@kirkendalldwyer.com
 Kirkendall Dwyer, LLP
 440 Louisiana Street, Suite 1901
 Houston, TX 77002
 Tel: (713) 529-3529
 Fax: (713) 495-2331

 **Attorney For Plaintiff**