**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **ALL CASES LISTED ON EXHIBIT A** | : | |

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL**
**RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave to File a Supplemental Response to Order to Show Cause No. 4 in the cases listed on Exhibit A to this Order.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT

**Exhibit A**

| Case Caption | Plaintiff First Name | Plaintiff Last Name | Civil Action Number |
|---|---|---|---|
| Allison v. Sanofi US Services, Inc., et al. | Ebony Michelle | Allison | 2:17-cv-16133 |
| Ansah v. Sanofi US Services, Inc., et al. | Doris | Ansah | 2:17-cv-16473 |
| Bresloff v. Sanofi US Services Inc., et al. | Edye | Bresloff | 2:17-cv-14703 |
| Deitz v. Sanofi US LLC, et al. | Nadine | Arrington Deitz | 2:17-cv-15532 |
| Drake v. Sanofi U.S. Services, Inc., et al. | Dena | Drake | 2:17-cv-15962 |
| Echols v. Sanofi US LLC, et al. | Kaci | Echols | 2:17-cv-14851 |
| Escalante v. Sanofi US LLC, et al. | Glorida | Escalante | 2:17-cv-16128 |
| Garcia-Crowley v. Sanofi US LLC, et al. | Madonna | Garcia-Crowley | 2:17-cv-14907 |
| Gillespie v. Sanofi-Aventis, S.A. et al | Dorothy | Gillespie | 2:17-cv-15892 |
| Gonzales v. Sanofi US LLC, et al. | Lizabeth | Gonzales | 2:17-cv-14965 |
| Harper v. Sanofi US Services Inc., et al. | Connie | Harper | 2:17-cv-16466 |
| Harris v. Sanofi US LLC, et al. | Felicia | Harris | 2:17-cv-15161 |
| Henderson v. Sanofi US LLC, et al. | Daisy | Henderson | 2:17-cv-15877 |
| Hogan v. Sanofi US LLC, et al. | Drasadria | Hogan | 2:17-cv-14977 |
| Jackson v. Sanofi US Services Inc., et al. | Gwendolyn | Jackson | 2:17-cv-16459 |
| Kaiser v. Sanofi U.S. Services Inc., et al. | Phyllis | Kaiser | 2:17-cv-16464 |
| Mahone v. Sanofi US LLC, et al. | Mahone | Joanne | 2:17-cv-15504 |
| Matthews v. Sanofi US Services Inc., et al. | Darlene | Matthews | 2:17-cv-16108 |
| Merritt v. Sanofi US LLC, et al. | Michelle | Merritt | 2:17-cv-15032 |
| Middleton-Johnson v. Sanofi U.S. Services, Inc., et al. | Lakeeta | Middleton-Johnson | 2:17-cv-16477 |
| Miller v. Sanofi US LLC, et al. | Rhonda | Miller | 2:17-cv-15039 |

**Exhibit A**

| Case Caption | Plaintiff First Name | Plaintiff Last Name | Civil Action Number |
|---|---|---|---|
| Moku v. Sanofi U.S. Services, Inc., et al. | Deborah | Moku | 2:17-cv-16123 |
| Monroy v. Sanofi US Services Inc., et al. | Sylvia | Monroy | 2:17-cv-16963 |
| Newman v. Sanofi U.S. Services, Inc., et al. | Cinda | Newman | 2:17-cv-16484 |
| Placide v. Sanofi U.S. Services, Inc., et al. | Franki | Placide | 2:17-cv-15872 |
| Pruett v. Sanofi US Services Inc., et al. | Lisa | Pruett | 2:17-cv-16493 |
| Reese v. Sanofi US Services Inc., et al. | Hastine | Reese | 2:17-cv-16469 |
| Rhymes v. Sanofi US LLC, et al. | Erma | Rhymes | 2:17-cv-16070 |
| Richards v. Sanofi US Services Inc., et al. | Murtis | Richards | 2:17-cv-16045 |
| Sauls v. Sanofi US Services Inc., et al. | Cynthia | Sauls | 2:17-cv-15547 |
| Scott v. Sanofi US LLC, et al. | Linda | Scott | 2:17-cv-15230 |
| Simnacher v. Sanofi U.S. Services Inc., et al. | Jan | Simnacher | 2:17-cv-16488 |
| Simpson v. Sanofi U.S. Services Inc., et al. | Linda | Simpson | 2:17-cv-16498 |
| Smith-Frazier v. Sanofi US LLC, et al. | Dorothy | Smith-Frzier | 2:17-cv-15065 |
| Taylor v. Sanofi US Services Inc., et al. | Katherine | Taylor | 2:17-cv-15445 |
| Ticey v. Sanofi U.S. Services Inc., et al. | Christine | Ticey | 2:17-cv-15859 |
| Towns v. Sanofi US LLC, et al. | Belinda | Towns | 2:17-cv-16004 |
| White v. Sanofi U.S. Services Inc., et al. | Carolyn | White | 2:17-cv-16461 |
| Wraith v. Sanofi U.S. Services Inc., et al. | Maria | Wraith (Wrath) | 2:17-cv-16503 |