UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
All cases

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF SANOFI DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., who respectfully request leave of court to file their Reply Memorandum in Support of Sanofi Defendants' Motion for Protective Order. (Rec. Doc. 2850). This Reply Memorandum will be helpful to the Court in evaluating Defendants' Motion and in considering the arguments raised by Plaintiffs in their Opposition.

Defendants further request leave of court to file the instant Reply Memorandum in excess of the ten-page limit set forth in Local Rule 7.7. The standard limit of ten pages for the Reply Memoranda, as set forth in Local Rule 7.7, is insufficient under these circumstances to appropriately address the complex issues raised in Plaintiffs' Opposition to the Motion.

**WHEREFORE**, Defendants respectfully request that this Court grant leave to file their Reply Memorandum in Support of Sanofi Defendants' Motion for Protective Order. Defendants further request that this Court grant leave to file the Reply Memorandum in excess of ten pages.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART &** | **SHOOK, HARDY& BACON L.L.P.** |
| **MOORE LLC** | 2555 Grand Boulevard |
| 400 Poydras Street, Suite 2700 | Kansas City, Missouri 64108 |
| New Orleans, LA 70130 | Telephone: 816-474-6550 |
| Telephone: 504-310-2100 | Facsimile: 816-421-5547 |
| Facsimile: 504-310-2120 | hratliff@shb.com |
| dmoore@irwinllc.com | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2018**, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*