UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO All Cases | |

# ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Sanofi Defendants' Motion for Protective Order filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion For Protective Order is hereby entered into the Court's docket.

**IT IS FURTHER ORDERED** that the Motion for Leave to Exceed Page Limit is **GRANTED**, and that Defendants may file their Reply Memorandum in Support of Motion For Protective Order, in excess of the ten-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
MAGISTRATE JUDGE MICHAEL B. NORTH