UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Veneda Potts, | : | |
| Plaintiff(s), | : | |
| | : | Civil Action No.: 2:17-cv-16950 |
| vs. | : | |
| Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., | : | |
| Defendant(s). | : | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the __16th__ day of __July__, 2018.

_____
Judge Jane Milazzo, U.S. District Judge