UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Juanita Garrett                                    , <br><br>    Plaintiff(s), <br><br>vs. <br><br>Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.                     , <br><br>    Defendant(s). <br>-------------------------------------------------------- | : : : : : : : : : : : : | <br><br>Civil Action No.: 2:17-cv-16908 |

## ORDER

  Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the   16th   day of        July        , 2018.

_____
Judge Jane Milazzo, U.S. District Judge