IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| CHRISTINE MURRAY, | : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | |
| SANDOZ INC., | : : | Civil Action No. 2:17-CV-11238 |
| Defendants. | : : : | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this __16th__ day of __July__, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT