# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| KATHY WEAVER, | |
| Plaintiff, | |
| vs. | Civil Action No.: 2:17-cv-01160 |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC | |
| Defendants | |

## ORDER

This came before the Court on Plaintiff Kathy Weaver's Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Danny Weaver, on Behalf of the Estate of Kathy Weaver, is substituted as Plaintiff in the above referenced action.

Date: July 16, 2018                                  BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT