UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Kay Henry, | : | |
| Plaintiff(s), | : | |
| | : | Civil Action No.: 2:17-cv-16779 |
| vs. | : | |
| | : | |
| Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., | : | |
| Defendant(s). | : | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the 16th day of July, 2018.

_____
Judge Jane Milazzo, U.S. District Judge