UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** <br> *Pamela Mills v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,* <br> *Civil Action No. 2:17-cv-15947* | |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The ___16th___ day of ___July___, 2018

_____
The Hon. Jane Triche Milazzo

1