# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2740<br><br>SECTION H (5)<br><br>JUDGE JANE MILAZZO<br>MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

## MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

COMES NOW counsel for Charlene Henderson and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet (PFS) pursuant to Amended Pretrial Order No. 22. In support of this Motion, Ms. Henderson respectfully requests an additional twenty-one (21) days, with the new deadline of August 6, 2018, to provide a PFS.

On May 2, 2018, Charlene Henderson, by and through her counsel, filed a Complaint with the Court. Plaintiff timely served Defendant in this case. The Plaintiff Fact Sheet in this proceeding was due to be filed no later than July 16, 2018. While Ms. Henderson has completed her PFS in earnest, she requests additional time to complete her Plaintiff Fact Sheet and undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A.

WHEREFORE, for the reasons stated above, Charlene Henderson respectfully requests an extension of twenty-one (21) days, with a new deadline of August 6, 2018, within which to file a PFS in this docket.

Dated: July 16, 2018

2

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
      JUSTIN C. ROBERTS
      Texas Bar No. 24079221
      Email: justin@robertslawfirm.com
      ROBERTS & ROBERTS
      118 West Fourth Street
      Tyler, Texas 75701-4000
      Ph: (903) 597-6655
      Fax: (903) 597-1600
      ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

*/s/ Justin C. Roberts*
**ROBERTS & ROBERTS**