## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL)** | : | **MDL No. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION H (5)** |
| | : | |
| | : | **JUDGE JANE MILAZZO** |
| | : | **MAGISTRATE JUDGE NORTH** |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

### FIRST MOTION FOR EXTENSION OF TIME TO
### FILE PLAINTIFF FACT SHEET

COMES NOW Lashunn Washington and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet pursuant to Amended Pretrial Order No. 22.  In support of this Motion, Ms. Washington respectfully shows as follows:

1.      Pursuant to Amended Pretrial Order No. 22, a Plaintiff Fact Sheet was due to be filed in this docket no later than Saturday, July 14, 2018.

2.      Pursuant to Federal Rule of Civil Procedure 6, the Plaintiff Fact Sheet is due to be filed no later than July 16, 2018.

3.      In order to undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A, Ms. Washington requests an additional twenty-one (21) days to file her Plaintiff Fact Sheet.

4.      Pursuant to Federal Rule of Civil Procedure 6, if Ms. Washington is given the requested extension, her Plaintiff Fact Sheet would be due no later than August 6, 2018.

5.      This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, Lashunn Washington respectfully requests an additional twenty-one (21) days, with the new deadline of August 6, 2018, within which to file a complete Plaintiff Fact Sheet in this proceeding.

Dated: July 16, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:     /s/ Justin C. Roberts

JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email:  justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
**Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

*/s/ Justin C. Roberts*

**ROBERTS & ROBERTS**
