## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL)** | : | **MDL No. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION H (5)** |
| | : | |
| | : | **JUDGE JANE MILAZZO** |
| | : | **MAGISTRATE JUDGE NORTH** |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

### MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

COMES NOW counsel for Lashunn Washington and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet (PFS) pursuant to Amended Pretrial Order No. 22. In support of this Motion, Ms. Washington respectfully requests an additional twenty-one (21) days, with the new deadline of August 6, 2018, to provide a PFS.

On April 30, 2018, Lashunn Washington, by and through her counsel, filed a Complaint with the Court.  Plaintiff timely served Defendant in this case.  The Plaintiff Fact Sheet in this proceeding was due to be filed no later than Saturday, July 14, 2018.  By operation of Federal Rule of Civil Procedure 6, the Plaintiff Fact Sheet is due July 16, 2018.  While Ms. Washington has completed her PFS in earnest, she requests additional time to undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A.

WHEREFORE, for the reasons stated above, Lashunn Washington respectfully requests an extension of twenty-one (21) days, with a new deadline of August 6, 2018, within which to file a PFS in this docket.

Dated: July 16, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:   /s/ Justin C. Roberts
      JUSTIN C. ROBERTS
      Texas Bar No. 24079221
      Email:  justin@robertslawfirm.com
      ROBERTS & ROBERTS
      118 West Fourth Street
      Tyler, Texas 75701-4000
      Ph: (903) 597-6655
      Fax: (903) 597-1600
      ***Attorney for Plaintiff***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.


            <u>    /s/ Justin C. Roberts         </u>
            **ROBERTS & ROBERTS**