# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES LISTED ON EXHIBIT A | JUDGE MILAZZO |

## ORDER

IT IS HEREBY ORDERED that the submission date for Plaintiffs' Motion for Leave to File Supplemental Show Cause Letters in Response to Show Cause No. 3 (Rec. Doc. 3130) is continued without date.

New Orleans, Louisiana this __16th__ day of _____July_____ 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

00516384