# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE T. MILAZZO |
| Jones v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13302 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only* from the above-captioned case, without prejudice, each party to bear its own costs. Plaintiff's claims against Sandoz Inc. remain active.

Dated: July 17, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 17, 2018

                Respectfully Submitted,

                **NIEMEYER GREBEL & KRUSE, LLC**

                */s/ Mark R. Niemeyer*
                Mark R. Niemeyer #42437
                Michael S. Kruse #57818
                10 S. Broadway,
                Suite 1125
                St. Louis, MO 63102
                314-241-1919 phone
                314-665-3017 fax
                niemeyer@ngklawfirm.com
                kruse@ngklawfirm.com

                Attorneys for Plaintiff