UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| EVELYN NEAL MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ INC., SANOFI S.A., AVENTIS PHARMA S.A, SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., PZIFER INC., SUN PHARMA GLOBAL FZE AND SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-11224 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Accord Healthcare, Inc., Sandoz Inc., Sanofi S.A., Aventis Pharma S.A, Sanofi-Aventis U.S. LLC, Separately, and doing business as Winthrop U.S., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Pzifer Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. *only*.

1

Dated this 17th day of July, 2018.

                                          Respectfully Submitted:

By:    s/ *Michael P. McGartland*
         Michael P. McGartland
         MS Bar No. 100487
         McGartland Law Firm, PLLC
         University Centre I, Suite 500
         1300 South University Drive
         Fort Worth, Texas 76107
         Telephone: (817) 332-9300
         Facsimile: (817) 332-9301
         mike@mcgartland.com

         Christopher L. Coffin
         LA Bar No. 27902
         Nicholas R. Rockforte
         LA Bar No. 31305
         Jessica A. Perez
         LA Bar 34024
         Pendley, Baudin & Coffin, L.L.P.
         1515 Poydras Street, Suite 1400
         New Orleans, LA 70112
         Telephone: (504) 355-0086
         Facsimile: (504) 523-0699
         ccoffin@pbclawfirm.com
         nrockforte@pbclawfirm.com
         jperez@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 17th day of July, 2018.

s/ *Michael P. McGartland*
Michael P. McGartland