## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> BARBARA SCOTT, <br><br>        Plaintiff, <br><br> vs. <br><br> SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. et al <br><br>        Defendants. | MDL No. 2740 <br><br> SECTION: "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action No.: 2:17-CV-15007 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Sandoz Inc.; Accord Healthcare, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; McKesson Corporation d/b/a McKesson Packaging; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. each party to bear its own fees and costs.

Dated: July 17, 2018                      Respectfully submitted,

                                              /s/ Daniel P. Markoff
                                              DANIEL P. MARKOFF, OBA#14886
                                              BRIA A. HANLON, OBA #32412
                                              Atkins & Markoff
                                              9211 Lake Hefner Pkwy Ste 104
                                              Oklahoma City OK 73120
                                              (405) 607-8757
                                              (405) 607-8749 (facsimile)
                                              dmarkoff@atkinsandmarkoff.com
                                              bhanlon@atkinsandmarkoff.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff