## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>POLLY SPEARS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. et al<br><br>　　　　　　Defendants. | MDL No. 2740<br><br>SECTION: "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:17-CV-15067 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Sandoz Inc.; Accord Healthcare, Inc.; Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc.; Sanofi-Aventis U.S. LLC; McKesson Corporation d/b/a McKesson Packaging; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. each party to bear its own fees and costs.

Dated: July 17, 2018                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Daniel P. Markoff
　　　　　　　　　　　　　　　　　　　　　DANIEL P. MARKOFF, OBA#14886
　　　　　　　　　　　　　　　　　　　　　BRIA A. HANLON, OBA #32412
　　　　　　　　　　　　　　　　　　　　　Atkins & Markoff
　　　　　　　　　　　　　　　　　　　　　9211 Lake Hefner Pkwy Ste 104
　　　　　　　　　　　　　　　　　　　　　Oklahoma City OK 73120
　　　　　　　　　　　　　　　　　　　　　(405) 607-8757
　　　　　　　　　　　　　　　　　　　　　(405) 607-8749 (facsimile)
　　　　　　　　　　　　　　　　　　　　　dmarkoff@atkinsandmarkoff.com
　　　　　　　　　　　　　　　　　　　　　bhanlon@atkinsandmarkoff.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff