## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>KARIN TAITE,<br><br>        Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. et al<br><br>        Defendants. | MDL No. 2740<br><br>SECTION: "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:17-CV-15075 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc.; Sanofi-Aventis U.S. LLC; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. each party to bear its own fees and costs.

Dated: July 17, 2018                                     Respectfully submitted,

                                                                  /s/ Daniel P. Markoff
                                                                  DANIEL P. MARKOFF, OBA#14886
                                                                  BRIA A. HANLON, OBA #32412
                                                                  Atkins & Markoff
                                                                  9211 Lake Hefner Pkwy Ste 104
                                                                  Oklahoma City OK 73120
                                                                  (405) 607-8757
                                                                  (405) 607-8749 (facsimile)
                                                                  dmarkoff@atkinsandmarkoff.com
                                                                  bhanlon@atkinsandmarkoff.com
                                                                  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

                                                                  /s/ Daniel P. Markoff