# EXHIBIT 1



March 6, 2018

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139

Harley V. Ratliff

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547

Re:   MDL No. 2740 - *In re: Taxotere (Docetaxel) Products Liability Litigation* **- Global PFS Deficiencies**

Dear Dawn:

It has come to our attention in recent weeks that several firms are 1) submitting PFSs with minimal information and 2) submitting PFSs with inaccurate standard responses.  Presumably, this is in an effort to "meet" the deadline without incurring the burden of actually completing PFSs.  Opening dozens of virtually blank PFSs is a huge waste of time in our deficiency review.  It also hinders our ability to have deficiencies adequately remedied by one or two letters, as we earlier agreed, because it is not until a second letter when substantive deficiencies might be addressed.  The same can be said for reviewing inaccurate stock responses, especially when the burden then shifts to *us* to review medical records supposedly containing responsive information.

Please let me know at your earliest convenience when you are available to discuss these concerns with our team.

***Blank PFSs "On Time."***  Uploading a blank PFS cannot even marginally be said to satisfy the court's orders.  Certainly if this is not an example of "gaming the system" but some technical issue, we would both want it remedied.  As you know from the way MDL Centrality reports across multiple tabs in a single spreadsheet, it is difficult to provide both an illustration and quantification of a matter like this one.  Looking at simple fields like cancer treatment date, facility of docetaxel administration, product identification and obstetrics providers offers a sense of the concern, though:

| Law Firm | # Blank PID III.1-4 | # Blank Dates V.12.c and d | # Blank Facility V.13, 14 | # Blank OBGYN IV.11 |
|---|---|---|---|---|
| Reich and Binstock, LLP | 57 | 68 | 68 | 77 |
| McGartland Law Firm, PLLC | 59 | 32 | 32 | 109 |
| Bachus & Schanker, LLC | 68 | 125 | 90 | 130 |
| Brent Coon & Associates | 24 | 24 | 26 | 37 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

8640713 V1



| Hilliard Munoz Gonzales LLP | 1 | 7 | 11 | 22 |
| Niemeyer, Grebel & Kruse | 8 | 2 | 14 | 19 |
| Johnson Law Group | 1 | 1 | 0 | 24 |

March 6, 2018
Page 2

Seemingly, the further into the PFS one goes, the more answers start coming up blank. This is also not to suggest that these firms are the only offenders, but these are the ones most readily identified where much of many PFSs is left blank.

***Inaccurate Pro Forma Responses.*** Plaintiff Linda Beausoleil is but one example of plaintiffs' use of inaccurate standard responses in the documents section. Watts Guerra is the major culprit, because they use the same, incorrect responses on every PFS. But other firms do this sporadically as well.

In the original Beausoleil PFS, Plaintiff stated that she was never treated for hair loss (Sections VI.6-8). She also entered "??/??/??" on question VII.5, which asks when Plaintiff first saw a healthcare provider for hair loss. Inexplicably, she then stated that she was appending copies of laboratory reports and pathology reports related to hair loss (Section XI). In total, Plaintiff submitted 377 pages of records. We have now searched these records three times, wasting about 1.5-2 hours looking for pathology/laboratory results related to hair loss. They are not there.

After we complained about Plaintiff not providing these documents, she responded in a "Response to Deficiency Notice" and said the below:

| | | | | |
|---|---|---|---|---|
| 12. | IX | Laboratory Results Related to Hair Loss | - Failed to provide records requested.<br>- Other - Defendant could not locate these records. | 1. See Amended PFS<br>2. Yes, see previously submitted medical records, otherwise refer to laboratory facilities listed on question VIII.3. |
| 13. | IX | Pathology Reports Related to Hair Loss | - Failed to provide records requested.<br>- Other - Defendant could not locate these records. | 1. See Amended PFS<br>2. Yes, see previously submitted medical records, otherwise refer to medical facilities listed on question VIII.2. |

Neither the original PFS nor the Amended PFS have any information in Sections VIII.2 or VIII.3 that indicate that Plaintiff ever had any labs or pathology reports done related to hair loss. Furthermore, Plaintiff did not provide any additional medical or other records.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

8640713 v1



Watts Guerra also says that they are submitting Taxotere Warnings and Instructions on every PFS. They rarely do. And again, we have to search through all the records provided.

March 6, 2018
Page 3

We intend to bring these global concerns to the attention of the Court unless you are willing to address them. Here, the deficiency notice process is ill-suited to remedy the issue of hunting for records based on inaccurate stock responses or mostly blank PFSs.

We look forward to speaking to you soon.

Sincerely,

Harley V. Ratliff

Adrienne L. Byard

cc: Douglas Moore
John Olinde
Palmer Lambert

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

8640713 v1