# EXHIBIT 2

**From:** 'Bpv43' via Taxotears taxotears@googlegroups.com
**Subject:** RE: [Taxotears] Attorneys
**Date:** October 24, 2016 at 4:54 PM
**To:** taxotears@googlegroups.com, iamfree@mail-solutions.net

WELL SAID!!

We were pawns with Taxotere and again with the claims we filed with Bacchus and Shanker!
I have found a new attorney in Dallas and they are reviewing my files as we speak. The screening paralegal said I DO HAVE A CASE as long as Taxotere was used. PERIOD.
Ill keep you ladies posted.
Cynthia Bend OR

Sent from AOL Mobile Ma

On Monday, October 24, 2016 Kimberly Free <iamfree@mail-solutions.net> wrote:

I share with the group almost three weeks ago that I was told this by B&S firm. After several in the group encouraged me to keep the faith, I called 4 times and sent 2 emails for clarification on all of this. Needless to say I am still waiting. I expressed how disturbing this is for us to be told almost a year ago that we had a case. We all sent in pictures, we all got medical verifications. Here is my recent thought: Although we sent in this information, they themselves paid very little attention to it because the upmost importance was placed on filing as many cases as they could individually and quickly. I really do not think it was a "time is of the essence" because of dates we received the drug, it is more of a game if you will. The more they can file, and fastly, the more other law firms will pick up on it and start their advertising. Also the more they could file, the more chances of getting a "redistricting". They told me their goal was to redistrict and then settle out of court. They said they never had an intent to actually go to court. Just my opinion but we are pawns in this world and in this issue. That may sound negative to some, but this is why I was so upset weeks ago that if you are told yes you have a chance, then months down the road you are told "well you might not be due to it being a generic, or if you were given other drugs as well". Sorry if this is ugly, they know "damn" well we were all given other drugs. If that is a variable factor, we should not have been drug through all of this. For

now I am still awaiting unanswered phone calls and emails. If I am told we can proceed I will do so. If not guess I spend a few days being mad and cursing them all. I know that is not how I am supposed to act, but I do not care who you are, everyone and I mean everyone should be allowed the opportunity to seek some justice. I know we all went into it with we just wanted to get the word out. While that is good, they also need to pay for their negligence. Yes I am glad to still be alive, but I will not have hair for the rest of my life. Thank you Sanofi!  (I apologize if I have offended anyone in this email, I really needed to blow off some steam!)

*Kimberly Free*

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.