# EXHIBIT 3

I have been apart of the Google Group, Taxotears, A Head of Our Time. I have responded and wrote emails in this support group to my fellow survivors. I had a ransom ware infection on my computer and had to have my computer fixed. Since my computer had to be wiped and reset I do not have any emails.

Kimberly Free