# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: *Rita G. Coates v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-09453* | | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Rita G. Coates' claims against Sandoz Inc., Accord Healthcare, Inc., Sun Pharma FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs.  Plaintiff is not dismissing her claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.

Dated this 18th Day of July, 2018.

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert, Esq.
One Court Street
Alton, IL 62002
Telephone:  618-259-2222
Facsimile:  618-259-2251
Email:  hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

1

| | |
|---|---|
| **GREENBERG TAURIG, LLP**<br><br>/s/ *Evan Holden*<br>R. Clifton Merrell<br>Evan Holden<br>Terminus 200<br>3333 Piedmont Rd<br>NE, Ste. 2500<br>Atlanta, GA 30305<br>Telephone: 678-553-2100<br>Facsimile: 678-553-2100<br>Email: Sandoz-Taxotere-ProdID@gtlaw.com<br>*Counsel for Defendant Sandoz, Inc.* | **HINSHAW & CULBERTSON LLP**<br><br>*/s/ Kathleen E. Kelly*<br>Kathleen E. Kelly<br>53 State St, 27th Floor<br>Boston, MA 02109<br>Phone: (617) 213-7047<br>Facsimile: (617) 213-7001<br>Email: KEKelly@hinshawlaw.com<br>*Counsel for Defendant Sun Pharmaceutical Industries,*<br>*Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd* |
| **TUCKER ELLIS LLP**<br><br>*/s/  Brandon D. Cox*<br>Julie A. Callsen<br>Brandon D. Cox<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216-592-5000<br>Facsimile: 216-592-5009<br>noproductid@tuckerellis.com<br>*Counsel for Defendant Accord Healthcare Inc.* | **ULMER & BERNE LLP**<br><br>*/s/ Michael J. Suffern*<br>Michael J. Suffern<br>Kimberly L. Beck<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: 513-698-5064<br>Facsimile: 513-698-5065<br>msuffern@ulmer.com<br>kbeck@ulmer.com<br>*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.* |