# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO:<br>*Stella Lawrence v. Sanofi US Services Inc., et al.*; Case No. 2:17-cv-09467 | | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Stella Lawrence's claims against Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Sandoz Inc.

Dated this 18th Day of July, 2018.


**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert, Esq.
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

| | |
|---|---|
| **TUCKER ELLIS LLP** | **HINSHAW & CULBERTSON LLP** |
| */s/ Brandon D. Cox*<br>Julie A. Callsen<br>Brandon D. Cox<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216-592-5000<br>Facsimile: 216-592-5009<br>noproductid@tuckerellis.com<br>*Counsel for Defendant Accord Healthcare Inc.* | */s/ Kathleen E. Kelly*<br>Kathleen E. Kelly<br>53 State St, 27th Floor<br>Boston, MA 02109<br>Phone: (617) 213-7047<br>Facsimile: (617) 213-7001<br>Email: KEKelly@hinshawlaw.com<br>*Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd* |
| **DECHERT, LLP** | **ULMER & BERNE LLP** |
| */s/ Lavina Denniston*<br>Mara Cusker Gonzalez, Esq.<br>Lavina Denniston<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: MaraCusker.Gonzalez@dechert.com<br>mark.cheffo@dechert.com<br>sara.roitman@dechert.com<br>*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.* | */s/ Michael J. Suffern*<br>Michael J. Suffern<br>Kimberly L. Beck<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: 513-698-5064<br>Facsimile: 513-698-5065<br>msuffern@ulmer.com<br>kbeck@ulmer.com<br>*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.* |