# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO:<br>*Janet E. Mendoza v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-03397* | | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Janet E. Mendoza's claims against Sanofi US Services Inc., f/k/a Sanofi Aventis US Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.

Dated this 18th Day of July, 2018.


**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert, Esq.
One Court Street
Alton, IL 62002
Telephone: 618-259-2222
Facsimile: 618-259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

**SHOOK HARDY & BACON LLP**
*/s/ Linda S. Penrod*
Linda S. Penrod
Harley V. Ratliff
Kelly Bieri
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**HINSHAW & CULBERTSON LLP**
*/s/ Kathleen E. Kelly*
Kathleen E. Kelly
53 State St, 27th Floor
Boston, MA 02109
Phone: (617) 213-7047
Facsimile: (617) 213-7001
Email: KEKelly@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceutical Industries, Inc.*
*f/k/a Caraco Pharmaceutical Laboratories Ltd*

**GREENBERG TRAURIG, LLP**
*/s/ Sabrina R. Gallo*
Sabrina R. Gallo
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Rd
NE, Ste. 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

**ULMER & BERNE LLP**
*/s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

**TUCKER ELLIS LLP**
*/s/ Brandon D. Cox*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc*