**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "N" (5) |
| ) | |
| ) | HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: ) | |
| *Janet E. Mendoza v. Sanofi US Services* ) | STIPULATION OF VOLUNTARY |
| *Inc., et al.; Case No. 2:17-cv-03397* ) | DISMISSAL WITH PREJUDICE |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Janet E. Mendoza, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss claims against Defendants Pfizer, Inc. *only* in the above captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.  Plaintiff is not dismissing her claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.

Dated this 18th Day of July, 2018

**SIMMONS HANLY CONROY**

*/s/ Holly Nighbert*
Holly Nighbert (IL #6325135)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: hnighbert@simmonsfirm.com
*Attorney for Plaintiff*

**DECHERT, LLP**
Mara Cusker Gonzalez, Esq.
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: MaraCusker.Gonzalez@dechert.com
mark.cheffo@dechert.com
sara.roitman@dechert.com
*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, formerly d/b/a*
*Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATION

Plaintiff's counsel notified all appropriate Defense counsel 14 days prior and there is no opposition to this notice.

Dated: July 18, 2018

*/s/ Holly Nighbert*
HOLLY NIGHBERT

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Holly Nighbert*
HOLLY NIGHBERT