MINUTE ENTRY
MILAZZO, J.
July 18, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| This document relates to all cases | SECTION H(5) |

## MINUTE ENTRY

On July 18, 2018, the Court held a status conference with liaison counsel, Dawn M. Barrios and M. Palmer Lambert for the plaintiffs and Douglas J. Moore and John F. Olinde for the defendants, and lead counsel, Christopher Coffin and Karen Menzies for plaintiffs, Hartley Ratliff for Sanofi, Julie Callsen for Accord Healthcare, Julie Park for McCesson, Geoffrey Coan for Sun Pharmaceutical, Cliff Merrell for Sandoz, and Michael Suffern for Actavis. The parties updated the Court on the status of the case.



(JS-10:75)