CASE TITLE: In Re: Taxotere

CIVIL ACTION: 16-md-2740

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE: ✓    Liaison &
PRELIMINARY STATUS CONF.: _____    Lead Counsel
OTHER: _____

DATE: _____    TIME: 8:30am

**PLEASE PRINT LEGIBLY**

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Palmer Lambert | 504-522-2304 | Pl Co-Liaison |
| Dawn Barrios | 504-524-3300 | " " " |
| Julie Callsen | 216-696-2276 | Accord - Defendant |
| John O'izle | 504-585-7000 | 505(b)(2) Lead Counsel |
| Julie Park | 858-314-7560 | McKesson |
| Geoffrey Coan | 617-213-7045 | Sun Pharmaceutical |
| Cliff Merrell | 678-553-2175 | Sandoz |
| Douglas Moore | 504 310 2100 | DLC Sanofi |
| Hailey | 616.286.6858 | Sanofi |

CASE TITLE: _____

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE _____
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: _____   TIME: _____

**PLEASE PRINT LEGIBLY**

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Michael V. Sutton | 513 218 0481 | Actavis |
| Chris Coffin | 504-355-0086 | Pf. |
| Karen Barth Menzies | 310/722-2536 | TT |