**MINUTE ENTRY**
**MILAZZO, J.**
**July 18, 2018**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA


**IN RE: TAXOTERE (DOCETAXEL)**         **MDL NO. 16-2740**
**PRODUCTS LIABILITY LITIGATION**

**This document relates to all cases**        **SECTION H(5)**


## <u>MINUTE ENTRY</u>

On July 18, 2018, the Court held a status conference with liaison counsel, lead counsel, and members of the Plaintiffs' Steering Committee, as listed in the attached sign-in sheet. The parties updated the Court on the status of the case.

(JS-10:05)