9:30am

MILAZZO, J.
JULY 18, 2018
16-MD-2740 STEERING COMMITTEE MEETING

PLEASE INITIAL BY YOUR NAME:

Anne Andrews ✓
Dan Markoff ✓
Darin Schanker _____
Jennifer Heck _____
Kyle Bachus ✓
Dawn Barrios ✓
Emma Schwab _____
Kate Robinson _____
Zachary Wool _____
Dave Miceli ✓
Rand Nolen ✓
Claire Berg _____
Irving Warshauer _____
Magan Ennis _____
Palmer Lambert ✓
Karen Menzies ✓
Douglas Hammel _____
Kenneth DeJean (Special Master) ✓
Ben Gordon _____
Val Exnicios _____
Larry Centola _____
Betsy Barnes _____
Lauren Godshall _____
Robin Myers _____
Chris Coffin ✓
Dennis Reich _____
Anna Higgins _____
Emily Jeffcott ✓

Julie Callsen
Julie Park
Geoffrey Coan
Cliff Merrell
Douglas Moore
Harley Ratliff
Michael Suffern
[signature]