UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **:** | MDL NO. 2740 |
| | **:** | |
| | **:** | SECTION "N" (5) |
| | **:** | JUDGE MILAZZO |
| JUANITA WILKINS, | **:** | MAG. JUDGE NORTH |
| | **:** | |
| Plaintiff, | **:** | **Stipulation of Dismissal with Prejudice** |
| | **:** | |
| vs. | **:** | Civil Action No.: 2:17-cv-06360 |
| | **:** | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | **:** | |
| | **:** | |
| Defendants. | **:** | |
| ---------------------------------------------------------------- | **:** | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants Sanofi-Aventis U.S. LLC and

Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. be dismissed with prejudice, each party

to bear its own costs.

Dated this 19<u>th</u> day of July, 2018.


Respectfully submitted,


| | |
|---|---|
| */s/ Joseph M. Bruno* | /s/ Kelly Bieri |
| JOSEPH M. BRUNO (Bar Roll No. 3604) | HARLEY RATLIFF |
| MARKITA HAWKINS (Bar Roll No. 35812) | KELLY BIERI |
| **BRUNO & BRUNO, LLP** | **SHOOK, HARDY & BACON L.L.P.** |
| 855 Baronne Street | 2555 Grand Blvd. |
| New Orleans, LA 70113 | Kansas City, MO 64108 |
| Telephone: (504) 525-1335 | Telephone: (816) 474-6550 |
| Facsimile: (504) 561-6775 | Facsimile: (816) 421-5547 |
| Email: jbruno@brunobrunolaw.com | Email: hratliff@shb.com |
|     mhawkins@brunobrunolaw.com |     kbieri@shb.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Sanofi-Aventis* |
| | *U.S.LLC, and Sanofi US Services Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**BRUNO & BRUNO, LLP**

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO (Bar Roll No. 3604)
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
*Attorneys for Plaintiff*