UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
All Cases

# ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Sanofi Defendants' Motion for Protective Order filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

**IT IS HEREBY ORDERED** that the Motion for Leave to File the Reply Memoranda is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion For Protective Order is hereby entered into the Court's docket.

**IT IS FURTHER ORDERED** that the Motion for Leave to Exceed Page Limit is **GRANTED**, and that Defendants may file their Reply Memorandum in Support of Motion For Protective Order, in excess of the ten-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this 18th day of _____July_____, 2018.

_____
MAGISTRATE JUDGE MICHAEL B. NORTH