MINUTE ENTRY
MILAZZO, J.
July 18, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

This document relates to all cases            SECTION H(5)

## MINUTE ENTRY

On July 18, 2018, the Court held a general status conference. The attendee sign-in sheet is attached.

Court Reporter: Toni Tusa
Law Clerk: Emmy Schroeter

(JS-10:40)