10:30 am

MILAZZO, J.
JULY 18, 2018
16-MD-2740 GENERAL STATUS CONFERENCE

PLEASE INITIAL BY YOUR NAME:

- Anne Andrews _[initialed]_
- Dan Markoff _[initialed]_
- Darin Schanker _DS_
- Jennifer Heck _____
- Kyle Bachus _____
- Dawn Barrios _DMB_
- Emma Schwab _EKS_
- Kate Robinson _____
- Zachary Wool _____
- Dave Miceli _[initialed]_
- Rand Nolen _[initialed]_
- Claire Berg _____
- Irving Warshauer _[initialed]_
- Magan Ennis _____
- Palmer Lambert _____
- Karen Menzies _KM_
- Douglas Hammel _[initialed]_
- Kenneth DeJean (Special Master) ✓
- Ben Gordon _BG_
- Val Exnicios _[initialed]_
- Larry Centola _____
- Betsy Barnes _____
- Lauren Godshall _____
- Robin Myers _____
- Chris Coffin _CC_
- Dennis Reich _DR_
- Anna Higgins _____
- Emily Jeffcott _EJ_

Deborah Rouen _DBR_

Jessica Perry Reynolds
Michael J. Suffern
John P. [Clark]
Patrick Oot

Cliff Merrell
Julie Park
Julie Callsen
Lori Cohen
Ben G
Geoffrey Coan
Rachel Shkolnik
[illegible]
David Bonnin