MINUTE ENTRY
MILAZZO, J.
July 18, 2018

JS-10: 00:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: Kelly Gahan v. Sanofi S.A. et al Civil Action No: 2:16-15283 | JUDGE MILAZZO |

## MOTION HEARING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: TONI TUSA
LAW CLERK: EMMY SCHROETER

APPEARANCES:   DARRIN L. SCHANKER, FOR PLAINTIFF
HARLEY RATLIFF, FOR DEFENDANTS, SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC

Case called at 11:25 a.m.

Counsel appear for the record.

Defendant's MOTION for Sanctions *Pursuant to FRCP 37* (Doc. 2831) argued by counsel and taken under submission by the Court.

Matter adjourned at 12:03 p.m.

