MINUTE ENTRY
NORTH, M.J.
JULY 18, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                                 SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**HEARING ON MOTION**

COURT REPORTER: Mary Thompson

APPEARANCES:

|  | PRESENT: | | |
|---|---|---|---|
| | | Harley Ratliff | John Olinde |
| | | Patrick Oot | Cliff Merrell |
| | | Emily Jeffcoat | Douglas Moore |
| | | Palmer Lambert | Karen Barth Menzies |
| | | Kyle Bachus | Jessica Perez Reynolds |
| | | Darin Schanker | Chris Coffin |
| | | Dawn Barrios | Daniel Markoff |
| | | Julie Callsen | Julie Park |
| | | Peter Rotolo | Debbie Rouen |
| | | David Miceli | Kenneth DeJean |
| PARTICIPATING BY PHONE: | | Kathleen Kelly | Beth Toberman |
| | | Mara Cusker Gonzalez | Adrienne Byard |
| | | Abby McClellan | |

MOTION:

(1)     Sanofi Defendants' Motion for Protective Order (Rec. doc. 2850).

\_\_\_\_\_ :     Continued to

\_\_\_\_\_ :     No opposition

\_\_1\_\_ :     Opposition

MJSTAR (01:00)

**ORDERED**

      :        Dismissed as moot.

      :        Dismissed for failure of counsel to appear.

      :        Granted.

      :        Denied.

  1  :        Other.  The Rule 30(b)(6) deposition of Sanofi is to go forward on the six topics set forth in the Plaintiffs' deposition notice.  For all purposes of the deposition, the term "persistent alopecia" shall mean that which remained six months after chemotherapy ended and without resolution.  Counsel are to continue to confer on the number of reports to be used at the deposition.

The Court also received an update on the ESI production required by PTO 71A and the status of the process for raising alleged deficiencies in Plaintiff fact sheets that was submitted to Judge Milazzo.

All documents in the possession of the PSC that were received from Shirley Ledlie and that have not yet been produced to Sanofi are to be provided to the Court for an *in camera* inspection no later than July 25, 2018.

The next in person discovery/status conference will be held on August 7, 2108 at 1:00 p.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

2