IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>CHRISTINE AND JIM KINDERDINE,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | CASE NO.:  2:17-CV-00348-KDE-MBN<br><br>HON. JANE TRICHE MILAZZO |

**DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT BASED UPON JUDICIAL ESTOPPEL**

Defendant Accord Healthcare, Inc. ("Accord"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment on the grounds that Plaintiff Christine Kinderdine ("Ms. Kinderdine") is judicially estopped from pursuing her claim in this matter.[1] Because Ms. Kinderdine's primary claim fails, so too does Plaintiff Jim Kinderdine's derivative loss of consortium claim. Accordingly, summary judgment is warranted.  A Brief in Support of this Motion is attached and incorporated herein.

---

[1] If necessary, Accord reserves its right to file a subsequent motion for summary judgment on additional grounds. *See Katz v. State Farm Fire & Cas. Co.,* No. CIV. A. 06-4155, 2009 WL 1279137, at *2 (E.D. La. May 7, 2009) ("[A] subsequent summary judgment motion based on an expanded record is permissible."); *see also Creecy v. Metro. Ins. Co*., No. CIVA 06-9307, 2008 WL 4758625, at *1 (E.D. La. Oct. 30, 2008).

Date:  July 20, 2018							Respectfully submitted,


							/s/ *Julie A. Callsen*
							Julie A. Callsen
							Brandon D. Cox
							TUCKER ELLIS LLP
							950 Main Avenue—Suite 1100
							Cleveland, OH  44113-7213
							Telephone:	216.592.5000
							Facsimile:	216.592.5009
							Email:		julie.callsen@tuckerellis.com
									brandon.cox@tuckerellis.com

							*Attorneys for Defendant Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby that on this 20th day July, 2018, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment Based Upon Judicial Estoppel* was served upon the following through the Court's ECF filing system:

Jennifer L. Lawrence                *Attorneys for Plaintiffs*
Anne L. Gilday
The Lawrence Firm, PSC
606 Philadelphia Street
Covington, KY 41011
jenn.lawrence@lawrencefirm.com
anne.gilday@lawrencefirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
rand_nolen@fleming-law.com

/s/ *Julie A. Callsen*
Julie A. Callsen