# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: CHRISTINE AND JIM KINDERDINE, Plaintiffs, v. ACCORD HEALTHCARE, INC., Defendant. | CASE NO.: 2:17-CV-00348-KDE-MBN HON. JANE TRICHE MILAZZO |

## DEFENDANT ACCORD HEALTHCARE, INC.'S STATEMENT OF UNCONTESTED FACTS

Defendant Accord Healthcare, Inc. ("Accord") submits the following statement of uncontested issues of fact in support of its Motion for Summary Judgment Based Upon Judicial Estoppel:

1. Plaintiff Christine Kinderdine ("Ms. Kinderdine") filed the instant action against Accord alleging failure to warn, misrepresentation, negligence, negligent misrepresentation, fraudulent concealment, and fraud and deceit. Her husband Jim Kinderdine alleged loss of spousal consortium.[1] The Kinderdines are residents of Dayton, Ohio.[2]

---

[1] *See* Short Form Compl. ¶ 13, Dkt. No. 5.
[2] *See* Ex. A, Pl. Fact Sheet § I.16, p. 2 (March 4, 2017).

2. Ms. Kinderdine testified that she learned of her potential legal claims regarding Taxotere®/docetaxel after her father watched a television commercial advertising the litigation.[3]

3. Once Ms. Kinderdine confirmed with her doctor that she received docetaxel during her chemotherapy treatments, she and her father retained Ms. Kinderdine's current legal counsel.[4]

4. On November 3, 2016, Ms. Kinderdine filed a bankruptcy petition (the "Petition") in the United States Bankruptcy Court for the Southern District of Ohio.[5] In her Petition, Ms. Kinderdine did not disclose her potential claim against Accord in the section regarding claims against third parties.[6]

5. On January 13, 2017, while her Petition was pending before the Bankruptcy Court, Ms. Kinderdine filed her Complaint against Accord.[7]

6. Ms. Kinderdine never amended her Petition to disclose her claim against Accord.[8]

7. On April 13, 2017, the Bankruptcy Court entered an Order of Discharge and closed Ms. Kinderdine's proceeding by issuing a "no asset" discharge.[9]

---

[3] *See* Ex. B, Dep. Of Christine Kinderdine ("Kinderdine Dep.") Tr. 12:11-14, 23:3-7.
[4] *See* Ex. B, Kinderdine Dep. Tr. 24:1-21.
[5] *See* Ex. C, Bankruptcy Petition, *In re Christine A. Kinderdine,* No. 3:16-bk-33425, Dkt. No. 1 (S.D. Ohio Nov. 3, 2016).
[6] *See id.*
[7] *See* Short Form Compl. ¶ 13, Dkt. No. 5.
[8] *See* Ex. D, Bankruptcy Docket, *In re Christine A. Kinderdine,* No. 3:16-bk-33425, Dkt. No. 1 (S.D. Ohio Nov. 3, 2016).
[9] *See id.; see also* Ex. E, Order of Discharge, *In re Christine A. Kinderdine,* No. 3:16-bk-33425, Dkt. No. 1 (S.D. Ohio Nov. 3, 2016).

Date: July 20, 2018  Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby that on this 20th day July, 2018, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Statement of Uncontested Facts* was served upon the following through the Court's ECF filing system:

| | |
|---|---|
| Jennifer L. Lawrence<br>Anne L. Gilday<br>The Lawrence Firm, PSC<br>606 Philadelphia Street<br>Covington, KY  41011<br>jenn.lawrence@lawrencefirm.com<br>anne.gilday@lawrencefirm.com | *Attorneys for Plaintiffs* |
| Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX  77056<br>rand_nolen@fleming-law.com | |

/s/ *Julie A. Callsen*
Julie A. Callsen