# EXHIBIT D

# U.S. Bankruptcy Court
## Southern District of Ohio (Dayton)
### Bankruptcy Petition #: 3:16-bk-33425

| | |
|---|---|
| *Assigned to:* Guy R Humphrey | *Date filed:* 11/03/2016 |
| Chapter 7 | *Date terminated:* 05/03/2017 |
| Voluntary | *Debtor discharged:* 04/13/2017 |
| No asset | *341 meeting:* 12/29/2016 |
| AP Case: No | *Deadline for objecting to discharge:* 02/27/2017 |
| | *Deadline for financial mgmt. course:* 04/05/2017 |

*Debtor disposition:* Standard Discharge

**Debtor**　　　　　　　　　　　　　　　　　　　　represented by **Russ B Cope**
**Christine A. Kinderdine**　　　　　　　　　　　　　　Cope Law Offices, LLC
34 Meadows Drive　　　　　　　　　　　　　　　　　6826 Loop Road
Springboro, OH 45066　　　　　　　　　　　　　　　Dayton, OH 45459
WARREN-OH　　　　　　　　　　　　　　　　　　　(937) 401-5000
SSN / ITIN: xxx-xx-2753　　　　　　　　　　　　　　Fax : (877) 845-1231
*fka* **Christine A. Oxley**　　　　　　　　　　　　　　Email: ecf@copelawoffices.com

**Trustee**
**Donald F Harker, III**
2135 Miamisburg-Centerville Rd.
Centerville, OH 45459
937-371-5676

**U.S. Trustee**
**Asst US Trustee (Day)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417
614-469-7411

| Filing Date | # | Docket Text |
|---|---|---|
| 11/03/2016 | 1<br>(57 pgs) | Chapter 7 Voluntary Petition for Individuals Fee Amount $335 Filed by Christine A. Kinderdine (Cope, Russ) (Entered: 11/03/2016) |
| 11/03/2016 | 2 | Statement of Social Security Number-Form 121 Filed by Debtor Christine A. Kinderdine. (Cope, Russ) (Entered: 11/03/2016) |
| 11/03/2016 | 3<br>(1 pg) | Statement 1015-2 with Prior Filing(s) Filed by Debtor Christine A. Kinderdine. (Cope, Russ) (Entered: 11/03/2016) |
| 11/03/2016 | 4<br>(2 pgs) | Statement of Intent Filed by Debtor Christine A. Kinderdine. (Cope, Russ) (Entered: 11/03/2016) |

| | | |
|---|---|---|
| 11/03/2016 | 5<br>(1 pg) | Verification of Creditor Matrix Filed by Debtor Christine A. Kinderdine. (Cope, Russ) (Entered: 11/03/2016) |
| 11/03/2016 | | Receipt of Voluntary Petition (Chapter 7)(3:16-bk-33425) [misc,volp7] ( 335.00) Filing Fee. Receipt Number 31492660, amount $ 335.00. (Re: Doc# 1) (U.S. Treasury) (Entered: 11/03/2016) |
| 11/03/2016 | 6<br>(1 pg) | Certificate of Credit Counseling as to Debtor with Credit Counseling Briefing Completed PRIOR to the Filing of the Petition Filed by Debtor Christine A. Kinderdine. (Cope, Russ) (Entered: 11/03/2016) |
| 11/03/2016 | | Auto Assignment of Judge and Trustee with Meeting of Creditors to Be Noticed for 12/29/2016 at 10:30 AM at Dayton 341. Objections for Discharge Due by 02/27/2017. (ad, ) (Entered: 11/03/2016) |
| 11/04/2016 | 7<br>(2 pgs) | Notice of Meeting of Creditors (3mc) (Entered: 11/04/2016) |
| 11/06/2016 | 8<br>(4 pgs) | BNC Certificate of Mailing (RE: related documents(s)7 Meeting of Creditors) Notice Date 11/06/2016. (Admin.) (Entered: 11/06/2016) |
| 12/29/2016 | | Meeting of Creditors Held and Chapter 7 Trustee's Report of No Distribution: I, Donald F Harker, III, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 6109.00, Claims Scheduled: $ 34700.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 34700.00 (Harker, Donald) (Entered: 12/29/2016) |
| 03/06/2017 | 9<br>(1 pg) | Notice of Deficient Filing Re: Debtor Debtor Financial Management Course Follow-Up Due: 4/5/2017. (3mc) (Entered: 03/06/2017) |
| 03/08/2017 | 10<br>(2 pgs) | BNC Certificate of Mailing (RE: related documents(s)9 Notice of Deficient Filing) Notice Date 03/08/2017. (Admin.) (Entered: 03/09/2017) |
| 04/04/2017 | 11<br>(1 pg) | Financial Management Course Certificate of Debtor Filed by Debtor Christine A. Kinderdine (RE: related document(s)9 Notice of Deficient Filing). (Cope, Russ) (Entered: 04/04/2017) |

| | | |
|---|---|---|
| 04/13/2017 | 12<br>(2 pgs) | Order Discharging Debtor . (3mc) (Entered: 04/13/2017) |
| 04/15/2017 | 13<br>(4 pgs) | BNC Certificate of Mailing (RE: related documents(s)12 Order Discharging Debtor(s)) Notice Date 04/15/2017. (Admin.) (Entered: 04/16/2017) |
| 05/03/2017 | | BANKRUPTCY CASE CLOSED: It appearing that the bankruptcy estate has been fully administered, the trustee is therefore discharged, and the case is closed by the U.S. Bankruptcy Court, Southern District of Ohio (Admin.) (Entered: 05/03/2017) |
| 05/17/2018 | 14<br>(4 pgs) | Motion to Reopen Case Fee Amount $260 Filed by Debtor Christine A. Kinderdine (Cope, Russ) (Entered: 05/17/2018) |
| 05/21/2018 | | Receipt of Motion to Reopen Case(3:16-bk-33425) [motion,mreop] ( 260.00) Filing Fee. Receipt Number 34481061, amount $ 260.00. (Re: Doc# 14) (U.S. Treasury) (Entered: 05/21/2018) |
| 06/14/2018 | 15<br>(2 pgs) | Order Denying Motion To Reopen Case, Without Prejudice (Related Doc # 14) (1ng) (Entered: 06/15/2018) |
| 06/17/2018 | 16<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: related documents(s)15 Order on Motion to Reopen Case) Notice Date 06/17/2018. (Admin.) (Entered: 06/18/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/05/2018 16:51:33 | | | |
| **PACER Login:** | TE0441:2768340:0 | **Client Code:** | 015418-000003/esk |
| **Description:** | Docket Report | **Search Criteria:** | 3:16-bk-33425 Fil or Ent: filed From: 11/3/2016 To: 7/5/2018 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |