# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>CHRISTINE AND JIM KINDERDINE,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | CASE NO.: 2:17-CV-00348-KDE-MBN<br><br>HON. JANE TRICHE MILAZZO |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion for Summary Judgment Based Upon Judicial Estoppel* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 8th day of August 2018.

Date: July 20, 2018

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009

2

Email: julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby that on this 20th day July, 2018, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Notice of Submission* was served upon the following through the Court's ECF filing system:

| | |
|---|---|
| Jennifer L. Lawrence<br>Anne L. Gilday<br>The Lawrence Firm, PSC<br>606 Philadelphia Street<br>Covington, KY  41011<br>jenn.lawrence@lawrencefirm.com<br>anne.gilday@lawrencefirm.com | *Attorneys for Plaintiffs* |
| Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX  77056<br>rand_nolen@fleming-law.com | |

/s/ *Julie A. Callsen*
Julie A. Callsen