# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ALL CASES LISTED ON EXHIBIT A | : : | |

## OMNIBUS MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COME NOW Plaintiffs, by and through counsel, and file this Motion for Leave to File a Supplemental Response to Order to Show Cause No. 4 and, in support, would show the Court the following:

On April 23, 2018, pursuant to this Court's April 4, 2018 Order (Doc. 2134), Plaintiffs listed on Exhibit A submitted their Responses to Order to Show Cause No. 4. Since that date, Plaintiffs have submitted their Plaintiff Fact Sheets to Defendants via MDL Centrality. Consequently, it has become necessary to amended Plaintiffs' previous Responses in order to fully inform the Court as to the status of each case. Plaintiffs' proposed Supplemental Responses to Show Cause Order No. 4 are attached hereto as Exhibit B. Plaintiffs believe their submissions substantially satisfy the obligations as ordered by this Court and Plaintiffs' cases should not be dismissed. Plaintiffs have been advised that Defendants oppose this motion.

WHEREFORE, Plaintiffs hereby respectfully request this honorable Court grant leave to file Plaintiffs' proposed Supplemental Responses to Show Cause Order No. 4 and, upon review, will deny Defendants' Motion to Dismiss.

Date: July 20, 2018                                        Respectfully submitted,

/s/ *Sarah Shoemake Doles*
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

/s/ *Sarah Shoemake Doles*
Sarah Shoemake Doles