# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| EBONY MICHELLE ALLISON, | : | |
| Civil Action No. 2:17-CV-16133 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Ebony Michelle Allison in the above referenced civil action and respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on June 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Ebony Michelle Allison respectfully requests that this Honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Ebony Michelle Allison and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| DORIS ANSAH, | : | |
| Civil Action No. 2:17-CV-16473 | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Doris Ansah in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on June 22, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Doris Ansah respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Doris Ansah and allow her case to proceed.

Date: July 16, 2018                                Respectfully submitted,

                                                   /s/ Sarah Shoemake Doles
                                                   **CAREY DANIS & LOWE**
                                                   Jeffrey J. Lowe, #35114MO
                                                   Sarah Shoemake Doles, #45747MO
                                                   Alyson M. Petrick, #68323MO
                                                   8235 Forsyth Blvd, Suite 1100
                                                   Saint Louis, MO 63105
                                                   Telephone: (314) 725-7700
                                                   Fax: (314) 721-0905
                                                   jlowe@careydanis.com
                                                   sdoles@careydanis.com
                                                   apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **NADINE ARRINGTON DEITZ,** | : | |
| **Civil Action No. 2:17-CV-15532** | : | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Nadine Arrington Deitz in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on June 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Nadine Arrington Deitz respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Nadine Arrington Deitz and allow her case to proceed.

Date: July 16, 2018                               Respectfully submitted,

                                                  /s/ Sarah Shoemake Doles
                                                  **CAREY DANIS & LOWE**
                                                  Jeffrey J. Lowe, #35114MO
                                                  Sarah Shoemake Doles, #45747MO
                                                  Alyson M. Petrick, #68323MO
                                                  8235 Forsyth Blvd, Suite 1100
                                                  Saint Louis, MO 63105
                                                  Telephone: (314) 725-7700
                                                  Fax: (314) 721-0905
                                                  jlowe@careydanis.com
                                                  sdoles@careydanis.com
                                                  apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| EDYE BRESLOFF, | : | |
| Civil Action No. 2:17-CV-14703 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Edye Bresloff in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, a voluntary dismissal is anticipated in this action, making this matter moot.

For the foregoing reasons, Plaintiff Edye Bresloff respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Edye Bresloff and allow her case to proceed.

Date: July 16, 2018                                        Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **DENA DRAKE,** | : | |
| **Civil Action No. 2:17-CV-15962** | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Dena Drake in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Dena Drake respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Dena Drake and allow her case to proceed.

Date: July 16, 2018                                    Respectfully submitted,

                                                       /s/ Sarah Shoemake Doles
                                                       **CAREY DANIS & LOWE**
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       8235 Forsyth Blvd, Suite 1100
                                                       Saint Louis, MO 63105
                                                       Telephone: (314) 725-7700
                                                       Fax: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| KACI ECHOLS, | : | |
| Civil Action No. 2:17-CV-14851 | : | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Kaci Echols in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 22, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Kaci Echols respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Kaci Echols and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| GLORIA ESCALANTE, | : | |
| Civil Action No. 2:17-CV-16128 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Gloria Escalante in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 20, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Gloria Escalante respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Gloria Escalante and allow her case to proceed.

Date: July 16, 2018                              Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| MADONNA GARCIA-CROWLEY, | : | |
| Civil Action No. 2:17-CV-14907 | : | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Madonna Garcia-Crowley in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 20, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Madonna Garcia-Crowley respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Madonna Garcia-Crowley and allow her case to proceed.

Date: July 16, 2018                    Respectfully submitted,

                                       /s/ Sarah Shoemake Doles
                                       **CAREY DANIS & LOWE**
                                       Jeffrey J. Lowe, #35114MO
                                       Sarah Shoemake Doles, #45747MO
                                       Alyson M. Petrick, #68323MO
                                       8235 Forsyth Blvd, Suite 1100
                                       Saint Louis, MO 63105
                                       Telephone: (314) 725-7700
                                       Fax: (314) 721-0905
                                       jlowe@careydanis.com
                                       sdoles@careydanis.com
                                       apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| DOROTHY GILLESPIE, | : | |
| Civil Action No. 2:17-CV-15892 | : | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Dorothy Gillespie in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Dorothy Gillespie respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Dorothy Gillespie and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| LIZABETH GONZALES, | : | |
| Civil Action No. 2:17-CV-14965 | : | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Lizabeth Gonzales in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 22, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Lizabeth Gonzales respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Lizabeth Gonzales and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **CONNIE HARPER,** | : | |
| **Civil Action No. 2:17-CV-16466** | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Connie Harper in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's

PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday,

February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's

PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed

seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on

December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on

Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4.

Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs,

including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued.

Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23,

2018, making this matter moot.

For the foregoing reasons, Plaintiff Connie Harper respectfully requests that this honorable

Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Connie Harper and allow

her case to proceed.

Date: July 16, 2018                              Respectfully submitted,

                                                 /s/ Sarah Shoemake Doles
                                                 **CAREY DANIS & LOWE**
                                                 Jeffrey J. Lowe, #35114MO
                                                 Sarah Shoemake Doles, #45747MO
                                                 Alyson M. Petrick, #68323MO
                                                 8235 Forsyth Blvd, Suite 1100
                                                 Saint Louis, MO 63105
                                                 Telephone: (314) 725-7700
                                                 Fax: (314) 721-0905
                                                 jlowe@careydanis.com
                                                 sdoles@careydanis.com
                                                 apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **FELICIA HARRIS,** | : | |
| **Civil Action No. 2:17-CV-15161** | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Felicia Harris in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 22, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Felicia Harris respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Felicia Harris and allow her case to proceed.

Date: July 16, 2018                                    Respectfully submitted,

                                                       /s/ Sarah Shoemake Doles
                                                       **CAREY DANIS & LOWE**
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       8235 Forsyth Blvd, Suite 1100
                                                       Saint Louis, MO 63105
                                                       Telephone: (314) 725-7700
                                                       Fax: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           :       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION         :
                                       :       SECTION "H"
                                       :       JUDGE TRICHE MILAZZO
                                       :       MAG. JUDGE NORTH
THIS DOCUMENT RELATES TO:              :
DAISY HENDERSON,                       :
Civil Action No. 2:17-CV-15877        :

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Daisy Henderson in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Daisy Henderson respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Daisy Henderson and allow her case to proceed.

Date: July 16, 2018                                    Respectfully submitted,

                                                       /s/ Sarah Shoemake Doles
                                                       **CAREY DANIS & LOWE**
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       8235 Forsyth Blvd, Suite 1100
                                                       Saint Louis, MO 63105
                                                       Telephone: (314) 725-7700
                                                       Fax: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **DRASADRIA HOGAN,** | : | |
| **Civil Action No. 2:17-CV-14977** | : | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Drasadria Hogan in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Drasadria Hogan respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Drasadria Hogan and allow her case to proceed.

Date: July 16, 2018                                       Respectfully submitted,

                                                          /s/ Sarah Shoemake Doles
                                                          **CAREY DANIS & LOWE**
                                                          Jeffrey J. Lowe, #35114MO
                                                          Sarah Shoemake Doles, #45747MO
                                                          Alyson M. Petrick, #68323MO
                                                          8235 Forsyth Blvd, Suite 1100
                                                          Saint Louis, MO 63105
                                                          Telephone: (314) 725-7700
                                                          Fax: (314) 721-0905
                                                          jlowe@careydanis.com
                                                          sdoles@careydanis.com
                                                          apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **GWENDOLYN JACKSON,** | : | |
| **Civil Action No. 2:17-CV-16459** | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Gwendolyn Jackson in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Gwendolyn Jackson respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Gwendolyn Jackson and allow her case to proceed.

Date: July 16, 2018                                    Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| PHYLLIS KAISER, | : | |
| Civil Action No. 2:17-CV-16464 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Phyllis Kaiser in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Phyllis Kaiser respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Phyllis Kaiser and allow her case to proceed.

