# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs on the Attached List | |

Please enter the appearance of Amy M. Zeman of the law firm of Gibbs Law Group LLP as counsel for Plaintiffs on the attached list and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated: July 23, 2018

Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
          amz@classlawgroup.com

1

| Teri | Navarro | 2:18-cv-1846 |
| Kathryn | Cheehan | 2:18-cv-1848 |
| Susan | Aiello | 2:18-cv-1849 |
| Nora | Gomez | 2:18-cv-1850 |
| Lisa | Bernardin | 2:18-cv-1852 |