UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Shawna Scott v. Sanofi US Services Inc. fka Sanofi-Aventis U.S. Inc., et al.*<br>Case No.: 2:17-cv-17270 | |

## WRITTEN STATEMENT REGARDING

## COMPLIANCE WITH AMENDED PRETRIAL ORDER 22

Pursuant to Pretrial Order No. 74 (R. Doc. 1470), Paragraph 1(c), Plaintiff's counsel submits this written statement to indicate that Plaintiff, Shawna Scott, has partially complied with Amended Pretrial Order No. 22 (R. Doc. 325). Plaintiff's case is not subject to a show cause order. Plaintiff's Fact Sheet was uploaded to the MDL Centrality Portal on April 9, 2018 (Doc. No. 132594). Defendants issued a Deficiency Notice on May 21, 2018 (Doc. No. 166773). Plaintiff's counsel has been unable to contact Plaintiff since prior to issuance of the Deficiency Notice, and therefore has been unable to submit a response to the Deficiency Notice on Plaintiff's behalf.

Dated: July 23, 2018

Respectfully submitted,

*/s/ Kristie L. Fischer*
KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com