UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Shawna Scott v. Sanofi US Services Inc. fka Sanofi-Aventis U.S. Inc., et al.* Case No.: 2:17-cv-17270 | |

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Plaintiff's counsel moves to withdraw as counsel of record for Plaintiff, Shawna Scott, in Civil Action No. 2:17-cv-17270.

In compliance with Pretrial Order No. 74 (Doc 1470) and Local Rule 83.2.11, attached please find the Affidavit in Support of Opposed Motion to Withdraw as Counsel of Record.

Pursuant to Pretrial Order No. 74, counsel for Plaintiff contacted all named Defendants in writing at least fourteen (14) days prior to filing the instant Motion.

Canepa Riedy Abele respectfully requests relief from any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Shawna Scott, whose last known contact information is as follows:

Shawna Scott
P.O. Box 448
Peach Creek, West Virginia 25639

Email: shawnascott33@yahoo.com
Telephone: (304) 946-4375

Dated: July 23, 2018

Respectfully submitted,

KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 23**, 2018, I electronically filed the foregoing Opposed Motion to Withdraw as Counsel of Record and attached Affidavit in Support of Opposed Motion to Withdraw as Counsel of Record by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing motion, affidavit, and notice of electronic filing by first-class mail to Plaintiff. Finally, I certify that Ms. Scott has been notified of all deadlines and pending court appearances by certified mail.

*/s/ Kristie L. Fischer*
KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com