UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Shawna Scott v. Sanofi US Services Inc. fka Sanofi-Aventis U.S. Inc., et al.*<br>Case No.: 2:17-cv-17270 | | |

## MEMORANDUM IN SUPPORT OF OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiff's counsel submits this opposed motion to withdraw as counsel of record for Plaintiff, Shawna Scott, in Civil Action No. 2:17-cv-17270, pursuant to Local Rule 83.2.11 and Louisiana Rules of Professional Conduct Rule 1.16(b)(5), which provides that "a lawyer may withdraw from representing a client if . . . (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Plaintiff, Shawna Scott has failed to fulfill her obligation to communicate with undersigned counsel, which has rendered it impossible for undersigned counsel to effectively represent Plaintiff. Reasonable warning has been given to Plaintiff that undersigned counsel would withdraw unless Plaintiff re-established communication with undersigned counsel. Accordingly, undersigned counsel hereby submits this opposed motion to withdraw as counsel of record and pursuant to Local Rule 83.2.11 has provided the present address and telephone number of Plaintiff and has notified Plaintiff of all deadlines and pending court appearances.

Pursuant to Pretrial Order No. 74, prior to filing this opposed motion to withdraw as counsel of record for Plaintiff, undersigned counsel contacted Defendants' Liaison Counsel and the Contact Counsel for each named and served Defendant in writing and requested consent to undersigned counsel's withdrawal. In response to this request, Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC stated, "Sanofi is not opposing your firm's withdrawal from the case, but will be requesting that the Court dismiss Ms. Scott's claims." Undersigned counsel submits it would be improper to dismiss Ms. Scott's claims at this juncture, as PTO 74 provides for dismissal only if, in addition to failing to communicate with counsel, "Plaintiff

does not comply with Court Orders (including the submission of a completed PFS)..." PTO 74 ¶1(c), (R. Doc. 1470). Here, Plaintiff has partially complied with Amended Pretrial Order No. 22 (R. Doc. 325) and her case is not subject to a show cause order.

Based on the foregoing, Canepa Riedy Abele respectfully requests relief from any further responsibility in connection with this action. Canepa Riedy Abele further requests that any request to dismiss Plaintiff's case be denied unless same is made in accordance with all applicable law, rules, and orders, after Plaintiff has been provided due notice and an opportunity to oppose any such request.

All further pleadings, motions, notices, correspondence and other documents shall be served directly to Plaintiff, Shawna Scott, whose last known contact information is as follows:

Shawna Scott
P.O. Box 448
Peach Creek, West Virginia 25639

Email: shawnascott33@yahoo.com
Telephone: (304) 946-4375

Dated: July 23, 2018

Respectfully submitted,

KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com