UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N"(5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> *Shawna Scott v. Sanofi US Services Inc. fka Sanofi-Aventis U.S. Inc., et al.* <br> Case No.: 2:17-cv-17270 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Attorney for Plaintiff will submit the accompanying Opposed Motion to Withdraw as Counsel of Record on the 16th day of August at 10:30 a.m., before the Honorable Jane T. Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisian 70130.

Oral argument has not been requested.

Dated: July 23, 2018

Respectfully submitted,

*/s/ Kristie L. Fischer*
KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com

## CERTIFICATE OF SERVICE

I hereby certify that on ____July 23____, 2018, I electronically filed the foregoing Notice of Submission by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing Notice of Submission by first-class mail to Plaintiff. Finally, I certify that Ms. Scott has been notified of all deadlines and pending court appearances by certified mail.

_/s/ Kristie L. Fischer_
KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com