# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" ( 5) |
| | HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: *Andres v. Sanofi S.A., et al.*, 2:18-cv-6189 | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EAGLE PHARMACEUTICALS, INC.

TO THE CLERK OF THE COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Eagle Pharmaceuticals, Inc. from *Andres v. Sanofi S.A., et al.*, Case No. 2:18-cv-6189, in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: July 24, 2018

Respectfully submitted,

*s/ Betsy Barnes*
Betsy Barnes, La. Bar No. 19473
Richard L. Root, La. Bar No. 19988
Lauren E. Godshall, La Bar No. 31465
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: 504-528-8000
bbarnes@morrisbart.com
rroot@morrisbart.com
lgodshall@morrisbart.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  July 24, 2018           */s/ Betsy Barnes*
                                           Betsy Barnes