UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Gladys Murphy, Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi S.A., et al., Defendants. | : : : | |
| Civil Case No.: 2:16-cv-17345 | : : : : | |

## PLAINTIFF'S CONTESTED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Gladys Murphy, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint be filed as of the date of this motion.

This the 24th day of July, 2018.

                                                                WHITFIELD BRYSON & MASON LLP

                                                                */s/ Daniel K. Bryson*
                                                                 Daniel K. Bryson
                                                                 N.C. State Bar No.: 15781
                                                                J. Hunter Bryson
                                                                N.C. State Bar No.: 50602
                                                                PO Box 12638
                                                                Raleigh, NC 27605
                                                                Phone: 919-600-5000

Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I certify that I have attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 24, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson