UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | HON. JANE TRICHE MILAZZO |
| Gladys Murphy,  Plaintiff, | | |
| vs. | | |
| Sanofi S.A., et al.,  Defendants. | | |
| Civil Case No.: 2:16-cv-17345 | | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Plaintiff, Gladys Murphy, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.

Plaintiff's original Complaint was filed in this Court on December 14, 2016, (*Gladys Murphy v. Sanofi S.A., Aventis Pharma S.A.,, Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S. ( Case No.* 2:16-cv-17345) and, Plaintiff served Defendants pursuant to PTO 9. Plaintiff has since learned that she was given docetaxel manufactured by defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. (see attached Exhibit A). Thus, Plaintiff's proposed amendment would reflect this change by adding removing the previously named defendants and

naming Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. as the correct defendant.

Plaintiff's counsel conferred with defense counsel and counsel for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. would not consent to being added as a Defendant.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 24th day of July, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Despite making progress with the defendants, we have been unable to reach an agreement at this time.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 24, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson