UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

BARBARA WALLWEY
CASE NO.: 2:17-CV-06014

___

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**
___

**NOW COMES,** Plaintiff Barbara Wallwey, by and through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff originally filed suit against Sanofi defendants. Subsequently, in reviewing billing records, Plaintiff discovered that pursuant to CMO 12, the billing records contained NDC codes identifying four rounds of treatment with a Sanofi product and a half round of treatment with a Hospira product. Those records have been attached hereto as Exhibit "A".

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

July 24, 2018                                    /s/ *Christopher L. Coffin*

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112

Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel along with Defense Counsel for Sanofi and Hospira has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that July 24, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Christopher L. Coffin*
Christopher L. Coffin