UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION     SECTION "H" (5)

THIS DOCUMENT RELATES TO:

BARBARA WALLWEY
CASE NO.: 2:17-CV-06014
_____

## ORDER
_____

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2018

_____
The Honorable Jane Triche Milazzo