**EXHIBIT A**

BLUE CROSS BLUE SHIELD OF IOWA
PO BOX 9291
DES MOINES, IA 50306

2

| | | | X | YEK817807561 |

WALLWEY, BARBARA, D    11 12 1945    X    SAME

8141 FARNAM DRIVE    X    SAME

OMAHA    NE

68114    402 6140450

SAME

507605607B    X    11 12 1945    X

X

X    BLUE CROSS BLUE SHIELD OF IOW

MEDICARE IOWA    X

SIGNATURE ON FILE    04 12 2011    SIGNATURE ON FILE

DN STEPHEN P KAHANIC MD    1   E
                          1

                                                          X
                               9
174 4    787 01    v58 12    v58 11

16D0385322

| 04 12 11 | 04 12 11 | 11 | 85025 | | A | 24 00 | 1 | 1962474155 |
| 04 12 11 | 04 12 11 | 11 | 80048 | | A | 30 00 | 1 | 1962474155 |
| 04 12 11 | 04 12 11 | 11 | 83735 | | A | 27 00 | 1 | 1962474155 |
| 04 12 11 | 04 12 11 | 11 | 99215 | 25 | A | 188 00 | 1 | 1962474155 |

N400173036301

| 04 12 11 | 04 12 11 | 11 | J2780 | | A | 12 00 | 2 | 1962474155 |

N400536250676

| 04 12 11 | 04 12 11 | 11 | J7050 | | A | 2 50 | 1 | 1962474155 |

421320886    X    SHO129506    X    283 50

712 2520088

SIOUXLAND HEMATOLOGY ONCOLOG    SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
230 NEBRASKA STREET              230 NEBRASKA STREET
STEPHEN P KAHANIC MD    SIOUX CITY IA 51101-1733    SIOUX CITY IA 51101-1733
     09 06 2016

1811914575

BLUE CROSS BLUE SHIELD OF IOWA
PO BOX 9291
DES MOINES, IA 50306

2

X   YEK817807561

WALLWEY, BARBARA, D          11 12 1945      X    SAME

8141 FARNAM DRIVE                    X           SAME

OMAHA               NE

68114      402 6140450

SAME

507605607B                           X         11 12 1945           X

                                     X

                                     X         BLUE CROSS BLUE SHIELD OF IOW

MEDICARE IOWA                                  X


   SIGNATURE ON FILE            04 12 2011        SIGNATURE ON FILE


                          1  E
DN STEPHEN P KAHANIC MD      1

                                                           X

                                       9
  174 4         787 01      v58 12   v58 11


N400006388432
04 12 11  04 12 11   11    J1453           A    375 00  150    1962474155
N400591221911
04 12 11  04 12 11   11    J9045           A     90 00    9    1962474155
N400075800120
04 12 11  04 12 11   11    J9171           A   2400 00  100    1962474155
N466733094823
04 12 11  04 12 11   11    J9355           A   2828 00   28    1962474155
N451552002501
04 12 11  04 12 11   11    J1100           A     15 00   10    1962474155
N400088120632
04 12 11  04 12 11   11    J1200           A      7 50    1    1962474155

