UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

GWENDOLYN E. KIRBY
CASE NO.: 2:18-cv-00577

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**
_____

**NOW COMES,** Plaintiff Gwendolyn E. Kirby, by and through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff originally filed suit against Sanofi defendants in a St. Louis Multi-Plaintiff Complaint, *Bickley, et al vs. Sanofi S.A., et al* (1622-CC09591). Subsequently, in reviewing billing records and preparing to file a short form complaint in this MDL, Plaintiff discovered that pursuant to CMO 12, the billing records contained NDC codes identifying three rounds of treatment with a Sanofi product and three rounds of treatment with a Hospira product. Those records have been attached hereto as Exhibit "A". Unfortunately, at the time of filing Plaintiff's short form complaint, Plaintiff was unable to name any additional defendants beyond those named initially in the state court complaint.

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

July 24, 2018                                      /s/ Christopher L. Coffin

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel along with Defense Counsel for Sanofi and Hospira has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that July 24, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Christopher L. Coffin
Christopher L. Coffin