```
06/10/2016                UVA PHYSICIANS GROUP                         PAGE: 1
LNM6                      Tax I.D.No.54-1124769
NON-COLL                       P.O. Box 9007
                          Charlottesville, VA 22906-9007

     ***RESPONSIBLE PARTY***      ***PATIENT***              *MRN/XRay #*

     GWENDOLYN KIRBY              GWENDOLYN KIRBY              2463031
     2630 REDD SHOP RD
     FARMVILLE,VA 23901

ITEM  DATE      CODE   MODIFIERS  PROCEDURE DESCRIPTION      AMOUNT  LOC DIAG
----  --------  -----  ---------  -------------------------  ------  --- ------
 1    01/28/14  00000             DUMMY CHARGE                 0.00  OUT 000
                                  UNITS: 1
      02/03/14  191               CREDIT CARD COPAY           35.00-
      02/04/14  191               CREDIT CARD COPAY           35.00

      PHYSICIAN: NOCHG PAYMENT        CHARGE(S) FOR ITEM # 1 :      0.00
                                      AMT DUE FOR   ITEM # 1 :      0.00  X

 2    01/28/14  36415             COLLECTION VENOUS BLD VEN   17.60  OUT 174.9
                                  IPUNCT
                                  UNITS: 1
      01/28/14  99245             OUTPATIENT CONSULTATION,   662.00  OUT 174.9
                                  LEVEL 5
                                  UNITS: 1
      02/04/14  191               CREDIT CARD COPAY           35.00-
      02/18/14  530               PIEDMONT COMM HLTH PLAN P  220.92-
                                  AYMNT
      02/18/14  530               CONTRACTUAL ADJUSTMENT     407.99-
      03/18/14  154               PATIENT PAYMENT             15.69-

      PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 2 :    679.60
                                      AMT DUE FOR   ITEM # 2 :      0.00  X

 3    02/04/14  99215             OFFICE VISIT, ESTAB PAT,   301.00  OUT 174.9
                                  LEV 5
                                  UNITS: 1
      02/10/14  980               PATIENT CO-PAYMENT          35.00-
      02/18/14  530               PIEDMONT COMM HLTH PLAN P   93.38-
                                  AYMNT
      02/18/14  530               CONTRACTUAL ADJUSTMENT     157.62-
      03/18/14  154               PATIENT PAYMENT             15.00-

      PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 3 :    301.00
                                      AMT DUE FOR   ITEM # 3 :      0.00  X

 4    02/11/14  99215             OFFICE VISIT, ESTAB PAT,   301.00  OUT 174.9
                                  LEV 5
                                  UNITS: 1
      02/20/14  980               PATIENT CO-PAYMENT          35.00-
      02/27/14  530               PIEDMONT COMM HLTH PLAN P   93.38-
                                  AYMNT
      02/27/14  530               CONTRACTUAL ADJUSTMENT     157.62-
      03/18/14  154               PATIENT PAYMENT             15.00-
```


EXHIBIT A

```
06/10/2016                    UVA PHYSICIANS GROUP                      PAGE: 2
LNM6                          Tax I.D.No.54-1124769
NON-COLL                           P.O. Box 9007
                             Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***       ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY              GWENDOLYN KIRBY               2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE       CODE  MODIFIERS  PROCEDURE DESCRIPTION      AMOUNT  LOC  DIAG
----  --------   -----  ---------  ---------------------------  -------  ---  -------

        PHYSICIAN: MICHELLE BEARD NP    CHARGE(S) FOR ITEM # 4  :    301.00
                                        AMT DUE FOR    ITEM # 4  :      0.00 X

 5    02/20/14 85025               BLD CNT;CMPL AUTO&AUTO DI    25.41  OUT 174.9
                                   FF WBC CNT
                                   UNITS: 1
      03/10/14 530                 PIEDMONT COMM HLTH PLAN P     9.88-
                                   AYMNT
      03/10/14 530                 CONTRACTUAL ADJUSTMENT       13.06-
      05/02/14 154                 PATIENT PAYMENT               2.47-

        PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 5  :     25.41
                                         AMT DUE FOR    ITEM # 5  :      0.00 X

 6    02/20/14 J9070               CYCLOPHOSPHAMIDE, 100 MG   2540.00  OUT V58.11
                                   NDC: 10019095601   NDC
                                   UNITS: 10
      02/20/14 J9171               DOCETAXEL 1MG NDC: 000758 13988.26  OUT V58.11
                                   00301  NDC
                                   UNITS: 146
      02/20/14 J9000               DOXORUBICIN HCL,10 MG NDC   614.00  OUT V58.11
                                   : 63323010161   NDC
                                   UNITS: 10
      02/20/14 J1453               FOSAPREPITANT 1MG NDC: 00  1356.00  OUT V58.11
                                   006394132   NDC
                                   UNITS: 150
      02/20/14 J1100               INJ,DEXA SODIUM PHOS,1MG     34.00  OUT V58.11
                                   NDC: 00069454101   NDC
                                   UNITS: 10
      02/20/14 J2469               PALONOSETRON 25MCG NDC: 6  1970.80  OUT V58.11
                                   2856079701   NDC
                                   UNITS: 10
      02/20/14 J1200               INJ,DIPHENHYDRAMINE HCL,U    34.00  OUT V58.11
                                   P TO 50 MG NDC: 006410376
                                   21  NDC
                                   UNITS: 1
      02/20/14 J2780               INJ,RANITIDINE HYDROCHLOR    66.42  OUT V58.11
                                   IDE,25 MG NDC: 0017303630
                                   0  NDC
                                   UNITS: 2
      02/20/14 96413               CHEMO, IV INFUSION, 1 HR    485.00  OUT V58.11
                                   UNITS: 1
```

```
06/10/2016              UVA PHYSICIANS GROUP                    PAGE: 3
LNM6                    Tax I.D.No.54-1124769
NON-COLL                     P.O. Box 9007
                       Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***     ***PATIENT***           *MRN/XRay #*

        GWENDOLYN KIRBY             GWENDOLYN KIRBY             2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE      CODE  MODIFIERS  PROCEDURE DESCRIPTION     AMOUNT LOC DIAG
----- --------- ----- ---------- ------------------------- ------ --- -----
  6   02/20/14 96417             CHEMO IV INFUS EACH ADDL  217.15 OUT V58.11
                                 SEQ
                                 UNITS: 1
      02/20/14 96411 59          CHEMO, IV PUSH, ADDL DRUG 183.00 OUT V58.11
                                 UNITS: 1
      02/20/14 96367             IV INFUS;ADD SEQ INF UP T 262.56 OUT V58.11
                                 O 1HR
                                 UNITS: 3
      03/10/14 530               PIEDMONT COMM HLTH PLAN P 17350.96-
                                 AYMNT
      03/10/14 530               CONTRACTUAL ADJUSTMENT    4350.23-
