# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE JANE TRICHE MILAZZO |
| Mary A. Hill Civil Action No. 2:18-cv-05990 | | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal without prejudice of Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc. Plaintiff's claims against all other Defendants named in civil action number 2:18-cv-05990 will remain active.

Dated: July 24, 2018

Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above Notice of Voluntary Dismissal was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered on this 24th day of July, 2018.

                                            */s/ Sindhu S. Daniel*
                                            Sindhu S. Daniel