IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| | SECTION "N" (5) |
| This Document Relates To: | |
| | JUDGE JANE TRICHE MILAZZO |
| Dannett Bluford | MAG. JUDGE NORTH |
|     Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-14287 |
| | |
| Sanofi-Aventis U.S. LLC et al, | |
|     Defendants. | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Sun Pharma Global FZE in the above-captioned case be dismissed with prejudice.

IT IS SO STIPULATED:


DATED: July 25, 2018        **BROWN AND CROUPPEN, P.C.**

                                          By: /s/ Seth Sharrock Webb
                                          SETH SHARROCK WEBB, # 51236
                                          211 N. Broadway, Suite 1600
                                          St. Louis, Missouri  63102
                                          sethw@getbc.com
                                          *Attorney for Plaintiff*

| | |
|---|---|
| DATED: July 25, 2018 | **SHOOK, HARDY & BACON L.L.P.**<br><br>By: /s/ Kelly Bieri<br>Kelly Bieri<br>Harley Ratliff<br>2555 Grand Boulevard,<br>Kansas City, MO 64108<br>Telephone:  816-474-6550<br>Facsimile:  816-421-5547<br>Email: kbieri@shb.com; hratliff@shb.com<br>*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*<br><br>**GREENBERG TRAURIG, LLP**<br><br>By: /s/ R. Clifton Merrell<br>R. Clifton Merrell<br>Evan Holden<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone:  678-553-2100<br>Facsimile:  678-553-2100<br>Email: merrellc@gtlaw.com; holdene@gtlaw.com<br>*Attorneys for Sandoz, Inc.*<br><br>**TUCKER ELLIS LLP**<br><br>By: /s/ Julie A. Callsen<br>Julie A. Callsen<br>Brandon D. Cox<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone:  216-592-5000<br>Facsimile:  216-592-5009<br>Email: julie.callsen@tuckerellis.com<br>         brandon.cox@tuckerellis.com<br>*Attorneys for Accord Healthcare, Inc.*<br><br>**MORRISON & FOERSTER LLP**<br><br>By: /s/ Erin M. Bosman<br>Erin M. Bosman<br>Julie Y. Park<br>12531 High Bluff Dr.<br>San Diego, CA 92130-2040<br>Telephone:  858-720-5100 |

Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**DECHERT LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
1095 Avenue of the Americas
New York, NY 10036
Telephone:  212-698-3500
Facsimile: 212-698-3599
Email: mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
Email: gcoan@hinshawlaw.com;
kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 25, 2018                         /s/  Seth Sharrock Webb
                                                                                SETH SHARROCK WEBB, # 51236
                                                                                BROWN & CROUPPEN, P.C.
                                                                                211 N. Broadway, Suite 1600
                                                                                St. Louis, Missouri  63102
                                                                                314-421-0216
                                                                                314-421-0359 facsimile
                                                                                sethw@getbc.com