BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** | : : | MAG. JUDGE NORTH |
| *CHRISTINE DAVIS v. SANOFI US US SERVICES INC., ET AL.,* Case No. 2:18-cv-6853, | : : : : : | |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses all claims against Defendants ACTAVIS PHARMA INC. and ACTAVIS, LLC f/k/a ACTAVIS, INC. *only* from the above-captioned case, without prejudice, each party to bear its own costs. Plaintiff's claims against all other Defendants remain active.

Dated: July 25, 2018

Respectfully Submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
Christopher LoPalo
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
         clopalo@napolilaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on <u>July 25, 2018</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: _25_ day of _July_ , 2018        /s/__ Hunter Shkolnik_____
                     Hunter Shkolnik, Esquire