**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** *Charity Newhouse v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al. Civil Action No. 2:17-cv-16990* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Charity Newhouse's claims against Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., *only* be dismissed from the above-captioned case, with prejudice, each party to bear its own costs. Plaintiff claims against Sandoz Inc., in civil action 2:17-cv-16990 remains active.

Dated this 25th day of July, 2018.

Respectfully submitted,

*/s/ John C. Thornton*
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

1

Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com

*Attorneys for Plaintiff*


/s/ Douglas J. Moore
Douglas J. Moore, Esq.
Attorney for Sanofi US Services Inc. and
Sanofi-Aventis U.S. LLC.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email:   dmoore@irwinllc.com
         kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*


/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com

*Counsel for Defendant Accord Healthcare*
*Inc.*


/s/ Kimberly Beck
Kimberly Beck
Sheryl Ritter
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 689-5065
Email: kbeck@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc.*


/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com

*Counsel for Defendant Sandoz, Inc.*


/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Facsimile: (212) 849-7100
Email:
docetaxelproductid@quinnemanuel.com

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, formerly d/b/a*
*Hospira Worldwide, Inc., and Pfizer Inc.*


/s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
SHOOK HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email: noproductid@shb.com

*Counsel for Defendants Sanofi-Aventis U.S.*
*LLC and Sanofi U.S. Services Inc.*

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001

*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **Stipulation of Dismissal With Prejudice** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: July 25, 2018

/s/ John C. Thornton
John C. Thornton
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com

*Attorneys for Plaintiff*