UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION  )
                               )   SECTION: "H" (5)
                               )
**THIS DOCUMENT RELATES TO:**  )
17-cv-16764; 17-cv-16878; 17-cv-12941;
17-cv-13878; 17-cv-13885; 17-cv-13786;
17-cv-7349; 17-cv-5462; 17-cv-13883;
17-cv-6015; 17-cv-13855; 17-cv-12489;
17-cv-17270

## ORDER

In light of Pretrial Order No. 22A establishing the procedure for show cause orders;

**IT IS ORDERED** that the following motions are **DENIED.** Any attorney seeking to withdraw will have the opportunity to discuss any difficulties he or she has had in communicating with his or her client on the record pursuant to Pretrial Order No. 22A.

- Motion to Withdraw Anthony J. Nemo as Attorney (Rec. Doc. 2365);
- Motion to Withdraw Anthony J. Nemo as Attorney (Rec. Doc. 2366);
- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2733);
- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2734);
- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2740);
- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2741);
- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2742);
- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2743);

- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2744);

- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2745);

- Motion to Withdraw John H. Gomez, Ahmed S. Diab, Lindsay R. Stevens as Attorney (Rec. Doc. 2826);

- Motion to Withdraw Brett A. Emison as Attorney (Rec. Doc. 3184); and

- Motion to Withdraw Kristie L. Fischer as Attorney (Rec. Doc. 3481).

New Orleans, Louisiana this 25th day of July, 2018.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE