**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
THIS DOCUMENT RELATES TO:     )
All Cases referenced on attached
Exhibit A:

# ORDER

In light of Pretrial Order No. 22A establishing the procedure for show cause orders;

**IT IS ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**, subject to being re-urged pursuant to Pretrial Order No. 22A:

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1969);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1970);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1989);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1991);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1992);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1993);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1995);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1996);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1997);
- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1998);

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 1999);

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2000);

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2001);

- Motion for Leave to File Plaintiffs' Opposed Motion to File Supplemental Show Cause Letters in Response to Rule to Show Cause No. 3 (Rec. Doc. 2341);

- Motion for Leave to File Response to Order to Show Cause No. 3 (Rec. Doc. 2346);

- Motion for Leave to File Response to Order to Show Cause No. 3 (Rec. Doc. 2347);

- Motion for Leave to File Supplemental Response to the Order to Show Cause No. 3 (Rec. Doc. 2352);

- Motion for Leave to File Supplemental Response to Defendant's Motion to Show Cause Number 3 (Rec. Doc. 2364);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2488);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2530);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2531);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2532);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2560);

- Motion for Leave to File Supplemental Show Cause Letters in Response to Rule to Show Cause No. 3 (Rec. Doc. 2561);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2563);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2564);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2565);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2567);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2573);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2598);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2642);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2643);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2644);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2645);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2649);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2664);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2665);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2666);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2668);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2730);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2731);

- Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 (Rec. Doc. 2732);

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 4 (Rec. Doc. 2774);

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 4 (Rec. Doc. 2775);

- Motion for Leave to File Supplemental Show Cause Letters (Rec. Doc. 3130); and

- Motion for Leave to File Supplemental Response to Order to Show Cause No. 4 (Rec. Doc. 3478).

New Orleans, Louisiana this 25th day of July, 2018.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE