**Exhibit A**

| | | |
|---|---|---|
| 16-cv-17252 | 17-cv-05910 | 16-cv-17981 |
| 17-cv-5918 | 17-cv-06561 | 16-cv-17194 |
| 16-cv-15863 | 17-cv-06327 | 16-cv-15295 |
| 16-cv-15398 | 17-cv-06629 | 16-cv-17241 |
| 17-cv-6604 | 17-cv-06555 | 16-cv-17044 |
| 17-cv-6728 | 17-cv-06707 | 16-cv-17215 |
| 17-cv-2297 | 17-cv-06807 | 16-cv-15321 |
| 16-cv-15600 | 16-cv-12943 | 16-cv-17235 |
| 16-cv-16248 | 17-cv-06886 | 17-cv-01197 |
| 16-cv-15605 | 17-cv-07300 | 17-cv-16133 |
| 16-cv-15843 | 17-cv-07083 | 17-cv-16473 |
| 16-cv-15842 | 17-cv-07095 | 17-cv-14703 |
| 16-cv-15400 | 16-cv-17043 | 17-cv-15532 |
| 17-cv-07577 | 17-cv-03487 | 17-cv-15962 |
| 17-cv-07916 | 17-cv-06236 | 17-cv-14851 |
| 17-cv-07777 | 17-cv-07288 | 17-cv-16128 |
| 17-cv-07772 | 17-cv-07719 | 17-cv-14907 |
| 17-cv-06271 | 17-cv-16569 | 17-cv-15892 |
| 17-cv-06048 | 17-cv-16833 | 17-cv-14965 |
| 17-cv-06742 | 16-cv-17054 | 17-cv-16466 |
| 17-cv-17852 | 16-cv-17172 | 17-cv-15161 |
| 17-cv-06642 | 16-cv-16938 | 17-cv-15877 |
| 17-cv-06907 | 16-cv-15572 | 17-cv-14977 |
| 17-cv-06900 | 16-cv-17053 | 17-cv-16459 |
| 17-cv-09266 | 16-cv-17985 | 17-cv-16464 |
| 17-cv-06605 | 16-cv-17201 | 17-cv-15504 |
| 17-cv-03487 | 16-cv-17048 | 17-cv-16108 |
| 17-cv-05797 | 16-cv-17231 | 17-cv-15032 |
| 16-cv-17928 | 16-cv-16731 | 17-cv-16477 |
| 16-cv-16687 | 16-cv-15581 | 17-cv-15039 |
| 17-cv-06194 | 16-cv-17074 | 17-cv-16123 |
| 17-cv-06558 | 16-cv-17976 | 17-cv-16963 |
| 17-cv-00802 | 16-cv-17103 | 17-cv-16484 |
| 17-cv-06025 | 16-cv-15498 | 17-cv-15872 |
| 17-cv-05590 | 16-cv-17186 | 17-cv-16493 |
| 17-cv-09396 | 16-cv-17504 | 17-cv-16469 |
| 17-cv-08648 | 16-cv-17185 | 17-cv-16070 |
| 17-cv-08636 | 16-cv-17214 | 17-cv-16045 |
| 17-cv-01738 | 16-cv-17197 | 17-cv-15547 |
| 16-cv-17057 | 16-cv-17508 | 17-cv-15230 |
| 16-cv-17138 | 16-cv-17223 | 17-cv-16488 |
| 16-cv-15320 | 16-cv-17200 | 17-cv-16498 |
| 16-cv-17207 | 16-cv-17228 | 17-cv-15065 |
| 16-cv-17071 | 16-cv-16935 | 17-cv-15445 |
| 16-cv-17067 | 16-cv-17156 | 17-cv-15859 |
| 16-cv-17213 | 16-cv-17066 | 17-cv-16004 |
| 16-cv-17034 | 16-cv-17162 | 17-cv-16461 |
| 16-cv-17155 | 16-cv- 17179 | 17-cv-16503 |
| 16-cv-17495 | 16-cv-17047 | |
| 17-cv-05913 | 16-cv-17204 | |