UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

### *EX PARTE* MOTION BY SANOFI DEFENDANTS FOR LEAVE TO FILE SUPPLEMENT TO MOTION FOR RULE 37 SANCTIONS

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), respectfully request leave of Court to file the attached Supplement to Defendants' Motion for Rule 37 Sanctions. The Sanofi Defendants respectfully submit that, since the filing of and hearing on the Motion, Defendants have received additional documentation in support of the Motion and that attached the Supplement serves to briefly identify the newly identified documents in support of Defendants' Motion.

WHEREFORE, the Sanofi Defendants pray that this Motion be granted, and that the Supplement to Defendants' Motion for Rule 37 Sanctions be filed into the docket of this matter.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*