# EXHIBIT C



Veterans Affairs
Human Resources
Denver VA Medical Center
1055 Clermont Street

Denver, CO 80220

## FINAL REMINDER: DEADLINE FOR PRODUCTION

RE: Kelly Gahan

Request Date: 04/03/2018
Due Date 04/10/2018

Dear Sir or Madam:

The due date for the referenced request for the complete production of documents or materials has passed. We have contacted your office on previous occasions to facilitate the production of these documents or materials to our office.

It is essential that we receive these documents or materials as soon as possible. Please contact our office at 216-621-9660 or email requests-oh@veritext.com and reference Order No. 33310.017.

*Your failure to produce these records or materials in a timely fashion may subject you to a personal court appearance and/or other legal proceedings.*

Very Truly Yours,

## Veritext Records