IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : |
| CHRISTINE AND JIM KINDERDINE | : CASE NO: 2:17-CV-00348-KDE-MBN |
| | : HON. JANE TRICHE MILAZZO |
| Plaintiffs, | : |
| v. | : |
| ACCORD HEALTHCARE, INC., | : |
| Defendant. | : |

**PLAINTIFFS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BASED ON JUDICIAL ESTOPPEL**

COMES NOW Christine and Jim Kinderdine who move to respectfully request an extension of time to file a response to Defendant's Motion for Summary Judgment Based on Judicial Estoppel. In support of this Motion, the Plaintiffs respectfully request an additional twenty- one (21) days to file their response with the new deadline of August 18, 2018. The Plaintiffs have timely submitted all other relevant pleadings and documents in regards to the case at hand.

Pursuant to Local Civil Rule 7.8 upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order, the court must allow one extension for a period of 21 days from the time the pleading would otherwise be due. Plaintiffs here in certify that there has been no previous extension of time. See Affidavit attached as Exhibit 1.

Since there has been no previous extension, Plaintiffs respectfully request an extension of twenty-one (21) days, with new deadline of August 18, 2018 within which to file a response to Defendant's Motion for Summary Judgment Based on Judicial Estoppel.

Respectfully Submitted,

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence (OH Bar No. 0066864)
Anne L. Gilday (OH Bar No. 0076612)
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, KY 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
Jenn.lawrence@lawrencefirm.com
Anne.gilday@lawrencefirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, a copy of the above and foregoing pleading has been served upon the following in a manner authorized by FRCP 5 (b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL:

Julie A. Callsen
Brandon D. Cox
950 Main Avenue- Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592- 5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com
*Attorney for Defendant Accord Healthcare, Inc.*

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence