# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  :    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION : 

:

THIS DOCUMENT RELATES TO: :

CHRISTINE AND JIM KINDERDINE :    CASE NO: 2:17-CV-00348-KDE-MBN

:

:    HON. JANE TRICHE MILAZZO

Plaintiffs, :

v. :

:

ACCORD HEALTHCARE, INC., :

:

Defendant. :

### AFFIDAVIT OF JENNIFER L. LAWRENCE, ESQ.

Pursuant to Local Civil Rules of the United States District Court for the Eastern District of Louisiana, LR 7.8 Extension of Time to Plead, Plaintiffs' Counsel Jennifer L. Lawrence hereby certifies the following in support of Plaintiffs' Ex Parte Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment Based on Judicial Estoppel.

1. I am counsel for Plaintiffs in this action, and I hereby certify that there has been no previous extension of time requested to respond to Defendant's Motion for Summary Judgment.

2. To date, the opposing party has not filed in the record an objection to an extension of time.

_____     July 25, 2018
Jennifer L. Lawrence, Esq.         Date

Sworn and subscribed before me, a Notary Public on this 25th day of July 2018.

_____
Notary Public, State at Large

Nicol Chasteen
NOTARY PUBLIC
State at Large, Kentucky
My Commission Expires 6/11/2022

My Commission Expires: 6/11/2022