IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : |
| CHRISTINE AND JIM KINDERDINE | : CASE NO: 2:17-CV-00348-KDE-MBN |
| | : HON. JANE TRICHE MILAZZO |
| Plaintiffs, | : |
| v. | : |
| ACCORD HEALTHCARE, INC., | : |
| Defendant. | : |

## ORDER

Upon consideration of *Plaintiffs' Ex Parte Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment Based on Judicial Estoppel,*

IT IS ORDERED that Plaintiffs' Ex Parte Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment Based on Judicial Estoppel is hereby GRANTED. The deadline to provide the Response to Defendant's Motion for Summary Judgment Based on Judicial Estoppel is now August 18, 2018.

Signed in New Orleans, Louisiana, this _____ day of _____, 2018.

_____

Honorable Jane Triche Milazzo

United States District Court Judge