IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No.: 2740 |
| This Document Relates To: | SECTION "N" (5) |
| Aqueelah Akbar<br>    Plaintiff,<br>v. | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-14253 |
| Sanofi-Aventis U.S. LLC et al,<br>    Defendants. | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the defendants Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging Services, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Sun Pharma Global FZE, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. in the above-captioned case be dismissed with prejudice.

IT IS SO STIPULATED:

DATED: July 25, 2018                  **BROWN AND CROUPPEN, P.C.**

                                                  By: /s/ Seth Sharrock Webb
                                                  SETH SHARROCK WEBB, # 51236
                                                  211 N. Broadway, Suite 1600
                                                  St. Louis, Missouri 63102
                                                  sethw@getbc.com
                                                  *Attorney for Plaintiff*

DATED: July 25, 2018  **SHOOK, HARDY & BACON L.L.P.**

By: /s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email: kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**GREENBERG TRAURIG, LLP**

By: /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
        brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

By: /s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.

San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**DECHERT LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
Email: mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
Email: gcoan@hinshawlaw.com;
kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**ULMER & BERNE LLP**

By: /s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064

           Facsimile: 513-698-5065
           Email: msuffern@ulmer.com; kbeck@ulmer.com
           *Attorneys for Actavis LLC f/k/a Actavis Inc,*
           *And Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 25, 2018      /s/  Seth Sharrock Webb
           SETH SHARROCK WEBB, # 51236
           BROWN & CROUPPEN, P.C.
           211 N. Broadway, Suite 1600
           St. Louis, Missouri  63102
           314-421-0216
           314-421-0359 facsimile
           sethw@getbc.com