BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Elizabeth Kojian et al. vs. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al.* Case No. 2:18-cv-04120 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses all defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated: July 25, 2018

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*
*Attorneys for Plaintiff*

1

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212-698-3500
Facsimile: 212-698-3599
mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
lavinia.denniston@dechert.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*


*/s/Erin Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com

*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

        */s/ Lindsay R. Stevens*
        Lindsay R. Stevens (CA Bar # 256811)
        GOMEZ TRIAL ATTORNEYS
        655 West Broadway, Suite 1700
        San Diego, California 92101
        Telephone: (619) 237-3490
        Facsimile: (619) 237-3496
        lstevens@thegomezfirm.com