```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)      *      16-MD-2740
PRODUCTS LIABILITY LITIGATION     *
                                  *      Section H
                                  *
Relates to:  All Cases            *      July 18, 2018
                                  *
                                  *      9:30 a.m.
* * * * * * * * * * * * * * * * * *


            STATUS CONFERENCE WITH LIAISON COUNSEL,
         LEAD COUNSEL, AND MEMBERS OF THE PSC BEFORE
                THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE


Appearances:

For the Plaintiffs:      Barrios Kingsdorf & Casteix, LLP
                         BY:  DAWN M. BARRIOS, ESQ.
                         701 Poydras Street, Suite 3650
                         New Orleans, Louisiana 70139

For the Plaintiffs:      Gainsburgh Benjamin David Meunier
                           & Warshauer, LLC
                         BY:  M. PALMER LAMBERT, ESQ.
                         1100 Poydras Street, Suite 2800
                         New Orleans, Louisiana 70163

For the Plaintiffs:      Pendley Baudin & Coffin, LLP
                         BY:  CHRISTOPHER L. COFFIN, ESQ.
                         1515 Poydras Street, Suite 1400
                         New Orleans, Louisiana 70112

For the Plaintiffs:      Gibbs Law Group, LLP
                         BY:  KAREN BARTH MENZIES, ESQ.
                         400 Continental Blvd., 6th Floor
                         El Sugundo, California 90245
```

Appearances:

| | |
|---|---|
| For the Defendants: | Irwin Fritchie Urquhart<br>  & Moore, LLC<br>BY:  DOUGLAS J. MOORE, ESQ.<br>400 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130 |
| For the Defendants: | Chaffe McCall, LLP<br>BY:  JOHN F. OLINDE, ESQ.<br>1100 Poydras Street, Suite 2300<br>New Orleans, Louisiana 70163 |
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HARLEY V. RATLIFF, ESQ.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 |
| For the Accord<br>Defendants: | Tucker Ellis, LLP<br>BY:  JULIE A. CALLSEN, ESQ.<br>950 Main Avenue, Suite 1100<br>Cleveland, Ohio 44113 |
| For the Actavis<br>Defendants: | Ulmer & Berne, LLP<br>BY:  MICHAEL J. SUFFERN, ESQ.<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202 |
| For the McKesson<br>Defendants: | Morrison Foerster, LLP<br>BY:  JULIE Y. PARK, ESQ.<br>12531 High Bluff Drive<br>San Diego, California 92130 |
| For the Sandoz<br>Defendants: | Greenberg Traurig, LLP<br>BY:  CLIFF MERRELL, ESQ.<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, Georgia 30305 |

```
Appearances:

For the Sun Defendants:      Hinshaw & Culbertson, LLP
                             BY:  GEOFFREY M. COAN, ESQ.
                             28 State Street
                             Boston, Massachusetts 02109


Also Present:                Anne Andrews, Esq.
                             Kyle Bachus, Esq.
                             Kenneth DeJean, Esq.
                             Emily Jeffcoat, Esq.
                             Dan Markoff, Esq.
                             Dave Miceli, Esq.
                             Rand Nolen, Esq.


Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

**PROCEEDINGS**

**(July 18, 2018)**

**THE COURT:**  Please have a seat.  Good morning.

Is everybody in here?  I'm hearing voices in the back, so I just want to make sure that everybody has made it.  Okay.  There we go.

Good morning.  We are here for the plaintiffs' steering committee status conference with the Court.  Before we proceed on the reports, I thought I would advise you as to some changes that have been made by me.  I think you all know with every case the judge needs to make a determination of what works best for me in the operations of this case.

Initially, I have determined that the early morning meeting of liaison counsel would also include lead counsel for the plaintiffs as well as for all defendants so that hopefully all the stakeholders would be present and represented during the course of that preliminary meeting.  Because of that, I have elected to discontinue this interim meeting of plaintiffs' steering committee.  What we will do is have an extended meeting of liaison counsel and lead counsel and from there proceed into the open meeting where we will review the status report.

Just another thing, if you have any questions, I'm going to ask you -- I told that to lead counsel and I'm telling plaintiffs' steering committee.  I'm working diligently

09:46

1   to know you all, but I don't.  So if you have anything to say,
2   please introduce yourself when you stand up so that hopefully
3   within the next few months I will recognize you all and at
4   least know who you are when you talk.
5              Our meeting this morning covered four very
6   specific topics.  First was the show cause order procedure.  At
7   my last meeting with counsel, I advised that I thought that the
8   show cause procedure was a bit cumbersome and, frankly,
9   difficult for me to work through.  Liaison counsel, with lead
10  counsel, has worked to provide to me proposed amendments to the
11  show cause procedure.  I believe that there were four
12  outstanding questions that we discussed during the course of
13  the private meeting and I have answered all of them.
14             The second issue is any concerns with CMO 12,
15  which is the product identification, there are changes that I
16  think the parties are going to propose.  I have asked that that
17  be submitted to me, I think, by Friday with some briefing.  So
18  that in those areas that you disagree, I will then make a
19  determination after I have had an opportunity to understand the
20  arguments.  We have also talked about the Sagent/Actavis issue
21  and any potential *Lexecon* issues for the second trial.
22             I will tell you at the meeting that begins at
23  10:30 we are going to go through the status report.  I'm not
24  quite certain if we need to do that now and then again at
25  10:30.  I think what would probably be more beneficial for the

plaintiffs' steering committee is for me to recess and let you talk to lead counsel and liaison counsel about what occurred during the course of the meeting so that you can get a better understanding of the issues we discussed and positions of the parties.

Is there anything else you want to say before that?

**MR. COFFIN:** I don't believe so, Your Honor.

I'm sorry. Chris Coffin on behalf of plaintiffs.

One thing I will mention, Special Master Kenny DeJean is here with us today. I'm not sure whether he is going to address you at the status conference or not, but I wanted you to be aware that he is here.

**THE COURT:** I met with Mr. DeJean yesterday.

**MR. COFFIN:** Okay. Great.

**THE COURT:** I do see him.

Yes, sir.

**MR. OLINDE:** Your Honor, it may be worthwhile -- I know we have a new law clerk. Emmy has been so great, but since there are other counsel here and have not met her, it might be worthwhile, since we are going to be doing a lot of correspondence and communications with her --

**THE COURT:** I was protecting her. Samantha Schott (Sam) is going to begin working in chambers assigned to this

09:49   1  case exclusively beginning Monday.  Sam, I have no doubt, will
       2  do an excellent job.  She is extraordinarily bright, has
       3  clerked in this building before, so she knows her way around.
       4  She has one flaw.  She went to Alabama.  Beyond that --
       5           **THE LAW CLERK:**  I'm sorry.  I apologize.
       6           **THE COURT:**  Welcome, Sam.
       7               I know you all will really enjoy working with
       8  her, and we look forward to welcoming here.
       9               Thank you, John.  It totally slipped my mind.
      10               Anything else?  I'm going to let you all meet in
      11  here, and then I will be back at 10:30.
      12               (Proceedings adjourned.)
      13                              * * *
      14                           **CERTIFICATE**
      15           I, Toni Doyle Tusa, CCR, FCRR, Official Court
      16  Reporter for the United States District Court, Eastern District
      17  of Louisiana, certify that the foregoing is a true and correct
      18  transcript, to the best of my ability and understanding, from
      19  the record of proceedings in the above-entitled matter.
      20
      21
      22                              */s/ Toni Doyle Tusa*
                                      Toni Doyle Tusa, CCR, FCRR
      23                              Official Court Reporter
      24
      25