UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | |

## ORDER

In light of a stipulation filed by the parties (Rec. Doc. 2421);

**IT IS ORDERED** that the Motion to Dismiss Napoli Shkolnik's Duplicate Cases (Rec. Doc. 2152) is **DENIED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED** that the Court's Order dated May 3, 2018 (Rec. Doc. 2452), setting the above-referenced Motion to Dismiss for submission on August 1, 2018, is **WITHDRAWN**.

New Orleans, Louisiana, this 26th day of July, 2018.

_____
JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE