# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
Case No.:1:15-cv-02777

## AFFIDAVIT OF KELLY GAHAN, M.D.

I, Dr. Kelly Gahan, M.D., do state and affirm as follows under penalty of perjury:

1. I have personal knowledge concerning my communications with the VA related to Sanofi's request for employment records.

2. Sometime in late April or early May, 2018, I received a telephone call from someone at the VA, related to a records request from a law firm. I assumed this was a request from Sanofi.

3. I do not recall directing the person to not release medical records, as I did not believe I had any medical records at the VA, since it was my employer.

4. The individual I spoke to indicated that the VA would only give out employment information that was available or covered under the Freedom of Information Act.

5. The individual I spoke to indicated that I could personally obtain a complete copy of my HR file directly from the VA hospital where I worked.

6. It was my understanding that the VA would be producing whatever materials it was required to produce under the Freedom of Information Act. I do not recall directing the VA to not produce this information, because it was my understanding it did not have an option.

7. I did indicate to this person that I would personally obtain anything else from my file, in the event that the records produced under the Freedom of Information Act were not sufficient.

1

8. It was never my understanding that the VA would produce my complete employment file on the basis of a records release authorization. My understanding was that the VA would only provide Freedom of Information Act eligible records, and that I would be responsible for personally obtaining and producing anything beyond that.

9. I did not immediately obtain my full employment file from the VA for various reasons. The VA hospital in Denver just relocated, and I did not know where the HR office was located, and it's not particularly convenient for me to go there. More importantly, no one from my attorney's office ever told me it was important or urgent that I get these records. I was under the impression that the VA would be producing something, and if more were required, someone would contact me to tell me what was needed.

10. In retrospect, I should have just referred this person to my attorney. I was doing my best under the circumstances. I certainly have nothing to hide in my VA employment records. I obtained them today and provided them to my attorney.

Further Affiant Sayeth Not

_____
Kelly Gahan, M.D.

Subscribed and Sworn this 26th day of July, 2018

_____
Notary Public

AMY J DOMNICK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134033446
MY COMMISSION EXPIRES MAY 28, 2021

2