## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC AND ACCORD HEALTHCARE INC.** |
| THIS DOCUMENT RELATES TO:<br>Shelli Dunlap-Cottle; 2:17-cv-14274 | Civil Action No.: 2:17-cv-14239 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a/ Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; and Accord Healthcare, Inc. for whom plaintiffs have obtained product identification, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of July, 2018.

/s/ Daniel P. Markoff
Daniel P. Markoff, OBA# 14886
Bria Hanlon, OBA #32412
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com

15

Email: bhanlon@atkinsandmarkoff.com
***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: July 30 , 2018                                   /s/Daniel P. Markoff