UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>18-cv-00799; 18-cv-00811; 18-cv-00828;<br>18-cv-00802; 18-00804; 18-cv-4466;<br>18-cv-4411 | | |

## ORDER

In light of Pretrial Order No. 22A establishing the procedure for show cause orders;

**IT IS ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**. Any requests for extensions of time to satisfy Plaintiff Fact Sheet deficiencies may be heard on the record pursuant to Pretrial Order No. 22A.

- Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency (Rec. Doc. 3134);
- Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency (Rec. Doc. 3135);
- Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency (Rec. Doc. 3136);
- Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency (Rec. Doc. 3137);
- Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency (Rec. Doc. 3138);
- Motion for Extension of Time to File Plaintiff Fact Sheet (Rec. Doc. 3414); and
- Motion for Extension of time to File Plaintiff Fact Sheet (Rec. Doc. 3421).

New Orleans, Louisiana this 30th day of July, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE