UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Barbara Wallwey<br>17-cv-06014 | | |

## ORDER

Upon Plaintiff's unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3488);

**IT IS ORDERED** that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana this 30th day of July, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE