UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |

Gwendolyn E. Kirby
18-cv-00577

# ORDER

Upon Plaintiff's unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3489);

**IT IS ORDERED** that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana this 30th day of July, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE