UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*17-CV-10116 Willie Mae Smith v. Accord Healthcare, Inc., et al*
**********************************************************************

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25 (A) (1) AND SUGGESTION OF DEATH

**COMES NOW**, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Mary K. Smith Thomas, Executrix of the Estate of Willie Mae Smith, in place of plaintiff, Willie Mae Smith.  As grounds for same, the plaintiff states as follows:

1. The Complaint in the above styled manner was filed October 4, 2017, prior to the death of Willie Mae Smith.

2. The plaintiff, Willie Mae Smith, died on January 29, 2018. (See Death Certificate - Exhibit A).

3. Mary K. Smith Thomas was appointed as Executrix of Estate of Willie Mae Smith on April 9, 2017. (See Last Will and Testament - Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED**, the plaintiff respectfully requests this Court to enter an Order substituting Mary K. Smith Thomas, Executrix of the Estate of

Case 2:16-md-02740-JTM-MBN   Document 3569   Filed 07/30/18   Page 2 of 2

Willie Mae Smith, for the plaintiff, Willie Mae Smith.

                        Respectfully submitted,

                        **ALLAN BERGER & ASSOCIATES, P.L.C.**

                        <u>S/ANDREW J. GEIGER</u>
                        Andrew J. Geiger (LBA NO. 32467)
                        Allan Berger
                        4173 Canal Street
                        New Orleans, Louisiana 70119-5972
                        Telephone: (504) 486-9481
                        Attorney for Plaintiff

                        **<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on July 30, 2018, the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                    <u>S/Andrew Geiger</u>