UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO**

*17-CV-10116 Willie Mae Smith v. Accord Healthcare, Inc., et al*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This came before the Court on Plaintiff Willie Mae Smith's Motion for Substitution of Plaintiff. Based on the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Mary K. Smith Thomas, on Behalf of the Estate of Willie Mae Smith, is substituted as Plaintiff in the above referenced action.

DATE:        July 30, 2018

BY THE COURT

_____
JUDGE U. S. DISTRICT COURT