# CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

**BIRTH NUMBER:**                      **STATE FILE NUMBER:** 2018-002-00682

**6465999**

### DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | SMITH, WILLIE MAE |
| DATE OF BIRTH | 06/01/1941 |
| DATE OF DEATH | 01/29/2018 |
| TIME OF DEATH | 04:45 AM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | THIBODAUX, LA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 76 YEARS |
| DECEDENT'S ALIAS NAME(S) | |

### PERSONAL

| Field | Value |
|---|---|
| RESIDENCE OF DECEDENT | 13128 TERRE HAUTE ST., VACHERIE, LA 70090 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | ST. JAMES |
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | SCHOOL TEACHER |
| INDUSTRY OF OCCUPATION | PUBLIC SCHOOL SYSTEM |
| MARITAL STATUS | WIDOWED |
| NAME OF SURVIVING SPOUSE | |
| FATHER/PARENT NAME | KELLER SR, MORRIS |
| FATHER/PARENT PLACE OF BIRTH | VACHERIE, LA UNITED STATES |
| MOTHER/PARENT NAME | MORRIS, CATHERINE |
| MOTHER/PARENT PLACE OF BIRTH | GEISMAR, LA UNITED STATES |
| INFORMANT'S NAME | THOMAS, MARY |
| RELATIONSHIP TO DECEDENT | DAUGHTER |
| INFORMANT'S ADDRESS | 13128 TERRE HAUTE ST., VACHERIE, LA 70090 UNITED STATES |
| EDUCATION | MASTER'S DEGREE (E.G. MS, MA, MENG, MED, MSW, MBA) |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | BLACK OR AFRICAN AMERICAN |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 13128 TERRE HAUTE ST., VACHERIE, LA 70090 UNITED STATES |
| PARISH/COUNTY | ST. JAMES |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | OUR LADY OF PEACE CATHOLIC CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | VACHERIE, LA UNITED STATES |
| DATE OF DISPOSITION | 02/03/2018 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | TREASURES OF LIFE: CENTER FOR LIFE FUNERAL SERVICES |
| ADDRESS OF FUNERAL FACILITY | 315 E. AIRLINE HWY., GRAMERCY, LA 70052 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | BALONEY, CARMEN M |
| LICENSE NUMBER | U1145 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 2/1/2018 |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH

PART I: Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. RETROPERITONEAL SARCOMA | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

| Field | Value |
|---|---|
| LOCATION OF INJURY | |
| PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | |

### CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 1/22/2018 TO 1/29/2018 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 1/31/2018 |
| CERTIFIER NAME | ROTHWELL, WILLIAM B |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 1430 TULANE AVE. - APT/STE 8516, NEW ORLEANS, LA 70112 UNITED STATES |
| BURIAL TRANSIT PERMIT | 252871 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 01/30/2018 |
| DATE FILED WITH REGISTRAR | 2/1/2018 |

### REGISTRAR

| Field | Value |
|---|---|
| SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* |
| ISSUED BY | Harry, Sandra |
| Issued On | 2/5/2018 1:49:12 PM |





006465999

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



**DEVIN GEORGE**
**STATE REGISTRAR**



A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

AmeriTech, Incorporated     ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE