## LAST WILL AND TESTAMENT
## OF
## WILLIE MAE KELLER SMITH

STATE OF LOUISIANA                                                                 April 9, 2017

PARISH OF JEFFERSON

      KNOW ALL MEN BY THESE PRESENTS that before me, BRENT J. LALIBERTE, a Notary Public in and for the Parish of Orleans, State of Louisiana, duly commissioned and qualified to act as such, and in the presence of the good and competent witnesses hereinafter named and undersigned, personally came and appeared WILLIE MAE KELLER SMITH, who stated, declared and signified she knows how and is able to read and knows how and is able to sign her name and that this instrument is her last will and testament in words as follows:

"I have been married but once and then to Charles Smith, from whom I was divorced. I have only two children, Mary K. Smith Thomas and Mark Anthony Keller, both of whom have attained the age of 24, and who are mentally and physically able to care for themselves. I reside at 13128 Terre Haute Street, Vacherie, Louisiana 70090. I revoke all wills and codicils previously made by me. At my death, I desire the following disposition of my property:

(1) I give and bequeath the entirety of my estate to my daughter, Mary K. Smith Thomas, knowing that she will see fit to help out my son, Mark Anthony Keller, from time to time, in her sole determination, and with the full understanding that there is no impingement on my bequest to her as universal legatee;

(2) To the extent that my son, Mark Anthony Keller, would be determined to be a forced heir, I leave whatever portion he would be entitled to in a testamentary trust, and I hereby appoint Mary K. Smith Thomas as the Trustee, and I request that the trust endure for the lifetime of my son, Mark Anthony Keller;

(3) I appoint my daughter, Mary K. Smith Thomas, as Executrix of my estate, with full seizin and without bond. I further provide for the option of Mary K. Smith Thomas serving as Independent Executrix of my estate, without any further consent or concurrence of any of my heirs or legatees;

(4) I hereby direct the Executrix to employ Brent J. Laliberte as attorney for my estate.

*Willie Mae Keller Smith*
WILLIE MAE KELLER SMITH

Page 1 of 2

In our presence the Testatrix, WILLIE MAE KELLER SMITH, has declared or signified that this instrument is her testament and has signed it at the end and on each other separate page, and in the presence of the Testatrix and each other we have hereunto subscribed our names this 9th day of April, 2017, at Gretna, Louisiana.

WITNESSES:

*Amanda Laliberte*
Amanda Laliberte

*Caroline Nielsen*
Caroline Nielsen

*Willie Mae Keller Smith*
WILLIE MAE KELLER SMITH,
Testatrix

_____
BRENT J. LALIBERTE, NOTARY PUBLIC
LBN 22275