UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H"(5) |
| | JUDGE MILAZZO |
| DEBRA PANTALION, | MAG. JUDGE NORTH |
| PLAINTIFF | |
| vs. | |
| | Civil Action No: 2:17-cv-05968 |
| SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES, INC., AND AVENTIS PHARMA S.A., | |
| DEFENDANTS | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff Debra Pantalion, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Complaint, as attached hereto.

I.

Plaintiff relied on medical records obtained from her oncologist prior to filing suit that identified Taxotere as the cancer drug that she was administered. Thus, Sanofi -Aventis U.S. Inc and Sanofi US Services, Inc. were sued by Plaintiff in her Complaint filed on June 20, 2017. Plaintiff's counsel was informed by Dawn Barrios and M. Palmer Lambert on February 12, 2018 that no one was manufacturing "Taxotere" after March 8, 2011. In compliance with the Court's Order Plaintiff's counsel sent the Statement Regarding Chemotherapy Drug Administered to Texas Oncology-Beaumont, the infusion facility. The completed statements indicates that the Plaintiff was administered Docetaxel that was manufactured by Hospira, Inc., and Sandoz, Inc. Plaintiff would

1

like to file an Amended Complaint bringing in the new defendants and dropping Sanofi without prejudice.

II.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. The Plaintiff wants to bring in the correct defendants. No party will be prejudiced by Plaintiff filing an Amended Complaint.

III.

In accordance with Pretrial Order No. 37A counsel for Plaintiff properly notified the counsel for the defendants that Plaintiff will be seeking to amend her complaint to add additional defendants. There is no opposition to Plaintiff filing an amended complaint by counsel for Plaintiff to the filing of an amended complaint in this suit.

IV.

A copy of the amended complaint to be filed by the Plaintiff is attached as Exhibit A.

Wherefore, premises considered, Plaintiff respectfully seeks permission from the Court to file an amended complaint in this suit.

Respectfully Submitted,

JAMES B. MANLEY, P.C.

By: /s/James B. Manley
James B. Manley
Texas State Bar No: 12915000
200 S. William Barnett
Cleveland, Texas 77327
(281) 593-1100
(FAX) 593-1700
jamesbmanleyattorney@gmail.com

ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendants' counsel have been contacted, and Defendants do not oppose the relief requested in the Motion.

By: /s/James B. Manley
James B. Manley

## CERTIFICATE OF SERVICE

I certify that on July 31st, 2018, I filed the above pleading with the Court via the Court's CM/ECF system, which will notify all counsel of record.

By: /s/James B. Manley
James B. Manley