UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H"(5) |
| DEBRA PANTALION, | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| PLAINTIFF | |
| vs. | |
| | Civil Action No: 2:17-cv-05968 |
| SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES, INC., AND AVENTIS PHARMA S.A., | |
| DEFENDANTS | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Upon hearing Plaintiff's Motion for Leave To File an Amended Complaint (Rec. Doc. ___), and for good cause shown, it is hereby ORDERED that the Plaintiff may file the Amended Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this ____ day of _____, 2018.

_____
Hon. Jane T. Milazzo
United States District Judge