UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Christine and Jim Kinderdine v. Accord Healthcare, Inc.*, 17-00348

# ORDER

Upon consideration of Plaintiffs' Ex Parte Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment Based on Judicial Estoppel (Rec. Doc. 3506);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiffs are allowed an additional 21 days to respond to Defendant's Motion.

New Orleans, Louisiana this 30th day of July, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE