UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| See attached List | : | MAG. JUDGE MICHAEL B. NORTH |

## O R D E R

Considering the above and foregoing Motion to Substitute Counsel of Record (Rec. Doc. 3463);

IT IS ORDERED that Sindhu Daniel of the law firm of Baron & Budd, P.C. be allowed to substitute as counsel for Plaintiffs and that Lydia Murphy be removed from the record in the cases listed on the attachment.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
JUDGE JANE TRICHE MILAZZO