UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Supplement to Defendants' Motion for Rule 37 Sanctions filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (Rec. Doc. 3505);

IT IS ORDERED that said Motion is GRANTED, and that the attached Supplement to Defendants' Motion for Rule 37 Sanctions shall be filed into the docket of this matter.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE