# EXHIBIT A

# MEMORANDUM OF SERVICE LEVEL EXPECTATIONS FOR PART-TIME PHYSICIAN ON ADJUSTABLE WORK HOURS

PRIVACY ACT STATEMENT: The Department of Veterans Affairs (VA) is asking you to provide the information on this form under the authority of Section 7405(a)(1)(a) of Title 38, United States Code in order for VA to determine the expected level of commitment and estimate the amount of time a part-time physician is expected to dedicate to patient care, administrative, research, and educational activities. The information you provide will become part of the "General Personnel Records (Title 38)-VA" (76VA05) Privacy Act system of records. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information for: civil or criminal law enforcement; litigation in which the United States is a party or has an interest; Federal or State licensing boards; and personnel administration. Providing this information to VA is voluntary. However, if you do not provide the information, VA will be unable to employ you as part-time physicians placed on adjustable work hours must complete and sign a Memorandum of Service Level Expectations.

| NAME OF VA FACILITY | FACILITY ADDRESS | FACILITY STATION NO. |
|---|---|---|
| Eastern Colorado Health Care System VA Medical Center Denver Colorado | 1055 Clermont Street, Denver, Colorado 80220 | 554 |

## EMPLOYEE AGREEMENT/CERTIFICATION

1. Under regulations issued by the Secretary of Veterans Affairs, hereinafter referred to as the Secretary, I understand that I am to provide to the Veterans Health Administration (VHA) of the Department of Veterans Affairs (VA) hours of **312** service during the period beginning **March 19, 2017**; and ending **March 17, 2018**. Generally, these hours are to be divided as follows: **90 % (patient care), 10 % (administration), 0 % (research), and 0 % (education).** I understand I may terminate this memorandum at any time; that my pay and benefits will be determined in accordance with regulations issued by the Secretary, and that this memorandum does not alter the applicability of VHA regulations or procedures concerning the terms, conditions, or duration of my employment. It is further understood that this memorandum does not constitute an employment contract.

2. This memorandum shall be effective upon approval by the Secretary (or designee) of the amount payable, provided I am otherwise eligible, shall commence on the date prescribed in accordance with regulations.

3. If this memorandum expires or is terminated, the hours of service I have provided and salary and benefits I have received during the term of this memorandum will be compared. If I have provided service for which I have not been compensated, VHA will compensate me for such service in accordance with regulations issued by the Secretary or designee. If I have been compensated for hours of service I have not provided, I understand I am to refund such excess compensation to VHA in accordance with regulations issued by the Secretary or designee. It is further understood that any amount due on my behalf will be considered to be a debt due to the United States that I am to pay in full as directed by VA.

4. I understand that this Memorandum of Service Level Expectations terminates when any of the following occur:
    a. Separation from VHA employment for any reason.
    b. Transfer to another VHA facility.
    c. Acceptance of a position that does not qualify for adjustable work hours.
    d. Completion of agreed period of service, or enactment of superseding law.
    e. Execution of a superseding Memorandum of Service Level Expectations.

5. I acknowledge that VA Directive 5011 and VA Handbook 5011, part II, issued by the unit secretary (or designee) to implement adjustable work hours, are incorporated into and made a part of this memorandum and I have read a copy.

6. I acknowledge that the unit secretary (or designee) may, pursuant to regulations, adjust the amount of the pay to which I am entitled to reflect appropriately any change in my basic pay, special pay (if applicable), or position status (e.g., proportion of part-time employment or change in level of responsibility).

| SIGNATURE OF APPLYING PHYSICIAN | DATE SIGNED | SIGNATURE OF SERVICE CHIEF | DATE SIGNED |
|---|---|---|---|
| Kelly Gahan, MD | | Kelli Cleary, MD | |
| APPROVAL SIGNATURE, HUMAN RESOURCES OFFICER | DATE SIGNED | APPROVAL SIGNATURE FACILITY DIRECTOR OR DESIGNEE | DATE SIGNED |
| Gavin Earp, HRO | | Harold Dillon, MD, DCOS | |

