# EXHIBIT B

# EASTERN COLORADO HEALTH CARE SYSTEM



## PFC Floyd K. Lindstrom Outpatient Clinic
## 3141 Centennial Blvd.
## Colorado Springs, CO 80907

DATE:
Number of pages, including cover sheet - 3

**TO: VERITEXT Legal Solutions**     **FROM: VA ECHCS**

**PHONE: 216.621.9660**              **PHONE: 719.227.4043**
**FAX: 216.621.5444**                **FAX: 719.227.4650**

Urgent:     For Your Review: X     Reply ASAP:     Please Comment:

Attention Aulona Hoxha – Department Manager

"This fax is intended only for the use of the person or office to which it is addressed and may contain information that is privileged, confidential, or protected by law. All others are hereby notified that the receipt of this fax does not waive any applicable privilege or exemption for disclosure and that any dissemination, distribution, or copying of this communication is prohibited. If you received this fax in error, please notify this office immediately at the telephone number listed above."

October 2016



**DEPARTMENT OF VETERANS AFFAIRS**
**EASTERN COLORADO HEALTH CARE SYSTEM**
1055 Clermont Street
Denver, Colorado 80220
303-399-8020

July 20, 2018

Order Number 33310.017

Aulona Hoxha, Esq.
Veritext Legal Solutions
1100 Superior Avenue, Suite 1820
Cleveland, OH 44114

Dear Ms. Hoxha:

The VA Eastern Colorado Healthcare System (ECHCS) received a request for this information on April 18th, 2018 and then again today. In April, our office contacted Dr. Kelly Gahan to verify the validity of the request. Dr. Gahan informed our office to *not* release her employment or medical records to Veritext and that she would provide her employment information directly to Veritext

Our office then contacted Veritext about Dr. Gahan's decision and was informed Veritext no longer required her medical records and would await the employment records directly from Dr. Gahan.

We recommend Veritext contact Dr. Gahan directly to determine if/when she obtained and released her employment records to your agency. If her desire to release her employment information has changed, Veritext will need to request *specific* employment information under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and submit the request form back to ECHCS for review/processing. See the associated FOIA request form which accompanies this letter.

Thank you for your interest in VA. If you have any further questions, please feel free to contact me at 719.227.4043.

Sincerely,

Robert V. McGinn
Privacy/FOIA Officer

# Freedom of Information Act (FOIA)
## Request Form

**First Name:** _____  **Last Name:** _____

**Company Name** (if applicable): _____

**Street Address:** _____

**City:** _____  **State:** _____  **Zip:** _____

**Phone:** _____  **FAX:** _____

**Email address** (optional): _____

**Please describe, in detail, the agency documents/records being sought:**

_____
_____
_____
_____
_____
_____

**Please indicate below one of the categories listed that apply to this request:**

[ ] **Commercial Use** – Agency will charge the full cost of search, review and copying.
[ ] **Educational** – No charge for search and review - fee for copying.
[ ] **News Media** - No charge for search and review - fee for copying.
[ ] **All Other requesters** - Full cost of search, review -  no charge for first 100 pages of duplication and two hours of search time.

**Signature** _____  **Date** _____

Submit your request to the following:

**VA Eastern Colorado Health Care System**
VHAECHFOIA@va.gov

Denver VAMC
1055 Clermont Street
Denver, CO 80220
(303) 399-8020 (Ext. 2082)
(720) 723-6013 (Fax)
PFC Floyd K. Lindstrom Clinic

3141 Centennial Blvd, Suite 1103
Colorado Springs, CO 80907
(719) 227-4043 (P)
(719) 227-4650 (F)