**United States District Court**
**Eastern District of Louisiana**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N" (5) |
| | : |
| | : HON. JANE MILAZZO |
| THIS DOCUMENT RELATES TO: MUNZENMAIER v. ACCORD HEALTHCARE, INC. et al., Civil Action No. 2:17-cv-16770 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |
| | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Doris Munzenmaier's claims against all Defendants (ACCORD HEALTHCARE INC, HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE INC, HOSPIRA INC, and SUN PHARMA GLOBAL FZE) be dismissed with prejudice, each party to bear its own costs.

Dated: July 31, 2018

/s/ Kimberly M. Brancato

Kimberly Brancato (IL Bar No. 06317505)
**MEYERS & FLOWERS, LLC**
3 North Second Street, Suite 300
Saint Charles, IL 60174
Phone: (630) 232-6333
Facsimile: (630) 845-8982
kb@meyers-flowers.com

*Counsel for Plaintiff*

/s/ Lavinia Denniston

Lavinia Denniston
**DECHERT LLP**
35 West Wacker Drive, Ste 3400
Chicago, IL 60601
Phone: 312-646-5857
Lavinia.Denniston@dechert.com

*Counsel for Hospira Defendants*

/s/ Brandon D. Cox

Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-696-2564
Brandon.Cox@tuckerellis.com

*Counsel for Defendant Accord*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: <u>July 31, 2018</u>

                                                   Respectfully Submitted,

                                                   **MEYERS & FLOWERS, LLC**

                                                   <u>/s/ Kimberly M. Brancato</u>_____
                                                   Peter J. Flowers, Esq.
                                                   Kimberly M. Brancato, Esq.
                                                   Ryan P. Theriault, Esq.
                                                   3 North Second Street, Suite 300
                                                   Saint Charles, IL  60174
                                                   630/232-6333 Phone
                                                   630/845-8982 Facsimile
                                                   pjf@meyers-flowers.com
                                                   kb@meyers-flowers.com
                                                   rpt@meyers-flowers.com

                                                   *Attorneys for Plaintiff*