## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>Doris A. Stiles v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:17-cv-10065 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Doris A. Stiles's case be dismissed without prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is to resolve a duplicate filing; Ms. Stiles's claims will remain active in case number BER-L-008381-17, in New Jersey state court.

Dated this 31st day of July 2018.

| | |
|---|---|
| **GIBBS LAW GROUP LLP** | **SHOOK HARDY & BACON** |
| By: */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA 90245<br>Telephone: (510) 350-9240<br>Facsimile: (510) 350-9701<br>Email: kbm@classlawgroup.com | By: */s/ Adrienne Byard*<br>Adrienne Byard<br>Madison Hatten<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email: abyard@shb.com<br>        mhatten@shb.com |
| Eric H. Gibbs<br>Amy M. Zeman<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com<br>        amz@classlawgroup.com | *Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* |

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 31, 2018                  /s/ *Karen Barth Menzies*
                                                   Karen Barth Menzies