UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE JANE T. MILAZZO MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Cynthia Hinkle Civil Action No.: 2:17-CV-15035 | | |

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Honorable Court of the death of Plaintiff Cynthia A. Hinkle on September 13, 2017.

Dated: August 1, 2018

Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Sindhu S. Daniel*
Sindhu s. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**BARON & BUDD, P.C**

*/s/ Sindhu S. Daniel*
Sindhu s. Daniel