UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> EVELYN CRAWFORD v. SANDOZ INC., Case No. 2:17-cv-12045 | Civil Action No.: 2:17-cv-12045-JTM-MBN |

**ORDER**

    IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. as Named Defendants is GRANTED.

Signed, this_____ day of _____, 2018.

                                                                                                                                                                       _____
                                                                                                                                                                      Honorable Jane T. Milazzo
                                                                                                                                                                      U.S. District Court Judge