## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC. AS NAMED DEFENDANTS AND DISMISSING DEFENDANT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO: ELAINE JOHNSON v. SANDOZ, INC. and ACCORD HEALTHCARE, INC., Case No. 2:17-cv-10443 | Civil Action No.: 2:17-cv-10443-JTM-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. as Named Defendants and Dismissing Defendant Accord Healthcare, Inc. is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge