# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC. AS NAMED DEFENDANTS AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>TALLAQUA MOORE v. SANDOZ INC., Case No. 2:17-cv-12034 | Civil Action No.: 2:17-cv-12034-JTM-MBN |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Tallaqua Moore respectfully requests leave to file her Amended Complaint adding Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. as named defendants in this case.

Since filing her Complaint, Plaintiff has received additional product identification information and learned that Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. should be named defendants in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 1st day of August 2018

1

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

### CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for the Hospira Defendants and Liaison Counsel regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*

>Brian A. Abramson, Esq.
>Texas Bar No. 24050193
>8441 Gulf Freeway, Suite 600
>Houston, TX 77017
>Telephone: (713)230-2200
>Facsimile: (713) 643-6226
>Email: babramson@williamskherkher.com

*Attorney for Plaintiff*