UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>**TANYA HENDERSON v. Sanofi-Aventis U.S. LLC, et al.** | Civil Action No.: 2:17-cv-8778 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's case numbered 2:17-cv-8778 be dismissed without prejudice. This stipulation shall not affect the lawsuit filed by Plaintiff Tanya Henderson in New Jersey, and Plaintiff will proceed with litigation in New Jersey State Court, Camden County. Each party is to bear its own costs.

Dated this 1st day of August, 2018

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/ Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
Attorneys for Plaintiff

**SHOOK, HARDY & BACON L.L.P.**

<u>/s/ Adrienne Byard</u>
Adrienne Byard
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: abyard@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 1, 2018                              /s/*Mark R. Niemeyer*