## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO EXTEND PTO 71A DEADLINE** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL BACHUS & SCHANKER CASES* | |

# NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO EXTEND PTO 71A DEADLINE

Plaintiffs, through undersigned counsel, hereby withdraw their Motion to Extend PTO 71A Deadline [Doc. No. 3195] filed June 28, 2018.

Dated August 1, 2018.

**BACHUS & SCHANKER, LLC**

1

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*
J. Christopher Elliott