UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
        PRODUCTS LIABILITY
        LITIGATION

                                       SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The Court issued a minute entry on July 18, 2018, ordering the PSC to deliver to chambers for *in camera* inspection certain documents it had received from non-party Shirley Ledlie. (Rec. doc. 3473). The PSC claimed that the documents were subject to protection as work product pursuant to *Hickman v. Taylor*, 329 U.S. 495, 67 S.Ct. 385 (1947), because their acquisition was the product of its diligent investigation and trial preparation. Rule 26(b)(3) defines work product as "documents and tangible things that are prepared in anticipation of litigation or for trial <u>by or for another party or its representative</u> (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent)." These materials, by the PSC's admission, were not prepared by or for any party nor, on their face, were they prepared in anticipation of litigation. Accordingly, the PSC shall provide the documents submitted for *in camera* review to counsel for Sanofi no later than Monday, August 6, 2018.

New Orleans, Louisiana, this  1st  day of           August           2018.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE