UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

******************************************
**THIS DOCUMENT RELATES TO**

*17-CV-10116 Willie Mae Smith v. Accord Healthcare, Inc., et al*
**********************************************************************

## ORDER

Considering Plaintiff Willie Mae Smith's Motion for Substitution of Plaintiff (Rec. Doc. 3569);

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Mary K. Smith Thomas, on Behalf of the Estate of Willie Mae Smith, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 1st day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE