UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | JUDGE MILAZZO |
| *Christine Pistone,* | : : | MAG. JUDGE NORTH |
| Plaintiff, | : | |
| vs. | : : | Indiv. Case No.: 2:16-cv-15294 |
| *Sanofi, SA, et al.* | : : | |
| Defendant(s). | : | |

## JOINT MOTION FOR PETER J. FLOWERS TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF

Peter J. Flowers and Meyers & Flowers, LLC and Timothy J. Becker, Alexandra Robertson, Leland Patrick Abide, Michael K. Johnson and Johnson Becker, PLLC, as co-counsel for Plaintiff, CHRISTINE PISTONE, pursuant to Local Rule 83.2.11, hereby move to allow Peter J. Flowers and Meyers & Flowers to withdraw from representation in the above-captioned case and to be removed from the Notification of Electronic Filing list. This motion should be granted because Peter Flowers was appointed to serve as local counsel in the U.S. District Court for the Northern District of Illinois, and the case has since been transferred to this Court.

Co-counsel, Timothy J. Becker, Alexandra Robertson, Leland Patrick Abide and Michael K. Johnson, of Johnson Becker, PLLC, will continue to represent the Plaintiff and will take full responsibility for pursuing this matter. Co-counsel concurs in this withdrawal.

Dated: August 1, 2018

                                              Respectfully submitted,

                                              */s/ Peter J. Flowers*_____
Peter J. Flowers, Esq. *(IL #06210847)*
MEYERS & FLOWERS, LLC
225 W. Wacker Drive, Suite 1515
Chicago, Illinois 60606
Tel. No.: (312) 214-1017


                                              */s/ Alexandra W. Robertson*_____
Alexandra W. Robertson, Esq. *(#0395619)*
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Tel. No.: (612) 436-1886

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Louisiana, using the electronic case filing system of the Court which will send notification of such filing to counsel of record who are CM/ECF participants.


                                              */s/ Kelly A. Zabran*_____