# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Christine Pistone, **PLAINTIFF(S)**

**VERSUS**

Sanofi, SA, et al., **DEFENDANT(S)**

**CIVIL ACTION**

**No.** 2:16-cv-15294

**SECTION:** _____

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Joint Motion for Peter J. Flowers to Withdraw from Representation of Plaintiff is hereby set for submission before District Judge/Magistrate Judge Michael B. North on August 22, 2018 at 11:00 a.m.

/s/ Peter J. Flowers
(Signature)

Peter J. Flowers
(Name)
Meyers & Flowers, LLC

3 N. Second Street, Suite 300
(Address)

St. Charles, IL 60174
(City)     (State)     (Zip)

630/232-6333
(Telephone)

**CERTIFICATE OF SERVICE**

**I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this** 2nd **day of** August **, 20** 18 **.**

/s/ Kelly A. Zabran
**(SIGNATURE)**