# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Theresa Mary Wysocki,  
**PLAINTIFF(S)**

**VERSUS**

Accord Healthcare, Inc.,  
**DEFENDANT(S)**

**CIVIL ACTION**

No. 2:16-cv-15297

SECTION: _____

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Joint Motion for Peter J. Flowers to Withdraw from Representation of Plaintiff is hereby set for submission before District Judge/Magistrate Judge Michael B. North on August 22, 2018 at 11:00 a.m.

/s/ Peter J. Flowers  
(Signature)

Peter J. Flowers  
(Name)  
Meyers & Flowers, LLC

3 N. Second Street, Suite 300  
(Address)

St. Charles, IL 60174  
(City)         (State)     (Zip)

630/232-6333  
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 2nd day of August, 20 18.

/s/ Kelly A. Zabran  
**(SIGNATURE)**