## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | SECTION "N" (5) |
| *Theresa Mary Wysocki,* | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, vs. | : : : | Indiv. Case No.: 2:16-cv-15297 |
| *Accord Healthcare, Inc.* | : : : | |
| Defendant(s). | : | |

## [PROPOSED] ORDER

This matter coming on co-counsel for Plaintiff's Joint Motion for Peter J. Flowers and Meyers & Flowers to Withdraw from Representation, due notice given and the Court being fully advised:

IT IS HEREBY ORDERED AS FOLLOWS: The motion is granted. Pursuant to Local Rule 83.2.11, Plaintiff's counsel, Peter J. Flowers and Meyers & Flowers, LLC, are withdrawn as counsel of record for the Plaintiff. The Plaintiff's co-counsel, Timothy J. Becker, Alexandra Robertson, Leland Patrick Abide and Michael K. Johnson, of Johnson Becker, PLLC, will continue to represent the Plaintiff and will take full responsibility for pursuing this matter. The movants shall serve a copy of this Order upon Plaintiff's co-counsel and certify to the Court completion of that service.

Upon the withdrawal of movants from the docket, the Clerk shall list the Plaintiff as represented by co-counsel at Johnson Becker, PLLC.

IT IS SO ORDERED.

_____
Judge Jane Triche Milazzo
U.S. DISTRICT JUDGE