**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | HON. JANE T. MILAZZO |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, Samuel Christopher Cortina moves this Court to grant him leave to withdraw as counsel on behalf of Defendant McKesson Corporation d/b/a McKesson Packaging Services ("McKesson") in the above-captioned cases.  In support of this Motion, he states as follows:

1.     Attorneys Erin M. Bosman and Julie Y. Park of Morrison & Foerster LLP also have filed an appearance on behalf of McKesson in the cases listed above.

2.     Samuel Christopher Cortina is withdrawing from the firm of Morrison & Foerster LLP and he will no longer be representing McKesson.  Further, he no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3.     Morrison & Foerster LLP will continue to represent McKesson in the cases listed above.  Therefore, McKesson will not be prejudiced by this withdrawal.

WHEREFORE, Samuel Christopher Cortina hereby respectfully asks that this Court grant leave for him to withdraw and to remove him from all service lists as counsel for McKesson in the above-captioned cases.

1

sd-722719

2

Dated:  August 2, 2018

_/s/  Samuel Christopher Cortina_
Samuel Christopher Cortina (CA Bar No. 310778)
Erin M. Bosman (CA Bar No. 204987)
Julie Y. Park (CA Bar No. 259929)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
Telephone:   858.720.5100
Facsimile:    858.720.5125

_Attorneys for Defendant_
MCKESSON CORPORATION D/B/A
MCKESSON PACKAGING SERVICES

sd-722719

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2018, the foregoing document was

filed via the Court's CM/ECF system, which will automatically serve and send e-mail

notification of such filing to all registered attorneys of record.

*/s/ Samuel Christopher Cortina*
Samuel Christopher Cortina

3

sd-722719