UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | HON. JANE T. MILAZZO |

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Defendant McKesson Corporation d/b/a McKesson Packaging Services' ("McKesson's") counsel's Motion for Leave to Withdraw as Counsel for the above-captioned cases was submitted to the Court on August 2, 2018. Based on the motion and the facts in the record, IT IS HEREBY ORDERED:

McKesson's Motion for Leave to Withdraw as counsel of record is hereby GRANTED. Attorney Samuel Christopher Cortina is hereby removed as counsel of record from the above-captioned cases. Attorneys Erin M. Bosman and Julie Y. Park of Morrison & Foerster LLP shall remain as counsel of record for McKesson in the above-listed cases.

New Orleans, Louisiana, this ___th day of _____, 2018

_____
HONORABLE JANE T. MILAZZO

sd-722719