# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>ANN SMITH-THOMAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES INC. *f/k/a* SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. LLC *d/b/a* WINTHROP U.S.,<br><br>　　　　　Defendants. | MDL No. 2740<br><br>SECTION: "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:17-cv-16061 |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**PULASKI LAW FIRM, PLLC**
　　　　　　　　　　　　　　　　　　　　/s/ *Leslie LaMacchia*
　　　　　　　　　　　　　　　　　　　　Leslie LaMacchia
　　　　　　　　　　　　　　　　　　　　Adam Pulaski
　　　　　　　　　　　　　　　　　　　　2925 Richmond, Suite 1725
　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　Tel: (713) 664-4555
　　　　　　　　　　　　　　　　　　　　Fax: (713) 664-7543
　　　　　　　　　　　　　　　　　　　　llamacchia@pulaskilawfirm.com
　　　　　　　　　　　　　　　　　　　　adam@pulaskilawfirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　Dated: August 3, 2018

*/s/ Kelly Bieri*
Kelly Bieri
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
P: (816) 474-6550
F: (816) 421-5547
KBIERI@shb.com
HRATLIFF@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*
Dated: August 3, 2018

*/s/ Douglas J. Moore*
Douglas J. Moore
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
P: (504) 310-2163
F: (504) 310-2101
dmoore@Irwinllc.com

*Liaison Counsel for Defendants*
Dated: August 3, 2018

*/s/ John F. Olinde*
John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
P: (504) 585-7241
F: (504) 544-6084

olinde@chaffe.com

*Co-Liaison Counsel for Defendants*
Dated: August 3, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ *Leslie LaMacchia*