## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC., SANOFI AVENTIS U.S. LLC AND SANOFI U.S. SERVICES, INC.** |
| THIS DOCUMENT RELATES TO:<br>Regina Hibbitt; 2:17-cv-15757 | Civil Action No.: 2:17-cv-15757 |

   Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., Sanofi Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

   Dated this 3rd day of August, 2018.

                                        Respectfully submitted,

                                        **THE SIMON LAW FIRM, P.C**.
                                        By: /s/Amy Collignon Gunn
                                           John G. Simon
                                           Amy Collignon Gunn
                                           800 Market Street, Ste. 1700
                                           St. Louis, MO 63101
                                           Phone: 314-241-2929
                                           Fax: 314-241-2029
                                           jsimon@simonlawpc.com
                                           agunn@simonlawpc.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 3rd, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 3, 2018        By: /s/Amy Collignon Gunn
                                               Amy Collignon Gunn