UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br>Debra Ruth; 2:17-cv-16208 | Civil Action No.: 2:17-cv- 16208 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

  Dated this 3rd day of August, 2018.

                Respectfully submitted,

                **THE SIMON LAW FIRM, P.C**.
                By: /s/Amy Collignon Gunn
                   John G. Simon
                   Amy Collignon Gunn
                   800 Market Street, Ste. 1700
                   St. Louis, MO 63101
                   Phone: 314-241-2929
                   Fax: 314-241-2029
                   jsimon@simonlawpc.com
                   agunn@simonlawpc.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 3rd, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 3, 2018        By: /s/Amy Collignon Gunn
                                            Amy Collignon Gunn