## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>Jeannie Petersen; 2:17-cv-15687 | Civil Action No.: 2:17-cv-15687 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 3rd day of August, 2018.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C**.
By: /s/Amy Collignon Gunn
  John G. Simon
  Amy Collignon Gunn
  800 Market Street, Ste. 1700
  St. Louis, MO 63101
  Phone: 314-241-2929
  Fax: 314-241-2029
  jsimon@simonlawpc.com
  agunn@simonlawpc.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3rd, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 3, 2018        By: /s/Amy Collignon Gunn
                                             Amy Collignon Gunn