# Exhibit B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Schelaundye Blake

DATE OF BIRTH: [redacted]    SSN: ___/___/___

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-02
☐ 66758-950-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT
☐ 16729-267-03
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-232-01
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

DATE OF FIRST TREATMENT: 4/26/2012
DATE OF LAST TREATMENT: 8/14/2012
# OF DOSES: 6

SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER: Karen Searcy

PRINTED NAME & TITLE OF REPRESENTATIVE: Karen Searcy, Medical Records Mgr

DATE: 2/14/2018

NAME OF PRACTICE/INFUSION CENTER: Georgia Cancer Specialists
Douglasville Office
ADDRESS: 6603 Professional Way

CITY, STATE, ZIP: Douglasville, GA 30135

New office address
4586 Timber Ridge Dr.
~~Suite 200~~
Ste 200
Douglasville, GA 30135

JAN 11 2018

Case 2:16-md-02740-JTM-MBN   Document 3655-2   Filed 08/06/18   Page 3 of 6



**nucleus** — the center of your practice

**Georgia Cancer Specialists (Drug)**
1835 Savoy Drive
Atlanta, GEORGIA 30341

# Non Financial Charges And Credits_146

Date: 1/1/2012 to 12/31/2013 11:59:59 PM

**Douglasville**

**31040ST1**
**Blake, Schelaundye (265863)  DOB: 02/24/1965**

### NS 100(18688)

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/3/2013 2:53:14 PM | 7/3/2013 2:51:18 PM | Charge | | | | | Sorbet, Teri | 1 ea | | | 1 ea |
| 7/24/2013 4:17:40 PM | 7/24/2013 4:14:53 PM | Charge | | | | | Franklin, Nashan | 1 ea | | | 1 ea |
| 8/21/2013 3:22:09 PM | 8/21/2013 12:00:00 AM | Charge | | | | | Bearden, Amy | 1 ea | | | 1 ea |
| 9/11/2013 3:20:33 PM | 9/11/2013 3:19:17 PM | Charge | | | | | Sorbet, Teri | 1 ea | | | 1 ea |
| 10/2/2013 9:18:15 AM | 10/2/2013 12:00:00 AM | Charge | | | | | Franklin, Nashan | 1 ea | | | 1 ea |
| 10/23/2013 3:32:56 PM | 10/23/2013 3:31:19 PM | Charge | | | | | Sorbet, Teri | 1 ea | | | 1 ea |
| 11/13/2013 3:34:55 PM | 11/13/2013 12:00:00 AM | Charge | | | | | Franklin, Nashan | 1 ea | | | 1 ea |

### Aloxi 250mcg 0.25mg/5ml SDV*(34026)

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2012 12:11:19 PM | 8/14/2012 12:11:24 PM | Charge | 62856-0797-01 | J2469 | | 01/23/2012 | Vaughn, Roberta | 250 mcg | 0 mcg | 0 mcg | 250 mcg |

### Aloxi 250mcg Prefill Syringe-Pharmacy*(PFSAloxi250mcg)

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2012 10:29:03 AM | 4/26/2012 10:27:00 AM | Charge | 62856-0797-01 | J2469 | | 10/11/2011 | Flack, Lisa M | 250 mcg | 0 mcg | 0 mcg | 250 mcg |
| 5/17/2012 9:45:22 AM | 5/17/2012 9:41:28 AM | Charge | 62856-0797-01 | J2469 | | 10/11/2011 | Vaughn, Roberta | 250 mcg | 0 mcg | 0 mcg | 250 mcg |
| 6/7/2012 9:56:46 AM | 6/7/2012 9:52:07 AM | Charge | 62856-0797-01 | J2469 | | 10/11/2011 | Vaughn, Roberta | 250 mcg | 0 mcg | 0 mcg | 250 mcg |
| 6/28/2012 9:59:04 AM | 6/28/2012 9:53:39 AM | Charge | 62856-0797-01 | J2469 | | 10/11/2011 | Flack, Lisa M | 250 mcg | 0 mcg | 0 mcg | 250 mcg |
| 7/20/2012 10:42:50 AM | 7/20/2012 10:42:29 AM | Charge | 62856-0797-01 | J2469 | | 10/11/2011 | Flack, Lisa M | 250 mcg | 0 mcg | 0 mcg | 250 mcg |

### Carboplatin 600mg 10mg/ml 60ml MDV*(25661)

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2012 11:35:03 AM | 4/26/2012 11:32:56 AM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Vaughn, Roberta | 858 mg | 0 mg | 0 mg | 858 mg |
| 5/17/2012 9:45:15 AM | 5/17/2012 9:41:28 AM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Vaughn, Roberta | 858 mg | 0 mg | 0 mg | 858 mg |
| 5/17/2012 10:12:34 AM | 5/17/2012 10:09:23 AM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Vaughn, Roberta | 266 mg | 0 mg | 0 mg | 266 mg |
| 6/7/2012 11:48:06 AM | 6/7/2012 11:42:04 AM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Vaughn, Roberta | 900 mg | 0 mg | 0 mg | 900 mg |

