**EXHIBIT C**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-cv-06002 |

Pursuant to CMO 12A, Plaintiff, Shirley Holmes, dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 6th day of August, 2018

/s/Alex C. Davis
Ky Bar ID: 94899
JONES WARD PLC
1205 East Washington St., Ste. 111
Louisville, KY 40206
P: (502) 882-6000
F: (502) 587-2007
alex@jonesward.com

15

CERTIFICATE OF SERVICE

    I hereby certify that on the 6th of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: August 6, 2018                      /s/Alex C. Davis