UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE T. MILAZZO |
| | : | |
| Deborah McGaughey | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No.: 2:17-CV-15967 | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Honorable Court of the death of Plaintiff Deborah McGaughey on December 26, 2017.

Dated: August 6, 2018                    Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Sindhu S. Daniel*
Sindhu s. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**BARON & BUDD, P.C**

*/s/ Sindhu S. Daniel*
Sindhu s. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
sdaniel@baronbudd.com

ATTORNEYS FOR PLAINTIFF