# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>AMI CISCO v. SANOFI US SERVICES INC.,<br>et al. | Civil Action No.:  2:18-cv-02524 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Ami Cisco's case be dismissed without prejudice, each party to bear its own costs.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  The reason for this dismissal is to resolve a duplicate filing; Ms. Cisco's claims will remain active in case number 2:17-cv-16594, also pending in the Eastern District of Louisiana.

Dated this 6th day of August 2018.

**SHOOK HARDY & BACON**

By:  _/s/ Adrienne Byard_
Adrienne Byard
2555 Grand Blvd.
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  abyard@shb.com

*Attorneys for Defendants Sanofi-Aventis*
*U.S. LLC and Sanofi US Services Inc.*

**KENNEDY HODGES, LLP**

By: /s/ Gabriel A. Assaad
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd., Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

*Attorneys for Plaintiff Ami Cisco*

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 6, 2018                    /s/ Gabriel A. Assaad
                                         Gabriel A. Assaad