UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 16-2740 |
| THIS DOCUMENT RELATES TO: | : : | SECTION "N" (5) |
| *Theresa Mary Wysocki,* | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, vs. | : : : | Indiv. Case No.: 2:16-cv-15297 |
| *Accord Healthcare, Inc.* | : : : | |
| Defendant(s). | : | |

## ORDER

This matter coming on co-counsel for Plaintiff's Joint Motion for Peter J. Flowers and Meyers & Flowers to Withdraw from Representation (Rec. Doc. 3642);

IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiff's counsel, Peter J. Flowers and Meyers & Flowers, LLC, are withdrawn as counsel of record for the Plaintiff. The Plaintiff's co-counsel, Timothy J. Becker, Alexandra Robertson, Leland Patrick Abide and Michael K. Johnson, of Johnson Becker, PLLC, will continue to represent the Plaintiff and will take full responsibility for pursuing this matter.

New Orleans, Louisiana, this 3rd day of August, 2018.

_____
Judge Jane Triche Milazzo
U.S. DISTRICT JUDGE