# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>TELISA CORKER COLE v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 2:17-CV-11168 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Telisa Corker Cole's claims against all Defendants be dismissed with prejudice, each party to bear its own costs.

Dated this 6th day of August 2018.

| | |
|---|---|
| By: */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>**GIBBS LAW GROUP LLP**<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA 90245<br>Telephone: (510) 350-9240<br>Facsimile: (510) 350-9701<br>Email: kbm@classlawgroup.com<br><br>Eric H. Gibbs<br>Amy M. Zeman<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com<br>       amz@classlawgroup.com | By: */s/ Adrienne Byard*<br>Adrienne Byard<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email: abyard@shb.com<br><br>*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* |