# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

## SECOND MOTION FOR EXTENSION OF TIME TO
## FILE PLAINTIFF FACT SHEET

COMES NOW Charlene Henderson and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet pursuant to Amended Pretrial Order No. 22.  In support of this Motion, Ms. Henderson respectfully shows as follows:

1. Pursuant to Amended Pretrial Order No. 22, a Plaintiff Fact Sheet was due to be filed in this docket no later than July 16, 2018.

2. On July 16, 2018, Plaintiff filed her First Motion for Extension of Time to File Plaintiff Fact Sheet.

3. In order to complete her Plaintiff Fact Sheet and undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A, Ms. Henderson requests an additional fourteen (14) days to file her Plaintiff Fact Sheet.

4. If Ms. Henderson is given the requested extension, her Plaintiff Fact Sheet would be due no later than August 20, 2018.

5. This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, Charlene Henderson respectfully requests an additional fourteen (14) days, with the new deadline of August 20, 2018, within which to file a complete Plaintiff Fact Sheet in this proceeding.

Dated: August 6, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:    */s/ Justin C. Roberts*
       JUSTIN C. ROBERTS
       Texas Bar No. 24079221
       Email: justin@robertslawfirm.com
       ROBERTS & ROBERTS
       118 West Fourth Street
       Tyler, Texas 75701-4000
       Ph: (903) 597-6655
       Fax: (903) 597-1600
       ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                                                  */s/ Justin C. Roberts*
                                               **ROBERTS & ROBERTS**