# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | **MDL No. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION H (5)** |
| | : | |
| | : | **JUDGE JANE MILAZZO** |
| | : | **MAGISTRATE JUDGE NORTH** |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

### MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

COMES NOW counsel for Charlene Henderson and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet (PFS) pursuant to Amended Pretrial Order No. 22. In support of this Motion, Ms. Henderson respectfully requests an additional fourteen (14) days, with the new deadline of August 20, 2018, to provide a PFS.

On May 2, 2018, Charlene Henderson, by and through her counsel, filed a Complaint with the Court.  Plaintiff timely served Defendant in this case.  The Plaintiff Fact Sheet in this proceeding was due to be filed no later than July 16, 2018.  On July 16, 2018, Plaintiff filed her First Motion for Extension of Time to File Plaintiff Fact Sheet.  While Ms. Henderson has completed her PFS in earnest, she requests additional time to complete her Plaintiff Fact Sheet and, specifically, to undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A.

WHEREFORE, for the reasons stated above, Charlene Henderson respectfully requests an extension of fourteen (14) days, with a new deadline of August 20, 2018, within which to file a PFS in this docket.

Dated: August 6, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:   _/s/ Justin C. Roberts_____
   JUSTIN C. ROBERTS
   Texas Bar No. 24079221
   Email:  justin@robertslawfirm.com
   ROBERTS & ROBERTS
   118 West Fourth Street
   Tyler, Texas 75701-4000
   Ph: (903) 597-6655
   Fax: (903) 597-1600
   ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

<div align="center" style="float:right">

_____/s/ Justin C. Roberts_____

**ROBERTS & ROBERTS**

</div>