UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

COMES NOW Lashunn Washington and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet pursuant to Amended Pretrial Order No. 22.  In support of this Motion, Ms. Washington respectfully shows as follows:

1. Pursuant to Case Management Order No. 6, a Plaintiff Fact Sheet was due to be filed in this docket no later than Saturday, July 14, 2018.

2. Pursuant to Federal Rule of Civil Procedure 6, the Plaintiff Fact Sheet was due to be filed no later than July 16, 2018.

3. On Monday, July 16, 2018, Plaintiff filed her First Motion for Extension of Time to File Plaintiff Fact Sheet.

4. In order to undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A, Ms. Washington requests an additional fourteen (14) days to file her Plaintiff Fact Sheet.

5. If Ms. Washington is granted this requested extension, her Plaintiff Fact Sheet would be due no later than August 20, 2018.

5. This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, Lashunn Washington respectfully requests an additional fourteen (14) days, with the new deadline of August 20, 2018, within which to file a complete Plaintiff Fact Sheet in this proceeding.

Dated: August 6, 2018

    Respectfully submitted,

    ROBERTS & ROBERTS

    BY:   */s/ Justin C. Roberts*
        JUSTIN C. ROBERTS
        Texas Bar No. 24079221
        Email: justin@robertslawfirm.com
        ROBERTS & ROBERTS
        118 West Fourth Street
        Tyler, Texas 75701-4000
        Ph: (903) 597-6655
        Fax: (903) 597-1600
        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                                                   */s/ Justin C. Roberts*
                                                   **ROBERTS & ROBERTS**