**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME TO <u>FILE PLAINTIFF FACT SHEET</u>**

COMES NOW counsel for Lashunn Washington and moves to respectfully request an extension of time to file a Plaintiff Fact Sheet (PFS) pursuant to Amended Pretrial Order No. 22. In support of this Motion, Ms. Washington respectfully requests an additional fourteen (14) days, with the new deadline of August 20, 2018, to provide a PFS.

On April 30, 2018, Lashunn Washington, by and through her counsel, filed a Complaint with the Court.  Plaintiff timely served Defendant in this case.  The Plaintiff Fact Sheet in this proceeding was due to be filed no later than Saturday, July 14, 2018.  By operation of Federal Rule of Civil Procedure 6, the Plaintiff Fact Sheet is due July 16, 2018.  On July 16, 2018, Plaintiff filed her First Motion for Extension of Time to File Plaintiff Fact Sheet.  While Ms. Washington has completed her PFS in earnest, she requests additional time to undertake her obligation to conduct a search for any electronically stored information pursuant to Pretrial Order No. 71A.

WHEREFORE, for the reasons stated above, Lashunn Washington respectfully requests an extension of fourteen (14) days, with a new deadline of August 20, 2018, within which to file

a PFS in this docket.

    Dated: August 6, 2018

                              Respectfully submitted,

                              ROBERTS & ROBERTS

                              BY:   */s/ Justin C. Roberts*
                                      JUSTIN C. ROBERTS
                                      Texas Bar No. 24079221
                                      Email:  justin@robertslawfirm.com
                                      ROBERTS & ROBERTS
                                      118 West Fourth Street
                                      Tyler, Texas 75701-4000
                                      Ph: (903) 597-6655
                                      Fax: (903) 597-1600
                                      ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                                             */s/ Justin C. Roberts*
                                             **ROBERTS & ROBERTS**