# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL)** | : | MDL No. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## ORDER

Upon consideration of all the documents relating to the *Second Motion for Extension of Time to File Plaintiff Fact Sheet*, and good cause appearing:

IT IS ORDERED that Lashunn Washington's Second Motion for Extension of Time to File Plaintiff Fact Sheet is hereby GRANTED.  The deadline to provide the completed Plaintiff Fact Sheet is now August 20, 2018.

Signed New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
United States District Court Judge