UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Nicol Dumas v. Sanofi-Aventis U.S. LLC., et al.;*<br>*Case No. 2:17-cv-15215* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Nicol Dumas, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Dated: August 6, 2018

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ *Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that on August 6, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Leslie LaMacchia*
Leslie LaMacchia