UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Mary E. Jackson v. Sanofi-Aventis U.S. LLC., et al.;* *Case No. 2:17-cv-15512* | : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Mary E. Jackson, by and through the undersigned counsel,

who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil

Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as

attached hereto as Exhibit A.

Dated: August 6, 2018                          Respectfully submitted,

                                               **PULASKI LAW FIRM, PLLC**
                                               /s/ *Leslie LaMacchia*
                                               Leslie LaMacchia
                                               Adam Pulaski
                                               2925 Richmond, Suite 1725
                                               Houston, TX 77098
                                               Tel: (713) 664-4555
                                               Fax: (713) 664-7543
                                               llamacchia@pulaskilawfirm.com
                                               adam@pulaskilawfirm.com

                                               *Attorneys for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that on August 6, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Leslie LaMacchia*
Leslie LaMacchia