UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Betty Payne v. Sanofi-Aventis U.S. LLC., et al.;* *Case No. 2:17-cv-15991* | : : : | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause

shown, it is hereby Ordered that the Plaintiff may file her Amended Short Form Complaint

attached as Exhibit A to Plaintiff's Motion.


SO ORDERED this_____day of_____, 2018


_____
Hon. Jane Triche Milazzo

1