UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | HON. JANE T. MILAZZO |

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Considering Defendant McKesson Corporation d/b/a McKesson Packaging Services' ("McKesson's") counsel's Motion for Leave to Withdraw as Counsel (Rec. Doc. 3643);

IT IS HEREBY ORDERED that McKesson's Motion for Leave to Withdraw as counsel of record is hereby GRANTED and Attorney Samuel Christopher Cortina is hereby removed as counsel of record from the above-captioned cases. Attorneys Erin M. Bosman and Julie Y. Park of Morrison & Foerster LLP shall remain as counsel of record for McKesson in the above-listed cases.

New Orleans, Louisiana, this 3rd day of August, 2018.

_____
HONORABLE JANE T. MILAZZO