UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Gladys Murphy, Plaintiff, | |
| vs. | |
| Sanofi S.A., et al., Defendants. | |
| Civil Case No.: 2:16-cv-17345 | |

## REQUEST TO CONTINUE SUBMISSION

On July 24, 2018, Plaintiff filed her Contested Motion to Amend Complaint to add Defendant, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Inc. The motion has been set for submission on August 22, 2018. The parties are discussing this matter further and Plaintiff requests that the motion be set for submission before Judge Milazzo on September 19, 2018 at 9:30 a.m. Counsel for Defendants consent to this request.

This the 8th day of August, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000

1

Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 8, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
