UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Gladys Murphy,       Plaintiff, | : : : | |
| vs. | : : | **ORDER** |
| Sanofi S.A., et al.       Defendants. | : : : | |
| Civil Case No.: 2:16-cv-17345 | : : : : | |

    Upon Plaintiff's Request to Continue Submission and for good cause shown, it is hereby Ordered that the Plaintiffs Contested Motion to Amend Complaint is hereby set for submission before Judge Milazzo on September 19, 2018 at 9:30 a.m.

    This the ____ day of _____, 2018.

_____
U.S. District Court Judge