UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

MARCIA MELOCIK & CHARLES MELOCIK
CASE NO.: 2:17-cv-06737

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**
_____

**NOW COMES,** Plaintiffs Marcia Melocik & Charles Melocik, by and through their undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiffs hereby move for leave to file their First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

August 8, 2018

/s/ Christopher L. Coffin

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
PO Drawer 71
Plaquemine, LA 70765-0071
Tel: (225) 687-6396
Fax: (225) 687-6398
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6 Defendant Liaison Counsel along with Defense Counsel for Sanofi, Accord, Hospira and Sandoz have been contacted, and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I certify that August 8, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Christopher L. Coffin
Christopher L. Coffin