UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION  SECTION "H" (5)

THIS DOCUMENT RELATES TO:

MARCIA MELOCIK & CHARLES MELOCIK
CASE NO.: 2:17-CV-06737
_____

## ORDER
_____

Upon Plaintiffs Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiffs may file an Amended Complaint as attached to their Motion.

The _____ day of _____, 2018

_____
The Honorable Jane Triche Milazzo