

# Gaston
## HEMATOLOGY & ONCOLOGY

Phone:  704.865.5210
Fax:    704.865.6282

Heather Rockforte

NDC code for docetaxel (taxotere)
              16729-0267-65



2610 Aberdeen Blvd. • Gastonia, North Carolina 28054

STEVEN W. YATES, MD • KEITH A. AYRONS, MD • FORREST L. THOMPSON, MD
JAMES G. MCGRATH, MD • WILLIAM J. CHARLES, MD • LIA M. SPINA, MD

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Marcia Melocik

DATE OF BIRTH: 4/19/57     SSN: 274/58/1982

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☒ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**MCKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☒ 66758-050-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☒ 16729-228-50 KIT

**ACCORD HEALTHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

☐ NO RECORD'S FOUND

10/23/2012 DATE OF FIRST TREATMENT
02/05/2013 DATE OF LAST TREATMENT
6 # OF DOSES

Lori Pope, CPhT
SIGNATURE OR REPRESENATIVE OF PRACTICE/INFUSION CENTER

Lori Pope, CPhT
PRINTED NAME & TITLE OF REPRESENTATIVE

4/6/18
DATE

Gaston Hematology + Oncology
NAME OF PRACTICE/INFUSION CENTER

2610 Aberdeen Blvd
ADDRESS

Gastonia, NC 28054
CITY, STATE, ZIP

# GASTON HEMATOLOGY & ONCOLOGY ASSOCIATES

## CONFIDENTIAL HEALTH INFORMATION ENCLOSED

### FACSIMILE TRANSMITTAL SHEET

TO: Melissa

FROM: Lori Pope, CPhT

COMPANY: PBC

DATE: 4/9/18

FAX NUMBER: 225 687-6398

TOTAL NO. OF PAGES, INCLUDING COVER: 2

PHONE NUMBER: 225 687-6396

SENDER'S REFERENCE NUMBER:

RE: M. Melocik - File # 3285

YOUR REFERENCE NUMBER:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

THIS IS PRIVELEGED AND PROTECTED INFORMATION. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY OUR OFFICE IMMEDIATELY AND THEN DESTROY.

NOTES/COMMENTS:

Steven W. Yates MD, Keith A. Ayrons, MD, William J. Charles MD, James McGrath MD, Lia Spina MD
2610 ABERDEEN BLVD GASTONIA NC 28054
TELEPHONE: (704) 865-5210
MAIN FAX (704) 865-6282
INSURANCE FAX (704) 830-5328

Gaston Hematology + Oncology
Order report for Taxotere/Docetaxel

| | | Drug | NDC# | | Order Date | | | Lot# | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 01/03/2012 | 01/03/2012 | 2 | 371336052 | 12515705 | 10/31/2012 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 01/06/2012 | 01/06/2012 | 2 | 371447496 | 323005786 | 01/31/2012 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 01/09/2012 | 01/09/2012 | 2 | 371448112 | 323088357 | 02/28/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 01/17/2012 | 01/17/2012 | 3 | 371449605 | DC31100201 | 09/30/2012 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 01/31/2012 | 01/31/2012 | 2 | 371343731 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 02/14/2012 | 02/14/2012 | 2 | 371351827 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 02/28/2012 | 02/28/2012 | 4 | 371454277 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 03/20/2012 | 03/20/2012 | 3 | 371368157 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 04/09/2012 | 04/09/2012 | 3 | 371379988 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 04/24/2012 | 04/24/2012 | 4 | 371390681 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 05/01/2012 | 05/01/2012 | 2 | 371399008 | BY9103 | 02/28/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 05/15/2012 | 05/15/2012 | 2 | 371402831 | CG7595 | 07/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 05/22/2012 | 05/22/2012 | 3 | 371410764 | CG7595 | 07/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 06/05/2012 | 06/05/2012 | 3 | 371414632 | CG7595 | 07/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 06/20/2012 | 06/20/2012 | 1 | 371421566 | CG7595 | 07/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 06/27/2012 | 06/27/2012 | 2 | 371429831 | CG7595 | 07/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | | 07/17/2012 | 07/17/2012 | 3 | 371433371 | CG7595 | 07/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 07/24/2012 | 07/24/2012 | 1 | 371444038 | CG7595 | 07/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | | 07/31/2012 | 07/31/2012 | 4 | 371447758 | CG7595 | 07/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | | 08/01/2012 | 08/01/2012 | 3 | 371451949 | DC31208A | 10/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 08/21/2012 | 08/21/2012 | 4 | 371452465 | DC31208A | 10/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 09/12/2012 | 09/12/2012 | 4 | 371463166 | DC31208A | 10/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 09/28/2012 | 09/28/2012 | 3 | 371475193 | DC31209A | 10/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | 00201-20 | 10/02/2012 | 10/02/2012 | 2 | 371484707 | DC31209A | 10/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 10/16/2012 | 10/16/2012 | 2 | 371486366 | CU4594 | 12/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | ※ | 10/23/2012 | 10/23/2012 | 5 | 371494169 | CU4594 | 12/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | | 11/06/2012 | 11/06/2012 | 4 | 371498198 | CU4594 | 12/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | ※ | 11/13/2012 | 11/13/2012 | 4 | 371504989 | CU4594 | 12/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 11/19/2012 | 11/19/2012 | 2 | 371508522 | DC31210A | 11/30/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | ※ | 11/28/2012 | 11/28/2012 | 3 | 371511638 | CU4594 | 12/31/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 12/04/2012 | 12/04/2012 | 2 | 371515147 | CU4594 | 12/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | ※ | 12/11/2012 | 12/11/2012 | 3 | 371518163 | CU4594 | 12/31/2013 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 12/31/2012 | 12/31/2012 | 4 | 371521667 | DC31210A | 11/30/2013 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | | 01/02/2013 | 01/02/2013 | 6 | 371529542 | DC31215E | 01/31/2014 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | ※ | 01/08/2013 | 01/08/2013 | 2 | 371530200 | CU4279 | 01/31/2014 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | ※ | 01/22/2013 | 01/22/2013 | 2 | 371533196 | CU4279 | 01/31/2014 |
| 000057841 | 38424 | DOCETAXEL INJ 160MG/16ML M SOL | 66758-0050-03 | ※ | 01/29/2013 | 01/29/2013 | 6 | 371539637 | DC31217A | 02/28/2014 |
| 000057841 | 37031 | DOCETAXEL INJ 160MG/16ML M SOL | 00409-0201-20 | 00201-20 | 02/05/2013 | 02/05/2013 | 4 | 371542865 | DC31217A | 02/28/2014 |

Handwritten annotations:
- Tx date 10/23/12 (137mg)
- Tx date 11/13/12 (140mg)
- Tx date 12/26/12 (142mg)
- Tx date 12/4/12 (142mg)
- Tx date 1/15/13 (144mg)
- Tx date 2/5/13 (143mg)