UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>IREAN MEADE v. SANOFI US SERVICES INC. F/KA SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-10449 | Civil Action No.: 2:17-cv-10449-JTM-MBN |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Irean Meade respectfully requests leave to file her Amended Complaint adding Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as named defendants in this case.

Since filing her Complaint, Plaintiff has received additional product identification information and learned that Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. should be named defendants in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Actavis, and counsel has indicated that Actavis will not enter a Special Appearance to oppose the motion for leave to amend, but that it is reserving all rights and defenses.

Dated this 8th day of August 2018

1

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for the Actavis Defendants regarding this Motion in writing, and counsel has indicated that Actavis will not enter a Special Appearance to oppose the motion for leave to amend, but that it is reserving all rights and defenses.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: /s/ *Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*