# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>IREAN MEADE v. SANOFI US SERVICES INC. F/KA SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-10449 | Civil Action No.: 2:17-cv-10449-JTM-MBN |

# ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as Named Defendants is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge