UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: *Pottinger v. Sanofi-Aventis U.S. LLC et al*, 2:17–cv–14835–JTM–MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Tricia-Ann Pottinger, by and through undersigned counsel, who, for the reasons set forth below, respectfully moves this Court for leave to amend the Complaint filed in this action pursuant to Fed. R. Civ. Proc. 15(a)(2).

Plaintiff's original complaint was filed in the U.S.D.C. for the Eastern District of Louisiana on December 5, 2017 against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Accord Healthcare, Inc. Until recently, Plaintiff believed she was administered a Docetaxel manufactured by one of the named Defendants and was awaiting confirming documentation from her infusion facility. In June 2018, Plaintiff's counsel received the National Drug Code information for Ms. Pottinger from her oncologist. At that time, it was determined that Ms. Pottinger had been administered two forms of Docetaxel - one manufactured by Accord Healthcare, Inc. and the other manufactured by Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

Plaintiff wishes to amend her short form complaint to add Hospira, Inc. and Hospira Worldwide f/k/a Hospira Worldwide, Inc. as Defendants to this action. Pursuant to Local Rule 7.6 and Pretrial Order 37A, Plaintiff contacted the Defendants more than fourteen (14) days in advance of filing this Motion to Amend and has received no objection. Defendants will not be unduly prejudiced by the addition of Hospira, Inc. and Hospira Worldwide f/k/a Hospira Worldwide, Inc. as Defendants in this action as the claims against Hospira, Inc. and Hospira Worldwide f/k/a Hospira Worldwide, Inc. present the same claims and underlying facts as the current complaint on file.

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached

First Amended Short Form Complaint.

Dated: August 8, 2018

                                                                                       */s/ Dean Goetz*
                                                                                    Dean A. Goetz
                                                                                    California SBN 65949
                                                                                    THE GOETZ FIRM, INC.
                                                                                    603 N. Coast Hwy 101, Ste. H
                                                                                    Solana Beach, CA 92075
                                                                                    Telephone: (858) 481-8844
                                                                                    FAX: (858) 481-2139
                                                                                    E-mail: dgoetz12@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 8, 2018                         */s/ Dean A. Goetz*
                                                           Dean A. Goetz
                                                           The Goetz Firm, Inc.
                                                           603 N. Coast Hwy 101, Ste. H
                                                           Solana Beach, CA 92075
                                                           Telephone: (858) 481-8844
                                                           FAX: (858) 481-2139
                                                           E-mail: dgoetz12@gmail.com