UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: *Pottinger v. Sanofi-Aventis U.S. LLC et al,* 2:17-cv–14835–JTM–MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to File Amended Short Form Complaint and for good cause shown, **IT IS ORDERED** that the Plaintiff may file the Amended Short Form Complaint attached to Plaintiff's Motion.

New Orleans, Louisiana, this _____ day of _____, _____

_____

**HON. JANE T. MILAZZO**

**UNITED STATES DISTRICT JUDGE**