# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Hospira, Inc. ; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Pfizer Inc.** |
| THIS DOCUMENT RELATES TO: Carolyn Huff v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:18-cv-02039 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. ; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Pfizer, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of August, 2018

By:  _/s/ Alyssa White_
Alyssa White
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: awhite@johnsonlawgroup.com

_Attorneys for Plaintiffs_

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 9, 2018, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.

DATED: August 9, 2018          /s/  *Alyssa White*_____
                                               Alyssa White (Bar No. 24073014)
                                               Johnson Law Group
                                               2925 Richmond Ave, Suite 1700
                                               Houston, TX 77098
                                               Tel: 713-626-9336
                                               Fax: 713-583-9460
                                               awhite@johnsonlawgroup.com