UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| LINDA RYAN,<br><br>     Plaintiff,<br><br>vs.<br><br>HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.,<br><br>     Defendants. | : : : : : : : : : : : : | Civil Action No.: 2:17-cv-13411 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Linda Ryan's claims against Hospira, Inc., and Hospira Worldwide, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 9th day of August, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

/s/ *Christopher L. Coffin*
Christopher L. Coffin
LA Bar No. 27902
Nicholas R. Rockforte
LA Bar No. 31305
Jessica A. Perez
LA Bar 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

| | |
|---|---|
| /s/ *Mara Cusker Gonzalez* <br> Mark Cheffo <br> Mara Cusker Gonzalez <br> Sara Roitman <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br> Markcheffo@quinnemanuel.com <br> maracuskergonzalez@quinnemanuel.com <br> sararoitman@quinnemanuel.com | John F. Olinde <br> Chaffe McCall, L.L.P. <br> 2300 Energy Centre <br> 1100 Poydras Street <br> New Orleans, LA 70163 <br> Olinde@chaffe.com <br><br> *Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 9th day of August, 2018

/s/ *Michael P. McGartland*
Michael P. McGartland