UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| KIMBERLY STARK,<br><br>    Plaintiff,<br><br>vs.<br><br>HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.,<br><br>    Defendants. | : : : : : : : : : : : | Civil Action No.: 2:17-cv-10799 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Kimberly Stark's claims against Hospira, Inc., and Hospira Worldwide, Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 9th day of August, 2018.

| | |
|---|---|
| /s/ *Michael P. McGartland*<br>Michael P. McGartland<br>MS Bar No. 100487<br>McGartland Law Firm, PLLC<br>University Centre I, Suite 500<br>1300 South University Drive<br>Fort Worth, Texas 76107<br>Telephone: (817) 332-9300<br>Facsimile: (817) 332-9301<br>mike@mcgartland.com | /s/ *Christopher L. Coffin*<br>Christopher L. Coffin<br>LA Bar No. 27902<br>Nicholas R. Rockforte<br>LA Bar No. 31305<br>Jessica A. Perez<br>LA Bar 34024<br>Pendley, Baudin & Coffin, L.L.P.<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>Telephone: (504) 355-0086<br>Facsimile: (504) 523-0699<br>ccoffin@pbclawfirm.com<br>nrockforte@pbclawfirm.com<br>jperez@pbclawfirm.com |

| | |
|---|---|
| /s/ *Mara Cusker Gonzalez* <br> Mark Cheffo <br> Mara Cusker Gonzalez <br> Sara Roitman <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br> Markcheffo@quinnemanuel.com <br> maracuskergonzalez@quinnemanuel.com <br> sararoitman@quinnemanuel.com | John F. Olinde <br> Chaffe McCall, L.L.P. <br> 2300 Energy Centre <br> 1100 Poydras Street <br> New Orleans, LA 70163 <br> Olinde@chaffe.com <br><br> *Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 9th day of August, 2018

/s/ *Michael P. McGartland*
Michael P. McGartland