**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE MILAZZO** |
| **THIS DOCUMENT RELATES TO:** | : | **MAG. JUDGE NORTH** |
| **Margaret Cruz v. Sanofi-Aventis U.S. LLC** | : | |
| **et. al., Civil Action No. 2:17-cv-15839** | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Margaret Cruz, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby voluntary dismisses all claims against Defendants Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., *only* from the above-captioned case, without prejudice, each party to bear its own costs.

Plaintiff's claims against Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Accord Healthcare, Inc. shall remain pending.

Dated: August 8, 2018                                   Respectfully submitted,

                                                        */s/ Sarah Shoemake Doles*
                                                        Jeffrey J. Lowe, #35114MO
                                                        Sarah Shoemake Doles, #45747MO
                                                        Alyson M. Petrick, #68323MO
                                                        **CAREY DANIS & LOWE**
                                                        8235 Forsyth Blvd, Suite 1100
                                                        Saint Louis, MO 63105
                                                        Telephone: (314) 725-7700
                                                        Fax: (314) 721-0905
                                                        jlowe@careydanis.com
                                                        sdoles@careydanis.com
                                                        apetrick@careydanis.com

                                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served electronically and notice of this service will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                        */s/ Sarah Shoemake Doles*
                                                        Sarah Shoemake Doles