UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| AILEEN SCHAFFER,<br><br>        Plaintiff,<br><br>vs.<br><br>HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., and SANDOZ INC.,<br><br>        Defendants. | : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-10360 |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Aileen Schaffer's claims against Hospira, Inc., Hospira Worldwide, Inc., and Sandoz Inc. be dismissed with prejudice, each party to bear its own costs.

Dated this 9th day of August, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

/s/ *Jonathan S. Mann*
Chris T. Hellums
AL Bar No. ASB-5583-L73C
Jonathan S. Mann
AL Bar No. ASB-1083-A36M
Austin B. Whitten
AL Bar No. ASB-7228-K13Y
Pittman, Dutton & Hellums, P.C.
2001 Park Place, #1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

1

PDH-efiling@pittmandutton.com
chrish@pittmandutton.com
jonm@pittmandutton.com
austinw@pittmandutton.com

*Attorneys for Plaintiff*

/s/ *Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemanuel.com

John F. Olinde
Chaffe McCall, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

/s/ *Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Cohen1@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendants Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 9th day of August, 2018

/s/ *Michael P. McGartland*
Michael P. McGartland

2