# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| SUSIE WHITE, | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | Civil Action No. 2:17-CV-12183 |
| SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | |
| Defendants. | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Susie White, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, SUSIE WHITE, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on November 10, 2017, shortly after she became aware of claims associated with Taxotere use.

The Short Form Complaint named Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Sandoz Inc., Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories. On February 1, 2018, Plaintiff's counsel sent all counsel for the above-named Defendants all evidence of attempts to obtain Product ID pursuant to CMO 12.

On February 9, 2018, Plaintiff faxed our office a copy of the "Statement Regarding Chemotherapy Administration" (hereinafter "NDC Statement") she obtained from Georgia Cancer Center for Excellence, 80 Jesse Hill Jr. Drive, Atlanta, Georgia 30303, indicating **Sanofi Aventis US LLC** as the manufacturer.  This NDC Statement was uploaded to the Taxotere MDL Centrality portal as CMO 12 Product ID on March 9, 2018.

Based on this NDC Statement, and in order to comply with CMO 12, on March 21, 2018, we filled a Notice of Voluntary Dismissal Without Prejudice dismissing all defendants except Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc.

However, one week later, on March 28, 2018, our office received a CMO 12 response from defense counsel which contained pharmacy records obtained from Grady Memorial Hospital/Grady Cancer Center, 80 Jesse Hill Jr. Drive, Atlanta, Georgia 30303, which provide NDC codes for **Hospira, Inc. (0409-0201-02) for all four treatments**.

In an effort to comply with deadlines within CMO 12, the previously uploaded CMO 12 Product ID – NDC Statement was deleted and the pharmacy records were uploaded as CMO 12 Product ID before it was realized there was conflicting information between the information contained in the NDC Statement received from Plaintiff versus the information received from defense counsel earlier this week.

Plaintiff, therefore, desires to amend the Complaint amend our Complaint to add Hospira, Inc., as the named defendant in this matter and voluntarily dismiss the Sanofi defendants currently named.

Dated this 9th day of August, 2018.

    Respectfully submitted by,

    /s/ *Michael P. McGartland*
    MS Bar No. 100487
    McGartland Law Firm, PLLC
    University Centre I, Suite 500
    1300 South University Drive
    Fort Worth, Texas 76107
    Telephone:   (817) 332-9300
    Facsimile:   (817) 332-9301
    mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant.

    By:   /s/ *Michael P. McGartland*
             Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

    By:   /s/ *Michael P. McGartland*
             Michael P. McGartland