# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCTAXEL PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Cecilia Tameta v. Sanofi US Services, Inc.*<br><br>Civil Action No. 2:17-cv-15499 JTM-MBN | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., AND PFIZER, INC. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter <u>except</u> Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc., each party to bear its own costs. Plaintiff seeks partial dismissal pursuant to paragraph 9 of Case Management Order 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 9, 2018.

                                            Respectfully submitted,

BY:    */s/ Jim Reeves*
           James R. Reeves, Jr., Esquire
           Reeves & Mestayer, PLLC
           160 Main Street
           Biloxi, MS  39530
           (228) 374-5151 (telephone)
           (228) 374-6630 (facsimile)
           jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 9, 2018.

                                              Respectfully submitted,

BY:   */s/ Jim Reeves*
         James R. Reeves, Jr., Esquire
         Reeves & Mestayer, PLLC
         160 Main Street
         Biloxi, MS   39530
         (228) 374-5151 (telephone)
         (228) 374-6630 (facsimile)
         jrr@rmlawcall.com