**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| _____ | : | |
| | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE NORTH |
| | : | |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| | : | **WITH PREJUDICE AS TO ALL** |
| JANE LINDSAY | : | **EXCEPT HOSPIRA, INC. and** |
| *Plaintiff* | : | **HOSPIRA WORLDWIDE, LLC f/k/a** |
| vs. | : | **HOSPIRA WORLDWIDE, INC.** |
| | : | |
| SANOFI US SERVICES INC. f/k/a | : | |
| SANOFI-AVENTIS U.S. INC.; | : | Civil Action No: 2:17-cv-16407 |
| SANOFI-AVENTIS U.S. LLC, separately | : | |
| and d/b/a WINTHROP U.S.; | : | |
| SANDOZ INC.; | : | |
| ACCORD HEALTHCARE, INC.; | : | |
| McKESSON CORPORATION d/b/a | : | |
| McKESSON PACKAGING; | : | |
| HOSPIRA, INC.; | : | |
| HOSPIRA WORLDWIDE, LLC f/k/a | : | |
| HOSPIRA WORLDWIDE, INC.; | : | |
| SUN PHARMACEUTICAL INDUSTRIES, | : | |
| INC. f/k/a | : | |
| CARACO PHARMACEUTICAL | : | |
| LABORATORIES, LTD.; ACTAVIS LLC | : | |
| f/k/a ACTAVIS INC.; and ACTAVIS | : | |
| PHARMA, INC. | : | |
| *Defendants* | | |
| _____ | | |

        Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants

in this matter except Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.,

each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of

Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 10, 2018

SHAW COWART, L.L.P.

*/s/ Ethan L. Shaw*

ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

ATTORNEYS FOR PLAINTIFF,
JANE LINDSAY

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW