**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "H" (5) |
| _____ | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE NORTH |
| | : : | **NOTICE OF PARTIAL DISMISSAL** |
| | : | **WITH PREJUDICE AS TO ALL** |
| LYNETTE SALOOM | : | **EXCEPT HOSPIRA, INC.;** |
| *Plaintiff* | : | **HOSPIRA WORLDWIDE, LLC f/k/a** |
| vs. | : | **HOSPIRA WORLDWIDE, INC.;** |
| | : | **ACCORD HEALTHCARE, INC. and** |
| SANOFI US SERVICES INC. f/k/a | : | **McKESSON CORPORATION d/b/a** |
| SANOFI-AVENTIS U.S. INC.; | : | **McKESSON PACKAGING** |
| SANOFI-AVENTIS U.S. LLC, separately | : | |
| and d/b/a WINTHROP U.S.; | : | |
| SANDOZ INC.; | : | Civil Action No: 2:17-cv-14578 |
| ACCORD HEALTHCARE, INC.; | : | |
| McKESSON CORPORATION d/b/a | : | |
| McKESSON PACKAGING; | : | |
| HOSPIRA, INC.; | : | |
| HOSPIRA WORLDWIDE, LLC f/k/a | : | |
| HOSPIRA WORLDWIDE, INC.; | : | |
| and SUN PHARMACEUTICAL | : | |
| INDUSTRIES, INC. f/k/a | : | |
| CARACO PHARMACEUTICAL | : | |
| LABORATORIES, LTD. | : | |
| *Defendants* | : | |
| _____ | : | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Accord Healthcare, Inc.; and McKesson Corporation d/b/a McKesson Packaging, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants

are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If

warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant

to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 10, 2018
                                        **SHAW COWART, L.L.P.**
                                        */s/ Ethan L. Shaw*
                                        ETHAN L. SHAW
                                        Texas Bar No. 18140480
                                        elshaw@shawcowart.com
                                        JOHN P. COWART
                                        Texas Bar No. 04919500
                                        jcowart@shawcowart.com
                                        1609 Shoal Creek Blvd., Suite 100
                                        Austin, Texas 78701
                                        T: 512.499.8900 / F: 512.320.8906

                                        *ATTORNEYS FOR PLAINTIFF,*
                                        *LYNETTE SALOOM*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW