UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC. |
| Carol Underferth v. Sanofi-Aventis US, LLC, et al. | Civil Action No.: 2:17-cv-15257 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

  Dated this 13th day of August, 2018.

              **JACKSON ALLEN & WILLIAMS, LLP**

              By: /s/ John H. "Trey" Allen, III
              John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
              tallen@jacksonallenfirm.com
              Jennifer Williams, Esq.
              jwilliams@jacksonallenfirm.com
              3838 Oak Lawn Avenue, Suite 1100
              Dallas, Texas 75219
              Tel: (214) 521-2300
              Fax: (214) 452-5637

              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


                                      /s/ John H. "Trey" Allen, III  
                                      John H. "Trey" Allen, III