UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | JUDGE KURT D. ENGELHARDT |
| Civil Action No. 2:17-CV-15577 | : : | MAG. JUDGE MICHAEL B. NORTH |
| KAREN FITZGERALD,<br><br>Plaintiff, | : : : : : | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS |
| vs. | : : | |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. LLC; SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.; SANDOZ INC.; ACCORD HEALTHCARE, INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.<br><br>Defendants. | : : : : : : : : : : : : : : : : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Karen Fitzgerald against all remaining named defendants, namely Sanofi US Services Inc. f/k/a Sanofi-Aventis, U.S. LLC, Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE,

and Sun Pharmaceutical Industries Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., be dismissed with prejudice, with each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: August 13, 2018    Respectfully submitted,

**BARON & BUDD, P.C.**

By: */s/ Sindhu S. Daniel*_____
Sindhu S. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
sdaniel@baronbudd.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON**

By: */s/ Kelly Bieri*_____
Kelly Bieri
Harley Ratliff
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5545
kbieri@shb.com

*Attorneys for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC*

**GREENBERG TRAURIG, LLP**

By: */s/ Evan Holden*_____
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com

merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

**TUCKER ELLIS LLP**

By: __/s/ Brandon D. Cox_____
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**QUINN EMANUAL URQUHART & SULLIVAN, LLP**

By:   _____
Mark S. Cheffo
Mara Cusker Gonzalez
51 Madison Ave., 22nd Floor
New York, NY 10010
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

**CHAFFE MCCALL, L.L.P.**

John F. Olinde
2300 Energy Centre
1100 Poydras Street
 New Orleans, LA 70163
olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. and  Hospira, Inc.*

**HINSHAW & CULBERTSON LLP**

By: __/s/ Kathleen E. Kelly_____
Geoffrey M. Coan
Kathleen E. Kelly
28 State St., 24th Floor
Boston, MA  02109

gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

**LEAKE & ANDERSON, LLP**

Stanton E. Shuler, Jr.
1100 Poydras St., Suite 1700
New Orleans, LA 70163
sshuler@leakeanderson.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May ___, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated May ____, 2018                 */s/ Sindhu S. Daniel_____*
                                     Sindhu S. Daniel