# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## PLAINTIFF'S MOTION TO WITHDRAW SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

COMES NOW Plaintiff in the above matter and respectfully moves this Honorable Court to withdraw the Motion previously filed by Plaintiff (Doc. 3664) requesting an extension of time within which to file the Plaintiff Fact Sheet pursuant to Amended Pretrial Order No. 22.

Plaintiff's Memorandum in Support is being contemporaneously filed with this Motion.

WHEREFORE, PERMISES CONSIDERED, Plaintiff respectfully requests that this Court enter an Order granting a withdrawal of Plaintiffs' Motion (Doc. 3664).

Dated: August 13, 2018

                                            Respectfully submitted,

                                            ROBERTS & ROBERTS

                                            BY:   */s/ Justin C. Roberts*
                                                       JUSTIN C. ROBERTS
                                                       Texas Bar No. 24079221
                                                       Email:  justin@robertslawfirm.com
                                                       ROBERTS & ROBERTS
                                                       118 West Fourth Street
                                                       Tyler, Texas 75701-4000
                                                       Ph: (903) 597-6655
                                                       Fax: (903) 597-1600
                                                       ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                                                                  */s/ Justin C. Roberts*
                                                                 **ROBERTS & ROBERTS**