# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW THE SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

Plaintiff submits this Memorandum in support of her Motion to Withdraw the Motion previously filed by Plaintiff (Doc. 3664) requesting an extension of time within which to file her Plaintiff Fact Sheet pursuant to Amended Pretrial Order No. 22.

### BACKGROUND

In light of the Court's modified Pretrial Order No. 22A, which governs the procedure for show cause orders, Plaintiff is filing this Motion to Withdraw.

### CONCLUSION

WHEREFORE, for the reasons stated above, Plaintiff requests that this Court withdraw Plaintiff's previously filed Second Motion for Extension of Time to File Plaintiff Fact Sheet and for such other and further relief to which she may show herself justly entitled.

Dated: August 13, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
      JUSTIN C. ROBERTS
      Texas Bar No. 24079221
      Email: justin@robertslawfirm.com
      ROBERTS & ROBERTS
      118 West Fourth Street
      Tyler, Texas 75701-4000
      Ph: (903) 597-6655
      Fax: (903) 597-1600
      ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                                              */s/ Justin C. Roberts*
                                             **ROBERTS & ROBERTS**