# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2740<br><br>SECTION H (5)<br><br>JUDGE JANE MILAZZO<br>MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## ORDER

This Court, being fully apprised of the premises and upon Motion of the Plaintiffs to Withdraw their previously filed Second Motion for Extension of Time to File Plaintiff Fact Sheet (Doc. 3664), approves the Motion.

DONE and SIGNED in Chambers in New Orleans, Louisiana this _____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
United States District Court Judge