**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2740** |
| | : | |
| | : | **SECTION H (5)** |
| | : | |
| | : | **JUDGE JANE MILAZZO** |
| | : | **MAGISTRATE JUDGE NORTH** |

---

**This document relates to:**
***Charlene Henderson v. Hospira, Inc.;***
***Case No. 2:18-cv-4466***

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW THE SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET**

Plaintiff submits this Memorandum in support of her Motion to Withdraw the Motion previously filed by Plaintiff (Doc. 3663) requesting an extension of time within which to file her Plaintiff Fact Sheet pursuant to Amended Pretrial Order No. 22.

**BACKGROUND**

In light of the Court's modified Pretrial Order No. 22A, which governs the procedure for show cause orders, Plaintiff is filing this Motion to Withdraw.

**CONCLUSION**

WHEREFORE, for the reasons stated above, Plaintiff requests that this Court withdraw Plaintiff's previously filed Second Motion for Extension of Time to File Plaintiff Fact Sheet and for such other and further relief to which she may show herself justly entitled.

Dated: August 13, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY: */s/ Justin C. Roberts*

JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email: justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

*/s/ Justin C. Roberts*
**ROBERTS & ROBERTS**