UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  :   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION  :
                                                                  :   SECTION "H" (5)
-------------------------------------------------------------- :
                                                                     JUDGE MILAZZO
THIS DOCUMENT RELATES TO:           MAG. JUDGE NORTH

*RITA M. HAGER v. Hospira Worldwide, LLC, et al*
*Civil Action No.: 2:18-cv-05519*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the Death of Plaintiff, Rita M. Hager during the pendency of this action, which occurred on July 11, 2018. A copy of the death certificate is attached hereto.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Rita M. Hager's Estate in the near future.

Dated: August 14, 2018                    Respectfully submitted,

                                                            /s/ Bruce S. Kingsdorf_____
                                                            Bruce S. Kingsdorf (#7403)
                                                            Dawn M. Barrios (#2821)
                                                            Zachary L. Wool (#32778)
                                                            Emma K. Schwab (#35864)
                                                            BARRIOS, KINGSDORF & CASTEIX, LLP
                                                            701 Poydras Street, Suite 3650
                                                            New Orleans, LA 70139
                                                            Phone: (504) 524-3300
                                                            bkingsdorf@bkc-law.com
                                                            barrios@bkc-law.com
                                                            zwool@bkc-law.com
                                                            eschwab@bkc-law.com
                                                            *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Bruce S. Kingsdorf*
                                                BRUCE S. KINGSDORF