# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (5/2011)

**RECORDED DISTRICT:** 1451
**REGISTER NUMBER:** 738
**STATE FILE NUMBER:** 131-2018-00051717

**1. NAME:** Rita L. Merino Hager Esq.
**2. SEX:** Female
**3A. DATE OF DEATH:** 07/11/2018
**3B. HOUR:** 01:17 AM

**4A. PLACE OF DEATH:** Hospital Inpatient
**4B. IF FACILITY, DATE ADMITTED:** 07/07/2018
**4C. NAME OF FACILITY:** Millard Fillmore Suburban Hospital
**4D. LOCALITY:** Amherst Town
**4E. COUNTY OF DEATH:** Erie

**4F. MEDICAL RECORD NO:** [blank]
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** No

**5. DATE OF BIRTH:** [redacted]
**6A. AGE IN YEARS:** 63
**7A. CITY AND STATE OF BIRTH:** Niagara Falls, New York

**8. SERVED IN U.S. ARMED FORCES?:** No
**9. DECEDENT OF HISPANIC ORIGIN?:** No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** White/Caucasian

**11. DECEDENT'S EDUCATION:** Doctorate/Professional degree

**12. SOCIAL SECURITY NUMBER:** [redacted]
**13. MARITAL STATUS:** Married
**14. SURVIVING SPOUSE:** John P. Hager

**15A. USUAL OCCUPATION:** Attorney
**15B. KIND OF BUSINESS OR INDUSTRY:** Law Practice
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Rita Merino Hager, Atty. Niagara Falls, NY

**16A. RESIDENCE (State or Country if not USA):** NY
**16B. County or Region/Province if not USA:** [blank]
**16C. LOCALITY:** [blank]
**16D. STREET AND NUMBER OF RESIDENCE:** [redacted]
**16E. ZIP CODE:** [redacted]
**16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS?:** [blank]

**17. BIRTH NAME OF FATHER/PARENT:** R. Robert Merino
**18. BIRTH NAME OF MOTHER/PARENT:** Helen Leone

**19A. NAME OF INFORMANT:** John P. Hager
**19B. MAILING ADDRESS:** [blank]

**20A.** Cremation — 07/16/2018
**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** Oakwood Cemetery
**20C. LOCATION:** Niagara Falls, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** M J Colucci & Son Niagara Funeral Chapel, 2730 Military Rd, Niagara Falls, NY 14304
**21B. REGISTRATION NUMBER:** 01082

**22A. NAME OF FUNERAL DIRECTOR:** Gerald B Jansen Jr
**22B. SIGNATURE OF FUNERAL DIRECTOR:** Gerald B Jansen Jr Electronically Signed
**22C. REGISTRATION NUMBER:** 11728

**23A. SIGNATURE OF REGISTRAR:** Marjory Jaeger Electronically Signed
**23B. DATE FILED:** 07/13/2018
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Kathleen Cooper
**24B. DATE ISSUED:** 07/13/2018

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Celestino Pietrantoni, DO
**License No.:** 223235
**Signature:** Celestino Pietrantoni, DO Electronically Signed
**Date:** 07/11/2018
**Certifier's Title:** Attending Physician
**Address:** 1540 Maple Rd, Amherst Town, NY 14221

**26A. Attending physician attended deceased:** From 07/09/2018 to 07/11/2018
**26B. Deceased last seen alive by attending physician:** 07/10/2018
**25C. Pronounced Dead:** 07/11/2018 at 01:17 AM

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?:** No
**29A. AUTOPSY?:** No

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) Breast cancer — 5
DUE TO OR AS A CONSEQUENCE OF:
(B) Respiratory failure — 5
DUE TO OR AS A CONSEQUENCE OF:
(C) <<<>>>

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?:** No

**33A. IF FEMALE:** Not pregnant within past year
**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS:** Yes