UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO PLAINTIFF: | SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| SHELIA MAUPIN V. HOSPIRA, INC., ET AL<br>2:17-cv-13889 | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Olisha Blessing, surviving natural daughter of Shelia Maupin, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Sheila Maupin.

A Notice/Suggestion of Death was filed in this matter on July 16, 2018 (Doc. #3393).

Dated: August 14, 2018                    RESPECTFULLY SUBMITTED,

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

      I hereby certify that on August 14, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**