UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH** |
| **SHELIA MAUPIN V. HOSPIRA, INC., ET AL** <br> **2:17-cv-13889** | |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Olisha Blessing, as surviving natural daughter, is substituted for Plaintiff Shelia Maupin as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on July 16, 2018 (Doc. #3393).

New Orleans, Louisiana this ____ day of _____, 2018.

_____
United States District Judge