IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| RUBY JOHNSON, | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | |
| | Civil Action No. 2:17-cv-06699 |
| HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORDLWIDE, INC., | |
| Defendants. | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Ruby Johnson, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, RUBY JOHNSON, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 13, 2017, shortly after she became aware of claims associated with Docetaxel use.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff received additional medical records, it has become apparent that SANDOZ INC. should have been named as a defendant to this suit. This fact was not evident from a normal review of the medical records, but rather, involved investigation related to certain NDC codes which were not provided with routinely requested medical records.

Plaintiff, therefore, desires to amend the Complaint to add SANDOZ INC. as a Defendant in this matter and to include allegations against it as an additional manufacturer of the drug administered to the Plaintiff, as she only recently became aware of these allegations.

Dated this 15th day of August, 2018.

        Respectfully submitted by,

        /s/ *Michael P. McGartland*
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone:   (817) 332-9300
        Facsimile:    (817) 332-9301
        mike@mcgartland.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendants.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland