UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br>Hager et al v. Sanofi-Aventis U.S. LLC et al,<br>Civil Action No. 2:17-cv-14397 | JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

JURY TRIAL DEMANDED

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff BOBBI JO HAGER, by and through their undersigned counsel, hereby give notice that only their action is voluntarily dismissed, with prejudice, against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.

Date:     August 16, 2018            Respectfully submitted,

*/s/ Seth Sharrock Webb*

SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 16, 2018

                                             */s/ Seth Sharrock Webb*
                                             SETH SHARROCK WEBB, # 51236
                                             BROWN & CROUPPEN, P.C.
                                             211 N. Broadway, Suite 1600
                                             St. Louis, Missouri 63102
                                             314-421-0216
                                             314-421-0359 facsimile
                                             sethw@getbc.com