MINUTE ENTRY
MILAZZO, J.
August 16, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On August 16, 2018, the Court held a status conference with liaison counsel, lead counsel, and members of the Plaintiffs' Steering Committee, as listed in the attached sign-in sheet. The parties updated the Court on the status of the case. The Court set the next status conference with liaison counsel, lead counsel, and members of the Plaintiffs' Steering Committee for Thursday, September 27, 2018, at 8:30 a.m. A general status conference will follow at 10:00 a.m.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

JS: 01:25