UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

## 8:30am Status Conference Sign in Sheet
PLEASE PRINT

| | |
|---|---|
| Cliff Merrell - Sandoz △ | |
| Geoffrey Coan - Sun Pharmaceutical △ | |
| Michael Suffern - Actavis △ | |
| Julie Callsen - Acwil △ | Tucker Ellis |
| Mark Cheffo - Pfizer/Hospira △ | Dechert |
| John Olinde    505(6/12) | Defendants liaison |
| Harley Ratliff | Sanofi |
| Douglas Moore | Sanofi |
| Dawn Barrios | P'do Liaison Counsel |
| Palmer Lambert | Plaintiffs' Co Liaison Counsel |
| Karen Barth Menzies | Pl's Co-Lead |
| Chris Coffin | Pl's Co-Lead |