MINUTE ENTRY
MILAZZO, J.
AUGUST 16, 2018

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| This document relates to all cases | SECTION H(5) |

## MINUTE ENTRY

On August 16, 2018, the Court held a general status conference. The attendee sign-in sheet is attached. Judge James Hyland of New Jersey participated via telephone.

Court Reporter: Cathy Pepper

Law Clerk: Samantha Schott

(JS-10: 00:25)