UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　MDL 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　SEC. "H"(5)

**10:00 General Status Conference Sign in Sheet**
PLEASE PRINT

| Name | Firm | Party |
|---|---|---|
| ZACHARY WOOL | Barrios, Kingsdorf & Casteix | PSC |
| Daniel Markoff | Atkins & Markoff | PSC |
| Andrew Lemmon | LLF | PSC |
| Irving Warshauer | Gainsburgh Benjamin | Pl Sett Comm. |
| Clifton Merrell | Greenberg Traurig | Δ Sandoz |
| Geoffrey Coan | Hinshaw & Culbertson | Δ Sun Pharmaceutical |
| Chris Coffin | Pendley, Baudin & Coffin (PBC) | PSC |
| PALMER LAMBERT | GAINSBURGH BENJAMIN | Pl. Co-Liaison |
| DAWN BARRIOS | Barrios Kingsdorf & Casteix | " " " |
| Julie Callsen | Tucker Ellis | Def. Counsel |
| BETSY BARNES | MORRIS BART | π's |
| KAREN GODSHALL | MORRIS BART | π's |
| Jessica Perez Reynolds | PBC | π's |
| DAREN SCHLAG | PSC | π's |
| Rand Nolen | PSC | π's |
| DAWN MICELI | PSC | π |
| STAN BAUDIN | PSC | π |
| Larry Centola | PSC | π |

| MICHAEL SUFFERN | ULMER & BERNE | ACTAVIS |
|---|---|---|
| HARLEY | SHB | SANOFI |
| John Olinde | Chaffe McCall | SObEr Trust |
| Douglas Moore | Irwin Fritchie | DLC Sanofi |
| Debbie Rouen | Adams & Reese | Sandoz |
| Ben Gordon | LEVIN PAP | π's SETTLEMENT |
| Rachel Shkolnik | Napoli Shkolnik | π |
| Karen Barth Menzies | Gibbs | π |
| Kyle Bachus | Bachus Schanker | π |