# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: CHRISTINE AND JIM KINDERDINE | : : : : | CASE NO: 2:17-CV-00348-KDE-MBN HON. JANE TRICHE MILAZZO |
| Plaintiffs, v. ACCORD HEALTHCARE, INC., Defendant. | : : : : : : | |

## PLANTIFFS' STATEMENT OF UNCONTESTED FACTS

Plaintiffs Christine and Jim Kinderdine submit the following statement of uncontested issues of fact in support of their Memorandum in Opposition to Accord Healthcare, Inc.'s Motion For Summary Judgment Based Upon Judicial Estoppel:

1. On November 3, 2016, Plaintiff, Mrs. Kinderdine, filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court").[1]

2. On January 7, 2017 Plaintiffs retained The Lawrence Firm to pursue claims against the manufacturers of TAXOTERE (docetaxel).[2]

3. On January 13, 2017, Mrs. Kinderdine filed this lawsuit against the manufacturers of TAXOTERE (docetaxel) claiming that her use of TAXOTERE (docetaxel) resulted in "disfiguring permanent alopecia." Her husband, Jim Kinderdine, alleged loss of spousal consortium.[3]

---

[1] *See* Ex.18, Voluntary Petition for Individuals Filing for Bankruptcy, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 1 (S.D. Ohio Nov. 03, 2016).

[2] See Ex. 6, Affidavit of Jennifer L. Lawrence, Esq.

[3] *See* Ex. 1, Complaint and Jury Demand, Case 2:17-cv-00348, Doc. 1 (E.D. La. Jan. 13, 2017).

4. Mrs. Kinderdine's bankruptcy case was closed on May 4, 2017 in the United States Bankruptcy Court for the Southern District of Ohio. [4]

5. On May 17, 2018, Plaintiff filed a Debtor's Motion to Reopen Case stating that "debtor has a claim against a chemotherapy drug manufacturer" and "a lawsuit is pending."[5]

6. On June 14, 2018, the Bankruptcy Court denied the motion stating "the Claim appears to remain property of the estate to be pursued and administered by the Chapter 7 Trustee as he determines appropriate. 11 U.S.C. § 554. Absent the Debtor pursuing this claim on behalf of the estate derivatively, any motion to reopen to pursue this asset would need to be filed by the Chapter 7 Trustee, not the Debtor." [6]

7. On July 23, 2018, the United States Trustee in order to administer Plaintiff's asset for the benefit of the estate's creditors, filed a Motion to Reopen Chapter 7 Case[7] and an Amended Motion to Reopen Chapter 7 Case stating, "the primary reason for the Motion is to allow a Chapter 7 Trustee to administer an undisclosed asset."[8]

8. On July 25, 2018, the Bankruptcy Court reopened the bankruptcy and stated, "the Court finds that good cause has been shown to grant the Motion so that a Chapter 7 Trustee can administer assets for the benefit of creditors."[9]

9. On August 12, 2018, the United States Trustee ordered "that the Debtor's Discharge entered on April 13, 2017 [DN 12], in the bankruptcy case known as *In re Christine A.*

---

[4] *See* Ex. 9, Debtor's Motion to Reopen Case, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 14 (S.D. Ohio May 17, 2018).

[5] *See* Ex. 9, Debtor's Motion to Reopen Case, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 14 (S.D. Ohio May 17, 2018).

[6] *See* Ex. 10, Order Denying Motion to Reopen Case, Without Prejudice (Doc. 14), *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 15 (June 14, 2018).

[7] *See* Ex. 11, Motion to Reopen Chapter 7 Case Under 11 U.S.C. §350 (b) and Appoint Chapter 7 Trustee; And Memorandum in Support, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 17 (July 23, 2018).

[8] *See* Ex. 11, Amended Motion to Reopen Chapter 7 Case Under 11 U.S.C. §350 (b) and Appoint Chapter 7 Trustee; And Memorandum in Support, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 18 (S.D. Ohio July 23, 2018).

[9] *See* Ex. 12, Order Granting Motion to Reopen Chapter 7 Case [DN 18], *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 21 (S.D. Ohio July 25, 2018).

*Kinderdine,* Case No. 16-33425, is hereby REVOKED, and the Debtor's Discharge is hereby WAIVED under 11 U.S.C. § 727(a) (10)." [10]

10. The Trustee, on August 10, 2018, filed an Application to Employ Special Counsel in regard to Mrs. Kinderdine's present lawsuit. The Application states that "Applicant wishes to employ Anne L. Gilday and the Lawrence Firm, P.S.C. for the purpose of representing the estate to recover damages suffered by the Debtor as the result of taking TAXOTERE (docetaxel), a prescription medication used in the treatment of breast cancer. Applicant has selected Ms. Gilday and the Lawrence Firm for the reason they have considerable experience in matters of this kind and are familiar with the factual and legal issues involved in this matter." [11]

Respectfully submitted,

/s/ Anne L. Gilday
Anne L. Gilday (OH Bar No. 0076612)
Jennifer L. Lawrence (OH Bar No. 0066864)
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, KY 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
Jenn.lawrence@lawrencefirm.com
Anne.gilday@lawrencefirm.com
*Attorneys for Plaintiffs*

---

[10] *See* Ex. 13, Agreed Order Revoking and Waiving Discharge, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 28 (S.D. Ohio August 12, 2018).

[11] *See* Ex.14, Trustee's Application to Employ Special Counsel, *In re Christine A. Kinderdine,* No. 3:16-bk-33425 Doc. 26 (S.D. Ohio August 10, 2018).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2018, a true and correct copy of the *Plaintiffs' Statement of Uncontested Facts* was served upon the following through the Court's ECF Filing system:

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue- Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592- 5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Rand_nolen@fleming-law.com
*Co-Counsel for Plaintiffs*

/s/ Anne L . Gilday
Anne L. Gilday