# EXHIBIT 2

Electronically Signed By: Romer MD, Mark MD 05/26/2015 01:03:36 PM

Kinderdine, Christine A (MR# E776427)

CSN 459825 494

## Integrated ONCOLOGY
Laboratory Specialty Testing Group

### HER2 FISH Analysis

| Patient Name | | | Order # | Specimen # | Case # |
|---|---|---|---|---|---|
| Oxley, Christine A | | | 14-84100 | 52495104-NY | 52521610 |
| Birth Date | Age | Gender | Client Specimen ID | Account # | |
| 02/01/1964 | 50 Y | Female | SS14-3918-A | 500471 | |

Referring Physician:
Richard Pelstring   MD
Tel: 937-395-8849
Fax: 937-395-8350

Client Hospital ID
E776427

Kettering Medical Center
Kettering Medical Center
3535 Southern Boulevard
Kettering   OH   45429
USA

Collection Date: 12/17/2014
Received Date: 12/20/2014
Container(s) Received: 1 Block Paraffin

Clinical Summary and Indication:
Infiltrating ductal carcinoma.

Body Site:
Breast, Left Two O'Clock

| Marker | Result | Interpretation |
|---|---|---|
| HER2/CEP17 | 4.4 | Positive |


HER2/CEP17

**Fixation Information:**
Fixative: Formalin
Time to Fixation: 0 minutes
Duration of Fixation: 6-72 hour(s)
Note: Time to Fixation = Cold Ischemic Time

**HER2 FISH Results:**
Number of tumor cells counted: 20+20
Number of observers: 2
Average HER2 copy number: 10.45
Average CEP17 copy number: 2.38
Ratio of average HER2/CEP17: 4.4
Sample Adequate for Analysis: Yes

Control Results: External (amplified, equivocal, nonamplified) and internal controls perform as expected.

DAKO™ HER2 IQFISH pharmDX™ is FDA approved for use in detecting HER2 gene amplification via fluorescence in situ hybridization (FISH). DAKO™ and HER2 IQFISH pharmDx™ are trademarks of DakoCytomation Denmark.

**HER2 FISH Reference Range**
Negative: ratio < 2.0 with average HER2 copy # < 4.0
Equivocal: ratio < 2.0 with average HER2 copy # ≥ 4.0 and < 6.0
 *Must be confirmed by alternative assay
Positive: ratio ≥ 2.0 with average HER2 copy # ≥ 4.0
 ratio < 2.0 with average HER2 copy # ≥ 6.0
Indeterminate: technical issues prevent assay from being conclusive
 Assay must be repeated before diagnosis can be rendered

Results and interpretations follow the ASCO/CAP guidelines. A result between 1.8 and 2.2 is to be viewed with caution and evaluated with 40 total cells (per FDA approved DAKO™ HER-2 IQ FISH pharm DX™ package insert). Result is the average dual-probe HER2/Chromosome 17 ratio and average HER2 copy number in tumor cell nuclei. Reference range interpretations are provided only as guidelines and should be used in context with other clinical findings. A PDF of the references ranges, specimen handling and intended use for the reported tests can be viewed at www.integratedoncology.com/ranges.

Reference: Wolff AC, Hammond ME, Hicks DG, et al: Recommendations for HER2 Testing in Breast Cancer. ASCO/CAP Clinical Practice Guideline Update. J Clin Oncol. 2013 Nov 1; 31(31):3997-4013. Please call Integrated Oncology for additional references.

Known positive cells or tissues are tested with each marker, examined to ensure positivity, and returned with each case.

Electronically Signed By
Darcy Broughel-Baer, D.O., M.P.H.   800-447-5816

Date
12/24/2014

Testing performed at Esoterix Genetic Laboratories, LLC 521 W 57th Street   6th Floor New York   NY   10019   800-447-8931   Bruce C. Horten, M.D.   Medical Director CLIA# 33D0963304   1 of 2

Kinderdine, Christine A (MR# E776427)

**Integrated ONCOLOGY**
LabCorp Specialty Testing Group

**HER2 FISH Analysis**

Patient Name
Oxley, Christine A

Order # 14-84100
Specimen # 52495104-NY
Case # 52521610

This interpretation or diagnosis is contingent on the specimen and the clinical information received. This analysis is an adjunct to the evaluation of the referring physician and does not represent a final diagnosis. Integrated Oncology is a business unit of Esoterix Genetic Laboratories, LLC, a wholly-owned subsidiary of Laboratory Corporation of America Holdings.
Testing performed at Esoterix Genetic Laboratories, LLC 521 W 57th Street  6th Floor New York  NY  10019  800-447-8881  Bruce D. Horten, M.D.  Medical Director CLIA# 33D0633194

2 of 2