# EXHIBIT 3

**Greater Dayton Cancer Center**

266295
Kinderdine, Christine A.
dob 2/1/1964 (53 years) Female
Mark Romer, MD

## MED ADMIN RECORD

| Date | Drug | Dose | Units | Route | Actual Time | Administered By |
|---|---|---|---|---|---|---|
| Fri, Dec 18, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 1:10 PM | Rachel Harlow, RN |
| Mon, Nov 30, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 2:00 PM | Annette Kirk, RN |
| Fri, Nov 06, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 1:07 PM | Rachel Harlow, RN |
| Thu, Oct 15, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 8:17 AM | Patty D'Allessandris, RN |
| Fri, Sep 25, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 8:44 AM | Rachel Harlow, RN |
| Thu, Sep 03, 2015 | trastuzumab (Herceptin) | 320 | mg | IV | 9:15 AM | Jana Brusca |
| Fri, Aug 14, 2015 | trastuzumab (Herceptin) | 320 | mg | IV | 8:26 AM | Rachel Harlow, RN |
| Mon, Jul 27, 2015 | trastuzumab (Herceptin) | 320 | mg | IV | 8:20 AM | Rachel Harlow, RN |
| Thu, Jul 02, 2015 | trastuzumab (Herceptin) | 320 | mg | IV | 8:32 AM | Emily Cone |
| Fri, Jun 12, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 8:53 AM | Jana Brusca |
| Fri, May 22, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 8:10 AM | Rachel Harlow, RN |
| Thu, Apr 30, 2015 | trastuzumab (Herceptin) | 330 | mg | IV | 8:20 AM | Rachel Harlow, RN |
| Fri, Apr 10, 2015 | pegfilgrastim (Neulasta) | 6 | mg | subQ | 2:08 PM | Michelle Lawson Deleted at 6/8/2015 10:10 AM (ID=206) |
| Thu, Apr 09, 2015 | Carboplatin | 625 | mg | IV | 11:08 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | DOCEtaxel (Taxotere) | 115 | mg | IV | 10:05 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | trastuzumab (Herceptin) | 336 | mg | IV | 9:30 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | palonosetron (Aloxi) | 0.25 | mg | IV | 9:29 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | fosaprepitant (Emend for Injection) | 150 | mg | IV | 9:08 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | dexamethasone | 12 | mg | IV | 9:08 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | diphenhydrAMINE (Benadryl) | 25 | mg | IV | 9:06 AM | Rachel Harlow, RN |
| Thu, Apr 09, 2015 | pertuzumab (Perjeta) | 420 | mg | IV | 8:34 AM | Rachel Harlow, RN |
| Mon, Mar 23, 2015 | pegfilgrastim (Neulasta) | 6 | mg | subQ | 8:05 AM | Emily Cone |
| Fri, Mar 20, 2015 | Carboplatin | 625 | mg | IV | 11:50 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | DOCEtaxel (Taxotere) | 115 | mg | IV | 10:45 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | trastuzumab (Herceptin) | 336 | mg | IV | 10:10 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | palonosetron (Aloxi) | 0.25 | mg | IV | 10:03 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | fosaprepitant (Emend for Injection) | 150 | mg | IV | 9:42 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | dexamethasone | 12 | mg | IV | 9:42 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | diphenhydrAMINE (Benadryl) | 25 | mg | IV | 9:39 AM | Rachel Harlow, RN |
| Fri, Mar 20, 2015 | pertuzumab (Perjeta) | 420 | mg | IV | 9:05 AM | Rachel Harlow, RN |
| Thu, Mar 05, 2015 | dexamethasone | 10 | mg | IV | 11:48 AM | Emily Cone |
