# EXHIBIT 4

Page 1

1           UNITED STATES DISTRICT COURT
2             EASTERN DISTRICT OF LOUISIANA
3                      *  *  *
4    CHRISTINE KINDERDINE AND
5    JIM KINDERDINE,
6          Plaintiffs,
7          vs.            CASE NO. 2:17-CV-00348-KDE-MBN
8    ACCORD HEALTHCARE, INC.,
9          Defendant.
10                     *  *  *
11         Deposition of CHRISTINE KINDERDINE,
12   Plaintiff herein, called by the Defendant for
13   cross-examination pursuant to the Rules of Civil
14   Procedure, taken before me, Stacey L. Kimmel, a
15   Notary Public in and for the State of Ohio, at the
16   offices of Mike Mobley Reporting, 334 South Main
17   Street, Dayton, Ohio, on Thursday, April 19, 2018,
18   at 8:58 o'clock a.m.
19                     *  *  *
20
21
22
23
24
25       Job No. NJ2862592

1  Q. How are you doing financially
2  since the final discharge?
3  A. Better. My husband got the new
4  job at Fuyao and so he's making a little bit
5  more money so --
6  Q. Good. How is your health today
7  overall?
8  A. I would say it's pretty good.
9  Q. You've been going for
10  follow-ups --
11  A. Yes.
12  Q. -- with your oncologist?
13  A. Yes.
14  Q. And I assume everything's doing
15  fine?
16  A. Yes.
17  Q. Okay. Good. And you have no
18  other health complaints at this time?
19  A. No.
20  Q. Okay. Specific to hair loss, what
21  are the specifics of the injuries you are
22  claiming with respect to your use of docetaxel?
23  A. Hair loss.
24  Q. Can you describe your hair loss?
25  A. My -- the hair on top of my

1  head -- I mean, I'm willing to show you, if
2  you'd like.
3          Q.   We can wait till the end.
4          A.   Very thin, especially -- I don't
5  know what part of the head you would call this
6  but front area, my eyebrows and eyelashes are a
7  lot thinner and I always have very fine blonde
8  hair on my legs and arms so I don't -- I can't
9  really tell.  I wasn't a really hairy person to
10 begin with on my arms or legs so --
11         Q.   Describe your hair to me, let's
12 say, the year before you started chemotherapy
13 treatment.
14         A.   Probably shoulder length or just
15 below shoulder.  I had naturally curly hair
16 and --
17         Q.   Did you ever wear it curly?
18         A.   Not a lot.
19         Q.   So you would use blow dryers or
20 straighteners to straighten your hair?
21         A.   Just a blow dryer.
22         Q.   Was that daily that you would have
23 to blow dry your hair?
24         A.   Every other.
25         Q.   Would you describe your

Page 47

1  pre-chemotherapy hair as thick or thin in
2  texture?
3       A.   I wouldn't say it was thick or
4  thin.  I would say it was just average, medium.
5  I didn't have super thick hair, but it wasn't
6  thin.
7       Q.   In your PFS, the plaintiff fact
8  sheet, you noticed that you had bald spots --
9  it said physical bald spots on your head no
10 matter how you style your hair; is that
11 correct?
12      A.   Yes, up front, yes.
13      Q.   How large were they?  You're just
14 saying it was the entire front areas that was
15 completely bald?
16      A.   Yes.
17      Q.   And is that still the case?
18      A.   Yes.
19      Q.   How has the texture, thickness or
20 color of your hair changed after docetaxel
21 treatment?
22      A.   Well, color, I don't really know
23 what color it was before since I had it
24 highlighted but it's -- there's a lot less of
25 my hair.  It's very fine and I can't really

```
 1   tell if it's curly or not because there's not
 2   really any length to it.
 3        Q.   Is it different length in
 4   different areas like if -- has it grown back in
 5   inconsistent places other than this part up
 6   here which you were saying is not growing back?
 7        A.   Yes.
 8        Q.   That wasn't a very clear question
 9   so I'm going to rephrase it.  In the areas
10   where your hair has grown back, has the rate of
11   regrowth been consistent or inconsistent?
12        A.   Has the rate of regrowth been
13   consistent or inconsistent with what?
14        Q.   Is it thicker in some areas than
15   others?
16        A.   I would say yes.
17        Q.   Where is it thicker?
18        A.   In the back of my head.
19        Q.   The plaintiff fact sheet also
20   documents that you had permanent or persistent
21   loss of genital hair; is that accurate?
22        A.   When I was going through my
23   treatment.
24        Q.   And that has resolved?
25        A.   Yes, but it's not as thick as it
```

```
 1  was before.
 2          Q.   Okay.  And the same with nasal
 3  hair, permanent -- is it true that you have
 4  permanent, persistent loss of nasal hair?
 5          A.   I really couldn't tell you about
 6  that.
 7          Q.   Do you have permanent or
 8  persistent loss of ear hair?
 9          A.   I don't know about that either.
10          Q.   Are there any other symptoms you
11  are experiencing or have been experiencing
12  recently which you attribute to docetaxel that
13  we have not discussed?
14          A.   No.
15               MR. NOLEN:  We've been going an hour.
16  Can we take a break?
17               MS. SWEET:  Absolutely, perfect spot.
18               (Pause in proceedings.)
19          Q.   Miss Kinderdine, I forgot to ask
20  you one question about your bankruptcy.  Are
21  you aware when your bankruptcy was discharged?
22          A.   I don't know offhand.
23          Q.   Do you know if it was after you
24  filed your lawsuit?
25          A.   I don't remember at all.
```