# EXHIBIT 5

Page 1

1    UNITED STATES DISTRICT COURT
2    EASTERN DISTRICT OF LOUISIANA
3                  * * *
4    CHRISTINE KINDERDINE AND
5    JIM KINDERDINE,
6        Plaintiffs,
7        vs.           CASE NO. 2:17-CV-00348-KDE-MBN
8    ACCORD HEALTHCARE, INC.,
9        Defendant.
10                 * * *
11       Deposition of CHRISTINE KINDERDINE,
12   Plaintiff herein, called by the Defendant for
13   cross-examination pursuant to the Rules of Civil
14   Procedure, taken before me, Stacey L. Kimmel, a
15   Notary Public in and for the State of Ohio, at the
16   offices of Mike Mobley Reporting, 334 South Main
17   Street, Dayton, Ohio, on Thursday, April 19, 2018,
18   at 8:58 o'clock a.m.
19                 * * *
20
21
22
23
24
25       Job No. NJ2862592

1  wasn't making much money because he wasn't
2  working much, so he ultimately decided not to
3  continue with nursing and I just didn't have
4  the money to pay.
5       Q.   And you had bills from cancer
6  treatment; correct?
7       A.   Yes.
8       Q.   I saw in some of the bills that
9  were in the binder that I looked at -- I'm not
10 sure that I had seen them before.  I'm not
11 saying you guys hadn't produced them already --
12 but there were references in the billing
13 records that amounts had been written off.  Is
14 it your understanding that those bills from
15 your chemotherapy were discharged as part of
16 your bankruptcy?
17      A.   Yes.
18      Q.   So on this petition there's really
19 no place for you to, like, sign your name but
20 you approved of the filing of this document;
21 correct?
22      A.   Yes.
23      Q.   And it was accurate and complete
24 to the best of your knowledge?
25      A.   To the best of my knowledge, yes.

1    Q.   How are you doing financially
2  since the final discharge?
3    A.   Better.  My husband got the new
4  job at Fuyao and so he's making a little bit
5  more money so --
6    Q.   Good.  How is your health today
7  overall?
8    A.   I would say it's pretty good.
9    Q.   You've been going for
10 follow-ups --
11   A.   Yes.
12   Q.   -- with your oncologist?
13   A.   Yes.
14   Q.   And I assume everything's doing
15 fine?
16   A.   Yes.
17   Q.   Okay.  Good.  And you have no
18 other health complaints at this time?
19   A.   No.
20   Q.   Okay.  Specific to hair loss, what
21 are the specifics of the injuries you are
22 claiming with respect to your use of docetaxel?
23   A.   Hair loss.
24   Q.   Can you describe your hair loss?
25   A.   My -- the hair on top of my