# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: CHRISTINE AND JIM KINDERDINE       Plaintiffs, v. ACCORD HEALTHCARE, INC.,       Defendant. | : : : : : : : : : : : | CASE NO: 2:17-CV-00348-KDE-MBN HON. JANE TRICHE MILAZZO |

### AFFIDAVIT OF JENNIFER L. LAWRENCE, ESQ.

STATE OF KENTUCKY  )
                                    ) SS:
COUNTY OF KENTON   )

Jennifer L. Lawrence, Esq. of The Lawrence Firm, P.S.C. being duly cautioned and sworn, states as follows:

1. I am an attorney licensed to practice law in the states of Ohio and Kentucky.

2. I am an attorney employed with The Lawrence Firm, PSC.

3. I along with Anne Gilday of our office represent Christine and Jim Kinderdine in the above-captioned matter.

4. Defendants have erroneously argued in their Motion that Plaintiffs engaged our office to represent them prior to or at the time of the filing of the bankruptcy petition.

5. Our office was not hired until January 7, 2017 to represent Christine and Jim Kinderdine concerning any and all claims against the manufacturers of Taxotere (docetaxel).

_____                    8/16/18
Jennifer L. Lawrence, Esq.                                      Date

Sworn and subscribed before me, a Notary Public on this 16 day of August 2018.

_____
Notary Public, State at Large

My Commission Expires: 6/11/2022