# EXHIBIT 7

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Christine Kinderdine, also known as Christine Oxley

DATE OF BIRTH: 02 / 01 / 1964             SSN: 290 / 74 / 2753

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

SANOFI AVENTIS US LLC
☐ 0075-8003-01
☐ 0075-8004-04

SANOFI AVENTIS US LLC
d/b/a WINTHROP US
☐ 0955-1020-01
☐ 0955-1021-04

HOSPIRA, INC.
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

McKESSON PACKAGING
☐ 63739-932-11
☐ 63739-971-17

SANDOZ
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-02
☐ 66758-950-03

ACCORD HEALTHCARE
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT
☐ 16729-267-63
☐ 16729-267-64
☒ 16729-267-65

SAGENT PHARMACEUTICALS
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

PFIZER LABORATORIES
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

ACTAVIS PHARMA, INC.
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

DR REDDYS LAB LTD.
☐ 43598-258-11
☐ 43598-259-40

TEVA PHARMS USA
☐ 0703-5720-01
☐ 0703-5730-01

NORTHSTAR RX LLC
☐ 16714-465-01
☐ 16714-500-01

EAGLE PHARMACEUTICALS
☐ 42367-121-25
☐ 42367-121-29

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT
ADMINISTERED
TAXOL/PACLITAXEL

1 / 16 / 15
DATE OF FIRST TREATMENT

12 / 18 / 15
DATE OF LAST TREATMENT

17
# OF DOSES

Sheila Goodwin
SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

Sheila Goodwin CMA
PRINTED NAME & TITLE OF REPRESENTATIVE

4/20/17
DATE

Dayton Physicians
NAME OF PRACTICE/INFUSION CENTER

3120 Governor's Place Blvd
ADDRESS

Kettering, OH 45409
CITY, STATE, ZIP