# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

--------------------------------------------------------------

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| -------------------------------------------------------- | : | HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:   *Christine Kinderdine and*   *Jim Kinderine, 2:17-CV-00348* | : | |
| | : | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby voluntarily dismiss Defendants Sanofi SA, Aventis Pharma, S.A., Sanofi US Services, Inc.

f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis US, LLC from the above-captioned action in

the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice. Each party

to bear its own attorneys' fees and costs.

Dated: August 24, 2017

Respectfully submitted,

*/s/ Jennifer L. Lawrence*
Jennifer L. Lawrence
Anne L. Gilday
THE LAWRENCE FIRM, PSC
606 Philadelphia St.
Covington, KY 41011
859-578-9130
Jenn.lawrence@lawrencefirm.com
Anne.gilday@lawrencefirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jennifer L. Lawrence*
Jennifer L. Lawrence