# EXHIBIT 9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: Christine Kinderdine | Case No.: 16-33425<br>Chapter 7 |
| Debtor. | JUDGE HUMPHREY |

### DEBTOR'S MOTION TO REOPEN CASE

Now comes the Debtor, Christine Kinderdine, and hereby moves the Court pursuant to 11 U.S.C. 350(B), Bankruptcy Rule 5010 and L.B.R. 5010-1 to reopen the above mentioned Chapter 7 Bankruptcy case originally filed on November 3, 2016 and closed on May 4, 2017.

The Debtor has a claim against a chemotherapy drug manufacturer. A lawsuit is pending. Debtor's counsel will also be filing a Motion to Appoint Special Counsel once this case has been reopened.

WHEREFORE, the Debtor respectfully requests an order from this court granting this motion to reopen the Chapter 7 case.

Respectfully submitted by:

**COPE LAW OFFICES, LLC**
 /s/   Russ B. Cope
Russ B. Cope (0083845)
Attorney for Debtor
6826 Loop Road
Dayton, Ohio 45459
T. (937) 401-5000
F. (877) 845-1231
russ@copelawoffices.com

## NOTICE OF MOTION

Debtor has filed a Motion to Reopen in this Bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty- one (21) days from the date set forth in the certificate of service for this motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, U.S. Bankruptcy Court, Southern District of Ohio, Dayton Office, 120 West Third Street, Dayton, Ohio 45402 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Russ B Cope, Attorney for Debtor, 6826 Loop Road, Centerville, Ohio 45459

U.S. Trustee, 170 N. High St., Suite 200, Columbus, Ohio 43215

Donald Harker, 2135 Miamisburg-Centerville Road, Centerville, Ohio 45459

Christine Kinderdine, 34 Meadows Drive, Springboro, Ohio 45066

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Reopen was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by ordinary U.S. Mail on May 17, 2018 to:

Christine Kinderdine, 34 Meadows Drive, Springboro, Ohio 45066

AMCA, PO Box 1235, Elmsford, NY 10523-0935

Brandon Blackburn, 1568 W First Ave., Columbus, OH 43212

Capital One Bank Usa NA, 15000 Capital One Dr., Richmond, VA 23238

CBCS, PO Box 163218, Columbus, OH 43216

Chld/cbna, Po Box 6497, Sioux Falls, SD 57117

CompuNet Clinical Laboratories, P.O. Box 714133, Cincinnati, OH 45271

Credit Control, LLC, 5757 Phantom Dr. Suite 330, Hazelwood, MO 63042

Dayton Physicians Network, PO Box 635098, Cincinnati, OH 45263-5098

Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773

Duke Energy, PO Box 9001076, Louisville, KY 40290-1076

Fia Cs, Po Box 982238, El Paso, TX 79998

Huntington Mortgage Co., Po Box 1558, Columbus, OH 43216

IRS, Kansas City Service Center, Kansas City, MO 64999-0025

K-S Nuclear, Inc., PO Box 932151, Cleveland, OH 44193

Kettering Anesthesia Associates, Inc., P.O. Box 713089, Columbus, OH 43271-3089

Kettering Health Network, PO Box 33163, Detroit, MI 48232

Kettering Health Network, 3535 Southern Boulevard, Dayton, OH 45429

Kettering Network Radiologists, PO Box 371863, Pittsburgh, PA 15250

Monarch Recovery Management, Inc., 10965 Decatur Road, PO Box 21089 Philadelphia, PA 19154-3210

Nationwide Recovery Svc., Po Box 8005, Cleveland, TN 37320

Navient Solutions Inc., 11100 Usa Pkwy., Fishers, IN 46037

Portfolio Recovery Assoc., 287 Independence, Virginia Beach, VA 23462

Rbc, Po Box 1548, Mansfield, OH 44901

RBC, PO Box 1548, Mansfield, OH 44901-1548

Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109

Shermeta Law Group, P.C., PO Box 5016, Rochester, MI 48308-5016

Syncb/care Credit, Po Box 965036, Orlando, FL 32896

Transworld System Inc., 2235 Mercury Way Ste 275, Santa Rosa, CA 95407

United Trade, 2310 Far Hills Ave., Dayton, OH 45419

US Attorney, 602 Federal Bldg., 200 W Second, Dayton OH 45402

Warren County Court, 822 Memorial Dr., Lebanon, OH 45036

Warren County Court, 550 Justice Drive, Lebanon, OH 45036

/s/Russ B. Cope