# EXHIBIT 10

This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Guy R. Humphrey
United States Bankruptcy Judge

Dated: June 14, 2018

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re: CHRISTINE A. KINDERDINE,

    Debtor

Case No. 16-33425

Judge Humphrey
Chapter 7

### Order Denying Motion to Reopen Case, Without Prejudice (Doc. 14)

On November 3, 2016 Debtor Christine A. Kinderdine filed a voluntary Chapter 7 petition. On December 29, 2016 the Trustee filed his Report of No Distribution. The Debtor's discharge was issued on April 13, 2017 (doc. 12) and this case was subsequently closed on May 3, 2017. On May 17, 2018 counsel for the Debtor filed *Debtor's Motion to Reopen Case* (doc. 14), stating as the basis that the "Debtor has a claim against a chemotherapy drug manufacturer" and "[a] lawsuit is pending."

Although no response has been filed, and motions to reopen are routinely granted, the Motion fails to provide any basis in fact or law to grant the Motion.

The Trustee's Report of No Distribution contains no suggestion that any personal injury claim was administered or abandoned by the Trustee. Moreover, no personal injury claim was scheduled by the Debtor. For this reason, the Claim appears to remain property of

the estate to be pursued and administered by the Chapter 7 Trustee as he determines appropriate. 11 U.S.C. § 554. Absent the Debtor pursing this claim on behalf of the estate derivatively, any motion to reopen to pursue this asset would need to be filed by the Chapter 7 Trustee, not the Debtor. Moreover, had the Trustee abandoned the asset, the Debtor would be free to pursue it under applicable non-bankruptcy law.

Accordingly, the Motion to Reopen (doc. 14) is **denied, without prejudice to similar relief being sought by the Chapter 7 Trustee.**

**IT IS SO ORDERED.**

Copies to:

Default List

MaryAnne Wilsbacher, 170 North High Street, Suite 200, Columbus, Ohio 43215-2417
(Assistant United States Trustee)