# EXHIBIT 12

This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Dated: July 25, 2018

Guy R. Humphrey
United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-33425 |
| | ) | |
| CHRISTINE A. KINDERDINE, | ) | Chapter 7 |
| | ) | |
| | ) | Judge Humphrey |
| Debtor. | ) | |
| | ) | |

ORDER GRANTING MOTION TO REOPEN CHAPTER 7 CASE [DN 18]

This matter came on for consideration upon the Amended Motion by the United States Trustee for an Order to Reopen the Case under 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 filed on July 23, 2018 and served on all creditors and parties in interest [DN 18]. In light of General Order #12 of the U.S. Bankruptcy Court, Southern District of Ohio, a 21-day notice of this motion is not required. The Court finds that good cause has been shown to grant the Motion so that a Chapter 7 Trustee can administer assets for the benefit of creditors. Therefore,

IT IS HEREBY ORDERED that the Motion to Reopen Case is granted.

IT IS FURTHER ORDERED that the U.S. Trustee shall appoint a Chapter 7 Trustee.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ MaryAnne Wilsbacher
MaryAnne Wilsbacher (55764)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
(614) 469-7446 x 212
FAX 469-7448
MaryAnne.Wilsbacher@usdoj.gov
*Attorney for the U.S. Trustee*

Copies to:
All Creditors and Parties in Interest

# # #