# EXHIBIT 13

This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Guy R. Humphrey
United States Bankruptcy Judge

Dated: August 9, 2018

---

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-33425 |
| | ) | |
| CHRISTINE A. KINDERDINE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Humphrey |
| | ) | |
| | ) | |

### AGREED ORDER REVOKING AND WAIVING DISCHARGE [DN 12]

This matter came on for consideration upon the agreement of the parties after the United States Trustee approached Debtor's Counsel with his intention to file a Complaint to Revoke and Deny Discharge [DN 12]. The United States Trustee is represented by Assistant U.S. Trustee MaryAnne Wilsbacher, and Debtor is represented by Russ B. Cope, Esq. Without any admission of liability, the parties agree to the entry of this order. Good cause appearing, therefore,

IT IS HEREBY ORDERED that the Debtor's Discharge entered on April 13, 2017 [DN 12], in the bankruptcy case known as *In re Christine A. Kinderdine*, Case No. 16-33425, is hereby REVOKED, and the Debtor's Discharge is hereby WAIVED under 11 U.S.C. § 727(a)(10).

IT IS SO ORDERED.

AGREED TO FORM AND CONTENT BY:

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE FOR REGION 9


By: /s/ MaryAnne Wilsbacher
MaryAnne Wilsbacher (0055764)
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 212
Facsimile: (614) 469-7448
E-mail: MaryAnne.Wilsbacher@usdoj.gov
Attorney for the U.S. Trustee


By: /s/ Russ B. Cope by email authorization on 8/8/18
Russ B. Cope, Esq. (0083845)
Cope Law Offices, LLC
6826 Loop Road
Dayton, OH 45459
www.daytonbankruptcylawfirm.com
russ@copelawoffices.com
(937) 401-5000
Attorney for Debtor

COPIES TO:
All parties and creditors in interest

###