# EXHIBIT 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

IN RE: CHRISTINE A. KINDERDINE             CASE NO: 16-33425
                                           CHAPTER 7
            Debtors                        JUDGE HUMPHREY

## TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

The application of Donald F. Harker, III respectfully represents:

1. Applicant has been appointed trustee in the above-captioned estate.

2. Applicant wishes to employ Anne L. Gilday and the Lawrence Firm,P.S.C. for the purpose of representing the estate to recover damages suffered by the Debtor as the result of taking TAXOTERE (Docetaxel), a prescription medication used in the treatment of breast cancer. Applicant has selected Ms. Gilday and the Lawrence Firm for the reason they have considerable experience in matters of this kind and are familiar with the factual and legal issues involved in this matter.

3. Suit has been filed in the United States District Court for the Eastern District of Louisiana against Healthcare, Inc.  Debtor and her spouse Jim Kinderdine engaged the Lawrence Firm and signed a fee agreement on January 7,2017.

4. The fee agreement provides for a fee equal to 35% of any recovery realized.  In the event of an appeal the fee is 40% of any recovery.  No deposit has been paid by the Debtor or her spouse.  Attached hereto is a copy of the fee agreement titled Legal Contract of Representation.

5. Any final fee would be subject to application and allowance by the Court.

6. Neither Ms. Gilday nor the Lawrence Firm  have been paid any retainer.

7. Attached hereto is the Affidavit of Anne L. Gilday  as required by LBR 2014-1.

WHEREFORE, applicant prays that he be authorized to employ Ms. Gilday and the Lawrence Firm under the same terms set forth in the Legal Contract of Representation and for such other relief as may be proper and necessary.

/s/ Donald F. Harker, III
Donald F. Harker, III(0018048)
Attorney for Trustee
2135 Miamisburg-Centerville Rd.
Centerville, Ohio 45459

937/371-5676
dharkerlaw@gmail.com

## NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL AND OPPORTUNITY TO OBJECT

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Application, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a written response explaining your position by mailing your response by regular U.S. Mail to **U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402,** OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by (1) the court's ECF System or by (2) regular U.S. Mail, to **Donald F. Harker, III, 2135 Miamisburg-Centerville Rd., Centerville, Ohio 45459**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further hearing or notice.

Date of Service: August 10,2018          /s/ Donald F. Harker, lll
                                         Donald F. Harker, III, Trustee

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the preceding Trustee's Application To Employ Special Counsel  was served this 10th day of August, 2018 on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Russ B. Cope
US Trustee

**and on the following by ordinary U.S. Mail addressed to:**

Christine Kinderdine, 34 Meadows Dr., Springboro, OH 45066
Anne L. Gilday, The Lawrence Firm, 606 Philadelphia St., Covington, KY 41011

/s/ Donald F. Harker, lll
Donald F. Harker, III