**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| MARY DOTSON, | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 2:18-cv-00722 |
| ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., and SANDOZ INC., | : : : : | |
| Defendants. | : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Mary Dotson, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, MARY DOTSON, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on February 20, 2018, shortly after she became aware of claims associated with Taxotere use.

Subsequent to the filing of her Short Form Complaint, it came to counsel's attention through contact with Plaintiff's daughter, that Plaintiff has passed away. Plaintiff's daughter, Nakia Dotson, has provided counsel with a copy of the Letters of Administration naming her as the administrator to the estate of the decedent filed with the State of Mississippi, in the Chancery Court of Jefferson County. (See Exhibit A).

Plaintiff, therefore, desires to amend the Complaint to substitute Nakia Dotson, individually, and as Personal Representative for the Estate of Mary Dotson in place of Mary Dotson.

Dated this 17th day of August, 2018.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendants.

By:    /s/ *Michael P. McGartland*
       Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    /s/ *Michael P. McGartland*
       Michael P. McGartland