# EXHIBIT A

Book _____   Page _____

## IN THE CHANCERY COURT OF JEFFERSON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
MARY L. DOTSON, DECEASED           PROBATE NO. 2018-087

### LETTER OF ADMINISTRATION

STATE OF MISSISSIPPI

COUNTY OF JEFFERSON

June 15th, 2018

WHEREAS, MARY L. DOTSON, deceased late of said County, died intestate, having at the time of her death divers, goods and chattels, rights and credits, within this State; and whereas NAKIA DOTSON has applied to said Court for Letters of Administration, and has complied with the law, and is entitled to such Letters:

THEREFORE, we do give, grant and commit to the said NAKIA DOTSON the administration of all and singular, the goods and chattels, rights and credits of the said intestate, with full power to take the same into his possession, and to ask, levy, sue for, recover and receive the same wherever they may be, and to pay the debts of said intestate, so far as the assets will extend, and to fully execute the law in the premises.

WITNESS my hand and the Seal of said Court, this 15th day of June, 2018.



Chancery Clerk of Jefferson County, Mississippi

By L. Rankin _____, D.C.

State of Mississippi   County of Jefferson
Filed for record this the 15th day of
June _____ A.D. 2018 at _____
o'clock _____ m.
Delorise Frye, Clerk
By L. Rankin _____ D.C.

Book _____ Page _____

STATE OF MISSISSIPPI

COUNTY OF JEFFERSON

I, Delorise Frye, Clerk of the Chancery Court of said County, hereby certify that the foregoing Instrument contains a true and correct copy of Letters of Administration issued to NAKIA DOTSON, Administratrix of the Estate of MARY L. DOTSON, Deceased, Probate Number 2018-087 on the Docket of the Chancery Court of Jefferson County, Mississippi, as the same appears on file and of record in my said office.

Witness my hand and seal of said Court this 15th day of June, 2018.

Chancery Clerk of Jefferson County, Mississippi

By L. Rankin, D.C.