# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| MARY DOTSON, | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 2:18-cv-00722 |
| ACCORD HEALTHCARE, INC., HOSPIRA, INC., | : | |
| HOSPIRA WORLDWIDE, LLC, f/k/a, HOSPIRA, | : | |
| WORLDWIDE, INC., SANDOZ INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
## AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT