UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL. 2740 ) ) CASE NO.: 2:17-cv-06002 ) ) HONORABLE JUDGE JAN T. MILAZZO |
| ------------------------------------------ THIS DOCUMENT APPLIES TO: *Shirley R. Holmes v. Sanofi Aventis US LLC, et al.* | ) ) ) ) ) ) |

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rules of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information or objects upon the Baptist Memorial Hospital Golden Triangle Oncology.

Dated this 17th day of August, 2018

                                                                                                                              Respectfully Submitted,

                                                                                                                              JONES WARD PLC

                                                                                                                              /s/ Alex C. Davis_____
                                                                                                                              Alex C. Davis (KY #94899)
                                                                                                                              The Pointe; 1205 E. Washington St., Ste 111
                                                                                                                              Louisville, KY 40206
                                                                                                                              Tel: (502) 882-6000
                                                                                                                              Fax: (502) 587-2007
                                                                                                                              [alex@jonesward.com](mailto:alex@jonesward.com)
                                                                                                                              *Counsel for Shirley R. Holmes*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Service of Subpoena to produce Documents, Information, or Objects has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: August 17, 2018                            */s/ Alex C. Davis*
                                                  Alex. C. Davis

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE, LLC
400 Poydras Street
Ste. 700
New Orleans, LA 70130
noproductid@shb.com

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-Taxorere-ProdID@gtlaw.com

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
noproductid@tuckerellis.com

Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
noproductid@mofo.com

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
docenoprodid@hinshawlaw.com

Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Ste. 2800
Cincinnati, OH 45202
cmo12@ulmer.com