UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL. 2740 ) ) CASE NO.: 2:16-cv-17738 ) ) HONORABLE JUDGE JAN T. ) MILAZZO |
| ------------------------------------------ THIS DOCUMENT APPLIES TO: *Wylina Highsmith v. Sanofi Aventis US LLC, et al.* | ) ) ) ) ) ) |

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rules of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information or objects upon the NYU Langone Perlmutter Cancer Center.

Dated this 17th day of August, 2018

                                            Respectfully Submitted,

                                            JONES WARD PLC

                                            /s/ Alex C. Davis_____
                                            Alex C. Davis (KY #94899)
                                            The Pointe; 1205 E. Washington St., Ste 111
                                            Louisville, KY 40206
                                            Tel: (502) 882-6000
                                            Fax: (502) 587-2007
                                            alex@jonesward.com
                                            *Counsel for Wylina Highsmith*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Service of Subpoena to produce Documents, Information, or Objects has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: August 17, 2018                                  /s/ Alex C. Davis
                                                        Alex. C. Davis

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Ste. 700
New Orleans, LA 70130
noproductid@shb.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com