UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: 16-cv-17345 | | |

# **ORDER**

Before the Court is Plaintiff's Unopposed Motion to Continue Submission (Rec. Doc. 3677), relating to her Contested Motion to Amend Complaint (Rec. Doc. 3485);

**IT IS ORDERED** that the Motion is GRANTED and the submission date for the Contested Motion to Amend Complaint (Rec. Doc. 3485) is continued to September 19, 2018.

New Orleans, Louisiana this 16th day of August, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE