UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL No. 16-2740 |
| | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw (Rec. Doc. 3763) seeking to withdraw their previously filed Second Motion for Extension of Time to File Plaintiff Fact Sheet (Rec. Doc. 3664);

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 17th day of August, 2018.

_____
Honorable Jane T. Milazzo
United States District Court Judge