IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| RAMONA PALMORE-HANES, | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | |
| | : | Civil Action No. 2:18-cv-05678 |
| SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | : : : : | |
| Defendants. | : : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Ramona Palmore-Hanes, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, RAMONA PALMORE-HANES, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on June 6, 2018, shortly after she became aware of claims associated with Taxotere use.

Subsequent to the filing of her Short Form Complaint, an error was noticed that her first and last names were spelled incorrectly and erroneously reflected RAMONA PALMORE-HANES. The correct spelling of her first and last names ROMONA PALMORE-HAYNES.

Plaintiff, therefore, desires to amend the Complaint to substitute ROMONA PALMORE-HAYNES in place of RAMONA PALMORE-HANES in order to reflect the correct spelling of her name.

Dated this 20th day of August, 2018.

                  Respectfully submitted by,

                  /s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

Christopher L. Coffin
LA Bar No. 27902
Nicholas R. Rockforte
LA Bar No. 31305
Jessica A. Perez
LA Bar 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant.

                  By:    /s/ *Michael P. McGartland*
                           Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland