**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | **MDL NO. 2740** SECTION "H" (5) |
| Angela Dugan | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| Sanofi et al. | |
| Defendants. | |
| Civil Case No: 2:17-cv-17194 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter, each party to bear its own costs.  Plaintiff seeks this dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of August, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027

Phone: (713) 622-7271
bbinstock@reichandbinstock.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 20, 2018                    /s/ *Robert Binstock*
                                          Robert Binstock