## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH** |
| **SHELIA MAUPIN V. HOSPIRA, INC., ET AL, 2:17-cv-13889** | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff (Rec. Doc. 3771);

IT IS ORDERED that Plaintiff Olisha Blessing, as surviving natural daughter, is substituted for Plaintiff Shelia Maupin as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana this 17th day of August, 2018.

United States District Judge