UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>MARIAN PACKER v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 2:17-CV-15688 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Marian Packer's claims against all Defendants be dismissed with prejudice, each party to bear its own costs.

Dated this 20th day of August 2018.

By: /s/ Samuel M. Wendt
Samuel M. Wendt MO#553933
Wendt Law Firm, P.C.
1100 Main Street, Ste 2610
Kansas City, MO 64105
Phone: (816) 531-4415
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

By: /s/ Kelly Bieri
Kelly Bieri
Harley Ratliff
SHOOK, HARDY & BACON L.L.P. 2555 Grand Blvd.
Kansas City, MO 64108
P: (816) 474-6550
F: (816) 421-5547
KBIERI@shb.com
HRATLIFF@shb.com
Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.
Dated: August 3, 2018

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*