UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>17-cv-05968 | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Rec. Doc. 3586);

**IT IS ORDERED** that the Motion is GRANTED and Plaintiff may file the Amended Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana this 16th day of August, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE