# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| EVELYN CRAWFORD v. SANDOZ INC., Case No. 2:17-cv-12045 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. as Named Defendants (Rec. Doc. 3622);

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge