UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 16-2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Schelaundye Blake v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15019* | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Rec. Doc. 3665);

IT IS ORDERED that the Plaintiff may file her Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
Hon. Jane Triche Milazzo