UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 16-2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| *Ronika Gorden v. Sanofi US Services Inc., et al.;* <br> *Case No. 2:17-cv-15253* | : : : | |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Rec. Doc. 3669);

IT IS ORDERED that the Plaintiff may file her Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
Hon. Jane Triche Milazzo

1