# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** Vivian C. Howard<br><br>v.<br><br>Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC | Case No. 2:17-cv-13950 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Vivian C. Howard, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntarily dismisses all claims against Defendant Aventis Pharma S.A. *only* from the above-captioned case, without prejudice, with each party to bear its own costs.

Plaintiff's claims against Sanofi S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC shall remain pending.

Dated: August 20, 2018

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

*/s/ David J. Diamond*
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3985
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on August 20, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond