UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 16-2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Eunice Rodriguez v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-16038* | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Rec. Doc. 3674);

IT IS ORDERED that the Plaintiff may file her Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
Hon. Jane Triche Milazzo