UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

MARCIA MELOCIK & CHARLES MELOCIK
CASE NO.: 2:17-CV-06737

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3678);

IT IS ORDERED that Plaintiffs may file an Amended Complaint as attached to their Motion.

New Orleans, Louisiana, this 17th day of August, 2018

The Honorable Jane Triche Milazzo