UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 16-2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| IREAN MEADE v. SANOFI US SERVICES INC. F/KA SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-10449 | : : : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as Named Defendants (Rec. Doc. 3696);

IT IS ORDERED that the Plaintiff's Motion is GRANTED.

New Orleans, Louisiana, this 17th day of August, 2018.

_____
Hon. Jane Triche Milazzo