UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 16-2740 SECTION "N" (5) HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: *Pottinger v. Sanofi-Aventis U.S. LLC et al*, 2:17-cv–14835–JTM–MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3706);

**IT IS ORDERED** that the Plaintiff may file the Amended Short Form Complaint attached to Plaintiff's Motion.

New Orleans, Louisiana, this 17th day of August, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE