**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) **PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "N" (5)** |
| SUSIE WHITE, | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 2:17-CV-12183** |
| SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3724);

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 17th day of August, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT