UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 16-2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Donna Jarrel v. Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC., Case No. 2:18-cv-00349* | : : : | |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Rec. Doc. 3772);

IT IS ORDERED that the Plaintiff may file her Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 17th day of August, 2018.

_____
Hon. Jane Triche Milazzo