IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H" (5) |
| RUBY JOHNSON, | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | |
| | Civil Action No. 2:17-cv-06699 |
| HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORDLWIDE, INC., | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3786) in the above-captioned matter;

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 17th day of August, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT