# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION: "N" (5) |
| Frances E. Henderson, et al. v. Accord Healthcare Inc., et al., Civil Action No. 2:17-cv-13105 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANOFI-AVENTIS U.S., LLC, separately and d/b/a/ WINTHROP U.S. AND SUN PHARMA GLOBAL FZE

Plaintiffs Frances E. Henderson and Mark D. Henderson, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANOFI-AVENTIS U.S., LLC, separately and d/b/a/ WINTHROP U.S. and SUN PHARMA GLOBAL FZE, with each party to bear its own costs.

This Stipulation of Voluntary Dismissal with Prejudice only dismisses Plaintiff Frances E. Henderson's claims against Defendants ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANOFI-AVENTIS U.S., LLC, separately and d/b/a/ WINTHROP U.S. and SUN PHARMA GLOBAL FZE.  Plaintiff Frances E. Henderson's claims against all other Defendants named in civil action number 2:17-cv-13105 will remain active.

Dated: August 21, 2018

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*

/s/ *Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC*
Dated: August 21, 2018

*/s/ Julie Callsen*
Julie Callsen
Brandon Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113
P: (216) 592-5000
F: (216) 592-5009
Julie.callsen@tuckerellis.com
Brandon.Cox@tuckerellis.com

*Counsel for Defendant Accord Healthcare, Inc.*
Dated: August 21, 2018

*/s/ Sara Roitman*
Sara Roitman
**DECHERT LLP**
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
P: (312) 646-5800
F: (312) 646-5858
sara.roitman@dechert.com
*Counsel for Defendant Hospira, Inc. and Hospira Worldwide, LLC*
Dated: August 21, 2018

*/s/ Douglas J. Moore*
Douglas J. Moore
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA70130
P: (504) 310-2163
F: (504) 310-2101
dmoore@Irwinllc.com

*Liaison Counsel for Defendants*
Dated: August 21, 2018

/s/ John F. Olinde
John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
P: (504) 585-7241
F: (504) 544-6084

olinde@chaffe.com

*Co-Liaison Counsel for Defendants*
Dated: August 21, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated: August 21, 2018

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
*/s/ Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*