**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL B. NORTH |
| | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT DEFENDANTS HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. |
| THIS DOCUMENT RELATES TO: Bridges v. Sanofi US Services Inc., et al. | Civil Action No.: 2:17-cv-14109-JTM-MBN |

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named Defendants in this matter except Defendants HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 21, 2018

**HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
         dhodes@hml.law
         jmilman@hml.law
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.

Dated:  August 21, 2018                    **HODES MILMAN LIEBECK, LLP**

                                           By: */s/ Benjamin T. Ikuta*
                                           Benjamin T. Ikuta
                                           Daniel M. Hodes
                                           Jeffrey A. Milman
                                           9210 Irvine Center Drive
                                           Irvine, California 92618
                                           Email: bikuta@hml.law
                                                  dhodes@hml.law
                                                  jmilman@hml.law

                                           *Attorneys for Plaintiffs*