UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL No. 16-2740 |
| | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

## ORDER

Before the Court is Plaintiff's Motion to Withdraw (Rec. Doc. 3764) seeking to withdraw her previously filed Second Motion for Extension of Time to File Plaintiff Fact Sheet (Rec. Doc. 3663);

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 21st day of August, 2018.

_____
Honorable Jane T. Milazzo
United States District Court Judge