UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Plaintiff Kimberly Free*
**Case No.: 2:16-cv-15326**

## PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE'S ORDER FOR IN CAMERA REVIEW OF PRIVILEGED CORRESPONDENCE

1. Plaintiff Kimberly Free, through her counsel, Bachus & Schanker, LLC, pursuant to LR 72.2 requests review of the Magistrate North's Order (Doc #3709) requiring her to produce for *in camera* review attorney/client correspondence containing advice from her attorneys about preserving ESI in compliance with this Court's discovery orders (PTO No. 1 § 12).

2. The magistrate committed a clear error of law in ordering *in camera* review without making factual findings establishing (a) that the letter is relevant to a claim or defense; or (b) a good faith belief by a reasonable person that *in camera* review of the materials may reveal evidence of wrongdoing by her attorneys, as required by U.S. v. Zolin, 491 U.S. 554, 565 (1989).

3. Ms. Free respectfully requests this Court vacate the Magistrate Judge North's Minute Entry (Doc No. 3709) requiring her to produce the correspondence for *in camera* review, or in the alternative order further hearings on this issue in conformity with the Supreme Court's guidance in Zolin.

DATED: August 21, 2018      Respectfully Submitted,

/s/ *Darin L. Schanker*
Darin L. Schanker
Scot C. Kreider
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202

(303)899-9800  
F: (303)893-9900  
d.schanker@coloradolaw.net  
scot.kreider@coloradolaw.net  

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Darin L. Schanker

2