## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)             MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                            SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Plaintiff Kimberly Free*
Case No.:  2:16-cv-15326

## NOTICE OF SUBMISSION

    TO:      ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for Review of Magistrate Judge North's Order for In Camera Review of Privileged Correspondence will come before the Court for submission on the 5th day of September, 2018, at 9:30 a.m.

DATED: August 21, 2018          Respectfully Submitted,

                                         /s/ *Darin L. Schanker*
                                         Darin L. Schanker
                                         Scot C. Kreider
                                         BACHUS & SCHANKER, LLC
                                         1899 Wynkoop Street, Ste. 700
                                         Denver, CO 80202
                                         (303)899-9800
                                         F: (303)893-9900
                                         d.schanker@coloradolaw.net
                                         scot.kreider@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Darin L. Schanker
Darin L. Schanker
