UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                             SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The Clerk is directed to make the attached pieces of correspondence a part of the above-captioned matter.

New Orleans, Louisiana, this  22nd  day of _____August_____, 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE