# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *TERESA THOMPSON v. SANOFI, ET AL.* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC., F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC.** |
| | Civil Action No.: 2:17-cv-11489 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi U.S. Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 22 day of August, 2018

                                                                                      Respectfully submitted,

                                                                                      FERNELIUS SIMON PLLC

                                                                                      /s/ C. Brannon Robertson
                                                                                      Stephen M. Fernelius
                                                                                      Texas State Bar No. 06934340
                                                                                      C. Brannon Robertson
                                                                                      Texas State Bar No. 24002852
                                                                                      Ryan M. Perdue

244032.1

        Texas State Bar No. 24046611
        1221 McKinney, Suite 3200
        Houston, Texas 77010
        Telephone: (713) 654-1200
        Facsimile: (713) 654-4039
        steve.fernelius@trialattorneytx.com
        brannon.robertson@trialattorneytx.com
        ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 22, 2018

/s/ C. Brannon Robertson
C. Brannon Robertson

244032.1