# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "H" (5) JUDGE MILAZZO |
| The Cases Listed on the attached Exhibit A | § § | MAGISTRATE JUDGE NORTH |

## NOTICE OF CHANGE OF FIRM NAME AND ATTORNEY INFORMATION

TO:     CLERK OF COURT AND ALL OTHER PARTIES:

COMES NOW, Jennifer Nolte, the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice of the following changes:

Previous Information:
Jennifer Nolte Williams
JACKSON ALLEN & WILLIAMS, LLP
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
jwilliams@jacksonallenfirm.com

Current/Updated Information:
Jennifer Nolte
ALLEN & NOLTE, PLLC
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
jnolte@allennolte.com

Dated August 22, 2018

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
3838 Oak Lawn Avenue, Suite 1100

Dallas, Texas 75219  
Tel: (214) 521-2300  
Fax: (214) 452-5637  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

    /s/ Jennifer Nolte  
    Jennifer Nolte

**EXHIBIT A**

| Last Name | First Name | Jurisdiction | Civil Action No. |
|---|---|---|---|
| Hollis | Carolyn | USDC Eastern District Louisiana | 2:16-cv-17099 |
| Browning | Marlene | USDC Eastern District Louisiana | 2:16-cv-17133 |
| Jackson | Patricia | USDC Eastern District Louisiana | 2:16-cv-17127 |
| Sistrunk | Joan | USDC Eastern District Louisiana | 2:16-cv-17121 |
| Smallman-Lloyd | Deanna | USDC Eastern District Louisiana | 2:16-cv-17129 |
| Winfield | Emma | USDC Eastern District Louisiana | 2:16-cv-17117 |
| Williams | Pamela | USDC Eastern District Louisiana | 2:16-cv-17146 |
| Branham | Diane | USDC Eastern District Louisiana | 2:16-cv-17286 |
| Custard | Elizabeth | USDC Eastern District Louisiana | 2:16-cv-17650 |
| Doucette | Elaine | USDC Eastern District Louisiana | 2:16-cv-17887 |
| Hammitt | Renee | USDC Eastern District Louisiana | 2:17-cv-00319 |
| Jones | Annie | USDC Eastern District Louisiana | 2:17-cv-04864 |
| Pratt | Beverly | USDC Eastern District Louisiana | 2:17-cv-07883 |
| Cheshier | Alma | USDC Eastern District Louisiana | 2:17-cv-10217 |
| Traylor | Sharlon | USDC Eastern District Louisiana | 2:17-cv-10222 |
| Fugate | Emilia | USDC Eastern District Louisiana | 2:17-cv-10230 |
| Bacchiocchi | Arleen | USDC Eastern District Louisiana | 2:17-cv-10232 |
| Meyer | Margaret | USDC Eastern District Louisiana | 2:17-cv-10233 |
| Coates | Brenda | USDC Eastern District Louisiana | 2:17-cv-10234 |
| Jacobsen | Bernadine | USDC Eastern District Louisiana | 2:17-cv-10235 |
| Garvin | Marion | USDC Eastern District Louisiana | 2:17-cv-10236 |
| Benge | Linda | USDC Eastern District Louisiana | 2:17-cv-10239 |
| Berube | Janice | USDC Eastern District Louisiana | 2:17-cv-10240 |
| Woody | Sophia | USDC Eastern District Louisiana | 2:17-cv-10244 |
| Armour | Maxine | USDC Eastern District Louisiana | 2:17-cv-10251 |
| Molton | Deborah | USDC Eastern District Louisiana | 2:17-cv-10256 |
| Fallace | Lori | USDC Eastern District Louisiana | 2:17-cv-10321 |
| Cheney | Diane | USDC Eastern District Louisiana | 2:17-cv-10405 |
| Blaylock | Della | USDC Eastern District Louisiana | 2:17-cv-10409 |
| Hamelin | Tamika | USDC Eastern District Louisiana | 2:17-cv-10413 |
| Flores | Eliana | USDC Eastern District Louisiana | 2:17-cv-10417 |
| Brooks | Lisa | USDC Eastern District Louisiana | 2:17-cv-10419 |
| Grasley | Margaret | USDC Eastern District Louisiana | 2:17-cv-10611 |
| DeMars | Amy | USDC Eastern District Louisiana | 2:17-cv-10612 |
| Davis | Diane | USDC Eastern District Louisiana | 2:17-cv-10616 |
| Holloway | JoAnn | USDC Eastern District Louisiana | 2:17-cv-10613 |
| DiGeronimo | Frances | USDC Eastern District Louisiana | 2:17-cv-10614 |
| White | Welda | USDC Eastern District Louisiana | 2:17-cv-10765 |
| McClurg | Gay | USDC Eastern District Louisiana | 2:17-cv-10768 |
| Hearn | Ann | USDC Eastern District Louisiana | 2:17-cv-10770 |
| McFee | Lilly | USDC Eastern District Louisiana | 2:17-cv-10772 |

