UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The Clerk is further directed to file the attached memorandum and letter in the record of this proceeding.

New Orleans, Louisiana, this 22nd day of August, 2018.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE