1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3       ****************************************************************

4       IN RE:   TAXOTERE
        (DOCETAXEL) PRODUCTS
5       LIABILITY LITIGATION

6                                 CIVIL ACTION NO. 16-MD-2740 "H"
                                  NEW ORLEANS, LOUISIANA
7                                 THURSDAY, AUGUST 16, 2018, 10:00 A.M.

8
        THIS DOCUMENT RELATES TO:
9       ALL CASES

10      ****************************************************************

11              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
12                  UNITED STATES DISTRICT JUDGE

13
        APPEARANCES:
14

15      FOR THE PLAINTIFFS:      BARRIOS KINGSDORF & CASTEIX
                                 BY:  DAWN M. BARRIOS, ESQ.
16                                    ZACHARY WOOL, ESQ.
                                 701 POYDRAS STREET, SUITE 3650
17                               NEW ORLEANS, LOUISIANA 70139

18

19                               GAINSBURGH BENJAMIN DAVID
                                 MEUNIER & WARSHAUER
20                               BY:  M. PALMER LAMBERT, ESQ.
                                      IRVING J. WARSHAUER, ESQ.
21                               1100 POYDRAS STREET, SUITE 2800
                                 NEW ORLEANS, LOUISIANA 70163

22

23                               PENDLEY BAUDIN & COFFIN
24                               BY:  CHRISTOPHER L. COFFIN, ESQ.
                                      STANLEY P. BAUDIN, ESQ.
25                               1515 POYDRAS STREET, SUITE 1400
                                 NEW ORLEANS, LOUISIANA 70112

                            *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              LEVIN PAPANTONIO THOMAS
                              MITCHELL RAFFERTY & PROCTOR
4                              BY:  BENJAMIN W. GORDON, ESQ.
                              316 S. BAYLEN STREET, SUITE 600
5                              PENSACOLA, FLORIDA 32502

6

7                              GIBBS LAW GROUP
                              BY:  KAREN B. MENZIES, ESQ.
8                              400 CONTINENTAL BOULEVARD
                              6TH FLOOR
9                              EL SUGUNDO, CALIFORNIA 90245

10

11                             NAPOLI SHKOLNIK
                              BY:  RACHEL L. SHKOLNIK, ESQ.
12                             360 LEXINGTON AVENUE
                              11TH FLOOR
13                             NEW YORK, NEW YORK 10017

14

15                             LISKA EXNICIOS & NUNGESSER
                              BY:  VAL P. EXNICIOS, ESQ.
16                             1515 POYDRAS STREET
                              SUITE 1400
17                             NEW ORLEANS, LOUISIANA 70112

18

19                             SIMMONS HANLY CONROY
                              BY:  DAVID F. MICELI, ESQ.
20                             ONE COURT STREET
                              ALTON, ILLINOIS 62002

21

22                             BACHUS & SCHANKER
                              BY:  J. KYLE BACHUS, ESQ.
23                             1899 WYNKOOP STREET
                              SUITE 700
24                             DENVER, COLORADO 80202

25

                         *OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3                              FLEMING, NOLEN & JEZ
                               BY:  RAND P. NOLEN, ESQ.
 4                              2800 POST OAK BOULEVARD
                               SUITE 4000
 5                              HOUSTON, TEXAS 77056

 6

 7                              MARTZELL BICKFORD & CENTOLA
                               BY:  LAWRENCE J. CENTOLA, ESQ.
 8                              338 LAFAYETTE STREET
                               NEW ORLEANS, LOUISIANA 70130
 9

10                              MORRIS BART
11                              BY:  BETSY J. BARNES, ESQ.
                                    LAUREN E. GODSHALL, ESQ.
12                              PAN AMERICAN LIFE CENTER
                               601 POYDRAS STREET
13                              24TH FLOOR
                               NEW ORLEANS, LOUISIANA 70130
14

15                              LEMMON LAW FIRM
16                              BY:  ANDREW LEMMON, ESQ.
                               650 POYDRAS STREET
17                              SUITE 2335
                               NEW ORLEANS, LOUISIANA 70130
18

19                              ATKINS & MARKOFF LAW FIRM
20                              BY:  DANIEL P. MARKOFF, ESQ.
                               9211 LAKE HEFNER PARKWAY, STE. 104
21                              OKLAHOMA CITY, OKLAHOMA 73120

22

23    FOR SANOFI S.A.:          IRWIN FRITCHIE URQUHART & MOORE
                               BY:  DOUGLAS J. MOORE, ESQ.
24                              400 POYDRAS STREET, SUITE 2700
                               NEW ORLEANS, LOUISIANA 70130
25
```

*OFFICIAL TRANSCRIPT*

```
1    APPEARANCES CONTINUED:

2

3                              SHOOK, HARDY & BACON
                             BY:  HARLEY V. RATLIFF, ESQ.
4                              2555 GRAND BOULEVARD
                             KANSAS CITY, MISSOURI 64108
5

6
     FOR ACTAVIS PHARMA,
7    INC.:                   ULMER & BERNE
                             BY:  MICHAEL J. SUFFERN, ESQ.
8                              600 VINE STREET
                             SUITE 2800
9                              CINCINNATI, OHIO 45202

10

11   FOR SANDOZ, A NOVARTIS
     DIVISION:               GREENBURG TRAURIG
12                             BY:  R. CLIFTON MERRELL, ESQ.
                             TERMINUS 200
13                             3333 PIEDMONT ROAD, NE
                             ATLANTA, GEORGIA 30305
14

15                             ADAMS & REESE
16                             BY:  DEBORAH B. ROUEN, ESQ.
                             701 POYDRAS STREET
17                             SUITE 4500
                             NEW ORLEANS, LOUISIANA 70139
18

19   FOR PFIZER, INC., AND
20   HOSPIRA WORLDWIDE,
     LLC:                    QUINN EMANUEL URQUHART & SULLIVAN
21                             BY:  MARK S. CHEFFO, ESQ.
                             51 MADISON AVENUE, 22ND FLOOR
22                             NEW YORK, NEW YORK 10010

23

24

25

                         OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR HOSPIRA, INC.,
      HOSPIRA WORLDWIDE, LLC,
 4    FORMERLY DOING BUSINESS
      AS HOSPIRA WORLDWIDE,
 5    INC., AND PFIZER INC.:      CHAFFE MCCALL
                                  BY:   JOHN F. OLINDE, ESQ.
 6                                2300 ENERGY CENTRE
                                  1100 POYDRAS STREET
 7                                NEW ORLEANS, LOUISIANA 70163

 8

 9    FOR ACCORD HEALTHCARE,
      INC.:                       TUCKER ELLIS
10                                BY:   JULIE A. CALLSEN, ESQ.
                                  950 MAIN AVENUE, SUITE 1100
11                                CLEVELAND, OHIO 44113

12

13    FOR SUN PHARMACEUTICAL
      INDUSTRIES, LTD:            HINSHAW & CULBERTSON
14                                BY:   GEOFFREY M. COAN, ESQ.
                                  28 STATE STREET
15                                24TH FLOOR
                                  BOSTON, MASSACHUSETTS 02109
16

17
      OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
18                                CERTIFIED REALTIME REPORTER
                                  REGISTERED MERIT REPORTER
19                                500 POYDRAS STREET, ROOM B-275
                                  NEW ORLEANS, LOUISIANA 70130
20                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
21

