# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXECPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC** |
| Jackie Britt v. Sanofi US Services Inc., et al. | Civil Action No.: 2:17-cv-11867 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 23, 2018

                                              Respectfully submitted,

                                              */s/ Ryan L. Thompson*
                                              Ryan L. Thompson
                                              Mikal C. Watts
                                              Paige N. Boldt
                                              WATTS GUERRA LLP
                                              5726 Hausman Rd. W., Ste. 119
                                              San Antonio, TX 78249

Telephone: 866.529.9100
Fax: 210. 448.0501
rthompson@wattsguerra.com
mcwatts@wattsguerra.com
pboldt@wattsguerra.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  August 23, 2018              */s/ Ryan L. Thompson*_____
                                     Ryan L. Thompson