# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: CHRISTINE AND JIM KINDERDINE, Plaintiffs, v. ACCORD HEALTHCARE, INC., Defendant. | CASE NO.:  2:17-CV-00348-JTM-MBN  HON. JANE TRICHE MILAZZO |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Accord Healthcare, Inc. respectfully requests leave to file the attached Reply Brief in Support of the Motion for Summary Judgment Based Upon Judicial Estoppel.  (Rec. Doc. 3476).  This Reply will further assist the Court in evaluating Accord's motion by providing additional facts and law that address the issues raised in Plaintiffs' opposition.

Date:  August 23, 2018

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	julie.callsen@tuckerellis.com
	brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a true and correct copy of the *Motion for Leave to File Reply Brief in Support of Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment Based Upon Judicial Estoppel* was served upon the following through the Court's ECF filing system:

Jennifer L. Lawrence                                *Attorneys for Plaintiffs*
Anne L. Gilday
The Lawrence Firm, PSC
606 Philadelphia Street
Covington, KY  41011
jenn.lawrence@lawrencefirm.com
anne.gilday@lawrencefirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
rand_nolen@fleming-law.com

/s/ *Julie A. Callsen*
Julie A. Callsen

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>CHRISTINE AND JIM KINDERDINE,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | : | CASE NO.: 2:17-CV-00348-JTM-MBN<br><br>HON. JANE TRICHE MILAZZO |

## ORDER

Considering the Motion for Leave to File Reply Brief in Support of Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment Based Upon Judicial Estoppel (Rec. Doc. 3476), filed by Defendant Accord Healthcare, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendant's proposed Reply Brief in Support of the Motion for Summary Judgment Based Upon Judicial Estoppel is hereby entered into the Court's docket.

New Orleans, Louisiana, on this ___ day of _____, 2018.

_____
United States District Judge