UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : DEBRA PANTALION, : : PLAINTIFF : : vs. : : : SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES, INC., AND AVENTIS PHARMA S.A., : : DEFENDANTS : | MDL NO. 16-2740 SECTION "H"(5) JUDGE MILAZZO MAG. JUDGE NORTH Civil Action No: 2:17-cv-05968 |

# FIRST AMENDED COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Debra Pantalion

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   None.

1

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None.

4.  Current State of Residence: Texas

5.  State in which Plaintiff(s) allege(s) injury: Texas

6.  Defendants (check all Defendants against whom a Complaint is made):

    a.  Taxotere Brand Name Defendants

        ☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐   B.   Sanofi-Aventis U.S. LLC

    b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☒   A.   Sandoz Inc.

        ☐   B.   Accord Healthcare, Inc.

        ☐   C.   McKesson Corporation d/b/a McKesson Packaging

        ☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☒   E.   Hospira, Inc.

        ☐   F.   Sun Pharma Global FZE

        ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐   H.   Pfizer Inc.

        ☐   I.   Actavis LLC f/k/a Actavis Inc.

        ☐   J.   Actavis Pharma, Inc.

        ☐   K.   Other:

2

7. Basis for Jurisdiction:

☐ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Complaint absent the direct filing Order entered by this Court:

Eastern District of Texas

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☒ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

September 13, 2013 – October 21, 2013

11. State in which Product(s) identified in question 9 was/were administered:

3

| Texas |
|---|

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

| In July, 2013 the Plaintiff was diagnosed with breast cancer in Beaumont, Texas. Plaintiff underwent chemotherapy with docetaxel. As a result of Defendant's wrongful conduct, Plaintiff suffers from permanent alopecia as a result of the administration of docetaxel under the direction of her oncologist at Texas Oncology-Beaumont. |
|---|

13. Counts in Master Complaint brought by Plaintiff(s):

- ☒ Count I – Strict Products Liability - Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☐ Count V – Fraudulent Misrepresentation
- ☐ Count VI – Fraudulent Concealment
- ☐ Count VII – Fraud and Deceit

☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

|  |
|---|
|  |

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

RESPECTFULLY SUBMITTED,

By: /s/ James B. Manley
James B. Manley, P.C.
SBOT No.: 12915000
200 S. William Barnett
Cleveland, Texas   77327- office & mailing address
281-593-1100
jamesbmanleyattorney@gmail.com

5