UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| MARTHA STEVENS<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI ET AL, | |
| Defendants. | |
| Civil Case No: 2:18-cv-06269 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on July 26, 2018 (*Martha Stevens v. Sanofi et al,* Case No. 2:18-cv-06269), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned complaint, Plaintiff learned through the National Drug Code form sent from Sidney Regional Medical Center that Hospira, Inc., rather than Sanofi Aventis and its related entities, should have been named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

**Dated this 13th day of August, 2018.**

                                                                  **Respectfully Submitted,**

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 13, 2018

/s/ Robert J. Binstock
Robert J. Binstock