UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

CAROLE BARBAN
CASE NO.: 2:16-CV-15515

___

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**
___

**NOW COMES,** Plaintiff Carole Barban, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff originally filed suit against Sanofi defendants based upon medical records demonstrating NDC codes referencing the manufacturer of her Docetaxel to be Sanofi.  Subsequently, Plaintiff's counsel received a signed certification, along with a report from the facility where Plaintiff was administered Docetaxel, demonstrating that Plaintiff was actually administered an Accord manufactured Docetaxel product.  Due to the discrepancy, counsel contacted the facility and the facility confirmed that the original record contained an error & the true manufacturer of the Docetaxel administered to Plaintiff was Accord.  The medical records indicating Sanofi along with the signed certification and report are attached hereto as Exhibit "A".

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto, seeking to remove Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC and add Accord Healthcare, Inc.

Respectfully Submitted,

August 23, 2018 /s/ Christopher L. Coffin

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
PO Drawer 71
Plaquemine, LA 70765-0071
Tel: (225) 687-6396
Fax: (225) 687-6398
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

**Attorneys for Plaintiff**

### CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

### CERTIFICATE OF SERVICE

I certify that August 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Christopher L. Coffin
Christopher L. Coffin