UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

CAROLE BARBAN
CASE NO.: 2:16-CV-15515

_____

**ORDER**
_____

      Upon Plaintiffs Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiffs may file an Amended Complaint as attached to their Motion.

The _____ day of _____, 2018

                                                                                     _____
                                                                                   The Honorable Jane Triche Milazzo