Procedure History                                                Page 1 of 1

## Hutchinson Clinic PA

PO Box 1187 Hutchinson KS 675041187
Tel: (620) 694-4163

**PROCEDURE HISTORY**                         08/29/2016 4:55 PM (CST)

**Patient# 346890**

Carole A Barban
2207 N Adams
Hutchinson, KS 67502

Home Tel#: (620) 664-8390 Ext home
Work Tel#: (620) 664-8390
SSN: 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 Sex: F
Birth Date: 05/06/1945 Age: 71 years

| Service Date | Code | Description | Units | Fee Amt | Provider | Primary Diag. | Code Set |
|---|---|---|---|---|---|---|---|
| 10/13/2014 | J9171 | Docetaxel, 1 mg 00075800120 | 150.00 | $4,500.00 | ESTFF | 174.8 | ICD-9 |

file:///C:/Users/williams/AppData/Local/Temp/csimViewer/csi83E4.tmp            8/29/2016


EXHIBIT A

Procedure History                                                              Page 1 of 1

## Hutchinson Clinic PA
PO Box 1187 Hutchinson KS 675041187
Tel: (620) 694-4163

**PROCEDURE HISTORY**                                              08/29/2016 4:56 PM (CST)

**Patient# 346890**

Carole A Barban
2207 N Adams
Hutchinson, KS 67502

Home Tel#: (620) 664-8390 Ext home
Work Tel#: (620) 664-8390
SSN: 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 Sex: F
Birth Date: 05/06/1945 Age: 71 years

| Service Date | Code | Description | Units | Fee Amt | Provider | Primary Diag. | Code Set |
|---|---|---|---|---|---|---|---|
| 11/03/2014 | J9171 | Docetaxel, 1 mg 00075800120 | 125.00 | $3,750.00 | ESTFF | 174.8 | ICD-9 |

file:///C:/Users/williams/AppData/Local/Temp/csimViewer/csi243A.tmp                  8/29/2016

Case 2:16-md-02740-JTM-MBN   Document 3942-2   Filed 08/23/18   Page 3 of 7
Aug-30-2016 02:52 PM Hutchinson Clinic 620-694-2138                                         5/6

Procedure History                                                                Page 1 of 1

## Hutchinson Clinic PA

PO Box 1187 Hutchinson KS 675041187
Tel: (620) 694-4163

**PROCEDURE HISTORY**                                      08/29/2016 4:56 PM (CST)

**Patient# 346890**

Carole A Barban
2207 N Adams
Hutchinson, KS 67502

Home Tel#: (620) 664-8390 Ext home
Work Tel#: (620) 664-8390
SSN: 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 Sex: F
Birth Date: 05/06/1945 Age: 71 years

| Service Date | Code | Description | Units | Fee Amt | Provider | Primary Diag. | Code Set |
|---|---|---|---|---|---|---|---|
| 11/24/2014 | J9171 | Docetaxel, 1 mg 00075800120 | 125.00 | $3,750.00 | ESTFF | 174.8 | ICD-9 |

file:///C:/Users/williams/AppData/Local/Temp/csimViewer/csi67B1.tmp                8/29/2016

Procedure History                                                                  Page 1 of 1

# Hutchinson Clinic PA
PO Box 1187 Hutchinson KS 675041187
Tel: (620) 694-4163

**PROCEDURE HISTORY**                                            08/29/2016 4:56 PM (CST)

**Patient# 346890**

Carole A Barban
2207 N Adams
Hutchinson, KS 67502

Home Tel#: (620) 664-8390 Ext home
Work Tel#: (620) 664-8390
SSN: 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  Sex: F
Birth Date: 05/06/1945  Age: 71 years

| Service Date | Code | Description | Units | Fee Amt | Provider | Primary Diag. | Code Set |
|---|---|---|---|---|---|---|---|
| 12/15/2014 | J9171 | Docetaxel, 1 mg 00075800120 | 125.00 | $3,750.00 | ESTFF | 174.8 | ICD-9 |

file:///C:/Users/williams/AppData/Local/Temp/csimViewer/csiC4E0.tmp                 8/29/2016

