UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NUMBER: 2740
　　　　 PRODUCTS LIABILITY
　　　　 LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER ON *IN CAMERA* REVIEW

Pursuant to this Court's orders of August 7, 2018 and August 22, 2018 (rec. docs. 3861 and 3927), counsel for Plaintiff, Kimberly Free, has submitted their "litigation hold" correspondence to her, dated March 28, 2017.  The Court has reviewed the correspondence and finds that it comports completely with the law and with all relevant professional and ethical standards and will not order it produced in the litigation.

New Orleans, Louisiana, this  23rd  day of _____August_____, 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE