# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *TERESA THOMPSON v. SANOFI, ET AL.* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC., F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC.** |
| | Civil Action No.: 2:17-cv-11498 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi U.S. Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 24th day of August, 2018

                                              Respectfully submitted,

                                              FERNELIUS SIMON PLLC

                                              <u>/s/ C. Brannon Robertson</u>
                                              Stephen M. Fernelius
                                              Texas State Bar No. 06934340
                                              C. Brannon Robertson
                                              Texas State Bar No. 24002852
                                              Ryan M. Perdue

245525.1

>Texas State Bar No. 24046611
>1221 McKinney, Suite 3200
>Houston, Texas 77010
>Telephone: (713) 654-1200
>Facsimile: (713) 654-4039
>steve.fernelius@trialattorneytx.com
>brannon.robertson@trialattorneytx.com
>ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

     I hereby certify that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>/s/ C. Brannon Robertson
>C. Brannon Robertson

245525.1