## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          :        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION        :
                                      :        SECTION "H" (5)
-------------------------------------------------- :
                                      :        JUDGE MILAZZO
THIS DOCUMENT RELATES TO:            :        MAG. JUDGE NORTH

*RITA M. HAGER v. Hospira Worldwide, LLC, et al*
*Civil Action No.: 2:18-cv-05519*

## MOTION FOR SUBSTITUTION OF PLAINTIFF

COMES NOW, Plaintiff Rita M. Hager and files this motion to substitute her surviving spouse and executor of her estate, John P. Hager, as the proper plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court the following:

1. Plaintiff, Rita M. Hager, filed the present action in the United States District Court for the Eastern District of Louisiana on May 31, 2018.

2. Rita M. Hager died on July 11, 2018.

3. On August 14, 2018, Plaintiff filed a Suggestion of Death pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

4. On July 31, 2018, John P. Hager, surviving spouse of Rita M. Hager, was appointed Executor of the Estate of Rita M. Hager by the Surrogate's Court of the State of New York, Niagara County.

WHEREFORE, Counsel for Plaintiff requests that the Estate of Rita M. Hager, through its Executor, John P. Hager, be substituted as the proper party Plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 24, 2018                    Respectfully submitted,

                                          /s/ Bruce S. Kingsdorf
                                          Bruce S. Kingsdorf (#7403)
                                          Dawn M. Barrios (#2821)
                                          Zachary L. Wool (#32778)
                                          Emma K. Schwab (#35864)
                                          BARRIOS, KINGSDORF & CASTEIX, LLP
                                          701 Poydras Street, Suite 3650
                                          New Orleans, LA 70139
                                          Phone: (504) 524-3300
                                          bkingsdorf@bkc-law.com
                                          barrios@bkc-law.com
                                          zwool@bkc-law.com
                                          eschwab@bkc-law.com
                                          *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ Bruce S. Kingsdorf*
                                          BRUCE S. KINGSDORF