**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| ------------------------------------------------------------- | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |

*RITA M. HAGER v. Hospira Worldwide, LLC, et al*
*Civil Action No.: 2:18-cv-05519*

### ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that the Estate of Rita M. Hager, through its Executor, John P. Hager, is substituted for Plaintiff Rita M. Hager as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE