UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*17-cv-4952 Carolyn Hornyak v. Sanofi S.A., et al*
**********************************************************************

### EXPARTE MOTION TO SUBSTITUTE PLAINTIFF AND SUGGESTION OF DEATH

**COMES NOW**, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Lisa Ann Hornyak Richardson, Executrix of the Estate of Carolyn T. Hornyak, in place of plaintiff, Carolyn T. Hornyak. As grounds for same, the plaintiff states as follows:

1. The Complaint in the above styled manner was filed May 15, 2017, prior to the death of Carolyn T. Hornyak.

2. The plaintiff, Carolyn T. Hornyak, died on April 10, 2018. (See Death Certificate - Exhibit A).

3. Lisa Ann Hornyak Richardson was appointed as Executrix of Estate of Carolyn T. Hornyak on May 7, 2018 (See Letters of Testamentary Independent Executrix - Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED**, the plaintiff respectfully requests this Court to enter an Order substituting Lisa Ann Hornyak Richardson, Executrix of the Estate of Carolyn T. Hornyak, for the plaintiff, Carolyn T. Hornyak

.

Respectfully submitted,
**ALLAN BERGER & ASSOCIATES, P.L.C.**

S/ANDREW J. GEIGER
Andrew J. Geiger (LBA NO. 32467)
Allan Berger
4173 Canal Street
New Orleans, Louisiana 70119-5972
Telephone: (504) 486-9481
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2018, the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of records.

S/Andrew Geiger