# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************

**THIS DOCUMENT RELATES TO**

*17-cv-4952 Carolyn Hornyak v. Sanofi S.A., et al*
**********************************************************************

      This came before the Court on Plaintiff Carolyn T. Hornyak's Motion for Substitution of Plaintiff. Based on the files, records and proceedings herein,

      IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Lisa Ann Hornyak Richardson, on Behalf of the Estate of Carolyn T. Hornyak, Is substituted as Plaintiff in the above referenced action.

DATE: _____

BY THE COURT

_____
JUDGE U. S. DISTRICT COURT