# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:**
**STATE FILE NUMBER:** 2018-012-00538

**5851902**

**DECEDENT**
- **DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX):** HUNNYAK, CAROLYN TWILBECK
- **DATE OF BIRTH:** 07/03/1936
- **DATE OF DEATH:** 04/10/2018
- **TIME OF DEATH:** 07:34 AM
- **PLACE OF BIRTH (CITY, STATE, COUNTRY):** NEW ORLEANS, LA UNITED STATES
- **SEX:** FEMALE
- **SOCIAL SECURITY NUMBER:** 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
- **AGE:** 81 YEARS
- **DECEDENT'S ALIAS NAME(S):**

**PERSONAL**
- **RESIDENCE OF DECEDENT:** 1117 DICKORY AVE. - APT/STE B148, RIVER RIDGE, LA 70123 UNITED STATES
- **WITHIN CITY LIMITS?:** NO
- **PARISH/COUNTY:** JEFFERSON
- **EVER IN U.S. ARMED FORCES?:** NO
- **OCCUPATION:** HOMEMAKER
- **INDUSTRY OF OCCUPATION:** OWN HOME
- **MARITAL STATUS:** WIDOWED
- **NAME OF SURVIVING SPOUSE:**
- **FATHER/PARENT NAME:** TWILBECK, CHARLES
- **FATHER/PARENT PLACE OF BIRTH:** NEW ORLEANS, LA UNITED STATES
- **MOTHER/PARENT NAME:** VOLK, AGATHA
- **MOTHER/PARENT PLACE OF BIRTH:** NEW ORLEANS, LA UNITED STATES
- **INFORMANT'S NAME:** RICHARDSON, LISA H
- **RELATIONSHIP TO DECEDENT:** DAUGHTER
- **INFORMANT'S ADDRESS:** 14108 LAKE SCENE TRAIL, HOUSTON, TX 77059 UNITED STATES
- **EDUCATION:** HIGH SCHOOL GRADUATE, OR GED COMPLETED
- **OF HISPANIC ORIGIN?:** NO, NOT SPANISH/HISPANIC/LATINO
- **RACE:** WHITE

**DEATH INFO**
- **PLACE OF DEATH:** HOSPICE FACILITY
- **FACILITY NAME:** PASSAGES HOSPICE
- **FACILITY ADDRESS:** 805A/817 DUBLIN ST., NEW ORLEANS, LA 70118 UNITED STATES
- **PARISH/COUNTY:** ORLEANS

**DISPOSITION**
- **METHOD OF DISPOSITION:** CREMATION
- **PLACE OF DISPOSITION:** METAIRIE CREMATORY
- **PLACE OF DISPOSITION (CITY, STATE, COUNTRY):** NEW ORLEANS, LA UNITED STATES
- **DATE OF DISPOSITION:** 04/14/2018

**FUNERAL FACILITY**
- **FUNERAL FACILITY NAME:** LAKE LAWN METAIRIE FUNERAL HOME
- **ADDRESS OF FUNERAL FACILITY:** 5100 PONTCHARTRAIN BLVD., NEW ORLEANS, LA 70124 UNITED STATES
- **NAME OF FUNERAL DIRECTOR:** SCHUMANN, MICHAEL
- **LICENSE NUMBER:** 02794
- **CORONER NOTIFIED?:** Y
- **SIGNATURE OF FUNERAL DIRECTOR:** e-sign
- **DATE:** 4/10/2018

**MEDICAL INFO**
- **MANNER OF DEATH:** NATURAL
- **IF FEMALE:** NOT APPLICABLE
- **DID TOBACCO USAGE CONTRIBUTE TO DEATH?:** UNKNOWN

**CAUSE OF DEATH**
- PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.
- **IMMEDIATE CAUSE:** a. OVARY CANCER
- **APPROXIMATE INTERVAL:** Onset to Death: UNK
- b.
- c.
- d.
- PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

- **WAS AN AUTOPSY PERFORMED?:** NO
- **FINDINGS USED IN DETERMINING CAUSE?:** NOT APPLICABLE

**INJURY INFORMATION**
- **PLACE OF INJURY:**
- **DATE OF INJURY:**
- **TIME OF INJURY:**
- **INJURY AT WORK:**
- **IF TRANSPORTATION INJURY, SPECIFY:**
- **LOCATION OF INJURY:**
- **PARISH/COUNTY:**
- **DESCRIBE HOW INJURY OCCURRED:**

**CERTIFIER**
- I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/24/2018 TO 4/10/2018 AND THAT DEATH OCCURRED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.
- **SIGNATURE OF CERTIFIER:** e-sign
- **DATE:** 4/12/2018
- **CERTIFIER NAME:** MALMSTROM, KENNETH
- **CERTIFIER TITLE:** CERTIFYING PHYSICIAN
- **CERTIFIER ADDRESS:** 4200 HOUMA BLVD. - APT/STE 7, METAIRIE, LA 70006 UNITED STATES
- **BURIAL TRANSIT PERMIT:** 282348
- **PARISH OF ISSUE:** ORLEANS
- **DATE OF ISSUE:** 04/12/2018
- **DATE FILED WITH REGISTRAR:** 4/19/2018

**REGISTRAR**
- **SIGNATURE OF REGISTRAR:** DEVIN GEORGE e-sign
- ISSUED BY: Sims, Jeanette
- Issued On: 4/24/2018 11:32:51 AM

005851902

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S. 40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID DO NOT ACCEPT

**DEVIN GEORGE**
**STATE REGISTRAR**

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE