TWENTY FOURTH DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 783-490

DIVISION: J

SUCCESSION

OF

CAROLYN TWILBECK, widow of STEPHEN JOHN HORNYAK

FILED

MAY -7 2018

*S. [signature]*
DEPUTY CLERK

FILED: _____   _____
DEPUTY CLERK

## LETTERS OF TESTAMENTARY INDEPENDENT EXECUTRIXHIP

This shall certify to all whom it shall concern, that on the 7th day of May, 2018, an application was made to the Honorable Judges of the Twenty-Fourth Judicial District Court for the Parish of Jefferson, by LISA ANN HORNYAK RICHARDSON praying that she might be appointed TESTAMENTARY INDEPENDENT EXECUTRIX.

NOW KNOW YE, that LISA ANN HORNYAK RICHARDSON, has been and is hereby appointed TESTAMENTARY INDEPENDENT EXECUTRIX of the Succession of CAROLYN TWILBECK, widow of STEPHEN JOHN HORNYAK, and that she has fulfilled all the requisites of the law.

Witness our hand and seal of said Court at the City of GRETNA, Louisiana this 7th day of May, 2018.

_____
DEPUTY CLERK

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON