UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| LINDA SPEIGHTS<br>Plaintiff,<br><br>vs.<br><br><br><br>SANOFI ET AL,<br><br><br>Defendants.<br><br>Civil Case No: 2:18-cv-07781 | HON. JANE TRICHE MILAZZO<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter, each party to bear its own costs. Plaintiff seeks this dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).

Dated this 27th day of August, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 27, 2018                              /s/ *Robert Binstock*
                                                    Robert Binstock