## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA INC.** |
| THIS DOCUMENT RELATES TO:<br>*Judy MacLean v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-15566 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

    **Dated this 27th day of August, 2018**

                                                     **BARON & BUDD, P.C.**

                                                   */s/ Sindhu S. Daniel*
                                                   Sindhu S. Daniel
                                                   NJ Bar No. 010711996
                                                   3102 Oak Lawn Avenue, Suite 1100
                                                   Dallas, TX  75219
                                                   Telephone: (214) 521-3605
                                                   Facsimile:  (214) 520-1181
                                                   sdaniel@baronbudd.com

                                                   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 27, 2018                    /s/ *Sindhu S. Daniel*