DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Plaintiff Kimberly Free*
Case No.: 2:16-cv-15326

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE'S ORDER FOR *IN CAMERA* REVIEW OF PRIVILEGED CORRESPONDENCE

Plaintiff Kimberly Free, through her counsel, Bachus & Schanker, LLC, notifies the Court of her withdrawal of her Motion for Review of Magistrate's Order for *In Camera* Review of Privileged Correspondence (Doc# 3911), filed August 21, 2018.

DATED: August 29, 2018     Respectfully Submitted,

/s/ *Darin L. Schanker*
Darin L. Schanker
Scot C. Kreider
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net
scot.kreider@coloradolaw.net

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                           /s/ Darin L. Schanker