**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| RHONDA HOGAN | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO ACCORD HEALTHCARE, INC.** |
| ACCORD HEALTHCARE, INC., | |
| Defendant. | |
| Civil Case No: 2:17-cv-12714 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).

Dated this 29th day of August, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 29, 2018                           /s/ *Robert Binstock*
                                                 Robert Binstock