UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| *Felicia Thorpe v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.* | : |
| Civil Action No. 2:17-cv-14550 JTM-MBN | : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Felicia Thorpe, on or about March 27, 2018.

Dated:  August 30, 2018.

Respectfully submitted,

BY:   */s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: August 30, 2018.

                                                            Respectfully submitted,

BY:   */s/ Jim Reeves*
         James R. Reeves, Jr., Esquire
         Reeves & Mestayer, PLLC
         160 Main Street
         Biloxi, MS   39530
         (228) 374-5151 (telephone)
         (228) 374-6630 (facsimile)
         jrr@rmlawcall.com