## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| CATHERINE FREEMAN and HENRY FREEMAN | : : : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-04019 |
| SANOFI US SERVICES INC., ET AL., Defendants, | : : : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Defendants in the above-captioned action be dismissed with prejudice, each party to bear its own costs.

Dated this __30__ day of _August___, 2018

| **NAPOLI SHKOLNIK PLLC** | **SHOOK, HARDY & BACON L.L.P.** |
|---|---|
| By: /s/ Hunter Shkolnik | By: /s/ Kelly Bieri |
| Hunter Shkolnik, Esq. | Kelly Bieri |
| Christopher LoPalo | Shook Hardy & Bacon L.L.P. |
| 400 Broadhollow Rd, Suite 305 | 2555 Grand Boulevard |
| Melville, NY 11747 | Kansas City, Missouri 64108 |
| (212) 397-1000 | Phone: 816.559.2109 |
| Email: hunter@napolilaw.com | Facsimile: 816.421.5547 |
| clopalo@napolilaw.com | kbieri@shb.com |

*Attorneys for Plaintiffs*

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**

By: __/s/ Lori G. Cohen_____
Lori G. Cohen, Esq.
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com
          merrellc@gtlaw.com
          holdene@gtlaw.com

By: /s/ Paige E. Sensenbrenner, Esq.__
Paige E. Sensenbrenner, Esq.
Deborah B. Rouen, Esq.
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
          debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz Inc.*


**TUCKER ELLIS LLP**

By: _/s/ Julie Callsen_____
Julie Callsen, Esq.
Brandon D. Cox, Esq.
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
          brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on __August 30, 2018__, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: __30__ day of __August__, 2018             /s/ __Hunter Shkolnik__
                                                                                  Hunter Shkolnik, Esquire