## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | | | |
|---|---|---|---|
| IN RE: | TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) |
| VERA ANTHONY, | | : : : | JUDGE MILAZZO  MAG. JUDGE NORTH |
| | Plaintiff, | : : : | **Stipulation of Dismissal with Prejudice** |
| | vs. | : : : : | Civil Action No.: 2:17-cv-03870 |
| Sanofi US Services Inc., et al., | | : : | |
| | Defendants, | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Defendants in the above-captioned action be dismissed with prejudice, each party to bear its own costs.

Dated this __30__ day of _August___, 2018

| **NAPOLI SHKOLNIK PLLC** | **SHOOK, HARDY & BACON L.L.P.** |
|---|---|
| By: /s/ Hunter Shkolnik  Hunter Shkolnik, Esq.  Christopher LoPalo  400 Broadhollow Rd, Suite 305  Melville, NY 11747  (212) 397-1000  Email: hunter@napolilaw.com  clopalo@napolilaw.com | By: /s/ Kelly Bieri  Kelly Bieri  Shook Hardy & Bacon L.L.P.  2555 Grand Boulevard  Kansas City, Missouri 64108  Phone: 816.559.2109  Facsimile: 816.421.5547  kbieri@shb.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc* |

**GREENBERG TRAURIG, LLP**

By: /s/ Lori G. Cohen
Lori G. Cohen, Esq.
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com
       merrellc@gtlaw.com
       holdene@gtlaw.com

By: /s/ Paige E. Sensenbrenner, Esq.
Deborah B. Rouen, Esq.
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
Email: paige.sensenbrenner@arlaw.com
       debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie Callsen
Julie Callsen, Esq.
Brandon D. Cox, Esq.
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
       brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018 , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: __30__ day of _August___, 2018         /s/__ Hunter Shkolnik_____
                                              Hunter Shkolnik, Esquire