IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| MARY DOTSON, | : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 2:18-cv-00722 |
| ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC, f/k/a, HOSPIRA, WORLDWIDE, INC., SANDOZ INC., | : : : : | |
| Defendants. | : : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3833) seeking to substitute Plaintiff's daughter in place of Plaintiff.

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 28th day of August, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT