# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| RAMONA PALMORE-HANES, | : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 2:18-cv-05678 |
| SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | : : : : | |
| Defendants. | : : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 3840) seeking leave to amend Plaintiff's complaint to correct the spelling of her name.

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 28th day of August, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT