# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-30661
_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

* * * ** * * * * * * * * * * * * * * * * * * * * * * * *

BARBARA BICE; TUKESHA BURKS,

    Plaintiffs - Appellants

v.

HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON CORPORATION, doing business as McKesson Packaging; SANDOZ, INCORPORATED; ACCORD HEALTHCARE, INCORPORATED; SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; HOSPIRA, INCORPORATED; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical Laboratories, Limited,

    Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
_____

Before SOUTHWICK, HAYNES, and HO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the unopposed motion of Appellant, Tukesha Burks to remand this case to the United States District Court for the Eastern District of Louisiana is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Appellant, Barbara Bice to remand this case to the United States District Court for the Eastern District of Louisiana is GRANTED.

**A True Copy**
**Certified order issued Aug 10, 2018**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 10, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-30661    In Re: Taxotere Prod Liability
                            USDC No. 2:16-MD-2740
                            USDC No. 2:17-CV-751

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                            Sincerely,

                                           LYLE W. CAYCE, Clerk

                                            By: _____
                                            Connie Brown, Deputy Clerk
                                            504-310-7671

cc w/encl:
     Ms. Erin M. Bosman
     Ms. Julie A. Callsen
     Mr. Mark Cheffo
     Mr. Geoffrey M. Coan
     Ms. Lori Gail Cohen
     Mr. John Christopher Elliott
     Mr. Douglas John Moore
     Mr. John F. Olinde
     Mr. Harley Ratliff
     Mrs. Deborah B. Rouen
     Mr. Stanton E. Shuler Jr.
     Mr. Chad Anthony Sullivan