UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| SARAH SHELBY, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-15018 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------- :

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be

dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 4th day of September, 2018.

Respectfully submitted,

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com
*Counsel for Plaintiff*

By: */s/ Kelly Bieri*
Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
*Attorneys for sanofi-aventis U.S. LLC & Sanofi
U.S. Services Inc.*

By: */s/ Julie A. Callsen*
Julie A. Callsen Brandon
D. Cox **TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  (216) 592-5000
Facsimile: (216) 592-5009
*Attorneys for Defendant Accord Healthcare,*
*Inc.*

By:/s/ Erin M. Bosman

Erin M. Bosman
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile: 858-720-5125
  *Attorneys for Defendant McKesson Corporation*
*d/b/a McKesson Packaging*

By:    */s/ R. Cliffton Merrell*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Telefax; 678-553-2100
 *Attorneys for Defendant Sandoz, Inc*

 By: /s/ Mara Cusker Gonzalez
 QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
 51 Madison Ave., 22nd Floor New York, NY
 10010
 Telephone: 212-849-7000
 Telefax: 212-849-7100
 *Attorneys for Defendants Hospira, Inc., Hospira*
 *Worldwide, LLC*
 *formerly doing business as Hospira Worldwide,*
 *Inc. and Pfizer Inc.*

By:  /s/ Geoffrey M. Coan
Geoffrey M. Coan
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: 617.213.7000
Facsimile:  617.213.7001
Email:  gcoan@hinshawlaw.com
*Attorneys for Defendant Sun Pharmaceutical*
*Industries, Inc., f/k/a Caraco Pharmaceutical*
*Laboratories, Ltd*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has

contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by

FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.


/s/ Daniel P. Markoff