UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>RHONDA BAILEY v. SANDOZ, INC., Case No. 2:17-cv-11984 | Civil Action No.: 2:17-cv-11984-JTM-MBN |

**ORDER**

      IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. as Named Defendants is GRANTED.

Signed, this _____ day of _____, 2018.

                                                                                                 _____

                                                                                    Honorable Jane T. Milazzo<br>
                                                                                    U.S. District Court Judge