# EXHIBIT 1

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

## AFFIDAVIT OF ROBERT J. CROCHET, II

I, Robert J. Crochet, II, am a person of the full age of majority, and swear under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am the Pharmacy Director at Slidell Memorial Hospital.

2. I signed the attached document titled *Statement Regarding Chemotherapy Drug Administered* on September 7, 2017.

3. As reflected in the attached document, Slidell Memorial Hospital's records indicate the docetaxel Barbara Earnest received between June 22, 2011 and August 24, 2011 was manufactured by SANOFI AVENTIS US LLC and SANOFI AVENTIS US LLC d/b/a WINTHROP US.

_____
ROBERT J. CROCHET, II

SWORN AND SUBSCRIBED TO
BEFORE ME, the undersigned Notary,
On the ___ day of September, 2017

_____
NOTARY PUBLIC
My Commission is for life
LA Bar No. _____

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: BARBARA EARNEST

DATE OF BIRTH: _                                                    SSN: ___/___/_____

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☑ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☑ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT
ADMINISTERED
TAXOL/PACLITAXEL

---

6 / 22 / 2011         8 / 24 / 2011         4
DATE OF FIRST TREATMENT    DATE OF LAST TREATMENT    # OF DOSES

[Signature: M Crochet RPh]                         Slidell Memorial Hospital RCC
SIGNATURE OF REPRESENTATIVE OF                      NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

Robert J. Crochet II RPh Pharmacy Director    1120 Robert Blvd.
PRINTED NAME & TITLE OF REPRESENTATIVE         ADDRESS

9-7-2017 TSC                                    Slidell, LA. 70458
DATE                                            CITY, STATE, ZIP