# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION:  N |
| This Document Relates To: | |
| *Earnest v. Sanofi S.A., et al.* | JUDGE ENGELHARDT |
| Civil Case No. 2:16-cv-17144 | MAG. JUDGE NORTH |

<u>**DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANTS**</u>

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants") provide the following Objections and Responses to Plaintiff's First Requests for Admission.  As discovery in this matter is ongoing, Defendants reserve the right to amend, supplement, modify, or change their Responses.[1]

Defendants object and respond as follows:

<u>**OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**</u>

1.      Defendants object to Plaintiff's instructions and definitions to the extent they purport to expand or alter Defendants' obligations in responding to discovery. For example, Defendants object to Instruction No. 3, which purports to require Defendants to "specify the type of information you contend is unavailable, and explain what you have done to obtain the information", on the grounds that this instruction seeks to impose obligations on Defendants

---

[1] Any response Defendants make to such discovery does not waive Defendants' rights to assert additional objections as necessary.

beyond those contemplated by the Federal Rules of Civil Procedure.

## <u>REQUESTS FOR ADMISSION</u>

**1.     Admit that You are the Manufacturer of any Taxotere (or docetaxel) Product administered to Plaintiff between June 2011 and August 2011.**

**<u>RESPONSE:</u>**  Defendants admit that they manufacture Taxotere and/or docetaxel products bearing the NDC code 0955-1021-04, and admit that NDC code 0955-1021-04 appears in Plaintiff's billing records dated between June 22, 2011 and August 24, 2011. *See* billing records attached as **Exhibit 1**.  To the extent that this Request seeks any other admission, Defendants state that, after a reasonable inquiry, the information known or readily obtainable is insufficient to enable Defendants to specifically admit or deny.

**2.     Admit that You are the Manufacturer of any Taxotere (or docetaxel) Products bearing NDC codes 0075-8003-01 and 0955-1021-04.**

**<u>RESPONSE:</u>**  Defendants admit that they manufacture Taxotere and/or docetaxel products bearing the NDC codes 0075-8003-01 and 0955-1021-04.   Except as expressly admitted, Defendants deny this Request.

3.     **Admit that You are the Manufacturer of the Taxotere (or docetaxel) Products bearing NDC codes 0075-8003-01 and 0955-1021-04 that are identified in the Affidavit of Robert J. Crochet, II, which is attached hereto as Exhibit "A".**

**RESPONSE:**  Defendants admit that they manufacture Taxotere and/or docetaxel products bearing the NDC codes 0075-8003-01 and 0955-1021-04 that are identified in the September 29, 2017 Affidavit of Robert J. Crochet, II, and admit that NDC code 0955-1021-04 appears in Plaintiff's billing records dated between June 22, 2011 and August 24, 2011. *See* billing records attached as **Exhibit 1**.  Except as expressly admitted, Defendants deny this Request.

Respectfully submitted,

/s/ *Harley V. Ratliff*
Harley V. Ratliff
Adrienne Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE  URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

***Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, a true and correct copy of Defendants sanofi-aventis

U.S. LLC and Sanofi U.S. Services Inc.'s Objections and Responses to Plaintiff's First Requests

for Admission to Defendants were served upon the following by email:

J. Kyle Bachus
Darin Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop St, Ste 700
Denver, CO 80202
Phone: (303) 893-9800
(303) 893-9900
Email: kyle.bachus@coloradolaw.net
Email: dschanker@coloradolaw.net
*Attorney for Plaintiff*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Attorney for Plaintiff*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Attorney for Plaintiff*

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700

New Orleans, LA 70130
Phone: (504) 310-2100
Email: dmoore@irwinllc.com
*Attorney for Defendants*

*/s/ Harley V. Ratliff*

# EXHIBIT 1

| SLIDELL MEMORIAL HOSPITAL | | | | | | | 3a PAT CNTL # | 90002479-0001 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO BOX 54710 | | | | | | | b MED REC # | 1183893 | | | | | | | | | | |
| NEW ORLEANS    LA 701544170 | | | | | | | | | | | | | | | | | | 0131 |
| 9856452900 | | | | | | 5 FED. TAX NO | 72-6014895 | | 6 STATEMENT COVERS PERIOD FROM 041811 THRU 041811 | | | | | | | 7 |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | a 2313 PELICAN ST | | | | |
|---|---|---|---|---|---|---|---|
| b EARNEST, BARBARA | | b SLIDELL | | | | c LA | d 70460 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|
| | F | 041811 | 04 3 1 | 23 | 01 | | | | |

