UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC** |
| Luciena Starrett v. Sanofi-Aventis US, LLC, et al. | Civil Action No.: 2:17-cv-14093 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of September, 2018.

**ALLEN & NOLTE, PLLC**

By: /s/ Jennifer Nolte
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel:  (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      /s/ Jennifer Nolte
                                      Jennifer Nolte