UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, WINTHROP U.S., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC. and SANDOZ INC.**<br><br>Civil Action No.:  2:17-cv-07366 |
| THIS DOCUMENT RELATES TO:<br><br>Dionne A. Klann & Wallen U. Klann | |

  Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Winthrop U.S., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Sandoz Inc., each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of September, 2018          Respectfully Submitted By:

/s/ Christopher L. Coffin

Christopher L. Coffin (LA Bar# 27902)
Nicholas R. Rockforte (LA Bar# 31305)
Jessica A. Perez (LA Bar# 34024)
PENDLEY, BAUDIN & COFFIN, L.L.P.
24110 Eden Street / PO Drawer 71
Plaquemine, LA 70765-0071
Tel: (225) 687-6396 / Fax: (225) 687-6398
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  September 5, 2018          /s/ Christopher L. Coffin