## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>Kathleen J. Stajduhar<br>Case No. 2:18-cv-02606 | |

    I, Christopher L. Coffin, hereby enter my formal appearance as counsel in this case on behalf of Plaintiff, Kathleen J. Stajduhar. I certify that I am admitted to practice in this Court, and have been appointed by this Court to serve on Plaintiffs' Steering Committee.

Dated: September 6, 2018          Respectfully submitted,

                                             **PENDLEY, BAUDIN & COFFIN, L.L.P.**

                                             By: */s/ Christopher L. Coffin*
                                             Christopher L. Coffin (Bar# 27902)
                                             Nicholas R. Rockforte (Bar# 31305)
                                             Jessica A. Perez (Bar# 34024)
                                             24110 Eden Street
                                             P.O. Drawer 71
                                             Plaquemine, LA 70765-0071
                                             Telephone: (225) 687-6396
                                             Facsimile: (225) 687-6398
                                             Email:  ccoffin@pbclawfirm.com
                                                                jperez@pbclawfirm.com
                                                                nrockforte@pbclawfirm.com