MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 6, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

The Court held a telephone status conference this date concerning the PSC's email request of September 5, 2018 that this Court stay its Order of August 28, 2018 requiring the PSC to submit certain documents to the Court for *in camera* review

PARTICIPATING BY    Chris Coffin
PHONE:    Douglas Moore

The Court declines the PSC's eleventh-hour request for a stay. The PSC was ordered on August 28, 2018 to produce documents for *in camera* inspection no later than September 5, 2018. Rather than produce those documents or appeal the Court's order, the PSC waited until the afternoon on which production was due to request a stay, giving no reason or justification for that request other than to offer that it intended to appeal the order the next week. Given the delay in seeking the stay and the absence of any reason why one should be entered, the Court denies the request and directs the PSC to submit the documents no later than close of business this date, September 6, 2018.

                                                    MICHAEL B. NORTH
                                            UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:15)