UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *Helen Mackson v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al., Civil Action No. 2:17-cv-16954* | Civil Action No.: 2:17-cv-16954 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Helen Mackson in the

above-captioned case be dismissed with prejudice against all Defendants, each party to bear

its own costs.

Dated this 6<u>th</u> day of <u>September</u>, <u>2018.</u>        Respectfully submitted,

/s/ John C. Thornton
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540

*Attorneys for Plaintiff*

SHOOK, HARDY & BACON LLP

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
kbieri@shb.com; hratliff@shb.com

**Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.**

*/s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
        kbrilleaux@irwinllc.com

**Liaison counsel for the Defendants**

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com

**Counsel for Defendant Accord Healthcare Inc.**

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
E: Sandoz-Taxotere-ProdID@gtlaw.com

**Counsel for Defendant Sandoz, Inc.**

*/s/ Mara Cusker Gonzalez*
Mark S. Cheffo
Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3814
Fax: (212) 698-3599
E: mark.cheffo@dechert.com
E: mara.cuskergonzalez@dechert.com

**Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.**

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
E: docenoprodid@hinshawlaw.com

**Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.**

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: <u>September 6, 2018</u>                                  <u>*/s/ John C. Thornton*</u>
                                                                                     John C. Thornton