UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| JANET MONG | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-16807 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : | |

------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 7th day of September, 2018.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
*Attorneys for Plaintiff*

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State St., 27th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for Defendant Sun*
*Pharmaceutical Industries, Inc. f/k/a*
*Caraco Pharmaceutical Laboratories, Ltd.*

By: /s/ Ronald Clifton Merrell, II
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE

Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

By: */s/ Mike Suffern*
Mike Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 617-213-7000
Facsimile: 617-213-7001
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendant Actavis Phama, Inc.*

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com
*Counsel for Defendant Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FORSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com

juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

By: */s/ Kelly Bieri*
Kelly Bierei, Esq.
Harley V. Ratliff
SHOOK, HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Kbieri@shb.com
*Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: 9/7/2018                                    /s/ Rhett A. McSweeney
                                                   Rhett A. McSweeney