UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Tammy Coffman,<br><br>v.<br><br>Sanofi-Aventis U.S. LLC, et al. | HON. JANE TRICHE MILAZZO<br><br><br>Case No.   2:17-cv-12906 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff hereby voluntarily dismisses with prejudice all claims in this matter against all defendants in the above-captioned case, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal with Prejudice.

Dated: September 7, 2018

By: */s/ Alyssa White*
Alyssa White
LaToyia Adams
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
awhite@johnsonlawgroup.com
ladams@johnsonlawgroup.com
*Attorneys for Plaintiffs*

By:   /s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
**SHOOK, HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  816-474-6550
kbieri@shb.com
hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

By: /s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
**Dechert LLP**
3 Bryant Park 1095 Ave of the Americas
New York, NY 10036
Telephone: 212-698-3500
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
*Attorneys for Hospira entities and Pfizer*

Douglas J. Moore, Esq.
Kelly Brilleaux
**Irwin Fritchie Urquhart & Moore**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

John Olinde
**Chaffe McCall LLP**
1100 Poydras Street
New Orleans, LA
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email: olinde@chaffe.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 7, 2018                              Respectfully submitted,

                                                         /s/ *Alyssa White*
                                                         Alyssa White (Bar No. 24073014)
                                                         Johnson Law Group
                                                         2925 Richmond Ave, Suite 1700
                                                         Houston, TX 77098
                                                         Tel: 713-626-9336
                                                         Fax: 713-583-9460
                                                         awhite@johnsonlawgroup.com