**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Gail Nunez-Blackshear | |
| v. | |
| Sanofi-Aventis U.S. LLC, et al. | Case No.   2:17-cv-12887 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff hereby voluntarily dismisses with prejudice all claims in this matter against all defendants in the above-captioned case, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal with Prejudice.

Dated: September 7, 2018

| | | |
|---|---|---|
| By: */s/ Alyssa White* <br> Alyssa White <br> LaToyia Adams <br> **Johnson Law Group** <br> 2925 Richmond Ave., Ste. 1700 <br> Houston, TX 77098 <br> Telephone: (713) 626-9336 <br> Facsimile: (713) 583-9460 <br> awhite@johnsonlawgroup.com <br> ladams@johnsonlawgroup.com <br> *Attorneys for Plaintiffs* | By:   */s/ Kelly Bieri* <br> Kelly Bieri <br> Harley V. Ratliff <br> **SHOOK, HARDY & BACON** <br> 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> Telephone:  816-474-6550 <br> kbieri@shb.com <br> hratliff@shb.com <br> *Attorneys for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.* | Douglas J. Moore, Esq. <br> Kelly Brilleaux <br> **Irwin Fritchie Urquhart & Moore** <br> 400 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> Facsimile: (504) 310-2100 <br> Email: dmoore@irwinllc.com <br> kbrilleaux@irwinllc.com <br> <br> John Olinde <br> **Chaffe McCall LLP** <br> 1100 Poydras Street <br> New Orleans, LA <br> Telephone: (504) 585-7000 <br> Facsimile: (504) 585-7075 <br> Email: olinde@chaffe.com <br> <br> *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 7, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Alyssa White*
　　　　　　　　　　　　　　　　　　　　　Alyssa White (Bar No. 24073014)
　　　　　　　　　　　　　　　　　　　　　Johnson Law Group
　　　　　　　　　　　　　　　　　　　　　2925 Richmond Ave, Suite 1700
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　Tel: 713-626-9336
　　　　　　　　　　　　　　　　　　　　　Fax: 713-583-9460
　　　　　　　　　　　　　　　　　　　　　awhite@johnsonlawgroup.com