UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT WINTHROP U.S., SANOFO-AVENTIS US SERVICES INC. AND SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO: Starr Carbino, et al. v. Sanofi S.A., et al. | Civil Action No.: 2:17-cv-00539 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Winthrop U.S., Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of September, 2018

*/s/ Carasusana B. Wall*
Carasusana B. Wall (OH 0090234)
Michelle L. Kranz (OH 0062479)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
       michelle@toledolaw.com
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: September 10, 2018        /s/ *Carasusana B. Wall*