UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO |
| _____ <br> MARIA DE LA GARZA ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, ET AL., <br><br> Defendants. <br> ------------------------------------------------------------ | : : : : : : : : : : : | MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 2:17-cv-15564 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 10th day of September, 2018.

| **LOWE LAW GROUP** | **SHOOK, HARDY & BACON LLP** |
|---|---|
| By: */s/ T. Aaron Stringer* <br> T. Aaron Stringer <br> 6028 S. Ridgeline Dr., Ste. 200 <br> Ogden, UT 84405 <br> Telephone: (385) 298-0175 <br> Facsimile: (801) 656-0997 <br> Email:aaron@lowelawgroup.com <br> *Attorney for Plaintiff(s)* | By: */s/ Kelly Bieri*_____ <br> Kelly Bieri <br> Harley V. Ratliff <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Phone: 816-474-6550 <br> Fax: 816-421-5547 <br> kbieri@shb.com; hratliff@shb.com <br> *Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 10, 2018                /s/ T. Aaron Stringer
                                                    T. Aaron Stringer