UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| _____ | SECTION "N" (5) |
| MYRNA TAYLOR, | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Plaintiffs, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.: 2:17-cv-15646 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 10th day of September, 2018.

**LOWE LAW GROUP**

By: */s/ T. Aaron Stringer*
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email:aaron@lowelawgroup.com
*Attorney for Plaintiff(s)*

**SHOOK, HARDY & BACON LLP**

By: */s/ Kelly Bieri*_____
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
*Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 10, 2018          /s/ T. Aaron Stringer
                                            T. Aaron Stringer