UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

*Earnest v. Sanofi S.A., et al.*

Civil Case No. 2:16-cv-17144

### [PROPOSED] Order Granting Agreed Motion To Withdraw Plaintiff Barbara Earnest's Motion for Partial Summary Judgment

**WHEREAS**, the parties consent to the withdrawal of Plaintiff Barbara Earnest's Motion for Partial Summary Judgment. (Rec. Doc. 4040)

**WHEREAS**, the withdrawal is without prejudice to Plaintiffs' ability to re-file and seek relief from the Court if the parties are unable to reach an agreement respecting manufacturer identification in this case.

**IT IS HEREBY ORDERED** that Plaintiff's agreed motion to withdraw without prejudice is **GRANTED**.

DATED: _____                    _____
                                          HON. JANE TRICHE MILAZZO
                                          UNITED STATES DISTRICT JUDGE

1