UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| MARGARET D. WHITE, | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-13613 |
| SANOFI-AVENTIS U.S. LLC, ET AL. | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party bear its own costs.

Dated this 11th day of September, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

Peter T. Cathcart
CA Bar No. 93611
Magana Cathcart McCarthy
1900 Avenue of Stars, Suite 650
Los Angeles, CA 90067
Telephone: (310) 553-6630
Facsimile: (310) 407-2295
ptc@mcmc-law.com

*Attorneys for Plaintiff*

/s/ *Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart &
Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemanuel.com

1

| | |
|---|---|
| John F. Olinde<br>Chaffe McCall, L.L.P.<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Olinde@chaffe.com<br><br>*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.* | /s/ *Kathleen E. Kelly*<br>Geoffrey M. Coan<br>Kathleen E. Kelly<br>Hinshaw & Culbertson LLP<br>53 State Street, 27th Floor<br>Boston, MA 02109<br>Telephone: (617) 213-7000<br>Facsimile: (671) 213-7001<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com<br><br>*Attorneys for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.* |
| /s/ *Kelly Bieri*<br>Kelly Bieri<br>Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>hratliff@shb.com<br>kbieri@shb.com<br><br>*Attorneys for Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 11th day of September, 2018

/s/ *Michael P. McGartland*
Michael P. McGartland