UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Plaintiff Kimberly Free, 2:16-cv-15326 | | |

## ORDER

Before the Court is Plaintiff's Motion for Review of Magistrate's Order for In Camera Review of Privileged Correspondence (Doc. 3911), as well as Plaintiff's Notice of Withdrawal (Doc. 3963);

**IT IS ORDERED** that the Motion for Review of Magistrate's Order for In Camera Review of Privileged Correspondence is **WITHDRAWN**;

**IT IS FURTHER ORDERED** that in the future, to withdraw a document from the record, Plaintiff must file a motion.

New Orleans, Louisiana this 11th day of September, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE