## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                         MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**                    SECTION "H" (5)


THIS DOCUMENT RELATES TO:

CAROLE BARBAN
CASE NO.: 2:16-CV-15515
_____

### ORDER
_____

Upon Plaintiffs' Unopposed Motion for Leave to file an Amended Complaint (Doc. 3942);

**IT IS ORDERED** that Plaintiffs may file an Amended Complaint as attached to their

Motion.


New Orleans, Louisiana, this 11th day of September, 2018.


_____
The Honorable Jane Triche Milazzo