## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>RHONDA BAILEY v. SANDOZ, INC., Case No. 2:17-cv-11984 | Civil Action No.: 2:17-cv-11984-JTM-MBN |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 4039);

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 11th day of September, 2018.

Honorable Jane T. Milazzo
U.S. District Court Judge