# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>DAISY SPENCER v. MCKESSON CORPORATION, INC. ET AL. | Civil Action No.: 2:17-CV-10108-JTM-MBN |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4056);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 11th day of September, 2018.

U.S. District Judge