UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| DEBBIE ROGERS, | : | MAG. JUDGE NORTH |
| | : | |
|   Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-16773 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
|   Defendants. | : | |
| ----------------------------------------------------------- | : | |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice against all Defendants, each party to bear its own costs.

   Dated this 11th day of September, 2018.


Respectfully Submitted,       **CUTTER LAW, P.C.**

              */s/C. Brooks Cutter_____*
              C. Brooks Cutter, CA 121407
              Jennifer S. Domer, CA 305822
              401 Watt Ave.
              Sacramento, CA 95864
              Phone: 916-290-9400
              Fax: 916-588-9330
              bcutter@cutterlaw.com
              jdomer@cutterlaw.com


              *Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*_____
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi*
*U.S. Services Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: September 11, 2018                    /s/____C. Brooks Cutter_____