# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>PAMELA RINGER v. SANDOZ, INC. | Civil Action No.: 2:17-cv-09809-KDE-MBN |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4058);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 11th day of September, 2018.

_____
U.S. District Judge