# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| JUDY ANNE CLOUSE<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI ET AL, | |
| Defendants. | |
| Civil Case No: 2:18-cv-06750 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4060);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 11th day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE