UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**Stipulation of Dismissal with Prejudice**<br><br>Civil Action No.: 2:17-cv-8582 |
| _____ | | |
| IRMA JOHNSON, | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |
| -------------------------------------------------------- | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 11th day of September, 2018.

                                        Respectfully submitted,

                                        **THE SIMON LAW FIRM, P.C**.
                                        By: /s/Amy Collignon Gunn
                                          John G. Simon
                                          Amy Collignon Gunn
                                          800 Market Street, Ste. 1700
                                          St. Louis, MO 63101
                                          Phone: 314-241-2929
                                          Fax: 314-241-2029
                                          jsimon@simonlawpc.com
                                          agunn@simonlawpc.com

                                        *Attorneys for Plaintiff*

                                        **SHOOK, HARDY & BACON LLP**
                                        /s/ Kelly Bieri
                                        Kelly Bieri
                                        Harley V. Ratliff
                                        2555 Grand Boulevard

Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.*