UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>MAXINE JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>   Defendants. | Civil Action No.: 2:17-CV-11892 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

   Dated this 11th day of September 2018.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

By:  */s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  kbieri@shb.com
     hratliff@shb.com

| | |
|---|---|
| Eric H. Gibbs<br>Amy M. Zeman<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com<br>       amz@classlawgroup.com | *Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.* |