## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br><br>ROBYN LINDEMANN,<br><br>    Plaintiff,<br><br> v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendants. | Civil Action No.: 2:17-cv-11520 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 11th day of September 2018.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

By:   */s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  kbieri@shb.com
          hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
       amz@classlawgroup.com