UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE ) | MDL 2740 |
| (DOCETAXEL) PRODUCTS LIABILITY ) | |
| LITIGATION ) | CASE NO: 2:17-cv-15598 |
| ) | |
| ------------------------------------------------- ) | HONORABLE JUDGE JAN T. MILAZZO |
| THIS DOCUMENT APPLIES TO: ) | |
| ) | |
| Terry Trusty v. Sanofi Aventis US, ) | |
| LLC, et al. ) | |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION OR OBJECTS**

Plaintiff hereby gives notice pursuant to Federal Rules of Civil Procedure 45 to Defendants that the attached subpoena will be served commanding the production of documents, information or objects upon Christiana Care Health System/Graham Cancer Center. Dated this 11th day of September 2018.

Respectfully Submitted,

WENDT LAW FIRM, P.C.

*s/Samuel M. Wendt*
Samuel M. Wendt MO#53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Service of Subpoena to Produce Documents, Information or Objects has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: September 11, 2018                              /s/ Samuel M. Wendt

Douglas J. Moore
Irwin Fritchie Urquhard & Moore, LLC
400 Poydras Street, Suite 700
New Orleans, LA 70130
noproductid@shb.com

John F. Olinde
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

R. Clifton Merrell Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com

Mara Cusker Gonzalez Sara Roitman
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
docetaxelproductid@dechert.com

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com