UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Earnest v. Sanofi S.A., et al.*

Civil Case No. 2:16-cv-17144

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw (Doc. 4101), seeking to withdraw Plaintiff's Motion for Partial Summary Judgment (Doc. 4040);

**IT IS ORDERED** that Plaintiff's Motion to Withdraw is **GRANTED**;

**IT IS FURTHER ORDERED** that, as agreed by the parties, the withdrawal is without prejudice to Plaintiff's ability to re-file and seek relief from the Court if the parties are unable to reach an agreement regarding manufacturer identification in this case.

New Orleans, Louisiana, this 11th day of September, 2018.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE