UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| MAGGIE MATHIJSSEN<br>    Plaintiff(s), | Civil Action No.: 2:17-cv-17274 |
| vs. | |
| SANOFI US SERVICES INC. F/K/A<br>SANOFI-AVENTIS U.S. INC.;<br>SANOFI-AVENTIS US LLC;<br>    Defendant(s). | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

| | |
|---|---|
| CANEPA RIEDY ABELE | SHOOK, HARDY & BACON LLP |
| /s/ Kristie L. Fischer<br>Kristie L. Fischer (NV Bar No. 11693)<br>851 S. Rampart Boulevard, Suite 160<br>Las Vegas, Nevada 89145<br>Tel: (702) 304-2335<br>Fax: (702) 304-2336<br>kfischer@canepariedy.com<br>*Counsel for Plaintiff* | /s/ Kelly Bieri<br>Kelly Bieri<br>Harley v. Ratliff<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Tel: (816) 474-6550<br>Fax: (816) 421-5547<br>kbieri@shb.com; hratliff@shb.com<br>*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September/$, 2018

Respectfully submitted,

/s/ Kristie L. Fischer
Kristie L. Fischer (NV Bar No. 11693)
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com