UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| Niambi Berry, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-14320 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., | : : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 12th day of September, 2018.

WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
NC Bar No.: 15781
J. Hunter Bryson
NC Bar No.: 50602
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com
*Attorneys for Plaintiff*

SHOOK, HARDY & BACON LLP

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, MO 64108

Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: kbieri@shb.com
Email: hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.*

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Email: merrellc@gtlaw.com
Email holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Email: Julie.callsen@tuckerellis.com
Email: brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: maracusker.gonzalez@dechert.com
Email: sara.roitman@dechert.com
Email: mark.cheffo@dechert.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
Email: gcoan@hinshawlaw.com
Email: kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

MORRISON & FOERSTER LLP

*/s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
Email: ebosman@mofo.com
Email: juliepark@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packing Service*

ULMER & BERNE LLP

*/s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
Email: msuffern@ulmer.com
Email: kbeck@ulmer.com
*Attorneys for Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 12, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
