UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Lalaine Chin, | : | |
| | : | |
|     Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-14854 |
| | : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., | : : | |
| | : | |
|     Defendants. | : | |
| -------------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be

dismissed with prejudice against all Defendants, each party to bear its own costs.

    Dated this 12th day of September, 2018.

              WHITFIELD BRYSON & MASON LLP

              */s/ Daniel K. Bryson*
              Daniel K. Bryson
              NC Bar No.: 15781
              J. Hunter Bryson
              NC Bar No.: 50602
              900 W. Morgan Street
              Raleigh, NC 27603
              Telephone: 919-600-5000
              Facsimile: 919-600-5035
              Email: dan@wbmllp.com
              Email: hunter@wbmllp.com
              *Attorneys for Plaintiff*

              SHOOK, HARDY & BACON LLP

              */s/ Kelly Bieri*
              Kelly Bieri
              Harley V. Ratliff
              2555 Grand Boulevard
              Kansas City, MO 64108

Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: kbieri@shb.com
Email: hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi*
*US Services, Inc.*

DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: maracusker.gonzalez@dechert.com
Email: sara.roitman@dechert.com
Email: mark.cheffo@dechert.com
*Attorneys for Hospira, Inc., Hospira Worldwide,*
*LLC formally d/b/a Hospira Worldwide, Inc.,*
*and Pfizer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of

record through the Court's Electronic Court Filing System.

Dated: September 12th, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson