UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SHERYL VERDUGO, | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-11684 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 12th day of September, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

/s/ *Christopher L. Coffin*
Christopher L. Coffin
LA Bar No. 27902
Nicholas R. Rockforte
LA Bar No. 31305
Jessica A. Perez
LA Bar 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

*Attorneys for Plaintiff*

1

/s/ *Brandon D. Cox*
Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-7213
Facsimile: (216) 592-5009
Brandon.cox@tuckerellis.com
Julie.Callsen@tuckerellis.com

John P. Wolff, III
Keogh, Cox & Wilson, Ltd.
701 Main Street
P.O. Box 1151
Baton Rouge, LA 70821
jwolff@keoghcox.com

*Attorneys for Accord Healthcare, Inc.*

/s/ *Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemanuel.com

John F. Olinde
Chaffe McCall, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

/s/ *Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Cohen1@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendants Sandoz Inc.*

/s/ *Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
hratliff@shb.com
kbieri@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

/s/ *Kathleen E. Kelly*
Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (671) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 12th day of September, 2018

/s/ *Michael P. McGartland*
Michael P. McGartland