UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Denice Smith v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 2:17-cv-16005 | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi US Service, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC<br><br>Civil Action No.: 2:17-cv-16005 |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT**

**Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc and Sanofi-Aventis U.S. LLC**

Pursuant to CMO 12A, Plaintiff Denice Smith dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th day of September, 2018.   Respectfully submitted,

*/s/ John C. Thornton*
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com

1

**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540

*Attorneys for Plaintiff*

*/s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Attorney for Sanofi US Services Inc. and
Sanofi-Aventis U.S. LLC.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
 kbrilleaux@irwinllc.com

*Liaison counsel for the Defendants*

*/s/ Kimberly Beck*
Kimberly Beck
Sheryl Ritter
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 689-5065
Email: kbeck@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc.*

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-
ProdID@gtlaw.com

*Counsel for Defendant Sandoz, Inc.*


/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Facsimile: (212) 849-7100
Email: docetaxelproductid@quinnemanuel.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.*


/s/ Harley V. Ratliff
Harley V. Ratliff
Kelly Bieri
SHOOK HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email: noproductid@shb.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001

***Counsel for Defendant Sun***
***Pharmaceuticals Industries, Inc. f/k/a***
***Caraco Laboratories, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc and Sanofi-Aventis U.S. LLC, has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 12, 2018     /s/ John C. Thornton
                              John C. Thornton