UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Jacqueline Watson v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15791* | : : : | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this\_\_\_\_day of_____, 2018

_____
Hon. Jane Triche Milazzo

1