UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 2:17-cv-7349 |
| FANNIE HUDSON and WALTER HUDSON | | |
| Plaintiffs, | | |
| vs. | | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. SANOFI-AVENTIS U.S. LLC, | | |
| Defendants. | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 11th day of September, 2018.

                                                 GOMEZ TRIAL ATTORNEYS
                                                 */s/Lindsay R. Stevens*
                                                 John H. Gomez (CA Bar # 171485) T.A.
                                                 Ahmed S. Diab (CA Bar # 262319)
                                                 Lindsay R. Stevens (CA Bar # 256811)
                                                 655 West Broadway, Suite 1700
                                                 San Diego, California 92101
                                                 Telephone: (619) 237-3490
                                                 Facsimile: (619) 237-3496
                                                 john@thegomezfirm.com
                                                 adiab@thegomezfirm.com
                                                 lstevens@thegomezfirm.com

*/s/ Kelly Bieri*
Kelly Bieri
Harvey Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*
