UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**Stipulation of Dismissal with Prejudice**<br><br>Civil Action No.: 2:17-cv-15636 |
| _____ | | |
| SYLVANIE EDMOND, | | |
| Plaintiffs, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |
| ----------------------------------------------------------- | | |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

   Dated this 12th day of September, 2018.

**LOWE LAW GROUP**

By: */s/ T. Aaron Stringer*
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email:aaron@lowelawgroup.com
 *Attorney for Plaintiff(s)*

**SHOOK, HARDY & BACON LLP**

By: */s/ Kelly Bieri*_____
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
*Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.*

**TUCKER ELLIS LLP**

By: */s/ Julie A. Callsen*
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare, Inc.*

**GREENBERG TRAURIG, LLP**

By: */s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100

Facsimile: (678) 553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
insognan@gtlaw.com
higginsa@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

**DECHERT LLP**

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Three Bryant Park 1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
DocetaxelProductID@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

**MORRISON & FOERSTER LLP**

By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
noproductid@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

**HINSHAW & CULBERTSON LLP**

By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelley
53 State Street, 27th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuitical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**

By: */s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
cmo12@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 12, 2018          /s/ T. Aaron Stringer
                                              T. Aaron Stringer