BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "N" |
| THIS DOCUMENT RELATES TO:<br>*Felicia B. Diallo, 2:17-cv-06999* | HON. KURT D. ENGELHARDT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Pfizer, Inc. from the above-captioned action in the Taxotere (Docetaxel) Products Liability, MDL 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 12, 2018.                                  Respectfully submitted,

 */s/ E. Scott Verhine*
E. Scott Verhine
**Verhine & Verhine, PLLC**
1013 Adams Street
Vicksburg, MS 39183
Tel: (601) 636-0791
Fax: (601) 636-2718
scott@verhine.biz

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 12, 2018.                                         */s/ E. Scott Verhine*
                                                                                                            E. Scott Verhine