UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>COMPLAINT & JURY DEMAND<br><br>Civil Action No.: 2:17-cv-06869 |
| Althea K. Nelson,<br><br>Plaintiff(s),<br><br>vs.<br><br>McKesson Corporation d/b/a McKesson Packaging, Inc.<br><br>Defendant(s). | | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Althea K. Nelson

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   n/a

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Current State of Residence: Minnesota

5. State in which Plaintiff(s) allege(s) injury: Minnesota

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A. Sanofi S.A.

   ☐ B. Aventis Pharma S.A.

   ☐ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☐ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☑ C. McKesson Corporation d/b/a McKesson Packaging

   ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☐ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

☐     K.     Other:

7.     Basis for Jurisdiction:

☑     Diversity of Citizenship

☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

District Court for Minnesota

9.     Brand Product(s) used by Plaintiff (check applicable):

☐     A.     Taxotere

☐     B.     Docefrez

☑     C.     Docetaxel Injection

☐     D.     Docetaxel Injection Concentrate

☐     E.     Unknown

☐     F.     Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 12/8/2015 through 1/28/2016

11. State in which Product(s) identified in question 9 was/were administered:

> Minnesota

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent loss of hair, alopecia, thinning of hair, loss of eyebrows, loss of eyelashes, loss of body hair.  Date of onset is not known.

13. Counts in Master Complaint brought by Plaintiff(s):

- ☑ Count I – Strict Products Liability - Failure to Warn
- ☑ Count II – Strict Products Liability for Misrepresentation
- ☑ Count III – Negligence
- ☑ Count IV – Negligent Misrepresentation
- ☑ Count V – Fraudulent Misrepresentation
- ☑ Count VI – Fraudulent Concealment
- ☑ Count VII – Fraud and Deceit
- ☑ Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- ☐ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

Defendant(s) conduct in connection with the sale and advertisement of the products that are the subject of this Complaint constiutute violations of the consumer fraud protections acts, including the Prevention of Consumer Fraud Action (Minn. State. sec.325F.68 et seq.), and the Uniform Deceptive Trade Practices Act (Minn. Stat. sec. 325F.67 et sea.), and the Uniform Deceptive Trade Practices Act (Minn. Stat. sec.325D.43 et seq.)

By reason of such violations and pursuant to minnesota Statues sec.8.31, subd. 3a, and sec. 325D.44, sec.325F.77, and 325F.68, Plaintiffs are entitled to recover all the monies paid for the products, to be compensated for the cost of medical care arising out of the use of the products, and to recover any and all consequential damages recoverable under law including, but not limited to, both past and future medical expenses, past lost wages, loss of future earning capacity, past and future pain, suffering disability, and emotional distress.

Plaintiffs are entitled to seek compensatory damages, attorney fees, injunctive and equitable relief, and other remedies pursuant to Minn. Stat. sec8.31 (3a), 325D.44, 325F.67 and 325.68-70.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

/s/E. Scott Verhine MSB#10548
VERHINE & VERHINE, PLLC
1013 Adams Street
Vicksburg MS  39183
601-636-0791
601-636-2718 (fax)
scott@verhine.biz

/s/Matthew J. Schumacher, MNB# 244946
/s/Stephen J. Randall, MNB# 221910
Pearson, Randall & Schumacher P.A.
310 Fourth Avenue South #5010
Minneapolis MN  55415
612-767-7500
612-767-7501 (fax)
mschumacher@prslegal.com
srandall@prslegal.com