## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: CHRISTINE AND JIM KINDERDINE, Plaintiffs, v. ACCORD HEALTHCARE, INC., Defendant. | CASE NO.:  2:17-CV-00348-JTM-MBN HON. JANE TRICHE MILAZZO |

## ORDER

Considering the Motion for Leave to File Reply Brief in Support of Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment Based Upon Judicial Estoppel (Rec. Doc. 3931), filed by Defendant Accord Healthcare, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that Defendant's proposed Reply Brief in Support of the Motion for Summary Judgment Based Upon Judicial Estoppel is hereby entered into the Court's docket.

New Orleans, Louisiana, on this 11th day of September, 2018.

United States District Judge