UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| ------------------------------------------------------------- : | | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |

RITA M. HAGER v. Hospira Worldwide, LLC,
et al Civil Action No.: 2:18-cv-05519

## ORDER

Before the Court is Plaintiff's Motion to Substitute Party Plaintiff (Doc. 3946);

**IT IS ORDERED** that the Estate of Rita M. Hager, through its Executor, John P. Hager, is substituted for Plaintiff Rita M. Hager as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE