UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO ALL CASES | SECTION "H" (5) |

**DEFENDANTS' EX PARTE MOTION TO EXPEDITE SUBMISSION OF PLAINTIFFS' MOTION FOR REVIEW OF DISCOVERY ORDERS**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Sanofi") hereby move the Court for expedited submission and resolution of Plaintiffs' Motion for Review of Discovery Orders. (Rec. Doc. 4126). For the reasons more fully set forth in the attached Memorandum in Support, Plaintiffs' Motion should be resolved as soon as possible because it attempts to delay the relief ordered over three months ago by Magistrate Judge North until it is moot. Accordingly, Defendants seek an Order from this Court setting Plaintiffs' Motion for submission on **September 26, 2018**.

WHEREFORE, for the foregoing reasons, Sanofi respectfully requests this Court grant the instant Motion and set Plaintiffs' Motion for Review of Discovery Orders for submission on September 26, 2018.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*