UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                                       SECTION "H" (5)
ALL CASES

_____

# ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Submission of Plaintiffs' Motion for Review of Discovery Orders, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

IT IS HEREBY ORDERED that the Motion to Expedite Submission of Plaintiffs' Motion for Review of Discovery Orders be and is GRANTED, and that the submission date for Motion for Review of Discovery Orders (Rec. Doc. 4126) is now set for September 26, 2018.

New Orleans, Louisiana this _____ day of _____ 2018.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**