UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| SUSAN HIGGINS | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.: 2:17-cv-17139 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 13th day of September, 2018.

**RESPECTFULLY SUBMITTED,**

**MEYERS & FLOWERS, LLC.**

/s/ Kimberly Brancato
Kimberly Brancato (IL Bar No. 06317505)
3 N 2nd St., Suite 300
St. Charles, IL 60174
Tel. (630) 232-6333
Facsimile: (630) 845-8982
kb@meyers-flowers.com

*Attorney for Plaintiff*

/s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
**ULMER & BERNE LLP**
600 Vine St., Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064

*Attorney for Actavis Defendants*

/s/ Kelly Bieri
Kelly Bieri
Harvey Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorney for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

/s/ R. Clifton Merrell

R. Clifton Merrell
Evan Holder
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100

*Attorney for Defendant Sandoz, Inc.*

/s/ Brandon D. Cox

Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 4412-7213
Telephone: (216) 592-5000

*Attorney for Defendant Accord*

/s/ Mara Cusker Gonzalez

Mara Cusker Gonzalez
Sara Roitman
**DECHERT LLP**
Three Bryant Par 1095 Avenue of the Americans
New York, NY 10036
Telephone: (212) 698-3500

*Attorney for Defendant Pfizer, Inc.*

/s/ Kathleen E. Kelly

Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
53 State Street, 27th Floor
Boston, MA 02109
Telephone: (617) 213-7000

*Attorney for Defendant Sun Pharmaceutical Industries f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

## CERTIFICATION OF SERVICE

I hereby certify that on September 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**MEYERS & FLOWERS, LLC.**

/s/ Kimberly Brancato
Kimberly Brancato (IL Bar No. 06317505)
3 N 2nd St., Suite 300
St. Charles, IL 60174
Tel. (630) 232-6333
Facsimile: (630) 845-8982
kb@meyers-flowers.com

*Attorney for Plaintiff*