## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| ROBIN BIGHEM, | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| | : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-17422 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 13th day of September, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

/s/ *Peter T. Cathcart*
Peter T. Cathcart
Magana Cathcart McCarthy
1900 Avenue of Stars, Suite 650
Los Angeles, CA 90067
Telephone: (310) 553-6630
Facsimile: (310) 407-2295
ptc@mcmc-law.com

*Attorneys for Plaintiff*

/s/ *Brandon D. Cox*
Julie A. Callsen
Brandon D. Cox
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-7213
Facsimile: (216) 592-5009
Brandon.cox@tuckerellis.com
Julie.Callsen@tuckerellis.com

John P. Wolff, III
Keogh, Cox & Wilson, Ltd.
701 Main Street
P.O. Box 1151
Baton Rouge, LA 70821
jwolff@keoghcox.com

*Attorneys for Accord Healthcare, Inc.*

1

| | |
|---|---|
| /s/ *Mara Cusker Gonzalez* | /s/ *Kelly Bieri* |
| Mark Cheffo | Kelly Bieri |
| Mara Cusker Gonzalez | Harley V. Ratliff |
| Sara Roitman | Shook, Hardy & Bacon L.L.P. |
| Quinn Emanuel Urquhart & Sullivan, LLP | 2555 Grand Blvd. |
| 51 Madison Ave., 22nd Floor | Kansas City, MO 64108 |
| New York, NY 10010 | Telephone: (816) 474-6550 |
| Telephone: (212) 849-7000 | Facsimile: (816) 421-5547 |
| Facsimile: (212) 849-7100 | hratliff@shb.com |
| Markcheffo@quinnemanuel.com | kbieri@shb.com |
| maracuskergonzalez@quinnemanuel.com | |
| sararoitman@quinnemanuel.com | *Attorneys for Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* |

John F. Olinde
Chaffe McCall, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Olinde@chaffe.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

/s/ *Kathleen E. Kelly*
Geoffrey M. Coan
Kathleen E. Kelly
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (671) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

/s/ *Evan Holden*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Cohen1@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendants Sandoz Inc.*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

    Dated this 13th day of September, 2018

                                                /s/ *Michael P. McGartland*
                                                Michael P. McGartland