# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case 2:16-md-02740-KDE-MBN<br>MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Keri Bland v. Sandoz Inc.*, Case No. 2:17-cv-06059

## NOTICE OF APPEARANCE

Please enter the appearance of Lori G. Cohen, Esq., of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc. [1]

Respectfully submitted,

*/s/ Lori G. Cohen*

GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
cohenl@gtlaw.com

***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

ATL 23017033v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Lori G. Cohen*