UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES ON ATTACHED EXHIBIT A | SECTION "H" (5) |

### DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES SUBJECT TO SEPTEMBER 27, 2018 DISMISSAL CALL DOCKET

Pursuant to Pretrial Order 22A, Paragraph 4 (Rec. Doc. 3493), Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc. and Sun Pharmaceutical Industries, Inc. (collectively "Defendants"), submit a chart of the cases for the September 27, 2018 dismissal call docket. The case list is attached hereto as **Exhibit A**. Defendants respectfully request that this Court dismiss such cases with prejudice for failure to comply with Amended PTO 22 (Rec. Doc. 325), which required Plaintiffs to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and responsive documents requested in the PFS.

Pursuant to PTO 22A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notices of Non-Compliance on August 3, 2018, which identified plaintiffs who: (1) failed to submit a PFS; (2) failed to respond to a PFS notice of deficiency; or (3) following receipt of a notice of deficiency, failed to submit a substantively complete PFS with required authorizations. Within thirty (30) days of being identified on the Notices of Non-Compliance (*i.e.* by September 4, 2018), each Plaintiff was required serve Defendants with the complete and verified PFS, along

1

with the requisite responsive documents by uploading them to MDL Centrality and confirm compliance by email to the counsel specified in PTO 22A.  Under PTO 22A Paragraph 3, the parties met and conferred on September 4, 2018.  Of the 469[1] cases identified on Defendants' August 3, 2018 Notices of Non-Compliance, 36 filed stipulations of dismissal with prejudice of their entire action instead of attempting to cure the identified deficiency.[2]  Of the remaining 433 cases, 339 failed to cure the deficiency within the thirty (30) day cure period and are identified for dismissal with prejudice on Exhibit A.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

---

[1] Some cases appeared on both the notice of non-compliance submitted by sanofi and the notice of non-compliance submitted by the 505(b)(2) defendants.  Those cases are counted only once.

[2] It is Defendants' understanding that additional plaintiffs identified on the August 3, 2018 Notice of Non-Compliance (and who are identified on Exhibit A) may seek to dismiss their actions with prejudice but have not yet conferred with Defendants and/or filed stipulations of dismissal with prejudice.

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz, Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

DECHERT LLP

/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
mark.cheffo@dechert.com

CHAFFE McCALL, L.L.P.

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com
*Attorneys for Defendant Actavis Pharma, Inc and Actavis LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2018, a true and correct copy of DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES SUBJECT TO SEPTEMBER 27, 2018 DISMISSAL CALL DOCKET was served upon the following:

>Dawn M. Barrios
>Barrios, Kingsdorf & Casteix, LLP
>One Shell Square
>701 Poydras St.
>Suite 3650
>New Orleans, LA 70139-3650
>Phone: (504) 524-3300
>Email: barrios@bkc-law.com
>*Co-Liaison Counsel for Plaintiffs*

>Matthew Palmer Lambert
>Gainsburgh, Benjamin, David, Meunier & Warshauer
>Energy Centre
>1100 Poydras St.
>Suite 2800
>New Orleans, LA 70163-2800
>Phone: (504) 522-2304
>Email: plambert@gainsben.com
>*Co-Liaison Counsel for Plaintiffs*

>/s/ *Douglas J. Moore*
>Douglas Moore