# EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 1. | Adams | Lynette | 2:16-cv-17499 | No PFS Submitted | 505 |
| 2. | Ainsworth | Margaret | 2:17-cv-14282 | No PFS Submitted | sanofi and 505 |
| 3. | Akel | Debbie | 2:17-cv-15850 | No PFS Submitted | sanofi |
| 4. | Akers | Toni | 2:17-cv-14298 | No PFS Submitted | sanofi |
| 5. | Anderson | Cassandra | 2:16-cv-17300 | No PFS Submitted | 505 |
| 6. | Andrade | Maria | 2:17-cv-16252 | No PFS Submitted | sanofi |
| 7. | Arceneuax | Stephanie | 2:17-cv-15582 | No PFS Submitted | 505 |
| 8. | Archangel | Tonikua | 2:16-cv-16248 | PFS Not Substantially Complete | sanofi |
| 9. | Ardeneaux | Cynthia | 2:17-cv-16182 | No PFS Submitted | sanofi and 505 |
| 10. | Baker | Melinda | 2:17-cv-12244 | No PFS Submitted | sanofi and 505 |
| 11. | Baker | Robin | 2:16-cv-17060 | PFS Not Substantially Complete | sanofi |
| 12. | Baker | Vivian | 2:17-cv-09497 | PFS Not Substantially Complete | sanofi |
| 13. | Barlcay | Becky | 2:17-cv-11802 | No PFS Submitted | 505 |
| 14. | Barrientes | Maria | 2:17-cv-08397 | No PFS Submitted | sanofi and 505 |
| 15. | Beamon | Alice | 2:17-cv-07920 | No PFS Submitted | sanofi and 505 |
| 16. | Bellmore | Annette | 2:17-cv-10105 | No PFS Submitted | 505 |
| 17. | Benz | Theresa A. | 2:17-cv-11702 | No PFS Submitted | 505 |
| 18. | Berry | Deborah | 2:17-cv-11459 | No PFS Submitted | sanofi |
| 19. | Biddy | Rhonda | 2:17-cv-13275 | No PFS Submitted | 505 |
| 20. | Blackwell | Judith M. | 2:17-cv-09398 | No PFS Submitted | 505 |
| 21. | Bladt | Barbara | 2:17-cv-13898 | No PFS Submitted | sanofi |
| 22. | Bloomstrom | Kim | 2:17-cv-11905 | No PFS Submitted | sanofi |
| 23. | Bookert | Ethel | 2:17-cv-14568 | No PFS Submitted | 505 |
| 24. | Borland | Linda | 2:17-cv-15452 | No PFS Submitted | sanofi and 505 |
| 25. | Boyd | Dorothy | 2:17-cv-08908 | No PFS Submitted | 505 |
| 26. | Bracy | Mary | 2:17-cv-07799 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 27. | Bresloff | Edye | 2:17-cv-14703 | No PFS Submitted | sanofi and 505 |
| 28. | Brierly | Myrtle | 2:17-cv-16293 | No PFS Submitted | sanofi and 505 |
| 29. | Bright | Deborah | 2:17-cv-13284 | No PFS Submitted | 505 |
| 30. | Bromeling | Katherine | 2:17-cv-07801 | No PFS Submitted | sanofi and 505 |
| 31. | Bronson | Rena | 2:17-cv-15894 | No PFS Submitted | sanofi and 505 |
| 32. | Brown | Gladys | 2:17-cv-13031 | No PFS Submitted | sanofi and 505 |
| 33. | Brown | Natalie | 2:17-cv-12489 | No PFS Submitted | sanofi |
| 34. | Brown | Susie Mae | 2:17-cv-14803 | No PFS Submitted | sanofi |
| 35. | Burns | Betty | 2:16-cv-16778 | PFS Not Substantially Complete | sanofi |
| 36. | Burress | Patricia | 2:17-cv-14009 | No PFS Submitted | sanofi |
| 37. | Burton-Lewis | Tracy | 2:17-cv-16817 | No PFS Submitted | sanofi |
| 38. | Butlers | Laddy | 2:16-cv-17946 | PFS Not Substantially Complete | sanofi |
| 39. | Buxton | Gina | 2:17-cv-14148 | No PFS Submitted | sanofi and 505 |
| 40. | Calhoun | Beverly | 2:17-cv-15760 | No PFS Submitted | sanofi |
| 41. | Cardoza | Jerry | 2:17-cv-12733 | No PFS Submitted | sanofi |
| 42. | Carnickey-Morgan | Nikita | 2:17-cv-12856 | No PFS Submitted | 505 |
| 43. | Carroll | Mary | 2:17-cv-10651 | No PFS Submitted | sanofi |
