UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| SHERRIAL WALLS, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:16-cv-17333 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 14th day of September, 2018.

Respectfully submitted,

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

By: */s/ Julie A. Callsen*
Julie A. Callsen Brandon
D. Cox **TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
*Attorneys for Defendant Accord Healthcare, Inc.*

By: /s/ Erin M. Bosman

Erin M. Bosman
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile: 858-720-5125
  *Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging*


By:     /s/ R. Cliffton Merrell
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Telefax; 678-553-2100
 *Attorneys for Defendant Sandoz, Inc*


 By: /s/ Mara Cusker Gonzalez
 QUINN EMANUEL URQUHART & SULLIVAN, LLP
 51 Madison Ave., 22nd Floor New York, NY 10010
 Telephone: 212-849-7000
 Telefax: 212-849-7100
 *Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC*
 *formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc.*

 By: /s/ Michael J. Suffern
 Michael J. Suffern
 ULMER & BERNE LLP
 600 Vine Street, Suite 2800
 Cincinnati, OH 45202
 Telephone: 513-698-5064
 Telefax: 513-698-5065
 msuffern@ulmer.com
 *Attorneys for Defendant Actavis Pharma, Inc and Actavis LLC f/k/a Actavis Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff