UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: Patricia Leech, Plaintiff, vs. Sanofi S.A., et al., Defendants. Civil Case No.: 2:17-cv-2779 | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Patricia Leech, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on March 31, 2017, (*Patricia Leech v. Sanofi S.A., Aventis Pharma S.A.,Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S.* ( *Case No.* 2:17-cv-2779) and, Plaintiff served Defendants pursuant to PTO 9. Plaintiff has since learned that she was given docetaxel manufactured by defendant Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.. Thus, Plaintiff's proposed amendment would reflect this change by removing the previously named defendants and naming Accord Healthcare, Inc.,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as the correct defendants.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 14th day of September, 2018.

        WHITFIELD BRYSON & MASON LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        Email: hunter@wbmllp.com

        *Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 14, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson