UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Patricia Leech,           Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi S.A., et al.,           Defendants. | : : : | |
| Civil Case No.:  2:17-cv-2779 | : : | |

    Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, September 14, 2018.

    This the _____ day of _____, 2018.

_____
U.S. District Court Judge