UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:  *Jacqueline Watson v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15791* | : : : : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |

# ORDER

Upon Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 4136);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff may file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 13th day of September, 2018.

_____
Hon. Jane Triche Milazzo