UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## ORDER

Before the Court is a Motion for Review of Discovery Orders Regarding Retained Experts (Doc. 4126) filed by Plaintiffs.

In their Motion, Plaintiffs argue that Magistrate Judge North committed a clear error of law in ordering an in camera inspection of certain documents in Plaintiffs' possession. Because the documents have been produced to Judge North and his inspection is ongoing, the Court finds that it is unnecessary to rule on the Motion at this time. If Judge North, after reviewing the documents, requires Plaintiffs to produce the information to Sanofi, Plaintiffs can raise these issues at that time. The Court further notes that Plaintiffs will not be prejudiced by an in camera inspection of these documents.

**IT IS ORDERED** that the Motion is **DENIED**;

**IT IS FURTHER ORDERED** that the Motion to Expedite Submission of Plaintiffs' Motion for Review of Discovery Orders (Doc. 4160) is **DENIED AS MOOT**.

New Orleans, Louisiana this 14th day of September, 2018.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE