UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*17-cv-4952 Carolyn Hornyak v. Sanofi S.A., et al*
*********************************************************************

      Before the Court is Plaintiff Carolyn T. Hornyak's Motion for Substitution of Plaintiff (Doc. 3951);

      **IT IS ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Lisa Ann Hornyak Richardson, on Behalf of the Estate of Carolyn T. Hornyak, is substituted as Plaintiff in the above referenced action.

  New Orleans, Louisiana, this 14th day of September, 2018.

                                                         U.S. DISTRICT COURT JUDGE