UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION　　　　　　SECTION: N
　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:

*Maria Smith v. Sanofi-Aventis U.S. LLC, et al*
2:17-cv-16940

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Maria Smith, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *with* prejudice.

Dated this 14th day of September, 2018.

Respectfully Submitted,　　　　　　　　　　　**CUTTER LAW, PC**

　　　　　　　　　　　　　　　　　　　　　By:/s/ C. Brooks Cutter_____
　　　　　　　　　　　　　　　　　　　　　C. Brooks Cutter
　　　　　　　　　　　　　　　　　　　　　Jennifer S. Domer
　　　　　　　　　　　　　　　　　　　　　401 Watt Avenue
　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95864
　　　　　　　　　　　　　　　　　　　　　Phone: (916) 290-9400
　　　　　　　　　　　　　　　　　　　　　Fax: (916) 588-9330
　　　　　　　　　　　　　　　　　　　　　bcutter@cutterlaw.com
　　　　　　　　　　　　　　　　　　　　　jdomer@cutterlaw.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court on this 14th day of September, 2018, by using the CM/ECF system which will send notice of electronic filing to all parties of records.

Dated: September 14, 2018

By: /s/ C. Brooks Cutter____
C. Brooks Cutter
CUTTER LAW, P.C.
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
Fax: (916) 588-9330

*Attorney for Plaintiff*