UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| TONI AKERS | : : | |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-14298 |
| SANOFI-AVENTIS U.S. LLC, | : : : | |
| Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendant, each party to bear its own costs.

Dated this 17th day of September, 2018.

Respectfully Submitted,

LAW OFFICES OF A. CRAIG EILAND

  /s/ Craig Eiland
A. Craig Eiland
David C. Bonnin
2200 Market St., Ste. 501
Galveston, TX  77550
Phone:  409/763-3260
Fax:  713/513-5211
ceiland@eilandlaw.com
*Attorneys for Plaintiff*


SHOOK HARDY & BACON LLP

  /s/ Chris Kaufman
Chris Kaufman
2555 Grand Boulevard

>Kansas City, Missouri  64108
>Phone:  816-474-6550
>Fax:  816/421-5547
>noproductid@shb.com
>***Attorneys for Sanofi-Aventis U.S. LLC***

## **CERTIFICATE OF SERVICE**

The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATE:  September 17, 2018

\_\_/s/ Craig Eiland_____