UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| MARGARET SHORTS | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-15794 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 17th day of September, 2018.

Respectfully Submitted,

LAW OFFICES OF A. CRAIG EILAND

　/s/ Craig Eiland　
A. Craig Eiland
David C. Bonnin
2200 Market St., Ste. 501
Galveston, TX  77550
Phone:  409/763-3260
Fax:  713/513-5211
ceiland@eilandlaw.com
*Attorneys for Plaintiff*


SHOOK HARDY & BACON LLP

　/s/ Chris Kaufman　
Chris Kaufman
2555 Grand Boulevard

Kansas City, Missouri  64108
Phone:  816-474-6550
Fax:  816/421-5547
noproductid@shb.com
***Attorneys for Sanofi-Aventis U.S.***


GREENBERG TAURIG, LLP

   /s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
***Counsel for Defendant Sandoz, Inc,***


TUCKER ELLIS LLP

   /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com
***Attorney for Defendant Accord Healthcare, Inc.***


DECHERT LLP

   /s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036
Telephone:  212-698-3500
Facsimile:  212-698-3599
DocetaxelProductID@dechert.com
***Counsel for Defendants Hospira, Inc., Hospira***

*Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

HINSHAW & CULBERTSON LLP

  /s/ Geoffrey M. Coan  
Geoffrey M. Coan  
Kathleen E. Kelly  
53 State Street, 27th Floor  
Boston, MA 02109  
Telephone: 617-213-7000  
Facsimile: 617-213-7001  
docenoprodid@hinshawlaw.com  
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

  /s/ Kimberly L. Beck  
Kimberly L. Beck  
600 Vine Street, Suite 2800  
Cincinnati, OH 45202  
Telephone: 513-698-5064  
Facsimile: 513-698-5065  
kbeck@ulmer.com  
*Counsel for Defendant Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATE:  September 17, 2018

  /s/ Craig Eiland