UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

                                                              JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**
*Tamika Hamelin v. Sanofi-Aventis US, LLC, et al.;*
*Civil Action No. 2:17-cv-10413*

## ORDER SUBSTITUTING PARTY

Considering Plaintiff Tamika Hamelin's Motion to Substitute Party,

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party is GRANTED, and Naronjra Hamelin, on behalf of the Estate of Tamika Hamelin, is substituted as Plaintiff in the above-referenced action.

Signed this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

1