UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : | |
| Plaintiffs on the Attached List | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Danae N. Benton of the law firm of Baron & Budd, P.C. as counsel for Plaintiffs on the attached list and in the MDL 2740. Any and all communications and filings should include her in these matters.

DATED: September 17, 2018                    Respectfully submitted,

                                                                             **BARON & BUDD, P.C.**

                                                                             */s/Danae N. Benton*
                                                                             Danae N. Benton
                                                                             Texas Bar No. 24080422
                                                                             3102 Oak Lawn Avenue, Suite 1100
                                                                             Dallas, TX  75219
                                                                             Telephone: (214) 521-3605
                                                                             Facsimile: (214) 520-1181
                                                                             dbenton@baronbudd.com

                                                                             ATTORNEYS FOR PLAINTIFF

| Name | Case Number |
|---|---|
| Athias, Carole A | 2:18-CV-05964 |
| Battaglia, Vanessa E | 2:18-CV-05965 |
| Begole, Angela G | 2:17-CV-14749 |
| Bezdikian, Armineh A | 2:17-CV-14787 |
| Blakes, Sharane Denise | 2:17-CV-14793 |
| Bridgett, Renita E | 2:18-CV-05966 |
| Brown, Darlene Woodson | 2:18-CV-06007 |
| Burton, June Ann | 2:17-CV-14810 |
| Butts, Juslynn M | 2:17-CV-14819 |
| Calderon, Alma | 2:17-CV-14830 |
| Carney, Keshia L | 2:17-CV-15615 |
| Chavis, Tonya | 2:18-CV-05979 |
| Clayborn, Shirley A | 2:17-CV-16008 |
| Collins, Deborah | 2:18-CV-05981 |
| Corbin, Deanna Lynne | 2:17-CV-15045 |
| Crawford, Latasha | 2:17-CV-15630 |
| Curley-Morabito, Mary Ellen | 2:18-CV-05986 |
| Dalton, Ronda S | 2:18-CV-05967 |
| Dewees, Tammy | 2:17-CV-15874 |
| Dubois, Toshia A | 2:17-CV-14850 |
| Duffy, Patricia | 2:18-CV-05969 |
| Egidio, Lisa A | 2:17-CV-15700 |
| Elkins, Celia | 2:17-CV-14995 |
| Ferguson, Wanda A | 2:17-CV-15345 |
| Frank, Nelda R | 2:17-CV-14855 |
| Hammond, Cheryl A | 2:17-CV-15011 |
| Hardin, Lora Ann | 2:17-CV-15635 |
| Henderson, Gloria S | 2:18-CV-05987 |
| Herzog, Lisa A | 2:18-CV-05989 |
| Hill, Mary A | 2:18-CV-05990 |
| Hillard, Michelle L | 2:17-CV-14863 |
| Hinkle, Cynthia A | 2:17-CV-15035 |
| Hogan, Barbara Ann | 2:17-CV-14971 |
| Hudgins, Eva Belle | 2:17-CV-15081 |
| Hvizdak, Yolanda J | 2:18-CV-05991 |
| Jackson, Nannette | 2:18-CV-05970 |
| Johnson, Charlotte A | 2:17-CV-14871 |
| Keegan, Kathy L | 2:17-CV-15606 |
| Krahe, Margaret R | 2:18-CV-05993 |
| Kwon, Jung Yon | 2:18-CV-06358 |
| Labuda, Beverly Ann | 2:17-CV-14873 |
| Lee, Christy K | 2:17-CV-15022 |
| Longoria, Jane Elia | 2:18-CV-05972 |
| MacDonald, Katherine M | 2:18-CV-05994 |

| | |
|---|---|
| MacLean, Judy M | 2:17-CV-15566 |
| McFarland, Michelle A | 2:17-CV-15258 |
| McGaughey, Deborah | 2:17-CV-15967 |
| Mclean, Christine Nicole | 2:18-CV-05996 |
| McManus, Tara R | 2:17-CV-15249 |
| Milton, Brenda | 2:18-CV-05997 |
| Momon, Juanita | 2:17-CV-15268 |
| Moore, Ginger | 2:17-CV-15111 |
| Moore, Tammy L | 2:18-CV-05998 |
| Nahar, Taia I | 2:17-CV-14877 |
| Nichols, Winona Lee | 2:17-CV-15204 |
| Parker, Carolyn | 2:17-CV-14984 |
| Parson, Shelby | 2:17-CV-15807 |
| Penegar, Julie L | 2:17-CV-14888 |
| Rhone, Georena K | 2:17-CV-15091 |
| Riddle, Shannon O'Brien | 2:17-CV-15940 |
| Ross, Michelle C | 2:17-CV-15715 |
| Rutherford, Marion D | 2:18-CV-06000 |
| Schmitz, Linda H | 2:18-CV-05973 |
| Shannon, Janece | 2:18-CV-05975 |
| Siska, Mary M | 2:17-CV-15274 |
| Sloan, Sarah A | 2:17-CV-15787 |
| Snead, Patsy L | 2:17-CV-15770 |
| Stanley, Elizabeth A | 2:17-CV-14891 |
| Streng, Thelma Elizabeth | 2:17-CV-14893 |
| Sugg, Vicky | 2:17-CV-14896 |
| Swisher, Ruthann M | 2:18-CV-06001 |
| Tichnell, Paula Sue | 2:17-CV-15652 |
| Todd, Dianna Lynn | 2:18-CV-05976 |
| Turner, Tammy L | 2:17-CV-15905 |
| Tyson, Shirley M | 2:17-CV-15254 |
| Wade, Jo Ellen K | 2:17-CV-15265 |
| Wallace, Stephanie | 2:17-CV-15838 |
| Warder, Karen | 2:17-CV-15596 |
| Warrem, Patricia | 2:17-CV-15645 |
| Webb, Hilda | 2:18-CV-05978 |
| Weinstein, Jennifer | 2:17-CV-15440 |
| White, Laura M | 2:17-CV-15270 |
| Williams, Jami Nicole | 2:17-CV-15157 |
| Williams, Michelle C | 2:18-CV-06002 |
| Wilson, Cheryl | 2:18-CV-06003 |
| Wittenberg, Sonia L | 2:17-CV-15659 |
| Womack, Nayda R | 2:17-CV-15744 |
| Zephier, Patrice A | 2:18-CV-06004 |