# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | CASE NO: 2:17-CV-00348-JTM-MBN |
| CHRISTINE AND JIM KINDERDINE | : : | HON. JANE TRICHE MILAZZO |
| Plaintiffs, | : | |
| v. | : : | |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT BASED UPON JUDICIAL ESTOPPEL

Plaintiffs Christine and Jim Kinderdine respectfully request leave to file the attached Sur-Reply in response and opposition to Accord Healthcare, Inc.' ("Accord")'s Motion for Summary Judgment Based Upon Judicial Estoppel (Doc. 3476). In Defendant's Reply, Defendant Accord has erroneously asserted that "Plaintiffs are no longer the real parties in interest," and instead the bankruptcy trustee should be acting on Plaintiffs' behalf. (*See* Defendant's Reply, Doc. 4158, p. 6). Plaintiffs request the opportunity to provide a recent order from the Bankruptcy Court (entered 09/10/18) that will address and clarify this issue, which Defendants have not previously raised in prior briefing.

Date: September 17, 2018              Respectfully Submitted,

/s/ Anne L. Gilday
Anne L. Gilday (OH Bar No. 0076612)
Jennifer L. Lawrence (OH Bar No. 0066864)
THE LAWRENCE FIRM, PSC
606 Philadelphia Street

        Covington, KY 41011
        Telephone: (859) 578-9130
        Facsimile: (859) 578-1032
        Anne.gilday@lawrencefirm.com
        Jenn.lawrence@lawrencefirm.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, a copy of the above and foregoing pleading has been served upon the following through the Court's ECF System:

Julie A. Callsen
Brandon D. Cox
950 Main Avenue- Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592- 5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com
*Attorney for Defendant Accord Healthcare, Inc.*

Rand P. Nolen
Fleming, Nolen & Jez, LLP
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Rand.nolen@fleminglaw.com
*Co-Counsel for Plaintiffs*

        */s/ Anne L. Gilday*
        Anne L. Gilday