# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | CASE NO: 2:17-CV-00348-JTM-MBN |
| CHRISTINE AND JIM KINDERDINE | : : | HON. JANE TRICHE MILAZZO |
| Plaintiffs, | : | |
| v. | : : | |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendant. | : | |

## ORDER

Considering Plaintiffs' Motion for Leave to File Sur-Reply Brief in Opposition to Accord Healthcare, Inc.'s Motion for Summary Judgment Based Upon Judicial Estoppel (Rec. Doc. 3476):

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be **GRANTED**, and that Plaintiffs' proposed Sur-Reply Brief in Opposition to Accord Healthcare, Inc.'s Motion for Summary Judgment Based Upon Judicial Estoppel is hereby entered into the Court's docket.

New Orleans, Louisiana, on this ___ day of _____, 2018.

_____
Judge Jane Triche Milazzo
United States District Judge