IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | CASE NO: 2:17-CV-00348-JTM-MBN |
| CHRISTINE AND JIM KINDERDINE | : : | HON. JANE TRICHE MILAZZO |
| Plaintiffs, v. ACCORD HEALTHCARE, INC., Defendant. | : : : : : : : | |

**SUR-REPLY BRIEF IN OPPOSITION TO ACCORD HEALTHCARE, INC.'S
MOTION FOR SUMMARY JUDGMENT BASED UPON JUDICIAL ESTOPPEL**

Defendant Accord Healthcare, Inc.'s ("Accord") Reply questions Plaintiffs' legal standing to "properly pursue this case, much less file their Brief in Opposition on their on behalf." (Doc. 4158, p. 6). Defendant argues that because Plaintiffs' claims are property of the Chapter 7 trustee, Plaintiffs are not the real parties in interest because this claim is no longer Ms. Kinderdine's to pursue. Since Plaintiffs filed their Response Brief in Opposition (Doc. 3799), Anne L. Gilday, Counsel for Plaintiffs in this matter, has been appointed Special Counsel to represent Donald F. Harker, III, bankruptcy trustee in Ms. Kinderdine's bankruptcy proceedings. *See* Order Approving Employment of Special Counsel for Trustee, entered 09/10/18, attached hereto as Exhibit 19.

As such, Plaintiffs and their counsel have been expressly authorized by the Bankruptcy Court to act on behalf of the trustee in the prosecution of this matter against Defendant Accord. Accordingly, it is without question that Plaintiffs are the proper party in interest to continue pursuit of Plaintiffs' claims herein, including but not limited to filing a Response Brief in Opposition to Accord's pending Motion for Summary Judgment. As to all arguments raised in Defendant's

Reply, Plaintiffs incorporate by reference their Response Brief In Opposition.

Date: September 17, 2018                                 Respectfully Submitted,

                                               */s/ Anne L. Gilday*
                                               Anne L. Gilday (OH Bar No. 0076612)
                                               Jennifer L. Lawrence (OH Bar No. 0066864)
                                               THE LAWRENCE FIRM, PSC
                                               606 Philadelphia Street
                                               Covington, KY 41011
                                               Telephone: (859) 578-9130
                                               Facsimile: (859) 578-1032
                                               Anne.gilday@lawrencefirm.com
                                               Jenn.lawrence@lawrencefirm.com
                                               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2018, a copy of the above and foregoing pleading has been served upon the following through the Court's ECF system:

      Julie A. Callsen
      Brandon D. Cox
      TUCKER ELLIS, LLP
      950 Main Avenue- Suite 1100
      Cleveland, OH 44113-7213
      Telephone: (216) 592-5000
      Facsimile: (216) 592- 5009
      Julie.callsen@tuckerellis.com
      Brandon.cox@tuckerellis.com
      *Attorney for Defendant Accord Healthcare, Inc.*

      Rand P. Nolen
      FLEMING, NOLEN & JEZ, LLP
      2800 Post Oak Blvd., Suite 4000
      Houston, TX 77056
      Rand.nolen@fleminglaw.com
      *Co-Counsel for Plaintiffs*

                                                 */s/ Anne L. Gilday*
                                                 Anne L. Gilday