# EXHIBIT 19

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: September 7, 2018**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: CHRISTINE A. KINDERDINE          Case No.  16-33425
                                        Chapter 7
         Debtor(s)                      Judge HUMPHREY


**ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL  FOR TRUSTEE**

Upon the application [Doc.26] of Donald F. Harker, III, Trustee in the above case, seeking authority to employ Anne L. Gilday and the Lawrence Firm, P.S.C. as Special Counsel according to the terms set forth in the application, to represent him as Trustee, and

It appearing to the Court that Anne L.Gilday and the Lawrence Firm, P.S.C. do not hold or represent any interest adverse to the estate and are disinterested persons,

IT IS ORDERED that Donald F. Harker, III, as Trustee, be and hereby is authorized to employ Anne L. Gilday and the Lawrence Firm, P.S.C. as Special Counsel according to the terms set forth in the application.

SO ORDERED

"Copies to: Default List"

# # #