UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO** | **HON. JANE TRICHE MILAZZO** |
| *Lisa Tuyes v. Sanofi-Aventis, U.S., Inc., et al.* Case No. 2:16-cv-15473 | |

# ORDER

The Court has reviewed the Parties' letter submissions regarding Sanofi's proposed substitution of plaintiff Della Martin in place of plaintiff Lisa Tuyes in Case Management Order Nos. 13 (Rec. Doc. 1819) and 14 (Rec. Doc. 3064). Because the parties agree that plaintiff Lisa Tuyes should be removed from the Trial Pool in light of her recurrence of cancer,

**IT IS ORDERED** that Plaintiff, Lisa Tuyes, is removed from the Trial Pool set forth in Case Management Order No. 13 (Rec. Doc. 1819) and Case Management Order No. 14 (Rec. Doc. 3064).

New Orleans, Louisiana, this 14th day of September, 2018.

_____
Hon. Jane Triche Milazzo
United States District Judge

1