UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
Case No.:2:16-cv-15283

## PLAINTIFF'S RULE 59 MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING IN PART SANOFI'S MOTION FOR RULE 37 SANCTIONS

Plaintiff Kelly Gahan, pursuant to Federal Rule of Civil Procedure 59, move this Court to amend or alter its August 22, 2018 Order granting Defendant Sanofi-Aventis U.S. LLC's motion for sanctions under Fed. R. Civ. P. 37(b), for the following reasons:

1. Rule 37 permits a Court to order a party to pay the expenses of the moving party when the resisting party has failed to produce the requested materials at the time a motion to compel is filed, or for disobeying a court order to produce the materials.

2. The Court's August 22, 2018 order compelled Dr. Gahan to produce the photographs she sent to Dr. Weinstein.  But the undisputable record in this case demonstrates that Sanofi was already in possession of those photographs at the time it filed its motion for sanctions, and that Sanofi's counsel misrepresented this fact to the Court during the July 17, 2018 sanctions hearing.

3. Because the Weinstein photographs had already been twice produced to Sanofi at the time it filed its motion for sanctions against Dr. Gahan, and because Dr. Gahan did not disobey a court order to produce those photographs, payment of expenses is not a sanction awardable under Rule 37.

1

WHEREFORE, for he foregoing reasons, Plaintiff Kelly Gahan respectfully requests that the Court Grant her Rule 59 Motion for Reconsideration of Court's Order Granting in Part Sanofi's Motion for Rule 37 Sanctions.

DATED: September 17, 2018	Respectfully Submitted,

/s/ *Darin L. Schanker*
Darin L. Schanker
Scot C. Kreider
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net
scot.kreider@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Darin L. Schanker