*Gahan v. Sanofi, et al.*

Exhibit 1

11:37

**MR. RATLIFF:**

**THE COURT:**

**MR. RATLIFF:**

**THE COURT:**

11:38

**MR. RATLIFF:**

**THE COURT:**

**MR. RATLIFF:**

**THE COURT:**

**MR. RATLIFF:**

Exhibit 1