| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 1. | 017775<br><br>1/1/2018 | 1168-00010<br>1168-00089-90 | |
| 2. | 017776<br><br>1/1/2018 | 1168-00010-11<br>1168-00090 | |
| 3. | 017141<br><br>10/5/2017 | 1168-00018<br>1168-00100 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 4. | 016380 016375 8/1/2017 | 1168-00020 | |
| 5. | 016381 016376 8/1/2017 | 1168-00020-21 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 6. | 016382 016377 8/1/2017 | 1168-00021 | |
| 7. | 016277 7/27/2017 | 1168-00032 1168-00117-118 | |
| 8. | 016278 7/27/2017 | 1168-00032-33 1168-00118 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 9. | 015851<br><br>6/13/2017 | 1168-00038<br>1168-00126-27 | |
| 10. | 015852<br><br>6/13/2017 | 1168-00038-39<br>1168-00127 | |
| 11. | 015853<br><br>6/13/2017 | 1168-00039<br>1168-00128 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 12. | 015854<br><br>6/13/2017 | 1168-00040<br>1168-00128-29 | |
| 13. | 015855<br><br>6/13/2017 | 1168-00040-41<br>1168-00129 | |
| 14. | 15748<br><br>5/29/2017 | 1168-00045<br>1168-00134 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 15. | 15749<br><br>5/29/2017 | 1168-00045-46<br>1168-00134-135 | |
| 16. | 015750<br><br>5/29/2017 | 1168-00046<br>1168-00135 | |
| 17. | 015607<br><br>5/11/2017 | 1168-00048<br>1168-00139 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 18. | 015604  5/11/2017 | 1168-00049 | |
| 19. | 015530  4/28/2017 | 1168-00051 | |
| 20. | 015527  4/28/2017 | 1168-00052 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 21. | NOT FOUND 4/28/2017 | 1168-00053 | |
| 22. | 015524 4/28/2017 | 1168-00054 1168-00142 | |
| 23. | 015866 16320 6/14/2017 | 1168-00110 | |

Exhibit 2

| No. | Provided to Sanofi in Gahan 3/2/2018 ESI Production | Obtained by Sanofi Through Subpoena to Dr. Weinstein 5/2/2018 | Photograph |
|---|---|---|---|
| 24. | 015868 16321<br><br>6/14/2017 | 1168-00110 | baseline / 8 weeks<br>David E. Weinstein, MD, PhD |

Exhibit 2