# Certified Records From



| Records Pertain To:<br><br>Kelly Gahan | Records Requested From:<br>David Weinstein, M.D.<br>RiverTown Therapeutics<br>39 Round Hill Road<br>Dobbs Ferry, NY 10522 |
|---|---|

Kelly Gahan
Sanofi S.A., et al.

2:16-CV-17364 (p-key 1168)

Request Initiated By :

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Volume _____ of _____
Order No. 33310.046

Veritext Records
P: 216-621-9660    1100 Superior Avenue, Suite 1820, Cleveland, Ohio  44114    F: 216-621-5444

Exhibit 4
1168- GAHAN, KELLY- David Weinstein  00001



# Certificate of Records Custodian

|  |  |
|---|---|
| **To:** | Records Custodian<br>David Weinstein, M.D. |
| **Address:** | RiverTown Therapeutics<br>39 Round Hill Road<br>Medical Records Department |
| **City, State Zip:** | Dobbs Ferry, NY 10522 |
| **Case Name:** | Kelly Gahan v. Sanofi S.A., et al. |
| **Case Number:** | 2:16-CV-17364 (p-key 1168) |
| **Due Date:** | 05/09/2018 9:00AM |

You may either mail or present original records to:
**Veritext Records**
**1100 Superior Avenue Suite 1820**
**Cleveland, Ohio 44114**
**(216) 621-9660**

<u>*You are required to provide the following information and sign this form before a notary.*</u>

**NOW COMES** David Weinstein, M.D., who after being first duly sworn, through its Records Custodian, certifies the attached records of follows:
1) The deponent is the custodian of the records of said institution.
2) The deponent was served with a request/subpoena in connection with the above entitled matter, for the production of records pertaining to **Kelly Gahan** - **Order Number: 33310.046**.
3) The originals of said records were prepared in the usual course of business.
4) The originals of said records were prepared at or about the time of the events and condition they record.
5) The deponent has examined the original and copy of said records and attests that they are true, authentic and complete.

**NOTE:  IF THE FOLLOWING DOCUMENTS WERE REQUESTED AND ARE NOT IN YOUR POSSESSION, PLEASE CHECK THE APPROPRIATE SPACE BELOW:**

____ No x-ray films available     ____ No pathology available     ____ No billing available     ____ Best copies available

**No records available:**     ____ Destroyed     ____ Never seen     ____ Injury Photos     ____Other:_____

**ITEMS TO FOLLOW AT A LATER DATE:**

____ X-rays     ____ Pathology     ____ Billing     ____Injury Photos     ____Corrected copies     ____ Other

**DEPONENT DID NOT SIGN**
*Custodian of Records*

Sworn to and subscribed before me this_____day of _____, 20___ .

_____
Notary

**Veritext Records**
Phone  216-621-9660     1100 Superior Avenue, Suite 1820, Cleveland, Ohio  44114     Fax  216-621-5444

Exhibit 4
1168- GAHAN, KELLY- David Weinstein  00002

## Request for Records



Records Custodian
David Weinstein, M.D.
Medical Records Department
RiverTown Therapeutics
39 Round Hill Road
Dobbs Ferry, NY 10522

Dear Records Custodian:

We have enclosed an Authorization, if required, for the Release of Records regarding the following individual:

**Name:      Kelly Gahan  - Order Number 33310.046**
Order Date:          05/02/2018
Social Security No.:   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
Date of Birth:          10/12/1979
**Records Requested**:    ANY AND ALL,  Treatment records,  Medication records, Investigational medication records, Investigational treatment records, Billing records and/or financial agreements, Email correspondence, Text messages, Photographs, Instructions for Use, Consent forms, Laboratory reports, FDA approval forms, and Communications with the FDA related to Kelly Gahan

We ask that you forward all requested records, along with the completed and notarized certificate of records custodian to our office:

Veritext Records
1100 Superior Avenue
Suite 1820
Cleveland, Ohio 44114

Our client has asked that records be produced *no later than: 05/09/2018 9:00AM*

If there is a fee associated with the production of these records or materials, please fax a pre-payment request, itemizing pages and statutory fee, to 216-621-5444 at your earliest convenience.

Please contact the Compliance Department in the event you require additional assistance or information to facilitate production of these records.  We can be reached at 216-621-9660.

Very Truly Yours,

## Veritext Records

Exhibit 4
1168- GAHAN, KELLY- David Weinstein  00003

# United States District Court
## FOR THE EASTERN DISTRICT OF LOUISIANA

Kelly Gahan
        Plaintiff(s)

-v-

Sanofi S.A., et al.
        Defendant(s)

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 2:16-CV-17364 (p-key 1168)

TO:  Records Custodian
David Weinstein, M.D.
RiverTown Therapeutics
39 Round Hill Road
Dobbs Ferry, NY 10522

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of deposition in the above case.

| Location: Veritext LLC c/o Veritext Records, Cleveland 200 Old Country Rd Mineola, NY 11501 | Date & Time: 05/09/2018 9:00AM |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified above (list documents or objects):
*Timely production of certified documents to the representing attorney will be accepted in lieu of appearance.*

ANY AND ALL, Treatment records, Medication records, Investigational medication records, Investigational treatment records, Billing records and/or financial agreements, Email correspondence, Text messages, Photographs, Instructions for Use, Consent forms, Laboratory reports, FDA approval forms, and Communications

*Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).*

| ISSUING OFFICER SIGNATURE AND TITLE: s- *Harley Ratliff* Attorney for: Defendant | DATE Wednesday, May 2, 2018 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Harley Ratliff**
**Shook, Hardy & Bacon L.L.P.**
**2555 Grand Boulevard,**
**Kansas City, MO 64108**
**(816) 474-6550**

Exhibit 4
1168- GAHAN, KELLY- David Weinstein 00004