# Certified Records From



| Records Pertain To: | Records Requested From:<br>Denver VAMC |
|---|---|
| Kelly Gahan<br>Employment Records | 1055 Clermont Street<br><br>Denver, CO 80220 |

Kelly Gahan
Sanofi S.A., et al.

2:16-CV-17364 (p-key 1168)

Request Initiated By :

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

Volume _____ of _____
Order No. 33310.017



**DEPARTMENT OF VETERANS AFFAIRS**
**EASTERN COLORADO HEALTH CARE SYSTEM**
1700 N. Wheeling Street
Aurora, Colorado 80045
303-399-8020

August 10, 2018

FOIA Request No.: 18-08623-FP

Michael DeCorpo
1100 Superior Avenue, Suite 1820
Cleveland, OH 44110

Dear Mr. DeCorpo:

This letter is the initial agency decision regarding your July 24th, 2018 request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to the VA Eastern Colorado Health Care System (ECHCS) for the following:

"Regarding Kelly Gahan. DOB: 10/12/2018 – SS# 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. Applications for employment; resumes, records of all positions held; wage and income statements and/or compensation records; wage increases and decreases; evaluations; reviews, and job performance summaries; W-2's; employee health files, and correspondence and memorando regarding the Kelly Gahan."

Your FOIA request was received in my office on July 30th, 2018 and was assigned the tracking number listed at the top of this letter.

The ECHCS Human Resources (HR), Occupational Health and Payroll departments conducted searches for documents responsive to your request. The search was conducted using internal database systems while utilizing the search criteria you provided to locate all files regarding this matter. After the search, one (1) document totaling 84 pages was determined to be responsive to your request.

Pages 001-038 contain the employee health files. Pages 039-084 contain the HR files which include the application for employment, resumes, records of all positions held, wage and income statements and/or compensation records, wage increases and decreases, evaluations, reviews, job performance summaries and any correspondence and memorandums regarding Kelly Gahan. The ECHCS Payroll office responded that W-2's are not maintained locally and must be requested by the employee directly. Therefore, I'm issuing a "No Records" response for the W-2's.

My review of the remaining documents revealed that they contained information that falls within the disclosure protections of FOIA Exemption 6, 5 U.S.C. § 552(b)(6).

FOIA Exemption 6 permits VA to withhold a document or information contained within a document if disclosure of the information would constitute a clearly unwarranted invasion of a living individual's personal privacy. Stated another way, VA may withhold information under FOIA Exemption 6 where disclosure of the information, either by itself or in conjunction with other information available to either the public or the FOIA requester, would result in an unwarranted invasion of an individual's personal privacy without contributing significantly to the public's understanding of the activities of the federal government.

Exhibit 6

**1168- GAHAN, KELLY- Denver VAMC   00002**

Our review of the records identified as responsive to your FOIA request revealed that the records contain information that falls within the protection of FOIA Exemption 6. Specifically, the information covered by Exemption 6 consists of individually identifying information. In this case, I redacted the names, e-mail addresses and phone numbers of ECHCS employees not named in your request. Individuals associated with this information have a personal privacy interest in it.

Further, upon consideration of the matter generally in association with the materials that you submitted, we have not been able to identify a countervailing public interest of sufficient magnitude to outweigh the privacy interest in this case. Consequently, VA denies your request for this information under FOIA Exemption 6, 5 U.S.C. § 552(b)(6).

If you disagree with my determination to withhold the information under FOIA Exemption 6, please be advised you may appeal to:

> Office of the General Counsel (024)
> Department of Veterans Affairs
> 810 Vermont Avenue, N.W.
> Washington, D.C. 20420
> Email: ogcfoiaappeals@va.gov

If you should choose to file an appeal, your appeal must be postmarked or electronically transmitted no later than ninety (90) calendar days from the date of this letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

In addition to filing an appeal with the Office of General Counsel regarding my determination, you may also seek assistance and/or dispute resolution services regarding your FOIA request from VHA's FOIA Public Liaison and or Office of Government Information Services (OGIS) as provided below:

> VHA FOIA Public Liaison:
> Email Address: vhafoia2@va.gov
> Phone Number: (877) 461-5038
>
> Office of Government Information Services (OGIS)
> Email: ogis@nara.gov
> Fax: (202) 741-5769
> Mailing address: Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road
> College Park, MD 20740-6001

Thank you for your interest in VA. If you have any further questions, please feel free to contact me at 719.227.4043.

Sincerely,

Robert V. McGinn
FOIA Officer

Exhibit 6