# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LIITGATION | : : : | MDL NO. |
| Gladys Murphy, | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No.: 2:16-cv-17345 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC et al., | : : : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S NOTICE OF SUBMISSION

NOW COMES Plaintiff, by and through the undersigned counsel, and hereby withdraws her Notice of Submission [DE 3485 & 3677].

This the 18th day of September, 2018.

                                                  WHITFIELD BRYSON & MASON LLP

                                                  */s/ Daniel K. Bryson*
                                                  Daniel K. Bryson
                                                  N.C. State Bar No.: 15781
                                                  J. Hunter Bryson
                                                  N.C. State Bar No.: 50602
                                                  PO Box 12638
                                                  Raleigh, NC 27605
                                                  Phone: 919-600-5000
                                                  Facsimile: 919-600-5035
                                                  Email: dan@wbmllp.com
                                                  Email: hunter@wbmllp.com

                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The foregoing *Notice of Withdrawal* has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this the 18th day of September, 2018.

> */s/ Daniel K. Bryson*
> Daniel K. Bryson
> N.C. State Bar No.: 15781
> Whitfield Bryson & Mason, LLP
> PO Box 12638
> Raleigh, NC 27605
> Phone: 919-600-5000
> Facsimile: 919-600-5035
> Email: dan@wbmllp.com
> *Attorney for Plaintiff*