UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | |
| Gladys Murphy, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Sanofi S.A., et al. | : | |
| Defendants. | : | |
| | : | |
| Civil Case No.: 2:16-cv-17345 | : | |
| | : | |
| | : | |
| | : | |
| | : | |

Upon Plaintiff's Unopposed Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____, 2018.


_____
U.S. District Court Judge