UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: : | HON. JANE TRICHE MILAZZO |
| Cacita North, : : Plaintiff, : : vs. : : Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. : : Defendants. : : Civil Case No.: 2:17-cv-07464 : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Accord Healthcare, Inc., Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, based upon the product identification received.

This the 18th day of September, 2018.

                                                               Whitfield Bryson & Mason LLP

                                                               */s/ Daniel K. Bryson*
                                                               Daniel K. Bryson
                                                               N.C. Bar No. 15781
                                                               900 W. Morgan Street
                                                               Raleigh, NC 27603
                                                               Telephone: 919-600-5000
                                                               Facsimile: 919-600-5035
                                                               Email: dan@wbmllp.com

                                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 18th day of September, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*