UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| JACQUELINE HAMMONDS | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| vs. | : | Civil Action No.: 2:17-cv-16853 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 18th day of September, 2018.

      Respectfully Submitted,
      McCOLLUM INJURY LAW FIRM, LLC

      /s/David L. McCollum
      DAVID L. McCOLLUM  #50726
      5 Victory Lane, Suite 202
      Liberty, MO  64068
      Telephone:  816-474-2060
      Facsimile:   816-479-4475
      david@injurylawfirm.lawyer
      ATTORNEY FOR PLAINTIFF

SHOOK, HARDY & BACON LLP

/s/Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard,
Kansas City, MO  64108
Telephone:  816-474-6550
Fax:  816-421-5547
kbieri@shb.com; hratliff@shb.com

Attorneys for Sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.


/s/Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS L.L.P
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216-696-2286
Facsimile:  216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*


/s/R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, L.L.P.
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

/s/Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
mark.cheffo@dechert.com
mara.cuskergonzalez@dechert.com
sara.roitman@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/d/a Hospira Worldwide, Inc. and Pfizer, Inc.*


/s/Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON, L.L.P.
53 State Avenue, 27 Floor
Boston, MA  02109
Telephone:  617-213-7000
Facsimile:  617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


/s/Michael J. Suffern
Michael J. Suffern
ULMER & BERNE, L.L.P.
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Telephone:  513-698-5064
Facsimile:  513-698-5065
msuffern@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion was electronically filed with the Clerk of Court on this 18th day of September , 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                        Attorney for Plaintiff,

                                                        /s/David L. McCollum  
                                                        David L. McCollum