# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Donna Marie Killingsworth
Case No.: 16-cv-16895

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff Donna Marie Killingsworth, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

Dated: September 19, 2018           **JOHNSON BECKER, PLLC**

                                             /s/ Alexandra W. Robertson
                                             Alexandra W. Robertson, Esq. MN Bar #395619
                                             Timothy J. Becker, Esq. MN Bar #256663
                                             Johnson Becker, PLLC
                                             444 Cedar Street, Suite 1800
                                             St. Paul, Minnesota 55101
                                             (612) 436-1800 (telephone)
                                             arobertson@johnsonbecker.com
                                             tbecker@johnsonbecker.com

                                             **Attorneys for Plaintiff**

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I certify that September 19, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson