**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| | : | |
| | : | **NOTICE OF PARTIAL** |
| | : | **DISMISSAL WITH PREJUDICE** |
| | : | **AS TO ALL EXCEPT HOSPIRA,** |
| | : | **INC., AND HOSPIRA** |
| | : | **WORLDWIDE, LLC F/K/A** |
| | : | **HOSPIRA WORLDWIDE, INC.** |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Civil Action No.: 2:17-cv-12194 |
| Charlita Woods vs. Accord Healthcare, Inc, et al. | : : | |
| | : | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of September, 2018.

1

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

Christopher L. Coffin
LA Bar No. 27902
Nicholas R. Rockforte
LA Bar No. 31305
Jessica A. Perez
LA Bar 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.

Dated this 19th day of September, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland