# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC. AND SANDOZ INC.** |
| *Vickie Denelsbeck vs. Sanofi US Service Inc. et al.* | Civil Action No.: 2:17-cv-15869 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc. and Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of September, 2018

**THE MAHER LAW FIRM**

By: */s/ Jason R. Fraxedas*
Jason R. Fraxedas
The Maher Law Firm
271 West Canton Avenue, Suite 1
Winter Park, FL 32789
Telephone: (407)839-0866
Facsimile: (407)425-7958
Email:jrfraxedas@maherlawfirm.com

*Attorney for Plaintiff Vickie Denelsbeck*

CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: September 19, 2018              /s/ Jason Fraxedas