UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Linda Grymes, | : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | : : : | |
| Defendants. | : : | |
| Civil Case No.: 2:18-cv-5325 | : | |

**PLAINTIFF'S MOTION TO WITHDRAW THE**
**NOTICE OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Linda Grymes, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 60(b), respectfully moves this Court to withdraw Plaintiff's Notice of Dismissal With Prejudice [D.E.3780].[1]

Plaintiff's short form complaint was filed in May 25, 2018, (*Linda Grymes v. Sanofi S.A., Aventis Pharma S.A.,, Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Accord Healthcare, Inc., Sun Pharma Global FZE, Sandoz, Inc., Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., McKesson Corporation d/b/a McKesson Packaging, Pfizer Inc., Allergan Finance LLC f/k/a Actavis Inc., and Actavis Pharma Inc.* (Case No. 2:18-cv-5325) and, Plaintiff

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

served Defendants pursuant to PTO 9. On August 15, 2018, Plaintiff filed a notice of Voluntary Dismissal with Prejudice after receiving a NDC form from the insurance company that named Hospira, Inc. as the manufacturer of the docetaxel she received. The day after filing the Voluntary Dismissal with Prejudice, surprisingly, Plaintiff received another NDC form from the treatment center for Plaintiff that also named Sandoz Inc., as the manufacturer of the docetaxel she received.

Plaintiff's counsel moves to withdraw the Notice of Voluntary Dismissal with Prejudice under Federal Rule of Civil Procedure 60(b) in light of the surprising additional NDC form it received the day after filing its Notice of Voluntary Dismissal with Prejudice.

This the 19th day of September, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 19, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson