UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Linda Grymes, | : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | : : : | **ORDER** |
| Defendants. | : : | |
| Civil Case No.: 2:18-cv-5325 | : | |

This matter, having come before the undersigned and on the Plaintiff's Motion to Withdraw Plaintiff's Notice of Dismissal With Prejudice [D.E.3780] pursuant to Rule 60(b) and having considered and for good cause shown the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that the Motion to Withdraw Plaintiff's Notice of Dismissal With Prejudice [D.E.3780] is GRANTED.

SO ORDERED, this the _____ day of _____, 2018.

_____
United States District Judge