**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | **MDL NO. 2740** |
| | | **SECTION "H" (5)** |
| | | **JUDGE MILAZZO** |
| Charlene Henderson , | | **MAG. JUDGE NORTH** |
| Plaintiff(s), | | **COMPLAINT & JURY DEMAND** |
| vs. | | **Civil Action No.:** 2:18-cv-4466 |
| Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. , | | |
| Defendant(s). | | |
| ----------------------------------------------------------- | | |

**SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Charlene Henderson

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

N/A

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.      Current State of Residence:  Arkansas

5.      State in which Plaintiff(s) allege(s) injury:  Arkansas

6.      Defendants (check all Defendants against whom a Complaint is made):

   a.      Taxotere Brand Name Defendants

   ☐   A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☐   B.      Sanofi-Aventis U.S. LLC

   b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐   A.      Sandoz Inc.

   ☐   B.      Accord Healthcare, Inc.

   ☐   C.      McKesson Corporation d/b/a McKesson Packaging

   ☒   D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☒   E.      Hospira, Inc.

   ☐   F.      Sun Pharma Global FZE

   ☐   G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐   H.      Pfizer Inc.

   ☐   I.      Actavis LLC f/k/a Actavis Inc.

   ☐   J.      Actavis Pharma, Inc.

2

☐  K.  Other: [   ]

7.  Basis for Jurisdiction:

☒  Diversity of Citizenship

☐  Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): [   ]

8.  Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the Eastern District of Arkansas (Division 4)

9.  Brand Product(s) used by Plaintiff (check applicable):

☐  A.  Taxotere

☐  B.  Docefrez

☒  C.  Docetaxel Injection

☐  D.  Docetaxel Injection Concentrate

☐  E.  Unknown

☐  F.  Other: [   ]

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Approximately May 4, 2016 through August 17, 2016.

11.    State in which Product(s) identified in question 9 was/were administered:

> Arkansas

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Since the completion of her treatment with docetaxel in approximately August 2016, Ms. Henderson has experienced the following injuries: (a) permanent/persistent hair loss on her scalp; (b) diffuse thinning of her hair in certain areas of her scalp, including: the top, sides, and temple areas; (c) significant thinning of the hair on her head after 6 months of discontinuing docetaxel (visible bald spots on her head no matter how she styles her hair); (d) large bald area in the hair on her head; (e) multiple bald spots in the hair on her head; (f) a change in the texture/thickness of her hair; and (h) permanent/persistent loss of eyelashes, body hair, genital hair, nasal hair, and ear hair.

13.    Counts in Master Complaint brought by Plaintiff(s):

[X]    Count I – Strict Products Liability - Failure to Warn
[X]    Count III – Negligence
[X]    Count IV – Negligent Misrepresentation
[X]    Count V – Fraudulent Misrepresentation
[X]    Count VI – Fraudulent Concealment
[X]    Count VII – Fraud and Deceit

[ ]    Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14.   Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s),
      Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:   ___/s/ Justin Charles Roberts___
      JUSTIN CHARLES ROBERTS
      Texas Bar No. 24079221
      Email: justin@robertslawfirm.com
      ROBERTS & ROBERTS
      118 West Fourth Street
      Tyler, Texas 75701-4000
      Ph: (903) 597-6655
      Fax: (903) 597-1600

      **Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 20, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Justin Charles Roberts*
JUSTIN CHARLES ROBERTS
Texas Bar No. 24079221
Email: justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
