UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>Betty Knott<br>Case No. 2:17-cv-04701 | |

    I, Christopher L. Coffin, hereby enter my formal appearance as counsel in this case on behalf of Plaintiff, Betty Knott. I certify that I am admitted to practice in this Court, and have been appointed by this Court to serve on Plaintiffs' Steering Committee.

Dated: September 20, 2018        Respectfully submitted,

**PENDLEY, BAUDIN & COFFIN, L.L.P.**

By: */s/ Christopher L. Coffin*
Christopher L. Coffin (Bar# 27902)
Nicholas R. Rockforte (Bar# 31305)
Jessica A. Perez (Bar# 34024)
24110 Eden Street
P.O. Drawer 71
Plaquemine, LA 70765-0071
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email:  ccoffin@pbclawfirm.com
        jperez@pbclawfirm.com
        nrockforte@pbclawfirm.com