UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On September 20, 2018, the Court held a status conference with liaison counsel and lead counsel, as listed in the attached sign-in sheet.

(JS-10:00:40)

_____