CASE TITLE: Taxotere

CIVIL ACTION: 16-MDL-2740

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE ✓
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: 9/20   TIME: 11:00

PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Dawn Barrios | 524-3300 | π |
| Jessica Perez Reynolds |  | π |
| John Olinde | 585-7000 | SOSH2 Liaison |
| Adrienne Byard | 816.805.6205 | Sanofi |
| Douglas Moore | 310-2100 | ALC sanofi |
| PALMER LAMBERT | 522-2304 | π Co-Liaison |
| CHRISTOPHER COFFIN | 355-0086 | π |