UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ROYENA BIDLENCIK, | : : | SECTION "N" (5) JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC, | : : : | Civil Action No.  2:17-CV-17462 |
| Defendant(s). | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of the Plaintiff against all parties in the above captioned action be dismissed with prejudice, each party to bear its own costs.

DATED: September 21, 2018

| | |
|---|---|
| FEARS NACHAWATI, PLLC | SHOOK, HARDY & BACON LLP |
| /s/ Matthew R. McCarley<br>Matthew R. McCarley<br>Texas Bar No. 24041426<br>4925 Greenville Avenue<br>Suite 715<br>Dallas, Texas 75206<br>Tel. (214) 890-0711<br>Fax (214) 890-0712<br>Email: mccarley@fnlawfirm.com<br><br>Attorney for Plaintiff | /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Phone: 816-474-6550<br>Fax: 816-421-5547<br>Email: kbieri@shb.com<br><br>Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc. |

1