UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| DOROTHY GILLESPIE | : : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-15892 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 21st day of September, 2018.

Respectfully submitted,

*/s/ Sarah Shoemake Doles*
Jeffery J. Lowe #35114MO
Sarah Shoemake Doles #45747MO
Alyson M. Petrick #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@caretdanis.com
sdoles@careydanis.com
apetrick@careydanis.com

DECHERT LLP
*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com

CHAFFE MCCALL, L.L.P.
*/s/ John F. Olinde*
John F. Olinde
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide, Inc. Hospira, Inc. and Pfizer*

MORRISON & FOERSTER LLP
*/s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive
San Diego, CA 92130
ebosman@mofo.com
juliepark@mofo.com

*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

KEOGH, COX & WILSON, LTD.
*/s/ John P. Wolff, III*
John P. Wolff, III
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

GREENBERG TRAURIG, LLP
*/s/ Lori G. Cohen*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan Courtright Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

Paige E. Sensenbrenner
Deborah B. Rouen
One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139
paige.sensenbrenner@arlaw.com
debbie.rouen@arlaw.com

*Attorneys for Defendant Sandoz, Inc.*

LEAKE & ANDERSON, LLP
*/s/ Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr.
1100 Poydras St., Suite 1700
 New Orleans, LA 70163
sshuler_@leakeanderson.com

HINSHAW & CULBERTSON, LLP
Geoffrey M. Coan
Kathleen E. Kelly
53 State St., 27th Floor
Boston, MA 02109
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

ULMER & BERNE LLP
*/s/ Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
Jeffrey R. Schaefer
600 Vine St., Suite 2800
Cincinnati, OH 45202
msuffern@ulmer.com
jpeck@ulmer.com
jschaefer@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

SHOOK, HARDY & BACON LLP
*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*