UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| LISA SYLVEST, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:16-cv-15841 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 21st day of September, 2018.

*/s/ Richard L. Root*
Betsy Barnes, LA Bar No. 19473
Richard L. Root, LA Bar No.19988
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
Ph: (504) 525-8000
Fax: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com

*/s/Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
mark.cheffo@dechert.com
mara.cuskergonzalez@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/d/a Hospira Worldwide, Inc. and Pfizer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was electronically filed with the Clerk of Court on this 21st day of September, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Richard L. Root*
Richard L. Root