UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| BRENDA HIGGINS, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:16-cv-15605 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 21st day of September, 2018.

/s/ Richard L. Root
Betsy Barnes, LA Bar No. 19473
Richard L. Root, LA Bar No.19988
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
Ph: (504) 525-8000
Fax: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com
*Counsel for Plaintiff*

SHOOK, HARDY & BACON LLP
*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.


*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS L.L.P
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-696-2286
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*


*/s/R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, L.L.P.
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

*/s/Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
mark.cheffo@dechert.com
mara.cuskergonzalez@dechert.com
sara.roitman@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/d/a Hospira Worldwide, Inc. and Pfizer, Inc.*

*/s/Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON, L.L.P.
53 State Avenue, 27 Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

*/s/Michael J. Suffern*
Michael J. Suffern
ULMER & BERNE, L.L.P.
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this motion was electronically filed with the Clerk of Court on this 21st day of September, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        */s/ Richard L. Root*
                                        Richard L. Root