UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| TONIKUA ARCHANGEL, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:16-cv-16248 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be

dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 21st day of September, 2018.

*/s/ Richard L. Root*
Betsy Barnes, LA Bar No. 19473
Richard L. Root, LA Bar No.19988
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
Ph: (504) 525-8000
Fax: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com
*Counsel for Plaintiff*

SHOOK, HARDY & BACON LLP
*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
Attorneys for sanofi-aventis U.S. LLC & Sanofi
U.S. Services Inc.


*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS L.L.P
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-696-2286
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*


*/s/R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, L.L.P.
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*

*/s/Mark S. Cheffo*

Mark S. Cheffo

Mara Cusker Gonzalez

Sara Roitman

DECHERT, LLP

Three Bryant Park

1095 Avenue of the Americas

New York, NY 10036-6797

mark.cheffo@dechert.com

mara.cuskergonzalez@dechert.com

sara.roitman@dechert.com

*Counsel for Defendants Hospira, Inc., Hospira*
*Worldwide, LLC, f/d/a Hospira Worldwide, Inc.*
*and Pfizer, Inc.*


*/s/Geoffrey M. Coan*

Geoffrey M. Coan

Kathleen E. Kelly

HINSHAW & CULBERTSON, L.L.P.

53 State Avenue, 27 Floor

Boston, MA 02109

Telephone: 617-213-7000

Facsimile: 617-213-7001

gcoan@hinshawlaw.com

kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceuticals*
*Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


*/s/Michael J. Suffern*

Michael J. Suffern

ULMER & BERNE, L.L.P.

600 Vine Street, Suite 2800

Cincinnati, OH 45202

Telephone: 513-698-5064

Facsimile: 513-698-5065

msuffern@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc. and*
*Actavis LLC f/k/a Actavis, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was electronically filed with the Clerk of Court on this 21st day of September, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Richard L. Root*

Richard L. Root