BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION           MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:              HON. MILAZZO
                                        MAG. JUDGE NORTH

*Devolia Combs vs. Sanofi US Services Inc. et al.*
Case No. 2:18-cv-02093

_____

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., each party to bear its own cost. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: September 21, 2018          RESPECTFULLY SUBMITTED,

                                    DAVIS & CRUMP, P.C.

                                    /s/ Trevor B. Rockstad
                                    TREVOR B. ROCKSTAD, ESQUIRE
                                    DAVIS & CRUMP, P. C.
                                    23014 14th Street
                                    Gulfport, MS   39501
                                    Telephone: (228) 863-6000
                                    Facsimile: (228) 864-0907
                                    trevor.rockstad@daviscrump.com

                                    *Attorney for Plaintiff*

**CERTFICATE OF SERVICE**

      I hereby certify that on September 12th, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      SO CERTIFIED this the 21st day of September, 2018.

      /s/Trevor B. Rockstad
      TREVOR B. ROCKSTAD (MS Bar# 103614)
      MS BAR NO. 5840
      DAVIS & CRUMP, P. C.
      2601 14th Street
      Gulfport, MS   39501
      Telephone: (228) 863-6000
      Facsimile: (228) 864-0907
      trevor.rockstad@daviscrump.com