MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 18, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)           MDL NUMBER:  2740
         PRODUCTS LIABILITY
         LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Toni Tusa).

| | | |
|---|---|---|
| PRESENT: | David Miceli | Douglas Moore |
| | Zachary Wool | Patrick Oot |
| | Dawn Barrios | Kelly Brilleaux |
| | Palmer Lambert | John Olinde |
| | Chris Coffin | Peter Rotolo |
| | Val Exnicios | Harley Ratliff |
| PARTICIPATING BY PHONE: | Karen Menzies | Julie Callsen |
| | Kyle Bachus | Kathleen Kelly |
| | Anne Andrews | Mike Suffern |
| | Alexander Dwyer | Mara Cusker Gonzales |
| | Emily Jeffcott | Beth Toberman |
| | Andrew Lemmon | Suzy Marinkovich |
| | Daniel Markoff | |
| | Andre Mura | |
| | Jessica Perez Reynolds | |

The Court will allow the designation of an additional Sanofi ESI custodian, bringing the total to 41 custodians. That custodian's responses are due to be served on the PSC no later than October 23, 2018.

Sanofi shall refine its production of IMS data on the bellwether Plaintiffs to supplement the Defense Fact Sheet consistent with the statements made in open court. As

MJSTAR (00:20)

to non-bellwether Plaintiffs, the parties shall meet and confer to develop a suitable protocol for refining the IMS data going forward to provide for its identification and production as expeditiously and economically as possible.

The next status conference will take place October 16, 2018 at 10:00 a.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE