# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S. AS NAMED DEFENDANT** |
| THIS DOCUMENT RELATES TO:<br><br>NEDRA BUTLER v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:18-cv-00306-JTM-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint Adding Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. as a Named Defendant is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge