UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO |
| ETHEL BOOKERT | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-14568 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : | |

--------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 24th day of September, 2018.

**ALLEN & NOLTE, PLLC**

By: /s/ Jennifer Nolte
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel:  (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550

Fax: 816-421-5547
kbieri@shb.com
hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S.*
*Services Inc.*

**GREENBERG TRAURIG, LLP**

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Fax: (678) 553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS, LLP**

/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Phone: 216-592-5000
Fax: 216-592-5009
julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**DECHERT, LLP**

/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzales
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: 212-698-3500

Fax: 212-698-3599

mark.cheffor@dechert.com

maracusker.gonzalez@dechert.com

*Attorneys for Hospira Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

**HINSHAW & CULBERTSON, LLP**

/s/ Kathleen E. Kelly

Geoffrey M. Coan

Kathleen E. Kelly

53 State Street, 27th Floor

Boston, MA 02109

Tel: 617-213-7000

Fax: 617-213-7001

gcoan@hinshawlaw.com

kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jennifer Nolte

Jennifer Nolte