UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO MAG.<br>JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br><br>MARSHALL LEVERETTE<br><br>v.<br><br>Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:17-cv-13496 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 24th day of September 2018.

By: /s/ T. Christopher Pinedo
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 24, 2018

*/s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com