UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL. 2740<br><br>SECTION "N" (5)<br><br>HONORABLE JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| -------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>Shirley R. Holmes v. Sanofi S.A., et al. | ) ) ) ) ) ) | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>CASE NO.: 2:17-cv-06002 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on June 21, 2017 (*Shirley R. Holmes v Sanofi S.A. et al.*, Case No. 2:17-cv-06002), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Complaint, Plaintiff learned through the National Drug Code form sent to Baptist Memorial Hospital that Sandoz, Inc. and Hospira, Inc., rather than Sanofi Aventis, its related entities, and other manufacturers named in the original Complaint should have been named as the sole Defendants in Plaintiff's Complaint. The Plaintiff's proposed Amended Complaint would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel reached out to Defense counsel, and there is

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

no opposition to this motion.

Dated this 24th day of September, 2018

                                                         Respectfully Submitted,

                                                         JONES WARD PLC

                                                         /s/ Alex C. Davis_____
                                                         Alex C. Davis (KY #94899)
                                                         The Pointe; 1205 E. Washington St., Ste 111
                                                         Louisville, KY 40206
                                                         Tel: (502) 882-6000
                                                         Fax: (502) 587-2007
                                                         alex@jonesward.com
                                                         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of September, 2018, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                                   */s/ Alex C. Davis*
                                                                    Alex. C. Davis