UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL. 2740 <br><br> SECTION "H" (5) <br><br> HONORABLE JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| ----------------------------------------- | ) ) ) ) ) | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC and HOSPIRA, INC.** |
| THIS DOCUMENT APPLIES TO: <br><br> Shirley R. Holmes v. Sanofi S.A., et al. | ) ) ) ) ) ) ) | Civil Action No.: 2:17-cv-06002 |

        Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants

in this matter except Sandoz, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks

this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).

Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this

Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may

seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 24th day of September, 2018

                                                Respectfully Submitted,

                                                JONES WARD PLC

                                                /s/ Alex C. Davis_____
                                                Alex C. Davis (KY #94899)
                                                The Pointe; 1205 E. Washington St., Ste 111
                                                Louisville, KY 40206

Tel: (502) 882-6000
Fax: (502) 587-2007
alex@jonesward.com
*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED September 24, 2018

*/s/ Alex C. Davis*
Alex. C. Davis

2