UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL. 2740<br><br>SECTION "N" (5)<br><br>HONORABLE JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ------------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>Sandra M. Beeler v. Sanofi S.A et al. | ) ) ) ) ) ) | **ORDER RE: MOTION FOR LEAVE**<br>**TO FILE AN AMENDED COMPLAINT**<br><br>CASE NO.: 2:17-cv-05830 |

## ORDER

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So Ordered this _____ day of _____, 2018

_____
Hon. Jane Triche Milazzo