UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Ramona Pitrey, 2:17-cv-11117 | | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 1191). In light of Pretrial Order No. 82 and Pretrial Order No. 83, establishing the procedure for adding Sagent Pharmaceuticals, Inc. ("Sagent") as a Defendant, Plaintiff may amend her complaint to add Sagent provided that she complies with these Orders.

Accordingly,

**IT IS ORDERED** that the Motion is **DENIED AS MOOT**.

New Orleans, Louisiana this 21st day of September, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE