UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| DORIS HERNANDEZ, | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.: 2:16-cv-15600 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 24th day of September, 2018.

*/s/ Richard L. Root*
Betsy Barnes, LA Bar No. 19473
Richard L. Root, LA Bar No.19988
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
Ph: (504) 525-8000
Fax: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com

SHOOK, HARDY & BACON LLP

*/s/ Kelly Bieri*

Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion was electronically filed with the Clerk of Court on this 24th day of September, 2018, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Richard L. Root*

Richard L. Root
