UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| CYNTHIA MYRICK | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : | **Stipulation of Dismissal** **with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-09884 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendants. | : | |
| ------------------------------------------------------------ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 24th day of September, 2018.

                                              Respectfully submitted,

                                              SCOTT, VICKNAIR, HAIR & CHECKI, LLC

                                              */s/ David P. Vicknair*
                                              David P. Vicknair, #34135
                                              Galen M. Hair, #32865
                                              909 Poydras Street, Suite 1100
                                              New Orleans, Louisiana 70112
                                              T: (504) 684-5200
                                              F: (504) 613-6351
                                              david@svhclaw.com
                                              hair@svhclaw.com
                                              *Attorneys for Cynthia Myrick*

-and-

SHOOK, HARDY & BACON LLP

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com
hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*