UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| DONNA MARKHAM, | : | MAG. JUDGE NORTH |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| vs. | : | Civil Action No.: 2:17-cv-04495 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 25th day of September, 2018.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.rockstad@daviscrump.com

Attorney for Plaintiff

SHOOK, HARDY & BACON LLP

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

Attorneys for Sanofi-Aventis U.S. LLC & Sanofi
U.S. Services Inc.

**CERTFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

    SO CERTIFIED this the 25th day of September, 2018.

                                          /s/Trevor B. Rockstad
                                          TREVOR B. ROCKSTAD (MS Bar# 103614)
                                          MS BAR NO. 5840
                                          DAVIS & CRUMP, P. C.
                                          2601 14th Street
                                          Gulfport, MS   39501
                                          Telephone: (228) 863-6000
                                          Facsimile: (228) 864-0907
                                          trevor.rockstad@daviscrump.com