# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Rosa L. Clendenin, CA# 17-12486, Renu O. Gyani, CA# 17-12504, Carolyn Brasell, CA# 16-17581, Kimberly Kauffman, CA# 17-12483.

## MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD

On Motion of Alfred A. Olinde, Jr., counsel for the above-captioned Plaintiffs in this MDL, who desires that his name be substituted as counsel of record in place of Wesley Barr who has taken "of counsel" status with the firm and is in the process of moving to the State of Hawaii. All of the clients have executed fee agreements with Alfred A. Olinde, Jr. of the Olinde Firm. Mr. Barr has been notified of this filing and has consented to same.

Given the foregoing, Alfred A. Olinde, Jr. prays that this Honorable Court grants his Motion and substitutes Alfred A. Olinde, Jr. as counsel of record in the above-captioned cases in place of Wesley Barr.

Dated: September 25, 2018            _/s/ Alfred A. Olinde, Jr._
                                                             *Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ *Alfred A Olinde, Jr.*