UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         :
PRODUCTS LIABILITY LITIGATION       :         MDL No. 2740
                                    :
                                    :         SECTION "N" (5)
                                    :
                                    :         JUDGE JANE TRICHE MILAZZO
                                    :
_____  :         MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Rosa L. Clendenin, CA# 17-12486, Renu O. Gyani, CA# 17-12504, Carolyn Brasell, CA# 16-17581, Kimberly Kauffman, CA# 17-12483.

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Counsel of Record, as well as any responses thereto, finds the Motion meritorious. It is therefore ORDERED THAT Alfred A. Olinde, Jr. is substituted as counsel of record in place of Wesley Barr in the above-captioned causes.

Dated: _____          _____

                                  **HON. JANE TRICHE MILAZZO**
                                  United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ *Alfred A Olinde, Jr.*