UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**
*Jean Murphy v. Sanofi-Aventis US, LLC, et al.;*
Civil Action No. 2:17-cv-14545

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Plaintiff and files this motion to substitute her surviving heir, Glynis Perry, as proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Jean Murphy filed the present action in the United States District Court for the Eastern District of Louisiana on December 5, 2017.

2. Plaintiff Jean Murphy died on December 9, 2017.

3. On May 9, 2018, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a).

4. Glynis Perry, a surviving heir of Jean Murphy, is a proper party to substitute for plaintiff-decedent Jean Murphy and has proper capacity to proceed forward with the surviving products liability lawsuit on plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substation as plaintiff in this action.

Dated this 25th day of September, 2018.

**ALLEN & NOLTE, PLLC**

By: /s/ Jennifer Nolte
John H. Allen, III, Esq. - Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-2300
Facsimile: (214) 452-5637

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte