UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                  SECTION "H" (5)

                                                                  JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**
    *Jean Murphy v. Sanofi-Aventis US, LLC, et al.;*
    *Civil Action No. 2:17-cv-14545*

### ORDER SUBSTITUTING PARTY

Considering Plaintiff Jean Murphy's Motion to Substitute Party,

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party is GRANTED, and Glynis Perry, on behalf of the Estate of Jean Murphy, is substituted as Plaintiff in the above-referenced action.

Signed this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

1