UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO MAG. |
| **THIS DOCUMENT RELATES TO:** | JUDGE NORTH |
| | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC. |
| Wanda Jean Stewart v. Accord Healthcare, Inc., et al. | Civil Action No. 17-cv-10817 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 26th day of September 2018.

          Respectfully submitted,
          ALLAN BERGER & ASSOCIATES, P.L.C.
          S/Andrew Geiger_____
          ANDREW J. GEIGER (BAR NO. 32467)
          ALLAN BERGER (BAR NO. 2977)
          Allan Berger and Associates
          4173 Canal Street
          New Orleans, Louisiana 70119
          Phone:      (504)486-9481
          Facsimile:   (504)483-8130Email:
          aberger@allan-berger.com
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

S/Andrew Geiger