UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| BARBARA BLADT, *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* | : : : | Civil Action No.: 2:17-cv-13898 |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated: September 25, 2018

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | SHAW COWART, L.L.P. |
| */s/ Kelly Bieri* | */s/ Ethan L. Shaw* |
| Kelly Bieri | ETHAN L. SHAW |
| Harley V. Ratliff | Texas Bar No. 18140480 |
| 2555 Grand Boulevard | elshaw@shawcowart.com |
| Kansas City, Missouri 64108 | JOHN P. COWART |
| Phone: 816-474-6550 | Texas Bar No. 04919500 |
| Fax: 816-421-5547 | jcowart@shawcowart.com |
| kbieri@shb.com; hratliff@shb.com | 1609 Shoal Creek Blvd., Suite 100 |
| ***Attorneys for sanofi-aventis U.S. LLC*** | Austin, Texas 78701 |
| ***& Sanofi U.S. Services Inc.*** | T: 512.499.8900 / F: 512.320.8906 |
| | Perry W. Neichoy |
| | Perry W. Neichoy, P.C. |
| | Texas Bar No. 14865590 |
| | perry@pwn-mediate.com |
| | 1609 Shoal Creek Blvd., Suite 100 |
| | Austin, Texas 78701 |
| | T: 409.839.4545 / F: 512.320.8906 |
| | *A*TTORNEYS FOR *P*LAINTIFF |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants was contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Sanofi consents to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW