UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) JUDGE MILAZZO |
| JERRY CARDOZA, *Plaintiff* | | MAG. JUDGE NORTH |
| vs. | | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* | | Civil Action No.: 2:17-cv-12734 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated: September 25, 2018

| | |
|---|---|
| SHOOK, HARDY & BACON LLP  */s/ Kelly Bieri* Kelly Bieri Harley V. Ratliff 2555 Grand Boulevard Kansas City, Missouri 64108 Phone: 816-474-6550 Fax: 816-421-5547 kbieri@shb.com; hratliff@shb.com ***Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.*** | SHAW COWART, L.L.P.  */s/ Ethan L. Shaw* ETHAN L. SHAW Texas Bar No. 18140480 elshaw@shawcowart.com JOHN P. COWART Texas Bar No. 04919500 jcowart@shawcowart.com 1609 Shoal Creek Blvd., Suite 100 Austin, Texas 78701 T: 512.499.8900 / F: 512.320.8906  Perry W. Neichoy Perry W. Neichoy, P.C. Texas Bar No. 14865590 perry@pwn-mediate.com 1609 Shoal Creek Blvd., Suite 100 Austin, Texas 78701 T: 409.839.4545 / F: 512.320.8906 ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants was contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Sanofi consents to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW