UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) JUDGE MILAZZO |
| KIMBERLY COHEN, *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* _____ | : : : | Civil Action No.: 2:17-cv-14118 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated: September 25, 2018

| | |
|---|---|
| SHOOK, HARDY & BACON LLP  */s/ Kelly Bieri*  Kelly Bieri  Harley V. Ratliff  2555 Grand Boulevard  Kansas City, Missouri 64108  Phone: 816-474-6550  Fax: 816-421-5547  kbieri@shb.com; hratliff@shb.com  ***Attorneys for sanofi-aventis U.S. LLC & Sanofi U.S. Services Inc.*** | SHAW COWART, L.L.P.  */s/ Ethan L. Shaw*  ETHAN L. SHAW  Texas Bar No. 18140480  elshaw@shawcowart.com  JOHN P. COWART  Texas Bar No. 04919500  jcowart@shawcowart.com  1609 Shoal Creek Blvd., Suite 100  Austin, Texas 78701  T: 512.499.8900 / F: 512.320.8906  Perry W. Neichoy  Perry W. Neichoy, P.C.  Texas Bar No. 14865590  perry@pwn-mediate.com  1609 Shoal Creek Blvd., Suite 100  Austin, Texas 78701  T: 409.839.4545 / F: 512.320.8906  **ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants was contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Sanofi consents to the filing of this Stipulation.

                                                */s/ Ethan L. Shaw*
                                                ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

                                                */s/ Ethan L. Shaw*
                                                ETHAN L. SHAW