UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL. 2740<br><br>SECTION "N" (5)<br><br>HONORABLE JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ------------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>Evangeline Little v. Sanofi S.A., et al. | ) ) ) ) ) ) | <br><br>CASE NO.: 2:16-cv-17022 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, William H. Mapes of the law firm Jones Ward PLC, and formally enters his appearance as counsel for the Plaintiff is the above captioned matter.

Dated this 25th day of September, 2018

Respectfully Submitted,

JONES WARD PLC

/s/ William H. Mapes_____
William H. Mapes (KY #97907)
Alex C. Davis (KY #94899)
The Pointe; 1205 E. Washington St., Ste 111
Louisville, KY 40206
Tel: (502) 882-6000
Fax: (502) 587-2007
will@jonesward.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that that on the 25th day of September, 2018, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2740 pursuant to Pre-Trial Order No. 1.

*/s/ William H. Mapes*
William H. Mapes