UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ Lagayle Miller, | : : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : : | **NOTICE OF APPEARANCE** |
| vs. | : : : | Civil Action No.: 2:17-CV-3769 |
| HOSPIRA INC., ET AL., | : : : | |
| Defendants. ------------------------------------------------------------- | : : | |

    I, Taylor Stanton Hardenstein, hereby enter my formal appearance as counsel in this case on behalf of Plaintiff, Lagayle Miller. I certify that I am authorized to appear before the Court in this matter.

  Dated this 26th day of September, 2018.

 

DAVIS & CRUMP, P.C.

/s/ Taylor S. Hardenstein
Taylor S. Hardenstein
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
taylor.hardenstein@daviscrump.com

Attorney for Plaintiff

**CERTFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

  SO CERTIFIED this the 26th day of September, 2018.

      /s/Taylor S. Hardenstein
      TAYLOR S. HARDENSTEIN (MS Bar# 105584)
      DAVIS & CRUMP, P. C.
      2601 14th Street
      Gulfport, MS   39501
      Telephone: (228) 863-6000
      Facsimile: (228) 864-0907
      taylor.hardenstein@daviscrump.com