UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 SECTION: N JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**

*Shirley Carver v. Sanofi-Aventis U.S. LLC, et al* 2:17-cv-1697

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Shirley Carver, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *with* prejudice.

Dated this 26th day of September, 2018.

Respectfully Submitted,

__/s/*Jeffrey C. Bogert*_____
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
MCDONALD WORLEY, P.C.
1770 St. James Place, Suite 100
Houston, Texas 77056
Phone: (713) 523-5500
Fax: (713) 523-5501

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court on this 26th day of September, 2018, by using the CM/ECF system which will send notice of electronic filing to all parties of records.

Dated:  September 26, 2018

                                                                        /s/*Jeffrey C. Bogert*
                                                    McDonald S. Worley
                                                    don@mcdonaldworley.com
                                                    State Bar No. 24003208
                                                    Jeffrey C. Bogert
                                                    jbogert@mcdonaldworley.com
                                                    State Bar No. 132778
                                                    MCDONALD WORLEY, P.C.
                                                    1770 St. James Place, Suite
                                                    100 Houston, Texas 77056
                                                    Phone: (713) 523-5500
                                                    Fax: (713) 523-5501