UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION     SECTION: N
    JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:

*Pamela Ball v. Sanofi-Aventis U.S. LLC, et al* 2:17-cv-16819

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Pamela Ball, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *with* prejudice.

Dated this 26th day of September, 2018.

Respectfully Submitted,

                              __/s/*Jeffrey C. Bogert*_____
                              McDonald S. Worley
                              don@mcdonaldworley.com
                              State Bar No. 24003208
                              Jeffrey C. Bogert
                              jbogert@mcdonaldworley.com
                              State Bar No. 132778
                              MCDONALD WORLEY, P.C.
                              1770 St. James Place, Suite 100
                              Houston, Texas 77056
                              Phone: (713) 523-5500
                              Fax: (713) 523-5501

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court on this 26th day of September, 2018, by using the CM/ECF system which will send notice of electronic filing to all parties of records.

Dated: September 26, 2018

                                                          /s/*Jeffrey C. Bogert*
                                                McDonald S. Worley
                                                don@mcdonaldworley.com
                                                State Bar No. 24003208
                                                Jeffrey C. Bogert
                                                jbogert@mcdonaldworley.com
                                                State Bar No. 132778
                                                MCDONALD WORLEY, P.C.
                                                1770 St. James Place, Suite 100
                                                Houston, Texas 77056
                                                Phone: (713) 523-5500
                                                Fax: (713) 523-5501