UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | : : : | MDL No. 2740 |
| Brenda Godejohn, | : : | SECTION "N" (5) JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : : | Civil Action No.: 2:17-cv-12779 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 26th day of September, 2018.

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com

Attorneys for Plaintiff

1

SHOOK, HARDY & BACON LLP

By: */s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
816-474-6550 Telephone
816-421-5547 Facsimile
kbieri@shb.com; hratliff@shb.com

Attorneys for Sanofi-Aventis U.S. LLC &
Sanofi U.S. Services Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 26, 2018

*/s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com

-2-