UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| Angela Duncan, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-12765 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 26th day of September, 2018.

**MCEWEN LAW FIRM**

*/s/ Gregory Neil McEwen*
Gregory Neil McEwen
5850 Blackshire Path
Inver Grove Heights, MN 55076
Phone: 651-224-3833
Facsimile: 651-223-5790
gmcewen@mcewenlaw.com
***Attorney for Plaintiff Angela Duncan***

1

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com; hratliff@shb.com
***Attorneys for Defendants Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.***

**GREENBERG TRAURIG, LLP**

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
***Attorneys for Defendant Sandoz, Inc.***

**MORRISON & FOERSTER LLP**

*/s/ Erin M. Bosman*
Erin M. Bosman
Julie Park
12531 High Bluff Drive
San Diego, CA 92130
Phone: 858-720-5104
ebosman@mofo.com
jpark@mofo.com
***Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation***

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
noproductid@tuckerellis.com
***Attorneys for Defendant Accord Healthcare  Inc.***

**DECHERT LLP**

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: 212-698-3500
Facsimile: 212-698-3599
docetaxelproductid@dechert.com
***Plaintiffs for Defendants Hospira, Inc.,  Hospira Worldwide, LLC, formerly doing  business as Hospira Worldwide, Inc., and  Pfizer Inc.***

**HINSHAW & CULBERTSON LLP**

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Phone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
***Attorneys for Defendant Sun Parmaceuticals Industries, Inc., f/k/a Caraco Laboratories, Ltd.***

2

                    **ULMER & BERNE, LLP**

                    */s/ Michael J. Suffern*
                    Michael J. Suffern
                    Jeffrey F. Peck
                    Jeffrey R. Schaefer
                    600 Vine Street, Suite 2800
                    Cincinnati, OH 45202
                    msuffern@ulmer.com
                    jpeck@ulmer.com
                    jschaefer@ulmer.com
                    ***Attorneys for Defendant Actavis Pharma, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Gregory Neil McEwen*
                                                  **COUNSEL FOR PLAINTIFF**