## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                              */s/ Gregory Neil McEwen*
                                              **COUNSEL FOR PLAINTIFF**