UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br> SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | | |

Linda Grymes, 18-cv-5325

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw Voluntary Dismissal (Doc. 4216) seeking to withdraw her Notice of Voluntary Dismissal with Prejudice (Doc. 3780);

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk is instructed to file the Notice of Dismissal attached as Rec. Doc. 4216-1.

New Orleans, Louisiana this 26th day of September, 2018.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE