UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO |
| ----------------------------------------------------------- | : | MAG. JUDGE NORTH |
| THIS DOCUMENT APPLIES TO: | : : | |
| *April Lancien v. Sanofi S.A., et. al.* | : | Civil Action No.: 2:17-cv-06707 |

**FIRST SUPPLEMENT TO PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE NO. 3 TO INCLUDE PLAINTIFF'S WRITTEN STATEMENT**

COMES NOW Plaintiff April Lancien, by and through counsel, and files this her First Supplement to Plaintiff's Opposed Motion for Leave to File a Supplemental Response to Order to Show Cause No. 3 to Include Plaintiff's Written Statement and in support would show unto this Court the following:

1. Defendants have moved this Court to dismiss Plaintiff's claims due to her inability to submit more than one (1) "Before photo." Defendants' Motion to Dismiss is set to be heard Thursday, September 27, 2018.

2. Plaintiff Lancien previously filed her Response to Order to Show Cause No. 3 on March 5, 2018, and on May 21, 2018, moved to supplement her Response. To date, Defendants have not filed any response to either pleading. Via Centrality, counsel for Plaintiff Lancien also previously advised the Defendants "Plaintiff states she has no other before photos to produce."

3. Plaintiff Lancien now respectfully moves the Court to consider her executed written statement attached hereto as Exhibit 1 when considering Defendants' Motion to

Dismiss. As set out in Paragraph 4 of Exhibit 1, Plaintiff Lancien represents the following:

> I have made a diligent search but have only been able to locate one (1) photo of myself taken prior to my treatment with Taxotere. I have produced that photo to my attorneys and understand it has been provided to counsel for the Defendants.

Ex. 1 at ¶4.

Exhibit 1 has also been provided to Defendants through the Centrality portal.

4. Plaintiff Lancien's inability to produce additional before photographs does not result from "willfulness or bad faith" nor do her actions in this matter constitute "a clear record of delay or contumacious conduct" required for Defendants' Motion to Dismiss to be granted. *FDIC v. Conner*, 20 F.3d 1376, 1380-81 (5th Cir. 1994).

WHEREFORE, PREMISE CONSIDERED, Plaintiff Lancien prays this Court will consider her written statement attached hereto as Exhibit 1 in conjunction with her proposed Supplemental Response to Order to Show Cause No. 3 and upon review will deny Defendants' Motion to Dismiss.

Respectfully submitted, this the 26th day of September 2018.

By: s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                                By:    s/ *Michael P. McGartland*
                                                            Michael P. McGartland