**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| ------------------------------------------------------- | : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT APPLIES TO: | : | |
| | : | |
| *April Lancien v. Sanofi S.A., et. al.* | : | **Civil Action No.: 2:17-cv-06707** |

**STATEMENT OF PLAINTIFF APRIL LANCIEN**
**REGARDING PHOTOGRAPHIC EVIDENCE OF HAIR LOSS**

1. I, April Lancien, through my attorneys, have filed this lawsuit in connection with the damages I sustained as a result of my treatment with the chemotherapy drug Taxotere.

2. In October 2005, I was diagnosed with breast cancer and was treated with the drug Taxotere from February 2006 – April 2006.

3. During my treatment with Taxotere, I began losing my hair and it did not grow back after my treatment ended. Today, over ten (10) years later, my hair has still not regrown.

4. I have made a diligent search but have only been able to locate one (1) photo of myself taken prior to my treatment with Taxotere. I have produced that photo to my attorneys and understand it has been provided to counsel for the Defendants.

5. The photo was taken in 1996, approximately ten (10) years before I was treated with Taxotere, but accurately reflects the amount and condition of my hair just prior to beginning treatment with Taxotere in 2006. A copy of the photo has been attached as Exhibit 1. *See also* Plaintiff's Response to Defendants' Deficiency Notice filed May 16, 2018 attached as Exhibit 2.

6. I have also provided current photos of hair loss taken earlier this year which I understand to have also been provided to defense counsel. Examples of these "current" photos have been attached hereto as collective Exhibit 3.

7. I do not possess other photos taken before my treatment with Taxotere. Nor do I possess photos taken during my chemotherapy treatment in 2006, or photos taken after my treatment except the current photos previously produced. *See* Exhibit 3.

1

8. Any "before" photos may have been in the possession of my mother who has now passed away. All such items belonging to my mother are now in the possession of my sister who has refused to provide them to me, if they in fact exist at all.

Respectfully submitted,

*April Lancien*

APRIL LANCIEN

9-25-18

DATE

# EXHIBIT 1



# EXHIBIT 2

Plaintiff's Response to Deficiency Notice

LANCIEN, APRIL - 2029

| | PFS Section | PFS Section # | Deficiency | Response |
|---|---|---|---|---|
| 1. | III. | I have records demonstrating use of Taxotere | - Failed to provide records requested. | 1. See Amended PFS |
| 2. | IV. 11 | Response 2 - Annual Gynecological Doctor | - Failed to provide full time period of information requested.<br>- Other - Please provide the information requested for the period 2006 to the present in the Court-approved PFS. If Plaintiff skipped certain years, please click "Skipped or Missed" next to the applicable year. | 1. See Amended PFS |
| 3. | IV.12 | Response 1 - Annual Mammogram Doctor | - Failed to provide full time period of information requested.<br>- Other - Please provide the information requested for the period 1986 through 2016 in the Court-approved PFS. If Plaintiff skipped certain years, please click "Skipped or Missed" next to the applicable year. | 1. See Amended PFS |
| 4. | V. 5 | Response 1 - Treatment - 2 | - Failed to respond.<br>- Other - Please provide the information requested for radiation therapy. | 1. All responsive information was provided – requested information is unknown |
| 5. | V. 5 | Response 1 - Treatment - 3 | - Failed to respond.<br>- Other - Please provide the information requested for surgery. | 1. All responsive information was provided – requested information is unknown |
| 6. | V. 17. a | Name of clinical trial site | - Failed to provide full names of the trial site. | 1. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 7. | V. 17. b | Location of clinical trial site | - Failed to provide full location of trial site. | 1. All responsive information was provided – requested |

