UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Patricia Leech, 17-cv-2779 | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4181);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff may file the Amended Short Form Complaint that was attached to her Motion.

New Orleans, Louisiana this 26th day of September, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE