UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Gladys Murphy, 16-cv-17345 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4203);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff may file the Amended Short Form Complaint that was attached to her Motion.

New Orleans, Louisiana this 26th day of September, 2018.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE