# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| Donna Marie Killingsworth, 16-cv-16895 | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4208);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana this 26th day of September, 2018.

_____

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE