UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| LYNETTE MARIE THOMAS, | : : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | **Stipulation of Dismissal With Prejudice** |
| SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC, | : : : | Civil Action No. 2:17-cv-12727 |
| Defendant(s). | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Lynette Thomas, hereby dismisses all claims in this matter be dismissed with prejudice against all Defendants in this action, Civil Action 2:17-cv-12727, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Lynette Thomas, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-17981. All parties shall bear their own costs.

DATED: September 26, 2018

2

| FEARS NACHAWATI, PLLC | SHOOK, HARDY & BACON LLP |
|---|---|
| /s/ Matthew R. McCarley<br>Matthew R. McCarley<br>Texas Bar No. 24041426<br>4925 Greenville Avenue<br>Suite 715<br>Dallas, Texas 75206<br>Tel. (214) 890-0711<br>Fax (214) 890-0712<br>Email: mccarley@fnlawfirm.com<br>Attorney for Plaintiff | /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Phone: 816-474-6550<br>Fax: 816-421-5547<br>Email: kbieri@shb.com<br>Attorneys for Sanofi-Aventis U.S. LLC &<br>Sanofi U.S. Services Inc. |