## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| CYNTHIA JONES, | : : | |
| Plaintiff, | : : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| vs. | : : | |
| | : : | STIPULATION OF DISMISSAL |
| SANOFI US SERVICES INC., f/k/a | : | WITH PREJUDICE |
| SANOFI-AVENTIS U.S. INC., | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| SANDOZ INC., ACCORD HEALTHCARE, INC., | : | |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA | : | Civil Action No.: 2:17-CV-15351 |
| WORLDWIDE, INC., HOSPIRA, INC, | : | |
| SUN PHARMACEUTICAL INDUSTRIES, INC | : | |
| f/k/a CARACO PHAMACEUTICAL | : | |
| LABORATORIES Ltd., ACTAVIS LLC f/k/a | : | |
| ACTAVIS INC., ACTAVIS PHARAM, INC. | : | |
| Defendants. | | |

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Cynthia Jones's in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

  Dated this 24 day of September, 2018.

Respectfully submitted,

**FERNELIUS SIMON PLLC**
/s/ Ryan M. Perdue
Stephen M. Fernelius
Texas State Bar No. 06934340
steve.fernelius@trialattorneytx.com
C. Brannon Robertson
Texas State Bar No. 24002852
brannon.robertson@trialattorneytx.com
Ryan M. Perdue
Texas State Bar No. 24046611
ryan.perdue@trialattorneytx.com
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
**ATTORNEYS FOR PLAINTIFF**

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
***Counsel for Defendants Sanofi-Aventis U.S.
LLC and Sanofi U.S. Services Inc.***

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
***Counsel for Defendant Sandoz, Inc.***

Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
docetaxelproductid@quinnemanuel.com
***Counsel for Defendants Hospira, Inc.,
Hospira Worldwide, LLC, formerly doing
business as Hospira Worldwide, Inc., and
Pfizer Inc.***

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
***Counsel for Defendant Sun Pharmaceuticals
Industries, Inc. f/k/a Caraco Laboratories, Ltd.***

Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com
***Counsel for Defendant Actavis Pharma, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 24 day of September, 2018.

/s/ Ryan M. Perdue
Ryan M. Perdue