UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| Lagayle Miller, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **SUGGESTION OF DEATH** |
| vs. | : : | Civil Action No.: 2:17-cv-3769 |
| HOSPIRA INC., ET AL., | : : : | |
| Defendants. | : : | |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Lagayle Miller, on or about July 7, 2018.

Dated this 26th day of September, 2018.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.rockstad@daviscrump.com

Attorney for Plaintiff

**CERTFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

    SO CERTIFIED this the 26th day of September, 2018.

/s/Trevor B. Rockstad
TREVOR B. ROCKSTAD (MS Bar# 103614)
MS BAR NO. 5840
DAVIS & CRUMP, P. C.
2601 14th Street
Gulfport, MS   39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
trevor.rockstad@daviscrump.com