# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5) |
| PATRICIA TELL-VIOLETT | : : | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. LLC | : : : | Civil Action No.: 2:17-CV-12593 |
| Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Patricia Tell-Violett in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 24 day of September, 2018.

Respectfully submitted,

**FERNELIUS SIMON PLLC**
/s/ Ryan M. Perdue
Stephen M. Fernelius
Texas State Bar No. 06934340
steve.fernelius@trialattorneytx.com
C. Brannon Robertson
Texas State Bar No. 24002852
brannon.robertson@trialattorneytx.com
Ryan M. Perdue
Texas State Bar No. 24046611
ryan.perdue@trialattorneytx.com
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
**ATTORNEYS FOR PLAINTIFF**

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S.*
*LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 24 day of September, 2018.

/s/ Ryan M. Perdue
Ryan M. Perdue