UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| DEBORAH BRIGHT, | : | |
| *Plaintiff* | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| HOSPIRA, INC.; HOSPIRA WORLDWIDE, | : | Civil Action No.: 2:17-cv-13284 |
| LLC f/k/a HOSPIRA WORLDWIDE, INC.; | : | |
| and SANDOZ INC. | : | |
| *Defendants* | : | |
| _____ | : | |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be

dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

**DECHERT LLP**
 _/s/  Mara Cusker Gonzalez_
Mara Cusker Gonzalez
Mark Cheffo
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
MaraCusker.Gonzalez@dechert.com
mark.cheffo@dechert.com
docetaxelproductid@dechert.com
**Counsel for Defendants Hospira, Inc.;**
**and Hospira Worldwide, LLC,**
**f/k/a Hospira Worldwide, Inc.**

**SHAW COWART, L.L.P.**
_/s/  John P. Cowart_
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906
**Attorneys for Plaintiff**

**GREENBERG TRAURIG, LLP**
 _/s/_R. Clifton Merrell_____
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2100 / F: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com
**Attorneys for Sandoz Inc.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

/s/ Ethan L. Shaw
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

/s/ Ethan L. Shaw
ETHAN L. SHAW