UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) JUDGE MILAZZO |
| DINA MAZOR, *Plaintiff* | | MAG. JUDGE NORTH |
| vs. | | **Stipulation of Dismissal with Prejudice** |
| ACCORD HEALTHCARE, INC.; and McKESSON CORPORATION d/b/a McKESSON PACKAGING *Defendants* _____ | | Civil Action No.: 2:17-cv-13255 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

| | |
|---|---|
| **TUCKER ELLIS LLP** | **SHAW COWART, L.L.P.** |
| /s/ *Julie A. Callsen* | /s/ *Ethan L. Shaw* |
| Julie A. Callsen | ETHAN L. SHAW |
| Brandon D. Cox | Texas Bar No. 18140480 |
| 950 Main Avenue, Suite 1100 | elshaw@shawcowart.com |
| Cleveland, OH 44113-7213 | JOHN P. COWART |
| T: 216-592-5000 / F: 216-592-5009 | Texas Bar No. 04919500 |
| julie.callsen@tuckerellis.com | jcowart@shawcowart.com |
| brandon.cox@tuckerellis.com | 1609 Shoal Creek Blvd., Suite 100 |
| noproductid@tuckerellis.com | Austin, Texas 78701 |
| **Counsel for Defendant Accord Healthcare Inc.** | T: 512.499.8900 / F: 512.320.8906 |
| | ***Attorneys for Plaintiff*** |

**MORRISON & FOERSTER LLP**
 /s/ *Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
T: 858.720.5100 / F: 858.720.5125
ebosman@mofo.com
juliepark@mofo.com
noproductid@mofo.com
*Counsel for Defendant McKesson*
*Corporation d/b/a McKesson*
*Packaging Service*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW