UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| SHELIA CURRY *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* _____ | : : : | Civil Action No.: 2:17-cv-16338 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

| | |
|---|---|
| **SHOOK, HARDY & BACON, L.L.P.** */s/ Kelly Bieri* Harley V. Ratliff Kelly Bieri 2555 Grand Boulevard, Kansas City, MO 64108 T: 816-474-6550 / F: 816-421-5547 hratliff@shb.com kbieri@shb.com ***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*** | **SHAW COWART, L.L.P.** */s/ John P. Cowart* ETHAN L. SHAW Texas Bar No. 18140480 elshaw@shawcowart.com JOHN P. COWART Texas Bar No. 04919500 jcowart@shawcowart.com 1609 Shoal Creek Blvd., Suite 100 Austin, Texas 78701 T: 512.499.8900 / F: 512.320.8906 ***Attorneys for Plaintiff*** |

| | |
|---|---|
| **TUCKER ELLIS LLP**<br>/s/ *Julie A. Callsen*<br>Julie A. Callsen<br>Brandon D. Cox<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>T: 216-592-5000 / F: 216-592-5009<br>julie.callsen@tuckerellis.com<br>brandon.cox@tuckerellis.com<br>noproductid@tuckerellis.com<br>***Counsel for Defendant Accord Healthcare Inc.*** | **HINSHAW & CULBERTSON LLP**<br>/s/ *Geoffrey M. Coan*<br>Geoffrey M. Coan<br>Kathleen E. Kelly<br>53 State Street, 27th Floor<br>Boston, MA 02109<br>Telephone: 617-213-7000<br>Facsimile: 617-213-7001<br>gcoan@hinshawlaw.com<br>kekelly@hinshawlaw.com<br>docenoprodid@hinshawlaw.com<br>***Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*** |
| **GREENBERG TRAURIG, LLP**<br>/s/ *R. Clifton Merrell*<br>R. Clifton Merrell<br>Evan Holden<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>T: 678-553-2100 / F: 678-553-2100<br>merrellc@gtlaw.com<br>holdene@gtlaw.com<br>Sandoz-Taxotere-ProdID@gtlaw.com<br>***Attorneys for Sandoz Inc.*** | **DECHERT LLP**<br>/s/ *Mara Cusker Gonzalez*<br>Mara Cusker Gonzalez<br>Mark Cheffo<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>MaraCusker.Gonzalez@dechert.com<br>mark.cheffo@dechert.com<br>docetaxelproductid@dechert.com<br>***Counsel for Defendants Hospira, Inc.; Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc.; and Pfizer Inc.*** |
| **MORRISON & FOERSTER LLP**<br>/s/ *Erin M. Bosman*<br>Erin M. Bosman<br>Julie Y. Park<br>12531 High Bluff Dr.<br>San Diego, CA 92130-2040<br>T: 858.720.5100 / F: 858.720.5125<br>ebosman@mofo.com<br>juliepark@mofo.com<br>noproductid@mofo.com<br>***Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*** | **ULMER & BERNE LLP**<br>/s/ *Michael J. Suffern*<br>Michael J. Suffern<br>Kimberly L. Beck<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: 513-698-5064<br>Facsimile: 513-698-5065<br>msuffern@ulmer.com<br>kbeck@ulmer.com<br>***Counsel for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW