UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| JACCI DEAL *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* _____ | : : : | Civil Action No.: 2:17-cv-15709 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

<table>
<tr><td>

**SHOOK, HARDY & BACON, L.L.P.**
*/s/  Kelly Bieri*
Harley V. Ratliff
Kelly Bieri
2555 Grand Boulevard,
Kansas City, MO 64108
T: 816-474-6550 / F: 816-421-5547
hratliff@shb.com
kbieri@shb.com
**Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.**

</td><td>

**SHAW COWART, L.L.P.**
*/s/  John P. Cowart*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906
Perry W. Neichoy
PERRY W. NEICHOY, P.C.
Texas Bar No. 14865590
perry@pwn-mediate.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 409.839.4545 / F: 512.320.8906
**Attorneys for Plaintiff**

</td></tr>
</table>

**TUCKER ELLIS LLP**
/s/ _Julie A. Callsen_
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: 216-592-5000 / F: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
noproductid@tuckerellis.com
***Counsel for Defendant Accord Healthcare Inc.***

**HINSHAW & CULBERTSON LLP**
/s/ _Geoffrey M. Coan_
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com
***Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.***

**GREENBERG TRAURIG, LLP**
/s/ _R. Clifton Merrell_
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2100 / F: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com
***Attorneys for Sandoz Inc.***

**DECHERT LLP**
/s/ _Mara Cusker Gonzalez_
Mara Cusker Gonzalez
Mark Cheffo
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
MaraCusker.Gonzalez@dechert.com
mark.cheffo@dechert.com
docetaxelproductid@dechert.com
***Counsel for Defendants Hospira, Inc.; and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc.***

**MORRISON & FOERSTER LLP**
/s/ _Erin M. Bosman_
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
T: 858.720.5100 / F: 858.720.5125
ebosman@mofo.com
juliepark@mofo.com
noproductid@mofo.com
***Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service***

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW