UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| MARGARET OWENS, *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; and SANDOZ INC., *Defendants* _____ | : : : : : : | Civil Action No.: 2:17-cv-14494 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

| | |
|---|---|
| **DECHERT LLP** | **SHAW COWART, L.L.P.** |
| /s/ *Mara Cusker Gonzalez* | /s/ *Ethan L. Shaw* |
| Mara Cusker Gonzalez | ETHAN L. SHAW |
| Mark Cheffo | Texas Bar No. 18140480 |
| Three Bryant Park | elshaw@shawcowart.com |
| 1095 Avenue of the Americas | JOHN P. COWART |
| New York, NY 10036-6797 | Texas Bar No. 04919500 |
| MaraCusker.Gonzalez@dechert.com | jcowart@shawcowart.com |
| mark.cheffo@dechert.com | 1609 Shoal Creek Blvd., Suite 100 |
| docetaxelproductid@dechert.com | Austin, Texas 78701 |
| *Counsel for Defendants Hospira, Inc.;* | T: 512.499.8900 / F: 512.320.8906 |
| *and Hospira Worldwide, LLC,* | *Attorneys for Plaintiff* |
| *f/k/a Hospira Worldwide, Inc.* | |

**GREENBERG TRAURIG, LLP**
 /s/ *R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2100 / F: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com
***Attorneys for Sandoz Inc.***

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW