UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| TAMISHA GORDON, *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal without Prejudice** |
| SANDOZ INC. *Defendants* _____ | : : : : | Civil Action No.: 2:17-cv-11800 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Tamisha Gordon be voluntarily dismissed against each named Defendant in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear their own costs. This Dismissal is to resolve a duplicate filing; Ms. Gordon's claims will remain active in Case Number 2:17-cv-14348, filed in MDL 2740 on December 4, 2017.

Dated: September 26, 2018

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** /s/ R. Clifton Merrell R. Clifton Merrell Evan Holden Terminus 200 3333 Piedmont Road NE, Suite 2500 Atlanta, GA 30305 T: 678-553-2100 / F: 678-553-2100 merrellc@gtlaw.com holdene@gtlaw.com Sandoz-Taxotere-ProdID@gtlaw.com ***Attorneys for Sandoz Inc.*** | **SHAW COWART, L.L.P.** /s/ John P. Cowart ETHAN L. SHAW Texas Bar No. 18140480 elshaw@shawcowart.com JOHN P. COWART Texas Bar No. 04919500 jcowart@shawcowart.com 1609 Shoal Creek Blvd., Suite 100 Austin, Texas 78701 T: 512.499.8900 / F: 512.320.8906 ***Attorneys for Plaintiff*** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendant was contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendant consents to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW