UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| LORRAINE HARRY | : | |
| *Plaintiff* | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | Civil Action No.: 2:17-cv-16307 |
| *Defendants* | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

| | |
|---|---|
| **SHOOK, HARDY & BACON, L.L.P.** | **SHAW COWART, L.L.P.** |
| */s/  Kelly Bieri* | */s/  John P. Cowart* |
| Harley V. Ratliff | ETHAN L. SHAW |
| Kelly Bieri | Texas Bar No. 18140480 |
| 2555 Grand Boulevard, | elshaw@shawcowart.com |
| Kansas City, MO 64108 | JOHN P. COWART |
| T: 816-474-6550 / F: 816-421-5547 | Texas Bar No. 04919500 |
| hratliff@shb.com | jcowart@shawcowart.com |
| kbieri@shb.com | 1609 Shoal Creek Blvd., Suite 100 |
| ***Counsel for Defendants Sanofi-Aventis*** | Austin, Texas 78701 |
| ***U.S. LLC and Sanofi U.S. Services Inc.*** | T: 512.499.8900 / F: 512.320.8906 |
| | ***Attorneys for Plaintiff*** |

**TUCKER ELLIS LLP**
 /s/ _Julie A. Callsen_____
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: 216-592-5000 / F: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
noproductid@tuckerellis.com
*Counsel for Defendant Accord
Healthcare Inc.*

**GREENBERG TRAURIG, LLP**
 /s/ _R. Clifton Merrell_____
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2100 / F: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com
*Attorneys for Sandoz Inc.*

**MORRISON & FOERSTER LLP**
 /s/ _Erin M. Bosman_____
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
T: 858.720.5100 / F: 858.720.5125
ebosman@mofo.com
juliepark@mofo.com
noproductid@mofo.com
*Counsel for Defendant McKesson
Corporation d/b/a
McKesson Packaging Service*

**HINSHAW & CULBERTSON LLP**
 /s/ _Geoffrey M. Coan_____
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun
Pharmaceuticals Industries, Inc.
f/k/a Caraco Laboratories, Ltd.*

**DECHERT LLP**
 /s/ _Mara Cusker Gonzalez_____
Mara Cusker Gonzalez
Mark Cheffo
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
MaraCusker.Gonzalez@dechert.com
mark.cheffo@dechert.com
docetaxelproductid@dechert.com
*Counsel for Defendant Pfizer Inc.*

**ULMER & BERNE LLP**
 /s/ _Michael J. Suffern_____
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendants Actavis
Pharma, Inc. and Actavis LLC
f/k/a Actavis Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW