UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE MILAZZO |
| ANNETTE WYNNE | | |
| *Plaintiff* | | MAG. JUDGE NORTH |
| vs. | | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* | | Civil Action No.: 2:17-cv-16554 |
| _____ | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

| | |
|---|---|
| **SHOOK, HARDY & BACON, L.L.P.** | **SHAW COWART, L.L.P.** |
| */s/ Kelly Bieri* | */s/ Ethan L. Shaw* |
| Harley V. Ratliff | ETHAN L. SHAW |
| Kelly Bieri | Texas Bar No. 18140480 |
| 2555 Grand Boulevard, | elshaw@shawcowart.com |
| Kansas City, MO 64108 | JOHN P. COWART |
| T: 816-474-6550 / F: 816-421-5547 | Texas Bar No. 04919500 |
| hratliff@shb.com | jcowart@shawcowart.com |
| kbieri@shb.com | 1609 Shoal Creek Blvd., Suite 100 |
| ***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*** | Austin, Texas 78701 |
| | T: 512.499.8900 / F: 512.320.8906 |
| | ***Attorneys for Plaintiff*** |

| | |
|---|---|
| **TUCKER ELLIS LLP** | **HINSHAW & CULBERTSON LLP** |
| /s/ *Julie A. Callsen* | /s/ *Geoffrey M. Coan* |
| Julie A. Callsen | Geoffrey M. Coan |
| Brandon D. Cox | Kathleen E. Kelly |
| 950 Main Avenue, Suite 1100 | 53 State Street, 27th Floor |
| Cleveland, OH 44113-7213 | Boston, MA 02109 |
| T: 216-592-5000 / F: 216-592-5009 | Telephone: 617-213-7000 |
| julie.callsen@tuckerellis.com | Facsimile: 617-213-7001 |
| brandon.cox@tuckerellis.com | gcoan@hinshawlaw.com |
| noproductid@tuckerellis.com | kekelly@hinshawlaw.com |
| | docenoprodid@hinshawlaw.com |
| ***Counsel for Defendant Accord Healthcare Inc.*** | ***Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*** |
| **GREENBERG TRAURIG, LLP** | **DECHERT LLP** |
| /s/ *R. Clifton Merrell* | /s/ *Mara Cusker Gonzalez* |
| R. Clifton Merrell | Mara Cusker Gonzalez |
| Evan Holden | Mark Cheffo |
| Terminus 200 | Three Bryant Park |
| 3333 Piedmont Road NE, Suite 2500 | 1095 Avenue of the Americas |
| Atlanta, GA 30305 | New York, NY 10036-6797 |
| T: 678-553-2100 / F: 678-553-2100 | MaraCusker.Gonzalez@dechert.com |
| merrellc@gtlaw.com | mark.cheffo@dechert.com |
| holdene@gtlaw.com | docetaxelproductid@dechert.com |
| Sandoz-Taxotere-ProdID@gtlaw.com | ***Counsel for Defendants Hospira, Inc.; Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc.; and Pfizer Inc***. |
| ***Attorneys for Sandoz Inc.*** | |
| **MORRISON & FOERSTER LLP** | **ULMER & BERNE LLP** |
| /s/ *Erin M. Bosman* | /s/ *Michael J. Suffern* |
| Erin M. Bosman | Michael J. Suffern |
| Julie Y. Park | Kimberly L. Beck |
| 12531 High Bluff Dr. | 600 Vine Street, Suite 2800 |
| San Diego, CA 92130-2040 | Cincinnati, OH 45202 |
| T: 858.720.5100 / F: 858.720.5125 | Telephone: 513-698-5064 |
| ebosman@mofo.com | Facsimile: 513-698-5065 |
| juliepark@mofo.com | msuffern@ulmer.com |
| noproductid@mofo.com | kbeck@ulmer.com |
| ***Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*** | ***Counsel for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW