UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| BEA YOUNG-SMITH, *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANDOZ INC. *Defendant* _____ | : : : : | Civil Action No.: 2:17-cv-11262 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: September 26, 2018

| | |
|---|---|
| **GREENBERG TAURIG, LLP** /s/ R. Clifton Merrell R. Clifton Merrell Evan Holden Terminus 200 3333 Piedmont Road NE, Suite 2500 Atlanta, GA 30305 T: 678-553-2100 / F: 678-553-2100 merrellc@gtlaw.com holdene@gtlaw.com Sandoz-Taxotere-ProdID@gtlaw.com ***Attorneys for Sandoz Inc.*** | **SHAW COWART, L.L.P.** /s/ Ethan L. Shaw ETHAN L. SHAW Texas Bar No. 18140480 elshaw@shawcowart.com JOHN P. COWART Texas Bar No. 04919500 jcowart@shawcowart.com 1609 Shoal Creek Blvd., Suite 100 Austin, Texas 78701 T: 512.499.8900 / F: 512.320.8906 ***Attorneys for Plaintiff*** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 20, 2018, counsel for named and served Defendant was contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendant consents to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW