UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § § § § § § § § § | MDL NO. 2740 SECTION "N"(5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH STIPULATION OF DISMISSAL WITH PREJUDICE |
| THIS DOCUMENT RELATES TO: | |
| SUSIE MAE BROWN v. SANOFI US SERVICES INC., ET AL. Civil Action No.: 2:17-cv-15267 | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Susie Mae Brown hereby dismisses all claims against all Defendants, only in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated this 26th day of September, 2018

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
Michelle L. Kranz (OH 0062479)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
         michelle@toledolaw.com
*Attorneys for Plaintiffs*

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Attorneys for Sanofi U.S. Services Inc. and Winthrop U.S.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court this 26th day of September, 2018 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Carasusana B. Wall
Carasusana B. Wall