UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| FLOSSIE MILLER v. SANOFI-AVENTIS U.S. LLC, ET AL. | MAG. JUDGE MICHAEL NORTH |
| Civil Action No.: 2:17-cv-13478 | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Flossie Miller hereby dismisses all claims against all Defendants, only in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own costs.

Dated this 26th day of September, 2018

| | |
|---|---|
| /s/ Carasusana B. Wall | /s/ Kelly Bieri |
| Carasusana B. Wall (OH 0090234) | Kelly Bieri |
| Michelle L. Kranz (OH 0062479) | Harley V. Ratliff |
| ZOLL & KRANZ, LLC | SHOOK, HARDY& BACON L.L.P. |
| 6620 W. Central Avenue, Suite 100 | 2555 Grand Boulevard |
| Toledo, OH 43617 | Kansas City, MO 64108 |
| Tel. (419) 841-9623 | Telephone: 816-474-6550 |
| Fax: (419) 841-9719 | Facsimile: 816-421-5547 |
| Email: cara@toledolaw.com | noproductid@shb.com |
| michelle@toledolaw.com | *Attorneys for Sanofi U.S. Services Inc. and Winthrop U.S.* |
| *Attorneys for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court this 26th day of September, 2018 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Carasusana B. Wall
Carasusana B. Wall