UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO |
| CLAUDIA ROSS | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-14518 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 27th day of September, 2018.   **BROWN & CROUPPEN, P.C.**

*/s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com
*Attorney for Plaintiff.*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
Email: merrellc@gtlaw.com; holdene@gtlaw.com
*Attorneys for Sandoz, Inc.*

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimile:  216-592-5009
Email: julie.callsen@tuckerellis.com
          brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**

*/s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
Email: ebosman@mofo.com; juliepark@mofo.com
*Attorneys   for   McKesson   Corporation   d/b/a
       McKesson Packaging Services*


**DECHERT LLP**

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez

Lavinia Denniston
1095 6th Avenue
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
Email: mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com
lavinia.denniston@dechert.com
*Attorneys for Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
Email: gcoan@hinshawlaw.com;
kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 27, 2018

/s/  Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com