## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC, AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Christina Metzger et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-11084 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated this 27th day of September, 2018**

                                                  **LOWE LAW GROUP**
                                                  By:  */s/ T. Aaron Stringer*
                                                  T. Aaron Stringer
                                                  6028 S. Ridgeline Dr., Ste. 200
                                                  Ogden, UT 84405
                                                  Telephone: (385) 298-0175
                                                  Facsimile: (801) 656-0997
                                                  Email: aaron@lowelawgroup.com
                                                  *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: September 27, 2018      <u>/s/ T. Aaron Stringer</u>