**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:          HON. JUDGE JANE T. MILAZZO
*Virginia Atkins vs. Sanofi US Services Inc. et al.*
Case No. 2:16-cv-17953

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to

Defendants that they have served the attached subpoena commanding the production of

documents, information, or objects upon Erlanger Health Services.

Respectfully submitted this the 26th day of September, 2018.

                                      GOMEZ TRIAL ATTORNEYS

                                    */s/Lindsay R. Stevens*
                                   John H. Gomez (CA Bar # 171485) T.A.
                                   Ahmed S. Diab (CA Bar # 262319)
                                   Lindsay R. Stevens (CA Bar # 256811)
                                   655 West Broadway, Suite 1700
                                   San Diego, California 92101
                                   Telephone: (619) 237-3490
                                   Facsimile: (619) 237-3496
                                   *john@thegomezfirm.com*
                                   *adiab@thegomezfirm.com*
                                   *lstevens@thegomezfirm.com*

                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of

Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the

following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
502b2liaison@chaffe.com

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
noproducid@shb.com

Mara Cusker Gonzalez
Sarah Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
docetaxelproductid@dechert.com

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
noproductid@tuckerellis.com

3

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW& CULBERTSON LLP
28 Sate Street
Boston, MA 02109
docenoprodid@hinshawlaw.com


Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
noproductid@mofo.com

1