## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:                      HON. JUDGE JANE T. MILAZZO
*Doris Bethea vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-10796

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to

Defendants that they have served the attached subpoena commanding the production of

documents, information, or objects upon St. Francis Medical Center.

Respectfully submitted this the 27th day of September, 2018.


                                    GOMEZ TRIAL ATTORNEYS


                                    */s/Lindsay R. Stevens*
                                    John H. Gomez (CA Bar # 171485) T.A.
                                    Ahmed S. Diab (CA Bar # 262319)
                                    Lindsay R. Stevens (CA Bar # 256811)
                                    655 West Broadway, Suite 1700
                                    San Diego, California 92101
                                    Telephone: (619) 237-3490
                                    Facsimile: (619) 237-3496
                                    *john@thegomezfirm.com*
                                    *adiab@thegomezfirm.com*
                                    *lstevens@thegomezfirm.com*

                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
*dmoore@irwinllc.com*

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
*502b2liaison@chaffe.com*

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
noproducid@shb.com

Mara Cusker Gonzalez
Sarah Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
docetaxelproductid@dechert.com

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW& CULBERTSON LLP
28 Sate Street
Boston, MA 02109
docenoprodid@hinshawlaw.com