BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JUDGE JANE T. MILAZZO |
| *Jessica Bogues vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13685 | |

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Holy Cross Hospital – Michael and Dianne Bienes Comprehensive Cancer Center.

Respectfully submitted this the 27th day of September, 2018.

                                                            GOMEZ TRIAL ATTORNEYS

                                                            /s/Lindsay R. Stevens
                                                            John H. Gomez (CA Bar # 171485) T.A.
                                                            Ahmed S. Diab (CA Bar # 262319)
                                                            Lindsay R. Stevens (CA Bar # 256811)
                                                            655 West Broadway, Suite 1700
                                                            San Diego, California 92101
                                                            Telephone: (619) 237-3490
                                                            Facsimile: (619) 237-3496
                                                            *john@thegomezfirm.com*
                                                            *adiab@thegomezfirm.com*
                                                            *lstevens@thegomezfirm.com*

                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
502b2liaison@chaffe.com

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
noproducid@shb.com

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-Taxotere-ProdID@gtlaw.com

Mara Cusker Gonzalez
Sarah Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
docetaxelproductid@dechert.com


Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW& CULBERTSON LLP
28 Sate Street
Boston, MA 02109
docenoprodid@hinshawlaw.com

1