BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Nora Butler vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13688

HON. JUDGE JANE T. MILAZZO

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Moses Cone Memorial Hospital.

Respectfully submitted this the 27th day of September, 2018.

GOMEZ TRIAL ATTORNEYS

/s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
*dmoore@irwinllc.com*

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
*502b2liaison@chaffe.com*

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
*noproducid@shb.com*

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
*noproductid@tuckerellis.com*

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
*Sandoz-Taxotere-ProdID@gtlaw.com*

3

        Mara Cusker Gonzalez
        Sarah Roitman
        DECHERT LLP
        Three Bryant Park
        1095 Avenue of the Americas
        New York, New York 10036-6797
        docetaxelproductid@dechert.com


        Geoffrey M. Coan
        Kathleen E. Kelly
        HINSHAW& CULBERTSON LLP
        28 Sate Street
        Boston, MA 02109
        docenoprodid@hinshawlaw.com