**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:                       HON. JUDGE JANE T. MILAZZO
*Gail Dilworth vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13691

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to

Defendants that they have served the attached subpoena commanding the production of

documents, information, or objects upon Sparrow Cancer Center.

Respectfully submitted this the 27th day of September, 2018.

                          GOMEZ TRIAL ATTORNEYS

                           */s/Lindsay R. Stevens*
                          John H. Gomez (CA Bar # 171485) T.A.
                          Ahmed S. Diab (CA Bar # 262319)
                          Lindsay R. Stevens (CA Bar # 256811)
                          655 West Broadway, Suite 1700
                          San Diego, California 92101
                          Telephone: (619) 237-3490
                          Facsimile: (619) 237-3496
                          *john@thegomezfirm.com*
                          *adiab@thegomezfirm.com*
                          *lstevens@thegomezfirm.com*

                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
*dmoore@irwinllc.com*

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
*502b2liaison@chaffe.com*

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
*noproducid@shb.com*

Mara Cusker Gonzalez Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
*docetaxelproductid@dechert.com*

GeoffreyM. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
*docenoprodid@hinshawlaw.com*

Erin M. Bosman Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
*noproductid@mofo.com*

2