BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:  HON. JUDGE JANE T. MILAZZO
*Angela Gresham vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13700

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon University of Cincinnati Barrett Center.

Respectfully submitted this the 27th day of September, 2018.

GOMEZ TRIAL ATTORNEYS

/s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

        Douglas J. Moore
        IRWIN FRITCHIE URQUHART & MOORE
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        dmoore@irwinllc.com

        John F. Olinde
        CHAFFE MCCALL, LLP
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163
        502b2liaison@chaffe.com

        Chris Kaufman
        SHOOK, HARDY& BACON L.L.P.
        2555 Grand Boulevard,
        Kansas City, MO 64108
        noproducid@shb.com

        R. Clifton Merrell
        Evan Holden
        GREENBERG TRAURIG, LLP
        Terminus 200
        3333 Piedmont Road NE, Suite 2500
        Atlanta, GA 30305
        Sandoz-Taxotere-ProdID@gtlaw.com

        Mara Cusker Gonzalez Sara Roitman
        DECHERT LLP
        Three Bryant Park
        1095 Avenue of the Americas
        New York, NY 10036
        docetaxelproductid@dechert.com

3

GeoffreyM. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
docenoprodid@hinshawlaw.com


Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
noproductid@mofo.com


Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
kbeck@ulmer.com