BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:      HON. JUDGE JANE T. MILAZZO
*Joanne Hamm vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13773

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Texas Oncology.

Respectfully submitted this the 27th day of September, 2018.

                                         GOMEZ TRIAL ATTORNEYS

                                         /s/Lindsay R. Stevens
                                         John H. Gomez (CA Bar # 171485) T.A.
                                         Ahmed S. Diab (CA Bar # 262319)
                                         Lindsay R. Stevens (CA Bar # 256811)
                                         655 West Broadway, Suite 1700
                                         San Diego, California 92101
                                         Telephone: (619) 237-3490
                                         Facsimile: (619) 237-3496
                                         *john@thegomezfirm.com*
                                         *adiab@thegomezfirm.com*
                                         *lstevens@thegomezfirm.com*

                                         *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

    Douglas J. Moore
    IRWIN FRITCHIE URQUHART & MOORE
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    dmoore@irwinllc.com


    John F. Olinde
    CHAFFE MCCALL, LLP
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163
    502b2liaison@chaffe.com


    Chris Kaufman
    SHOOK, HARDY& BACON L.L.P.
    2555 Grand Boulevard,
    Kansas City, MO 64108
    noproducid@shb.com


    R. Clifton Merrell
    Evan Holden
    GREENBERG TRAURIG, LLP
    Terminus 200
    3333 Piedmont Road NE, Suite 2500
    Atlanta, GA 30305
    Sandoz-Taxotere-ProdID@gtlaw.com

    Julie A. Callsen
    Brandon D. Cox
    TUCKER ELLIS LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    noproductid@tuckerellis.com

3

        Mara Cusker Gonzalez Sara Roitman
        DECHERT LLP
        Three Bryant Park
        1095 Avenue of the Americas
        New York, NY 10036
        docetaxelproductid@dechert.com

        GeoffreyM. Coan
        Kathleen E. Kelly
        HINSHAW & CULBERTSON LLP
        53 State Street, 27th Floor
        Boston, MA 02109
        docenoprodid@hinshawlaw.com

        Kimberly L. Beck
        ULMER & BERNE LLP
        600 Vine Street, Suite 2800
        kbeck@ulmer.com