BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:　　　　　　　　HON. JUDGE JANE T. MILAZZO
*Yulonda O'Neal vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13775

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that they have served the attached subpoena commanding the production of documents, information, or objects upon Virginia Oncology Associates.

Respectfully submitted this the 27th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS

　　　　　　　　　　　　　　　　　　　　 /s/Lindsay R. Stevens
　　　　　　　　　　　　　　　　　　　　John H. Gomez (CA Bar # 171485) T.A.
　　　　　　　　　　　　　　　　　　　　Ahmed S. Diab (CA Bar # 262319)
　　　　　　　　　　　　　　　　　　　　Lindsay R. Stevens (CA Bar # 256811)
　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1700
　　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　　Telephone: (619) 237-3490
　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 237-3496
　　　　　　　　　　　　　　　　　　　　*john@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*adiab@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*lstevens@thegomezfirm.com*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
502b2liaison@chaffe.com

Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
noproducid@shb.com

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Sandoz-Taxotere-ProdID@gtlaw.com

Mara Cusker Gonzalez Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
docetaxelproductid@dechert.com

GeoffreyM. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
docenoprodid@hinshawlaw.com