**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                 SECTION "H" (5)

THIS DOCUMENT RELATES TO:                        HON. JUDGE JANE T. MILAZZO
*Abigail Sandler vs. Sanofi US Services Inc. et al.*
Case No. 2:16-cv-15507

## NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to

Defendants that they have served the attached subpoena commanding the production of

documents, information, or objects upon c-Care.

Respectfully submitted this the 27th day of September, 2018.

                                   GOMEZ TRIAL ATTORNEYS


                                    /s/Lindsay R. Stevens
                                   John H. Gomez (CA Bar # 171485) T.A.
                                   Ahmed S. Diab (CA Bar # 262319)
                                   Lindsay R. Stevens (CA Bar # 256811)
                                   655 West Broadway, Suite 1700
                                   San Diego, California 92101
                                   Telephone: (619) 237-3490
                                   Facsimile: (619) 237-3496
                                   *john@thegomezfirm.com*
                                   *adiab@thegomezfirm.com*
                                   *lstevens@thegomezfirm.com*

                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing Notice of Service of

Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the

following:

Douglas J. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com


John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
502b2liaison@chaffe.com


Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
noproducid@shb.com


Mara Cusker Gonzalez Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
docetaxelproductid@dechert.com


GeoffreyM. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
docenoprodid@hinshawlaw.com

1