UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Linda Crook,  Plaintiff, | : : : | |
| vs. | : : | |
| Accord Healthcare, Inc.; Actavis Pharma Inc., and Actavis LLC f/k/a Actavis Inc.,  Defendants. | : : : : : | |
| Civil Case No.: 2:17-cv-13542 | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Linda Crook, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on November 28, 2017, (*Linda Crook v. Accord Healthcare, Inc.; Actavis Pharma Inc., and Actavis LLC f/k/a Actavis Inc., (Case No.* 2:17-cv-13542) and, Plaintiff served Defendants pursuant to PTO 9. Plaintiff learned that she was also given docetaxel manufactured by defendant Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S.. Thus, Plaintiff's proposed amendment would reflect this change by adding Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S. as an additional defendant.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 28th day of September, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September  28, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson