**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On September 27, 2018, the Court held a status conference with liaison counsel and lead counsel. The parties updated the Court on the status of the case. The Court set the next status conference with liaison counsel and lead counsel for Thursday, November 15, 2018, at 8:30 a.m. A general status conference will follow at 10:00 a.m. The Court also set a status conference with liaison counsel and lead counsel for Wednesday, December 19, 2018, at 9:00 a.m. No general status conference will follow this conference.

(JS-10:01:00)