MINUTE ENTRY
MILAZZO, J.
September 27, 2018

JS-10: 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**　　　　　　**MDL NO. 16-2740**
**PRODUCTS LIABILITY LITIGATION**

　　　　　　　　　　　　　　　　　　　　　　**SEC. "H"(5)**

### MINUTE ENTRY

On September 27, 2018, the Court held a general status conference.  The attendee sign-in sheet is attached.

　　　　Court Reporter:　　Karen Ibos

　　　　Law Clerk:　　　　Samantha Schott