UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

**September 27, 2018 10:00am Status Conference/Show Cause Hrg**
PLEASE PRINT

| Name | Party you represent |
|---|---|
| M. PALMER LAMBERT | π's Co-Liaison |
| DAWN M. BARRIOS | π's Co-Liaison |
| KAREN B. MENZIES | π's Co-Lead |
| CHRISTOPHER L. COFFIN | π's Co-Lead |
| Jon Strongman | Δ Sanofi |
| MICHAEL SUFFERN | Δs Actavis & Sagent |
| John Olinde | 505b2 Liaison Counsel |
| Mara Cusker Gonzalez | Hospira Defendants and Pfizer |
| Geoffrey Coan | Sun Pharmaceutical |
| VAL P. EXNICIOS | π's |
| Evan Holden | Δ Sandoz |
| Douglas Moore | DLC Sanofi |
| Abby McClellan | Stueve Siegel Hanson |
| Dan Markoff | π's |
| Lauren Godshall | π |
| Betsy Barnes | π |
| Morris Bart | π |

| Name | Affiliation |
|---|---|
| Julie Callsen | Def. Accord |
| Rand Nolen | π PSC |
| Ryan Perdue | H5 |
| Harley B. | Sanofi |
| Alexander Munser | π PSC |
| Larry Centola | π PSC |
| Jessica Perez Reynolds | π |
| Grmly Jeffully | PSC |
| Eric Newell | π |
| Kelly Brilleaux | Δ liaison - Sanofi |
| Debbie Rouen | Δ Sandoz |
| Kyle Bachus | π PEC |
| Dave Micelli | π (via phone) |
| Jaren Schonsd | π |
| Christopher Elliott | π |
| Rachel Shkolnik | π |