UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION<br><br>_____<br>FONDA RAYBUCK,<br><br>   Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>   Defendants.<br>-------------------------------------------------------- | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**Stipulation of Dismissal with Prejudice**<br><br>Civil Action No.: 2:17-cv-09876 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 1st day of October, 2018.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C**.
By: /s/Amy Collignon Gunn
  John G. Simon
  Amy Collignon Gunn
  800 Market Street, Ste. 1700
  St. Louis, MO 63101
  Phone: 314-241-2929
  Fax: 314-241-2029
  jsimon@simonlawpc.com
  agunn@simonlawpc.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**
/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108

>Phone: 816-474-6550
>Fax: 816-421-5547
>kbieri@shb.com; hratliff@shb.com
>
>*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*
>
>**GREENBERG TRAURIG, LLP**
>By: /s/ R. Clifton Merrell
>>R. Clifton Merrell
>>Evan Holden
>>Terminus 200
>>3333 Piedmont Road NE, Suite 2500
>>Atlanta, GA 30305
>>Phone: 678-553-2100
>>holdene@gtlaw.com
>>merrellc@gtlaw.com
>
>*Attorneys for Defendant Sandoz, Inc.*
>
>**TUCKER ELLIS LLP**
>By: /s/ Julie A. Callsen
>>Julie A. Callsen
>>Brandon D. Cox
>>950 Main Avenue, Suite 1100
>>Cleveland, OH 44113-7213
>>Phone: 216-592-5000
>>Fax: 216-592-5009
>>Julie.callsen@tuckerellis.com
>>Brandon.cox@tuckerellis.com
>
>*Attorneys for Defendant Accord Healthcare, Inc.*
>
>**MORRISON & FOERSTER LLP**
>By: /s/ Erin M. Bosman
>>Erin M. Bosman
>>Julie Y. Park
>>12531 High Bluff Dr.
>>San Diego, CA 92130-2040
>>Phone: 858-720-5100
>>Fax: 858-720-5125
>>ebosman@mofo.com
>>juliepark@mofo.com
>
>*Attorneys for Defendant McKesson Corporation d/b/a McKesson Packaging Services*

**DECHERT LLP**
By: /s/ Mark Cheffo
    Mark Cheffo
    Mara Cusker Gonzalez
    Sara Roitman
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: 212-698-3814
    Fax: 212-698-3599
    mark.cheffo@dechert.com
    MaraCusker.Gonzalez@dechert.com
    sara.roitman@dechert.com

*Attorneys for Defendants Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.*

**HINSHAW & CULBERTSON LLP**
By: /s/ Geoffrey M. Coan
    Geoffrey M. Coan
    Kathleen E. Kelly
    53 State Street, 27th Floor
    Boston, MA 02109
    Phone: 617-213-7000
    Fax: 617-213-7001
    gcoan@hinshawlaw.com
    kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

**ULMER & BERNE LLP**
By: /s/ Michael J. Suffern
    Michael J. Suffern
    Jeffrey F. Peck
    Jeffrey R. Schaefer
    600 Vine St., Suite 2800
    Cincinnati, OH 45202
    msuffern@ulmer.com
    jpeck@ulmer.com
    jschaefer@ulmer.com

*Attorneys for Actavis Pharma, Inc.*