MINUTE ENTRY
MILAZZO, J.
September 27, 2018

JS-10: 02:45

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

                                                                                   SEC. "H"(5)

(Applies To:  All Cases Listed
on the Attached Call Docket)

## MINUTE ENTRY

On September 27, 2018, the Court held a Show Cause Hearing.  Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by telephone.

       Court Reporter:     Karen Ibos

       Law Clerk:           Samantha Schott

The following cases from the call docket are DISMISSED WITH PREJUDICE for reasons stated on the record:

- *17-17019*     *Brenda Smith*
- *17-12489*     *Natalie Brown*
- *17-17059*     *Pamela Levingston*
- *17-15374*     *Rebecca Sweeney*
- *17-16684*     *Romy Mancuso*
- *17-15680*     *Kimberly Felice*
- *16-15499*     *Shirley Hanes*
- *17-15418*     *Vickie Champion*
- *17-15045*     *Deanna Corbin*

- *17-7661*     *Arecia Nash*
- *17-6860*     *Connalita Stewart*
- *17-14615*    *Frances Dennis*
- *17-14604*    *Carol Thiesing*
- *16-17256*    *Pamela Hammond*
- *17-16525*    *Monique Kuhns*
- *17-13693*    *Janet Collier*
- *17-13991*    *Leslie Jones*
- *17-12785*    *Dolores Washington*
- *17-12759*    *Margaret Woods*
- *17-16764*    *Jacquelin Dixon*
- *17-16878*    *Ruthie Fleming*
- *17-15061*    *Louise Elem*
- *17-15173*    *Joyce Hodge*
- *17-6289*     *Carla Richards*
- *17-15452*    *Linda Borland*
- *17-15483*    *Sharen Coulter*
- *17-15750*    *Gayle R. Poole*
- *17-8958*     *Kasheena Porter*
- *17-15760*    *Beverly Calhoun*
- *17-16749*    *Joyce Davis*
- *17-16865*    *Martha Ferrill*
- *17-14883*    *Alicia Fowler*
- *17-16756*    *Judy Galarza*
- *17-16707*    *Anita Johnson*
- *17-16074*    *Marianne Sherman*
- *17-13031*    *Gladys Brown*
- *17-13820*    *Marilyn Collie*
- *16-17980*    *Marshell Cook*
- *16-16773*    *Tangela Lyles*
- *17-13956*    *Gwendolyn Redfield-Thomas*
- *17-16743*    *Mary D. Tyler*
- *17-5084*     *Bessie Walker*
- *17-11702*    *Theresa A. Benz*
- *17-9398*     *Judith M. Blackwell*
- *17-14327*    *Rica Dabney*
- *17-11040*    *Karla J. Ford*
- *17-9581*     *Linda M. Gogan*
- *17-9050*     *Theresa Griffin*
- *17-9579*     *Katharine M. Hegidio*
- *17-11977*    *Lara Hopewell*
- *17-13166*    *Sandra Jackson*
- *17-15558*    *Melissa Myers*
- *17-11876*    *Sherran M. Shaver*

- *17-8492*      *Tami Straub*
- *16-17499*     *Lynette Adams*
- *17-11802*     *Becky Barlcay*
- *17-8397*      *Maria Barrientes*
- *17-7920*      *Alice Beamon (Duplicate case 17-8229 pending)*
- *17-11459*     *Deborah Berry*
- *17-8908*      *Dorothy Boyd*
- *17-7799*      *Mary Bracy*
- *17-16817*     *Tracy Burton-Lewis*
- *17-16243*     *Lynne Cudnik*
- *17-10894*     *Michele Cullins*
- *17-10292*     *Raeann Cully*
- *17-10830*     *Deborah Duncan*
- *17-15551*     *Julia Epperson*
- *17-9927*      *Audree Fisher*
- *17-7118*      *Imogene Ford*
- *16-17226*     *Kapreshia Freeman*
- *17-9281*      *Theresa Fuller*
- *17-11444*     *Diane Gahagen (Duplicate case 17-12488 pending)*
- *17-7923*      *Robin Gardner*
- *17-5376*      *Holley Gibson*
- *17-11277*     *Linda Gilbert*
- *16-17170*     *Lacy Gillum*
- *17-9549*      *Kim Griffin*
- *17-8623*      *Kathryn Guthrie*
- *17-9160*      *Demelza Gutierrez*
- *16-17239*     *Charlesetta Harris*
- *17-8320*      *Lynne Herman*
- *17-16227*     *Deanna Holman*
- *17-15473*     *Tina Immel*
- *17-11831*     *Kathy Kubinski*
- *17-16054*     *Alisia Lane*
- *17-15970*     *Debbie Lay*
- *17-9156*      *Lectrice Lee*
- *17-15808*     *Gladys Leonard*
- *17-9551*      *Rebecca Lindbloom*
- *17-10538*     *Terrie Maldonado*
- *17-16183*     *Chandra Marsh*
- *17-11906*     *Laura McCall*
- *17-16201*     *Frances McKnight*
- *17-13713*     *Martha Miller*
- *17-11435*     *Pamela Montgomery*
- *17-11443*     *Darla Mosley*
- *17-9159*      *Inez Nelson*

- *17-9525       Lauren Newell*
- *17-12247      Chinecia Palmore*
- *17-8395       Lillie Perry*
- *17-10334      Linda Rider*
- *17-11825      Willie Robinson (Duplicate case 17-13485 pending)*
- *17-8319       Marie Sabatini*
- *17-15378      Mildred Schmelz*
- *17-8950       Theresa Seisan*
- *17-5530       Mary Seta*
- *17-8633       Carrie Stark*
- *17-16187      Tracie Sterling*
- *17-9930       Leslie Sutton*
- *17-8642       Linda Thomas*
- *17-15861      Mildred Thornton*
- *17-4682       Tracy Tucker*
- *17-11455      Latonya Vivians*
- *17-16028      Lora Wade*
- *17-12254      Kimberly Wilkening*
- *17-12266      Beverly Williams (Duplicate case 17-14561 pending)*
- *17-12249      Cherlynn Williams*
- *17-12268      Gretchen Williams*
- *17-8624       Ruby Williams*

The following case from the call docket is DISMISSED WITHOUT PREJUDICE for reasons stated on the record:

- *17-5275       Lashon Daniels*

Counsel are to submit to the Court a list of all other cases from the call docket that were left open and are subject to being re-urged at the next show cause hearing.

