| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 1 | Andrews Thornton Higgins Razmara LLP | Smith | Brenda | 2:17-cv-17019 | No PFS Submitted | 505 | |
| 2 | Dalimonte Rueb LLP | Gathings | Theresa | 2:17-cv-17021 | No PFS Submitted | 505 | |
| 3 | Langdon & Emison LLC (660) 259-6175 brett @lelaw.com | Brown | Natalie | 2:17-cv-12489 | No PFS Submitted | sanofi | |
| 4 | Meyers & Flowers, LLC (630) 232-6333 pjf@meyers-flowers.com | Levingston | Pamela | 2:17-cv-17059 | No PFS Submitted | sanofi | |
| 5 | Reeves & Mestayer (228) 374-5151 jrr@rmlawcall.com | Sweeney | Rebecca | 2:17-cv-15374 | No PFS Submitted | sanofi | |
| 6 | Scott, Vicknair, Hair & Checki, LLC (504) 684-5200 david@svhclaw.com | Natividad | Beulah | 2:17-cv-11899 | No PFS Submitted | sanofi | |
| 7 | SMWW Law (314) 480-5180 pharma@swmwlaw.com | Mancuso | Romy | 2:17-cv-16684 | No PFS Submitted | sanofi | |
| 8 | The Maher Law Firm | Felice | Kimberly | 2:17-cv-15680 | No PFS Submitted | 505 | |
| 9 | Davis & Crump, P. C. (228) 863-6000 trevorrockstad@daviscrump.com | Miller | Lagayle | 2:17-cv-03769 | Not Substantially Complete | 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 10 | Kirtland & Packard<br>(310) 536-1000<br>rr@kirtlandPackard.com | Hanes | Shirley | 2:16-cv-15499 | Not Substantially Complete | sanofi | |
| 11 | Simon Greenstone Panatier Bartlett, P.C.<br>(214) 276-7680<br>acarter@sgpblaw.com | Matthews | Rose | 2:17-cv-06623 | Not Substantially Complete | sanofi | |
| 12 | Watts Guerra Craft LLP | Rivers | Kimely | 2:17-cv-00862 | Not Substantially Complete | 505 | |
| 13 | Morris Bart, LLC<br>(504) 599-3234<br>bbarnes@morrisbart.com | Hartzog | Glorious | 2:16-cv-15400 | Not Substantially Complete | sanofi | |
| 14 | Jones Ward PLC<br>(502) 882-6000<br>alex@jonesward.com | Little | Evangeline | 2:16-cv-17022 | Not Substantially Complete | sanofi | |
| 15 | Atkins & Markoff<br>(405) 607-8757<br>bhanlon@atkinsandmarkoff.com | Pryor Lynch | Carolyn | 2:16-cv-17337 | Not Substantially Complete | sanofi | |
| 16 | Lowe Law Group<br>(801) 917-8500<br>aaron@lowelawgroup.com | Yeager | Sandra | 2:17-cv-09523 | Not Substantially Complete | sanofi | |
| 17 | Baron & Budd, P.C.<br>(214) 521-3605<br>sdaniel@baronbudd.com | Champion | Vickie | 2:17-cv-15418 | No PFS Submitted | 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 18 | Baron & Budd, P.C. (214) 521-3605 sdaniel@baronbudd.com | Corbin | Deanna | 2:17-cv-15045 | No PFS Submitted | sanofi and 505 | |
| 19 | Becnel Law Firm, LLC (985) 536-1186 jcrose@becnellaw.com | Nash | Arecia | 2:17-cv-07661 | No Response to Deficiency Notice | sanofi and 505 | |
| 20 | Becnel Law Firm, LLC (985) 536-1186 jcrose@becnellaw.com | Stewart | Connalita | 2:17-cv-06860 | Not Substantially Complete | sanofi | |
| 21 | Jackson Allen & Williams, LLP | Dennis | Frances | 2:17-cv-14615 | No PFS Submitted | 505 | |
| 22 | Jackson Allen & Williams, LLP | Thiesing | Carol | 2:17-cv-14604 | No PFS Submitted | 505 | |
| 23 | Johnson Becker (612) 436-1800 tbecker@johnsonbecker.com | Hammond | Pamela | 2:16-cv-17256 | Not Substantially Complete | sanofi | |
| 24 | Johnson Becker (612) 436-1800 tbecker@johnsonbecker.com | Roberts | Lonia | 2:17-cv-09843 | Not Substantially Complete | sanofi | |
| 25 | Maher Law Firm (407) 839-0866 jrfraxedas@maherlawfirm.com | Kuhns | Monique | 2:17-cv-16525 | No PFS Submitted | sanofi | |
| 26 | Maher Law Firm (407) 839-0866 jrfraxedas@maherlawfirm.com | McNeal | Opal | 2:16-cv-17919 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 27 | Marc J. Bern & Partners LLP (212) 702-5000 dhumphrey@bernllp.com | Collier | Janet | 2:17-cv-13693 | No PFS Submitted | sanofi and 505 | |
| 28 | Marc J. Bern & Partners LLP (212) 702-5000 dhumphrey@bernllp.com | Jones | Leslie | 2:17-cv-13991 | No PFS Submitted | sanofi and 505 | |
| 29 | McEwen Law Firm, Ltd. (651) 224-3833 thansen@mcewenlaw.com | Washington | Dolores | 2:17-cv-12785 | No PFS Submitted | sanofi and 505 | |
| 30 | McEwen Law Firm, Ltd. (651) 224-3833 thansen@mcewenlaw.com | Woods | Margaret | 2:17-cv-12759 | No PFS Submitted | 505 | |
| 31 | Meshbesher & Spence, Ltd. (612) 339-9121 hsternquist@meshbesher.com | Dixon | Jacquelin | 2:17-cv-16764 | No PFS Submitted | sanofi and 505 | |
| 32 | Meshbesher & Spence, Ltd. (612) 339-9121 hsternquist@meshbesher.com | Fleming | Ruthie | 2:17-cv-16878 | No PFS Submitted | 505 | |
| 33 | Niemeyer, Grebel & Kruse (314) 241-1919 niemeyer@ngklawfirm.com | Crum | Alma | 2:17-cv-09077 | Not Substantially Complete | sanofi | |
