UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Frances Salinas, 2:17-cv-12948 | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 1194), seeking to add Winthrop US as a Defendant;

**IT IS ORDERED** that the Motion is **GRANTED.**

New Orleans, Louisiana this 28th day of September, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE