## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SAGENT PHARMACEUTICALS, INC. AS NAMED DEFENDANT AND DISMISSING ALL DEFENDANTS WITH PREJUDICE OTHER THAN SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO: <br><br> MARILYN HARVEY v. SANOFI SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | Civil Action No.: 2:17-cv-10365-JTM-MBN |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Marilyn Harvey respectfully requests leave to file her Amended Complaint adding Sagent Pharmaceuticals, Inc. ("Sagent") as a named defendant in this case, and dismissing all defendants with prejudice other than Sagent and Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. ("Actavis"). Actavis was previously named in Ms. Harvey's original Complaint.

Since filing her Complaint, Plaintiff has received additional product identification information and learned that Sagent and Actavis should be the only named defendants in the Complaint.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion for leave to amend, provided that it is expressly agreed and understood that Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc. and Sagent Pharmaceuticals, Inc. reserve and do not waive any defenses by agreeing not to contest this motion, including but not limited to defenses based on jurisdiction or statute of limitations.

Dated this 2nd day of October 2018

        **WILLIAMS KHERKHER HART BOUNDAS, LLP**

        By: */s/ Brian A. Abramson*
        Brian A. Abramson, Esq.
        Texas Bar No. 24050193
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017
        Telephone: (713)230-2200
        Facsimile: (713) 643-6226
        Email: babramson@williamskherkher.com

        *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for the Sagent and Actavis Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

        **WILLIAMS KHERKHER HART BOUNDAS, LLP**

        By: */s/ Brian A. Abramson*
        Brian A. Abramson, Esq.
        Texas Bar No. 24050193
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017
        Telephone: (713)230-2200
        Facsimile: (713) 643-6226
        Email: babramson@williamskherkher.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*