UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SAGENT PHARMACEUTICALS, INC. AS NAMED DEFENDANT AND DISMISSING ALL DEFENDANTS WITH PREJUDICE OTHER THAN SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO: <br><br> MARILYN HARVEY v. SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, Case No. 2:17-cv-10365 | Civil Action No.: 2:17-cv-10365-JTM-MBN |

**ORDER**

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Sagent Pharmaceuticals, Inc. as Named Defendant and Dismissing All Defendants with Prejudice Other than Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. is GRANTED.

Signed, this _____ day of _____, 2018.

                                                                                    Honorable Jane T. Milazzo
                                                                                    U.S. District Court Judge