## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING SAGENT PHARMACEUTICALS, INC. AS NAMED DEFENDANT** |
| THIS DOCUMENT RELATES TO:<br><br>IREAN MEADE v. SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC,  Case No. 2:17-cv-10449 | Civil Action No.: 2:17-cv-10449-JTM-MBN |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint Adding Sagent Pharmaceuticals, Inc. as Named Defendant is GRANTED.

Signed, this_____ day of _____, 2018.

 _____
 Honorable Jane T. Milazzo
 U.S. District Court Judge