UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC** |
| THIS DOCUMENT RELATES TO: | |
| **Kaffey Jones vs. Sanofi S.A. et al.** | Civil Action No.: 2:17-cv-14062 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __3rd__ day of October, 2018

**GOZA & HONNOLD, LLC**
By: /s/ Bradley D. Honnold
Bradley D. Honnold
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Telephone: 913.451.3433
Facsimile: 913.839.0567
Email: bhonnold@gohonlaw.com
*Attorneys for Plaintiff*

00540837-1

CERTIFICATE OF SERVICE

      I hereby certify that on <u>October 3, 2018,</u> I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:   <u>October 3, 2018</u>                /s/ Bradley D. Honnold
                                                     Bradley D. Honnold
                                                     GOZA & HONNOLD, LLC
                                                     9500 Nall Ave. Suite 400
                                                   Overland Park, KS 66207
                                                   Telephone: 913.451.3433
                                                   Facsimile: 913.839.0567
                                                   Email: bhonnold@gohonlaw.com
                                                   *Attorneys for Plaintiff*

00540837-1