# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| JOANNE HOYT, <br><br> Plaintiff, <br> v. <br><br> SANOFI US SERVICES, et al., <br><br> Defendants. | Civil Action No.: 2:18-cv-2667 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Joanne Hoyt, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff contacted Defendants' Liaison counsel, and Defendants do not oppose the relief requested.

Respectfully submitted this 3rd day of October, 2018.

                                                   */s/ Karen Barth Menzies*
                                                   Karen Barth Menzies (*pro hac vice*)
                                                   **GIBBS LAW GROUP LLP**
                                                   6701 Center Drive West, 14th Floor
                                                   Los Angeles, CA 90045
                                                   Phone: (510) 350-9240
                                                   Fax: (510) 350-9701
                                                   Email: kbm@classlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JOANNE HOYT,<br><br>                  Plaintiff,<br>     v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP US, ACCORD HEALTHCARE,  HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., and HOSPIRA, INC.,<br><br>                  Defendants. | **COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Civil Action No.: 2:18-cv-2667 |

## SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Joanne Hoyt

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    N/A

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

        N/A

4.     Current State of Residence:    Florida

5.     State in which Plaintiff(s) allege(s) injury:   Florida

6.     Defendants (check all Defendants against whom a Complaint is made):

    a.     Taxotere Brand Name Defendants

        ☑   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☑   B.   Sanofi-Aventis U.S. LLC

    b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐   A.   Sandoz Inc.

        ☑   B.   Accord Healthcare, Inc.

        ☐   C.   McKesson Corporation d/b/a McKesson Packaging

        ☑   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☑   E.   Hospira, Inc.

        ☐   F.   Sun Pharma Global FZE

        ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐   H.   Pfizer Inc.

        ☐   I.   Actavis LLC f/k/a Actavis Inc.

        ☐   J.   Actavis Pharma, Inc.

        ☐   K.   Other:

7.     Basis for Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court, Middle District of Florida, Tampa Division

9. Brand Product(s) used by Plaintiff (check applicable):

☑ A. Taxotere
☐ B. Docefrez
☑ C. Docetaxel Injection
☐ D. Docetaxel Injection Concentrate
☐ E. Unknown
☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately May 2015 to July 2015.

11. State in which Product(s) identified in question 9 was/were administered:

3

| |
|---|
| Florida |

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

| |
|---|
| Disfiguring permanent alopecia beginning sometime after treatment with Taxotere (docetaxel) and continuing to present |

13. Counts in Master Complaint brought by Plaintiff(s):
    - ☑ Count I – Strict Products Liability – Failure to Warn
    - ☑ Count III – Negligence
    - ☑ Count IV – Negligent Misrepresentation
    - ☑ Count V – Fraudulent Misrepresentation
    - ☑ Count VI – Fraudulent Concealment
    - ☑ Count VII – Fraud and Deceit
    - ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

| |
|---|
| |

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

4

/s/ *Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com