UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: TAXOERE (DOCETAXEL) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2740 |
| | ) | |
| | ) | SECTION: "N"(5) |
| | ) | |
| | ) | JUDGE MILAZZO |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| _____ | ) | |

**THIS DOCUMENT RELATES TO:**

*Jennifer A. Lewis vs. Hospira, Inc., et al.*

**CIVIL ACTION NO. 2:17-cv-15747**

<u>**NOTICE AND SUGGESTION OF DEATH**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Jennifer A. Lewis.

Respectfully Submitted,

Date:  October 4, 2018

s/ Frederick B. Darley, III_____
Frederick B. Darley, III
Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2018, the foregoing pleading has been filed

electronically with the Clerk of the Court by using he CM/ECF system which will send

notification of such filing to all attorneys of record.

Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: 212-698-3814
Fax: 212-698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com

s/ Frederick B. Darley, III
Frederick B. Darley, III