# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 1052018013782

DECEDENT'S LEGAL NAME: JENNIFER ANN LEWIS
DATE OF DEATH: MAY 06, 2018

| SEX | SOCIAL SECURITY NUMBER | AGE-Last Birthday (Years) | UNDER 1 YEAR (Months/Days) | UNDER 1 DAY (Hours/Minutes) | DATE OF BIRTH (Mo/Day/Yr) | BIRTHPLACE (State or Foreign Country) |
|---|---|---|---|---|---|---|
| FEMALE | 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 | 43 | | | MAY 28, 1974 | COLORADO |

IF DEATH OCCURRED IN HOSPITAL: 
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: HOSPICE FACILITY

Facility Name: COLLIER HOSPICE CENTER
CITY, TOWN OR LOCATION OF DEATH: WHEAT RIDGE
COUNTY OF DEATH: JEFFERSON

RESIDENCE - STREET AND NUMBER: 10532 GRIZZLY GULCH
APT. NO.: 
ZIP CODE: 80129
INSIDE CITY LIMITS: YES

RESIDENCE STATE: COLORADO
COUNTY: DOUGLAS
CITY OR TOWN: HIGHLANDS RANCH

DECEDENT'S USUAL OCCUPATION: DENTAL HYGIENIST
KIND OF BUSINESS/INDUSTRY: DENTAL
DECEDENT'S EDUCATION: ASSOCIATE DEGREE

DECEDENT OF HISPANIC ORIGIN: NO
DECEDENT'S RACE: White

EVER IN US ARMED FORCES: NO
MARITAL STATUS AT TIME OF DEATH: NEVER MARRIED
SPOUSE/PARTNER NAME: 

FATHER'S NAME: MARK L. LEWIS
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: CATHERINE ANN SCHAFER

INFORMANT'S NAME: CATHERINE LEWIS
INFORMANT'S RELATIONSHIP TO DECEASED: MOTHER

NAME OF FUNERAL HOME: STORK FAMILY MORTUARY
CITY AND STATE OF FUNERAL HOME: LAKEWOOD COLORADO
WAS CORONER NOTIFIED: YES

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: COLORADO FUNERAL SERVICES
LOCATION - CITY, COUNTY, STATE: DENVER DENVER COLORADO

INJURY AT WORK: 
IF TRANSPORTATION RELATED, SPECIFY: 
DATE OF INJURY: 
TIME OF INJURY: 

PLACE OF INJURY: 
LOCATION OF INJURY: 
DESCRIBE HOW INJURY OCCURRED: 

WAS DECEDENT UNDER HOSPICE CARE: YES
ACTUAL OR PRESUMED TIME OF DEATH: 22:47 MIL
DATE PRONOUNCED DEAD: MAY 06, 2018
TIME PRONOUNCED DEAD: 22:49 MIL

MANNER OF DEATH: NATURAL
WAS AN AUTOPSY PERFORMED: NO
WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH?: 

### CAUSE OF DEATH

PART I – IMMEDIATE CAUSE:
a. METASTATIC BREAST CANCER
b. 
c. 
d. 

Approximate interval: Onset to death – UNKNOWN

PART II: 

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN:
GWENDOLYN MULLINIX PHYSICIAN 3210 LUTHERAN PARKWAY WHEAT RIDGE CO 80033

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER: 
DATE SIGNED: MAY 07, 2018

DATE FILED BY REGISTRAR: MAY 07, 2018
DATE SIGNED: 

DATE ISSUED: MAY 08, 2018

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with high resolution border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

A. ALEX QUINTANA
STATE REGISTRAR

REV 04/16



* 008958962 *

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE