UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**MOTION FOR ISSUANCE OF LETTERS OF REQUEST
FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM FRANCE
TO OBTAIN EVIDENCE FROM SHIRLEY LEDLIE**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), hereby move the Court for issuance of the attached Letter of Request for international judicial assistance from France to take discovery pursuant to Rule 28 of the Federal Rules of Civil Procedure for the reasons set forth in further detail in the attached Memorandum in Support. This application is made pursuant to, and in conformity with, The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, U.S.T. 2555 ("Hague Evidence Convention"), which is in force between the United States and France.

WHEREFORE, for the foregoing reasons, Sanofi respectfully requests that the Court sign the attached Letters of Request, that the Clerk of this Court authenticate the Court's signature under the seal of this Court, and that the Court send the executed Letter to the proper authority in France.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*