UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM FRANCE TO OBTAIN EVIDENCE FROM SHIRLEY LEDLIE**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), hereby move the Court for issuance of the attached Letter of Request for international judicial assistance from France to take discovery pursuant to Rule 28 of the Federal Rules of Civil Procedure. This application is made pursuant to, and in conformity with, The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, U.S.T. 2555 ("Hague Evidence Convention"), which is in force between the United States and France.

In accordance with Your Honor's May 9, 2018 Order (Rec. Doc. 2522), Defendants seek international judicial assistance to obtain deposition testimony and documents from Shirley Ledlie. Mrs. Ledlie (1) was identified by trial Plaintiffs as a witness in their preliminary witnesses lists, (2) has had significant interaction with many Plaintiffs in this MDL via the "Taxotears" social media group and was one of its initial creators, (3) has, upon information and belief, discussed Taxotere® and permanent alopecia through a variety of mediums including publishing a book, (4) is referenced in Plaintiffs' Master Long Form Complaint, and (5) has had

numerous communications with Plaintiffs, doctors, and media outlets that are relevant to this litigation.

A Letter of Request, which follows the requirements set forth in The Hague Evidence Convention, is attached hereto as **Exhibit A** (English) and **Exhibit B** (French).  A Certification that the translation is accurate is attached hereto as **Exhibit C**.  Pursuant to Article 4 of the Hague Convention, the French authority will only execute Letters of Request if they are in French or if they are accompanied by a translation into French.   Defendants request that, after the Court has signed the Letters, the Clerk of this Court authenticate the Court's signature under the seal of this Court, and that the Court send the executed Letter to the proper authority in France:

>Ministère de la Justice
>Direction des Affaires civiles et du Sceau
>Bureau du droit de l'Union, du droit international privé et de l'entraide civile (BDIP)
>13, place Vendome
>75042 Paris Cedex 01
>France

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

>Harley V. Ratliff
>Adrienne L. Byard
>Kelly Bieri
>**SHOOK, HARDY& BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>kbieri@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*