UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. will bring for hearing the accompanying Motion for Issuance of Letters of Request for International Judicial Assistance from France to Obtain Evidence from Shirley Ledlie on the 24th day of October, 2018, at 11:00 a.m., before the Honorable Michael B. North of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*