# EXHIBIT C



# Transimpex

**TRANSLATORS•INTERPRETERS•EDITORS•CONSULTANTS**

2300 Main Street, 9th floor
Kansas City, Missouri 64108
Phone (816) 561-3777 • Fax (816) 561-5515
E-mail: translations@transimpex.com

602 Fairway
Belton, Missouri 64012-2298
Phone: (816) 331-1863 • Fax: (816) 331-6553
E-mail: doris@transimpex.com
www.transimpex.com

Transimpex Job No. 1831/ Transimpex Commande nº 1831
Translation of *Request for International Judicial Assistance* / Traduction d'une *Demande d'assistance judiciaire internationale*

The undersigned, Aleyois E. Silcott, does hereby certify that to the best of her knowledge the translations into French herein provided are, in fact, a literal and true interpretation of the statements in the original language, English.

La soussignée, Aleyois E. Silcott, atteste par les présentes qu'au meilleur de sa connaissance, les traductions au français jointes aux présentes constituent, en fait, une interprétation exacte et conforme des énoncés faits dans la langue d'origine, à savoir l'anglais.

Signature of Project Coordinator
Signature, Directrice de Projets

_____
Aleyois E. Silcott

Subscribed and sworn to before me this 2nd of Octobre, 2018
Signé et prêté serment par-devant moi ce 2ème jour du mois de octobre 2018

TYLER DAVID DOTY
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 18247191
My Commission Expires 04-10-2022

_____
Tyler D. Doty

Notary Public, State of Missouri, USA
Notary Public (notaire), État du Missouri

Jackson County
Comté du Jackson

**IN THE HEART OF AMERICA- YOUR LINK WITH THE WORLD**