UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 84

**IT IS ORDERED** that the next general status conference is **SET** for **November 15, 2018, at 10:00 a.m.** in Judge Milazzo's courtroom (C224). It shall be preceded by a meeting with liaison and lead counsel at 8:30 a.m. The dial-in number for the general status conference is (800) 260-0702, and the access code is 455209.

**IT IS FURTHER ORDERED** that a meeting with liaison and lead counsel is **SET** for **December 19, 2018, at 9:00 a.m.** No general status conference will follow this meeting.

New Orleans, Louisiana, this 4th day of October, 2018.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE