# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** *Debra Diaz v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* Civil Action No: 2:17-cv-15860 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, DEBRA DIAZ, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sagent Pharmaceuticals, Inc. (Sagent) as a defendant. The cancer treatment center where Plaintiff was treated has identified Sagent as the manufacturer or labeler of the Docetaxel administered to Plaintiff.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved, including Sagent Pharmaceuticals, Inc.'s defense that the Amended Short Form Complaint does not meet the requirements of FRCP 15(c) for relation back of amendments.

1

Dated: October 4, 2018                                  Respectfully submitted,

*/s/ Trevor White*
Trevor A. White, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
twhite@andrewsthornton.com
***Attorney for Plaintiff***


*/s/ Michael J. Suffern*
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
***Counsel for Defendant Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc. and Sagent Pharmaceuticals, Inc.***

## **COMPLIANCE**

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I served a true and accurate copy of the above **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; EXHIBIT 1 (PROPOSED) AMENDED SHORT FORM COMPLAINT; (Proposed) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; and CERTIFICATE OF SERVICE;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Trevor White*
Trevor A. White
