## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "N" (5) |
| | |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Robin Bradley, | Case No. 2:16-cv-15667 |
|     Plaintiff | |
| Vs. | |
| Sanofi S.A., Aventis Pharma S.A. and Sanofi Aventis U. S. LLC, separately and d/b/a Winthrop, US | |
|     Defendants. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend her Complaint filed in this action.   Plaintiff's original Complaint was filed in the Eastern District of Louisiana on October 18, 2016 (*Robin Bradley v. Sanofi S.A., Aventis Pharma, S.A. and Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S.*  Case No. 16-cv-15667), and Plaintiff served Defendants pursuant to PTO 9.

Subsequent to the filing of her original lawsuit, and after diligent and persistent investigation by counsel, Plaintiff discovered that the Taxotere/Docetaxel at issue may not have been manufactured and/or marketed by the Sanofi-related defendants.

Plaintiff learned through the National Drug Code documents sent from Tulane Medical Cancer Center that defendants Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira

Worldwide, Inc. rather than Sanofi-Aventis and its related entities, should have been named as

the Defendant in Plaintiff's Complaint.   On April 30, 2018, defense counsel was provided with

this Product ID pursuant to CMO 12.   Therefore, it is necessary to amend the Complaint to name

Hospira, Inc., as a named defendant in this matter.   Thus, Plaintiff's proposed amendment would

reflect this change.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be

freely given when justice so requires.   Here, Plaintiff is only trying to ensure that she has named

the correct Defendant(s).   No party will be prejudiced by this change, as this case is still in the

early stages of litigation as significant discovery remains to be completed.

Pursuant to Local Rule 7.6, Plaintiff's counsel reached out to Defense counsel, and there

is no opposition to this motion.

WHEREFORE,  Plaintiff prays that the Court will enter an Order granting Plaintiff

permission to amend her Complaint and add Hospira, Inc. and Hospira Worldwide, LLC f/k/a

Hospira Worldwide, Inc. as named defendants in this matter.

DATED this 8th day of October 2018.

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing UNOPPOSED MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 8th day of October 2018.

/S/ Andrew Geiger

</td><td>

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:  (504)486-9481
Facsimile:  (504)483-8130
E-mail:  aberger@allan-berger.com
*Attorneys for Plaintiff*

</td></tr>
</table>