## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br>Robin Bradley,<br>　　Plaintiff<br>Vs.<br>Sanofi S.A., Aventis Pharma S.A. and Sanofi Aventis U. S. LLC, separately and d/b/a Winthrop, US<br>　　Defendants. | MDL NO. 2740<br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br>Case No. 2:16-cv-15667 |

<u>ORDER</u>

　　Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

　　IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

THIS _____ DAY OF October, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　J U D G E