UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          :
LIABILITY LITIGATION                 :       MDL No. 2740
                                     :
Jennifer Stephens,                   :       SECTION "N" (5)
                                     :       JUDGE MILAZZO
        Plaintiff,                   :       MAG. JUDGE NORTH
                                     :
                                     :       **Stipulation of Dismissal with Prejudice**
                                     :
vs.                                  :       Civil Action No.: 2:17-cv-13920
                                     :
                                     :
SANOFI-AVENTIS U.S. LLC, ET AL.,     :
                                     :
        Defendants.                  :
_____      :

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice against all Defendants, each party to bear its own costs.

Dated this 8th day of October, 2018.

                                        By: */s/ T. Christopher Pinedo*
                                        T. Christopher Pinedo
                                        HILLIARD MARTINEZ GONZALES LLP
                                        719 S. Shoreline
                                        Corpus Christi, Texas 78401
                                        361-882-1612 Telephone
                                        361-882-3015 Facsimile
                                        cpindeo@hmglawfirm.com
                                        *Attorneys for Plaintiff*


                                        By: */s/ Julie A. Callsen*
                                        Julie A. Callsen
                                        Brandon D. Cox
                                        TUCKER ELLIS LLP
                                        950 Main Avenue, Suite 1100
                                        Cleveland, OH 44113-7213
                                        Telephone: 216-592-5000

Facsimile: 216-592-5000
noproductid@tuckerellis.com
**Counsel for Defendant Accord Healthcare Inc.**


By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
DocetaxelProductID@dechert.com
**Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc.**


By: */s/ Kelly Bieri*
Harley Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6440
Facsimile: 816-421-5547
hratliff@shb.com
kbieri@shb.com
noproductid@shb.com
**Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.**


By: */s/ Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
noproductid@mofo.com

*Counsel for Defendant McKesson
Corporation d/b/a McKesson Packaging
Service*


By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun
Pharmaceutical Industries, Inc. f/k/a
Caraco Pharmaceutical Laboratories, Ltd.*


By: */s/ Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
Cmo12@ulmer.com
*Counsel for Defendant Actavis Pharma,
Inc., and Actavis LLC f/k/a Actavis Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 8 , 2018

*/s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com