# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING PFIZER INC. AS A NAMED DEFENDANT** |
| THIS DOCUMENT RELATES TO:<br><br>DONNA FRENCH v. ACCORD HEALTHCARE, INC. | Civil Action No.: 2:17-cv-10454-JTM-MBN |

# ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Pfizer Inc. as a Named Defendant is GRANTED.

Signed, this_____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge