UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE  MILAZZO <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING  SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC and SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> AURA DUARTE v. HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC. | Civil Action No.: 2:17-cv-12035-JTM-MBN |

 Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Aura Duarte respectfully requests leave to file her Amended Complaint adding Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. (the "Sanofi Entities") as a named defendants in this case.

 Since filing her Complaint and then dismissing certain defendants, Plaintiff has received additional product identification information and learned that the Sanofi Entities should also be named defendants in the Complaint.

 Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 9th day of October 2018

WILLIAMS KHERKHER HART BOUNDAS, LLP

By: /s/ Brian A. Abramson
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel the Sanofi Entities regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

WILLIAMS KHERKHER HART BOUNDAS, LLP

By: /s/ Brian A. Abramson
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: /s/ *Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*