**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING  SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC and SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>AURA DUARTE v. HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC | Civil Action No.: 2:17-cv-12035-JTM-MBN |

**ORDER**

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. as Named Defendants is GRANTED.

Signed, this_____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge