UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| CASSANDRA HUDSON | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-14590 |
| | : | |
| SANOFI-AVENTIS U.S. LLC | : | |
| | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 9th day of October, 2018.

Respectfully Submitted,

LAW OFFICES OF A. CRAIG EILAND

   /s/ Craig Eiland_____
A. Craig Eiland
David C. Bonnin
2200 Market St., Ste. 501
Galveston, TX  77550
Phone:  409/763-3260
Fax:  713/513-5211
ceiland@eilandlaw.com
*Attorneys for Plaintiff*


SHOOK HARDY & BACON LLP

   /s/ Harley V. Ratliff_____
Harley V. Ratliff
Kelly Bieri

>2555 Grand Boulevard
>Kansas City, Missouri  64108
>Phone:  816-474-6550
>Fax:  816-421-5547
>hratliff@shb.com
>kbieri@shb.com
>**Attorneys for Sanofi-Aventis U.S. LLC**

## CERTIFICATE OF SERVICE

The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATE:  October 9, 2018

\_\_/s/ Craig Eiland_____