# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 – SECTION "N" (5) |
| Betty Traynum,<br>           Plaintiff<br>v.<br><br>Sanofi-Aventis U.S. LLC,<br>           Defendant. | HON. JUDGE JANE TRICHE MILAZZO<br><br>Civil Case No. 2:17-cv-14697 |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 9th day of October, 2018.

_____
A. Craig Eiland
LAW OFFICES OF A. CRAIG EILAND, PC
2200 Market Street, Suite 501
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com
**ATTORNEY FOR PLAINTIFF**


SHOOK HARDY & BACON LLP

 _/s/ Harley V. Ratliff_____
Harley V. Ratliff
Kelly Bieri
2555 Grand Boulevard

Kansas City, Missouri  64108
Phone:  816-474-6550
Fax:  816-421-5547
hratliff@shb.com
kbieri@shb.com
***Attorneys for Sanofi-Aventis U.S. LLC***

### **CERTIFICATE OF SERVICE**

      The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATE:  October 9, 2018

                                                      /s/ Craig Eiland_____
                                                   Craig Eiland