UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL. 2740<br><br>SECTION "N" (5)<br><br>HONORABLE JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ------------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>Shirley R. Holmes v. Sanofi S.A et al. | ) ) ) ) ) ) | **ORDER RE: MOTION FOR LEAVE**<br>**TO FILE AN AMENDED COMPLAINT**<br><br>CASE NO.: 2:17-cv-06002 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4256);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, this 9th day of October, 2018

_____
Hon. Jane Triche Milazzo