UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Linda Crook,<br>　　Plaintiff,<br><br>vs.<br><br>Accord Healthcare, Inc.; Actavis Pharma Inc., and Actavis LLC f/k/a Actavis Inc.,<br>　　Defendants.<br><br>Civil Case No.: 2:17-cv-13542 | : : : : : : : : : : : : | |

　　Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 4431);

　　**IT IS ORDERED** that the Motion is **GRANTED** and the Plaintiff may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

　　New Orleans, Louisiana, this 9th day of October, 2018.

_____
U.S. District Court Judge