UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Amy E. Collingwood
Case No.: 16-cv-17253

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 4464);

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 9th day of October, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Hon. Jane Triche Milazzo