## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-10365-JTM-MBN |
| THIS DOCUMENT RELATES TO:<br><br>MARILYN HARVEY v. SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, Case No. 2:17-cv-10365 | |

## ORDER

    Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Sagent Pharmaceuticals, Inc. as Named Defendant and Dismissing All Defendants with Prejudice Other than Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. (Doc. 4470);

    **IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 9th day of October, 2018.

                                                    _____
                                                    Honorable Jane T. Milazzo
                                                    U.S. District Court Judge