## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>IREAN MEADE v. SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC,  Case No. 2:17-cv-10449 | Civil Action No.: 2:17-cv-10449-JTM-MBN |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint Adding Sagent Pharmaceuticals, Inc. as Named Defendant (Doc. 4471);

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 9th day of October, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge