# EXHIBIT A

MINUTE ENTRY
NORTH, M.J.
JUNE 11, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                        SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

      A further discovery/status conference was held on this date in the presence of a Court Reporter (Karen Ibos).

| | | |
|---|---|---|
| PRESENT: | Harley Ratliff | Patrick Oot |
| | Douglas Moore | Zachary Wool |
| | David Miceli | Palmer Lambert |
| | Kyle Bacchus | Andrew Lemmon |
| | John Olinde | Lawrence Centola |
| | Karen Barth Menzies | Chris Coffin |
| | Dawn Barrios | Alex Saliba |
| | Dan Markoff | Darin Schanker |
| PARTICIPATING BY PHONE: | Kathleen Kelly | Alexander Dwyer |
| | Mike Suffern | Melanie Sulkin |
| | Brandon Cox | Jessica Perez |
| | Mara Cusker Gonzalez | Andre Mura |
| | Beth Toberman | Samuel Cortina |

      The Court directed the parties as follows:

      <u>Palatinsky deposition</u>: The Court declines at this time to order a second consecutive day be set aside for the deposition of Emmanuel Palatinsky.

      <u>Supplemental Discovery Responses of Sanofi Related to Label Change:</u> No later than July 5, 2018, Sanofi is to supplement its prior discovery responses to provide documents and information pertaining to the proposed label change discussed in the parties' submissions.

MJSTAR (01:00)

This information is to be gathered from any source – custodial or non-custodial – in possession of that information.

Compliance with the Court's May 9, 2018 Discovery Order: The Court found that the PSC is in compliance with its May 9, 2018 Order. Production of ESI from the remaining 37 members of the "Taxotears" group is expected to be completed by June 28, 2018. Any perceived deficiencies in that production or in those Plaintiffs' PFS are to be addressed through the standing process set forth in PTO 22. (Rec. doc. 270).

Discovery Related to Work Done by Dr. Claiborne: Sanofi is entitled to documents related to the facts of Dr. Claiborne's examination of any Plaintiff, including when and where such examination occurred, Dr. Claiborne's observations of Plaintiffs, what samples or tissues were taken and from where, what was done with those samples and the objective results of any testing of those samples. Sanofi is not yet entitled to information pertaining to any opinions that Dr. Claiborne may have concerning testing of any samples taken by him and must await the period for expert discovery to conduct such discovery.

Discovery/Deposition of Ms. Ledlie: The parties are directed to the clear language of the Court's May 9, 2018 Order concerning discovery and/or the deposition of Ms. Ledlie: "Sanofi may depose Ms. Ledlie, Ms. Gahan and/or the administrator of the Taxotears group specifically about that group and those depositions will not count against any limits previously imposed by the Court. To be clear, this order does no more than allow Sanofi to depose the aforementioned witnesses – it does not order those depositions to go forward. *As to the two non-party proposed deponents, Sanofi shall comply with the Rules of Civil Procedure and any other provisions or laws applicable to discovery on non-parties and/or citizens of other countries.*" (Rec. doc. 2522)(emphasis added).

2

Costs and Fees for Cancelled Depositions:  As agreed between the parties, the PSC is to reimburse Sanofi costs only for the cancelled Sposaro deposition.  The Court declines at this time to order the payment of any fees due to the cancellation of depositions thus far.  **However, the Court expressed serious concern regarding an apparent trend whereby bellwether Plaintiffs are producing for the first time at or immediately before their depositions documents and/or ESI that should have been produced far earlier.  The Court admonishes counsel for all Plaintiffs in this MDL that it will not tolerate such conduct going forward and that, absent special circumstances, such conduct in the future will likely be met with sanctions.  The PSC is directed to provide a copy of this Minute Entry to counsel for every Plaintiff in this MDL.**

The next status conference is scheduled for June 28, 2018 at 1:00 p.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

3