# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| *This Document Relates to:* | : | CIVIL ACTION NO. 2:18-cv-3911 |
| *Anita L. Monley* | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4477);

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff may file the Amended Short Form Complaint, in the above captioned matter.

New Orleans, Louisiana, this 9th day of October, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT