UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JOANNE HOYT,<br><br>           Plaintiff,<br><br>     v.<br><br>SANOFI US SERVICES, et al.,<br><br>           Defendants. | Civil Action No.: 2:18-cv-2667 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 4516);

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 9th day of October, 2018.

Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE