## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Debra Diaz v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.*<br>Civil Action No: 2:17-cv-15860 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 4526);

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff may file an Amended Complaint as attached to her Motion.

New Orleans, Louisiana, this 9th day of October, 2018.

_____
The Hon. Jane Triche Milazzo