**UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA**

**IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION**

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**

*Tamika Hamelin v. Sanofi-Aventis US, LLC, et al.;
Civil Action No. 2:17-cv-10413*

## ORDER

Before the Court is Plaintiff Tamika Hamelin's Motion to Substitute Party (Doc. 4197);

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party is **GRANTED** and Naronjra

Hamelin, on behalf of the Estate of Tamika Hamelin, is substituted as Plaintiff in the above-

referenced action.

New Orleans, Louisiana, this 9th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE