UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

         JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**

*Jean Murphy v. Sanofi-Aventis US, LLC, et al.;*
*Civil Action No. 2:17-cv-14545*

**ORDER**

    Before the Court is Plaintiff Jean Murphy's Motion to Substitute Party (Doc. 4279);

    **IT IS ORDERED** that Plaintiff's Motion to Substitute Party is **GRANTED** and Glynis Perry, on behalf of the Estate of Jean Murphy, is substituted as Plaintiff in the above-referenced action.

    New Orleans, Louisiana, this 9th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE