UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2740
                               :
                               :  SECTION "N" (5)
                               :
                               :  JUDGE JANE TRICHE MILAZZO
                               :
_____:  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Rosa L. Clendenin, CA# 17-12486, Renu O. Gyani, CA# 17-12504, Carolyn Brasell, CA# 16-17581, Kimberly Kauffman, CA# 17-12483.

## ORDER

Before the Court is Plaintiff's Motion to Substitute Counsel of Record (Doc. 4274), seeking to substitute Alfred A. Olinde, Jr., as counsel of record in place of Wesley Barr, who has taken "of counsel" status with his law firm;

**IT IS ORDERED** that the Motion is **GRANTED** and Alfred A. Olinde, Jr. is substituted as counsel of record in place of Wesley Barr in the above-captioned cases.

New Orleans, Louisiana, this 9th day of October, 2018.

_____
**HON. JANE TRICHE MILAZZO**
United States District Court Judge