# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| CORA HENDERSON, | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| v. | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ INC. |
| SANOFI ET AL | |
| Defendants. | |
| | Civil Action No.: 2:17-cv-11304 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter other than Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (Rec. Doc. 3492). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: October 11, 2018

/s/ *Troy Tatting*
Troy Tatting (MN Bar No. 0354156)
Jason L. DePauw (MN Bar No. 392150)

ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Phone: 612-349-8500
ttatting@robinskaplan.com
jdepauw@robinskaplan.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Troy F. Tatting
Troy F. Tatting

89340387.1