UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

Defendants' Motion for Issuance of Letters of Request for International Judicial Assistance (rec. doc. 4522) will be taken up during the status conference scheduled in this matter on October 16, 2018 at 10:00 a.m.[1] Memorandum in opposition may be filed before the close of business on October 12, 2018, with Defendants' reply thereto to be filed before the close of business on October 15, 2018.

New Orleans, Louisiana, this  11th  day of    October    , 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Defendants is reminded of the Court's standing order of June 12, 2018 (rec. doc. 2861) relative to providing a hard copy of the motion to chambers in advance of the hearing.