# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE DOCETAXEL PRODUCTS LIABILITY LITIGATION | MDL NO.2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC & SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO: <br> Cheryl Kitchens, et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. <br> Civil Action No.: 2:17-cv-13321 | |

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th day of October 2018.

/s/ Brett A. Emison
Brett A. Emison
MO State Bar NO: 52072
**LANGDON & EMISON LLC.**
P.O. Box 220
911 Main Street
Lexington, MO 64067
(660) 259-6175 – Phone
(660) 259-4571 – Fax
brett@lelaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filling to all counsel of record who are CM/ECF participants.

Dated: October 11, 2018              /s/ Brett A. Emison_____