# EXHIBIT D

# FILED UNDER SEAL

00543245