# EXHIBIT E

# FILED UNDER SEAL

00543244