**Phillips, Joan**

---

| | |
|---|---|
| **From:** | kelly gahan <bluermedic@gmail.com> |
| **Sent:** | Sunday, May 3, 2015 9:31 PM |
| **To:** | Phillips, Joan |
| **Subject:** | Re: Lacouture |
| | |
| **Categories:** | Personal |

Hi Joan,
Good luck! So excited to hear if he can offer anything new. I really do think the oral minoxidil has helped. Still can't go without a head covering but definitely a fair amount better than it was in October. Again, I am not sure that it is the safest drug in the world. Can cause low blood pressure, high heart rate, fluid accumulation, heart problems, etc. Also, I have seen one study in which they used minoxidil to get breast cancer cells to grow in a petri dish. Not exactly reassuring. But I personally feel like I am in such extreme danger because of the significant emotional distress that those other things are risks I am willing to take. I started myself on 2.5mg a day. I did that for 3 months and about that time noticed an improvement. I then bumped myself to 2.5 mg twice a day for about two months. I kept gradually increasing myself and now I am up to 10 mg twice a day. I have been doing that dose for about two months but think I am going to have to cut back because I am starting to get significant swelling to my feet and face :(.  Of course the other thing is it makes your hair everywhere else grow. So I have to shave my legs and arms at least every other day. So gross. Also, it has made baby fine hair grow on my cheeks which I have to shave as well. It does not seem to have touched my blood pressure (probably why none uses this drug anymore) but I can feel my heart rate go up with minor exertion.
The studies on PRP are all over the board. None really knows. I am doing it officially once a month (through a friend with a cosmetic business) and unofficially (at home) once a week. Have only been doing it one month so too soon to say if it is helping but at least the texture of my hair seems a little nicer.
The professor at Columbia Christiano would be an excellent resource. The adipose derived stem cells that I was so excited about still seem a little far off. Only one study with trying to turn them into hair in the US. The researcher from that lab kindly wrote me back and said they were unable to do it and she didn't know of anyone else actively trying. I personally think it would be worth just taking some fat and injecting it under our scalps (mine feels really thin) but liposuction is not something I have figured out how to do at home...yet.
Would love to hear more about his prospective study. Can you give hime Deb Miller's email so he can have his other patients contact her (deborah.miller@fda.hhs.gov)?
Kelly

On Sun, May 3, 2015 at 3:59 PM, Phillips, Joan <jphillips@luc.edu> wrote:
> Hi, Kelly,
>
> I see Dr. Lacouture tomorrow. I want to ask 4 things...
>
> 1. Oral minoxidil. Can you remind me how that worked for you?
> 2. PRP his thoughts and recommended protocols.
> 3. The work of his colleague at Columbia ... The fat injection ( can you remind me what that treatment was called?
> 4. The status of his prospective study regarding Taxotere. And, our conversation with the FDA
>
> Thanks,
> Joan
>
> Joan M. Phillips, PhD, MBA
> Chairperson & Professor
> Department of Marketing

1

Quinlan School of Business
Loyola University Chicago
312-915-7815
jphillips@luc.edu
LUC.edu/Quinlan
Sent from my iPad