**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                     **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

*EX PARTE* **MOTION FOR LEAVE TO FILE**
**EXHIBITS D AND E TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO**
**PLAINTIFF KELLY GAHAN'S MOTION FOR RECONSIDERATION**
<u>**UNDER SEAL**</u>

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively

"Defendants" or "Sanofi"), respectfully request leave of Court to file Exhibits D and E to

Defendants' Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration

(Rec. Doc. 4594-4 and 4594-5) under seal.  For the reasons set forth in the attached Memorandum

in Support, Defendants respectfully submit that, pursuant to the Stipulated Protective Order

entered in this matter, the referenced Exhibits to Defendants' Opposition should be filed under

seal.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned

Exhibits D and E to Defendants' Memorandum in Opposition to Plaintiff Kelly Gahan's Motion

for Reconsideration (Rec. Doc. 4594-4 and 4594-5) be filed UNDER SEAL.

Respectfully submitted,


/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN   FRITCHIE   URQUHART   &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi
U.S. Services Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2018, I electronically filed the foregoing

with the Clerk of Court using the ECF system, which sent notification of such filing to all

counsel of record.


/s/ *Douglas J. Moore*

2