

August 29, 2018

Darin Schanker
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202

Adrienne L. Byard

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547

Re:   *In re: Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740

Dear Darin,

As you are aware, on August 22, 2018, the Court ordered Dr. Kelly Gahan to produce any "additional relevant information she has failed to produce" in advance of a four-hour case-specific deposition.

To secure that production before the continued deposition, we are writing to request that Dr. Gahan produce the information that 1) she specifically identified at her deposition or 2) that she referenced in the discovery briefing or identified from other documents produced. We also write to request Dr. Gahan's dates of availability for her four-hour case-specific deposition.

**Discovery Identified in Previous Deposition**

During her May 16, 2018, deposition, Dr. Gahan testified to a number of documents and sources of information that she has yet to produce. Specifically, Dr. Gahan testified that she has in her possession:

- "A large number" of photographs showing her hair prior to and following chemotherapy (Gahan Dep. 42: 15-25);

- Weekly progress photographs taken during and following treatment by Dr. Virginia Borges (Gahan Dep. 273: 13-22);

- Weekly progress photographs taken during treatment by Dr. David Weinstein (Gahan Dep. 312: 9-13);

- Metadata associated with the videos produced two days prior to her deposition (Gahan Dep. 54: 12-24); and

- "Frequent" communication with "various researchers who have promising research." (Gahan Dep. 309: 9-16).

In addition to the above, we request that Dr. Gahan produce any photographs or videos, with the dates of creation, in her possession showing, in her words,



"the effect this has had on [her]," including photographs or videos or other relevant material. *See* Gahan Dep. 44-45: 19-10.

**Discovery Referenced in Briefing and From Other Documents**

August 29, 2018
Page 2

We noted in your briefing reference to numerous other colleagues or researchers who, like Dr. Weinstein, Dr. Gahan had not disclosed. You suggested that we were not interested in those individual's identities or related documents. To be clear, we expect those witnesses to be identified in Dr. Gahan's PFS, which ought to be amended to include Dr. Weinstein as well.

We also request any information collected by Dr. Gahan from fellow Taxotears members – including, but not limited to, questionnaires and medical records provided to (or collected on behalf of) Robert Weinberger, Dr. Weinstein, or any other researcher.

Finally, given the Court's Order, we also request that Dr. Gahan produce any additional responsive ESI generated since her last production on March 2, 2018, as well as anything previously withheld.

**Any Additional Relevant Information Withheld**

Our list is not an exhaustive one. The Court's expectations could not be clearer. We obviously do not know if there is other relevant information that Dr. Gahan has withheld. We expect that anything that has been withheld or that was inadvertently not previously disclosed—whether responsive to the PFS or related to a record holder with whom Dr. Gahan had discussed not producing records—that any additional fact witnesses and records will be identified now.

Please provide any additional relevant information not yet produced, including the documents specifically requested above, by **September 14, 2018**.

**Updated Medical Authorizations and Psychotherapy Records**

In addition, you represented to the Court on August 28, 2018, that Dr. Gorsline has already provided her full medical records to Sanofi. We show no record of this. Given the need to complete discovery, please provide Dr. Gorsline's full medical records – along with updated records authorizations - by **September 7, 2018**.

**Case-Specific Deposition**

Per the Court's August 22, 2018, Order, we also request Dr. Gahan's dates of availability for a four-hour case-specific deposition, following the production of any additional relevant information in her possession. Please provide us with Dr. Gahan's dates of availability by **September 7, 2018**.



Finally, we write to remind Dr. Gahan that there should be no contact with Dr. Virginia Borges while her deposition is pending.

Best regards,

August 29, 2018
Page 3

Adrienne L. Byard
Partner

cc:    Harley Ratliff
        Connor Sears
        Dawn Barrios
        Palmer Lambert
        Doug Moore
        John Olinde