# EXHIBIT F
# FILED UNDER SEAL

00543245