**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for Leave to file Exhibits E and F to Defendants' Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits E and F to Defendants' Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4596-5 and 4596-6) UNDER SEAL.

New Orleans, Louisiana, this ___ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

00543239