UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

OPPOSITION TO MOTION FOR ISSUANCE OF LETTERS OF REQUEST
FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM FRANCE
TO OBTAIN EVIDENCE FROM SHIRLEY LEDLIE

Sanofi requests that this Court initiate a process that will force Mrs. Ledlie, a non-party residing in France, to produce documents and be subject to a deposition despite the fact that Mrs. Ledlie has not filed a case against Sanofi in this MDL and Sanofi fails to elucidate how such evidence from her would be relevant to any claim or defense at an upcoming trial. More importantly is the fact that the Trial Plaintiffs will remove Mrs. Ledlie as a "may call" witness. Thus, Mrs. Ledlie is neither a Plaintiff nor a witness for the Plaintiffs. Accordingly, and for the reasons detailed below, Plaintiffs respectfully request the Court deny Sanofi's Motion.

ARGUMENT

Sanofi's Request for International Judicial Assistance ("Request") states that "[t]he purpose of the documents and testimony sought herein is to obtain evidence relevant to the claims and defenses raised in the Action. Plaintiffs have specifically identified Mrs. Ledlie as a witness they may intend to call at trial." (Rec. Doc. 4522-3 at 5-6.) As is stated above, Plaintiffs are not calling Ms. Ledlie at trial. Moreover, Sanofi has failed to articulate how the documents and testimony sought from Mrs. Ledlie would be relevant to the claims and defenses of the named

1

Trial Plaintiffs. None of the Trial Plaintiffs have had any contact with Mrs. Ledlie and none are or were members of the Taxotears Google Group.

"International judicial cooperation is, or at least should be, an extraordinary measure,"[1] and Sanofi's inability to state the relevance of the evidence to the Trial Plaintiffs is particularly problematic given the French Blocking Statute, which requires that the discovery sought "have a direct and precise link with the object of the procedure."[2] None of the discovery topics identified in Sanofi's Request can be described as having a "direct and precise link" with the Trial Plaintiffs' trials—particularly given that Plaintiffs are not calling Mrs. Ledlie as a witness at trial and not one of the upcoming Trial Plaintiffs have had any contact with Mrs. Ledlie or with the Taxotears Google Group.

Sanofi has the burden to prove the relevance of the evidence sought to invoke this extraordinary international measure of a deposition in France. Sanofi's Motion demonstrates no relevance, and lacks any specific or detailed explanation of its perceived relevance. It raises five points which Sanofi believes supports its request. First, it states that Mrs. Ledlie was identified by Trial Plaintiffs as a witness. However, the Trial Plaintiffs have removed her from their "may call" witness lists. Second, it states that Mrs. Ledlie has had "significant interaction[s] with many Plaintiffs in this MDL via the 'Taxotears' social media group". However, neither Ms. Durden, Ms. Earnest, nor Ms. Francis has had any contact with Mrs. Ledlie and is not, nor have they ever been, a member of the Taxotears Google Group; a fact that Sanofi has not disputed. Third, it states that, "*upon information and belief*, [Mrs. Ledlie] discussed Taxotere and permanent alopecia through a variety of mediums including publishing a book". (emphasis added). However, Sanofi never states

---

[1] *Graco, Inc. v. Kremlin, Inc.*, 101 F.R.D. 503, 523 (N.D. Ill. 1984).
[2] *In re Activision Blizzard, Inc.*, 86 A.3d 531, 53 (Del. Ch. 2014)

2

affirmatively that Mrs. Ledlie discussed Taxotere and permanent alopecia; it only speculates that Mrs. Ledlie has done so, and it never even alleges that Ms. Durden, Ms. Earnest or Ms. Francis ever heard any of the statements Mrs. Ledlie may have given. Fourth, it states that Mrs. Ledlie is mentioned in Plaintiffs' Master Long Form Complaint. However, each Trial Plaintiff has her own Complaint[3], and nowhere is Mrs. Ledlie's name mentioned or even implied in any of them. Fifth, it states that Mrs. Ledlie has had "numerous communications with Plaintiffs, doctors, and media outlets that are relevant to this litigation". Noticeably absent is any claim of what these communications are, with whom Mrs. Ledlie allegedly had them, how they are relevant to the Trial Plaintiffs' cases, and what media outlets carried these communications. But, most telling is that Sanofi does not ever claim Ms. Durden, Ms. Earnest, or Ms. Francis knew of or about these ambiguous communications. (Rec. Doc. 4522-1 at 1).

In order to invoke this extraordinary international measure, Sanofi makes general statements based on its information and belief, and never associates or even attempts to associate any of these facts to the Trial Plaintiffs. At this juncture of the MDL, the Court indicated the focus of the parties should be on the Trial Plaintiffs. There is far more important work to be done for these trials than to "get in the weeds" on such a wild goose chase abroad about what a woman living in France may have said or done.

The failure of Sanofi to relate these 5 topics to the Trial Plaintiffs is a factor that should weigh heavily in favor of a denial of Sanofi's Motion. But the failure of Sanofi to specifically or clearly tie any relevance of whatever Mrs. Ledlie did or said to Ms. Durden, Ms. Earnest, and Ms. Francis should be fatal to its Motion.

