UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| MARY WOLFF<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI-AVENTIS U.S. LLC, et al. | |
| Defendant. | |
| Civil Case No: 2:17-cv-12106 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

    COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Amended Short Form Complaint filed in this action. Plaintiff's original Amended Short Form Complaint was filed in the Eastern District of Louisiana on November 8, 2017 (*Mary Wolff v. Sanofi-Aventis U.S. LLC, et al.* Case No. 2:17-cv-12106), and Plaintiff served Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc f/k/a Sanofi-Aventis U.S. Inc. pursuant to PTO 9.

    Since the time of filing the aforementioned Complaint, Plaintiff has discovered evidence that she believes justifies adding Actavis, LLC f/k/a Actavis, Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc as additional defendants. Thus, Plaintiff needs to amend her Complaint to reflect this newly obtained information. In addition, Plaintiff has moved to Minnesota and the Complaint needs to reflect this change as well.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

**Dated this 15th day of October, 2018**

**Respectfully Submitted,**

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt MO #53933
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: 816-531-4415
sam@wendtlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 15, 2018

*/s/ Samuel M. Wendt*
Samuel M. Wendt