## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE  MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| MARY WOLFF, Plaintiff | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT ADDING ACTAVIS LLC f/k/a ACTAVIS, INC., ACTAVIS PHARMA, INC. AND SAGENT PHARMACEUTICALS, INC.** |
| vs. | |
| SANOFI-AVENTIS U.S. LLC, et al. | |
| Defendants | |
| Civil Case No.: 2:17-cv-12106 | |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint adding Actavis LLC f/k/a Actavis Inc. Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc. as named defendants is GRANTED.

Signed, this_____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge