## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>DEE MCCUNE,<br>Plaintiff<br><br>vs.<br><br>ACCORD HEALTHCARE, INC.<br><br>Defendant<br><br>Civil Case No.: 2:17-cv-15678 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT ADDING ACTAVIS LLC f/k/a ACTAVIS, INC. ACTAVIS PHARMA, IINC. AND SAGENT PHARMACEUTICALS, INC.** |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint adding Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. as named defendants is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge