UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 2740 SECTION "H"(5) JUDGE ENGLETHARDT MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Lori Davis v. Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc. f/d/a Sanofi-Aventis U.S. Inc., and Sanofi Aventis U.S. LLC* | § § § § § § § | Civil Action No.: 2:17-cv-13620 |

## SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Lori Davis, on or about July 25, 2018

Date:  October 15, 2018      By: ___/s/ Matt Morrison_____
                                                Matthew J. Morrison
                                                TX Bar No. 24028602
                                                Matt@TheTrialLawyers.com
                                                HARRISON DAVIS STEAKLEY MORRISON JONES, PC
                                                5 Ritchie Road
                                                P. O. Box 21387
                                                Waco, TX 76702
                                                (254) 761-3300
                                                (254) 761-3301 (fax)

Page 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on October 15, 2018 using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

                ___/s/  Matt Morrison_____
                Matthew J. Morrison
                TX Bar No. 24028602
                Matt@TheTrialLawyers.com
                HARRISON DAVIS STEAKLEY MORRISON JONES, PC
                5 Ritchie Road
                P. O. Box 21387
                Waco, TX 76702
                (254) 761-3300
                (254) 761-3301 (fax)