# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Delis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.*, Civil Action No. 2:17-cv-13407 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Pursuant the Federal Rules of Civil Procedure 15(a)(2), Plaintiff Maria Regina Delis hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff Maria Regina Delis has asked the Superior Court of California, County of Orange, to restore her former name, Maria Regina Maglio. Plaintiff subsequently received a copy of that court's order granting her request to restore her former name.

Due to the restoration of her former name, Plaintiff moves for leave to file the attached First Amended Short Form Complaint, changing her name from "Maria Regina Delis" to "Maria Regina Maglio".

Dated: October 15, 2018

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956

Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

**CERTIFICATE OF CONFERENCE**

Pursuant to the U.S. District Court for the Eastern District of Louisiana's local rule 7.6, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer with all other parties, which are listed below, regarding the filing of this motion. The other parties consent to the filing of this motion.

| | |
|---|---|
| **Douglas J. Moore**<br>Irwin Fritchie Urquhart & Moore<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>dmoore@irwinllc.com | **Kelly Bieri**<br>Shook Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>kbieri@shb.com |
| **John F. Olinde**<br>Chaffe McCall LLP<br>2300 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2300<br>olinde@chaffe.com | **Madison M. Hatten**<br>Shook Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>mhatten@shb.com |

Dated: October 15, 2018

Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Plaintiff's Unopposed Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: October 15, 2018						Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*