# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : **MDL NO. 2740** |
| | : |
| | : **SECTION "H" (5)** |
| MARIA REGINA MAGLIO, | : **JUDGE JANE TRICHE MILAZZO** |
| | : **MAG. JUDGE MICHAEL B. NORTH** |
| Plaintiff, | : |
| | : **COMPLAINT & JURY DEMAND** |
| v. | : |
| | : **CIVIL ACTION NO. 2:17-CV-13407** |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC | : |
| Defendants. | : |

## **ORDER**

The Court, after considering the Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaint, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Maria Regina Maglio may file her First Amended Short Form Complaint.

Dated: _____     _____
Hon. Jane Triche Milazzo
United States District Court Judge