UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS EXCEPT DEFENDANTS SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, AND SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S.** |
| THIS DOCUMENT RELATES TO:<br><br>GLORIA LEWIS v. SANOFI US SERVICES INC. F/KA SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-11918 | Civil Action No.: 2:17-cv-11918 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of October 2018

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: October 16, 2018

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com

*Attorney for Plaintiff*