UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: <br> PAMELA BALLANTYNE <br>    Plaintiff <br> Vs. <br> Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc Pfizer, Inc. <br>    Defendants. | MDL NO. 2740 <br> SECTION "N" (5) <br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE NORTH <br> Case No. 2:17-cv-04496 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED FORM COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on November 6, 2019 at 9:30 a.m.

Dated this 15th day of October, 2018

                               Respectfully submitted, <br>
                               ALLAN BERGER & ASSOCIATES, P.L.C. <br>
                               s/Andrew Geiger_____ <br>
                               ANDREW J. GEIGER (BAR NO. 32467) <br>
                               ALLAN BERGER (BAR NO. 2977) <br>
                               Allan Berger and Associates <br>
                               4173 Canal Street <br>
                               New Orleans, Louisiana 70119 <br>
                               Phone:        (504)486-9481 <br>
                               Facsimile:    (504)483-8130 <br>
                               Email:        aberger@allan-berger.com <br>
                               *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15th 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic fling to all counsel of record who are CM/ECF participants.

**S/Andrew J. Geiger**