UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | JANE TRICHE MILAZZO |
| BONNIE SPARKMAN Plaintiff(s), | : : | MAG. JUDGE NORTH |
| | : | FIRST AMENDED |
| vs. | : : | COMPLAINT & JURY DEMAND |
| SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ INC, ACTAVIS LLC F/K/A ACTAVIS INC., ACTAVIS PHARMA, INC., SAGENT PHARMACEUTICALS, INC. | : : : : | Civil Action No.:  __2:18-cv-05498_____ |
| Defendant(s), | | |

-----------------------------------------------------

**SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Bonnie Sparkman

    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

---

[1] This Version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator: _____Not Applicable_____

3. Current State of Residence: _California_____

5. State in which Plaintiff(s) allege(s) injury: ____California_____

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☑ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☑ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☑ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☐ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☑ J. Actavis Pharma, Inc.

   ☑ K. Other: __Sagent Pharmaceuticals, Inc._____

7. Basis for Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

   _____

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

   ____U.S. District Court for the District of Eastern California_____

9. Brand Product (s) used by Plaintiff (check applicable):

   ☐ A.   Taxotere

   ☐ B.   Docefrez

   ☑ C.   Docetaxel Injection

   ☑ D.   Docetaxel Injection Concentrate

   ☐ E.   Unknown

   ☐ F.   Other: _____

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

3

      February 14, 2014 to March 28, 2014

11. State in which Product(s) identified in question 9 was/were administered:

    California

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

    Severe permanent alopecia in the scalp, eyebrows, eyelashes and overall body; severe and personal injuries that are permanent and lasting in nature, including economic and non-economic damages, harms and losses, including, but not limited to: past and future medical expenses; psychological counseling, therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; past, present and future loss and impairment of the quality and enjoyment of life.

13. Counts in Master Complaint brought by Plaintiff(s):

    - [✔] Count I – Strict Products Liability – Failure to Warn
    - [✔] Count III - Negligence
    - [✔] Count IV – Negligent Misrepresentation
    - [✔] Count V – Fraudulent Misrepresentation
    - [✔] Count VI – Fraudulent Concealment
    - [✔] Count VII – Fraud and Deceit
    - [✔] Other: Plaintiff may assert the additional theories and/or State Causes of Action

    against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> California State Law:
> ·Strict Liability
> ·Negligence
> ·Breach of Warranty
> ·Innovator Liability
> -Plaintiff hereby reaffirms and incorporates §1-321 of the Master Complaint
> -Punitive Damages
> -Failure to Warn
> - Misrepresentation

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), E-mail Address(es), and Mailing Address(es) representing Plaintiff(s):

By: /s/

Andrew T. Kagan, Esquire
FL Bar Number: 26291
Kagan Legal Group, LLC
Ph. (239) 707-7770
Fax (239) 466-7226
Andrew@kaganlegalgroup.com
295 Palmas Inn Way, Suite 6
Humacao, PR  00791