# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| PAMELA BALLANTYNE | Case No. 2:17-cv-04496 |
| Plaintiff | |
| Vs. | |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Pfizer, Inc. | |
| Defendants. | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action.   Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 2, 2017 and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere in the year 2011 and that it caused her to suffer permanent alopecia. Plaintiff named and served Sandoz, Inc., Accord Healthcare, Inc, McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC, Hospira, Inc. Sun Pharma Global FZE, Sun Pharma Global, Inc., Pfizer, Inc, Actavis Pharma, Inc., Eagle Pharmaceuticals, Inc. and NorthStar Rx LLCP.  Since the time of filing the aforementioned Complaint, Plaintiff dismissed

1

Allergan Finance LLC f/k/a Actavis, Inc./Actavis Pharma, Inc. on 7/14/2017, Northstar on

5/25/2017, Sun Pharma Global on 6/2/2017 and Eagle Pharmaceuticals, Inc. on 5/25/2017.

      Upon further investigation, Plaintiff has discovered that only Sanofi-Aventis U.S. LLC

and Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc. produced Taxotere during her

treatment January thru March 2011.  Based on this newly obtained information, Plaintiff seeks to

amend her complaint to add Sanofi-Aventis U.S. LLC,  and Sanofi US Services Inc., f/k/a

Sanofi-Aventis U.S. Inc.  Upon approval, plaintiff will dismiss all remaining defendants.

      Counsel for Plaintiff has been informed by Ochsner Health System that while Ms.

Ballantyne was administered Docetaxel J9171 January thru March 2011, they have not been able

to produce the actual NDC code. Counsel for Plaintiff has a duty to protect the interest of its

client and is becoming concerned that the NDC information will not be returned and thus seeks

leave to file an Amended Short Form Complaint whereby naming Sanofi-Aventis U.S. LLC and

Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., as they were the sole entities producing

Taxotere at the time Plaintiff sought treatment.

      Defendants will not be prejudiced by Plaintiff's proposed amended complaint.  Plaintiff

does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper

defendants as parties to her suit.   Thus, Plaintiff's proposed amendment would reflect this

change.

      Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they

oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file

Plaintiff's Amended Short Form Complaint.

DATED this 15th day of October 2018.

| CERTIFICATE OF SERVICE | |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 15th day of October 2018

/S/ Andrew Geiger

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:          (504)486-9481
Facsimile:      (504)483-8130
Email:          aberger@allan-berger.com
*Attorneys for Plaintiff*