UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| PAMELA BALLANTYNE | SECTION "N" (5) |
|    Plaintiff | HON. JANE TRICHE MILAZZO |
| Vs. | MAG. JUDGE NORTH |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc Pfizer, Inc. | Case No. 2:17-cv-04496 |
|    Defendants. | |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED FORM COMPLAINT

    PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on November 14, 2018 at 9:30 a.m.

    Dated this 15th day of October, 2018

                                          Respectfully submitted,
                                          ALLAN BERGER & ASSOCIATES, P.L.C.
                                          s/Andrew Geiger
                                          ANDREW J. GEIGER (BAR NO. 32467)
                                          ALLAN BERGER (BAR NO. 2977)
                                          Allan Berger and Associates
                                          4173 Canal Street
                                          New Orleans, Louisiana 70119
                                          Phone:      (504)486-9481
                                          Facsimile:  (504)483-8130
                                          Email:       aberger@allan-berger.com
                                          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15th 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic fling to all counsel of record who are CM/ECF participants.

**S/Andrew J. Geiger**