## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : : | |
| CHRISTINE AND JIM KINDERDINE | : : | CASE NO: 2:17-CV-00348-JTM-MBN |
| Plaintiffs, | : : | HON. JANE TRICHE MILAZZO |
| v. | : : | |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendant. | : | |

### SUR-REPLY BRIEF IN OPPOSITION TO ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT BASED UPON JUDICIAL ESTOPPEL

Defendant Accord Healthcare, Inc.'s ("Accord") Reply questions Plaintiffs' legal standing to "properly pursue this case, much less file their Brief in Opposition on their on behalf." (Doc. 4158, p. 6). Defendant argues that because Plaintiffs' claims are property of the Chapter 7 trustee, Plaintiffs are not the real parties in interest because this claim is no longer Ms. Kinderdine's to pursue. Since Plaintiffs filed their Response Brief in Opposition (Doc. 3799), Anne L. Gilday, Counsel for Plaintiffs in this matter, has been appointed Special Counsel to represent Donald F. Harker, III, bankruptcy trustee in Ms. Kinderdine's bankruptcy proceedings. *See* Order Approving Employment of Special Counsel for Trustee, entered 09/10/18, attached hereto as Exhibit 19.

As such, Plaintiffs and their counsel have been expressly authorized by the Bankruptcy Court to act on behalf of the trustee in the prosecution of this matter against Defendant Accord. Accordingly, it is without question that Plaintiffs are the proper party in interest to continue pursuit of Plaintiffs' claims herein, including but not limited to filing a Response Brief in Opposition to Accord's pending Motion for Summary Judgment.  As to all arguments raised in Defendant's

Reply, Plaintiffs incorporate by reference their Response Brief In Opposition.

Date: September 17, 2018                    Respectfully Submitted,

*/s/ Anne L. Gilday*
Anne L. Gilday (OH Bar No. 0076612)
Jennifer L. Lawrence (OH Bar No. 0066864)
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, KY 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
Anne.gilday@lawrencefirm.com
Jenn.lawrence@lawrencefirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, a copy of the above and foregoing pleading

has been served upon the following through the Court's ECF system:

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS, LLP
950 Main Avenue- Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592- 5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com
*Attorney for Defendant Accord Healthcare, Inc.*

Rand P. Nolen
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Rand.nolen@fleminglaw.com
*Co-Counsel for Plaintiffs*

*/s/ Anne L. Gilday*
Anne L. Gilday