## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC and SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>AURA DUARTE v. HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC | Civil Action No.: 2:17-cv-12035-JTM-MBN |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. as Named Defendants (Doc. 4555);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 15th day of October, 2018.

Honorable Jane T. Milazzo
U.S. District Court Judge