UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
PLAINTIFF MARY SALINAS, CAUSE No. 2:17-cv-11893

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT PURSUANT TO PTO 82 TO ADD ACTAVIS LLC f/k/a ACTAVIS INC.; ACTAVIS PHARMA, INC.; AND SAGENT PHARMACEUTICALS, INC. AS DEFENDANTS

　　　　On November 6, 2017, Plaintiff Mary Salinas filed Case 2:17-cv-11893 in Taxotere (Docetaxel) MDL No. 2740 pending in the Eastern District of Louisiana.  The filed Short Form Complaint includes the following Defendants: Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira Inc.; and Pfizer Inc.  Pretrial Order No. 82 allows Plaintiffs to add allegations upon which they seek to premise liability against Sagent Pharmaceuticals, Inc. ("Sagent"); Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. ("Actavis").  Pursuant to PTO 82 Plaintiff seeks leave of the Court to amend the Short Form Complaint to add allegations against Sagent and Actavis.  Plaintiff's Motion is unopposed.

### STATEMENT OF FACTS

　　　　Plaintiff underwent six rounds of chemotherapy treatment at Sierra View District Hospital in Porterville, California from August 26, 2013 to December 9, 2013.  Sierra View District Hospital has identified Sagent NDC Codes 25021-222-01 and 25021-222-04 for

Plaintiff's chemotherapy treatments on October 7, 2013; October 28, 2013; November 18, 2013; and December 9, 2013.

## ARGUMENT

### PTO 82 ALLOWS FOR PLAINTIFF TO ADD ALLEGATIONS AGAINST SAGENT AND ACTAVIS.

PTO 82 provides for the filing of a Second Amended Master Long Form Complaint so that "Plaintiffs may add allegations upon which they seek to premise liability against Sagent and Actavis LLC f/k/a Actavis Inc. ("Actavis") and Plaintiffs may add allegations regarding the transactions involving docetaxel between Sagent and Actavis." Plaintiff seeks leave of the Court to add Sagent and Actavis as Defendants pursuant to PTO 82. The facility that administered Plaintiff's chemotherapy identified Sagent NDC Codes 25021-222-01 and 25021-222-04 for Plaintiff's chemotherapy treatments on October 7, 2013; October 28, 2013; November 18, 2013; and December 9, 2013.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

## CONCLUSION

For the foregoing reasons, Plaintiff asks the Court to grant Plaintiff's Unopposed Motion for leave to amend the Short Form Complaint to add Actavis and Sagent as Defendants.

Date: October 17, 2018

Respectfully submitted,

*/s/ Justin E. Dunlap*

_____

JUSTIN E. DUNLAP, Esq
Attorney for the Plaintiff
Hotze Runkle PLLC
1101 S. Capital of Texas Highway
Bldg. C Suite 100
Westlake Hills, Texas 78746
justin@hotzerunkle.com
(512) 476-7771 tel
(512) 476-7781 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Justin E. Dunlap*

_____

JUSTIN E. DUNLAP