## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **ORDER GRANTING UNOPPOSED MOTION TO AMEND SHORT FOR COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>MARY SALINAS v. SANOFI US SERVICES INC., ET AL., Case No. 2:17-cv-11893 | Civil Action No.: 2:17-CV-11893 |

## ORDER

Pending in MDL 2740, 2:17-CV-11893, is Plaintiff's Unopposed Motion for Leave to Amend Short Form Complaint Pursuant to PTO 82 to Add Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; and Sagent Pharmaceuticals, Inc. as Defendants. After careful consideration, it is **ORDERED** that Plaintiff's Motion is granted.

ENTER:

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE