UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| KAREN BURGESS<br><br>    Plaintiff<br><br>Vs.<br><br>Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Pfizer, Inc., and Actavis Pharma, Inc.<br><br>    Defendants. | Case No. 17-cv-04528 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW, Plaintiff Karen Burgess, by and through undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

DATED this 17th day of October, 2018.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 17th day of October, 2018<br><br>/S/ Andrew Geiger | Respectfully submitted,<br>ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:          (504)486-9481<br>Facsimile:    (504)483-8130<br>Email:          aberger@allan-berger.com<br>*Attorneys for Plaintiff* |