# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| KAREN BURGESS | SECTION "N" (5) |
|     Plaintiff | HON. JANE TRICHE MILAZZO |
| Vs. | MAG. JUDGE NORTH |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc Pfizer, Inc. and Actavis Pharma, Inc. | Case No. 17-CV-04528 |
|     Defendants. | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

THIS _____ DAY OF OCTOBER 2018

                                                                             _____
                                                                                            J U D G E