UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| ROBIN SHOWALTER<br><br>    Plaintiff<br><br>Vs.<br><br>Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira Inc., Pfizer, Inc., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC<br><br>    Defendants. | Case No. 17-cv-04732 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff Robin Showalter, by and through undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

DATED this 17th day of October 2018.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 17th day of October, 2018<br><br>/S/ Andrew Geiger | Respectfully submitted,<br>ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:      (504)486-9481<br>Facsimile:   (504)483-8130<br>Email:       aberger@allan-berger.com<br>*Attorneys for Plaintiff* |