UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| ROBIN SHOWALTER | HON. JANE TRICHE MILAZZO |
|   Plaintiff | CASE NO.  17-CV-04732 |
| Vs. | |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira Inc., Pfizer, Inc., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC | |
|   Defendants. | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

    Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action.  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 5, 2017 and Plaintiff served Defendants pursuant to PTO 9.

    Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere in the year 2011 and that it caused her to suffer permanent alopecia.

Plaintiff named and served Sandoz, Inc., Accord Healthcare, Inc, McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC, Hospira, Inc. Sun Pharma Global FZE, Sun Pharma Global, Inc., Pfizer, Inc, Actavis Pharma, Inc., Eagle Pharmaceuticals, Inc. and NorthStar Rx LLCP.  Since the time of filing the aforementioned Complaint, Plaintiff dismissed Northstar on 7/10/2017, Eagle Pharmaceuticals, Inc. on 5/25/2017 and Actavis Pharma, Inc. on 7/14/2017.

Upon further investigation, Plaintiff has discovered that only Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., k/k/a Sanofi-Aventis U.S. Inc. produced Taxotere during her treatment January thru March 2011.  Based on this newly obtained information, Plaintiff seeks to amend her complaint to add Sanofi-Aventis U.S. LLC,  and Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc.  Upon approval, plaintiff will dismiss all remaining defendants.

Counsel for Plaintiff has been informed by Slidell Memorial Hospital that while Ms. Showalter was administered Taxotere/Docetaxel January thru March 2011, due to purging of documents, they have not been able to produce the actual NDC code.  Counsel for Plaintiff has a duty to protect the interest of its client and is becoming concerned that the NDC information will not be returned and thus seeks leave to file an Amended Short Form Complaint whereby naming Sanofi-Aventis U.S. LLC and Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., as they were the sole entities producing Taxotere at the time Plaintiff sought treatment.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint.  Plaintiff does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper defendants as parties to her suit.   Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they oppose our motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's Amended Short Form Complaint.

DATED this 17th day of October 2018.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 17th day of October 2018<br>/S/ Andrew Geiger | ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:       (504)486-9481<br>Facsimile:   (504)483-8130<br>Email:        aberger@allan-berger.com<br>*Attorneys for Plaintiff* |