# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| ROBIN SHOWALTER | SECTION "N" (5) |
|    Plaintiff | HON. JANE TRICHE MILAZZO |
| Vs. | MAG. JUDGE NORTH |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira, Inc., Pfizer, Inc., Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC | Case No. 17-CV-04732 |
|    Defendants. | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

THIS _____ DAY OF OCTOBER, 2018

                                               _____
                                                         J U D G E