# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| ROBIN SHOWALTER<br><br>    Plaintiff<br><br>Vs.<br><br>Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira Inc., Pfizer, Inc., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC<br><br>    Defendants. | Case No. 17-cv-04732 |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED FORM COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on November 14, 2018 at 9:30 a.m.

Dated this 17th day of October 2018

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
s/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone: (504)486-9481
Facsimile: (504)483-8130
Email: aberger@allan-berger.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17th, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic fling to all counsel of record who are CM/ECF participants.

**S/Andrew J. Geiger**