IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SOPHIA LITTLE, | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 2:17-cv-07093 |
| MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | : : : | |
| Defendants. | : : | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Sophia Little, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, SOPHIA LITTLE, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 25, 2017, shortly after she became aware of claims associated with Docetaxel use.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff received Defendants' Market Entrance Chart, it has been determined that based on Plaintiff's treatment dates of September 24, 2010, October 15, 2010, November 5, 2010, and December 3, 2010, (see Exhibit A), that SANOFI-AVENTIS U.S. LLC, SEPARATELY, AND DOING BUSINESS AS WINTHROP U.S. AND SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. were additional manufacturers of the chemotherapy drugs she took which caused her permanent hair loss. This fact was not evident from a normal

review of the medical records, but rather involved investigation related to certain NDC codes which were not provided with requested medical records.

Plaintiff, therefore, desires to amend the Complaint to add SANOFI-AVENTIS U.S. LLC, SEPARATELY, AND DOING BUSINESS AS WINTHROP U.S. AND SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. as Defendants in this matter and to include allegations against them as additional manufacturers of the drugs administered to the Plaintiff, as she only recently became aware of these allegations.

Dated this 17th day of October, 2018.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is opposed to by the Sanofi Defendants despite the treatment dates and the chart they produced.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland