# EXHIBIT A

```
09/29/16                      PATIENT FINANCIAL HISTORY BY DT SERVICE                        Page   1
                                        ILLINOIS ONCOLOGY LTD.
                                    Accounts 34525 - 34525   All Dates


Acct  Date     Dep #  Name              Dr#   Procedure             Ref Dt      Diag      Units      Amount
==================================================================================================================
34525  LITTLE,SOPHIA                                Previous Balance :                                  0.00
       12/31/09        Other Payment     VISA        Patient         12/31/09                          -50.00
       12/31/09    0   LITTLE,SOPHIA      1   99244  OFFICE CONSULT              174.9      1.00       250.00
       01/29/10        Check Payment    12312009     Ins #1156       01/29/10                         -133.70
       01/29/10        Adjustment (22)  12312009     PPO ADJ.        01/29/10                          -51.44
       02/11/10        Cash Payment      CASH        Patient         02/11/10                          -49.86
       02/11/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
       03/26/10        Check Payment    02112010     Ins #342        03/26/10                          -71.06
       03/26/10        Adjustment (22)  02112010     PPO ADJ.        03/26/10                          -68.94
       04/08/10        Cash Payment      CASH        Patient         04/08/10                          -35.00
       04/08/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
       05/06/10        Cash Payment      CASH        Patient         05/06/10                          -35.00
       05/06/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
       05/14/10        Check Payment    04082010     Ins #342        05/14/10                          -71.06
       05/14/10        Adjustment (22)  04082010     PPO ADJ.        05/14/10                          -68.94
       06/10/10        Cash Payment      CASH        Patient         06/10/10                          -35.00
       06/10/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
       07/15/10        Check Payment    06102010     Ins #342        07/15/10                          -74.23
       07/15/10        Adjustment (22)  06102010     PPO ADJ.        07/15/10                          -65.77
       08/31/10        Cash Payment      CASH        Patient         08/31/10                          -35.00
       08/31/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
       09/03/10    0   LITTLE,SOPHIA     20   99211  CHEMOTHERAPY MANAGEM        174.9      1.00        50.00
       09/10/10        Check Payment    05062010     Ins #342        09/10/10                          -71.06
       09/10/10        Adjustment (22)  05062010     PPO ADJ.        09/10/10                          -68.94
       09/24/10        Cash Payment      CASH        Patient         09/24/10                          -50.00
       09/24/10    0   LITTLE,SOPHIA     20   J9090  Cyclophosphamide 500        174.9      4.00       300.00
       09/24/10    0   LITTLE,SOPHIA     20   J9171  TAXOTERE 1 MG               174.9    150.00      5250.00
       09/24/10    0   LITTLE,SOPHIA     20   96413  CHEMO INF I HR INITI        174.9      1.00       325.00
       09/24/10    0   LITTLE,SOPHIA     20   96417  EACH ADD SEQ CHEMO I        174.9      1.00       175.00
       09/24/10    0   LITTLE,SOPHIA     20   J1100  DEXAMETHOSONE 1MG           787.02    10.00        30.00
       09/24/10    0   LITTLE,SOPHIA     20   J1200  BENADRYL 50 MG              787.02     1.00         3.00
       09/24/10    0   LITTLE,SOPHIA     20   J2469  ALOXI 25 mcg                787.02    10.00       500.00
       09/24/10    0   LITTLE,SOPHIA     20   96375  Admin of ea. add. se        787.02     4.00       240.00
       09/24/10    0   LITTLE,SOPHIA     20   J7050  N/S SOLUTION 250CC          174.9      1.00        15.00
       09/24/10    0   LITTLE,SOPHIA     20   J7040  500CC .9 Normal Sali        174.9      1.00        25.00
       09/27/10    0   LITTLE,SOPHIA      2   J2505  Neulasta 6 mg               288.03     1.00      4800.00
       09/27/10    0   LITTLE,SOPHIA      2   96372  SQ/IM injection-non         288.03     1.00        50.00
       09/30/10        Cash Payment      CASH        Patient         09/30/10                          -35.00
       09/30/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
       10/15/10    0   LITTLE,SOPHIA     20   J9070  CYTOXAN 100MG               174.9     12.00       160.00
       10/15/10    0   LITTLE,SOPHIA     20   J9171  TAXOTERE 1 MG               174.9    160.00      5600.00
       10/15/10    0   LITTLE,SOPHIA     20   96413  CHEMO INF I HR INITI        174.9      1.00       325.00
       10/15/10    0   LITTLE,SOPHIA     20   96417  EACH ADD SEQ CHEMO I        174.9      1.00       175.00
       10/15/10    0   LITTLE,SOPHIA     20   J2469  ALOXI 25 mcg                787.02    10.00       500.00
       10/15/10    0   LITTLE,SOPHIA     20   J1100  DEXAMETHOSONE 1MG           787.02    10.00        30.00
       10/15/10    0   LITTLE,SOPHIA     20   J1200  BENADRYL 50 MG              787.02     1.00         3.00
       10/15/10    0   LITTLE,SOPHIA     20   96375  Admin of ea. add. se        787.02     3.00       180.00
       10/15/10    0   LITTLE,SOPHIA     20   J7040  500CC .9 Normal Sali        174.9      1.00        25.00
       10/15/10    0   LITTLE,SOPHIA     20   J7050  N/S SOLUTION 250CC          174.9      1.00        15.00
       10/18/10    0   LITTLE,SOPHIA      2   J2505  Neulasta 6 mg               288.03     1.00      4800.00
       10/18/10    0   LITTLE,SOPHIA      2   96372  SQ/IM injection-non         288.03     1.00        50.00
       10/28/10        Cash Payment      CASH        Patient         10/28/10                          -35.00
       10/28/10    0   LITTLE,SOPHIA      1   99214  OFFICE VISIT                174.9      1.00       175.00
00002  11/25/10    0   LITTLE,SOPHIA     20   J9070  CYTOXAN 100MG               174.9      1.00        12.00
```

```
09/29/16                          PATIENT FINANCIAL HISTORY BY DT SERVICE                              Page   2
                                           ILLINOIS ONCOLOGY LTD.

Acct  Date      Dep # Name                 Dr#  Procedure                     Ref Dt    Diag       Units       Amount
------------------------------------------------------------------------------------------------------------------------
