IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SOPHIA LITTLE, | : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | COMPLAINT & JURY DEMAND |
| v. | : : | Civil Action No. 2:17-cv-07093 |
| MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | : : : | |
| Defendants. | : : | |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on the Defendant, as follows:

1. Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Proposed Amended Short Form Complaint; and

3. Proposed Order.

Said motion will be submitted on the 14th day of November, 2018, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 17th day of October, 2018.

1

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 South University Drive, Suite 500
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:   (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.


By:   /s/ *Michael P. McGartland*
         Michael P. McGartland