MINUTE ENTRY
NORTH, M.J.
OCTOBER 16, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Nichelle Drake).

| | | |
|---|---|---|
| PRESENT: | Dawn Barrios | Cliff Merrell |
| | Darin Schanker | Peter Rotolo |
| | David Miceli | John Olinde |
| | Palmer Lambert | Douglas Moore |
| | Rand Nolen | Adrienne Byard |
| | Chris Coffin | Kelly Brilleaux |
| | Karen Barth Menzies | Patrick Oot |
| | Val Exnicios | |
| | Betsy Barnes | |
| | Lauren Godshall | |
| PARTICIPATING BY PHONE: | Daniel Markoff | Brandon Cox |
| | Alexander Dwyer | Kathleen Kelly |
| | Lauren Davis | Mike Suffern |
| | | Mara Cusker Gonzales |
| | | Beth Toberman |
| | | Suzy Marinkovich |

**Interrogatories to 505(b)(2) Defendants**: The PSC's request to propound additional interrogatories is granted. Each of the 505(b)(2) Defendants is to respond to interrogatories 26-36 previously propounded by the PSC no later than November 15, 2018.

MJSTAR (00:20)

**Sanofi's Subpoena to Debbie Cantwell**: The return date on the subpoena is hereby extended by 14 days. If, before the revised return date, Ms. Cantwell wishes to move to quash the subpoena, she may do so herself or through counsel who shall be expected to represent to the Court that they actually represent Ms. Cantwell.

**Sanofi's Motion for Issuance of Letters of Request for International Judicial Assistance** (rec. doc. 4522): For the reasons set forth in detail on the record at the conference, the motion is **granted and the letters will be executed and issued**.

*Ex parte* **Contact with Treating Physicians**: The parties are directed to meet and confer in an effort to confect a protocol addressing post-deposition, pre-trial *ex parte* contacts with treating physicians. If the parties are unable to agree on such a protocol, the issue shall be addressed by the parties and the Court at the next scheduled status conference.

**Protocol for Addressing Non-Bellwether ESI Deficiencies**: The parties are directed to meet and confer to present jointly to the Court at the next scheduled status conference a proposed protocol for addressing deficiencies in ESI production of non-bellwether plaintiffs under PTO 71A. To the extent disagreements remain, they are to be noted with clarity for the Court's reference and for discussion at the next conference. Any proposed protocol will not involve any deficiencies in Plaintiffs' Fact Sheets, as a deficiency protocol for those documents is already in place.

The next discovery status conference will be held **November 8, 2018** at **11:00 a.m.**

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE