**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee |
| --- |
| $ |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total
$
Sent  Ministere de la Justice
      Direction des Affaires civiles et du Sceau
      Bureau de droi de l'Union, du droit international prive
      et de l'entraide civile (BDIP)
Stree 13, place Vendome
      75042 Paris Cedex 01
City, France

Tracking: 7017 2680 0000 6907 5387

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions