

```
=====================================
            LAFAYETTE SQUARE
            600 S MAESTRI PL
              NEW ORLEANS
                   LA
                70130-9998
                2165810030
10/29/2018     (800)275-8777    12:17 PM
=====================================
=====================================
Product              Sale       Final
Description          Qty        Price

Prepaid Mail          1
  (Weight:1 lbs.  11.70 oz.)
  (Acceptance Date:10/29/2018   12:17
  :37)
  (Label #:RR891462205US)

Total                           $0.00

          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com


   All sales final on stamps and postage
   Refunds for guaranteed services only
        Thank you for your business
```