UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2740<br><br>SECTION H (5)<br><br>JUDGE JANE MILAZZO<br>MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT-FORM COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AS NAMED DEFENDANT

COMES NOW Plaintiff Charlene Henderson who, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully requests leave to file her First Amended Short-Form Complaint adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as a named Defendant in her case. Plaintiff's Short-Form Complaint was filed in the Eastern District of Louisiana on May 2, 2018, and Plaintiff served Defendant Hospira, Inc. in accordance with PTO No. 40A. Plaintiff has since received information indicating Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. should also be a named Defendant in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel and there is no opposition to this Motion.

Dated: October 17, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
          JUSTIN C. ROBERTS
          Texas Bar No. 24079221
          Email:  justin@robertslawfirm.com
     ROBERTS & ROBERTS

                                                                                                               118 West Fourth Street
                                                                                                               Tyler, Texas 75701-4000
                                                                                                               Ph: (903) 597-6655
                                                                                                               Fax: (903) 597-1600
                                                         *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Liaison Counsel as well as Counsel for the Hospira Defendants regarding this Motion in writing, and Counsel has consented to and does not oppose the relief sought.

                                                                                 ROBERTS & ROBERTS

                                                         BY:   */s/ Justin C. Roberts*
                                                                                     JUSTIN C. ROBERTS
                                                                                     Texas Bar No. 24079221
                                                                                     Email: justin@robertslawfirm.com
                                                                                     ROBERTS & ROBERTS
                                                                                     118 West Fourth Street
                                                                                     Tyler, Texas 75701-4000
                                                                                     Ph: (903) 597-6655
                                                                                     Fax: (903) 597-1600
                                                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                                                                                     */s/ Justin C. Roberts*
                                                                                    **ROBERTS & ROBERTS**