## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL No. 2740 <br><br> SECTION H (5) <br><br> JUDGE JANE MILAZZO <br> MAGISTRATE JUDGE NORTH <br><br> PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT-FORM COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AS NAMED DEFENDANT |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

### ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Short-Form Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as a Named Defendant is GRANTED.

Signed, this_____ day of_____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge