UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Essie McIntosh | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-15545 | : | |

### PLAINTIFF'S STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

COMES NOW Plaintiff, Essie McIntosh, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all Defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own fees and costs.

DATED October 17, 2018

Respectfully submitted,

GOLDENBERG HELLER & ANTOGNOLI, P.C.

*/s/ Katie A. Hubbard*
Katie A. Hubbard (IL#6303558/MO#63513)
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
khubbard@ghalaw.com
*ATTORNEYS FOR ESSIE McINTOSH*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certifies that a copy of the foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Katie A. Hubbard*
Katie A. Hubbard (IL#6303558/MO#63513)
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
khubbard@ghalaw.com
*ATTORNEYS FOR ERETHIA SMITH*