# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2740 |
| | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | PLAINTIFF'S UNOPPOSED |
| | : | MOTION FOR LEAVE TO |
| | : | FILE FIRST AMENDED |
| | : | SHORT-FORM COMPLAINT |
| | : | ADDING HOSPIRA |
| | : | WORLDWIDE, LLC F/K/A |
| | : | HOSPIRA WORLDWIDE, INC. |
| | : | AS NAMED DEFENDANT |

**This document relates to:**
*Susie Womack v. Hospira, Inc.;*
*Case No. 2:18-cv-8156*

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Short-Form Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as a Named Defendant is GRANTED.

Signed, this_____ day of_____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge