UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| MILDRED TURNER | SECTION "N" (5) |
|     Plaintiff | HON. JANE TRICHE MILAZZO |
| Vs. | Case No. 2:17-cv-04827 |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira, Inc. Sun Pharma Global FZE, Sun Pharma Global, Inc., Pfizer, Inc. Actavis Pharma, Inc., Eagle Pharmaceuticals, Inc. and NorthStar RX LLP | |
|     Defendants. | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

    Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 10, 2017 (*Mildred Turner v. Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira, Inc. Sun Pharma Global FZE, Sun Pharma*

1

*Global, Inc., Pfizer, Inc. Actavis Pharma, Inc., Eagle Pharmaceuticals, Inc. and NorthStar RX LLP,* Case No. 17-cv-04827), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Complaint, Plaintiff learned through the National Drug Code documents sent from Cancer Treatment Center of America that defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. should have been named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

Upon further investigation, Counsel for Plaintiff has been informed by Cancer Treatment Center of America that Ms. Turner was administered Taxotere/Docetaxel NDC Codes 0955-1020-01 and 0955-1021-04 manufactured by Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc. during her treatment April thru July 2013. Based on this newly obtained information, Plaintiff seeks to amend her complaint to add Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. Upon approval, plaintiff will dismiss all remaining defendants.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint. Plaintiff does not seek to raise additional legal theories. Plaintiff seeks only to include the proper defendants as parties to her suit. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they oppose our motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's Amended Short Form Complaint.

DATED this 18th day of October 2018.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 18th day of October 2018<br><br>/S/ Andrew Geiger | Respectfully submitted,<br>ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:       (504)486-9481<br>Facsimile:   (504)483-8130<br>Email:       aberger@allan-berger.com |