# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2740** |
| **MILDRED TURNER** | **SECTION "N" (5)** |
| Plaintiff | **HON. JANE TRICHE MILAZZO** |
| Vs. | **MAG. JUDGE NORTH** |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Hospira, Inc. Sun Pharma Global FZE, Sun Pharma Global, Inc., Pfizer, Inc. Actavis Pharma, Inc., Eagle Pharmaceuticals, Inc. and NorthStar RX LLP | **Case No. 2:17-cv-04827** |
| Defendants. | |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on November 14, 2018 at 9:30 a.m.

Dated this 18th day of October 2018

ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:         (504)486-9481
Facsimile:    (504)483-8130
Email:         aberger@allan-berger.com
*Attorneys for Plaintiff*