UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Karen Ellis v. Hospira, Inc.;*
*Case No. 2:18-cv-8695*

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT-FORM COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AS NAMED DEFENDANT

COMES NOW Plaintiff Karen Ellis who, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully requests leave to file her First Amended Short-Form Complaint adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as a named Defendant in her case. Plaintiff's Short-Form Complaint was filed in the Eastern District of Louisiana on September 18, 2018, and Plaintiff served Defendant Hospira, Inc. in accordance with PTO No. 40A. Plaintiff has since received information indicating Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. should also be a named Defendant in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel and there is no opposition to this Motion.

Dated: October 17, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email:  justin@robertslawfirm.com
ROBERTS & ROBERTS

                118 West Fourth Street
                Tyler, Texas 75701-4000
                Ph: (903) 597-6655
                Fax: (903) 597-1600
                *Attorney for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

  I hereby certify that I have contacted Defendants' Liaison Counsel as well as Counsel for the Hospira Defendants regarding this Motion in writing, and Counsel has consented to and does not oppose the relief sought.

                ROBERTS & ROBERTS

                BY: */s/ Justin C. Roberts*
                    JUSTIN C. ROBERTS
                    Texas Bar No. 24079221
                    Email: justin@robertslawfirm.com
                    ROBERTS & ROBERTS
                    118 West Fourth Street
                    Tyler, Texas 75701-4000
                    Ph: (903) 597-6655
                    Fax: (903) 597-1600
                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 17, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in this MDL.

                 */s/ Justin C. Roberts*
                 **ROBERTS & ROBERTS**