UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| JACQUELINE FRADELLA<br><br>     Plaintiff<br><br>  Vs.<br><br>Sanofi S.A., Aventis Pharma S.A. and Sanofi-Aventis U.S. LLC separately, and d/b/a Winthrop U.S.<br><br>     Defendants. | Case No. 2:16-CV-15664 |

## MEMORANDUM IN SUPPORT OF MOTION TO FILE AMENDED COMPLAINT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on October 28, 2016 and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere in the year 2015 and that it caused her to suffer permanent alopecia. Plaintiff named and served Sanofi S.A., Aventis Pharma S.A. and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S.

Upon further investigation, Counsel for Plaintiff has been informed by Slidell Memorial Hospital that Sandoz, Inc. produced the Docetaxel (NDC Code 6675805003) that was

administered to Mrs. Fradella during her treatment in July 2015.  Based on this newly obtained information, Plaintiff seeks to amend her complaint to add Sandoz, Inc.  Upon approval, plaintiff will dismiss all remaining defendants.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint.  Plaintiff does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper defendants as parties to her suit.   Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's Amended Short Form Complaint.

DATED this 18th day of October 2018.

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:        (504)486-9481
Facsimile:    (504)483-8130
Email:        aberger@allan-berger.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 18th day of October 2018

/S/ Andrew Geiger