UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| JACQUELINE FRADELLA<br><br>    Plaintiff<br><br>  Vs.<br><br>Sanofi S.A., Aventis Pharma S.A. and Sanofi-Aventis U.S. LLC separately, and d/b/a Winthrop U.S.<br><br>    Defendants. | Case No. 2:16-CV-15664 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on November 14, 2018 at 9:30 a.m.

Dated this  18th day of October 2018

ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:       (504)486-9481