UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. JANE TRICHE MILAZZO<br><br>Case No. 2:17-cv-05053 |
| THIS DOCUMENT RELATES TO:<br><br>SHEILA HONORE<br><br>    Plaintiff<br><br>Vs.<br><br>Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Sun Pharma Global, Inc., Pfizer, Inc. Actavis Pharma, Inc.<br><br>    Defendants. | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 18, 2017 (*Sheila Honore v. Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Sun Pharma Global, Inc., Pfizer, Inc. Actavis Pharma, Inc.* Case No. 17-cv-05053), and Plaintiff served Defendants pursuant to PTO 9.

Since the filing of the aforementioned Complaint, Counsel for Plaintiff has been informed by Tulane Medical Center that Ms. Honore's fusion record documents indicate that she was administered Taxotere manufactured by defendants Sanofi-Aventis US LLC and Sanofi US

1

Services, Inc. f/k/a Sanofi-Aventis US Inc. (NDC code 0075-8004-04), by defendant McKesson Corporation d/b/a McKesson Packaging (NDC Code 711683), and by defendant Hospira Worldwide, Inc., and Hospira, Inc. (NDC Code 798325). Based on this newly obtained information, Plaintiff seeks to amend her complaint to add Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc. as defendants in this matter. Upon approval, plaintiff will dismiss all remaining defendants.

    Defendants will not be prejudiced by Plaintiff's proposed amended complaint. Plaintiff does not seek to raise additional legal theories. Plaintiff seeks only to include all proper defendants as parties to her suit. Thus, Plaintiff's proposed amendment would reflect this change.

    Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they opposed our motion.

    For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's Amended Short Form Complaint.

DATED this 17th day of October 2018.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 17th day of October 2018<br><br>/S/ Andrew Geiger | Respectfully submitted,<br>ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:      (504)486-9481<br>Facsimile:  (504)483-8130<br>Email:       aberger@allan-berger.com<br>*Attorneys for Plaintiff* |