UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| SHEILA HONORE | SECTION "N" (5) |
|     Plaintiff | HON. JANE TRICHE MILAZZO |
| Vs. | MAG. JUDGE NORTH |
| Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Sun Pharma Global, Inc., Pfizer, Inc. Actavis Pharma, Inc. | Case No. 2:17-cv-05053 |
|     Defendants. | |

ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

THIS _____ DAY OF _____, 2018

_____

J U D G E