**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**


                                                            **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO**
*Gahan v. Sanofi, et al.*, **No. 2:16-cv-15283**


**_EX PARTE_ MOTION BY SANOFI DEFENDANTS FOR LEAVE TO FILE**
**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF**
**KELLY GAHAN'S MOTION FOR RECONSIDERATION**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), respectfully request leave of Court to file the attached Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration. The Sanofi Defendants respectfully submit that, since the filing of the initial Opposition, Defendants have received additional information relevant to the issue and that attached the Supplemental Memorandum serves to briefly identify the newly identified information in opposition to Plaintiff's Motion.

WHEREFORE, the Sanofi Defendants pray that this Motion be granted, and that the Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration be filed into the docket of this matter.

1

Respectfully submitted,


/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ *Douglas J. Moore*


2