**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H"**

**THIS DOCUMENT RELATES TO**
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

**ORDER**

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for leave to file the attached Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration;

IT IS ORDERED that said Motion is GRANTED, and that the attached Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration shall be filed into the docket of this matter.

New Orleans, Louisiana, this ___ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

00544911