# EXHIBIT A

# FILED UNDER SEAL

00544934