# EXHIBIT C

# FILED UNDER SEAL

00544935