UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

### *EX PARTE* MOTION FOR LEAVE TO FILE
### EXHIBITS A AND C TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF KELLY GAHAN'S MOTION FO RECONSIDERATION
### UNDER SEAL

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), respectfully request leave of Court to file Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) under seal. For the reasons set forth in the attached Memorandum in Support, Defendants respectfully submit that, pursuant to the Stipulated Protective Order entered in this matter, the referenced Exhibits to Defendants' Supplemental Opposition should be filed under seal.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) be filed UNDER SEAL.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2