UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS A AND C TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF KELLY GAHAN'S MOTION FOR RECONSIDERATION
<u>UNDER SEAL</u>**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), respectfully request leave of the Court to file Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) under seal.

Sanofi Defendants respectfully submit that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2). Exhibits A and C to Defendants' Supplemental Opposition consist of documents which have been designated as confidential and/or "protected

1

information," as set forth in PTO 50, including medical records, medical and protected health information, and personal identifying information. For these reasons, these exhibits must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2). Therefore, pursuant to PTO 50 and the applicable case law, Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) should be filed UNDER SEAL.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) be filed UNDER SEAL.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

>Harley V. Ratliff
>Adrienne L. Byard
>Kelly Bieri
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>kbieri@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*