UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

# ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for Leave to file Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) UNDER SEAL.

New Orleans, Louisiana, this ___ day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

00544913