UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## PLAINTIFF'S EX PARTE MOTION SEEKING LEAVE TO FILE REQUEST FOR HEARING OUT OF TIME

　　　　Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this *Ex Parte* Motion Seeking Leave to File Request for Hearing Out of Time, related to Plaintiff's Rule 59 Motion for Reconsideration of Court's Order Granting in Part Sanofi's Motion for Rule 37 Sanctions (Doc. 4596-5 and 4596-6).  In support of its motion, Plaintiff states as follows:

1. Plaintiff filed her Motion for Reconsideration on September 17, 2018, and set a submission date of October 31, 2018.  Defendant Sanofi filed a Response and Memorandum in Support of its Response on Friday, October 12.  Under Local Rule 78.1, a request for oral argument was due within three days after receipt of Sanofi's motion, or by Wednesday, October 17, 2018.

2. Plaintiff reasonably believed that the request for hearing included in her Notice of Submission Date (Doc. 4201-1), filed September 17, 2018, complied with Local Rule 78.1.  But after further review, it appears that this pleading only sufficed to establish the submission date.

3. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully requests that the Court exercise its discretion in accepting Plaintiff's Notice of Oral Argument, filed concurrently with this motion.

4. Plaintiff's counsel certifies that he has conferred with Counsel for Sanofi regarding the requested relief, and that Sanofi opposes Plaintiff's request for oral argument.

WHEREFORE, Plaintiff Kelly Gahan prays that this *Ex Parte* Motion Seeking Leave to File Request for Hearing Out of Time be granted, and the Court accept the filed Request for Oral Argument, as timely filed pursuant to Local Rule 78.1.

October 18, 2018

                                        Respectfully Submitted,

                                        /s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker