UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

**Kelly Gahan**
**Case No.:** 2:16-cv-15283

# ORDER

Considering the foregoing *Ex. Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File Request for Hearing under Local Rule 78.1 Out of Time:

It is ORDERED that said Motion is GRANTED, and that the Clerk of Court shall accept Plaintiff's Request for Oral Argument, filed concurrently with its Motion and Memorandum, and set the matter for oral argument.

New Orleans, Louisiana, this ____ day of October, 2018

_____
UNITED STATES DISTRICT JUDGE

1