UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)					MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## REQUEST FOR ORAL ARGUMENT

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, pursuant to Local Rule 78.1, respectfully requests that the Court hear oral argument on her Rule 59 Motion for Reconsideration of Court's Order Granting in Part Sanofi's Motion for Rule 37 Sanctions (Doc. 4596-5 and 4596-6) on November 14, 2018, or before or after the MDL conference on November 15, 2018.  Plaintiff respectfully suggests that such oral argument would be helpful in resolving the issues raised in the referenced motion and Sanofi's response.  While Defendant Sanofi opposes Plaintiffs' request for leave to request oral argument, counsel for Sanofi is available on those dates, should the Court determine oral argument would be helpful

October 18, 2018

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
D. Schanker@coloradolaw.net

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Darin L. Schanker