UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## ORDER

Considering the foregoing Plaintiff's Ex Parte Motion Seeking Extension of Time to Serve Discovery Responses, pursuant to Local Rule 7.8:

It is ORDERED that said Motion is GRANTED.  Plaintiff shall have until Friday, November 9, 2018 within which to serve responses to Sanofi's written discovery.

New Orleans, Louisiana, this ____ day of October, 2018

_____
UNITED STATES DISTRICT JUDGE

1