**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2740** |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| KAREN WHITE | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA, INC. & HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIFE, INC.** |
| SANOFI ET AL, | |
| Defendants. | |
| Civil Case No: 2:17-cv-17227 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter other than Hospira, Inc. & Hospira Worldwide, LLC F/K/A Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of October, 2018

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: October 20, 2018              /s/ *Robert Binstock*
                                      Robert Binstock