MINUTE ENTRY
NORTH, M.J.
OCTOBER 18, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)              MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                          SECTION: "H"(5)

                                          THIS DOCUMENT RELATES TO
                                          ALL CASES

The Court held a telephone status conference on October 18, 2018 to discuss with the parties the PSC's desire to convene additional Rule 30(b)(6) depositions of Sanofi regarding Adverse Event Reports ("AERs"). The Court has also received and reviewed written submissions from the PSC and Sanofi regarding these proposed depositions. After considering the parties' positions and in light of the Court's prior rulings on 30(b)(6) depositions of Sanofi, the Court orders the following:

The PSC may conduct two additional 30(b)(6) depositions of Sanofi regarding the AERs. The first deposition will cover the years 2005-2011. The second will cover 2012 – present. Each deposition will be limited to 10 hours on the record, which the Court anticipates will be covered in consecutive days.

Additionally, the Court directs J. Kyle Bachus and Harley V. Ratliff to attend the next scheduled discovery status conference in person.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:03)