UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>KAREN OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANOFI ET AL<br><br>    Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI –AVENTIS U.S. LLC**<br><br>Civil Action No.: 2:18-cv-06234 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter other than Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (Rec. Doc. 3492). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: October 22, 2018

                              /s/ *Troy Tatting*
                              Troy Tatting (MN Bar No. 0354156)
                              Jason L. DePauw (MN Bar No. 392150)

                              ROBINS KAPLAN LLP
                              800 LaSalle Avenue, Suite 2800
                              Minneapolis, MN  55402
                              Phone: 612-349-8500
                              ttatting@robinskaplan.com

                              ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Troy F. Tatting
Troy F. Tatting

89340296.1