UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ, INC. AND ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>PORRAS ET AL v. SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. ET AL., Case No. 2:18-cv-06615-JTM-MBN | Civil Action No.: 2:18-cv-06615-JTM-MBN |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc. and Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 22nd day of October 2018

**KAGAN LEGAL GROUP, LLC**

*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Phone: (939) 220-2424
Facsimile: 9939) 220-2477
Email: andrew@kaganlegalgroup.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: October 22, 2018             /s/ *Andrew T. Kagan*