UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740<br>SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

KRISTEN T. BARRY
CASE NO.: 2:18-CV-00655

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED SHORT FORM COMPLAINT**
_____

**NOW COMES,** Plaintiff Kristen T. Barry, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff originally filed suit against Sanofi defendants based upon billing records demonstrating the manufacturer of her Docetaxel to be Aventis. Since billing records did not list a NDC, out of an abundance of caution, Plaintiff followed up with a checklist to the facility. Subsequently, Plaintiff received signed certification that she was administered a Hospira manufactured Docetaxel product. Both the billing records and signed certification are attached hereto as Exhibit "A".

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto, seeking to remove Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop U.S. and add Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.

Respectfully Submitted,

October 22, 2018  /s/ Christopher L. Coffin

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
PO Drawer 71
Plaquemine, LA 70765-0071
Tel: (225) 687-6396
Fax: (225) 687-6398
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that October 22, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Christopher L. Coffin
Christopher L. Coffin