02/28/2018 WED 15:05 FAX                                                     ☒001/001

PATIENT NAME: _Kristin Barry_

DATE OF BIRTH: _11/27/67_          SSN: _084.64.2373_

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

### ***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☒ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**MCKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-30 KIT

**ACCORD HEALTHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

- ☐ NO RECORD'S FOUND

_4/5/2011_          _7/19/2011_          _6_
DATE OF FIRST TREATMENT          DATE OF LAST TREATMENT          # OF DOSES

_[signature]_                              _Medical Asso. of Brevard_
SIGNATURE OF REPRESENATIVE OF          NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER
_Kriss S. /Billing_                        _2290 W. Eau Gallie Bol #202_
PRINTED NAME & TITLE OF REPRESENTATIVE     ADDRESS
_2-28-18_                                   _Melbourne, FL 32935_
DATE                                        CITY, STATE, ZIP



EXHIBIT

A



MEDICAL RECORDS

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

XXXX PICA
PICA XXXX

| 1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | XX |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
BARRY, KRISTEN

3. PATIENT'S BIRTH DATE  MM 11 DD 27 YY 1967  SEX M  F [X]

7. INSURED'S NAME (Last Name, First Name, Middle Initial)
BARRY, KRISTEN

5. PATIENT'S ADDRESS (No., Street)
6127 ARLINGTON CIRCLE

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
6127 ARLINGTON CIRCLE

CITY MELBOURNE  STATE FL

8. RESERVED FOR NUCC USE

CITY MELBOURNE  STATE FL

ZIP CODE 32940  TELEPHONE (Include Area Code) ( )

ZIP CODE 32940  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES [ ]  [X] NO

a. INSURED'S DATE OF BIRTH  MM 11 DD 27 YY 1967  SEX M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES [ ]  [X] NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES [ ]  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ]  [X] NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN YVETTE LOPEZ-GRANBERRY

17a.
17b. NPI 1750384772

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES [ ]  [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 9

22. RESUBMISSION CODE  ORIGINAL REF. NO.

A. L    B. L    C. L    D. L
E. L    F. L    G. L    H. L
I. L    J. L    K. L    L. L

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 02 24 16  02 24 16 | 11 | | MR | A | 18 00 | 1 | | NPI | 1083697494 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
593360315

26. PATIENT'S ACCOUNT NO.
ONC1474455

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES  [ ] NO

28. TOTAL CHARGE  $ 18 00

29. AMOUNT PAID  $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
LISA A DUHAIME,  02 24 16

32. SERVICE FACILITY LOCATION INFORMATION
MAB ONC/HEM
2290 W EAU GALLIE BOULEVARD
MELBOURNE FL 32935-3145
a. 1619104114

33. BILLING PROVIDER INFO & PH # (321) 2544776
MEDICAL ASSOCIATES OF BREVARD
2290 W EAU GALLIE BLVD SUITE 202
MELBOURNE FL 32935-3145
a. 1619104114

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB-938-1197 FORM 1500 (02-12)

Summary View                                                                                    Page 1 of 1

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 04/11/2011    **Encounter Date:** 04/05/2011
**Provider:** DUHAIME, LISA A

**Total Amount:** $ 162.00    **Payments/Adjustments:** $ 162.00    **Balance:** $ 0.00
**Claim Number:** 345567    **Filing Status:** Patient

### ICD Codes:

174.9 BREAST CANCER.

268.9 VITAMIN D DEFICIENCY.

288.03 Neutropenia, drug-induced.

293.84 ANXIETY.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 99214 OFFICE VISIT EST PT DETAILED | 25 | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $162.00 | 1.00 | $162.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

### Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 05/12/2011 | Check | QC 00966971 | $95.80 |

### Claim Data:

**Symptom Indicator:** No Symptom Date

**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

### Claim Header:

**Residence Type:**

**Student Status:**

**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

### Claim Log:

04/12/2011  07:41 AM  Electronic Submission to UNITED HEALTHCARE

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 04/12/2011    **Encounter Date:** 04/05/2011
**Provider:** DUHAIME, LISA A

