## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO:<br>Candy Hilgeman; 2:17-cv-15779 | Civil Action No.: 2:17-cv-15779 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

    Dated this 23rd day of October, 2018.

                                               Respectfully submitted,

                                               **THE SIMON LAW FIRM, P.C**.
                                               By: /s/Amy Collignon Gunn
                                                    John G. Simon
                                                    Amy Collignon Gunn
                                                    800 Market Street, Ste. 1700
                                                    St. Louis, MO 63101
                                                    Phone: 314-241-2929
                                                    Fax: 314-241-2029
                                                    jsimon@simonlawpc.com
                                                    agunn@simonlawpc.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 23rd, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 23, 2018     By: /s/Amy Collignon Gunn
                                             Amy Collignon Gunn