UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION        SECTION "H" (5)

THIS DOCUMENT RELATES TO:

MARIA BOSCIA
CASE NO.: 2:17-CV-04182

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED SHORT FORM COMPLAINT**
_____

**NOW COMES,** Plaintiff Maria Boscia, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. When Plaintiff originally filed suit, the identity of the manufacturer or labeler was unknown. Subsequently, Plaintiff received billing records that she was administered a Sagent manufactured or labeled Docetaxel product. The billing records are attached hereto as Exhibit "A".

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Plaintiff's counsel conferred with counsel for Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc. and Sagent Pharmaceuticals, Inc., and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Respectfully Submitted,

October 23, 2018  /s/ Christopher L. Coffin

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
PO Drawer 71
Plaquemine, LA 70765-0071
Tel: (225) 687-6396
Fax: (225) 687-6398
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that October 23, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Christopher L. Coffin
Christopher L. Coffin