UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION  　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

MARIA BOSCIA
CASE NO.: 2:17-CV-04182
_____

# ORDER
_____

　　　　Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jane T. Milazzo