UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br>Robin Bradley,<br>   Plaintiff<br>Vs.<br>Sanofi S.A., Aventis Pharma S.A. and Sanofi Aventis U. S. LLC, separately and d/b/a Winthrop, US<br>   Defendants. | MDL NO. 2740<br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br>Case No. 2:16-cv-15667 |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4543);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of October, 2018.

JUDGE