UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING PFIZER INC. AS A NAMED DEFENDANT** |
| THIS DOCUMENT RELATES TO:<br><br>DONNA FRENCH v. ACCORD HEALTHCARE, INC. | Civil Action No.: 2:17-cv-10454-JTM-MBN |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Pfizer Inc. as a Named Defendant (Doc. 4553);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge