UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| MARIA REGINA MAGLIO, : | JUDGE JANE TRICHE MILAZZO |
| : | MAG. JUDGE MICHAEL B. NORTH |
| Plaintiff, : | |
| : | COMPLAINT & JURY DEMAND |
| v. : | |
| : | CIVIL ACTION NO. 2:17-CV-13407 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC : | |
| Defendants. : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaint (Doc. 4611). Plaintiff wishes to amend her complaint to reflect that her name has changed from "Maria Regina Delis" to "Maria Regina Maglio."

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
Hon. Jane Triche Milazzo
United States District Court Judge