UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL B. NORTH |
| *Frances Dennis v. Hospira, Inc., et al.;* Civil Action No. 2:17-cv-14615 | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR FAILURE TO COMPLY WITH SHOW CAUSE ORDER**

COMES NOW, Plaintiff Frances Dennis, and files her Motion for Reconsideration of Court's Order Dismissing Plaintiff's Claim with Prejudice for Failure to Comply with Show Cause Order, along with her Memorandum in Support thereof.

Dated: October 23, 2018              Respectfully submitted,

**ALLEN & NOLTE, P.L.L.C.**

/s/ Jennifer Nolte
John H. Allen, III, Esq. - Trial/Lead counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defense Counsel has been contacted, and Defendants oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated:  October 23, 2018                   **ALLEN & NOLTE, P.L.L.C.**

/s/ Jennifer Nolte
John H. Allen, III, Esq. - Trial/Lead counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*