UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: *Frances Dennis v. Hospira, Inc., et al.;* Civil Action No. 2:17-cv-14615 | MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR FAILURE TO COMPLY WITH SHOW CAUSE ORDER

PLEASE TAKE NOTICE, that Plaintiff's Motion for Reconsideration of Court's Order Dismissing Plaintiff's Claim with Prejudice for Failure to Comply with Show Cause Order is hereby set for submission before District Court Judge Milazzo on November 14, 2018, at 9:30 a.m.

Dated this 23rd day of October, 2018.

Respectfully submitted,

**ALLEN & NOLTE, P.L.L.C.**

/s/ Jennifer Nolte
John H. Allen, III, Esq. - Trial/Lead counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated:  October 23, 2018               **ALLEN & NOLTE, P.L.L.C.**

/s/ Jennifer Nolte
John H. Allen, III, Esq. - Trial/Lead counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*