UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| **THIS DOCUMENT RELATES TO:** *Frances Dennis v. Hospira, Inc., et al.;* Civil Action No. 2:17-cv-14615 | MAG. JUDGE MICHAEL B. NORTH |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR <u>FAILURE TO COMPLY WITH SHOW CAUSE ORDER</u>**

Considering Plaintiff's Motion for Reconsideration of Court's Order Dismissing Plaintiff's Claim with Prejudice for Failure to Comply with Show Cause Order,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff's claim in the Taxotere (Docetaxel) Products Liability Litigation is hereby reinstated.

So ordered this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

1