UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>MARY WOLFF,<br>Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.<br><br>Defendants<br><br>Civil Case No.: 2:17-cv-12106 | **PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT ADDING ACTAVIS LLC f/k/a ACTAVIS, INC., ACTAVIS PHARMA, INC. AND SAGENT PHARMACEUTICALS, INC.** |

## ORDER

Before the Court is Plaintiff's Amended Unopposed Motion for Leave to File Second Amended Short Form Complaint adding Actavis LLC f/k/a Actavis Inc. Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc. (Doc. 4634);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case;

**IT IS FURTHER ORDERED** that Plaintiff's original Motion for Leave to File Second Amended Complaint (Doc. 4607) is **DENIED AS MOOT.**

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge