UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL No. 2740<br><br>SECTION H (5)<br><br>JUDGE JANE MILAZZO<br>MAGISTRATE JUDGE NORTH<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT-FORM COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AS NAMED DEFENDANT |

**This document relates to:**
*Lashunn Washington v. Hospira, Inc.;*
*Case No. 2:18-cv-4411*

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Short-Form Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as a Named Defendant (Doc. 4638);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of October, 2018.

Honorable Jane T. Milazzo
U.S. District Court Judge