UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2740 |
| | : | |
| | : | SECTION H (5) |
| | : | |
| | : | JUDGE JANE MILAZZO |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | PLAINTIFF'S UNOPPOSED |
| | : | MOTION FOR LEAVE TO |
| | : | FILE FIRST AMENDED |
| | : | SHORT-FORM COMPLAINT |
| | : | ADDING HOSPIRA |
| | : | WORLDWIDE, LLC F/K/A |
| | : | HOSPIRA WORLDWIDE, INC. |
| | : | AS NAMED DEFENDANT |

**This document relates to:**
*Charlene Henderson v. Hospira, Inc.;*
*Case No. 2:18-cv-4466*

### ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Short-Form Complaint Adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as a Named Defendant (Doc. 4639);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of October, 2018.

Honorable Jane T. Milazzo
U.S. District Court Judge