UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>LINDA JOHNSON vs. SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC., ET AL. | Civil Action No.: 2:17-cv-09943 |

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, what was attached as Exhibit A to Plaintiff's Motion

SO ORDERED this _____ day of _____, 2018

_____
JUDGE, UNTED STATES DISTRICT COURT

1