UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File Request for Hearing under Local Rule 78.1 Out of Time (Doc. 4649);

**IT IS ORDERED** that said Motion is **DENIED**. The Court will not set this matter for oral argument.

New Orleans, Louisiana, this 23rd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE