UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Janice Warren v. Sanofi-Aventis US, LLC, et al. | Civil Action No.: 2:17-CV-16657 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

    Dated this 24th day of October, 2018.

                      **ALLEN & NOLTE, PLLC**

                      By: /s/ Jennifer Nolte
                      John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
                      trey@allennolte.com
                      Jennifer Nolte, Esq.
                      jnolte@allennolte.com
                      3838 Oak Lawn Avenue, Suite 1100
                      Dallas, Texas 75219
                      Tel:  (214) 521-2300
                      Fax: (214) 452-5637

                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          /s/ Jennifer Nolte
          Jennifer Nolte