UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. AS A NAMED DEFENDANT |
| THIS DOCUMENT RELATES TO:<br><br>KATHLEEN BELL V. SANOFI US SERVICES INC. f/k/a/ SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC | Civil Action No. 2:16-cv-17573 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Kathleen Bell respectfully requests leave to file an Amended Complaint adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. ("Hospira Parties") as named defendants in this case.

Since filing her Complaint, Plaintiff has obtained additional product identification information and became aware that the Hospira Parties should be named defendants in the Complaint.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated:  October 24, 2018	Respectfully submitted,

/s/Joseph J. Braun
Joseph J. Braun
Richard S. Wayne
STRAUSS TROY
150 East Fourth Street
Cincinnati, OH  45202-4018
(513) 621-2120 – Telephone
(513) 629-9426 – Facsimile
E-mail: *rswayne@strausstroy.com*

*Attorney for Plaintiff*

CERTIFICATE OF  CONFERENCE

I hereby certify that I have contact Counsel regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

/s/Joseph J. Braun
Joseph J. Braun
Richard S. Wayne
STRAUSS TROY
150 East Fourth Street
Cincinnati, OH  45202-4018
(513) 621-2120 – Telephone
(513) 629-9426 – Facsimile
E-mail: *rswayne@strausstroy.com*

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Joseph J. Braun

12951803.1