UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> KATHLEEN BELL V. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC | Civil Action No. 2:16-cv-17573 |

**(PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LAVE TO FILE AN AMENDED COMPLAINT**

Upon Plaintiff's Motion for Leave to File an Amended complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

This _____ day of _____, 2018.

_____
The Hon. Jane Triche Milazzo

12957891.1