UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Suzanne Mink v. Sanofi U.S. Services Inc., et al.*, No. 17-02931

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), hereby move this Court for summary judgment on the claims of Plaintiff, Suzanne Mink. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Defendants' Motion for Summary Judgment because Plaintiff Suzanne Mink's claims are barred by California's two-year statute of limitations. *See* Cal. Civ. Proc. Code § 335.1.

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that Ms. Mink's claims are barred by Cal. Civ. Proc. Code § 335.1, and GRANT Defendant Sanofi's Motion for Summary Judgment.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2