UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
*Suzanne Mink v. Sanofi U.S. Services Inc., et al.*, No. 17-02931

### DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK

Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi") hereby submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, pursuant to Local Rule 56.1:

*Background*

1. Plaintiff Suzanne Mink was born on June 16, 1947, in Woodland, California. *See* Suzanne Mink Third Amended Plaintiff Fact Sheet ("PFS") at § II.15.

2. She was married from 1965 to 1971 to Williams Richter. *Id.* at § II.3.

3. In 1975, she married Donald Mink and they are still married today. *Id.* at § II.3.

4. She had two children. *Id.* at § IV.7.

5. On April 2, 2010, at age 62, Ms. Mink was diagnosed with breast cancer. *Id.* at § V.5.

6. Days later, on April 19, 2010, she was also diagnosed with endometrial cancer. *Id.*

1

at § V.5.

7. Ms. Mink underwent surgery, radiation, and chemotherapy to treat her cancer. *Id.* at § V.3.

8. As part of her chemotherapy treatment, Ms. Mink was prescribed and treated with docetaxel and cyclophosphamide. *Id.* at § V.12.

9. She completed this treatment on September 23, 2010. *Id.*

10. Today, Ms. Mink is cancer free. *Id.* at § VI.2.

11. Ms. Mink filed suit against Sanofi on April 6, 2017. *Id.* at § I.4.

12. She alleges injuries resulting from her use of Taxotere® in 2010. *See* Second Amended Master Long Form Complaint (Rec. Doc. 4407) ("AMC") at ¶ 8; Amended Short Form Complaint (No. 2:17-cv-02931, Rec. Doc. 5) ("SFC") at ¶ 10.

13. Ms. Mink alleges that she suffered permanent, irreversible, disfiguring hair loss after her Taxotere® treatment in 2010. *See* SFC at ¶ 12; PFS at §§ VI.5, VII.3.

14. She alleges that her injuries occurred in March 2011. *See* PFS at § VI.5.

*Alleged Injury*

15. Alopecia or hair loss is a well-known side effect of chemotherapy and has always been in Taxotere®'s FDA-approved label. *See, e.g.*, AMC at ¶¶ 129; 135; 174.

16. Ms. Mink alleges that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy." *See id.* at ¶ 181 (emphasis added).

17. Ms. Mink had her last treatment of Taxotere® in September 2010. SFC at ¶ 10; PFS at § V.12.

18. She claims that she has suffered permanent or persistent hair loss of her scalp hair,

eyebrows, eyelashes, body hair, genital hair, and arm and leg hair since March 2011. *See* PFS at § VI.5.

19. Ms. Mink claims that, as of the date of her verified PFS, she has had alopecia or incomplete hair re-growth for approximately seven (7) years. *See id.* at § VII.23.

20. Ms. Mink claims that since March 2011 she has had significant hair loss on her entire scalp. *See id.* at § VI.5.

21. She claims that since March 2011 she has had visible bald spots on her head no matter how she styles her hair. *See id.* at § VI.5.

22. Ms. Mink alleges that she has struggled to return to normalcy and that she is "stigmatized with the universal cancer signifier—baldness—long after [she] underwent cancer treatment, and [her] hair loss acts as a permanent reminder that [she is] a cancer victim[]." AMC at ¶ 6.

23. She alleges that the permanent change in her hair has altered her self-image, negatively impacted her relationships and others' perceptions of her, and led to social isolation and depression. *Id.* at ¶ 6.

24. Ms. Mink claims that "[a]lopecia symbolizes cancer identity and treatment." *Id.* at ¶¶ 216.

25. And she alleges that "women who suffer from alopecia have a heightened awareness of their appearance"; alopecia can "heighten an individual's everyday awareness that she has or had cancer"; and she remains "stigmatized with the universal cancer signifier—baldness—long after [she] underwent cancer treatment." *Id.* at ¶¶ 216–17, 6.

