# Memorandum of Law
# EXHIBIT D

DoubleWhamm...
**Joined:** Sep 2010
**Posts:** 22

Post a reply

Aug 18, 2016 09:32PM DoubleWhammy wrote:

I quit in April, after just a little over 5 years. I discussed it with my oncologist, tho. Had my cancer been a higher stage (I was Stage 1b, Grade 2) or had I had a larger tumor (it was 9 mm.) she said she would advise me to stay on longer, but I felt the risks of being on the drug were higher than the risk of recurrence for me and she was perfectly ok with me going off it. Besides, when I started taking it, 5 years was the recommendation and I did what I was told then!

Suzanne

*Dx 4/29/2010, IDC, Right, <1cm, Stage IB, Grade 2, 0/2 nodes, ER+/PR+, HER2-*

Edit | Delete

---

DoubleWhamm...
**Joined:** Sep 2010
**Posts:** 22

Post a reply

Aug 19, 2016 04:17PM - edited Aug 19, 2016 04:24PM by DoubleWhammy

I've learned a lot about family and friends (and myself) since I was diagnosed in 2010. For the most part, I have learned that they just don't get it if it hasn't happened to them. It's typically not because they don't care, and sometimes (I said "sometimes") they really do want to help, but don't know what to do. That's when it's up to you to call so and so and say "when you go to the store next, could you pick up X for me" or "would you arrange for our friends to bring my family dinner X times a week", "could you come by and just spend some time with me?" etc. etc. It is just plain hard to ask for any help, but you might be surprised if you do. I had my feelings hurt deeply about this cancer thing by well meaning friends or family. They did not live up to my expectations. Now, 6 years later, I've finally learned at thing or two. After treatments were over (I had both breast and uterine cancer at the same time), I was always in fear of upcoming doctor appointments. For them, treatment was over, so cancer was over and I should just suck it up. It wasn't over for me. Now (6 years later), I seldom think about MY cancers, but I make really good efforts to be around for anyone who is in need. I've learned to turn the other cheek and I've learned to not be around negative people or people who do not want to hear about things that I am either concerned about or am interested in. It has been really hard for me, but being yelled at because someone was "sick of hearing about it" or being ignored just plain hurts and it is not how I want to be. My hair did not return after chemotherapy and it really still bothers me. Just a few weeks ago someone said "when are you going to get over it?" I'm not. I'm ok in my wigs, but at the end of the day, I look like a side show freak. My relationships are simply different now. My family is my family and they are who they are - family and I accept them for who they are. My immediate family (husband, adult children) were and still are great. Those others - quite a mixed bag. Friendships have changed significantly for me. Two women who I considered my best friends prior to cancer, I keep as friends because of our long history, but we are not nearly as close as we used to be. I chalk it up to different interests - they like to gamble, I don't; I like to sew and knit, they don't. We do see each other (went to lunch for our birthdays a few weeks ago) but not like we used to. I keep my distance because of what I consider extremely nasty comments and I guard what I share with them. They can't take back what they said (nor would they) and I can't forget it. I'm very close to my oldest friend (since we were 4), but guess what? She's had kidney cancer. She gets it! And we have very similar interests and like to do many of the same things. I've met and maintained good friendships with some breast cancer and uterine cancer survivors via a group I volunteer for. They sew and knit! One of those friends now is Stage IV and not doing well. We get together at least once a week to knit and we even went to one of her chemo treatments and knitted together. She loved our company. Life does change after cancer and I like who I am and how I behave toward people now vs. how I might have dismissed someone else's feelings previously. And yes, I might have been one of those people who say "you'll be fine"! That is so dismissive and I hate to think I might have said that, but I bet I did.

I found the best thing for me was finding an online support group. Someone was always there and there was typically someone who was experiencing or had experienced what I was experiencing and could offer the support I needed. Good luck to you all. It is a tough road and one we should not travel alone.

*Dx 4/29/2010, IDC, Right, <1cm, Stage IB, Grade 2, 0/2 nodes, ER+/PR+, HER2-*

---

DoubleWhamm...
**Joined:** Sep 2010
**Posts:** 22

Post a reply

May 3, 2016 10:58AM DoubleWhammy wrote:

You ladies who have posted photos are doing great. Your stubble looks like it's going to fill in fine. 5+ years later and I still don't have that much hair. I think if you are going to have permanent baldness from Taxotere, you know pretty early on that things just aren't right. I think I knew at about 4 months, but kept being told to be patient, maybe I was a slow responder, etc., but I knew in my gut. You ladies look just fine!

*Dx 4/29/2010, IDC, Right, <1cm, Stage IB, Grade 2, 0/2 nodes, ER+/PR+, HER2-*

Edit | Delete