# Memorandum of Law
# EXHIBIT E

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Monday, December 14, 2015 8:06 PM
**To:** taxotears@googlegroups.com
**Subject:** [Taxotears] FDA news, etc.

Hi everyone-
I am almost beyond words and moved to tears over the note received from the FDA today.  For the first time in 5 ½ years, I feel so validated and not so much like a freak!  This is such great news.  I have my conf. call in the morning with the law firm and then our group conference call in the afternoon.  I feel like this news from the FDA could not have been more timely for us.  I am so thankful to have connected with you call and to have made some strides.  Hear, hear, for social media – or we would probably never have met!!   Thank you all!
Love you all,
Suzanne


-----Original Message-----
From: taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] On Behalf Of Suzanne Mink
Sent: Thursday, December 17, 2015 7:23 AM
To: bluermedic@gmail.com; 'Taxotears' <taxotears@googlegroups.com>
Subject: RE: [Taxotears] Ad

What a nice link to wake up to!  I see it last aired during Property Brothers on HGTV at 2:40 a.m.  Someone had to be watching, but it sure wasn't me in the middle of the night.  Lots of my peeps do watch HGTV (ok, I'm one of them) so this will be seen and it will likely be seen by mostly women.  Yahoo!

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Friday, December 18, 2015 11:07 AM
**To:** julieandruchow@hotmail.com; taxotears@googlegroups.com
**Subject:** RE: [Taxotears] Sanofi Consumer info

Hmmmm, that's doesn't seem so good for us and our legal case.  HOWEVER, I was not informed about this nor given any written consumer information in 2010.  That it is available on the internet hardly means patients would see this.
Suzanne

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Sunday, December 20, 2015 7:54 PM
**To:** taxotears@googlegroups.com
**Subject:** [Taxotears] I submitted my forms

I finally submitted my forms to Robert Weinberger.  It  took a while and besides, I was busy having fun in Santa's Workshop.

My thought (for whatever it's worth) is that this litigation is worth a shot and it will at a minimum rattle Sanofi's cage.  The edict from the FDA was very satisfying on its own to me.  I don't know if the lawfirm has a legal case or not, but if they didn't think they do, they would not be pursuing this and taking on the risk of time and energy and expense on their part.  Thank you Kelly for your perseverance.   Whether some of us have surpassed the statute of limitations and whether that will apply is also sort of unimportant to me.  They actually listened and believe they have legal grounds to proceed.   I assume the lawfirm has done its due diligence and will turn over every rock.

The firm's contingency fee may be on the high end, but I have nothing to compare this to and this lawfirm is not telling us to just go home and buy a wig.  They listened to Kelly and so many other firms many of you have pursued seem to have laughed you out of their office.  I would never have sought a lawyer.  I don't know why.  Just could not see me doing that.  Maybe I don't want someone to tell me to go away and just be happy to be alive.  This lawfirm has my support to pursue this.  It's human nature to fantasize about large financial gain, but I don't see that happening here (but I wouldn't mind it).    My goal is validation and getting folks (particularly Sanofi) to take notice that this is not trivial on so many levels.

Happy Holidays from California.  It's raining and cold and I have a cold.  We desperately need the rain, but I don't need a cold.  Not sure we have much Kleenex left in the house!

Suzanne

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Monday, December 21, 2015 9:07 AM
**To:** taxotears@googlegroups.com
**Subject:** FW: [Taxotears] NDC#

In case this might be helpful to others:

**From:** Suzanne Mink [mailto:srmink@pacbell.net]
**Sent:** Monday, December 21, 2015 9:07 AM
**To:** 'iamfree@mail-solutions.net' <iamfree@mail-solutions.net>
**Subject:** RE: [Taxotears] NDC#

Kim –

Maybe this information will help you.  I had to get everything about Taxotere from the pharmacy in the infusion center. In the records from our oncologists (or at least mine) are only what was prescribed, not what was actually administered.   In California where I live, infusion is considered an in-patient procedure (of course) and dispensing drugs inpatient does not require the same reporting as it does with an outpatient pharmacy apparently.  I don't know why.  I was really lucky and was able to get the NDC numbers for the Taxotere drugs that were being dispensed at the time of my infusions, but there is no real "official" record of what was dispensed to me.  The records I have from the infusion center simply list that they gave me Taxotere and Cytoxin and the amounts administered, time, etc.  The pharmacist I met was great at trying to get me the information as best he could.      He also concluded that because I had Taxotere in 2010 and it did not go generic until 2011 that I had the drug manufactured by Sanofi.  I was really excited to get what I needed.  This information may help you.  I had no idea things worked like this.  One day, I just decided to stop in at the pharmacy in the cancer

MINK000278