# Memorandum of Law
# EXHIBIT F

| | |
|---|---|
| From: | SUZANNE M MAKSHANOFF <smakshanoff@sbcglobal.net> |
| To: | taxotears@googlegroups.com Com <taxotears@googlegroups.com> |
| Sent: | 11/30/2016 8:03:19 PM |
| Subject: | [Taxotears] Phone call with Christ Elliott and Greg Gold and Jody |

Notes from my call today:

Generic drugs: March 2011 and later most used the generic version of Taxotere. But not all. You need to get confirmation of the drug used from oncologist. Generic makers include a variety of companies including Hostera (not sure spelling). The Supreme Court ruled that generic manufacturers can't be sued. Weird. But they are filing some cases in a separate lawsuit against Hostera.

The more women that sue, the more leverage and stronger the lawsuit against the fourth largest company in world.

Because in MDL, you don't need a local lawyer at all. You could sign up with them if you wish. Fees are 40% to the firm (about 5% of that are costs incurred). No fees to client at all.

First items needed are medical records. Send what you have and then they will get directly from doc too. Picture of you and you and family before treatment, then you now, but close up of your face and one that they can compare before and after side by side.

What they are doing seminars on is the actual science behind why it caused alopecia. Would love to learn this info.

Some of the cases are eyebrows thinning, spots missing, etc...but most of the cases are the male pattern balding. I'm shocked there are so many of us.

If selected as a Bellwether case to go to trial, you have the right to refuse.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.