# Memorandum of Law
# EXHIBIT H

From:taxotears@googlegroups.com on behalf of Suzanne Mink
To:Deborah.Miller@fda.hhs.gov

Sent:9/8/2015 4:40:02 PM
Subject:\[Taxotears\] Update from Taxotears Group
Good morning, Deborah.
I was part of a conference call with you in April directed at potential FDA investigation into the permanent side
effect to Taxotere that many of us have experienced ÿ that of permanent hair loss. Weÿre still a very active group
and hoping to have made a difference by providing you some information about our condition ÿ which is still not
acknowledged by many oncologists, nor are patients informed that this might happen. Personally, I probably would
have taken the risk, but coming as a surprise was not what I bargained for.
Recently, one of our members in Europe had an article published in the UK http://www.telegraph.co.uk/lifestyle
/wellbeing/healthadvice/11841436/I-survived-cancer-but-drugs-left-me-with-permanent-alopecia.html
On a more ÿscientificÿ note, I just became aware of this abstract http://conference.ncri.org.uk/abstracts
/2014/abstracts/A218.html presented at a conference in the UK in November 2014.
Iÿm hoping these links might provide more information to you in your work on this. Iÿm also hoping that the work is
indeed continuing.
Best wishes and thank you for your efforts,
Suzanne Mink
This email has been checked for viruses by Avast antivirus software.
www.avast.com

--

You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at http://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

DODSON000482