# Memorandum of Law
# EXHIBIT I



**Double Whammy**

Posts: 2817
Joined: Jun 2010

### I have minimal hair

Apr 02, 2013 - 2:17 pm

but I believe mine is permanent hair loss from Taxotere. I simply never grew all of it back. I've been to dermatologists, had every lab test available, used Rogaine faithfully for 6 months, and tried a number of specialty hair products (have not tried Redkin). Nothing has worked. Recently, my oncologist switched me from Arimidex TO Tamoxifen in the hope that Arimidex was contributing. It's been 2 months and so far no difference. If you got your hair back after chemo, and your hair is thinning, I imagine it's from lack of estrogen. And just what are we supposed to do about that?

Hope your hairloss stops. This is simply devastating.

Suzanne

📝 edit    💬 reply    Report as Inappropriate

---



**Double Whammy**

Posts: 2817
Joined: Jun 2010

### I missed the bus!

Dec 19, 2014 - 11:32 am

Sounds like Glo handled the ordeal with the help of those who jumped on and things are looking good.

Glo, the age thing is a factor to be considered, but only if it effects your overall health. And doggone it, you're only 78, not 98. You still seem young, healthy, and vibrant to me.

So happy everything went well for you. We will always worry - whether the odds are in our favor or not. We just don't worry so much anymore. I was ER+ and I worry about stopping Tamoxifen, yet I really don't want to take it anymore.

Happy Holidays.

Suzanne

📝 edit    💬 reply    Report as Inappropriate

---



**Double Whammy**

Posts: 2817
Joined: Jun 2010

### Can I be in this club, too?

Aug 04, 2010 - 9:37 pm

I started July 23. That's almost August.

When I met with the nurse about a week B4 my first cycle, she told me she knew there was nothing she could tell me that would stop my worry, but that about a week after my first infusion, I'd know what it would be like and it would be ok. She did reassure me about all the drugs for side effects, etc. I'm now at Day 13 and sort of know what to expect next time so I'm not freaking any more. My hair started to fall out last night, a little sooner than I expected, and we buzzed it this morning so I don't look like a mangie dog. Having no hair is strange and makes everything real, but it will grow back.

My side effects have been minimal, but they were there nonetheless. Now at Day 13 my appetite has returned, my bowels seem to be almost normal, and I'm feeling quite normal - just in time for the next round (just like they said).

Suzanne

📝 edit    💬 reply    Report as Inappropriate

---



**Double Whammy**

Posts: 2817
Joined: Jun 2010

### So good to hear from you

Jun 12, 2013 - 9:35 pm

Sorry about the complications from VATS and hope you're recovering and moving forward.

Best,

Suzanne

📝 edit    💬 reply    Report as Inappropriate

MINK000033