Memorandum of Law

# EXHIBIT J

Welcome Julie and Sarah.    Hope I can add some encouragement, because it
takes so long to accept this fate and even when you do, some days you still
don't.   Or at least that's the way it has been for me.  I'm 3 1/2 years
post chemotherapy and tomorrow I need to tidy up my "hair".  I keep my hair buzzed because it's ugly and I simply see no advantage to letting it grow so I look like a zombie and every advantage to buzzing off what I have.  One advantage as I see it is that it's sort of a style, albeit not a very flattering one, but at least it looks tidy and clean.  Better for me to take it off than look like something died on my head.  So tomorrow morning I will get out the clippers and buzz, buzz, buzz.  Others don't feel this is for them.  For me, it helps to not feel like a freak - and I feel like a freak with the little hair that I have.  I don't like to see it.

I wear wigs most of the time in public.  I now actually love my wigs.  They make me look alive and well.  Without them I look hideous.  I would not wear a wig when I was in treatment because I thought they looked too "wiggy", were too hot, it was temporary,  etc., etc.  I now have good wigs (inexpensive, but good).  I don't care if people know know I wear a wig and I don't care if I go out in public with a ball cap or scarf on and people know I'm bald underneath.  Generally when I'm out and about, I wear a wig, but not always.  No one knows I wear a wig if they don't know me personally.  Honestly.  Wigs can look good and mine do, but I don't always
wear them.    I wear a ball cap to the gym every morning.  It's part of my
gym outfit.  Everyone knows I'm bald - it's obvious, but I'm not bare headed.  I'm not comfortable being bare headed and  I would not wear a wig to exercise.  So I have a cap on.  These folks know me now and if my hat were to come off for any reason, I wouldn't die of embarrassment but I'd rather
not have that happen and it hasn't.   IF I'm home and it's hot, I'm without
anything on my head and I'm not overly embarrassed if someone sees me, but I do try and limit that exposure to family and friends. Wintertime usually finds me with a beanie or other knit hat - and while most of the time I'll wear a wig when I go out, sometimes I go out in the beanie.  I have some cute ones.    I have made peace with this dilemma for the most part and
found ways to deal with it.  I can't change it.

I also have permanent makeup and wear eyelash extensions.   A friend asked
me when I was going to stop with the extensions and my response was "when I stop being vane".  That will happen eventually and frankly I'd probably be ok with just the liner and a half a tube of mascara on my puny lashes.  For
now, I'm enjoying the lash extensions.

So sorry you've found yourselves in our shoes.  There are indeed many reasons women lose their hair, but there is just something about the way we've lost ours that makes it feel like it ain't over yet.  I just had a conversation with a friend who not only can't seem to understand why I wear the lash extensions, but why I'm still upset about losing my hair.  Because I had cancer and they said it would come back, and I was expecting it to, dammit!

Suzanne

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Sunday, June 1, 2014 8:37 AM

MINK000123

**To:** taxotears@googlegroups.com
**Subject:** [Taxotears] New members

Wow girls, you really are young and my heart goes out to you, first for having breast cancer at such a young age, and then this ultimate insult.  Kim, your photos are awesome.  You do look just like your girlfriends and no, I can't tell you're wearing a wig.  I can't imagine working out in your wig, how does it stay put?  And what about sweat?  My latest wigs are also lace fronts and have dark roots.  I don't think they are hot either but like I said, at home I'm hairless.  It's just easier at home.

My oncologist is a young woman (40 something) and I do think she sympathizes with my hair issues.  Of course, she says I'm the only one she's seen and I think there may be less sympathy for older women.  Her job was to kill the cancer without killing me.  I think they need to be more aware of this potential collateral damage and tell us up front, tho.

Sometimes I wonder how my hair would have been had it come back.  It had thinned as I aged and I see so many of my peers struggle with their hair with either color or style.   Many of those who don't, just  look like old women.  I doubt my own hair would have looked this good and as time  passed no matter what I did to it (gray roots are really ugly), so I've sort of begun to feel more than ok that I have to wear a wig to look human because the color and texture and styles of my wigs do take years off me.  I would have never done the tattooed eyebrows or liner if I hadn't needed to and I absolutely love that, too.

I finally filled out the FDA report.  If you haven't done that, here's the link  https://www.accessdata.fda.gov/scripts/medwatch/.  I wonder if my oncologist or the dermatologist  reported it.

Time to do laundry.  My life is so exciting.
Suzanne


**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Monday, August 18, 2014 9:01 PM
**To:** taxotears@googlegroups.com
**Subject:** RE: [Taxotears] New alopecia drug

I've read about this.  I'm at a point in my life/this journey where I don't want to take another drug.  Ever.  While I would like my hair back, I just don't like the idea of adding yet another chemical to my body with unknown side effects and that may interact with drugs I already take that are worth the risks (anti-hypertensives and good ol' Tamoxifen).   All drugs have risks and I guess I've lived with this hair thing for 4 years now and have sort of adjusted to the point where I don't want to risk my health just to have hair when I can put on a wig and look fine.  I'm comfortable at home hairless and this summer have been going out a lot with a ball cap.  I continue to accept and adjust to this fate.

So until they come up with a treatment that effects only the hair follicles and nothing else, I'll probably stay as I am.  And I might change my mind about all of this tomorrow!

Suzanne