# Memorandum of Law
# EXHIBIT K

Individual Case Safety Report

Case 2:16-md-02740-MN Document 4687-13 Filed 10/24/18 Page 2 of 4

CaseID: 10213862
mer Report

Form Approved: OMB No. 0910-0291, Expires: 12/31/2011
See OMB statement on reverse.

10213862-01-00-01

The FDA Safety Information and
Adverse Event Reporting Program

Y reporting of
ict problems and
product use errors

CDER

**FDA USE ONLY**

Triage unit
sequence # ____ 552441

---

## A. PATIENT INFORMATION

| 1. Patient Identifier | 2. Age at Time of Event or Date of Birth: | 3. Sex | 4. Weight |
|---|---|---|---|
| (b) (6)  In confidence | 63 Years  (b) (6) | ☑ Female  ☐ Male | 150 lb  or ____ kg |

## B. ADVERSE EVENT, PRODUCT PROBLEM OR ERROR

Check all that apply:

1. ☑ Adverse Event  ☐ Product Problem (e.g., defects/malfunctions)
   ☐ Product Use Error  ☐ Problem with Different Manufacturer of Same Medicine

2. **Outcomes Attributed to Adverse Event** (Check all that apply)

☐ Death: ____ (mm/dd/yyyy)
☐ Life-threatening
☐ Hospitalization - initial or prolonged  ☑ Other Serious (Important Medical Events)
☐ Required Intervention to Prevent Permanent Impairment/Damage (Devices)
☐ Disability or Permanent Damage
☐ Congenital Anomaly/Birth Defect

| 3. Date of Event (mm/dd/yyyy) | 4. Date of this Report (mm/dd/yyyy)  05/31/2014 |
|---|---|

5. **Describe Event, Problem or Product Use Error**

I had 4 cycles of Taxotere and Cytoxin for breast
cancer 3.5 years ago. Only about 25% of my hair
returned. Tests and biopsies ruled out any other cause
leading to the conclusion that I have permanent hair
loss from Taxotere.

6. **Relevant Tests/Laboratory Data, Including Dates**

Thyroid, iron, and ...

7. **Other Relevant History, Including Preexisting Medical Conditions** (e.g., allergies, race, pregnancy, smoking and alcohol use, liver/kidney problems, etc.)

Race:White

For additional information see B7 below.

## C. PRODUCT AVAILABILITY

Product Available for Evaluation? (Do not send product to FDA)

☐ Yes  ☑ No  ☐ Returned to Manufacturer on: ____ (mm/dd/yyyy)

## D. SUSPECT PRODUCT(S)

1. **Name, Strength, Manufacturer** (from product label)

#1 Name: Taxotere
Strength:
Manufacturer:

#2 Name:
Strength:
Manufacturer:

---

| 2. Dose or Amount | | Frequency | Route |
|---|---|---|---|
| #1 | | every 3 weeks X 4 | Into a vein |
| #2 | | | |

| 3. Dates of Use (If unknown, give duration) from/to (or best estimate) | 5. Event Abated After Use Stopped or Dose Reduced? |
|---|---|
| #1 07/23/2010 – 09/23/2010 | #1 ☐ Yes ☑ No ☐ Doesn't Apply |
| #2 | #2 ☐ Yes ☐ No ☐ Doesn't Apply |

| 4. Diagnosis or Reason for Use (Indication) | 8. Event Reappeared After Reintroduction? |
|---|---|
| #1 Breast cancer chemotherapy. | #1 ☐ Yes ☐ No ☑ Doesn't Apply |
| #2 | #2 ☐ Yes ☐ No ☐ Doesn't Apply |

| 6. Lot # | 7. Expiration Date | 9. NDC # or Unique ID |
|---|---|---|
| #1 | #1 | |
| #2 | #2 | |

## E. SUSPECT MEDICAL DEVICE

1. **Brand Name**

2. **Common Device Name**

3. **Manufacturer Name, City and State**

CTU

JUN - 2 2014

| 4. Model # | Lot # | 5. Operator of Device |
|---|---|---|
| | | ☐ Health Professional |
| Catalog # | Expiration Date (mm/dd/yyyy) | ☐ Lay User/Patient |
| | | ☐ Other: |
| Serial # | Other # | |

| 6. If Implanted, Give Date (mm/dd/yyyy) | 7. If Explanted, Give Date (mm/dd/yyyy) |
|---|---|

8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
☐ Yes ☐ No

9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

## F. OTHER (CONCOMITANT) MEDICAL PRODUCTS

Product names and therapy dates (exclude treatment of event)

## G. REPORTER (See confidentiality section on back)

1. **Name and Address**
(b) (6)

DSS

JUN 0 2 20

| Phone #  (b) (6) | E-mail  (b) (6) |
|---|---|

| 2. Health Professional?  ☐ Yes ☐ No | 3. Occupation | 4. Also Reported to:  ☐ Manufacturer  ☐ User Facility  ☐ Distributor/Importer |
|---|---|---|

5. If you do NOT want your identity disclosed
to the manufacturer, place an "X" in this box: ☐

**FORM FDA 3500 (1/09)**  Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

**B.6. Relevant Tests/Laboratory Data, Including Dates** *(continued)*

... autoimmune blood tests normal.  Scalp biopsy consistent with permanent hair loss from Taxotere.

Individual Case Safety Report

10213862-01-00-02

DSS

JUN 02 2014

**B.7. Other Relevant History, Including Preexisting Medical Conditions** (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.) (continued)

Medical Conditions: hypertension, high cholesterol, breast cancer, endometrial cancer.
---------
Allergies: none known
---------
Important Information:
---------
RX Meds: Tamoxifen, Metopolol, Lisinopril, Amlodipine, Pravastatin
---------
OTC Meds: Vitamin D

## Individual Case Safety Report



10213862-01-00-03

DSS
JUN 0 2 2014