Memorandum of Law
# EXHIBIT L

From: taxotears@googlegroups.com <taxotears@googlegroups.com>

Sent: Friday, December 11, 2015 10:16 AM

To: jennifer1380@gmail.com; milica bookman <milicabookman@yahoo.com>

Cc: debbie.cantwell@gmail.com; Ami Dodson <amidodson@yahoo.com>; srmink@pacbell.net; Taxotears Group <taxotears@googlegroups.com>

Subject: Re: [Taxotears] Legal fees?


Not sure anyone who has not walked our path can even begin to try to comprehend the anguish, anxiety, and devestation we each face every day. I look and feel like a side show freak and am not even comfortable in the privacy of my own home without a head covering. It has affected every aspect of my life and I want to see Sanofi brought to justice and I want all women afforded the ability to make an informed and educated decision regarding their treatment and its side effects.

Sent from Yahoo Mail on Android

From:"Jennifer Daley" <jennifer1380@gmail.com>

Date:Fri, Dec 11, 2015 at 4:53 AM

Subject:Re: [Taxotears] Legal fees?

This is a really good point. But what concerns me is that somebody (who doesn't know me) will decide to what degree this hair side effect has affected me.  I've had many doctors (and friends) tell me when they see my bare head, "Oh, your hair isn't so bad!" But trust me, it is. It is bad! It is devastating to me.


Jenny



On 9 Dec 2015, at 21:39, milica bookman <milicabookman@yahoo.com> wrote:

I know that we are not in this for the money but still I'd like to express a word of caution:

When I spoke with Robert about ten days ago, among other things he said that the payout will not be divided equally among all the plaintiffs but rather that those who suffered more (more hair loss, more change in quality of life, etc) would receive more compensation.


I have a lot of lawyers in my extended family (including my daughter) and have heard many horror stories about what happens to people when dollar signs begin to dangle before their eyes. We must be careful that, if we are so lucky as to get a judgement in our favor, it does not cause inter-personal problems within our group.

Ok, now back to being excited!

_____

From: Debbie Cantwell <debbie.cantwell@gmail.com>

To: milica bookman <milicabookman@yahoo.com>

Cc: "jennifer1380@gmail.com" <jennifer1380@gmail.com>; Ami Dodson <amidodson@yahoo.com>; "srmink@pacbell.net" <srmink@pacbell.net>; Taxotears Group <taxotears@googlegroups.com>

Sent: Wednesday, December 9, 2015 4:26 PM

Subject: Re: [Taxotears] Legal fees?


But here's the thing. My dad is a retired attorney. Once I heard him arguing with someone about why damages that are awarded to plaintiffs are often so high. It has to be high enough to hurt! This can't be a slap on the wrist. It needs to hurt them bad. I would think, if they're able to prove the case successfully and show that Sanofi hid their knowledge of permanent alopecia, our case could be worth millions. (Not our share, but in total.) The more to join in, the better!



On Wed, Dec 9, 2015 at 1:11 PM, 'milica bookman' via Taxotears <taxotears@googlegroups.com> wrote:

I assume the 40% comes out of what is left after all expenses are paid, right?

It will be very expensive to run ads and screen candidates, etc.

We should not expect much in terms of financial compensation.



_____

From: Jennifer <jennifer1380@gmail.com>

To: Ami Dodson <amidodson@yahoo.com>

Cc: "srmink@pacbell.net" <srmink@pacbell.net>; Taxotears Group <taxotears@googlegroups.com>

Sent: Wednesday, December 9, 2015 2:28 PM

Subject: Re: [Taxotears] Legal fees?

Ami, thank you for clarifying that. I too am excited that a law firm feels that our case is worthy. I will set up a call with him to discuss. I ha thought it would be a group conference call, like we did with the FDA.

Jenny

On Wed, Dec 9, 2015 at 7:23 PM, Ami Dodson <amidodson@yahoo.com> wrote:

Right, I just spoke with Bob W (Bob Rabicoff is his clerk, which means he is not a lawyer). Bob W has moved from his solo practice to be a part of Bachus and Schanker. I'm speaking with him on Friday to discuss the agreement.

It is standard practice for a plaintiff's attorney to have a retention agreement. We wouldn't put any of our own money up front; we would instead agree that a certain percentage of any ultimate award goes to the law firm. The usual range is 30-40%. The law firm invests all the up front costs, then hopes to recoup them if we win.

I encourage all of you to set up calls with Bob W and read the agreements very carefully. We might want to talk as a group before we agree to any fee structure.

It's very exciting that a law firm believes in our case enough that they are willing to proceed!

Best,

Ami

925-285-5480

"Chazak, chazak, v'nitchazek. Be strong, be strong, and may we be strengthened."

_____

From: Jennifer <jennifer1380@gmail.com>
To: "srmink@pacbell.net" <srmink@pacbell.net>

Cc: Taxotears Group <taxotears@googlegroups.com>

Sent: Wednesday, December 9, 2015 11:14 AM

Subject: Re: [Taxotears] Legal fees?

I too received an email from the law firm, and specifically Robert Weinberger has informed me that he is officially at Bachus and Schanker now (coloradolaw.net). It's confusing as I'd always been dealing with Bob Rabicoff at wc-legal.com. Did Weinberger change law firms and take his clients with him? I am available for a conference call which Weinberger has suggested, but perhaps we can all agree on a convenient time, so we can be on the call together? (I'm in London UK but can take the call any time.) I too am unable and unwilling to invest money into this lawsuit. Instead, I assumed that the law firm would be taking a percentage of any win rather than charging us to fight. What do you think?

Jenny

On Wed, Dec 9, 2015 at 7:01 PM, Suzanne Mink <srmink@pacbell.net> wrote:

I just received an email from the new lawfirm asking to set up a conference call "to discuss with you the status of this matter and the retention (fee) agreement and intake documents to officially proceed with you as a client in this matter."

What are your thoughts re. this?  I absolutely have no interest nor the ability to invest thousands of dollars in this pursuit and I have the sense that many others will feel the same.  I'd rather invest thousands of dollars into seeking medical and/or cosmetic fixes (i.e., something that will grow our hair back or hairpieces, wigs, etc.).

Suzanne

_____

This email has been checked for viruses by Avast antivirus software.
www.avast.com

--

You received this message because you are subscribed to the Google Groups "Taxotears" group.

To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

To post to this group, send email to taxotears@googlegroups.com.

Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.


--

You received this message because you are subscribed to the Google Groups "Taxotears" group.

To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

To post to this group, send email to taxotears@googlegroups.com.

Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.


--

You received this message because you are subscribed to the Google Groups "Taxotears" group.

To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

To post to this group, send email to taxotears@googlegroups.com.

Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.


--

You received this message because you are subscribed to the Google Groups "Taxotears" group.

To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

To post to this group, send email to taxotears@googlegroups.com.

Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.


--

You received this message because you are subscribed to the Google Groups "Taxotears" group.

To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

To post to this group, send email to taxotears@googlegroups.com.

Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.


--

You received this message because you are subscribed to the Google Groups "Taxotears" group.

To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.

To post to this group, send email to taxotears@googlegroups.com.

Visit this group at http://groups.google.com/group/taxotears.

For more options, visit https://groups.google.com/d/optout.