# Memorandum of Law
# EXHIBIT M



**Double Whammy**
Posts: 2817
Joined: Jun 2010

### Just like the Ever Ready Bunny!
Sep 16, 2014 - 9:40 pm

Good news about the Aromosin, Carol. I'm very happy you stopped that nurse. Who knows what might have happened? Keep up the good fight.

Hugs,

Suzanne

edit   reply   Report as Inappropriate

### Did you have Taxotere?
May 06, 2013 - 1:50 pm

It actually sounds like you have more hair than me, Tally. I have permanent hair loss from Taxotere. And I've done everything you're describing and maybe even more. You might give Rogaine a try, tho. I did go to the dermatologist and she suggested I try Rogaine, the extra strength foam, men's version 5%. I got it at Costco. I used it faithfully for 6 months (it's not all that bad) but it didn't help.

I finished chemo in Sept. 2010 and what little hair I have on my head is hideous. Basically, I look like an 80-year-old man. The rest of my body hair is consistent - no eyebrows, puny puny eyelashes, and on to the nether regions. Here's what I've done:

Permanent eye makeup (brows and liner). That's what I did first. Made a huge difference in my self esteem since I'm very fair and look like an alien with no brows or lashes (my lashes are so puny they don't even show without a tube of mascara).

Colored what hair I have and cut it very very short in a pixie cut. Now, that doesn't mean I can go out in public like this because I can't. But what I can do is wear a hat and pull some hair forward and I look like any other woman who just put on a hat to go out. It does make me feel better and the color makes the hair more visible.



**Double Whammy**
Posts: 2817
Joined: Jun 2010

Recently I got eyelash extensions and I love them. They're an expense, but they look natural and I don't need globs and globs of mascara. Besides, I don't spend $$ on my hair anymore.

I wear wigs. They look really good, but they ARE wigs and come with all of the issues of wearing wigs. I always get unsolicited compliments on my "hair" even from strangers. My own hair never looked this good. But they're wigs.

I met a woman with these same issues. She has a permanent hairpiece from Transitiions (you can google it). There are other companies that do this, too. It's molded to fit and glued to her head - don't ask me how. She loves it. She can sleep in it, swim in it, doesn't have to worry about it coming off, etc. But it's very expensive, both initially and needs monthly maintenance when they unglue it, condition her scalp and glue it back on. Really?

I know if I'd been warned about this potential side effect that I would still have had Taxotere. It is a real and devastating side effect and I really think oncologists need to inform patients about it. Mine finally admits that this can happen but insists that it's very very rare. As long as it killed any cancer cells . . .

I so feel your pain. I still get really down about this at times and I want to slap people who say "oh, it will come back" or "oh, you have lots of hair" - well, not enough to cover my head, stupid!.

Hugs, Suzanne

edit   reply   Report as Inappropriate

### I'll bring cookies and my knitting
Sep 15, 2014 - 7:25 pm

Waiting is the worst, isn't it? Especially when you know something is off, but don't know what it means and some person somewhere didn't do what they were supposed to in making sure your new oncologist had your records so he doesn't have all the information he needs! I'm sort of in the mood for some chocolate chip cookies, so I'll bring those and my knitting to wait with you. Hope you hear soon and those elevated numbers turn out to be ok.

Suzanne

edit   reply   Report as Inappropriate

**Double Whammy**
Posts: 2817
Joined: Jun 2010

MINK000045