# Memorandum of Law
# EXHIBIT N



**Double Whammy**
Posts: 2817
Joined: Jun 2010

### Taxotere
May 24, 2018 - 5:03 pm

I had numerous side effects while on Taxotere (skin toxicity and edema) and have permanent hair loss in spite of being on the "lite" version, only 4 rounds.. Your cancer is more aggressive than mine was, in spite of the early stage. I had Taxotere in 2010. Would I do it again? Absolutely IF I felt it was my best alternative. I do believe that all chemotherapy comes with potential scarey side effects and I was warned about some, but not the permanent hairloss thing. Had I been warned, I probably would have done it anyway. It is rare and unfortunately I am one of the rare folks. Bottom line, have a good long open conversation with your oncologist and ask about side effects. Then decide. Good luck

Oh I also have some mild neuropathy. Not enough to write home about, but it's there.

Suzanne

 edit   reply   Report as Inappropriate



**Double Whammy**
Posts: 2817
Joined: Jun 2010

### Caregivers need help
May 24, 2018 - 6:36 pm

Being a caregiver is really hard. Sounds like you will have to ask for specific help to get any. When most people say "if you need anything, let me know" they actually mean it, but often assume since you didn't ask, you don't need it. You may have to tell your mom that you need a break for even a weekend and tell her she is going to visit X for a weekend. Call her friends or your siblings and ASSIGN them a time/date. You will probably have to do this around her treatments which are tough. Chemo is not for lightweights and your mom needs to not be alone in Georgia but it sounds like there are some options for her that she will need to accept for now at least. Perhaps mom should move back to PA in her own apartment with help closeby as needed? Where on earth do you put all those people in 660 square feet? Best of luck to you.

 edit  reply   Report as Inappropriate



View user profile.
**Double Whammy**
Posts: 2817
Joined: Jun 2010

### Oh no!
Mar 04, 2018 - 12:45 am

You always seem to be right unfortunately. Your reminder to be our own best advocate is welcome. I hope you get to the bottom of this quickly and hope you can enjoy your vacation. Dang!

Thinking of you,

Suzanne

 edit   reply   Report as Inappropriate



**Double Whammy**
Posts: 2817
Joined: Jun 2010

### And the silver lining is what?
Mar 04, 2018 - 12:35 am

So sorry to hear about your fall, Annie. That is one of my biggest fears - falling. I just hate the idea of not being able to be up and about. If being on the sofa is my choice that's different! I hope you heal quickly. I recently had a gout flare and hated every minute of not being able to walk and just had to sit. Good idea being off Tamoxifen for a while. Get healed soon.

Suzanne

 edit  reply    Report as Inappropriate