# Memorandum of Law
# EXHIBIT O

I agree there could be something working against us within us that caused such a hit on our hair follicles, and someone should look into it.  Probably no funding for such a study nor financial reward for finding a solution.   My primary care physician immediately said  that the blood work (thyroid, autoimmune testing, iron) would likely come back normal – that the chemo killed some stem cells dead – didn't just put them to sleep.

I think one of our points should be that no one considers this a problem because (we hope) Taxotere saved our lives.  I agree with that BUT it IS a problem for each and every one of us and I'm so happy someone is listening.  There is apparently beginning to be enough data within the medical profession (the paper presented at San Antonio) and the nursing student who is using this anomaly as a publication that someone is beginning to listen.   Remember girls, there is power in numbers and our numbers are growing.

Suzanne

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Wednesday, April 15, 2015 2:19 PM
**To:** taxotears@googlegroups.com
**Subject:** RE: RE: [Taxotears] I think we need a Facebook page

Hi everyone-
I have mixed feeling about the conference call today.  My feelings are primarily anger and sadness.  My positive feelings are that they did listen to us and were not at all dismissive.  I hope Kelly will be kept informed.  And why wasn't anyone in attendance from oncology?  It seem to me that FDA can't do anything unless they have a gazillion reported incidents, and this is a grossly underreported issue.  I would not have reported it had I not found this group, and I will report it again.   I noticed

Dr. Miller seemed very  interested in the "medical" issues of no eyelashes and no eyebrows and nose hair and ear hair, not on the largest visual side effect – our heads.  It may be that that's what's necessary for them to get some attention because afterall, our feedback has been it's "only our hair" up to now.

You girls were so articulate and informed!  I am so impressed.  I guess I'd better get better informed and I plan to because I'm really not.  I now better understand why these issues are important, so I will read up.  Just actually being together and hearing the arguments made the whole thing worthwhile.

My anger makes me think about legal issues and frankly compensation, something I never thought I'd say.

I'm perfectly ok with a Facebook page.  Should it be a closed group?  I belong to 2 breast cancer FB pages and even there no one seems interested in the hair thing. Therein is our biggest problem, no one thinks it's important – because they all got their hair back or are still fighting.   I'm wondering if we need to solicit more members, maybe from the Breast Cancer.org group and CSN groups.  I have seen posts there about this.  In fact, it was on one of those groups where I read about this – prior to my having chemo.  I either didn't believe it or I didn't believe it would happen to me.  There is strength in numbers.

What do you think about media coverage?  Charlotte mentioned a CBS investigative report from 2008.  I wonder if we could follow up on that by contacting the reporter or something.  No one likes bad press.  Maybe we should be patient and wait a little while to hear back from FDA?  But we have waited so long.  Thank you so much, Kelly, for making this happen.

I have an appointment with my oncologist tomorrow morning.  I intend to tell her that the FDA has asked us to encourage our doctors to submit Med Watch reports.  I really don't think she will, but just telling her that the FDA is looking into this might make for interesting conversation around the coffee pot in the cancer center.
I have another appointment with my gynecologic oncologist next week (hopefully my last one – yahoo) and I'm going to see what he has to say about this because I think Taxotere is used for some gyn cancers.  He knows about me, but I think he figures it's not his problem.  Again, could make for some interesting conversation around the coffee pot in the cancer center(same cancer center) . . . .
I'll also contact my friend in Vacaville and see if she will either join our group or at least submit a report to FDA.  There's one more!

I know there are others who either do not report or just go on with life.  I probably would have done the same thing had I not found this group and I'm so glad I did!

Loved hearing everyone and feeling a part of something.

Suzanne


**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Suzanne Mink
**Sent:** Thursday, April 16, 2015 2:52 PM
**To:** taxotears@googlegroups.com
**Subject:** [Taxotears] VERY positive oncology visit today!

Just got to share all this!  Just got back from my oncology visit.

My oncologist is interested and sympathetic (and a woman).  She told me she now informs her patients of the potential for this permanent toxicity (that's what she calls it) and went on and on and on about how it is their job as physicians to inform patients of all potential risks.  She says she now does this because of me (and I think because of you – because I have told her about this group, have shown her our "head shots", she knows I am not the only person in the world,  etc).  I was very happy to hear that she is actually doing something and gets it.  She said that some of her patients do chose an alternate therapy because of this.  Hurray for my oncologist!  She is at UC Davis – these folks talk to others a lot.

Part of the conversation was around prescribing Taxotere as the treatment of choice.  She says the breast cancer treatment folks like it and it is becoming standard because they have been assured and see in their clinical practice that there is less permanent toxicity than with other drugs (i.e., Adriamyacin and heart damage and leukemia).  She told me that while Taxotere can cause neuropathy, they have not seen it to be permanent, but with Taxol they see a lot of permanent neuropathy.  But she emphasized that it is her job to be sure that her patients know all about what might happen, so they can make an informed decision.

She said she will do the FDA reporting.  She wrote herself a note and I hope she'll do it.  I told her about the poster at SanAntonio last year and she said she had all the posters on a thumb drive and would look for it.  She wrote that down, too.

We talked a lot about why this is apparently so under-reported and under-acknowledged.  In breast cancer, she said, it's very easy to chalk up hair loss to hormone therapy, or menopause (natural or

MINK000250