# Memorandum of Law
# EXHIBIT Q



http://web.archive.org/web/20101207024940/http://www.aheadofourtime.org:80/    Wayback Machine

http://www.aheadofourtime.org:80/    Go    NOV **DEC** JAN
76 captures    ◄ **07** ►
21 Nov 2009 - 9 Aug 2018    2009 **2010** 2012

HOME    ABOUT US    HEAD COUNT    MEDIA    MEDICAL STUDIES    RESOURCES    ART    CONTACT US

Are you still bald after chemo? Are you hiding under a baseball cap long after your hair was supposed to grow back? Are your doctors perplexed? If so, you may be one of a growing number of people around the world who have experienced persistent chemo-induced alopecia, or hair loss.

According to Sanofi-Aventis, manufacturer of the chemotherapy drug Taxotere—used to treat breast, lung, gastric, head and neck and prostate cancer—3% of patients administered the drug could experience long-term alopecia. This figure could rise to as high as 6.3% when given in combination with the drugs Adriamycin (doxorubicin) and Cyclophosphamide, according to a study by the Rocky Mountain Cancer Centers in Colorado.

"Such an emotionally devastating long-term toxicity from this combination must be taken into account when deciding on adjuvant chemotherapy programs in women who likely will be cured of their breast cancer," the study concludes.

Despite this recommendation, oncologists—and consequently, patients—are not being informed of this potentially disfiguring side effect.

A Head of Our Time is a world-wide organization of "baldies" who have banded together to share emotional support, compare medical research and educate our health care providers. If you are tired of the stares and the dismissive suggestions to "wear a wig", you will find understanding and, indeed, empowerment among us.

## Categories

Select Category

## Recent Comments

Anneoz on Carol: The Chronicle of my Follicles
cheri on Denise: Stripped of Choice
cheri on Carol: The Chronicle of my Follicles
Nancy on Nancy: Déjà Vu
Tonya Mercer on Carol: The Chronicle of my Follicles

## Archives

June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009

Copyright © 2010 A Head of Our Time - All Rights Reserved
Site by 555 Design.
Powered by WordPress & the Atahualpa Theme by BytesForAll. Discuss on our WP Forum