UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Suzanne Mink v. Sanofi U.S. Services Inc., et al.*, **No. 17-02931**

## REQUEST FOR ORAL ARGUMENT

     Pursuant to Local Rule 78.1, Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. request oral argument on Defendants' Motion for Summary Judgment on Statute of Limitations Grounds against Plaintiff Suzanne Mink (Rec. Doc. 4687). The Motion has been noticed for submission on the 14th day of November, 2018, at 9:30 a.m. Oral argument will assist the Court in addressing the issues raised in Defendants' Motion and Plaintiff's anticipated Opposition to the Motion.

                                                Respectfully submitted,

                                                /s/ *Douglas J. Moore*
                                                Douglas J. Moore (Bar No. 27706)
                                                **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                                400 Poydras Street, Suite 2700
                                                New Orleans, LA 70130
                                                Telephone: 504-310-2100
                                                Facsimile: 504-310-2120
                                                dmoore@irwinllc.com

1

>Harley V. Ratliff
>Adrienne L. Byard
>Kelly Bieri
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>kbieri@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*