## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION    )

    )    SECTION: "H" (5)

    )

This document relates to all cases    )

### MINUTE ENTRY

On October 24, 2018, the Court held a status conference with liaison counsel to discuss depositions that the parties have scheduled.

**IT IS ORDERED** that the Defendants are entitled to only one deposition of each of Plaintiffs' examining experts;

**IT IS FURTHER ORDERED** that, pursuant to Rule 35 of the Federal Rules of Civil Procedure, Plaintiffs must produce the records from Plaintiffs' medical examinations no later than **Friday, October 26, 2018**.

(JS-10:01:05)