# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-CV-11168 |
| TELISA CORKER COLE,<br><br>    Plaintiff,<br><br> v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Telisa Corker Cole's claims against all Defendants be dismissed with prejudice, each party to bear its own costs.

Dated this 24th day of October 2018.

| | |
|---|---|
| By: */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>**GIBBS LAW GROUP LLP**<br>6701 Center Drive West, 14th Floor<br>Los Angeles, CA 90045<br>Telephone: (510) 350-9240<br>Facsimile: (510) 350-9701<br>Email: kbm@classlawgroup.com | By: */s/ Adrienne Byard*<br>Adrienne Byard<br>**SHOOK, HARDY & BACON LLP**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Phone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email: abyard@shb.com<br><br>*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc.* |

1

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
         amz@classlawgroup.com

*Attorneys for Plaintiff*

By:   */s/ Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone: (212) 698-3814
Facsimile: (212) 698-3599
Email:  mark.cheffo@dechert.com
         Maracusker.gonzalez@dechert.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

By:   */s/ Kathleen E. Kelly*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
53 State Street, 27th Floor
Boston, MA  02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email:  gcoan@hinshawlaw.com
         kekelly@hinshawlaw.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*