UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.: 2:17-cv-09943 |
| THIS DOCUMENT RELATES TO:<br><br>LINDA JOHNSON vs. SANOFI US SERVICES INC. F/K/A SANOFI AVENTIS U.S. INC., ET AL. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4683);

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 25th day of October, 2018.

_____
JUDGE, UNTED STATES DISTRICT COURT