UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 16-cv-15283

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for leave to file the attached Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Doc. 4647);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the attached Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration shall be filed into the docket of this matter.

New Orleans, Louisiana, this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE