UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

# ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for Leave to file Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration Under Seal (Doc. 4648);

**IT IS ORDERED** that the Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4647-3 and 4647-5) **UNDER SEAL**.

New Orleans, Louisiana, this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE