# EXHIBIT B

**From:** Scot Kreider <scot.kreider@coloradolaw.net>
**Date:** October 10, 2018 at 4:16:04 PM CDT
**To:** "'Bieri, Kelly (SHB)'" <KBIERI@shb.com>
**Cc:** Jennifer Heck <jennifer.heck@coloradolaw.net>
**Subject: Gahan Records from Gorsline Subpoena**

Good afternoon, Ms. Bieri;

Will you please upload all records you received from Sanofi's subpoena to Dr. Gorsline to MDL Centrality, as required by the Court's pretrial orders.

Thanks!


**Scot Kreider** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-586-5409 | Fax: 303-893-9900 | Email: Scot.Kreider@ColoradoLaw.net | Website: www.ColoradoLaw.net

**How am I doing? Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

On Sep 11, 2018 9:47 PM, Scot Kreider <scot.kreider@coloradolaw.net> wrote:
Adrienne;

Dr. Gorsline's medical records were uploaded to MDL Centrality today.  Our upload was everything we received in response to our subpoena.

Best Regards,



**Scot Kreider** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-586-5409 | Fax: 303-893-9900 | Email: Scot.Kreider@ColoradoLaw.net | Website: www.ColoradoLaw.net

**How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

**From:** Byard, Adrienne (SHB) <ABYARD@shb.com>
**Sent:** Tuesday, September 11, 2018 7:39 PM
**To:** Jennifer Heck <jennifer.heck@coloradolaw.net>; Edie Britton <edie.britton@coloradolaw.net>; Darin Schanker <dschanker@coloradolaw.net>; Jordyn Harbin <jordyn.harbin@coloradolaw.net>; Scot Kreider <scot.kreider@coloradolaw.net>
**Cc:** Sears, Connor (SHB) <CSEARS@shb.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>; Ryan-Meredith, Kristen (SHB) <KMRYAN@shb.com>; Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Olinde (Olinde@chaffe.com) <Olinde@chaffe.com>; Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com) <barrios@bkc-law.com>; Palmer Lambert (plambert@gainsben.com)

1

(plambert@gainsben.com) (plambert@gainsben.com) <plambert@gainsben.com>; Nicholas, Hillary S. (SHB) <HNICHOLAS@shb.com>
**Subject:** RE: Taxotere - Gahan - Dr. Gorsline

Counsel:

Did Dr. Gorsline respond to your subpoena with records?  It was returnable on September 7th, correct?  Thank you.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 |  abyard@shb.com

---

**From:** Byard, Adrienne (SHB)
**Sent:** Wednesday, September 5, 2018 10:47 AM
**To:** Jennifer Heck <jennifer.heck@coloradolaw.net>; Edie Britton <edie.britton@coloradolaw.net>; Darin Schanker <dschanker@coloradolaw.net>; Jordyn Harbin <jordyn.harbin@coloradolaw.net>; Scot Kreider <scot.kreider@coloradolaw.net>
**Cc:** Sears, Connor (SHB) <csears@shb.com>; Ratliff, Harley (SHB) <hratliff@shb.com>; Bieri, Kelly (SHB) <kbieri@shb.com>; Ryan-Meredith, Kristen (SHB) <kmryan@shb.com>; Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Olinde (Olinde@chaffe.com) <Olinde@chaffe.com>; Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com) <barrios@bkc-law.com>; Palmer Lambert (plambert@gainsben.com) (plambert@gainsben.com) (plambert@gainsben.com) <plambert@gainsben.com>; Nicholas, Hillary S. (SHB) <hnicholas@shb.com>
**Subject:** RE: Taxotere - Gahan - Dr. Gorsline

Counsel:

I write to inquire about the purpose of your subpoena of Dr. Gorsline.  In court on August 28th, counsel represented that Dr. Gorsline's records had already been produced to Sanofi or its vendor, Veritext.  In contrast, such records were neither uploaded to MDL Centrality nor provided to our vendor.  A week passed.  We still do not have the records that counsel represented to the Court had or would be produced.  Then on Friday we see you issuing a subpoena on the doctor.  Please call me at your earliest convenience to explain the status of these records and the purpose of the subpoena.  Thank you.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 |  abyard@shb.com

---

**From:** Jennifer Heck <jennifer.heck@coloradolaw.net>
**Sent:** Friday, August 31, 2018 1:56 PM
**To:** Ryan-Meredith, Kristen (SHB) <KMRYAN@shb.com>; Edie Britton <edie.britton@coloradolaw.net>; Darin Schanker <dschanker@coloradolaw.net>; Jordyn Harbin <jordyn.harbin@coloradolaw.net>
**Cc:** Sears, Connor (SHB) <CSEARS@shb.com>; Scot Kreider <scot.kreider@coloradolaw.net>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>
**Subject:** RE: Taxotere - Gahan - Dr. Gorsline

Attached please find a subpoena for Dr. Gorsline, to be served today.  Thank you.

**Jennifer A. Heck** | Executive Litigation Manager | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Direct: 303-586-9851 | Mobile: 720-391-9419 | Fax: 303-893-9900 | Email: Jennifer.Heck@ColoradoLaw.net | Website:  www.ColoradoLaw.net



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

Mail Gate made the following annotations on Tue Sep 11 2018 20:38:40

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.