**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| ------------------------------------------------------------ | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. JANE TRICHE MILAZZO** |

**ACTAVIS PHARMA, INC.'S ANSWER AND ADDITIONAL DEFENSES TO PLAINTIFFS' SECOND AMENDED MASTER LONG FORM COMPLAINT JURY TRIAL DEMANDED**

Defendant Actavis Pharma, Inc., ("Actavis Pharma") for its Answer to plaintiffs' Second Amended Master Long Form Complaint ("Second Amended Complaint"), states as follows:

1-98. Pursuant to Pretrial Order No. 82, Section (3)(a) [Rec. Doc. 4230], Actavis Pharma hereby incorporates by reference its responses to paragraphs 1 through 98 of its Answer and Additional Defenses to Plaintiff's First Amended Master Long Form Complaint [Rec. Doc. 957].

99. The allegations contained in paragraph 99 of the Second Amended Complaint are not directed toward Actavis Pharma and therefore no response is required. To the extent a response is required, Actavis Pharma is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Second Amended Complaint.

100. Actavis Pharma denies that it is accurate or appropriate to refer collectively to Actavis Pharma and Actavis LLC f/k/a Actavis Inc. collectively as "Actavis." Actavis Pharma admits only that both it and Actavis LLC have conducted business, as Actavis Pharma understands that phrase, in the United States. Actavis Pharma is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Second Amended Complaint that are directed to defendant Sagent Pharmaceuticals, Inc. ("Sagent"). Actavis Pharma denies the remaining allegations in paragraph 100 of the Second Amended Complaint.

101. Actavis Pharma admits only that it has marketed and promoted, as Actavis Pharma uses those terms, and sold docetaxel-containing products in the United States. Actavis Pharma is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Second Amended Complaint that are directed to defendant Sagent. Actavis Pharma denies the remaining allegations in paragraph 101 of the Second Amended Complaint.

102. Actavis Pharma admits only that FDA approved NDA 203551 for Docetaxel Injection Concentrate, effective April 12, 2013, that Actavis LLC f/k/a Actavis Inc. held the NDA at the time of approval, and that Actavis Pharma has marketed and promoted, as Actavis Pharma uses those terms, and sold Docetaxel Injection Concentrate in the United States pursuant to NDA 203551. Actavis Pharma is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Second Amended Complaint that are directed to defendant Sagent, except that Actavis Pharma admits, on information and belief, that Sagent sold Docetaxel Injection Concentrate that was approved pursuant to NDA 203551. Actavis Pharma denies the remaining allegations in paragraph 102 of the Second Amended Complaint.

103. Actavis Pharma admits only that Actavis LLC f/k/a Actavis Inc. filed NDA 203551 on March 14, 2012, pursuant to Section 505(b)(2) of the Food, Drug and Cosmetic Act and that Taxotere is the reference listed drug for NDA 203551. Actavis Pharma denies the remaining allegations in paragraph 103 of the Second Amended Complaint.

104. Actavis Pharma admits only that the Docetaxel Injection Concentrate approved pursuant to NDA 203551 is different from Taxotere, that the Docetaxel Injection Concentrate products produced pursuant to NDA 203551 contain citric acid anhydrous, Providone (kollidon 12 PF), polysorbate 80 and otherwise conform to the applicable specifications in NDA 203551, that

FDA's April 12, 2013 approval of NDA 203551 included a 140 mg/7 mL package strength, and that a 160 mg/8 mL package strength under NDA 203551 subsequently was approved by FDA. Actavis Pharma is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Second Amended Complaint that are directed to defendant Sagent, except that Actavis Pharma admits, on information and belief, that Sagent sold Docetaxel Injection Concentrate that was approved pursuant to NDA 203551. Actavis Pharma denies the remaining allegations in paragraph 104 of the Second Amended Complaint.

105-321. Pursuant to Pretrial Order No. 82, Section (3)(a) [Rec. Doc. 4230], Actavis Pharma hereby incorporates by reference its responses to paragraphs 104 through 320 of its Answer and Additional Defenses to Plaintiff's First Amended Master Long Form Complaint [Rec. Doc. 957].

322. Actavis Pharma denies all allegations contained in headings and captions of the Second Amended Complaint.

323. Actavis Pharma denies all allegations contained in the Second Amended Complaint, unless expressly admitted in this answer.

**ADDITIONAL DEFENSES**

Pursuant to Pretrial Order No. 82, Section (3)(a) [Rec. Doc. 4230], Actavis Pharma hereby incorporates by reference its "Additional Defenses" set forth its Answer and Additional Defenses to Plaintiff's First Amended Master Long Form Complaint [Rec. Doc. 957].

WHEREFORE, Actavis Pharma requests that the Second Amended Complaint be dismissed with prejudice, that judgment be entered in favor of Actavis Pharma and against plaintiffs, and that Actavis Pharma be awarded the costs of this action, together with such other and further relief as may be appropriate.

**JURY DEMAND**

Actavis Pharma hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

*/s/ Michael J. Suffern*
Jeffrey F. Peck
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 698-5000
E-mail: jpeck@ulmer.com
E-mail: msuffern@ulmer.com
E-mail: kbeck@ulmer.com

***Counsel for Actavis Pharma Inc. and Actavis LLC f/k/a Actavis Inc.***

**CERTIFICATION**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and served on all counsel of record electronically as a result thereof on this 29th day of October, 2018.

*/s/ Michael J. Suffern*
Michael J. Suffern