UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION                   SECTION "H" (5)

THIS DOCUMENT RELATES TO:

RACHEL BROWN
CASE NO.: 2:17-CV-12616
_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED SHORT FORM COMPLAINT**
_____

**NOW COMES,** Plaintiff Rachel Brown, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. When Plaintiff originally filed suit, the identity of the manufacturer or labeler was unknown. Subsequently, Plaintiff received signed certification and purchase records demonstrating that she was administered a Sagent manufactured or labeled Docetaxel product. The signed certification and purchase records are attached hereto as Exhibit "A".

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Plaintiff's counsel conferred with counsel for Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc. and Sagent Pharmaceuticals, Inc., and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Respectfully Submitted,

October 29, 2018                                             /s/ Christopher L. Coffin

                                        Christopher L. Coffin, LA Bar# 27902
                                        Nicholas R. Rockforte, LA Bar# 31305
                                        Jessica A. Perez, LA Bar# 34024
                                        Pendley, Baudin & Coffin, L.L.P.
                                        24110 Eden Street
                                        PO Drawer 71
                                        Plaquemine, LA 70765-0071
                                        Tel: (225) 687-6396
                                        Fax: (225) 687-6398
                                        ccoffin@pbclawfirm.com
                                        nrockforte@pbclawfirm.com
                                        jperez@pbclawfirm.com

                                        **Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that October 29, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                        /s/ Christopher L. Coffin
                                        Christopher L. Coffin