## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Brown, Rachel

DATE OF BIRTH: 11/30/55      SSN: 43902/5658

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☒ 25021-222-01
- ☒ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT ☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

---

10/#8/14 (MV)    11/18/14    3
DATE OF FIRST TREATMENT    DATE OF LAST TREATMENT    # OF DOSES

[signature]    Hao Wei Zhang, M.D. Inc
SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER    NAME OF PRACTICE/INFUSION CENTER

Melissa Varela   Manager    1700 Cesar E. Chavez Ave Ste. 2000
PRINTED NAME & TITLE OF REPRESENTATIVE    ADDRESS

3/9/18    Los Angeles, Ca. 90033
DATE    CITY, STATE, ZIP


EXHIBIT A

| SoldToBPCd | SoldToBPCdDesc | ItemCd | ItemCdDesc | Form | NDCCd | OrdDate | Invoice # | DelivQty | SlsOrdNbr | LotNbr | LotDate | Manuf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000176654 | ZHANG, HAO WEI MD, INC | 38423 | DOCETAXEL INJ 80MG/8ML MDV | SOL | 66758-0050-02 | 01/15/2014 | 13015618556 | 4 | 371697375 | DB6557 | 04/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 01/21/2014 | 13015627222 | 8 | 371700379 | DD0748 | 05/31/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38423 | DOCETAXEL INJ 80MG/8ML MDV | SOL | 66758-0050-02 | 01/21/2014 | 13015627222 | 4 | 371700379 | DB6557 | 04/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38423 | DOCETAXEL INJ 80MG/8ML MDV | SOL | 66758-0050-02 | 02/18/2014 | 13015669450 | 3 | 371715523 | DB6557 | 04/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 02/20/2014 | 13015674409 | 8 | 371715100 | DD0748 | 05/31/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 03/10/2014 | 13015700393 | 8 | 371723194 | DU9245 | 08/31/2015 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38423 | DOCETAXEL INJ 80MG/8ML MDV | SOL | 66758-0050-02 | 03/13/2014 | 13015706131 | 4 | 371725388 | DD0748 | 05/31/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 41975 | DOCETAXEL 20MG/1ML SDV | SOL | 25021-0222-01 | 03/31/2014 | 13015733606 | 6 | 371733754 | DD13002A | 05/31/2015 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41976 | DOCETAXEL 80MG/4ML SDV | SOL | 25021-0222-04 | 03/31/2014 | 13015733606 | 2 | 371733754 | DE13003A | 06/30/2015 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41468 | DOCETAXEL 80MG/4ML RTU MDV | SOL | 16729-0267-64 | 04/03/2014 | 13015739218 | 2 | 371735638 | P14365 | 11/30/2015 | ACCORD HEALTHCARE, INC |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 04/03/2014 | 13015739218 | 10 | 371735638 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 04/15/2014 | 13015755214 | 2 | 371741500 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 04/28/2014 | 13015772800 | 12 | 371746966 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 05/01/2014 | 13015778995 | 8 | 371749177 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 05/19/2014 | 13015803414 | 8 | 371757158 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 05/19/2014 | 13015803413 | 4 | 371757096 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 41976 | DOCETAXEL 80MG/4ML SDV | SOL | 25021-0222-04 | 06/04/2014 | 13015826858 | 4 | 371765224 | DE13003A | 06/30/2015 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 38422 | DOCETAXEL INJ 20MG/2ML MDV | SOL | 66758-0050-01 | 06/04/2014 | 13015826858 | 6 | 371765224 | DE5633 | 06/30/2014 | SANDOZ |
| 000176654 | ZHANG, HAO WEI MD, INC | 41976 | DOCETAXEL 80MG/4ML SDV | SOL | 25021-0222-04 | 06/09/2014 | 13015832521 | 6 | 371767111 | DE13003A | 05/30/2015 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41975 | DOCETAXEL 20MG/1ML SDV | SOL | 25021-0222-01 | 06/20/2014 | 13015850603 | 6 | 371773221 | DD13004A | 11/30/2015 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41975 | DOCETAXEL 20MG/1ML SDV | SOL | 25021-0222-01 | 07/24/2014 | 13015897264 | 6 | 371790444 | DD13004A | 11/30/2015 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41976 | DOCETAXEL 80MG/4ML SDV | SOL | 25021-0222-04 | 07/24/2014 | 13015897264 | 6 | 371790444 | DE14001A | 01/31/2016 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41975 | DOCETAXEL 20MG/1ML SDV | SOL | 25021-0222-01 | 08/25/2014 | 13015939822 | 4 | 371805700 | DD14001A | 01/31/2016 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41976 | DOCETAXEL 80MG/4ML SDV | SOL | 25021-0222-04 | 08/25/2014 | 13015939822 | 2 | 371805700 | DE14002A | 01/31/2016 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41975 | DOCETAXEL 20MG/1ML SDV | SOL | 25021-0222-01 | 09/15/2014 | 13015968670 | 6 | 371816447 | DD14001A | 01/31/2016 | SAGENT PHARMACEUTICALS |
| 000176654 | ZHANG, HAO WEI MD, INC | 41468 | DOCETAXEL 80MG/4ML RTU MDV | SOL | 16729-0267-64 | 09/15/2014 | 13015968670 | 4 | 371816447 | R00615 | 12/31/2015 | ACCORD HEALTHCARE, INC |
| 000176654 | ZHANG, HAO WEI MD, INC | 41846 | DOCETAXEL 20MG/1ML RTU MDV | SOL | 16729-0267-63 | 09/19/2014 | 13015977062 | 4 | 371819893 | R00477 | 12/31/2015 | ACCORD HEALTHCARE, INC |
| 000176654 | ZHANG, HAO WEI MD, INC | 41468 | DOCETAXEL 80MG/4ML RTU MDV | SOL | 16729-0267-64 | 09/19/2014 | 13015977062 | 2 | 371819893 | R00615 | 12/31/2015 | ACCORD HEALTHCARE, INC |

