UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

### PLAINTIFF'S OPPOSED MOTION SEEKING EXTENSION OF TIME TO SUBMIT WRITTEN DISCOVERY RESPONSES

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this Motion Seeking an Extension of Time to Serve Discovery Responses. In support of her motion, Plaintiff states as follows:

1. On September 19, 2018, Defendant Sanofi served on Plaintiff Kelly Gahan Written Discovery under Fed. R.Civ. P. 33 (Interrogatories); 34 (Requests for Production); and 36 (Requests for Admission).

2. On October 17, Counsel for Dr. Gahan conferred with counsel for Sanofi, seeking an extension of time to respond to Sanofi's written discovery. Sanofi opposed any extension of time.

3. On October 18, Plaintiff filed a timely ex parte motion for extension of time to serve discovery responses pursuant to Local Rule 7.8. (Doc.___). On October 23, 2018, the Court served a deficiency notice on Plaintiff's motion, providing Plaintiff seven days within which to serve an "opposed" motion, apparently on the basis that the ex parte relief afforded under Local Rule 7.8 does not apply to discovery responses. The Court afforded Plaintiff seven days within

1

which to cure the deficiency. Plaintiff files this motion, memorandum, and notice of submission date in compliance with the Court's notice.

4. Federal Rules of Civil Procedure 33(a)(2), 34(b)(2)(A), and 36(a)(3) permit the Court to enter an order extending the time for serving discovery responses.

5. Plaintiff has not previously obtained an extension of time to serve discovery responses, either by stipulation or order.

6. For the reasons set forth the in the attached memorandum, Plaintiff seeks leave from the Court to serve written discovery responses to Sanfoi on or before November 9, 2011.

WHEREFORE, Plaintiff Kelly Gahan prays that this Court grant her Opposed Motion Seeking Extension of Time to Submit Written Discovery Responses, until November 9, 2018..

October 29, 2018   Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker