**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re:  TAXOTERE (DOCETAXEL)**                                     **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                 **SECTION: "N" (5)**

**THIS DOCUMENT RELATES TO:**

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

<u>**ORDER**</u>

Considering the foregoing Motion Seeking an Extension of Time to Serve Discovery

Responses:

It is ORDERED that said Motion is GRANTED, and that Plaintiff's Written Discovery

Responses are due on November 9, 2018.

New Orleans, Louisiana, this ____ day of October, 2018

                              _____
                              UNITED STATES DISTRICT JUDGE

1