UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
Case No.: 2:16-cv-15283

## PLAINTIFF'S NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff Kelly Gahan will bring for hearing the accompanying

Motion Seeking an Extension of Time to Serve Discovery Responses on the 14th day of November,

2018, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for

the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

DATED: October 29, 2018                    Respectfully Submitted,

                                           /s/ *Darin L. Schanker*
                                           Darin L. Schanker
                                           Scot C. Kreider
                                           BACHUS & SCHANKER, LLC
                                           1899 Wynkoop Street
                                           Ste. 700
                                           Denver, CO 80202
                                           (303)899-9800
                                           F: (303)893-9900
                                           d.schanker@coloradolaw.net
                                           scot.kreider@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ Darin L. Schanker