BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Mildred C. Holsinger v. Sanofi US Services Inc. et al.;* Case No. 2:17-cv-14311 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, MILDRED C. HOLSINGER, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: October 29, 2018 | Respectfully submitted, |
| | SCHMIDT NATIONAL LAW GROUP |
| | */s/ Martin Schmidt* |
| | Martin Schmidt (CA Bar No.: 171673) |
| | 9191 Towne Centre Dr., Ste. 510 |
| | San Diego, California 92122 |
| | Telephone: (800) 631-5656 |
| | Facsimile: (619) 3931777 |
| | mschmidt@nationalinjuryadvocates.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                SCHMIDT NATIONAL LAW GROUP

                */s/ Martin Schmidt*

                Martin Schmidt (CA Bar No.: 171673)

                9191 Towne Centre Dr., Ste. 510

                San Diego, California 92122

                Telephone: (800) 631-5656

                Facsimile: (619) 3931777

                mschmidt@nationalinjuryadvocates.com