UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE MILAZZO |
| SYNTHIA NELSON<br>*Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL.,<br>*Defendants* | : : : | Civil Action No.: 2:17-cv-16957 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: October 29, 2018

| | |
|---|---|
| **SHOOK, HARDY & BACON, L.L.P.**<br>*/s/ Kelly Bieri*<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Boulevard,<br>Kansas City, MO 64108<br>T: 816-474-6550 / F: 816-421-5547<br>kbieri@shb.com<br>hratliff@shb.com<br>***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*** | **SHAW COWART, L.L.P.**<br>*/s/ John P. Cowart*<br>JOHN P. COWART<br>Texas Bar No. 04919500<br>jcowart@shawcowart.com<br>ETHAN L. SHAW<br>Texas Bar No. 18140480<br>elshaw@shawcowart.com<br>1609 Shoal Creek Blvd., Suite 100<br>Austin, Texas 78701<br>T: 512.499.8900 / F: 512.320.8906<br>***Attorneys for Plaintiff*** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 5, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ John P. Cowart*
JOHN P. COWART

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ John P. Cowart*
JOHN P. COWART