UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THELMA ROBINSON *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal with Prejudice** |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* | : : : | Civil Action No.: 2:17-cv-16480 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against each named Defendant, each party to bear its own costs.

Dated: October 29, 2018

**SHOOK, HARDY & BACON, L.L.P.**
*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard,
Kansas City, MO 64108
T: 816-474-6550 / F: 816-421-5547
kbieri@shb.com
hratliff@shb.com
**Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.**

**SHAW COWART, L.L.P.**
*/s/ John P. Cowart*
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906
**Attorneys for Plaintiff**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 5, 2018, counsel for named and served Defendants were contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Defendants consent to the filing of this Stipulation.

*/s/ John P. Cowart*
JOHN P. COWART

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ John P. Cowart*
JOHN P. COWART