UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Gahan v. Sanofi, et al.*, No. 2:16-cv-15283

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for Leave to file Exhibits E and F to Defendants' Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration under seal (Doc. 4597);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits E and F to Defendants' Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration (Rec. Doc. 4596-5 and 4596-6) under seal.

New Orleans, Louisiana, this 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE