UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

**Kelly Gahan**
**Case No.:** 2:16-cv-15283

### PLAINTIFF'S *EX PARTE* MOTION SEEKING LEAVE TO FILE REPLY BRIEF IN SUPPORT OF HER RULE 59 MOTION FOR RECONSIDERATION GRANTING IN PART SANOFI'S MOTION FOR RULE 37 SANCTIONS

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this *Ex Parte* Motion Seeking Leave to File Reply Brief in Support of her Rule 59 Motion for Reconsideration of Court's Order Granting in Part Sanofi's Motion for Rule 37 Sanctions (Doc. 4596-5 and 4596-6).  Plaintiff respectfully submits that it would be in the interests of substantial justice to permit Dr. Gahan to reply to the new evidence Sanofi attempts to introduce in its response brief, seeking new sanctions against Dr. Gahan.

WHEREFORE, Plaintiff Kelly Gahan prays that this Motion be granted, and that the Reply Memorandum in Support of Dr. Gahan's Motion for Reconsideration be filed into the docket of this matter.

October 30, 2018                      Respectfully Submitted,

                                              /s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker