UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## PROPOSED ORDER RE: PLAINTIFF'S *EX PARTE* MOTION SEEKING LEAVE TO FILE REPLY BRIEF IN SUPPORT OF HER RULE 59 MOTION FOR RECONSIDERATION GRANTING IN PART SANOFI'S MOTION FOR RULE 37 SANCTIONS

Considering the foregoing *Ex Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File Reply Brief in Support of Her Rule 59 Motion For Reconsideration Granting In Part Sanofi's Motion for Rule 37 Sanctions:

It is ORDERED that said Motion is GRANTED, and that the Clerk of Court shall accept Reply Brief in Support of Her Rule 59 Motion for Reconsideration Granting In Part Sanofi's Motion For Rule 37 Sanctions.

New Orleans, Louisiana, this ____ day of November, 2018

_____
UNITED STATES DISTRICT JUDGE

1