UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| <u>     DEBRA KAHULA     </u><br>*Plaintiff,*<br><br>v.<br><br><br><br><br><br><u>Sanofi US Services, Inc., et al.     </u><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:17-CV-15489<br><br>MDL No. 2740<br><br>Hon. Jane T. Milazzo |

**NOTICE OF FED. R. CIV. P 30(b)(6)**
**DEPOSITION DUCES TECUM OF HAWAII HEALTH SYSTEM CORPORATION**

To: **ANNE E. LOPEZ, CHIEF OPERATING OFFICER AND GENERAL COUNSEL**

For: Hawaii Health Systems Corporation
3675 Kilauea Avenue
Honolulu, HI   96816

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff above named, by her attorneys, will take the deposition upon oral examination of Anne E. Lopez, Chief Operating Officer & General Counsel, duly-appointed designee(s) at the offices of Ralph Rosenberg Court Reporters located at 1001 Bishop Street, Suite 2460, Honolulu, HI   96813, beginning at 10:00 a.m. (Hawaii-Aleutian Standard Time) on November 15, 2018, the deposition will commence from day to day,

excluding Saturdays, Sundays and holidays, until completed. The deposition will be taken telephonically/stenographically before a certified court reporter or notary public duly authorized to administer oaths and record the oral examination by telephonic, videographic, and stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Procedure, the Hawaii Health Systems Corporation is required to designate one or more officers, directors, or managing agents, or other persons who consent to testify on Maui Memorial Medical Center's behalf, and whom Maui Memorial Medical Center will fully prepare to testify regarding the matters designated in Exhibit A, attached hereto, and as to such information that is known or reasonably available to Maui Memorial Medical Center and Hawaii Health Systems Corporation.

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Plaintiff demands that Hawaii Health System Corporation's designee, responsive to this subpoena *duces tecum*, produce on November 15, 2018 PRIOR TO DEPOSITION by 9:30 a.m. (Hawaii-Aleutian Standard Time), the documents identified in the schedule of documents found in Exhibit B, attached hereto, organized and labeled to correspond to the categories identified in the schedule of documents found in Exhibit B.

Failure to designate a person who is prepared to provide full and complete testimony with this subpoena *duces tecum* and produce documents may be treated as a failure to comply with this subpoena *duces tecum* and may be treated as contempt of court. A failure to adequately prepare to so testify and produce documents may be considered to be a "failure to appear" for the deposition as subpoenaed, which could result in

sanctions, imposed by a Court pursuant to Rule 37(d).

DATED: October 31, 2018

                DEBRA KAHULA, PLAINTIFF

                */s/ Jim Reeves*
                *Attorney for Plaintiff JIM REEVES*
                *Reeves & Mestayer, PLLC*
                *160 Main Street*
                *Biloxi, MS  39530*
                *(228) 374-5151 (telephone)*
                *(228)374-6630 (facsimile)*
                jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 31st day of October, 2018.

         BY: *Jim Reeves*
            Jim Reeves, Esquire
            MS Bar No. 9519
            Reeves & Mestayer, PLLC
            160 Main Street
            Biloxi, MS   39530
            (228) 374-5151 (telephone)
            (228) 374-6630 (facsimile