## EXHIBIT A

## Definitions

For the purposes of this subpoena *duces tecum*, the following terms shall have the following meanings:

1. "TREATING FACILTIY" refers to MAUI MEMORIAL MEDICAL CENTER AND HAWAII HEALTH SYSTEMS CORPORATION, with a main campus located at ADDRESS, and any of its parents, successors, predecessors, sisters, affiliates, subsidiaries, divisions or related companies or other businesses or legal entities, and their officers, directors, agents, representatives, consultants, employees, attorneys or anyone subject to the direction and control of, or acting on behalf of, any of the foregoing, both past and present.

2. "Plaintiff" refers to DEBRA KAHULA.

3. "Taxotere (docetaxel)" refers to any generic or brand manufactured intravenous injectable or infusion chemotherapy medication of that name.

4. "Protocol" refers to standard practice, procedure, system, rule(s), custom or habit.

5. "Pharmaceutical Distributor" refers to the person or entity and any of its agents, employees, or officers, that shipped or sold Taxotere (docetaxel) to MAUI MEMORIAL MEDICAL CENTER AND HAWAII HEALTH SYSTEMS CORPORATION.

6. "Document(s)" refers to any designated documents or electronically stored information – including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations – stored in any medium from which information can be obtained.

7. The terms "and," "or," and "and/or" shall be construed in the conjunctive or the disjunctive, whichever makes the request more inclusive.

## Matters of Inquiry

**DEBRA KAHULA'S Treatment at MAUI MEMORIAL MEDICAL CENTER**

1. The information regarding DEBRA KAHULA'S treatment at MAUI MEMORIAL MEDICAL CENTER that is sought in the document entitled "Statement Regarding Chemotherapy Drug Administered," which is attached hereto as "Exhibit C."

2. The dates of DEBRA KAHULA'S treatment at MAUI MEMORIAL MEDICAL CENTER in which she was administered Taxotere (docetaxel).

3. The number of doses of Taxotere (docetaxel) that were administered to DEBRA KAHULA at MAUI MEMORIAL MEDICAL CENTER.

4. The National Drug Code for each dose of Taxotere (docetaxel) that was administered to DEBRA KAHULA at MAUI MEMORIAL MEDICAL CENTER.

5. The identity of the manufacturer of each dose of Taxotere (docetaxel) that was administered to DEBRA KAHULA at MAUI MEMORIAL MEDICAL CENTER.

## Exhibit B

## Schedule of Documents

1. Documents that provide the information sought in the document entitled "Statement Regarding Chemotherapy Drug Administered," which is attached hereto as "Exhibit C."

EXHIBIT "C"

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: _____ / _____ / _____          SSN: _____ / _____ / _____

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

#### ***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT

**ACCORD HEALTHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

> **PATIENT**
> ☐ WAS   ☐ WAS NOT
> **ADMINISTERED**
> **TAXOL/PACLITAXEL**

_____ / _____ / _____        _____ / _____ / _____        _____
DATE OF FIRST TREATMENT            DATE OF LAST TREATMENT              # OF DOSES

_____        _____
SIGNATURE OF REPRESENATIVE OF          NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____        _____
PRINTED NAME & TITLE OF REPRESENTATIVE   ADDRESS

_____        _____
DATE                                    CITY, STATE, ZIP