UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                     MDL No. 2740
PRODUCTS LIABILITY LITIGATION


                                                 SECTION: "N" (5)


THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283


**PLAINTIFF'S *EX PARTE* MOTION SEEKING LEAVE TO FILE RESPONSE BRIEF TO SANOFI'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S RULE 59 MOTION FOR RECONSIDERATION GRANTING IN PART SANOFI'S MOTION FOR RULE 37 SANCTIONS**

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this *Ex Parte* Motion Seeking Leave to File a Response Brief to Sanofi's Supplemental Memorandum in Opposition to Plaintiff's Rule 59 Motion for Reconsideration of Court's Order Granting in Part Sanofi's Motion for Rule 37 Sanctions (Doc. 4596-5 and 4596-6).  Plaintiff respectfully submits that it would be in the interests of substantial justice to permit Dr. Gahan to respond to the new evidence Sanofi attempts to introduce in its supplemental memorandum, seeking new sanctions against Dr. Gahan.

WHEREFORE, Plaintiff Kelly Gahan prays that this Motion be granted, and that the Response to Sanofi's Supplemental Memorandum be filed into the docket of this matter.

October 31, 2018              Respectfully Submitted,

                             /s/ Darin L. Schanker
                             Darin L. Schanker
                             BACHUS & SCHANKER, LLC
                             1899 Wynkoop Street, Ste. 700
                             Denver, CO 80202
                             (303)899-9800
                             F: (303)893-9900
                             d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker