UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## ORDER

　　　　Considering the foregoing *Ex Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File a Response to Sanofi's Supplemental Memorandum in Opposition to Dr. Gahan's Rule 59 Motion for Reconsideration:

　　　　IT IS ORDERED that said Motion is GRANTED, and the aforementioned Response to Sanofi's Supplemental Memorandum (Doc. 4647-2), in opposition to Plaintiff's Motion for Reconsideration (Doc. 4596-5 and 4596-6) shall be filed into the docket of this matter.

　　　　New Orleans, Louisiana, this ___ day of _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE