# EXHIBIT A
## TO KREIDER AFFIDAVIT

**Scot Kreider**

| | |
|---|---|
| **From:** | Scot Kreider |
| **Sent:** | Friday, August 24, 2018 9:59 AM |
| **To:** | 'Amy Gorsline' |
| **Subject:** | RE: records request |

Good Morning Dr. Gorsline;

Thank you for talking to me this morning. I feel like we may have gotten our wires crossed in discussing the requirements of the two releases, because I didn't have the first release in front of me. To be clear – in responding to the Veritext Records Request(s), you should provide whatever information you feel is responsive to the release(s). Neither this firm nor Kelly Gahan is asking you to withhold any records you consider responsive to the release(s).

Best Regards,

**Scot Kreider** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-586-5409 | Fax: 303-893-9900 | Email: Scot.Kreider@ColoradoLaw.net | Website: www.ColoradoLaw.net

**How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.


**From:** Amy Gorsline <drgorsline@gmail.com>
**Sent:** Thursday, August 23, 2018 7:38 PM
**To:** Scot Kreider <scot.kreider@coloradolaw.net>
**Subject:** Re: records request

Hello,
Yes, there were previous requests. I should be able to talk tomorrow 9-10:30.

On Thu, Aug 23, 2018 at 7:27 PM Scot Kreider <scot.kreider@coloradolaw.net> wrote:

> Hi Dr. Gorsline;

Exhibit A

Was there a previous request?  Do you have time tomorrow to talk?

**Scot Kreider** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-586-5409 | Fax: 303-893-9900 | Email: Scot.Kreider@ColoradoLaw.net | Website: www.ColoradoLaw.net

**How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**

CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

**From:** Amy Gorsline <drgorsline@gmail.com>
**Sent:** Tuesday, August 21, 2018 12:52 PM
**To:** Scot Kreider <scot.kreider@coloradolaw.net>
**Subject:** records request

Hello Scot,

Exhibit A

Here is the most recent request.


--

Amy Gorsline, PsyD, PLLC
Licensed Clinical Psychologist
303-746-7478
drgorsline@gmail.com

CONFIDENTIALITY STATEMENT


The information contained in this e-mail transmission may be privileged and confidential.  It is intended for the sole use of the addressee.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, editing, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify me by electronic mail (drgorsline@gmail.com) and delete this.


--

Amy Gorsline, PsyD, PLLC
Licensed Clinical Psychologist
303-746-7478
drgorsline@gmail.com

CONFIDENTIALITY STATEMENT

The information contained in this e-mail transmission may be privileged and confidential.  It is intended for the sole use of the addressee.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, editing, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify me by electronic mail (drgorsline@gmail.com) and delete this.

Exhibit A