# EXHIBIT B
## TO KREIDER AFFIDAVIT
**(UNDER SEAL)**

EXHIBIT B UNDER SEAL