# EXHIBIT C
## TO KREIDER AFFIDAVIT
## (UNDER SEAL)

EXHIBIT C UNDER SEAL