# EXHIBIT D
## TO KREIDER AFFIDAVIT

**Scot Kreider**

| | |
|---|---|
| **From:** | Amy Gorsline <drgorsline@gmail.com> |
| **Sent:** | Monday, October 29, 2018 9:55 AM |
| **To:** | Scot Kreider |
| **Subject:** | Re: Kelly Gahan records |
| **Attachments:** | image001.jpg |

Good morning,
My apologies for any issues with the records. I thought I sent exactly the same documents to both of you. Looking back through, I have notes on phone calls from Dr. Gahan's mother on 4/8/14 and 8/18/14 that I thought were sent to both of you. Is that what you're missing? Please let me know what I can send. My intention is certainly to provide exactly the same thing to both sides. Unfortunately, I did not copy the records at the same time because I did not realize that I had to send them to both sides. I recall that my copier was jamming repeatedly, though I thought I had everything. I'm happy to do whatever is necessary to remedy the situation.
While we're communicating, can you let me know whether you received the invoice I sent?
Thank you.

On Mon, Oct 29, 2018 at 9:10 AM Scot Kreider <scot.kreider@coloradolaw.net> wrote:

> Hi Dr. Gorsline;
>
> I have a question.  I have been accused by Sanofi of withholding records that you sent us in response to our subpoenas, because apparently there is some discrepancy in the records you sent us, and the records you sent them.  Most notable is that you provided a telephone call log to Sanofi that was not in the records you provided us.  Did you send Sanofi additional documents that you did not send me?
>
>
> **Scot Kreider** | Attorney | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-586-5409 | Fax: 303-893-9900 | Email: Scot.Kreider@ColoradoLaw.net | Website: www.ColoradoLaw.net
>
>
> **How am I doing?  Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**

1

Exhibit D

CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

--
Amy Gorsline, PsyD, PLLC
Licensed Clinical Psychologist
303-746-7478
drgorsline@gmail.com

CONFIDENTIALITY STATEMENT

The information contained in this e-mail transmission may be privileged and confidential.  It is intended for the sole use of the addressee.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, editing, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify me by electronic mail (drgorsline@gmail.com) and delete this.

2

Exhibit D