UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

### PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS B AND C TO KREIDER AFFIDAVIT IN SUPPORT OF RESPONSE TO SANOFI'S SUPPLEMENTAL MEMORANDAUM IN OPPOSITION TO PLAINTIFF'S RULE 59 MOTION FOR RECONSIDERATION UNDER SEAL

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, respectfully requests leave of Court file Exhibits B and C to Plaintiff's Response to Sanofi's Supplemental Memorandum in Opposition to Plaintiff Rule 59 Motion for Reconsideration (Doc. 4647) under seal.  For the reasons set forth in the attached Memorandum in Support, Plaintiff's respectfully submit that, pursuant to the Stipulated Protective Order entered in this matter, the referenced Exhibits to the affidavit in support of Plaintiff's response should be filed under seal.

WHEREFORE, Plaintiff Kelly Gahan prays that this Motion be granted, and that the aforementioned Exhibits B and C to the Kreider Affidavit supporting Plaintiff's Response to Defendants' Supplemental Response in Opposition to Kelly Gahan's Motion for Reconsideration (Doc 4596-5 and 4596-6) be filed UNDER SEAL.

October 31, 2018				Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker