UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS B AND C TO KREIDER AFFIDAVIT IN SUPPORT OF RESPONSE TO SANOFI'S SUPPLEMENTAL MEMORANDAUM IN OPPOSITION TO PLAINTIFF'S RULE 59 MOTION FOR RECONSIDERATION UNDER SEAL

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, respectfully requests leave of Court file Exhibits B and C to the Kreider Affidavit supporting Plaintiff's Response to Sanofi's Supplemental Memorandum in Opposition to Plaintiff Rule 59 Motion for Reconsideration (Doc. 4647) under seal.

Plaintiff respectfully submits that this Court previously entered a protective order (PTO 50), which governs:

> [u]nredacted information designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial, or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedule and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Doc. 612-1 ¶ 2). Exhibits B and C to the Kreider Affidavit in Plaintiff's response consists of documents which have been designated as confidential and/or "protected

information," as set forth in PTO 50, including medical records, medical and protected health information, and personal identifying information. For these reasons, these exhibits must be sealed.

Courts recognize a common law right of access to judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. ICV.A. 11-2171 2011 WL 4404117, at *1 (E.D. La Sept. 21, 2011)(citing *Bahwell v. Stanley-Bostitich, Inc.*, No. CIV.A 00-0541, 2002 WL 1298777, at *1 (E.D. La June 10, 2002)). In this matter, the entry of PTO 50 mandates that the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Doc. 612-1, ¶ 2). Therefore, pursuant to PTO 50 and the applicable case law, Exhibits B and C to the Affidavit of Scot C. Kreider submitted in support of Plaintiff's Response to Sanofi's Supplemental Memorandum (Doc. 4647-2), in opposition to Plaintiff's Motion for Reconsideration (Doc. 4596-5 and 4596-6) should be filed UNDER SEAL.

WHEREFORE, Plaintiff prays that this motion be granted, and the aforementioned Exhibits B and C to the Affidavit of Scot C. Kreider submitted in support of Plaintiff's Response to Sanofi's Supplemental Memorandum (Doc. 4647-2), in opposition to Plaintiff's Motion for Reconsideration (Doc. 4596-5 and 4596-6) be filed UNDER SEAL.

October 31, 2018                    Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker