UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

# ORDER

Considering the foregoing *Ex Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File Exhibits B and C to the Affidavit of Scot C. Kreider supporting her Response to Sanofi's Supplemental Memorandum in Opposition to Dr. Gahan's Rule 59 Motion for Reconsideration:

IT IS ORDERED that said Motion is granted, and the aforementioned Exhibits B and C to the Affidavit of Scot C. Kreider submitted in support of Plaintiff's Response to Sanofi's Supplemental Memorandum (Doc. 4647-2), in opposition to Plaintiff's Motion for Reconsideration (Doc. 4596-5 and 4596-6) be filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE

1