# EXHIBIT B

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendants' List |
|---|---|---|---|---|---|
| 86 | Andrade | Maria | 2:17-cv-16252 | No PFS Submitted | sanofi |
| 57 | Burns | Betty | 2:16-cv-16778 | Not Substantially Complete | sanofi |
| 33 | Crum | Alma | 2:17-cv-09077 | Not Substantially Complete | sanofi |
| 70 | Davis | Jacqueline | 2:17-cv-09058 | No Response to Deficiency Notice; Not Substantially Complete | sanofi |
| 34 | Godfrey | Annette | 2:17-cv-08787 | Not Substantially Complete | sanofi |
| 37 | Henderson | Pat | 2:17-cv-06257 | Not Substantially Complete | sanofi |
| 78 | Jackson | Delores | 2:17-cv-09355 | Not Substantially Complete | sanofi |
| 80 | Jefferson Sargent | Sonya | 2:17-cv-08795 | Not Substantially Complete | sanofi |
| 38 | Lackey | Carol | 2:17-cv-06286 | Not Substantially Complete | sanofi |
| 47 | Lancien | April | 2:17-cv-06707 | Not Substantially Complete | sanofi |
| 14 | Little | Evangeline | 2:16-cv-17022 | Not Substantially Complete | sanofi |
| 11 | Matthews | Rose | 2:17-cv-06623 | Not Substantially Complete | sanofi |
| 6 | Natividad | Beulah | 2:17-cv-11899 | No PFS Submitted | sanofi |
| 41 | Peterson | Fred as PR of the Estate of Guyann Peterson | 2:17-cv-15930 | No PFS Submitted | sanofi and 505 |
| 167 | Powell | Tawonna | 2:16-cv-17509 | Not Substantially Complete | sanofi |
| 42 | Reed | Briggitte | 2:16-cv-17843 | Not Substantially Complete | sanofi |
| 24 | Roberts | Lonia | 2:17-cv-09843 | Not Substantially Complete | sanofi |
| 188 | Thomas | Lynette | 2:16-cv-17981 | Not Substantially Complete | sanofi |
| 16 | Yeager | Sandra | 2:17-cv-09523 | Not Substantially Complete | sanofi |