UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Maria Payne, Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Defendants. | : : : : | |
| Civil Case No.: 2:18-cv-5329 | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Maria Payne, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.

Plaintiff's original Complaint was filed in this Court on May 25, 2018, (*Maria Payne v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis, U.S. Inc., et al. (Case No.* 2:18-cv-5329) and, Plaintiff served Defendants pursuant to PTO 9. Plaintiff has since received a Statement Regarding Chemotherapy Drug Administered, pursuant to CMO 12A, identifying NDC codes of Sagent Pharmaceuticals, Inc. as the docetaxel product administered to the Plaintiff. Thus, Plaintiff's proposed amendment would reflect this change by removing the previously named defendants and naming only Sagent Pharmaceuticals, Inc., Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc. as the only defendants.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit. For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint[1].

This the 2nd day of November, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[1] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 2, 2018.

*/s/ Daniel K. Bryson*
Daniel K. Bryson