UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Maria Payne,     Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,     Defendants. | : : : : | |
| Civil Case No.: 2:18-cv-5329 | : : | |

    Upon Plaintiff's Unopposed Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

    This the ____ day of _____, 2018.

_____
U.S. District Court Judge