UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| BETTY BUTLER, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : : | **Partial Notice of Dismissal with Prejudice as to all remaining Defendants** |
| vs. | : : | Civil Action No.: 2:17-cv-17508 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

    Plaintiff Betty Butler, and her counsel, hereby give notice that the above-captioned action against Defendants HOSPIRA WORLDWIDE, INC.; SUN PHARMA GLOBAL INC.; INTAS PHARMACEUTICALS LIMITED, solely, is voluntary dismissed, with prejudice.

    Dated this 1st day of November, 2018.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 1st day of November, 2018        /s/ __ Hunter Shkolnik _____
                                                 Hunter Shkolnik, Esquire