UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| BETTY BUTLER, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Partial Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-17508 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendants SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; McKESSON CORPORATION doing business as McKESSON PACKAGING; SANDOZ INC.; ACCORD HEALTHCARE LTD.; ACCORD HEALTHCARE, INC.; SANOFI S.A.; and AVENTIS PHARMA S.A., each party to bear its own costs.

Dated this 1th day of November, 2018.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
/s/ *Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
816.559.2109
Email:kbier@shb.com; hratliff@shb.com
*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**
By:/s/ Lori Cohen
Lori G. Cohen, Esq.
Ronald Clifton Merrell, II
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com;
 merrellc@gtlaw.com;
 holdene@gtlaw.com
*Attorneys for Defendant Sandoz Inc.*

**TUCKER ELLIS LLP**
By: */s/ Julie Callsen*
Julie Callsen, Esq.
Brandon D. Cox, Esq.
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
 brandon.cox@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

**MORRISON & FOERSTER LLP**
By: /s/ Erin M. Bosman
Erin M. Bosman, Esq.
Julie Park, Esq.
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5104
Email: Ebosman@mofo.com
 JPark@mofo.com
*Attorneys for Defendant McKesson Packaging Services, a Division of McKesson Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 1st day of November, 2018          /s/ __ Hunter Shkolnik _____
                                                        Hunter Shkolnik, Esquire