UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Patsy Lewis__
Case No.: __2:17-cv-15407__

## DECLARATION

I, __Brian A. Abramson__ (Attorney's Name), have attempted to reach my client, Patsy Lewis on the following dates: 2/14/18; 4/6/18; 5/14/18; 5/17/18; 5/31/18; 6/6/18; 6/7/18; 6/12/18; 6/14/18 6/19/18; 6/20/18; 6/21/18; 7/5/18; 8/9/18; 8/10/18; 8/13/18; 8/20/18; 8/21/18; 8/22/18; 8/29/18; 9/5/18; 9/7/18; 9/10/18; 9/14/18; 9/21/18; 9/24/18; 10/9/18 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ___ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_[signature: Brian A. Abramson]_

Brian A. Abramson
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@williamskherkher.com