UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Patricia Matthews_
**Case No.:** ___2:18-cv-00311___

## DECLARATION

I, _Brian A. Abramson_ (Attorney's Name), have attempted to reach my client, Patricia Matthews_ on the following dates: 12/30/16, 1/6/17, 1/26/17, 1/30/17, 2/6/17, 2/14/17, 2/21/17, 3/1/17, 3/8/17, 3/15/17, 3/2/17, 3/30/17, 5/3/17, 5/11/17, 5/18/17, 5/25/17, 6/1/17, 6/8/17, 6/15/17, 6/22/17, 6/29/17, 7/6/17, 7/13/17, 7/26/17, 8/3/17, 8/10/17, 8/18/17, 8/25/17, 8/31/17, 9/7/17, 9/14/17, 10/9/17, 10/18/17, 11/2/17, 11/9/17, 11/21/17, 12/1/17, 12/7/17, 12/21/17, 1/4/18, 1/5/18, 1/31/18, 3/2/18, 3/16/18, 3/23/18, 7/5/18, 8/30/18, 8/31/18, 9/4/18, 9/7/18, 9/10/18, 9/11/18 and 9/21/18_____

by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, _N/A_ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____/s/ Brian A. Abramson_____

Brian A. Abramson
Williams Kherkher Hart Boundas, LLC
8441 Gulf Freeway, Suite 600, Houston, TX 77017
713-230-2343
babramson@williamskherkher.com