UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Rhonda Frazier_____
**Case No.:** _2:17-cv-07511_ _____

**DECLARATION**

I, _Andrew T. Kagan_ have attempted to reach my client, Rhonda Frazier in the following dates: 1/31/ 2018 via text, 2/7 called, 2/26 via text, 3/1 text and call, 3/6 text and call, 3/15 call, 3/20 text and call, 3/22 text and call, 3/28 text, 4/2 text and call, 4/15 text and call. Our partners at Shapiro Legal Group have also tried on the following dates: 3/28 (Text sent because prior to 3pm Pdt), 4/3 Called and texted (called back informed call back after 3pm pdt), 4/4 (called at 3pm, answered told to call back Friday -hospitalized and did not know when would be released), called personal phone between 4/4 and 4/17, 4/17 (spoke for 15 min, sent contact info for Kagan, confirmed would be sending Kagan back docs via Fed Ex), 5/1 Nicole called 4x and text 2x instructing her what was needed, 5/2 Nicole called, LVM, txt and emailed, 5/4 Nicole called text and emailed, 5/7 Nicole called, 5/8 Nicole called text and emailed, 5/9 Nicole and Jessica both called, Nicole txt and emailed, 5/14 Jessica called 2x, 5/16 Called and txt, 5/17 called, 5/18 called, 5/21 called, 5/23 called and txt, 5/24 called, 6/1 called x2, 6/25 called txt. In addition, calls were made weekly from their Google Talk system, and countless attempts to reach were made from personal cell phones. On August 29, 2018 Kagan Legal Group sent a letter to Ms. Frazier letting her know that we would withdraw from counsel due to the inability to

communicate with her. 9/3 called, 9/11 called, 9/17 called, 10/2 called, 10/10 called, 10/12 called, 10/24 called and our most recent attempt was 11/5/2018

by (check all that apply) __X__ telephone, _X_ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ___X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

     I declare that the foregoing is true and correct to the best of my knowledge.


_____
Andrew T. Kagan
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
T. (939) 220-2424
F. (939) 220-2477
Andrew@kaganlegalgroup.com