IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**

*Christine and Jim Kinderdine v. Accord Healthcare, et al.*
*Civil Action No.: 2:17-cv-00348*

## MOTION FOR SUBSTITUTION OF PLAINTIFF

NOW COMES, Donald F. Harker, III, Trustee for the Bankruptcy In Re: Christine A. Kinderdine, Case NO. 16-33425, in the U.S. Bankruptcy Court, Southern District of Ohio, pursuant to Fed. R. Civ. P. 25 and this Court's Order of October 16, 2018 (Doc. 4625), respectfully requests that this Court substitute him in this action on behalf of the bankruptcy action In Re: Christine Kinderdine.

1. Pursuant to this Court's Order Doc. 4625, the Court held that Ms. Kinderdine is judicially estopped from pursuing the claim on her own behalf. However, this Court held that "the Chapter 7 Trustee may move to substitute himself into this litigation within 30 days from the date of this order to pursue Ms. Kinderdine's claims on behalf of the bankruptcy estate."

2. Donald F. Harker, III is the Bankruptcy Trustee in the U.S. Bankruptcy Court, Southern District of Ohio, for In Re: Christine Kinderdine, Case No.: 16-33425.

3. As such, Donald F. Harker, III, on behalf of the Bankruptcy Estate of In Re: Christine Kinderdine is the proper party to substitute for Plaintiffs Christine and Jim Kinderdine and has proper capacity to proceed forward with the product liability lawsuit.

4. Upon motion of Trustee Donald F. Harker, III and Order of the U.S. Bankruptcy Court, Southern District of Ohio, Anne L. Gilday, Esq. has been appointed and employed as Special Counsel to represent the Trustee in this matter.

WHEREFORE, special counsel for the Trustee requests that this Court grant this request for substitution as plaintiff in this action.

Date: November 5, 2018

                                      Respectfully Submitted,

                                      */s/ Anne L. Gilday*
                                      Anne L. Gilday (OH Bar No. 0076612)
                                      THE LAWRENCE FIRM, PSC
                                      606 Philadelphia Street
                                      Covington, KY 41011
                                      Telephone: (859) 578-9130
                                      Facsimile: (859) 578-1032
                                      Anne.gilday@lawrencefirm.com
                                      *Special Counsel for Donald F.*
                                      *Harker, III Bankruptcy Trustee*
                                      *for the Estate of Christine*
                                      *Kinderdine*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Anne L. Gilday*
                                      Anne L. Gilday, Esq.