# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : |
| | : JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**

*Christine and Jim Kinderdine v. Accord Healthcare, et al.*
*Civil Action No.: 2:17-cv-00348*

## ORDER SUBSTITUTING PLAINTIFF

Considering the Motion to Substitute Plaintiff,

IT IS ORDERED, that the Motion to Substitute the Plaintiff is GRANTED, and Donald F. Harker, III, on behalf of the Bankruptcy Estate of Christine Kinderdine, is substituted as Plaintiff in the above-refenced action.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
UNITED STATES DISTRCIT COURT JUDGE