UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                    SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

## PLAINTIFF'S EX PARTE MOTION SEEKING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK

Plaintiff Suzanne Mink, by and through her counsel of record, Bachus & Schanker, LLC, submits this *Ex Parte* Motion Seeking an Extension of Time to File Response to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687) pursuant to Local Rule 7.8.  In support of her motion, Plaintiff states as follows:

1. On October 24, 2018, Defendant Sanofi served on Plaintiff its Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687).  Sanofi's noticed submission date was November 14, 2018, making Ms. Mink's deadline to file a response November 6, 2018.

2. Due to the short time-frame with Sanofi's submission date, and the importance of the issues related to Sanofi's motion, Plaintiff seeks an additional 21 days to respond to Sanofi's motion, until November 27, 2018.

3. Plaintiff has not previously sought an extension of time to respond to Sanofi's motion, and no objection to an extension of time is in the records

4. Plaintiff's counsel certifies he will confer with counsel for Sanofi to schedule a new submission date.

1

WHEREFORE, Plaintiff Suzanne Mink prays that this Court grant her *Ex Parte* Motion Seeking Extension of Time to File Response to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687) pursuant to Local Rule 7.8.

November 5, 2018        Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
dschanker@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker