UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

# ORDER

Considering the foregoing Plaintiff's *Ex Parte* Motion Seeking Extension of Time to File Response to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink, pursuant to Local Rule 7.8:

It is ORDERED that said Motion is GRANTED. Plaintiff shall have until November 27, 2018 to file a response to Defendants' Motion for Summary Judgment.

New Orleans, Louisiana, this ___ day of November, 2018

_____
UNITED STATES DISTRICT JUDGE

1