# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ANABEL GUTIERREZ,<br><br>                    Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, ACCORD HEALTHCARE, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., and SAGENT PHARMACEUTICALS, INC.,<br><br>                    Defendants. | **AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Civil Action No.: 2:17-cv-10471 |

## SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]

Plaintiff(s) incorporate by reference the operative Master Long Form Complaint and Jury Demand filed in the above-referenced case. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.     Plaintiff:

Anabel Gutierrez_____

2.     Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

      N/A
_____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

      N/A
_____

4.      Current State of Residence: __Virginia_____

5.      State in which Plaintiff(s) allege(s) injury:__Puerto Rico_____

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.    Taxotere Brand Name Defendants

           ☑    A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

           ☑    B.    Sanofi-Aventis U.S. LLC

        b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

           ☐    A.    Sandoz Inc.

           ☑    B.    Accord Healthcare, Inc.

           ☐    C.    McKesson Corporation d/b/a McKesson Packaging

           ☐    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

           ☐    E.    Hospira, Inc.

           ☐    F.    Sun Pharma Global FZE

           ☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

           ☐    H.    Pfizer Inc.

           ☑    I.    Actavis LLC f/k/a Actavis Inc.

           ☑    J.    Actavis Pharma, Inc.

           ☐    K.    Other:

---

Sagent Pharmaceuticals, Inc.

---

7.      Basis for Jurisdiction:

        ☑    Diversity of Citizenship

        ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

```
┌─────────────────────────────────────────────────────────────┐
│                                                               │
│                                                               │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

8.      Venue:

        District Court and Division in which remand and trial is proper and where you might
        have otherwise filed this Short Form Complaint absent the direct filing Order entered by
        this Court:

```
┌─────────────────────────────────────────────────────────────┐
│                                                               │
│  United States District Court, District of Puerto Rico        │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

9.      Brand Product(s) used by Plaintiff (check applicable):

        ☑      A.      Taxotere

        ☐      B.      Docefrez

        ☑      C.      Docetaxel Injection

        ☐      D.      Docetaxel Injection Concentrate

        ☐      E.      Unknown

        ☐      F.      Other:

```
┌─────────────────────────────────────────────────────────────┐
│                                                               │
│                                                               │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

10.     First date and last date of use (or approximate date range, if specific dates are unknown)
        for Products identified in question 9:

```
┌─────────────────────────────────────────────────────────────┐
│                                                               │
│  Approximately June 2015 to October 2015                      │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

11.     State in which Product(s) identified in question 9 was/were administered:

> Puerto Rico

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

> Disfiguring permanent alopecia beginning sometime after treatment with Taxotere (docetaxel) and continuing to present

13.    Counts in Master Complaint brought by Plaintiff(s):

     ☑    Count I – Strict Products Liability – Failure to Warn

     ☑    Count III – Negligence

     ☑    Count IV – Negligent Misrepresentation

     ☑    Count V – Fraudulent Misrepresentation

     ☑    Count VI – Fraudulent Concealment

     ☑    Count VII – Fraud and Deceit

     ☐    Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

                                 By:  */s/ Karen Barth Menzies*

Karen Barth Menzies (*pro hac vice*) Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs  (Cal. Bar No. 178658)
Amy M. Zeman (Cal. Bar No. 273100)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email:ehg@classlawgroup.com
amz@classlawgroup.com