UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Kathy Watson v Sanofi U.S. Services Inc., et al. | Civil Action No.: 2:17-cv-17513 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Kathy Watson, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff contacted Defendants' counsel and Defendants do not oppose the relief requested, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Respectfully submitted this 5th day of November 2018.

    By: */s/ Karen Barth Menzies*
    Karen Barth Menzies (*pro hac vice*)
    Cal. Bar No. 180234
    **GIBBS LAW GROUP LLP**
    400 Continental Blvd, 6th Floor
    El Segundo, California 90245
    Telephone: (510) 350-9240
    Facsimile: (510) 350-9701
    Email: kbm@classlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
400 Continental Blvd, 6th Floor
El Segundo, California 90245
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com