## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| Lisa Batton | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **SUGGESTION OF DEATH** |
| vs. | : : | Civil Action No.: 2:18-cv-04418 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |
| ------------------------------------------------------------ | : | |

TO ALL PARTIES AND ATTORNEY OF RECORD, Please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Lisa Batton, on or about May 13, 2018.

Dated this  6th  day of November, 2018.

Respectfully Submitted,

Brent Coon & Associates
/s/ Brent W. Coon
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: November 6, 2018

                                        Respectfully Submitted,

                                        Brent Coon & Associates
                                        /s/ Brent W. Coon
                                        Brent W. Coon
                                        Texas Bar No. 04769750
                                        Brent@bcoonlaw.com
                                        Eric W. Newell
                                        Texas Bar No. 24046521
                                        Eric_Newell@bcoonlaw.com
                                        215 Orleans
                                        Beaumont, TX 77701
                                        Phone (409)835-2666
                                        Fax (409)835-1912

                                        Attorneys for Plaintiff