UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

# ORDER

Considering the foregoing *Ex Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File a Response to Sanofi's Supplemental Memorandum in Opposition to Dr. Gahan's Rule 59 Motion for Reconsideration (Doc. 4832);

**IT IS ORDERED** that said Motion is **GRANTED**, and the aforementioned Response to Sanofi's Supplemental Memorandum (Doc. 4647-2), in opposition to Plaintiff's Motion for Reconsideration (Doc. 4596-5 and 4596-6) shall be filed into the docket of this matter.

New Orleans, Louisiana, this 5th day of November, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE