UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Karen Chandler
**Case No.:** 2:17-cv-15656

## DECLARATION

I, Amy Collignon Gunn, have attempted to reach my client, Karen Chandler on the following dates: 11/20/2017, 11/27/2017, 12/8/2017, 1/8/2018, 1/24/2018, 9/14/2018, 9/17/2018, and 9/26/2018 by  X  telephone,  X  e-mail, ____ text message, ____ social media,  X  U.S. Mail,  X  Certified Mail,  X  other (Plaintiff's Counsel also hired a Private Investigator to further their efforts in locating the client), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2018          By: /s/Amy Collignon Gunn
**THE SIMON LAW FIRM, P.C.**
Amy Collignon Gunn
800 Market Street, Ste. 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
agunn@simonlawpc.com