UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Amy Jankowiak
**Case No.:** 2:17-cv-16188

## DECLARATION

I, Amy Collignon Gunn, have attempted to reach my client, Amy Jankowiak on the following dates: 4/18/2018, 4/24/2018, 5/1/2018, 5/15/2018, 5/18/2018, 5/21/2018, 5/24/2018, 6/12/2018, 6/18/2018, 9/4/2018, 9/14/2018, 9/26/2018

by __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other (Plaintiff's Counsel also hired a Private Investigator to further their efforts in locating the client), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2018          By: /s/Amy Collignon Gunn
                                               **THE SIMON LAW FIRM, P.C**.
                                               Amy Collignon Gunn
                                               800 Market Street, Ste. 1700
                                               St. Louis, MO 63101
                                               Phone: 314-241-2929
                                               Fax: 314-241-2029
                                               agunn@simonlawpc.com