**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Kristin Welsh
Case No.: 2:17-cv-09894

**<u>DECLARATION</u>**

I, Amy Collignon Gunn , have attempted to reach my client, Kristin Welsh on

the following dates: 9/21/2017, 10/2/2017, 11/1/2017, 11/9/2017, 11/28/2017, 12/5/2017, 12/13/2017,

12/20/2017, 1/24/2018, 2/1/2018, 4/6/2018, 5/23/2018, 9/14/2018, 9/26/2018

by  X  telephone,  X  e-mail, _____ text message,  X  social media,  X  U.S. Mail,  X

Certified Mail,  X  other (Plaintiff's Counsel also hired a Private Investigator to further their

efforts in locating the client), and my client has not been responsive to my communications to

date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2018              By: /s/Amy Collignon Gunn
                                     **THE SIMON LAW FIRM, P.C**.
                                     Amy Collignon Gunn
                                     800 Market Street, Ste. 1700
                                     St. Louis, MO 63101
                                     Phone: 314-241-2929
                                     Fax: 314-241-2029
                                     agunn@simonlawpc.com