UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Hope Woolfolk
**Case No.:** 2:17-cv-15721

## DECLARATION

I, Amy Collignon Gunn, have attempted to reach my client, Hope Woolfolk on the following dates: 9/29/2017, 10/24/2017, 11/9/2017, 11/28/2017, 1/9/2018, 1/23/2018, 2/2/2018, 2/14/2018, 3/29/2018, 3/30/2018, 4/5/2018, 4/13/2018, 5/9/2018, 6/4/2018, 6/20/2018, 9/14/2018, 9/26/2018 by __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other (Plaintiff's Counsel also hired a Private Investigator to further their efforts in locating the client), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2018　　　　　　　By: /s/Amy Collignon Gunn
　　　　　　　　　　　　　　　　　　　**THE SIMON LAW FIRM, P.C**.
　　　　　　　　　　　　　　　　　　　Amy Collignon Gunn
　　　　　　　　　　　　　　　　　　　800 Market Street, Ste. 1700
　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　Phone: 314-241-2929
　　　　　　　　　　　　　　　　　　　Fax: 314-241-2029
　　　　　　　　　　　　　　　　　　　agunn@simonlawpc.com