UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Marla Paine
**Case No.:** 2:17-cv-13855

## DECLARATION

　　　I, Lindsay R. Stevens, have attempted to reach my client, Marla Paine on the following dates: December 12th, 2017 via correspondence; February 26th, 2018 via telephone, left voicemail; March 5th, 2018 via telephone, left voicemail; March 7th, 2018 via correspondence; March 29th, 2018 via telephone, left voicemail; April 4th, 2018 via e-mail; April 5th, 2018 via telephone, left voicemail; April 9th, 2018 via telephone, left voicemail; April 10th, 2018 via correspondence through FedEx; April 13th, 2018 via telephone, left voicemail and text; and April 17th, 2018 via correspondence through FedEx.

　　　by (check all that apply) X telephone, X e-mail, X text message, ____ social media, X U.S. Mail, ____ Certified Mail, X other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com