UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Cases Listed on the attached Exhibit A | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF CHANGE OF ADDRESS**

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

COMES NOW, Peter E. Goss, the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice of the following changes:

Previous Information:       Peter E. Goss
                            The Goss Law Firm, P.C.
                            4510 Belleview, Suite 201
                            Kansas City, MO 64111
                            Tel: (816) 336-1300
                            Fax: (816) 336-1310
                            pgoss@goss-lawfirm.com

Updated Information:        Peter E. Goss
                            The Goss Law Firm, P.C.
                            1501 Westport Road
                            Kansas City, MO 64111
                            Tel: (816) 336-1300
                            Fax: (816) 336-1310
                            pgoss@goss-lawfirm.com

Dated this 6th day of November, 2018         Respectfully Submitted By:

                                             /s/ Peter E. Goss_____
                                             Peter E. Goss (MO Bar# 57933)
                                             The Goss Law Firm, P.C.
                                             1501 Westport Road

Kansas City, MO 64111
Tel: (816) 336-1300/Fax: (816) 336-1310

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  November 6, 2018                    /s/ Peter E. Goss

**EXHIBIT A**

| Name | Jurisdiction | Civil Action No. |
|---|---|---|
| Elkins, Cleo | USDC Eastern District of Louisiana | 16-cv-16657 |
| Humphrey, Barbara | USDC Eastern District of Louisiana | 16-cv-16674 |
| Knox, Joyce | USDC Eastern District of Louisiana | 16-cv-16633 |
| Johson, Carolyn | USDC Eastern District of Louisiana | 16-cv-16705 |
| Miniat, Keli | USDC Eastern District of Louisiana | 16-cv-16686 |
| Shull, Calinda | USDC Eastern District of Louisiana | 16-cv-16687 |
| Nicholson, Patricia Ellen | USDC Eastern District of Louisiana | 16-cv-16757 |
| Reaves, Mary | USDC Eastern District of Louisiana | 16-cv-16780 |
| Summers, Charlotte | USDC Eastern District of Louisiana | 16-cv-16805 |
| Derrick, Pamela | USDC Eastern District of Louisiana | 17-cv-02454 |
| Adams, Garnet | USDC Eastern District of Louisiana | 17-cv-11705 |
| Ameen, Kathleen | USDC Eastern District of Louisiana | 17-cv-11706 |
| Clark, Sheila | USDC Eastern District of Louisiana | 17-cv-11712 |
| Harvey, Barbara | USDC Eastern District of Louisiana | 17-cv-11689 |
| Farris, Linda | USDC Eastern District of Louisiana | 17-cv-11759 |
| Ingram, Rosie | USDC Eastern District of Louisiana | 17-cv-11764 |
| Jeszenka, Margaret | USDC Eastern District of Louisiana | 17-cv-11766 |
| Faulkner, Joann | USDC Eastern District of Louisiana | 17-cv-12413 |
| Garner, Mary | USDC Eastern District of Louisiana | 17-cv-12410 |
| Gay, Cynthia | USDC Eastern District of Louisiana | 17-cv-12419 |
| Giles, Tammy | USDC Eastern District of Louisiana | 17-cv-12484 |
| Gowhari, Sharona | USDC Eastern District of Louisiana | 17-cv-12510 |
| Carlisle-Otete, Raemonique | USDC Eastern District of Louisiana | 17-cv-13495 |
| Harrison, Debra | USDC Eastern District of Louisiana | 17-cv-13492 |
| Jackson, Glenda | USDC Eastern District of Louisiana | 17-cv-13489 |
| Cintron, Nancy | USDC Eastern District of Louisiana | 17-cv-14267 |
| Grubb, Kathy | USDC Eastern District of Louisiana | 17-cv-14222 |
| Kaipo-Kawasaki | USDC Eastern District of Louisiana | 17-cv-14276 |
| Kelly, Michelle | USDC Eastern District of Louisiana | 17-cv-14284 |
| King, Alice | USDC Eastern District of Louisiana | 17-cv-14370 |
| Lenoir, Fredia | USDC Eastern District of Louisiana | 17-cv-14376 |
| Otkins, Brenda | USDC Eastern District of Louisiana | 17-cv-14236 |
| Baldwin, Phyllis | USDC Eastern District of Louisiana | 17-cv-14727 |
| Lowe, Anita | USDC Eastern District of Louisiana | 17-cv-14580 |
| Meade, Lenora | USDC Eastern District of Louisiana | 17-cv-14702 |
| Traylor, Elois | USDC Eastern District of Louisiana | 17-cv-14681 |
| Williams, Beverly | USDC Eastern District of Louisiana | 17-cv-14561 |
| Williams, Selena | USDC Eastern District of Louisiana | 17-cv-14552 |

| | | |
|---|---|---|
| Chaney, Shirley | USDC Eastern District of Louisiana | 17-cv-15009 |
| Diaz, Mary | USDC Eastern District of Louisiana | 17-cv-15021 |
| Holmes, Altermease | USDC Eastern District of Louisiana | 17-cv-15196 |
| Sanders, Mattie | USDC Eastern District of Louisiana | 17-cv-14996 |
| Slovacek, Jill | USDC Eastern District of Louisiana | 17-cv-14986 |
| Davis Jordan, Belinda | USDC Eastern District of Louisiana | 17-cv-15377 |
| Miller, Deborah | USDC Eastern District of Louisiana | 17-cv-15369 |
| Placido, Adina | USDC Eastern District of Louisiana | 17-cv-15355 |
| Sorensen, Barbara | USDC Eastern District of Louisiana | 17-cv-15323 |
| Stiles, Makisha | USDC Eastern District of Louisiana | 17-cv-15314 |
| Thomas, Patricia | USDC Eastern District of Louisiana | 17-cv-15306 |
| Ellis, Colleen | USDC Eastern District of Louisiana | 18-cv-02028 |
| Chaney, Merrilyn | USDC Eastern District of Louisiana | 18-cv-02952 |