UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Fleeta Beattie
**Case No.:** 2:17-cv-13824

### DECLARATION

I, Lindsay R. Stevens, have attempted to reach my client, Fleeta Beattie on the following dates: December 12th, 2017 via correspondence; February 28th, 2018 via correspondence and received a return to sender notice – undeliverable; March 15th, 2018 via telephone, number no longer in service. While working on Ms. Beattie's Plaintiff Fact Sheet our office came across Ms. Beattie's obituary on March 19th, 2018. Our office then started to contact Ms. Beattie's emergency contact, her sister, Carole Fennell. Ms. Fennell was contacted on March 19th, 2018 via telephone; March 29th, 2018 via telephone; April 2nd, 2018 via telephone and via email – We did speak with Ms. Fennell on this day, who confirmed Ms. Beattie had passed away, but indicated that she wanted to pursue the case on her behalf of her sister's estate; in follow-up to her PFS, we contacted her again on April 9th, 2018 via telephone; April 16th, 2018 via telephone. On April 16th, 2018 a Suggestion of Death was filed by our office for Ms. Beattie (Doc. No.: 2238).

    by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, <u>  </u> text message, \_\_\_\_ social media, <u>X</u> U.S. Mail, \_\_\_\_ Certified Mail, <u>   </u> other, and my client has not been responsive to my communications to date.

  I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Lindsay R. Stevens*

_____
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com