IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740  SECTION "N"(5) |
| YOLANDA DUKES, Plaintiff, | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| vs. | : : : | |
| EAGLE PHARMACEUTICALS, INC. Defendant. | : : | Civil Action No.: 2:18-cv-7926 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, Yolanda Dukes, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: November 6, 2018        Respectfully submitted,

*s/ Jason T. Brown*
JTB Law Group, LLC
155 2nd St., Suite 4
Jersey City, NJ 07302
Phone: 877-561-0000
Fax: 855-582-5297
jtb@jtblawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 6, 2018            */s/ Jason T. Brown*
                                          Jason T. Brown