# EXHIBIT A

| Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | MDL Centrality ID | Non-Compliance Description |
|---|---|---|---|---|---|---|
| Ablard | Linda | 2:17-cv-14800 | 12/05/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Adams | Lynette | 2:16-cv-17499 | 12/15/2016 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Ainsworth | Margaret | 2:17-cv-14282 | 12/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Akomas | Jackie | 2:17-cv-08399 | 08/28/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Anderson | Cassandra | 2:16-cv-17300 | 12/17/2016 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Arceneuax | Stephanie | 2:17-cv-15582 | 12/07/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Ardeneaux | Cynthia | 2:17-cv-16182 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Baker | Melinda | 2:17-cv-12244 | 11/12/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Barlcay | Becky | 2:17-cv-11802 | 11/05/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Barrientes | Maria | 2:17-cv-08397 | 08/28/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Beamon | Alice | 2:17-cv-07920 | 08/16/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |
| Bellmore | Annette | 2:17-cv-10105 | 10/03/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net | N/A | No PFS Submitted |

| Last Name | First Name | Case No. | Date Filed | Firm | | Status |
|---|---|---|---|---|---|---|
| Benz | Theresa A. | 2:17-cv-11702 | 11/02/2017 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | N/A | No PFS Submitted |
| Berry | Niambi | 2:17-cv-14320 | 12/04/2017 | Whitfield Bryson & Mason LLP | N/A | No PFS Submitted |
| Biddy | Rhonda | 2:17-cv-13275 | 11/24/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Blackwell | Judith M. | 2:17-cv-09398 | 09/21/2017 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | N/A | No PFS Submitted |
| Bohannon | Mildred | 2:17-cv-10654 | 10/15/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Bookert | Ethel | 2:17-cv-14568 | 12/05/2017 | Jackson Allen & Williams, LLP | N/A | No PFS Submitted |
| Borland | Linda | 2:17-cv-15452 | 12/07/2017 | Finson Law Firm (520) 780-1506 lowell@finsonlawfirm.com | N/A | No PFS Submitted |
| Boyd | Dorothy | 2:17-cv-08908 | 09/11/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Bresloff | Edye | 2:17-cv-14703 | 12/05/2017 | Carey Danis & Lowe (314) 725-7700 sdoles@careydanis.com | N/A | No PFS Submitted |
| Brierly | Myrtle | 2:17-cv-16293 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Bright | Deborah | 2:17-cv-13284 | 11/24/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Bromeling | Katherine | 2:17-cv-07801 | 08/13/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Bronson | Rena | 2:17-cv-15894 | 12/08/2017 | Law Offices of A. Craig Eiland (409) 763-3260 ceiland@eilandlaw.com | N/A | No PFS Submitted |

| Last Name | First Name | Case No. | Filed | Counsel | | PFS |
|---|---|---|---|---|---|---|
| Brown | Gladys F. | 2:17-cv-13031 | 11/22/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com (419) 841-9623 cara@toledolaw.com | N/A | No PFS Submitted |
| Burgan | Vivian | 2:17-cv-12250 | 11/12/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Butler | Nora | 2:17-cv-13688 | 11/29/2017 | Gomez Trial Attorneys (619) 237-3490 john@thegomezfirm.com; adiab@thegomezfirm.com; lstevens@thegomezfirm.com | N/A | No PFS Submitted |
| Buxton | Gina | 2:17-cv-14148 | 12/02/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Carnickey-I | Nikita | 2:17-cv-12856 | 11/20/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Carvajal | Mary | 2:17-cv-09537 | 09/23/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Champion | Vickie | 2:17-cv-15418 | 12/07/2017 | Baron & Budd, P.C. (214) 521-3605 sdaniel@baronbudd.com (214) 521-3605 sdaniel@baronbudd.com | N/A | No PFS Submitted |
| Chappelle | Gertha | 2:17-cv-15359 | 12/07/2017 | Fernelius Simon PLLC (713) 654-1200 ryan.perdue@trialattorneytx.com | N/A | No PFS Submitted |
| Chastain | Bianca | 2:17-cv-14150 | 12/02/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Church | Cathy | 2:17-cv-14471 | 12/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Colbert | Cortiga | 2:17-cv-15342 | 12/07/2017 | Fernelius Simon PLLC | N/A | No PFS Submitted |
| Cole | Diane | 2:17-cv-16296 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |

