# EXHIBIT B

## Oganesian, Maka

| | |
|---|---|
| **From:** | Denniston, Lavinia |
| **Sent:** | Wednesday, October 17, 2018 8:07 AM |
| **To:** | jnolte@allennolte.com |
| **Cc:** | Cusker Gonzalez, Mara; Roitman, Sara; EXT Olinde@chaffe.com; Rotolo, Peter; bwiginton@allennolte.com |
| **Subject:** | Taxotere - Dennis, Frances, Case 2:17-cv-14615 |

Counsel,

We have asked that you provide a compliant PFS and an explanation for the delay in notification.  You have provided neither.

Given the nature of the requested relief, these are both reasonable, threshold questions.

If Plaintiff is either unwilling or unable to respond these requests, we understand that Plaintiff will file her motion and we will respond accordingly.

Thanks,

**Lavinia Denniston**

**Dechert LLP**
**Three Bryant Park**
**1095 Avenue of the Americas**
**New York, NY 10036**
+1 917 388 8375  Direct
+1 212 929 1627 Mobile
lavinia.denniston@dechert.com

---

**From:** Jennifer Nolte [mailto:jnolte@allennolte.com]
**Sent:** Tuesday, October 16, 2018 12:02 PM
**To:** Denniston, Lavinia <Lavinia.Denniston@dechert.com>
**Cc:** Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>; EXT Olinde@chaffe.com <Olinde@chaffe.com>; Rotolo, Peter <Rotolo@chaffe.com>; Brandi Wiginton <bwiginton@allennolte.com>
**Subject:** RE: Taxotere - Dennis, Frances, Case 2:17-cv-14615

Counsel,
Following up on this email from last week.

Jennifer

Jennifer Nolte, Esq.
Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100
Dallas, TX 75214
214.521.2300
888.345.5291 – toll free
214.452.5637 – fax

1

**CONFIDENTIALITY NOTICE**
The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Thank you.

---

**From:** Jennifer Nolte
**Sent:** Friday, October 12, 2018 4:36 PM
**To:** Denniston, Lavinia
**Cc:** Cusker Gonzalez, Mara; Roitman, Sara; EXT Olinde@chaffe.com; Rotolo, Peter; Brandi Wiginton
**Subject:** RE: Taxotere - Dennis, Frances, Case 2:17-cv-14615

Lavinia,
Thank you for your response.

If we complete and submit the fact sheet, would you be willing to not oppose our motion?

Thanks,
Jennifer

---

**From:** Denniston, Lavinia [mailto:Lavinia.Denniston@dechert.com]
**Sent:** Friday, October 12, 2018 4:03 PM
**To:** Jennifer Nolte
**Cc:** Cusker Gonzalez, Mara; Roitman, Sara; EXT Olinde@chaffe.com; Rotolo, Peter; Brandi Wiginton
**Subject:** Taxotere - Dennis, Frances, Case 2:17-cv-14615

Counsel,

We have reviewed Plaintiff's Motion for Reconsideration of the Court's Order dismissing Plaintiff's claim for failure to comply with the Show Cause Order in advance of the September 27th hearing.

We note that you have not uploaded the completed PFS to MDL Centrality.  If it is Plaintiff's intention to proceed, could you please send us a copy of the completed PFS, together with the executed signature page that was faxed on September 28th from Plaintiff's podiatrist's office?  Please also upload the PFS and Declaration to MDL Centrality.

In addition, it has been over two weeks since the hearing, and you could have notified us sooner that Plaintiff intended to proceed with her case.  Could you please advise as to the reason for the delay?

Thanks,

**Lavinia Denniston**

**Dechert LLP**
**Three Bryant Park**
**1095 Avenue of the Americas**
**New York, NY 10036**
+1 917 388 8375  Direct
+1 212 929 1627 Mobile
lavinia.denniston@dechert.com

---

**From:** Jennifer Nolte [mailto:jnolte@allennolte.com]
**Sent:** Friday, October 12, 2018 3:46 PM

**To:** Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Cheffo, Mark <Mark.Cheffo@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>
**Cc:** EXT Olinde@chaffe.com <Olinde@chaffe.com>; Brandi Wiginton <bwiginton@allennolte.com>
**Subject:** Taxotere - Dennis, Frances, Case 2:17-cv-14615

Counsel,
Please find attached Plaintiff's Motion for Reconsideration and Memorandum in Support.  Please review and respond with whether Hospira will oppose same.

Thank you,
Jennifer Nolte, Esq.
Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100
Dallas, TX 75214
214.521.2300
888.345.5291 – toll free
214.452.5637 – fax

**CONFIDENTIALITY NOTICE**
The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.