UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Beth Mellentine_____
Case No.: _____2:17-cv-12970_____

# DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Beth Mellentine_____ on the following dates:

10/26/17

11/21/17

11/28/17

12/5/17

1/10/18

1/22/18

2/28/18

3/20/18

4/26/18

5/4/18

5/7/18

5/9/18

5/14/18

5/17/18

5/18/18

5/23/18

5/30/18

9/18/18

9/25/18

10/16/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com