# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**            **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

           **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** ___Catherine Sultrop_____
**Case No.:** _____2:18-cv-00210_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Catherine Sultrop__ on the following dates:

1/9/18

1/11/18

1/15/18

2/8/18

2/14/18

3/8/18

5/30/18

9/18/18

11/1/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com