UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: ___Deborah Ford_____
Case No.: _____2:18-cv-04045_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Deborah Ford on the following dates:

3/2/17

5/31/17

8/8/17

8/11/17

11/28/17

12/5/17

12/11/17

1/24/18

3/26/18

4/30/18

5/25/18

9/14/18

9/18/18

9/25/18

10/18/18

10/24/18

11/5/18

by (check all that apply) __X__ telephone, __client doesn't have email__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com