**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:   __Linda Lewis_____
Case No.:   _____2:18-cv-95_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have
attempted to reach my client, _____Linda Lewis_____ on the following dates:

4/26/17

12/14/17

1/4/18

1/24/18

2/14/18

2/26/18

6/29/18

9/18/18

10/18/18

10/29/18

11/6/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media,

____ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com