UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Theresa Blakney
**Case No.:** 2:17-cv-12167

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Theresa Blakney, on the following dates:

November 9, 2017; November 21, 2017; December 21, 2017; January 18, 2018; February 15, 2018; February 20, 2018; March 27, 2018; April 4, 2018; October 1, 2018; and October 25, 2018 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ Federal Express, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com