UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Mary Taylor_____
**Case No.:** _____2:17-cv-17104_____

# DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Mary Taylor_____ on the following dates:

11/17/17

12/12/17

1/24/18

2/28/18

3/16/18

3/21/18

4/5/18

4/25/18

4/27/18

5/9/18

6/15/18

9/19/18

10/17/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

     I declare that the foregoing is true and correct to the best of my knowledge.


/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com