**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: ___Patsy Carson_____
Case No.: _____2:18-cv-04775_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have
attempted to reach my client, ___Patsy Carson_____ on the following dates:

9/12/18

11/5/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media,

____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com