**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                      **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

Plaintiff Name: **Rosalie Short**
Case No.:          **2:18-cv-04010**

**DECLARATION**

I, _____Melissa Ephron_____ (Attorney's Name), have
attempted to reach my client, ____Rosalie Short_____ on the following dates:

4/17/18

5/9/18

6/15/18

9/12/18

9/17/18

9/21/18

10/17/18

11/2/18

By (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media,

____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

        I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com