UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Samara Winters_____
**Case No.:** _____2:17-cv-17235_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Samara Winters_____ on the following dates:

6/15/18

6/28/18

7/16/18

8/20/18

9/14/18

10/17/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000

Houston, Texas 77027
mephron@reichandbinstock.com