UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Marie Mosher**
**Case No.: 2:18-cv-04598**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Marie Mosher, on the following dates:

May 3, 2018; July 3, 2018; July 9, 2018; July 10, 2018; July 18, 2018; September 4, 2018; September 5, 2018; September 28, 2018; October 18, 2018; and October 25, 2018.

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ Federal Express, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com