UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Sandra Parkerson_____
**Case No.:** _____2:17-cv-13543_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Sandra Parkerson_____ on the following dates:

11/9/17

12/4/17

12/5/17

1/24/18

6/13/18

9/18/18

9/25/18

10/17/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron

Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com