**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: <u>Sharon Mullins</u>**_____
**Case No.:** <u>     2:17-cv-17110</u>_____

## <u>DECLARATION</u>

  I, <u>     Melissa Ephron</u>_____ (Attorney's Name), have
attempted to reach my client, <u>   Sharon Mullins   </u> on the following dates:

1/18/18

9/12/18

10/16/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media,

____ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

  I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com