UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Renee Nelson**
**Case No.: 2:17-cv-11558**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Renee Nelson, on the following dates:

October 31, 2017; December 22, 2017; January 19, 2018; February 15, 2018; February 22, 2018; March 19, 2018; March 20, 2018; March 22, 2018; March 26, 2018; March 27, 2018; April 23, 2018; May 18, 2018; October 1, 2018; and October 25, 2018.

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ Federal Express, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_[signature]_

Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com