UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sharon Mullins**_____
**Case No.:** _____2:17-cv-17110_____

# DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Sharon Mullins_____ on the following dates:

1/18/18

9/12/18

10/16/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com