UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Suna Richardson**
**Case No.: 2:17-cv-11333**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Suna Richardson, on the following dates:

October 26, 2018; December 21, 2017; January 5, 2018; January 19, 2018; February 15, 2018; March 15, 2018; March 26, 2018; March 27, 2018; May 9, 2018; October 1, 2018; and October 25, 2018.

by (check all that apply)__X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ Federal Express, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com