UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Sherida Johnson___
**Case No.:** _____2:17-cv-1295___

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Sherida Johnson_____ on the following dates:

3/31/17

7/21/17

8/3/17

11/28/17

12/5/17

3/26/18

9/13/18

10/16/18

10/19/18

10/31/18

11/1/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

  I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com