UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** ___Terri Manard_____
**Case No.:** _____2:18-cv-04959_____

## DECLARATION

I, _____Melissa Ephron_____ (Attorney's Name), have attempted to reach my client, ___Terri Manard_____ on the following dates:

3/13/18

6/14/18

8/29/18

9/11/18

9/14/18

9/26/18

10/9/18

10/16/18

10/31/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Melissa Ephron
Melissa Ephron (TX: 24101518)
Reich & Binsotck, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
mephron@reichandbinstock.com