**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                               **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

Plaintiff Name: <u>**Christlyn McKay**</u>
Case No.: <u>**2:17-cv-11217**</u>

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Christlyn McKay, on the following dates:

March 13, 2018; March 14, 2018; March 16, 218; March 19, 2018; May 23, 2018; May 24, 2018; on May 27, 2018 we received an email from Ms. McKay's son informing our office that Ms. McKay passed away on April 20, 2018; since that time we have reached out to her son with no response on May 29, 2018; June 4, 2018; June 11, 2018; August 9, 2018; October 23, 2018; and October 29, 2018.

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com