UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| Tina H. Appleby, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-00102 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this  6th   day of November, 2018.

/s/E. Scott Verhine
E. Scott Verhine
VERHINE & VERHINE, PLLC
1013 Adams Street
Vicksburg MS  39183
Phone:  601-636-0791
Fax:  601-636-2718
scott@verhine.biz

/s/Matthew J. Schumacher
/s/Stephen J. Randall
PEARSON RANDALL & SCHUMACHER P.A.
310 Fourth Avenue South #5010
Minneapolis MN  55415
Phone:  612-767-7500
Fax:  612-767-7501
mschumacher@prslegal.com
srandall@prslegal.com

Attorneys for Plaintiff

SHOOK, HARDY & BACON LLP

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.