# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Mary Chase
**Case No.:** 16-cv-15307

## DECLARATION

I, Alexandra W. Robertson, and my firm, have attempted to reach our client, Mary Chase on the following dates: 12/22/2017, 1/10/2018, 1/11/2018, 1/12/2018, 1/16/2018, 1/17/2018, 1/18/2018, 1/19/2018, 1/22/2018, 1/23/2018, 3/12/2018, 3/21/2018, 6/11/2018, 6/12/2018, 8/23/2018, 9/17/2018, and 10/2/2018.

by (check all that apply)  X  telephone,  X  e-mail, ___ text message, ___ social media,  X  U.S. Mail, ___ Certified Mail, ___, other, and our client has not been responsive to our requests to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq.
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
612-436-1886
arobertson@johnsonbecker.com