## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | |
| CHRISTINE AND JIM KINDERDINE, | CASE NO.:  2:17-CV-00348-KDE-MBN |
| Plaintiffs, | HON. JANE TRICHE MILAZZO |
| v. | |
| ACCORD HEALTHCARE, INC., | |
| Defendant. | |

### DEFENDANT ACCORD HEALTHCARE, INC.'S OPPOSITION TO DONALD F. HARKER'S MOTION FOR SUBSTITUTION OF PLAINTIFF

Defendant Accord Healthcare, Inc. ("Accord") partially opposes the Motion of Bankruptcy Trustee, Donald F. Harker, III, to Substitute as Plaintiff for Christine and Jim Kinderdine.  In accordance with this Court's Order (Doc. 4625) "Jim Kinderdine's loss of consortium claim is DISMISSED" thus, the Bankruptcy Trustee cannot pursue the claim on Mr. Kinderdine's behalf and substitution would be improper.

Accord respectfully requests that any order entered be limited to substituting Donald F. Harker, III, as Plaintiff for Christine Kinderdine only and further, that the Order note that any "funds collected from the judgment shall go to the bankruptcy estate for administration and distribution in accordance with the Bankruptcy Code and Rules, and any remaining funds after distribution shall be refunded to Accord and not to Christine Kinderdine."

3990449.1

Date:  November 7, 2018                          Respectfully submitted,


                                                 /s/ *Julie A. Callsen*
                                                 Julie A. Callsen
                                                 Brandon D. Cox
                                                 TUCKER ELLIS LLP
                                                 950 Main Avenue, Suite 1100
                                                 Cleveland, OH  44113-7213
                                                 Telephone:    216.592.5000
                                                 Facsimile:    216.592.5009
                                                 Email:       julie.callsen@tuckerellis.com
                                                              brandon.cox@tuckerellis.com

                                                 *Attorneys for Defendant Accord Healthcare, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby that on this 7th day of November, 2018, a true and correct copy of *Defendant*

*Accord Healthcare, Inc.'s Opposition to Donald F. Harker's Motion for Substitution of Plaintiff*

was served upon the following through the Court's ECF filing system:

<table>
<tr><td>
Jennifer L. Lawrence<br>
Anne L. Gilday<br>
The Lawrence Firm, PSC<br>
606 Philadelphia Street<br>
Covington, KY  41011<br>
jenn.lawrence@lawrencefirm.com<br>
anne.gilday@lawrencefirm.com
</td><td>*Attorneys for Plaintiffs*</td></tr>
<tr><td>
Rand P. Nolen<br>
Fleming, Nolen & Jez, L.L.P.<br>
2800 Post Oak Blvd., Suite 4000<br>
Houston, TX  77056<br>
rand_nolen@fleming-law.com
</td><td>*Co-Counsel for Plaintiffs*</td></tr>
</table>

/s/ *Julie A. Callsen*
Julie A. Callsen

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| CHRISTINE AND JIM KINDERDINE, | : | CASE NO.:  2:17-CV-00348-KDE-MBN |
| | : | |
| Plaintiffs, | : | HON. JANE TRICHE MILAZZO |
| | : | |
| v. | : | |
| | : | |
| ACCORD HEALTHCARE, INC., | : | |
| | : | |
| Defendant. | : | |

---

**PROPOSED ORDER GRANTING DEFENDANT ACCORD HEALTHCARE, INC.'S OPPOSITION TO DONALD F. HARKER'S MOTION FOR SUBSTITUTION OF PLAINTIFF**

---

Upon consideration of Defendant Accord Healthcare, Inc.'s Opposition to Donald F. Harker's Motion for Substitution of Plaintiff, in conjunction with Donald F. Harker's Motion for Substitution of Plaintiff, and for good cause demonstrated therein, this Court hereby **GRANTS** the Motion and **ORDERS** that Donald F. Harker, III, on behalf of the Bankruptcy Estate of Christine Kinderdine, is substituted as Plaintiff for Christine Kinderdine only. Further, any funds collected from the judgment go to the bankruptcy estate for administration and distribution in accordance with the Bankruptcy Code and Rules, and any remaining funds after distribution shall be refunded to Accord and not to Christine Kinderdine.

IT IS SO ORDERED.


DATE: _____          _____

                                                HON. JANE TRICHE MILAZZO