UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lindsey Rosso
**Case No.:** 2:18-cv-4802

## DECLARATION

I, Robin Myers Primeau, have attempted to reach my client, Lindsey Rosso, on the following dates: May 23, 2018, July 5, 2018, July 19, 2018, July 23, 2018, August 27, 2018, September 13, 2018, September 14, 2018, September 17, 2018, September 19, 2018, September 25, 2018, September 26, 2018, September 27, 2019, October 3, 2018, October 4, 2018, October 5, 2018, and October 19, 2018 by (check all that apply) __x__ telephone, _x___ e-mail, __x__ text message, ____ social media, _x___ U.S. Mail, _x___ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**Dated:** November 7, 2018　　　　　　　　　　　*/s/ Robin Myers Primeau*
　　　　　　　　　　　　　　　　　　　　　　　　Robin Myers Primeau
　　　　　　　　　　　　　　　　　　　　　　　　MURRAY LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　　650 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　　　Suite 2150
　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　　　　　504.525.8100
　　　　　　　　　　　　　　　　　　　　　　　　rmyers@murray-lawfirm.com