UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC. |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-06553 |
| Amy Martini v. Sanofi-Aventis U.S. LLC, *et al.* | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of November 2018

By: */s/* Jessica L. Richman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
Fax: (516) 466-6665
Email: jrichman@yourlawyer.com

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on November 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 7, 2018          /s/ <u>Jessica L. Richman</u>

                                             Parker Waichman LLP
                                             6 Harbor Park Drive
                                             Port Washington, NY 11050
                                             Telephone: (516) 466-6500
                                             Fax: (516) 466-6665
                                             Email: jrichman@yourlawyer.com