UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| MARTHA SUTHERLAND | : | JUDGE MILAZZO |
| NAME(S), | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-17220 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

--------------------------------------------------------- :

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed

with prejudice against all Defendants, each party to bear its own costs.

Dated this 7th day of November, 2018

/s/ Robert Binstock
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com
*Counsel for Plaintiff*

/s/ *Julie A. Callsen*
 Julie A. Callsen Brandon D. Cox
 TUCKER ELLIS LLP
 950 Main Avenue, Suite 1100
 Cleveland, OH 44113-7213
 Telephone:  216-592-5000
 Facsimile:  216-592-5009
 julie.callsen@tuckerellis.com
 brandon.cox@tuckerellis.com

/s/ *R. Clifton Merrell*
 R. Clifton Merrell
 Evan Holden
 GREENBERG TRAURIG, LLP Terminus 200

3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678-553-2100
Facsimile:  678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Kelly Bieri*
Kelly Bieri
Harley Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
kbieri@shb.com

/s/ *Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
ebosman@mofo.com
juliepark@mofo.com

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:  617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

/s/ *Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP

600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513-698-5064
Facsimile:  513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com


/s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
DECHERT LLP
2929 Arch St.
Philadelphia,
PA.  19104-2808
Telephone:  215-994-4000
Mark.cheffo@dechert.com
Mara.cuskergonzalez@dechert.com
Lavinia.Denniston@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: November 7, 2018                         /s/ *Robert Binstock*
                                               Robert Binstock