## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Pamela Carter**
**Case No.: 2:17-cv-17208**


### <u>DECLARATION</u>

I, T. Aaron Stringer, have attempted to reach my client, Pamela Carter on the following dates: 01/09/2018, 02/20/2018, 02/28/2018, 03/07/2018, 05/22/2018, and 11/08/2018 by (check all that apply) __X_ telephone, __X_ e-mail, ____ text message, __X_ social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

Upon discovery that client died earlier this year, I attempted to find Plaintiff's next of kin, other relatives, or friends, but was unsuccessful. Suggestion of Death was submitted to the Court on November 6, 2018.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 8, 2018

                                      **LOWE LAW GROUP**
                                      By:  _/s/ T. Aaron Stringer_
                                      T. Aaron Stringer
                                      6028 S. Ridgeline Dr., Ste. 200
                                      Ogden, UT 84405
                                      Telephone: (385) 298-0175
                                      Facsimile: (801) 656-0997
                                      Email: aaron@lowelawgroup.com
                                      _Attorney for Plaintiff(s)_

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 8, 2018          */s/ T. Aaron Stringer*
                                 T. AARON STRINGER