UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| BRENDA PRICE, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-16926 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 8th day of November, 2018.

Respectfully Submitted,

**CUTTER LAW, P.C.**

*/s/C. Brooks Cutter*_____
C. Brooks Cutter, CA 121407
Jennifer S. Domer, CA 305822
401 Watt Ave.
Sacramento, CA 95864
Phone: 916-290-9400
Fax: 916-588-9330
bcutter@cutterlaw.com
jdomer@cutterlaw.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

**TUCKER ELLIS LLP**

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

**DECHERT LLP**

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
MaraCusker.Gonzalez@dechert.com
mark.cheffo@dechert.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

*/s/Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 8, 2018								/s/____C. Brooks Cutter_____