UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 2:17-cv-16009 |
| _____ <br> LAURA LUJAN, <br><br> Plaintiff, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, ET AL., <br><br> Defendants. <br> ------------------------------------------------------- | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 8th day of November, 2018.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**
By: /s/Amy Collignon Gunn
  John G. Simon
  Amy Collignon Gunn
  800 Market Street, Ste. 1700
  St. Louis, MO 63101
  Phone: 314-241-2929
  Fax: 314-241-2029
  jsimon@simonlawpc.com
  agunn@simonlawpc.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**
/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108

Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*