UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Jacqueline Billips__
**Case No.:** ___2:16-cv-15399___

# DECLARATION

　　　I, __Betsy Barnes___ (Attorney's Name), have attempted to reach my client, Jacqueline Billips, on the following dates: __03/12/2018; 3/23/2018; 3/28/2018; 04/16/2018; 04/18/2018; 04/20/2018; 04/23/2018; 05/30/2018; 07/03/2018; 08/18/2018; 09/19/2018; 09/26/2018; 09/28/2018; 10/30/2018__ by (check all that apply) __X_ telephone, ____ e-mail, __X__ text message, ____ social media, _X___ U.S. Mail, __X__ Certified Mail, _X___ other (Fed Ex), and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

___/s/ Betsy Barnes___ _____
Betsy Barnes
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
(504) 525-8000
bbarnes@morrisbart.com