UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Geneva Williams_
**Case No.:** _2:17-cv-08966_

## DECLARATION

I, _Lauren E. Godshall_ (Attorney's Name), have attempted to reach my client, Geneva Williams, on the following dates: _03/02/2018; 03/14/2018; 03/28/2018; 04/16/2018; 05/14/2018; 05/22/2018; 05/30/2018; 05/31/2018; 07/02/2018; 07/05/2018; 08/18/2018; 09/20/2018; 09/21/2018; 09/28/2018_ by (check all that apply) _X_ telephone, ____ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, _X_ other (Fed Ex; messages with sister), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

___/s/ Lauren Godshall___
Lauren Godshall
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
(504) 525-8000
lgodshall@morrisbart.com