UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Annie Brown__
**Case No.:** ___2:16-cv-15437___

# DECLARATION

I, __Lauren Godshall___ (Attorney's Name), have attempted to reach my client, Annie Brown, on the following dates: __3/23/2018; 04/16/2018; 05/30/2018; 07/02/2018; 08/18/2018; 09/19/2018; 09/25/2018; 09/28/2018; 10/30/2018__

by (check all that apply) __X_ telephone, ____ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, _X___ other (Fed Ex), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

___/s/ Lauren E. Godshall___
Lauren E. Godshall
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
(504) 525-8000
lgodshall@morrisbart.com