## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **Case No.: 2:16-md-02740-JTM-MBN** |
| | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** **ALL CASES WHERE MCKESSON PACKAGING SERVICES, A DIVISION OF MCKESSON CORPORATION IS NAMED AS A DEFENDANT** | **HON. JANE TRICHE MILAZZO** |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Suzanne P. Marinkovich of the law firm Morrison & Foerster LLP as counsel for Defendant McKesson Packaging Services, a Division of McKesson Corporation.[1]

DATED: November 8, 2018                Respectfully submitted,

                                                      /s/ Suzanne P. Marinkovich_____
                                                      Suzanne P. Marinkovich
                                                      MORRISON & FOERSTER LLP
                                                      12531 High Bluff Drive
                                                      San Diego, California  92130-2040
                                                      Telephone:  858.720.5100
                                                      Facsimile:  858.720.5125

                                                      Attorneys for Defendant
                                                      McKESSON PACKAGING SERVICES,
                                                      A DIVISION OF McKESSON CORPORATION

---

[1] By filing this notice of appearance, McKesson Packaging Services, a Division of McKesson Corporation does not waive any rights, including objections to service, venue, or jurisdiction.

sd-727479

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of all such filing to all CM/ECF participants.

DATED:  November 8, 2018          /s/ Suzanne P. Marinkovich
                                  Suzanne P. Marinkovich

sd-727479