## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

### MINUTE ENTRY

On November 7, 2018, the Court held a status conference with liaison counsel and lead counsel listed on the attached sign-in sheet to discuss the parties' expert report deadlines.

**IT IS ORDERED** that the Plaintiffs' expert report deadline is extended to November 9, 2018;

**IT IS FURTHER ORDERED** that the Defendants' expert report deadline is extended to January 11, 2019 only for dermatopathology experts and dermatology experts;

**IT IS FURTHER ORDERED** that the Defendants' expert report deadline is extended to January 21, 2019 only for psychology experts and neuropsychology experts;

**IT IS FURTHER ORDERED** that the extensions of Defendants' deadlines apply to only the portions of the expert reports that regard Plaintiff-specific issues;

**THE COURT FURTHER ORDERED** that the parties submit, no later than 8:00 a.m. on November 8, 2018, a proposed order regarding pathology protocol for the preservation and testing of certain tissue samples.

(JS-10:01:10)

CASE TITLE: Taxotere

CIVIL ACTION: 16-MD-2740

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE ✓
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: 11/7  TIME: 3:00

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Dawn Barrios | 504-495-4935 | π |
| Karen Barth Menzies | 310/722-2536 | π |
| Douglas Moore | 504-310-2100 | DLC Sanofi |
| Palmer Lambert | 504-522-2304 | π |
| John Olinde | 504-585-7241 | 505(b)(2) liaison |
| Chris Coffin | 504-355-0086 | π |
| Harley Ratliff | 816.286.6858 | Sanofi |