# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## MINUTE ENTRY

On November 8, 2018, the Court held a status conference with the lawyers listed on the attached sign-in sheet. The parties updated the Court on the status of their discussions.

(JS-10:01:25)

CASE TITLE: Taxotere

CIVIL ACTION: 16 MD 2740

CRIMINAL ACTION NO:

PRE-TRIAL CONFERENCE:
STATUS CONFERENCE
PRELIMINARY STATUS CONF.
OTHER: ✓
Settlement Meeting

DATE: 11/8          TIME: 9:30

## PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Ashlea Schwarz | 913.980.9050 | Plaintiffs |
| Irving Warshauer | 504-522-2304 | " " |
| Dennis Reich | 713-826-1666 | " " |
| Jon Strongman | 816-559-2430 | Sanofi |
| Russell Gaudreau | 917 664 6559 | Sandoz |
| Matthew Moriarty | 216-696-2276 | Accord |
| Ben Gordon | 850 432 7274 | TT's |
| Mark Niemeyer | 314/660-8888 | TTS |
| Harvey L. Kaplan | 913/706-5034 | Sanofi |