UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)           MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## ORDER

Before the Court is Plaintiff's *Ex Parte* Motion filed by Plaintiff Kelly Gahan for Leave to File Reply Brief in Support of Her Rule 59 Motion For Reconsideration Granting In Part Sanofi's Motion for Rule 37 Sanctions (Doc. 4817);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall accept Reply Brief in Support of Her Rule 59 Motion for Reconsideration Granting In Part Sanofi's Motion For Rule 37 Sanctions.

New Orleans, Louisiana, this 7th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

1