UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION,

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

HONORABLE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL NORTH

*Frances Harper v. Sanofi S.A., et al.*
*Civil Action No. 2:17-cv-00813*

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN AMENDED
COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff, Frances Harper,

by and through counsel, respectfully seeks leave of Court to file an Amended Complaint

in this matter to bring in additional parties, and Plaintiff requests that if this motion is

granted, the attached Amended Complaint (attached as Exhibit "A") be filed as of the

date of this motion.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is

no opposition to this motion for leave to amend, based on the understanding and

agreement that Defendants do not waive any defenses including but not limited to

defenses based on jurisdiction or statute of limitations, by agreeing not to contest this

motion.  The parties agree that all defenses are preserved.

Dated this the 9th day of November, 2018.

RESPECTFULLY SUBMITTED,

Frances Harper, Plaintiff

BY:   *Jim Reeves, Esquire*
JIM REEVES, ESQUIRE
MS Bar No. 9519
Reeves & Mestayer, PLLC

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have indicated no opposition to the motion, with full reservation of rights.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed  using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 9th day of November, 2018.

BY:  *Jim Reeves*
Jim Reeves, Esquire
MS Bar No. 9519
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile