UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Mary Cole
Case No.: 2:17-cv-14318

# DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Mary Cole, on the following dates: November 20, 2017, December 4, 2017, December 11, 2017, December 18, 2017, December 27, 2017, January 3, 2018, January 10, 2018, January 12, 2018, January 17, 2018, January 22, 2018, May 11, 2018, May 21, 2018, June 4, 2018, June 7, 2018, June 27, 2018, July 13, 2018, July 18, 2018, July 20, 2018, July 24, 2018, July 27, 2018, July 31, 2018, August 2, 2018, August 6, 2018,  August 7, 2018, August 8, 2018, August 10, 2018, August 14, 2018, August 16, 2018, August 20, 2018, August 22, 2018, August 24, 2018, August 28, 2018, August 30, 2018, September 4, 2018, September 6, 2018, September 10, 2018, September 11, 2018, September 13, 2018, September 17, 2018, September 19, 2018, September 21, 2018, September 25, 2018, September 27, 2018, October 1, 2018, October 3, 2018, October 5, 2018, October 9, 2018, October 11, 2018, October 15, 2018, October 17, 2018, October 19, 2018, October 24, 2018, October 26, 2018, October 31, 2018, and November 6, 2018 by (check all that apply) _X_ telephone, ____ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


<u>/s/ Seth Sharrock Webb</u>
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com