UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Elizabeth Dillard
Case No.: 2:17-cv-14337

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Elizabeth Dillard, on the following dates: January 8, 2018, January 9, 2018, January 12, 2018, January 17, 2018, January 23, 2018, January 24, 2018, January 26, 2018, January 30, 2018, February 12, 2018, February 19, 2018, February 26, 2018, March 5, 2018, March 12, 2018, March 13, 2018, March 19, 2018, March 26, 2018, April 2, 2018, April 9, 2018, April 17, 2018, April 23, 2018, April 30, 2018, May 7, 2018, May 14, 2018, May 21, 2018, June 4, 2018, June 5, 2018, June 11, 2018, June 12, 2018, June 20, 2018, June 25, 2018, June 27, 2018, July 16, 2018, July 18, 2018, July 23, 2018, July 26, 2018, July 30, 2018, August 1, 2018, August 3, 2018, August 7, 2018, August 7, 2018, August 9, 2018, August 13, 2018, August 15, 2018, August 17, 2018, August 21, 2018, August 23, 2018, August 29, 2018, August 31, 2018, September 5, 2018, September 7, 2018, September 11, 2018, September 13, 2018, September 17, 2018, September 19, 2018, September 21, 2018, September 25, 2018, September 27, 2018, October 2, 2018, October 5, 2018, October 8, 2018, October 9, 2018, October 11, 2018, October 15, 2018, October 17, 2018, October 19, 2018, October 23, 2018, October 25, 2018, October 26, 2018, October 29, 2018, October 31, 2018, November 2, 2018, November 6, 2018, and November 8, 2018 by (check all that apply) __X__

telephone, \_\_\_\_ e-mail, \_\_\_\_ text message, \_\_\_\_ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com