UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Iris Elliott**
**Case No.: 2:17-cv-14364**

## DECLARATION

　　　　I, Seth Sharrock Webb, have attempted to reach my client, Iris Elliott, on the following dates: January 8, 2018, January 12, 2018, January 17, 2018, January 23, 2018, January 26, 2018, January 28, 2018, January 29, 2018, February 6, 2018, February 7, 2018, February 12, 2018, February 19, 2018, February 26, 2018, March 5, 2018, March 12, 2018, March 20, 2018, March 26, 2018, April 2, 2018, April 9, 2018, April 17, 2018, April 23, 2018, April 30, 2018, May 7, 2018, May 14, 2018, May 21, 2018, June 4, 2018, June 5, 2018, June 11, 2018, June 12, 2018, June 18, 2018, June 20, 2018, June 25, 2018, June 27, 2018, July 18, 2018, July 20, 2018, July 24, 2018, July 26, 2018, July 31, 2018, August 2, 2018, August 6, 2018, August 7, 2018, August 8, 2018, August 10, 2018, August 14, 2018, August 16, 2018, August 20, 2018, August 22, 2018, August 24, 2018, August 28, 2018, August 30, 2018, September 4, 2018, September 6, 2018, September 10, 2018, September 11, 2018, September 12, 2018, September 14, 2018, September 18, 2018, September 20, 2018, September 24, 2018, September 25, 2018, September 26, 2018, September 28, 2018, October 2, 2018, October 4, 2018, October 8, 2018, October 10, 2018, October 12, 2018, October 16, 2018, October 17, 2018, October 22, 2018, October 24, 2018, October 26, 2018, October 30, 2018, November 1, 2018, November 5, 2018, and November 7,

2018 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com