UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| Cynthia Green NAME(S), | : : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-03998 |
| Sanofi US Services Inc. & Sanofi-Aventis U.S. LLC | : : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 8th day of November, 2018

/s/ Robert Binstock
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com
*Counsel for Plaintiff*

/s/ *Kelly Bieri*
 Kelly Bieri
 Hartley Ratcliff
 SHOOK, HARDY& BACON L.L.P.
 2555 Grand Boulevard,
 Kansas City, MO 64108
 Telephone:  816-474-6550
 Facsimile:  816-421-5547
  kbieri@shb.com
 hratcliff@shb.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 8, 2018                                              /s/ *Robert Binstock*
                                                                                         Robert Binstock