UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Marianne Boff, | : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | : : : | |
| Defendants. | : : | |
| Civil Case No.: 2:17-cv-13450 | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., based upon the product identification received.

This the 9th day of November, 2018.

                Whitfield Bryson & Mason LLP

                */s/ Daniel K. Bryson*
                Daniel K. Bryson
                N.C. Bar No. 15781
                900 W. Morgan Street
                Raleigh, NC 27603
                Telephone: 919-600-5000
                Facsimile: 919-600-5035
                Email: dan@wbmllp.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 9th day of November, 2018.

                                                WHITFIELD BRYSON & MASON LLP

                                                */s/ Daniel K. Bryson*
                                                Daniel K. Bryson
                                                N.C. State Bar No.: 15781
                                                J. Hunter Bryson
                                                N.C. State Bar No.: 50602
                                                PO Box 12638
                                                Raleigh, NC 27605
                                                Phone: 919-600-5000
                                                Facsimile: 919-600-5035
                                                Email: dan@wbmllp.com
                                                Email: hunter@wbmllp.com

                                                *Attorneys for Plaintiff*