UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Makisha Stiles
**Case No.:** 17-cv-15314

### DECLARATION

I, Peter E Goss, have attempted to reach my client, Makisha Stiles on the following dates: January 2, 2018, January 2, 2018, March 3, 2018, March 7, 2018, March 9, 2018, March 13, 2018, March 19, 2018, June 4, 2018, June 27, 2018, August 15, 2018, August 28, 2018, August 29, 2018, September 6, 2018, September 28, 2018, and October 31, 2018 by (check all that apply) __X__ telephone, _X_ e-mail, ____ text message, __X__ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Peter E. Goss_____
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
816-336-1300
pgoss@goss-lawfirm.com