UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Raemonique Carlisle-Otete**
**Case No.: 17-cv-13495**

## DECLARATION

    I, Peter E Goss, have attempted to reach my client, Raemonique Carlisle-Otete on the following dates: January 31, 2018, February 5, 2018, March 3, 2018, March 12, 2018, March 13, 2018, March 19, 2018, March 28, 2018, March 29, 2018, April 11, 2018, July 17, 2018, August 27, 2018, September 28, 2018, and October 31, 2018 by (check all that apply) __X__ telephone, _X__ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, _X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

___/s/ Peter E. Goss_____
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
816-336-1300
pgoss@goss-lawfirm.com