UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| | : HON. JANE TRICHE MILAZZO |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |
| | : **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED SHORT FORM COMPLAINT** |
| **THIS DOCUMENT RELATES TO:** | : |
| LILIBETH BORGONIA, et al. v. SANOFI US SERVICES INC. et al. | : CIVIL ACTION NO. 2:18-cv-06518 |
| | : |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Lilibeth Borgonia and Manuel Borgonia respectfully request leave to file a Second Amended Short Form Complaint adding Accord Healthcare, Inc. as a named Defendant in this case and removing all other Defendants, as attached hereto as Exhibit 1.

When this lawsuit was originally filed, the identity of the manufacturer or labeler of the docetaxel that Plaintiff Lilibeth Borgonia received was unknown. Since that time, Plaintiffs obtained product identification information through the process laid out in Amended Case Management Order No. 12 and therefore became aware that Accord Healthcare, Inc. was the manufacturer of this docetaxel.

Pursuant to Local Rule 7.6 and Amended Pre-Trial Order No. 37, Plaintiffs' counsel conferred with counsel for Accord Healthcare, Inc., Defense Liaison Counsel, and all presently named Defendants. There is no opposition to this Motion.

1

Dated: November 9, 2018                    Respectfully submitted,

                                                                        **HODES MILMAN LIEBECK, LLP**

                                                                        By: */s/ Benjamin T. Ikuta*
                                                                        Benjamin T. Ikuta
                                                                        Daniel M. Hodes
                                                                        Jeffrey A. Milman
                                                                        9210 Irvine Center Drive
                                                                        Irvine, California 92618
                                                                        Email: bikuta@hml.law
                                                                                   dhodes@hml.law
                                                                                   jmilman@hml.law

                                                                        *Attorneys for Plaintiffs*


## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 and Amended Pre-Trial Order No. 37, counsel for each defendant and Defense Liaison Counsel were contacted. There is no opposition to the relief requested.

Dated: November 9, 2018

                                                                     **HODES MILMAN LIEBECK, LLP**

                                                                      By: */s/ Benjamin T. Ikuta*
                                                                      Benjamin T. Ikuta
                                                                      Daniel M. Hodes
                                                                      Jeffrey A. Milman
                                                                      9210 Irvine Center Drive
                                                                      Irvine, California 92618
                                                                      Email: bikuta@hml.law
                                                                                  dhodes@hml.law
                                                                                   jmilman@hml.law

                                                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018 I electronically filed a copy of the forgoing document before filing been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated:  November 9, 2018	**HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
          dhodes@hml.law
          jmilman@hml.law

*Attorneys for Plaintiffs*

3

**Exhibit 1**