# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED SHORT FORM COMPLAINT** |
| **THIS DOCUMENT RELATES TO:**<br>LILIBETH BORGONIA, et al. v. SANOFI US SERVICES INC. et al. | : : : : | CIVIL ACTION NO. 2:18-cv-06518 |

THE COURT, having considered Plaintiffs' Motion for Leave to File a Second Amended Short Form Complaint, and for good cause shown, hereby orders that Plaintiffs' motion is GRANTED, and that Plaintiffs may file the Second Amended Short Form Complaint, as was attached to their Motion.

SO ORDERED this____ day of _____, 2018

_____
THE HON. JANE TRICHE MILAZZO