**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Elizabeth Bender**
**Case No.: 2:18-cv-02259**

**DECLARATION**

      I, J. Christopher Elliott, have attempted to reach my client, Elizabeth Bender on the

following dates:

4/20/2018, 5/4/2018, 6/19/2018, 8/23/2018 9/12/2018, 9/18/2018, 10/5/2018, 10/9/2018, 10/16/2018,
10/24/2018 11/1/2018, and 11/6/2018.

by (check all that apply) _X___ telephone, ____ e-mail, ____ text message, ____ social media,

_X___ U.S. Mail, _X___ Certified Mail, _X___ other (in person visit to Plaintiff's last known

Address), and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.


_____
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net