UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Rosetta Bennett**
**Case No.: 2:17-cv-16614**

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Rosetta Bennett on the following dates:

6/9/2017, 6/20/2017, 6/21/2017, 7/10/2017, 1/13/2018, 3/6/2018, 4/4/2018, 4/10/2018, 4/20/2018, 5/1/2018, 5/4/2018, 6/19/2018, 8/16/2018, 8/20/2018, 8/23/2018, 9/12/2018, 10/8/2018, 10/12/2018, 10/13/2018, 10/15/2018, 10/16/2018, 10/19/2018, and 11/6/2018.

by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, _X_ other (in person visit to Plaintiff's last known Address attempted), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net