UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| RHODA PUGH | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI ET AL. | |
| Defendants. | |
| Civil Case No: 2:17-cv-17228 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4814);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of November, 2018.

_____
United States District Judge