# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Bridget Peterson v Sanofi U.S. Services Inc., et al. | Civil Action No.: 2:17-cv-13021 |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 4876);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of November, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge