# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**

*Christine and Jim Kinderdine v. Accord Healthcare, et al.*
*Civil Action No.: 2:17-cv-00348*

## ORDER

Considering the Motion to Substitute Plaintiff (Doc. 4869);

**IT IS ORDERED** that the Motion to Substitute the Plaintiff is **GRANTED**, and Donald F. Harker, III, on behalf of the Bankruptcy Estate of Christine Kinderdine, is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 7th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE