UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


In Re: TAXOTERE (DOCETAXEL)                            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION


                                                       SECTION "H" (5)


THIS DOCUMENT RELATES TO

Plaintiff Name: **Jessica Fassett**
Case No.: **2:18-cv-08151**


                          **DECLARATION**

        I, Jessica Richman, have attempted to reach my client, Jessica Fassett on the following

dates: 10/03/2018, 10/10/2018, 10/11/2018, 10/12/2018, 10/15/2018, 10/16/2018, 10/17/2018,

10/19/2018, 10/24/2018, 10/25/2018, 10/26/2018, 10/30/2018, 10/31/2018, 11/1/2018,

11/2/2018, 11/05/2018, 11/06/2018, 11/07/2018, 11/08/2018, and 11/09/2018 by (check all that

apply) __X__ telephone, _X___ e-mail, __X__ text message, ____ social media, __X__ U.S.

Mail, _X___ Certified Mail, __X__ other, and my client has not been responsive to my

communications to date.

        I declare that the foregoing is true and correct to the best of my knowledge.


Dated: November 9, 2018                       By: */s/* Jessica L. Richman
                                              Parker Waichman LLP
                                              6 Harbor Park Drive
                                              Port Washington, NY 11050
                                              Telephone: (516) 466-6500
                                              Fax: (516) 466-6665
                                              Email: jrichman@yourlawyer.com