UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Cindy Canterberry**
**Case No.: 2:18-cv-02328**

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Cindy Canterberry on the following dates:

3/14/2018, 3/27/2018, 3/28/2018, 5/4/2018, 6/19/2018, 9/12/2018, 10/16/2018 and 11/6/2018.

by (check all that apply)  _X___ telephone, _X___ e-mail, _X___ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, _X___ other (in person visit to Plaintiff's last known Address attempted), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net