UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Arceli Sangalang**
**Case No.: 2:18-cv-02671**

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Arceli Sangalang on the following dates:

3/14/2018, 3/2/2018, 3/5/2018, 3/8/2018, 3/14/2018, 4/20/2018, 5/4/2018, 8/14/2018, 8/22/2018, 9/4/2018, 9/12/2018, 10/15/2018, 10/16/2018, 11/2/2018, and 11/8/2018.

by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other (in person visit to Plaintiff's last known Address attempted), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

J. Christopher Elliott, Esq.
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net