**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**       **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                               **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Tomeka Smith**
**Case No.: 2:17-cv-16397**

**DECLARATION**

I, J. Christopher Elliott, have attempted to reach my client, Tomeka Smith on the following

dates:

11/14/2017, 1/13/2018, 2/9/2018, 3/6/2018, 4/20/2018, 5/4/2018, 7/2/2018,  9/12/2018, 10/15/2018, 10/16/2018 11/2/2018, and 11/9/2018.

by (check all that apply) __X__ telephone, ____ e-mail, _X___ text message, ____ social media,

_X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net