UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lonia Roberts
**Case No.:** 17-cv-9843

# DECLARATION

I, Alexandra W. Robertson, and my firm, have attempted to reach our client, Lonia Roberts, on the following dates: 11/22/2016, 12/7/2016, 12/28/2016, 12/29/2016, 1/4/2017, 1/13/2017, 12/11/2017, 12/13/2017, 3/5/2018, 3/13/2018, 4/5/2018, 4/9/2018, 4/11/2018, 4/13/2018, 4/16/2018, 4/20/2018, 5/16/2018, 5/25/2018, 5/30/2018, 5/31/2018, 8/13/2018, 8/17/2018, 8/20/2018, 8/21/2018, 8/24/2018, 8/28/2018, 9/11/2018, 9/13/2018, 9/20/2018, 9/27/2018, 10/2/2018, 10/19/2018, 10/22/2018, 11/1/2018, 11/2/2018, 11/6/2018, and 11/8/2018.

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, __X__ social media, __X__ U.S. Mail, __X__ Certified Mail, ____, other, and our client has not been responsive to our requests to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq.
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
612-436-1886
arobertson@johnsonbecker.com