# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2740 SECTION "N" (5) |
| ERNESTINE DEGGS | § § | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | § § | |
| vs. | § § | SUGGESTION OF DEATH |
| SANOFI US SERVICES INC., f/k/a SANOFI-AVENTIS U.S. LLC | § § § | Case No.: 2:17-CV-00588 |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25 (a) n(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Ernestine Deggs. A copy of Plaintiff's Death Certificate is attached hereto and incorporated herein as Exhibit 1.

Dated this 9th day of November, 2018.

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Steve Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 9th day of November, 2018.

/s/ C. Brannon Robertson
C. Brannon Robertson