# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER: **5612597**

STATE FILE NUMBER: 2018-024-00817

### DECEDENT
- **DECEDENT'S NAME** (LAST, FIRST, MIDDLE, SUFFIX): DEGGS, ERNESTINE WARNER
- **DATE OF BIRTH:** [redacted]
- **DATE OF DEATH:** 07/13/2018
- **TIME OF DEATH:** 10:32 PM
- **PLACE OF BIRTH** (CITY, STATE, COUNTRY): NEW ORLEANS, LA UNITED STATES
- **SEX:** FEMALE
- **SOCIAL SECURITY NUMBER:** [redacted]
- **AGE:** 58 YEARS
- **DECEDENT'S ALIAS NAME(S):**

### PERSONAL
- **RESIDENCE OF DECEDENT:** 57920 GOVERNMENT ST., PLAQUEMINE, LA 70764 UNITED STATES
- **WITHIN CITY LIMITS?** YES
- **PARISH/COUNTY:** IBERVILLE
- **EVER IN U.S. ARMED FORCES?** NO
- **OCCUPATION:** PRICER
- **INDUSTRY OF OCCUPATION:** STORE
- **MARITAL STATUS:** MARRIED
- **NAME OF SURVIVING SPOUSE:** DEGGS, WALTER RAY
- **FATHER/PARENT NAME:** SCOTT, ERNEST
- **FATHER/PARENT PLACE OF BIRTH:** ROSE DALE, LA UNITED STATES
- **MOTHER/PARENT NAME:** WARNER, LIZZIE
- **MOTHER/PARENT PLACE OF BIRTH:** NEW ORLEANS, LA UNITED STATES
- **INFORMANT'S NAME:** DEGGS, WALTER RAY
- **RELATIONSHIP TO DECEDENT:** HUSBAND
- **INFORMANT'S ADDRESS:** 57920 GOVERNMENT ST., PLAQUEMINE, LA 70764 UNITED STATES
- **EDUCATION:** SOME COLLEGE CREDIT, BUT NO DEGREE
- **OF HISPANIC ORIGIN?:** NO, NOT SPANISH/HISPANIC/LATINO
- **RACE:** BLACK OR AFRICAN AMERICAN

### DEATH INFO
- **PLACE OF DEATH:** DECEDENT'S HOME
- **FACILITY NAME:**
- **FACILITY ADDRESS:** 57920 GOVERNMENT ST ST., RAMAH, LA 70764 UNITED STATES
- **PARISH/COUNTY:** IBERVILLE

### DISPOSITION
- **METHOD OF DISPOSITION:** BURIAL
- **PLACE OF DISPOSITION:** GRACE MEMORIAL PARK
- **PLACE OF DISPOSITION (CITY, STATE, COUNTRY):** PLAQUEMINE, LA UNITED STATES
- **DATE OF DISPOSITION:** 07/21/2018

### FUNERAL FACILITY
- **FUNERAL FACILITY NAME:** ROSCOE MORTUARY
- **ADDRESS OF FUNERAL FACILITY:** 58635 MERIAM ST., PLAQUEMINE, LA 70764 UNITED STATES
- **NAME OF FUNERAL DIRECTOR:** ROSCOE, JERROLD K
- **LICENSE NUMBER:** E2297
- **CORONER NOTIFIED?** Y
- **SIGNATURE OF FUNERAL DIRECTOR:** *e-sign*
- **DATE:** 7/27/2018

### MEDICAL INFO
- **MANNER OF DEATH:** NATURAL
- **IF FEMALE?:** NOT APPLICABLE
- **DID TOBACCO USAGE CONTRIBUTE TO DEATH?:** UNKNOWN

### CAUSE OF DEATH
PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

- **IMMEDIATE CAUSE:** a. ACUTE MYELOBLASTIC LEUKEMIA — **APPROXIMATE INTERVAL: Onset to Death:** UNK
- b.
- **UNDERLYING CAUSE:** c.
- d.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

- **WAS AN AUTOPSY PERFORMED?** NO
- **FINDINGS USED IN DETERMINING CAUSE?** NOT APPLICABLE

### INJURY INFORMATION
- **PLACE OF INJURY:**
- **DATE OF INJURY:**
- **TIME OF INJURY:**
- **INJURY AT WORK:**
- **IF TRANSPORTATION INJURY, SPECIFY:**
- **LOCATION OF INJURY:**
- **PARISH/COUNTY:**
- **DESCRIBE HOW INJURY OCCURED:**

### CERTIFIER
I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

- **SIGNATURE OF CERTIFIER:** *e-sign*
- **DATE:** 7/27/2018
- **CERTIFIER NAME:** GRACE, JAMES E.
- **CERTIFIER TITLE:** CORONER
- **CERTIFIER ADDRESS:** 58038 FORT ST., PLAQUEMINE, LA 70764 UNITED STATES
- **BURIAL TRANSIT PERMIT:** 274730
- **PARISH OF ISSUE:** ORLEANS
- **DATE OF ISSUE:** 07/20/2018
- **DATE FILED WITH REGISTRAR:** 7/27/2018

### REGISTRAR
- **SIGNATURE OF REGISTRAR:** DEVIN GEORGE *e-sign*
- **ISSUED BY:** Carter, Caprisa A
- **Issued On:** 7/30/2018 8:26:12 AM




005612597

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR



## EXHIBIT 1

AmeriTech, Incorporated        ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE