UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH |
| ANITA KOTORIS | | Action No: 18-02636 |
| Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, ET AL., <br><br> Defendants. | : : : : : : : : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 9th day of November 2018.

**BACHUS & SCHANKER, LLC**

By:  */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiffs*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*