UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            :        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION          :
                                        :        SECTION "N" (5)
                                        :
                                        :
_____     :        JUDGE MILAZZO
                                        
                                                 MAG. JUDGE NORTH

CHRISTINE SANCHEZLEPE                            Action No: 18-01226

Plaintiffs,                            :
                                        :
vs.                                    :
                                        :
                                        :
SANOFI-AVENTIS U.S. LLC, ET AL.,       :
                                        :
        Defendants.                    :
----------------------------------------------------------- :

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed

with prejudice against all Defendants, each party to bear its own costs.

        Dated this 9th day of November 2018.


                                        **BACHUS & SCHANKER, LLC**

                                        By:  */s/ J.Christopher Elliott*
                                        Christopher Elliott, Esq.
                                        Bachus & Schanker, LLC
                                        1899 Wynkoop Street Suite 700
                                        Denver, CO 80238
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: celliott@coloradolaw.net

                                        *Attorney for Plaintiffs*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi*
*U.S. Services Inc.*