UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: TAXOTERE (DOCETAXEL)           :        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION         :
                                      :        SECTION "N" (5)
                                      :
                                      :
_____     :        JUDGE MILAZZO

                                               MAG. JUDGE NORTH

MAXINE GORDON                                  Action No: 17-17002


Plaintiffs,                           :
                                      :
vs.                                   :
                                      :
                                      :
SANOFI-AVENTIS U.S. LLC, ET AL.,      :
                                      :
       Defendants.                    :
-------------------------------------- :


        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed

with prejudice against all Defendants, each party to bear its own costs.

        Dated this 9th day of November 2018.


                                          **BACHUS & SCHANKER, LLC**

                                          By:  */s/ J.Christopher Elliott*
                                          Christopher Elliott, Esq.
                                          Bachus & Schanker, LLC
                                          1899 Wynkoop Street Suite 700
                                          Denver, CO 80238
                                          Telephone: (303)893-8900
                                          Facsimile: (303) 893-9900
                                          Email: celliott@coloradolaw.net

                                          *Attorney for Plaintiffs*

**SHOOK, HARDY & BACON LLP**

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi
U.S. Services Inc.*