UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Cynthia Ann Allen**
**Case No.: 2:17-cv-14967**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Cynthia Ann Allen, on the following dates: December 11, 2017, January 29, 2018, August 20, 2018, August 30, 2018, September 11, 2018, September 12, 2018, September 13, 2018, September 21, 2018, October 3, 2018, October 9, 2018, October 16, 2018, October 31, 2018, and November 8, 2018 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia* (signature)

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com