UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Santos Benavente**
**Case No.: 2:17-cv-14726**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Santos Benavente, on the following dates: October 10, 2017, December 11, 2017, December 14, 2017, January 30, 2018, February 14, 2018, February 16, 2018, February 21, 2018, April 23, 2018, September 6, 2018, September 13, 2018, September 21, 2018, October 2, 2018, October 3, 2018, October 9, 2018, October 16, 2018, October 22, 2018, October 29, 2018, November 5, 2018, November 7, 2018, November 8, 2018 and November 9, 2018 by ☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com