UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Beverly Brown-Daniels**
**Case No.: 2:17-cv-15030**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Beverly Brown-Daniels, on the following dates: February 19, 2018, February 21, 2018, March 12, 2018, March 16, 2018, April 19, 2018, April 23, 2018, May 23, 2018, July 8, 2018, July 11, 2018, July 24, 2018, August 16, 2018, August 17, 2018, August 22, 2018, August 28, 2018, August 30, 2018, September 11, 2018, September 19, 2018, September 21, 2018, October 3, 2018, October 9, 2018, October 16, 2018 and November 9, 2018 by: ☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com