UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Lisa Elliott**
**Case No.: 2:17-cv-15227**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Lisa Elliott, on the following dates: September 12, 2018, September 13, 2018, September 18, 2018, September 21, 2018, October 1, 2018, October 9, 2018, October 16, 2018, November 5, 2018 and November 9, 2018 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other,

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*[signature: Leslie LaMacchia]*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com