UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Betty Fleming**
**Case No.: 2:17-cv-15239**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Betty Fleming, on the following dates: October 10, 2017, December 8, 2017, December 15, 2017, January 29, 2018, April 23, 2018, August 22, 2018, August 23, 2018, August 30, 2018, September 6, 2018, September 11, 2018, September 13, 2018, September 21, 2018, October 3, 2018, October 9, 2018, October 16, 2018, and November 5, 2018 by: ☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com