UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Candy Hodge**
**Case No.: 2:17-cv-16105**

## DECLARATION

　　I, Leslie LaMacchia, have attempted to reach my client, Candy Hodge, on the following dates: April 23, 2018, August 30, 2018, September 6, 2018, September 14, 2018, September 21, 2018, September 26, 2018, October 3, 2018, October 9, 2018, October 16, 2018 and November 9, 2018 by: ☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com