UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Brenda Lynn**
**Case No.: 2:17-cv-15941**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Brenda Lynn, the Estate of Brenda Lynn, and Brenda Lynn's daughter, Shelia Williams, on the following dates: January 29, 2018, April 23, 2018, April 24, 2018, April 25, 2018, May 1, 2018, June 1, 2018, September 13, 2018, September 14, 2018, September 21, 2018, October 2, 2018, October 16, 2018 and October 23, 2018, and November 9, 2018 by: ☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com