UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Connie Petrice**
**Case No.: 2:17-cv-15996**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Connie Petrice, on the following dates: December 15, 2017, April 23, 2018, May 22, 2018, August 24, 2018, September 17, 2018, September 21, 2018, September 26, 2018, October 30, 2018, November 7, 2018, and November 9, 2018 by: ☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com