UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Edgie Lou Ray**
**Case No.: 2:17-cv-16015**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Edgie Lou Ray, on the following dates: April 23, 2018, April 24, 2018, July 23, 2018, September 6, 2018, September 13, 2018, September 17, 2018, September 21, 2018, October 2, 2018, October 3, 2018, October 11, 2018, October 23, 2018, November 6, 2018 and November 9, 2018 by: ☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com