UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Mary Roberson**
**Case No.: 2:17-cv-16026**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Mary Roberson, on the following

dates: December 5, 2017, January 25, 2018, January 29, 2018, April 23, 2018, September 10, 2018,

September 12, 2018, September 17, 2018, September 21, 2018, September 26, 2018, October 3,

2018, October 11, 2018, October 16, 2018, November 6, 2018, and November 9, 2018 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other,

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com