UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Judi Sutton**
**Case No.: 2:17-cv-15740**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Judi Sutton, the Estate of Judi Sutton, and Judi Suttons' son, Brian Burns (Executor of the Estate), on the following dates: April 23, 2018, May 10, 2018, June 1, 2018, August 16, 2018, September 19, 2018 and November 9, 2018 by: ☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com