UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Juslynn Butts
**Case No.:** 2:17-cv-14819

# DECLARATION

　　I, Danae N. Benton, have attempted to reach my client, Juslynn Butts on the following dates: 1/18/18, 1/31/18, 4/23/18, 5/1/18, 5/8/18, 5/15/18, 5/21/18, 5/24/18, 6/29/18, 7/9/18, 8/6/18, 8/14/18, 8/27/18, 8/31/18, 9/20/18, 9/26/18, 10/3/18, and 11/5/18.

by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, __x__ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　/s/ Danae N. Benton
　　　　　　　　　　　　　　　　　　　　Danae N. Benton
　　　　　　　　　　　　　　　　　　　　BARON & BUDD, P.C.
　　　　　　　　　　　　　　　　　　　　3102 Oak Lawn Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　　(214) 521-3605
　　　　　　　　　　　　　　　　　　　　dbenton@baronbudd.com