UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Christy K Lee
**Case No.:** 2:17-CV-15022

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Christy K Lee on the following dates: 1/22/2018, 1/31/2018, 2/12/2018, 2/20/2018, 2/23/2018, 4/20/2018, 5/14/2018, 6/29/2018, 7/25/2018, 8/14/2018, 8/17/2018, 8/21/2018, 8/22/2018, 8/27/2018, 9/4/2018, 9/10/2018, 9/14/2018, 10/3/2018, 11/8/2018 by (check all that apply) _x___ telephone, _x___ e-mail, _x___ text message, _x_ social media, _x__ U.S. Mail, ____ Certified Mail, _x___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com