UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Michelle A McFarland
**Case No.:** 2:17-cv-15258

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Michelle A McFarland on the following dates: 1/25/2018, 1/29/2018, 1/31/2018, 2/5/2018, 2/13/2018, 4/23/2018, 5/7/2018, 5/21/2018, 6/4/2018, 6/29/2018, 7/20/2018, 8/3/2018, 8/6/2018, 8/14/2018, 8/31/2018, 9/17/2018, 10/3/2018, 11/2/2018, 11/6/2018, 11/8/2018 by (check all that apply) _x_ telephone, _x_ e-mail, _x_ text message, _x_ social media, _x_ U.S. Mail, ____ Certified Mail, _x_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com