UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Taia I Nahar
**Case No.:** 2:17-cv-14877

# DECLARATION

I, Danae N. Benton, have attempted to reach my client, Taia I Nahar on the following dates: 1/16/2018, 1/22/2018, 1/25/2018, 1/26/2018, 1/29/2018, 1/31/2018, 2/20/2018, 2/23/2018, 4/20/2018, 5/21/2018, 6/22/2018, 6/29/2018, 7/3/2018, 7/6/2018, 7/12/2018, 8/3/2018, 8/14/2018, 8/27/2018, 8/30/2018, 8/31/2018, 10/3/2018, 11/8/2018, 11/9/18.

by (check all that apply) _x___ telephone, _x___ e-mail, _x___ text message, _x__ social media, __x__ U.S. Mail, ____ Certified Mail, _x___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com