UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Carolyn Parker
**Case No.:** 2:17-cv-14984

## DECLARATION

I, Danae N. Benton, have attempted to reach, Carolyn Parker on the following dates: 1/18/2018, 1/31/2018, 2/26/2018, 3/13/2018, 4/23/2018, 4/30/2018, 5/21/2018, 5/24/2018, 5/25/2018, 6/29/2018, 7/3/2018, 7/6/2018, 7/16/2018, 7/17/2018, 7/23/2018, 7/26/2018, 8/3/2018, 8/7/2018, 8/13/2018, 8/17/2018, 8/22/2018, 8/27/2018, 8/30/2018, 10/3/2018, 10/19/2018, 11/06/2018, 11/9/2018.

by (check all that apply)  _x_  telephone, _x_ e-mail, _x_ text message, ____ social media, _x_ U.S. Mail, ____ Certified Mail, _x_ other, and Ms. Parker has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com