UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| FELECIA BROOKS-JONES, ET AL., | : | MAG. JUDGE NORTH |
| | : | |
|     Plaintiffs, | : | |
| vs. | : | Civil Action No.: 2:16-cv-17382 |
| | : | |
| ACTAVIS LLC FKA ACTAVIS INC., ET AL., | : | |
| | : | |
|     Defendants. | : | |

-------------------------------------------------------------- :

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff, Felecia Brooks-Jones, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby respectfully moves for leave to file an Amended Short Form Complaint, attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with  counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Respectfully submitted this 9th day of November, 2018.

By: */s/ T. Aaron Stringer*
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: aaron@lowelawgroup.com
*Attorney for Plaintiff(s)*

## **CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 9, 2018                 ___/s/ T. Aaron Stringer_____
                                                                            T. AARON STRINGER

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Felecia Brooks-Jones and Jerry Jones , | : : : | |
| Plaintiff(s), | : : | COMPLAINT & JURY DEMAND |
| | : | Civil Action No.: 2:16-cv-17382 |
| vs. | : : | |
| ACTAVIS LLC FKA ACTAVIS INC., ET AL. , | : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------- | : | |

**SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Felecia Brooks-Jones

---

[1]      This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

of consortium):

Jerry Jones
_____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

N/A
_____

4.      Current State of Residence: _Alabama_____

5.      State in which Plaintiff(s) allege(s) injury: _Alabama_____

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐       A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐       B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐       A.      Sandoz Inc.

                ☐       B.      Accord Healthcare, Inc.

                ☐       C.      McKesson Corporation d/b/a McKesson Packaging

                ☐       D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☐       E.      Hospira, Inc.

                ☐       F.      Sun Pharma Global FZE

                ☐       G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
                                Laboratories Ltd.
                ☐       H.      Pfizer Inc.

                ☑       I.      Actavis LLC f/k/a Actavis Inc.

                ☑       J.      Actavis Pharma, Inc.

2

☑ K. Other:

Sagent Pharmaceuticals, Inc.

7. Basis for Jurisdiction:

☑ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Northern District of Alabama, Southern Division

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☑ C. Docetaxel Injection

☑ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

3

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> August 21, 2014 - November 26, 2014

11.     State in which Product(s) identified in question 9 was/were administered:

> Alabama

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent/persistent hair loss and diffuse thinning of hair.

13.     Counts in Master Complaint brought by Plaintiff(s):

- [✓] Count I – Strict Products Liability - Failure to Warn
- [✓] Count III – Negligence
- [✓] Count IV – Negligent Misrepresentation
- [✓] Count V – Fraudulent Misrepresentation
- [✓] Count VI – Fraudulent Concealment
- [✓] Count VII – Fraud and Deceit

- [✓] Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

In addition to the counts listed above, Plaintiff(s) also adopts the allegations and claims listed in the Master Long Form Complaint and asserts the following:

Count IX. Violations of Applicable Alabama Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices.

Count X. Loss of Consortium.

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:     *T. Aaron Stringer (UT 12681)
*Nathan Buttars (UT 13659)
*(Admitted pro hac vice)
LOWE LAW GROUP
6028 S. Ridgeline Drive, Ste 200
Ogden, Utah 84405
Tel: (801) 917-8500
Fax: (801) 917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

Respectfully submitted,

**LOWE LAW GROUP**

By: /s/ T. Aaron Stringer
    T. Aaron Stringer, Utah Bar No. 12681
    Nathan Buttars, Utah Bar No. 13659
    (Admitted pro hac vice)
    LOWE LAW GROUP
    6028 S. Ridgeline Dr., Ste 200
    Ogden, Utah 84405
    Telephone: 385-298-0175
    Facsimile: 801-656-0997
    aaron@lowelawgroup.com
    nate@lowelawgroup.com
    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on __11/9/18_____, I electronically filed a copy of the foregoing Short Form Complaint with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

    /s/ T. Aaron Stringer_____
    T. AARON STRINGER, UT #12681
    *Attorney for Plaintiff(s)*