UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Georena Rhone
**Case No.:** 2:17-cv-15091

## DECLARATION

　　　I, Danae N. Benton, have attempted to reach my client, Georena Rhone on the following dates: 6/19/18, 6/22/18, 7/3/18, 7/6/18, 7/10/18, 7/18/18, 8/3/18, 8/27/18, 8/30/18, 8/31/18, 9/14/18, 9/17/18, 9/24/18, 10/3/18, 10/18/18, 10/24/18, 11/1/18, and 11/8/18 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　/s/ Danae N. Benton
　　　　　　　　　　　　　　　　　　Danae N. Benton
　　　　　　　　　　　　　　　　　　BARON & BUDD, P.C.
　　　　　　　　　　　　　　　　　　3102 Oak Lawn Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　Dallas, TX  75219
　　　　　　　　　　　　　　　　　　(214) 521-3605
　　　　　　　　　　　　　　　　　　dbenton@baronbudd.com