UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Jami Williams
**Case No.:** 2:17-cv-15157

# DECLARATION

I, Danae N. Benton, have attempted to reach my client, Jami Williams on the following dates: 1/16/18, 1/22/18, 1/24/22, 1/24/18, 1/26/18, 1/29/18, 1/31/18, 2/19/18, 2/20/18, 5/21/18, 5/22/18, 6/29/18, 7/6/18, 7/9/18, 8/14/18, 8/16/18, 8/27/18, 8/31/18, 10/2/18, 10/5/18, 10/24/18, 11/1/18, and 11/8/18 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
(214) 521-3605
dbenton@baronbudd.com