# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2740 SECTION "N" (5) |
| JUDI COCHRAN, | § § § | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | § § | |
| vs. | § § | STIPULATION OF DISMISSAL WITH PREJUDICE |
| SANOFI US SERVICES INC., f/k/a SANOFI-AVENTIS U.S. LLC, ET AL | § § § | Case No.: 2:17-CV-11316 |
| Defendants. | § | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Judi Cochran in Case No.: 2:17-CV-11316 only be dismissed with prejudice against all Defendants, each party to bear its own costs. This stipulation shall not affect the lawsuit filed by Judi Cochran, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-17309.

Dated this 9th day of November, 2018.

Respectfully submitted,

**FERNELIUS SIMON PLLC**

/s/ Ryan M. Perdue
Stephen M. Fernelius
Texas State Bar No. 06934340
steve.fernelius@trialattorneytx.com
C. Brannon Robertson
Texas State Bar No. 24002852
brannon.robertson@trialattorneytx.com
Ryan M. Perdue
Texas State Bar No. 24046611
ryan.perdue@trialattorneytx.com
1221 McKinney, Suite 3200

Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039

**ATTORNEYS FOR PLAINTIFF**

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 9th day of November, 2018.

/s/ Ryan M. Perdue
Ryan M. Perdue