## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Betty Jean Porter_____
**Case No.:** ___2:18-cv-4534_____

## DECLARATION

I, _____Kristie L. Fischer_____ (Attorney's Name), have attempted to reach my client,

___Betty Jean Porter___ on the following dates: 5/25/18, 6/6/18, 7/3/18, 7/9/18, 7/10/18, 9/5/18,

and 10/17/18 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____

social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been

responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____

KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com