UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _____Shawna Scott_____
**Case No.:** _____2:17-cv-17270_____

## DECLARATION

I, _____Kristie L. Fischer_____ (Attorney's Name), have attempted to reach my client, __Shawna Scott__ on the following dates: 2/20/18, 3/2/18, 3/6/18, 3/29/18, 4/6/18, 4/19/18, 5/10/18, 5/15/18, 5/24/18, 5/29/18, and 6/26/18, by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Kristie L. Fischer_

KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com