UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Latasha Crawford
**Case No.:** 2:17-cv-15630

# DECLARATION

I, Danae N. Benton (Attorney's Name), have attempted to reach my client, Latasha Crawford on the following dates: 1/22/2018, 1/25/2018, 1/29/2018, 1/31/2018, 2/5/2018, 2/12/2018, 2/19/2018, 2/20/2018, 2/23/2018, 2/26/2018, 3/7/2018, 3/27/2018, 4/20/2018, 4/23/2018, 4/24/2018, 5/1/2018, 5/21/2018, 6/22/2018, 6/25/2018, 7/5/2018, 7/8/2018, 7/11/2018, 7/25/2018, 8/14/2018, 9/17/2018, 9/20/2018, 9/26/2018, 9/28/2018, 10/3/2018, 11/2/2018, 11/5/18, 11/7/2018 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com