UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Wyskanna Howell
**Case No.:** 2:17-cv-08501

## DECLARATION

I, Ruth Rizkalla, have attempted to reach my client, Wyskanna Howell on the following dates: June 5, 2018, July 2, 2018, August 10, 2018, October 11, 2018, October 16, 2018, November 8, 2018, November 9, 2018 by: X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Ruth Rizkalla, Esq.
**KIRTLAND & PACKARD LLP**
1638 S Pacific Coast Hwy
Redondo Beach, CA 90277
(310) 536-1000
rr@kirtlandpackard.com