UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

### PLAINTIFF'S OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO  DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK

Plaintiff Suzanne Mink, by and through her counsel of record, Bachus & Schanker, LLC, submits this Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687). In support of her motion, Plaintiff states as follows:

1. On October 24, 2018, Defendant Sanofi served on Plaintiff its Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687). Sanofi's noticed submission date was November 14, 2018, making Ms. Mink's deadline to file a response November 6, 2018.

2. Ms. Mink filed an *Ex Parte* Motion for Extension of Time to respond to Sanofi's motion for summary judgment on November 5, 2018.  That filing was rejected when Sanofi contacted the Court clerk indicating that it opposed the motion on November 6, 2018.  The Court provided Plaintiff until November 13 to resubmit its motion.

3. Ms. Mink is a non-bellwether Plaintiff.  A genuine issue exists with respect to whether Sanofi is permitted to file dispositive motions on non-bellwether cases, pursuant to this Court's order of October 27, 2017, deferring consideration of dispositive motions on statute of limitations

1

grounds until after the first bellwether trial (Doc. 1034). Ms. Mink understands that the Plaintiffs Executive Committee intends to raise this issue with the Court in its next submission.

4. As supported by the attached memorandum, Ms. Mink requests that the Court extend the submission date for Defendant's motion until December 19, 2018. As good cause, Ms. Mink notes she was only provided 10 days to analyze, factually and legally research, and draft a response to an extensive, dispositive motion under California law that Sanofi had months to prepare. The initial November 14 submission date was unreasonable, and Sanofi never conferred with Ms. Mink's counsel regarding that submission date and has provided no explanation why accelerated consideration of its Motion is necessary or in the interests of justice, fundamental principles of fairness, or even basic considerations of professional courtesy in the legal profession.

5. Plaintiff has not previously sought an extension of time to respond to Sanofi's motion.

WHEREFORE, Plaintiff Suzanne Mink prays that this Court grant her Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687).

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker