UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                             MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                          SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
**Case No.:** 17-02931

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's Opposed Motion for Continuation of Submission Date to Defendant's Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink is submitted for consideration by the Honorable Judge Jane Triche Milazzo on the 14th day of November, 2018, at 10:00 a.m. or as soon thereafter as the Court's docket permits.


                            Respectfully Submitted,

                            /s/ Darin L. Schanker
                            Darin L. Schanker
                            BACHUS & SCHANKER, LLC
                            1899 Wynkoop Street, Ste. 700
                            Denver, CO 80202
                            (303)899-9800
                            F: (303)893-9900
                            d.schanker@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker