UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

### PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE SUBMISSION DATE FOR PLAINTIFF'S OPPOSED MOTION FOR CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK

Plaintiff Suzanne Mink, by and through her counsel of record, Bachus & Schanker, LLC, submits this *Ex Parte* Motion to Expedite Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687). In support of her motion, Plaintiff states as follows:

1. On October 24, 2018, Defendant Sanofi served on Plaintiff its Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687). Sanofi's noticed submission date was November 14, 2018, making Ms. Mink's deadline to file a response November 6, 2018.

2. On November 5, 2018, Plaintiff filed an *Ex Parte* motion for extension of time to file a response to Defendant's motion. This filing was rejected because Sanofi indicated to the Court clerk that it opposed the motion. The Court clerk provided Plaintiff until November 13, 2018 to cure its deficiency.

1

3. Concurrently herewith, Plaintiff has filed an Opposed Motion for Continuation of Submission Date to Respond to Defendant's Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink.  However, the 15-day submission date limitation under L.R. 7.2 would place the submission date after the current submission date for Defendant's motion for summary judgment.  There are no other submission dates that would allow consideration of Plaintiff's motion to continue in advance of the submission date.  As such, Plaintiff respectfully suggests that expedited consideration of Plaintiff's Motion to Continue is warranted under these circumstances.

WHEREFORE, Plaintiff Suzanne Mink prays that this Court grant her Ex Parte Motion to Expedite Submission Date to her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687), and set the submission date for such motion on November 14, 2018.

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker