UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

## ORDER

Considering the foregoing Plaintiff's *Ex Parte* Motion to Expedite Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink, :

It is ORDERED that said Motion is GRANTED and the Plaintiff's Motion to Continue will be submitted on November 14, 2018

It is further ordered that Defendant Sanofi submit any opposition to the Motion to Continue Submission Date no later than November __, 2018.

New Orleans, Louisiana, this ___ day of November, 2018

_____
UNITED STATES DISTRICT JUDGE

1