UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Cindy Oklejwicz
**Case No.:** 2:17-cv-13248

## DECLARATION

I, Mark Niemeyer, have attempted to reach my client, Cindy Oklejwicz, on the following dates:

7/28/17, 9/26/17, 2/8/18, 4/9/18, 4/10/18, 4/30/18, 5/30/18, 6/5/18

by (check all that apply) _X_ telephone, _X_ e-mail, ___ text message, ___ social media, _X_ U.S. Mail, _X_ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Mark R. Niemeyer
Niemeyer, Grebel & Kruse
10 S. Broadway, Ste. 1125
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com