UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Tracie Harris
**Case No.:** 2:17-cv-16805

## DECLARATION

I, Mark Niemeyer, have attempted to reach my client, Tracie Harris, on the following dates:

7/26/17, 8/2/17, 9/1/17, 9/25/17, 10/25/17, 11/2/17, 11/7/17 (multiple times), 11/29/17, 12/7/17, 1/4/18, 4/16/185/4/18, 5/7/18, 5/4/18, 5/31/18, 6/28/18, 7/2/18, 7/24/18, 10/1/18 by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Mark R. Niemeyer
Niemeyer, Grebel & Kruse
10 S. Broadway, Ste. 1125
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com