UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Cheryl Hicks**
**Case No.: 2:17-cv-17010**

## DECLARATION

I, Mark Niemeyer, have attempted to reach my client, Cheryl Hicks, on the following dates:

12/11/17, 12/14/17, 12/15/17, 1/2/18, 1/12/18, 1/19/18, 2/9/18, 3/16/18, 4/16/18, 5/31/18, 6/27/18, 7/9/18, 10/1/18

by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Mark R. Niemeyer
Niemeyer, Grebel & Kruse
10 S. Broadway, Ste. 1125
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com