**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 <br> : <br> : **SECTION H (5)** <br> : <br> : **JUDGE JANE TRICHE MILAZZO** <br> : <br> : **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Frazier v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al., 2:17-cv-07511*

### PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT PLAINTIFF'S DECLARATION BY All PLAINTIFFS OF ATTEMPTS TO REACH CLIENT

COMES NOW Plaintiff, Rhonda Frazier, by and through undersigned counsel of record, and respectfully files this Motion to Withdraw Document Plaintiff's Declaration by all Plaintiffs of Attempts to Reach Client which was filed with this Court on November 5, 2018. Counsel was able to communicate with client on 11/12/2018.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court grant leave to withdraw document Plaintiffs Declaration by All Plaintiffs of Attempts to Reach Client.

Signed: November 12, 2018

Respectfully submitted,
**KAGAN LEGAL GROUP, LLC**
s/ Andrew T. Kagan
Andrew T. Kagan, Esquire
FL Bar Number #26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 12th day of November 2018.

**KAGAN LEGAL GROUP, LLC**
s/ Andrew T. Kagan
Andrew T. Kagan, Esquire
FL Bar Number #26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com
*Attorney for Plaintiff*