**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : <br> : **MDL No. 2740** <br> : <br> : **SECTION H (5)** <br> : <br> : **JUDGE JANE TRICHE MILAZZO** <br> : <br> : **MAGISTRATE JUDGE NORTH** <br> : <br> : |

**THIS DOCUMENT RELATES TO:**

*Frazier v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al., 2:17-cv-07511*

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff, Ronda Frazier, by and through undersigned counsel, and files this Notice of Submission of *Plaintiff's Motion to Withdraw Document Plaintiff's Declaration by All Plaintiffs of Attempts to Reach Client* to be submitted on Thursday, November 15, 2018, before the Honorable Judge Jane Triche Milazzo.

Signed: November 12, 2018        Respectfully submitted,

**KAGAN LEGAL GROUP, LLC**
s/ Andrew T. Kagan
Andrew T. Kagan, Esquire
FL Bar Number #26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to all counsel of record, on

this 12th day of November, 2018.

**KAGAN LEGAL GROUP, LLC**
s/ Andrew T. Kagan
Andrew T. Kagan, Esquire
FL Bar Number #26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com
*Attorney for Plaintiff*