# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **ORDER RE: MOTION TO WITHRAW DOCUMENT PLAINTIFF'S DECLARATION BY ALL PLAINTIFFS OF ATTEMPTS TO REACH CLIENT** |
| THIS DOCUMENT RELATES TO:<br><br>FRAZIER v. SANOFI US SERVICES INC. ET AL. | Civil Action No.: 2:17-cv-07511-JTM-MBN |

THE COURT, having considered Plaintiff's Motion to Withdraw Document Plaintiff's Declaration by All Plaintiffs of Attempts to Reach Client , and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED.

So ordered this ___ day of _____, 2018.

_____
U.S. District Judge

1