UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Doris Ansah**
**Case No.: 2:17-cv-16473**

## DECLARATION

I, Sarah Shoemake Doles, have attempted to reach my client, Doris Ansah, on the following dates: 7/24/2018, 9/21/2018, 9/24/2018, 9/25/2018, 9/26/2018, 10/17/2018, 10/24/2018, 11/5/2018 and 11/6/2018 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Sarah Shoemake Doles_
Sarah Shoemake Doles
Carey Danis & Lowe
8235 Forsyth Boulevard suite 1100
St. Louis, MO 63105
314-725-7700
sdoles@careydanis.com