UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Harriet Graham
Case No.:  2:18-cv-02009

## DECLARATION

I, Sarah Shoemake Doles, have attempted to reach my client, Harriet Graham, on the following dates: 11/28/2017, 11/29/2017, 3/1/2018, 3/21/2018, 3/29/2018, 5/16/2018, 5/29/2018, 6/1/2018, 7/16/2018, 7/24/2018, 8/9/2018, 9/27/2018 and 10/24/2018 by (check all that apply)  X  telephone,   X   e-mail, ____ text message,   X   social media,   X   U.S. Mail,  X  Certified Mail,  X  other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Sarah Shoemake Doles*
Sarah Shoemake Doles
Carey Danis & Lowe
8235 Forsyth Boulevard suite 1100
St. Louis, MO 63105
314-725-7700
sdoles@careydanis.com