UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Colleen Ellis**
**Case No.: 18-cv-02028**

## DECLARATION

I, Peter E Goss, have attempted to reach my client, Colleen Ellis on the following dates: February 13, 2018, March 19, 2018, March 20, 2018, September 11, 2018, September 12, 2018, September 26, 2018, October 8, 2018, and October 31, 2018 by (check all that apply) __X__ telephone, _X_ e-mail, ____ text message, __X__ social media, _X__ U.S. Mail, _X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Peter E. Goss_____
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
816-336-1300
pgoss@goss-lawfirm.com