UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| <u>SHARON PAVIC</u> NAME(S), | : : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-17226 |
| <u>SANOFI-AVENTIS U.S. LLC, ET AL.</u>, Defendants. ------------------------------------------------------------- | : : : | |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

    Dated this 8th day of November, 2018

<u>/s/ Robert Binstock</u>
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com
*Counsel for Plaintiff*

<u>/s/ Julie A. Callsen</u>
  Julie A. Callsen Brandon D. Cox
  TUCKER ELLIS LLP
  950 Main Avenue, Suite 1100
  Cleveland, OH 44113-7213
  Telephone: 216-592-5000
  Facsimile: 216-592-5009
  julie.callsen@tuckerellis.com
  brandon.cox@tuckerellis.com

<u>/s/ R. Clifton Merrell</u>
  R. Clifton Merrell
  Evan Holden
  GREENBERG TRAURIG, LLP Terminus 200
  3333 Piedmont Road NE, Suite 2500

Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Kelly Bieri*
Kelly Bieri
Harley Ratliff
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com
hratcliff@shb.com
*Counsel for Sanofi-Aventis U.S. LLC and Sanofi US Services. Inc.*

/s/ *Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

/s/ *Michael J. Suffern*
Michael J. Suffern
Kimberly L. Beck

ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513-698-5064
Facsimile:  513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com

/s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
Lavinia Denniston
DECHERT LLP
2929 Arch St.
Philadelphia,
PA.  19104-2808
Telephone:  215-994-4000
Mark.cheffo@dechert.com
Mara.cuskergonzalez@dechert.com
Lavinia.Denniston@dechert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 8, 2018                                                  /s/ *Robert Binstock*
                                                                                             Robert Binstock