UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Nicole Ingram
**Case No.:** 2:17-cv-06224

## DECLARATION

I, Jessica A. Perez, have attempted to reach my client, Nicole Ingram on the following dates:

08/24/2017; 08/30/2017; 11/17/2017; 02/23/2018; 04/23/2018; 04/30/2018; 05/04/2018;

05/17/2018; 06/15/2018; 09/27/2018; 11/01/2018 and 11/07/2018.

by (check all that apply)  X  telephone,  X  e-mail, ____ text message, ____ social media, X  U.S. Mail,  X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jessica A. Perez
Jessica A. Perez (LA Bar# 34024)
Pendley, Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com