UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Sonya H. Jefferson-Sargent
**Case No.:** 2:17-cv-08795

## DECLARATION

I, Jessica A. Perez, have attempted to reach my client, Sonya H. Jefferson-Sargent on the following dates:

04/20/2018; 09/18/2018 and 09/28/2018

by (check all that apply) __X__ telephone, ____ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ___ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jessica A. Perez
Jessica A. Perez (LA Bar# 34024)
Pendley, Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com