UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Deonna Mitchell**
**Case No.: 2:18-cv-02272**

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Joan Mitchell on the following dates:

1/13/2018, 3/27/2018, 4/20/2018, 5/1/2018, 5/4/2018, 6/8/2018, 6/21/2018, 6/22/2018, 7/25/2018, 9/12/2018, 9/20/2018, 10/9/2018, 10/12/2018 and 11/8/2018.

by (check all that apply) __X__ telephone, ____ e-mail, _X___ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, _X___ other (in person visit to Plaintiff's last known Address attempted), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

J. Christopher Elliott, Esq.
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net