UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Julissa Zaro-Jose
Case No.: 2:17-cv-15855

## DECLARATION

I, Lowell W. Finson, have attempted to reach my client, Julissa Zaro-Jose on the following dates: 6/4/18, 6/13/18, 7/30/18, 8/3/18, 8/14/18, 8/20/18, 9/7/18, 9/12/18, 9/18/18, 10/1/18, 10/12/18, 10/22/18, 10/31/18, 11/2/18, 11/3/18, 11/5/18 by (check all that apply) X telephone, X e-mail, X text message, ___ social media, X U.S. Mail, ___ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 12th Day of November, 2018

/S/ Lowell W. Finson
Lowell W. Finson
FINSON LAW FIRM
126 Westwind Mall
602-377-2903
lowell@finsonlawfirm.com