UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** _____Diane Willis_____
**Case No.:** __2:17-cv-14633_____

## DECLARATION

　　　I, _____Jennifer S. Domer_____, have attempted to reach my client, _Diane Willis_ on the following dates: August 22, 2017, December 5, 2017, December 7, 2017, December 11, 2017, January 5, 2018, January 8, 2018, February 12, 2018, March 15, 2018, March 22, 2018, May 14, 2018, May 22, 2018, May 25, 2018, and November 8, 2018.

by (check all that apply) _X__ telephone, ____ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  November 12, 2018　　　　　　　　　　*/s/ Jennifer S. Domer*
　　　　　　　　　　　　　　　　　　　　　　Jennifer S. Domer
　　　　　　　　　　　　　　　　　　　　　　Cutter Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　401 Watt Ave.
　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95864
　　　　　　　　　　　　　　　　　　　　　　(916) 290-9400
　　　　　　　　　　　　　　　　　　　　　　jdomer@cutterlaw.com