UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _____Megan Rissman_____
**Case No.:** __2:17-cv-16771_____

## DECLARATION

I, _____Jennifer S. Domer_____, have attempted to reach my client, _Megan Rissman_ on the following dates: March 16, 2018, March 27, 2018, June 6, 2018, July 11, 2018, September 14, 2018, and November 8, 2018.

by (check all that apply) _X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 12, 2018                 */s/ Jennifer S. Domer*
                                                          Jennifer S. Domer
                                                          Cutter Law, P.C.
                                                          401 Watt Ave.
                                                          Sacramento, CA 95864
                                                          (916) 290-9400
                                                          jdomer@cutterlaw.com