**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  _____Janis Griffin_____
Case No.:  __2:17-cv-16877_____

**DECLARATION**

I, _____Jennifer S. Domer_____, have attempted to reach my client, _Janis Griffin_ on the

following dates: June 11, 2018, July 11, 2018,  September 4, 2018, September 14, 2018,

September 27, 2018, and November 8, 2018.

by (check all that apply) _X__ telephone, __X__ e-mail, ____ text message, ____ social media,

_X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  November 12, 2018                    */s/ Jennifer S. Domer*
                                                            Jennifer S. Domer
                                                            Cutter Law, P.C.
                                                            401 Watt Ave.
                                                            Sacramento, CA 95864
                                                            (916) 290-9400
                                                            jdomer@cutterlaw.com