UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Myra Mouton__
**Case No.:** ___2:18-3623___

### *EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD

　　Plaintiff, Myra Mouton, moves *ex parte* to substitute attorneys Betsy Barnes, Richard L. Root, and Lauren E. Godshall, of Morris Bart LLC, as counsel of record in place of Dennis C. Reich and Robert J. Binstock, of Reich & Binstock, LLP, and further moves to withdrawn Dennis C. Reich and Robert J. Binstock as counsel of record in this matter.  There will be no delay in the proceedings or prejudice to any party by the substitution of counsel as requested in this motion.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　___/s/ Lauren E. Godshall___
　　　　　　　　　　　　　　　　　　　　　Betsy Barnes, LA Bar 19473
　　　　　　　　　　　　　　　　　　　　　Richard L. Root, LA Bar 19988
　　　　　　　　　　　　　　　　　　　　　Lauren E. Godshall, LA Bar 31465
　　　　　　　　　　　　　　　　　　　　　MORRIS BART LLC
　　　　　　　　　　　　　　　　　　　　　601 Poydras Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　　New Orleans LA 70150
　　　　　　　　　　　　　　　　　　　　　Ph: (504) 525-8000
　　　　　　　　　　　　　　　　　　　　　F: (833) 277-4214
　　　　　　　　　　　　　　　　　　　　　bbarnes@morrisbart.com
　　　　　　　　　　　　　　　　　　　　　rroot@morrisbart.com
　　　　　　　　　　　　　　　　　　　　　lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 12th day of November, 2018.

                                      */s/ Lauren E. Godshall*