UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Myra Mouton__
**Case No.:** ___2:18-3623___

### ORDER GRANTING EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, Myra Mouton, having filed an ex parte motion to substitute counsel of record,

IT IS HEREBY ORDERED that Dennis C. Reich and Robert J. Binstock are withdrawn as Plaintiff's attorney of record.

IT IS FURTHER ORDERED that Betsy Barnes, Richard L. Root and Lauren E. Godshall are substituted as Plaintiff's attorney of record in the above-captioned matter.

SO ORDERED this _____ day of _____, 2018

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT