UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Tonia Williams
**Case No.:** 2:17-cv-16906

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Tonia Williams on the following dates: 9/17/2018, 9/12/2018, 9/27/2018, 10/8/2018, 10/9/2018, 10/11/2018, 10/18/2018, 11/2/2018, and 11/12/2018 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, _X_ other (in person attempt at last known address), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
E-Mail:celliott@coloradolaw.net