**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Linda W. Wilson
Case No.: 2:17-cv-09011

**DECLARATION**

        I, J. Christopher Elliott, have attempted to reach my client, Linda W. Wilson on the

following dates: 6/21/2017, 3/9/2018, 3/23/2018, 4/20/2018, 5/4/2018, 5/21/2018, 8/29/2018,

9/12/2018, 10/15/2018, 11/2/2018, and 11/5/2018 by (check all that apply) _X_ telephone, _X__

e-mail, ____ text message, _____ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other,

and my client has not been responsive to my communications to date.

        I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
E-Mail:celliott@coloradolaw.net