**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**             **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                  **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Mary Wright_____
**Case No.:** 2:17-cv-06280_____

**DECLARATION**

      I, J. Christopher Elliott, have attempted to reach my client, Mary Wright, on the

following dates: 09/13/2016, 06/27/2017, 1/11/2018, 1/13/2018, 3/6/2018, 4/20/2018, 5/4/2018,

7/3/2018, 8/29/2018, 9/12/2018, 10/16/2018, and 11/05/2018 by (check all that apply) __X__

telephone, _X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, ____ Certified

Mail, ____ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
E-Mail:celliott@coloradolaw.net