**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**


                                                            **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO**

**Plaintiff Name: <u>Bobbie Cheatham</u>**
**Case No.: <u>2:17-cv-14221</u>**


**<u>DECLARATION</u>**

I, <u>Daniel P. Markoff</u>, have attempted to reach my client, <u>Bobbie Cheatham</u>, on <u>6/8/18 and</u>

<u>numerous undocumented occasions since the filing of her case but have been unsuccessful</u> by

(check all that apply) <u>X</u> telephone, <u>X</u> e-mail, _____ text message, _____ social media, <u>X</u> U.S. Mail,

<u>X</u> Certified Mail, _____ other, and my client has not been responsive to my communications to

date.

I declare that the foregoing is true and correct to the best of my knowledge.


<u>/s/ Daniel P. Markoff</u>
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com
*Counsel for Plaintiff*