UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Cheryl Zenon
**Case No.:** 2:18-cv-01372

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Cheryl Zenon on the following dates: 1/13/2018, 2/3/2018, 3/28/2018, 4/20/2018, 5/4/2018, 5/23/2018, 5/24/2018, 9/12/2018, 10/8/2018, 10/12/2018, 10/15/2018, 10/16/2018, 10/17/2018, 10/22/2018, 10/23/2018, 11/9/2018, by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other (two in person attempts at last known address), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
E-Mail:celliott@coloradolaw.net