UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Marie Yancey
**Case No.:** 2:18-cv-00648

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Marie Yancey on the following dates: 11/14/207, 4/20/2018, 5/4/2018, 5/23/2018, 8/24/2018, 8/29/2018, 9/12/2018, 10/12/2018, 10/16/2018, 11/2/2018, and 11/12/2018 by (check all that apply) __X__ telephone, _____ e-mail, _____ text message, _____ social media, __X__ U.S. Mail, _____ Certified Mail, _X__ other (in person attempt at last known address), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
E-Mail:celliott@coloradolaw.net