UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Cheryl Fisher</u>
**Case No.:** <u>2:17-cv-14300</u>

## DECLARATION

I, <u>Daniel P. Markoff</u>, have attempted to reach my client, <u>Cheryl Fisher</u>, on <u>6/18/18, 6/29/18, and numerous undocumented occasions since the filing of her case but have been unsuccessful</u> by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, <u>X</u> Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

<u>/s/ Daniel P. Markoff</u>
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*