UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Shanina Molinari
**Case No.:** 2:17-cv-14948

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Shanina Molinari, on the following dates: 5/9/18, 5/15/18, 5/18/18, 5/22/18 and additional undocumented times by phone by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*