UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |
| KIMBERLY PECK | | Action No: 18-01607 |

Plaintiffs,

vs.

SANOFI-AVENTIS U.S. LLC, ET AL.,

　　Defendants.
-----------------------------------------------------------

　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

　　Dated this 12th day of November 2018.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900

Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*


By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
docetaxelproductid@dechert.com

*Attorneys for Defendants Hospira Worldwide, Inc.*
*Hospira, Inc., and Pfizer, Inc*