UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| NORMA DOMINGUEZ | | Action No: 17-16945 |
| Plaintiffs, | : | |
| vs. | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 12th day of November 2018.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900

Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiffs*


**SHOOK, HARDY & BACON LLP**


*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

*/s/ Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216-592-5000
Fax: 216-592-5009
noproductid@tuckerellis.com

*Attorneys for Defendant Accord Healthcare Inc.*

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
docetaxelproductid@dechert.com

*Attorneys for Defendants Hospira Worldwide, Inc. and Hospira, Inc.*

By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**

53 State Street, 27th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com

*Attorneys for Defendants*
*Sun Pharma Global, Inc.,*
*and Sun Pharmaceutical Industries, Inc.*
*f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

By:  */s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdlD@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By*: /s/Kimberly L. Beck*
Kimberly L. Beck
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Fax: 513-698-5065
kbeck@ulmer.com

*Attorneys for Actavis Pharma, Inc.*
*and Actavis LLC f/k/a Actavis Inc.*