UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| YOLANDA MEANS | | Action No: 18-01517 |

Plaintiffs,

vs.

SANOFI-AVENTIS U.S. LLC, ET AL.,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 12th day of November 2018.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900

Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiffs*

By: */s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdlD@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*