UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC** |
| | Civil Action No.: 2:17-cv-09638 |
| THIS DOCUMENT RELATES TO:<br><br>Janie C. Douglas & Leel Wilson | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of November, 2018

Respectfully Submitted By:

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar# 27902)
Nicholas R. Rockforte (LA Bar# 31305)
Jessica A. Perez (LA Bar# 34024)
PENDLEY, BAUDIN & COFFIN, L.L.P.
24110 Eden Street / PO Drawer 71
Plaquemine, LA 70765-0071

                                      Tel: (225) 687-6396 / Fax: (225) 687-6398
                                      ccoffin@pbclawfirm.com
                                      nrockforte@pbclawfirm.com
                                      jperez@pbclawfirm.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  November 13, 2018                /s/ Christopher L. Coffin