UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:   Jaunifert McKinney
Case No.:   2:16-cv-15396

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jaunifert McKinney. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. McKinney's estate.

Respectfully submitted,

  /s/ Lauren E. Godshall
Betsy Barnes, LA Bar 19473
Richard L. Root, LA Bar 19988
Lauren E. Godshall, LA Bar 31465
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
Ph: (504) 525-8000
F: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com
lgodshall@morrisbart.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 13th day of November, 2018.

/s/ Lauren E. Godshall