UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO            SECTION "H" (5)

Plaintiff Name: __Tisa Tigner__
Case No.: __2:17-cv-16925__

## DECLARATION

I, Stephanie Rados (Attorney's Name), have attempted to reach my client, Tisa Tigner on the following dates: 5/18/2018, 5/30/2018, 6/4/2018, 6/11/2018, 6/20/2018, 11/1/2018 by (check all that apply) __X__ telephone, __X__ email, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Stephanie L. Rados
Stephanie L. Rados MO #65117
ONDERLAW, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
Tel. (314) 963-9000
Fax. (314) 963-1700
rados@onderlaw.com