UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

**PLAINTIFF'S CONSENT MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK**

Plaintiff Suzanne Mink, by and through her counsel of record, Bachus & Schanker, LLC, submits this Consent Motion to Continue Submission Date For Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687).  In support of her motion, Plaintiff states as follows:

1. On October 24, 2018, Defendant Sanofi served on Plaintiff its Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687).  Sanofi's noticed submission date was November 14, 2018.

2. After conferral, Counsel for Sanofi has agreed to postpone the submission date for its motion until December 19, 2018.

3. In accordance with that agreement, Plaintiff will submit her response to Defendant's Motion no later than December 5th, 2018.  Defendants may file a reply memorandum no later than the submission date of December 19, 2018.

4. Oral argument, if any, on Defendants' motion will be determined in accordance with LR 78.1

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court grant this Consent Motion to Continue Submission Date For Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687), setting the new submission date as December 19, 2018.

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker