UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                       MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

## ORDER

Considering the foregoing Plaintiff's Consent Motion to Continue Submission Date For Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink:

It is ORDERED that said Motion is GRANTED.  In the absence of a Court order to the contrary, Plaintiff shall have until December 5, 2018 to file a response to Defendants' motion, and Defendant shall file a reply on or before the submission date of December 19, 2018.

New Orleans, Louisiana, this ____ day of November, 2018

_____
UNITED STATES DISTRICT JUDGE