UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| _____ Shirley Davis | : : | |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-14669 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this  13th  day of November, 2018.

Respectfully Submitted,

Brent Coon & Associates
/s/ Brent W. Coon
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

SHOOK, HARDY & BACON LLP

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com


Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.