## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Patricia A. Koppenhaver v. Sanofi US Services Inc., et al.* | Civil Action No.: 2:18-cv-03627 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs the Court of the death of Plaintiff, Patricia A. Koppenhaver during the pendency of this action, which occurred on August 16, 2018.

Dated: November 13, 2018

                                                                         Respectfully submitted,

                                                                         */s/ Panagiotis V. Albanis*
                                                                         Panagiotis "Pete" V. Albanis
                                                                         Morgan & Morgan -
                                                                         Complex Litigation Group
                                                                         12800 University Drive, Suite 600
                                                                         Fort Myers, FL 33907
                                                                         Phone:  239-433-6880
                                                                         Fax:  239-433-6836
                                                                         Email:  palbanis@forthepeople.com

                                                                         *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

     I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 13, 2018

                                          /s/ *Panagiotis V. Albanis*
                                          Panagiotis "Pete" V. Albanis