UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

*Jewell Farrar v. Sanofi-Aventis U.S. LLC, et al*

Civil Action No: 2:17-cv-16753

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jewell Farrar. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Farrar's estate.

Respectfully submitted,

 /s/ C. Brooks Cutter
C. Brooks Cutter, CA 121407
Jennifer S. Domer, CA 305822
CUTTER LAW, PC
401 Watt Avenue
Sacramento, CA 95864
Phone: (916) 290-9400
Fax: (916)588-9330
bcutter@cutterlaw.com
jdomer@cutterlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 13, 2018             */s/ C. Brooks Cutter*