# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Jacqueline Davis
**Case No.:** 2:17-cv-09058

## DECLARATION

I, Jessica A. Perez, have attempted to reach my client, Jacqueline Davis on the following dates:

01/03/2018; 02/05/2018; 02/16/2018; 02/23/2018; 02/26/2018; 02/28/2018; 03/19/2018; 03/27/2018; 04/09/2018; 10/03/2018 and 10/04/2018

by (check all that apply) _X_ telephone, ____ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jessica A. Perez
Jessica A. Perez (LA Bar# 34024)
Pendley, Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com