# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Brenda Monroe
Case No.: 16-cv-16146

## PLAINTIFF'S MOTION
## FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

    **NOW COMES** Plaintiff Brenda Monroe, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto. For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully asks that the Court grant her such leave.

Respectfully Submitted,

Dated: November 13, 2018        **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

### CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and has indicated that they intend on filing opposition to this motion. Therefore, Plaintiff is treating this as an "opposed" motion.

### CERTIFICATE OF SERVICE

I certify that on November 13, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson