# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Brenda Monroe
Case No.: 16-cv-16146

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on November 28, 2018, at 9:30 A.M. The following pleadings have been filed and served on Proposed Defendants Sagent, Inc., Actavis LLC, f/k/a Actavis, Inc., and Actavis Pharma, Inc.:

1. Plaintiff's Motion for Leave to File Amended Short Form Complaint;

2. Plaintiff's Memorandum in Support of her Motion;

3. Plaintiff's Proposed Amended Short Form Complaint Naming Defendants Sagent, Inc., Actavis LLC, f/k/a Actavis, Inc., and Actavis Pharma, Inc.;

4. Plaintiff's Proposed Summonses Naming Defendants Sagent, Inc., Actavis LLC, f/k/a Actavis, Inc., and Actavis Pharma, Inc.;

5. Plaintiff's Stipulation of Dismissal Dismissing Defendants Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC ONLY; and

6. Proposed Order Granting Motion for Leave to File Amended Short Form Complaint.

Respectfully Submitted,

Dated: November 13, 2018                    **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on November 13, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson