UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| BRENDA MONROE, | |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.:16-cv-16146 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 13th day of November, 2018.

| | |
|---|---|
| JOHNSON BECKER, PLLC | SHOOK, HARDY & BACON |
| /s/ Alexandra Robertson | /s/ Kelly Bieri |
| Alexandra Robertson, Esq. | Kelly Bieri, Esq. |
| Timothy J. Becker, Esq. | Harley V. Ratliff |
| 444 Cedar Street | 2555 Grand Boulevard |
| Suite 1800 | Kansas City, MO 64108 |
| St. Paul, MN 55101 | Phone: 816-474-6550 |
| Phone: 612-436-1800 | Fax: 816-421-5547 |
| Fax: 612-436-1801 | Email: Kbieri@shb.com |
| Email: tbecker@johnsonbecker.com | |
| Attorney for Plaintiff | Attorney for Sanofi-Aventis U.S. LLC |