# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Brenda Monroe
Case No.: 16-cv-16146

## ORDER

Upon Plaintiff's Motion for Leave to File Amended Short Form Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2018

                                                                                                                          _____

                                                                                                                        The Hon. Jane Triche Milazzo