UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Robyn Valladon**
**Case No.: 2:17-cv-06357**

## DECLARATION

I, Joseph Bruno (Attorney's Name), have attempted to reach my client, Robyn Valladon on the following dates:

9/12/18, 9/24/18, 10/8/18, 10/22/18, 11/7/18, 11/12/18 and 11/13/18 by (check all that apply)

__X__ telephone, _X___ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail,

__X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

         */s/ Joseph M. Bruno*
         JOSEPH M. BRUNO (Bar Roll No. 3604)
         MARKITA HAWKINS (Bar Roll No. 35812)
         **BRUNO&BRUNO, LLP**
         855 Baronne Street
         New Orleans, LA 70113
         Telephone: (504) 525-1335
         Facsimile: (504) 561-6775
         Email: jbruno@brunobrunolaw.com
         mhawkins@brunobrunolaw.com
         *Attorneys for Plaintiff*