UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF
LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK
AND
PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE SUBMISSION DATE FOR
PLAINTIFF'S OPPOSED MOTION FOR CONTINUATION OF SUBMISSION DATE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF
LIMITATIONS GROUNDS AGAINST PLAINTIFF SUZANNE MINK**

Plaintiff Suzanne Mink, by and through her counsel of record, Bachus & Schanker, LLC, submits hereby notifies the Court of her withdrawal of her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 5146) and *Ex Parte* Motion to Expedite Submission Date for Plaintiff's Opposed Motion for Continuation of Submission Date to Defendant's Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 5147).

The parties have reached agreement on a consent motion to continue the disputed submission date.

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker