# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| This Document Relates To: | SECTION "H" (5) |
| *Earnest v. Sanofi S.A., et al.* | JUDGE MILAZZO |
| Civil Case No. 2:16-cv-17144 | MAG. JUDGE NORTH |

### PLAINTIFF BARBARA EARNEST'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Barbara Earnest, who, pursuant to the attached memorandum in support, respectfully moves this Court for entry of an order granting partial summary judgment in her favor finding there is no genuine issue of material fact regarding the issue of product identification, i.e., whether the Sanofi defendants named in this action manufactured the Taxotere (docetaxel) products administered to Plaintiff.

The undisputed facts from the records of Plaintiff's infusion center and a sworn statement of its pharmacy director, as well as Sanofi's Fed. R. Civ. P. 36 admissions, demonstrate that Sanofi manufactured the Taxotere (docetaxel) administered to Plaintiff Earnest during her breast cancer treatment.

WHEREFORE, Plaintiff Barbara Earnest prays that the Court enter the attached proposed order granting her motion for partial summary judgment on the narrow issue of product identification.

1

Dated: November 13, 2018                           Respectfully submitted,

/s/ Christopher L. Coffin                          /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                     Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, LLP                      Andre Mura (on the brief)
1100 Poydras Street, Suite 2505                    GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163                       400 Continental Boulevard, 6th Floor
Phone: (504) 355-0086                              El Segundo, CA 90245
Fax: (504) 355-0089                                Telephone: 510-350-9700
ccoffin@pbclawfirm.com                             Facsimile: 510-350-9701
                                                   kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

                                                   *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                               /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                         Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                          BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                           701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street            New Orleans, LA 70139
New Orleans, LA 70163-2800                         Phone: 504-524-3300
Phone: 504-522-2304                                Fax: 504-524-3313
Fax: 504-528-9973                                  barrios@bkc-law.com
plambert@gainsben.com

                                                   *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                       Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP              Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                        9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                   Oklahoma City, OK 73120
Phone: (800) 664-1734                              Phone: (405) 607-8757
aa@andrewsthornton.com                             Fax: (405) 607-8749
                                                   dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                     Abby E. McClellan
Bachus & Schanker, LLC                             Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                     460 Nichols Road, Suite 200
Denver, CO 80202                                   Kansas City, MO 64112
Phone: (303) 893-9800                              Phone: (816) 714-7100
Fax: (303) 893-9900                                Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                        mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  */s/ M. Palmer Lambert*
>  M. PALMER LAMBERT