# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| This Document Relates To: | SECTION "H" (5) |
| *Earnest v. Sanofi S.A., et al.* | JUDGE MILAZZO |
| Civil Case No. 2:16-cv-17144 | MAG. JUDGE NORTH |

## [PROPOSED] Order Granting Plaintiff's Motion for Partial Summary Judgment

**WHEREAS**, this Court has presided over the above-captioned action and has reviewed all the pleadings and has reviewed all papers submitted on Plaintiff Barbara Earnest's motion for partial summary judgment against Defendants sanofi-aventis U.S. LLC's and Sanofi US Services Inc., and any responses thereto; and

**WHEREAS**, this Court finds that the Plaintiff has shown entitlement to partial summary judgment on her Louisiana Products Liability Act claim only insofar as there is no genuine dispute of material fact that Defendants sanofi-aventis U.S. LLC's and Sanofi US Services Inc. manufactured the Taxotere (docetaxel) administered to Plaintiff during her breast cancer treatment at Slidell Memorial Hospital between June 22, 2011 and August 24, 2011.

**IT IS HEREBY ORDERED** that Plaintiff's motion for partial summary judgment is **GRANTED**.

DATED: _____          _____
                                   HON. JANE TRICHE MILAZZO
                                   UNITED STATES DISTRICT JUDGE

1