# EXHIBIT 1

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

### AFFIDAVIT OF ROBERT J. CROCHET, II

I, Robert J. Crochet, II, am a person of the full age of majority, and swear under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am the Pharmacy Director at Slidell Memorial Hospital.

2. I signed the attached document titled *Statement Regarding Chemotherapy Drug Administered* on September 7, 2017.

3. As reflected in the attached document, Slidell Memorial Hospital's records indicate the docetaxel Barbara Earnest received between June 22, 2011 and August 24, 2011 was manufactured by SANOFI AVENTIS US LLC and SANOFI AVENTIS US LLC d/b/a WINTHROP US.

_____
ROBERT J. CROCHET, II

SWORN AND SUBSCRIBED TO
BEFORE ME, the undersigned Notary,
On the _27th_ day of _September_ 2017

_____
NOTARY PUBLIC
My Commission is for life
LA Bar No. _7901_

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Barbara Earnest

DATE OF BIRTH: _                                    SSN: ____ / ____ / _____

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

### ***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☒ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☒ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ **WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

6 / 22 / 2011
DATE OF FIRST TREATMENT

8 / 24 / 2011
DATE OF LAST TREATMENT

4
# OF DOSES

*[signature] M Crochet RPh*
SIGNATURE OF REPRESENVE OF PRACTICE/INFUSION CENTER

Robert J. Crochet II RPh  Pharmacy Director
PRINTED NAME & TITLE OF REPRESENTATIVE

9-7-2017 TaC
DATE

Slidell Memorial Hospital R CC
NAME OF PRACTICE/INFUSION CENTER

1120 Robert Blvd.
ADDRESS

Slidell, LA. 70458
CITY, STATE, ZIP