# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates To: | SECTION:  N |
| *Earnest v. Sanofi S.A., et al.* | JUDGE ENGELHARDT |
| Civil Case No. 2:16-cv-17144 | MAG. JUDGE NORTH |

**DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANTS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants") provide the following Objections and Responses to Plaintiff's First Requests for Admission.  As discovery in this matter is ongoing, Defendants reserve the right to amend, supplement, modify, or change their Responses.[1]

Defendants object and respond as follows:

**OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

1. Defendants object to Plaintiff's instructions and definitions to the extent they purport to expand or alter Defendants' obligations in responding to discovery. For example, Defendants object to Instruction No. 3, which purports to require Defendants to "specify the type of information you contend is unavailable, and explain what you have done to obtain the information", on the grounds that this instruction seeks to impose obligations on Defendants

---

[1] Any response Defendants make to such discovery does not waive Defendants' rights to assert additional objections as necessary.

beyond those contemplated by the Federal Rules of Civil Procedure.

## REQUESTS FOR ADMISSION

1.      Admit that You are the Manufacturer of any Taxotere (or docetaxel) Product administered to Plaintiff between June 2011 and August 2011.

**RESPONSE:**  Defendants admit that they manufacture Taxotere and/or docetaxel products bearing the NDC code 0955-1021-04, and admit that NDC code 0955-1021-04 appears in Plaintiff's billing records dated between June 22, 2011 and August 24, 2011. *See* billing records attached as **Exhibit 1**.  To the extent that this Request seeks any other admission, Defendants state that, after a reasonable inquiry, the information known or readily obtainable is insufficient to enable Defendants to specifically admit or deny.

2.      Admit that You are the Manufacturer of any Taxotere (or docetaxel) Products bearing NDC codes 0075-8003-01 and 0955-1021-04.

**RESPONSE:**  Defendants admit that they manufacture Taxotere and/or docetaxel products bearing the NDC codes 0075-8003-01 and 0955-1021-04.  Except as expressly admitted, Defendants deny this Request.

3.     **Admit that You are the Manufacturer of the Taxotere (or docetaxel) Products bearing NDC codes 0075-8003-01 and 0955-1021-04 that are identified in the Affidavit of Robert J. Crochet, II, which is attached hereto as Exhibit "A".**

**RESPONSE:** Defendants admit that they manufacture Taxotere and/or docetaxel products bearing the NDC codes 0075-8003-01 and 0955-1021-04 that are identified in the September 29, 2017 Affidavit of Robert J. Crochet, II, and admit that NDC code 0955-1021-04 appears in Plaintiff's billing records dated between June 22, 2011 and August 24, 2011. *See* billing records attached as **Exhibit 1**. Except as expressly admitted, Defendants deny this Request.

Respectfully submitted,

/s/ *Harley V. Ratliff*
Harley V. Ratliff
Adrienne Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE  URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, a true and correct copy of Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.'s Objections and Responses to Plaintiff's First Requests for Admission to Defendants were served upon the following by email:

J. Kyle Bachus
Darin Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop St, Ste 700
Denver, CO 80202
Phone: (303) 893-9800
(303) 893-9900
Email: kyle.bachus@coloradolaw.net
Email: dschanker@coloradolaw.net
*Attorney for Plaintiff*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Attorney for Plaintiff*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Attorney for Plaintiff*

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700

New Orleans, LA 70130
Phone: (504) 310-2100
Email: dmoore@irwinllc.com
*Attorney for Defendants*

                                                                   /s/ *Harley V. Ratliff*

# EXHIBIT 1

SLIDELL MEMORIAL HOSPITAL  
PO BOX 54710  
NEW ORLEANS   LA  701544170  
9856452900

| 3a PAT CN'L # | 90002470-0001 | | |
|---|---|---|---|
| b. MED REC # | 1183893 | | 0131 |
| 5 FED. TAX NO | 72-6014895 | 6 STATEMENT COVERS PERIOD FROM 041811 THROUGH 041811 | 7 |

