UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Earnest v. Sanofi S.A., et al.*

Civil Case No. 2:16-cv-17144

### PLAINTIFF BARBARA EARNEST'S UNDISPUTED FACTS IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Barbara Earnest hereby submits this statement of undisputed material facts in support of her Motion for Partial Summary Judgment:

1. Earnest received her Taxotere (docetaxel) treatment at Slidell Memorial Hospital.

2. In a notarized affidavit, the Pharmacy Director for this hospital, Robert Crochet, II, swears that the hospital's "records indicate the docetaxel Barbara Earnest received between June 22, 2011 and August 24, 2011 was manufactured by Sanofi Aventis US LLC and Sanofi Aventis US LLC d/b/a Winthrop US." Affidavit of Robert J. Crochet and Statement of Chemotherapy Drug Administered, attached hereto as Exhibit 1 (all-caps removed, date of birth information redacted).

3. The National Drug Codes ("NDCs") contained in Plaintiff Earnest's medical records demonstrate that Sanofi is the manufacturer of the Taxotere (docetaxel) taken by Plaintiff Earnest. National Drug Codes are a unique number "that identifies the manufacturer and the product, among other things." *Fox Rx, Inc. v. Omnicare, Inc.*, 38 F. Supp. 3d 398, 405 (S.D.N.Y. 2014); *see also* 21 U.S.C. § 360(e); 21 C.F.R. § 207.20 (requiring "drug

1

establishments . . . that engage in the manufacture, preparation, propagation, compounding, or processing of a drug or drugs [to] register and submit a list of every drug in commercial distribution"). The codes are searchable online and updated daily. *See* National Drug Code Directory, United States Food and Drug Administration.[1]

4. Attached to the affidavit of Mr. Crochet, the Pharmacy Director for Slidell Memorial Hospital, is a "Statement Regarding Chemotherapy Drug Administered," in which Mr. Crochet identifies two National Drug Codes for the Taxotere (docetaxel) administered to Plaintiff Earnest: 0075-8003-01 and 0955-1021-04. Exhibit 1 at p. 2.  According to the National Drug Code Directory, Sanofi manufacturers the Taxotere (docetaxel) assigned these drug codes. *See* National Drug Code Directory, United States Food and Drug Administration.[2]

5. Sanofi "admit[s] that they manufacture Taxotere and/or docetaxel products bearing the NDC codes 075-8003-01 and 0955-1021-04 that are identified in the September 29, 2017 Affidavit of Robert J. Crochet, II 2017. . ." Sanofi's Objections and Responses to Plaintiffs' First Requests for Admission to Defendants, April 16, 2018, p. 2-3, attached hereto at Exhibit 2 (date of birth and insurance information redacted).

6. Sanofi also "admit[s] that NDC code 0955-1021-04 appears in Plaintiff's billing records dated between June 22, 2011 and August 24, 2011." *Id*.

7. Under this Court's Amended Product Identification Order, which is Case Management Order No. 12A (Rec. 3492):

> Where Plaintiff has submitted Product ID Information as defined in Paragraph 6, Defendants in MDL 2740 will not dispute such evidence without offering testimonial or documentary evidence to rebut the presumption. If any party obtains contrary testimonial or

---

[1] *Available at* https://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm.
[2] *Available at* https://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm.

> documentary evidence regarding Product ID Information ("contrary evidence"), it shall notify counsel for all named parties of the existence of such evidence within seven (7) days of its discovery. In all cases subject to a trial scheduling order, any contrary evidence obtained must be produced by the close of Phase I discovery. Otherwise, once a case is identified in a trial scheduling order and after the close of Phase I discovery, the existing Product ID Information will be deemed affirmative evidence of the identity of the manufacturer or labeler of a plaintiff's docetaxel, absent good cause shown.

(Rec. 3492, at 7 ¶8.)  Footnote 10 of CMO 12A provides that contrary evidence in Ms. Earnest's case shall be produced by Defendants prior to the close of Phase II discovery.

8. Plaintiff Earnest has been selected as the second alternate the first sanofi-only trial, and the deadline for Phase II discovery in her case has passed without Sanofi producing any contrary evidence regarding Product ID. *See* Trial Scheduling Order, CMO No. 14 (Rec. 3064 at 2 ¶ 3 & 7 (Table)). Therefore, under CMO No. 12A, Plaintiff Earnest's Product ID information is "affirmative evidence" that Sanofi is the manufacturer of Taxotere administered to her during her breast cancer treatment.

Dated: November 13, 2018            Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Andre Mura (on the brief)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

Plaintiffs' Co-Liaison Counsel

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

Plaintiffs' Co-Liaison Counsel

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT