Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCATAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) |
| | ) SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) JUDGE JANE TRICHIE MILAZZO |
| Nelda Hastings Civil Action No. 2:17-cv-16312 | ) ) MAG. JUDGE MICHAEL B. NORTH |
| | ) |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Nelda Hastings informs the Court that Ms. Hastings has died.  Counsel will be separately filing a motion to substitute party in this action.

DATED:  November 14, 2018                    THE MULLIGAN LAW FIRM


By:   /s/Charles G. Orr
      Charles G. Orr
      Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/Charles G. Orr
Charles G. Orr
Attorney for Plaintiff