UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JoAnn Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendants. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC**<br><br>Civil Action No.: 2:17-cv-12801 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in the matter except Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

    Dated this <u>14th</u> day of November, 2018.

                                                                        **MCEWEN LAW FIRM**

                                                                        */s/ Gregory Neil McEwen*
                                                                        Gregory Neil McEwen
                                                                        5850 Blackshire Path
                                                                        Inver Grove Heights, MN 55076
                                                                        Phone: 651-224-3833
                                                                        Facsimile: 651-223-5790
                                                                        gmcewen@mcewenlaw.com
                                                                        ***Attorney for Plaintiff JoAnn Jones***

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Gregory Neil McEwen*
**COUNSEL FOR PLAINTIFF**