UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Myra Mouton__
Case No.: __2:18-3623__

### *EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, Myra Mouton, moves *ex parte* to substitute attorneys Betsy Barnes, Richard L. Root, and Lauren E. Godshall, of Morris Bart LLC, as counsel of record in place of Dennis C. Reich and Robert J. Binstock, of Reich & Binstock, LLP, and further moves to withdraw Dennis C. Reich and Robert J. Binstock as counsel of record in this matter. There will be no delay in the proceedings or prejudice to any party by the substitution of counsel as requested in this motion.

Respectfully submitted,

__/s/ Lauren E. Godshall__
Betsy Barnes, LA Bar 19473
Richard L. Root, LA Bar 19988
Lauren E. Godshall, LA Bar 31465
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
Ph: (504) 525-8000
F: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com
lgodshall@morrisbart.com

          */s/ Dennis C. Reich*
          Dennis C. Reich (TX: 16739600)
          Robert J. Binstock (TX: 02328350)
          Reich & Binstock, LLP
          4265 San Felipe, Suite 1000
          Houston, TX 77027
          Phone: 713-622-7271
          dreich@reichandbinstock.com
          bbinstock@reichandbinstock.com

          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 14th day of November, 2018.

          */s/ Lauren E. Godshall*