UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Suzanne Mink v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-02931

## ORDER

Considering the foregoing Plaintiff's Consent Motion to Continue Submission Date For Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 5221);

**IT IS ORDERED** that said Motion is **GRANTED**.  In the absence of a Court order to the contrary, Plaintiff shall have until December 5, 2018 to file a response to Defendants' motion, and Defendant shall file a reply on or before the submission date of December 19, 2018;

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Continue Submission Date (Doc. 5146) and Plaintiff's Motion to Expedite Submission Date for Plaintiff's Opposed Motion for Continuation of Submission Date (Doc. 5147) are **DENIED AS MOOT.**

New Orleans, Louisiana, this 13th day of November, 2018

_____
UNITED STATES DISTRICT JUDGE