UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Deborah Cunningham**
**Case No.: 2:17-cv-16172**

## DECLARATION

I, Eric Newell, or my staff, have attempted to reach my client, Deborah Cunningham on the following dates: 5/25/18, 6/7/18, 6/20/18, 7/5/18, 7/6/18, 7/30/18, 10/15/18, 11/1/18, 11/7/18, 11/13/18

by (check all that apply) __☑__ telephone, __☑__ e-mail, ____ text message, ____ social media, __☑__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Eric W. Newell_
Eric W. Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666