UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>ANISA ISHIDA</u>
Case No.: <u>2:18-cv-04437</u>

## DECLARATION

I, Eric Newell, or my staff, have attempted to reach my client, <u>Anisa Ishida</u> on the following dates:

<u>6/6/18, 6/14/18, 6/21/18, 6/26/18, 7/2/18, 7/5/18, 7/9/18, 9/18/18, 10/2/18, 10/4/18, 10/5/18, 10/8/18, 10/24/18, 11/7/18</u>

by (check all that apply) <u> X </u> Telephone, <u> X </u> e-mail, __ text message, ____ social media, <u> X </u> U.S. Mail, ____ Certified Mail, <u> X </u> other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric W. Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666