UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **TERRI POLLARD**
Case No.: **2:17-cv-15101**

## DECLARATION

I, Eric Newell, or my staff, have attempted to reach my client, Terri Pollard on the following dates:

8/9/18, 9/12/18, 9/20/18, 10/2/18, 10/3/18, 10/4/18, 10/5/18, 10/8/18, 10/11/18, 10/15/18, 10/24/18, 11/5/18

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666