UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Francisca Powell
**Case No.: 2:17-cv-15127**

## DECLARATION

I, Eric Newell, or my staff, have attempted to reach my client, Francisca Powell on the following dates: May 29, 2018; June 7, 2018; July 11, 2018; July 26, 2018; August 9, 2018; August 10, 2018; September 19, 2018; September 28, 2018; October 1, 2018; October 17, 2018; October 19, 2018,  October 28, 2018; October 10, 2018; October 17, 2018; October 29, 2018; October 30, 2018; 11/08/2018; plus additional attempts by a Spanish speaking staff member which dates were not documented.

by (check all that apply) X  telephone,  X e-mail, ____ text message, ____ social media,  X  U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Eric W. Newell
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666