**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                              **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Mozella Rolle**
**Case No.: 2:18-cv-04452**

**DECLARATION**

     I, Eric Newell, or my staff, have attempted to reach my client, Mozella Rolle on the

following dates: February 5, 2015; March 7, 2018; May 24, 2018; May 29, 2018; May 30, 2018;

July 6, 2018; October 24, 2018; October 29, 2018; October 31, 2018; November 6, 2018;

November 13, 2018.

by (check all that apply) X telephone, X e-mail, _____ text message, _____ social media,

 X U.S. Mail, _____ Certified Mail, _____ other, and my client has not been responsive to my

communications to date.

     I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Eric W. Newell
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666