**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                         **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Sheri Williams**
**Case No.: 2:18-cv-04460**

**DECLARATION**

I, Eric Newell, or my staff, have attempted to reach my client, Sheri Williams on the

following dates: 6/5/18, 6/20/18, 7/5/18, 7/10/18, 7/12/18, 10/18/18, 10/29/18, 11/08/18

_____

_____

by (check all that apply) __☑__ telephone, ____ e-mail, ____ text message, ____ social media,

__☑__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666