UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Valerie Fletcher</u>
**Case No.:** <u>2:17-cv-16953</u>

## DECLARATION

    I, Trevor White, have attempted to reach my client, Valerie Fletcher on the following dates: 12/15/2017, 12/18/2017, 12/21/2017, 01/18/2017, 01/31/2018, 02/02/2018, 02/07/2018, 02/08/2018, 04/20/2018, and 05/22/2018 by **X** telephone, **X** e-mail, **X** text message, and , **X** U.S. Mail. Ms. Fletcher finally responded via email on June 21, 2018, stating that she no longer wished to move forward with this litigation and would like her case to be dismissed. She was informed that her case would be dismissed with prejudice.

    I declare that the foregoing is true and correct to the best of my knowledge.

    */s/ Trevor White*
    Trevor A. White, Esq.
    John C. Thornton, Esq.
    ANDREWS & THORNTON
    4701 Von Karman Ave, Suite 300
    Newport Beach, CA 92660
    Phone: 949-748-1000
    Email: twhite@andrewsthornton.com

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **DECLARATION OF ATTORNEY TREVOR WHITE REGARDING CLIENT VALERIE FLETCHER;** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 9, 2018                  */s/ Trevor White*
                                                        Trevor A. White, SBN 320305
                                                        John C. Thornton, SBN 84492
                                                        Anne Andrews, SBN: 103280
                                                        ANDREWS & THORNTON
                                                        4701 Von Karman Ave., Suite 300
                                                        Newport Beach, CA 92660
                                                         Phone: (949) 748-1000
                                                        Facsimile: (949) 315-3540
                                                        aa@andrewsthornton.com
                                                        jct@andrewsthornton.com
                                                        twhite@andrewsthornton.com

                                                        *Attorneys for Plaintiff*