UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 2:17-cv-16953 |
| _____ Valerie Fletcher, <br><br> Plaintiff, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, ET AL., <br><br> Defendants. | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 14th day of November, 2018.

/s/ Trevor A. White
Trevor A. White
John C. Thonrton
ANDREWS & THORNTON
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
Phone: 949-748-1000
Fax: 949-315-3540
twhite@andrewsthornton.com

*Counsel for Plaintiff*

SHOOK, HARDY & BACON LLP

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

TUCKER ELLIS LLP

/s/ Julie Callsen
Julie Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Phone: 216-592-5000
Fax: 216-592-5009
nproductid@tuckerellis.com

*Counsel for Defendant Accord Healthcare Inc*

GREENBERG TRAURIG, LLP

/s/ Evan Holden
Evan Holden
R. Clifton Merrell
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: 678-553-2100
Fax: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com

*Counsel for Defendant Sandoz, Inc.*


DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
docetaxelproductid@dechert.com


*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


MORRISON & FOERSTER LLP

*/s/ Erin Bosman*
Erin Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130
Phone: 858-720-5100
Fax: 858-720-5125
noproductid@mofo.com


*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
docenoprodid@hinshawlaw.com

***Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Industries, Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing **Stipulation of Dismissal with Prejudice** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 14, 2018

/s/ *Trevor A. White*
Trevor White
John C. Thornton
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: 949-748-1000
Fax: 949-315-3540
twhite@andrewsthornton.com

*Attorneys for Plaintiff*