MINUTE ENTRY
NORTH, M.J.
NOVEMBER 8, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER: 2740
　　　　　PRODUCTS LIABILITY
　　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　　　　　ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Mary Thompson).

| PRESENT: | David Miceli | Douglas Moore |
| | Palmer Lambert | Patrick Oot |
| | Karen Barth Menzies | Harley Ratliff |
| | Dawn Barrios | Kelly Brilleaux |
| | Kyle Bachus | Peter Rotolo |
| | Chris Coffin | John Olinde |
| | Lawrence Centola | John Strongman |
| PARTICIPATING BY PHONE: | Andre Mura | Julie Callsen |
| | Daniel Markoff | Kathleen Kelly |
| | Darin Schanker | Mike Suffern |
| | Andrew Lemmon | Mara Cusker Gonzales |
| | Zachary Wool | Cliff Merrell |
| | Abby McClellan | Suzy Marinkovich |
| | Anne Andrews | Adrienne Byard |
| | John Thornton | |
| | Jessica Perez Reynolds | |

Plaintiffs' request to quash the subpoena issued to Dr. Tosti is denied.

Plaintiffs' request to re-open certain depositions is held in abeyance pending the PSC's submission, by close of business Friday, November 9, 2018, of the list of proposed deponents, the length of time needed to depose them, and the specific justification for reopening the deposition of each proposed deponent.  Sanofi may file a response to that

MJSTAR (00:45)

submission no later than close of business Wednesday, November 14, 2018 and the Court will take the matter under submission.

The Court will issue final versions of protocols addressing (1) ex parte communications with Plaintiffs' treating and prescribing physicians and (2) ESI deficiencies for non-bellwether Plaintiffs.

The next discovery status conference will be held **December 19, 2018** at **11:30 a.m.**

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE