BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Dawn Gaskey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC** |
| | Civil Action No.: 2:17-cv-10579 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of November, 2018

Respectfully submitted,
SCHMIDT NATIONAL LAW GROU
/s/ Martin Schmidt
Martin Schmidt (CA Bar No.: 171673)
9191 Towne Centre Dr., Ste. 510
San Diego, California 92122
Telephone: (800) 631-5656
Facsimile: (619) 393-1777
mschmidt@nationalinjuryadvocates.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          SCHMIDT NATIONAL LAW GROUP

          */s/ Martin Schmidt*
          Martin Schmidt (CA Bar No.: 171673)
          9191 Towne Centre Dr., Ste. 510
          San Diego, California 92122
          Telephone: (800) 631-5656
          Facsimile: (619) 3931777
          mschmidt@nationalinjuryadvocates.com