UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: PATRICIA MCCARTER
Case No.: 2:17-cv-13736

# DECLARATION

I, Carasusana B. Wall, and my office have attempted to reach my client, Patricia McCarter on the following dates:

06/27/2018; 08/14/2018 and 11/06/2018

by (check all that apply) X telephone, ____ e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

Ms. McCarter was previously made aware of the possibility of dismissal with prejudice of her case on 01/15/2018.

I declare that the foregoing is true and correct to the best of my knowledge.

/S/ Carasusana B. Wall
Carasusana B. Wall (0090234)
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 100
Toledo, Ohio 43617
Tel.   (419) 841-9623
Fax   (419) 841-9719
Email  cara@toledolaw.com