UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| KAREN OWENS, | : : | SECTION "N" (5) JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal With Prejudice** |
| SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. LLC, SANDOZ, INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC, HOSPIRA. INC., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC., | : : : : : : | Civil Action No.  2:18-cv-5667 |
| Defendant(s). | | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Karen Owens' case be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. The reason for this dismissal is to resolve a duplicate filing; Ms. Owens' claims will remain active in case number 2:18-cv-06234, also pending in the Eastern District of Louisiana.

DATED: November 14, 2018

1

2

| | |
|---|---|
| FEARS NACHAWATI, PLLC | SHOOK, HARDY & BACON LLP |
| /s/ Matthew R. McCarley<br>Matthew R. McCarley<br>Texas Bar No. 24041426<br>4925 Greenville Avenue<br>Suite 715<br>Dallas, Texas 75206<br>Tel. (214) 890-0711<br>Fax (214) 890-0712<br>Email: mccarley@fnlawfirm.com<br>Attorney for Plaintiff | /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Phone: 816-474-6550<br>Fax: 816-421-5547<br>Email: kbieri@shb.com<br>Attorneys for Sanofi-Aventis U.S. LLC &<br>Sanofi U.S. Services Inc. |

GREENBURG TRAURIG, LLP

/s/ James Z. Foster
James Z. Foster
 Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
P: (678) 553-1104
F: (678) 553-7374
fosterja@gtlaw.com
Attorney for Sun Pharmaceutical Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Matthew R. McCarley