UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br>Laurel Carr v. Sanofi S.A., et al. | Civil Action No.: 2:17-cv-9664 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6)

Dated this 14th day of November, 2018

By: /s/ Karen Barth Menzies
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 14, 2018

                                                  By:  /s/ *Karen Barth Menzies*
                                                  Karen Barth Menzies (*pro hac vice*)
                                                  Cal. Bar No. 180234
                                                **GIBBS LAW GROUP LLP**
                                                  6701 Center Drive West, 14th Floor
                                                  Los Angeles, CA 90045
                                                  Telephone: (510) 350-9240
                                                  Facsimile: (510) 350-9701
                                                  Email:  kbm@classlawgroup.com