UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCTAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 |
| | | SECTION "H" |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE T. MILAZZO |
| Phyllis Rhymer v. Accord Healthcare, Inc. Civil Action 2:18-cv-9924 | : : : | MAG JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendant Accord Healthcare, Inc. only from the above-captioned case, with prejudice, each party to bear its own costs.

Dated: November 15, 2018

Respectfully submitted,

**FOX & FARLEY, ATTORNEYS AT LAW**

 /s/ Bruce D. Fox
Bruce D. Fox, Esq. (BPR No. 008965)
John A. Willis, Esq. (BPR No. 018468)
BruceFox@FoxandFarleylaw.com
JohnWillis@FoxandFarleylaw.com
Fox & Farley, Attorneys at Law
310 N. Main St.
Clinton, Tennessee 37716
(865) 457-6440
Attorneys for Plaintiff Phyllis Rhymer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana or via the court's CM/ECF system.

Dated: November 15, 2018

                                      Respectfully Submitted,

                                      **FOX & FARLEY, ATTORNEYS AT LAW**

                                       */s/ Bruce D. Fox*
                                      Bruce D. Fox, Esq. (BPR No. 008965)
                                      John A. Willis, Esq. (BPR No. 018468)
                                      BruceFox@FoxandFarleylaw.com
                                      JohnWillis@FoxandFarleylaw.com
                                      Fox & Farley, Attorneys at Law
                                      310 N. Main St.
                                      Clinton, Tennessee 37716
                                      (865) 457-6440
                                      Attorneys for Plaintiff Phyllis Rhymer