**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL No. 2740

Section "N" (5)

THIS DOCUMENT RELATES TO:

Case No. 16-cv-15500

Genelle Williams,

  Plaintiff

v.

Sanofi, et al.,

  Defendants

---

**CONSENT MOTION TO EXTEND SUBMISSION DATE**
**FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM**
**COMPLAINT TO JANUARY 30, 2019**

---

Plaintiff Genelle Williams, and defendant Sagent Pharmaceuticals, Inc., specially

appearing to oppose the motion to amend, hereby move to extend the submission date of

Plaintiff's Motion for Leave to File Amended Short Form Complaint [Doc. 5227] to January 30,

2019.  Pursuant to LR 7.3, this motion is accompanied by a proposed order.

Respectfully submitted,

Dated November 15, 2018

JOHNSON BECKER, PLLC

s/ Alexandra W. Robertson
Alexandra W. Robertson, MN Bar #395619
Timothy J. Becker, MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsbecker.com
tbecker@johnsonbecker.com

*Attorneys for Plaintiff*

ULMER & BERNE LLP

s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5000 (telephone)
msuffern@ulmer.com
kbeck@ulmer.com

*Counsel for Specially Appearing Defendant,*
*Sagent Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November, 2018, I filed the above document with the

Court via the Court's CM/ECF system, which will notify all counsel of record.

s/ Michael J. Suffern

Michael J. Suffern

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE TAXOTERE (DOCETAXEL)               MDL No. 2740
**PRODUCTS LIABILITY LITIGATION**

                                         Section "N" (5)

**THIS DOCUMENT RELATES TO:**            Case No. 16-cv-15500

**Genelle Williams,**

   **Plaintiff**

**v.**

**Sanofi, et al.,**

   **Defendants**

---

**[PROPOSED] ORDER GRANTING**
**CONSENT MOTION TO EXTEND SUBMISSION DATE**
**FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM**
**COMPLAINT TO JANUARY 30, 2019**

---

For the reasons set forth in the consent motion, and for other good cause shown, this

Court **GRANTS** the Consent Motion to Extend Submission Date for Plaintiff's Motion for

Leave to File Amended Short Form Complaint to January 30, 2019.


                                 **IT IS SO ORDERED**.


                                 _____
                                 JUDGE, JANE T. MILAZZO