UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "N" (5) |
| THIS DOCUMENT RELATES TO: | Case No. 16-cv-16146 |
| **Brenda Monroe,** | |
|    Plaintiff | |
| v. | |
| **Sanofi, et al.,** | |
|    Defendants | |

**CONSENT MOTION TO EXTEND SUBMISSION DATE
FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM
COMPLAINT TO JANUARY 30, 2019**

Plaintiff Brenda Monroe, and defendant Sagent Pharmaceuticals, Inc., specially appearing to oppose the motion to amend, hereby move to extend the submission date of Plaintiff's Motion for Leave to File Amended Short Form Complaint [Doc. 5233] to January 30, 2019.  Pursuant to LR 7.3, this motion is accompanied by a proposed order.

Respectfully submitted,

Dated November 15, 2018

| | |
|---|---|
| JOHNSON BECKER, PLLC | ULMER & BERNE LLP |
| s/ Alexandra W. Robertson | s/ Michael J. Suffern |
| Alexandra W. Robertson, MN Bar #395619 | Michael J. Suffern |
| Timothy J. Becker, MN Bar #256663 | Kimberly L. Beck |
| Johnson Becker, PLLC | Ulmer & Berne LLP |
| 444 Cedar Street, Suite 1800 | 600 Vine Street, Suite 2800 |
| St. Paul, Minnesota 55101 | Cincinnati, OH 45202 |
| (612) 436-1800 (telephone) | (513) 698-5000 (telephone) |
| arobertson@johnsbecker.com | msuffern@ulmer.com |
| tbecker@johnsonbecker.com | kbeck@ulmer.com |
| ***Attorneys for Plaintiff*** | ***Counsel for Specially Appearing Defendant, Sagent Pharmaceuticals, Inc.*** |

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November, 2018, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

s/ Michael J. Suffern

Michael J. Suffern

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Section "N" (5) |
| THIS DOCUMENT RELATES TO: | Case No. 16-cv-16146 |

**Brenda Monroe,**

  **Plaintiff**

**v.**

**Sanofi, et al.,**

  **Defendants**

---

**[PROPOSED] ORDER GRANTING
CONSENT MOTION TO EXTEND SUBMISSION DATE
FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM
COMPLAINT TO JANUARY 30, 2019**

---

For the reasons set forth in the consent motion, and for other good cause shown, this Court **GRANTS** the Consent Motion to Extend Submission Date for Plaintiff's Motion for Leave to File Amended Short Form Complaint to January 30, 2019.

**IT IS SO ORDERED**.

_____
JUDGE, JANE T. MILAZZO