UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

**APPLICATION FOR 505(b)(2) DEFENDANTS' DEFENSE LIAISON COUNSEL AND SETTLEMENT COUNSEL POSITIONS**

Pursuant to Pretrial Order No. 69 (Rec. Doc. No. 1095), come Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Pfizer Inc., Accord Healthcare Inc., Sandoz, Inc., McKesson Packaging Services, a division of McKesson Corporation, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. and Actavis Pharma, Inc. ("the 505(b)(2) Defendants") and, pursuant to Pretrial Order No. 25 (Rec. Doc. No. 287), respectfully request that this Court reappoint John F. Olinde, Chaffe McCall, L.L.P., as Defense Liaison Counsel for the 505(b)(2) Defendants in the captioned MDL.

The 505(b)(2) Defendants further request that this Court reappoint[1] to the 505(b)(2) Settlement Committee, as initially appointed by this Court in Pretrial Order No. 44 (Rec. Doc. No. 371) and Pretrial Order No. 44A (Rec. Doc. No. 2355), the following:

1. Accord Healthcare Inc. - Matthew P. Moriarty;

2. Actavis Pharma, Inc. - Rex A. Littrell;

3. Hospira, Inc., Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc. - Sheila L. Birnbaum;

4. McKesson Packaging Services, a division of McKesson Corporation - Habib Nasrullah;

---

[1] Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. respectfully requests that this Court substitute and appoint Daniel W. McGrath as its Settlement Counsel.

5. Sandoz Inc. – Russell A. "Chip" Gaudreau, Chairperson; and

6. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. – Daniel W. McGrath.

Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. ("Sun") respectfully nominates Daniel W. McGrath as the representative for Sun on the 505(b)(2) Defendants' Settlement Committee established by this Court.  Sun seeks to substitute Mr. McGrath for Bradford Carver, the current representative for Sun on the Settlement Committee, due to Mr. McGrath's particular expertise in resolving complex product liability matters and because Mr. Carver is leaving Hinshaw & Culbertson, LLP.  Mr. McGrath has read Pretrial Order No. 6 and understands the responsibilities and commitment required to serve on the Settlement Committee.  Mr. McGrath is a partner at Hinshaw & Culbertson LLP, is the firm's Product Liability Practice Group Leader and a member of the firm's Executive Committee.  Mr. McGrath has over thirty years of trial and litigation experience and focuses his practice on complex product litigation.  He presently serves as Chairperson of the DRI Jury Trial Preservation Task Force and as a member of DRI's Issues & Advocacy and Engagement Committees.  Mr. McGrath is ready and willing to serve as a member of the 505(b)(2) Defendants' Settlement Committee in the coming year, or longer, as the Court may desire. A copy of Mr. McGrath's full biography is attached as Exhibit A.

WHEREFORE, Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Pfizer Inc., Accord Healthcare Inc., Sandoz, Inc., McKesson Packaging Services, a division of McKesson Corporation, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. and Actavis Pharma, Inc. pray

that the Court accepts their reapplication for the positions of Defense Liaison Counsel and reapplications/application for the positions of Settlement Counsel.

Respectfully Submitted:

| | |
|---|---|
| */s/ John P. Wolff, III*<br>John P. Wolff, III, TA #14504<br>Nancy B. Gilbert, Bar #23095<br>Chad A. Sullivan, Bar #27657<br>Richard W. Wolff, Bar #34844<br>KEOGH, COX & WILSON, LTD.<br>701 Main Street, P.O. Box 1151<br>Baton Rouge, LA 70821<br>Telephone: 225-383-3796<br>Facsimile: 225-343-9621<br>jwolff@keoghcox.com<br>ngilbert@keoghcox.com<br>csullivan@keoghcox.com<br>rwolff@keoghcox.com | ***Counsel for Defendant Accord Healthcare Inc.*** |
| */s/ Matthew P. Moriarty*<br>Matthew P. Moriarty<br>Julie A. Callsen, TA, OH Bar #0062287<br>Brandon D. Cox, OH Bar #0089815<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216-592-5000<br>Facsimile: 216-592-5009<br>matthew.moriarty@tuckerellis.com<br>julie.callsen@tuckerellis.com<br>brandon.cox@tuckerellis.com | ***Counsel for Defendant Accord Healthcare Inc.*** |

