UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PRETRIAL ORDER NO. _____**
**REAPPOINTMENT OF DEFENSE LIAISON COUNSEL AND**
**REAPPOINTMENT/APPOINTING OF SETTLEMENT COUNSEL POSITIONS**

Having considered the 505(b)(2) Defendants' Reapplication for Defense Liaison Counsel and Settlement Counsel Positions;

IT IS HEREBY ORDERED that John F. Olinde is reappointed as Defense Liaison Counsel for the 505(b)(2) Defendants.

IT IS FURTHER ORDERED that the following individuals are appointed to the 505(b)(2) Settlement Committee:

1. Accord Healthcare Inc. - Matthew P. Moriarty;

2. Actavis Pharma, Inc. - Rex A. Littrell;

3. Hospira, Inc., Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc. - Sheila L. Birnbaum;

4. McKesson Packaging Services, a division of McKesson Corporation - Habib Nasrullah;

5. Sandoz Inc. – Russell A. "Chip" Gaudreau, Chairperson; and

6. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. – Daniel W. McGrath.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE