IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO ALL CASES | HON. JANE T. MILAZZO |

**MOTION FOR RE-APPOINTMENT OF PLAINTIFFS' SETTLEMENT COMMITTEE MEMBERS, BEN W. GORDON, JR., MARK R. NIEMEYER, DENNIS C. REICH, ASHLEA G. SCHWARZ, AND IRVING J. WARSHAUER TO THE PLAINTIFFS' SETTLEMENT COMMITTEE**

Pursuant to Pretrial Orders No. 2 and No. 6, on behalf of the entire Plaintiffs' Settlement Committee, I respectfully submit this motion in support of our re-appointment to continue to serve as this Court's Plaintiffs' Settlement Committee ("PSC"). As the Court is aware, we have served on the Plaintiffs' Settlement Committee for the past two years, since our initial appointment by Judge Engelhardt. In this capacity, we have been and remain actively engaged in and fully committed to our work on the Plaintiffs' Settlement Committee, and we believe that our continued appointment would inure to the benefit of the Court and the parties. WHEREFORE, we move this Honorable Court for an Order reappointing each of us for another year, or as the Court may deem just and proper.

Dated: November 16, 2018          Respectfully Submitted,

/s/ Ben W. Gordon, Jr.
FL Bar No. 882836
Levin Papantonio, et al.
316 S. Baylen St.
Pensacola, Florida 32502
(850) 432-7274

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this *Motion for Re-Appointment of Plaintiffs' Settlement Committee Members* will be filed on the Court's CM/ECF system today, November 16, 2018. Notice of the filling will be sent to all counsel of record.

/s/ Ben W. Gordon, Jr.

Ben W. Gordon, Jr.