IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------

IN RE: TAXOTERE (DOCETAXEL)     :     MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION   :            :

                                    :     SECTION "N"(5)

-----------------------------------------------------------     :

                                      :     HON. JANE T. MILAZZO

THIS DOCUMENT RELATES TO         :
ALL CASES                               :

-------------------------------------------------------     :

## [PROPOSED] ORDER RE-APPOINTING
## PLAINTIFFS' SETTLEMENT COMMITTEE MEMBERS

**IT IS ORDERED** that the Court hereby re-appoints the following members to the

Plaintiffs' Settlement Committee: Ben W. Gordon, Jr., Mark R. Niemeyer, Dennis C. Reich,

Ashlea G. Schwarz, and Irving J. Warshauer.

     New Orleans, Louisiana, this _____ day of November, 2018

                                 _____

                                 **HON. JANE TRICHE MILAZZO**
                                 **UNITED STATES DISTRICT JUDGE**