IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>   Rocklyn Barthelemy         ,<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI S.A. f/k/a SANOFI ADVENTIS S.A., AVENTIS PHARMA S.A., and: SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.<br><br>Defendant(s). | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE  MILAZZO<br>MAG. JUDGE NORTH<br><br>COMPLAINT & JURY DEMAND<br><br>Civil Action No.:  2:16-cv-17948 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMENDED COMPLAINT**

COMES NOW Plaintiff, Rocklyn Barthelemy, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in the Western District of Louisiana on December 8, 2016 (*Rocklyn Barthelemy v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Case No. 6:16-cv-01697*) and transferred to the Eastern District of Louisiana on May 31, 2017 (*Rocklyn Barthelemy v. Sanofi S.A., Aventis*

---

[1] Plaintiff's liaison counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

*Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., Case No. 2:16-cv-17948)* and plaintiff served Defendants pursuant to PTO 9.

In July 2017, counsel received the National Drug Code form from Rocklyn Bathelemy from her oncologist. At that time, Plaintiff learned that, Hospira Worldwida, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Sandoz, Inc., rather than Sanofi Aventis and its related entities, should have been named as the Defendants in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect these changes.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

**Respectfully submitted,**

Dated: Winter Park, Florida
February 2, 2018

THE MAHER LAW FIRM, P.A.

/s/Jason R. Fraxedas_____
Jason R. Fraxedas (FL Bar # 63887)
Steven R. Maher (FL Bar # 887846)
271 W. Canton Ave, Suite 1
Winter Park, FL 32789
Telephone: (407) 839-0866
Facsimile: (407) 425-7958
jrfraxedas@maherlawfirm.com
smaher@maherlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jason R. Fraxedas_____
Jason R. Fraxedas