UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC f/k/ a HOSPIRA WORLDWIDE, INC. AS NAMED DEFENDANTS ALONG WITH DEFENDANT SANDOZ INC.**<br><br>Civil Action No.: 2:17-cv-16582-KDE-MBN |
| THIS DOCUMENT RELATES TO:<br><br>NINETTE WARD v. SANDOZ INC. | |

    Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Ninette Ward respectfully requests leave to file her Amended Complaint adding Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. formerly doing business as Hospira Worldwide, Inc. as named defendants in this case along with Sandoz Inc.

    Since filing her Complaint, Plaintiff has received the National Drug Code documents and learned that Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. should be named as defendants in this case along with the previously named defendant Sandoz, Inc.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 19th day of November 2018

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

### CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Sandoz Defendants and Hospira Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 19th, November 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*