UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. AS NAMED DEFENDANTS ALONG WITH DEFENDANT SANDOZ INC.** |
| | Civil Action No.: 2:17-cv-16582-KDE-MBN |
| THIS DOCUMENT RELATES TO:<br><br>NINETTE WARD v. SANDOZ INC. | |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Hospira, Inc., and Hospira Worldwide, LLC, Formerly Doing Business as Hospira Worldwide, Inc. as named defendants along with previously named Defendant Sandoz Inc. is GRANTED.

Signed, this_____ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge