UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : : ROBERTA G. HARRISON, : : Plaintiff(s), : : vs. : : Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, : : : Defendant(s). : ------------------------------------------------------------- : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2:17-cv-06753 |

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

Matthew B. Moreland
Jennifer L. Crose
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799

DATED: November 19, 2018

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
mmoreland@jimshall.com
jcrose@jimshall.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record on this 19th day of November, 2018.

/s/Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799
mmoreland@jimshall.com
jcrose@jimshall.com