# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | JUDGE MILAZZO |
| ROBERTA G. HARRISON Civil Action No. 2:17-cv-06753 | : : | MAG. JUDGE NORTH |

_____

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Counsel for Plaintiff Roberta G. Harrison informs the Court that Mrs. Harrison had died. Counsel will file a separate motion to substitute party in this action.

Dated: November 19, 2018

By: */s/Matthew B. Moreland*
Matthew B. Moreland (LA #24567)
Jennifer L. Crose (LA #32116)
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, #100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799
mmoreland@jimshall.com
jcrose@jimshall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 19th day of November, 2018.

*/s/Matthew B. Moreland*