# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **ORDER RE: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>WHITE ET AL v. SANOFI US SERVICES INC. ET AL. | Civil Action No.: 2:18-cv-00777-JTM-MBN |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4661);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
U.S. District Judge