UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

KRISTEN T. BARRY
CASE NO.: 2:18-CV-00655

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4663);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
The Honorable Jane T. Milazzo