UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> KATHLEEN BELL V. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC | Civil Action No. 2:16-cv-17573 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 4686);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
The Hon. Jane Triche Milazzo