UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| ROSALIND CHRISTOPHE, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-14227 |
| | : | |
| Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., et al | : : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------------- :

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case

be dismissed with prejudice against the Defendants, Actavis LLC f/k/a Actavis Inc. and

Actavis Pharma, Inc. only, each party to bear its own costs.

Dated this 19th day of November, 2018.

Respectfully submitted,

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com
*Counsel for Plaintiff*

By: /s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065 msuffern@ulmer.com
*Attorneys for Defendant Actavis Pharma, Inc*
*and Actavis LLC f/k/a Actavis Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Daniel P. Markoff