UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

*Frances Harper v. Sanofi S.A., et al.*
*Civil Action No. 2:17-cv-00813*

### ORDER

Considering Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 5013);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT