UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |
| | : | |
| | | CIVIL ACTION NO. 2:18-cv-06518 |
| THIS DOCUMENT RELATES TO: LILIBETH BORGONIA, et al. v. SANOFI US SERVICES INC. et al. | : : : : | |

Considering Plaintiffs' Motion for Leave to File a Second Amended Short Form Complaint (Doc. 5042);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiffs' Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
THE HON. JANE TRICHE MILAZZO