UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO |
| FELECIA BROOKS-JONES, ET AL., <br>      Plaintiffs, <br> vs. <br> ACTAVIS LLC FKA ACTAVIS INC., ET AL., <br>      Defendants. | : : : : : : : : : : | MAG. JUDGE NORTH <br><br> Civil Action No.: 2:16-cv-17382 |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. 5113);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
Hon. Jane Triche Milazzo