UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| LATONYA DAVIS, ET AL., | : | MAG. JUDGE NORTH |
| Plaintiffs, | : | |
| vs. | : | Civil Action No.: 2:16-cv-17407 |
| ACTAVIS LLC FKA ACTAVIS INC., ET AL., | : | |
| Defendants. | : | |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. 5117);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
Hon. Jane Triche Milazzo