UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:** | |
| *Altheria Cornelius v. Hospira Worldwide, LLC* <br> *Civil Action No: 2:17-cv-16910* | |

**PLAINTIFF'S NOTICE OF FILING UNOPPOSED MOTION FOR LEAVE TO FILE**

**AND AMEND COMPLAINT**

Plaintiff, Altheria Cornelius, by and through undersigned counsel, who respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sanofi Aventis US LLC (Sanofi) as defendants. The cancer treatment center where Plaintiff was treated has identified Sanofi as a manufacturer of the Docetaxel administered to Plaintiff.

Dated: November 19, 2018         */s/ Trevor White*
                                  Trevor A. White, Esq.
                                  ANDREWS & THORNTON
                                  4701 Von Karman Ave., Suite 300
                                  Newport Beach, CA 92660
                                  Phone: (949) 748-1000
                                  Facsimile: (949) 315-3540
                                  E: twhite@andrewsthornton.com

                                  *Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I served a true and accurate copy of the above **PLAINTIFF'S NOTICE OF FILING UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; EXHIBIT 1 (Proposed) AMENDED SHORT FORM COMPLAINT; (Proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; AND CERTIFICATE OF SERVICE;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Trevor White*