UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Altheria Cornelius v. Hospira Worldwide, LLC*<br>*Civil Action No: 2:17-cv-16910* | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, ALTHERIA CORNELIUS, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sanofi Aventis US LLC (Sanofi) as a defendant. The cancer treatment center where Plaintiff was treated has identified both Hospira, Inc. and Sanofi as the manufacturers of the Docetaxel used to treat Plaintiff.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved, including Sanofi's defense that the Amended Short Form Complaint does not meet the requirements of FRCP 15(c) for relation back of amendments.

1

Dated: <u>November 19, 2018</u>   */s/ Trevor White*
Trevor A. White, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
E: twhite@andrewsthornton.com

*Attorney for Plaintiff*


Dated: <u>November 19, 2018</u>   /s/ Chris Kaufman
Chris Kaufman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO
Phone: (816) 474-6550
Facsimile: (816) 421-5547
E: noproductid@shb.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*


Dated: <u>November 19, 2018</u>   /s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
E: docetaxelproductid@dechert.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## COMPLIANCE

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I served a true and accurate copy of the above **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Trevor White*