UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:** | |
| *Altheria Cornelius v. Hospira Worldwide, LLC* Civil Action No: 2:17-cv-16910 | |

## (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

Dated: _____                    _____
                                                                                The Hon. Jane Triche Milazzo