UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *All Cases Referenced in "Exhibit A"* | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINTS**

Pursuant the Federal Rules of Civil Procedure 15(a)(2), the Plaintiffs listed in the attached *Exhibit A* hereby move for leave to file their First Amended Short Form Complaints. Each Plaintiff had originally named multiple Defendants in her Short Form Complaints since at the time of filing, Plaintiff did not know the identity of the Defendant that manufactured the Taxotere administered to her. Each Plaintiff subsequently received the appropriate product identification from her infusion facility and appropriately dismissed the unrelated Defendants pursuant this Court's Case Management Order No. 12. Plaintiffs now move for leave to file their First Amended Short Form Complaints, which list only the appropriate Defendants.

Due to the foregoing reasons, Plaintiffs respectfully move for leave to file the attached First Amended Short Form Complaints.

Dated: November 20, 2018

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328

Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

**CERTIFICATE OF CONFERENCE**

Pursuant to the U.S. District Court for the Eastern District of Louisiana's local rule 7.6, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer with all other parties, which are listed below, regarding the filing of this motion. The other parties consent to this motion.

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

**John F. Olinde**
Chaffe McCall LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
olinde@chaffe.com

**Brandon D. Cox**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Brandon.Cox@tuckerellis.com

**Julie A. Callsen**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.Callsen@tuckerellis.com
noproductid@tuckerellis.com

**Harley V. Ratliff**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
noproductid@shb.com

**Kelly Bieri**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com

**Rebecca Eickbush**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
reickbush@shb.com

**Madison Hatten**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
mhatten@shb.com

| | |
|---|---|
| **Mara Cusker Gonzalez**<br>DECHERT LLP<br>Three Bryant Partk<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Telephone: 212-641-5665<br>Facsimile: 212-698-3599<br>MaraCusker.gonzalez@dechert.com<br>docetaxelproductid@dechert.com | **R. Clifton Merrell**<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: 678-553-2100<br>Facsimile: 678-553-2100<br>merrellc@gtlaw.com<br>Sandoz-Taxotere-ProdID@gtlaw.com |
| **Sara Roitman**<br>DECHERT LLP<br>Three Bryant Partk<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Telephone: 212-641-5665<br>Facsimile: 212-698-3599<br>Sara.Roitman@dechert.com | **Evan Holden**<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: 678-553-2100<br>Facsimile: 678-553-2100<br>holdene@gtlaw.com |

Dated: November 20, 2018          Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Plaintiffs' Unopposed Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 20, 2018               Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*