**EXHIBIT A**

| Plaintiff Name | Case Caption | Civil Action Number |
|---|---|---|
| Lorri Lynn Bailey | Bailey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13966 |
| Dawn Carlette Becker | Becker v. Hospira Worldwide, LLC, et al. | 2:18-cv-00662 |
| Sharon Knapper Charles | Charles v. Sandoz, Inc., et al. | 2:17-cv-06344 |
| Elaine Priscilla Cummings-Njie | Cummings-Njie v. Sandoz, Inc. | 2:18-cv-03706 |
| Mary Virginia DeVito | DeVito v. Hospira Worldwide, LLC, et al. | 2:17-cv-13979 |
| Heather Gideon | Gideon v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-12946 |
| Rashunda Mattison Grady | Grady v. Hospira Worldwide, LLC, et al. | 2:17-cv-13795 |
| Linda Jean Hall | Hall v. Accord Healthcare Inc., et al. | 2:17-cv-08864 |
| Gladys Barbara Johnson | Johnson v. Sanofi US Services Inc., et al. | 2:18-cv-07970 |
| Rebecca Ann Largent | Largent v. Sandoz, Inc. | 2:18-cv-00671 |
| Elverie Merrill | Merrill v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13382 |
| Annette Nelson-Robinson | Nelson-Robinson v. Sanofi U.S. Services Inc., et al. | 2:17-cv-04869 |
| Linda Johnson Smith | Smith v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13637 |