# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>*All Cases Referenced in "Exhibit A"* | |

## **ORDER**

The Court, after considering the Plaintiffs' Unopposed Motion for Leave to File First Amended Short Form Complaints, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT the Plaintiffs listed on Exhibit A are hereby given leave to file their First Amended Short Form Complaints.

Dated: _____          _____
                                                               Hon. Jane Triche Milazzo
                                                               United States District Court Judge