MINUTE ENTRY
MILAZZO, J.
November 15, 2018

JS-10: 01:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**MINUTE ENTRY**

On November 15, 2018, the Court held a status conference with liaison counsel and lead counsel, listed on the attached sign-in sheet. The parties updated the Court on the status of the case. The next status conference with liaison counsel and lead counsel is **Wednesday, December 19, 2018, at 9:00 a.m.** No general status conference will follow this conference. However, the Court will hold a show cause hearing after the conference with liaison and lead counsel. The Court will disseminate call-in information for the show cause hearing at a later date.

The Court set an additional status conference with liaison and lead counsel for **Friday, January 18, 2019, at 8:30 a.m.** A general status conference and show cause hearing will follow beginning at 10:00 a.m. The Court will disseminate call-in information for the general status conference and show cause hearing at a later date.

*[signature]*

CASE TITLE: Taxotere

CIVIL ACTION: 16 MD 2740

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____   Liaison
STATUS CONFERENCE _____      Counsel
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: 11/15/18        TIME: 8:30

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Harley R. | 816.559.2306 | Sanofi |
| Douglas Moore | 504-310-2100 | DLC Sanofi |
| John F. Olinde | 504-585-7241 | DLC 505(b)(2) |
| Lori Cohen | 404 250 2886 | Sandoz |
| Geoffrey Coan | 617 213 7045 | Sun |
| Michael Suffern | 513 698 5064 | Actavis & Sagent |
| Mark Cheffo | (617) 514 2020 | Hospira/Pfizer |
| Dawn Barrios | 504-495-4935 | PLC |
| Palmer Lambert | 504-522-2304 | PLC |
| Karen Barth Menzies | 310/722-2536 | π |
| Chris Coffin | 504-355-0086 | π |