UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

Following the most recent discovery status conference, the Court ordered the parties to supplement their submissions concerning the "anonymized" clinical trial data produced by Sanofi for the TAX316 and TAX301/GEICAM9805 clinical trials. The parties have complied and the Court has considered those submissions. The Court declines to allow the requested additional depositions of Sanofi witnesses to go forward. The PSC has not provided sufficient justification for the requested depositions, considering that it had the "de-anonymized" USUBJID numbers at the root of its request since August 24, 2018, well before the depositions of a number of Sanofi witnesses who could have testified about the numbers and any adverse events associated with them. It also appears to the Court that the USUBJID numbers allow the PSC to investigate patterns of adverse events by study centers, assuming Sanofi identifies the study center associated with each USUBJID number.

Accordingly, if it has not already done so, Sanofi is to provide the PSC, no later than Friday, November 23, 2018, with a list of study centers and their identifying numbers to match the USUBJID numbers on the volume 208 production of clinical trial data.

New Orleans, Louisiana, this  20th  day of          November        , 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE