UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

PRETRIAL ORDER NO. _____
REAPPOINTMENT OF SANOFI-AVENTIS U.S. LLC AND
SANOFI U.S. SERVICES INC.'S DEFENSE LIAISON COUNSEL AND
SETTLEMENT COUNSEL POSITIONS

Having considered Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.'s Reapplication for Defense Liaison Counsel and Settlement Counsel Positions;

IT IS HEREBY ORDERED that Douglas J. Moore is reappointed as Defense Liaison Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.

IT IS FURTHER ORDERED that the following individuals are reappointed to the Settlement Committee for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.:

1. Bruce H. Nagel;
2. Harvey L. Kaplan;
3. Jon Strongman; and
4. Brian S. Rudick.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

00555555