UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Myra Mouton, 2:18-3623

## ORDER

Plaintiff, Myra Mouton, having filed an *ex parte* Motion to Substitute Counsel of Record (Doc. 5245);

**IT IS ORDERED** that the Motion is **GRANTED** and Dennis C. Reich and Robert J. Binstock are withdrawn as Plaintiff's attorney of record;

**IT IS FURTHER ORDERED** that Betsy Barnes, Richard L. Root and Lauren E. Godshall are substituted as Plaintiff's attorney of record in the above-captioned matter.

New Orleans, Louisiana, this 19th day of November, 2018.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT