# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br>*Theresa Doyle et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-9582 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated this 20th day of November, 2018**

                                                 **LOWE LAW GROUP**
                                                 By:  */s/ T. Aaron Stringer*
                                                 T. Aaron Stringer
                                                 6028 S. Ridgeline Dr., Ste. 200
                                                 Ogden, UT 84405
                                                 Telephone: (385) 298-0175
                                                 Facsimile: (801) 656-0997
                                                 Email: aaron@lowelawgroup.com
                                                 *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: November 20, 2018    <u>/s/ T. Aaron Stringer</u>