UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5)  JUDGE MILAZZO MAG. JUDGE NORTH  NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC, SANOFI U.S. SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANDOZ INC., ACCORD HEALTHCARE, INC., MCKESSON CORPORATION D/B/A MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, AND SUN PHARMACEUTICALS INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.  Civil Action No.: 2:17-CV-15962 |
| THIS DOCUMENT RELATES TO:  DENA DRAKE  v. SANOFI-AVENTIS U.S. LLC, et al. | | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If

warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated this 21st day of November, 2018.

        Respectfully submitted,

        */s/ Sarah Shoemake Doles*
        Jeffrey J. Lowe, #35114MO
        Sarah Shoemake Doles, #45747MO
        Alyson M. Petrick, #68323MO
        **CAREY DANIS & LOWE**
        8235 Forsyth Blvd, Suite 1100
        Saint Louis, MO 63105
        Telephone: (314) 725-7700
        Fax: (314) 721-0905
        jlowe@careydanis.com
        sdoles@careydanis.com
        apetrick@careydanis.com

        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: November 21, 2018        */s/ Sarah Shoemake Doles*