CASE TITLE: Taxotere

CIVIL ACTION: 16 MD 2740

CRIMINAL ACTION NO:

PRE-TRIAL CONFERENCE:
STATUS CONFERENCE: ✓
PRELIMINARY STATUS CONF.:
OTHER:

DATE: 11/15        TIME: 10:00

## PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Andrew Lemmon | 9852836789 | PSC |
| Nicholas Insogna | 202 222 8125 | Sandoz Inc. |
| Abby McClellan | 816-714-7123 | PSC |
| Jessica Perez Reynolds | 828-308-4818 | PSC |
| Daniel Markoff | 405-8607-8757 | PSC |
| Emily Jeffcott | 504-581-1750 | PSC |
| Ronel Nolen | 713-621-7944 | PSC |
| Stan Baudin | 225-687-6396 | PSC |
| Kyle Bachus | 303-941-3765 | PEC |

CASE TITLE: _____

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE     _____
PRELIMINARY STATUS CONF. _____
OTHER:                _____

DATE: _____     TIME: _____

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Darin Sumner | 720 480 4961 | PSC |
| Eric Newell | 409-835-2666 | Brent Coon & Assoc. Π's |
| A. Gunter Dyer | 713 572 3525 | Kincaid / Dyer Π |
| David Miceli | 404-915-8886 | Miceli Law |
| Larry Centola | 504-581-9065 | PSC |
| Leslie LaMacchia | 832-690-4013 | Pulaski Law Firm Π's |
| Charles Orr | 214 219-9779 | Mulligan Law Firm Π's |
| Debbie Rouen | 504-585-0257 | Sandoz Inc. Δ |
| Palmer Lambert | 504-522-2304 | Π's Co-Liaison |

CASE TITLE: _____

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE     _____
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: _____   TIME: _____

## PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Dawn M. Barrios | 504-524-3300 | TJs Co-Liaison |
| Betsy Barnes | 504.525.8000 | TJs |
| Lauren Godshall | 504-525-8400 | TT |
| Geoffrey Coan | 617 213 7045 | Sun |
| Suzanne Marinkovich | 858-314-7506 | McKesson |
| Chris Coffin | 504-355-0086 | TT |
| John Olin (?) | 504-585-7741 | D's 505b2 Hosp (?) |
| Lori Cohen | 404 250 2886 | Sandoz |
| Julie Callsen | 216-696-2286 | Accord |

CASE TITLE: _____

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE     _____
PRELIMINARY STATUS CONF. _____
OTHER:                _____

DATE: _____   TIME: _____

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Karen Barth Menzies | 310/722-2536 | '' |
| Christopher Elliott | 303 586-5433 | '' |
| [signature] | | |
| Dwh Moore | 502 310 2100 | ALC |
| Harley R. | 816.561.2200 | Sanofi |
| Michael Suffern | 513 698 5064 | Actavis & Sagent |