UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Linda Blair**
**Case No.: 2:16-cv-17427**

## DECLARATION

    I, T. Aaron Stringer, have attempted to reach my client, Pamela Carter, and/or her next of kin on the following dates: 01/13/2017, 03/15/2017, 03/29/2017, 06/05/2017, 06/21/2017, and 08/25/2017 by (check all that apply) __X_ telephone, __X_ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 21, 2018

                                                   LOWE LAW GROUP
                                                   By: */s/ T. Aaron Stringer*
                                                   T. Aaron Stringer
                                                   6028 S. Ridgeline Dr., Ste. 200
                                                   Ogden, UT 84405
                                                   Telephone: (385) 298-0175
                                                   Facsimile: (801) 656-0997
                                                   Email: aaron@lowelawgroup.com
                                                   *Attorney for Plaintiff(s)*

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 21, 2018                 /s/ *T. Aaron Stringer*
                                         T. AARON STRINGER