UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "N" (5) Case |
| THIS DOCUMENT RELATES TO: | No. 16-cv-15500 |

Genelle Williams,

  Plaintiff

v.

Sanofi, et al.,

  Defendants

---

## ORDER

Before the Court is the parties' Consent Motion to Extend Submission Date (Doc. 5278), seeking to extend the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint to January 30, 2019;

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 26th day of November, 2018.

_____
JUDGE JANE T. MILAZZO