UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

Section "N" (5) Case

THIS DOCUMENT RELATES TO:

No. 16-cv-16146

**Brenda Monroe,**

  **Plaintiff**

v.

**Sanofi, et al.,**

  **Defendants**

---

## ORDER

Before the Court is the parties' Consent Motion to Extend Submission Date (Doc. 5279), seeking to extend the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint to January 30, 2019;

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 26th day of November, 2018.

*[signature]*
JUDGE JANE T. MILAZZO