UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| CHRISTINE STEWART, | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-08732 |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendant, each party to bear its own costs.

Dated this 26th day of November, 2018.

    MCGARTLAND LAW FIRM, PLLC

    /s/ *Michael P. McGartland*
    Michel P. McGartland
    MS Bar No. 100487
    1300 South University Drive, Suite 500
    Fort Worth, Texas 76107
    Telephone: (817) 332-9300
    Facsimile: (817) 332-9301
    mike@mcgartland.com

TUCKER ELLIS LLP

/s/ Brandon D. Cox
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 100
Cleveland, Ohio 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Julie.callsen@tuckerellis.com
Brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 26th day of November, 2018.

/s/ *Michael P. McGartland*
Michael P. McGartland