UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Johnson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,* Civil Action No. 2:17-cv-05914 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINT**

Pursuant the Federal Rules of Civil Procedure 15(a)(2), Plaintiff Debra Smith Johnson hereby moves for leave to file a First Amended Short Form Complaint.

When Plaintiff Debra Smith Johnson originally filed her Short Form Complaint on June 19, 2017, Plaintiff was aware that the pharmaceutical companies responsible for the Taxotere administered to her included Sagent Pharmaceuticals, Inc. ("Sagent"). However, because Plaintiff understood that Sagent received approval for its Docetaxel through the ANDA process, she did not name Sagent as a defendant in her Complaint. With the information available to her at the time, Plaintiff believed any defective-product claim for Docetaxel manufactured by Sagent to be preempted under *PLIVA, Inc. v. Mensing*, 564 U.S. 604 (2011).

Due to the new information provided by the Plaintiffs' Steering Committee and presented in this Court's Pre-Trial Order No. 82, Plaintiff now knows that the Docetaxel sold under the Sagent NDC code 25021-222-01was **not** an ANDA-approved drug and was actually manufactured pursuant to Actavis LLC f/k/a Actavis Inc.'s New Drug Application and sold under a marketing

agreement with Sagent. Therefore, plaintiff now seeks leave to add Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent as named as defendants in Plaintiff's action.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

For the foregoing reasons, Plaintiff Debra Smith Johnson respectfully requests leave to file the attached First Amended Short Form Complaint, thereby including Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. as Defendants in civil action number 2:17-cv-05914.

Dated: November 26, 2018

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile: (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

## CERTIFICATE OF CONFERENCE

Pursuant to the U.S. District Court for the Eastern District of Louisiana's local rule 7.6, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer with all other parties, which are listed below, regarding the filing of this motion. The other parties consent to this motion.

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

**John F. Olinde**
Chaffe McCall LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
olinde@chaffe.com

**Michael J Suffern**
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
msuffern@ulmer.com

**Kelly Bieri**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com

**Rebecca Eickbush**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
reickbush@shb.com

**Madison Hatten**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
mhatten@shb.com

Dated: November 26, 2018

Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing Plaintiff's Unopposed Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 26, 2018               Respectfully submitted,

                                            /s/ Russell T. Abney
                                            Russell T. Abney, Esq.
                                            Attorney I.D. No. 000875 (GA)
                                            FERRER, POIROT & WANSBROUGH
                                            2100 RiverEdge Pkwy NW, Suite 1025
                                            Atlanta, GA 30328
                                            Telephone: 800.521.4492
                                            Fax: 866.513.0115
                                            atlanta@lawyerworks.com
                                            *Attorney for the Plaintiffs*