UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

## PRETRIAL ORDER NO. 86

**IT IS ORDERED** that the next show cause hearing is **SET** for **December 19, 2018, at 10:00 a.m.** in Judge Milazzo's courtroom (C224). It shall be preceded by a meeting with liaison and lead counsel **at 9:00 a.m.** The dial-in number for the show cause hearing is (800) 260-0702 and the access code is 457635.

New Orleans, Louisiana this 26th day of November, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE