UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | SECTION "H" (5) |
| ROBERTA G. HARRISON Civil Action No. 2:17-cv-06753 | : : : | JUDGE MILAZZO |
| _____ | : | MAG. JUDGE NORTH |

## MOTION FOR SUSBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Jimmie Harrison on behalf of the Estate of Roberta G. Harrison as Plaintiff in the above captioned case.

1. Roberta G. Harrison filed a products liability lawsuit against defendants on July 14, 2017.

2. Plaintiff Roberta G. Harrison died on June 8, 2018.

3. Roberta G. Harrison's products liability action against Defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on November 19, 2018, attached hereto as Exhibit "A."

5. Jimmie Harrison, surviving spouse of Roberta G. Harrison, is a proper party to substitute for Plaintiff-decedent Roberta G. Harrison and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this motion for substitution as plaintiff in this action.

Dated: November 27, 2018

By: */s/Matthew B. Moreland*
    Matthew B. Moreland (LA #24567)
    Jennifer L. Crose (LA #32116)
    Jim S. Hall & Associates, LLC
    800 N. Causeway Blvd, #100
    Metairie, LA 70001
    (504) 832-3000
    Fax: (504) 832-1799
    mmoreland@jimshall.com
    jcrose@jimshall.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 27th day of November, 2018.

<em>/s/Matthew B. Moreland</em>