UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| ROBERTA G. HARRISON<br>Civil Action No. 2:17-cv-06753 | | |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Jimmie Harrison, on behalf of the Estate of Roberta G. Harrison, is substituted for Plaintiff Roberta G. Harrison in the above captioned case.

Dated: _____    _____
                                                                            Hon. Judge Milazzo
                                                                            United State District Court Judge