UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Misty Ulmer
**Case No.:** 2:17-cv-12941

# DECLARATION

I, Lindsay R. Stevens, have attempted to reach my client, Misty Ulmer on the following dates: December 12th, 2017 via written correspondence; February 26th, 2018 via telephone, left voicemail; March 5th, 2018 via telephone, left voicemail; March 13th, 2018 via e-mail; March 22nd, 2018 via telephone, left voicemail; April 26th, 2018 via telephone, left voicemail; and May 2nd, 2018 via written correspondence through FedEx.

by (check all that apply) X telephone, X e-mail, __ text message, ____ social media, X U.S. Mail, ____ Certified Mail, X other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com