## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| Linda Stief,<br>          Plaintiff<br>v.<br><br>Sanofi-Aventis U.S. LLC, et. al,<br>          Defendants. | JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.**<br><br>Civil Case No. 2:17-cv-15806 |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendant are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

     Dated this 28th Day of November, 2018.

                                      Respectfully Submitted,

                                      A. Craig Eiland
                                      LAW OFFICES OF A. CRAIG EILAND, PC
                                      2211 The Strand, Suite 201
                                      Galveston, Texas 77550
                                      Telephone: (409) 763-3260
                                      Facsimile: (409) 763-8154
                                      ceiland@eilandlaw.com

                                      **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATE:    November 28, 2018                    /s/ Craig Eiland
                                                                         Craig Eiland