# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-MD-2740 |
| THIS DOCUMENT RELATES TO:<br>*Deborah Musico v. Hospira Worldwide LLC., et al.,* Case No. 2:17-cv-09485 | |

## NOTICE OF APPEARANCE

COMES NOW Plaintiff, Deborah Musico, by and through John J. Foley as her counsel, and hereby enters his appearance on behalf of the Plaintiff in the above-referenced matter.

Dated: November 28, 2018                    Respectfully submitted,

*/s/ John J. Foley*
John J. Foley (IL 6288152)
Holly Nighbert (MO 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
jfoley@simmonsfirm.com
hnighbert@simmonsfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, this 28th day of November 2018, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ John J. Foley
John J. Foley