**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-MD-2740 |
| THIS DOCUMENT RELATES TO:<br>*Leslie Nard v. Sanofi S.A., et al.,*<br>Case No. 2:17-cv-15822 | |

**NOTICE OF APPEARANCE**

COMES NOW Plaintiff, Leslie Nard, by and through John J. Foley as her counsel, and hereby enters his appearance on behalf of the Plaintiff in the above-referenced matter.

Dated: November 28, 2018					Respectfully submitted,

							*/s/ John J. Foley*
							John J. Foley (IL 6288152)
							Holly Nighbert (MO 64548)
							**SIMMONS HANLY CONROY**
							One Court Street
							Alton, IL 62002
							(618) 259-2222 (Tel.)
							(618) 259-2251 (Fax)
							jfoley@simmonsfirm.com
							hnighbert@simmonsfirm.com

							Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, this 28th day of November 2018, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ John J. Foley* ____
John J. Foley
