# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-MD-2740 |
| THIS DOCUMENT RELATES TO: *Cheryl A. Scharnell v. Sanofi S.A., et al.,* Case No. 2:18-cv-03912 | |

## NOTICE OF APPEARANCE

COMES NOW Plaintiff, Cheryl A. Scharnell, by and through John J. Foley as her counsel, and hereby enters his appearance on behalf of the Plaintiff in the above-referenced matter.

Dated: November 28, 2018                     Respectfully submitted,

*/s/ John J. Foley*
John J. Foley (IL 6288152)
Holly Nighbert (MO 64548)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
jfoley@simmonsfirm.com
hnighbert@simmonsfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, this 28th day of November 2018, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ John J. Foley* _____
John J. Foley