UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

# MINUTE ENTRY

On November 27, 2018, the Court held a telephone status conference with liaison counsel and lead counsel: Christopher Coffin, Karen Barth Menzies, Dawn Barrios, Palmer Lambert, Douglas Moore, Lori Cohen, Mark Cheffo, John Olinde, Geoffrey Coan, and Michael Suffern. The parties updated the Court on the status of the case.

**IT IS ORDERED** that the 505(b)(2) Defendants are permitted to have two representatives attend the depositions of Plaintiffs' experts on general issues.

(JS-10:00:30)