UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO. 88
REAPPOINTMENT OF DEFENSE LIAISON COUNSEL AND
REAPPOINTMENT/APPOINTING OF SETTLEMENT COUNSEL POSITIONS**

Having considered the 505(b)(2) Defendants' Reapplication for Defense Liaison Counsel and Settlement Counsel Positions (Doc. 5283);

**IT IS ORDERED** that John F. Olinde is reappointed as Defense Liaison Counsel for the 505(b)(2) Defendants;

**IT IS FURTHER ORDERED** that the following individuals are appointed to the 505(b)(2) Settlement Committee:

1. Accord Healthcare Inc. - Matthew P. Moriarty;

2. Actavis Pharma, Inc. - Rex A. Littrell;

3. Hospira, Inc., Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc. and Pfizer Inc. - Sheila L. Birnbaum;

4. McKesson Packaging Services, a division of McKesson Corporation - Habib Nasrullah;

5. Sandoz Inc. – Russell A. "Chip" Gaudreau, Chairperson; and

6. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. – Daniel W. McGrath.

New Orleans, Louisiana this 28th day of November, 2018.

_____
HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE