IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------

IN RE: TAXOTERE (DOCETAXEL)                :        MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION          :                          :
                                                                  :        SECTION "N"(5)
----------------------------------------------------------        :
                                                                  :        HON. JANE T. MILAZZO
                                                                  :
THIS DOCUMENT RELATES TO               :
ALL CASES                                           :
----------------------------------------------------------        :

**PRETRIAL ORDER NO. 89**
**RE-APPOINTING PLAINTIFFS' SETTLEMENT COMMITTEE MEMBERS**

Before the Court is Plaintiffs' Motion for Reappointment of Plaintiffs' Settlement

Committee Members (Doc. 5284);

**IT IS ORDERED** that the Motion is **GRANTED** and the Court hereby re-appoints

the following members to the Plaintiffs' Settlement Committee: Ben W. Gordon, Jr., Mark

R. Niemeyer, Dennis C. Reich, Ashlea G. Schwarz, and Irving J. Warshauer.

New Orleans, Louisiana, this 27th day of November, 2018

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**