UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

PRETRIAL ORDER NO. 90
REAPPOINTMENT OF SANOFI-AVENTIS U.S. LLC AND
SANOFI U.S. SERVICES INC.'S DEFENSE LIAISON COUNSEL AND
SETTLEMENT COUNSEL POSITIONS

Having considered Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.'s Reapplication for Defense Liaison Counsel and Settlement Counsel Positions (Doc. 5321);

**IT IS ORDERED** that Douglas J. Moore is reappointed as Defense Liaison Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.;

**IT IS FURTHER ORDERED** that the following individuals are reappointed to the Settlement Committee for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.:

1. Bruce H. Nagel;
2. Harvey L. Kaplan;
3. Jon Strongman; and
4. Brian S. Rudick.

New Orleans, Louisiana this 28th day of November, 2018.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE