UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Annette Cockrum v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15104* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi US Services Inc f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, individually and d/b/a Winthrop, U.S., ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 28th day of November, 2018.

| PULASKI LAW FIRM, PLLC | SHOOK, HARDY & BACON |
|---|---|
| /s/ Leslie LaMacchia | /s/ Kelly Bieri |
| Leslie LaMacchia, Esq. | Kelly Bieri, Esq. |
| Adam Pulaski, Esq. | Harley V. Ratliff |
| 2925 Richmond Avenue, Suite 1725 | 2555 Grand Boulevard |
| Houston, TX 77098 | Kansas City, MO 64108 |
| Phone: (713) 664-4555 | Phone: 816-474-6550 |
| Fax: (713) 664-7543 | Fax: 816-421-5547 |
| llamacchia@pulaskilawfirm.com | Email: Kbieri@shb.com |
| adam@pulaskilawfirm.com | |
| Attorney for Plaintiff | Attorney for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. |