UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *Shelley Pearson v. Sanofi S.A., et al.* ) Civil Action No.:  2:16-cv-17840 ) ) | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows[1]:

YOU <u>MUST</u> CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

---

[1] On February 22, 2018, Plaintiff filed a Stipulation of Dismissal with Prejudice as to All Defendants (Doc. 1710) after obtaining consent from counsel for Defendants.  Plaintiff files the present motion to ensure compliance with Pretrial Order No. 87.

1

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 28th day of November 2018.

>    /s/ Frederick B. Darley, III
>    Frederick B. Darley, III
>    AL State Bar No: ASB-0452-K74D
>    Andy D. Birchfield, Jr.
>    **BEASLEY, ALLEN, CROW, METHVIN,
>    PORTIS & MILES, P.C.**
>    P.O. Box 4160
>    234 Commerce Street
>    Montgomery, Alabama 36103 (36104)
>    (334) 269-2343 – Phone
>    (334) 954-7555 – Fax
>    Beau.Darley@BeasleyAllen.com
>    Andy.Birchfield@BeasleyAllen.com
>    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 28th, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>    /s/ Frederick B. Darley, III
>    Frederick B. Darley, III