## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC, f/k/a HOSPIRA WORLDWIDE, INC. AND SANDOZ INC.** |
| THIS DOCUMENT RELATES TO: | |
| ERNESTINA CRUZ CONTRERAS | Civil Action No.: 2:17-cv-15633 |
| v. | |
| Sanofi-Aventis U.S. LLC, et al. | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Sandoz, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 28th day of November 2018.

WENDT LAW FIRM, P.C.

By: /s/ Samuel M. Wendt
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com
Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 28, 2018

By: <u>/s/ Samuel M. Wendt</u>
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

Attorney for Plaintiff