UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: 2:18-cv-04441 *Danielle Lehman v. Sanofi U.S. Services, Inc., et al.* | | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Brent W. Coon and Eric Newell, with the law offices of Brent Coon & Associates, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute Michael P. McGartland as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Brent Coon & Associates wish to withdraw, and substitute Attorney Michael P. McGartland, as follows:

> Michael P. McGartland
> Texas Bar No. 13610800
> McGartland Law Firm, PLLC
> 1300 South University Drive, Suite 500
> Fort Worth, Texas 76107
> Telephone No. (817) 332-9300
> Facsimile No. (817) 332-9301
> mike@mcgartland.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated this the 29th day of November, 2018.

        Respectfully submitted and representation accepted by:

        /s/ *Michael P. McGartland*
        Michael P. McGartland
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone: (817) 332-9300
        Facsimile: (817) 332-9301
        mike@mcgartland.com

        Agreed to by:

        /s/ *Eric W. Newell*
        Brent W. Coon
        Texas Bar No. 04769750
        Eric W. Newell
        Texas Bar No. 24046521
        Brent Coon & Associates
        215 Orleans
        Beaumont, Texas 77701
        Telephone: (409) 835-2666
        Facsimile: (409) 835-1912
        brent@bcoonlaw.com
        eric_newell@bcoonlaw.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2018, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

        /s/ *Michael P. McGartland*
        Michael P. McGartland