UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | Case No. 2:18-cv-7687<br><br>MDL NO. 2740 |
| Lauri A. Ryder, *et al.*,<br><br>Plaintiff(s)<br><br>v.<br><br>Sanofi US Services, Inc., *et al.*,<br><br>Defendants. | : : : : : : : : : | SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT

Please enter the appearance of Hunter J. Shkolnik of the law firm Napoli Shkolnik PLLC as counsel for Plaintiffs.

Dated: November 29, 2018                             Respectfully submitted,


*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
New York, NY  10017
Telephone: (212) 397-1000
hunter@napolilaw.com

*Attorney for Plaintiffs*