| | |
|---|---|
| Item *(Nature)* l'envoi | Express Mail International |
| ☐ *(Colis avec valeur déclarée)* | Article Number RR891462205US |
| Office of Mailing *(Bureau de dépôt)* Ministere de la Justice NJCA170130 | Date of Posting *(Date de dépôt)* 10-29-18 |
| Addressee Name or Firm *(Nom ou raison sociale du destinataire)* Diretion des Affaires Civiles et du Sceau Bureau de droit de l'union | |
| Street and No. *(Rue et No.)* 13 place Vendome | |
| Place and Country *(Localité et pays)* 75042 Paris Cedex 01 France | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire, par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'employé du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date:

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

Postmark of the office of destination *(Timbre du bureau de destination)*

Completed by the office of origin. *(A remplir par le bureau d'origine.)*
Completed at destination. *(A compléter à destination.)*

PS Form **2865**, March 2007 *(Reverse)* PSN 7530-01-000-9775

# Return Receipt for International Mail
*(Registered™, Insured and Express Mail®)*

**UNITED STATES POSTAL SERVICE**®

*Administration des Postes des Etats-Unis d'Amérique*

## Par Avion

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

Return by the quickest route (air or surface mail), à découvert and postage free.

*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*

**CLERK'S OFFICE, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Street and Number *(Rue et numéro)*
**500 POYDRAS STREET ROOM C-151**
**NEW ORLEANS, LA 70130**

City, State, and ZIP + 4® *(Localité et code postal)*

UNITED STATES OF AMERICA          Etats-Unis d'Amérique

PS Form **2865**, March 2007     *Avis de réception*     **CN07** *(Old C5)*

[NOV 28 2018 stamp]