# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES, INC, f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO: | |
| GLORIA J. BRINSON | Civil Action No.: 2:17-cv-15627 |
| v. | |
| Sanofi-Aventis U.S. LLC, et al. | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of November, 2018.

WENDT LAW FIRM, P.C.

By: /s/ Samuel M. Wendt
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com
Attorney for Plaintiff

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 30, 2018                                             By: /s/ Samuel M. Wendt
                                                                                      Samuel M. Wendt, Esq.
                                                                                      Missouri Bar No. 53933
                                                                                      1100 Main Street, Suite 2610
                                                                                      Kansas City, MO 64105
                                                                                      Telephone: (816) 531-4415
                                                                                      Facsimile: (816) 531-2507
                                                                                      Email: sam@wendtlaw.com

                                                                                      Attorney for Plaintiff