UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE MILAZZO |
| ROBERTA G. HARRISON | : | |
| Civil Action No. 2:17-cv-06753 | : | MAG. JUDGE NORTH |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Proper Party (Doc. 5338);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff Jimmie Harrison, on behalf of the Estate of Roberta G. Harrison, is substituted for Plaintiff Roberta G. Harrison in the above captioned case.

New Orleans, Louisiana, this 29th day of November 2018.

_____
Hon. Judge Milazzo
United State District Court Judge