UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>FRAZIER v. SANOFI US SERVICES INC. ET AL. | Civil Action No.: 2:17-cv-07511-JTM-MBN |

## ORDER

  Before the Court is Plaintiff's Motion to Withdraw Document Plaintiff's Declaration by All Plaintiffs of Attempts to Reach Client (Doc. 5152). Plaintiff seeks to withdraw the declaration because, as mentioned at the show cause hearing, counsel reached his client on November 12, 2018.

  **IT IS ORDERED** that Plaintiffs' Motion is **GRANTED** and the declaration is **WITHDRAWN** from the record.

  New Orleans, Louisiana, this 29th day of November, 2018.

_____
U.S. District Judge