IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Rocklyn Barthelemy, | SECTION "N" (5) |
| Plaintiff, | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| vs. | COMPLAINT & JURY DEMAND |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Sandoz Inc., | Civil Action No.: 2:16-cv-17948 |
| Defendant(s). | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 5286);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of November, 2018.

_____
U.S. District Court Judge