UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2740 |
| *THIS DOCUMENT RELATES TO:* *All the cases listed in the attached Appendix* | § § § § § § § § | SECTION "N" (5) HON. JANE TRICHE MILAZZO |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendants Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. in the above-captioned matters.[1]

DATED: November 30, 2018

Respectfully submitted,

/s/ *Rachel B. Passaretti-Wu*
Rachel B. Passaretti-Wu
DECHERT LLP
3 Bryant Park
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 6898-3599
Rachel.Passaretti-Wu@dechert.com

*Attorney for Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc.*

---

[1] By filing this appearance, Defendants Hospira Worldwide, LLC, Hospira, Inc., and Pfizer Inc. are not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  November 30, 2018

/s/ *Rachel B. Passaretti-Wu*
Rachel B. Passaretti-Wu