# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-16582-KDE-MBN |
| THIS DOCUMENT RELATES TO:<br><br>NINETTE WARD v. SANDOZ INC. | |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 5287);

**IT  IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of November, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge