UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Altheria Cornelius v. Hospira Worldwide, LLC* Civil Action No: 2:17-cv-16910 | |

**ORDER**

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 5304);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of November, 2018.

_____
The Hon. Jane Triche Milazzo