UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § MDL NO. 2740 |
| *THIS DOCUMENT RELATES TO:* *The cases listed in the attached Appendix* | § § SECTION "N" (5) § § § HON. JANE TRICHE MILAZZO § § § § |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendants Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. in the above-captioned matters.[1]

DATED:  November 30, 2018

Respectfully submitted,

/s/ *Jonathan S. Tam*
Jonathan S. Tam
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
Jonathan.Tam@dechert.com

*Attorney for Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc.*

---

[1] By filing this appearance, Defendants Hospira Worldwide, LLC, Hospira, Inc., and Pfizer Inc. are not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: November 30, 2018

/s/ *Jonathan S. Tam*
Jonathan S. Tam