UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>*Johnson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.*, Civil Action No. 2:17-cv-05914 | |

### ORDER

The Court, after considering the Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaint (Doc. 5336);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of November, 2018.

_____
Hon. Jane Triche Milazzo
United States District Court Judge