# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:18-cv-10386 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claim against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of November, 2018.

                                            Respectfully submitted,

                                            ROBERTS & ROBERTS

                    BY:    */s/ Justin C. Roberts*
                                            JUSTIN C. ROBERTS
                                            Texas Bar No. 24079221
                                            Email:  justin@robertslawfirm.com
                                            ROBERTS & ROBERTS
                                            118 West Fourth Street
                                            Tyler, Texas 75701-4000
                                            Ph: (903) 597-6655
                                            Fax: (903) 597-1600
                                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 30, 2018

*/s/ Justin C. Roberts*
ROBERTS & ROBERTS
