UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | : | MDL No. 2740 |
| | : | |
| Tashawn Payne, | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| Plaintiff, | : | MAG. JUDGE NORTH |
| | : | |
| | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-15224 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 30th day of November, 2018.

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com
*Attorneys for Plaintiff*

By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100

- 2 -

Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5000
noproductid@tuckerellis.com
***Counsel for Defendant Accord Healthcare Inc.***

By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
DocetaxelProductID@dechert.com
***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.***

By: */s/ Clifton Merrel*
R. Clifton Merrel
Evan Holden
GREENBURG TRAURIG, LLP
333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
**Counsel for Sandoz Inc.**

By: */s/ Kelly Bieri*
Harley Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6440
Facsimile: 816-421-5547
hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

- 3 -

*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 30, 2018      */s/ T. Christopher Pinedo*
                                             T. Christopher Pinedo
                                             HILLIARD MARTINEZ GONZALES LLP
                                             719 S. Shoreline
                                             Corpus Christi, Texas 78401
                                             361-882-1612 Telephone
                                             361-882-3015 Facsimile
                                             cpindeo@hmglawfirm.com