UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. & Hospira, Inc.** <br><br> Civil Action No.: 2:17-cv-13303 |
| THIS DOCUMENT RELATES TO: <br><br> **JUDY JOHNSON v. Sanofi-Aventis U.S. LLC, et al.** | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. & Hospira, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 3rd day of December, 2018 | Respectfully Submitted, <br> **NIEMEYER GREBEL & KRUSE, LLC** <br><br> */s/ Mark R. Niemeyer* <br> Mark R. Niemeyer #42437 <br> Michael S. Kruse #57818 <br> 10 S. Broadway, <br> Suite 1125 <br> St. Louis, MO 63102 <br> 314-241-1919 phone <br> 314-665-3017 fax <br> niemeyer@ngklawfirm.com <br> kruse@ngklawfirm.com <br> Attorneys for Plaintiff |

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 3, 2018             /s/*Mark R. Niemeyer*