UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| JULIE A. STEPHENSON, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-07876 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs. There have been duplicative filings on behalf of Plaintiff and this stipulation of dismissal with prejudice shall have no effect or consequence on the other case currently pending, Case No. 2:18-cv-06540.

Dated this 3rd day of December, 2018.

SIMMONS HANLY CONROY, LLC

*/s/ John Foley*
John J. Foley
One Court Street
Alton, Illinois 62002
Phone: 618-259-2222
Fax: 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

SHOOK HARDY & BACON LLP

*/s/ Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com
hratliff@shb.com

Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John J. Foley*

John J. Foley