# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br>**SECTION "H" (5)**<br>**JUDGE JANE TRICHE MILAZZO**<br>**MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | |
| *Darlene Watts v. Sanofi US Services Inc. et al*<br>*Civil action No: 2:18-cv-00497* | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, Darlene Watts, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves to leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sagent Pharmaceuticuals, Inc. as a defendant. The cancer treatment center where Plaintiff was treated has identified an NDC code of Sagent Pharmaceuticals, Inc. as the Docetaxel used to treat Plaintiff.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Dated: December 4, 2018

_/s/ Matthew R. McCarley_

Matthew R. McCarley
FEARS NACHAWATI
Suite 715
4925 Greenville Avenue
Dallas, TX 75206
Phone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com
**_Attorney for Plaintiff_**

_/s/ Michael J. Suffern_

Michael J. Suffern
Kimberly L. Beck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Phone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
kbeck@ulmer.com
**_Attorneys for Sagent_**
**_Pharmaceuticals, Inc._**

## COMPLIANCE

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I served a true and accurate copy of the above **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Matthew R. McCarley*