# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Darlene Watts v. Sanofi US Services Inc. et al. | Civil Action No: 2:18-cv-00497 |

## **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT**

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint;

**IT IS ORDERED** that the Motion if **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached Plaintiff's Motion in the member case.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge