**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| Civil Action No.: 2:18-cv-8123 | : | |

_____

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who

have appeared stipulate to the dismissal of the present action with prejudice, with each party to

bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☒ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of December, 2018.

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email:  justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.

DATED: December 4, 2018

*/s/ Justin C. Roberts*
ROBERTS & ROBERTS