# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| CAROL SILVA and PAUL SILVA | : | **JANE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Plaintiff(s), | : | |
| | : | **FIRST AMENDED** |
| vs. | : | **COMPLAINT & JURY DEMAND** |
| | : | |
| SANOFI US SERVICES INC. F/K/A | : | **Civil Action No.:** |
| SANOFI-AVENTIS U.S. INC., SANOFI | : | |
| AVENTIS U.S. LLC., | : | __2:18-cv-09276__ |
| SANDOZ, INC., | : | |
| ACTAVIS LLC F/K/A ACTAVIS INC., | | |
| ACTAVIS PHARMA, INC., SAGENT | | |
| PHARMACEUTICALS, INC. | | |

Defendant(s),

-------------------------------------------------------

## SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017.  Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:

    Carol Silva

    _____

---

[1] This Version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.   Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

Paul Silva

3.   Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator:
         Not Applicable

4.   Current State of Residence:  Florida

5.   State in which Plaintiff(s) allege(s) injury:      Florida

6.   Defendants (check all Defendants against whom a Complaint is made):

   a.   Taxotere Brand Name Defendants

      ☑ A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☑ B.   Sanofi-Aventis U.S. LLC

   b.   Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☑ A.   Sandoz Inc.

      ☐ B.   Accord Healthcare, Inc.

      ☐ C.   McKesson Corporation d/b/a McKesson Packaging

      ☐ D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      ☐ E.    Hospira, Inc.

      ☐ F.    Sun Pharma Global FZE

      ☐ G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      ☐ H.    Pfizer Inc.

      ☑ I.   Actavis LLC f/k/a Actavis Inc.

      ☑ J.   Actavis Pharma, Inc.

      ☑ K.   Other:  Sagent Pharmaceuticals, Inc

2

7.    Basis for Jurisdiction:

☑    Diversity of Citizenship

☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

_____

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

_____U.S. District Court for the Middle District of Florida_____

9.    Brand Product (s) used by Plaintiff (check applicable):

☐ A.    Taxotere

☐ B.    Docefrez

☑ C.    Docetaxel Injection

☑ D.    Docetaxel Injection Concentrate

☐ E.    Unknown

☐ F.    Other: _____

10.   First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

_____APPROX June 1, 2015 Through October 31, 2015_____

11.   State in which Product(s) identified in question 9 was/were administered:

_____Florida_____

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

_____Severe permanent alopecia in the scalp, eyebrows, eyelashes and overall body; severe and personal injuries that are permanent  and lasting in nature, including economic and non-economic damages, harms and losses, including, but not limited to: past and future medical expenses; psychological counseling, therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; past, present and future loss and impairment of the quality and enjoyment of life._____

13.    Counts in Master Complaint brought by Plaintiff(s):

- [✔] Count I – Strict Products Liability – Failure to Warn
- [✔] Count III - Negligence
- [✔] Count IV – Negligent Misrepresentation
- [✔] Count V – Fraudulent Misrepresentation
- [✔] Count VI – Fraudulent Concealment
- [✔] Count VII – Fraud and Deceit
- [✔] Other: Plaintiff may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

Under Florida State Law
- Fraud
- Fraudulent Concealment
- Violation of Florida Deceptive and Unfair Trade Practices Act§501.201-.213
- Strict Liability- Design Defect, Failure to Warn
- Negligence
- Breach of Implied Warranties
- Breach of Express Warranties
- Punitive Damages

14.   Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), E-mail Address(es), and Mailing Address(es) representing Plaintiff(s):

By:

Andrew T. Kagan, Esquire
FL Bar Number: 26291
Kagan Legal Group, LLC
Ph. (239) 707-7770
Fax (239) 466-7226
Andrew@kaganlegalgroup.com
295 Palmas Inn Way, Suite 6
Humacao, PR  00791