# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | MDL No. 2740<br><br>SECTION: "N" (5)<br><br>HON. JANE TRICHE MILAZZO |

## ENTRY OF APPEARANCE

Please enter the appearance of Scott Michelman of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above captioned matters.

DATED:  December 4, 2018

Respectfully submitted,

SHOOK, HARDY & BACON LLP

By: */s/ Scott Michelman*
Scott Michelman
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
mmichelman@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

9052298 v1