UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Alison Cotton</u>**
**Case No.: <u>2:17-cv-13926</u>**

## DECLARATION

I, Eric w. Newell, or my staff have attempted to reach my client Alison Cotton, on the following dates: 11/12/2018; 11/03/2018; 11/01/2018; 10/31/2018; 10/29/2018; 10/15/2018; 10/09/2018; 10/02/2018; 09/11/2018; 07/30/2018.

by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666