UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Annalis De La Cruz</u>
Case No.: <u>2:17-cv-14079</u>

## DECLARATION

I, Eric w. Newell, or my staff have attempted to reach my client Annalis De La Cruz, on the following dates: 11/12/18; 11/03/18; 10/04/2018; 10/08/2018; 05/25/2018; 04/04/2018 by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

<u>/s/ Eric W. Newell</u>
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666