UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Annalis De La Cruz**
**Case No.: 2:17-cv-14079**

## DECLARATION

    I, Eric w. Newell, or my staff have attempted to reach my client Annalis De La Cruz, on the following dates: 11/12/18; 11/03/18; 10/04/2018; 10/08/2018; 05/25/2018; 04/04/2018 by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.


*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666