UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Catalina Garcia**
**Case No.: 2:17-cv-14673**

## DECLARATION

I, Eric w. Newell, or my staff have attempted to reach my client Catalina Garcia, on the following dates: 11/29/2018; 11/21/2018; 11/08/2018; 10/25/2018; 09/24/2018; 08/01/2018; 07/31/2018; 07/10/2018 by (check all that apply) X  telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666