UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Anita Hernandez</u>**
**Case No.: <u>2:18-cv-04456</u>**

### DECLARATION

　　I, Eric w. Newell, or my staff have attempted to reach my client Anita Hernandez, on the following dates: 12/03/2018; 11/29/2018; 11/21/2018; 11/20/2018; 11/19/2018; 11/15/2018; 11/08/2018; 11/01/2018; 10/18/2018; 09/28/2018; 09/24/2018; 09/21/2018; 09/20/2018; 06/21/2018 by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, _____ text message, _____ social media, <u>X</u> U.S. Mail, _____ Certified Mail, _____ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666