UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Bridgette Lucas**
**Case No.: 2:17-cv-14641**

## DECLARATION

I, Eric w. Newell, or my staff have attempted to reach my client Bridgette Lucas, on the following dates: 12/03/2018; 11/13/2018; 11/08/2013; 10/31/2018; 10/30/2018; 10/24/2018; 06/28/2018; 05/24/2018; 04/19/2017; by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media,

X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666