UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Angela Smith</u>
**Case No.:** <u>2:17-cv-16769</u>

### DECLARATION

I, Eric w. Newell, or my staff have attempted to reach my client Angela Smith, on the following dates: 12/04/2018; 11/28/2018; 11/13/2018; 11/08/2018; 11/06/2018; 10/11/2018; 07/16/2018; 06/27/2018; 06/11/2018; 05/31/2018; 05/29/2018; 05/24/2018; 04/14/2018; 03/09/2018; 02/10/2018; 02/05/2018 by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
TX State Bar 24046521
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666