UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Shanika Turner</u>**
**Case No.: <u>2:17-cv-14396</u>**

# DECLARATION

    I, Eric w. Newell, or my staff have attempted to reach my client Shanika Turner, on the following dates: 11/28/2018; 11/13/2018; 10/31/2018; 10/30/2018; 10/25/2018/; 10/19/2018; 10/17/2018; 10/15/2018; 08/01/2018; 06/07/2018; 06/01/2018; 05/29/2018; 05/24/2018 by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
TX State Bar 24046521
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666