UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** **Maria Santiago**
**Case No.:** **2:17-cv-11142**

## DECLARATION

　　I, Eric w. Newell, or my staff have attempted to reach my client Maria Santiago, on the following dates: 12/03/2018/; 11/29/2018; 11/20/2018; 11/13/2018; 11/08/2018; 10/25/2018; 10/19/2018; 10/18/2018; 09/25/2018; 05/30/2018; 03/20/2018; 01/04/2018 by (check all that apply) X  telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail , ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666