UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: 2:18-cv-04441 *Danielle Lehman v. Sanofi U.S. Services, Inc., et al.* | | |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 5388);

**IT IS ORDERED** that Brent W. Coon and Eric Newell with the law offices of Brent Coon & Associates be allowed to withdraw as Plaintiff's counsel, and further, that Michael P. McGartland of the law firm of McGartland Law Firm, PLLC, be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 5th day of Decenber, 2018.

_____
JUDGE JANE TRICHE MILAZZO