# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG.JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.** <br><br> Civil Action No.: 2:17-cv-16588 |
| THIS DOCUMENT RELATES TO: <br><br> DEANA PAYTON <br>       *Plaintiff* <br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, ET AL., <br>       *Defendants* | | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: December 5, 2018

SHAW COWART, L.L.P.
*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com

Case 2:16-md-02740-JTM-MBN   Document 5462   Filed 12/05/18   Page 2 of 3

    JOHN P. COWART
    Texas Bar No. 04919500
    jcowart@shawcowart.com
    1609 Shoal Creek Blvd., Suite 100
    Austin, Texas 78701
    T: 512.499.8900 / F: 512.320.8906

    Perry W. Neichoy
    PERRY W. NEICHOY, P.C.
    Texas Bar No. 14865590
    perry@pwn-mediate.com
    1609 Shoal Creek Blvd., Suite 100
    Austin, Texas 78701
    T: 409.839.4545 / F: 512.320.8906

    ***ATTORNEYS FOR PLAINTIFF***

NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE – DEANA PAYTON     PAGE 2 OF 3

## CERTIFICATE OF SERVICE

     I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                 */s/ Ethan L. Shaw*
                                                 ETHAN L. SHAW