UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Hollistenie Stubbs**
**Case No.: 2:17-cv-14656**

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Hollistenie Stubbs, on the following dates: January 26, 2018, April 25, 2018, April 27, 2018, May 1, 2018, June 8, 2018, July 5, 2018, July 31, 2018, September 17, 2018, October 26, 2018, November 13, 2018, November 20, 2018, November 30, 2018, December 3, 2018, and December 5, 2018 by (check all that apply) __X__ telephone, ____ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com