UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES ON ATTACHED EXHIBIT A | SECTION "H" (5) |

**DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES
SUBJECT TO DECEMBER 19, 2018 DISMISSAL CALL DOCKET**

Pursuant to Pretrial Order 22A, Paragraph 4 (Rec. Doc. 3493), Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc. and Sun Pharmaceutical Industries, Inc. (collectively "Defendants"), submit a chart of the cases for the December 19, 2018 dismissal call docket. The case list is attached hereto as **Exhibit A**.

Defendants respectfully request that this Court dismiss such cases with prejudice for (1) failure to comply with Amended PTO 22 (Rec. Doc. 325), which required Plaintiffs to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and responsive documents requested in the PFS; (2) failure to comply with CMO 12A (Amended Product Identification Order) (Rec. Doc. 3492); and/or (3) failure to comply with PTO 71A (Plaintiffs' Responsibilities Relevant to ESI) (Rec. Doc. 1531).

Pursuant to PTO 22A, counsel for Defendants initially provided to Plaintiffs' Liaison

Counsel Notices of Non-Compliance on August 29, 2018, which identified plaintiffs who: (1) failed to submit a PFS; (2) failed to respond to a PFS notice of deficiency; (3) following receipt of a notice of deficiency, failed to submit a substantially complete PFS with required declaration and authorizations; (4) failed to upload to MDL Centrality evidence of product identification or notify Defendants of the inability to obtain product identification as required by CMO 12A; or (5) failed to submit the ESI disclosure required by PTO 71A ¶6. Within thirty (30) days of being identified on the Notices of Non-Compliance, Plaintiffs were required to (1) serve Defendants with the complete and verified PFS, along with the requisite responsive documents by uploading them to MDL Centrality; (2) upload a PTO 71A disclosure to MDL Centrality and/or (3) submit product identification to MDL Centrality or notify Defendants of their inability to obtain same pursuant to CMO 12A, and confirm compliance by email to the counsel specified in PTO 22A.

Defendants identified 2,124[1] case on Defendants' August 29, 2018 Notices of Non-Compliance.[2] On November 1, 2018, and pursuant to PTO 22A ¶4, Defendants filed a Notice of Non-Compliance (Doc. 4837) identifying the cases from their August 29, 2018 Notices of Non-Compliance that had not been dismissed with prejudice and in which the identified deficiencies had not been cured. At the November 15, 2018 Show Cause Hearing, the Court addressed certain of these cases and, as noted in Docket 5330, dismissed with prejudice: (i) 94 cases in which the parties had stipulated to dismissal, (ii) 127 cases in which plaintiffs' counsel were unable to contact their client, and (iii) 66 cases that were before the Court for a substantive show cause

---

[1] Some cases appeared on both the notice of non-compliance submitted by sanofi and the notice of non-compliance submitted by the 505(b)(2) defendants. Those cases are counted only once.

[2] It is Defendants' understanding that additional plaintiffs identified on the August 29, 2018 Notice of Non-Compliance (and who are identified on Exhibit A) may seek to dismiss their actions with prejudice but have not yet conferred with Defendants and/or filed stipulations of dismissal with prejudice.

hearing.  Following the November 15 hearing, additional plaintiffs filed stipulations of dismissal and/or cured the noticed deficiencies.  Accordingly, the 532 cases identified on **Exhibit A** are those cases identified on Defendants' November 1, 2018 Notice of Non-Compliance that have not been dismissed with prejudice and have outstanding deficiencies warranting dismissal.

Pursuant to PTO 22A Paragraph 3,  Defendants, through their liaison counsel's designees, met and conferred with Plaintiffs' Liaison Counsel on October 31, 2018 concerning the Plaintiffs identified on Defendants' respective August 29 Notices of Non-Compliance and again on November 19, 2018 concerning the need to address at the Court's December 19 special setting the remainder of the cases on the November 1, 2018 Notice of Non-Compliance.  Pursuant to PTO 22A, Defendants respectfully request that this Court dismiss those cases at the December 19, 2018 show cause hearing.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

kbieri@shb.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

GREENBERG TAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz, Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
mark.cheffo@dechert.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP
/s/ *Michael J. Suffern*
Michael J. Suffern

600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com
*Attorneys for Defendant Actavis Pharma, Inc and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2018, a true and correct copy of DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES SUBJECT TO DECEMBER 19, 2018 DISMISSAL CALL DOCKET was served upon the following:

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Co-Liaison Counsel for Plaintiffs*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Co-Liaison Counsel for Plaintiffs*

/s/ *Douglas J. Moore*
Douglas Moore