# EXHIBIT A

| #  | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|----|-----------|------------|----------------|---------------------------|----------------|
| 1  | Abrams | Linda D. | 2:18-cv-02599 | PFS Not Substantially Complete | 505 |
| 2  | Adams | Tessie | 2:17-cv-16210 | PFS Not Substantially Complete | 505 |
| 3  | Al Jabari | Fatina | 2:17-cv-14857 | PFS Not Substantially Complete | sanofi |
| 4  | Alderete | Ruth | 2:17-cv-13472 | PFS Not Substantially Complete | 505 |
| 5  | Alford | Earlene | 2:18-cv-01430 | PFS Not Substantially Complete | 505 |
| 6  | Allen | Dalphine | 2:18-cv-01431 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 7  | Allen | Ella L. | 2:17-cv-07976 | PFS Not Substantially Complete | 505 |
| 8  | Allen | Jessie | 2:17-cv-16727 | PFS Not Substantially Complete | sanofi |
| 9  | Alvillar | Diane | 2:17-cv-09635 | No PFS Submitted | sanofi |
| 10 | Amison | Johnnie | 2:17-cv-14973 | PFS Not Substantially Complete | sanofi |
| 11 | Anderson | Hester | 2:18-cv-02763 | PFS Not Substantially Complete | sanofi |
| 12 | Anderson | Jean | 2:17-cv-15118 | PFS Not Substantially Complete | sanofi |
| 13 | Anderson | Sharon | 2:17-cv-14259 | PFS Not Substantially Complete | sanofi |
| 14 | Angel | Theresa | 2:16-cv-17935 | PFS Not Substantially Complete | sanofi |
| 15 | Argys | Sherrie | 2:17-cv-11809 | No Authorizations Uploaded | sanofi |
| 16 | Arnett | Brenda | 2:17-cv-17837 | No Authorizations Uploaded | sanofi |
| 17 | Asghar Khan | Aisha | 2:18-cv-02461 | No Authorizations Uploaded | sanofi |
| 18 | Baker-Winfield | April | 2:18-cv-01950 | PFS Not Substantially Complete | 505 |
| 19 | Banks | Patricia | 2:18-cv-01912 | PFS Not Substantially Complete | 505 |
| 20 | Barnett | Leora | 2:17-cv-09932 | PFS Not Substantially Complete | sanofi |
| 21 | Bass | Carol | 2:17-cv-02254 | No CMO 12A Uploaded; No PTO 71A Uploaded | sanofi |
| 22 | Baty | Kathleen | 2:17-cv-12273 | PFS Not Substantially Complete | sanofi |
| 23 | Baudier | Patsy | 2:18-cv-00913 | PFS Not Substantially Complete | 505 |
| 24 | Becker | Linda | 2:17-cv-12837 | PFS Not Substantially Complete | sanofi |
| 25 | Beeler | Sandra M. | 2:17-cv-05830 | PFS Not Substantially Complete | 505 |
| 26 | Benavente | Santos | 2:17-cv-14726 | PFS Not Substantially Complete | sanofi |
| 27 | Bender | Betty | 2:18-cv-02864 | PFS Not Substantially Complete | 505 |
| 28 | Bennett | Suzanne | 2:17-cv-15477 | PFS Not Substantially Complete | sanofi |
| 29 | Bersentes | Yianna | 2:17-cv-08328 | No PFS Submitted | sanofi |
| 30 | Bert | Diana | 2:17-cv-14202 | PFS Not Substantially Complete | sanofi |
| 31 | Bess | Marian | 2:17-cv-17295 | No Deficiency Response; No PTO 71A Uploaded | sanofi and 505 |
| 32 | Bird | Michelle | 2:17-cv-16634 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 33 | Birdsong | Joy | 2:17-cv-08227 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 34 | Black-Roberson | Juanita | 2:17-cv-16237 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 35 | Blakely | Jennifer | 2:17-cv-11622 | PFS Not Substantially Complete | 505 |
| 36 | Blevins | Shelden | 2:17-cv-16744 | PFS Not Substantially Complete | sanofi |
| 37 | Bolds | Dorothy | 2:17-cv-12237 | PFS Not Substantially Complete | sanofi |
| 38 | Boler | Beverly | 2:18-cv-02326 | PFS Not Substantially Complete | sanofi |
| 39 | Bolingbroke | Myra | 2:17-cv-14205 | PFS Not Substantially Complete | sanofi |
| 40 | Bonnett | Kathryn | 2:17-cv-07793 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 41 | Bonta | Lisa | 2:17-cv-17163 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 42 | Boobar | Shirley | 2:17-cv-16320 | PFS Not Substantially Complete | 505 |
| 43 | Bounds | Geneva | 2:18-cv-02599 | PFS Not Substantially Complete | 505 |
| 44 | Bowie | Barbara | 2:17-cv-15025 | PFS Not Substantially Complete | sanofi |
| 45 | Brack | Sandra | 2:17-cv-14207 | PFS Not Substantially Complete | sanofi |
| 46 | Bradley | Rosie | 2:18-cv-02327 | PFS Not Substantially Complete | sanofi |
| 47 | Bridges | Shirley | 2:18-cv-01916 | PFS Not Substantially Complete | 505 |
| 48 | Briones | Elsa | 2:17-cv-13532 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi |
| 49 | Brokenberry | Gloria | 2:17-cv-12967 | PFS Not Substantially Complete | sanofi |
| 50 | Brooks | Tammy | 2:17-cv-17283 | No Authorizations Uploaded | sanofi |
| 51 | Brown | Charlene | 2:18-cv-02519 | PFS Not Substantially Complete | sanofi |
| 52 | Brown | Deborah | 2:17-cv-14752 | PFS Not Substantially Complete | 505 |
| 53 | Brown | Diane | 2:17-cv-15634 | PFS Not Substantially Complete | sanofi |
| 54 | Brown | Emma | 2:18-cv-00799 | PFS Not Substantially Complete | sanofi |
| 55 | Brown | Johnnie | 2:17-cv-15482 | PFS Not Substantially Complete | sanofi |
| 56 | Brown | Lisa | 2:18-cv-01440 | PFS Not Substantially Complete | 505 |
| 57 | Brown | Patricia | 2:17-cv-12239 | PFS Not Substantially Complete | 505 |
| 58 | Brown Daniels | Beverly | 2:17-cv-15030 | PFS Not Substantially Complete | sanofi |
| 59 | Bryant | Sheila | 2:18-cv-00895 | PFS Not Substantially Complete | sanofi |
| 60 | Burrell | Anna | 2:18-cv-01443 | No PFS Submitted | 505 |
| 61 | Burse | Joyce | 2:18-cv-00905 | PFS Not Substantially Complete | sanofi |
| 62 | Burton | Tammy | 2:17-cv-08634 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 63 | Burts | Cheryl | 2:17-cv-16681 | PFS Not Substantially Complete | sanofi |
| 64 | Butler | Betty | 2:17-cv-17508 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 65 | Butler | Sykeethia | 2:17-cv-08911 | PFS Not Substantially Complete | sanofi |
| 66 | Calderon | Alma | 2:17-cv-14830 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded | sanofi and 505 |
| 67 | Callahan | Karen | 2:18-cv-01755 | PFS Not Substantially Complete | sanofi |
| 68 | Cameron | Dorothy | 2:18-cv-00828 | PFS Not Substantially Complete | sanofi |
| 69 | Carney | Keshia | 2:17-cv-15615 | No CMO 12A Uploaded | sanofi |
| 70 | Carter | Jean | 2:18-cv-00801 | PFS Not Substantially Complete | sanofi |
| 71 | Carter | Sherlyn | 2:17-cv-15088 | PFS Not Substantially Complete | sanofi |
| 72 | Castille | Orelia | 2:18-cv-03431 | PFS Not Substantially Complete | sanofi |
| 73 | Caston | Patsy | 2:17-cv-16938 | PFS Not Substantially Complete | 505 |
