UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) Case 2:16-md-02740-KDE-MBN MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*Martha T. Turner v. Sandoz Inc, et al.*, Case No. 2:17-cv-7732-JTM-MBN

## NOTICE OF APPEARANCE

Please enter the appearance of Sabrina R. Gallo, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

Respectfully submitted,

*/s/ Sabrina R. Gallo*
Sabrina R. Gallo
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami FL 33131
(305) 579-0533
gallos@gtlaw.com

***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

ATL 23126164v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Sabrina R. Gallo
Sabrina R. Gallo