UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | 2:18-cv-08535-JTM-MBN |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Laurie Hambrecht v. Sanofi-Aventis U.S. LLC et al* Civil Action No: 2:18-cv-08535-JTM-MBN | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Laurie Hambrecht, on or about November 3, 2018.

Dated this 7th day of December, 2018.

Respectfully submitted,

**PARKER WAICHMAN LLP**

By: /s/ *Jessica L. Richman*
Jessica L. Richman
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500 (516) 466-6665 (FAX)
jrichman@yourlawyer.com

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

SO CERTIFIED this the 7th day of December, 2018.

/s/ *Jessica Richman*_____
Jessica L. Richman