UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| MARTHA TURNER, <br><br> Plaintiff, <br> v. <br><br> SANDOZ, et al., <br><br> Defendants. | SECTION "N" (5) <br> JUDGE ENGLEHARDT <br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-7732 |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

COMES NOW, Victoria Maniatis of the law firm of Sanders Phillips Grossman, LLC, and formally enters her appearance as counsel for Plaintiff Martha Turner in the above captioned matter.

DATED: December 7, 2018           Respectfully submitted,

By: */s/ Victoria Maniatis*

Victoria Maniatis
Randi Kassan (NY Bar No. 4375754)
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email: vmaniatis@thesandersfirm.com
           rkassan@thesandersfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>December 7</u>, 2018

                                                    By:  <u>*/s/ Victoria Maniatis*</u>
                                                              Victoria Maniatis