UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Ayesha Jackson**
**Case No.: 2:17-cv-15508**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Ayesha Jackson, on the following dates: December 5, 2017, December 15, 2017, January 29, 2018, February 5, 2018, April 23, 2018, April 24, 2018, April 25, 2018, May 29, 2018, August 22, 2018, August 23, 2018, August 30, 2018, September 11, 2018, September 12, 2018, September 14, 2018, September 21, 2018, October 3, 2018, October 9, 2018, and October 16, 2018, November 9, 2018, November 19, 2018, November 29, 2018, and December 6, 2018,  by:

☐telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com