UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHY YOUNG, ) | | MDL No. 2740 |
|     Plaintiff ) | | |
| ) | | Section "N" (5) |
| v. ) | | Judge Engelhardt |
| ) | | Mag. Judge North |
| SANOFI US SERVICES., INC ) | | |
| AND SANOFI-AVENTIS U.S. ) | | Civil Action No. 2:18-cv-10206 |
| LLC, ) | | |
| ) | | |
|     Defendants ) | | |
| ) | | |

**PLAINTIFF'S MOTION TO AMEND SHORT FORM COMPLAINT**

**NOW COMES** the Plaintiff, Kathy Young, pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure and moves to amend the Short Form Complaint as a matter of course by adding additional treatment dates.

**WHEREFORE,** the Plaintiff hereby moves to amend the Short Form Complaint. Copies of the the Plaintiff's Memorandum in Support of Plaintiff's Motion to Amend Short Form Complaint and the Amended Short Form Complaint are attached hereto.

Respectfully Submitted,
By Plaintiff's Counsel

 */s/ Jonathan Tucker Merrigan*
Jonathan Tucker Merrigan, MA #681627
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02110
Tel.:   (617) 391-9001
Fax:    (617) 357-9001
Email: tucker@sweeneymerrigan.com

Dated:  December 10, 2018