UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY YOUNG, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>SANOFI US SERVICES., INC )<br>AND SANOFI-AVENTIS U.S. )<br>LLC, )<br>)<br>    Defendants )<br>) | MDL No. 2740<br><br>Section "N" (5)<br>Judge Engelhardt<br>Mag. Judge North<br><br>Civil Action No. 2:18-cv-10206 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND SHORT FORM COMPLAINT**

The Plaintiff Kathy Young filed her Short Form Complaint on October 31, 2018. Pursuant to Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure, a party may, as a matter of course, amend its pleading within 21 days of serving said pleading. The Plaintiff in this present matter has not yet served the Defendants with the Complaint originally filed with this Court, and therefore the Plaintiff may amend the Short Form Complaint as a matter of course pursuant to Federal Rule 15(a)(1)(A).

A party may also, as a matter of course, amend its pleading within 21 days after service of a responsive pleading pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. Neither of the Defendants in this matter have served their Answer to the Plaintiff's Short Form Complaint. Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure also allows a party to amend its pleading within 21 days after the service of a Rule 12 motion. Neither of the Defendants in this matter have served a Rule 12 motion upon the Plaintiff. As such, the Plaintiff may amend the Short Form Complaint as a matter of course pursuant to Rule 15(a)(1)(B).

**WHEREFORE,** the Plaintiff hereby moves to amend the Short Form Complaint.

>Respectfully Submitted,
>By Plaintiff's Counsel
>
>*/s/ Jonathan Tucker Merrigan*
>_____
>Jonathan Tucker Merrigan, MA #681627
>**SWEENEY MERRIGAN LAW, LLP**
>268 Summer Street, LL
>Boston, MA 02110
>Tel.:    (617) 391-9001
>Fax:    (617) 357-9001
>Email: tucker@sweeneymerrigan.com

Dated:  December 10, 2018