**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| KATHY YOUNG, | ) | MDL No. 2740 |
|     Plaintiff | ) | |
| | ) | Section "N" (5) |
|     v. | ) | Judge Engelhardt |
| | ) | Mag. Judge North |
| SANOFI US SERVICES., INC | ) | |
| AND SANOFI-AVENTIS U.S. | ) | Civil Action No. 2:18-cv-10206 |
| LLC, | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

## ORDER GRANTING MOTION TO AMEND SHORT FORM COMPLAINT

Upon Plaintiff's Motion to Amend Short Form Complaint, it is hereby Ordered that the

Plaintiff may file the Amended Short Form Complaint.


SO ORDERED this _____ day of _____, 2018.



_____
Hon. Jane Triche Milazzo