## **CERTIFICATE OF SERVICE**

     I, Jonathan Tucker Merrigan, hereby certify that on December 10, 2018, I electronically filed the Plaintiff's Motion to Amend Short Form Complaint, the Memorandum in Support of Plaintiff's Motion to Amend Short Form Complaint, and the Amended Short Form Complaint with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

               By Plaintiff's Counsel

               */s/ Jonathan Tucker Merrigan*
               Jonathan Tucker Merrigan, MA #681627
               **SWEENEY MERRIGAN LAW, LLP**
               268 Summer Street, LL
               Boston, MA 02110
               Tel.:   (617) 391-9001
               Fax:   (617) 357-9001
               Email: tucker@sweeneymerrigan.com

Date: December 10, 2018