**CERTIFICATE OF COMPLAINCE**

  In compliance with Local Rule 7.6, counsel for the Defendants, along with Defendant Liaison Counsel, have been contacted regarding this motion. Counsel for the Defendants responded, but did not indicate whether the Defendants assent to or oppose this motion. Plaintiff's counsel has waited the requisite 14 days prior to filing this motion with the Court.

        By Plaintiff's Counsel

        */s/ Jonathan Tucker Merrigan*
        Jonathan Tucker Merrigan, MA #681627
        **SWEENEY MERRIGAN LAW, LLP**
        268 Summer Street, LL
        Boston, MA 02110
        Tel.: (617) 391-9001
        Fax: (617) 357-9001
        Email: tucker@sweeneymerrigan.com

Date: December 10, 2018