UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| Debra Johnson, | : | |
| Plaintiff, | : | |
| vs. | : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | : | |
| Defendants. | : | |
| Civil Case No.: 2:17-cv-10841 | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Sanofi S.A., Aventis Pharma S.A., Accord Healthcare, Inc., Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Actavis Pharma Inc.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, based upon the product identification received.

This the 10th day of December, 2018.

                                Whitfield Bryson & Mason LLP

                                */s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 10th day of December, 2018.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*