# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Darlene Watts v. Sanofi US Services Inc. et al. | Civil Action No: 2:18-cv-00497 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 5423);

**IT IS ORDERED** that the Motion if **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 10th day of December, 2018.

Honorable Jane T. Milazzo
U.S. District Court Judge