UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

In the Court's dismissal order dated November 15, 2018 (Doc. 5330), the Court dismissed several cases including the case of Denese Glenn, No. 2:18-cv-4208. The Court has been advised that the Plaintiffs and the Defendants agree that this case should remain open. Accordingly,

**IT IS ORDERED** that the November 15, 2018 dismissal order (Doc. 5330) is effectively **AMENDED** to reflect that Case No. 2:18-cv-4208 shall **REMAIN OPEN**.

New Orleans, Louisiana this 12th day of December, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE