1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:   TAXOTERE
     (DOCETAXEL) PRODUCTS
5    LIABILITY LITIGATION

6                          CIVIL ACTION NO. 16-MD-2740 "H"
                           NEW ORLEANS, LOUISIANA
7                          THURSDAY, NOVEMBER 15, 2018, 10:00 A.M.

8    THIS DOCUMENT RELATES TO:
     ALL CASES
9
     ****************************************************************
10

11              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
12                    UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:          BARRIOS KINGSDORF & CASTEIX
16                                BY:  DAWN M. BARRIOS, ESQ.
                                  701 POYDRAS STREET, SUITE 3650
17                                NEW ORLEANS, LOUISIANA 70139

18

19                                GAINSBURGH BENJAMIN DAVID
                                  MEUNIER & WARSHAUER
20                                BY:  M. PALMER LAMBERT, ESQ.
                                  1100 POYDRAS STREET, SUITE 2800
21                                NEW ORLEANS, LOUISIANA 70163

22

23                                PENDLEY BAUDIN & COFFIN
                                  BY:  CHRISTOPHER L. COFFIN, ESQ.
24                                1515 POYDRAS STREET, SUITE 1400
                                  NEW ORLEANS, LOUISIANA 70112
25

                          *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                             GIBBS LAW GROUP
                             BY:  KAREN B. MENZIES, ESQ.
4                             400 CONTINENTAL BOULEVARD
                             6TH FLOOR
5                             EL SUGUNDO, CALIFORNIA 90245

6

7                             SIMMONS HANLY CONROY
                             BY:  DAVID F. MICELI, ESQ.
8                             ONE COURT STREET
                             ALTON, ILLINOIS 62002

9

10                            FLEMING, NOLEN & JEZ
11                            BY:  RAND P. NOLEN, ESQ.
                             2800 POST OAK BOULEVARD
12                            SUITE 4000
                             HOUSTON, TEXAS 77056
13

14

15                            BACHUS & SCHANKER
                             BY:  J. KYLE BACHUS, ESQ.
                                  J. CHRISTOPHER ELLIOTT, ESQ.
16                            1899 WYNKOOP STREET
                             SUITE 700
17                            DENVER, COLORADO 80202

18

19                            TUCKER ELLIS
                             BY:  JULIE A. CALLSEN, ESQ.
20                            950 MAIN AVENUE, SUITE 1100
                             CLEVELAND, OHIO 44113
21

22

23                            HINSHAW & CULBERTSON
                             BY:  GEOFFREY M. COAN, ESQ.
                             28 STATE STREET
24                            BOSTON, MA 02109

25

                         *OFFICIAL TRANSCRIPT*

1   APPEARANCES CONTINUED:

2

3                                   MARTZELL BICKFORD & CENTOLA
                                    BY:  LAWRENCE J. CENTOLA, ESQ.
4                                   338 LAFAYETTE STREET
                                    NEW ORLEANS, LOUISIANA 70130
5

6

7   FOR THE DEFENDANTS'
    STEERING COMMITTEE:            IRWIN FRITCHIE URQUHART & MOORE
                                    BY:  DOUGLAS J. MOORE, ESQ.
8                                        KELLY E. BRILLEAUX, ESQ.
                                    400 POYDRAS STREET, SUITE 2700
9                                   NEW ORLEANS, LOUISIANA 70130

10

11                                  CHAFFE MCCALL
                                    BY:  JOHN F. OLINDE, ESQ.
12                                  2300 ENERGY CENTRE
                                    1100 POYDRAS STREET
13                                  NEW ORLEANS, LOUISIANA 70163

14

15                                  SHOOK, HARDY & BACON
                                    BY:  HARLEY V. RATLIFF, ESQ.
16                                  2555 GRAND BOULEVARD
                                    KANSAS CITY, MISSOURI 64108
17

18

19                                  ULMER & BERNE
                                    BY:  MICHAEL J. SUFFERN, ESQ.
20                                  600 VINE STREET
                                    SUITE 2800
21                                  CINCINNATI, OHIO 45202

22

23                                  GREENBURG TRAURIG
                                    BY:  R. CLIFTON MERRELL, ESQ.
24                                       LORI G. COHEN, ESQ.
                                    TERMINUS 200
25                                  3333 PIEDMONT ROAD, NE
                                    ATLANTA, GEORGIA 30305

                       *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              ADAMS & REESE
                               BY:  DEBORAH B. ROUEN, ESQ.
4                              701 POYDRAS STREET
                               SUITE 4500
5                              NEW ORLEANS, LOUISIANA 70139

6

7                              KEOGH COX & WILSON
                               BY:  CHAD A. SULLIVAN, ESQ.
8                              701 MAIN STREET
                               BATON ROUGE, LOUISIANA 70802

9

10                             QUINN EMANUEL URQUHART & SULLIVAN
11                             BY:  MARK S. CHEFFO, ESQ.
                               51 MADISON AVENUE, 22ND FLOOR
12                             NEW YORK, NEW YORK 10010

13

14   ALSO PRESENT
     VIA TELEPHONE:            THE HONORABLE JAMES F. HYLAND
15

16

17   ALSO PRESENT:            MORRISON FOERSTER
                               BY:  SUZANNE P. MARKINKOVICH, ESQ.
                               12531 HIGH BLUFF DRIVE
18                             SUITE 100
                               SAN DIEGO, CALIFORNIA 92130
19

20                             THE MULLIGAN LAW FIRM
21                             BY:  CHARLES G. ORR, ESQ.
                               3710 RAWLINS STREET
22                             SUITE 901
                               DALLAS, TEXAS 75219
23

24

25

                   *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
4                               REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B-275
5                               NEW ORLEANS, LOUISIANA 70130
                                (504) 589-7779
6                               Cathy_Pepper@laed.uscourts.gov

7    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*

**I N D E X**

PAGE

NUMBER OF PENDING CASES.............................. 10

STATUS ON THE STATE COURT LITIGATION................. 10

CALL DOCKET PROCEDURE................................ 10

FIRST TRIAL PLAINTIFF, MS. ANTOINETTE DURDEN........ 12

PROPOSED ORDER ON VOLUNTARY DISMISSALS.............. 13

MOTION FOR CONSIDERATION OF REAPPOINTMENT OF THE

PLAINTIFF STEERING COMMITTEE MEMBERS................ 14

JOINT STATUS REPORT................................. 14

CLAIMS AND CASE INVENTORY........................... 15

FEDERAL/STATE COORDINATION.......................... 15

PRETRIAL ORDERS..................................... 15

CASE MANAGEMENT ORDERS.............................. 15

PTO 70B............................................. 15

PTO 85.............................................. 16

CASE MANAGEMENT ORDERS.............................. 16

CMO 14A............................................. 16

CMO 15.............................................. 16

COUNSEL CONTACT INFORMATION FORM.................... 16

MASTER COMPLAINT AND SHORT FORM COMPLAINTS.......... 17

AMEND YOUR COMPLAINT................................ 17

STIPULATION FOR DISMISSAL........................... 17

*OFFICIAL TRANSCRIPT*

1   PLAINTIFF AND DEFENDANT FACT SHEET.................... 17

2   PRETRIAL ORDERS FOR STREAMLINED SERVICE FOR EACH

3   DEFENDANT........................................... 18

4   STREAMLINED SERVICE FOR EACH DEFENDANT.............. 18

5   CASE MANAGEMENT ORDER 12A........................... 18

6   PRODUCT IDENTIFICATION.............................. 18

7   OBLIGATIONS AND PROCEDURES.......................... 18

8   PRESERVATION ORDER.................................. 18

9   PROTECTIVE ORDER.................................... 18

10  ESI INFORMATION..................................... 18

11  DISCOVERY IN THE TRIAL CASES........................ 18

12  EXPERT REPORTS FOR THE PLAINTIFFS................... 18

13  JANUARY 4TH......................................... 19

14  PSC AND SANOFI WILL NOMINATE ADDITIONAL PLAINTIFFS

15  FOR THE SECOND TRIAL................................ 19

16  PENDING MOTIONS..................................... 19

17  MOTION FOR RULE 37 SANCTIONS........................ 19

18  DISCOVERY ORDER AUTHORIZING DISCOVERY FROM

19  CONSULTING EXPERTS.................................. 19

20  MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF

21  SUZANNE MINK........................................ 19

22  KENNY DEJEAN........................................ 19

23  SPECIAL MASTER...................................... 19

24  NEXT STATUS CONFERENCE JANUARY 18, 2018............. 19

25  ...................................................

*OFFICIAL TRANSCRIPT*

1   NEXT LEAD AND LIAISON COUNSEL MEETING, CALL DOCKET

2   ON DECEMBER 19, 2018.................................. 19

3   MOTION FOR SUMMARY JUDGMENT FILED IN THE EARNEST

4   CASE.................................................. 20

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | THURSDAY, NOVEMBER 15, 2018 |
| 3 | M O R N I N G   S E S S I O N |
| 4 | (COURT CALLED TO ORDER) |
| 5 | |
| 6 | |

10:05:45  7

10:05:45  8          THE COURT:  Good morning.  We are here for a status

10:05:48  9   conference in Taxotere (Docetaxel) Products Liability

10:05:51 10   Litigation.