Date: July 16, 2018                                   Respectfully submitted,

                                                      /s/ Sarah Shoemake Doles
                                                      **CAREY DANIS & LOWE**
                                                      Jeffrey J. Lowe, #35114MO
                                                      Sarah Shoemake Doles, #45747MO
                                                      Alyson M. Petrick, #68323MO
                                                      8235 Forsyth Blvd, Suite 1100
                                                      Saint Louis, MO 63105
                                                      Telephone: (314) 725-7700
                                                      Fax: (314) 721-0905
                                                      jlowe@careydanis.com
                                                      sdoles@careydanis.com
                                                      apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| JOANNE MAHONE, | : | |
| Civil Action No. 2:17-CV-15504 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Joanne Mahone in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on May 7, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Joanne Mahone respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Joanne Mahone and allow her case to proceed.

Date: July 16, 2018                                  Respectfully submitted,

                                                     /s/ Sarah Shoemake Doles
                                                     **CAREY DANIS & LOWE**
                                                     Jeffrey J. Lowe, #35114MO
                                                     Sarah Shoemake Doles, #45747MO
                                                     Alyson M. Petrick, #68323MO
                                                     8235 Forsyth Blvd, Suite 1100
                                                     Saint Louis, MO 63105
                                                     Telephone: (314) 725-7700
                                                     Fax: (314) 721-0905
                                                     jlowe@careydanis.com
                                                     sdoles@careydanis.com
                                                     apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **DARLENE MATTHEWS,** | : | |
| **Civil Action No. 2:17-CV-16108** | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Darlene Matthews in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Darlene Matthews respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Darlene Matthews and allow her case to proceed.

Date: July 16, 2018                              Respectfully submitted,

                                                 /s/ Sarah Shoemake Doles
                                                 **CAREY DANIS & LOWE**
                                                 Jeffrey J. Lowe, #35114MO
                                                 Sarah Shoemake Doles, #45747MO
                                                 Alyson M. Petrick, #68323MO
                                                 8235 Forsyth Blvd, Suite 1100
                                                 Saint Louis, MO 63105
                                                 Telephone: (314) 725-7700
                                                 Fax: (314) 721-0905
                                                 jlowe@careydanis.com
                                                 sdoles@careydanis.com
                                                 apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| MICHELLE MERRITT, | : | |
| Civil Action No. 2:17-CV15032 | : | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Michelle Merritt in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on June 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Michelle Merritt respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Michelle Merritt and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)      :     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION   :
                                        :     SECTION "H"
                                        :     JUDGE TRICHE MILAZZO
                                        :     MAG. JUDGE NORTH
THIS DOCUMENT RELATES TO:        :
LAKEETA MIDDLETON-JOHNSON,    :
Civil Action No. 2:17-CV-16477       :

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Lakeeta Middleton-Johnson in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Lakeeta Middleton-Johnson respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Lakeeta Middleton-Johnson and allow her case to proceed.

Date: July 16, 2018                                    Respectfully submitted,

                                                       /s/ Sarah Shoemake Doles
                                                       **CAREY DANIS & LOWE**
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       8235 Forsyth Blvd, Suite 1100
                                                       Saint Louis, MO 63105
                                                       Telephone: (314) 725-7700
                                                       Fax: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| RHONDA MILLER, | : | |
| Civil Action No. 2:17-CV-15039 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Rhonda Miller in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, a voluntary dismissal is anticipated in this action, making this matter moot.

For the foregoing reasons, Plaintiff Rhonda Miller respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Rhonda Miller and allow her case to proceed.

Date: July 16, 2018                                  Respectfully submitted,

                                                     /s/ Sarah Shoemake Doles
                                                     **CAREY DANIS & LOWE**
                                                     Jeffrey J. Lowe, #35114MO
                                                     Sarah Shoemake Doles, #45747MO
                                                     Alyson M. Petrick, #68323MO
                                                     8235 Forsyth Blvd, Suite 1100
                                                     Saint Louis, MO 63105
                                                     Telephone: (314) 725-7700
                                                     Fax: (314) 721-0905
                                                     jlowe@careydanis.com
                                                     sdoles@careydanis.com
                                                     apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| DEBORAH MOKU, | : | |
| Civil Action No. 2:17-CV-16123 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Deborah Moku in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Deborah Moku respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Deborah Moku and allow her case to proceed.