  421320886        X    SHO129506     X          5715 50
                                                           712 2520088
                        SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                        230 NEBRASKA STREET            230 NEBRASKA STREET
 STEPHEN P KAHANIC MD   SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
    09 06 2016
                                                       1811914575

```
                                              BLUE CROSS BLUE SHIELD OF IOWA           2
                                              PO BOX 9291
                                              DES MOINES, IA 50306


                                          X    YEK817807561

WALLWEY, BARBARA, D              11 12 1945    X    SAME

8141 FARNAM DRIVE                     X             SAME

OMAHA                  NE

68114          402 6140450

SAME

507605607B                                X         11 12 1945           X

                                          X

                                          X         BLUE CROSS BLUE SHIELD OF IOW

MEDICARE IOWA                                       X


     SIGNATURE ON FILE              04 12 2011          SIGNATURE ON FILE


                                1  E
DN STEPHEN P KAHANIC MD            1

                                                                X
                                            9
   174 4          787 01       v58 12    v58 11



N458063079725
04 12 11   04 12 11    11    J2469              B      450 00  10       1962474155
04 12 11   04 12 11    11    96367              A      272 00   4       1962474155
04 12 11   04 12 11    11    96368              A       39 50   1       1962474155
04 12 11   04 12 11    11    96413   59         AC     277 25   1       1962474155
04 12 11   04 12 11    11    96415              AC      62 50   1       1962474155
04 12 11   04 12 11    11    96417              AD     271 00   2       1962474155

   421320886          X     SHO129506     X           1372 25
                                                                     712 2520088
                            SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                            230 NEBRASKA STREET            230 NEBRASKA STREET
   STEPHEN P KAHANIC MD     SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
        09 06 2016
                                                           1811914575
```

```
                                        BLUE CROSS BLUE SHIELD OF NEBRASKA            2
                                        PO BOX 3248
                                        OMAHA, NE 68180



                                              X     YEK817807561
WALLWEY, BARBARA, D          11 12 1945       X     SAME

8141 FARNAM DRIVE                  X                SAME

OMAHA              NE

68114         402 6140450

SAME

507605607B                                    X            11 12 1945             X
                                              X
                                              X     BLUE CROSS BLUE SHIELD OF NEB
MEDICARE IOWA                                       X


      SIGNATURE ON FILE              05 05 2011         SIGNATURE ON FILE




                                                           X
                                              9
   174 4          787 01       v58 11       v58 12



N400536250676                                                      1B  20021
05 05 11  05 05 11   11   J7050           A       2 50 1              1497727663
N458063079725                                                      1B  20021
05 05 11  05 05 11   11   J2469           B     450 00 10             1497727663
N400006388432                                                      1B  20021
05 05 11  05 05 11   11   J1453           A     375 00 150            1497727663
N466733094823                                                      1B  20021
05 05 11  05 05 11   11   J9355           A    2828 00 28             1497727663
N451552002501                                                      1B  20021
05 05 11  05 05 11   11   J1100           A      15 00 10             1497727663
N400591221911                                                      1B  20021
05 05 11  05 05 11   11   J9045           A      90 00 9              1497727663

   421320886         X    SHO131308    X        3760 50
                                                            712 2520088
                     SIOUXLAND HEMATOLOGY ONCOLOG  SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                     230 NEBRASKA STREET           230 NEBRASKA STREET
JOHN C MICHALAK MD   SIOUX CITY IA 51101-1733      SIOUX CITY IA 51101-1733
     09 06 2016
                                                   1811914575     1B  421320886
```

```
                                                BLUE CROSS BLUE SHIELD OF NEBRASKA        2
                                                PO BOX 3248
                                                OMAHA, NE 68180


                                        X       YEK817807561

WALLWEY, BARBARA, D           11 12 1945        X   SAME

8141 FARNAM DRIVE                     X             SAME

OMAHA               NE

68114         402 6140450

SAME

507605607B                            X             11 12 1945                    X

                                      X

                                      X             BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                       X


       SIGNATURE ON FILE              05 05 2011         SIGNATURE ON FILE




                                                                      X
                                                 9
  174 4         787 01        v58 11            v58 12


N400088120632                                                          1B  20021
 05 05 11  05 05 11   11      J1200        A           7 50 1              1497727663
N400173036301                                                          1B  20021
 05 05 11  05 05 11   11      J2780        A          12 00 2              1497727663
N400075800120                                                          1B  20021
 05 05 11  05 05 11   11      J9171        A        2400 00 100            1497727663
                                                                       1B  20021
 05 05 11  05 05 11   11      96367        A         272 00 4              1497727663
                                                                       1B  20021
 05 05 11  05 05 11   11      96368        A          39 50 1              1497727663
                                                                       1B  20021
 05 05 11  05 05 11   11      96413        AC        277 25 1              1497727663

 421320886         X          SHO131308    X        3008 25
                                                                   712 2520088
                        SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                        230 NEBRASKA STREET            230 NEBRASKA STREET
JOHN C MICHALAK MD      SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
      09 06 2016
                                                       1811914575    1B  421320886
```