      05/02/14 154               PATIENT PAYMENT              50.00-

        PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 6 :  21751.19
                                         AMT DUE FOR   ITEM # 6 :      0.00 X

  7   02/21/14 J2505             PEGFILGRASTIM 6MG NDC: 55 7422.16 OUT 288.03
                                 513019001   NDC
                                 UNITS: 1
      02/21/14 96372             INJ;SUBQ OR INTRAMUSC       38.96 OUT 288.03
                                 UNITS: 1
      03/10/14 530               PIEDMONT COMM HLTH PLAN P 5943.90-
                                 AYMNT
      03/10/14 530               CONTRACTUAL ADJUSTMENT    1492.22-
      05/02/14 154               PATIENT PAYMENT              25.00-

        PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 7 :   7461.12
                                         AMT DUE FOR   ITEM # 7 :      0.00 X

  8   03/06/14 00000             DUMMY CHARGE                 0.00 OUT 000
                                 UNITS: 1
      03/11/14 980               PATIENT CO-PAYMENT          35.00-
      03/13/14 980               PATIENT CO-PAYMENT          35.00

        PHYSICIAN: NOCHG PAYMENT         CHARGE(S) FOR ITEM # 8 :      0.00
                                         AMT DUE FOR   ITEM # 8 :      0.00 X

  9   03/06/14 85025             BLD CNT;CMPL AUTO&AUTO DI   25.41 OUT 174.9
                                 FF WBC CNT
                                 UNITS: 1
      03/06/14 36416             COLLECTON CAPILLARY BLOOD    8.78 OUT 174.9
                                 SPECIM
                                 UNITS: 1
```

```
06/10/2016                    UVA PHYSICIANS GROUP                          PAGE: 4
LNM6                         Tax I.D.No.54-1124769
NON-COLL                          P.O. Box 9007
                            Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***        ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY              GWENDOLYN KIRBY                 2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE      CODE   MODIFIERS  PROCEDURE DESCRIPTION    AMOUNT LOC DIAG
----- --------- -----  ---------- ------------------------ ---------- --- -------
9     03/06/14 99214              OFFICE VISIT, ESTAB PAT,   224.00 OUT 174.9
                                  LEV 4
                                  UNITS: 1
      03/13/14 980                PATIENT CO-PAYMENT          35.00-
      03/26/14 530                PIEDMONT COMM HLTH PLAN P   65.83-
                                  AYMNT
      03/26/14 530                CONTRACTUAL ADJUSTMENT     142.36-
      05/02/14 154                PATIENT PAYMENT             15.00-

      PHYSICIAN: MICHELLE BEARD NP    CHARGE(S) FOR ITEM #  9  :       258.19
                                      AMT DUE FOR    ITEM #  9  :         0.00  X

10    03/12/14 85025               BLD CNT;CMPL AUTO&AUTO DI   25.41 OUT 174.9
                                   FF WBC CNT
                                   UNITS: 1
      04/02/14 530                 PIEDMONT COMM HLTH PLAN P   12.35-
                                   AYMNT
      04/02/14 530                 CONTRACTUAL ADJUSTMENT      13.06-

      PHYSICIAN: MICHELLE BEARD NP    CHARGE(S) FOR ITEM # 10  :        25.41
                                      AMT DUE FOR    ITEM # 10  :         0.00  X

11    03/12/14 J9070               CYCLOPHOSPHAMIDE, 100 MG  2540.00 OUT V58.11
                                   NDC: 10019095601   NDC
                                   UNITS: 10
      03/12/14 J9171               DOCETAXEL 1MG NDC: 004090 6945.22 OUT V58.11
                                   20110   NDC
                                   UNITS: 146
      03/12/14 J9000               DOXORUBICIN HCL,10 MG NDC  614.00 OUT V58.11
                                   : 63323010161   NDC
                                   UNITS: 10
      03/12/14 J1453               FOSAPREPITANT 1MG NDC: 00 1356.00 OUT V58.11
                                   006394132   NDC
                                   UNITS: 150
      03/12/14 J1100               INJ,DEXA SODIUM PHOS,1MG    34.00 OUT V58.11
                                   NDC: 00069454101   NDC
                                   UNITS: 10
      03/12/14 J2469               PALONOSETRON 25MCG NDC: 6 1970.80 OUT V58.11
                                   2856079701   NDC
                                   UNITS: 10
      03/12/14 J1200               INJ,DIPHENHYDRAMINE HCL,U   34.00 OUT V58.11
                                   P TO 50 MG NDC: 006410376
                                   21   NDC
                                   UNITS: 1
```

Page 4

```
06/10/2016                    UVA PHYSICIANS GROUP                         PAGE: 5
LNM6                          Tax I.D.No.54-1124769
NON-COLL                         P.O. Box 9007
                            Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***        ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY               GWENDOLYN KIRBY              2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE      CODE  MODIFIERS  PROCEDURE DESCRIPTION        AMOUNT  LOC  DIAG
----  --------  ----  ---------  --------------------------  --------  ---  ------
 11   03/12/14 J2780             INJ,RANITIDINE HYDROCHLOR     34.00  OUT  V58.11
                                 IDE,25 MG NDC: 0017303623
                                 8   NDC
                                 UNITS: 2
      03/12/14 96413             CHEMO, IV INFUSION, 1 HR     485.00  OUT  V58.11
                                 UNITS: 1
      03/12/14 96417             CHEMO IV INFUS EACH ADDL     434.30  OUT  V58.11
                                 SEQ
                                 UNITS: 2
      03/12/14 96367             IV INFUS;ADD SEQ INF UP T    262.56  OUT  V58.11
                                 O 1HR
                                 UNITS: 3
      04/07/14 530               PIEDMONT COMM HLTH PLAN P  11717.91-
                                 AYMNT
      04/07/14 530               CONTRACTUAL ADJUSTMENT      2941.97-
      05/27/14 154               PATIENT PAYMENT               50.00-

      PHYSICIAN: MICHELLE BEARD NP      CHARGE(S) FOR ITEM # 11  :    14709.88
                                        AMT DUE FOR     ITEM # 11  :        0.00 X

 12   03/14/14 J2505             PEGFILGRASTIM 6MG NDC: 55  7422.16  OUT  288.03
                                 513019001   NDC
                                 UNITS: 1
      03/14/14 96372             INJ;SUBQ OR INTRAMUSC         38.96  OUT  288.03
                                 UNITS: 1
      04/08/14 530               PIEDMONT COMM HLTH PLAN P   5943.90-
                                 AYMNT
      04/08/14 530               CONTRACTUAL ADJUSTMENT      1492.22-
      06/24/14 154               PATIENT PAYMENT               25.00-

      PHYSICIAN: NICHOLAS PAPHITIS MD   CHARGE(S) FOR ITEM # 12  :     7461.12