VA FORM DEC 2006 **0880a**


**Department of Veterans Affairs**

# MEMORANDUM OF SERVICE LEVEL EXPECTATIONS FOR PART-TIME PHYSICIAN ON ADJUSTABLE WORK HOURS

**PRIVACY ACT STATEMENT:** The Department of Veterans Affairs (VA) is asking you to provide the information on this form under the authority of Section 7405(a)(1)(a) of Title 38, United States Code in order for VA to determine the expected level of commitment and estimate the amount of time a part-time physician is expected to dedicate to patient care, administrative, research, and educational activities. The information you provide will become part of the "General Personnel Records (Title 38)-VA" (76VA05) Privacy Act system of records. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information for: civil or criminal law enforcement; litigation in which the United States is a party or has an interest; Federal or State licensing boards; and personnel administration. Providing this information to VA is voluntary. However, if you do not provide the information, VA will be unable to employ you as part-time physicians placed on adjustable work hours must complete and sign a Memorandum of Service Level Expectations.

| NAME OF VA FACILITY | FACILITY ADDRESS | FACILITY STATION NO. |
|---|---|---|
| Denver VAMC - ECHCS | 1055 Clermont Street<br>Denver, CO  80220 | 554 |

## EMPLOYEE AGREEMENT/CERTIFICATION

1. Under regulations issued by the Secretary of Veterans Affairs, hereinafter referred to as the Secretary, I understand that I am to provide to the Veterans Health Administration (VHA) of the Department of Veterans Affairs (VA)  780 hours of service during the period beginning December 1 2013  ; and ending November 29 2014  . Generally, these hours are to be divided as follows:  100 % (patient care),  0 % (administration),  0 % (research), and  0 % (education). I understand I may terminate this memorandum at any time; that my pay and benefits will be determined in accordance with regulations issued by the Secretary, and that this memorandum does not alter the applicability of VHA regulations or procedures concerning the terms, conditions, or duration of my employment. It is further understood that this memorandum does not constitute an employment contract.

2. This memorandum shall be effective upon approval by the Secretary (or designee) of the amount payable, provided I am otherwise eligible, shall commence on the date prescribed in accordance with regulations.

3. If this memorandum expires or is terminated, the hours of service I have provided and salary and benefits I have received during the term of this memorandum will be compared. If I have provided service for which I have not been compensated, VHA will compensate me for such service in accordance with regulations issued by the Secretary or designee. If I have been compensated for hours of service I have not provided, I understand I am to refund such excess compensation to VHA in accordance with regulations issued by the Secretary or designee. It is further understood that any amount due on my behalf will be considered to be a debt due to the United States that I am to pay in full as directed by VA.

4. I understand that this Memorandum of Service Level Expectations terminates when any of the following occur:

    a. Separation from VHA employment for any reason.
    b. Transfer to another VHA facility.
    c. Acceptance of a position that does not qualify for adjustable work hours.
    d. Completion of agreed period of service, or enactment of superseding law.
    e. Execution of a superseding Memorandum of Service Level Expectations.

5. I acknowledge that VA Directive 5011 and VA Handbook 5011, part II, issued by the unit secretary (or designee) to implement adjustable work hours, are incorporated into and made a part of this memorandum and I have read a copy.

6. I acknowledge that the unit secretary (or designee) may, pursuant to regulations, adjust the amount of the pay to which I am entitled to reflect appropriately any change in my basic pay, special pay (if applicable), or position status (e.g., proportion of part-time employment or change in level of responsibility).

| SIGNATURE OF APPLYING PHYSICIAN | DATE SIGNED |
|---|---|
| Kelly Gahan | |

| APPROVAL SIGNATURE, UNIT SECRETARY OR DESIGNEE | DATE SIGNED | APPROVAL SIGNATURE, FACILITY DIRECTOR OR DESIGNEE | DATE SIGNED |
|---|---|---|---|
| | | | |