Non Financial Charges And Credits_146 - SL Version 1.0    For Official Use Only    Page 1 of 4    2/14/2018 7:32:42 AM CST

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2012 10:50:19 AM | 6/28/2012 10:44:34 AM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Flack, Lisa M | 914 mg | 0 mg | 0 mg | 914 mg |
| 7/20/2012 12:04:57 PM | 7/20/2012 12:04:35 PM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Flack, Lisa M | 906 mg | 0 mg | 0 mg | 906 mg |
| 8/14/2012 2:40:10 PM | 8/14/2012 2:39:38 PM | Charge | 61703-0339-56 | J9045 | | 12/22/2011 | Vaughn, Roberta | 1,026 mg | 0 mg | 0 mg | 1,026 mg |
| Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk*(26931) | | | | | | | | | | | |
| 4/26/2012 10:28:58 AM | 4/26/2012 10:27:00 AM | Charge | 63323-0516-10 | J1100 | | 01/01/1900 | Flack, Lisa M | 10 mg | 0 mg | 0 mg | 10 mg |
| 5/17/2012 9:45:15 AM | 5/17/2012 9:41:28 AM | Charge | 63323-0516-10 | J1100 | | 01/01/1900 | Vaughn, Roberta | 10 mg | 0 mg | 0 mg | 10 mg |
| 6/7/2012 9:56:40 AM | 6/7/2012 9:52:07 AM | Charge | 63323-0516-10 | J1100 | | 01/01/1900 | Vaughn, Roberta | 10 mg | 0 mg | 0 mg | 10 mg |
| 6/28/2012 10:05:05 AM | 6/28/2012 9:59:38 AM | Charge | 63323-0516-10 | J1100 | | 01/01/1900 | Flack, Lisa M | 10 mg | 0 mg | 0 mg | 10 mg |
| 7/20/2012 10:42:37 AM | 7/20/2012 10:42:29 AM | Charge | 63323-0516-10 | J1100 | | 01/01/1900 | Flack, Lisa M | 10 mg | 0 mg | 0 mg | 10 mg |
| 8/14/2012 12:10:26 PM | 8/14/2012 12:10:18 PM | Charge | 63323-0516-10 | J1100 | | 01/01/1900 | Vaughn, Roberta | 10 mg | 0 mg | 0 mg | 10 mg |
| Docetaxel 20mg 10mg/ml 2ml SDV*(37029) | | | | | | | | | | | |
| 6/28/2012 10:19:20 AM | 6/28/2012 10:13:35 AM | Charge | 00409-0201-02 | J9171 | | 10/14/2011 | Flack, Lisa M | 80 mg | 0 mg | 0 mg | 80 mg |
| 7/20/2012 11:55:02 AM | 7/20/2012 11:54:40 AM | Charge | 00409-0201-02 | J9171 | | 10/14/2011 | Flack, Lisa M | 80 mg | 0 mg | 0 mg | 80 mg |
| Docetaxel 80mg 10mg/ml 8ml MDV*(37030) | | | | | | | | | | | |
| 4/26/2012 10:34:38 AM | 4/26/2012 10:32:31 AM | Charge | 00409-0201-10 | J9171 | | 10/11/2011 | Flack, Lisa M | 152 mg | 8 mg | 0 mg | 160 mg |
| 5/17/2012 9:45:15 AM | 5/17/2012 9:41:28 AM | Charge | 00409-0201-10 | J9171 | | 10/11/2011 | Vaughn, Roberta | 152 mg | 0 mg | 0 mg | 152 mg |
| 6/7/2012 9:56:40 AM | 6/7/2012 9:52:07 AM | Charge | 00409-0201-10 | J9171 | | 10/11/2011 | Vaughn, Roberta | 152 mg | 0 mg | 0 mg | 152 mg |
| 6/28/2012 10:19:20 AM | 6/28/2012 10:13:35 AM | Charge | 00409-0201-10 | J9171 | | 10/11/2011 | Flack, Lisa M | 72 mg | 0 mg | 0 mg | 72 mg |
| 7/20/2012 11:55:02 AM | 7/20/2012 11:54:40 AM | Charge | 00409-0201-10 | J9171 | | 10/11/2011 | Flack, Lisa M | 72 mg | 0 mg | 0 mg | 72 mg |
| 8/14/2012 12:10:26 PM | 8/14/2012 12:10:18 PM | Charge | 00409-0201-10 | J9171 | | 10/11/2011 | Vaughn, Roberta | 152 mg | 0 mg | 0 mg | 152 mg |
| Emend 150mg Lyophilized Powder SDV*(37123) | | | | | | | | | | | |
| 4/26/2012 10:29:03 AM | 4/26/2012 10:27:00 AM | Charge | 00006-3941-32 | J1453 | | 10/11/2011 | Flack, Lisa M | 150 mg | 0 mg | 0 mg | 150 mg |
| 5/17/2012 9:45:22 AM | 5/17/2012 9:41:28 AM | Charge | 00006-3941-32 | J1453 | | 10/11/2011 | Vaughn, Roberta | 150 mg | 0 mg | 0 mg | 150 mg |
| 6/7/2012 9:56:46 AM | 6/7/2012 9:52:07 AM | Charge | 00006-3941-32 | J1453 | | 10/11/2011 | Vaughn, Roberta | 150 mg | 0 mg | 0 mg | 150 mg |
| 6/28/2012 9:59:04 AM | 6/28/2012 9:53:39 AM | Charge | 00006-3941-32 | J1453 | | 10/11/2011 | Flack, Lisa M | 150 mg | 0 mg | 0 mg | 150 mg |
| 7/20/2012 10:42:50 AM | 7/20/2012 10:42:29 AM | Charge | 00006-3941-32 | J1453 | | 10/11/2011 | Flack, Lisa M | 150 mg | 0 mg | 0 mg | 150 mg |