| Thu, Mar 05, 2015 | granisetron (Kytril) | 1 | mg | IV | 11:47 AM | Emily Cone |
| Fri, Feb 27, 2015 | pegfilgrastim (Neulasta) | 6 | mg | subQ | 3:35 PM | Michelle Lawson Deleted at 6/8/2015 10:10 AM (ID=206) |
| Thu, Feb 26, 2015 | Carboplatin | 750 | mg | IV | 12:43 PM | Jana Brusca |
| Thu, Feb 26, 2015 | DOCEtaxel (Taxotere) | 145 | mg | IV | 11:40 AM | Jana Brusca |
| Thu, Feb 26, 2015 | trastuzumab (Herceptin) | 572 | mg | IV | 10:39 AM | Jana Brusca |
| Thu, Feb 26, 2015 | pertuzumab (Perjeta) | 420 | mg | IV | 9:35 AM | Jana Brusca |
| Thu, Feb 26, 2015 | fosaprepitant (Emend for Injection) | 150 | mg | IV | 9:10 AM | Jana Brusca |
| Thu, Feb 26, 2015 | dexamethasone | 12 | mg | IV | 9:10 AM | Jana Brusca |
| Thu, Feb 26, 2015 | diphenhydrAMINE (Benadryl) | 25 | mg | IV | 9:07 AM | Jana Brusca |
| Thu, Feb 26, 2015 | palonosetron (Aloxi) | 0.25 | mg | IV | 9:05 AM | Jana Brusca |
| Thu, Feb 12, 2015 | dexamethasone | 10 | mg | IV | 12:05 PM | Jana Brusca |
| Thu, Feb 12, 2015 | granisetron (Kytril) | 1 | mg | IV | 12:02 PM | Jana Brusca |
| Fri, Feb 06, 2015 | pegfilgrastim (Neulasta) | 6 | mg | subQ | 1:36 PM | Michelle Lawson Deleted at 6/8/2015 10:10 AM (ID=206) |
| Thu, Feb 05, 2015 | Carboplatin | 650 | mg | IV | 12:30 PM | Jana Brusca |
| Thu, Feb 05, 2015 | DOCEtaxel (Taxotere) | 120 | mg | IV | 11:21 AM | Jana Brusca |
| Thu, Feb 05, 2015 | trastuzumab (Herceptin) | 353 | mg | IV | 10:50 AM | Jana Brusca |
| Thu, Feb 05, 2015 | fosaprepitant (Emend for Injection) | 150 | mg | IV | 10:23 AM | Jana Brusca |
| Thu, Feb 05, 2015 | dexamethasone | 12 | mg | IV | 10:23 AM | Jana Brusca |
| Thu, Feb 05, 2015 | diphenhydrAMINE (Benadryl) | 25 | mg | IV | 10:20 AM | Jana Brusca |
| Thu, Feb 05, 2015 | palonosetron (Aloxi) | 0.25 | mg | IV | 10:18 AM | Jana Brusca |
| Thu, Feb 05, 2015 | pertuzumab (Perjeta) | 420 | mg | IV | 9:15 AM | Jana Brusca |
| Mon, Jan 19, 2015 | pegfilgrastim (Neulasta) | 6 | mg | subQ | 1:50 PM | Michelle Lawson Deleted at 6/8/2015 10:10 AM (ID=206) |

**Greater Dayton Cancer Center**

266295
Kinderdine, Christine A.
dob 2/1/1964 (53 years) Female
Mark Romer, MD

## MED ADMIN RECORD

| Date | Drug | Dose | Units | Route | Actual Time | Administered By |
|---|---|---|---|---|---|---|
| Fri, Jan 16, 2015 | Carboplatin | 600 | mg | IV | 2:53 PM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | DOCEtaxel (Taxotere) | 120 | mg | IV | 1:51 PM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | fosaprepitant (Emend for Injection) | 150 | mg | IV | 12:55 PM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | dexamethasone | 12 | mg | IV | 12:55 PM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | diphenhydrAMINE (Benadryl) | 25 | mg | IV | 12:53 PM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | palonosetron (Aloxi) | 0.25 | mg | IV | 12:51 PM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | trastuzumab (Herceptin) | 470 | mg | IV | 10:54 AM | Annette Kirk, RN |
| Fri, Jan 16, 2015 | pertuzumab (Perjeta) | 840 | mg | IV | 8:50 AM | Annette Kirk, RN |

Printed: 4/20/2017 8:12:38 AM                    Page 2                    Copyright 2017 IntrinsiQ and Cerner Multum, Inc. All rights reserved.