| | | | |
|---|---|---|---|
| Paradiso | Vikki | USDC Eastern District Louisiana | 2:17-cv-10923 |
| Hall | Arlene | USDC Eastern District Louisiana | 2:17-cv-10926 |
| Hardy | Michele | USDC Eastern District Louisiana | 2:17-cv-10929 |
| King | Patricia | USDC Eastern District Louisiana | 2:17-cv-10937 |
| Wesle | Cheryl | USDC Eastern District Louisiana | 2:17-cv-10950 |
| Carr | Cheryl | USDC Eastern District Louisiana | 2:17-cv-11124 |
| Smith | Lynda | USDC Eastern District Louisiana | 2:17-cv-11126 |
| Jones | Sally Jean | USDC Eastern District Louisiana | 2:17-cv-11130 |
| Pasik | Sandra | USDC Eastern District Louisiana | 2:17-cv-11131 |
| McCroby | Laura | USDC Eastern District Louisiana | 2:17-cv-11936 |
| Watkins | Margaret | USDC Eastern District Louisiana | 2:17-cv-11938 |
| Dietrich | Janet | USDC Eastern District Louisiana | 2:17-cv-11943 |
| Sheppard | Jackie | USDC Eastern District Louisiana | 2:17-cv-11947 |
| Zahnter | Connie | USDC Eastern District Louisiana | 2:17-cv-11951 |
| Boyd | Wendy | USDC Eastern District Louisiana | 2:17-cv-11957 |
| Montgomery | Rosemary | USDC Eastern District Louisiana | 2:17-cv-11961 |
| Pierce | Elaine | USDC Eastern District Louisiana | 2:17-cv-11964 |
| Rabb | Karen | USDC Eastern District Louisiana | 2:17-cv-11970 |
| Muir | Karen | USDC Eastern District Louisiana | 2:17-cv-12117 |
| Stricklin | Janet | USDC Eastern District Louisiana | 2:17-cv-12119 |
| Ndyanabangi | Margaret | USDC Eastern District Louisiana | 2:17-cv-12115 |
| Alvey | Emma | USDC Eastern District Louisiana | 2:17-cv-12147 |
| Jordan | Judith | USDC Eastern District Louisiana | 2:17-cv-12149 |
| Bass | Mary | USDC Eastern District Louisiana | 2:17-cv-12220 |
| Elmiger | Linda | USDC Eastern District Louisiana | 2:17-cv-12222 |
| Tripp | Violet | USDC Eastern District Louisiana | 2:17-cv-12223 |
| Ingram | Barbara | USDC Eastern District Louisiana | 2:17-cv-12224 |
| Reed | Shawnda | USDC Eastern District Louisiana | 2:17-cv-12506 |
| Shaw | Sharon | USDC Eastern District Louisiana | 2:17-cv-12508 |
| Wynn | Shirley | USDC Eastern District Louisiana | 2:17-cv-12509 |
| Hopple | Kathy | USDC Eastern District Louisiana | 2:17-cv-12512 |
| Jamieson | Jorn | USDC Eastern District Louisiana | 2:17-cv-12514 |
| Risinger | Carolyn | USDC Eastern District Louisiana | 2:17-cv-12518 |
| Sargent | Carol | USDC Eastern District Louisiana | 2:17-cv-12519 |
| Shaffer | Lois | USDC Eastern District Louisiana | 2:17-cv-12634 |
| Santa Cruz | Carol | USDC Eastern District Louisiana | 2:17-cv-12675 |
| Lacy | LaToni | USDC Eastern District Louisiana | 2:17-cv-12678 |
| Tolson | Karen | USDC Eastern District Louisiana | 2:17-cv-12681 |
| Stimpson | Cherylin | USDC Eastern District Louisiana | 2:17-cv-12696 |
| Roberts | Julie | USDC Eastern District Louisiana | 2:17-cv-12699 |
| Saldana | Janie | USDC Eastern District Louisiana | 2:17-cv-12702 |
| Glover | Eva | USDC Eastern District Louisiana | 2:17-cv-12991 |
| Robinson | Teresa | USDC Eastern District Louisiana | 2:17-cv-13004 |
| Moore | Rhonda | USDC Eastern District Louisiana | 2:17-cv-13001 |
| Smothers | Candise | USDC Eastern District Louisiana | 2:17-cv-12995 |