22    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
23

24

25
```

*OFFICIAL TRANSCRIPT*

1                          **I N D E X**

2

3                                                              <u>PAGE</u>

4      JOINT REPORT NUMBER 11............................   11

5      9,318 CASES IN THE MDL...........................   11

6      STATE COURTS.....................................   11

7      NEW PRETRIAL ORDER ORDERS........................   11

8      CASE MANAGEMENT ORDERS...........................   13

9      COUNSEL CONTACT FORM.............................   14

10     FIRST AMENDED MASTER COMPLAINT, THE ANSWERS, THE

11     SHORT FORM COMPLAINT.............................   14

12     PLAINTIFF AND DEFENDANT FACT SHEETS..............   16

13     MDL CENTRALITY...................................   16

14     SERVICE ON THE DEFENDANTS........................   17

15     PRODUCT IDENTIFICATION ORDER.....................   18

16     PRESERVATION ORDER...............................   18

17     ESI DISCOVERY....................................   18

18     TRIAL CASES......................................   18

19     NEXT CONFERENCE WITH JUDGE NORTH IS AUGUST 28TH,

20     2018, AT 10:00 A.M...............................   18

21     MOTIONS..........................................   18

22     SPECIAL MASTER TO DEAL WITH THE COMMON BENEFIT TIME

23     AND EXPENSE CLAIMS...............................   19

24     NEXT STATUS CONFERENCE IS THURSDAY, THE 27TH, AT

25     10:00 A.M........................................   20

                    *OFFICIAL TRANSCRIPT*

1    NEXT CONFERENCE WITH JUDGE NORTH IS ON AUGUST 28,

2    2018, AT 10:00 A.M................................... 21

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1          **P-R-O-C-E-E-D-I-N-G-S**

2          M O R N I N G   S E S S I O N

3          THURSDAY, AUGUST 16, 2018

4          (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Good morning.  Please be seated.

9          VOICES:  Good morning, Your Honor.

10         THE COURT:  Okay.  We are here in Multidistrict

11   Litigation 2740, In Re: Taxotere Products Liability Litigation.

12              I believe we have on the phone Judge Hyland from

13   New Jersey.  Judge Hyland, are you there?

14         JUDGE HYLAND:  Yes, I am.  Thank you, Judge.

15         THE COURT:  Okay.  Do we have any other judges that are

16   participating?

17         JUDGE WALSH:  Judge Walsh.

18         THE COURT:  Judge Walsh is on the line.  Hello?

19              Well, I think it's just Judge Hyland.

20              Okay.  Thank you.

21              Are we ready to proceed, Mr. Coffin?

22         MR. COFFIN:  Yes, Your Honor.  Chris Coffin, co-lead

23   counsel for the plaintiffs.

24              Welcome to Judge Hyland and Judge Walsh, if

25   you're there.

                         *OFFICIAL TRANSCRIPT*

1        As Your Honor knows, we met -- for everybody

2   else's benefit -- we met prior to this status conference with

3   the co-lead counsel for the plaintiffs, the co-liaisons for the

4   plaintiffs, as well as the defense leads.

5        We have a joint report that we have created

6   between the various parties.  As usual, one of the co-liaisons,

7   in this case, Ms. Barrios, is going to go through the joint

8   report.  Our understanding from our meeting this morning from

9   Your Honor is that you would like us to truncate that report a

10  bit.

11       THE COURT:  Please.

12       MR. COFFIN:  We're pleased with that.  Thank you,

13  Your Honor.

14       For those who have been involved in the case and

15  heard these status conferences, Your Honor, Judge Milazzo, has

16  asked them to truncate them a bit and to move along.  As

17  always, if you have questions on the plaintiffs' side, you can

18  contact our co-liaisons.

19       Ms. Barrios will highlight those issues that are

20  in the joint report and that Your Honor wanted us to emphasize;

21  so, Ms. Barrios will be going through the joint report.

22       Thank you.

23       THE COURT:  Ms. Barrios.

24       MS. BARRIOS:  Thank you, Mr. Coffin.

25       Good morning, Your Honor.  Dawn Barrios,

*OFFICIAL TRANSCRIPT*

1   co-liaison counsel with Mr. Palmer Lambert in the Taxotere MDL.

2              Because this is my first official time before

3   Your Honor, I'm going to officially welcome you for myself to

4   the MDL.  We are very pleased and we know that you've put a lot

5   of work trying to catch up, and we're certainly appreciative of

6   that.

7         THE COURT:  It is a work in progress.  Thank you.

8         MS. BARRIOS:  But we'll give you an A, Your Honor.

9         THE COURT:  Thank you.

10        MS. BARRIOS:  We would also like to introduce your new

11  law clerk to the MDL, Ms. Samantha Schott, who has done an

12  exemplary job for the first several weeks, able and willing to

13  help us every time we have an issue.

14             I would also like to welcome Judge Hyland from

15  New Jersey on the line.  Welcome, Judge Hyland, to our MDL

16  monthly status conference.

17             For those of you who have been following our

18  status conferences, under Judge Milazzo's leadership we now

19  file the joint report that's put together between liaison

20  counsel generally the day before the status conference.

21             That report was circulated to all plaintiffs'

22  counsel by Mr. Lambert and myself yesterday, and it bears

23  Docket Number 3784.  So if you have any specific questions,

24  please feel free to look at that and give Mr. Lambert and

25  myself a call, but we're not going to just read the report.

*OFFICIAL TRANSCRIPT*

1   I'm here, really, to highlight the different changes that have

2   occurred since last month.

3            This is officially Joint Report Number 11.  We

4   have approximately 9,318 cases in the MDL.

5            With regard to state courts, Judge Milazzo has a

6   chart that we've prepared, and it indicates that there are

7   3 California cases, there are 58 Delaware cases, 1 Illinois

8   case, and Judge Hyland has 142 cases filed and served in

9   New Jersey, and we, again, welcome him to work with us in the

10  MDL.

11           The information that we give to Judge Milazzo and

12  ultimately she would give to the state court cases really

13  emanate from the defendants under Pretrial Order 8.  They

14  provide the information to me.  I provide it, after

15  consultation with them, to the Court, so it's a pipeline.

16  Pretrial Order 8 is very important for the defendants, and they

17  have totally cooperated, and I appreciate that cooperation.

18           With regard to new Pretrial Order orders, anyone

19  who is not familiar with the joint report will note that

20  Exhibit A will have a listing of all pretrial orders.

21  Exhibit B will be a listing of all case management orders.

22           The important pretrial orders that have emanated

23  since the last status conference really centers on

24  Pretrial Order Number 22A, which provides a new show cause

25  order process for various issues in the MDL.

*OFFICIAL TRANSCRIPT*

1          Previously, under Judge Engelhardt, his orders,