346890

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Carole Barban

DATE OF BIRTH: 05 / 06 / 1945     SSN: ___/___/___

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**MCKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT

**ACCORD HEALTHCARE**
- ☐ 16729-267-63
- ☒ 16729-267-64
- ☒ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**PATIENT**
☐ WAS   ☒ WAS NOT
ADMINISTERED
TAXOL/PACLILTAXEL

10 / 13 / 2014     12 / 15 / 2014     4
DATE OF FIRST TREATMENT   DATE OF LAST TREATMENT   # OF DOSES

_Samuel Rinkel_ (signature)
SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER

Samuel Rinkel Pharmaceutical Sourcing Manager
PRINTED NAME & TITLE OF REPRESENTATIVE

05/01/2017
DATE

Hutch Clinic PA
NAME OF PRACTICE/INFUSION CENTER

2101 N. Waldron
ADDRESS

Hutchinson, Kansas 67502
CITY, STATE, ZIP

# nucleus

## Activity

Group by Clinic, Station, Patient

Total Transactions: 4

**Hutchinson Clinic**
2101 N WALDRON STREET
Hutchinson, KANSAS 67502

Transaction Date: 10/13/2014 to 12/15/2014 11:59:59 PM

---

### Hutchinson Main

#### 30387ST1

**Barban, Carole A (346890)**  DOB: 5/6/1945

| | | |
|---|---|---|
| 150 mg Dispense | **Product:** Docetaxel 160mg 20mg/ml 8ml Solution MDV (41119) | **Class:** Medication |
| Trans Date: 10/13/2014 10:59:19 AM | **Service Date:** 10/13/2014 10:54:45 AM   NDC #: 16729-0267-65 | **Lot #:** R00615 |
| J-Code: | | |
| Quantity Before: 640 mg | Quantity After: 490 mg | |
| For: Barban, Carole A (346890) | By: Holmes, Jodi | |
| Dose: 150 mg | Dose Status: Taken | |
| Physician: Estephan, Fadi | | **Order #:** |

| | | |
|---|---|---|
| 125 mg Dispense | **Product:** Docetaxel 160mg 20mg/ml 8ml Solution MDV (41119) | **Class:** Medication |
| Trans Date: 11/3/2014 9:52:52 AM | **Service Date:** 11/3/2014 9:50:00 AM   NDC #: 16729-0267-65 | **Lot #:** PR01746 |
| J-Code: | | |
| Quantity Before: 570 mg | Quantity After: 445 mg | |
| For: Barban, Carole A (346890) | By: TORGRIMSON, SHAROLYN | |
| Dose: 125 mg | Dose Status: Taken | |
| Physician: Estephan, Fadi | | **Order #:** |

| | | |
|---|---|---|
| 125 mg Dispense | **Product:** Docetaxel 160mg 20mg/ml 8ml Solution MDV (41119) | **Class:** Medication |
| Trans Date: 11/24/2014 11:53:27 AM | **Service Date:** 11/24/2014 11:49:07 AM   NDC #: 16729-0267-65 | **Lot #:** PR01746 |
| J-Code: | | |
| Quantity Before: 680 mg | Quantity After: 555 mg | |
| For: Barban, Carole A (346890) | By: TORGRIMSON, SHAROLYN | |
| Dose: 125 mg | Dose Status: Taken | |
| Physician: Estephan, Fadi | | **Order #:** |

| | | |
|---|---|---|
| 125 mg Dispense | **Product:** Docetaxel 160mg 20mg/ml 8ml Solution MDV (41119) | **Class:** Medication |
| Trans Date: 12/15/2014 11:30:00 AM | **Service Date:** 12/15/2014 11:26:53 AM   NDC #: 16729-0267-65 | **Lot #:** PR01747 |
| J-Code: | | |
| Quantity Before: 940 mg | Quantity After: 815 mg | |
| For: Barban, Carole A (346890) | By: TORGRIMSON, SHAROLYN | |
| Dose: 125 mg | Dose Status: Taken | |
| Physician: Estephan, Fadi | | **Order #:** |