| 31 OCCURRENCE CODE DATE | | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|
| 11 | 041111 | | | | | | |

| 38 | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|
| | a | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0250 | N400264180032ML100.000 | | 041811 | 1 | 1406 | | 1 |
| 2 0260 | IV THERAPY | 96375 | 041811 | 1 | 12900 | | 2 |
| 3 0260 | IV THERAPY | 96367 | 041811 | 1 | 15500 | | 3 |
| 4 0300 | LABORATORY OR LAB | 36591 | 041811 | 1 | 13700 | | 4 |
| 5 0301 | LAB/CHEMISTRY | 80053 | 041811 | 1 | 38500 | | 5 |
| 6 0305 | LAB/HEMATOLOGY | 85025 | 041811 | 1 | 14600 | | 6 |
| 7 0335 | CHEMOTHERP-IV | 96413 | 041811 | 1 | 103500 | | 7 |
| 8 0335 | CHEMOTHERP-IV | 96411 | 041811 | 1 | 22700 | | 8 |
| 9 0636 | N400264180031ML50.000 | J7050 | 041811 | 2 | 2812 | | 9 |
| 10 0636 | N400641036725ML1.000 | J1100 | 041811 | 10 | 1406 | | 10 |
| 11 0636 | N400143989001ML16.00 | J2405 | 041811 | 32 | 7872 | | 11 |
| 12 0636 | N455390024701ML50.000 | J9000 | 041811 | 13 | 105350 | | 12 |
| 13 0636 | N410019095501UN2.508 | J9070 | 041811 | 15 | 148840 | | 13 |
| 14 0636 | N408290039005ML5.000 | J1642 | 041811 | 50 | 2650 | | 14 |
| 15 | | | | | | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | | | | | | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 0001 | PAGE 001 OF 001 | CREATION DATE 042111 | TOTALS | | 491736 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1578568481 |
|---|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER PRV ID | 1720313 |
| B | | | | | | | |
| C | | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 66 DX | V5811 | 1748 | 28803 | V7262 | | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | |

| 69 ADMIT DX V5811 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | | 73 |
|---|---|---|---|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE CODE DATE 9925 041811 | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1508821372 QUAL LAST GARTNER FIRST JAMES | | | | |
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI 1508821372 QUAL LAST GARTNER FIRST JAMES | | | | |
| 80 REMARKS | | 81CC a R3282N000000X b R14 c R2M d | | 78 OTHER NPI QUAL LAST FIRST | | | | |
| | | | | 79 OTHER NPI QUAL LAST FIRST | | | | |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

$$$$$$

| | | | | | |
|---|---|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | | 900002804-0001 | | |
| PO BOX 54710 | | 3a PAT CNTL # | | | 0131 |
| NEW ORLEANS   LA 701544170 | b MED REC # | 1183893 | | | |
| 9856452900 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM THROUGH | | | |
| | 72-6014895 | 050311   050311 | | | |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a 2313 PELICAN ST | | | |
|---|---|---|---|---|---|---|
| b EARNEST, BARBARA | | b SLIDELL | | | c LA d 70460 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 050311 | 04   3   1 | 23 | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 35 CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| a 11 041911 | | | | | | |
| b | | | | | | |

| 38 | | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | a | | | | | |
| | | | b | | | | | |
| | | | c | | | | | |
| | | | d | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0250 | N400264180032ML100.000 | | 050311 | 1 | 1406 | | 1 |
| 2 0260 | IV THERAPY | 96367 | 050311 | 1 | 15500 | | 2 |
| 3 0260 | IV THERAPY | 96375 | 050311 | 1 | 12900 | | 3 |
| 4 0335 | CHEMOTHERP-IV | 96413 | 050311 | 1 | 103500 | | 4 |
| 5 0335 | CHEMOTHERP-IV | 96411 | 050311 | 1 | 22700 | | 5 |
| 6 0636 | N400264180031ML50.000 | J7050 | 050311 | 2 | 2812 | | 6 |
| 7 0636 | N400641036725ML1.000 | J1100 | 050311 | 10 | 1406 | | 7 |
| 8 0636 | N400143989001ML16.000 | J2405 | 050311 | 32 | 7872 | | 8 |
| 9 0636 | N455390024701ML50.000 | J9000 | 050311 | 13 | 69530 | | 9 |
| 10 0636 | N410019095601UN1.000 | J9070 | 050311 | 15 | 161610 | | 10 |
| 11 0636 | N408290039005ML5.000 | J1642 | 050311 | 50 | 2650 | | 11 |
| 12 | | | | | | | 12 |
| 13 | | | | | | | 13 |
| 14 | | | | | | | 14 |
| 15 | | | | | | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | | | | | | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 0001 | PAGE 001 OF 001 | CREATION DATE 050911 | TOTALS | | 401886 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1578568481 |
|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER 1720313 |
| B | | | | | | PRV ID |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | A |
| B | | | | B |
| C | | | | C |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | A |
| B | | B |
| C 9F 1662097 | | C |