| 44. | Carter | Donna B. | 2:17-cv-13019 | No PFS Submitted | sanofi |
| 45. | Carvajal | Mary | 2:17-cv-09537 | No PFS Submitted | 505 |
| 46. | Champion | Vickie | 2:17-cv-15418 | No PFS Submitted | 505 |
| 47. | Chappelle | Gertha | 2:17-cv-15359 | No PFS Submitted | sanofi and 505 |
| 48. | Chastain | Bianca | 2:17-cv-14150 | No PFS Submitted | sanofi and 505 |
| 49. | Cherry | Pauline | 2:17-cv-08370 | PFS Not Substantially Complete | sanofi |
| 50. | Choute | Marie | 2:17-cv-13731 | No PFS Submitted | sanofi |
| 51. | Church | Cathy | 2:17-cv-14471 | No PFS Submitted | sanofi and 505 |
| 52. | Cohen | Kimberly | 2:17-cv-14118 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 53. | Colbert | Cortiga | 2:17-cv-15342 | No PFS Submitted | sanofi and 505 |
| 54. | Cole | Diane | 2:17-cv-16296 | No PFS Submitted | 505 |
| 55. | Cole | Robinette | 2:17-cv-13885 | No PFS Submitted | sanofi |
| 56. | Coleman | Hattie | 2:17-cv-16250 | No PFS Submitted | sanofi |
| 57. | Collie | Marilyn | 2:17-cv-13820 | No PFS Submitted | sanofi and 505 |
| 58. | Collier | Janet | 2:17-cv-13693 | No PFS Submitted | sanofi and 505 |
| 59. | Cook | Marshell | 2:16-cv-17980 | PFS Not Substantially Complete | sanofi and 505 |
| 60. | Cook | Sheila | 2:17-cv-12265 | No PFS Submitted | sanofi |
| 61. | Corbin | Deanna | 2:17-cv-15045 | No PFS Submitted | sanofi and 505 |
| 62. | Coulter | Sharen | 2:17-cv-15483 | No PFS Submitted | sanofi |
| 63. | Crawford | Candi | 2:17-cv-15479 | No PFS Submitted | sanofi and 505 |
| 64. | Crawford | Yvonne | 2:16-cv-17338 | No PFS Submitted | 505 |
| 65. | Crum | Alma | 2:17-cv-09077 | PFS Not Substantially Complete | sanofi |
| 66. | Cudnik | Lynne | 2:17-cv-16243 | No PFS Submitted | sanofi and 505 |
| 67. | Cullins | Michele | 2:17-cv-10894 | No PFS Submitted | sanofi and 505 |
| 68. | Cully | Raeann | 2:17-cv-10292 | No PFS Submitted | 505 |
| 69. | Curry | Shelia | 2:17-cv-16338 | No PFS Submitted | 505 |
| 70. | Dabney | Cassandra | 2:16-cv-17299 | No PFS Submitted | 505 |
| 71. | Dabney | Rica | 2:17-cv-14327 | No PFS Submitted | sanofi |
| 72. | Daniel | Kim | 2:17-cv-15572 | No PFS Submitted | sanofi and 505 |
| 73. | Daniels | Lashon | 2:17-cv-05275 | No Response to Deficiency Notice; PFS Not Substantially Complete | sanofi and 505 |
| 74. | Daulton | Susan | 2:17-cv-14486 | No PFS Submitted | sanofi and 505 |
| 75. | Davis | Jacqueline | 2:17-cv-09058 | No Response to Deficiency Notice; PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 76. | Davis | JoAnn | 2:17-cv-16590 | No PFS Submitted | sanofi and 505 |
| 77. | Davis | Joyce | 2:17-cv-16749 | No PFS Submitted | sanofi |
| 78. | Dawkins | Keshin | 2:17-cv-09164 | No PFS Submitted | 505 |
| 79. | Dawson | Betty | 2:17-cv-12730 | No PFS Submitted | sanofi |
| 80. | Deal | Jacci | 2:17-cv-15709 | No PFS Submitted | sanofi and 505 |
| 81. | Dennis | Frances | 2:17-cv-14615 | No PFS Submitted | 505 |
| 82. | Derminer | Patricia | 2:17-cv-14119 | No PFS Submitted | sanofi |
| 83. | Dixon | Jacquelin | 2:17-cv-16764 | No PFS Submitted | sanofi and 505 |
| 84. | Drinnon | Katherine | 2:17-cv-16082 | No PFS Submitted | sanofi |
| 85. | Duncan | Angela | 2:17-cv-12765 | No PFS Submitted | sanofi and 505 |