Plaintiff's Response to Deficiency Notice

LANCIEN, APRIL - 2029

| | | | | information/documents not applicable to plaintiff |
|---|---|---|---|---|
| 8. | VI. 4 | Most recent date consulted with oncologist | - Failed to provide a full date, including month, day and year. | 1. All responsive information was provided – requested information is unknown |
| 9. | VII. 5 | When did you first see a healthcare provider about hair loss? | - Failed to provide approximate date (month/year). | 1. All responsive information was provided – requested information is unknown |
| 10. | VII. 15. a | Hair Care Regimen Description | - Failed to describe past hair care regimen. | 1. See Amended PFS |
| 11. | VII. 26 | Response 1 - Wig Dates Used | - Failed to provide full years of use. | 1. See Amended PFS |
| 12. | VII. 26 | Response 1 - Wig Place Purchased | - Failed to provide full names of places where wig[s] were purchased. | 1. See Amended PFS |
| 13. | VII. 26 | Response 1 - Wig Cost of Item | - Failed to respond. | 1. See Amended PFS |
| 14. | VIII. 1 | Response 1 - Healthcare Provider Name | - Failed to provide information for full time period requested. - Other - Please provide the information requested for the period 2009 to the present. | 1. See Amended PFS |
| 15. | VIII. 1 | Response 1 - Healthcare Provider Area or Specialty | - Failed to respond. | 1. See Amended PFS |
| 16. | VIII. 1 | Response 1 - Healthcare Provider Address | - Failed to respond. | 1. See Amended PFS |
| 17. | VIII. 1 | Response 1 - Healthcare Provider Dates | - Failed to respond. | 1. See Amended PFS |
| 18. | VIII. 1 | Response 1 - Healthcare Provider Reason for Consultation | - Failed to respond. | 1. See Amended PFS |
| 19. | VIII. 1 | Response 2 - Healthcare Provider Area or Specialty | - Failed to respond. | 1. See Amended PFS |
| 20. | VIII. 1 | Response 2 - Healthcare | - Failed to respond. | 1. See Amended PFS |

Plaintiff's Response to Deficiency Notice

LANCIEN, APRIL - 2029

|  |  | Provider Address |  |  |
|---|---|---|---|---|
| 21. | VIII. 1 | Response 2 - Healthcare Provider Dates | - Failed to respond. | 1. See Amended PFS |
| 22. | VIII. 1 | Response 2 - Healthcare Provider Reason for Consultation | - Failed to respond. | 1. See Amended PFS |
| 23. | VIII. 2 | Response 1 - Facility Name | - Failed to provide information for full time period requested. - Other - Failed to provide the information requested in this section. Please also provide the information requested for each facility previously identified in the PFS, including, but not limited to, Holy Family. Please also provide the information requested for the period 2009 to the present. | 1. See Amended PFS |
| 24. | VIII. 3 | Response 1 - Laboratory Name | - Failed to provide information for full time period requested. - Failed to respond. | 1. See Amended PFS |
| 25. | VIII. 3 | Response 1 - Laboratory Address | - Failed to respond. | 1. See Amended PFS |
| 26. | VIII. 3 | Response 1 - Laboratory Dates | - Failed to respond. | 1. See Amended PFS |
| 27. | VIII. 3 | Response 1 - Laboratory Test | - Failed to respond. | 1. See Amended PFS |
| 28. | VIII. 3 | Response 1 - Laboratory Reason for Tests | - Failed to respond. | 1. See Amended PFS |
| 29. | VIII. 4 | Response 1 - Pharmacy Name | - Failed to provide pharmacy information for full time period requested. - Failed to respond. | 1. See Amended PFS |
| 30. | VIII. 4 | Response 1 - Pharmacy Address | - Failed to respond. | 1. See Amended PFS |
| 31. | VIII. 4 | Response 1 - | - Failed to respond. | 1. See Amended PFS |