| 34 | Niemeyer, Grebel & Kruse (314) 241-1919 niemeyer@ngklawfirm.com | Godfrey | Annette | 2:17-cv-08787 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 35 | The Goss Law Firm (816) 336-1300 pgoss@goss-lawfirm.com | Elem | Louise | 2:17-cv-15061 | No PFS Submitted | sanofi and 505 | |
| 36 | The Goss Law Firm (816) 336-1300 pgoss@goss-lawfirm.com | Hodge | Joyce | 2:17-cv-15173 | No PFS Submitted | sanofi and 505 | |
| 37 | Bruno & Bruno, LLP (504) 525-1335 stephaniea@brunobrunolaw.com | Henderson | Pat | 2:17-cv-06257 | Not Substantially Complete | sanofi | |
| 38 | Bruno & Bruno, LLP (504) 525-1335 stephaniea@brunobrunolaw.com | Lackey | Carol | 2:17-cv-06286 | Not Substantially Complete | sanofi | |
| 39 | Bruno & Bruno, LLP (504) 525-1335 stephaniea@brunobrunolaw.com | Richards | Carla | 2:17-cv-06289 | Not Substantially Complete | sanofi | |
| 40 | Fernelius Simon PLLC (713) 654-1200 ryan.perdue@trialattorneytx.com | Baker | Vivian | 2:17-cv-09497 | Not Substantially Complete | sanofi | |
| 41 | Fernelius Simon PLLC (713) 654-1200 ryan.perdue@trialattorneytx.com | Peterson | Fred as PR of the Estate of Guyann Peterson | 2:17-cv-15930 | No PFS Submitted | sanofi and 505 | |
| 42 | Fernelius Simon PLLC (713) 654-1200 ryan.perdue@trialattorneytx.com | Reed | Briggitte | 2:16-cv-17843 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 43 | Finson Law Firm (520) 780-1506 lowell@finsonlawfirm.com | Borland | Linda | 2:17-cv-15452 | No PFS Submitted | sanofi and 505 | |
| 44 | Finson Law Firm (520) 780-1506 lowell@finsonlawfirm.com | Coulter | Sharen | 2:17-cv-15483 | No PFS Submitted | sanofi | |
| 45 | Finson Law Firm (520) 780-1506 lowell@finsonlawfirm.com | Poole | Gayle R. | 2:17-cv-15750 | No PFS Submitted | sanofi | |
| 46 | McGartland Law Firm, PLLC (817) 332-9300 mike@mcgartland.com | Jemmott | Sharon | 2:17-cv-06624 | Not Substantially Complete | sanofi | |
| 47 | McGartland Law Firm, PLLC (817) 332-9300 mike@mcgartland.com | Lancien | April | 2:17-cv-06707 | Not Substantially Complete | sanofi | |
| 48 | McGartland Law Firm, PLLC (817) 332-9300 mike@mcgartland.com | Porter | Kasheena | 2:17-cv-8958 | Not Substantially Complete | 505 | |
| 49 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Calhoun | Beverly | 2:17-cv-15760 | No PFS Submitted | sanofi | |
| 50 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Davis | Joyce | 2:17-cv-16749 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 51 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Ferrill | Martha | 2:17-cv-16865 | No PFS Submitted | sanofi | |
| 52 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Fowler | Alicia | 2:17-cv-14883 | No PFS Submitted | sanofi | |
| 53 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Galarza | Judy | 2:17-cv-16756 | No PFS Submitted | sanofi | |
| 54 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Johnson | Anita | 2:17-cv-16707 | No PFS Submitted | 505 | |
| 55 | Cutter Law PC (916) 290-9400 bcutter@cutterlaw.com; jdomer@cutterlaw.com | Sherman | Marianne | 2:17-cv-16074 | No PFS Submitted | sanofi and 505 | |
| 56 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Brown | Gladys | 2:17-cv-13031 | No PFS Submitted | sanofi and 505 | |
| 57 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Burns | Betty | 2:16-cv-16778 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 58 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Collie | Marilyn | 2:17-cv-13820 | No PFS Submitted | sanofi and 505 | |
| 59 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Cook | Marshell | 2:16-cv-17980 | Not Substantially Complete | sanofi and 505 | |
| 60 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Daniels | Lashon | 2:17-cv-05275 | No Response to Deficiency Notice; Not Substantially Complete | sanofi and 505 | |
| 61 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Lyles | Tangela | 2:16-cv-16773 | Not Substantially Complete | sanofi and 505 | |
| 62 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Redfield-Thomas | Gwendolyn | 2:17-cv-13956 | No PFS Submitted | sanofi | |
| 63 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Tyler | Mary D. | 2:17-cv-16743 | No PFS Submitted | 505 | |
| 64 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | Walker | Bessie | 2:17-cv-05084 | Not Substantially Complete | sanofi | |
| 65 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Baker | Robin | 2:16-cv-17060 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 66 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Benz | Theresa A. | 2:17-cv-11702 | No PFS Submitted | 505 | |