---

[3] *See Earnest v. Sanofi S.A. et al*, 16-17144, Rec. Docs. 1 and 9; *Durden v. Sanofi S.A. et al.*, 16-16635, Rec. Docs. 1 and 7; *Francis v. Sanofi S.A. et al.*, 16-17410, Rec. Docs. 1 and 6.

In addition, because Mrs. Ledlie is not a Plaintiff and is not suing Sanofi in this MDL, many areas of inquiry are irrelevant and wholly beside the point. For example, Sanofi seeks the following documents from Mrs. Ledlie: "[c]orrespondence related to Taxotere or docetaxel and hair loss with Dr. Bourgeois and Dr. Miguel Martin from July 2008 to present." (Rec. Doc. 4522-3 at 5). Presumably, these are Mrs. Ledlie's doctors because later the Request states that Sanofi seeks to examine Mrs. Ledlie about "[h]er communications with physicians regarding Taxotere or docetaxel and hair loss." (Rec. Doc. 4522-3 at 5-6). Sanofi also broadly seeks "[d]ocuments related to Taxotere or docetaxel and the claim that it causes hair loss from June 20, 2006 to present." (Rec. Doc. 4522-3 at 5). Given that Mrs. Ledlie has asserted no legal claims against Sanofi and is not an expert on issues related to the causation of the permanent hair loss, these burdensome and invasive requests have no bearing on the upcoming trials. Plaintiffs believe Mrs. Ledlie's statements or opinions are irrelevant to Ms. Durden's, Ms. Earnest's and Ms. Francis' trials.

Finally, Sanofi bases its Request on the allegation that Mrs. Ledlie self-identified as a "Taxoterrorist." Mrs. Ledlie is *not* a terrorist in any sense of the word, and Sanofi should *not* have included this language in any letter rogatory submitted to this Court for submission to the Hague. Even assuming Mrs. Ledlie jokingly referred to herself as such in a private conversation, her personal opinions about Sanofi are entirely irrelevant to Ms. Durden's, Ms. Earnest's and Ms. Francis' trials. Regardless, this language serves no purpose and should be deleted if any such request issues from this Court.

For these reasons, Defendants' Motion should be denied.

Dated: October 12, 2018					Respectfully submitted,

/s/ Christopher L. Coffin								/s/ Karen B. Menzies
Christopher L. Coffin (#27902)						Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.				Andre Mura (on the brief)
1515 Poydras Street, Suite 1400						GIBBS LAW GROUP LLP
New Orleans, LA 70112								400 Continental Boulevard, 6th Floor
Phone: 504-355-0086								El Segundo, CA 90245
Fax: 504-523-0699									Telephone: 510-350-9700
ccoffin@pbclawfirm.com							Facsimile: 510-350-9701
													kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert								/s/Dawn M. Barrios
M. Palmer Lambert (#33228)						Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID					BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC					701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street			New Orleans, LA 70139
New Orleans, LA 70163-2800						Phone: 504-524-3300
Phone: 504-522-2304								Fax: 504-524-3313
Fax: 504-528-9973									barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews									Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP		Atkins & Markoff Law Firm
2 Corporate Park, Suite 110						9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606									Oklahoma City, OK 73120
Phone: (800) 664-1734							Phone: (405) 607-8757
aa@andrewsthornton.com						Fax: (405) 607-8749
												dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus									Abby E. McClellan
Bachus & Schanker, LLC						Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700				460 Nichols Road, Suite 200
Denver, CO 80202								Kansas City, MO 64112
Phone: (303) 893-9800							Phone: (816) 714-7100
Fax: (303) 893-9900								Fax: (816) 714-7101
kyle.bachus@coloradolaw.net					mcclellan@stuevesiegel.com

Dated: October 12, 2018					Respectfully submitted,

/s/ Christopher L. Coffin								/s/ Karen B. Menzies
Christopher L. Coffin (#27902)						Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.				Andre Mura (on the brief)
1515 Poydras Street, Suite 1400						GIBBS LAW GROUP LLP
New Orleans, LA 70112								400 Continental Boulevard, 6th Floor
Phone: 504-355-0086								El Segundo, CA 90245
Fax: 504-523-0699									Telephone: 510-350-9700
ccoffin@pbclawfirm.com							Facsimile: 510-350-9701
													kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert								/s/Dawn M. Barrios
M. Palmer Lambert (#33228)						Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID					BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC					701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street			New Orleans, LA 70139
New Orleans, LA 70163-2800						Phone: 504-524-3300
Phone: 504-522-2304								Fax: 504-524-3313
Fax: 504-528-9973									barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews									Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP		Atkins & Markoff Law Firm
2 Corporate Park, Suite 110						9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606									Oklahoma City, OK 73120
Phone: (800) 664-1734							Phone: (405) 607-8757
aa@andrewsthornton.com						Fax: (405) 607-8749
												dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus									Abby E. McClellan
Bachus & Schanker, LLC						Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700				460 Nichols Road, Suite 200
Denver, CO 80202								Kansas City, MO 64112
Phone: (303) 893-9800							Phone: (816) 714-7100
Fax: (303) 893-9900								Fax: (816) 714-7101
kyle.bachus@coloradolaw.net					mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
dmiceli@simmonsfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn Barrios*
DAWN BARRIOS