      11/05/10   0    LITTLE,SOPHIA        20   J9171    TAXOTERE 1 MG                  174.9     150.00      5250.00
      11/05/10   0    LITTLE,SOPHIA        20   96413    CHEMO INF I HR INITI           174.9       1.00       325.00
      11/05/10   0    LITTLE,SOPHIA        20   96417    EACH ADD SEQ CHEMO I           174.9       1.00       175.00
      11/05/10   0    LITTLE,SOPHIA        20   J2469    ALOXI 25 mcg                   787.02     10.00       500.00
      11/05/10   0    LITTLE,SOPHIA        20   J1100    DEXAMETHOSONE 1MG              787.02     10.00        30.00
      11/05/10   0    LITTLE,SOPHIA        20   J1200    BENADRYL 50 MG                 787.02      1.00         3.00
      11/05/10   0    LITTLE,SOPHIA        20   96375    Admin of ea. add. se           787.02      3.00       180.00
      11/05/10   0    LITTLE,SOPHIA        20   J7040    500CC .9 Normal Sali           174.9       1.00        25.00
      11/05/10   0    LITTLE,SOPHIA        20   J7050    N/S SOLUTION 250CC             174.9       1.00        15.00
      11/08/10   0    LITTLE,SOPHIA         2   J2505    Neulasta 6 mg                  288.03      1.00      4800.00
      11/08/10   0    LITTLE,SOPHIA         2   96372    SQ/IM injection-non            288.03      1.00        50.00
      11/18/10        Cash Payment              CASH     Patient             11/18/10                          -50.00
      11/18/10   0    LITTLE,SOPHIA         1   99214    OFFICE VISIT                   174.9       1.00       175.00
      11/24/10        Check Payment             08312010 Ins #342            11/24/10                          -74.23
      11/24/10        Adjustment (22)           08312010 PPO ADJ.            11/24/10                          -65.77
      11/24/10        Adjustment (22)           09032010 PPO ADJ.            11/24/10                          -21.75
      12/03/10   0    LITTLE,SOPHIA        20   J9070    CYTOXAN 100MG                  174.9      12.00       180.00
      12/03/10   0    LITTLE,SOPHIA        20   J9171    TAXOTERE 1 MG                  174.9     150.00      5250.00
      12/03/10   0    LITTLE,SOPHIA        20   96413    CHEMO INF I HR INITI           174.9       1.00       325.00
      12/03/10   0    LITTLE,SOPHIA        20   96417    EACH ADD SEQ CHEMO I           174.9       1.00       175.00
      12/03/10   0    LITTLE,SOPHIA        20   J2469    ALOXI 25 mcg                   787.02     10.00       500.00
      12/03/10   0    LITTLE,SOPHIA        20   J1100    DEXAMETHOSONE 1MG              787.02     10.00        30.00
      12/03/10   0    LITTLE,SOPHIA        20   96375    Admin of ea. add. se           787.02      3.00       180.00
      12/03/10   0    LITTLE,SOPHIA        20   J7040    500CC .9 Normal Sali           174.9       1.00        25.00
      12/03/10   0    LITTLE,SOPHIA        20   J7050    N/S SOLUTION 250CC             174.9       1.00        15.00
      12/06/10   0    LITTLE,SOPHIA         2   J2505    Neulasta 6 mg                  288.03      1.00      4800.00
      12/06/10   0    LITTLE,SOPHIA         2   96372    SQ/IM injection-non            288.03      1.00        50.00
      12/09/10        Cash Payment              CASH     Patient             12/09/10                          -35.00
      12/09/10   0    LITTLE,SOPHIA         1   99214    OFFICE VISIT                   174.9       1.00       175.00
      12/14/10        Ref (99) from Unapplied
                                                Cross-Alloc From 1 To 20     12/14/10                          -28.25
      12/14/10        Ref (98) from Unapplied
                                                Cross-Alloc To 20 From 1     12/14/10                           28.25
      01/07/11        Check Payment             09272010 Ins #342            01/07/11                        -4472.59
      01/07/11        Adjustment (22)           09272010 PPO ADJ.            01/07/11                         -323.22
      01/07/11        Adjustment (22)           09272010 PPO ADJ.            01/07/11                          -19.19
      01/07/11        Check Payment             09242010 Ins #342            01/07/11                        -4794.63
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                         -155.60
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                        -1104.00
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                          -44.69
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                          -37.74
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                          -27.70
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                           -1.37
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                          -47.10
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                         -100.24
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                           -4.35
      01/07/11        Adjustment (22)           09242010 PPO ADJ.            01/07/11                          -12.87
      01/07/11        Check Payment             09302010 Ins #342            01/07/11                          -74.23
      01/07/11        Adjustment (22)           09302010 PPO ADJ.            01/07/11                          -65.77
      01/17/11        Ref (99) from Unapplied
                                                Cross-Alloc From 1 To 20     01/17/11                          -14.44
      01/17/11        Ref (98) from Unapplied
                                                Cross-Alloc To 20 From 1     01/17/11                           14.44
      01/17/11        Ref (99) from Unapplied
00003                                           Cross-Alloc From 1 To 20     01/17/11                           -7.31
```

```
01/17/11        Ref (98) from Unapplied
                         Cross-Alloc To 20 From 1              01/17/11                              7.31
01/17/11        Ref (99) from Unapplied
                         Cross-Alloc From 1 To 20              01/17/11                            -15.00
01/17/11        Ref (98) from Unapplied
                         Cross-Alloc To 20 From 1              01/17/11                             15.00
01/18/11        Cash Payment         CASH            Patient   01/18/11                            -55.00
01/18/11   0    LITTLE,SOPHIA         1    99214     OFFICE VISIT         174.9       1.00         175.00
```