---

**Total Amount:** $ 15270.54    **Payments/Adjustments:** $ 15270.54    **Balance:** $ 0.00
**Claim Number:** 346185    **Filing Status:** Patient

### ICD Codes:

174.9 BREAST CANCER.

V58.11 ANTINEOPLASTIC CHEMO ENC.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|-----------|
| 96413 CHEMO, IV INFUSION, 1 HR | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $313.86 | 1.00 | $313.86 |
| 96417 CHEMO IV INFUS EACH ADDL SEQ | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $155.12 | 2.00 | $310.24 |
| 96415 CHEMO, IV INFUSION, ADDL HR | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $72.02 | 1.00 | $72.02 |
| J9045 CARBOPLATIN 50MG (HOSPIRA WORLDWIDE) | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $95.00 | 12.00 | $1,140.00 |
| J9355 HERCEPTIN 10 MG | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $150.00 | 45.00 | $6,750.00 |
| J9171 TAXOTERE 20MG (AVENTIS) | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $52.87 | 120.00 | $6,344.40 |
| 96375 THER/PROPH/DIAG ADD-ON | 59 | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $50.34 | 3.00 | $151.02 |
| J1100 DECADRON 1MG | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $3.00 | 12.00 | $36.00 |
| J1642 HEPARIN FLUSH 10U | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $5.00 | 5.00 | $25.00 |
| J2405 ZOFRAN 1 MG (CLARIS LIFESCIENCES) | | 04/05/2011 | 04/05/2011 | 11-OFFICE | 1 - Medical | $8.00 | 16.00 | $128.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

### Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 05/12/2011 | Check | QC 00966971 | $6,143.12 |

### Claim Data:

**Symptom Indicator:** No Symptom Date

Summary View                                                          Page 2 of 2

**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
   **Residence Type:**
   **Student Status:**
   **Employment Status:**
   **Primary Insurance:**
   **Claim Type:** Medical

**Claim Log:**
   04/12/2011  10:51 AM   Electronic Submission to UNITED HEALTHCARE

Summary View                                                          Page 1 of 1

**Patient:** BARRY, KRISTEN     **DOB:** 11/27/1967     **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 04/12/2011     **Encounter Date:** 04/06/2011
**Provider:** DUHAIME, LISA A

---

**Total
Amount:** $ 4481.36     **Payments/Adjustments:** $ 4481.36     **Balance:** $ 0.00
**Claim Number:** 346128     **Filing Status:** Patient

**ICD Codes:**

    174.9 BREAST CANCER.
    V66.2 CHEMOTHERAPY CONVALESCEN.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96401 THERAPEUTIC INJECTION | | 04/06/2011 | 04/06/2011 | 11-OFFICE | 1 - Medical | $129.00 | 1.00 | $129.00 |
| J2505 INJECTION, PEGFILGRASTIM 6MG | | 04/06/2011 | 04/06/2011 | 11-OFFICE | 1 - Medical | $4,352.36 | 1.00 | $4,352.36 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 05/12/2011 | Check | QC 00966971 | $2,779.71 |

**Claim Data:**

    **Symptom Indicator:** No Symptom Date
    **Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**

    **Residence Type:**
    **Student Status:**
    **Employment Status:**
    **Primary Insurance:**
    **Claim Type:** Medical

**Claim Log:**

    04/12/2011  10:51 AM  Electronic Submission to UNITED HEALTHCARE

Summary View                                                                 Page 1 of 2

**Patient:** BARRY, KRISTEN     **DOB:** 11/27/1967     **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 04/26/2011     **Encounter Date:** 04/26/2011
**Provider:** DUHAIME, LISA A

---

**Total Amount:** $ 13548.52     **Payments/Adjustments:** $ 13548.52     **Balance:** $ 0.00
**Claim Number:** 353167     **Filing Status:** Patient