26. Ms. Mink alleges that permanent or persistent alopecia has been discussed in various public forms since 1999. *See id.* at ¶¶ 149–162; 180–187.

3

*Hair Loss Treatment and Diagnosis*

27. In January 2011—approximately four months after her last treatment with Taxotere®—Ms. Mink became affiliated with "Taxotears" and "A Head of Our Time." *See* PFS at § II.20.

28. "Taxotears" and "A Head of Our Time" are groups of women who were treated with docetaxel and claim to suffer permanent or persistent hair loss. *See* PFS at § II.20; *see* **Exhibit P**, A Head of Our Time, http://aheadofourtime.org/ (last visited Oct. 23, 2018); *see also* **Exhibit Q**, A Head of Our Time (archived Dec. 7, 2010), http://web.archive.org/web/20101207024940/http://www.aheadofourtime.org:80/ (accessed by searching for aheadofourtime in the Internet Archive index on Oct. 23, 2018).

29. The homepage for "A Head of Our Time" has specifically referenced Defendants, Taxotere®, and the claim that "patients are not being informed of this potentially disfiguring side effect" since at least 2010. *See* **Exhibit P**; **Exhibit Q**.

30. In March 2011, Ms. Mink first discussed her hair loss with a healthcare provider. *See* PFS at § VII.5.

31. In 2011, Ms. Mink discussed whether Taxotere® or docetaxel caused or contributed to her alleged injury with Dr. Anaca Knowpfler. *See id.* at § VI.8.

32. Dr. Knowpfler checked Ms. Mink's hormones to evaluate Ms. Mink's hair loss. *See id.* at § VII.6.

33. In 2011, Ms. Mink also discussed whether Taxotere® or docetaxel caused or contributed to her alleged injury with Dr. Kendra Hutchinson. *See id.* at § VI.8.

34. In May 2012, Dr. Anabella Pascucci performed a scalp biopsy on Ms. Mink to evaluate her hair loss. *See id.* at §§ VII.6; VI.8.

35. Ms. Mink discussed whether Taxotere® or docetaxel caused or contributed to her alleged injury with Dr. Pascucci. *See id.* at § VI.8.

36. Ms. Mink claims Dr. Pascucci diagnosed her with her alleged injury in May 2012. *See id.* at §§ VI.6; VI.7.

37. Dr. Pascucci treated Ms. Mink for her alleged injury in May 2012. *See id.* at § VI.6.

### *Attributing Hair Loss to Taxotere® and Advocating to FDA*

38. Posting under the screenname "DoubleWhammy," Ms. Mink told other social media users: "I think if you are going to have permanent baldness from Taxotere®, you know pretty early on that things just aren't right. I think I knew at about 4 months…." *See* PFS at § II.19; **Exhibit D**, Post to BreastCancer.org (May 3, 2016).

39. In April 2013, Ms. Mink wrote on social media, "I have minimal hair but I believe mine is permanent hair loss from Taxotere®." *See* **Exhibit I**, Post to BreastCancer.org (Apr. 2, 2013).

40. In June 2014, Ms. Mink told the Taxotears group, "I finally filled out the FDA report. If you haven't done that, here is the link…." *See* **Exhibit J**, Email to Taxotears Google Group (June 1, 2014).

41. **Exhibit K** is the MedWatch report filed by Ms. Mink on May 31, 2014.

42. Ms. Mink told FDA on May 31, 2014, "I had 4 cycles of Taxotere and Cytoxin for breast cancer 3.5 years ago. Only about 25% of my hair returned. Tests and biopsies ruled out any other cause leading to the conclusion that I have permanent hair loss from Taxotere." *See* **Exhibit K**, MedWatch Report (May 31, 2014).

43. Ms. Mink, along with various other women, asked FDA for an investigation into permanent hair loss and Taxotere®. *See* **Exhibit H**, Email from Suzanne Mink to FDA (Sept. 8,

5

2015) (discussing a conference call with FDA in April 2015).