## Dr. Hao Wei (*Harvey*) Zhang
## Hematology & Oncology

Patient' Name: **Brown Rachel**  B.O.B.: 11/30/55  Dx:: Brent Ca  Allergies: NKDA

| Date | Height | Weight | B/P | Pulse | Temp. | Lab. DrOaw Yes/No |
|---|---|---|---|---|---|---|
| 11/18/14 | | 142 | 89 | 84 | | Port or perph |

| O IV start | | O Peripheral site | | OPICC site  ⊗ Port site | | |
|---|---|---|---|---|---|---|
| IV solution O N/A | | 0.9% NaCL ___ ml @ ___ Hr | | D5W ___ ml @ ___ cc/Hr. see IV hydration orders | | |
| | Lba. Result within approved limits | | | O Yes O No | | O N/A |
| | Absence of drug related toxicities | | | O Yes O No | | O N/A |
| | Medication review done | | | O Yes O No | | O N/A |
| Administration | Positive blood return at beginning of infusion | | | O Yes O No | | O N/A |
| | Vesicants given slow IV push | | | O Yes O No | | O N/A |
| | Blood return every 2-3 ml for IVF drugs | | | O Yes O No | | O N/A |
| | IV site without signs of infiltration during administration | | | O Yes O No | | O N/A |

### Non-Chemotherapy medications and/or Hydration

| Drug | dose | Start | Stop | Route | D5W | Saline | Waste |
|---|---|---|---|---|---|---|---|
| Eyfnsl | 1 Mg | 1000 | | IVP | | 100 ml | |
| DECADRON | 20 Mg | 1005 | | | | | |
| Benadryl | 50 mg | 1010 | | IVP | | | |
| Zantac | 50 mg | 1015 | | | | | |

### Chemotherapy Medications

| Drug | dose | Start | Stop | Route | D5W | Saline | Waste |
|---|---|---|---|---|---|---|---|
| DOCETAXEL | 167 Mg | 1045 | 1145 | IVPB | 250 ml | | 5 ml |
| ADRIAMYCIN | 111 Mg | 1145 | 1250 | IVP | | | 85 mg |
| Cyclophosphamide | 1115 Mg | 1200 | 1300 | IVPB | | 250 ml | |

Nurse Note:

pt port accessed c 20 G 3/4 inch needle ⊕ blood return premedications infused per mo ordered tolerated well no s/s of allergic reaction noted post needle removed previa flush c NS and Hep per protocol.