| | | | | | | |
|---|---|---|---|---|---|---|
| Collie | Marilyn | 2:17-cv-13820 | 11/30/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | N/A | No PFS Submitted |
| Collier | Janet | 2:17-cv-13693 | 11/29/2017 | Marc J. Bern & Partners LLP | N/A | No PFS Submitted |
| Corbin | Deanna | 2:17-cv-15045 | 12/06/2017 | Baron & Budd, P.C. (214) 521-3605 sdaniel@baronbudd.com | N/A | No PFS Submitted |
| Cortez | Mayra | 2:17-cv-09283 | 09/18/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Crawford | Yvonne | 2:16-cv-17338 | 12/14/2016 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Crawford | Candi | 2:17-cv-15479 | 12/07/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Cudnik | Lynne | 2:17-cv-16243 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Cullins | Michele | 2:17-cv-10894 | 10/20/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Cully | Raeann | 2:17-cv-10292 | 10/08/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Curry | Shelia | 2:17-cv-16338 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Dabney | Cassandra | 2:16-cv-17299 | 12/14/2016 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Daniel | Kim | 2:17-cv-15572 | 12/07/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Daulton | Susan | 2:17-cv-14486 | 12/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Davis | JoAnn | 2:17-cv-16590 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |

ATL\22953765.v1

| Last Name | First Name | Case Number | Date | Law Firm | | Status |
|---|---|---|---|---|---|---|
| Dawkins | Keshin | 2:17-cv-09164 | 09/17/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Deal | Jacci | 2:17-cv-15709 | 12/08/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Dennis | Frances | 2:17-cv-14615 | 12/05/2017 | Jackson Allen & Williams, LLP | N/A | No PFS Submitted |
| Dixon | Jacqueline | 2:17-cv-16764 | 12/11/2017 | Meshbesher & Spence | N/A | No PFS Submitted |
| Duncan | Angela | 2:17-cv-12765 | 11/20/2017 | McEwen Law Office | N/A | No PFS Submitted |
| Edmond | Sylvanie | 2:17-cv-15636 | 12/07/2017 | Lowe Law Group (801) 917-8500 aaron@lowelawgroup.com | N/A | No PFS Submitted |
| Elem | Louise | 2:17-cv-15061 | 12/06/2017 | The Goss Law Firm (816) 336-1300 pgoss@goss-lawfirm.com | N/A | No PFS Submitted |
| Elem | Louise | 2:17-cv-15667 | 12/07/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Espinoza | Marissa | 2:17-cv-14959 | 12/06/2017 | Lowe Law Group (801) 917-8500 aaron@lowelawgroup.com | N/A | No PFS Submitted |
| Farley | Angela | 2:17-cv-15540 | 12/07/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Felice | Kimberly | 2:17-cv-15680 | 12/08/2017 | The Maher Law Firm | N/A | No PFS Submitted |
| Firman | Angela | 2:17-cv-14489 | 12/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Fisher | Audree | 2:17-cv-09927 | 10/01/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Fitzgerald | Rhonda | 2:17-cv-16555 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Fleming | Patricia | 2:17-cv-16949 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Fleming | Ruthie | 2:17-cv-16878 | 12/11/2017 | Meshbesher & Spence | N/A | No PFS Submitted |