8 PATIENT NAME: EARNEST, BARBARA  
9 PATIENT ADDRESS: a 2313 PELICAN ST  b SLIDELL  c LA  d 70460

10 BIRTHDATE: —  11 SEX: F  12 DATE: 041811  13 HR: 04  14 TYPE: 3  15 SRC: 1  16 DHR: 23  17 STAT: 01

31 OCCURRENCE CODE 11  DATE 041111

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0250 | N400264180032ML100.000 | | 041811 | 1 | 1406 |
| 0260 | IV THERAPY | 96375 | 041811 | 1 | 12900 |
| 0260 | IV THERAPY | 96367 | 041811 | 1 | 15500 |
| 0300 | LABORATORY OR LAB | 36591 | 041811 | 1 | 13700 |
| 0301 | LAB/CHEMISTRY | 80053 | 041811 | 1 | 38500 |
| 0305 | LAB/HEMATOLOGY | 85025 | 041811 | 1 | 14600 |
| 0335 | CHEMOTHERP-IV | 96413 | 041811 | 1 | 103500 |
| 0335 | CHEMOTHERP-IV | 96411 | 041811 | 1 | 22700 |
| 0636 | N400264180031ML50.000 | J7050 | 041811 | 2 | 2812 |
| 0636 | N400641036725ML1.000 | J1100 | 041811 | 10 | 1406 |
| 0636 | N400143989001ML16.000 | J2405 | 041811 | 32 | 7872 |
| 0636 | N455390024701ML50.000 | J9000 | 041811 | 13 | 105350 |
| 0636 | N410019095501UN2.508 | J9070 | 041811 | 15 | 148840 |
| 0636 | N408290039005ML5.000 | J1642 | 041811 | 50 | 2650 |

0001  PAGE 001 OF 001  CREATION DATE 042111  TOTALS 491736

52 REL INFO: Y  53 ASG BEN: Y  
56 NPI: 1578568481  
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA  
59 P.REL: 18

66 DX: V5811   1748   28803   V7262  
69 ADMIT DX: V5811  
74 PRINCIPAL PROCEDURE CODE: 9925  DATE: 041811  
76 ATTENDING NPI: 1508821372  LAST: GARTNER  FIRST: JAMES  
77 OPERATING NPI: 1508821372  LAST: GARTNER  FIRST: JAMES

61CC: a R3282N00000X   b R14   c R2M

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC

SLIDELL MEMORIAL HOSPITAL
PO BOX 54710
NEW ORLEANS  LA  701544170
9856452900

3a PAT CNTL #: 90002804-0001
b. MED REC. #: 1183893
0131
5 FED. TAX NO.: 72-6014895
6 STATEMENT COVERS PERIOD FROM 050311 THROUGH 050311

8 PATIENT NAME: EARNEST, BARBARA
9 PATIENT ADDRESS: 2313 PELICAN ST, SLIDELL, LA 70460

10 BIRTHDATE: 05031104
11 SEX: F
12 DATE: 
13 HR: 4
14 TYPE: 3
15 SRC: 1
16 DHR: 23
17 STAT: 01

31 OCCURRENCE CODE/DATE: 11 041911

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0250 | N400264180032ML100.000 | | 050311 | 1 | 1406 | |
| 0260 | IV THERAPY | 96367 | 050311 | 1 | 15500 | |
| 0260 | IV THERAPY | 96375 | 050311 | 1 | 12900 | |
| 0335 | CHEMOTHERP-IV | 96413 | 050311 | 1 | 103500 | |
| 0335 | CHEMOTHERP-IV | 96411 | 050311 | 1 | 22700 | |
| 0636 | N400264180031ML50.000 | J7050 | 050311 | 2 | 2812 | |
| 0636 | N400641036725ML1.000 | J1100 | 050311 | 10 | 1406 | |
| 0636 | N400143989001ML16.000 | J2405 | 050311 | 32 | 7872 | |
| 0636 | N455390024701ML50.000 | J9000 | 050311 | 13 | 69530 | |
| 0636 | N410019095601UN1.000 | J9070 | 050311 | 15 | 161610 | |
| 0636 | N408290039005ML5.000 | J1642 | 050311 | 50 | 2650 | |