| | |
|---|---|
| */s/ Russell A. Gaudreau* <br> Russell A. Gaudreau <br> Lori G. Cohen <br> R. Clifton Merrell <br> Evan Holden <br> GREENBERG TAURIG, LLP <br> Terminus 200 <br> 3333 Piedmont Road NE, Suite 2500 <br> Atlanta, GA 30305 <br> Telephone:  678-553-2100 <br> Facsimile:  678-553-2100 <br> cohenl@gtlaw.com <br> merrellc@gtlaw.com <br> holdene@gtlaw.com | *Counsel for Defendant Sandoz, Inc.* |
| */s/ Deborah B. Rouen* <br> Deborah B. Rouen <br> E. Paige Sensenbrenner <br> ADAMS AND REESE LLP <br> One Shell Square <br> 701 Poydras Street, Suite 4500 <br> New Orleans, LA 70139 <br> Telephone:  504-581-3234 <br> Facsimile:  504-566-0210 <br> debbie.rouen@arlaw.com <br> paige.sensenbrenner@arlaw.com | *Counsel for Defendant Sandoz, Inc.* |
| */s/ Mark S. Cheffo* <br> Mark S. Cheffo <br> Mara Cusker Gonzalez <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone:  212-849-7000 <br> Facsimile:  212-849-7100 <br> markcheffo@quinnemanuel.com <br> maracuskergonzalez@quinnemanuel.com | *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* |

| | |
|---|---|
| /s/ John F. Olinde | *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* |
| John F. Olinde (Bar No. 1515) | |
| Peter J. Rotolo (Bar No. 21848) | |
| 1100 Poydras Street | |
| New Orleans, LA 70163 | |
| Telephone: 504-858-7000 | |
| Facsimile: 504-585-7075 | |
| olinde@chaffe.com | |
| rotolo@chafe.com | |
| | |
| /s/ Erin M. Bosman | *Counsel for Defendant McKesson Packaging Services, a division of McKesson Corporation* |
| Erin M. Bosman (Bar No. 204987) | |
| Julie Y. Park (Bar No. 259929) | |
| MORRISON & FOERSTER LLP | |
| 12531 High Bluff Dr. | |
| San Diego, CA 92130-2040 | |
| Telephone: 858-720-5100 | |
| Facsimile: 858-720-5125 | |
| ebosman@mofo.com | |
| juliepark@mofo.com | |
| | |
| /s/ Stanton E. Shuler, Jr. | *Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.* |
| Stanton E. Shuler, Jr. (Bar No. 19152) | |
| LEAKE & ANDERSSON LLP | |
| 1100 Poydras Street, Suite 1700 | |
| New Orleans, LA 70163-1701 | |
| Telephone: 504-585-7500 | |
| Facsimile: 504-585-7775 | |
| sshuler@leakeandersson.com | |
| | |
| /s/ Geoffrey M. Coan | *Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.* |
| Geoffrey M. Coan | |
| Kathleen E. Kelly | |
| HINSHAW & CULBERTSON LLP | |
| 53 State Street, 27th Floor | |
| Boston, MA 02109 | |
| Telephone: 617-213-7000 | |
| Facsimile: 617-213-7001 | |
| gcoan@hinshawlaw.com | |
| kekelly@hinshawlaw.com | |

| | |
|---|---|
| */s/ Michael J. Suffern*<br>Michael J. Suffern<br>Jeffrey F. Peck<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone:  513-698-5064<br>Facsimile:  513-698-5065<br>msuffern@ulmer.com<br>jpeck@ulmer.com | *Counsel for Defendant Actavis Pharma, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th Day of November, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system.

/s/ *John F. Olinde*