| 74 | Chapman | Angela | 2:17-cv-13706 | No Authorizations Uploaded | sanofi |
| 75 | Chapman | Elizabeth | 2:18-cv-02448 | PFS Not Substantially Complete | sanofi |
| 76 | Charlton | Ernestine | 2:17-cv-12904 | PFS Not Substantially Complete | sanofi |
| 77 | Charlton | Vickie | 2:17-cv-16581 | PFS Not Substantially Complete | sanofi |
| 78 | Childers | Mundee | 2:17-cv-12323 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi |
| 79 | Chiz | Patricia | 2:17-cv-16956 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 80 | Clark | Icy | 2:17-cv-16610 | PFS Not Substantially Complete | 505 |
| 81 | Claude | Bessie | 2:18-cv-04425 | No PFS Submitted | sanofi |
| 82 | Clay | Nancy | 2:17-cv-17180 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 83 | Clelland | Deborah | 2:18-cv-01952 | PFS Not Substantially Complete; No CMO 12A Uploaded | sanofi and 505 |
| 84 | Clemons | Geneva | 2:17-cv-15471 | PFS Not Substantially Complete | 505 |
| 85 | Cochran | Judi | 2:17-cv-17309 | PFS Not Substantially Complete | sanofi |
| 86 | Cokley | Rosalind | 2:18-cv-01325 | No PFS Submitted | sanofi |
| 87 | Coleman | Jessie | 2:17-cv-07919 | PFS Not Substantially Complete | sanofi |
| 88 | Collett | Sarah L. | 2:17-cv-12705 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 89 | Collins | Barbara | 2:17-cv-15640 | PFS Not Substantially Complete | 505 |
| 90 | Collins | Sarah | 2:17-cv-16593 | PFS Not Substantially Complete | 505 |
| 91 | Connor | Odessa | 2:17-cv-14422 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| #   | Last Name        | First Name | MDL Docket No. | Non-Compliance Description                                   | Defendant List  |
|-----|------------------|------------|----------------|--------------------------------------------------------------|-----------------|
| 92  | Conroy           | Janice     | 2:17-cv-14041  | PFS Not Substantially Complete                               | sanofi*         |
| 93  | Conway           | Ashley     | 2:18-cv-02599  | No Deficiency Response; PFS Not Substantially Complete       | 505             |
| 94  | Copeland         | Felicia    | 2:18-cv-00802  | PFS Not Substantially Complete                               | sanofi          |
| 95  | Cornelison       | Carrolyn   | 2:17-cv-16253  | PFS Not Substantially Complete                               | sanofi          |
| 96  | Cottman          | Roslyn     | 2:18-cv-02174  | PFS Not Substantially Complete; No Authorizations Uploaded   | sanofi and 505  |
| 97  | Cotton           | Alison     | 2:17-cv-13926  | No Authorizations Uploaded                                   | sanofi*         |
| 98  | Coward-Murrell   | Clydie     | 2:17-cv-15644  | PFS Not Substantially Complete                               | 505             |
| 99  | Cozza            | Francesca  | 2:18-cv-03442  | PFS Not Substantially Complete                               | sanofi          |
| 100 | Crawford         | Pamela     | 2:17-cv-15647  | PFS Not Substantially Complete                               | sanofi          |
| 101 | Crump            | Darlene    | 2:18-cv-02471  | PFS Not Substantially Complete                               | sanofi          |
| 102 | Curtis           | Nellie     | 2:17-cv-08626  | No Authorizations Uploaded                                   | sanofi          |
| 103 | Dandridge        | Showntaka  | 2:17-cv-16695  | No Deficiency Response                                       | 505             |
| 104 | Darden           | Brenda     | 2:17-cv-16591  | PFS Not Substantially Complete                               | 505             |
| 105 | Davidson         | Shelia     | 2:18-cv-04445  | PFS Not Substantially Complete                               | sanofi          |
| 106 | Davila           | Reyna      | 2:18-cv-04430  | No PFS Submitted                                             | sanofi          |
| 107 | Davis            | Gloria     | 2:17-cv-16280  | PFS Not Substantially Complete                               | 505             |
| 108 | Davis            | Kimberly   | 2:17-cv-15557  | PFS Not Substantially Complete                               | 505             |
| 109 | De La Cruz       | Annalis    | 2:17-cv-14079  | No Authorizations Uploaded                                   | sanofi*         |
| 110 | Deggs            | Ernestine  | 2:17-cv-00588  | No PTO 71A Uploaded                                          | sanofi          |
| 111 | Delbridge        | Kimberly   | 2:18-cv-02535  | PFS Not Substantially Complete                               | sanofi          |
| 112 | Deppe            | Linda      | 2:17-cv-15574  | PFS Not Substantially Complete                               | sanofi          |
| 113 | Dixon            | America    | 2:17-cv-09173  | PFS Not Substantially Complete                               | sanofi          |
| 114 | Dixon            | Gloria     | 2:17-cv-16723  | No PFS Submitted                                             | sanofi and 505  |
| 115 | Dortch           | Caroline   | 2:17-cv-16722  | No PFS Submitted                                             | sanofi and 505  |
| 116 | Doucet           | Daisy      | 2:17-cv-17024  | PFS Not Substantially Complete                               | sanofi          |
| 117 | Doyle            | Cathy      | 2:18-cv-00803  | PFS Not Substantially Complete; No CMO 12A Uploaded          | sanofi and 505  |
| 118 | Dunbar Townsel   | Jacqueline | 2:17-cv-15222  | PFS Not Substantially Complete                               | sanofi          |
| 119 | Dupree           | Celia      | 2:17-cv-17224  | PFS Not Substantially Complete; No Authorizations Uploaded   | sanofi and 505  |
| 120 | Durden           | Angela     | 2:18-cv-01544  | PFS Not Substantially Complete                               | 505             |
| 121 | Durham           | Gloria     | 2:18-cv-01756  | PFS Not Substantially Complete                               | sanofi          |
| 122 | Eastman          | Ina        | 2:17-cv-15852  | PFS Not Substantially Complete                               | sanofi          |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| #   | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|-----|-----------|------------|----------------|----------------------------|----------------|
| 123 | Eddington | Jean | 2:17-cv-16386 | PFS Not Substantially Complete | 505 |