10:05:52 11              I have several attorneys on the phone that are

10:05:57 12   listening.  I just want to welcome Judge Hyland in New Jersey.

10:06:02 13   He's joining us today and will be participating by telephone.

10:06:06 14              So, thank you, Judge Hyland, for being with us.

10:06:09 15   Please feel free at any time to stop, and, if you have any

10:06:18 16   questions or comments, we are certainly open to having you

10:06:21 17   participate and appreciate your participation.

10:06:25 18         JUDGE HYLAND:  Thank you, Judge.  Your law clerk has

10:06:30 19   been very helpful.

10:06:31 20         THE COURT:  Okay.  Thank you.

10:06:31 21              Good job, Sam.

10:06:34 22              Are we ready, Mr. Coffin?

10:06:37 23         MR. COFFIN:  Yes, Your Honor.

10:06:38 24              Your Honor, Chris Coffin, co-lead counsel on

10:06:40 25   behalf of the plaintiffs.

                          *OFFICIAL TRANSCRIPT*

10:06:41 1       As we have been doing, I will run through the

10:06:43 2   topics that Your Honor discussed with lead and liaison counsel

10:06:48 3   in chambers.  I am mindful, and we should all be mindful, that

10:06:53 4   the Court has a trial that Your Honor is in the middle of, so

10:06:56 5   we'll try to be speedy through this agenda, and then through

10:06:59 6   the call docket.

10:07:01 7       THE COURT:  Okay.

10:07:01 8       MR. COFFIN:  The first item that we talked about are

10:07:03 9   the number of pending cases.  The report from defense liaison

10:07:07 10   counsel is that there's currently 10,345 pending cases.

10:07:13 11       Status on the state court litigation.

10:07:15 12   Judge Hyland, welcome.  Thank you for being on the phone with

10:07:19 13   us.

10:07:19 14       We understand that Judge Hyland had a status

10:07:22 15   conference in the MCL that is consolidated before His Honor.

10:07:28 16   That status conference happened, I believe, at the end of

10:07:31 17   October.

10:07:33 18       JUDGE HYLAND:  Correct.

10:07:33 19       MR. COFFIN:  So that case is off and running.

10:07:36 20       Judge Hyland, I know that Judge Milazzo will be

10:07:40 21   in touch with you to continue the coordination efforts.

10:07:43 22       The call docket procedure, we did discuss some

10:07:47 23   new twists to the call docket procedure.  Mr. Lambert will be

10:07:53 24   going through the call docket procedure, and either Mr. Lambert

10:07:56 25   or Ms. Barrios will explain the changes that are going to be

**OFFICIAL TRANSCRIPT**

```
10:07:59   1   made.
10:08:00   2            As Your Honor has indicated, we'll take up the
10:08:02   3   call docket after this status conference.
10:08:04   4       THE COURT:  You know, as we're talking about the call
10:08:07   5   docket procedure, I just want to interject, because we
10:08:10   6   discussed in the conference with lead counsel that there has
10:08:14   7   been a problem.  This is for counsel that's on the phone and
10:08:17   8   those that are here.  As you know, a deficiency has been -- is
10:08:22   9   forwarded to you by defense counsel regarding plaintiffs' fact
10:08:28  10   sheets.  I believe you have 15 days -- 30 days to cure the
10:08:39  11   deficiency, and then 15 days after that, that you're placed on
10:08:42  12   the call docket.
10:08:42  13            Is it 15 -- well, in any event --
10:08:45  14       MS. BARRIOS:  There are deadlines.
10:08:47  15       THE COURT:  -- there are deadlines associated with
10:08:50  16   clearing the deficiencies that have not been complied with.
10:08:54  17            So, as you know, after each of these status
10:08:57  18   conferences, the Court is having call docket and dismissing
10:09:02  19   cases, giving additional time for information to be filed.
10:09:05  20            Unfortunately, I think the last change was
10:09:13  21   submitted at 12:35 this morning.  That is creating a problem
10:09:20  22   for liaison counsel, both sides, in handling this.
10:09:24  23            So this is a specific caution, admonishment, with
10:09:31  24   plaintiffs' attorneys to timely clear the deficiencies.  It's a
10:09:36  25   bit unfair for us to have to deal with changes at two o'clock
```

*OFFICIAL TRANSCRIPT*

10:09:42  1    in the morning on the day of the hearing.  So, we're going to

10:09:46  2    ask you to timely comply with the deadlines and understand that

10:09:50  3    they mean something.

10:09:53  4          We'll talk about it further when we go through

10:09:56  5    this on the status conference report.

10:09:57  6          MR. COFFIN:  Thank you, Your Honor.

10:10:00  7          The next issue we discussed in chambers dealt

10:10:03  8    with the first trial plaintiff, Ms. Antoinette Durden, and the

10:10:12  9    issues that we have surrounding product ID in that case.

10:10:14 10          We had submitted letter briefs to Your Honor on

10:10:16 11    this issue, and you've ordered a deposition of Ochsner to go

10:10:21 12    forward.  I think your word was it should go forward yesterday.

10:10:25 13          I will personally, again, get in touch with

10:10:28 14    Ochsner's counsel.  I'll coordinate with Mr. Doug Moore, who

10:10:32 15    has been involved for Sanofi, and we will get that deposition

10:10:36 16    taken as soon as possible.

10:10:39 17          MR. OLINDE:  Your Honor, they are also going to be

10:10:43 18    coordinating with us.

10:10:44 19          MR. COFFIN:  Correct.  I apologize, Mr. Olinde.  He's

10:10:48 20    made himself --

10:10:49 21          MR. OLINDE:  Apology accepted.

10:10:52 22          MR. COFFIN:  Thank you.  It's wonderful to be so

10:10:53 23    cordial.

10:10:54 24          We will coordinate with Mr. Olinde as well.  As

10:10:57 25    he indicated, they would like to be involved.

**OFFICIAL TRANSCRIPT**

10:10:59  1          The next issue that we discussed was a proposed

10:11:03  2     order on voluntary dismissals.  Your Honor has heard from both

10:11:08  3     sides on that, and you did make a ruling on what the plaintiffs

10:11:11  4     will be required to provide when a voluntary dismissal is

10:11:16  5     entered.

10:11:16  6          Our esteemed liaison counsel will make sure that

10:11:21  7     they provide that information to plaintiffs' counsel.  So for

10:11:24  8     those plaintiffs' counsel on the phone, there will be some new

10:11:27  9     requirements when you wish to dismiss a case voluntarily.  Both

10:11:32 10     Mr. Palmer Lambert and Ms. Dawn Barrios can help you through

10:11:36 11     that process.

10:11:37 12          The last issue that I had, Your Honor, that we

10:11:41 13     had talked about -- well, two issues, I apologize -- the second

10:11:44 14     to last is we discussed a motion for summary judgment that had

10:11:48 15     been filed in the Suzanne Mink case.  That led us to a

10:11:52 16     discussion of Your Honor ordering the defense to provide a

10:11:57 17     detailed description of what motions they would like to file

10:12:02 18     related to summary judgment issues.

10:12:06 19          THE COURT:  Outside of the bellwether trial plaintiffs.

10:12:09 20     I think that was the issue is how far we're going to go out and

10:12:14 21     what areas are going to be covered in those.

10:12:16 22          Certainly, the bellwether plaintiffs -- I think

10:12:21 23     this -- the request I made of defense counsel is that they

10:12:27 24     identify in detail what issues need to be covered outside of

10:12:32 25     those bellwether plaintiffs.

                              *OFFICIAL TRANSCRIPT*

10:12:33 1      MR. COFFIN:  I think the question we're trying to

10:12:36 2  answer is how many of those motions Your Honor wants to allow

10:12:41 3  at this stage in the litigation.  You wanted to think on it,

10:12:47 4  so, to be fair, you'll receive their submission, and we'll hear

10:12:51 5  from you on that.

10:12:52 6      In regards to the Suzanne Mink motion for summary

10:12:56 7  judgment that's currently pending, you've asked us to continue

10:12:59 8  the submission date on the Suzanne Mink motion for summary

10:13:02 9  judgment, and we will do that, until you have decided on how

10:13:05 10  you want to handle the issues on a larger scale.

10:13:08 11      THE COURT:  That's great.  Thank you.

10:13:09 12      MR. COFFIN:  Then the last thing I had was you had

10:13:12 13  asked us to provide you with a motion for consideration of

10:13:16 14  reappointment of the Plaintiff Steering Committee members.

10:13:20 15      We have done that.  I believe Sam has a proposed

10:13:23 16  motion that we have provided to you for your consideration on

10:13:26 17  it.

10:13:26 18      THE COURT:  Okay.  Thank you.

10:13:28 19      MR. COFFIN:  I believe that was all.