Date: July 16, 2018                              Respectfully submitted,

                                                 /s/ Sarah Shoemake Doles
                                                 **CAREY DANIS & LOWE**
                                                 Jeffrey J. Lowe, #35114MO
                                                 Sarah Shoemake Doles, #45747MO
                                                 Alyson M. Petrick, #68323MO
                                                 8235 Forsyth Blvd, Suite 1100
                                                 Saint Louis, MO 63105
                                                 Telephone: (314) 725-7700
                                                 Fax: (314) 721-0905
                                                 jlowe@careydanis.com
                                                 sdoles@careydanis.com
                                                 apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **SYLVIA MONROY,** | : | |
| **Civil Action No. 2:17-CV-16963** | : | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Sylvia Monroy in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 19, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Sylvia Monroy respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Sylvia Monroy and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| CINDA NEWMAN, | : | |
| Civil Action No. 2:17-CV-16484 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Cinda Newman in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 20, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Cinda Newman respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Cinda Newman and allow her case to proceed.

Date: July 16, 2018                         Respectfully submitted,

                                            /s/ Sarah Shoemake Doles
                                            **CAREY DANIS & LOWE**
                                            Jeffrey J. Lowe, #35114MO
                                            Sarah Shoemake Doles, #45747MO
                                            Alyson M. Petrick, #68323MO
                                            8235 Forsyth Blvd, Suite 1100
                                            Saint Louis, MO 63105
                                            Telephone: (314) 725-7700
                                            Fax: (314) 721-0905
                                            jlowe@careydanis.com
                                            sdoles@careydanis.com
                                            apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| FRANKIE PLACIDE, | : | |
| Civil Action No. 2:17-CV-15872 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Frankie Placide in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on May 29, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Frankie Placide respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Frankie Placide and allow her case to proceed.

Date: July 16, 2018                                    Respectfully submitted,

                                                       /s/ Sarah Shoemake Doles
                                                       **CAREY DANIS & LOWE**
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       8235 Forsyth Blvd, Suite 1100
                                                       Saint Louis, MO 63105
                                                       Telephone: (314) 725-7700
                                                       Fax: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | : | |
| LISA PRUETT, | : | |
| Civil Action No. 2:17-CV-16493 | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Lisa Pruett in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Lisa Pruett respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Lisa Pruett and allow her case to proceed.

Date: July 16, 2018                          Respectfully submitted,

                                             /s/ Sarah Shoemake Doles
                                             **CAREY DANIS & LOWE**
                                             Jeffrey J. Lowe, #35114MO
                                             Sarah Shoemake Doles, #45747MO
                                             Alyson M. Petrick, #68323MO
                                             8235 Forsyth Blvd, Suite 1100
                                             Saint Louis, MO 63105
                                             Telephone: (314) 725-7700
                                             Fax: (314) 721-0905
                                             jlowe@careydanis.com
                                             sdoles@careydanis.com
                                             apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| HASTINE REESE, | : | |
| Civil Action No. 2:17-CV-16469 | : | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**

COMES NOW Plaintiff Hastine Reese in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Hastine Reese respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Hastine Reese and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| ERMA RHYMES, | : | |
| Civil Action No. 2:17-CV-16070 | : | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Erma Rhymes in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 22, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Erma Rhymes respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Erma Rhymes and allow her case to proceed.

Date: July 16, 2018                                         Respectfully submitted,

<u>/s/ Sarah Shoemake Doles</u>
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **MURTIS RICHARDS,** | : | |
| **Civil Action No. 2:17-CV-16045** | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Murtis Richards in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Murtis Richards respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Murtis Richards and allow her case to proceed.

Date: July 16, 2018                                 Respectfully submitted,

                                                    /s/ Sarah Shoemake Doles
                                                    **CAREY DANIS & LOWE**
                                                    Jeffrey J. Lowe, #35114MO
                                                    Sarah Shoemake Doles, #45747MO
                                                    Alyson M. Petrick, #68323MO
                                                    8235 Forsyth Blvd, Suite 1100
                                                    Saint Louis, MO 63105
                                                    Telephone: (314) 725-7700
                                                    Fax: (314) 721-0905
                                                    jlowe@careydanis.com
                                                    sdoles@careydanis.com
                                                    apetrick@careydanis.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **CYNTHIA SAULS,** | : | |
| **Civil Action No. 2:17-CV-15547** | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Cynthia Sauls in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff has provided Defendants with a draft Stipulation of Dismissal With Prejudice and is awaiting consent from all Defendants before dismissing her case.