BLUE CROSS BLUE SHIELD OF NEBRASKA
PO BOX 3248
OMAHA, NE 68180

2

X    YEK817807561

WALLWEY, BARBARA, D          11 12 1945        X   SAME

8141 FARNAM DRIVE                    X             SAME

OMAHA                  NE

68114        402 6140450

SAME

507605607B                              X            11 12 1945            X

                                        X

                                        X         BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                     X

     SIGNATURE ON FILE           05 05 2011         SIGNATURE ON FILE

                                                                 X
                                          9
 174 4         787 01       v58 11      v58 12

                                                              1B  20021
05 05 11   05 05 11    11       96417           AD      271 00 2      1497727663

421320886           X     SH0131308       X              271 00
                                                                    712 2520088
                          SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                          230 NEBRASKA STREET            230 NEBRASKA STREET
JOHN C MICHALAK MD        SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
   09 06 2016
                                                         1811914575     1B 421320886

```
                                    BLUE CROSS BLUE SHIELD OF NEBRASKA      2
                                    PO BOX 3248
                                    OMAHA, NE 68180



                                              X     YEK817807561

WALLWEY, BARBARA, D         11 12 1945        X     SAME

8141 FARNAM DRIVE                 X                 SAME

OMAHA                 NE

68114       402 6140450

SAME

507605607B                              X           11 12 1945              X

                                        X

                                        X           BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                       X


       SIGNATURE ON FILE              05 26 2011         SIGNATURE ON FILE


                               1  E
DN STEPHEN P KAHANIC MD        1

                                                              X
                                               9
   174 4         V58 11      787 01
```