                                        AMT DUE FOR     ITEM # 12  :        0.00 X

 13   03/20/14 99211             OFFICE VISIT, ESTAB PAT,      44.00  OUT  174.9
                                 LEV 1
                                 UNITS: 1
      03/20/14 36416             COLLECTON CAPILLARY BLOOD      8.78  OUT  174.9
                                 SPECIM
                                 UNITS: 1
      04/08/14 530               PIEDMONT COMM HLTH PLAN P      7.02-
                                 AYMNT
      04/08/14 530               CONTRACTUAL ADJUSTMENT        21.65-
      06/24/14 154               PATIENT PAYMENT               24.11-
```

```
06/10/2016                    UVA PHYSICIANS GROUP                         PAGE: 6
LNM6                          Tax I.D.No.54-1124769
NON-COLL                          P.O. Box 9007
                            Charlottesville, VA 22906-9007

       ***RESPONSIBLE PARTY***         ***PATIENT***              *MRN/XRay #*

       GWENDOLYN KIRBY                 GWENDOLYN KIRBY                2463031
       2630 REDD SHOP RD
       FARMVILLE,VA 23901

ITEM  DATE       CODE  MODIFIERS  PROCEDURE DESCRIPTION       AMOUNT  LOC DIAG
----- --------- ------ ---------- -------------------------- --------- --- -------

       PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 13  :      52.78
                                        AMT DUE FOR   ITEM # 13  :       0.00  X

 14    03/28/14 00000             DUMMY CHARGE                  0.00  OUT 000
                                  UNITS: 1
       04/03/14 191                CREDIT CARD COPAY           35.00-
       04/10/14 191                CREDIT CARD COPAY           35.00

       PHYSICIAN: NOCHG PAYMENT          CHARGE(S) FOR ITEM # 14  :       0.00
                                         AMT DUE FOR   ITEM # 14  :       0.00  X

 15    04/03/14 J9070             CYCLOPHOSPHAMIDE, 100 MG    2540.00 OUT V58.11
                                  NDC: 10019095601   NDC
                                  UNITS: 10
       04/03/14 J9171             DOCETAXEL 1MG NDC: 000758  15329.60 OUT V58.11
                                  00301   NDC
                                  UNITS: 160
       04/03/14 J9000             DOXORUBICIN HCL,10 MG NDC   614.00  OUT V58.11
                                  : 63323010161   NDC
                                  UNITS: 10
       04/03/14 J1453             FOSAPREPITANT 1MG NDC: 00  1356.00  OUT V58.11
                                  006394132   NDC
                                  UNITS: 150
       04/03/14 J1200             INJ,DIPHENHYDRAMINE HCL,U    34.00  OUT V58.11
                                  P TO 50 MG NDC: 006410376
                                  21   NDC
                                  UNITS: 1
       04/03/14 J2780             INJ,RANITIDINE HYDROCHLOR    34.00  OUT V58.11
                                  IDE,25 MG NDC: 0017303623
                                  8   NDC
                                  UNITS: 2
       04/03/14 J1100             INJ,DEXA SODIUM PHOS,1MG     34.00  OUT V58.11
                                  NDC: 00069454101   NDC
                                  UNITS: 10
       04/03/14 J2469             PALONOSETRON 25MCG NDC: 6  1970.80  OUT V58.11
                                  2856079701   NDC
                                  UNITS: 10
       04/03/14 96413             CHEMO, IV INFUSION, 1 HR    485.00  OUT V58.11
                                  UNITS: 1
       04/03/14 96417             CHEMO IV INFUS EACH ADDL    217.15  OUT V58.11
                                  SEQ
                                  UNITS: 1
       04/03/14 96411  59         CHEMO, IV PUSH, ADDL DRUG   183.00  OUT V58.11
                                  UNITS: 1
```

```
06/10/2016                  UVA PHYSICIANS GROUP                      PAGE: 7
LNM6                        Tax I.D.No.54-1124769
NON-COLL                         P.O. Box 9007
                          Charlottesville, VA 22906-9007

         ***RESPONSIBLE PARTY***       ***PATIENT***            *MRN/XRay #*

         GWENDOLYN KIRBY            GWENDOLYN KIRBY              2463031
         2630 REDD SHOP RD
         FARMVILLE,VA 23901

 ITEM  DATE      CODE   MODIFIERS  PROCEDURE DESCRIPTION      AMOUNT  LOC  DIAG
 ----  --------  -----  ---------  ----------------------    --------- ---  -------
  15   04/03/14  96367             IV INFUS;ADD SEQ INF UP T   262.56  OUT  V58.11
                                   O 1HR
                                   UNITS: 3
       04/21/14  530               PIEDMONT COMM HLTH PLAN P 18398.09-
                                   AYMNT
       04/21/14  530               CONTRACTUAL ADJUSTMENT     4612.02-
       06/24/14  154               PATIENT PAYMENT              20.89-
       07/09/14  154               PATIENT PAYMENT              29.11-

       PHYSICIAN: MICHELLE BEARD NP   CHARGE(S) FOR ITEM # 15 :   23060.11
                                      AMT DUE FOR    ITEM # 15 :       0.00  X

  16   04/04/14  J2505             PEGFILGRASTIM 6MG NDC: 55  7422.16  OUT  288.03
                                   513019001   NDC
                                   UNITS: 1
       04/04/14  96372             INJ;SUBQ OR INTRAMUSC        38.96  OUT  288.03
                                   UNITS: 1
       04/21/14  530               PIEDMONT COMM HLTH PLAN P  5943.90-
                                   AYMNT
       04/21/14  530               CONTRACTUAL ADJUSTMENT     1492.22-
       07/09/14  154               PATIENT PAYMENT              25.00-

       PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 16 :   7461.12
                                       AMT DUE FOR    ITEM # 16 :      0.00  X

  17   04/03/14  85025             BLD CNT;CMPL AUTO&AUTO DI    25.41  OUT  174.9
                                   FF WBC CNT
                                   UNITS: 1
       04/21/14  530               PIEDMONT COMM HLTH PLAN P    12.35-
                                   AYMNT
       04/21/14  530               CONTRACTUAL ADJUSTMENT       13.06-

       PHYSICIAN: MICHELLE BEARD NP   CHARGE(S) FOR ITEM # 17 :      25.41
                                      AMT DUE FOR    ITEM # 17 :       0.00  X

  18   03/28/14  85025             BLD CNT;CMPL AUTO&AUTO DI    25.41  OUT  174.9
                                   FF WBC CNT
                                   UNITS: 1
       03/28/14  36416             COLLECTON CAPILLARY BLOOD     8.78  OUT  174.9
                                   SPECIM
                                   UNITS: 1
       03/28/14  99214             OFFICE VISIT, ESTAB PAT,    224.00  OUT  174.9
                                   LEV 4
```

```
                              UNITS: 1
04/10/14 191                  CREDIT CARD COPAY              35.00-
```

```
06/10/2016                   UVA PHYSICIANS GROUP                       PAGE: 8
LNM6                         Tax I.D.No.54-1124769
NON-COLL                         P.O. Box 9007