VA Form
DEC 2006  **0880a**

Adobe Forms Designer 7.1

# MEMORANDUM OF SERVICE LEVEL EXPECTATIONS FOR PART-TIME PHYSICIAN ON ADJUSTABLE WORK HOURS

PRIVACY ACT STATEMENT: The Department of Veterans Affairs (VA) is asking you to provide the information on this form under the authority of Section 7405(a)(1)(a) of Title 38, United States Code in order for VA to determine the expected level of commitment and estimate the amount of time a part-time physician is expected to dedicate to patient care, administrative, research, and educational activities. The information you provide will become part of the "General Personnel Records (Title 38)-VA" (76VA05) Privacy Act system of records. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information for: civil or criminal law enforcement; litigation in which the United States is a party or has an interest; Federal or State licensing boards; and personnel administration. Providing this information to VA is voluntary. However, if you do not provide the information, VA will be unable to employ you as part-time physicians placed on adjustable work hours must complete and sign a Memorandum of Service Level Expectations.

| NAME OF VA FACILITY | FACILITY ADDRESS | FACILITY STATION NO. |
|---|---|---|
| EASTERN COLORADO HEALTH CARE SYSTEM | 1055 CLERMONT STREET DENVER, CO 80220 | 554 |

## EMPLOYEE AGREEMENT/CERTIFICATION

1. Under regulations issued by the Secretary of Veterans Affairs, hereinafter referred to as the Secretary, I understand that I am to provide to the Veterans Health Administration (VHA) of the Department of Veterans Affairs (VA) __312__ hours of service during the period beginning March 20, 2016 ; and ending March 19, 2017. Generally, these hours are to be divided as follows:    100 % (patient care),        % (administration),        % (research), and        % (education). I understand I may terminate this memorandum at any time; that my pay and benefits will be determined in accordance with regulations issued by the Secretary, and that this memorandum does not alter the applicability of VHA regulations or procedures concerning the terms, conditions, or duration of my employment. It is further understood that this memorandum does not constitute an employment contract.

2. This memorandum shall be effective upon approval by the Secretary (or designee) of the amount payable, provided I am otherwise eligible, shall commence on the date prescribed in accordance with regulations.

3. If this memorandum expires or is terminated, the hours of service I have provided and salary and benefits I have received during the term of this memorandum will be compared. If I have provided service for which I have not been compensated, VHA will compensate me for such service in accordance with regulations issued by the Secretary or designee. If I have been compensated for hours of service I have not provided, I understand I am to refund such excess compensation to VHA in accordance with regulations issued by the Secretary or designee. It is further understood that any amount due on my behalf will be considered to be a debt due to the United States that I am to pay in full as directed by VA.

4. I understand that this Memorandum of Service Level Expectations terminates when any of the following occur:
   a. Separation from VHA employment for any reason.
   b. Transfer to another VHA facility.
   c. Acceptance of a position that does not qualify for adjustable work hours.
   d. Completion of agreed period of service, or enactment of superseding law.
   e. Execution of a superseding Memorandum of Service Level Expectations.

5. I acknowledge that VA Directive 5011 and VA Handbook 5011, part II, issued by the unit secretary (or designee) to implement adjustable work hours, are incorporated into and made a part of this memorandum and I have read a copy.

6. I acknowledge that the unit secretary (or designee) may, pursuant to regulations, adjust the amount of the pay to which I am entitled to reflect appropriately any change in my basic pay, special pay (if applicable), or position status (e.g., proportion of part-time employment or change in level of responsibility).

| SIGNATURE OF APPLYING PHYSICIAN | DATE SIGNED | SIGNATURE OF SERVICE CHIEF | DATE SIGNED |
|---|---|---|---|
| Kelly Gahan, MD | | Donald Weinshenker, MD, ACOS, Ambulatory Care | |
| APPROVAL SIGNATURE, HUMAN RESOURCES OFFICER | DATE SIGNED | APPROVAL SIGNATURE FACILITY DIRECTOR OR DESIGNEE | DATE SIGNED |
| Lisa Grigsby, HRO | | Ellen J. Mangione, MD, Chief of Staff | |