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2012 12:10:31 PM | 8/14/2012 12:10:18 PM | Charge | 00006-3941-32 | J1453 | | 10/11/2011 | Vaughn, Roberta | 150 mg | 0 mg | 0 mg | 150 mg |
| **Flulaval 5ml 10Dose/v al 2011-2012 MDV(38011)** | | | | | | | | | | | |
| 9/25/2012 2:34:42 PM | 9/25/2012 1:34:31 PM | Charge | 19515-0888-07 | 90658 | | 10/28/2011 | Cadenhead, Lisa | 1 dose | 0 dose | 0 dose | 1 dose |
| **Furosemide 20mg 10rg/ml 2ml SDV 25/pk*(26089)** | | | | | | | | | | | |
| 6/28/2012 12:38:56 PM | 6/28/2012 12:33:29 PM | Charge | 00409-6102-02 | J1940 | | 01/01/1900 | Vaughn, Roberta | 20 mg | 0 mg | 0 mg | 20 mg |
| **Herceptin 440mg Lyophilized Powder w/Diluent MDV*(23961)** | | | | | | | | | | | |
| 4/25/2012 10:34:30 AM | 4/25/2012 10:32:34 AM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Flack, Lisa M | 698 mg | 0 mg | 0 mg | 698 mg |
| 5/17/2012 9:47:17 AM | 5/17/2012 9:43:55 AM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 6/7/2012 9:56:46 AM | 6/7/2012 9:52:07 AM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 6/28/2012 9:45:06 AM | 6/28/2012 9:39:39 AM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Flack, Lisa M | 524 mg | 0 mg | 0 mg | 524 mg |
| 7/20/2012 10:42:50 AM | 7/20/2012 10:42:29 AM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Flack, Lisa M | 524 mg | 0 mg | 0 mg | 524 mg |
| 8/14/2012 12:10:31 PM | 8/14/2012 12:10:18 PM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 11/7/2012 3:46:44 PM | 11/7/2012 3:46:28 PM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Sorbet, Teri | 713 mg | 0 mg | 0 mg | 713 mg |
| 11/28/2012 4:17:26 PM | 11/28/2012 1:01:23 AM | Credit | 50242-0134-68 | J9355 | | 10/12/2011 | Sorbet, Teri | -100 mg | 0 mg | -100 mg | -100 mg |
| 11/28/2012 11:14:18 AM | 11/28/2012 1:01:23 AM | Waste(After) | 50242-0134-68 | J9355 | | 10/12/2011 | Sorbet, Teri | 0 mg | 100 mg | 0 mg | 0 mg |
| 11/28/2012 11:01:52 AM | 11/28/2012 1:01:23 AM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 12/26/2012 4:11:43 PM | 12/26/2012 4:07:20 PM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 1/16/2013 4:11:20 PM | 1/16/2013 4:11:56 PM | Charge | 50242-0134-68 | J9355 | | 10/12/2011 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 2/6/2013 4:13:46 PM | 2/6/2013 4:13:03 PM | Charge | 50242-0134-68 | J9355 | 512895 | 10/12/2011 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 2/27/2013 11:27:46 AM | 2/27/2013 11:26:43 AM | Charge | 50242-0134-68 | J9355 | 503345 | 06/01/2015 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 3/20/2013 4:04:18 PM | 3/20/2013 4:03:37 PM | Charge | 50242-0134-68 | J9355 | 503345 | 06/01/2015 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 4/12/2013 3:55:53 PM | 4/12/2013 3:54:38 PM | Charge | 50242-0134-68 | J9355 | 503345 | 06/01/2015 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 5/1/2013 4:13:09 PM | 5/1/2013 4:11:31 PM | Charge | 50242-0134-68 | J9355 | 521799 | 01/01/1900 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 5/22/2013 12:27:23 PM | 5/22/2013 12:25:30 PM | Charge | 50242-0134-68 | J9355 | 529860 | 01/01/1900 | Vaughn, Roberta | 524 mg | 0 mg | 0 mg | 524 mg |
| 6/12/2013 3:58:38 PM | 6/12/2013 1:56:40 PM | Charge | 50242-0134-68 | J9355 | 529849 | 01/01/1900 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 7/3/2013 2:52:58 PM | 7/3/2013 2:50:34 PM | Charge | 50242-0134-68 | J9355 | 529864 | 01/01/1900 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 7/24/2013 4:17:39 PM | 7/24/2013 4:14:59 PM | Charge | 50242-0134-68 | J9355 | 529864 | 11/30/2016 | Franklin, Nashan | 524 mg | 0 mg | 0 mg | 524 mg |
| 8/21/2013 3:22:07 PM | 8/21/2013 12:00:00 AM | Charge | 50242-0134-68 | J9355 | 564391 | 05/31/2015 | Bearden, Amy | 524 mg | 0 mg | 0 mg | 524 mg |