| | | | |
|---|---|---|---|
| Tucker | Carmen | USDC Eastern District Louisiana | 2:17-cv-12989 |
| Speaks | Martha | USDC Eastern District Louisiana | 2:17-cv-12987 |
| Vanderpool | Shirley | USDC Eastern District Louisiana | 2:17-cv-13541 |
| Laughlin | Angie | USDC Eastern District Louisiana | 2:17-cv-13544 |
| Atkins | Wanda | USDC Eastern District Louisiana | 2:17-cv-13933 |
| Dancy | A'Lisa | USDC Eastern District Louisiana | 2:17-cv-13934 |
| King | Alice | USDC Eastern District Louisiana | 2:17-cv-13937 |
| Necastro | Margaret | USDC Eastern District Louisiana | 2:17-cv-13940 |
| Wong-Ortiz | Stephanie | USDC Eastern District Louisiana | 2:17-cv-13944 |
| Bouey | Bonnie | USDC Eastern District Louisiana | 2:17-cv-13952 |
| Hurrell | Catherine | USDC Eastern District Louisiana | 2:17-cv-13954 |
| Myers | Sherri | USDC Eastern District Louisiana | 2:17-cv-13958 |
| Pomeroy | Carolyn | USDC Eastern District Louisiana | 2:17-cv-13963 |
| Scarlett | Patricia | USDC Eastern District Louisiana | 2:17-cv-13967 |
| Boykins | Shanna | USDC Eastern District Louisiana | 2:17-cv-14050 |
| Jones | Sheryl | USDC Eastern District Louisiana | 2:17-cv-14055 |
| Garvin | Ana | USDC Eastern District Louisiana | 2:17-cv-14077 |
| Costin | Jennifer | USDC Eastern District Louisiana | 2:17-cv-14085 |
| Ciarlelli | Jacquleline | USDC Eastern District Louisiana | 2:17-cv-14088 |
| Irish | Marilyn | USDC Eastern District Louisiana | 2:17-cv-14090 |
| Starrett | Luciena | USDC Eastern District Louisiana | 2:17-cv-14093 |
| Griffin | Lisa | USDC Eastern District Louisiana | 2:17-cv-14426 |
| Bailey | Margaret | USDC Eastern District Louisiana | 2:17-cv-14432 |
| Hadi | Kareemah | USDC Eastern District Louisiana | 2:17-cv-14441 |
| Robinson | Wanda | USDC Eastern District Louisiana | 2:17-cv-14452 |
| Siddall | Patricia | USDC Eastern District Louisiana | 2:17-cv-14457 |
| Wash | Ponzola | USDC Eastern District Louisiana | 2:17-cv-14461 |
| Tanner | Nancy | USDC Eastern District Louisiana | 2:17-cv-14478 |
| Brown | Helen | USDC Eastern District Louisiana | 2:17-cv-14469 |
| Stewart | Elizabeth | USDC Eastern District Louisiana | 2:17-cv-14474 |
| Ochs | Judith | USDC Eastern District Louisiana | 2:17-cv-14542 |
| Murphy | Jean | USDC Eastern District Louisiana | 2:17-cv-14545 |
| Anderson | Ruby | USDC Eastern District Louisiana | 2:17-cv-14549 |
| Hooks | Marilyn | USDC Eastern District Louisiana | 2:17-cv-14553 |
| Lawyer | Patricia | USDC Eastern District Louisiana | 2:17-cv-14558 |
| Williams | Roycecia | USDC Eastern District Louisiana | 2:17-cv-14560 |
| Bookert | Ethel | USDC Eastern District Louisiana | 2:17-cv-14568 |
| Holewinski | Mary | USDC Eastern District Louisiana | 2:17-cv-14596 |
| Thiesing | Carol | USDC Eastern District Louisiana | 2:17-cv-14604 |
| Dennis | Frances | USDC Eastern District Louisiana | 2:17-cv-14615 |
| Underferth | Carol | USDC Eastern District Louisiana | 2:17-cv-15257 |
| Woicicki | Delores | USDC Eastern District Louisiana | 2:17-cv-15261 |
| Leckstrom | Annette | USDC Eastern District Louisiana | 2:17-cv-15262 |
| Siettmann | Elizabeth | USDC Eastern District Louisiana | 2:17-cv-15518 |
| Kemper | Karen | USDC Eastern District Louisiana | 2:17-cv-16693 |

| Holmes-White | Pamela | USDC Eastern District Louisiana | 2:17-cv-16685 |
| --- | --- | --- | --- |
| Lozano | Penny | USDC Eastern District Louisiana | 2:17-cv-16673 |
| Noonan | Loretta | USDC Eastern District Louisiana | 2:17-cv-16665 |
| Warren | Janice | USDC Eastern District Louisiana | 2:17-cv-16657 |
| Bustamante | Hortencia | USDC Eastern District Louisiana | 2:18-cv-00984 |
| Wagner | Claire | USDC Eastern District Louisiana | 2:18-cv-03427 |
| Cheatwood | Zula | USDC Eastern District Louisiana | 2:18-cv-05537 |
| Collins | Deborah | USDC Eastern District Louisiana | 2:18-cv-07239 |
| Williams | Patsy | USDC Eastern District Louisiana | 2:18-cv-07243 |