2     we would provide Your Honor with responses in writing.  We

3     would also put the responses in a drop box.  Under your new

4     order, we're going to simplify the process and make it easier

5     for everyone.

6          At the end of the next status conference, you

7     will take up show cause order hearings, allowing every

8     plaintiff to voice a defense, allowing every defendant to voice

9     a defense, if plaintiffs bring Defendant Fact Sheet

10    deficiencies, but you will be giving everyone due process by

11    allowing them to speak.  They can speak personally, in court,

12    over the telephone, or they could speak through Mr. Lambert or

13    myself at their choice.

14    THE COURT:  I just want to caution the plaintiff

15    counsel that is on the phone participating in this status

16    conference that if, indeed, you are contacted, you must be

17    available or make arrangements through liaison counsel that

18    they represent any concerns or problems that you've had with

19    completion of the Plaintiff Fact Sheet because at the show

20    cause order, the Court is going to dismiss those cases with

21    prejudice for noncompliance, unless there is some excuse or

22    reason that you haven't completed the fact sheet.

23          So the parties should be cognizant, the attorneys

24    should be cognizant of the seriousness of this next show cause

25    order process, and if your client is listed, you should either

*OFFICIAL TRANSCRIPT*

1  contact liaison counsel or certainly be prepared to address any

2  deficiencies at our hearing.

3  　　　　　MS. BARRIOS:  Yes, Your Honor.

4  　　　　　　　For the public's knowledge, the defendants have

5  provided me with a noncompliant list.  That has already been

6  sent out.  The day after we received it -- the 30 days for

7  completion is actually up the day after Labor Day, so that is

8  the day that every plaintiffs' counsel needs to know that the

9  deficiency needs to be cured or they will be before Your Honor

10  at the next status conference.

11  　　　　　THE COURT:  Thank you.

12  　　　　　MS. BARRIOS:  Under Case Management Orders, we have a

13  very important order that came out, and that is CMO 12A.

14  Everyone acknowledges that product ID is a very important issue

15  in this case.  It's not like a regular pharmacy case where you

16  can go to Walgreens and order a printout of your prescriptions.

17  　　　　　　　So, given the nature of the infusions of Taxotere

18  (docetaxel), it's incumbent upon the plaintiffs to find the NDC

19  codes, that's the National Drug Codes, which we have been

20  attempting to do since day one, and we have not been as

21  successful as we would like to be.  The defendants have agreed,

22  in CMO 12A, to give us some assistance in that.

23  　　　　　　　The new CMO 12A, which covers product ID,

24  simplifies the procedure, makes it more straightforward.  It

25  gives plaintiffs' counsel 120 days to do individual discovery

*OFFICIAL TRANSCRIPT*

1    after issuance of a subpoena, so it broadens that time, gives

2    the plaintiffs more time to actually obtain the product

3    identification.

4             In Exhibit B, which is the statement of

5    chemotherapy drugs infused, we have additional NDC codes which

6    should help plaintiffs' counsel be able to identify their

7    manufacturer.

8             A very important exhibit is Exhibit C, which is a

9    very streamlined method to dismiss cases once you find out who

10   your manufacturer is.  If you had named other manufacturers,

11   it's a very streamlined process to dismiss the nonmanufacturing

12   defendants.  That's Exhibit C and we do appreciate the

13   defendants working with us to make it as streamlined as

14   possible.

15            Paragraph 5 just bears mentioning because it is

16   Pretrial Order Number 7 which requires all counsel in the MDL

17   who have a case to fill out a Counsel Contact Form.  While that

18   might seem mundane, you do not get served with any documents if

19   you don't fill out that form, so that's very, very important.

20            Paragraph Number 6, as everyone can see in the

21   joint report, gives you a listing of the record documents for

22   the first amended master complaint, the answers, the short form

23   complaint.

24            We do want to mention that since our last

25   hearing, that we've worked with Mr. Mike Suffern and

*OFFICIAL TRANSCRIPT*

1    Ms. Beth Rose representing Actavis and Sagent.  There will be a

2    new Pretrial Order that will come out from the Court hopefully

3    shortly which will allow the plaintiffs who have NDC codes

4    which indicate that Sagent was the manufacturer, to put that on

5    the short form and to indicate the, shall we say, causes of

6    action against that defendant.

7            The Plaintiffs' Steering Committee will file a

8    second amended master complaint which will include the new

9    allegations against Actavis and Sagent.  The order also

10   provides that defendants other than Actavis and Sagent do not

11   have to answer that second amended complaint.

12           So that's very technical but I know that a lot of

13   plaintiffs have Sagent products, and so now we have an

14   opportunity for you to bring them into this MDL.

15           It's very important that the Eastern District has

16   local rules that everyone has to follow when they need to file

17   something.  I caution everybody to please look at the Court's

18   Local Rule 7.6, which requires meet and confer, permission from

19   opposing counsel to file proceedings before they can even be

20   filed.

21           Pretrial Order 15 is an important order that

22   everyone needs to pay attention to.  That is how you dismiss

23   the entire case.  Then there is a different Pretrial Order, I

24   believe it's 37, that is -- am I correct, Mr. Lambert; is it

25   37? -- that is a partial dismissal of the case.

*OFFICIAL TRANSCRIPT*

1          MR. LAMBERT:  37A.

2          MS. BARRIOS:  37A.  My very learned liaison counsel

3     informed me it's 37A.

4               Paragraph 7 is an important paragraph because it

5     gives you all the record doc. numbers, all the PTO's regarding

6     Plaintiff and Defendant Fact Sheets, and you can just make

7     complete reference to those.  Those are six very important

8     orders.

9               Amended PTO 22 is important because it tells you

10    the time frame in which you have to complete your Plaintiff

11    Fact Sheets.  As of this week, the plaintiffs have served 7,861

12    Plaintiff Fact Sheets, and there are 703 now in progress.

13              We have discussed in chambers that we will be

14    using the show cause order process previously talked about and

15    Your Honor described.  That will be for Plaintiff Fact Sheets,

16    Defendant Fact Sheets, and ultimately Pretrial Order 71A and

17    CMO 12A.

18              If any plaintiff has not done anything under 71A,

19    you have to file a statement.  If that hasn't been filed, then

20    the defendants can bring you into court on that.  On CMO 12A,