| 66 DX | V5811   1748 | V7262 | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX V5811 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1508821372 QUAL | | |
| c OTHER PROCEDURE CODE DATE | | | | | LAST GARTNER FIRST JAMES | | |
| | | | | | 77 OPERATING NPI QUAL | | |
| | | | | | LAST FIRST | | |
| 80 REMARKS | 81 CC a R32A2N000000X | | | | 78 OTHER NPI QUAL | | |
| | b R14 | | | | LAST FIRST | | |
| | c R2M | | | | 79 OTHER NPI QUAL | | |
| | d | | | | LAST FIRST | | |

UB-04 CMS-1450   APPROVED OMB NO 0938-0997   NUBC National Uniform Billing Committee   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

| | | | |
|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | 90003402-0001 | |
| PO BOX 54710 | | D.MED. REC# 1183893 | 0131 |
| NEW ORLEANS LA 701544170 | | 5 FED. TAX NO | 6 STATEMENT COVERS PERIOD FROM 051711 THROUGH 051711 |
| 9856452900 | | 72-6014895 | |

8 PATIENT NAME: EARNEST, BARBARA    9 PATIENT ADDRESS: 2313 PELICAN ST   SLIDELL   LA 70460

10 BIRTHDATE   11 SEX F   12 DATE 051711   13 HR 04   14 TYPE 3   15 SRC 1   16 DHR 23   17 STAT 01

31 OCCURRENCE CODE 11 DATE 050411

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0250 | N400264180032ML100.000 | | 051711 | 1 | 1406 | |
| 0260 | IV THERAPY | 96367 | 051711 | 2 | 31000 | |
| 0300 | LABORATORY OR LAB | 36591 | 051711 | 1 | 13700 | |
| 0301 | LAB/CHEMISTRY | 80053 | 051711 | 1 | 38500 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 051711 | 1 | 14600 | |
| 0335 | CHEMOTHERP-IV | 96413 | 051711 | 1 | 103500 | |
| 0335 | CHEMOTHERP-IV | 96411 | 051711 | 1 | 22700 | |
| 0636 | N400264180031ML50.000 | J7050 | 051711 | 2 | 2812 | |
| 0636 | N400641036725ML1.000 | J1100 | 051711 | 10 | 1406 | |
| 0636 | N400143989001ML16.000 | J2405 | 051711 | 32 | 7872 | |
| 0636 | N455390024701ML50.000 | J9000 | 051711 | 13 | 70170 | |
| 0636 | N410019095601UN1.000 | J9070 | 051711 | 15 | 162270 | |
| 0636 | N408290039005ML5.000 | J1642 | 051711 | 50 | 2650 | |

0001 PAGE 001 OF 001   CREATION DATE 052011   TOTALS 472586

50 PAYER NAME   52 REL INFO Y   53 ASG BEN Y   56 NPI 1578568481   57 OTHER PRV ID 1720313

58 INSURED'S NAME: EARNEST, BARBARA   59 P.REL 18

63 TREATMENT AUTHORIZATION CODES: 1662097

66 DX V5811 1748 V7262

69 ADMIT DX V5811   70 PATIENT REASON DX

76 ATTENDING NPI 1508821372   LAST CARLINER FIRST JAMES
77 OPERATING NPI 1508821372   LAST CARLINER FIRST JAMES

81CC a R3282N00000X b R14 c R2M

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC

| | | | | | | |
|---|---|---|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | | | 90003492-0001 | | 0131 |
| PO BOX 54710 | | | 2 | MED. REC # 1183893 | | |
| NEW ORLEANS   LA 701544170 | | | 5 FED. TAX NO. 72-6014895 | 6 STATEMENT COVERS PERIOD FROM 060111   THROUGH 060111 | | |
| 9856452900 | | | | | | |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a 2313 PELICAN ST | | | |
|---|---|---|---|---|---|---|
| EARNEST, BARBARA | | b SLIDELL | | | c LA | d 70460 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR 17 STA | 18 19 20 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT 30 STATE |
|---|---|---|---|---|---|---|---|
| | F | 060111 | 04 3 1 23 | 01 | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 11 050611 | | | | | | |