| 86. | Duncan | Deborah | 2:17-cv-10830 | No PFS Submitted | sanofi |
| 87. | Elem | Louise | 2:17-cv-15061 | No PFS Submitted | sanofi and 505 |
| 88. | Elem | Louise | 2:17-cv-15667 | No PFS Submitted | sanofi and 505 |
| 89. | Emerson | Elizabeth | 2:17-cv-15112 | No PFS Submitted | sanofi |
| 90. | Epperson | Julia | 2:17-cv-15551 | No PFS Submitted | sanofi |
| 91. | Felice | Kimberly | 2:17-cv-15680 | No PFS Submitted | 505 |
| 92. | Ferrill | Martha | 2:17-cv-16865 | No PFS Submitted | sanofi |
| 93. | Firman | Angela | 2:17-cv-14489 | No PFS Submitted | sanofi and 505 |
| 94. | Fisher | Audree | 2:17-cv-09927 | No PFS Submitted | sanofi and 505 |
| 95. | Fitzgerald | Rhonda | 2:17-cv-16555 | No PFS Submitted | 505 |
| 96. | Fleming | Patricia | 2:17-cv-16949 | No PFS Submitted | 505 |
| 97. | Fleming | Ruthie | 2:17-cv-16878 | No PFS Submitted | 505 |
| 98. | Flinn | Lynn | 2:17-cv-15401 | No PFS Submitted | sanofi |
| 99. | Flores | Amber | 2:17-cv-16220 | No PFS Submitted | sanofi |
| 100. | Ford | Imogene | 2:17-cv-07118 | No PFS Submitted | sanofi |
| 101. | Ford | Karla J. | 2:17-cv-11040 | No PFS Submitted | sanofi |
| 102. | Fowler | Alicia | 2:17-cv-14883 | No PFS Submitted | sanofi |
| 103. | Fox | Janet | 2:17-cv-16359 | No PFS Submitted | sanofi and 505 |
| 104. | Freeman | Kapreshia | 2:16-cv-17226 | No PFS Submitted | 505 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 105. | Fuller | Theresa | 2:17-cv-09281 | No PFS Submitted | sanofi and 505 |
| 106. | Furbee | Sylvia | 2:17-cv-08996 | PFS Not Substantially Complete | sanofi |
| 107. | Gahagen | Diane | 2:17-cv-11444 | No PFS Submitted | sanofi and 505 |
| 108. | Galarza | Judy | 2:17-cv-16756 | No PFS Submitted | sanofi |
| 109. | Gallegos | Samarrah | 2:17-cv-16371 | No PFS Submitted | sanofi and 505 |
| 110. | Gardner | Robin | 2:17-cv-07923 | No PFS Submitted | sanofi and 505 |
| 111. | Gathings | Theresa | 2:17-cv-17021 | No PFS Submitted | 505 |
| 112. | Germany | Gwendolyn | 2:17-cv-10160 | No PFS Submitted | sanofi |
| 113. | Gibson | Holley | 2:17-cv-05376 | No PFS Submitted | sanofi and 505 |
| 114. | Gilbert | Linda | 2:17-cv-11277 | No PFS Submitted | sanofi |
| 115. | Gillespie | Dorothy | 2:17-cv-15892 | No PFS Submitted | 505 |
| 116. | Gillum | Lacy | 2:16-cv-17170 | No PFS Submitted | 505 |
| 117. | Godejohn | Brenda | 2:17-cv-12779 | No PFS Submitted | sanofi |
| 118. | Godfrey | Annette | 2:17-cv-08787 | PFS Not Substantially Complete | sanofi |
| 119. | Godlewski | Judith | 2:17-cv-12794 | No PFS Submitted | sanofi |
| 120. | Goeman | Cheryl | 2:17-cv-06970 | PFS Not Substantially Complete | sanofi |
| 121. | Gogan | Linda M. | 2:17-cv-09581 | No PFS Submitted | 505 |
| 122. | Goodwin | Mary | 2:17-cv-11815 | No PFS Submitted | sanofi and 505 |
| 123. | Gordon | Tamisha | 2:17-cv-11800 | No PFS Submitted | 505 |
| 124. | Gray | Margarita | 2:17-cv-16247 | No PFS Submitted | 505 |
| 125. | Green | Geraldine | 2:17-cv-08622 | PFS Not Substantially Complete | sanofi |
| 126. | Griffin | Kim | 2:17-cv-09549 | No PFS Submitted | sanofi |
| 127. | Griffin | Theresa | 2:17-cv-09050 | No PFS Submitted | 505 |
| 128. | Guthrie | Kathryn | 2:17-cv-08623 | No PFS Submitted | sanofi and 505 |