Plaintiff's Response to Deficiency Notice
LANCIEN, APRIL - 2029

|  |  | Pharmacy Dates |  |  |
|---|---|---|---|---|
| 32. | VIII. 4 | Response 1 - Pharmacy Medications | - Failed to respond. | 1. See Amended PFS |
| 33. | VIII. 5 | Response 1 - Retailer Name | - Failed to provide information for full time period requested. <br> - Failed to respond. | 1. See Amended PFS |
| 34. | VIII. 5 | Response 1 - Retailer Address | - Failed to respond. | 1. See Amended PFS |
| 35. | VIII. 5 | Response 1 - Retailer Dates | - Failed to respond. | 1. See Amended PFS |
| 36. | VIII. 5 | Response 1 - Retailer Purchases | - Failed to respond. | 1. See Amended PFS |
| 37. | VIII. 6 | Response 1 - Insurance Carrier | - Failed to provide insurance or pharmacy benefit information for full time period requested. <br> - Failed to respond. | 1. See Amended PFS |
| 38. | VIII. 6 | Response 1 - Insurance Carrier Address | - Failed to respond. | 1. See Amended PFS |
| 39. | VIII. 6 | Response 1 - Insurance Carrier Name of Insured | - Failed to respond. | 1. See Amended PFS |
| 40. | VIII. 6 | Response 1 - Insurance Carrier Insured SSN | - Failed to respond. | 1. See Amended PFS |
| 41. | VIII. 6 | Response 1 - Insurance Carrier Policy Number | - Failed to respond. | 1. See Amended PFS |
| 42. | VIII. 6 | Response 1 - Insurance Carrier Dates of Coverage | - Failed to respond. | 1. See Amended PFS |
| 43. | IX | Documents Reviewed in Preparation for PFS - Who has the Documents | - Failed to respond <br> - Other - Failed to provide. | 1. See Amended PFS <br> 2. Responsive documents uploaded |
| 44. | IX | Medical Records Related to Taxotere or Docetaxel - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS <br> 2. Responsive documents uploaded |
| 45. | IX | Medical Records For Any Condition or Symptom - Who | - Failed to provide records requested. | 1. See Amended PFS <br> 2. Responsive documents |

Plaintiff's Response to Deficiency Notice

LANCIEN, APRIL - 2029

| | | has the Documents | | uploaded |
|---|---|---|---|---|
| 46. | IX | Laboratory Results Related to Hair Loss - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 47. | IX | Pathology Reports Related to Hair Loss - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 48. | IX | Documents Reflecting Rx Drug Use - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS 2. Responsive documents uploaded |
| 49. | IX | Documents Identifying Chemotherapy Agents - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. Responsive documents uploaded |
| 50. | IX | Taxotere Instructions, Warnings, Handouts - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 51. | IX | Taxotere Articles - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information is unknown |
| 52. | IX | Packaging - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 53. | IX | Documents Mentioning Health Risks - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 54. | IX | Communications With Defendants - | - Failed to respond. | 1. See Amended PFS 2. All responsive information |

Plaintiff's Response to Deficiency Notice
LANCIEN, APRIL - 2029

|  |  | Who has the Documents |  | was provided – requested information/documents not applicable to plaintiff |
|---|---|---|---|---|
| 55. | IX | Media Depicting Alleged Injury - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 56. | IX | Journals or Diaries - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 57. | IX | Medical Bills - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS |
| 58. | IX | Expense Records - Who has the Documents | - Failed to respond. | 1. See Amended PFS 2. All responsive information was provided – requested information/documents not applicable to plaintiff |
| 59. | IX | Hair Photos Before Treatment - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS 2. Responsive documents uploaded 3. Plaintiff does not possess any other before photos |
| 60. | IX | Hair Photos During Treatment - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS 2. Representative photos during treatment do not exist |
| 61. | IX | Hair Photos After Treatment - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS 2. Plaintiff does not possess any other after photos |
| 62. | IX | Hair Photos Today - Who has the Documents | - Failed to provide records requested. | 1. See Amended PFS 2. Responsive documents uploaded |
| 63. | IX | Signed Authorizations for Medical Records | - Failed to provide properly signed and dated health insurance authorization. - Failed to provide properly | 1. Responsive documents uploaded |

Plaintiff's Response to Deficiency Notice

LANCIEN, APRIL - 2029

| | | | signed and dated HIPAA authorization. | |
|---|---|---|---|---|
| 64. | | Proof of Use | - You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. | 1. Responsive documents uploaded |
| 65. | | Proof of Injury | - You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met.<br> - You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met.<br> - You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. | 1. Responsive documents uploaded |
| 66. | | Declaration | - You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, | 1. Responsive documents uploaded |

Plaintiff's Response to Deficiency Notice

LANCIEN, APRIL - 2029

| | | | Defendants obligation to submit a DFS will not be triggered until this requirement is met | |
|---|---|---|---|---|

# EXHIBIT 3