| 67 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Blackwell | Judith M. | 2:17-cv-09398 | No PFS Submitted | 505 | |
| 68 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Cherry | Pauline | 2:17-cv-08370 | Not Substantially Complete | sanofi | |
| 69 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Dabney | Rica | 2:17-cv-14327 | No PFS Submitted | sanofi | |
| 70 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Davis | Jacqueline | 2:17-cv-09058 | No Response to Deficiency Notice; Not Substantially Complete | sanofi | |
| 71 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Ford | Karla J. | 2:17-cv-11040 | No PFS Submitted | sanofi | |
| 72 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Furbee | Sylvia | 2:17-cv-08996 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 73 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Goeman | Cheryl | 2:17-cv-06970 | Not Substantially Complete | sanofi | |
| 74 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Gogan | Linda M. | 2:17-cv-09581 | No PFS Submitted | 505 | |
| 75 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Griffin | Theresa | 2:17-cv-09050 | No PFS Submitted | 505 | |
| 76 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Hegidio | Katharine M. | 2:17-cv-09579 | No PFS Submitted | 505 | |
| 77 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Hopewell | Lara | 2:17-cv-11977 | No PFS Submitted | sanofi | |
| 78 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Jackson | Delores | 2:17-cv-09355 | Not Substantially Complete | sanofi | |
| 79 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Jackson | Sandra | 2:17-cv-13166 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 80 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Jefferson Sargent | Sonya | 2:17-cv-08795 | Not Substantially Complete | sanofi | |
| 81 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Monroe Daubert | Freda | 2:17-cv-07575 | Not Substantially Complete | sanofi | |
| 82 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Myers | Melissa | 2:17-cv-15558 | No PFS Submitted | sanofi and 505 | |
| 83 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Shaver | Sherran M. | 2:17-cv-11876 | No PFS Submitted | sanofi | |
| 84 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | Straub | Tami | 2:17-cv-08492 | No PFS Submitted | sanofi | |
| 85 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Adams | Lynette | 2:16-cv-17499 | No PFS Submitted | 505 | |
| 86 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Andrade | Maria | 2:17-cv-16252 | No PFS Submitted | sanofi | |
| 87 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Baker | Melinda | 2:17-cv-12244 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 88 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Barlcay | Becky | 2:17-cv-11802 | No PFS Submitted | 505 | |
| 89 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Barrientes | Maria | 2:17-cv-08397 | No PFS Submitted | sanofi and 505 | |
| 90 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Beamon | Alice | 2:17-cv-07920 | No PFS Submitted | sanofi and 505 | |
| 91 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Bellmore | Annette | 2:17-cv-10105 | No PFS Submitted | 505 | |
| 92 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Berry | Deborah | 2:17-cv-11459 | No PFS Submitted | sanofi | |
| 93 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Bloomstrom | Kim | 2:17-cv-11905 | No PFS Submitted | sanofi | |
| 94 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Boyd | Dorothy | 2:17-cv-08908 | No PFS Submitted | 505 | |
| 95 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Bracy | Mary | 2:17-cv-07799 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 96 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Bromeling | Katherine | 2:17-cv-07801 | No PFS Submitted | sanofi and 505 | |
| 97 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Burton-Lewis | Tracy | 2:17-cv-16817 | No PFS Submitted | sanofi | |
| 98 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Butlers | Laddy | 2:16-cv-17946 | Not Substantially Complete | sanofi | |
| 99 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Carroll | Mary | 2:17-cv-10651 | No PFS Submitted | sanofi | |
| 100 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Carvajal | Mary | 2:17-cv-09537 | No PFS Submitted | 505 | |