09/29/16                        PATIENT FINANCIAL HISTORY BY DT SERVICE                     Page    3
                                        ILLINOIS ONCOLOGY LTD.

| Acct Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/21/11 | | Check Payment | 10182010 | Ins #342 | 01/21/11 | | | -4472.59 |
| 01/21/11 | | Adjustment (22) | 10182010 | PPO ADJ. | 01/21/11 | | | -323.22 |
| 01/21/11 | | Adjustment (22) | 10182010 | PPO ADJ. | 01/21/11 | | | -19.19 |
| 01/21/11 | | Check Payment | 10152010 | Ins #342 | 01/21/11 | | | -5466.75 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -75.18 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -1177.60 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -44.69 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -37.74 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -47.10 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -27.70 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -1.37 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -89.64 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -12.87 |
| 01/21/11 | | Adjustment (22) | 10152010 | PPO ADJ. | 01/21/11 | | | -4.35 |
| 01/28/11 | | Check Payment | 11052010 | Ins #342 | 01/28/11 | | | -5155.53 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -4.47 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -1104.00 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -44.69 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -37.74 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -47.10 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -27.70 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -1.37 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -75.18 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -12.87 |
| 01/28/11 | | Adjustment (22) | 11052010 | PPO ADJ. | 01/28/11 | | | -4.35 |
| 01/28/11 | | Check Payment | 11082010 | Ins #342 | 01/28/11 | | | -4472.59 |
| 01/28/11 | | Adjustment (22) | 11082010 | PPO ADJ. | 01/28/11 | | | -323.22 |
| 01/28/11 | | Adjustment (22) | 11082010 | PPO ADJ. | 01/28/11 | | | -19.19 |
| 01/28/11 | | Check Payment | 10282010 | Ins #342 | 01/28/11 | | | -74.23 |
| 01/28/11 | | Adjustment (22) | 10282010 | PPO ADJ. | 01/28/11 | | | -65.77 |
| 01/28/11 | | Check Payment | 11182010 | Ins #342 | 01/28/11 | | | -74.23 |
| 01/28/11 | | Adjustment (22) | 11182010 | PPO ADJ. | 01/28/11 | | | -65.77 |
| 02/11/11 | | Check Payment | 12062010 | Ins #342 | 02/11/11 | | | -4472.59 |
| 02/11/11 | | Adjustment (22) | 12062010 | PPO ADJ. | 02/11/11 | | | -323.22 |
| 02/11/11 | | Adjustment (22) | 12062010 | PPO ADJ. | 02/11/11 | | | -19.19 |
| 02/11/11 | | Check Payment | 12092010 | Ins #342 | 02/11/11 | | | -74.23 |
| 02/11/11 | | Adjustment (22) | 12092010 | PPO ADJ. | 02/11/11 | | | -65.77 |
| 02/11/11 | | Check Payment | 12032010 | Ins #342 | 02/11/11 | | | -5236.73 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -89.64 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -1104.00 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -44.69 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -37.74 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -47.10 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -27.70 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -75.18 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -12.87 |
| 02/11/11 | | Adjustment (22) | 12032010 | PPO ADJ. | 02/11/11 | | | -4.35 |