### ICD Codes:

174.9 BREAST CANCER.
V58.11 ANTINEOPLASTIC CHEMO ENC.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96413 CHEMO, IV INFUSION, 1 HR | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $313.86 | 1.00 | $313.86 |
| 96417 CHEMO IV INFUS EACH ADDL SEQ | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $155.12 | 2.00 | $310.24 |
| J9045 CARBOPLATIN 50MG (HOSPIRA WORLDWIDE) | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $95.00 | 12.00 | $1,140.00 |
| J9355 HERCEPTIN 10 MG | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $150.00 | 34.00 | $5,100.00 |
| J9171 TAXOTERE 20MG (AVENTIS) | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $52.87 | 120.00 | $6,344.40 |
| 96375 THER/PROPH/DIAG ADD-ON | 59 | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $50.34 | 3.00 | $151.02 |
| J1100 DECADRON 1MG | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $3.00 | 12.00 | $36.00 |
| J1642 HEPARIN FLUSH 10U | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $5.00 | 5.00 | $25.00 |
| J2405 ZOFRAN 1 MG (CLARIS LIFESCIENCES) | | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1-Medical | $8.00 | 16.00 | $128.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

### Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 05/26/2011 | Check | QC 01068986 | $5,301.99 |

### Claim Data:

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

Summary View

**Claim Header:**
    **Residence Type:**
    **Student Status:**
    **Employment Status:**
    **Primary Insurance:**
    **Claim Type:** Medical

**Claim Log:**
    04/26/2011  05:16 PM  Electronic Submission to UNITED HEALTHCARE

Summary View                                                                     Page 1 of 2

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 04/26/2011    **Encounter Date:** 04/26/2011
**Provider:** DUHAIME, LISA A

**Total
Amount:** $ 162.00    **Payments/Adjustments:** $ 162.00    **Balance:** $ 0.00
**Claim
Number:** 353130    **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.

288.03 Neutropenia, drug-induced.

787.91 Diarrhea.

530.81 GERD.

338.3 Pain due to malignancy.

528.01 Mucositis (ulcerative) due to antineoplastic therapy.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|-----------|
| 99214 OFFICE VISIT EST PT DETAILED | 25 | 04/26/2011 | 04/26/2011 | 11-OFFICE | 1 - Medical | $162.00 | 1.00 | $162.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 05/26/2011 | Check | QC 01068986 | $95.80 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**

**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

    04/26/2011   05:16 PM   Electronic Submission to UNITED HEALTHCARE

Summary View                                                                    Page 1 of 1

**Patient:** BARRY, KRISTEN     **DOB:** 11/27/1967     **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 04/28/2011     **Encounter Date:** 04/27/2011
**Provider:** DUHAIME, LISA A

**Total**
**Amount:** $ 4481.36     **Payments/Adjustments:** $ 4481.36     **Balance:** $ 0.00
**Claim Number:** 354156     **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.

V66.2 CHEMOTHERAPY CONVALESCEN.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 96401 THERAPEUTIC INJECTION | | 04/27/2011 | 04/27/2011 | 11- OFFICE | 1 - Medical | $129.00 | 1.00 | $129.00 |
| J2505 INJECTION, PEGFILGRASTIM 6MG | | 04/27/2011 | 04/27/2011 | 11- OFFICE | 1 - Medical | $4,352.36 | 1.00 | $4,352.36 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| UNITED HEALTHCARE | 05/31/2011 | Check | QC 01121452 | $2,779.71 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date

**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**

**Residence Type:**

**Student Status:**

**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

**Claim Log:**

04/28/2011  01:37 PM  Electronic Submission to UNITED HEALTHCARE

Summary View                                                          Page 1 of 2

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 05/18/2011    **Encounter Date:** 05/17/2011
**Provider:** DUHAIME, LISA A

---

**Total Amount:** $ 13548.52    **Payments/Adjustments:** $ 13548.52    **Balance:** $ 0.00
**Claim Number:** 362510    **Filing Status:** Patient