44. In April 2015, Ms. Mink participated in a conference call with FDA regarding Taxotere® and permanent hair loss. *See, e.g.*, **Exhibit H**, Email from Suzanne Mink to FDA (Sept. 8, 2015) ("I was part of a conference call with you in April directed at potential FDA investigation into permanent side effect to Taxotere that many of us have experienced that of permanent hair loss."); **Exhibit O**, Email from S. Mink to Taxotears group (April 15, 2015) (summarizing call with FDA).

### *Knowledge and Acceptance of Risk*

45. In May 2013, Ms. Mink told other social media users that if she had known of the possibility of persistent or permanent hair loss with Taxotere®, she would have still taken Taxotere®: "I have permanent hair loss from Taxotere.... I know if I'd been warned about this potential side effect that I would still have had Taxotere." *See* **Exhibit M**, Post to BreastCancer.org (May 6, 2013).

46. In May 2018, she told other social media users that if she had been warned of the potential for persistent or permanent hair loss with Taxotere® she would have taken it anyway: "Had I been warned, I probably would have done it anyway. It is rare and unfortunately I am one of the rare folks." *See* **Exhibit N**, Post to BreastCancer.org (May 24, 2018).

47. In April 2015, Ms. Mink told the Taxotears group that she knew of the possibility of permanent or persistent alopecia before chemotherapy, but that she did not think it would happen to her: "I belong to 2 breast cancer FB pages and even there no one seems interested in the hair thing. Therein is our biggest problem, no one thinks it's important – because they all got their hair back or are still fighting. I'm wondering if we need to solicit more members, maybe from the Breast Cancer.org group and CSN groups. I have seen posts there about this. In fact, it was on

one of those groups where I read about this – prior to my having chemo. I either didn't believe it or I didn't believe it would happen to me." *See* **Exhibit O**, Email from S. Mink to Taxotears Group (April 15, 2015).

### *Decision to File*

48. In December 2015, Ms. Mink discussed the Taxotears group's plan to start litigation to "rattle Sanofi's cage." *See* **Exhibit E**, Email from S. Mink to Taxotears Group (Dec. 20, 2015).

49. That same month, the Taxotears group, including Ms. Mink, discussed filing numerous lawsuits: "It has to be high enough to hurt! This can't be a slap on the wrist. It needs to hurt them bad. I would think, if they're able to prove the case successfully and show that Sanofi hid their knowledge of permanent alopecia, our case could be worth millions. (Not our share, but in total.) The more to join in, the better!" *See* **Exhibit L**, Email from Debbie Cantwell to Taxotears Group (Dec. 9, 2015).

50. Ms. Mink specifically discussed the likelihood that the statute of limitations had likely expired on her case: "Whether some of us have surpassed the statute of limitations and whether that will apply is also sort of unimportant to me." *See* **Exhibit E**, Email from Suzanne Mink to Taxotears Group (Dec. 20, 2015).

51. Ms. Mink told the Taxotears group that absent the broader litigation: "I would never have sought a lawyer. I don't know why. Just could not see me doing that. Maybe I don't want someone to tell me to go away and just be happy to be alive." *See* **Exhibit E**, Email from S. Mink to Taxotears Group (Dec. 20, 2015).

52. In October 2016, the Taxotears group discussed the strategy of filing numerous

cases so Plaintiffs could get an MDL: "Also the more they could file, the more chances of getting a 'redistricting.' They told me their goal was to redistrict and then settle out of court. They said they never had an intent to actually go to court." *See* **Exhibit G**, Email from K. Free to Taxotears Group (Oct. 24, 2016).

53. In November 2016, the Taxotears group, again, discussed filing numerous lawsuits to increase their leverage against Defendants: "The more women that sue, the more leverage and stronger the lawsuit against the fourth largest company in world [*sic*]." *See* **Exhibit F**, Email from S. Makshanoff to Taxotears Group (Nov. 30, 2016).

54. Ms. Mink filed suit against Sanofi on April 6, 2017. *See* PFS at § I.4.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

***Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                       /s/ *Douglas J. Moore*