SPM RN

## Dr. Hao Wei (*Harvey*) Zhang
## Hematology & Oncology

Patient' Name: BROWN Rachel   B.O.B.: 11/30/55   Dx:: Breast Ca   Allergies: NKDA

| Date | Height | Weight | B/P | Pulse | Temp. | Lab. DrOaw Yes/No |
|---|---|---|---|---|---|---|
| 10/28/14 | | 224 | 144/77 | 8C | 97-7 | Port or perph |
| O IV start | | O Peripheral site | | OPICC site | ☑ Port site | |
| IV solution O N/A | | 0.9% NaCL ___ ml @ ___ Hr | | D5W ___ ml @ ___ cc/Hr. see IV hydration orders | | |

| | | | |
|---|---|---|---|
| Administration | Lba. Result within approved limits | O Yes O No | O N/A |
| | Absence of drug related toxicities | O Yes O No | O N/A |
| | Medication review done | O Yes O No | O N/A |
| | Positive blood return at beginning of infusion | O Yes O No | O N/A |
| | Vesicants given slow IV push | O Yes O No | O N/A |
| | Blood return every 2-3 ml for IVF drugs | O Yes O No | O N/A |
| | IV site without signs of infiltration during administration | O Yes O No | O N/A |

### Non-Chemotherapy medications and/or Hydration

| Drug | dose | Start | Stop | Route | D5W | Saline | Waste |
|---|---|---|---|---|---|---|---|
| Eyfrul | 1mg | 1000 | | IVP | | 100ml | |
| Decadron | 20mg | 1015 | | IVP | | | |
| Benadryl | 50mg | 1005 | | IVP | | | |
| Zantac | 50ml | 1010 | | IVP | | | |

### Chemotherapy Medications

| Drug | dose | Start | Stop | Route | D5W | Saline | Waste |
|---|---|---|---|---|---|---|---|
| Docetaxel | 167mg | 1045 | 1145 | IVPB | 250ml | | 5ml |
| Adriamycin | 111mg | 1145 | 1200 | IVP | | | 85-) |
| Cyclophosphamide | 1115mg | 1205 | 1305 | IVPB | | 250ml | |

Nurse Note:

Pt A0x3 pt Site clean Accessed x 1 20G 3/4 inch needle ⊕ blood return Premedicate Infusion per Dr orders tolerate well No S/S of allergic reaction noted Pt needs remove Pervious flush IV c NaCl and Heparin per Protocol    HZ/rn

# Dr. Hao Wei (*Harvey*) Zhang
## Hematology & Oncology

Patient' Name: **Brown Rachel**   B.O.B.: 11/30/55   Dx: Brest Ca   Allergies: NKDA

| Date | Height | Weight | B/P | Pulse | Temp. | Lab. DrOaw Yes/No |
|------|--------|--------|-----|-------|-------|-------------------|
| 10/7/19 | | 229 | 144/80 | 78 | 98.1 | Port or perph |

| O IV start | | O Peripheral site | | OPICC site | O Port site | |
|---|---|---|---|---|---|---|
| IV solution O N/A | | 0.9% NaCL   ml @ Hr | | D5W | ml @ cc/Hr. see IV hydration orders | |

| Administration | Lba. Result within approved limits | O Yes O No | O N/A |
| | Absence of drug related toxicities | O Yes O No | O N/A |
| | Medication review done | O Yes O No | O N/A |
| | Positive blood return at beginning of infusion | O Yes O No | O N/A |
| | Vesicants given slow IV push | O Yes O No | O N/A |
| | Blood return every 2-3 ml for IVF drugs | O Yes O No | O N/A |
| | IV site without signs of infiltration during administration | O Yes O No | O N/A |

## Non-Chemotherapy medications and/or Hydration

| Drug | dose | Start | Stop | Route | D5W | Saline | Waste |
|------|------|-------|------|-------|-----|--------|-------|
| Eytril | 1mg | 1330 | | IVP | | 100ml | |
| Decadron | 20mg | 1335 | | IVP | | | |

## Chemotherapy Medications

| Drug | dose | Start | Stop | Route | D5W | Saline | Waste |
|------|------|-------|------|-------|-----|--------|-------|
| Docetaxel | 167mg | 1405 | 1505 | IVPB | 250ml | | |
| Adriamycin | 111mg | 1505 | 1525 | IVP | | | 9ml |
| Cyclophosphamide | 1115mg | 1525 | 1625 | IVPB | | 250ml | 85ml |

Nurse Note:
Pt. A0x3 pc site clean accessed c̄ 20 G
3/4 inch needle flushed ⊕ blood return
no signs of infiltrate noted premedicate
Infusion ran as ordered tolerate well ā
s/s of allergic reaction noted pc more dc
remove pressure flush c̄ NaCl mJ the prn pn
protocol
                                              signature