| Last Name | First Name | Case No. | Filed | Counsel | | Status |
|---|---|---|---|---|---|---|
| Fox | Janet | 2:17-cv-16359 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Freeman | Kapreshia | 2:16-cv-17226 | 12/12/2016 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Fuller | Theresa | 2:17-cv-09281 | 09/18/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Gahagen | Diane | 2:17-cv-11444 | 10/29/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Gallegos | Samarrah | 2:17-cv-16371 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Gardner | Robin | 2:17-cv-07923 | 08/17/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Gathings | Theresa | 2:17-cv-17021 | 12/11/2017 | Dalimonte Rueb LLP | N/A | No PFS Submitted |
| Gibson | Holly | 2:17-cv-05376 | 05/30/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Gillespie | Dorothy | 2:17-cv-15892 | 12/08/2017 | Carey Danis & Lowe | N/A | No PFS Submitted |
| Gillum | Lacy | 2:16-cv-17170 | 12/12/2016 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Gogan | Linda M. | 2:17-cv-09581 | 09/25/2017 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | N/A | No PFS Submitted |
| Gonzalez | Myrna | 2:17-cv-16730 | 12/11/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Goodwin | Mary | 2:17-cv-11815 | 11/05/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Gordon | Tamisha | 2:17-cv-11800 | 11/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Gray | Margarita | 2:17-cv-16247 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |

| | | | | | | |
|---|---|---|---|---|---|---|
| Greeley | Suzanne | 2:17-cv-11797 | 11/03/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | N/A | No PFS Submitted |
| Griffin | Theresa | 2:17-cv-09050 | 09/14/2017 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | N/A | No PFS Submitted |
| Guthrie | Kathryn | 2:17-cv-08623 | 09/03/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Hammonds | Jacqueline | 2:17-cv-16853 | 12/11/2017 | McCollum Injury Law Firm, LLC | N/A | No PFS Submitted |
| Harrell | Phyllis | 2:17-cv-16734 | 12/11/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Harris | Kay | 2:17-cv-15612 | 12/07/2017 | Finson Law Firm | N/A | No PFS Submitted |
| Harry | Lorraine | 2:17-cv-16307 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Hart | Donna | 2:17-cv-11432 | 10/28/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Hatton-Smi | Elisea | 2:17-cv-16316 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Hegidio | Katharine M. | 2:17-cv-09579 | 09/25/2017 | Pendley, Baudin & Coffin, L.L.P. (504) 355-0086 ccoffin@pbclawfirm.com | N/A | No PFS Submitted |
| Henderson | Angela | 2:17-cv-15613 | 12/07/2017 | Wendt Law Firm, PC | N/A | No PFS Submitted |
| Hill | Victoria | 2:17-cv-16387 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Hladik | Louise | 2:17-cv-11260 | 10/25/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Hodge | Joyce | 2:17-cv-15173 | 12/06/2017 | The Goss Law Firm (816) 336-1300 pgoss@goss-lawfirm.com | N/A | No PFS Submitted |
| Holman | Deanna | 2:17-cv-16227 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |

| Last Name | First Name | Case No. | Date | Firm | | Status |
|---|---|---|---|---|---|---|
| Holmes | Sonji | 2:17-cv-14342 | 12/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Hooper | Virginia | 2:17-cv-15743 | 12/08/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Jackson | Robbin | 2:17-cv-16760 | 12/11/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Johnson | Anita | 2:17-cv-16707 | 12/11/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Johnson | Linda | 2:17-cv-16390 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Johnson | Tina | 2:17-cv-16205 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Jones | Leslie | 2:17-cv-13991 | 12/01/2017 | Marc J. Bern & Partners LLP | N/A | No PFS Submitted |
| Jones | Helen | 2:17-cv-16048 | 12/08/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Jones | Tasha | 2:17-cv-14169 | 12/03/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Jones | Margaret J. | 2:17-cv-14843 | 12/05/2017 | Schmidt National Law | N/A | No PFS Submitted |
| Jones | Cynthia | 2:17-cv-15351 | 12/07/2017 | Fernelius Simon PLLC | N/A | No PFS Submitted |
| Kay | Lori | 2:17-cv-16396 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Kelley | Leslie | 2:17-cv-16406 | 12/09/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Kinsey | Rose Mary | 2:17-cv-12695 | 11/17/2017 | Fernelius Simon PLLC | N/A | No PFS Submitted |
| Koper | Anita | 2:17-cv-14532 | 12/05/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Lamp-Bowe | Elizabeth | 2:17-cv-16859 | 12/11/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Lang | Marilyn | 2:17-cv-16627 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |

| Last | First | Case No. | Date | Firm | | Status |
|---|---|---|---|---|---|---|
| Larde | Nadine | 2:17-cv-11679 | 11/01/2017 | Davis & Crump PC | N/A | No PFS Submitted |
| Lattimore | Martha | 2:17-cv-16033 | 12/08/2017 | The Law Offices of A. Craig Eiland, P.C. | N/A | No PFS Submitted |
| Lee | Lectrice | 2:17-cv-09156 | 09/17/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Lemmie | Patricia | 2:17-cv-16504 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Liebman | Robin | 2:16-cv-17319 | 12/14/2016 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Lindman | Theresa | 2:17-cv-14786 | 12/05/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Lucas | Lisa | 2:17-cv-15538 | 12/07/2017 | Lowe Law Group (801) 917-8500 aaron@lowelawgroup.com | N/A | No PFS Submitted |
| Luke | Sandra | 2:17-cv-09157 | 09/17/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Lundberg | Kari | 2:17-cv-11805 | 11/05/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Mackson | Helen | 2:17-cv-16954 | 12/11/2017 | Andrews Thornton Higgins Razmara LLP | N/A | No PFS Submitted |
| Marsh | Chandra | 2:17-cv-16183 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Matthews | Alfretta | 2:17-cv-06015 | 06/21/2017 | Gomez Trial Attorneys | N/A | No PFS Submitted |
| Matthews | Darlene | 2:17-cv-16108 | 12/08/2017 | Carey Danis & Lowe | N/A | No PFS Submitted |
| Mazor | Dina | 2:17-cv-13255 | 11/24/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| McCall | Laura | 2:17-cv-11906 | 11/06/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| McEnery | Deborah | 2:17-cv-12739 | 11/18/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |

| Last | First | Case No. | Filed | Counsel | | Status |
|---|---|---|---|---|---|---|
| McIntosh | Terry | 2:17-cv-14858 | 12/05/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| McKelvy | Kim | 2:17-cv-14187 | 12/03/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| McKnight | Frances | 2:17-cv-16201 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| McReynold | Margaret | 2:17-cv-16447 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Medina | Maria | 2:17-cv-16563 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Middleton- | Lakeeta | 2:17-cv-16477 | 12/10/2017 | Carey Danis & Lowe | N/A | No PFS Submitted |
| Miller | Martha | 2:17-cv-13713 | 11/29/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Mong | Janet | 2:17-cv-16807 | 12/11/2017 | McSweeney Langevin LLC | N/A | No PFS Submitted |
| Morris | Lisa | 2:16-cv-17329 | 12/14/2017 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Morris | Wanda | 2:17-cv-16508 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Mosley | Darla | 2:17-cv-11443 | 10/29/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Myers | Melissa | 2:17-cv-15558 | 12/07/2017 | Peterson & Associates, P.C. | N/A | No PFS Submitted |
| Nebiett | Deconda | 2:17-cv-08329 | 08/27/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Nelson | Inez | 2:17-cv-09159 | 09/17/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Newell | Lauren | 2:17-cv-09525 | 09/22/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |

| Last | First | Case No. | Date Filed | Counsel | | Status |
|---|---|---|---|---|---|---|
| Norskog | Jane | 2:17-cv-16538 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Nunez | Maria | 2:17-cv-16535 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| O'Daniel | Mary | 2:17-cv-16781 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Owens | Margaret | 2:17-cv-14494 | 12/04/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Pack | Birtie | 2:17-cv-16533 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Parson | Yvette | 2:17-cv-11823 | 11/05/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Pena | Azalia | 2:17-cv-16258 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Perry | Lillie | 2:17-cv-08395 | 08/28/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Peterson | Guyann | 2:17-cv-15930 | 12/08/2017 | Fernelius Simon PLLC | N/A | No PFS Submitted |
| Polanco | Venita | 2:17-cv-16453 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Pope | Charlotte | 2:16-cv-17416 | 12/14/2016 | Lowe Law Group (801) 917-8500 aaron@lowelawgroup.com | N/A | No PFS Submitted |
| Putnam | Vicky | 2:17-cv-16553 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Ray | Joy | 2:17-cv-16982 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Reese | Hastine | 2:17-cv-16469 | 12/10/2017 | Carey Danis & Lowe | N/A | No PFS Submitted |