0001  PAGE 001 OF 001    CREATION DATE 050911    TOTALS 401886

56 NPI: 1578568481
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA
59 P.REL: 18

9F 1662097

66 DX: V5811  1748  V7262
69 ADMIT DX: V5811
70 PATIENT REASON DX:

76 ATTENDING NPI: 1508821372
LAST: GARTNDER  FIRST: JAMES

81CC: a B3282N00000X
       b R14
       c R2M

UB-04 CMS-1450    APPROVED OMB NO 0938-0997    NUBC

SLIDELL MEMORIAL HOSPITAL  
PO BOX 54710  
NEW ORLEANS  LA  701544170  
9856452900

3a PAT CNTL #: 90003402-0001  
b. MED REC #: 1183893  
0131  
5 FED. TAX NO: 72-6014895  
6 STATEMENT COVERS PERIOD FROM 051711 THROUGH 051711

8 PATIENT NAME: EARNEST, BARBARA  
9 PATIENT ADDRESS: 2313 PELICAN ST  SLIDELL  LA  70460

10 BIRTHDATE: (blank)  
11 SEX: F  
12 DATE: 051711  
13 HR: 04  
14 TYPE: 3  
15 SRC: 1  
16 DHR: 23  
17 STAT: 01

31 OCCURRENCE CODE: 11  DATE: 050411

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0250 | N400264180032ML100.000 |  | 051711 | 1 | 1406 |  |
| 0260 | IV THERAPY | 96367 | 051711 | 2 | 31000 |  |
| 0300 | LABORATORY OR LAB | 36591 | 051711 | 1 | 13700 |  |
| 0301 | LAB/CHEMISTRY | 80053 | 051711 | 1 | 38500 |  |
| 0305 | LAB/HEMATOLOGY | 85025 | 051711 | 1 | 14600 |  |
| 0335 | CHEMOTHERP-IV | 96413 | 051711 | 1 | 103500 |  |
| 0335 | CHEMOTHERP-IV | 96411 | 051711 | 1 | 22700 |  |
| 0636 | N400264180031ML50.000 | J7050 | 051711 | 2 | 2812 |  |
| 0636 | N400641036725ML1.000 | J1100 | 051711 | 10 | 1406 |  |
| 0636 | N400143989001ML16.000 | J2405 | 051711 | 32 | 7872 |  |
| 0636 | N455390024701ML50.000 | J9000 | 051711 | 13 | 70170 |  |
| 0636 | N410019095601UN1.000 | J9070 | 051711 | 15 | 162270 |  |
| 0636 | N408290039005ML5.000 | J1642 | 051711 | 50 | 2650 |  |

0001  PAGE 001 OF 001  CREATION DATE 052011  TOTALS 472586

52 REL INFO: Y  53 ASG BEN: Y  
56 NPI: 1578568481  
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA  
59 P REL: 18

63 TREATMENT AUTHORIZATION CODES: 1662097

66 DX: V5811   1748   V7262  
69 ADMIT DX: V5811  
70 PATIENT REASON DX: V5811

76 ATTENDING NPI: 1508821372  LAST: CARINDER  FIRST: JAMES  
77 OPERATING NPI: 1508821372  LAST: CARINDER  FIRST: JAMES

80 REMARKS  
81CC a: B3282N00000X  
b: R14  
c: R2M

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

$$$$$$

SLIDELL MEMORIAL HOSPITAL  
PO BOX 54710  
NEW ORLEANS   LA 701544170  
9856452900

3a PAT CNTL#: 90003492-0001  
b MED REC #: 1183893  
0131  
5 FED. TAX NO.: 72-6014895  
6 STATEMENT COVERS PERIOD FROM: 060111   THROUGH: 060111