| 124 | Edwards | Crystal | 2:17-cv-18014 | No PFS Submitted | sanofi |
| 125 | Edwards | Peggy M. | 2:17-cv-17260 | PFS Not Substantially Complete | 505 |
| 126 | El Sabbagh | Crystal | 2:17-cv-17679 | No Authorizations Uploaded; No CMO 12A Uploaded | sanofi |
| 127 | Elledge | Jan | 2:18-cv-01446 | PFS Not Substantially Complete | sanofi |
| 128 | Elliott | Lisa | 2:17-cv-15227 | PFS Not Substantially Complete | sanofi |
| 129 | Escalante | Gloria | 2:17-cv-16128 | PFS Not Substantially Complete | sanofi |
| 130 | Evans | Cheryl | 2:18-cv-02925 | PFS Not Substantially Complete | sanofi |
| 131 | Ezzell | Lisa | 2:18-cv-02187 | PFS Not Substantially Complete | sanofi |
| 132 | Felton | Sabra | 2:17-cv-09527 | PFS Not Substantially Complete | sanofi |
| 133 | Ferguson | Judi | 2:17-cv-14293 | PFS Not Substantially Complete | sanofi |
| 134 | Ferguson | Wanda | 2:17-cv-15345 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 135 | Fields | Christy | 2:17-cv-11449 | PFS Not Substantially Complete | sanofi |
| 136 | Filipski | Lisa | 2:17-cv-15235 | PFS Not Substantially Complete | sanofi |
| 137 | Ford | Belinda | 2:18-cv-01545 | PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 138 | Foster | Arusha | 2:17-cv-09813 | PFS Not Substantially Complete | 505 |
| 139 | Foster | Marilyn | 2:17-cv-15655 | PFS Not Substantially Complete | 505 |
| 140 | Fox | Margie | 2:17-cv-16666 | PFS Not Substantially Complete | sanofi |
| 141 | Foxworth | Denise | 2:17-cv-08333 | PFS Not Substantially Complete | sanofi |
| 142 | Freeman | Yvonne | 2:17-cv-14308 | PFS Not Substantially Complete | sanofi |
| 143 | French | Donna | 2:17-cv-16652 | PFS Not Substantially Complete | sanofi |
| 144 | Fridge | Mandy | 2:18-cv-06542 | PFS Not Substantially Complete | 505 |
| 145 | Furbeck | Lisa | 2:17-cv-08136 | PFS Not Substantially Complete | sanofi |
| 146 | Fuselier | Shannon | 2:17-cv-18020 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 147 | Gable | Mae | 2:18-cv-01451 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 148 | Gaddis | Judy | 2:18-cv-00927 | PFS Not Substantially Complete | sanofi |
| 149 | Garcia | Catalina | 2:17-cv-14673 | No Authorizations Uploaded | sanofi* |
| 150 | George | Sandie | 2:17-cv-12704 | No CMO 12A Uploaded | sanofi |
| 151 | George | Sandra | 2:17-cv-16814 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 152 | Giglio | Janice | 2:17-cv-11901 | No CMO 12A Uploaded | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 153 | Gilbert | Shirley | 2:17-cv-07787 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 |
| 154 | Gillespie | Gertrude | 2:18-cv-01919 | PFS Not Substantially Complete | 505 |
| 155 | Gilpin | Sherryann | 2:17-cv-17049 | PFS Not Substantially Complete | sanofi |
| 156 | Gipson | Charline | 2:17-cv-14872 | PFS Not Substantially Complete | sanofi |
| 157 | Girod | Carolyn | 2:18-cv-02750 | PFS Not Substantially Complete | sanofi |
| 158 | Glenn | Judith | 2:17-cv-10534 | PFS Not Substantially Complete | 505 |
| 159 | Gordon | Donna | 2:17-cv-08653 | No PFS Submitted | sanofi |
| 160 | Goss | Martha | 2:17-cv-15704 | PFS Not Substantially Complete | sanofi |
| 161 | Gossett | Deidra | 2:17-cv-13131 | No Authorizations Uploaded | sanofi |
| 162 | Grace | Wylma | 2:17-cv-15256 | PFS Not Substantially Complete | sanofi |
| 163 | Graham | Elaine | 2:17-cv-14990 | PFS Not Substantially Complete | sanofi |
| 164 | Grant | Flora | 2:16-cv-17940 | No PFS Submitted | sanofi |
| 165 | Greathree | Martha | 2:18-cv-01332 | PFS Not Substantially Complete | sanofi |
| 166 | Green | Cathy | 2:17-cv-12945 | PFS Not Substantially Complete | sanofi |
| 167 | Greenberg | Sandra | 2:18-cv-01886 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 |
| 168 | Greene | Carrie | 2:17-cv-06367 | PFS Not Substantially Complete | sanofi |
| 169 | Greene | Rupearl | 2:17-cv-15849 | PFS Not Substantially Complete | sanofi |
| 170 | Griffen | Dottie | 2:17-cv-17665 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 171 | Griffin | Angela | 2:17-cv-11806 | PFS Not Substantially Complete | 505 |
| 172 | Groves | Deborah | 2:17-cv-14354 | PFS Not Substantially Complete | sanofi |
| 173 | Guthrie | Gisele | 2:17-cv-17709 | PFS Not Substantially Complete; No CMO 12A Uploaded | sanofi and 505 |
| 174 | Gutierrez | Lisa | 2:17-cv-17020 | PFS Not Substantially Complete | sanofi |
| 175 | Haddock | Lisa | 2:18-cv-02523 | PFS Not Substantially Complete | sanofi |
| 176 | Hadley | Dorcille | 2:18-cv-02601 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 177 | Hall | Donna | 2:18-cv-00804 | PFS Not Substantially Complete | sanofi |
| 178 | Hallum | Helen | 2:17-cv-09915 | PFS Not Substantially Complete | sanofi |
| 179 | Hammond | Cheryl | 2:17-cv-15011 | No Authorizations Uploaded | sanofi |
| 180 | Hancock | Mary Jane | 2:18-cv-02192 | No Deficiency Response; PFS Not Substantially Complete | 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 181 | Hardin | Lora | 2:17-cv-15635 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded | sanofi and 505 |
| 182 | Harrell | Barbara | 2:17-cv-09170 | PFS Not Substantially Complete | sanofi |
| 183 | Harris | Angelena | 2:18-cv-00805 | No Authorizations Uploaded | sanofi |
| 184 | Harris | Diedra | 2:18-cv-01915 | No Authorizations Uploaded | sanofi |
| 185 | Harris | Grandassa | 2:17-cv-17206 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 186 | Harris | Patricia | 2:17-cv-15386 | PFS Not Substantially Complete | sanofi |
| 187 | Hashmi | Shaheen | 2:17-cv-13483 | No PTO 71A Uploaded | sanofi |
| 188 | Hasty | Judy | 2:17-cv-16916 | PFS Not Substantially Complete | sanofi |
| 189 | Hayes | Cynthia D. | 2:17-cv-14407 | PFS Not Substantially Complete | 505 |
| 190 | Hearing | Penny | 2:17-cv-08338 | PFS Not Substantially Complete | sanofi |
| 191 | Heinicke | Linda | 2:18-cv-04112 | PFS Not Substantially Complete | sanofi |
| 192 | Helton | Miriam | 2:17-cv-13037 | PFS Not Substantially Complete | sanofi |
| 193 | Henderson | Maria | 2:17-cv-14411 | PFS Not Substantially Complete | 505 |
| 194 | Henderson | Murry | 2:17-cv-15501 | PFS Not Substantially Complete | sanofi |
| 195 | Hernandez | Anita | 2:18-cv-04456 | No Authorizations Uploaded | sanofi* |