10:13:29 20      THE COURT:  I think that's it.  As well as liaison

10:13:32 21  counsel for the defendants.  Thank you.

10:13:36 22      Ms. Barrios, are we ready to proceed with the

10:13:39 23  Joint Status Report?

10:13:40 24      MS. BARRIOS:  Yes, ma'am.  Thank you very much, Judge.

10:13:44 25  Dawn Barrios, co-liaison counsel with Mr. Palmer Lambert.

*OFFICIAL TRANSCRIPT*

10:13:49  1          I also wanted to welcome Judge Hyland to the

10:13:53  2   phone, and apologize to him because I did not send him or

10:13:56  3   either request that Sam send him a copy of the joint report.

10:13:58  4          But, Your Honor, we'll be sending you that prior

10:14:01  5   to our next status conference.

10:14:03  6          JUDGE HYLAND:  That's fine.  Thank you.

10:14:04  7          MS. BARRIOS:  Due to Judge Milazzo's schedule, I'm

10:14:08  8   going to run through the joint report rather quickly.  It is

10:14:11  9   Record Doc. 5266, filed yesterday and sent by my office

10:14:17 10   yesterday.  So everyone except Judge Hyland should have a copy.

10:14:21 11          Mr. Coffin gave the number of Claims and Case

10:14:24 12   Inventory in Number 1.

10:14:26 13          On Federal/State Coordination, we know that

10:14:29 14   Judge Hyland is moving his case along.  There are three or four

10:14:34 15   cases in California, one in Illinois to be dismissed, 142 in

10:14:39 16   New Jersey, and 54 in Delaware.

10:14:42 17          I would like to thank all defense counsel who

10:14:47 18   follow PTO 8 and send me copies of all the state courts' cases,

10:14:52 19   so that we can keep track of them here for Judge Milazzo.

10:15:01 20          The next date, for Judge Hyland, is January 23rd.

10:15:08 21          Going through the Pretrial Orders and Case

10:15:11 22   Management Orders, I do want to point out that there were four

10:15:15 23   orders that were just recently entered.

10:15:17 24          The first is PTO 70B, Record Doc 5256.  That is

10:15:22 25   for trial plaintiffs only.  So all plaintiffs' counsel need to

*OFFICIAL TRANSCRIPT*

10:15:25 1    be aware of it, but it's applicable to trial plaintiffs.

10:15:29 2    The second is PTO 85.  That establishes a

10:15:34 3    protocol for ESI and privilege log deficiencies of

10:15:39 4    non-bellwether alleged deficiencies to be held before

10:15:46 5    Magistrate Judge North.

10:15:47 6    Basically, it is the same procedure that we'd use

10:15:48 7    with Judge Milazzo, with the exception of there is meet and

10:15:53 8    confers between individual counsel and the defendants.

10:15:55 9    Of course, we'll be sending information around

10:15:59 10   about that as well.

10:16:00 11   The Case Management Orders, there are two there.

10:16:04 12   CMO 14A, that applies to the trial plaintiffs.  We're just

10:16:08 13   amending dates of when additional plaintiffs are selected.

10:16:14 14   CMO 15, which is very important, establishes a

10:16:18 15   pathology protocol for preservation and testing of tissue

10:16:22 16   samples taken from the plaintiffs and handling of the slides.

10:16:25 17   Plaintiffs' obligations are really triggered in

10:16:30 18   the plaintiff fact sheet.  This applies to all cases.

10:16:33 19   CMO 15 has a form for the chain of custody, as

10:16:38 20   well as a form of the preservation letter that must be sent to

10:16:41 21   the physician.

10:16:42 22   Number 5 is the Counsel Contact Information Form,

10:16:47 23   which I appreciate people sending to me.  To remind all, if you

10:16:52 24   do not have a case in the MDL, you do not get to be served.

10:16:57 25   You must have a case in the MDL, and you must file the Counsel

*OFFICIAL TRANSCRIPT*

10:17:02 1   Contact Form with my office.

10:17:03 2        Paragraph Number 6 relates to Master Complaint

10:17:08 3   and Short Form Complaints.  The Second Amended Master Long Form

10:17:13 4   Complaint is attached to Pretrial Order 82.  And the exemplar

10:17:18 5   Short Form Complaint is Record Doc. 1463-1.  All the defendants

10:17:24 6   have filed master answers.

10:17:26 7        If you want to amend your complaint, please pay

10:17:30 8   attention to the Court's Local Rule 7.6, which has many

10:17:35 9   requirements.

10:17:36 10       We had recently circulated, prior to today, a

10:17:41 11  stipulation that all the parties had agreed upon for dismissal.

10:17:46 12  That stipulation, I understand, will be amended by Your Honor's

10:17:50 13  order today.  So the prior stipulation that I have sent to

10:17:55 14  everyone, please don't use that.  After today, I will send a

10:18:00 15  new stipulation out after the Court approves the order.

10:18:02 16       Item Number 7, the Plaintiff and Defendant

10:18:08 17  Fact Sheet, we've listed all the relevant pretrial orders, for

10:18:11 18  any counsel who needs them.  Please make reference to that.

10:18:16 19       As of November 8th, the plaintiffs have 8,439

10:18:22 20  Plaintiff Fact Sheets, and there are over a little over a

10:18:28 21  thousand in progress.

10:18:29 22       They break down as follows for the manufacturer

10:18:33 23  identification:  4,379 for Sanofi, 887 for Hospira, 336 for

10:18:42 24  Sandoz, 244 Accord, 2 Sun, and about 2,591 without clear

10:18:51 25  product identification in their fact sheets.

*OFFICIAL TRANSCRIPT*

10:18:54  1          We will have the call docket immediately

10:18:59  2  following this status conference.  We will review the rules of

10:19:03  3  that call docket when it's time to turn our attention to that.

10:19:07  4          Paragraph 8 provides all the pretrial orders for

10:19:11  5  streamlined service for each defendant.

10:19:15  6          Paragraph 9 is a very important paragraph that

10:19:20  7  contains Case Management Order 12A.  It regards the product

10:19:25  8  identification and sets forth all the obligations and

10:19:29  9  procedures.

10:19:29 10          If you have any question regarding Case

10:19:32 11  Management Order 12A, either Mr. Lambert or myself will be

10:19:36 12  happy to help.

10:19:36 13          Paragraph 10 regards the Preservation Order,

10:19:42 14  which is in PTO 1.  Please be mindful of the preservation

10:19:46 15  requirement in the new CMO 15, which deals with pathology.

10:19:50 16          Judge North entered a Protective Order on

10:19:56 17  July 5th, and that's PTO 50.

10:19:59 18          Paragraph Number 12 deals with ESI information.

10:20:04 19  Please be mindful of your obligations under Pretrial Order 71A.

10:20:10 20  Also, be mindful of the new deficiency process that will be

10:20:14 21  before Judge North for non-bellwether cases.  That's Pretrial

10:20:19 22  Order 85.

10:20:20 23          Discovery in the trial cases have been going hot

10:20:24 24  and heavy on each of the three trial picks.

10:20:28 25          Expert reports for the plaintiffs were generally

*OFFICIAL TRANSCRIPT*

10:20:32  1    exchanged -- or provided to the defendant on November 9th, with

10:20:35  2    a couple of exceptions that the Court has allowed for an

10:20:39  3    extension.

10:20:40  4            On January 4th, the PSC and Sanofi will nominate

10:20:46  5    additional plaintiffs for the second trial.

10:20:48  6            As for the pending motions before the MDL court,

10:20:52  7    there is the motion for Rule 37 sanctions that is under

10:20:56  8    submission.

10:20:58  9            There was a discovery order authorizing discovery

10:21:02  10   from consulting experts.  That order was decided, and it's

10:21:09  11   Record Doc. 4542.

10:21:11  12           The third motion is a Motion for Summary Judgment

10:21:14  13   against Plaintiff Suzanne Mink.  We discussed that in chambers,

10:21:19  14   and we'll be issuing some further information regarding that

10:21:22  15   after the Court has an opportunity to review.

10:21:25  16           Mr. Kenny DeJean, as our Special Master, has been

10:21:30  17   incredibly busy in working with both the plaintiffs, and I

10:21:34  18   understand that he meets pretty regularly with the Court and

10:21:36  19   provides her with the information necessary.

10:21:38  20           Our next status conference will not be -- the

10:21:42  21   full status conference will not be until January 18th; however,

10:21:47  22   we will have a lead and liaison counsel meeting, as well as a

10:21:52  23   call docket on December 19th.

10:21:55  24           Your Honor, unless there is any questions, that

10:21:58  25   concludes the recitation of the joint report.

*OFFICIAL TRANSCRIPT*

THE COURT:  Okay.

Judge Hyland, do you have any questions?

JUDGE HYLAND:  No, Judge, I don't.

THE COURT:  Okay.  Thank you.

Mr. Coffin.

MR. COFFIN:  Your Honor, there was just one addition on the motion practice.  Yesterday, there was a Motion for Summary Judgment filed in the Earnest case, which is one of the three bellwether trial cases.  That motion was filed on a manufacturer ID issue.  So I just wanted to update Section 14.