For the foregoing reasons, Plaintiff Cynthia Sauls respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Cynthia Sauls and allow her case to proceed.

Date: July 16, 2018                          Respectfully submitted,

                                             /s/ Sarah Shoemake Doles
                                             **CAREY DANIS & LOWE**
                                             Jeffrey J. Lowe, #35114MO
                                             Sarah Shoemake Doles, #45747MO
                                             Alyson M. Petrick, #68323MO
                                             8235 Forsyth Blvd, Suite 1100
                                             Saint Louis, MO 63105
                                             Telephone: (314) 725-7700
                                             Fax: (314) 721-0905
                                             jlowe@careydanis.com
                                             sdoles@careydanis.com
                                             apetrick@careydanis.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| LINDA SCOTT, | : | |
| Civil Action No. 2:17-CV-15230 | : | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Linda Scott in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 20, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Linda Scott respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Linda Scott and allow her case to proceed.

Date: July 16, 2018                                   Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| JAN SIMNACHER, | : | |
| Civil Action No. 2:17-CV-16488 | : | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Jan Simnacher in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Jan Simnacher respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Jan Simnacher and allow her case to proceed.

Date: July 16, 2018                           Respectfully submitted,

                                              /s/ Sarah Shoemake Doles
                                              **CAREY DANIS & LOWE**
                                              Jeffrey J. Lowe, #35114MO
                                              Sarah Shoemake Doles, #45747MO
                                              Alyson M. Petrick, #68323MO
                                              8235 Forsyth Blvd, Suite 1100
                                              Saint Louis, MO 63105
                                              Telephone: (314) 725-7700
                                              Fax: (314) 721-0905
                                              jlowe@careydanis.com
                                              sdoles@careydanis.com
                                              apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| LINDA SIMPSON, | : | |
| Civil Action No. 2:17-CV-16498 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Linda Simpson in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Linda Simpson respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Linda Simpson and allow her case to proceed.

Date: July 16, 2018                                        Respectfully submitted,

                                                           /s/ Sarah Shoemake Doles
                                                           **CAREY DANIS & LOWE**
                                                           Jeffrey J. Lowe, #35114MO
                                                           Sarah Shoemake Doles, #45747MO
                                                           Alyson M. Petrick, #68323MO
                                                           8235 Forsyth Blvd, Suite 1100
                                                           Saint Louis, MO 63105
                                                           Telephone: (314) 725-7700
                                                           Fax: (314) 721-0905
                                                           jlowe@careydanis.com
                                                           sdoles@careydanis.com
                                                           apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      :     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION   :
                                   :     SECTION "H"
                                   :     JUDGE TRICHE MILAZZO
                                   :     MAG. JUDGE NORTH
THIS DOCUMENT RELATES TO:      :
DOROTHY SMITH-FRAZIER,        :
Civil Action No. 2:17-CV-15065     :

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Dorothy Smith-Frazier in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Dorothy Smith-Frazier respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Dorothy Smith-Frazier and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| KATHERINE TAYLOR, | : | |
| Civil Action No. 2:17-CV-15445 | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Katherine Taylor in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 20, 2018, making this matter moot

For the foregoing reasons, Plaintiff Katherine Taylor respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Katherine Taylor and allow her case to proceed.

Date: July 16, 2018                                   Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| CHRISTINE TICEY, | : | |
| Civil Action No. 2:17-CV-15859 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Christine Ticey in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Christine Ticey respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Christine Ticey and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| BELINDA TOWNS, | : | |
| Civil Action No. 2:17-CV-16004 | : | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Belinda Towns in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, a voluntary dismissal is anticipated in this action, making this matter moot.

For the foregoing reasons, Plaintiff Belinda Towns respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Belinda Towns and allow her case to proceed.