| | | | | | |
|---|---|---|---|---|---|
| N458063079725 | | | | | |
| 05 26 11  05 26 11  11 | J2469 | | C | 450 00 | 10 |
| N400006388432 | | | | | |
| 05 26 11  05 26 11  11 | J1453 | | A | 375 00 | 150 |
| N400591221911 | | | | | |
| 05 26 11  05 26 11  11 | J9045 | | A | 90 00 | 9 |
| N400173036301 | | | | | |
| 05 26 11  05 26 11  11 | J2780 | | A | 12 00 | 2 |
| N400075800120 | | | | | |
| 05 26 11  05 26 11  11 | J9171 | | A | 2400 00 | 100 |
| N400088120632 | | | | | |
| 05 26 11  05 26 11  11 | J1200 | | A | 7 50 | 1 |

```
  421320886            X      SHO132796      X           3334 50
                                                                712 2520088
                              SIOUXLAND HEMATOLOGY ONCOLOG  SIOUXLAND HEMATOLOGY - ONCOLOGY ASSO
                              230 NEBRASKA STREET           230 NEBRASKA STREET
  SUDARSHAN R DODDABELE        SIOUX CITY IA 51101-1733     SIOUX CITY IA 51101-1733
       09 06 2016                                           1144332495     1B
```

```
                                        BLUE CROSS BLUE SHIELD OF NEBRASKA      2
                                        PO BOX 3248
                                        OMAHA, NE 68180


                                              X    YEK817807561

WALLWEY, BARBARA, D         11 12 1945        X    SAME

8141 FARNAM DRIVE                X                 SAME

OMAHA                   NE

68114        402 6140450

SAME

507605607B                                    X         11 12 1945            X
                                              X
                                              X    BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                           X


        SIGNATURE ON FILE              05 26 2011          SIGNATURE ON FILE


                                  1  E
DN STEPHEN P KAHANIC MD           1

                                                                 X
                                              9
   174 4           V58 11       787 01



N400536250676
05 26 11   05 26 11    11    J7050           A        2 50   1
N451552002501
05 26 11   05 26 11    11    J1100           A       15 00  10
N466733094823
05 26 11   05 26 11    11    J9355           A     1414 00  14

05 26 11   05 26 11    11    96413   59      AB     277 25   1

05 26 11   05 26 11    11    96417           AB     271 00   2

05 26 11   05 26 11    11    96368           A       39 50   1

  421320886       X    SHO132796     X              2019 25
                                                            712 2520088
                       SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY - ONCOLOGY ASSO
                       230 NEBRASKA STREET            230 NEBRASKA STREET
 SUDARSHAN R DODDABELE SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
       09 06 2016                                         1144332495      1B
```

```
                                              BLUE CROSS BLUE SHIELD OF NEBRASKA          2
                                              PO BOX 3248
                                              OMAHA, NE 68180


                                          X   YEK817807561

WALLWEY, BARBARA, D          11 12 1945   X   SAME

8141 FARNAM DRIVE                 X           SAME

OMAHA                 NE

68114       402 6140450

SAME

507605607B                                X       11 12 1945              X

                                          X

                                          X   BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                 X


      SIGNATURE ON FILE            06 15 2011        SIGNATURE ON FILE


DN RADHA M RAO MD        1  F
                         1

                                                             X
                                      9

  174 4      V58 11      787 01



                                                                     1G   F54124
06 15 11  06 15 11   11   96367          A       272 00  4           1699746016







421320886        X    SHO134179     X             272 00
                                                           712 2520088
                      SIOUXLAND HEMATOLOGY ONCOLOG  SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                      230 NEBRASKA STREET           230 NEBRASKA STREET
RADHA M RAO MD        SIOUX CITY IA 51101-1733      SIOUX CITY IA 51101-1733
  09 06 2016
                                                    1811914575    1B  421320886
```

```
                                        BLUE CROSS BLUE SHIELD OF NEBRASKA         2
                                        PO BOX 3248
                                        OMAHA, NE 68180


                                              X     YEK817807561

WALLWEY, BARBARA, D         11 12 1945        X     SAME

8141 FARNAM DRIVE                  X                SAME

OMAHA                 NE

68114       402 6140450

SAME

507605607B                                X         11 12 1945              X

                                          X

                                          X         BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                       X


        SIGNATURE ON FILE            07 06 2011            SIGNATURE ON FILE


                                  1  E
DN STEPHEN P KAHANIC MD           1

                                                              X
                                          9
  174 4        V58 11      787 01


N451552002501                                                      1G  A03756
07 06 11  07 06 11   11    J1100         A        15 00   10           1861463275
N400088120632                                                      1G  A03756
07 06 11  07 06 11   11    J1200         A         7 50    1           1861463275
N400006388432                                                      1G  A03756
07 06 11  07 06 11   11    J1453         A       375 00  150           1861463275
N462856079701                                                      1G  A03756
07 06 11  07 06 11   11    J2469         C       450 00   10           1861463275
N400173036301                                                      1G  A03756
07 06 11  07 06 11   11    J2780         A        12 00    2           1861463275
N400536250676                                                      1G  A03756
07 06 11  07 06 11   11    J7050         A         2 50    1           1861463275

421320886          X       SHO135535      X             862 00
                                                              712 2520088
                           SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                           230 NEBRASKA STREET            230 NEBRASKA STREET
DONALD B WENDER MD         SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
     09 06 2016
                                                              1811914575    1B 421320886
```

```
                                                    BLUE CROSS BLUE SHIELD OF NEBRASKA        2
                                                    PO BOX 3248
                                                    OMAHA, NE 68180