                             Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***      ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY              GWENDOLYN KIRBY              2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE       CODE   MODIFIERS  PROCEDURE DESCRIPTION       AMOUNT LOC DIAG
----  --------   ----   ---------  -----------------------     ------ --- ----
 18   04/21/14   530               PIEDMONT COMM HLTH PLAN P    65.83-
                                   AYMNT
      04/21/14   530               CONTRACTUAL ADJUSTMENT      142.36-
      07/09/14   154               PATIENT PAYMENT              15.00-

        PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 18  :     258.19
                                        AMT DUE FOR   ITEM # 18  :       0.00 X

 19   04/10/14   99211              OFFICE VISIT, ESTAB PAT,    44.00 OUT 174.9
                                    LEV 1
                                    UNITS: 1
      04/10/14   85025              BLD CNT;CMPL AUTO&AUTO DI   25.41 OUT 174.9
                                    FF WBC CNT
                                    UNITS: 1
      04/10/14   36416              COLLECTON CAPILLARY BLOOD    8.78 OUT 174.9
                                    SPECIM
                                    UNITS: 1
      04/29/14   530                PIEDMONT COMM HLTH PLAN P   19.37-
                                    AYMNT
      04/29/14   530                CONTRACTUAL ADJUSTMENT      34.71-
      07/09/14   154                PATIENT PAYMENT              0.89-
      08/05/14   154                PATIENT PAYMENT             23.22-

        PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 19  :      78.19
                                         AMT DUE FOR   ITEM # 19  :       0.00 X

 20   04/16/14   85025              BLD CNT;CMPL AUTO&AUTO DI   25.41 OUT 174.9
                                    FF WBC CNT
                                    UNITS: 1
      04/16/14   36416              COLLECTON CAPILLARY BLOOD    8.78 OUT 174.9
                                    SPECIM
                                    UNITS: 1
      05/05/14   530                PIEDMONT COMM HLTH PLAN P   19.37-
                                    AYMNT
      05/05/14   530                CONTRACTUAL ADJUSTMENT      14.82-

        PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 20  :      34.19
                                         AMT DUE FOR   ITEM # 20  :       0.00 X

 21   04/23/14   85025              BLD CNT;CMPL AUTO&AUTO DI   25.41 OUT 174.9
```

```
                              FF WBC CNT
                              UNITS: 1
        05/09/14 530          PIEDMONT COMM HLTH PLAN P      12.35-
                              AYMNT
        05/09/14 530          CONTRACTUAL ADJUSTMENT         13.06-




06/10/2016                    UVA PHYSICIANS GROUP                        PAGE: 9
LNM6                          Tax I.D.No.54-1124769
NON-COLL                           P.O. Box 9007
                              Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***        ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY                GWENDOLYN KIRBY              2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE       CODE   MODIFIERS  PROCEDURE DESCRIPTION       AMOUNT  LOC  DIAG
----  --------   -----  ---------  ---------------------------  ------  ---  ----

        PHYSICIAN: NICHOLAS PAPHITIS MD   CHARGE(S) FOR ITEM # 21 :      25.41
                                          AMT DUE FOR   ITEM # 21 :       0.00 X

22      04/25/14 85025         BLD CNT;CMPL AUTO&AUTO DI       25.41  OUT 174.9
                               FF WBC CNT
                               UNITS: 1
        04/25/14 36416         COLLECTON CAPILLARY BLOOD        8.78  OUT 174.9
                               SPECIM
                               UNITS: 1
        04/25/14 99215 25      OFFICE VISIT, ESTAB PAT,       301.00  OUT 174.9
                               LEV 5
                               UNITS: 1
        04/29/14 191           CREDIT CARD COPAY               35.00-
        05/09/14 530           PIEDMONT COMM HLTH PLAN P      112.75-
                               AYMNT
        05/09/14 530           CONTRACTUAL ADJUSTMENT         172.44-
        08/05/14 154           PATIENT PAYMENT                 15.00-

        PHYSICIAN: TODD WOLF MD           CHARGE(S) FOR ITEM # 22 :     335.19
                                          AMT DUE FOR   ITEM # 22 :       0.00 X

23      04/23/14 J9070         CYCLOPHOSPHAMIDE, 100 MG      2260.00  OUT V58.11
                               NDC: 10019095601   NDC
                               UNITS: 10
        04/23/14 J9171         DOCETAXEL 1MG NDC: 004090     7729.60  OUT V58.11
                               20102   NDC
                               UNITS: 160
        04/23/14 J9000         DOXORUBICIN HCL,10 MG NDC      533.50  OUT V58.11
                               : 63323010161   NDC
                               UNITS: 10
        04/23/14 J1453         FOSAPREPITANT 1MG NDC: 00     1027.50  OUT V58.11
                               006394132   NDC
                               UNITS: 150
        04/23/14 J1200         INJ,DIPHENHYDRAMINE HCL,U        4.92  OUT V58.11
                               P TO 50 MG NDC: 006410376
                               21   NDC
                               UNITS: 1
```

```
04/23/14 J2780           INJ,RANITIDINE HYDROCHLOR    15.44   OUT V58.11
                         IDE,25 MG NDC: 0017303630
                         0   NDC
                         UNITS: 2
04/23/14 J1100           INJ,DEXA SODIUM PHOS,1MG     19.40   OUT V58.11
                         NDC: 00069454101   NDC
                         UNITS: 10
```

```
06/10/2016                    UVA PHYSICIANS GROUP                    PAGE: 10
LNM6                         Tax I.D.No.54-1124769
NON-COLL                         P.O. Box 9007
                           Charlottesville, VA 22906-9007
```

```
        ***RESPONSIBLE PARTY***        ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY                GWENDOLYN KIRBY             2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE      CODE   MODIFIERS  PROCEDURE DESCRIPTION     AMOUNT LOC DIAG
----- --------  -----  ---------  -----------------------   ------ --- -------
 23   04/23/14 J2469              PALONOSETRON 25MCG NDC: 6 2298.00 OUT V58.11
                                  2856079701   NDC
                                  UNITS: 10
      04/23/14 96413              CHEMO, IV INFUSION, 1 HR   485.00 OUT V58.11
                                  UNITS: 1
      04/23/14 96417              CHEMO IV INFUS EACH ADDL   217.15 OUT V58.11
                                  SEQ
                                  UNITS: 1
      04/23/14 96411 59           CHEMO, IV PUSH, ADDL DRUG  183.00 OUT V58.11
                                  UNITS: 1
      04/23/14 96367              IV INFUS;ADD SEQ INF UP T  262.56 OUT V58.11
                                  O 1HR