VA FORM DEC 2006 0880a

# MEMORANDUM OF SERVICE LEVEL EXPECTATIONS FOR PART-TIME PHYSICIAN ON ADJUSTABLE WORK HOURS

PRIVACY ACT STATEMENT: The Department of Veterans Affairs (VA) is asking you to provide the information on this form under the authority of Section 7405(a)(1)(a) of Title 38, United States Code in order for VA to determine the expected level of commitment and estimate the amount of time a part-time physician is expected to dedicate to patient care, administrative, research, and educational activities. The information you provide will become part of the "General Personnel Records (Title 38)-VA" (76VA05) Privacy Act system of records. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information for: civil or criminal law enforcement; litigation in which the United States is a party or has an interest; Federal or State licensing boards; and personnel administration. Providing this information to VA is voluntary. However, if you do not provide the information, VA will be unable to employ you as part-time physicians placed on adjustable work hours must complete and sign a Memorandum of Service Level Expectations.

| NAME OF VA FACILITY | FACILITY ADDRESS | FACILITY STATION NO. |
|---|---|---|
| EASTERN COLORADO HEALTH CARE SYSTEM | 1055 CLERMONT STREET DENVER, CO 80220 | 554 |

## EMPLOYEE AGREEMENT/CERTIFICATION

1. Under regulations issued by the Secretary of Veterans Affairs, hereinafter referred to as the Secretary, I understand that I am to provide to the Veterans Health Administration (VHA) of the Department of Veterans Affairs (VA) __312__ hours of service during the period beginning March 20, 2016 ; and ending March 19, 2017. Generally, these hours are to be divided as follows:     100 % (patient care),         % (administration),         % (research), and         % (education). I understand I may terminate this memorandum at any time; that my pay and benefits will be determined in accordance with regulations issued by the Secretary, and that this memorandum does not alter the applicability of VHA regulations or procedures concerning the terms, conditions, or duration of my employment. It is further understood that this memorandum does not constitute an employment contract.

2. This memorandum shall be effective upon approval by the Secretary (or designee) of the amount payable, provided I am otherwise eligible, shall commence on the date prescribed in accordance with regulations.

3. If this memorandum expires or is terminated, the hours of service I have provided and salary and benefits I have received during the term of this memorandum will be compared. If I have provided service for which I have not been compensated, VHA will compensate me for such service in accordance with regulations issued by the Secretary or designee. If I have been compensated for hours of service I have not provided, I understand I am to refund such excess compensation to VHA in accordance with regulations issued by the Secretary or designee. It is further understood that any amount due on my behalf will be considered to be a debt due to the United States that I am to pay in full as directed by VA.

4. I understand that this Memorandum of Service Level Expectations terminates when any of the following occur:
    a. Separation from VHA employment for any reason.
    b. Transfer to another VHA facility.
    c. Acceptance of a position that does not qualify for adjustable work hours.
    d. Completion of agreed period of service, or enactment of superseding law.
    e. Execution of a superseding Memorandum of Service Level Expectations.

5. I acknowledge that VA Directive 5011 and VA Handbook 5011, part II, issued by the unit secretary (or designee) to implement adjustable work hours, are incorporated into and made a part of this memorandum and I have read a copy.

6. I acknowledge that the unit secretary (or designee) may, pursuant to regulations, adjust the amount of the pay to which I am entitled to reflect appropriately any change in my basic pay, special pay (if applicable), or position status (e.g., proportion of part-time employment or change in level of responsibility).

| SIGNATURE OF APPLYING PHYSICIAN | DATE SIGNED | SIGNATURE OF SERVICE CHIEF | DATE SIGNED |
|---|---|---|---|
| Kelly Gahan, MD | | Donald Weinshenker, MD, ACOS, Ambulatory Care | |
| APPROVAL SIGNATURE, HUMAN RESOURCES OFFICER | DATE SIGNED | APPROVAL SIGNATURE FACILITY DIRECTOR OR DESIGNEE | DATE SIGNED |
| Lisa Grigsby, HRO | | Ellen J. Mangione, MD, Chief of Staff | |

VA FORM DEC 2006 **0880a**