| Tx Date/Time | Service Date/Time | Tx Type | NDC Number | J Code | Lot Number | Exp Date | User | Dispensed | Wasted | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2013 3:20:29 PM | 9/11/2013 3:19:17 PM | Charge | 50242-0134-68 | J9355 | 564391 | 07/31/2015 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 10/2/2013 9:18:08 AM | 10/2/2013 12:00:00 AM | Charge | 50242-0134-68 | J9355 | 547877 | 03/31/2016 | Franklin, Nashan | 524 mg | 0 mg | 0 mg | 524 mg |
| 10/23/2013 3:32:30 PM | 10/23/2013 3:30:14 PM | Charge | 50242-0134-68 | J9355 | 573294 | 07/31/2015 | Sorbet, Teri | 524 mg | 0 mg | 0 mg | 524 mg |
| 11/13/2013 3:34:54 PM | 11/13/2013 12:00:00 AM | Charge | 50242-0134-68 | J9355 | 554761 | 11/30/2016 | Franklin, Nashan | 524 mg | 0 mg | 0 mg | 524 mg |

**Neulasta 6mg/ml 0.6ml Syringe*(21618)**

| 4/27/2012 10:34:27 AM | 4/27/2012 10:32:26 AM | Charge | 55513-0190-01 | J2505 | | 10/12/2011 | Flack, Lisa M | 6 mg | 0 mg | 0 mg | 6 mg |
| 5/18/2012 12:00:25 PM | 5/18/2012 11:57:16 AM | Charge | 55513-0190-01 | J2505 | | 10/12/2011 | Flack, Lisa M | 6 mg | 0 mg | 0 mg | 6 mg |
| 6/8/2012 3:13:38 PM | 6/8/2012 3:09:19 PM | Charge | 55513-0190-01 | J2505 | | 10/12/2011 | Cadenhead, Lisa | 6 mg | 0 mg | 0 mg | 6 mg |
| 6/29/2012 1:21:17 PM | 6/29/2012 1:15:47 PM | Charge | 55513-0190-01 | J2505 | | 10/12/2011 | Cadenhead, Lisa | 6 mg | 0 mg | 0 mg | 6 mg |
| 7/23/2012 12:06:31 PM | 7/23/2012 12:06:14 PM | Charge | 55513-0190-01 | J2505 | | 10/12/2011 | Flack, Lisa M | 6 mg | 0 mg | 0 mg | 6 mg |
| 8/15/2012 9:13:37 AM | 8/15/2012 9:13:41 AM | Charge | 55513-0190-01 | J2505 | | 10/12/2011 | Vaughn, Roberta | 6 mg | 0 mg | 0 mg | 6 mg |

**NS 100(16688)**

**31040ST2**
**Blake, Scheduled ye (3653865) DOB: 07/24/1965**

| 6/12/2013 3:57:28 PM | 6/12/2013 3:55:46 PM | Charge | | | | | Sorbet, Teri | 1 ea | | | 1 ea |

**End of Report**

*Oncology Supply cannot guarantee the accuracy of the cost data displayed in this report *