21    if you haven't started the process of trying to identify the

22    manufacturer of your docetaxel or Taxotere, the defendants can

23    also bring you in on a show cause order.

24          THE COURT:  Yes.

25          MS. BARRIOS:  MDL Centrality is our master database

*OFFICIAL TRANSCRIPT*

1  that all parties use to learn information about the other side.

2  Plaintiffs put their Plaintiff Fact Sheets and all documents up

3  there.  Defendants file their Defendant Fact Sheets there.

4          There are many people who have contacted

5  Mr. Lambert or myself asking how to get into Centrality.  You

6  can't get in until you file a lawsuit, and you can't get in

7  until you file a Counsel Contact Form.  After that point in

8  time, we give you total access to Centrality.

9          Your Honor, a footnote that I admit that I

10  neglected to mention in chambers, it's something that we're

11  taking care of, but the numbers on Centrality, all the

12  different cases, BrownGreer had not removed the cases that have

13  been dismissed.  So we're working on that.

14          We actually have a conference call Monday at 1:30

15  with BrownGreer and with representatives from the defendants

16  and myself to work that out so that we have a clean, an actual

17  clean database.  That's important when we go to pick

18  representative cases, because we don't want to pick a case that

19  has already been dismissed.

20          THE COURT:  Thank you.

21          MS. BARRIOS:  Service on the defendants has been made

22  very easy in this MDL.  In paragraph 9, you will see

23  record doc. numbers for streamlined service procedures for all

24  defendants.  There will be a new one coming out hopefully

25  within the next ten days for Sagent.  The process is very easy.

*OFFICIAL TRANSCRIPT*

1    It's serving the Short Form Complaint and the Summons through

2    an e-mail address.

3                    Paragraph 10 is the product identification order.

4    I've already made reference to that when we discussed the new

5    orders that came out since the last status conference.

6                    Paragraph 11 is a Preservation Order that I need

7    not say anything more about.  It's in Pretrial Order 1.  Also,

8    there is a Protective Order that Judge North had entered.

9                    There is an ESI discovery order that's 71A that

10   we have been talking about.  Everyone should be very familiar

11   with it.  My office and Mr. Lambert's office fields questions

12   weekly about how to comply with that.  We continue to assist

13   anybody.  If anyone has any questions, you can e-mail

14   Mr. Lambert or myself, and we will handle that.

15                  THE COURT:  Thank you.

16                  MS. BARRIOS:  As everyone knows, the trial cases are

17   being discovered right now.  We have three that are in a queue

18   for the first trial.  They are ranked in order.  We're moving

19   on to the plaintiffs in the second trial.  We're in the first

20   phase of discovery.  Most of the discovery issues are taken up

21   with Judge North.  Our next conference with him is August 28th

22   at 10:00 a.m.

23                    There are two motions that are currently open on

24   your docket.  Your Honor, the first is the Motion to Remand,

25   and I'm never going to pronounce this right, Kalyani Mokkapati,

*OFFICIAL TRANSCRIPT*

1   which is a California case.  The issue is whether the plaintiff

2   has alleged enough allegations to keep McKesson in and,

3   therefore, remand, but that is still open on your docket.

4           Then the Rule 37 sanctions that sanofi had filed

5   is still an open issue on your docket with all pleadings

6   complete.

7        THE COURT:  I, very frankly, have a draft of that Order

8   and Reasons on my desk that will be dropped certainly by very

9   early next week.

10       MS. BARRIOS:  Thank you, Your Honor.

11       THE COURT:  I intended to discuss it at the status

12   conference.  It just slipped my mind.  We had multiple things.

13       MS. BARRIOS:  We had a few things to discuss.

14           As every plaintiff counsel knows, the Court has

15   appointed a special master to deal with the common benefit time

16   and expense claims.  He is working diligently on it.  I know

17   he's met with Your Honor.

18           Yesterday he sent out his initial letter that

19   Your Honor has approved to all plaintiffs' counsel introducing

20   himself, explaining the procedures that will go on.  We hope,

21   before the end of the third quarter, that he'll get his first

22   substantive report out to any counsel who has made a claim.

23           These letters, everyone on the phone might note,

24   also go to plaintiffs' counsel in state courts.  They are aware

25   of the common benefit order that's entered into the MDL.

*OFFICIAL TRANSCRIPT*

1    Your Honor, the last issue is the next status

2    conference, and I believe you've selected Thursday,

3    September 28th -- 27th.  I stand corrected by my learned

4    opposing counsel, as Mr. Russ Herman would say, Thursday,

5    the 27th, at 10:00 a.m.

6    Unless Your Honor has any questions, that would

7    be the end of my report.

8    THE COURT:  I have no questions.

9    Judge Hyland, do you have any questions you would

10   like to raise at this time?

11   JUDGE HYLAND:  No, I don't.  Thank you.

12   THE COURT:  Thank you.

13   Does anyone else?

14   Mr. Coffin.

15   MR. COFFIN:  Your Honor, one thing I would just

16   emphasize, especially for those counsel on the phone, is that

17   in addition to these status conferences, as Ms. Barrios

18   mentioned, we do have conferences with Magistrate Judge North.

19   He has scheduled those fairly regularly every two weeks.

20   I know Your Honor has told us that you consulted

21   with him on some of the discovery issues, but for counsel who

22   is not involved in those hearings, if you would like updates as

23   to what's happening with Magistrate Judge North, our liaison

24   can provide those to you, so we're very active in discovery in

25   front of him when we're not before Your Honor.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Okay.  As I appreciate it, your next

2    conference with Judge North is on August 28?

3          MR. RATLIFF:  August 28.

4          THE COURT:  At 10:00 a.m.

5          JUDGE HYLAND:  I just have one question, if I may.

6          THE COURT:  Yes, sir.

7          JUDGE HYLAND:  The letter on the common benefit fund

8    that addresses state courts as well, I have not seen it yet.

9          THE COURT:  Okay.  Ms. Barrios.

10         MR. COFFIN:  Ms. Barrios can address that, Your Honor.

11         MS. BARRIOS:  Judge, it just went out yesterday, and

12   I'm happy to provide -- I think the law clerk has a copy of it,

13   but it's not a signed copy, so I'll make sure Ms. Schott gets a

14   signed copy, and she can transmit it to Judge Hyland.

15         JUDGE HYLAND:  Thank you very much.

16         THE COURT:  Okay.  Yes, Mr. DeJean presented it to me,

17   I approved it, and he sent it out, but we will certainly get

18   that to you today.

19         JUDGE HYLAND:  Thank you very much.