| 38 | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|
| | a | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0250 | N400264180032ML100.000 | | 060111 | 1 | 1406 | | 1 |
| 2 0260 | IV THERAPY | 96367 | 060111 | 2 | 31000 | | 2 |
| 3 0301 | LAB/CHEMISTRY | 80053 | 060111 | 1 | 38500 | | 3 |
| 4 0305 | LAB/HEMATOLOGY | 85025 | 060111 | 1 | 14600 | | 4 |
| 5 0335 | CHEMOTHERP-IV | 96413 | 060111 | 1 | 103500 | | 5 |
| 6 0335 | CHEMOTHERP-IV | 96411 | 060111 | 1 | 22700 | | 6 |
| 7 0636 | N400264180031ML50.000 | J7050 | 060111 | 2 | 2812 | | 7 |
| 8 0636 | N400641036725ML1.000 | J1100 | 060111 | 10 | 1406 | | 8 |
| 9 0636 | N400143989001ML16.000 | J2405 | 060111 | 32 | 7872 | | 9 |
| 10 0636 | N455390024701ML50.000 | J9000 | 060111 | 13 | 70170 | | 10 |
| 11 0636 | N410019095601UN1.000 | J9070 | 060111 | 15 | 162270 | | 11 |
| 12 0636 | N408290039005ML5.000 | J1642 | 060111 | 50 | 2650 | | 12 |
| 13 | | | | | | | 13 |
| 14 | | | | | | | 14 |
| 15 | | | | | | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | | | | | | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 0001 | PAGE 001 OF 001 | CREATION DATE 060411 | TOTALS | | 458886 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1578568481 |
|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER 1720313 |
| B | | | | | | PRV ID |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A 1442097 | | |
| B | | |
| C | | |

| 66 DX | V5811 | 1748 | 28803 | V7262 | | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX V5811 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 | |

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1508821372 QUAL |
|---|---|---|---|
| | | | LAST GARDNER   FIRST JAMES |
| b. OTHER PROCEDURE CODE DATE | c. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI   QUAL   LAST   FIRST |

| 80 REMARKS | 81 CC | 78 OTHER NPI QUAL |
|---|---|---|
| | a R3282N00000X | LAST   FIRST |
| | b R14 | 79 OTHER NPI QUAL |
| | c R2M | LAST   FIRST |

$$$$$$
Earnest, Barbara (Doc ID 1799) - PPR 000082

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | | | 1 MED REC # | 1183893 | | 0131 |
| PO BOX 54710 | | | | | | | |
| NEW ORLEANS  LA 701544170 | | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | | | |
| 9856452900 | | | 72-6014895 | FROM 062211 | THROUGH 062211 | | |

| 8 PATIENT NAME | 3 | 9 PATIENT ADDRESS | a 2313 PELICAN ST | | | |
|---|---|---|---|---|---|---|
| a EARNEST, BARBARA | | b SLIDELL | | c LA | 70460 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 062211 | 04 | 3 | 1 | 23 | 01 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE | DATE | 32 | 33 OCCURRENCE CODE | DATE | | 35 CODE | OCCURRENCE SPAN FROM | THROUGH | 36 CODE | OCCURRENCE SPAN FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 060311 | | | | | | | | | | | |