| 129. | Gutierrez | Demelza | 2:17-cv-09160 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 130. | Guzman | Loraine | 2:17-cv-10332 | No PFS Submitted | sanofi |
| 131. | Hadaway | Lavada | 2:17-cv-10976 | No PFS Submitted | sanofi |
| 132. | Hammond | Pamela | 2:16-cv-17256 | PFS Not Substantially Complete | sanofi |
| 133. | Hammonds | Jacqueline | 2:17-cv-16853 | No PFS Submitted | sanofi and 505 |
| 134. | Hanes | Shirley | 2:16-cv-15499 | PFS Not Substantially Complete | sanofi |
| 135. | Harris | Charlesetta | 2:16-cv-17239 | PFS Not Substantially Complete | sanofi |
| 136. | Harris | Debra (OH) | 2:17-cv-12251 | No PFS Submitted | sanofi |
| 137. | Harry | Lorraine | 2:17-cv-16307 | No PFS Submitted | 505 |
| 138. | Hart | Donna | 2:17-cv-11432 | No PFS Submitted | sanofi and 505 |
| 139. | Hartzog | Glorious | 2:16-cv-15400 | PFS Not Substantially Complete | sanofi |
| 140. | Hatton-Smith | Elisea | 2:17-cv-16316 | No PFS Submitted | 505 |
| 141. | Hegidio | Katharine M. | 2:17-cv-09579 | No PFS Submitted | 505 |
| 142. | Hemmens | Amy | 2:17-cv-10537 | No PFS Submitted | sanofi |
| 143. | Henderson | Daisy | 2:17-cv-15877 | No PFS Submitted | sanofi |
| 144. | Henderson | Pat | 2:17-cv-06257 | PFS Not Substantially Complete | sanofi |
| 145. | Herman | Lynne | 2:17-cv-08320 | No PFS Submitted | sanofi |
| 146. | Hernandez | Doris | 2:16-cv-15600 | PFS Not Substantially Complete | sanofi |
| 147. | Higgins | Brenda | 2:16-cv-15605 | PFS Not Substantially Complete | sanofi |
| 148. | Hill | Victoria | 2:17-cv-16387 | No PFS Submitted | 505 |
| 149. | Hladik | Louise | 2:17-cv-11260 | No PFS Submitted | 505 |
| 150. | Hodge | Joyce | 2:17-cv-15173 | No PFS Submitted | sanofi and 505 |
| 151. | Holman | Deanna | 2:17-cv-16227 | No PFS Submitted | sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 152. | Holmes | Sonji | 2:17-cv-14342 | No PFS Submitted | 505 |
| 153. | Hooper | Virginia | 2:17-cv-15743 | No PFS Submitted | 505 |
| 154. | Hopewell | Lara | 2:17-cv-11977 | No PFS Submitted | sanofi |
| 155. | Immel | Tina | 2:17-cv-15473 | No PFS Submitted | sanofi |
| 156. | Jackson | Delores | 2:17-cv-09355 | PFS Not Substantially Complete | sanofi |
| 157. | Jackson | Sandra | 2:17-cv-13166 | No PFS Submitted | sanofi |
| 158. | Jefferson Sargent | Sonya | 2:17-cv-08795 | PFS Not Substantially Complete | sanofi |
| 159. | Jemmott | Sharon | 2:17-cv-06624 | PFS Not Substantially Complete | sanofi |
| 160. | Johnson | Anita | 2:17-cv-16707 | No PFS Submitted | 505 |
| 161. | Johnson | Beverly | 2:16-cv-17074 | PFS Not Substantially Complete | sanofi |
| 162. | Johnson | Linda | 2:17-cv-16390 | No PFS Submitted | 505 |
| 163. | Johnson | Mattie | 2:16-cv-15581 | PFS Not Substantially Complete | sanofi |
| 164. | Johnson | Tina | 2:17-cv-16205 | No PFS Submitted | sanofi and 505 |
| 165. | Johnson-Walker | Gina | 2:17-cv-10336 | No PFS Submitted | sanofi |
| 166. | Jones | Cynthia | 2:17-cv-15351 | No PFS Submitted | sanofi and 505 |
| 167. | Jones | Helen | 2:17-cv-16048 | No PFS Submitted | 505 |
| 168. | Jones | Latresa | 2:17-cv-14132 | No PFS Submitted | sanofi |
| 169. | Jones | Leslie | 2:17-cv-13991 | No PFS Submitted | sanofi and 505 |