| 101 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Coleman | Hattie | 2:17-cv-16250 | No PFS Submitted | sanofi | |
| 102 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Cook | Sheila | 2:17-cv-12265 | No PFS Submitted | sanofi | |
| 103 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Cudnik | Lynne | 2:17-cv-16243 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 104 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Cullins | Michele | 2:17-cv-10894 | No PFS Submitted | sanofi and 505 | |
| 105 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Cully | Raeann | 2:17-cv-10292 | No PFS Submitted | 505 | |
| 106 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Daniel | Kim | 2:17-cv-15572 | No PFS Submitted | sanofi and 505 | |
| 107 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Dawkins | Keshin | 2:17-cv-09164 | No PFS Submitted | 505 | |
| 108 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Drinnon | Katherine | 2:17-cv-16082 | No PFS Submitted | sanofi | |
| 109 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Duncan | Deborah | 2:17-cv-10830 | No PFS Submitted | sanofi | |
| 110 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Epperson | Julia | 2:17-cv-15551 | No PFS Submitted | sanofi | |
| 111 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Fisher | Audree | 2:17-cv-09927 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 112 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Flores | Amber | 2:17-cv-16220 | No PFS Submitted | sanofi | |
| 113 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Ford | Imogene | 2:17-cv-07118 | No PFS Submitted | sanofi | |
| 114 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Freeman | Kapreshia | 2:16-cv-17226 | No PFS Submitted | 505 | |
| 115 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Fuller | Theresa | 2:17-cv-09281 | No PFS Submitted | sanofi and 505 | |
| 116 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gahagen | Diane | 2:17-cv-11444 | No PFS Submitted | sanofi and 505 | |
| 117 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gardner | Robin | 2:17-cv-07923 | No PFS Submitted | sanofi and 505 | |
| 118 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Germany | Gwendolyn | 2:17-cv-10160 | No PFS Submitted | sanofi | |
| 119 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gibson | Holley | 2:17-cv-05376 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 120 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gilbert | Linda | 2:17-cv-11277 | No PFS Submitted | sanofi | |
| 121 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gillum | Lacy | 2:16-cv-17170 | No PFS Submitted | 505 | |
| 122 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Goodwin | Mary | 2:17-cv-11815 | No PFS Submitted | sanofi and 505 | |
| 123 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gray | Margarita | 2:17-cv-16247 | No PFS Submitted | 505 | |
| 124 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Green | Geraldine | 2:17-cv-08622 | Not Substantially Complete | sanofi | |
| 125 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Griffin | Kim | 2:17-cv-09549 | No PFS Submitted | sanofi | |
| 126 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Guthrie | Kathryn | 2:17-cv-08623 | No PFS Submitted | sanofi and 505 | |
| 127 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Gutierrez | Demelza | 2:17-cv-09160 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 128 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Guzman | Loraine | 2:17-cv-10332 | No PFS Submitted | sanofi | |
| 129 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Harris | Charlesetta | 2:16-cv-17239 | Not Substantially Complete | sanofi | |
| 130 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Harris | Debra (OH) | 2:17-cv-12251 | No PFS Submitted | sanofi | |
| 131 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Hart | Donna | 2:17-cv-11432 | No PFS Submitted | sanofi and 505 | |
| 132 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Hemmens | Amy | 2:17-cv-10537 | No PFS Submitted | sanofi | |
| 133 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Herman | Lynne | 2:17-cv-08320 | No PFS Submitted | sanofi | |
| 134 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Holman | Deanna | 2:17-cv-16227 | No PFS Submitted | sanofi and 505 | |
| 135 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Immel | Tina | 2:17-cv-15473 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 136 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Johnson | Beverly | 2:16-cv-17074 | Not Substantially Complete | sanofi | |