00004

```
03/09/11        Check Payment         01182011        Ins #342          03/09/11                              -75.04
03/09/11        Adjustment (22)       01182011        PPO ADJ.          03/09/11                              -64.96
03/21/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          03/21/11                              -20.00
03/21/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          03/21/11                               20.00
03/21/11        Check Payment         mon ord         Patient           03/21/11                              -50.00
04/12/11        Cash Payment          CASH            Patient           04/12/11                              -70.00
04/12/11   0    LITTLE,SOPHIA         1    99214      OFFICE VISIT                  V10.3        1.00         175.00
06/17/11        Check Payment         04122011        Ins #342          06/17/11                              -74.23
09/29/16                              PATIENT FINANCIAL HISTORY BY DT SERVICE                         Page    4
                                             ILLINOIS ONCOLOGY LTD.

Acct   Date    Dep #  Name              Dr#   Procedure          Ref Dt     Diag       Units         Amount
-------------------------------------------------------------------------------------------------------------
06/17/11        Adjustment (53)       04122011        HEALTHLINK PPO    06/17/11                              -65.77
08/04/11        Check Payment         MONEYORDE       Patient           08/04/11                             -578.97
08/04/11        Cash Payment          CASH            Patient           08/04/11                              -35.00
08/04/11   0    LITTLE,SOPHIA         1    99214      OFFICE VISIT                  V10.3        1.00         175.00
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                             -322.29
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                              322.29
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                              -28.03
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                               28.03
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                              -13.73
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                               13.73
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                               -0.23
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                                0.23
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                               -0.16
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                                0.16
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                              -45.29
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                               45.29
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                              -13.96
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                               13.96
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                               -1.06
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                                1.06
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 20          08/05/11                               -1.21
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 20 From 1          08/05/11                                1.21
08/05/11        Ref (99) from Unapplied
                                      Cross-Alloc From 1 To 2           08/05/11                               -4.19
08/05/11        Ref (98) from Unapplied
                                      Cross-Alloc To 2 From 1           08/05/11                                4.19
08/05/11        Ref (99) from Unapplied
```