### ICD Codes:

174.9 BREAST CANCER.
V58.11 ANTINEOPLASTIC CHEMO ENC.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96413 CHEMO, IV INFUSION, 1 HR | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $313.86 | 1.00 | $313.86 |
| 96417 CHEMO IV INFUS EACH ADDL SEQ | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $155.12 | 2.00 | $310.24 |
| J9045 CARBOPLATIN 50MG (HOSPIRA WORLDWIDE) | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $95.00 | 12.00 | $1,140.00 |
| J9355 HERCEPTIN 10 MG | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $150.00 | 34.00 | $5,100.00 |
| J9171 TAXOTERE 20MG (AVENTIS) | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $52.87 | 120.00 | $6,344.40 |
| 96375 THER/PROPH/DIAG ADD-ON | 59 | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $50.34 | 3.00 | $151.02 |
| J1100 DECADRON 1MG | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $3.00 | 12.00 | $36.00 |
| J1642 HEPARIN FLUSH 10U | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $5.00 | 5.00 | $25.00 |
| J2405 ZOFRAN 1 MG (CLARIS LIFESCIENCES) | | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1-Medical | $8.00 | 16.00 | $128.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

### Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 06/09/2011 | Check | QC 01216971 | $5,301.99 |

### Claim Data:

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
   **Residence Type:**
   **Student Status:**
   **Employment Status:**
   **Primary Insurance:**
   **Claim Type:**  Medical

**Claim Log:**
   05/18/2011  11:21 AM   Electronic Submission to UNITED HEALTHCARE

Summary View                                            Page 1 of 2

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 05/18/2011    **Encounter Date:** 05/17/2011
**Provider:** DUHAIME, LISA A

**Total
Amount:** $ 162.00    **Payments/Adjustments:** $ 162.00   **Balance:** $ 0.00
**Claim
Number:** 362403          **Filing Status:** Patient

**ICD Codes:**

    174.9 BREAST CANCER.

    288.03 Neutropenia, drug-induced.

    268.9 VITAMIN D DEFICIENCY.

    787.3 GAS/FLATUENCE.

    530.81 GERD.

    714.9 ARTHRALGIAS.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 99214 OFFICE VISIT EST PT DETAILED | 25 | 05/17/2011 | 05/17/2011 | 11-OFFICE | 1 - Medical | $162.00 | 1.00 | $162.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 06/09/2011 | Check | QC 01216971 | $95.80 |

**Claim Data:**
    **Symptom Indicator:** No Symptom Date
    **Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
    **Residence Type:**
    **Student Status:**
    **Employment Status:**

Summary View                                                    Page 2 of 2

**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

   05/18/2011   11:21 AM   Electronic Submission to UNITED HEALTHCARE

Summary View

Page 1 of 1

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 05/19/2011    **Encounter Date:** 05/18/2011
**Provider:** DUHAIME, LISA A

---

**Total**
**Amount:** $ 4481.36    **Payments/Adjustments:** $ 4481.36    **Balance:** $ 0.00
**Claim Number:** 363646    **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.
V66.2 CHEMOTHERAPY CONVALESCEN.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96401 THERAPEUTIC INJECTION | | 05/18/2011 | 05/18/2011 | 11-OFFICE | 1 - Medical | $129.00 | 1.00 | $129.00 |
| J2505 INJECTION, PEGFILGRASTIM 6MG | | 05/18/2011 | 05/18/2011 | 11-OFFICE | 1 - Medical | $4,352.36 | 1.00 | $4,352.36 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 06/15/2011 | Check | QC 01277620 | $2,779.71 |

**Claim Data:**

Symptom Indicator: No Symptom Date
Referring Provider: CRANE, LYDIA S NPI 1003806522

**Claim Header:**

Residence Type:
Student Status:
Employment Status:
Primary Insurance:
Claim Type: Medical

**Claim Log:**

05/19/2011 01:19 PM Electronic Submission to UNITED HEALTHCARE

**Patient:** BARRY, KRISTEN      **DOB:** 11/27/1967      **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 06/08/2011      **Encounter Date:** 06/07/2011
**Provider:** DUHAIME, LISA A

---

**Total Amount:** $ 13692.52      **Payments/Adjustments:** $ 13692.52      **Balance:** $ 0.00
**Claim Number:** 372533      **Filing Status:** Patient