ATL\22953765.v1

| | | | | | | |
|---|---|---|---|---|---|---|
| Reid | Ayanna | 2:17-cv-14985 | 12/06/2017 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Reyes | Sharon | 2:17-cv-13263 | 11/24/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Reynolds | Wanda | 2:17-cv-16463 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Richards | Murtis | 2:17-cv-16045 | 12/08/2017 | Carey Danis & Lowe | N/A | No PFS Submitted |
| Rivera | Carmen | 2:17-cv-16468 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Robledo | Esmerelda | 2:17-cv-12401 | 11/13/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | N/A | No PFS Submitted |
| Rollins | Lisa | 2:17-cv-16487 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Sanderson | Kimberly | 2:17-cv-11517 | 10/30/2017 | Schmidt National Law | N/A | No PFS Submitted |
| Sauls | Cynthia | 2:17-cv-15547 | 12/07/2017 | Carey Danis & Lowe | N/A | No PFS Submitted |
| Schiff | Denise | 2:17-cv-16531 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Schmelz | Mildred | 2:17-cv-15378 | 12/07/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Seavy | Judith | 2:17-cv-15271 | 12/06/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Seisan | Theresa | 2:17-cv-08950 | 09/12/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Seta | Mary | 2:17-cv-05530 | 06/04/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Shelby | Sarah | 2:17-cv-15018 | 12/06/2017 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Sherman | Marianne | 2:17-cv-16074 | 12/08/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |

| | | | | | | |
|---|---|---|---|---|---|---|
| Shorts | Margaret | 2:17-cv-15794 | 12/08/2017 | The Law Offices of A. Craig Eiland, P.C. | N/A | No PFS Submitted |
| Shupiery | Rose | 2:17-cv-16534 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Smith | Maria | 2:17-cv-16940 | 12/11/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Smith | Brenda | 2:17-cv-17019 | 12/11/2017 | Andrews Thornton Higgins Razmara LLP | N/A | No PFS Submitted |
| Snead | Patsy | 2:17-cv-16431 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Staley | Rebekah | 2:17-cv-16991 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Starnes | Sandra | 2:17-cv-15937 | 12/08/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Sterling | Tracie | 2:17-cv-16187 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Stratton | Angela | 2:17-cv-16365 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Sutton | Leslie | 2:17-cv-09930 | 10/01/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Szpotek | Nancy | 2:17-cv-13276 | 11/24/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Taylor | Gail | 2:17-cv-16353 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Thiesing | Carol | 2:17-cv-14604 | 12/05/2017 | Jackson Allen & Williams, LLP | N/A | No PFS Submitted |
| Thomas | Linda | 2:17-cv-08642 | 09/04/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Thompson | Margie | 2:17-cv-15089 | 12/06/2017 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |

| Case | First Name | Docket | Date | Firm | PFS Due | Status |
|---|---|---|---|---|---|---|
| Tucker v. S | Tracy | 2:17-cv-04682 | 05/03/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Tucker-Gra | Lynn | 2:17-cv-16996 | 12/11/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Tyler v. Sa | Mary D. | 2:17-cv-16743 | 12/11/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | N/A | No PFS Submitted |
| Vivians v. S | Latonya | 2:17-cv-11455 | 10/29/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Walls v. Sa | Sherrial | 2:16-cv-17333 | 12/14/2016 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Washington | Dolores | 2:17-cv-12785 | 11/20/2017 | McEwen Law Office | N/A | No PFS Submitted |
| Washington | Tina | 2:17-cv-15824 | 12/08/2017 | Cutter Law, P.C. | N/A | No PFS Submitted |
| Webb vs. S | Earma | 2:16-cv-17482 | 12/15/2016 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Wells v. Sa | Kiki | 2:17-cv-16326 | 12/09/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Williams v. | Ruby | 2:17-cv-08624 | 09/03/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Williams v. | Rhonda A. | 2:17-cv-14330 | 12/04/2017 | Whitfield Bryson & Mason LLP | N/A | No PFS Submitted |
| Williams v. | Cherlynn | 2:17-cv-12249 | 11/12/2017 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net" | N/A | No PFS Submitted |
| Winter v. S | Patricia | 2:17-cv-15200 | 12/06/2017 | Atkins & Markoff (405) 607-8757 bhanlon@atkinsandmarkoff.com | N/A | No PFS Submitted |
| Woods v. S | Margaret | 2:17-cv-12759 | 11/20/2017 | McEwen Law Office | N/A | No PFS Submitted |
| Wynne v. S | Annette | 2:17-cv-16554 | 12/10/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |
| Young-Smi | Bea | 2:17-cv-11262 | 10/25/2017 | Shaw Cowart, LLP (512) 499-8900 elshaw@shawcowart.com | N/A | No PFS Submitted |

ATL\22953765.v1

| | | | | | | |
|---|---|---|---|---|---|---|
| Baxter | Cindy K. | 2:17-cv-01502 | 02/21/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | 1525 | Not Substantially Complete |
| Cook | Marshell | 2:16-cv-17980 | 12/30/2016 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | 1507 | Not Substantially Complete |
| Garner | Venissa | 2:16-cv-16803 | 12/01/2016 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | 1510 | Not Substantially Complete |
| Mian | Denise | 2:17-cv-15594 | 12/07/2017 | Pulaski Law Firm, PLLC | 7313 | Not Substantially Complete |
| Lyles | Tangela | 2:16-cv-16773 | 12/01/2016 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | 1514 | Not Substantially Complete |
| Prince | Sandra | 2:16-cv-17801 | 12/27/2016 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | 1555 | Not Substantially Complete |
| Rivers | Kimely | 2:17-cv-00862 | 02/01/2017 | Watts Guerra Craft LLP | 1108 | Not Substantially Complete |
| Thomas | Cynthia A. | 2:17-cv-01732 | 02/28/2017 | Zoll & Kranz, LLC (419) 841-9623 cara@toledolaw.com | 1517 | Not Substantially Complete |
| Listerman | Kimberly | 2:17-cv-07182 | 07/27/2017 | McGartland Law Firm, PLLC (817) 332-9300 mike@mcgartland.com | 2756 | Not Substantially Complete |
| Miller | Lagayle | 2:17-cv-03769 | 04/21/2017 | Davis & Crump PC | 2494 | Not Substantially Complete |
| Mayhan | Patricia | 2:17-cv-06557 | 07/07/2017 | Davis & Crump PC | 3241 | Not Substantially Complete |
| Porter | Kasheena | 2:17-cv-8958 | 09/13/2017 | McGartland Law Firm, PLLC (817) 332-9300 mike@mcgartland.com | 3400 | Not Substantially Complete |
| Daniels | Lashon | 2:17-cv-05275 | 05/26/2017 | Zoll & Kranz LLC | 2059 | No Response to Deficiency Notice |
| Jermany | Lakeisha | 2:17-cv-08679 | 09/05/2017 | Gibbs Law Group LLP | 2407 | No Response to Deficiency Notice |
| Nash | Arecia | 2:17-cv-07661 | 08/09/2017 | Becnel Law Firm, LLC | 3083 | No Response to Deficiency Notice |
| Porter | Kasheena | 2:17-cv-8958 | 09/13/2017 | McGartland Law Firm, PLLC (817) 332-9300 mike@mcgartland.com | 3400 | No Response to Deficiency Notice |
| Stratton | Dorothy | 2:17-cv-07220 | 07/28/2017 | The Simon Law Firm, PC | 2538 | No Response to Deficiency Notice |

ATL\22953765.v1