8 PATIENT NAME: EARNEST, BARBARA  
9 PATIENT ADDRESS: 2313 PELICAN ST / SLIDELL / LA / 70460  
11 SEX: F  
12 DATE: 060111  
13 HR: 04  
14 TYPE: 3  
15 SRC: 1  
16 DHR: 23  
17 STAT: 01

31 OCCURRENCE CODE: 11   DATE: 050611

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0250 | N400264180032ML100.000 |  | 060111 | 1 | 1406 |  |
| 0260 | IV THERAPY | 96367 | 060111 | 2 | 31000 |  |
| 0301 | LAB/CHEMISTRY | 80053 | 060111 | 1 | 38500 |  |
| 0305 | LAB/HEMATOLOGY | 85025 | 060111 | 1 | 14600 |  |
| 0335 | CHEMOTHERP-IV | 96413 | 060111 | 1 | 103500 |  |
| 0335 | CHEMOTHERP-IV | 96411 | 060111 | 1 | 22700 |  |
| 0636 | N400264180031ML50.000 | J7050 | 060111 | 2 | 2812 |  |
| 0636 | N400641036725ML1.000 | J1100 | 060111 | 10 | 1406 |  |
| 0636 | N400143989001ML16.000 | J2405 | 060111 | 32 | 7872 |  |
| 0636 | N455390024701ML50.000 | J9000 | 060111 | 13 | 70170 |  |
| 0636 | N410019095601UN1.000 | J9070 | 060111 | 15 | 162270 |  |
| 0636 | N408290039005ML5.000 | J1642 | 060111 | 50 | 2650 |  |

0001  PAGE 001 OF 001  CREATION DATE: 060411  TOTALS: 458886

52 REL INFO: Y  53 ASG BEN: Y  
56 NPI: 1578568481  
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA  
59 P.REL: 18

63 TREATMENT AUTHORIZATION CODES: 1442097

66 DX: V5811   1748   28803   V7262  
69 ADMIT DX: V5811

61CC: a R3282N00000X  
b R14  
c R2M

76 ATTENDING NPI: 1508821372  
LAST: GARTNDER   FIRST: JAMES

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC

| | | | | | 3a PAT CNTL # | 90004407-0001 | | | |
|---|---|---|---|---|---|---|---|---|---|
| SLIDELL MEMORIAL HOSPITAL | | | | | b. MED REC. # | 1183893 | | | 0131 |
| PO BOX 54710 | | | | | | | | | |
| NEW ORLEANS  LA  701544170 | | | | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | | 7 | |
| 9856452900 | | | | | | FROM | THROUGH | | |
| | | | | | 72-6014895 | 062211 | 062211 | | |

| 8 PATIENT NAME | a | | 9 PATIENT ADDRESS | a 2313 PELICAN ST | | | | |
|---|---|---|---|---|---|---|---|---|
| b EARNEST, BARBARA | | | b SLIDELL | | | | c LA | d 70460 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 062211 | 04 | 3 | 1 | 23 | 01 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | | 32 | 33 OCCURRENCE CODE DATE | | 34 | 35 OCCURRENCE SPAN CODE FROM THROUGH | | 36 OCCURRENCE SPAN CODE FROM THROUGH | | 37 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 060311 | | | | | | | | | | |

| 38 | | | 39 CODE | VALUE CODES AMOUNT | 40 | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| | | a | | | | | |
| | | b | | | | | |
| | | c | | | | | |
| | | d | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0260 | IV THERAPY | 96367 | 062211 | 2 | 31000 | | |
| 0300 | LABORATORY OR LAB | 36415 | 062211 | 1 | 2300 | | |
| 0300 | LABORATORY OR LAB | 36591 | 062211 | 1 | 13700 | | |
| 0301 | LAB/CHEMISTRY | 80053 | 062211 | 1 | 38500 | | |
| 0305 | LAB/HEMATOLOGY | 85025 | 062211 | 1 | 14600 | | |
| 0335 | CHEMOTHERP-IV | 96413 | 062211 | 1 | 103500 | | |
| 0636 | N400264180031ML50.000 | J7050 | 062211 | 4 | 5624 | | |
| 0636 | N400641036725ML1.000 | J1100 | 062211 | 10 | 1406 | | |
| 0636 | N400143989001ML16.000 | J2405 | 062211 | 32 | 7872 | | |
| 0636 | N400955102104ML8.000 | J9171 | 062211 | 220 | 2285190 | | |
| 0636 | N408290039005ML5.000 | J1642 | 062211 | 50 | 2650 | | |