| 196 | Hicks | Billie | 2:17-cv-16319 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 197 | Higgerson | Jill | 2:18-cv-03879 | PFS Not Substantially Complete | sanofi |
| 198 | Hildebrandt | Marlene | 2:18-cv-04521 | PFS Not Substantially Complete | sanofi |
| 199 | Hinkle | Cynthia | 2:17-cv-15035 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi |
| 200 | Hoggard | Mary | 2:18-cv-03073 | PFS Not Substantially Complete | sanofi |
| 201 | Holbrook | Letha | 2:18-cv-02534 | PFS Not Substantially Complete | sanofi |
| 202 | Holland | Lori | 2:17-cv-13059 | No PTO 71A Uploaded | sanofi |
| 203 | Holloway | Yolanda | 2:17-cv-16987 | PFS Not Substantially Complete | 505 |
| 204 | Holmes | Sandra R. | 2:18-cv-03143 | PFS Not Substantially Complete | 505 |
| 205 | Houston | Cecile | 2:17-cv-16328 | PFS Not Substantially Complete | 505 |
| 206 | Hubbard | Dorothy | 2:18-cv-01552 | PFS Not Substantially Complete | 505 |
| 207 | Hudgins | Eva | 2:17-cv-15081 | No CMO 12A uploaded | sanofi |
| 208 | Hudgon | Marleen | 2:18-cv-01335 | PFS Not Substantially Complete | sanofi |
| 209 | Hudson | Cassondra | 2:17-cv-15914 | PFS Not Substantially Complete | sanofi |
| 210 | Hudson | Linda | 2:17-cv-16633 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| #   | Last Name        | First Name | MDL Docket No. | Non-Compliance Description                                                                                             | Defendant List  |
| --- | ---------------- | ---------- | -------------- | ---------------------------------------------------------------------------------------------------------------------- | --------------- |
| 211 | Hunt             | Lorri      | 2:17-cv-09444  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 212 | Idland           | Janice     | 2:18-cv-01923  | PFS Not Substantially Complete                                                                                         | 505             |
| 213 | Ingram           | Jacquelyn  | 2:17-cv-16376  | PFS Not Substantially Complete                                                                                         | 505             |
| 214 | Isaac            | Ramona     | 2:17-cv-18019  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 215 | Jackson          | Ayesha     | 2:17-cv-15508  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 216 | Jackson          | Gloria     | 2:17-cv-16826  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 217 | Jackson          | Sherrie    | 2:18-cv-01458  | PFS Not Substantially Complete                                                                                         | 505             |
| 218 | Jacobs           | Annerenna  | 2:17-cv-08913  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 219 | James            | Tammy      | 2:18-cv-01553  | No Deficiency Response; PFS Not Substantially Complete                                                                 | 505             |
| 220 | Jenkins          | Candyse    | 2:18-cv-03735  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 221 | Jenkins          | Georgia    | 2:17-cv-18009  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 222 | Johnson          | Barbara    | 2:17-cv-17027  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 223 | Johnson          | Carolyn    | 2:17-cv-15960  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 224 | Johnson          | Marilyn    | 2:17-cv-15927  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 225 | Johnson          | Pamela     | 2:17-cv-16267  | No Deficiency Response; PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi and 505  |
| 226 | Johnson          | Virleen    | 2:18-cv-02264  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 227 | Johnson Cox      | Debbie     | 2:17-cv-08616  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 228 | Johnson Jenkins  | Latalya    | 2:17-cv-15891  | No Authorizations Uploaded                                                                                             | sanofi          |
| 229 | Johnson-Bell     | Angela     | 2:17-cv-07695  | PFS Not Substantially Complete                                                                                         | 505             |
| 230 | Jolly            | Gloria     | 2:18-cv-01774  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 231 | Jones            | Joan       | 2:18-cv-04465  | PFS Not Substantially Complete                                                                                         | sanofi and 505  |
| 232 | Jones            | Joann      | 2:17-cv-12801  | PFS Not Substantially Complete                                                                                         | 505             |
| 233 | Jones            | Josephine  | 2:18-cv-00279  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 234 | Jones            | Magaline   | 2:17-cv-16274  | No Deficiency Response; PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded                       | sanofi and 505  |
| 235 | Jones            | Mary       | 2:17-cv-15523  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 236 | Keck             | Joann      | 2:17-cv-13126  | PFS Not Substantially Complete                                                                                         | sanofi          |
| 237 | Keegan           | Kathy      | 2:17-cv-15606  | PFS Not Substantially Complete                                                                                         | 505             |
| 238 | Kelly            | Johnnie    | 2:18-cv-01461  | PFS Not Substantially Complete                                                                                         | 505             |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 239 | Knight | Cordelia | 2:17-cv-09088 | PFS Not Substantially Complete | sanofi |
| 240 | Knight | Shelia | 2:17-cv-17052 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded | sanofi and 505 |
| 241 | Knoth | Tammy R. | 2:17-cv-13565 | PFS Not Substantially Complete | 505 |
| 242 | Kron | Leslie | 2:17-cv-11446 | PFS Not Substantially Complete | sanofi |
| 243 | Lacy | Latoni | 2:17-cv-12678 | No Deficiency Response | sanofi |
| 244 | Lashley | Rebecca | 2:16-cv-17936 | PFS Not Substantially Complete | sanofi |