That's all I have, Your Honor.

MR. MOORE:  Your Honor, I don't think that we've had the opportunity to talk about that motion.  We, on our side, don't know why it was filed, why it needed to be filed, in light of CMO 12.  But we'll have some discussions with their side to sort that out as it are relates to the Ernest case.

THE COURT:  I have to be frank with you.  I didn't know a motion had been filed.  As you all are aware, I'm in the middle of a trial and have not --

MR. MOORE:  We'll discuss it with them and figure out how to deal with that.

THE COURT:  But I'm thinking -- okay.

MR. COFFIN:  We'll discuss it, Your Honor.

THE COURT:  We'll discuss it.

MR. COFFIN:  I just wanted to make sure that the joint

*OFFICIAL TRANSCRIPT*

10:23:13  1    report was up to date.

10:23:14  2              THE COURT:  Okay.

10:23:14  3              MR. COFFIN:  Thank you.

10:23:15  4              THE COURT:  That will be fine.

5              (WHEREUPON, at 10:23 a.m., the proceedings were

6    concluded.)

7                             *    *    *

8

9

10                        REPORTER'S CERTIFICATE

11

12         I, Cathy Pepper, Certified Realtime Reporter, Registered

13    Merit Reporter, Certified Court Reporter in and for the State

14    of Louisiana, Official Court Reporter for the United States

15    District Court, Eastern District of Louisiana, do hereby

16    certify that the foregoing is a true and correct transcript to

17    the best of my ability and understanding from the record of the

18    proceedings in the above-entitled and numbered matter.

19

20                             *s/Cathy Pepper*
                             _____

21                             Cathy Pepper, CRR, RMR, CCR
                             Certified Realtime Reporter

22                             Registered Merit Reporter
                             Official Court Reporter

23                             United States District Court
                             Cathy_Pepper@laed.uscourts.gov

24

25

                        ***OFFICIAL  TRANSCRIPT***

| 0 | 2 | 6 | | B |
|---|---|---|---|---|

**0**

02109 [1] - 2:24

**1**

1 [2] - 15:12, 18:14
10 [4] - 6:5, 6:6, 6:7, 18:13
10,345 [1] - 10:10
100 [1] - 4:22
10010 [1] - 4:16
10:00 [1] - 1:7
10:23 [1] - 21:5
1100 [4] - 1:20, 2:20, 3:12, 4:8
12 [3] - 6:8, 18:18, 20:15
12531 [1] - 4:21
12:35 [1] - 11:21
12A [2] - 18:7, 18:11
12A.......................... [1] - 7:5
13 [1] - 6:9
14 [3] - 6:11, 6:12, 20:10
1400 [1] - 1:24
142 [1] - 15:15
1463-1 [1] - 17:5
14A [1] - 16:12
14A.......................... ................ [1] - 6:20
15 [13] - 1:7, 6:13, 6:14, 6:15, 6:16, 6:17, 9:2, 11:10, 11:11, 11:13, 16:14, 16:19, 18:15
15.......................... ................ [1] - 6:21
1515 [1] - 1:24
16 [5] - 6:18, 6:19, 6:20, 6:21, 6:22
16-MD-2740 [1] - 1:6
17 [4] - 6:23, 6:24, 6:25, 7:1
18 [11] - 7:3, 7:4, 7:5, 7:6, 7:7, 7:8, 7:9, 7:10, 7:11, 7:12, 7:24
1899 [1] - 2:16
18th [1] - 19:21
19 [11] - 7:13, 7:15, 7:16, 7:17, 7:19, 7:21, 7:22, 7:23, 7:24, 8:2
19th [1] - 19:23

**2**

2 [1] - 17:24
2,591 [1] - 17:24
20 [1] - 8:4
200 [1] - 3:24
2018 [2] - 1:7, 9:2
2018.......................... [1] - 7:24
2018.......................... ..... [1] - 8:2
22ND [1] - 4:15
2300 [1] - 3:12
23rd [1] - 15:20
244 [1] - 17:24
2555 [1] - 3:16
2700 [1] - 3:8
28 [1] - 2:23
2800 [3] - 1:20, 2:11, 3:20

**3**

30 [1] - 11:10
30305 [1] - 3:25
3333 [1] - 3:24
336 [1] - 17:23
338 [1] - 3:4
3650 [1] - 1:16
37 [2] - 7:17, 19:7
3710 [1] - 5:4

**4**

4,379 [1] - 17:23
400 [2] - 2:4, 3:8
4000 [1] - 2:12
44113 [2] - 2:20, 4:9
4500 [1] - 4:4
45202 [1] - 3:20
4542 [1] - 19:11
4th [1] - 19:4
4TH.......................... ................ [1] - 7:13

**5**

5 [1] - 16:22
50 [1] - 18:17
500 [1] - 5:9
504 [1] - 5:10
51 [1] - 4:15
5256 [1] - 15:24
5266 [1] - 15:9
54 [1] - 15:16
589-7779 [1] - 5:10
5th [1] - 18:17

**6**

6 [1] - 17:2
600 [1] - 3:19
62002 [1] - 2:8
64108 [1] - 3:16
6TH [1] - 2:4

**7**

7 [1] - 17:16
7.6 [1] - 17:8
700 [1] - 2:16
701 [3] - 1:16, 4:4, 4:12
70112 [1] - 1:24
70130 [3] - 3:4, 3:9, 5:9
70139 [2] - 1:17, 4:5
70163 [1] - 1:21, 3:13
70802 [1] - 4:12
70B [1] - 15:24
70B.......................... ................ [1] - 6:17
71A [1] - 18:19
75219 [1] - 5:5
77056 [1] - 2:12

**8**

8 [2] - 15:18, 18:4
8,439 [1] - 17:19
80202 [1] - 2:17
82 [1] - 17:4
85 [2] - 16:2, 18:22
85.......................... ................ [1] - 6:18
887 [1] - 17:23
8th [1] - 17:19

**9**

9 [1] - 18:6
901 [1] - 5:4
90245 [1] - 2:5
92130 [1] - 4:22
950 [2] - 2:20, 4:8
9th [1] - 19:1

**A**

A.M [1] - 1:7
a.m [1] - 21:5
ability [1] - 21:17
above-entitled [1] - 21:18

accepted [1] - 12:21
Accord [1] - 17:24
ACTION [1] - 1:6
ADAMS [1] - 4:3
addition [1] - 20:6
ADDITIONAL [1] - 7:14
additional [3] - 11:19, 16:13, 19:5
admonishment [1] - 11:23
AGAINST [1] - 7:20
agenda [1] - 10:5
agreed [1] - 17:11
AIDED [1] - 5:12
ALL [1] - 1:8
alleged [1] - 16:4
allow [1] - 14:2
allowed [1] - 19:2
ALSO [2] - 4:18, 4:20
ALTON [1] - 2:4
amend [1] - 17:7
AMEND [1] - 6:24
amended [1] - 17:12
Amended [1] - 17:3
amending [1] - 16:13
AND [6] - 6:13, 6:23, 7:1, 7:7, 7:14, 8:1
answer [1] - 14:2
answers [1] - 17:6
ANTOINETTE [1] - 6:8
Antoinette [1] - 12:8
apologize [3] - 12:19, 13:13, 15:2
apology [1] - 12:21
APPEARANCES [5] - 1:13, 2:1, 3:1, 4:1, 5:1
applicable [1] - 16:1
applies [2] - 16:12, 16:18
appreciate [2] - 9:17, 16:23
approves [1] - 17:15
areas [1] - 13:21
associated [1] - 11:15
ATLANTA [1] - 3:25
attached [1] - 17:4
attention [2] - 17:8, 18:3
attorneys [2] - 9:11, 11:24
authorizing [1] - 19:9
AUTHORIZING [1] - 7:18
AVENUE [2] - 2:20, 4:8, 4:15
aware [2] - 16:1, 20:18

**B**

B-275 [1] - 5:9
BACHUS [2] - 2:14, 2:15
BACON [1] - 3:15
BARRIOS [5] - 1:15, 1:16, 11:14, 14:24, 15:7
Barrios [4] - 10:25, 13:10, 14:22, 14:25
BATON [1] - 4:12
BAUDIN [1] - 1:23
BEFORE [1] - 1:11
behalf [1] - 9:25
bellwether [6] - 13:19, 13:22, 13:25, 16:4, 18:21, 20:9
BENJAMIN [1] - 1:19
BERNE [1] - 3:18
best [1] - 21:17
between [1] - 16:8
BICKFORD [1] - 3:3
bit [1] - 11:25
BLUFF [1] - 4:21
BOSTON [1] - 2:24
BOULEVARD [3] - 2:4, 2:11, 3:16
BRANDON [1] - 4:8
break [1] - 17:22
briefs [1] - 12:10
BRILLEAUX [1] - 3:8
busy [1] - 19:17
BY [23] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:11, 2:15, 2:19, 2:23, 3:3, 3:7, 3:11, 3:15, 3:19, 3:23, 4:3, 4:7, 4:11, 4:15, 4:21, 5:3, 5:11, 5:12