Date: July 16, 2018                                  Respectfully submitted,

                                                     /s/ Sarah Shoemake Doles
                                                     **CAREY DANIS & LOWE**
                                                     Jeffrey J. Lowe, #35114MO
                                                     Sarah Shoemake Doles, #45747MO
                                                     Alyson M. Petrick, #68323MO
                                                     8235 Forsyth Blvd, Suite 1100
                                                     Saint Louis, MO 63105
                                                     Telephone: (314) 725-7700
                                                     Fax: (314) 721-0905
                                                     jlowe@careydanis.com
                                                     sdoles@careydanis.com
                                                     apetrick@careydanis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| MARIA WARTH, | : | |
| Civil Action No. 2:17-CV-16503 | : | |

PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4

COMES NOW Plaintiff Maria Warth in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date had not passed, Plaintiff submitted her PFS on April 21, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Maria Warth respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Maria Warth and allow her case to proceed.

Date: July 16, 2018                             Respectfully submitted,

                                                /s/ Sarah Shoemake Doles
                                                **CAREY DANIS & LOWE**
                                                Jeffrey J. Lowe, #35114MO
                                                Sarah Shoemake Doles, #45747MO
                                                Alyson M. Petrick, #68323MO
                                                8235 Forsyth Blvd, Suite 1100
                                                Saint Louis, MO 63105
                                                Telephone: (314) 725-7700
                                                Fax: (314) 721-0905
                                                jlowe@careydanis.com
                                                sdoles@careydanis.com
                                                apetrick@careydanis.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **CAROLYN WHITE,** | : | |
| **Civil Action No. 2:17-CV-16461** | : | |

<u>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 4**</u>

COMES NOW Plaintiff Carolyn White in the above referenced civil action respectfully appears, by and through her counsel of record, to show cause as to why her lawsuit should not be dismissed with prejudice.

As an initial matter, Defendants failed to issue a deficiency as required by Amended PTO 22, Paragraph 5, which requires notice of a deficiency via MDL Centrality, before placing this case on a Show Cause Order. Defendants still have not issued a deficiency; therefore, even if the deficiency had merit, Plaintiff has not been allowed 30 days to cure the deficiency as required by Amended PTO 22, Paragraph 5. For these procedural reasons, this case should be removed from Show Cause Order No. 4.

On the merits, the case should be removed from Show Cause Order No. 4 because the due date, as outlined in Amended PTO 22, Paragraph 4, has not yet passed. Under Amended PTO 22, Plaintiff Fact Sheets (PFSs) are due "within 75 days" of filing the complaint, unless counsel for Plaintiff has more than 25 PFSs due on a single day. Plaintiff takes the position that the use of the word "within" may indicate that PFSs are due either 74 or 75 days from the filing of the complaint, subject to judicial interpretation. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(c), which the Eastern District of Louisiana Local Rules do not modify, both 74 and 75 days from the date of

filing of Plaintiff's complaint fell on a Saturday, Sunday, or legal holiday, resulting in Plaintiff's PFS being due on the next day that is not a Saturday, Sunday, or legal holiday. Because Monday, February 19, 2018 was Washington's Birthday, a legal holiday under Rule 6(a)(6)(A), Plaintiff's PFS was due on Tuesday, February 20, 2018 under the Federal Rules. Plaintiff's counsel filed seven (7) cases on December 5, twenty-three (23) cases on December 6, four (4) cases on December 7, and twenty (20) cases on December 8; those fifty-four (54) PFSs were due on Tuesday, February 20, 2018, thereby triggering the staggering provision contained in Paragraph 4. Because Plaintiff's counsel submitted 25 PFSs on February 20, 2018, the remainder of the PFSs, including Plaintiff's PFS, were not due at the time Order to Show Cause No 4 was issued. Consequently, these cases should be removed from Show Cause Order No. 4.

Finally, although the due date has not passed, Plaintiff submitted her PFS on April 23, 2018, making this matter moot.

For the foregoing reasons, Plaintiff Carolyn White respectfully requests that this honorable Court discharge the Order to Show Cause No. 4 as it pertains to Plaintiff Carolyn White and allow her case to proceed.

Date: July 16, 2018

Respectfully submitted,

/s/ Sarah Shoemake Doles
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com