                                               X    YEK817807561

WALLWEY, BARBARA, D              11 12 1945    X    SAME

8141 FARNAM DRIVE                      X            SAME

OMAHA                   NE

68114           402 6140450

SAME

507605607B                                   X                 11 12 1945            X

                                             X

                                             X           BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                            X


     SIGNATURE ON FILE            07 06 2011             SIGNATURE ON FILE


                                 1  E
DN STEPHEN P KAHANIC MD          1

                                                                     X
                                       9
   174 4        V58 11       787 01



N400591221911                                                        1G   A03756
07 06 11  07 06 11    11    J9045          A       50 00   5              1861463275
N400075800120                                                        1G   A03756
07 06 11  07 06 11    11    J9171          A     1200 00  50              1861463275
N450242005656                                                        1G   A03756
07 06 11  07 06 11    11    J9355          A     1414 00  14              1861463275
                                                                     1G   A03756
07 06 11  07 06 11    11    96413    59    AB     277 25   1              1861463275
                                                                     1G   A03756
07 06 11  07 06 11    11    96417          AB     271 00   2              1861463275
                                                                     1G   A03756
07 06 11  07 06 11    11    96367          A      272 00   4              1861463275

   421320886         X      SHO135535      X       3484 25
                                                                          712 2520088
                            SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                            230 NEBRASKA STREET            230 NEBRASKA STREET
DONALD B WENDER MD          SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
     09 06 2016
                                                           1811914575     1B  421320886
```

```
                                                    BLUE CROSS BLUE SHIELD OF NEBRASKA          2
                                                    PO BOX 3248
                                                    OMAHA, NE 68180



                                              X     YEK817807561

WALLWEY, BARBARA, D            11 12 1945     X     SAME

8141 FARNAM DRIVE                     X             SAME

OMAHA                  NE

68114          402 6140450

SAME

507605607B                                    X              11 12 1945              X

                                              X

                                              X     BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                                X


       SIGNATURE ON FILE              07 12 2011             SIGNATURE ON FILE




                                                                    X
                                              9
  174 4          787 01       v58 12        v58 11




N463323016530                                                          1G    F54124
07 12 11  07 12 11   11    J1100         A         15 00    10               1699746016
N400641037625                                                          1G    F54124
07 12 11  07 12 11   11    J1200         A          7 50     1               1699746016
N400006388432                                                          1G    F54124
07 12 11  07 12 11   11    J1453         A        375 00   150               1699746016
N462856079701                                                          1G    F54124
07 12 11  07 12 11   11    J2469         B        450 00    10               1699746016
N400173036301                                                          1G    F54124
07 12 11  07 12 11   11    J2780         A         12 00     2               1699746016
N400536250676                                                          1G    F54124
07 12 11  07 12 11   11    J7050         A          2 50     1               1699746016

421320886            X     SHO136020      X               862 00
                                                                       712 2520088
                           SIOUXLAND HEMATOLOGY ONCOLOG   SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                           230 NEBRASKA STREET            230 NEBRASKA STREET
RADHA M RAO MD             SIOUX CITY IA 51101-1733       SIOUX CITY IA 51101-1733
        09 06 2016
                                                          1811914575    1B 421320886
```

```
                                            BLUE CROSS BLUE SHIELD OF NEBRASKA      2
                                            PO BOX 3248
                                            OMAHA, NE 68180


                                        X       YEK817807561

WALLWEY, BARBARA, D          11 12 1945       X    SAME

8141 FARNAM DRIVE                  X               SAME

OMAHA                   NE

68114        402 6140450

SAME

507605607B                              X           11 12 1945           X

                                        X

                                        X       BLUE CROSS BLUE SHIELD OF NEB

MEDICARE IOWA                                   X


        SIGNATURE ON FILE          07 12 2011          SIGNATURE ON FILE





                                                              X
                                              9
  174 4          787 01       v58 12        v58 11




N400591221911                                                1G   F54124
07 12 11  07 12 11   11    J9045         A     50 00  5           1699746016
N400409020120                                                1G   F54124
07 12 11  07 12 11   11    J9171         A    1200 00 50          1699746016
N450242005656                                                1G   F54124
07 12 11  07 12 11   11    J9355         A    1313 00 13          1699746016
                                                             1G   F54124
07 12 11  07 12 11   11    96367         A     204 00  3          1699746016
                                                             1G   F54124
07 12 11  07 12 11   11    96413         AC    277 25  1          1699746016
                                                             1G   F54124
07 12 11  07 12 11   11    96417         AD    271 00  2          1699746016

  421320886           X   SHO136020       X        3315 25
                                                              712 2520088
                      SIOUXLAND HEMATOLOGY ONCOLOG  SIOUXLAND HEMATOLOGY ONCOLOGY ASSOCI
                      230 NEBRASKA STREET          230 NEBRASKA STREET
RADHA M RAO MD        SIOUX CITY IA 51101-1733     SIOUX CITY IA 51101-1733
     09 06 2016
                                                   1811914575   1B 421320886
```