                                  UNITS: 3
      05/09/14 530                PIEDMONT COMM HLTH PLAN P 11978.86-
                                  AYMNT
      05/09/14 530                CONTRACTUAL ADJUSTMENT    3007.21-
      08/05/14 154                PATIENT PAYMENT             36.78-
      09/09/14 155                PATIENT PAYMENT             13.22-

         PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 23 :   15036.07
                                          AMT DUE FOR    ITEM # 23 :       0.00 X

 24   04/25/14 J2505              PEGFILGRASTIM 6MG NDC: 55 8195.70 OUT 288.03
                                  513019001   NDC
                                  UNITS: 1
      04/25/14 96372 59           INJ;SUBQ OR INTRAMUSC       38.96 OUT 288.03
                                  UNITS: 1
      05/13/14 530                PIEDMONT COMM HLTH PLAN P 6587.73-
                                  AYMNT
      05/13/14 530                CONTRACTUAL ADJUSTMENT    1646.93-

         PHYSICIAN: TODD WOLF MD          CHARGE(S) FOR ITEM # 24 :    8234.66
                                          AMT DUE FOR    ITEM # 24 :       0.00 X

 25   05/06/14 99211              OFFICE VISIT, ESTAB PAT,    44.00 OUT 174.9
                                  LEV 1
                                  UNITS: 1
```

```
05/06/14  85025           BLD CNT;CMPL AUTO&AUTO DI      25.41   OUT 174.9
                          FF WBC CNT
                          UNITS: 1
05/06/14  36416           COLLECTON CAPILLARY BLOOD       8.78   OUT 174.9
                          SPECIM
                          UNITS: 1
```

```
06/10/2016                   UVA PHYSICIANS GROUP                        PAGE: 11
LNM6                        Tax I.D.No.54-1124769
NON-COLL                         P.O. Box 9007
                           Charlottesville, VA 22906-9007

       ***RESPONSIBLE PARTY***      ***PATIENT***              *MRN/XRay #*

       GWENDOLYN KIRBY              GWENDOLYN KIRBY              2463031
       2630 REDD SHOP RD
       FARMVILLE,VA 23901

ITEM  DATE       CODE   MODIFIERS  PROCEDURE DESCRIPTION      AMOUNT LOC DIAG
----- ---------- ------ ---------- -------------------------- ------ --- -------
 25   05/20/14   530               PIEDMONT COMM HLTH PLAN P   19.37-
                                   AYMNT
      05/20/14   530               CONTRACTUAL ADJUSTMENT      34.71-
      09/09/14   155               PATIENT PAYMENT             24.11-

      PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 25  :    78.19
                                      AMT DUE FOR   ITEM # 25  :     0.00  X

 26   05/13/14   85025             BLD CNT;CMPL AUTO&AUTO DI   25.41   OUT 174.9
                                   FF WBC CNT
                                   UNITS: 1
      05/13/14   36416             COLLECTON CAPILLARY BLOOD    8.78   OUT 174.9
                                   SPECIM
                                   UNITS: 1
      05/13/14   99215             OFFICE VISIT, ESTAB PAT,   301.00   OUT 174.9
                                   LEV 5
                                   UNITS: 1
      05/27/14   191               CREDIT CARD COPAY           35.00-
      06/03/14   530               PIEDMONT COMM HLTH PLAN P  112.75-
                                   AYMNT
      06/03/14   530               CONTRACTUAL ADJUSTMENT     172.44-
      09/09/14   155               PATIENT PAYMENT             15.00-

      PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 26  :   335.19
                                      AMT DUE FOR   ITEM # 26  :     0.00  X

 27   05/15/14   85025             BLD CNT;CMPL AUTO&AUTO DI   25.41   OUT 174.9
                                   FF WBC CNT
                                   UNITS: 1
      06/03/14   530               PIEDMONT COMM HLTH PLAN P   12.35-
                                   AYMNT
      06/03/14   530               CONTRACTUAL ADJUSTMENT      13.06-

      PHYSICIAN: NICHOLAS PAPHITIS MD CHARGE(S) FOR ITEM # 27  :    25.41
                                      AMT DUE FOR   ITEM # 27  :     0.00  X

 28   05/15/14   J9070             CYCLOPHOSPHAMIDE, 100 MG  2260.00   OUT V58.11
                                   NDC: 10019095601   NDC
```

```
                            UNITS: 10
05/15/14 J9171              DOCETAXEL 1MG NDC: 009551    13838.40  OUT V58.11
                            02001   NDC
                            UNITS: 160
05/15/14 J9000              DOXORUBICIN HCL,10 MG NDC      533.50  OUT V58.11
                            : 63323010161   NDC
                            UNITS: 10
```

```
06/10/2016                    UVA PHYSICIANS GROUP                      PAGE: 12
LNM6                          Tax I.D.No.54-1124769
NON-COLL                          P.O. Box 9007
                            Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***     ***PATIENT***                *MRN/XRay #*

        GWENDOLYN KIRBY            GWENDOLYN KIRBY                 2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE      CODE   MODIFIERS PROCEDURE DESCRIPTION      AMOUNT LOC DIAG
----- --------  -----  --------- -------------------------- -------- --- -------
 28   05/15/14  J1453            FOSAPREPITANT 1MG NDC: 00   1027.50 OUT V58.11
                                 006394132   NDC
                                 UNITS: 150
      05/15/14  J1200            INJ,DIPHENHYDRAMINE HCL,U      4.92 OUT V58.11
                                 P TO 50 MG NDC: 006410376
                                 21   NDC
                                 UNITS: 1
      05/15/14  J2780            INJ,RANITIDINE HYDROCHLOR     19.96 OUT V58.11
                                 IDE,25 MG NDC: 0017303623
                                 8   NDC
                                 UNITS: 2
      05/15/14  J1100            INJ,DEXA SODIUM PHOS,1MG      19.40 OUT V58.11
                                 NDC: 00069454101   NDC
                                 UNITS: 10
      05/15/14  J2469            PALONOSETRON 25MCG NDC: 6   2298.00 OUT V58.11
                                 2856079701   NDC
                                 UNITS: 10
      05/15/14  96413            CHEMO, IV INFUSION, 1 HR     485.00 OUT V58.11
                                 UNITS: 1
      05/15/14  96417            CHEMO IV INFUS EACH ADDL     217.15 OUT V58.11
                                 SEQ
                                 UNITS: 1
      05/15/14  96411  59        CHEMO, IV PUSH, ADDL DRUG    183.00 OUT V58.11
                                 UNITS: 1
      05/15/14  96367            IV INFUS;ADD SEQ INF UP T    262.56 OUT V58.11
                                 O 1HR
                                 UNITS: 3
      06/03/14  530              PIEDMONT COMM HLTH PLAN P  16869.52-
                                 AYMNT
      06/03/14  530              CONTRACTUAL ADJUSTMENT      4229.87-
      09/09/14  155              PATIENT PAYMENT               13.81-