20         THE COURT:  Anything else?

21         MR. COFFIN:  Nothing from the plaintiffs, Your Honor.

22         THE COURT:  Thank you all.

23         MR. RATLIFF:  Thank you, Your Honor.

24         THE COURT:  Court is adjourned.

25         (WHEREUPON, at 10:23 a.m., the proceedings were

*OFFICIAL TRANSCRIPT*

1    concluded.)

2                              *    *    *

3

4

5                      REPORTER'S CERTIFICATE

6

7         I, Cathy Pepper, Certified Realtime Reporter, Registered

8    Merit Reporter, Certified Court Reporter in and for the State

9    of Louisiana, Official Court Reporter for the United States

10   District Court, Eastern District of Louisiana, do hereby

11   certify that the foregoing is a true and correct transcript to

12   the best of my ability and understanding from the record of the

13   proceedings in the above-entitled and numbered matter.

14

15                              *s/Cathy Pepper*

16                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
17                              Registered Merit Reporter
                                Official Court Reporter
18                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
19

20

21

22

23

24

25

                         ***OFFICIAL  TRANSCRIPT***

## 0

**02109** [1] - 5:15

## 1

**1** [2] - 11:7, 18:7
**10** [1] - 18:3
**10010** [1] - 4:22
**10017** [1] - 2:13
**104** [1] - 3:20
**10:00** [7] - 1:7, 6:20, 6:25, 7:2, 18:22, 20:5, 21:4
**10:23** [1] - 21:25
**11** [6] - 6:4, 6:5, 6:6, 6:7, 11:3, 18:6
**11**............................
    [1] - 6:4
**1100** [3] - 1:21, 5:6, 5:10
**11TH** [1] - 2:12
**120** [1] - 13:25
**12A** [5] - 13:13, 13:22, 13:23, 16:17, 16:20
**13** [1] - 6:8
**14** [2] - 6:9, 6:11
**1400** [2] - 1:25, 2:16
**142** [1] - 11:8
**15** [1] - 15:21
**1515** [2] - 1:25, 2:15
**16** [4] - 1:7, 6:12, 6:13, 8:3
**16-MD-2740** [1] - 1:6
**17** [1] - 6:14
**18** [6] - 6:15, 6:16, 6:17, 6:18, 6:20, 6:21
**1899** [1] - 2:23
**19** [1] - 6:23
**1:30** [1] - 17:14

## 2

**20** [1] - 6:25
**200** [1] - 4:12
**2018** [4] - 1:7, 6:20, 7:2, 8:3
**21** [1] - 7:2
**22** [1] - 16:9
**22A** [1] - 11:24
**22ND** [1] - 4:21
**2300** [1] - 5:6
**2335** [1] - 3:17
**24TH** [2] - 3:13, 5:15
**2555** [1] - 4:4
**2700** [1] - 3:24

**2740** [1] - 8:11
**27TH** [1] - 6:24
**27th** [2] - 20:3, 20:5
**28** [4] - 5:14, 7:1, 21:2, 21:3
**2800** [3] - 1:21, 3:4, 4:8
**28th** [2] - 18:21, 20:3
**28TH** [1] - 6:19

## 3

**3** [1] - 11:7
**30** [1] - 13:6
**30305** [1] - 4:13
**316** [1] - 2:4
**32502** [1] - 2:5
**3333** [1] - 4:13
**338** [1] - 3:8
**360** [1] - 2:12
**3650** [1] - 1:16
**37** [3] - 15:24, 15:25, 19:4
**3784** [1] - 10:23
**37A** [3] - 16:1, 16:2, 16:3

## 4

**400** [2] - 2:8, 3:24
**4000** [1] - 3:4
**44113** [1] - 5:11
**4500** [1] - 4:17
**45202** [1] - 4:9

## 5

**5** [1] - 14:15
**500** [1] - 5:19
**504** [1] - 5:20
**51** [1] - 4:21
**58** [1] - 11:7
**589-7779** [1] - 5:20

## 6

**6** [1] - 14:20
**600** [2] - 2:4, 4:8
**601** [1] - 3:12
**62002** [1] - 2:20
**64108** [1] - 4:4
**650** [1] - 3:16
**6TH** [1] - 2:8

## 7

**7** [2] - 14:16, 16:4
**7,861** [1] - 16:11
**7.6** [1] - 15:18
**700** [1] - 2:23
**701** [2] - 1:16, 4:16
**70112** [2] - 1:25, 2:16
**70130** [5] - 3:8, 3:13, 3:17, 3:24, 5:19
**70139** [2] - 1:17, 4:17
**70163** [2] - 1:21, 5:7
**703** [1] - 16:12
**71A** [3] - 16:16, 16:18, 18:9
**73120** [1] - 3:21
**77056** [1] - 3:5

## 8

**8** [2] - 11:13, 11:16
**80202** [1] - 2:24

## 9

**9** [1] - 17:22
**9,318** [2] - 6:5, 11:4
**90245** [1] - 2:9
**9211** [1] - 3:20
**950** [1] - 5:10

## A

**a.m** [2] - 18:22, 20:5, 21:4, 21:25
**A.M** [1] - 1:7
**A.M**............................
    ..... [2] - 6:20, 7:2
**A.M**............................
    .............. [1] - 6:25
**ability** [1] - 22:12
**able** [2] - 10:12, 14:6
**above-entitled** [1] - 22:13
**access** [1] - 17:8
**ACCORD** [1] - 5:9
**acknowledges** [1] - 13:14
**Actavis** [3] - 15:1, 15:9, 15:10
**ACTAVIS** [1] - 4:6
**action** [1] - 15:6
**ACTION** [1] - 1:6
**active** [1] - 20:24
**actual** [1] - 17:16
**ADAMS** [1] - 4:15
**addition** [1] - 20:17

**additional** [1] - 14:5
**address** [3] - 13:1, 18:2, 21:10
**addresses** [1] - 21:8
**adjourned** [1] - 21:24
**admit** [1] - 17:9
**agreed** [1] - 13:21
**AIDED** [1] - 5:22
**ALL** [1] - 1:9
**allegations** [2] - 15:9, 19:2
**alleged** [1] - 19:2
**allow** [1] - 15:3
**allowing** [3] - 12:7, 12:8, 12:11
**ALTON** [1] - 2:20
**AMENDED** [1] - 6:10
**amended** [4] - 14:22, 15:8, 15:11, 16:9
**AMERICAN** [1] - 3:12
**AND** [4] - 4:19, 5:5, 6:12, 6:23
**ANDREW** [1] - 3:16
**answer** [1] - 15:11
**ANSWERS** [1] - 6:10
**answers** [1] - 14:22
**APPEARANCES** [5] - 1:13, 2:1, 3:1, 4:1, 5:1
**appointed** [1] - 19:15
**appreciate** [3] - 11:17, 14:12, 21:1
**appreciative** [1] - 10:5
**approved** [2] - 19:19, 21:17
**arrangements** [1] - 12:17
**AS** [1] - 5:4
**assist** [1] - 18:12
**assistance** [1] - 13:22
**AT** [3] - 6:20, 6:24, 7:2
**ATKINS** [1] - 3:19
**ATLANTA** [1] - 4:13
**attempting** [1] - 13:20
**attention** [1] - 15:22
**attorneys** [1] - 12:23
**August** [3] - 18:21, 21:2, 21:3
**AUGUST** [4] - 1:7, 6:19, 7:1, 8:3
**available** [1] - 12:17
**AVENUE** [3] - 2:12, 4:21, 5:10
**aware** [1] - 19:24

## B

**B-275** [1] - 5:19
**BACHUS** [2] - 2:22,

2:22
**BACON** [1] - 4:3
**BARNES** [1] - 3:11
**BARRIOS** [14] - 1:15, 1:15, 9:24, 10:8, 10:10, 13:3, 13:12, 16:2, 16:25, 17:21, 18:16, 19:10, 19:13, 21:11
**Barrios** [8] - 9:7, 9:19, 9:21, 9:23, 9:25, 20:17, 21:9, 21:10
**BART** [1] - 3:10
**BAUDIN** [2] - 1:23, 1:24
**BAYLEN** [1] - 2:4
**bears** [2] - 10:22, 14:15
**BEFORE** [1] - 1:11
**BENEFIT** [1] - 6:22
**benefit** [4] - 9:2, 19:15, 19:25, 21:7
**BENJAMIN** [2] - 1:19, 2:4
**BERNE** [1] - 4:7
**best** [1] - 22:12
**Beth** [1] - 15:1
**BETSY** [1] - 3:11
**between** [2] - 9:6, 10:19
**BICKFORD** [1] - 3:7
**bit** [2] - 9:10, 9:16
**BOSTON** [1] - 5:15
**BOULEVARD** [3] - 2:8, 3:4, 4:4
**box** [1] - 12:3
**bring** [4] - 12:9, 15:14, 16:20, 16:23
**broadens** [1] - 14:1
**BrownGreer** [2] - 17:12, 17:15
**BUSINESS** [1] - 5:4
**BY** [25] - 1:15, 1:20, 1:24, 2:4, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:16, 3:20, 3:23, 4:3, 4:7, 4:12, 4:16, 4:21, 5:5, 5:10, 5:14, 5:22, 5:22

## C

**CALIFORNIA** [1] - 2:9
**California** [2] - 11:7, 19:1
**CALLED** [1] - 8:4
**CALLSEN** [1] - 5:10
**care** [1] - 17:11
**Case** [1] - 13:12

CASE [1] - 6:8
case [11] - 9:7, 9:14, 11:8, 11:21, 13:15, 14:17, 15:23, 15:25, 17:18, 19:1
CASES [2] - 1:9, 6:5
cases [11] - 11:4, 11:7, 11:8, 11:12, 12:20, 14:9, 17:12, 17:18, 18:16
CASES.................... [1] - 6:18
CASTEIX [1] - 1:15
catch [1] - 10:5
CATHY [1] - 5:17
Cathy [2] - 22:7, 22:16
cathy_Pepper@laed. uscourts.gov [1] - 5:20
Cathy_Pepper@laed.uscourts.gov [1] - 22:18
causes [1] - 15:5
caution [2] - 12:14, 15:17
CCR [2] - 5:17, 22:16
CENTER [1] - 3:12
centers [1] - 11:23
CENTOLA [2] - 3:7, 3:7
Centrality [4] - 16:25, 17:5, 17:8, 17:11
CENTRALITY............ [1] - 6:13
CENTRE [1] - 5:6
certainly [4] - 10:5, 13:1, 19:8, 21:17
CERTIFICATE [1] - 22:5
CERTIFIED [1] - 5:18
Certified [3] - 22:7, 22:8, 22:16
certify [1] - 22:11
CHAFFE [1] - 5:5
chambers [2] - 16:13, 17:10
changes [1] - 11:1
chart [1] - 11:6