| 38 | | | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | a | | | | | | |
| | | | b | | | | | | |
| | | | c | | | | | | |
| | | | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0260 | IV THERAPY | 96367 | 062211 | 2 | 31000 | | 1 |
| 2 0300 | LABORATORY OR LAB | 36415 | 062211 | 1 | 2300 | | 2 |
| 3 0300 | LABORATORY OR LAB | 36591 | 062211 | 1 | 13700 | | 3 |
| 4 0301 | LAB/CHEMISTRY | 80053 | 062211 | 1 | 38500 | | 4 |
| 5 0305 | LAB/HEMATOLOGY | 85025 | 062211 | 1 | 14600 | | 5 |
| 6 0335 | CHEMOTHERP-IV | 96413 | 062211 | 1 | 103500 | | 6 |
| 7 0636 | N400264180031ML50.000 | J7050 | 062211 | 4 | 5624 | | 7 |
| 8 0636 | N400641036725ML1.000 | J1100 | 062211 | 10 | 1406 | | 8 |
| 9 0636 | N400143989001ML16.000 | J2405 | 062211 | 32 | 7872 | | 9 |
| 10 0636 | N400955102104ML8.000 | J9171 | 062211 | 220 | 2285190 | | 10 |
| 11 0636 | N408290039005ML5.000 | J1642 | 062211 | 50 | 2650 | | 11 |
| 12 | | | | | | | 12 |
| 13 | | | | | | | 13 |
| 14 | | | | | | | 14 |
| 15 | | | | | | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | | | | | | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 0001 | PAGE 001 OF 001 | CREATION DATE  062511 | TOTALS ▸ | | 2506342 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1578568481 | |
|---|---|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER PRV ID | 1720313 | A |
| B | | | | | | | | B |
| C | | | | | | | | C |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. | |
|---|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | | A |
| B | | | | | B |
| C | | | | | C |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME | |
|---|---|---|---|
| A | | | A |
| B | | | B |
| C 9F 1662097 | | | C |

| 66 DX | V5811  1749  V7263 | | | | | | | 68 | |
|---|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | V5811 | 70 PATIENT REASON DX | a | b | c | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE CODE | DATE | a | OTHER PROCEDURE CODE | DATE | 75 | 76 ATTENDING | NPI 1508821372 | QUAL |
|---|---|---|---|---|---|---|---|---|---|
| | 9925 | 062211 | | | | | LAST GARTNER | FIRST JAMES | |
| b | OTHER PROCEDURE CODE | DATE | c | OTHER PROCEDURE CODE | DATE | | 77 OPERATING | NPI 1508821372 | QUAL |
| | | | | | | | LAST GARTNER | FIRST JAMES | |

| 80 REMARKS | 81CCa R3282N00000X | 78 OTHER | NPI | | QUAL |
|---|---|---|---|---|---|
| | b R14 | LAST | | FIRST | |
| | c R2M | 79 OTHER | NPI | | QUAL |
| | d | LAST | | FIRST | |

UB-04 CMS-1450     APPROVED OMB NO. 0938-0997     NUBC     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

Case 2:16-cr-02740-JTM-MBN   Document 4040-3   Filed 09/04/18   Page 13 of 16

| | | |
|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | 90005014-0001 | |
| PO BOX 54710 | b. MED REC# 1183893 | 0131 |
| NEW ORLEANS LA 701544170 | | |
| 9856452900 | 5 FED. TAX NO. 72-6014895 | 6 STATEMENT COVERS PERIOD FROM 071311 THROUGH 071311 |

8 PATIENT NAME: EARNEST, BARBARA     9 PATIENT ADDRESS: 2313 PELICAN ST   SLIDELL   LA   70460

| 10 BIRTHDATE | 11 SEX F | 12 DATE 071311 | ADMISSION 13 HR 04 | 14 TYPE 3 | 15 SRC 1 | 16 DHR 23 | 17 STAT 01 |
|---|---|---|---|---|---|---|---|

CONDITION CODES: 18 19 20 21 22 23 24 25 26 27 28   29 ACDT STATE   30

| 31 OCCURRENCE CODE 11 | DATE 062211 | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |

38

| 39 VALUE CODES CODE / AMOUNT | 40 VALUE CODES CODE / AMOUNT | 41 VALUE CODES CODE / AMOUNT |
|---|---|---|
| a | | |
| b | | |
| c | | |
| d | | |