| 170. | Jones | Tasha | 2:17-cv-14169 | No PFS Submitted | sanofi and 505 |
| 171. | Kay | Lori | 2:17-cv-16396 | No PFS Submitted | 505 |
| 172. | Kelley | Leslie | 2:17-cv-16406 | No PFS Submitted | 505 |
| 173. | Kinsey | Rose Mary | 2:17-cv-12695 | No PFS Submitted | sanofi and 505 |
| 174. | Knott | Mary | 2:17-cv-13259 | No PFS Submitted | sanofi |
| 175. | Koper | Anita | 2:17-cv-14532 | No PFS Submitted | sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 176. | Kubinski | Kathy | 2:17-cv-11831 | No PFS Submitted | sanofi |
| 177. | Kuhns | Monique | 2:17-cv-16525 | No PFS Submitted | sanofi |
| 178. | La Croix | Michele | 2:17-cv-13260 | No PFS Submitted | sanofi |
| 179. | Lackey | Carol | 2:17-cv-06286 | PFS Not Substantially Complete | sanofi |
| 180. | Lamp-Bowen | Elizabeth | 2:17-cv-16859 | No PFS Submitted | 505 |
| 181. | Lancien | April | 2:17-cv-06707 | PFS Not Substantially Complete | sanofi |
| 182. | Lane | Alisia | 2:17-cv-16054 | No PFS Submitted | sanofi |
| 183. | Lang | Marilyn | 2:17-cv-16627 | No PFS Submitted | sanofi and 505 |
| 184. | Lattimore | Martha | 2:17-cv-16033 | No PFS Submitted | sanofi and 505 |
| 185. | Lay | Debbie | 2:17-cv-15970 | No PFS Submitted | sanofi |
| 186. | Lee | Lectrice | 2:17-cv-09156 | No PFS Submitted | 505 |
| 187. | Lemmie | Patricia | 2:17-cv-16504 | No PFS Submitted | 505 |
| 188. | Leonard | Gladys | 2:17-cv-15808 | No PFS Submitted | sanofi |
| 189. | Levingston | Pamela | 2:17-cv-17059 | No PFS Submitted | sanofi |
| 190. | Liebman | Robin | 2:16-cv-17319 | No PFS Submitted | 505 |
| 191. | Liggins | Mercury | 2:17-cv-15975 | No PFS Submitted | sanofi |
| 192. | Lindbloom | Rebecca | 2:17-cv-09551 | No PFS Submitted | sanofi |
| 193. | Lindman | Theresa | 2:17-cv-14786 | No PFS Submitted | sanofi and 505 |
| 194. | Liskiewicz | Christine | 2:17-cv-14395 | No PFS Submitted | sanofi |
| 195. | Little | Evangeline | 2:16-cv-17022 | PFS Not Substantially Complete | sanofi |
| 196. | Lomineck | Kathie | 2:17-cv-09811 | No PFS Submitted | sanofi |
| 197. | Luke | Sandra | 2:17-cv-09157 | No PFS Submitted | sanofi and 505 |
| 198. | Lyles | Tangela | 2:16-cv-16773 | PFS Not Substantially Complete | sanofi and 505 |
| 199. | Maldonado | Terrie | 2:17-cv-10538 | No PFS Submitted | sanofi |
| 200. | Mancuso | Romy | 2:17-cv-16684 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 201. | Markham | Donna | 2:17-cv-04495 | PFS Not Substantially Complete | sanofi |
| 202. | Marsh | Chandra | 2:17-cv-16183 | No PFS Submitted | sanofi and 505 |
| 203. | Matthews | Darlene | 2:17-cv-16108 | No PFS Submitted | 505 |
| 204. | Matthews | Rose | 2:17-cv-06623 | PFS Not Substantially Complete | sanofi |
| 205. | Mazor | Dina | 2:17-cv-13255 | No PFS Submitted | 505 |
| 206. | McCall | Laura | 2:17-cv-11906 | No PFS Submitted | sanofi and 505 |
| 207. | McEnery | Deborah | 2:17-cv-12739 | No PFS Submitted | 505 |
| 208. | McGibbon | Florence | 2:17-cv-14846 | No PFS Submitted | sanofi |
| 209. | McIntosh | Terry | 2:17-cv-14858 | No PFS Submitted | sanofi and 505 |
| 210. | McKelvy | Kim | 2:17-cv-14187 | No PFS Submitted | sanofi and 505 |
| 211. | McKnight | Frances | 2:17-cv-16201 | No PFS Submitted | sanofi and 505 |