| 137 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Johnson | Mattie | 2:16-cv-15581 | Not Substantially Complete | sanofi | |
| 138 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Johnson | Tina | 2:17-cv-16205 | No PFS Submitted | sanofi and 505 | |
| 139 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Johnson-Walker | Gina | 2:17-cv-10336 | No PFS Submitted | sanofi | |
| 140 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Jones | Helen | 2:17-cv-16048 | No PFS Submitted | 505 | |
| 141 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Kubinski | Kathy | 2:17-cv-11831 | No PFS Submitted | sanofi | |
| 142 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Lane | Alisia | 2:17-cv-16054 | No PFS Submitted | sanofi | |
| 143 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Lay | Debbie | 2:17-cv-15970 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 144 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Lee | Lectrice | 2:17-cv-09156 | No PFS Submitted | 505 | |
| 145 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Leonard | Gladys | 2:17-cv-15808 | No PFS Submitted | sanofi | |
| 146 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Liggins | Mercury | 2:17-cv-15975 | No PFS Submitted | sanofi | |
| 147 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Lindbloom | Rebecca | 2:17-cv-09551 | No PFS Submitted | sanofi | |
| 148 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Lomineck | Kathie | 2:17-cv-09811 | No PFS Submitted | sanofi | |
| 149 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Luke | Sandra | 2:17-cv-09157 | No PFS Submitted | sanofi and 505 | |
| 150 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Maldonado | Terrie | 2:17-cv-10538 | No PFS Submitted | sanofi | |
| 151 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Marsh | Chandra | 2:17-cv-16183 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 152 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | McCall | Laura | 2:17-cv-11906 | No PFS Submitted | sanofi and 505 | |
| 153 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | McKnight | Frances | 2:17-cv-16201 | No PFS Submitted | sanofi and 505 | |
| 154 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Miller | Martha | 2:17-cv-13713 | No PFS Submitted | 505 | |
| 155 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Miyose | Vesta | 2:17-cv-10473 | No PFS Submitted | sanofi | |
| 156 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Montgomery | Pamela | 2:17-cv-11435 | No PFS Submitted | sanofi | |
| 157 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Mosher | Kelly | 2:17-cv-10833 | No PFS Submitted | sanofi | |
| 158 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Mosley | Darla | 2:17-cv-11443 | No PFS Submitted | 505 | |
| 159 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Nase | Angela | 2:17-cv-10596 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 160 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Nelson | Inez | 2:17-cv-09159 | No PFS Submitted | sanofi and 505 | |
| 161 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Newell | Lauren | 2:17-cv-09525 | No PFS Submitted | sanofi and 505 | |
| 162 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Orton | Judith | 2:17-cv-09923 | No PFS Submitted | sanofi | |
| 163 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Palmore | Chinecia | 2:17-cv-12247 | No PFS Submitted | sanofi | |
| 164 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Parson | Yvette | 2:17-cv-11823 | No PFS Submitted | sanofi and 505 | |
| 165 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Perry | Lillie | 2:17-cv-08395 | No PFS Submitted | sanofi and 505 | |
| 166 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Pery | Jessica | 2:17-cv-09443 | No PFS Submitted | sanofi | |
| 167 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Powell | Tawonna | 2:16-cv-17509 | Not Substantially Complete | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 168 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Rayford | Valerie | 2:17-cv-09608 | No PFS Submitted | sanofi | |
| 169 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Rider | Linda | 2:17-cv-10334 | No PFS Submitted | sanofi | |
| 170 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Robinson | Willie | 2:17-cv-11825 | No PFS Submitted | sanofi | |