| Date | | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -30.81 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 30.81 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 20 | | 08/05/11 | | | -10.47 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 20 From 1 | | 08/05/11 | | | 10.47 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 20 | | 08/05/11 | | | -28.03 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 20 From 1 | | 08/05/11 | | | 28.03 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 20 | | 08/05/11 | | | -9.51 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 20 From 1 | | 08/05/11 | | | 9.51 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -4.19 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 4.19 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -30.81 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 30.81 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -4.19 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 4.19 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -30.81 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 30.81 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -4.19 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 4.19 |
| 08/05/11 | | Ref (99) from Unapplied | | | | | | |
| | | | Cross-Alloc From 1 To 2 | | 08/05/11 | | | -30.81 |
| 08/05/11 | | Ref (98) from Unapplied | | | | | | |
| | | | Cross-Alloc To 2 From 1 | | 08/05/11 | | | 30.81 |
| 09/08/11 | | Check Payment | 08042011 | Ins #342 | 09/08/11 | | | -76.41 |
| 09/08/11 | | Adjustment (55) | 08042011 | HEALTHLINK HMO | 09/08/11 | | | -63.59 |
| 12/29/11 | | Cash Payment | CASH | Patient | 12/29/11 | | | -35.00 |
| 12/29/11 | 0 | LITTLE,SOPHIA | 1   99214 | OFFICE VISIT | | V10.3 | 1.00 | 175.00 |
| 02/06/12 | | Check Payment | 12292011 | Ins #342 | 02/06/12 | | | -76.41 |
| 02/06/12 | | Adjustment (55) | 12292011 | HEALTHLINK HMO | 02/06/12 | | | -63.59 |
| 07/26/12 | | Cash Payment | CASH | Patient | 07/26/12 | | | -35.00 |
| 07/26/12 | 0 | LITTLE,SOPHIA | 1   99214 | OFFICE VISIT | | V10.3 | 1.00 | 175.00 |
| 09/14/12 | | Check Payment | 07262012 | Ins #342 | 09/14/12 | | | -79.64 |
| 09/14/12 | | Adjustment (55) | 07262012 | HEALTHLINK HMO | 09/14/12 | | | -60.36 |
| 04/09/13 | | Check Payment | CK 533 | Patient | 04/09/13 | | | -50.00 |

09/29/16                                PATIENT FINANCIAL HISTORY BY DT SERVICE                          Page    5
                                                ILLINOIS ONCOLOGY LTD.

| Acct Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/09/13 | 0 | LITTLE,SOPHIA | 1   99214 | OFFICE VISIT | | V10.3 | 1.00 | 175.00 |
| 05/28/13 | | Check Payment | 04092013 | Ins #342 | 05/28/13 | | | -64.64 |
| 05/28/13 | | Adjustment (55) | 04092013 | HEALTHLINK HMO | 05/28/13 | | | -60.36 |
| 01/02/14 | | Check Payment | CK 580 | Patient | 01/02/14 | | | -50.00 |
| 01/02/14 | 0 | LITTLE,SOPHIA | 1   99214 | OFFICE VISIT | | V10.3 | 1.00 | 175.00 |

00006

| Date | | Description | Ref | | Code | Date | Dx | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/12/14 | | Check Payment | 01022014 | | Ins #342 | 03/12/14 | | | -118.08 |
| 03/12/14 | | Adjustment (55) | 01022014 | | HEALTHLINK HMO | 03/12/14 | | | -56.92 |
| 03/26/15 | | Ref (2) from Patient | | | | | | | |
| | | | OVERPAYMENT PATIENT | | | 03/26/15 | | | 46.10 |
| 03/26/15 | O | LITTLE,SOPHIA | 1 | 99214 | OFFICE VISIT | | V10.3 | 1.00 | 200.00 |
| 04/30/15 | | Check Payment | 03262015 | | Ins #30 | 04/30/15 | | | -38.60 |
| 04/30/15 | | Adjustment (8) | 03262015 | | IPA Adjustment | 04/30/15 | | | -157.50 |
| 10/13/15 | O | LITTLE,SOPHIA | 1 | 99213 | OFFICE VISIT | | C50.911 | 1.00 | 175.00 |
| 12/09/15 | | Check Payment | 10132015 | | Ins #2039 | 12/09/15 | | | -28.35 |
| 12/09/15 | | Adjustment (72) | 10132015 | | MERIDIAN ADJ | 12/09/15 | | | -146.65 |
| 05/24/16 | O | LITTLE,SOPHIA | 1 | 99213 | OFFICE VISIT | | C50.911 | 1.00 | 175.00 |
| 07/18/16 | | Check Payment | 05242016 | | Ins #2039 | 07/18/16 | | | -28.35 |
| 07/18/16 | | Adjustment (8) | | | IPA Adjustment | 07/18/16 | | | -146.65 |

```
TOTALS FOR ACCOUNT 34525   PAYMENTS :   41399.84   ADJUSTS  :    8787.26   CHARGES :   50141.00       780.00           0.00
                           REFUNDS:       -46.10
                                       ------------              -------------               -------------                  -------------
                                         41353.74                    8787.26                     50141.00                          0.00
```

00007