### ICD Codes:

174.9 BREAST CANCER.
V58.11 ANTINEOPLASTIC CHEMO ENC.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96413 CHEMO, IV INFUSION, 1 HR | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $313.86 | 1.00 | $313.86 |
| 96417 CHEMO IV INFUS EACH ADDL SEQ | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $155.12 | 2.00 | $310.24 |
| J9045 CARBOPLATIN 50MG (HOSPIRA WORLDWIDE) | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $95.00 | 12.00 | $1,140.00 |
| J9355 HERCEPTIN 10 MG | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $150.00 | 34.00 | $5,100.00 |
| J9171 TAXOTERE 20MG (AVENTIS) | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $52.87 | 120.00 | $6,344.40 |
| 96375 THER/PROPH/DIAG ADD-ON | 59 | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $50.34 | 3.00 | $151.02 |
| J1100 DECADRON 1MG | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $3.00 | 12.00 | $36.00 |
| J1642 HEPARIN FLUSH 10U | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $5.00 | 5.00 | $25.00 |
| J2405 ZOFRAN 1 MG (CLARIS LIFESCIENCES) | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $8.00 | 16.00 | $128.00 |
| 96361 HYDRATION IV INF ADD-ON | 59 | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $37.00 | 2.00 | $74.00 |
| J7050 SALINE 250 ML | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $30.00 | 1.00 | $30.00 |
| J3480 INJ POTASSIUM CHLORIDE | | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1-Medical | $2.00 | 20.00 | $40.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

### Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED | 06/28/2011 | Check | QC 01379114 | $5,338.19 |

HEALTHCARE

**Claim Data:**
    **Symptom Indicator:** No Symptom Date
    **Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
    **Residence Type:**
    **Student Status:**
    **Employment Status:**
    **Primary Insurance:**
    **Claim Type:** Medical

**Claim Log:**
    06/08/2011   00:39 PM   Electronic Submission to UNITED HEALTHCARE

Summary View                                                             Page 1 of 1

**Patient:** BARRY, KRISTEN      **DOB:** 11/27/1967      **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 06/08/2011      **Encounter Date:** 06/07/2011
**Provider:** DUHAIME, LISA A

---

**Total Amount:** $ 162.00      **Payments/Adjustments:** $ 162.00      **Balance:** $ 0.00
**Claim Number:** 372404      **Filing Status:** Patient

**ICD Codes:**
   174.9 BREAST CANCER.
   288.03 Neutropenia, drug-induced.
   729.82 CRAMPS MUSCLE.
   787.3 GAS/FLATUENCE.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 99214 OFFICE VISIT EST PT DETAILED | 25 | 06/07/2011 | 06/07/2011 | 11-OFFICE | 1 - Medical | $162.00 | 1.00 | $162.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 07/14/2011 | Check | QC 01427116 | $95.80 |

**Claim Data:**
   **Symptom Indicator:** No Symptom Date
   **Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
   **Residence Type:**
   **Student Status:**
   **Employment Status:**
   **Primary Insurance:**
   **Claim Type:** Medical

**Claim Log:**
   06/08/2011  00:39 PM  Electronic Submission to UNITED HEALTHCARE

Summary View

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 06/09/2011    **Encounter Date:** 06/08/2011
**Provider:** DUHAIME, LISA A

---

**Total**
**Amount:** $ 4481.36    **Payments/Adjustments:** $ 4481.36    **Balance:** $ 0.00
**Claim Number:** 373156    **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.

V66.2 CHEMOTHERAPY CONVALESCEN.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96401 THERAPEUTIC INJECTION | | 06/08/2011 | 06/08/2011 | 11-OFFICE | 1 - Medical | $129.00 | 1.00 | $129.00 |
| J2505 INJECTION, PEGFILGRASTIM 6MG | | 06/08/2011 | 06/08/2011 | 11-OFFICE | 1 - Medical | $4,352.36 | 1.00 | $4,352.36 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 07/14/2011 | Check | QC 01427116 | $2,779.71 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI 1003806522

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

06/09/2011  09:55 AM  Electronic Submission to UNITED HEALTHCARE

Summary View                                                            Page 1 of 2

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 06/29/2011    **Encounter Date:** 06/28/2011
**Provider:** DUHAIME, LISA A