| 23 0001 | PAGE 001 OF 001 | | CREATION DATE | 062511 | TOTALS | 2506342 | |
|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1578568481 |
|---|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER PRV ID | 1720313 |
| B | | | | | | | |
| C | | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A EARNEST, BARBARA | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| C 9F 1662097 | | |

| 66 DX | V5811 | 1749 | V7263 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | V5811 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING | NPI 1508821372 | QUAL | |
|---|---|---|---|---|---|---|---|---|
| 9925 062211 | | | | | LAST CARTNDER | FIRST JAMES | | |
| | | c OTHER PROCEDURE CODE DATE | | | 77 OPERATING | NPI 1508821372 | QUAL | |
| | | | | | LAST CARTNDER | FIRST JAMES | | |
| 80 REMARKS | 81CC a B32B2N0000X | | | | 78 OTHER | NPI | QUAL | |
| | b R14 | | | | LAST | FIRST | | |
| | c R2M | | | | 79 OTHER | NPI | QUAL | |
| | d | | | | LAST | FIRST | | |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

$$$$$$

Earnest, Barbara (Doc ID 1799) - PPR 000083

SLIDELL MEMORIAL HOSPITAL
PO BOX 54710
NEW ORLEANS LA 701544170
9856452900

3a PAT CN'L #: 90005014-0001
b. MED. REC. #: 1183893
0131

5 FED. TAX NO.: 72-6014895
6 STATEMENT COVERS PERIOD FROM 071311 THROUGH 071311

8 PATIENT NAME: EARNEST, BARBARA
9 PATIENT ADDRESS: 2313 PELICAN ST  SLIDELL  LA 70460

10 BIRTHDATE: (blank)  11 SEX: F  12 DATE: 071311  13 HR: 04  14 TYPE: 3  15 SRC: 1  16 DHR: 23  17 STAT: 01

31 OCCURRENCE CODE/DATE: 11 062211

| 42 REV.CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0260 | IV THERAPY | 96367 | 071311 | 2 | 31000 | |
| 0300 | LABORATORY OR LAB | 36591 | 071311 | 1 | 13700 | |
| 0301 | LAB/CHEMISTRY | 80053 | 071311 | 1 | 38500 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 071311 | 1 | 14600 | |
| 0335 | CHEMOTHERP-IV | 96413 | 071311 | 1 | 103500 | |
| 0636 | N400264180031ML50.000 | J7050 | 071311 | 2 | 2812 | |
| 0636 | N400641036725ML1.000 | J1100 | 071311 | 10 | 1406 | |
| 0636 | N400143989001ML16.000 | J2405 | 071311 | 32 | 7872 | |
| 0636 | N400955102104ML8.000 | J9171 | 071311 | 220 | 2285190 | |
| 0636 | N400264780010ML500.000 | J7040 | 071311 | 1 | 1420 | |
| 0636 | N408290039005ML5.000 | J1642 | 071311 | 50 | 2650 | |

0001 PAGE 001 OF 001  CREATION DATE 071611  TOTALS 2502650

53 REL INFO: Y  54 ASSG BEN: Y
56 NPI: 1578568481
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA   59 P.REL: 18

63 TREATMENT AUTHORIZATION CODES: 1662097

66 DX: V5811  1749  V7262
69 ADMIT DX: V5811

76 ATTENDING  NPI 1508821372  LAST CARTNDER  FIRST JAMES
77 OPERATING  NPI 1508821372  LAST CARTNDER  FIRST JAMES

80 REMARKS:
81CC a R3282N00000X
b R14
c R2M

UB-04 CMS-1450  APPROVED OMB NO. 0938-0997  NUBC

$$$$$
Earnest, Barbara (Doc ID 1799) - PPR 000084

SLIDELL MEMORIAL HOSPITAL  
PO BOX 54710  
NEW ORLEANS   LA 701544170  
9856452900

| 3a PAT CNTL # | 90005014-0001 | |
|---|---|---|
| b. MED REC.# | 1183893 | 0131 |

| 5 FED. TAX NO | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 |
|---|---|---|
| 72-6014895 | 071311 / 071311 | |