| 245 | Laughlin | Angie | 2:17-cv-13544 | No Deficiency Response | sanofi |
| 246 | Lawrence | Dorothy | 2:17-cv-12246 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 247 | Lea | Doris | 2:17-cv-09171 | PFS Not Substantially Complete | sanofi |
| 248 | Ledford | Debbie | 2:17-cv-11900 | PFS Not Substantially Complete | sanofi |
| 249 | Lee | Adrianne | 2:17-cv-15536 | PFS Not Substantially Complete | sanofi |
| 250 | Lee | Jade | 2:18-cv-03433 | No Authorizations Uploaded | sanofi |
| 251 | Levine | Karen | 2:17-cv-14638 | PFS Not Substantially Complete | 505 |
| 252 | Lewis | Barbara | 2:18-cv-01462 | PFS Not Substantially Complete | 505 |
| 253 | Lewis | Joyce | 2:17-cv-08993 | PFS Not Substantially Complete | sanofi |
| 254 | Lewis | Velma | 2:17-cv-14139 | PFS Not Substantially Complete | sanofi* |
| 255 | Lieberman | Erica | 2:17-cv-03729 | PFS Not Substantially Complete | sanofi |
| 256 | Linda | Trammel | 2:17-cv-10269 | PFS Not Substantially Complete | sanofi |
| 257 | Linden | Caroline | 2:18-cv-01469 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 |
| 258 | Lipscomb | Teresa | 2:17-cv-16372 | PFS Not Substantially Complete | sanofi |
| 259 | Littleton | Eleanor | 2:17-cv-15601 | PFS Not Substantially Complete | sanofi |
| 260 | Livingood | Sherry | 2:17-cv-17038 | PFS Not Substantially Complete | 505 |
| 261 | Locklear | Beverly | 2:18-cv-04486 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 262 | Long | Magdalene | 2:17-cv-14459 | PFS Not Substantially Complete | 505 |
| 263 | Lopez | Lizbeth | 2:18-cv-04458 | No PFS Submitted | sanofi |
| 264 | Love | Carmelita | 2:18-cv-03314 | PFS Not Substantially Complete | 505 |
| 265 | Lowe | Kimberly | 2:17-cv-13465 | PFS Not Substantially Complete | sanofi |
| 266 | Lucas | Bridgette | 2:17-cv-14641 | No Authorizations Uploaded | sanofi* |
| 267 | Magee | Sherry | 2:17-cv-08504 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 268 | Maikui | Diane | 2:17-cv-10967 | PFS Not Substantially Complete | 505 |
| 269 | Maisner | Stacy | 2:18-cv-02540 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 270 | Malcheski | Marguerite | 2:17-cv-16346 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 271 | Maldonado | Nannie | 2:17-cv-16899 | PFS Not Substantially Complete | sanofi |
| 272 | Manser | Rhonda | 2:17-cv-02072 | No PTO 71A Uploaded | sanofi |
| 273 | Mapp | Joann | 2:17-cv-08507 | PFS Not Substantially Complete | sanofi |
| 274 | Marion | Shirl | 2:17-cv-16282 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 275 | Marts | Ophelia | 2:17-cv-16905 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 |
| 276 | Matthews | Demille | 2:17-cv-16761 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 277 | May | Georgina | 2:17-cv-15952 | PFS Not Substantially Complete | sanofi |
| 278 | Mayhan | Patricia | 2:17-cv-06557 | PFS Not Substantially Complete | 505 |
| 279 | Mays | Corsette | 2:18-cv-04960 | PFS Not Substantially Complete | sanofi |
| 280 | Mays | Traci | 2:18-cv-01388 | PFS Not Substantially Complete | 505 |
| 281 | Mccarden | Sonja | 2:18-cv-02209 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 282 | Mcclair | Angela | 2:17-cv-13505 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 283 | Mcclellan | Kimberly | 2:18-cv-01339 | No Deficiency Response | sanofi |
| 284 | Mccormick | Lois | 2:17-cv-10104 | PFS Not Substantially Complete | sanofi |
| 285 | McCoy | Michelle | 2:17-cv-09158 | PFS Not Substantially Complete | 505 |
| 286 | Mccrary | Elizabeth | 2:17-cv-12919 | No PTO 71A Uploaded | sanofi |
| 287 | Mcdonald | Judith | 2:17-cv-18003 | PFS Not Substantially Complete | sanofi |
| 288 | Mcfee | Richela | 2:18-cv-01357 | PFS Not Substantially Complete | sanofi |
| 289 | Mcgill | Veronica | 2:17-cv-17873 | PFS Not Substantially Complete | sanofi |
| 290 | Mcgrath | Trudell | 2:18-cv-02271 | No Deficiency Response | sanofi |
| 291 | Mckinney | Jaunifert | 2:16-cv-15396 | No PTO 71A Uploaded | sanofi |
| 292 | Mcmanus | Tara | 2:17-cv-15249 | No CMO 12A Uploaded; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi |
| 293 | Mcmillon | Joann | 2:17-cv-12670 | No Authorizations Uploaded | sanofi |
| 294 | Mcnamee | Ramona | 2:18-cv-01516 | No Deficiency Response | 505 |
| 295 | Mellot | Nancy | 2:18-cv-02473 | PFS Not Substantially Complete | 505 |
| 296 | Mercure | Mirmose | 2:18-cv-02639 | PFS Not Substantially Complete | sanofi |
| 297 | Mickelson | Sandy | 2:17-cv-14946 | PFS Not Substantially Complete | sanofi |
| 298 | Middlekauff | Kristie | 2:18-cv-05137 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 299 | Miles | Janette | 2:17-cv-15597 | PFS Not Substantially Complete | sanofi |
| 300 | Miller | Linda Faye | 2:18-cv-01518 | PFS Not Substantially Complete | 505 |
| 301 | Milligan | Bobbie | 2:18-cv-01584 | PFS Not Substantially Complete | sanofi |
| 302 | Milligan | Murral | 2:17-cv-08759 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 303 | Mims | Dorothy | 2:18-cv-01791 | PFS Not Substantially Complete | sanofi |
| 304 | Minet | Connie | 2:17-cv-17219 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 305 | Mirany | Maryam | 2:17-cv-16335 | PFS Not Substantially Complete | sanofi |
| 306 | Mitchell | Joan | 2:17-cv-17033 | No PFS Submitted | 505 |
| 307 | Mitchell | Marvin | 2:17-cv-09530 | PFS Not Substantially Complete | sanofi |
| 308 | Mohamed | Nimo | 2:18-cv-00809 | No Authorizations Uploaded | sanofi |
| 309 | Montalbano | Sharon | 2:17-cv-14154 | PFS Not Substantially Complete | sanofi |
| 310 | Moody | Rhonda | 2:18-cv-01587 | PFS Not Substantially Complete | 505 |
| 311 | Moore | Ginger | 2:17-cv-15111 | PFS Not Substantially Complete; No CMO 12A Uploaded | sanofi and 505 |
| 312 | Moore | Sandra | 2:17-cv-09814 | No Deficiency Response | sanofi |
| 313 | Moore | Sheryl | 2:17-cv-10331 | PFS Not Substantially Complete | sanofi |
| 314 | Morales | Lauren | 2:17-cv-16913 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 |
| 315 | Morris | Sherry | 2:18-cv-03658 | PFS Not Substantially Complete | sanofi |
| 316 | Morrissette Hughes | Virgian | 2:17-cv-16782 | PFS Not Substantially Complete | sanofi |
| 317 | Moss | Marilynn | 2:18-cv-01223 | PFS Not Substantially Complete | sanofi |
| 318 | Muckle | Demetria | 2:18-cv-04443 | No PFS Submitted | sanofi |