**C**

CALIFORNIA [2] - 2:5, 4:22
California [1] - 15:15
CALL [2] - 6:7, 8:1
CALLED [1] - 9:4
CALLSEN [2] - 2:19, 4:7
case [9] - 10:19, 12:9, 13:9, 13:15, 15:14, 16:24, 16:25, 20:8, 20:16
Case [5] - 15:11, 15:21, 16:11, 18:7, 18:10
CASE [4] - 6:13, 6:16,

6:19, 7:5
**CASE**.......................
........................[1] -
8:4
**cases** [9] - 10:9,
10:10, 11:19, 15:15,
15:18, 16:18, 18:21,
18:23, 20:9
**CASES** [1] - 1:8
**CASES**......................
. [1] - 7:11
**CASES**......................
...... [1] - 6:5
**CASTEIX** [1] - 1:15
**CATHY** [1] - 5:7
**Cathy** [2] - 21:12,
21:21
**Cathy_Pepper@laed
.uscourts.gov** [1] -
21:23
**cathy_Pepper@laed.
uscourts.gov** [1] -
5:10
**caution** [1] - 11:23
**CCR** [2] - 5:7, 21:21
**CENTOLA** [2] - 3:3,
3:3
**CENTRE** [1] - 3:12
**certainly** [2] - 9:16,
13:22
**CERTIFICATE** [1] -
21:10
**CERTIFIED** [1] - 5:8
**Certified** [3] - 21:12,
21:13, 21:21
**certify** [1] - 21:16
**CHAD** [1] - 4:11
**CHAFFE** [1] - 3:11
**chain** [1] - 16:19
**chambers** [3] - 10:3,
12:7, 19:13
**change** [1] - 11:20
**changes** [2] - 10:25,
11:25
**CHARLES** [1] - 5:3
**CHEFFO** [1] - 4:15
**Chris** [1] - 9:24
**CHRISTOPHER** [2] -
1:23, 2:15
**CINCINNATI** [1] - 3:20
**circulated** [1] - 17:10
**CITY** [1] - 3:16
**CIVIL** [1] - 1:6
**Claims** [1] - 15:11
**CLAIMS** [1] - 6:13
**clear** [2] - 11:24, 17:24
**clearing** [1] - 11:16
**clerk** [1] - 9:18
**CLEVELAND** [2] -

2:20, 4:9
**CLIFTON** [1] - 3:23
**CMO** [7] - 6:20, 6:21,
16:12, 16:14, 16:19,
18:15, 20:15
**co** [2] - 9:24, 14:25
**co-lead** [1] - 9:24
**co-liaison** [1] - 14:25
**COAN** [1] - 2:23
**Coffin** [2] - 9:22, 9:24
**coffin** [2] - 15:11, 20:5
**COFFIN** [15] - 1:23,
1:23, 9:23, 10:8,
10:19, 12:6, 12:19,
12:22, 14:1, 14:12,
14:19, 20:6, 20:23,
20:25, 21:3
**COHEN** [1] - 3:23
**COLORADO** [1] - 2:17
**comments** [1] - 9:16
**COMMITTEE** [3] -
1:15, 3:7, 6:11
**Committee** [1] - 14:14
**Complaint** [3] - 17:2,
17:4, 17:5
**COMPLAINT** [1] - 6:23
**complaint** [1] - 17:7
**COMPLAINT**.............
.................... [1] - 6:24
**Complaints** [1] - 17:3
**COMPLAINTS**..........
.......... [1] - 6:23
**complied** [1] - 11:16
**comply** [1] - 12:2
**COMPUTER** [1] - 5:12
**COMPUTER-AIDED**
[1] - 5:12
**concluded** [1] - 21:6
**concludes** [1] - 19:25
**conference** [10] - 9:9,
10:15, 10:16, 11:3,
11:6, 12:5, 15:5,
18:2, 19:20, 19:21
**CONFERENCE** [2] -
1:11, 7:24
**conferences** [1] -
11:18
**confers** [1] - 16:8
**CONROY** [1] - 2:7
**CONSIDERATION** [1]
- 6:10
**consideration** [2] -
14:13, 14:16
**consolidated** [1] -
10:15
**CONSULTING** [1] -
7:19
**consulting** [1] - 19:10
**Contact** [1] - 6:22,
17:1

**CONTACT** [1] - 6:22
**contains** [1] - 18:7
**CONTINENTAL** [1] -
2:4
**continue** [2] - 10:21,
14:7
**CONTINUED** [4] - 2:1,
3:1, 4:1, 5:1
**coordinate** [2] - 12:14,
12:24
**coordinating** [1] -
12:18
**coordination** [1] -
10:21
**Coordination** [1] -
15:13
**COORDINATION**.......
.................... [1] - 6:14
**copies** [1] - 15:18
**copy** [2] - 15:3, 15:10
**cordial** [1] - 12:23
**correct** [3] - 10:18,
12:19, 21:16
**COUNSEL** [2] - 6:22,
8:1
**counsel** [19] - 9:24,
10:2, 10:10, 11:6,
11:7, 11:9, 11:22,
12:14, 13:6, 13:7,
13:8, 13:23, 14:21,
14:25, 15:17, 15:25,
16:8, 17:18, 19:22
**Counsel** [2] - 16:22,
16:25
**couple** [1] - 19:2
**course** [1] - 16:9
**COURT** [21] - 1:1, 2:8,
5:7, 6:6, 9:4, 9:8,
9:20, 10:7, 11:4,
11:15, 13:19, 14:11,
14:18, 14:20, 20:1,
20:4, 20:17, 20:22,
20:24, 21:2, 21:4
**Court** [11] - 10:4,
11:18, 17:15, 19:2,
19:15, 19:18, 21:13,
21:14, 21:15, 21:22,
21:23
**court** [2] - 10:11, 19:6
**Court's** [1] - 17:8
**courts** [1] - 15:18
**covered** [2] - 13:21,
13:24
**COX** [2] - 4:8, 4:11
**creating** [1] - 11:21
**CRR** [2] - 5:7, 21:21
**CULBERTSON** [1] -
2:22
**cure** [1] - 11:10
**custody** [1] - 16:19

**D**

**DALLAS** [1] - 5:5
**date** [3] - 14:8, 15:20,
21:1
**dates** [1] - 16:13
**DAVID** [2] - 1:19, 2:7
**Dawn** [2] - 13:10,
14:25
**DAWN** [1] - 1:16
**days** [3] - 11:10, 11:11
**deadlines** [3] - 11:14,
11:15, 12:2
**deal** [2] - 11:25, 20:21
**deals** [2] - 18:15,
18:18
**dealt** [1] - 12:7
**DEBORAH** [1] - 4:3
**December** [1] - 19:23
**DECEMBER** [1] - 8:2
**decided** [2] - 14:9,
19:10
**DEFENDANT** [1] - 7:1
**Defendant** [1] - 17:16
**defendant** [2] - 18:5,
19:1
**DEFENDANT**............
. [1] - 7:4
**DEFENDANT**............
.............................
[1] - 7:3
**defendants** [3] -
14:21, 16:8, 17:5
**DEFENDANTS'** [1] -
3:6
**defense** [5] - 10:9,
11:9, 13:16, 13:23,
15:17
**deficiencies** [4] -
11:16, 11:24, 16:3,
16:4
**deficiency** [3] - 11:8,
11:11, 18:20
**DeJean** [1] - 19:16
**DEJEAN**......................
.................... [1] - 7:22
**Delaware** [1] - 15:16
**DENVER** [1] - 2:17
**deposition** [2] - 12:11,
12:15
**description** [1] - 13:17
**detail** [1] - 13:24
**detailed** [1] - 13:17
**DIEGO** [1] - 4:22
**DISCOVERY** [3] -
7:11, 7:18
**discovery** [3] - 18:23,
19:9
**discuss** [4] - 10:22,

20:20, 20:23, 20:24
**discussed** [6] - 10:2,
11:6, 12:7, 13:1,
13:14, 19:13
**discussion** [1] - 13:16
**discussions** [1] -
20:15
**dismiss** [1] - 13:9
**dismissal** [2] - 13:4,
17:11
**DISMISSAL**................
........... [1] - 6:25
**dismissals** [1] - 13:2
**DISMISSALS**.............
. [1] - 6:9
**dismissed** [1] - 15:15
**dismissing** [1] - 11:18
**DISTRICT** [3] - 1:1,
1:1, 1:12
**District** [3] - 21:15,
21:23
**Doc** [4] - 15:9, 15:24,
17:5, 19:11
**Docetaxel** [1] - 9:9
**DOCETAXEL** [1] - 1:4
**docket** [11] - 10:6,
10:22, 10:23, 10:24,
11:3, 11:5, 11:12,
11:18, 18:1, 18:3,
19:23
**DOCKET** [2] - 6:7, 8:1
**DOCUMENT** [1] - 1:8
**done** [2] - 14:15
**Doug** [1] - 12:14
**DOUGLAS** [1] - 3:7
**down** [1] - 17:22
**DRIVE** [1] - 4:21
**due** [1] - 15:7
**Durden** [1] - 12:8
**DURDEN**........ [1] - 6:8