      10/21/14  154              PATIENT PAYMENT               36.19-

        PHYSICIAN: NICHOLAS PAPHITIS MD    CHARGE(S) FOR ITEM # 28  :   21149.39
                                           AMT DUE FOR   ITEM # 28  :       0.00 X
```

```
29     05/16/14 J2505              PEGFILGRASTIM 6MG NDC: 55   8195.70  OUT 288.03
                                   513019001   NDC
                                   UNITS: 1
       05/16/14 96372              INJ;SUBQ OR INTRAMUSC         38.96  OUT 288.03
                                   UNITS: 1
       06/03/14 530                PIEDMONT COMM HLTH PLAN P   6537.73-
                                   AYMNT
       06/03/14 530                CONTRACTUAL ADJUSTMENT      1646.93-
       10/21/14 154                PATIENT PAYMENT               38.81-
```

```
06/10/2016                      UVA PHYSICIANS GROUP                        PAGE: 13
LNM6                           Tax I.D.No.54-1124769
NON-COLL                           P.O. Box 9007
                            Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***        ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY                GWENDOLYN KIRBY             2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM   DATE     CODE    MODIFIERS  PROCEDURE DESCRIPTION     AMOUNT  LOC DIAG
-----  -------- -----   ---------  ------------------------  ------  --- -------
29     11/26/14 154                PATIENT PAYMENT             11.19-

       PHYSICIAN: MICHELLE BEARD NP    CHARGE(S) FOR ITEM # 29  :     8234.66
                                       AMT DUE FOR   ITEM # 29  :        0.00  X

30     05/21/14 99211              OFFICE VISIT, ESTAB PAT,      44.00  OUT 174.9
                                   LEV 1
                                   UNITS: 1
       05/21/14 85025              BLD CNT;CMPL AUTO&AUTO DI     25.41  OUT 174.9
                                   FF WBC CNT
                                   UNITS: 1
       05/21/14 36416              COLLECTON CAPILLARY BLOOD      8.78  OUT 174.9
                                   SPECIM
                                   UNITS: 1
       06/11/14 530                PIEDMONT COMM HLTH PLAN P     19.37-
                                   AYMNT
       06/11/14 530                CONTRACTUAL ADJUSTMENT        34.71-
       11/26/14 154                PATIENT PAYMENT               24.11-

       PHYSICIAN: MICHELLE BEARD NP    CHARGE(S) FOR ITEM # 30  :       78.19
                                       AMT DUE FOR   ITEM # 30  :        0.00  X

31     05/28/14 99211              OFFICE VISIT, ESTAB PAT,      44.00  OUT 174.9
                                   LEV 1
                                   UNITS: 1
       05/28/14 85025              BLD CNT;CMPL AUTO&AUTO DI     25.41  OUT 174.9
                                   FF WBC CNT
                                   UNITS: 1
       05/28/14 36416              COLLECTON CAPILLARY BLOOD      8.78  OUT 174.9
                                   SPECIM
                                   UNITS: 1
       06/16/14 530                PIEDMONT COMM HLTH PLAN P     19.37-
                                   AYMNT
       06/16/14 530                CONTRACTUAL ADJUSTMENT        34.71-
       11/26/14 154                PATIENT PAYMENT               24.11-
```

```
         PHYSICIAN: NICHOLAS PAPHITIS MD   CHARGE(S) FOR ITEM # 31  :        78.19
                                           AMT DUE FOR    ITEM # 31  :         0.00 X

32   06/03/14 85025          BLD CNT;CMPL AUTO&AUTO DI    25.41  OUT 174.9
                             FF WBC CNT
                             UNITS: 1
     06/03/14 36416          COLLECTON CAPILLARY BLOOD     8.78  OUT 174.9
                             SPECIM
                             UNITS: 1
```

```
06/10/2016                        UVA PHYSICIANS GROUP                         PAGE: 14
LNM6                              Tax I.D.No.54-1124769
NON-COLL                              P.O. Box 9007
                               Charlottesville, VA 22906-9007

        ***RESPONSIBLE PARTY***        ***PATIENT***              *MRN/XRay #*

        GWENDOLYN KIRBY               GWENDOLYN KIRBY               2463031
        2630 REDD SHOP RD
        FARMVILLE,VA 23901

ITEM  DATE      CODE   MODIFIERS  PROCEDURE DESCRIPTION       AMOUNT  LOC DIAG
----  --------  -----  ---------  -------------------------  -------  --- -------
32    06/03/14  99215             OFFICE VISIT, ESTAB PAT,    301.00  OUT 174.9
                                  LEV 5
                                  UNITS: 1
      06/16/14  530               PIEDMONT COMM HLTH PLAN P   112.75-
                                  AYMNT
      06/16/14  530               CONTRACTUAL ADJUSTMENT      172.44-
      11/26/14  154               PATIENT PAYMENT              15.59-
      12/26/14  154               PATIENT PAYMENT              34.41-

         PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 32  :       335.19
                                         AMT DUE FOR    ITEM # 32  :         0.00 X

33    06/06/14  9999              LATE FEE CHARGE               1.63
                                  UNITS: 1
      09/09/14  155               PATIENT PAYMENT               1.63-

         PHYSICIAN: LATE FEE             CHARGE(S) FOR ITEM # 33  :         0.00
                                         AMT DUE FOR    ITEM # 33  :         0.00 X

34    06/05/14  J9070             CYCLOPHOSPHAMIDE, 100 MG   2034.00  OUT V58.11
                                  NDC: 10019095601   NDC
                                  UNITS: 9
      06/05/14  J9171             DOCETAXEL 1MG NDC: 004090  6763.40  OUT V58.11
                                  20102   NDC
                                  UNITS: 140
      06/05/14  J9000             DOXORUBICIN HCL,10 MG NDC   478.53  OUT V58.11
                                  : 63323010161   NDC
                                  UNITS: 9
      06/05/14  J1453             FOSAPREPITANT 1MG NDC: 00  1027.50  OUT V58.11
                                  006394132   NDC
                                  UNITS: 150
      06/05/14  J1200             INJ,DIPHENHYDRAMINE HCL,U     4.92  OUT V58.11
                                  P TO 50 MG NDC: 006410376
                                  21   NDC
```

```
                                    UNITS: 1
      06/05/14 J2780                INJ,RANITIDINE HYDROCHLOR      15.44  OUT V58.11
                                    IDE,25 MG NDC: 0017303630
                                    0   NDC
                                    UNITS: 2
      06/05/14 J1100                INJ,DEXA SODIUM PHOS,1MG       19.40  OUT V58.11
                                    NDC: 00069454101   NDC
                                    UNITS: 10
      06/05/14 J2469                PALONOSETRON 25MCG NDC: 6    2298.00  OUT V58.11
                                    2856079701   NDC
                                    UNITS: 10




  06/10/2016                          UVA PHYSICIANS GROUP                      PAGE: 15