CHEFFO [1] - 4:21
chemotherapy [1] - 14:5
choice [1] - 12:13
Chris [1] - 8:22
CHRISTOPHER [1] - 1:24
CINCINNATI [1] - 4:9
circulated [1] - 10:21
CITY [2] - 3:21, 4:4

CIVIL [1] - 1:6
claim [1] - 19:22
claims [1] - 19:16
CLAIMS.................... ............. [1] - 6:23
clean [2] - 17:16, 17:17
clerk [2] - 10:11, 21:12
CLERK [1] - 8:7
CLEVELAND [1] - 1:11, 1:12
client [1] - 12:25
CLIFTON [1] - 4:12
CMO [5] - 13:13, 13:22, 13:23, 16:17, 16:20
co [6] - 8:22, 9:3, 9:6, 9:18, 10:1
co-lead [2] - 8:22, 9:3
co-liaison [1] - 10:1
co-liaisons [3] - 9:3, 9:6, 9:18
COAN [1] - 5:14
Codes [1] - 13:19
codes [3] - 13:19, 14:5, 15:3
coffin [2] - 8:21, 9:24
COFFIN [7] - 1:23, 1:24, 8:22, 9:12, 20:15, 21:10, 21:21
Coffin [2] - 8:22, 20:14
cognizant [2] - 12:23, 12:24
COLORADO [1] - 2:24
coming [1] - 17:24
Committee [1] - 15:7
common [3] - 19:15, 19:25, 21:7
COMMON [1] - 6:22
complaint [4] - 14:22, 14:23, 15:8, 15:11
Complaint [1] - 18:1
COMPLAINT [1] - 6:10
COMPLAINT.............. ................. [1] - 6:11
complete [3] - 16:7, 16:10, 19:6
completed [1] - 12:22
completion [2] - 12:19, 13:7
comply [1] - 18:12
COMPUTER [1] - 5:22
COMPUTER-AIDED [1] - 5:22
concerns [1] - 12:18
concluded [1] - 22:1
confer [1] - 15:18
CONFERENCE [4] - 1:11, 6:19, 6:24, 7:1

conference [13] - 9:2, 10:16, 10:20, 11:23, 12:6, 12:16, 13:10, 17:14, 18:5, 18:21, 19:12, 20:2, 21:2
conferences [4] - 9:15, 10:18, 20:17, 20:18
CONROY [1] - 2:18
consultation [1] - 11:15
consulted [1] - 20:20
CONTACT [1] - 6:9
Contact [2] - 14:17, 17:7
contact [2] - 9:18, 13:1
contacted [2] - 12:16, 17:4
CONTINENTAL [1] - 2:8
continue [1] - 18:12
CONTINUED [4] - 2:1, 3:1, 4:1, 5:1
cooperated [1] - 11:17
cooperation [1] - 11:17
copy [3] - 21:12, 21:13, 21:14
correct [2] - 15:24, 22:11
corrected [1] - 20:3
COUNSEL [1] - 6:9
counsel [21] - 8:23, 9:3, 10:1, 10:20, 10:22, 12:15, 12:17, 13:1, 13:8, 13:25, 14:6, 14:16, 15:19, 16:2, 19:14, 19:19, 19:22, 19:24, 20:4, 20:16, 20:21
Counsel [2] - 14:17, 17:7
COURT [29] - 1:1, 2:19, 5:17, 8:4, 8:8, 8:10, 8:15, 8:18, 9:11, 9:23, 10:7, 10:9, 12:14, 13:11, 16:24, 17:20, 18:15, 19:7, 19:11, 20:8, 20:12, 21:1, 21:4, 21:6, 21:9, 21:16, 21:20, 21:22, 21:24
court [4] - 11:12, 12:11, 16:20, 21:24
Court [9] - 11:15, 12:20, 15:2, 19:14, 22:8, 22:9, 22:10, 22:17, 22:18
Court's [1] - 15:17

courts [3] - 11:5, 19:24, 21:8
COURTS.................... ................. [1] - 6:6
covers [1] - 13:23
created [1] - 9:5
CRR [2] - 5:17, 22:16
CULBERTSON [1] - 5:13
cured [1] - 13:9

### D

DANIEL [1] - 3:20
database [2] - 16:25, 17:17
DAVID [2] - 1:19, 2:19
Dawn [1] - 9:25
DAWN [1] - 13:6, 13:25, 17:25
DEAL [1] - 6:22
deal [1] - 19:15
DEBORAH [1] - 4:16
defendant [2] - 12:8, 15:6
DEFENDANT [1] - 6:12
Defendant [4] - 12:9, 16:6, 16:16, 17:3
defendants [13] - 11:13, 11:16, 13:4, 13:21, 14:12, 14:13, 15:10, 16:20, 16:22, 17:3, 17:15, 17:21, 17:24
DEFENDANTS.......... ................. [1] - 6:14
defense [3] - 9:4, 12:8, 12:9
deficiencies [2] - 12:10, 13:2
deficiency [1] - 13:9
DeJean [1] - 21:16
Delaware [1] - 11:7
DENVER [1] - 2:24
DEPUTY [1] - 8:7
described [1] - 16:15
desk [1] - 19:8
different [3] - 11:1, 15:23, 17:12
diligently [1] - 19:16
discovered [1] - 18:17
discovery [6] - 13:25, 18:9, 18:20, 20:21, 20:24
DISCOVERY.............. ........................ [1] - 6:17

discuss [2] - 19:11, 19:13
discussed [2] - 16:13, 18:4
dismiss [4] - 12:20, 14:9, 14:11, 15:22
dismissal [1] - 15:25
dismissed [2] - 17:13, 17:19
DISTRICT [3] - 1:1, 1:1, 1:12
District [4] - 15:15, 22:10, 22:18
DIVISION [1] - 4:11
doc [2] - 16:5, 17:23
docetaxel [1] - 13:18, 16:22
DOCETAXEL [1] - 1:4
docket [3] - 18:24, 19:3, 19:5
Docket [1] - 10:23
DOCUMENT [1] - 1:8
documents [3] - 14:18, 14:21, 17:2
DOING [1] - 5:4
done [2] - 10:11, 16:18
DOUGLAS [1] - 3:23
draft [1] - 19:7
drop [1] - 12:3
dropped [1] - 19:8
Drug [1] - 13:19
drugs [1] - 14:5
due [1] - 12:10

### E

e-mail [2] - 18:2, 18:13
early [1] - 19:9
easier [1] - 12:4
Eastern [2] - 15:15, 22:10
EASTERN [1] - 1:1
easy [2] - 17:22, 17:25
either [1] - 12:25
EL [1] - 2:9
ELLIS [1] - 5:9
emanate [1] - 11:13
emanated [1] - 11:22
EMANUEL [1] - 4:20
emphasize [2] - 9:20, 20:16
end [3] - 12:6, 19:21, 20:7
ENERGY [1] - 5:6
Engelhardt [1] - 12:1
entered [2] - 18:8, 19:25
entire [1] - 15:23

**entitled** [1] - 22:13
**ESI** [2] - 6:17, 18:9
**especially** [1] - 20:16
**ESQ** [27] - 1:15, 1:16, 1:20, 1:20, 1:24, 1:24, 2:4, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:11, 3:16, 3:20, 3:23, 4:3, 4:7, 4:12, 4:16, 4:21, 5:5, 5:10, 5:14
**excuse** [1] - 12:21
**exemplary** [1] - 10:12
**Exhibit** [5] - 11:20, 11:21, 14:4, 14:8, 14:12
**exhibit** [1] - 14:8
**EXNICIOS** [2] - 2:14, 2:15
**EXPENSE** [1] - 6:23
**expense** [1] - 19:16
**explaining** [1] - 19:20

### F

**fact** [1] - 12:22
**Fact** [9] - 12:9, 12:19, 16:6, 16:11, 16:12, 16:15, 16:16, 17:2, 17:3
**FACT** [1] - 6:12
**fairly** [1] - 20:19
**familiar** [2] - 11:19, 18:10
**few** [1] - 19:13
**fields** [1] - 18:11
**file** [8] - 10:19, 15:7, 15:16, 15:19, 16:19, 17:3, 17:6, 17:7
**filed** [4] - 11:8, 15:20, 16:19, 19:4
**fill** [2] - 14:17, 14:19
**FIRM** [2] - 3:15, 3:19
**FIRST** [1] - 6:10
**first** [7] - 10:2, 10:12, 14:22, 18:18, 18:19, 18:24, 19:21
**FLEMING** [1] - 3:3
**FLOOR** [5] - 2:8, 2:12, 3:13, 4:21, 5:15
**FLORIDA** [1] - 2:5
**follow** [1] - 15:16
**following** [1] - 10:17
**footnote** [1] - 17:9
**FOR** [8] - 1:15, 3:23, 4:6, 4:11, 4:19, 5:3, 5:9, 5:13
**foregoing** [1] - 22:11
**FORM** [1] - 6:11

**Form** [3] - 14:17, 17:7, 18:1
**form** [3] - 14:19, 14:22, 15:5
**FORM..........................
........** [1] - 6:9
**FORMERLY** [1] - 5:4
**frame** [1] - 16:10
**frankly** [1] - 19:7
**free** [1] - 10:24
**FRITCHIE** [1] - 3:23
**front** [1] - 20:25
**fund** [1] - 21:7

### G

**GAINSBURGH** [1] - 1:19
**generally** [1] - 10:20
**GEOFFREY** [1] - 5:14
**GEORGIA** [1] - 4:13
**GIBBS** [1] - 2:7
**given** [1] - 13:17
**GODSHALL** [1] - 3:11
**GORDON** [1] - 2:4
**GRAND** [1] - 4:4
**GREENBURG** [1] - 4:11
**GROUP** [1] - 2:7

### H

**handle** [1] - 18:14
**HANLY** [1] - 2:18
**happy** [1] - 21:12
**HARDY** [1] - 4:3
**HARLEY** [1] - 4:3
**HEALTHCARE** [1] - 5:9
**heard** [1] - 9:15
**HEARD** [1] - 1:11
**hearing** [2] - 13:2, 14:25
**hearings** [2] - 12:7, 20:22
**HEFNER** [1] - 3:20
**Hello** [1] - 8:18
**help** [2] - 10:13, 14:6
**hereby** [1] - 22:10
**Herman** [1] - 20:4
**highlight** [2] - 9:19, 11:1
**himself** [1] - 19:20
**HINSHAW** [1] - 5:13
**Honor** [27] - 8:9, 8:22, 9:1, 9:9, 9:13, 9:15, 9:20, 9:25, 10:3, 10:8, 12:2, 13:3,

13:9, 16:15, 17:9, 18:24, 19:10, 19:17, 19:19, 20:1, 20:6, 20:15, 20:20, 20:25, 21:10, 21:21, 21:23