| | 42 REV CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0260 | IV THERAPY | 96367 | 071311 | 2 | 31000 | | 1 |
| 2 | 0300 | LABORATORY OR LAB | 36591 | 071311 | 1 | 13700 | | 2 |
| 3 | 0301 | LAB/CHEMISTRY | 80053 | 071311 | 1 | 38500 | | 3 |
| 4 | 0305 | LAB/HEMATOLOGY | 85025 | 071311 | 1 | 14600 | | 4 |
| 5 | 0335 | CHEMOTHERP-IV | 96413 | 071311 | 1 | 103500 | | 5 |
| 6 | 0636 | N400264180031ML50.000 | J7050 | 071311 | 2 | 2812 | | 6 |
| 7 | 0636 | N400641036725ML1.000 | J1100 | 071311 | 10 | 1406 | | 7 |
| 8 | 0636 | N400143989001ML16.000 | J2405 | 071311 | 32 | 7872 | | 8 |
| 9 | 0636 | N400955102104ML8.000 | J9171 | 071311 | 220 | 2285190 | | 9 |
| 10 | 0636 | N400264780010ML.500.000 | J7040 | 071311 | 1 | 1420 | | 10 |
| 11 | 0636 | N408290039005ML5.000 | J1642 | 071311 | 50 | 2650 | | 11 |
| 12 | | | | | | | | 12 |
| 13 | | | | | | | | 13 |
| 14 | | | | | | | | 14 |
| 15 | | | | | | | | 15 |
| 16 | | | | | | | | 16 |
| 17 | | | | | | | | 17 |
| 18 | | | | | | | | 18 |
| 19 | | | | | | | | 19 |
| 20 | | | | | | | | 20 |
| 21 | | | | | | | | 21 |
| 22 | | | | | | | | 22 |
| 23 | 0001 | PAGE 001 OF 001 | CREATION DATE 071611 | TOTALS | | 2502650 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1578568481 |
|---|---|---|---|---|---|---|
| A | | | Y | Y | | | 57 OTHER PRV ID 1720313 |
| B | | | | | | |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A 1662097 | | |
| B | | |
| C | | |

| 66 DX | V5811 | 1749 | V7262 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX V5811 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE / DATE | a. OTHER PROCEDURE CODE / DATE | 75 | 76 ATTENDING NPI 1508821372 QUAL |
|---|---|---|---|
| | | | LAST CARLNDER FIRST JAMES |
| b. OTHER PROCEDURE CODE / DATE | c. OTHER PROCEDURE CODE / DATE | | 77 OPERATING NPI 1508821372 QUAL LAST CARLNDER FIRST JAMES |

| 80 REMARKS | 81 CC a R3282N00000X | 78 OTHER NPI QUAL LAST FIRST |
|---|---|---|
| | b R14 | 79 OTHER NPI QUAL LAST FIRST |
| | c R2M | |

UB-04 CMS-1450     APPROVED OMB NO. 0938-0997     NUBC     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

§§§§§§

| | | | | |
|---|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | 3a PAT CNTL # | 90005014-0001 | 0131 |
| PO BOX 54710 | | b. MED REC. # | 1183893 | |
| NEW ORLEANS   LA 701544170 | | | | |
| 9856452900 | | | | |

| 5 FED TAX NO | 6 STATEMENT COVERS PERIOD FROM   THROUGH | |
|---|---|---|
| 72-6014895 | 071311 | 071311 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS | | | |
|---|---|---|---|---|
| a EARNEST,  BARBARA | b SLIDELL | a 2313 PELICAN ST | c LA | 70460 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 7 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 071311 | 04 | 3 | 1 | 23 | 01 | | | | | | | | | | |

| 31 OCCURRENCE CODE   DATE | 32 OCCURRENCE CODE   DATE | 33 OCCURRENCE CODE   DATE | 34 OCCURRENCE CODE   DATE | 35 OCCURRENCE SPAN CODE   FROM   THROUGH | 36 OCCURRENCE SPAN CODE   FROM   THROUGH | 37 |
|---|---|---|---|---|---|---|
| 11   062211 | | | | | | |

| 38 | | 39 VALUE CODES CODE   AMOUNT | 40 VALUE CODES CODE   AMOUNT | 41 VALUE CODES CODE   AMOUNT |
|---|---|---|---|---|
| | a | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0260 | IV THERAPY | 96367 | 071311 | 2 | 31000 | | 1 |
| 2 0335 | CHEMOTHERP-IV | 96413 | 071311 | 1 | 103500 | | 2 |
| 3 0636 | N400264180031ML50.000 | J7050 | 071311 | 2 | 2812 | | 3 |
| 4 0636 | N400641036725ML1.000 | J1100 | 071311 | 10 | 1406 | | 4 |
| 5 0636 | N400143989001ML16.000 | J2405 | 071311 | 32 | 7872 | | 5 |
| 6 0636 | N400955102104ML8.000 | J9171 | 071311 | 220 | 2285190 | | 6 |
| 7 0636 | N400264780010ML500.000 | J7040 | 071311 | 1 | 1420 | | 7 |
| 8 0636 | N408290039005ML5.000 | J1642 | 071311 | 50 | 2650 | | 8 |
| 9 | | | | | | | 9 |
| 10 | | | | | | | 10 |
| 11 | | | | | | | 11 |
| 12 | | | | | | | 12 |
| 13 | | | | | | | 13 |
| 14 | | | | | | | 14 |
| 15 | | | | | | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | | | | | | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 0001 | PAGE 001 OF 001 | CREATION DATE   082311 | TOTALS | | 2435850 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1578568481 |
|---|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER PRV ID | 1720313 |
| B | | | | | | | |
| C | | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A EARNEST,BARBARA | 18 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C 9F 1795704 | | |