| 212. | McNeal | Opal | 2:16-cv-17919 | PFS Not Substantially Complete | sanofi |
| 213. | McReynolds | Margaret | 2:17-cv-16447 | No PFS Submitted | 505 |
| 214. | Medina | Maria | 2:17-cv-16563 | No PFS Submitted | sanofi and 505 |
| 215. | Middleton-Johnson | Lakeeta | 2:17-cv-16477 | No PFS Submitted | 505 |
| 216. | Miller | Flossie A. | 2:17-cv-13478 | No PFS Submitted | sanofi |
| 217. | Miller | Lagayle | 2:17-cv-03769 | PFS Not Substantially Complete | 505 |
| 218. | Miller | Martha | 2:17-cv-13713 | No PFS Submitted | 505 |
| 219. | Miller | Rhonda | 2:17-cv-15039 | No PFS Submitted | sanofi |
| 220. | Mitchell | Ebony | 2:17-cv-14362 | No PFS Submitted | sanofi |
| 221. | Mitchell | Veronica | 2:17-cv-12898 | No PFS Submitted | sanofi |
| 222. | Miyose | Vesta | 2:17-cv-10473 | No PFS Submitted | sanofi |
| 223. | Monroe Daubert | Freda | 2:17-cv-07575 | PFS Not Substantially Complete | sanofi |
| 224. | Montgomery | Pamela | 2:17-cv-11435 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 225. | Morris | Lisa | 2:16-cv-17329 | No PFS Submitted | 505 |
| 226. | Morris | Wanda | 2:17-cv-16508 | No PFS Submitted | 505 |
| 227. | Mosher | Kelly | 2:17-cv-10833 | No PFS Submitted | sanofi |
| 228. | Mosley | Darla | 2:17-cv-11443 | No PFS Submitted | 505 |
| 229. | Myers | Melissa | 2:17-cv-15558 | No PFS Submitted | sanofi and 505 |
| 230. | Myrick | Cynthia | 2:17-cv-09884 | No PFS Submitted | sanofi |
| 231. | Nase | Angela | 2:17-cv-10596 | No PFS Submitted | sanofi |
| 232. | Nash | Arecia | 2:17-cv-07661 | No Response to Deficiency Notice | sanofi and 505 |
| 233. | Natividad | Beulah | 2:17-cv-11899 | No PFS Submitted | sanofi |
| 234. | Nelson | Inez | 2:17-cv-09159 | No PFS Submitted | sanofi and 505 |
| 235. | Newell | Lauren | 2:17-cv-09525 | No PFS Submitted | sanofi and 505 |
| 236. | Norskog | Jane | 2:17-cv-16538 | No PFS Submitted | sanofi and 505 |
| 237. | Nunez | Maria | 2:17-cv-16535 | No PFS Submitted | 505 |
| 238. | O'Daniel | Mary | 2:17-cv-16781 | No PFS Submitted | 505 |
| 239. | Orton | Judith | 2:17-cv-09923 | No PFS Submitted | sanofi |
| 240. | Owens | Margaret | 2:17-cv-14494 | No PFS Submitted | 505 |
| 241. | Pack | Birtie | 2:17-cv-16533 | No PFS Submitted | 505 |
| 242. | Palmore | Chinecia | 2:17-cv-12247 | No PFS Submitted | sanofi |
| 243. | Parker | Michelle | 2:17-cv-05462 | No PFS Submitted | sanofi |
| 244. | Parson | Yvette | 2:17-cv-11823 | No PFS Submitted | sanofi and 505 |
| 245. | Perry | Lillie | 2:17-cv-08395 | No PFS Submitted | sanofi and 505 |
| 246. | Pery | Jessica | 2:17-cv-09443 | No PFS Submitted | sanofi |
| 247. | Peterson | Fred as PR of the Estate of Guyann Peterson | 2:17-cv-15930 | No PFS Submitted | sanofi and 505 |
| 248. | Polanco | Venita | 2:17-cv-16453 | No PFS Submitted | 505 |
| 249. | Poole | Gayle R. | 2:17-cv-15750 | No PFS Submitted | sanofi |
| 250. | Pope | Charlotte | 2:16-cv-17416 | No PFS Submitted | 505 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 251. | Porter | Kasheena | 2:17-cv-8958 | PFS Not Substantially Complete | 505 |
| 252. | Powell | Tawonna | 2:16-cv-17509 | PFS Not Substantially Complete | sanofi |
| 253. | Pryor Lynch | Carolyn | 2:16-cv-17337 | PFS Not Substantially Complete | sanofi |