| 171 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Rome | Lillie | 2:16-cv-17075 | Not Substantially Complete | sanofi | |
| 172 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Sabatini | Marie | 2:17-cv-08319 | No PFS Submitted | sanofi | |
| 173 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Schmelz | Mildred | 2:17-cv-15378 | No PFS Submitted | 505 | |
| 174 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Seisan | Theresa | 2:17-cv-08950 | No PFS Submitted | sanofi and 505 | |
| 175 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Seta | Mary | 2:17-cv-05530 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 176 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Shea | Barbara | 2:16-cv-17497 | Not Substantially Complete | sanofi | |
| 177 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Shoemaker | Mattie | 2:16-cv-17066 | Not Substantially Complete | sanofi | |
| 178 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Simpson | Reba | 2:17-cv-15982 | No PFS Submitted | sanofi | |
| 179 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Smith | Addie | 2:17-cv-09544 | No PFS Submitted | sanofi | |
| 180 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Smith | Antoinette | 2:16-cv-17032 | Not Substantially Complete | sanofi | |
| 181 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Stark | Carrie | 2:17-cv-08633 | No PFS Submitted | sanofi | |
| 182 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Sterling | Tracie | 2:17-cv-16187 | No PFS Submitted | sanofi and 505 | |
| 183 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Stratton | Angela | 2:17-cv-16365 | No PFS Submitted | 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 184 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Sublette | Judy | 2:17-cv-16095 | No PFS Submitted | sanofi | |
| 185 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Sutton | Leslie | 2:17-cv-09930 | No PFS Submitted | sanofi and 505 | |
| 186 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Taylor | Gail | 2:17-cv-16353 | No PFS Submitted | 505 | |
| 187 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Thomas | Linda | 2:17-cv-08642 | No PFS Submitted | 505 | |
| 188 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Thomas | Lynette | 2:16-cv-17981 | Not Substantially Complete | sanofi | |
| 189 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Thornton | Mildred | 2:17-cv-15861 | No PFS Submitted | sanofi | |
| 190 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Traylor | Linda | 2:16-cv-15295 | Not Substantially Complete | sanofi | |
| 191 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Tucker | Tracy | 2:17-cv-04682 | No PFS Submitted | sanofi and 505 | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 192 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Vasile | Danielle | 2:17-cv-16222 | No PFS Submitted | sanofi | |
| 193 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Vivians | Latonya | 2:17-cv-11455 | No PFS Submitted | 505 | |
| 194 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Volmar | Annette | 2:17-cv-10474 | No PFS Submitted | sanofi | |
| 195 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Wade | Lora | 2:17-cv-16028 | No PFS Submitted | sanofi | |
| 196 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Watkins | Kimberlee | 2:17-cv-12234 | No PFS Submitted | sanofi | |
| 197 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Wilabay | Shawn | 2:17-cv-12235 | No PFS Submitted | sanofi | |
| 198 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Wilkening | Kimberly | 2:17-cv-12254 | No PFS Submitted | sanofi | |
| 199 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Williams | Beverly | 2:17-cv-12266 | No PFS Submitted | sanofi | |

| # | Plaintiffs' Counsel | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List | Ruling |
|---|---|---|---|---|---|---|---|
| 200 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Williams | Cherlynn | 2:17-cv-12249 | No PFS Submitted | 505 | |
| 201 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Williams | Gretchen | 2:17-cv-12268 | No PFS Submitted | sanofi | |
| 202 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Williams | Ruby | 2:17-cv-08624 | No PFS Submitted | 505 | |
| 203 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Wolfe | Jody L. | 2:17-cv-15844 | No PFS Submitted | sanofi | |
| 204 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | Worrell | Gloria | 2:17-cv-12258 | No PFS Submitted | sanofi | |