---

**Total Amount:** $ 13548.52    **Payments/Adjustments:** $ 13548.52    **Balance:** $ 0.00
**Claim Number:** 381662    **Filing Status:** Patient

### ICD Codes:

174.9 BREAST CANCER.
V58.11 ANTINEOPLASTIC CHEMO ENC.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96413 CHEMO, IV INFUSION, 1 HR | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $313.86 | 1.00 | $313.86 |
| 96417 CHEMO IV INFUS EACH ADDL SEQ | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $155.12 | 2.00 | $310.24 |
| J9045 CARBOPLATIN 50MG (HOSPIRA WORLDWIDE) | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $95.00 | 12.00 | $1,140.00 |
| J9355 HERCEPTIN 10 MG | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $150.00 | 34.00 | $5,100.00 |
| J9171 TAXOTERE 20MG (AVENTIS) | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $52.87 | 120.00 | $6,344.40 |
| 96375 THER/PROPH/DIAG ADD-ON | 59 | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $50.34 | 3.00 | $151.02 |
| J1100 DECADRON 1MG | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $3.00 | 12.00 | $36.00 |
| J1642 HEPARIN FLUSH 10U | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $5.00 | 5.00 | $25.00 |
| J2405 ZOFRAN 1 MG (CLARIS LIFESCIENCES) | | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1-Medical | $8.00 | 16.00 | $128.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

### Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 07/21/2011 | Check | QC 01519208 | $5,301.99 |

### Claim Data:

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
    **Residence Type:**
    **Student Status:**
    **Employment Status:**
    **Primary Insurance:**
    **Claim Type:**  Medical

**Claim Log:**
    06/29/2011   01:07 PM   Electronic Submission to UNITED HEALTHCARE

Summary View                                                      Page 1 of 2

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 06/29/2011    **Encounter Date:** 06/28/2011
**Provider:** DUHAIME, LISA A

**Total
Amount:** $ 162.00    **Payments/Adjustments:** $ 162.00    **Balance:** $ 0.00
**Claim
Number:** 381636         **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.

288.03 Neutropenia, drug-induced.

268.9 VITAMIN D DEFICIENCY.

375.15 TEAR FILM INSUFFIC NOS.

714.9 ARTHRALGIAS.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 99214 OFFICE VISIT EST PT DETAILED | 25 | 06/28/2011 | 06/28/2011 | 11-OFFICE | 1 - Medical | $162.00 | 1.00 | $162.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 07/21/2011 | Check | QC 01519208 | $95.80 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**

**Claim Type:** Medical

**Claim Log:**

    06/29/2011   01:07 PM   Electronic Submission to UNITED HEALTHCARE

Summary View

Page 1 of 1

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 07/05/2011    **Encounter Date:** 06/29/2011
**Provider:** DUHAIME, LISA A

**Total**
**Amount:** $ 4481.36    **Payments/Adjustments:** $ 4481.36    **Balance:** $ 0.00
**Claim Number:** 383397    **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.
V66.2 CHEMOTHERAPY CONVALESCEN.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 96401 THERAPEUTIC INJECTION | | 06/29/2011 | 06/29/2011 | 11-OFFICE | 1 - Medical | $129.00 | 1.00 | $129.00 |
| J2505 INJECTION, PEGFILGRASTIM 6MG | | 06/29/2011 | 06/29/2011 | 11-OFFICE | 1 - Medical | $4,352.36 | 1.00 | $4,352.36 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| UNITED HEALTHCARE | 08/02/2011 | Check | QC 01609926 | $2,779.71 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI 1003806522

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

07/05/2011  05:02 PM   Electronic Submission to UNITED HEALTHCARE

Summary View

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 07/20/2011    **Encounter Date:** 07/19/2011
**Provider:** DUHAIME, LISA A

**Total Amount:** $ 13548.52    **Payments/Adjustments:** $ 13548.52    **Balance:** $ 0.00
**Claim Number:** 390362    **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.