8 PATIENT NAME: EARNEST, BARBARA  
9 PATIENT ADDRESS: 2313 PELICAN ST   SLIDELL   LA   70460

10 BIRTHDATE: (blank)  
11 SEX: F  
12 DATE: 071311  
13 HR: 04  
14 TYPE: 3  
15 SRC: 1  
16 DHR: 23  
17 STAT: 01

31 OCCURRENCE CODE 11   DATE 062211

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0260 | IV THERAPY | 96367 | 071311 | 2 | 31000 | |
| 0335 | CHEMOTHERP-IV | 96413 | 071311 | 1 | 103500 | |
| 0636 | N400264180031ML50.000 | J7050 | 071311 | 2 | 2812 | |
| 0636 | N400641036725ML1.000 | J1100 | 071311 | 10 | 1406 | |
| 0636 | N400143989001ML16.000 | J2405 | 071311 | 32 | 7872 | |
| 0636 | N400955102104ML8.000 | J9171 | 071311 | 220 | 2285190 | |
| 0636 | N400264780010ML500.000 | J7040 | 071311 | 1 | 1420 | |
| 0636 | N408290039005ML5.000 | J1642 | 071311 | 50 | 2650 | |

0001   PAGE 001 OF 001   CREATION DATE 082311   TOTALS 2435850

52 REL INFO: Y   53 ASG BEN: Y  
56 NPI: 1578568481  
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA  
59 P.REL: 18

63 TREATMENT AUTHORIZATION CODES:  
9F 1795704

66 DX: V5811   1749   V7262  
69 ADMIT DX: V5811

74 PRINCIPAL PROCEDURE CODE: 9925   DATE: 071311

76 ATTENDING NPI: 1508821372   LAST: CARINDER   FIRST: JAMES  
77 OPERATING NPI: 1508821372   LAST: CARINDER   FIRST: JAMES

81CC:  
a. R3282N00000X  
b. R14  
c. R2M

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC

$$$$$$

SLIDELL MEMORIAL HOSPITAL
PO BOX 54710
NEW ORLEANS  LA 701544170
9856452900

PAT. CNTL #: 90005362-0001
MED. REC. #: 1183893
FED. TAX NO.: 72-6014895
STATEMENT COVERS PERIOD: FROM 080311 THROUGH 080311
0131

PATIENT NAME: EARNEST, BARBARA
PATIENT ADDRESS: 2313 PELICAN ST, SLIDELL, LA 70460

SEX: F
ADMISSION DATE: 080311  HR: 04  TYPE: 3  SRC: 1  DHR: 23
STAT: 01

OCCURRENCE CODE/DATE: 11 / 063011

| REV CD | DESCRIPTION | HCPCS/RATE/HIPPS CODE | SERV DATE | SERV UNITS | TOTAL CHARGES |
|---|---|---|---|---|---|
| 0260 | IV THERAPY | 96367 | 080311 | 2 | 31000 |
| 0300 | LABORATORY OR LAB | 36591 | 080311 | 1 | 13700 |
| 0301 | LAB/CHEMISTRY | 80053 | 080311 | 1 | 38500 |
| 0305 | LAB/HEMATOLOGY | 85025 | 080311 | 1 | 14600 |
| 0335 | CHEMOTHERP-IV | 96413 | 080311 | 1 | 103500 |
| 0636 | N400264180031ML50.000 | J7050 | 080311 | 2 | 2812 |
| 0636 | N400641036725ML1.000 | J1100 | 080311 | 10 | 1406 |
| 0636 | N400143989001ML16.000 | J2405 | 080311 | 32 | 7872 |
| 0636 | N400264780010ML500.000 | J7040 | 080311 | 1 | 1420 |
| 0636 | N400955102104ML8.000 | J9171 | 080311 | 220 | 2285190 |
| 0636 | N408290039005ML5.000 | J1642 | 080311 | 50 | 2650 |