| 319 | Muir | Karen | 2:17-cv-12117 | No Deficiency Response | sanofi |
| 320 | Mula | Linda | 2:17-cv-16314 | PFS Not Substantially Complete | 505 |
| 321 | Murphy | Susan | 2:17-cv-16935 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 322 | Musa Gadjgo | Betty | 2:17-cv-08130 | PFS Not Substantially Complete | sanofi |
| 323 | Navarro Ortiz | Lisa | 2:17-cv-14826 | PFS Not Substantially Complete | sanofi |
| 324 | Ndyanabangi | Margaret | 2:17-cv-12115 | No Deficiency Response | sanofi |
| 325 | Neal | Rhonda | 2:18-cv-00810 | No Authorizations Uploaded | sanofi |
| 326 | Nelson | Clarenda | 2:18-cv-01792 | PFS Not Substantially Complete | sanofi |
| 327 | Nelson | Margie | 2:18-cv-00358 | No Authorizations Uploaded | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 328 | Nelson | Tanya | 2:17-cv-14071 | PFS Not Substantially Complete | sanofi |
| 329 | New | Linda | 2:18-cv-05141 | PFS Not Substantially Complete | sanofi |
| 330 | Nicholas | Bette | 2:17-cv-16370 | PFS Not Substantially Complete | 505 |
| 331 | Nitto | Laura | 2:17-cv-14782 | No CMO 12A Uploaded | sanofi |
| 332 | Nolan | Cathy | 2:18-cv-00811 | PFS Not Substantially Complete | sanofi |
| 333 | Norvel | Linda | 2:17-cv-17851 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi |
| 334 | Nowland | Bonnie | 2:18-cv-04314 | PFS Not Substantially Complete | sanofi |
| 335 | Nugent | Deborah | 2:18-cv-00733 | No CMO 12A Uploaded | sanofi |
| 336 | Obanion | Kristy | 2:18-cv-03439 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 337 | Obicheie | Armer | 2:17-cv-16013 | PFS Not Substantially Complete | sanofi |
| 338 | Ockletree | Izolla | 2:17-cv-14966 | PFS Not Substantially Complete | 505 |
| 339 | Olinger | Joyce | 2:17-cv-15449 | PFS Not Substantially Complete | sanofi |
| 340 | Oliver | Audrey | 2:18-cv-01359 | PFS Not Substantially Complete | sanofi |
| 341 | Opalka | Sharon | 2:17-cv-09172 | PFS Not Substantially Complete | sanofi |
| 342 | Orona De Guvara | Beatriz | 2:17-cv-15158 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 |
| 343 | Owens | Linda | 2:18-cv-01900 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 344 | Packer | Judith | 2:17-cv-07647 | PFS Not Substantially Complete | sanofi |
| 345 | Paden | Margret | 2:18-cv-01519 | PFS Not Substantially Complete | 505 |
| 346 | Page | Juanita | 2:17-cv-14591 | PFS Not Substantially Complete | sanofi |
| 347 | Parker | Debra | 2:17-cv-08396 | PFS Not Substantially Complete | sanofi |
| 348 | Parmeter | Patricia | 2:17-cv-13027 | PFS Not Substantially Complete | 505 |
| 349 | Patterson | Gloria | 2:18-cv-03690 | PFS Not Substantially Complete | sanofi |
| 350 | Payne | Tina | 2:17-cv-14425 | PFS Not Substantially Complete | sanofi* |
| 351 | Pearson | Yolonda | 2:17-cv-10942 | PFS Not Substantially Complete; No CMO 12A Uploaded | sanofi and 505 |
| 352 | Pena | Kelly | 2:18-cv-02127 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 353 | Percell | Kristen | 2:17-cv-16385 | PFS Not Substantially Complete | sanofi |
| 354 | Perkins | Michelle | 2:17-cv-15432 | PFS Not Substantially Complete | 505 |
| 355 | Philbrook | Kristin | 2:17-cv-16389 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 356 | Pickett | Sandra | 2:18-cv-02873 | PFS Not Substantially Complete | 505 |
| 357 | Pierce | Ann | 2:17-cv-02729 | No PFS Submitted | sanofi |
| 358 | Pineda | Michelle | 2:17-cv-17135 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 359 | Pluguez | Luz | 2:18-cv-01393 | PFS Not Substantially Complete | 505 |
| 360 | Plumley | Sheryl | 2:18-cv-01225 | PFS Not Substantially Complete | sanofi |
| 361 | Porter | Lillie | 2:17-cv-15309 | No Deficiency Response | sanofi |
| 362 | Powell | Geneva | 2:18-cv-03316 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 363 | Powell | Meredith | 2:18-cv-01521 | PFS Not Substantially Complete | 505 |
| 364 | Pratt | Ruby | 2:17-cv-09790 | No Authorizations Uploaded | sanofi |
| 365 | Prince | Kenya | 2:17-cv-15621 | PFS Not Substantially Complete | sanofi |
| 366 | Prince | Sandra | 2:16-cv-17801 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi |
| 367 | Punzi | Marilyn | 2:17-cv-09812 | PFS Not Substantially Complete | sanofi |
| 368 | Quintero Mojica | Marisol | 2:17-cv-15942 | No Authorizations Uploaded | sanofi |
| 369 | Radwan | Mona | 2:17-cv-08638 | PFS Not Substantially Complete | sanofi |
| 370 | Rahal | Laila | 2:18-cv-01591 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 371 | Reed | Audrey | 2:17-cv-04946 | No PTO 71A Uploaded | sanofi |
| 372 | Reed | Bobbi | 2:17-cv-09194 | PFS Not Substantially Complete | 505 |
| 373 | Reed | Lakeitha | 2:17-cv-15718 | No Deficiency Response | sanofi |
| 374 | Reese | Vickie | 2:18-cv-02281 | PFS Not Substantially Complete | 505 |
| 375 | Rhodes | Elizabeth | 2:18-cv-02942 | PFS Not Substantially Complete | 505 |
| 376 | Rice-Ringo | Martha | 2:17-cv-16928 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 377 | Richburg | Sharney S. | 2:17-cv-14512 | PFS Not Substantially Complete | 505 |
| 378 | Ricks | Lisa | 2:17-cv-09926 | PFS Not Substantially Complete | sanofi |
| 379 | Riding | Kathryn | 2:17-cv-11496 | No PTO 71A Uploaded | sanofi |
| 380 | Rippy | Janet | 2:17-cv-11438 | PFS Not Substantially Complete | sanofi |
| 381 | Rivers | Rose | 2:17-cv-16735 | PFS Not Substantially Complete | sanofi |
| 382 | Rivers Blunt | Janice | 2:17-cv-09891 | PFS Not Substantially Complete | sanofi |
| 383 | Roberts | Julie | 2:17-cv-12699 | No Deficiency Response | sanofi |
| 384 | Robinson | Gigi | 2:17-cv-11450 | PFS Not Substantially Complete | sanofi |
| 385 | Robinson | Linda | 2:17-cv-13087 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 386 | Robinson | Loretha | 2:18-cv-03620 | PFS Not Substantially Complete | sanofi |
| 387 | Robison | Jennifer | 2:17-cv-16403 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 388 | Roche | Eileen | 2:17-cv-09162 | PFS Not Substantially Complete | 505 |
| 389 | Rodman | Norma | 2:17-cv-09674 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 390 | Romero | Dolores | 2:17-cv-06411 | PFS Not Substantially Complete | sanofi |
| 391 | Rose | Dyanna | 2:17-cv-12857 | PFS Not Substantially Complete | sanofi |
| 392 | Ross | Donna | 2:17-cv-10156 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 393 | Ross | Mary | 2:18-cv-02640 | No Deficiency Response | sanofi |