**E**

**EACH** [2] - 7:2, 7:4
**Earnest** [1] - 20:8
**EARNEST** [1] - 8:3
**Eastern** [1] - 21:15
**EASTERN** [1] - 1:1
**efforts** [1] - 10:21
**either** [3] - 10:24,
15:3, 18:11
**EL** [1] - 2:5
**ELLIOTT** [1] - 2:15
**ELLIS** [2] - 2:19, 4:7
**EMANUEL** [1] - 4:14
**end** [1] - 10:16
**ENERGY** [1] - 3:12
**entered** [3] - 13:5,
15:23, 18:16

**entitled** [1] - 21:18
**Ernest** [1] - 20:16
**ESI** [3] - 7:10, 16:3, 18:18
**ESQ** [25] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:11, 2:15, 2:15, 2:19, 2:23, 3:3, 3:7, 3:8, 3:11, 3:15, 3:19, 3:23, 3:23, 4:3, 4:7, 4:8, 4:11, 4:15, 4:21, 5:3
**establishes** [2] - 16:2, 16:14
**esteemed** [1] - 13:6
**event** [1] - 11:13
**except** [1] - 15:10
**exception** [1] - 16:7
**exceptions** [1] - 19:2
**exchanged** [1] - 19:1
**exemplar** [1] - 17:4
**EXPERT** [1] - 7:12
**expert** [1] - 18:25
**experts** [1] - 19:10
**EXPERTS.................
.............** [1] - 7:19
**explain** [1] - 10:25
**extension** [1] - 19:3

**F**

**fact** [3] - 11:9, 16:18, 17:25
**Fact** [2] - 17:17, 17:20
**FACT** [1] - 7:1
**fair** [1] - 14:4
**far** [1] - 13:20
**Federal/State** [1] - 15:13
**FEDERAL/STATE** [1] - 6:14
**figure** [1] - 20:20
**file** [2] - 13:17, 16:25
**filed** [9] - 11:19, 13:15, 15:9, 17:6, 20:8, 20:9, 20:14, 20:18
**FILED** [1] - 8:3
**fine** [2] - 15:6, 21:4
**FIRM** [1] - 5:3
**FIRST** [1] - 6:8
**first** [3] - 10:8, 12:8, 15:24
**FLEMING** [1] - 2:10
**FLOOR** [2] - 2:4, 4:15
**FOERSTER** [1] - 4:20
**follow** [1] - 15:18
**following** [1] - 18:2
**follows** [1] - 17:22
**FOR** [12] - 1:15, 3:6,

6:10, 6:25, 7:2, 7:4, 7:12, 7:15, 7:17, 7:20, 8:3
**foregoing** [1] - 21:16
**form** [2] - 16:19, 16:20
**FORM** [1] - 6:23
**Form** [5] - 16:22, 17:1, 17:3, 17:5
**FORM.....................** [1] - 6:22
**forth** [1] - 18:8
**forward** [2] - 12:12
**forwarded** [1] - 11:9
**four** [2] - 15:14, 15:22
**frank** [1] - 20:17
**free** [1] - 9:15
**FRITCHIE** [1] - 3:7
**FROM** [1] - 7:18
**full** [1] - 19:21

**G**

**GAINSBURGH** [1] - 1:19
**generally** [1] - 18:25
**GEOFFREY** [1] - 2:23
**GEORGIA** [1] - 3:25
**GIBBS** [1] - 2:3
**GRAND** [1] - 3:16
**great** [1] - 14:11
**GREENBURG** [1] - 3:22
**GROUP** [1] - 2:3

**H**

**handle** [1] - 14:10
**handling** [2] - 11:22, 16:16
**HANLY** [1] - 2:7
**happy** [1] - 18:12
**HARDY** [1] - 3:15
**HARLEY** [1] - 3:15
**hear** [1] - 14:4
**heard** [1] - 13:2
**HEARD** [1] - 1:11
**hearing** [1] - 12:1
**heavy** [1] - 18:24
**held** [1] - 16:4
**help** [2] - 13:10, 18:12
**helpful** [1] - 9:19
**hereby** [1] - 21:15
**HIGH** [1] - 4:21
**himself** [1] - 12:20
**HINSHAW** [1] - 2:22
**Honor** [19] - 9:23, 9:24, 10:2, 10:4, 10:15, 11:2, 12:6,

12:10, 12:17, 13:2, 13:12, 13:16, 14:2, 15:4, 19:24, 20:6, 20:11, 20:12, 20:23
**Honor's** [1] - 17:12
**HONORABLE** [2] - 1:11, 4:18
**Hospira** [1] - 17:23
**hot** [1] - 18:23
**HOUSTON** [1] - 2:12
**Hyland** [10] - 9:12, 9:14, 10:12, 10:14, 10:20, 15:1, 15:10, 15:14, 15:20, 20:2
**HYLAND** [5] - 4:18, 9:18, 10:18, 15:6, 20:3

**I**

**ID** [2] - 12:9, 20:10
**identification** [3] - 17:23, 17:25, 18:8
**IDENTIFICATION......
........................** [1] - 7:6
**identify** [1] - 13:24
**Illinois** [1] - 15:15
**ILLINOIS** [1] - 2:8
**immediately** [1] - 18:1
**important** [2] - 16:14, 18:6
**IN** [3] - 1:4, 7:11, 8:3
**incredibly** [1] - 19:17
**indicated** [1] - 11:2, 12:25
**individual** [1] - 16:8
**information** [6] - 11:19, 13:7, 16:9, 18:18, 19:14, 19:19
**Information** [1] - 16:22
**INFORMATION** [1] - 6:22
**INFORMATION...........
............................** [1] - 7:10
**interject** [1] - 11:5
**Inventory** [1] - 15:12
**INVENTORY...............
..............** [1] - 6:13
**involved** [2] - 12:15, 12:25
**IRWIN** [1] - 3:7
**issue** [6] - 12:7, 12:11, 13:1, 13:12, 13:20, 20:10
**issues** [5] - 12:9, 13:13, 13:18, 13:24,

14:10
**issuing** [1] - 19:14
**item** [2] - 10:8, 17:16

**J**

**JAMES** [1] - 4:18
**JANE** [1] - 1:11
**January** [3] - 15:20, 19:4, 19:21
**JANUARY** [2] - 7:13, 7:24
**Jersey** [2] - 9:12, 15:16
**JEZ** [1] - 2:10
**job** [1] - 9:21
**JOHN** [1] - 3:11
**joining** [1] - 9:13
**Joint** [1] - 14:23
**JOINT** [1] - 6:12
**joint** [4] - 15:3, 15:8, 19:25, 20:25
**Judge** [20] - 9:12, 9:14, 9:18, 10:12, 10:14, 10:20, 14:24, 15:1, 15:7, 15:10, 15:14, 15:19, 15:20, 16:5, 16:7, 18:16, 18:21, 20:2, 20:3
**JUDGE** [5] - 1:12, 9:18, 10:18, 15:6, 20:3
**Judgment** [2] - 19:12, 20:8
**judgment** [4] - 13:14, 13:18, 14:7, 14:9
**JUDGMENT** [2] - 7:20, 8:3
**JULIE** [2] - 2:19, 4:7
**July** [1] - 18:17

**K**

**KANSAS** [1] - 3:16
**KAREN** [1] - 2:3
**keep** [1] - 15:19
**KELLY** [1] - 3:8
**Kenny** [1] - 19:16
**KENNY** [1] - 7:22
**KEOGH** [1] - 4:11
**KINGSDORF** [1] - 1:15
**KYLE** [1] - 2:15

**L**

**LAFAYETTE** [1] - 3:4
**Lambert** [5] - 10:23,

14:10
13:10, 14:25, 18:11
**LAMBERT** [1] - 1:20
**larger** [1] - 14:10
**last** [4] - 11:20, 13:12, 13:14, 14:12
**law** [1] - 9:18
**LAW** [2] - 2:3, 5:3
**LAWRENCE** [1] - 3:3
**LEAD** [1] - 8:1
**lead** [4] - 9:24, 10:2, 11:6, 19:22
**led** [1] - 13:15
**letter** [2] - 12:10, 16:20
**LIABILITY** [1] - 1:5
**Liability** [1] - 9:9
**LIAISON** [1] - 8:1
**liaison** [7] - 10:2, 10:9, 11:22, 13:6, 14:20, 14:25, 19:22
**light** [1] - 20:15
**listed** [1] - 17:17
**listening** [1] - 9:12
**litigation** [2] - 10:11, 14:3
**Litigation** [1] - 9:10
**LITIGATION** [1] - 1:5
**LITIGATION.............
. .** [1] - 6:6
**Local** [1] - 17:8
**log** [1] - 16:3
**LORI** [1] - 3:23
**Louisiana** [2] - 21:14, 21:15
**LOUISIANA** [11] - 1:1, 1:6, 1:17, 1:21, 1:24, 3:4, 3:9, 3:13, 4:5, 4:12, 5:9