  LNM6                                Tax I.D.No.54-1124769
  NON-COLL                                P.O. Box 9007
                                    Charlottesville, VA 22906-9007

         ***RESPONSIBLE PARTY***       ***PATIENT***                *MRN/XRay #*

         GWENDOLYN KIRBY               GWENDOLYN KIRBY               2463031
         2630 REDD SHOP RD
         FARMVILLE,VA 23901

  ITEM  DATE      CODE   MODIFIERS  PROCEDURE DESCRIPTION        AMOUNT LOC DIAG
  ----- --------- ------ ---------- ---------------------------- ------ --- -------
   34   06/05/14 96413              CHEMO, IV INFUSION, 1 HR     485.00 OUT V58.11
                                    UNITS: 1
        06/05/14 96417              CHEMO IV INFUS EACH ADDL     217.15 OUT V58.11
                                    SEQ
                                    UNITS: 1
        06/05/14 96411 59           CHEMO, IV PUSH, ADDL DRUG    183.00 OUT V58.11
                                    UNITS: 1
        06/05/14 96367              IV INFUS;ADD SEQ INF UP T    262.56 OUT V58.11
                                    O 1HR
                                    UNITS: 3
        06/30/14 530                PIEDMONT COMM HLTH PLAN P  10981.12-
                                    AYMNT
        06/30/14 530                CONTRACTUAL ADJUSTMENT      2757.78-
        12/26/14 154                PATIENT PAYMENT               40.59-
        01/21/15 154                PATIENT PAYMENT                9.41-

        PHYSICIAN: NICHOLAS PAPHITIS MD   CHARGE(S) FOR ITEM # 34  :    13788.90
                                          AMT DUE FOR   ITEM # 34  :        0.00 X

   35   06/06/14 J2505               PEGFILGRASTIM 6MG NDC: 55   8195.70 OUT 288.03
                                     513019001   NDC
                                     UNITS: 1
        06/06/14 96372               INJ;SUBQ OR INTRAMUSC         38.96 OUT 288.03
                                     UNITS: 1
        06/30/14 530                 PIEDMONT COMM HLTH PLAN P   6537.73-
                                     AYMNT
        06/30/14 530                 CONTRACTUAL ADJUSTMENT      1646.93-
        01/21/15 154                 PATIENT PAYMENT               50.00-

        PHYSICIAN: MICHELLE BEARD NP      CHARGE(S) FOR ITEM # 35  :     8234.66
                                          AMT DUE FOR   ITEM # 35  :        0.00 X
```

```
36      06/11/14 99211          OFFICE VISIT, ESTAB PAT,   44.00  OUT 174.9
                                LEV 1
                                UNITS: 1
        06/11/14 85025          BLD CNT;CMPL AUTO&AUTO DI  25.41  OUT 174.9
                                FF WBC CNT
                                UNITS: 1
        06/11/14 36416          COLLECTON CAPILLARY BLOOD   8.78  OUT 174.9
                                SPECIM
                                UNITS: 1
        07/10/14 530            PIEDMONT COMM HLTH PLAN P  19.37-
                                AYMNT
        07/10/14 530            CONTRACTUAL ADJUSTMENT     34.71-
        01/21/15 154            PATIENT PAYMENT            15.59-
```

```
06/10/2016                      UVA PHYSICIANS GROUP                    PAGE: 16
LNM6                            Tax I.D.No.54-1124769
NON-COLL                          P.O. Box 9007
                              Charlottesville, VA 22906-9007

    ***RESPONSIBLE PARTY***       ***PATIENT***              *MRN/XRay #*

    GWENDOLYN KIRBY              GWENDOLYN KIRBY              2463031
    2630 REDD SHOP RD
    FARMVILLE,VA 23901

ITEM  DATE     CODE  MODIFIERS PROCEDURE DESCRIPTION      AMOUNT LOC DIAG
----- -------- ----- --------- -------------------------- ------ --- -------
36    02/24/15 154             PATIENT PAYMENT              8.52-

      PHYSICIAN: NICHOLAS PAPHITIS MD  CHARGE(S) FOR ITEM # 36 :     78.19
                                       AMT DUE FOR   ITEM # 36 :      0.00 X

37    06/17/14 99211            OFFICE VISIT, ESTAB PAT,   44.00  OUT 174.9
                                LEV 1
                                UNITS: 1
      06/17/14 85025            BLD CNT;CMPL AUTO&AUTO DI  25.41  OUT 174.9
                                FF WBC CNT
                                UNITS: 1
      06/17/14 36416            COLLECTON CAPILLARY BLOOD   8.78  OUT 174.9
                                SPECIM
                                UNITS: 1
      07/08/14 530              PIEDMONT COMM HLTH PLAN P  19.37-
                                AYMNT
      07/08/14 530              CONTRACTUAL ADJUSTMENT     34.71-
      02/24/15 154              PATIENT PAYMENT            24.11-

      PHYSICIAN: TODD WOLF MD          CHARGE(S) FOR ITEM # 37 :     78.19
                                       AMT DUE FOR   ITEM # 37 :      0.00 X

38    06/27/14 00000            DUMMY CHARGE                0.00  OUT 000
                                UNITS: 1
      06/30/14 191              CREDIT CARD COPAY          35.00-
      07/02/14 191              CREDIT CARD COPAY          35.00

      PHYSICIAN: NOCHG PAYMENT         CHARGE(S) FOR ITEM # 38 :      0.00
                                       AMT DUE FOR   ITEM # 38 :      0.00 X

39    06/27/14 85025            BLD CNT;CMPL AUTO&AUTO DI  25.41  OUT 174.9
```

```
                                 FF WBC CNT
                                 UNITS: 1
         06/27/14 36416          COLLECTON CAPILLARY BLOOD      8.78   OUT 174.9
                                 SPECIM
                                 UNITS: 1
         06/27/14 99214          OFFICE VISIT, ESTAB PAT,     224.00   OUT 174.9
                                 LEV 4
                                 UNITS: 1
         07/02/14 191            CREDIT CARD COPAY             35.00-
         07/21/14 530            PIEDMONT COMM HLTH PLAN P     65.83-
                                 AYMNT
         07/21/14 530            CONTRACTUAL ADJUSTMENT       142.36-
         02/24/15 154            PATIENT PAYMENT               15.00-




06/10/2016                    UVA PHYSICIANS GROUP                         PAGE: 17
LNM6                         Tax I.D.No.54-1124769
NON-COLL                          P.O. Box 9007
                             Charlottesville, VA 22906-9007

         ***RESPONSIBLE PARTY***       ***PATIENT***              *MRN/XRay #*

         GWENDOLYN KIRBY            GWENDOLYN KIRBY                2463031
         2630 REDD SHOP RD
         FARMVILLE,VA 23901

ITEM  DATE      CODE  MODIFIERS PROCEDURE DESCRIPTION        AMOUNT LOC DIAG
----- --------- ----- --------- ---------------------------- ------ --- -------

         PHYSICIAN: TODD WOLF MD         CHARGE(S) FOR ITEM # 39  :    258.19
                                         AMT DUE FOR    ITEM # 39  :      0.00 X

  40     07/04/14 9999           LATE FEE CHARGE                2.97
                                 UNITS: 1
         09/09/14 155            PATIENT PAYMENT                2.97-

         PHYSICIAN: LATE FEE             CHARGE(S) FOR ITEM # 40  :      0.00