**HONORABLE** [1] - 1:11
**hope** [1] - 19:20
**hopefully** [2] - 15:2, 17:24
**HOSPIRA** [4] - 4:20, 5:3, 5:3, 5:4
**HOUSTON** [1] - 3:5
**Hyland** [9] - 8:12, 8:13, 8:19, 8:24, 10:14, 10:15, 11:8, 20:9, 21:14
**HYLAND** [6] - 8:14, 20:11, 21:5, 21:7, 21:15, 21:19

### I

**ID** [2] - 13:14, 13:23
**identification** [2] - 14:3, 18:3
**IDENTIFICATION** [1] - 6:15
**identify** [1] - 14:6, 16:21
**Illinois** [1] - 11:7
**ILLINOIS** [1] - 2:20
**important** [12] - 11:16, 11:22, 13:13, 13:14, 14:8, 14:19, 15:15, 15:21, 16:4, 16:7, 16:9, 17:17
**IN** [2] - 1:4, 6:5
**INC** [6] - 4:7, 4:19, 5:3, 5:5, 5:9
**include** [1] - 15:8
**incumbent** [1] - 13:18
**indeed** [1] - 12:16
**indicate** [1] - 15:4, 15:5
**indicates** [1] - 11:6
**individual** [1] - 13:25
**INDUSTRIES** [1] - 5:13
**information** [3] - 11:11, 11:14, 17:1
**informed** [1] - 16:3
**infused** [1] - 14:5
**infusions** [1] - 13:17
**initial** [1] - 19:18
**intended** [1] - 19:11
**introduce** [1] - 10:10
**introducing** [1] - 19:19

**involved** [2] - 9:14, 20:22
**IRVING** [1] - 1:20
**IRWIN** [1] - 3:23
**IS** [3] - 6:19, 6:24, 7:1
**issuance** [1] - 14:1
**issue** [5] - 10:13, 13:14, 19:1, 19:5, 20:1
**issues** [4] - 9:19, 11:25, 18:20, 20:21

### J

**JANE** [1] - 1:11
**Jersey** [3] - 8:13, 10:15, 11:9
**JEZ** [1] - 3:3
**job** [1] - 10:12
**JOHN** [1] - 5:5
**JOINT** [1] - 6:4
**joint** [7] - 9:5, 9:7, 9:20, 9:21, 10:19, 11:19, 14:21
**Joint** [1] - 11:3
**judge** [1] - 21:11
**JUDGE** [10] - 1:12, 6:19, 7:1, 8:14, 8:17, 20:11, 21:5, 21:7, 21:15, 21:19
**Judge** [23] - 8:12, 8:13, 8:14, 8:17, 8:18, 8:19, 8:24, 9:15, 10:14, 10:15, 10:18, 11:5, 11:8, 11:11, 12:1, 18:8, 18:21, 20:9, 20:18, 20:23, 21:2, 21:14
**judges** [1] - 8:15
**JULIE** [1] - 5:10

### K

**Kalyani** [1] - 18:25
**KANSAS** [1] - 4:4
**KAREN** [1] - 2:7
**keep** [1] - 19:2
**KINGSDORF** [1] - 1:15
**knowledge** [1] - 13:4
**knows** [3] - 9:1, 18:16, 19:14
**KYLE** [1] - 2:22

### L

**Labor** [1] - 13:7
**LAFAYETTE** [1] - 3:8

**LAKE** [1] - 3:20
**Lambert** [7] - 10:1, 10:22, 10:24, 12:12, 15:24, 17:5, 18:14
**LAMBERT** [2] - 1:20, 16:1
**Lambert's** [1] - 18:11
**last** [2] - 11:12, 11:23, 14:24, 18:5, 20:1
**LAUREN** [1] - 3:11
**LAW** [2] - 2:7, 3:15, 3:19
**law** [2] - 10:11, 21:12
**LAWRENCE** [1] - 3:7
**lawsuit** [1] - 17:6
**lead** [2] - 8:22, 9:3
**leadership** [1] - 10:18
**leads** [1] - 9:4
**learn** [1] - 17:1
**learned** [2] - 16:2, 20:3
**LEMMON** [2] - 3:15, 3:16
**letter** [2] - 19:18, 21:7
**letters** [1] - 19:23
**LEVIN** [1] - 2:3
**LEXINGTON** [1] - 2:12
**Liability** [1] - 8:11
**LIABILITY** [1] - 1:5
**liaison** [6] - 10:1, 10:19, 12:17, 13:1, 16:2, 20:23
**liaisons** [2] - 9:3, 9:6, 9:18
**LIFE** [1] - 3:12
**line** [2] - 8:18, 10:15
**LISKA** [1] - 2:14
**list** [1] - 13:5
**listed** [1] - 12:25
**listing** [3] - 11:20, 11:21, 14:21
**LITIGATION** [1] - 1:5
**Litigation** [2] - 8:11
**LLC** [2] - 4:20, 5:3
**local** [1] - 15:16
**Local** [1] - 15:18
**look** [2] - 10:24, 15:17
**LOUISIANA** [13] - 1:1, 1:6, 1:17, 1:21, 1:25, 2:16, 3:8, 3:13, 3:17, 3:24, 4:17, 5:7, 5:19
**Louisiana** [2] - 22:9, 22:10
**LTD** [1] - 5:13

### M

**MADISON** [1] - 4:21
**Magistrate** [2] - 20:18,

20:23
**mail** [2] - 18:2, 18:13
**MAIN** [1] - 5:10
**MANAGEMENT** [1] - 6:8
**management** [1] - 11:21
**Management** [1] - 13:12
**manufacturer** [4] - 14:7, 14:10, 15:4, 16:22
**manufacturers** [1] - 14:10
**MARK** [1] - 4:21
**MARKOFF** [2] - 3:19, 3:20
**MARTZELL** [1] - 3:7
**MASSACHUSETTS** [1] - 5:15
**MASTER** [2] - 6:10, 6:22
**master** [4] - 14:22, 15:8, 16:25, 19:15
**matter** [1] - 22:13
**MCCALL** [1] - 5:5
**McKesson** [1] - 19:2
**MDL** [13] - 6:13, 10:1, 10:4, 10:11, 10:15, 11:4, 11:10, 11:25, 14:16, 15:14, 16:25, 17:22, 19:25
**MDL** ... [1] - 6:5
**MECHANICAL** [1] - 5:22
**meet** [1] - 15:18
**meeting** [1] - 9:8
**mention** [2] - 14:24, 17:10
**mentioned** [1] - 20:18
**mentioning** [1] - 14:15
**MENZIES** [1] - 2:7
**Merit** [2] - 22:8, 22:17
**MERIT** [1] - 5:18
**MERRELL** [1] - 4:12
**met** [3] - 9:1, 9:2, 19:17
**method** [1] - 14:9
**MEUNIER** [1] - 1:19
**MICELI** [1] - 2:19
**MICHAEL** [1] - 4:7
**might** [2] - 14:18, 19:23
**Mike** [1] - 14:25
**Milazzo** [3] - 9:15, 11:5, 11:11
**MILAZZO** [1] - 1:11
**Milazzo's** [1] - 10:18
**mind** [1] - 19:12

**MISSOURI** [1] - 4:4
**MITCHELL** [1] - 2:3
**Mokkapati** [1] - 18:25
**Monday** [1] - 17:14
**month** [1] - 11:2
**monthly** [1] - 10:16
**MOORE** [2] - 3:23, 3:23
**morning** [4] - 8:8, 8:9, 9:8, 9:25
**MORRIS** [1] - 3:10
**most** [1] - 18:20
**Motion** [1] - 18:24
**motions** [1] - 18:23
**MOTIONS** ... [1] - 6:21
**move** [1] - 9:16
**moving** [1] - 18:18
**MR** [8] - 8:22, 9:12, 16:1, 20:15, 21:3, 21:10, 21:21, 21:23
**MS** [12] - 9:24, 10:8, 10:10, 13:3, 13:12, 16:2, 16:25, 17:21, 18:16, 19:10, 19:13, 21:11
**Multidistrict** [1] - 8:10
**multiple** [1] - 19:12
**mundane** [1] - 14:18
**must** [1] - 12:16

## N

**named** [1] - 14:10
**NAPOLI** [1] - 2:11
**National** [1] - 13:19
**nature** [1] - 13:17
**NDC** [3] - 13:18, 14:5, 15:3
**NE** [1] - 4:13
**need** [2] - 15:16, 18:6
**needs** [3] - 13:8, 13:9, 15:22
**neglected** [1] - 17:10
**never** [1] - 18:25
**NEW** [17] - 1:6, 1:17, 1:21, 1:25, 2:13, 2:16, 3:8, 3:13, 3:17, 3:24, 4:17, 4:22, 5:7, 5:19, 6:7
**New** [3] - 8:13, 10:15, 11:9
**new** [9] - 10:10, 11:18, 11:24, 12:3, 13:23, 15:2, 15:8, 17:24, 18:4
**next** [8] - 12:6, 12:24, 13:10, 17:25, 18:21,

19:9, 20:1, 21:1
**NEXT** [3] - 6:19, 6:24, 7:1
**NO** [1] - 1:6
**NOLEN** [2] - 3:3, 3:3
**noncompliance** [1] - 12:21
**noncompliant** [1] - 13:5
**nonmanufacturing** [1] - 14:11
**NORTH** [2] - 6:19, 7:1
**North** [5] - 18:8, 18:21, 20:18, 20:23, 21:2
**note** [2] - 11:19, 19:23
**nothing** [1] - 21:21
**NOVARTIS** [1] - 4:11
**NUMBER** [1] - 6:4
**Number** [5] - 10:23, 11:3, 11:24, 14:16, 14:20
**numbered** [1] - 22:13
**numbers** [3] - 16:5, 17:11, 17:23
**NUNGESSER** [1] - 2:14

## O

**OAK** [1] - 3:4
**obtain** [1] - 14:2
**occurred** [1] - 11:2
**OF** [2] - 1:1, 1:11
**office** [2] - 18:11
**Official** [2] - 22:9, 22:17
**official** [1] - 10:2
**OFFICIAL** [1] - 5:17
**officially** [2] - 10:3, 11:3
**OHIO** [2] - 4:9, 5:11
**OKLAHOMA** [2] - 3:21
**OLINDE** [1] - 5:5
**ON** [2] - 6:14, 7:1
**once** [1] - 14:9
**ONE** [1] - 2:19
**one** [5] - 9:6, 13:20, 17:24, 20:15, 21:5
**open** [3] - 18:23, 19:3, 19:5
**opportunity** [1] - 15:14
**opposing** [2] - 15:19, 20:4
**ORDER** [2] - 6:7, 8:4
**Order** [13] - 11:13, 11:16, 11:18, 11:24, 14:16, 15:2, 15:21,

15:23, 16:16, 18:6, 18:7, 18:8, 19:7
**order** [15] - 11:25, 12:4, 12:7, 12:20, 12:25, 13:13, 13:16, 15:9, 15:21, 16:14, 16:23, 18:3, 18:9, 18:18, 19:25
**ORDER** .. [1] - 6:15
**ORDER** ............ [1] - 6:16
**orders** [7] - 11:18, 11:20, 11:21, 11:22, 12:1, 16:8, 18:5
**Orders** [1] - 13:12
**ORDERS** ....... [1] - 6:7
**ORDERS** .......... [1] - 6:8
**ORLEANS** [12] - 1:6, 1:17, 1:21, 1:25, 2:16, 3:8, 3:13, 3:17, 3:24, 4:17, 5:7, 5:19

## P

**PAGE** [1] - 6:3
**Palmer** [1] - 10:1
**PALMER** [1] - 1:20
**PAN** [1] - 3:12
**PAPANTONIO** [1] - 2:3
**paragraph** [7] - 14:15, 14:20, 16:4, 17:22, 18:3, 18:6
**PARKWAY** [1] - 3:20
**partial** [1] - 15:25
**participating** [2] - 8:16, 12:15
**parties** [3] - 9:6, 12:23, 17:1
**pay** [1] - 15:22
**PENDLEY** [1] - 1:23
**PENSACOLA** [1] - 2:5
**people** [1] - 17:4
**Pepper** [3] - 22:7, 22:15, 22:16
**PEPPER** [1] - 5:17
**permission** [1] - 15:18
**personally** [1] - 12:11
**PFIZER** [2] - 4:19, 5:5
**PHARMA** [1] - 4:6
**PHARMACEUTICAL** [1] - 5:13
**pharmacy** [1] - 13:15
**phase** [1] - 18:20
**phone** [4] - 8:12, 12:15, 19:23, 20:16

**pick** [2] - 17:17, 17:18
**PIEDMONT** [1] - 4:13
**pipeline** [1] - 11:15
**PLAINTIFF** [1] - 6:12
**Plaintiff** [6] - 12:19, 16:6, 16:10, 16:12, 16:15, 17:2
**plaintiff** [5] - 12:8, 12:14, 16:18, 19:1, 19:14
**PLAINTIFFS** [1] - 1:15
**plaintiffs** [12] - 8:23, 9:3, 9:4, 12:9, 13:18, 14:2, 15:3, 15:13, 16:11, 17:2, 18:19, 21:21
**Plaintiffs'** [1] - 15:7
**plaintiffs'** [9] - 9:17, 10:21, 13:8, 13:25, 14:6, 19:19, 19:24
**pleadings** [1] - 19:5
**pleased** [2] - 9:12, 10:4
**point** [1] - 17:7
**possible** [1] - 14:14
**POST** [1] - 3:4
**POYDRAS** [10] - 1:16, 1:21, 1:25, 2:15, 3:12, 3:16, 3:24, 4:16, 5:6, 5:19
**prejudice** [1] - 12:21
**prepared** [2] - 11:6, 13:1
**prescriptions** [1] - 13:16
**presented** [1] - 21:16
**Preservation** [1] - 18:6
**PRESERVATION** [1] - 6:16
**Pretrial** [10] - 11:13, 11:16, 11:18, 11:24, 14:16, 15:2, 15:21, 15:23, 16:16, 18:7
**PRETRIAL** [1] - 6:7
**pretrial** [2] - 11:20, 11:22
**previously** [2] - 12:1, 16:14
**printout** [1] - 13:16
**problems** [1] - 12:18
**procedure** [1] - 13:24
**procedures** [2] - 17:23, 19:20
**proceed** [1] - 8:21
**PROCEEDINGS** [3] - 1:11, 5:22, 8:1
**proceedings** [2] - 15:19, 21:25, 22:13
**process** [8] - 11:25,

12:4, 12:10, 12:25, 14:11, 16:14, 16:21, 17:25