| 66 DX | V5811   1749 | V7262 | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | |

| 69 ADMIT DX | V5811 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|
| 74 | PRINCIPAL PROCEDURE CODE   DATE | | b. OTHER PROCEDURE CODE   DATE | 75 | 76 ATTENDING NPI 1508821372 | | QUAL | |
| | 9925   071311 | | | | LAST CARTNDER | | FIRST JAMES | |
| a. | OTHER PROCEDURE CODE   DATE | | | | 77 OPERATING NPI 1508821372 | | QUAL | |
| | | | | | LAST CARTNDER | | FIRST JAMES | |

| 80 REMARKS | 81CC a R3282N00000X | 78 OTHER NPI | | QUAL |
|---|---|---|---|---|
| | b R14 | LAST | | FIRST |
| | c R2M | 79 OTHER NPI | | QUAL |
| | | LAST | | FIRST |

$$$$$$

Earnest, Barbara (Doc ID 1799) - PPR 000085

| | | | |
|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | 90005362-0001 | 0131 |
| PO BOX 54710 | | C MED REC# 1183893 | |
| NEW ORLEANS   LA 701544170 | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD |
| 9856452900 | | 72-6014895 | FROM 080311  THROUGH 080311 |

8 PATIENT NAME: EARNEST, BARBARA
9 PATIENT ADDRESS: 2313 PELICAN ST  SLIDELL  LA 70460

10 BIRTHDATE  11 SEX F  12 DATE 080311  13 HR 04  14 TYPE 3  15 SRC 1  16 DHR 23  17 STAT 01

CONDITION CODES: 

31 OCCURRENCE CODE 11  DATE 063011

36 OCCURRENCE SPAN

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0260 | IV THERAPY | 96367 | 080311 | 2 | 31000 | |
| 0300 | LABORATORY OR LAB | 36591 | 080311 | 1 | 13700 | |
| 0301 | LAB/CHEMISTRY | 80053 | 080311 | 1 | 38500 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 080311 | 1 | 14600 | |
| 0335 | CHEMOTHERP-IV | 96413 | 080311 | 1 | 103500 | |
| 0636 | N400264180031ML50.000 | J7050 | 080311 | 2 | 2812 | |
| 0636 | N400641036725ML1.000 | J1100 | 080311 | 10 | 1406 | |
| 0636 | N400143989001ML16.000 | J2405 | 080311 | 32 | 7872 | |
| 0636 | N400264780010ML500.000 | J7040 | 080311 | 1 | 1420 | |
| 0636 | N400955102104ML8.000 | J9171 | 080311 | 220 | 2285190 | |
| 0636 | N408290039005ML5.000 | J1642 | 080311 | 50 | 2650 | |
| 0001 | PAGE 001 OF 001 | CREATION DATE 080611 | TOTALS | | 2502650 | |

50 PAYER NAME  51 HEALTH PLAN ID  52 REL INFO Y  53 ASG BEN Y  54 PRIOR PAYMENTS  55 EST AMOUNT DUE  56 NPI 1578568481
57 OTHER PRV ID 1720313