| 254. | Putnam | Vicky | 2:17-cv-16553 | No PFS Submitted | 505 |
| 255. | Ray | Joy | 2:17-cv-16982 | No PFS Submitted | 505 |
| 256. | Rayford | Valerie | 2:17-cv-09608 | No PFS Submitted | sanofi |
| 257. | Redfield-Thomas | Gwendolyn | 2:17-cv-13956 | No PFS Submitted | sanofi |
| 258. | Reed | Briggitte | 2:16-cv-17843 | PFS Not Substantially Complete | sanofi |
| 259. | Reese | Hastine | 2:17-cv-16469 | No PFS Submitted | 505 |
| 260. | Reid | Ayanna | 2:17-cv-14985 | No PFS Submitted | 505 |
| 261. | Reyes | Sharon | 2:17-cv-13263 | No PFS Submitted | sanofi and 505 |
| 262. | Reynolds | Wanda | 2:17-cv-16463 | No PFS Submitted | 505 |
| 263. | Richards | Carla | 2:17-cv-06289 | PFS Not Substantially Complete | sanofi |
| 264. | Richards | Murtis | 2:17-cv-16045 | No PFS Submitted | 505 |
| 265. | Rider | Linda | 2:17-cv-10334 | No PFS Submitted | sanofi |
| 266. | Rivera | Carmen | 2:17-cv-16468 | No PFS Submitted | 505 |
| 267. | Rivers | Kimely | 2:17-cv-00862 | PFS Not Substantially Complete | 505 |
| 268. | Roberts | Lonia | 2:17-cv-09843 | PFS Not Substantially Complete | sanofi |
| 269. | Robinson | Willie | 2:17-cv-11825 | No PFS Submitted | sanofi |
| 270. | Rollins | Lisa | 2:17-cv-16487 | No PFS Submitted | sanofi and 505 |
| 271. | Rome | Lillie | 2:16-cv-17075 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 272. | Sabatini | Marie | 2:17-cv-08319 | No PFS Submitted | sanofi |
| 273. | Sauls | Cynthia | 2:17-cv-15547 | No PFS Submitted | sanofi and 505 |
| 274. | Schiff | Denise | 2:17-cv-16531 | No PFS Submitted | 505 |
| 275. | Schmelz | Mildred | 2:17-cv-15378 | No PFS Submitted | 505 |
| 276. | Seavy | Judith | 2:17-cv-15271 | No PFS Submitted | sanofi and 505 |
| 277. | Seisan | Theresa | 2:17-cv-08950 | No PFS Submitted | sanofi and 505 |
| 278. | Seta | Mary | 2:17-cv-05530 | No PFS Submitted | sanofi and 505 |
| 279. | Shaver | Sherran M. | 2:17-cv-11876 | No PFS Submitted | sanofi |
| 280. | Shea | Barbara | 2:16-cv-17497 | PFS Not Substantially Complete | sanofi |
| 281. | Shelby | Sarah | 2:17-cv-15018 | No PFS Submitted | 505 |
| 282. | Sherman | Marianne | 2:17-cv-16074 | No PFS Submitted | sanofi and 505 |
| 283. | Shoemaker | Mattie | 2:16-cv-17066 | PFS Not Substantially Complete | sanofi |
| 284. | Shorts | Margaret | 2:17-cv-15794 | No PFS Submitted | sanofi and 505 |
| 285. | Shupiery | Rose | 2:17-cv-16534 | No PFS Submitted | 505 |
| 286. | Simpson | Reba | 2:17-cv-15982 | No PFS Submitted | sanofi |
| 287. | Smith | Addie | 2:17-cv-09544 | No PFS Submitted | sanofi |
| 288. | Smith | Antoinette | 2:16-cv-17032 | PFS Not Substantially Complete | sanofi |
| 289. | Smith | Brenda | 2:17-cv-17019 | No PFS Submitted | 505 |
| 290. | Smith | Maria | 2:17-cv-16940 | No PFS Submitted | 505 |
| 291. | Sparks | Stacey | 2:17-cv-14393 | No PFS Submitted | sanofi |
| 292. | Staley | Rebekah | 2:17-cv-16991 | No PFS Submitted | 505 |
| 293. | Stark | Carrie | 2:17-cv-08633 | No PFS Submitted | sanofi |
| 294. | Starnes | Sandra | 2:17-cv-15937 | No PFS Submitted | 505 |
| 295. | Sterling | Tracie | 2:17-cv-16187 | No PFS Submitted | sanofi and 505 |