V58.11 ANTINEOPLASTIC CHEMO ENC.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 96413 CHEMO, IV INFUSION, 1 HR | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $313.86 | 1.00 | $313.86 |
| 96417 CHEMO IV INFUS EACH ADDL SEQ | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $155.12 | 2.00 | $310.24 |
| J9045 CARBOPLATIN 50MG (HOSPIRA WORLDWIDE) | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $95.00 | 12.00 | $1,140.00 |
| J9355 HERCEPTIN 10 MG | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $150.00 | 34.00 | $5,100.00 |
| J9171 TAXOTERE 20MG (AVENTIS) | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $52.87 | 120.00 | $6,344.40 |
| 96375 THER/PROPH/DIAG ADD-ON | 59 | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $50.34 | 3.00 | $151.02 |
| J1100 DECADRON 1MG | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $3.00 | 12.00 | $36.00 |
| J1642 HEPARIN FLUSH 10U | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $5.00 | 5.00 | $25.00 |
| J2405 ZOFRAN 1 MG (CLARIS LIFESCIENCES) | | 07/19/2011 | 07/19/2011 | 11- OFFICE | 1- Medical | $8.00 | 16.00 | $128.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| UNITED HEALTHCARE | 08/11/2011 | Check | QC 01654631 | $5,737.91 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**
   **Residence Type:**
   **Student Status:**
   **Employment Status:**
   **Primary Insurance:**
   **Claim Type:**  Medical

**Claim Log:**
   07/20/2011   03:20 PM   Electronic Submission to UNITED HEALTHCARE

Summary View

Page 1 of 2

**Patient:** BARRY, KRISTEN    **DOB:** 11/27/1967    **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 07/20/2011    **Encounter Date:** 07/19/2011
**Provider:** DUHAIME, LISA A

---

**Total
Amount:** $ 162.00    **Payments/Adjustments:** $ 162.00    **Balance:** $ 0.00
**Claim
Number:** 390057    **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.

288.03 Neutropenia, drug-induced.

268.9 VITAMIN D DEFICIENCY.

714.9 ARTHRALGIAS.

782.3 EDEMA.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99214 OFFICE VISIT EST PT DETAILED | 25 | 07/19/2011 | 07/19/2011 | 11-OFFICE | 1 - Medical | $162.00 | 1.00 | $162.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| UNITED HEALTHCARE | 08/11/2011 | Check | QC 01654631 | $0.00 |
| UNITED HEALTHCARE | 09/07/2011 | Check | QC 01797602 | $95.80 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S NPI 1003806522

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**

**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

| | | |
|---|---|---|
| 08/11/2011 | 00:45 PM | Electronic Submission to UNITED HEALTHCARE |
| 07/20/2011 | 09:40 AM | Electronic Submission to UNITED HEALTHCARE |

**Patient:** BARRY, KRISTEN   **DOB:** 11/27/1967   **Phone:** 321-507-8367
**Address:** 6127 ARLINGTON CIRCLE, MELBOURNE, FL, US, 32940
**Claim Date:** 07/28/2011   **Encounter Date:** 07/20/2011
**Provider:** DUHAIME, LISA A

**Total**
**Amount:** $ 4481.36   **Payments/Adjustments:** $ 4481.36   **Balance:** $ 0.00
**Claim Number:** 393772   **Filing Status:** Patient

**ICD Codes:**

174.9 BREAST CANCER.
V66.2 CHEMOTHERAPY CONVALESCEN.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 96401 THERAPEUTIC INJECTION | | 07/20/2011 | 07/20/2011 | 11-OFFICE | 1 - Medical | $129.00 | 1.00 | $129.00 |
| J2505 INJECTION, PEGFILGRASTIM 6MG | | 07/20/2011 | 07/20/2011 | 11-OFFICE | 1 - Medical | $4,352.36 | 1.00 | $4,352.36 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| UNITED HEALTHCARE | 703039 | 942128513 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| UNITED HEALTHCARE | 09/07/2011 | Check | QC 01797602 | $2,814.38 |

**Claim Data:**

**Symptom Indicator:** No Symptom Date
**Referring Provider:** CRANE, LYDIA S  NPI  1003806522

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

08/01/2011  04:30 PM   Electronic Submission to UNITED HEALTHCARE