0001  PAGE 001 OF 001   CREATION DATE: 080611   TOTALS: 2502650

REL INFO: Y   ASG BEN: Y
NPI: 1578568481
OTHER PRV ID: 1720313

INSURED'S NAME: EARNEST, BARBARA
P.REL: 18

TREATMENT AUTHORIZATION CODES: 9F 1146498

DX: V5811  1749  V7263
ADMIT DX: V5811

PRINCIPAL PROCEDURE CODE/DATE: 9925 / 080311

ATTENDING: NPI 1508821372  LAST CARINDER  FIRST JAMES
OPERATING: NPI 1508821372  LAST CARINDER  FIRST JAMES

81CC: a B3282N00000X
      b R14
      c R2M

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC

$$$$$$
Earnest, Barbara (Doc ID 1799) - PPR 000086

SLIDELL MEMORIAL HOSPITAL
PO BOX 54710
NEW ORLEANS  LA 701544170
9856452900

3a PAT CNTL #: 90006152-0001
b MED REC #: 1183893
0131
5 FED. TAX NO.: 72-6014895
6 STATEMENT COVERS PERIOD FROM 082411 THROUGH 082411

8 PATIENT NAME: EARNEST, BARBARA
9 PATIENT ADDRESS: 2313 PELICAN ST, SLIDELL, LA 70460

10 BIRTHDATE: (blank)
11 SEX: F
12 DATE: 082411
13 HR: 04
14 TYPE: 3
15 SRC: 1
16 DHR: 23
17 STAT: 01

31 OCCURRENCE CODE 11  DATE 072511

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0260 | IV THERAPY | 96367 | 082411 | 2 | 31000 | |
| 0300 | LABORATORY OR LAB | 36415 | 082411 | 1 | 2300 | |
| 0300 | LABORATORY OR LAB | 36591 | 082411 | 1 | 13700 | |
| 0301 | LAB/CHEMISTRY | 80053 | 082411 | 1 | 38500 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 082411 | 1 | 14600 | |
| 0335 | CHEMOTHERP-IV | 96413 | 082411 | 1 | 103500 | |
| 0636 | N400264180031ML50.000 | J7050 | 082411 | 2 | 2812 | |
| 0636 | N400641036725ML1.000 | J1100 | 082411 | 10 | 1406 | |
| 0636 | N400143989001ML16.000 | J2405 | 082411 | 32 | 7872 | |
| 0636 | N400264780010ML500.000 | J7040 | 082411 | 1 | 1420 | |
| 0636 | N400955102104ML8.000 | J9171 | 082411 | 220 | 2285190 | |
| 0636 | N408290039005ML5.000 | J1642 | 082411 | 50 | 2650 | |

0001  PAGE 001 OF 001  CREATION DATE 082711  TOTALS 2504950

52 REL INFO: Y
53 ASG BEN: Y
56 NPI: 1578568481
57 OTHER PRV ID: 1720313

58 INSURED'S NAME: EARNEST, BARBARA
59 P.REL: 18

63 TREATMENT AUTHORIZATION CODES:
9F 1795704

66 DX: V5811  1749  V7263
69 ADMIT DX: V5811
70 PATIENT REASON DX: (blank)

76 ATTENDING  NPI 1528023900  LAST SUAREZ  FIRST AGUSTIN
77 OPERATING  NPI 1528023900  LAST SUAREZ  FIRST AGUSTIN

80 REMARKS:
81CC a R3282N00000X
b R14
c R2M

UB-04 CMS-1450  APPROVED OMB NO. 0938-0997  NUBC

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

$$$$$$