| 394 | Ross | Tina | 2:17-cv-16405 | PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 395 | Rosso | Lindsey | 2:18-cv-04802 | No PFS Submitted | sanofi |
| 396 | Ruiz | Nereida | 2:17-cv-17874 | PFS Not Substantially Complete | sanofi |
| 397 | Rutledge | Elaine | 2:17-cv-14521 | PFS Not Substantially Complete | 505 |
| 398 | Saavedra | Norma | 2:17-cv-16408 | PFS Not Substantially Complete | 505 |
| 399 | Sackman | Connie | 2:17-cv-12687 | No CMO 12A Uploaded | sanofi |
| 400 | Salinas | Frances | 2:17-cv-12948 | No Authorizations Uploaded | sanofi* |
| 401 | Sallavanti | Karen | 2:17-cv-14867 | PFS Not Substantially Complete | sanofi |
| 402 | Salser | Janice | 2:17-cv-12262 | PFS Not Substantially Complete | 505 |
| 403 | Salter | Kimber | 2:17-cv-10828 | PFS Not Substantially Complete | 505 |
| 404 | Sampson | Shirley | 2:17-cv-10778 | PFS Not Substantially Complete | sanofi |
| 405 | Sanchez | Barbara | 2:17-cv-16800 | PFS Not Substantially Complete | 505 |
| 406 | Sanders | Terri | 2:17-cv-16703 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 407 | Santiago | Maria | 2:17-cv-11142 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi* |
| 408 | Sapp | Patricia | 2:17-cv-11818 | PFS Not Substantially Complete | sanofi |
| 409 | Sargent | Anita | 2:17-cv-16971 | PFS Not Substantially Complete | sanofi |
| 410 | Schaeffer | Catherine | 2:18-cv-01600 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 |
| 411 | Schuster | Patricia | 2:17-cv-07837 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 412 | Scrinopskie | Frayna | 2:17-cv-13437 | No PTO 71A Uploaded | sanofi |
| 413 | Scullion | Terri | 2:17-cv-16438 | No Authorizations Uploaded; No CMO 12A Uploaded | sanofi |

Page 14

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 414 | Seibert | Debra | 2:17-cv-16410 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 415 | Sekelsky | Carolyn | 2:18-cv-01526 | PFS Not Substantially Complete | 505 |
| 416 | Sequeira | Elda | 2:17-cv-17383 | PFS Not Substantially Complete | sanofi |
| 417 | Shannon | Lena | 2:17-cv-11457 | PFS Not Substantially Complete | 505 |
| 418 | Shappell | Dorothy | 2:17-cv-16412 | PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 419 | Sharp | Annette | 2:17-cv-16932 | PFS Not Substantially Complete | 505 |
| 420 | Sharples | Phyllis | 2:17-cv-16776 | PFS Not Substantially Complete | sanofi |
| 421 | Shaw | Betty | 2:17-cv-09934 | PFS Not Substantially Complete | sanofi |
| 422 | Shaw | Faye | 2:18-cv-02342 | PFS Not Substantially Complete | sanofi |
| 423 | Sheaffer | Veronica A. | 2:17-cv-15082 | PFS Not Substantially Complete | 505 |
| 424 | Shedrick | Yvette | 2:17-cv-16833 | No Deficiency Response | sanofi |
| 425 | Sherod | Katherine | 2:18-cv-02343 | PFS Not Substantially Complete | sanofi |
| 426 | Sherratt | Syma | 2:17-cv-13463 | PFS Not Substantially Complete | sanofi |
| 427 | Silvers | Rachel | 2:17-cv-15026 | PFS Not Substantially Complete | sanofi |
| 428 | Simmons | Brinda | 2:17-cv-16047 | PFS Not Substantially Complete | sanofi |
| 429 | Simmons | Carlene | 2:17-cv-15031 | PFS Not Substantially Complete | 505 |
| 430 | Simon | Marlene | 2:18-cv-02424 | PFS Not Substantially Complete | sanofi |
| 431 | Sims | Linda | 2:18-cv-02211 | PFS Not Substantially Complete | 505 |
| 432 | Smalls | Christine | 2:18-cv-02313 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 |
| 433 | Smart | Gloria | 2:17-cv-14389 | No Authorizations Uploaded | sanofi* |
| 434 | Smith | Angela | 2:17-cv-16769 | No Authorizations Uploaded | sanofi* |
| 435 | Smith | Dora | 2:17-cv-16958 | PFS Not Substantially Complete; No Authorizations Uploaded | 505 |
| 436 | Smith | Felicia | 2:17-cv-16059 | PFS Not Substantially Complete | sanofi |
| 437 | Smith | Janet | 2:17-cv-02728 | PFS Not Substantially Complete | sanofi |
| 438 | Smith | Judy | 2:17-cv-09744 | PFS Not Substantially Complete | sanofi |
| 439 | Smith | Merle | 2:17-cv-11902 | PFS Not Substantially Complete | 505 |
| 440 | Smith | Raynette | 2:17-cv-15053 | PFS Not Substantially Complete | sanofi |
| 441 | Smith | Shalanda | 2:18-cv-00496 | PFS Not Substantially Complete | sanofi |
| 442 | Sorensen | Linda | 2:18-cv-02314 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 443 | Southard | Shannon | 2:17-cv-16416 | PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 444 | Sowell | Nicolette | 2:17-cv-15014 | PFS Not Substantially Complete | sanofi |
| 445 | Speaks | Martha | 2:17-cv-12987 | No Deficiency Response | sanofi |
| 446 | Spencer-Williams | Anita | 2:18-cv-00813 | PFS Not Substantially Complete | sanofi |
| 447 | Stephens | Tina | 2:17-cv-12156 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 448 | Stevens | Margaret | 2:18-cv-02544 | No Authorizations Uploaded | sanofi |
| 449 | Strickland | Brenda | 2:17-cv-16066 | PFS Not Substantially Complete | sanofi |
| 450 | Sunjah | Paisley | 2:17-cv-16927 | PFS Not Substantially Complete | 505 |
| 451 | Sutton | Otanya | 2:18-cv-03083 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 452 | Swann | Ellen | 2:17-cv-09542 | PFS Not Substantially Complete | sanofi |
| 453 | Tanner | Andrea | 2:18-cv-05154 | PFS Not Substantially Complete | sanofi |
| 454 | Tatum | Diane | 2:17-cv-11456 | PFS Not Substantially Complete | sanofi |
| 455 | Taylor | Marsha | 2:17-cv-15077 | PFS Not Substantially Complete | sanofi |
| 456 | Terkia | Kathleen | 2:17-cv-07978 | PFS Not Substantially Complete | sanofi |
| 457 | Terry | Leantre | 2:17-cv-13711 | PFS Not Substantially Complete | 505 |
| 458 | Thibou | Theresa | 2:17-cv-11452 | PFS Not Substantially Complete | 505 |
| 459 | Thomas | Beverly | 2:18-cv-01368 | PFS Not Substantially Complete | sanofi |
| 460 | Thomas | Ingrid | 2:17-cv-11672 | PFS Not Substantially Complete | 505 |
| 461 | Thomas | Olivia | 2:18-cv-01230 | PFS Not Substantially Complete | sanofi |
| 462 | Thompson | Vivian | 2:17-cv-11275 | PFS Not Substantially Complete | sanofi |
| 463 | Tibbitts | Kimberly | 2:17-cv-10597 | PFS Not Substantially Complete | sanofi |
| 464 | Timpson | Karen Nadine | 2:17-cv-02927 | PFS Not Substantially Complete | 505 |
| 465 | Todd | Arline | 2:17-cv-16968 | PFS Not Substantially Complete | 505 |
| 466 | Tolson | Karen | 2:17-cv-12681 | No Deficiency Response | sanofi |