**M**

**MA** [1] - 2:24
**ma'am** [1] - 14:24
**MADISON** [1] - 4:15
**Magistrate** [1] - 16:5
**MAIN** [3] - 2:20, 4:8, 4:12
**Management** [4] - 15:22, 16:11, 18:7, 18:11
**MANAGEMENT** [3] - 6:16, 6:19, 7:5
**manufacturer** [2] - 17:22, 20:10
**MARK** [1] - 4:15
**MARKINKOVICH** [1] - 4:21
**MARTZELL** [1] - 3:3

**Master** [3] - 17:2, 17:3, 19:16
**MASTER** [1] - 6:23
**master** [1] - 17:6
**MASTER...................
...............** [1] - 7:23
**matter** [1] - 21:18
**MCCALL** [1] - 3:11
**MCL** [1] - 10:15
**MDL** [3] - 16:24, 16:25, 19:6
**mean** [1] - 12:3
**MECHANICAL** [1] - 5:11
**meet** [1] - 16:7
**meeting** [1] - 19:22
**MEETING** [1] - 8:1
**meets** [1] - 19:18
**members** [1] - 14:14
**MEMBERS...............
.....** [1] - 6:11
**MENZIES** [1] - 2:3
**Merit** [2] - 21:13, 21:22
**MERIT** [1] - 5:8
**MERRELL** [1] - 3:23
**MEUNIER** [1] - 1:19
**MICELI** [1] - 2:7
**MICHAEL** [1] - 3:19
**middle** [2] - 10:4, 20:19
**MILAZZO** [1] - 1:11
**Milazzo** [3] - 10:20, 15:19, 16:7
**Milazzo's** [1] - 15:7
**mindful** [5] - 10:3, 18:14, 18:19, 18:20
**Mink** [4] - 13:15, 14:6, 14:8, 19:13
**MINK...........................
.................** [1] - 7:21
**MISSOURI** [1] - 3:16
**Moore** [1] - 12:14
**MOORE** [4] - 3:7, 3:7, 20:12, 20:20
**morning** [3] - 9:8, 11:21, 12:1
**MORRISON** [1] - 4:20
**MOTION** [4] - 6:10, 7:17, 7:20, 8:3
**motion** [11] - 13:14, 14:6, 14:8, 14:13, 14:16, 19:7, 19:12, 20:7, 20:9, 20:13, 20:18
**Motion** [2] - 19:12, 20:7
**motions** [3] - 13:17, 14:2, 19:6

**MOTIONS..................
.................** [1] - 7:16
**moving** [1] - 15:14
**MR** [17] - 9:23, 10:8, 10:19, 12:6, 12:17, 12:19, 12:21, 12:22, 14:1, 14:12, 14:19, 20:6, 20:12, 20:20, 20:23, 20:25, 21:3
**MS** [4] - 6:8, 11:14, 14:24, 15:7
**MULLIGAN** [1] - 5:3
**must** [3] - 16:20, 16:25

### N

**NE** [1] - 3:24
**necessary** [1] - 19:19
**need** [2] - 13:24, 15:25
**needed** [1] - 20:14
**needs** [1] - 17:18
**NEW** [11] - 1:6, 1:17, 1:21, 1:24, 3:4, 3:9, 3:13, 4:5, 4:16, 5:9
**new** [5] - 10:23, 13:8, 17:15, 18:15, 18:20
**New** [2] - 9:12, 15:16
**next** [5] - 12:7, 13:1, 15:5, 15:20, 19:20
**NEXT** [2] - 7:24, 8:1
**NO** [1] - 1:6
**NOLEN** [2] - 2:10, 2:11
**NOMINATE** [1] - 7:14
**nominate** [1] - 19:4
**non** [2] - 16:4, 18:21
**non-bellwether** [2] - 16:4, 18:21
**North** [3] - 16:5, 18:16, 18:21
**November** [2] - 17:19, 19:1
**NOVEMBER** [2] - 1:7, 9:2
**NUMBER** [1] - 6:5
**Number** [5] - 15:12, 16:22, 17:2, 17:16, 18:18
**number** [2] - 10:9, 15:11
**numbered** [1] - 21:18

### O

**o'clock** [1] - 11:25
**OAK** [1] - 2:11
**obligations** [3] -

16:17, 18:8, 18:19
**OBLIGATIONS** [1] - 7:7
**Ochsner** [1] - 12:11
**Ochsner's** [1] - 12:14
**October** [1] - 10:17
**OF** [5] - 1:1, 1:11, 6:5, 6:10
**office** [2] - 15:9, 17:1
**Official** [2] - 21:14, 21:22
**OFFICIAL** [1] - 5:7
**OHIO** [3] - 2:20, 3:20, 4:9
**Olinde** [2] - 12:19, 12:24
**OLINDE** [3] - 3:11, 12:17, 12:21
**ON** [3] - 6:6, 6:9, 8:2
**ONE** [1] - 2:8
**one** [3] - 15:15, 20:6, 20:8
**open** [1] - 9:16
**opportunity** [2] - 19:15, 20:13
**order** [5] - 13:2, 17:13, 17:15, 19:9, 19:10
**ORDER** [4] - 6:9, 7:5, 7:18, 9:4
**Order** [7] - 17:4, 18:7, 18:11, 18:13, 18:16, 18:19, 18:22
**ORDER...................
............** [1] - 7:8
**ORDER...................
...............** [1] - 7:9
**ordered** [1] - 12:11
**ordering** [1] - 13:16
**Orders** [3] - 15:21, 15:22, 16:11
**ORDERS** [1] - 7:2
**orders** [3] - 15:23, 17:17, 18:4
**ORDERS...................
..........** [2] - 6:16, 6:19
**ORDERS...................
.................** [1] - 6:15
**ORLEANS** [9] - 1:6, 1:17, 1:21, 1:24, 3:4, 3:9, 3:13, 4:5, 5:9
**ORR** [1] - 5:3
**outside** [2] - 13:19, 13:24

### P

**PAGE** [1] - 6:3
**PALMER** [1] - 1:20
**Palmer** [2] - 13:10,

14:25
**paragraph** [6] - 17:2, 18:4, 18:6, 18:13, 18:18
**participate** [1] - 9:17
**participating** [1] - 9:13
**participation** [1] - 9:17
**parties** [1] - 17:11
**pathology** [2] - 16:15, 18:15
**pay** [1] - 17:7
**PENDING** [2] - 6:5, 7:16
**pending** [4] - 10:9, 10:10, 14:7, 19:6
**PENDLEY** [1] - 1:23
**people** [1] - 16:23
**PEPPER** [1] - 5:7
**Pepper** [3] - 21:12, 21:20, 21:21
**personally** [1] - 12:13
**phone** [5] - 9:11, 10:12, 11:7, 13:8, 15:2
**physician** [1] - 16:21
**picks** [1] - 18:24
**PIEDMONT** [1] - 3:24
**placed** [1] - 11:11
**PLAINTIFF** [4] - 6:8, 6:11, 7:1, 7:20
**plaintiff** [2] - 12:8, 16:18
**Plaintiff** [4] - 14:14, 17:16, 17:20, 19:13
**plaintiffs** [14] - 9:25, 13:3, 13:19, 13:22, 13:25, 15:25, 16:1, 16:12, 16:13, 16:16, 17:19, 18:25, 19:5, 19:17
**PLAINTIFFS** [1] - 7:14
**plaintiffs'** [6] - 11:9, 11:24, 13:7, 13:8, 15:25, 16:17
**PLAINTIFFS'** [1] - 1:15
**PLAINTIFFS...............
....** [1] - 7:12
**point** [1] - 15:22
**possible** [1] - 12:16
**POST** [1] - 2:11
**POYDRAS** [7] - 1:16, 1:20, 1:24, 3:8, 3:12, 4:4, 5:9
**practice** [1] - 20:7
**PRESENT** [2] - 4:18, 4:20
**Preservation** [1] - 18:13

**preservation** [3] - 16:15, 16:20, 18:14
**PRESERVATION** [1] - 7:8
**PRETRIAL** [2] - 6:15, 7:2
**Pretrial** [4] - 15:21, 17:4, 18:19, 18:21
**pretrial** [2] - 17:17, 18:4
**pretty** [1] - 19:18
**privilege** [1] - 16:3
**problem** [2] - 11:7, 11:21
**procedure** [5] - 10:22, 10:23, 10:24, 11:5, 16:6
**PROCEDURE............
.................** [1] - 6:7
**procedures** [1] - 18:9
**PROCEDURES..........
.................** [1] - 7:7
**proceed** [1] - 14:22
**PROCEEDINGS** [3] - 1:11, 5:11, 9:1
**proceedings** [2] - 21:5, 21:18
**process** [2] - 13:11, 18:20
**PRODUCED** [1] - 5:12
**product** [3] - 12:9, 17:25, 18:7
**PRODUCT** [1] - 7:6
**Products** [1] - 9:9
**PRODUCTS** [1] - 1:4
**progress** [1] - 17:21
**proposed** [2] - 13:1, 14:15
**PROPOSED** [1] - 6:9
**PROTECTIVE** [1] - 7:9
**Protective** [1] - 18:16
**protocol** [2] - 16:3, 16:15
**provide** [4] - 13:4, 13:7, 13:16, 14:13
**provided** [2] - 14:16, 19:1
**provides** [2] - 18:4, 19:19
**PSC** [2] - 7:14, 19:4
**PTO** [6] - 6:17, 6:18, 15:18, 15:24, 16:2, 18:14, 18:17