                                         AMT DUE FOR    ITEM # 40  :      0.00 X

  41     08/01/14 9999           LATE FEE CHARGE                4.26
                                 UNITS: 1
         09/09/14 155            PATIENT PAYMENT                4.26-

         PHYSICIAN: LATE FEE             CHARGE(S) FOR ITEM # 41  :      0.00
                                         AMT DUE FOR    ITEM # 41  :      0.00 X

  42     07/31/14 00000          DUMMY CHARGE                   0.00  OUT 000
                                 UNITS: 1
         08/04/14 980            PATIENT CO-PAYMENT            35.00-
         08/05/14 980            PATIENT CO-PAYMENT            35.00

         PHYSICIAN: NOCHG PAYMENT        CHARGE(S) FOR ITEM # 42  :      0.00
                                         AMT DUE FOR    ITEM # 42  :      0.00 X

  43     07/31/14 36416          COLLECTON CAPILLARY BLOOD      8.78  OUT 174.9
                                 SPECIM
                                 UNITS: 1
         07/31/14 85025          BLD CNT;CMPL AUTO&AUTO DI     25.41  OUT 174.9
                                 FF WBC CNT
```

```
                          UNITS: 1
07/31/14 99214            OFFICE VISIT, ESTAB PAT,    234.00  OUT 174.9
                          LEV 4
                          UNITS: 1
08/05/14 980              PATIENT CO-PAYMENT           35.00-
08/14/14 530              PIEDMONT COMM HLTH PLAN P    65.83-
                          AYMNT
08/14/14 530              CONTRACTUAL ADJUSTMENT      152.36-
02/24/15 154              PATIENT PAYMENT               2.37-
03/25/15 154              PATIENT PAYMENT              12.63-

         PHYSICIAN: TODD WOLF MD     CHARGE(S) FOR ITEM #  43  :    268.19
                                     AMT DUE FOR    ITEM #  43  :      0.00  X
```

```
06/10/2016                 UVA PHYSICIANS GROUP                    PAGE: 18
LNM6                       Tax I.D.No.54-1124769
NON-COLL                       P.O. Box 9007
                        Charlottesville, VA 22906-9007

      ***RESPONSIBLE PARTY***      ***PATIENT***              *MRN/XRay #*

      GWENDOLYN KIRBY              GWENDOLYN KIRBY             2463031
      2630 REDD SHOP RD
      FARMVILLE,VA 23901

ITEM  DATE       CODE  MODIFIERS  PROCEDURE DESCRIPTION      AMOUNT LOC DIAG
----- --------- ------ ---------- -------------------------- ------ --- -------
 44   08/08/14  X9999             BUDGET PLAN PROCESSING FE   25.00 OUT 000
                                  E
                                  UNITS: 1
      02/24/15  154               PATIENT PAYMENT             25.00-

         PHYSICIAN: BUDGET FEE        CHARGE(S) FOR ITEM #  44  :     25.00
                                      AMT DUE FOR    ITEM #  44  :      0.00  X

 45   09/05/14  9999              LATE FEE CHARGE              4.14
                                  UNITS: 1
      03/25/15  154               PATIENT PAYMENT              4.14-

         PHYSICIAN: LATE FEE          CHARGE(S) FOR ITEM #  45  :      0.00
                                      AMT DUE FOR    ITEM #  45  :      0.00  X

 46   09/24/14  36416             COLLECTON CAPILLARY BLOOD    8.78 OUT 174.9
                                  SPECIM
                                  UNITS: 1
      09/24/14  85025             BLD CNT;CMPL AUTO&AUTO DI   25.41 OUT 174.9
                                  FF WBC CNT
                                  UNITS: 1
      09/24/14  99215             OFFICE VISIT, ESTAB PAT,   313.00 OUT 174.9
                                  LEV 5
                                  UNITS: 1
      09/30/14  191               CREDIT CARD COPAY           35.00-
      10/08/14  530               PIEDMONT COMM HLTH PLAN P  112.75-
                                  AYMNT
      10/08/14  530               CONTRACTUAL ADJUSTMENT     184.44-
      03/25/15  154               PATIENT PAYMENT             15.00-

         PHYSICIAN: TODD WOLF MD      CHARGE(S) FOR ITEM #  46  :    347.19
                                  Page 18
```

```
                                    AMT DUE FOR    ITEM # 46  :           0.00 X

47   10/03/14 9999         LATE FEE CHARGE                  3.88
                           UNITS: 1
     03/25/15 154          PATIENT PAYMENT                  3.88-

     PHYSICIAN: LATE FEE           CHARGE(S) FOR ITEM # 47  :           0.00
                                   AMT DUE FOR    ITEM # 47  :           0.00 X

48   11/07/14 9999         LATE FEE CHARGE                  3.13
                           UNITS: 1
     03/25/15 154          PATIENT PAYMENT                  3.13-
```

```
06/10/2016                      UVA PHYSICIANS GROUP                       PAGE: 19
LNM6                           Tax I.D.No.54-1124769
NON-COLL                           P.O. Box 9007
                            Charlottesville, VA 22906-9007

      ***RESPONSIBLE PARTY***      ***PATIENT***              *MRN/XRay #*

      GWENDOLYN KIRBY              GWENDOLYN KIRBY             2463031
      2630 REDD SHOP RD
      FARMVILLE,VA 23901

ITEM  DATE      CODE  MODIFIERS PROCEDURE DESCRIPTION     AMOUNT LOC DIAG
----- --------  ----- --------- -------------------------- ---------- --- -------

      PHYSICIAN: LATE FEE           CHARGE(S) FOR ITEM # 48  :           0.00
                                    AMT DUE FOR    ITEM # 48  :           0.00 X

49   12/05/14 9999         LATE FEE CHARGE                  2.53
                           UNITS: 1
     03/25/15 154          PATIENT PAYMENT                  2.53-

     PHYSICIAN: LATE FEE           CHARGE(S) FOR ITEM # 49  :           0.00
                                   AMT DUE FOR    ITEM # 49  :           0.00 X

50   12/09/14 36416        COLLECTON CAPILLARY BLOOD       8.78 OUT 174.9
                           SPECIM
                           UNITS: 1
     12/09/14 85025        BLD CNT;CMPL AUTO&AUTO DI      25.41 OUT 174.9
                           FF WBC CNT
                           UNITS: 1
     12/09/14 99214        OFFICE VISIT, ESTAB PAT,      234.00 OUT 174.9
                           LEV 4
                           UNITS: 1
     12/15/14 980          PATIENT CO-PAYMENT             35.00-
     12/30/14 530          PIEDMONT COMM HLTH PLAN P      65.83-
                           AYMNT
     12/30/14 530          CONTRACTUAL ADJUSTMENT        152.36-
     03/25/15 154          PATIENT PAYMENT                15.00-

     PHYSICIAN: TODD WOLF MD       CHARGE(S) FOR ITEM # 50  :         268.19 X
                                   AMT DUE FOR    ITEM # 50  :           0.00

                                   TOTAL CHARGE(S)         :      161236.35
                                   TOTAL AMT DUE           :           0.00 X
```

Case 2:16-md-02740-JTM-MBN   Document 3489-2   Filed 07/24/18   Page 20 of 20

THIS STATEMENT IS FOR PRIVATE PHYSICIANS-RELATED SERVICES ONLY -
THIS STATEMENT DOES NOT INCLUDE YOUR HOSPITAL CHARGES.
PLEASE MAKE CHECKS PAYABLE TO:

UVA PHYSICIANS GROUP

$0.00

Page 20