**PROCTOR** [1] - 2:3
**PRODUCED** [1] - 5:22
**PRODUCT** [1] - 6:15
**product** [4] - 13:14, 13:23, 14:2, 18:3
**products** [1] - 15:13
**Products** [1] - 8:11
**PRODUCTS** [1] - 1:4
**progress** [2] - 10:7, 16:12
**pronounce** [1] - 18:25
**Protective** [1] - 18:8
**provide** [5] - 11:14, 12:2, 20:24, 21:12
**provided** [1] - 13:5
**provides** [2] - 11:24, 15:10
**PTO** [1] - 16:9
**PTO's** [1] - 16:5
**public's** [1] - 13:4
**put** [5] - 10:4, 10:19, 12:3, 15:4, 17:2

## Q

**quarter** [1] - 19:21
**questions** [7] - 9:17, 10:23, 18:11, 18:13, 20:6, 20:8, 20:9
**queue** [1] - 18:17
**QUINN** [1] - 4:20

## R

**RACHEL** [1] - 2:11
**RAFFERTY** [1] - 2:3
**raise** [1] - 20:10
**RAND** [1] - 3:3
**ranked** [1] - 18:18
**RATLIFF** [3] - 4:3, 21:3, 21:23
**Re** [1] - 8:11
**RE** [1] - 1:4
**read** [1] - 10:25
**ready** [1] - 8:21
**really** [3] - 11:1, 11:12, 11:23
**REALTIME** [1] - 5:18
**Realtime** [2] - 22:7, 22:16
**reason** [1] - 12:22
**Reasons** [1] - 19:8
**received** [1] - 13:6
**record** [4] - 14:21, 16:5, 17:23, 22:12

**RECORDED** [1] - 5:22
**REESE** [1] - 4:15
**reference** [2] - 16:7, 18:4
**regard** [2] - 11:5, 11:18
**regarding** [1] - 16:5
**REGISTERED** [1] - 5:18
**Registered** [1] - 22:7
**registered** [1] - 22:17
**regular** [1] - 13:15
**regularly** [1] - 20:19
**RELATES** [1] - 1:8
**remand** [1] - 19:3
**Remand** [1] - 18:24
**removed** [1] - 17:12
**Report** [1] - 11:3
**REPORT** [1] - 6:4
**report** [12] - 9:5, 9:8, 9:9, 9:20, 9:21, 10:19, 10:21, 10:25, 11:19, 14:21, 19:22, 20:7
**Reporter** [7] - 22:7, 22:8, 22:9, 22:16, 22:17, 22:17
**REPORTER** [3] - 5:17, 5:18, 5:18
**REPORTER'S** [1] - 22:5
**represent** [1] - 12:18
**representative** [1] - 17:18
**representatives** [1] - 17:15
**representing** [1] - 15:1
**requires** [2] - 14:16, 15:18
**responses** [2] - 12:2, 12:3
**rise** [1] - 8:7
**RMR** [2] - 5:17, 22:16
**ROAD** [1] - 4:13
**ROOM** [1] - 5:19
**Rose** [1] - 15:1
**ROUEN** [1] - 4:16
**Rule** [2] - 15:18, 19:4
**rules** [1] - 15:16
**Russ** [1] - 20:4

## S

**S.A** [1] - 3:23
**s/Cathy** [1] - 22:15
**Sagent** [6] - 15:1, 15:4, 15:9, 15:10, 15:13, 17:25

**Samantha** [1] - 10:11
**sanctions** [1] - 19:4
**SANDOZ** [1] - 4:11
**SANOFI** [1] - 3:23
**sanofi** [1] - 19:4
**SCHANKER** [1] - 2:22
**scheduled** [1] - 20:19
**Schott** [2] - 10:11, 21:13
**seated** [1] - 8:8
**second** [3] - 15:8, 15:11, 18:19
**see** [2] - 14:20, 17:22
**seem** [1] - 14:18
**selected** [1] - 20:2
**sent** [3] - 13:6, 19:18, 21:17
**September** [1] - 20:3
**seriousness** [1] - 12:24
**served** [3] - 11:8, 14:18, 16:11
**service** [2] - 17:21, 17:23
**SERVICE** [1] - 6:14
**serving** [1] - 18:1
**several** [1] - 10:12
**shall** [1] - 15:5
**Sheet** [2] - 12:9, 12:19
**sheet** [1] - 12:22
**Sheets** [7] - 16:6, 16:11, 16:12, 16:15, 16:16, 17:2, 17:3
**SHEETS.................** [1] - 6:12
**SHKOLNIK** [2] - 2:11, 2:11
**SHOOK** [1] - 4:3
**short** [2] - 14:22, 15:5
**Short** [1] - 18:1
**SHORT** [1] - 6:11
**shortly** [1] - 15:3
**show** [6] - 11:24, 12:7, 12:19, 12:24, 16:14, 16:23
**side** [2] - 9:17, 17:1
**signed** [2] - 21:13, 21:14
**SIMMONS** [1] - 2:18
**simplifies** [1] - 13:24
**simplify** [1] - 12:4
**six** [1] - 16:7
**slipped** [1] - 19:12
**SPECIAL** [1] - 6:22
**special** [1] - 19:15
**specific** [1] - 10:23
**stand** [1] - 20:3
**STANLEY** [1] - 1:24
**started** [1] - 16:21

**State** [1] - 22:8
**state** [4] - 11:5, 11:12, 19:24, 21:8
**STATE** [2] - 5:14, 6:6
**statement** [2] - 14:4, 16:19
**STATES** [2] - 1:1, 1:12
**States** [2] - 22:9, 22:18
**STATUS** [2] - 1:11, 6:24
**status** [13] - 9:2, 9:15, 10:16, 10:18, 10:20, 11:23, 12:6, 12:15, 13:10, 18:5, 19:11, 20:1, 20:17
**STE** [1] - 3:20
**Steering** [1] - 15:7
**STENOGRAPHY** [1] - 5:22
**still** [2] - 19:3, 19:5
**straightforward** [1] - 13:24
**streamlined** [4] - 14:9, 14:11, 14:13, 17:23
**STREET** [16] - 1:16, 1:21, 1:25, 2:4, 2:15, 2:19, 2:23, 3:8, 3:12, 3:16, 3:24, 4:8, 4:16, 5:6, 5:14, 5:19
**subpoena** [1] - 14:1
**substantive** [1] - 19:22
**successful** [1] - 13:21
**SUFFERN** [1] - 4:7
**Suffern** [1] - 14:25
**SUGUNDO** [1] - 2:9
**SUITE** [16] - 1:16, 1:21, 1:25, 2:4, 2:16, 2:23, 3:4, 3:17, 3:24, 4:8, 4:17, 5:10
**SULLIVAN** [1] - 4:20
**Summons** [1] - 18:1
**SUN** [1] - 5:13

## T

**Taxotere** [4] - 8:11, 10:1, 13:17, 16:22
**TAXOTERE** [1] - 1:4
**technical** [1] - 15:12
**telephone** [1] - 12:12
**ten** [1] - 17:25
**TERMINUS** [1] - 4:12
**TEXAS** [1] - 3:5
**THE** [34] - 1:11, 1:15, 6:5, 6:10, 6:14, 6:22, 6:24, 8:7, 8:8, 8:10, 8:15, 8:18, 9:11,

9:23, 10:7, 10:9, 12:14, 13:11, 16:24, 17:20, 18:15, 19:7, 19:11, 20:8, 20:12, 21:1, 21:4, 21:6, 21:9, 21:16, 21:20, 21:22, 21:24
**therefore** [1] - 19:3
**third** [1] - 19:21
**THIS** [1] - 1:8
**THOMAS** [1] - 2:3
**three** [1] - 18:17
**Thursday** [2] - 20:2, 20:4
**THURSDAY** [3] - 1:7, 6:24, 8:3
**TIME** [1] - 6:22
**TO** [3] - 1:8, 6:22, 8:4
**today** [1] - 21:18
**together** [1] - 10:19
**total** [1] - 17:8
**totally** [1] - 11:17
**TRANSCRIPT** [2] - 1:11, 5:22
**transcript** [1] - 22:11
**TRANSCRIPTION** [1] - 5:22
**transmit** [1] - 21:14
**TRAURIG** [1] - 4:11
**trial** [3] - 18:16, 18:18, 18:19
**TRIAL** [1] - 6:18
**TRICHE** [1] - 1:11
**true** [1] - 22:11
**truncate** [2] - 9:9, 9:16
**trying** [2] - 10:5, 16:21
**TUCKER** [1] - 5:9
**two** [2] - 18:23, 20:19

## U

**ULMER** [1] - 4:7
**ultimately** [2] - 11:12, 16:16
**under** [6] - 10:18, 11:13, 12:1, 12:3, 13:12, 16:18
**United** [2] - 22:9, 22:18
**UNITED** [2] - 1:1, 1:12
**unless** [2] - 12:21, 20:6
**up** [5] - 10:5, 12:7, 13:7, 17:2, 18:20
**updates** [1] - 20:22
**URQUHART** [2] - 3:23, 4:20
**usual** [1] - 9:6

*OFFICIAL TRANSCRIPT*

## V

**VAL** [1] - 2:15
**various** [2] - 9:6,
   11:25
**VINE** [1] - 4:8
**voice** [2] - 12:8
**VOICES** [1] - 8:9

## W

**Walgreens** [1] - 13:16
**WALSH** [1] - 8:17
**Walsh** [3] - 8:17, 8:18,
   8:24
**WARSHAUER** [2] -
   1:19, 1:20
**week** [2] - 16:11, 19:9
**weekly** [1] - 18:12
**weeks** [2] - 10:12,
   20:19
**welcome** [5] - 8:24,
   10:3, 10:14, 10:15,
   11:9
**WHEREUPON** [1] -
   21:25
**willing** [1] - 10:12
**WITH** [3] - 6:19, 6:22,
   7:1
**WOOL** [1] - 1:16
**WORLDWIDE** [3] -
   4:20, 5:3, 5:4
**writing** [1] - 12:2
**WYNKOOP** [1] - 2:23

## Y

**yesterday** [3] - 10:22,
   19:18, 21:11
**YORK** [4] - 2:13, 4:22

## Z

**ZACHARY** [1] - 1:16

*OFFICIAL TRANSCRIPT*