58 INSURED'S NAME: EARNEST, BARBARA  59 P.REL 18

63 TREATMENT AUTHORIZATION CODES: 9F 1146498

66 DX V5811  1749  V7263
69 ADMIT DX V5811
71 PPS CODE

74 PRINCIPAL PROCEDURE CODE 9925  DATE 080311

76 ATTENDING NPI 1508821372  LAST CARLINDER FIRST JAMES
77 OPERATING NPI 1508821372  LAST CARLINDER FIRST JAMES

80 REMARKS
81CC a R3282N00000X b R14 c R2M

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

SLIDELL MEMORIAL HOSPITAL
PO BOX 54710
NEW ORLEANS  LA 701544170
9856452900

| | | | |
|---|---|---|---|
| | TYPE OF BILL | 90006152-0001 | 0131 |
| | CNTL # | | |
| | MED/REC # | 1183893 | |
| 5 FED. TAX NO. | | 6 STATEMENT COVERS PERIOD FROM  THROUGH | |
| 72-6014895 | | 082411  082411 | |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a 2313 PELICAN ST | | | |
|---|---|---|---|---|---|---|
| b EARNEST, BARBARA | | b SLIDELL | | | c LA | d 70460 | e |

| 10 BIRTHDATE | 11 SEX | 12  DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22  23  24  25  26  27  28 | 29 ACDT 30 STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 082411 | 04 | 3 | 1 | 23 | 01 | | | | | | |

| 31  OCCURRENCE CODE  DATE | 32  OCCURRENCE CODE  DATE | 33  OCCURRENCE CODE  DATE | 34  OCCURRENCE CODE  DATE | 35  OCCURRENCE SPAN CODE  FROM  THROUGH | 36  OCCURRENCE SPAN CODE  FROM  THROUGH | 37 |
|---|---|---|---|---|---|---|
| 11  072511 | | | | | | |

| 38 | | | | 39  VALUE CODES CODE  AMOUNT | 40  VALUE CODES CODE  AMOUNT | 41  VALUE CODES CODE  AMOUNT |
|---|---|---|---|---|---|---|
| | | | a | | | |
| | | | b | | | |
| | | | c | | | |
| | | | d | | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0260 | IV THERAPY | 96367 | 082411 | 2 | 31000 | | 1 |
| 2 0300 | LABORATORY OR LAB | 36415 | 082411 | 1 | 2300 | | 2 |
| 3 0300 | LABORATORY OR LAB | 36591 | 082411 | 1 | 13700 | | 3 |
| 4 0301 | LAB/CHEMISTRY | 80053 | 082411 | 1 | 38500 | | 4 |
| 5 0305 | LAB/HEMATOLOGY | 85025 | 082411 | 1 | 14600 | | 5 |
| 6 0335 | CHEMOTHERP-IV | 96413 | 082411 | 1 | 103500 | | 6 |
| 7 0636 | N400264180031ML50.000 | J7050 | 082411 | 2 | 2812 | | 7 |
| 8 0636 | N400641036725ML1.000 | J1100 | 082411 | 10 | 1406 | | 8 |
| 9 0636 | N400143989001ML16.000 | J2405 | 082411 | 32 | 7872 | | 9 |
| 10 0636 | N400264780010ML500.000 | J7040 | 082411 | 1 | 1420 | | 10 |
| 11 0636 | N400955102104ML8.000 | J9171 | 082411 | 220 | 2285190 | | 11 |
| 12 0636 | N408290039005ML5.000 | J1642 | 082411 | 50 | 2650 | | 12 |

| 23 0001 | PAGE 001 OF 001 | | CREATION DATE | 082711 | TOTALS | 2504950 | | 23 |
|---|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1578568481 |
|---|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 | 1720313 |
| B | | | | | | OTHER PRV ID | |
| C | | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A 9F 1795704 | | |
| B | | |
| C | | |

| 66 DX | V5811  1749  V7263 | | | | | | | 67 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX | V5811 | 70 PATIENT REASON DX | | | | 71 PPS CODE | 72 ECI | | 73 | |

| 74 PRINCIPAL PROCEDURE CODE  DATE | a OTHER PROCEDURE CODE  DATE | 75 | 76 ATTENDING | NPI 1528023900 | QUAL |
|---|---|---|---|---|---|
| | b | | LAST SHARP Z | FIRST AGUSTIN | |
| | c  OTHER PROCEDURE CODE  DATE | | 77 OPERATING | NPI 1528023900 | QUAL |
| | d | | LAST SHARP Z | FIRST AGUSTIN | |

| 80 REMARKS | 81CC | | 78 OTHER | NPI | QUAL |
|---|---|---|---|---|---|
| | a R32R2N00000X | | | | FIRST |
| | b R14 | | 79 OTHER | NPI | QUAL |
| | c R2M | | LAST | | FIRST |
| | d | | | | |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Earnest, Barbara (Doc ID 1799) - PPR 000087

$$$$$