| 296. | Stewart | Connalita | 2:17-cv-06860 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 297. | Stratton | Angela | 2:17-cv-16365 | No PFS Submitted | 505 |
| 298. | Straub | Tami | 2:17-cv-08492 | No PFS Submitted | sanofi |
| 299. | Sublette | Judy | 2:17-cv-16095 | No PFS Submitted | sanofi |
| 300. | Sutton | Leslie | 2:17-cv-09930 | No PFS Submitted | sanofi and 505 |
| 301. | Sweeney | Rebecca | 2:17-cv-15374 | No PFS Submitted | sanofi |
| 302. | Szpotek | Nancy | 2:17-cv-13276 | No PFS Submitted | sanofi and 505 |
| 303. | Taylor | Gail | 2:17-cv-16353 | No PFS Submitted | 505 |
| 304. | Taylor | Shinetha | 2:17-cv-13264 | No PFS Submitted | sanofi |
| 305. | Tell-Violett | Patricia | 2:17-cv-12593 | No PFS Submitted | sanofi |
| 306. | Thiesing | Carol | 2:17-cv-14604 | No PFS Submitted | 505 |
| 307. | Thomas | Linda | 2:17-cv-08642 | No PFS Submitted | 505 |
| 308. | Thomas | Lynette | 2:16-cv-17981 | PFS Not Substantially Complete | sanofi |
| 309. | Thomas | Lynette Marie | 2:17-cv-12727 | No PFS Submitted | sanofi |
| 310. | Thompson | Margie | 2:17-cv-15089 | No PFS Submitted | 505 |
| 311. | Thornton | Mildred | 2:17-cv-15861 | No PFS Submitted | sanofi |
| 312. | Towns | Belinda | 2:17-cv-16004 | No PFS Submitted | sanofi |
| 313. | Traylor | Linda | 2:16-cv-15295 | PFS Not Substantially Complete | sanofi |
| 314. | Tucker | Tracy | 2:17-cv-04682 | No PFS Submitted | sanofi and 505 |
| 315. | Tucker-Grant | Lynn | 2:17-cv-16996 | No PFS Submitted | 505 |
| 316. | Tyler | Mary D. | 2:17-cv-16743 | No PFS Submitted | 505 |
| 317. | Vasile | Danielle | 2:17-cv-16222 | No PFS Submitted | sanofi |
| 318. | Vivians | Latonya | 2:17-cv-11455 | No PFS Submitted | 505 |
| 319. | Volmar | Annette | 2:17-cv-10474 | No PFS Submitted | sanofi |
| 320. | Wade | Lora | 2:17-cv-16028 | No PFS Submitted | sanofi |
| 321. | Walker | Bessie | 2:17-cv-05084 | PFS Not Substantially Complete | sanofi |
| 322. | Walls | Sherrial | 2:16-cv-17333 | No PFS Submitted | 505 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 323. | Washington | Dolores | 2:17-cv-12785 | No PFS Submitted | sanofi and 505 |
| 324. | Watkins | Kimberlee | 2:17-cv-12234 | No PFS Submitted | sanofi |
| 325. | Webb | Earma | 2:16-cv-17482 | No PFS Submitted | 505 |
| 326. | Wilabay | Shawn | 2:17-cv-12235 | No PFS Submitted | sanofi |
| 327. | Wilkening | Kimberly | 2:17-cv-12254 | No PFS Submitted | sanofi |
| 328. | Williams | Beverly | 2:17-cv-12266 | No PFS Submitted | sanofi |
| 329. | Williams | Cherlynn | 2:17-cv-12249 | No PFS Submitted | 505 |
| 330. | Williams | Gretchen | 2:17-cv-12268 | No PFS Submitted | sanofi |
| 331. | Williams | Rhonda A. | 2:17-cv-14330 | No PFS Submitted | 505 |
| 332. | Williams | Ruby | 2:17-cv-08624 | No PFS Submitted | 505 |
| 333. | Winter | Patricia | 2:17-cv-15200 | No PFS Submitted | sanofi and 505 |
| 334. | Wolfe | Jody L. | 2:17-cv-15844 | No PFS Submitted | sanofi |
| 335. | Woods | Margaret | 2:17-cv-12759 | No PFS Submitted | 505 |
| 336. | Worrell | Gloria | 2:17-cv-12258 | No PFS Submitted | sanofi |
| 337. | Wynne | Annette | 2:17-cv-16554 | No PFS Submitted | 505 |
| 338. | Yeager | Sandra | 2:17-cv-09523 | PFS Not Substantially Complete | sanofi |
| 339. | Young-Smith | Bea | 2:17-cv-11262 | No PFS Submitted | 505 |