| 467 | Torres | Lisa | 2:18-cv-00649 | PFS Not Substantially Complete | 505 |
| 468 | Trammell | Melissa | 2:17-cv-14864 | PFS Not Substantially Complete | sanofi |
| 469 | Travis | Tara | 2:17-cv-16420 | No Deficiency Response; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 470 | Tucker | Dorothy | 2:18-cv-02315 | No PFS Submitted | sanofi and 505 |
| 471 | Tuner | Penny | 2:17-cv-14072 | PFS Not Substantially Complete | sanofi |
| 472 | Turner | Dorothy | 2:17-cv-08132 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 473 | Turner | Margaret | 2:17-cv-08859 | No PFS Submitted | sanofi |
| 474 | Turner | Shanika | 2:17-cv-14396 | PFS Not Substantially Complete | sanofi* |
| 475 | Turner | Sharon | 2:17-cv-09163 | PFS Not Substantially Complete | sanofi |
| 476 | Turner | Tammy | 2:17-cv-15905 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 |
| 477 | Tyson | Georgette | 2:17-cv-16076 | PFS Not Substantially Complete | sanofi |
| 478 | Tyson | Shirley | 2:17-cv-15254 | No Authorizations Uploaded | sanofi |
| 479 | Ulibarri | Susan | 2:18-cv-02690 | No PFS Submitted | sanofi |
| 480 | Vanneste | Deborah | 2:17-cv-10295 | PFS Not Substantially Complete | 505 |
| 481 | Vanzeyl | Janice | 2:17-cv-16083 | PFS Not Substantially Complete | sanofi |
| 482 | Varner | Ella | 2:18-cv-01396 | PFS Not Substantially Complete | 505 |
| 483 | Vaughn | Patricia | 2:17-cv-17276 | PFS Not Substantially Complete | sanofi |
| 484 | Venezia | Deborah | 2:17-cv-12868 | PFS Not Substantially Complete | sanofi |
| 485 | Villarreal | Juanita | 2:17-cv-15762 | PFS Not Substantially Complete | sanofi |
| 486 | Voisin | Shirley | 2:17-cv-16428 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded; No CMO 12A Uploaded | sanofi and 505 |
| 487 | Waits | Margaret | 2:17-cv-15813 | PFS Not Substantially Complete | 505 |
| 488 | Walker | Luvern | 2:17-cv-14698 | No Authorizations Uploaded | sanofi |
| 489 | Walker | Thelma | 2:17-cv-08907 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | 505 |
| 490 | Wallace | Bonnie | 2:17-cv-08134 | PFS Not Substantially Complete | sanofi |
| 491 | Wallace | Stephanie | 2:17-cv-15838 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi and 505 |
| 492 | Ward | Sharon | 2:17-cv-08230 | PFS Not Substantially Complete | 505 |
| 493 | Warrem | Patricia | 2:17-cv-15645 | PFS Not Substantially Complete; No CMO 12A Uploaded | sanofi and 505 |
| 494 | Warren | Vera | 2:18-cv-00400 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 |
| 495 | Washington | Angela | 2:17-cv-15783 | PFS Not Substantially Complete | sanofi |
| 496 | Washington | Natalie | 2:17-cv-13807 | No CMO 12A uploaded | sanofi |
| 497 | Washington | Sharon | 2:18-cv-03316 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 498 | Watley | Selena | 2:18-cv-01613 | PFS Not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 499 | Weigand | Jenifer | 2:17-cv-07789 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 500 | Weir | Rita | 2:17-cv-14860 | PFS Not Substantially Complete | sanofi |
| 501 | Wells-Croom | Keesha | 2:18-cv-02317 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 |
| 502 | Wheatley | Tandy | 2:17-cv-16430 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 503 | White | Brenda | 2:18-cv-02318 | PFS Not Substantially Complete | 505 |
| 504 | White | Tiffany | 2:17-cv-15167 | PFS Not Substantially Complete | 505 |
| 505 | Whitehead | Cherie | 2:17-cv-14856 | PFS Not Substantially Complete | sanofi |
| 506 | Whitney | Janice | 2:17-cv-17146 | PFS Not Substantially Complete | 505 |
| 507 | Whitt | Jaqueline | 2:17-cv-08165 | PFS Not Substantially Complete | 505 |
| 508 | Whittaker | Deborah | 2:17-cv-07651 | PFS Not Substantially Complete | sanofi |
| 509 | Wiggins | Cheryl | 2:17-cv-17237 | PFS Not Substantially Complete | 505 |
| 510 | Wilkerson | Tonya | 2:17-cv-15180 | PFS Not Substantially Complete | sanofi |
| 511 | Wilkinson | Brenda | 2:17-cv-14852 | PFS Not Substantially Complete | sanofi |
| 512 | Williams | Donicia | 2:17-cv-15817 | PFS Not Substantially Complete | sanofi |
| 513 | Williams | Doris | 2:17-cv-11448 | PFS Not Substantially Complete | sanofi |
| 514 | Williams | Jennietta | 2:17-cv-11458 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 |
| 515 | Williams | Katie | 2:17-cv-13676 | PFS Not Substantially Complete | sanofi |
| 516 | Williams | Patricia | 2:18-cv-02391 | PFS Not Substantially Complete | sanofi |
| 517 | Williams | Paula | 2:17-cv-15829 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 |
| 518 | Williams | Trinette | 2:17-cv-15842 | No CMO 12A Uploaded | sanofi |
| 519 | Willis | Dorothy | 2:17-cv-16894 | PFS Not Substantially Complete | sanofi |
| 520 | Wilson | Daphne | 2:17-cv-15830 | PFS Not Substantially Complete | sanofi |
| 521 | Wilson | Mevilyn | 2:18-cv-01529 | PFS Not Substantially Complete | 505 |
| 522 | Wilson | Valerie | 2:18-cv-01398 | PFS Not Substantially Complete | 505 |
| 523 | Wilson Donarski | Carol | 2:17-cv-11830 | PFS Not Substantially Complete | sanofi |
| 524 | Witherby | Angie | 2:17-cv-08228 | PFS Not Substantially Complete | 505 |
| 525 | Wittrock | Laura | 2:18-cv-02430 | PFS Not Substantially Complete | sanofi |
| 526 | Woods | Laverne | 2:17-cv-17267 | PFS Not Substantially Complete | sanofi |
| 527 | Wooten | Kimelia | 2:17-cv-14439 | No CMO 12A Uploaded | sanofi |
| 528 | Wynn | Shirley | 2:17-cv-12509 | No Deficiency Response | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| #   | Last Name       | First Name | MDL Docket No. | Non-Compliance Description                          | Defendant List   |
| --- | --------------- | ---------- | -------------- | --------------------------------------------------- | ---------------- |
| 529 | Young           | Rose       | 2:18-cv-02366  | No Authorizations Uploaded                          | sanofi           |
| 530 | Young Belizaire | Gloria     | 2:18-cv-01530  | PFS Not Substantially Complete                      | 505              |
| 531 | Zapien          | Kimberlie  | 2:17-cv-08636  | PFS Not Substantially Complete                      | sanofi           |
| 532 | Zubee           | Eleanor    | 2:18-cv-00815  | PFS Not Substantially Complete; No CMO 12A Uploaded | sanofi and 505   |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.