### Q

**questions** [3] - 9:16, 19:24, 20:2
**quickly** [1] - 15:8

QUINN [1] - 4:14

## R

RAND [1] - 2:11
rather [1] - 15:8
RATLIFF [1] - 3:15
RAWLINS [1] - 5:4
RE [1] - 1:4
ready [2] - 9:22, 14:22
really [1] - 16:17
REALTIME [1] - 5:8
Realtime [2] - 21:12, 21:21
reappointment [1] - 14:14
REAPPOINTMENT [1] - 6:10
receive [1] - 14:4
recently [2] - 15:23, 17:10
recitation [1] - 19:25
record [1] - 21:17
Record [4] - 15:9, 15:24, 17:5, 19:11
RECORDED [1] - 5:11
REESE [1] - 4:3
reference [1] - 17:18
regarding [3] - 11:9, 18:10, 19:14
regards [3] - 14:6, 18:7, 18:13
Registered [1] - 21:12
REGISTERED [1] - 5:8
registered [1] - 21:22
regularly [1] - 19:18
related [1] - 13:18
RELATES [1] - 1:8
relates [2] - 17:2, 20:16
relevant [1] - 17:17
remind [1] - 16:23
report [6] - 10:9, 12:6, 15:3, 15:8, 19:25, 21:1
Report [1] - 14:23
REPORT...................
............ [1] - 6:12
REPORTER [3] - 5:7, 5:8, 5:8
Reporter [7] - 21:12, 21:13, 21:14, 21:21, 21:22, 21:22
REPORTER'S [1] - 21:10
REPORTS [1] - 7:12
reports [1] - 18:25
request [2] - 13:23, 15:3

required [1] - 13:4
requirement [1] - 18:15
requirements [2] - 13:9, 17:9
review [2] - 18:2, 19:15
RMR [2] - 5:7, 21:21
ROAD [1] - 3:24
ROOM [1] - 5:9
ROUEN [1] - 4:3
ROUGE [1] - 4:12
RULE [1] - 7:17
Rule [2] - 17:8, 19:7
rules [1] - 18:2
ruling [1] - 13:3
run [2] - 10:1, 15:8
running [1] - 10:19

## S

s/Cathy [1] - 21:20
Sam [3] - 9:21, 14:15, 15:3
samples [1] - 16:16
SAN [1] - 4:22
sanctions [1] - 19:7
SANCTIONS..............
.......... [1] - 7:17
Sandoz [1] - 17:24
SANOFI [1] - 7:14
Sanofi [3] - 12:15, 17:23, 19:4
scale [1] - 14:10
SCHANKER [1] - 2:14
schedule [1] - 15:7
Second [1] - 17:3
second [3] - 13:13, 16:2, 19:5
SECOND [1] - 7:15
Section [1] - 20:10
selected [1] - 16:13
send [4] - 15:2, 15:3, 15:18, 17:14
sending [3] - 15:4, 16:9, 16:23
sent [3] - 15:9, 16:20, 17:13
served [1] - 16:24
service [1] - 18:5
SERVICE [2] - 7:2, 7:4
sets [1] - 18:8
several [1] - 9:11
sheet [1] - 16:18
Sheet [1] - 17:17
SHEET..................[1]
- 7:1
sheets [2] - 11:10, 17:25

Sheets [1] - 17:20
SHOOK [1] - 3:15
Short [2] - 17:3, 17:5
SHORT [1] - 6:23
side [2] - 20:13, 20:16
sides [2] - 11:22, 13:3
SIMMONS [1] - 2:7
slides [1] - 16:16
soon [1] - 12:16
sort [1] - 20:16
SPECIAL [1] - 7:23
Special [1] - 19:16
specific [1] - 11:23
speedy [1] - 10:5
stage [1] - 14:3
STATE [2] - 2:23, 6:6
state [2] - 10:11, 15:18
State [1] - 21:13
STATES [2] - 1:1, 1:12
States [2] - 21:14, 21:23
status [11] - 9:8, 10:11, 10:14, 10:16, 11:3, 11:17, 12:5, 15:5, 18:2, 19:20, 19:21
STATUS [4] - 1:11, 6:6, 6:12, 7:24
Status [1] - 14:23
STEERING [3] - 1:15, 3:7, 6:11
Steering [1] - 14:14
STENOGRAPHY [1] - 5:11
STIPULATION [1] - 6:25
stipulation [4] - 17:11, 17:12, 17:13, 17:15
stop [1] - 9:15
streamlined [1] - 18:5
STREAMLINED [2] - 7:2, 7:4
STREET [14] - 1:16, 1:20, 1:24, 2:8, 2:16, 2:23, 3:4, 3:8, 3:12, 3:19, 4:4, 4:12, 5:4, 5:9
submission [3] - 14:4, 14:8, 19:8
submitted [2] - 11:21, 12:10
SUFFERN [1] - 3:19
SUGUNDO [1] - 2:5
SUITE [12] - 1:16, 1:20, 1:24, 2:12, 2:16, 2:20, 3:8, 3:20, 4:4, 4:8, 4:22, 5:4
SULLIVAN [2] - 4:11, 4:14
Summary [2] - 19:12,

20:7
SUMMARY [2] - 7:20, 8:3
summary [4] - 13:14, 13:18, 14:6, 14:8
Sun [1] - 17:24
surrounding [1] - 12:9
Suzanne [2] - 13:15, 14:6, 14:8, 19:13
SUZANNE [2] - 4:21, 7:21

## T

Taxotere [1] - 9:9
TAXOTERE [1] - 1:4
TELEPHONE [1] - 4:18
telephone [1] - 9:13
TERMINUS [1] - 3:24
testing [1] - 16:15
TEXAS [2] - 2:12, 5:5
THE [27] - 1:11, 1:15, 3:6, 4:18, 5:3, 6:6, 6:10, 7:11, 7:12, 7:15, 8:3, 9:8, 9:20, 10:7, 11:4, 11:15, 13:19, 14:11, 14:18, 14:20, 20:1, 20:4, 20:17, 20:22, 20:24, 21:2, 21:4
thinking [1] - 20:22
third [1] - 19:12
THIS [1] - 1:8
thousand [1] - 17:21
three [3] - 15:14, 18:24, 20:8
THURSDAY [2] - 1:7, 9:2
timely [2] - 11:24, 12:2
tissue [1] - 16:15
TO [2] - 1:8, 9:4
today [4] - 9:13, 17:10, 17:13, 17:14
topics [1] - 10:2
touch [2] - 10:21, 12:13
track [1] - 15:19
transcript [1] - 21:16
TRANSCRIPT [2] - 1:11, 5:11
TRANSCRIPTION [1] - 5:12
TRAURIG [1] - 3:22
TRIAL [2] - 6:8, 7:11
trial [11] - 10:4, 12:8, 13:19, 15:25, 16:1, 16:12, 18:23, 18:24, 19:5, 20:9, 20:19

TRIAL.......................
........ [1] - 7:15
TRICHE [1] - 1:11
triggered [1] - 16:17
true [1] - 21:16
try [1] - 10:5
trying [1] - 14:1
TUCKER [2] - 2:19, 4:7
turn [1] - 18:3
twists [1] - 10:23
two [3] - 11:25, 13:13, 16:11

## U

ULMER [1] - 3:18
under [2] - 18:19, 19:7
unfair [1] - 11:25
unfortunately [1] - 11:20
UNITED [2] - 1:1, 1:12
United [2] - 21:14, 21:23
unless [1] - 19:24
up [2] - 11:2, 21:1
update [1] - 20:10
URQUHART [2] - 3:7, 4:14

## V

VIA [1] - 4:18
VINE [1] - 3:19
voluntarily [1] - 13:9
voluntary [2] - 13:2, 13:4
VOLUNTARY [1] - 6:9

## W

wants [1] - 14:2
WARSHAUER [1] - 1:19
welcome [3] - 9:12, 10:12, 15:1
WHEREUPON [1] - 21:5
WILL [1] - 7:14
WILSON [1] - 4:11
wish [1] - 13:9
wonderful [1] - 12:22
word [1] - 12:12
WYNKOOP [1] - 2:16

| Y |
|---|
| **yesterday** [4] - 12:12, 15:9, 15:10, 20:7<br>**YORK** [2] - 4:16<br>**YOUR** [1] - 6:24 |