<pre>
 1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3    *****************************************************************

 4    IN RE:  TAXOTERE
      (DOCETAXEL) PRODUCTS
 5    LIABILITY LITIGATION

 6                            CIVIL ACTION NO. 16-MD-2740 "H"
                              NEW ORLEANS, LOUISIANA
 7                            THURSDAY, NOVEMBER 15, 2018, 10:00 A.M.

 8    THIS DOCUMENT RELATES TO:
      ALL CASES
 9
      *****************************************************************
10

11              TRANSCRIPT OF RULE TO SHOW CAUSE PROCEEDINGS
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
12                    UNITED STATES DISTRICT JUDGE

13
      APPEARANCES:
14

15    FOR THE PLAINTIFFS'
      STEERING COMMITTEE:         BARRIOS KINGSDORF & CASTEIX
16                                BY:  DAWN M. BARRIOS, ESQ.
                                  701 POYDRAS STREET, SUITE 3650
17                                NEW ORLEANS, LOUISIANA 70139

18

19                                GAINSBURGH BENJAMIN DAVID
                                  MEUNIER & WARSHAUER
20                                BY:  M. PALMER LAMBERT, ESQ.
                                  1100 POYDRAS STREET, SUITE 2800
21                                NEW ORLEANS, LOUISIANA 70163

22

23                                BACHUS & SCHANKER
                                  BY:  J. KYLE BACHUS, ESQ.
24                                     J. CHRISTOPHER ELLIOTT, ESQ.
                                  1899 WYNKOOP STREET
25                                SUITE 700
                                  DENVER, COLORADO 80202
</pre>

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                              TUCKER ELLIS
                               BY:  JULIE A. CALLSEN, ESQ.
 4                              950 MAIN AVENUE, SUITE 1100
                               CLEVELAND, OHIO 44113
 5

 6
      FOR THE DEFENDANTS'
 7    STEERING COMMITTEE:      IRWIN FRITCHIE URQUHART & MOORE
                               BY:  KELLY E. BRILLEAUX, ESQ.
 8                              400 POYDRAS STREET, SUITE 2700
                               NEW ORLEANS, LOUISIANA 70130
 9

10                              CHAFFE MCCALL
11                              BY:  JOHN F. OLINDE, ESQ.
                               2300 ENERGY CENTRE
12                              1100 POYDRAS STREET
                               NEW ORLEANS, LOUISIANA 70163
13

14                              KEOGH COX & WILSON
15                              BY:  CHAD A. SULLIVAN, ESQ.
                               701 MAIN STREET
16                              BATON ROUGE, LOUISIANA 70802

17

18                              QUINN EMANUEL URQUHART & SULLIVAN
                               BY:  MARK S. CHEFFO, ESQ.
19                              51 MADISON AVENUE, 22ND FLOOR
                               NEW YORK, NEW YORK 10010
20

21
      ALSO PRESENT
22    VIA TELEPHONE:           THE HONORABLE JAMES F. HYLAND
                               TREVOR WHITE, ESQ.
23                              JENNIFER DOMER, ESQ.
                               BRIA HANLON, ESQ.
24                              CHRIS ELLIOTT, ESQ.

25

                        OFFICIAL TRANSCRIPT
```

10:39:18
10:41:51

```
10:44:40   1                          JESSICA PEREZ, ESQ.
10:44:40                              KRISTIE FISCHER, ESQ.
10:48:00   2                          TREVOR ROCKSTAD, ESQ.
10:48:00                              CARA WALL, ESQ.
10:52:05   3                          GORDON KESSLER, ESQ.

           4
                  APPEARANCES CONTINUED:
           5

           6
10:54:40                              ERIC NEWELL, ESQ.
10:54:40   7                          LEE MCGARTLAND, ESQ.
11:14:10                              AMY CARTER, ESQ.
11:20:57   8                          AARON STRINGER, ESQ.
11:22:54                              MARK NIEMEYER, ESQ.
11:22:54   9
11:26:04                              MARKITA HAWKINS, ESQ.
11:06:59  10                          LINDSAY STEVENS, ESQ.
                                      SARA STIPKOVITS, ESQ.
          11                          RYAN PERDUE, ESQ.

          12

          13      ALSO PRESENT:       MORRISON FOERSTER
                                      BY:  SUZANNE P. MARKINKOVICH, ESQ.
          14                          12531 HIGH BLUFF DRIVE
                                      SUITE 100
          15                          SAN DIEGO, CALIFORNIA 92130

          16

          17                          THE MULLIGAN LAW FIRM
                                      BY:  CHARLES G. ORR, ESQ.
          18                          3710 RAWLINS STREET
                                      SUITE 901
          19                          DALLAS, TEXAS 75219

          20

          21
                  OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
          22                          CERTIFIED REALTIME REPORTER
                                      REGISTERED MERIT REPORTER
          23                          500 POYDRAS STREET, ROOM B-275
                                      NEW ORLEANS, LOUISIANA 70130
          24                          (504) 589-7779
                                      Cathy_Pepper@laed.uscourts.gov
          25
                  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
```

***OFFICIAL TRANSCRIPT***

1    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                              **I N D E X**

2

3                                                            <u>PAGE</u>

4

5       DISMISSAL LIST........................................   8

6       DECLARATIONS.........................................   8

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                    **P-R-O-C-E-E-D-I-N-G-S**

2               THURSDAY, NOVEMBER 15, 2018

3               M O R N I N G   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

6

10:23:17  7          THE COURT:  Is there any question, any comments to be

10:23:20  8   made by any counsel?  Concerns?

10:23:25  9          All right.  Then, are we prepared to proceed with

10:23:27 10   the call docket?

10:23:29 11          MS. BARRIOS:  Yes, Your Honor.

10:23:30 12          THE COURT:  Thank you.

10:23:30 13          Judge Hyland, I'm going to now take up the call

10:23:35 14   docket and review various -- frankly, determine whether to

10:23:42 15   dismiss certain cases because of failure to comply with the

10:23:47 16   Plaintiff Fact Sheets or other matters.

10:23:49 17          You are certainly welcome to stay on the line.

10:23:52 18   If you are interested in just moving on, I will certainly

10:23:59 19   understands.

10:24:00 20          JUDGE HYLAND:  I think I have to move on because I have

10:24:02 21   an 11:30 meeting.

10:24:03 22          THE COURT:  I thought you might.  Okay.  Thank you so

10:24:06 23   much.

10:24:07 24          I'll reach out, over the course of the next month

10:24:09 25   or so, and we can talk some more.  But thank you very much for

                        *OFFICIAL TRANSCRIPT*

10:24:13  1   participating.

10:24:13  2         JUDGE HYLAND:  I appreciate that.  Thank you so much.

10:24:15  3         THE COURT:  All right.

10:24:16  4         MS. BARRIOS:  Your Honor, would you like to take a

10:24:21  5   break?

10:24:21  6         THE COURT:  I think we need to make changes on the

10:24:23  7   phone lines.  Because don't we now have to have the attorneys

10:24:28  8   able to speak?

10:24:33  9         All right, we just need to open up the phone

10:24:36 10   lines now.

10:24:42 11         AT&T OPERATOR:  Ladies and gentlemen on the phone,

10:24:45 12   we're going fully interactive.  The phones will be open.

10:24:45 13   Please mute your phone when not speaking.

10:26:53 14         THE COURT:  All right.  Thank you.

10:26:53 15         MS. BARRIOS:  Your Honor, I believe we're ready for the

10:27:20 16   call docket.  We appreciate everybody being on the phone and

10:27:22 17   the plaintiffs in the courtroom.

10:27:24 18         As we discussed, there are --

10:27:32 19         THE COURT:  Okay.  Counsel on the telephone, I'm going

10:27:37 20   to ask you to please put your phone on mute unless we are

10:27:42 21   calling your case.  We're going to proceed through this, so it

10:27:46 22   just -- we don't want any static or background noise.  So,

10:27:53 23   please put it on mute.  And then when we call your case, you

10:27:57 24   can certainly take it off, and we'll take up this at your time.

10:28:03 25         MS. BARRIOS:  Yes, Your Honor.  I'm ready to begin.

                              *OFFICIAL  TRANSCRIPT*

10:28:05  1              I would like to just remind everybody on the

10:28:06  2      phone that we're dealing with three different lists.

10:28:09  3              The first list is the Dismissal List.  This is a

10:28:12  4      list of cases which counsel have sent in stipulations of

10:28:16  5      dismissal that have been approved by the defendants.

10:28:22  6              Your Honor, I'm going to humbly suggest that we

10:28:25  7      just provide this list to the court reporter, as opposed to

10:28:31  8      reading all the names into the record, unless Your Honor would

10:28:32  9      like us to read the names.

10:28:33 10          THE COURT:  Is this for the declarations?

10:28:35 11          MS. BARRIOS:  No, ma'am, this is the dismissals.

10:28:38 12          THE COURT:  Oh, okay.  All right.  Yes, I think that's

10:28:38 13      fine to just --

10:28:38 14          MS. BARRIOS:  So I'm going to hand Ms. Pepper the list.

10:28:38 15          THE COURT:  Okay.  Thank you.

10:28:44 16          MS. BARRIOS:  The second list, we have the

10:28:45 17      Declarations.  These are the declaration forms that Your Honor

10:28:48 18      approved about a month ago.

10:28:50 19              I have to say that it's really been popular

10:28:53 20      because we've got a lot of cases cleared out in this.  We will

10:28:57 21      read these into the record.  Ms. Brilleaux and Ms. Callsen and

10:29:05 22      I are going to take turns reading these names.

10:29:08 23              First is Cynthia Allen.

10:29:10 24              Ms. Court Reporter, we're going to give you a

10:29:13 25      copy of this.

                            *OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 10:29:13 1 | Next, Doris Ansah.  Third, Gloria Argel. |
| 10:29:22 2 | Elizabeth Bender.  Rosetta Bennett.  Jacqueline Billips. |
| 10:29:37 3 | Sharane Blakes.  Theresa Blakney.  Annie Brown. |
| 10:29:44 4 | Cathy Burdette.  Juslynn Butts.  Cindy Canterberry. |
| 10:29:54 5 | Raemonique Carlisle Otete.  Patsy Carson.  Pamela Carter. |
| 10:30:05 6 | Karen Chandler.  Merrilyn Chaney.  Mary Chase.  Bobby Cheatham, |
| 10:30:16 7 | Shannon Claywell.  Mary Cole.  Latasha Crawford. |
| 10:30:25 8 | Deborah Cunningham.  Caroline Davis.  Felicia Davis. |
| 10:30:35 9 | Ivette De Jesus.  Elizabeth Dillard.  And Karen Dreschsler. |
| 10:30:42 10 | MS. BRILLEAUX:  Your Honor, I'll pick up with Page 2. |
| 10:30:45 11 | Iris Elliott.  Colleen Ellis.  Brenda Ertle. |
| 10:30:51 12 | Kathy Farley-Panaras.  Cheryl Fisher.  Betty Fleming. |
| 10:31:01 13 | Deborah Ford.  Barbara Frazier.  Stacy Gaines.  Harriet Graham. |
| 10:31:10 14 | Janis Griffin.  Tracie Harris.  Pennie Headrick. |
| 10:31:18 15 | Brenda Henderson.  Dora Hernandez.  Carolyn Hess. |
| 10:31:25 16 | Rebecca Hess.  Cheryl Hicks.  Candy Hodge.  Bernice Howard. |
| 10:31:33 17 | Wyskanna Howell.  Teresa Hughes.  Teresa Hunter. |
| 10:31:40 18 | Nicole Ingram.  Anisa Ishida.  Gladys James.  Amy Jankowiak. |
| 10:31:52 19 | Sherida Johnson.  And Michele Krake. |
| 10:31:53 20 | MS. CALLSEN:  I'll borrow Ms. Brilleaux's list because |
| 10:32:03 21 | I didn't have the updated 2:00 a.m. list.  Thank you. |
| 10:32:06 22 | Christy Lee.  Linda Lewis.  Patsy Lewis. |
| 10:32:13 23 | Julia Long.  Brenda Lynn.  Linda Magee.  Terri Manard. |
| 10:32:21 24 | Vivian Markle.  Bella Martinez.  Everll Mathews. |
| 10:32:28 25 | Patricia Matthews.  Michelle McFarland.  Christlyn McKay. |

*OFFICIAL TRANSCRIPT*

10:32:33 1    Deonna Mitchell.  Shanina Molinari.  Beverly Morgan.

10:32:39 2    Marie Mosher.  Taia Nahar.  Renee Nelson.  Sheri Nolan.

10:32:48 3    Cindy Oklejwicz.  Marla Paine.  And Carolyn Parker.

10:32:53 4        MS. BARRIOS:  Shelby Parson.  Betty Porter.

10:32:59 5    Francisca Powell.  Edgie Ray.  Brandi Reece.  Georena Rhone.

10:33:11 6    Suna Richardson.  Megan Rissman.  Mary Roberson.

10:33:19 7    Joyce Roberts.  Mozella Rolle.  Lori Romero-Torres.

10:33:26 8    Kathleen Rose.

10:33:26 9        Your Honor, the next name on the list is

10:33:28 10   Lindsey Rosso.  She is represented by the Murray law firm.

10:33:32 11   That's the e-mail that came in late last night, where counsel

10:33:36 12   advised that, after she signed and filed the declaration, the

10:33:42 13   plaintiff contacted her.

10:33:44 14       We've called her to see if she could be on the

10:33:47 15   line to be on the call docket, as requested by Ms.  Brilleaux.

10:33:51 16   She advised my paralegal that she's home with the flu today.

10:33:55 17   So just asked that it just be passed to the next call docket.

10:33:57 18       THE COURT:  We'll pass this one until December.

10:34:00 19       MS. BRILLEAUX:  Thank you, Your Honor.  I will call her

10:34:02 20   name on the call docket, but just reference back that we've

10:34:06 21   agreed to pass on it.  Thank you.

10:34:07 22       THE COURT:  Thank you.

10:34:07 23       MS. BARRIOS:  Amanda Ruiz.  Arceli Sangalang.

10:34:13 24   Shawna Scott.  Martha Sexton.  Debra Short.  Karen Smith.

10:34:20 25   Tomeka Smith.  Makisha Stiles.  Catherine Sultrop.

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:34:27 | 1 | Judi Sutton.  Mary Taylor.  Dametrica Thomas. |
| 10:34:34 | 2 | Melissa Thompson.  Tisa Tigner. |
| 10:34:39 | 3 | MS. BRILLEAUX:  Your Honor, I'll pick up on the last |
| 10:34:42 | 4 | page, Page 5. |
| 10:34:42 | 5 | Robyn Valladon.  Sandra Wallace.  Lou Ward. |
| 10:34:49 | 6 | Kristin Welsh.  Geneva Williams.  Jami Williams. |
| 10:34:56 | 7 | Sheri Williams.  Tonia Williams.  Linda Wilson.  Hope Woolfolk. |
| 10:35:05 | 8 | Mary Wright.  Marie Yancey.  Julissa Zaro-Jose.  And |
| 10:35:12 | 9 | Cheryl Zenon. |
| 10:35:16 | 10 | Do you want to get these last two categories? |
| 10:35:18 | 11 | MS. BARRIOS:  Yes. |
| 10:35:19 | 12 | Your Honor, the declarations of counsel -- the |
| 10:35:21 | 13 | plaintiffs' names that we just read, all those counsel have |
| 10:35:25 | 14 | filed into the record a declaration indicating all the attempts |
| 10:35:27 | 15 | they had made to extend to their clients to communicate, with |
| 10:35:31 | 16 | no response.  So that's the basis of those counsels' |
| 10:35:36 | 17 | declarations. |
| 10:35:37 | 18 | We do have two additional categories.  There are |
| 10:35:42 | 19 | three cases that were carryover cases from the last show cause |
| 10:35:48 | 20 | hearing, who actually filed declarations.  Those are: |
| 10:35:53 | 21 | Lonia Roberts, Sonja Jefferson-Sargent, Jacqueline Davis. |
| 10:35:58 | 22 | The last category, Your Honor, is, because our |
| 10:36:04 | 23 | declaration was so popular, people not even on the list wanted |
| 10:36:08 | 24 | to use it.  So we have three plaintiffs using the declaration. |
| 10:36:12 | 25 | That's Jessica Fassett, Terri Pollard, and Diane Willis. |

*OFFICIAL TRANSCRIPT*

10:36:18  1          THE COURT:  The Court, considering the declarations

10:36:21  2     that have been filed in the record, having an opportunity to

10:36:23  3     review that, dismisses the above referenced cases, save Lindsey

10:36:31  4     Rosso, which will be put over until the next docket.  But the

10:36:35  5     Court is going to dismiss those cases with prejudice.

10:36:37  6          For the record, the Court specifically notes

10:36:40  7     that, after reviewing the declarations, it's clear that a

10:36:44  8     plaintiff's counsel made repeated requests for information --

10:36:48  9     for contact information from the plaintiff, that plaintiffs

10:36:52 10     failed to give even minimal information to counsel or to

10:36:57 11     communicate at all with counsel.

10:36:59 12          The Court finds that the plaintiffs failed to

10:37:02 13     meet their obligations, despite counsels' best efforts.

10:37:06 14     Accordingly, the cases are dismissed with prejudice.

10:37:09 15          I think we can now proceed to -- and the

10:37:11 16     declarations have been filed in the record --

10:37:14 17          MS. BRILLEAUX:  Yes, ma'am.

10:37:15 18          THE COURT:  -- and the lists with the case numbers will

10:37:18 19     be added by the case manager.

10:37:21 20          MS. BRILLEAUX:  Thank you, Your Honor.

10:37:22 21          Before we dive into the call docket list, just to

10:37:24 22     recap, when we had the August 29th noncompliance notice to

10:37:29 23     plaintiffs -- that's the very initial notice -- we had

10:37:34 24     2,124 cases on that.  We ended up filing, on November 1st,

10:37:40 25     1,219 cases.

*OFFICIAL TRANSCRIPT*

10:37:41 1          As you're aware, we're not addressing all cases

10:37:43 2   today, due mostly to time.  We have requested and set a special

10:37:50 3   setting for the rest.

10:37:51 4          Today, we're going to address 256.  I think they

10:37:55 5   are going to go more quickly than last time.  13 of those are

10:37:59 6   carryover cases from our last conference that we have agreed to

10:38:02 7   bring up again.  243 are from the November list.  But, again, I

10:38:08 8   think that they are streamlined and should proceed quickly.

10:38:15 9          THE COURT:  Thank you.

10:38:15 10         MR. LAMBERT:  Your Honor, Palmer Lambert, co-liaison

10:38:18 11  counsel for plaintiffs.

10:38:20 12         With regard to the dismissal Your Honor just

10:38:24 13  entered, and with regard to all of the ones that we'll talk

10:38:26 14  about today, the PSC just wants to note its objections to

10:38:30 15  dismissals with prejudice, and would ask that they be without

10:38:32 16  prejudice, just for the record.

10:38:34 17         MS. CALLSEN:  The defendants would oppose that request.

10:38:40 18         THE COURT:  Yes.  Okay.  Thank you.

10:38:49 19         Are we ready to proceed?

10:38:52 20         MR. LAMBERT:  Your Honor, I believe the first plaintiff

10:38:54 21  on the list for today is Valerie Fletcher.  I believe

10:39:01 22  Mr. Trevor White is on the phone for Andrews & Thornton.

10:39:07 23         MS. CALLSEN:  The issue with this one is no PFS was

10:39:11 24  submitted.

10:39:11 25         THE COURT:  Excuse me.

**OFFICIAL TRANSCRIPT**

10:39:17  1      MR. WHITE:  Your Honor, Trevor White here on behalf

10:39:19  2  of --

10:39:28  3      THE COURT:  Excuse me, Mr. White.

10:39:28  4          That's not the list.  Okay.  I'm just operating

10:39:29  5  from a different list.  My first one is Linda Allred.

10:39:43  6      MR. WHITE:  Your Honor, this is Trevor White on behalf

10:39:43  7  of Valerie Fletcher.

10:39:46  8      THE COURT:  Yes, sir.

10:39:47  9          I have no Plaintiff Fact Sheet was submitted?

10:39:49 10      MS. BRILLEAUX:  Right.  Yes.

10:39:52 11      MR. WHITE:  Yes.  Your Honor, we submitted a

10:39:53 12  declaration of no contact yesterday and filed a stipulation of

10:39:57 13  dismissal and passed that around to defense counsel, as well.

10:40:01 14          We haven't had contact with her since February,

10:40:07 15  when we made multiple attempts.

10:40:09 16      THE COURT:  I'm having difficulty hearing.

10:40:11 17          So there has been a stipulation of dismissal?

10:40:14 18      MS. BRILLEAUX:  It sounded to me like a stipulation and

10:40:17 19  a declaration had been filed.

10:40:19 20      MR. WHITE:  Yes, Your Honor.  A stipulation and

10:40:21 21  declaration have been filed.  We filed it yesterday.

10:40:24 22      MS. BRILLEAUX:  I would just note it was filed at

10:40:26 23  1:55 a.m., Your Honor.

10:40:33 24      THE COURT:  Please, please, please put your phone on

10:40:39 25  mute, except for Mr. White.

**OFFICIAL TRANSCRIPT**

10:40:45  1                As I appreciate it, what you're telling me is, as

10:40:48  2    to Valerie Fletcher, that matter is resolved because you have

10:40:53  3    submitted a declaration.  Thank you.

10:40:54  4                MR. WHITE:  Yes, Your Honor.  Thank you.

10:40:56  5                THE COURT:  Let's to go the next case.

10:40:57  6                MS. CALLSEN:  Thank you, Your Honor.

10:41:00  7                I have Kathryn Arthur, who is represented by

10:41:02  8    Atkins & Markoff.  No PFS submitted.

10:41:06  9                MR. LAMBERT:  Your Honor, I believe Bria Hanlon is on

10:41:09 10    the phone from Atkins & Markoff.

10:41:12 11                THE COURT:  Ms. Hanlon.

10:41:13 12                MS. HANLON:  Yes, Your Honor.  We sent a dismissal on

10:41:16 13    September 27th for Ms. Arthur's case.  We did get Sanofi's

10:41:20 14    approval for that on October 4th; but, we were just waiting on

10:41:24 15    the remaining defendants to approve that dismissal before

10:41:26 16    filing.  So that's just been the only holdup.

10:41:29 17                MS. CALLSEN:  Your Honor, we would ask that since we

10:41:30 18    have already -- if they are waiting for a consent, but want it

10:41:32 19    to be dismissed, that we go ahead and dismiss that with

10:41:35 20    prejudice.

10:41:37 21                MS. BRILLEAUX:  On behalf of the other defendants, it's

10:41:40 22    fine with us.

10:41:41 23                THE COURT:  Their matter is dismissed with prejudice.

10:41:42 24    Thank you.

10:41:42 25                MS. CALLSEN:  The next one that I have is

*OFFICIAL TRANSCRIPT*

10:41:45 1   Francine Smith, who is represented by Cutter Law.  No PFS

10:41:50 2   submitted.

10:41:50 3          MR. LAMBERT:  Your Honor, I believe Jennifer Domer is

10:41:53 4   on the phone from Cutter Law Firm.

10:41:55 5          THE COURT:  Ms. Domer.

10:41:55 6          MS. DOMER:  Yes, Your Honor.  Actually, it's a similar

10:41:58 7   circumstance with the one before.  We had asked for consent for

10:42:02 8   dismissal with prejudice.  We received consent from Sanofi,

10:42:06 9   Accord and Actavis.  We are still pending consent from

10:42:08 10  remaining defendants.

10:42:09 11         THE COURT:  I'm assuming there is no objections?

10:42:11 12         MS. CALLSEN:  Your Honor, in many cases, the other

10:42:15 13  defendants have not been served.  Thus, it's a little hard to

10:42:18 14  give consent to a case we've not been served in, but --

10:42:21 15         THE COURT:  This matter has been dismissed with

10:42:23 16  prejudice.

10:42:23 17         MS. DOMER:  Thank you.

10:42:23 18         MS. CALLSEN:  Thank you, Your Honor.

10:42:24 19          The next one that I have is Linda Ellis.  She is

10:42:27 20  represented by David M. Peterson, with Peterson & Associates.

10:42:32 21  It's no PFS submitted.

10:42:33 22         MS. STIPKOVITS:  Your Honor, this is Sara Stipkovits on

10:42:37 23  the line.  Ms. Ellis has passed away.  I was able to get ahold

10:42:42 24  of her husband, and he is fine with the dismissal.

10:42:45 25         THE COURT:  This matter is dismissed.

*OFFICIAL TRANSCRIPT*

10:42:46  1        MS. STIPKOVITS:  Thank you.

10:42:47  2        MS. CALLSEN:  Thank you, Your Honor.

10:42:48  3            The next case that I have is Flora Grant.  She is

10:42:51  4   represented by Hughes & Coleman.  That's no PFS submitted.

10:42:51  5        THE COURT:  Is anybody on the phone from Hughes &

10:42:56  6   Coleman?

10:42:56  7        MR. ELLIOTT:  Chris Elliott, with Bachus & Schanker.

10:43:13  8   We're co-counsel with Hughes & Coleman.

10:43:16  9            We were not notified of this particular

10:43:19 10   deficiency.  I'm not sure why.  We would ask for an extension,

10:43:23 11   that this be passed to the next hearing.  But I don't know why

10:43:26 12   we were not -- my law firm was not put on notice, but they are

10:43:30 13   co-counsel with our firm.

10:43:32 14        MS. CALLSEN:  Your Honor, I mean, we would just

10:43:33 15   represent that MDL Centrality is set up to notify enrolled

10:43:37 16   counsel of record.  Counsel of record that we have is Hughes &

10:43:40 17   Coleman.  If, for some reason, co-counsel of record wasn't

10:43:44 18   enrolled, that's beyond our control.

10:43:48 19        MR. ELLIOTT:  The issue is we did not get any notice.

10:43:50 20        THE COURT:  No, I understand that, but, certainly, you

10:43:54 21   need to -- I don't know if you're listed as co-counsel.  If you

10:43:58 22   haven't been, you need to take care of that.  I will give you

10:44:00 23   15 days.

10:44:01 24        MR. ELLIOTT:  Thank you, Judge.

10:44:03 25        MS. CALLSEN:  Thank you, Your Honor.

                         *OFFICIAL TRANSCRIPT*

10:44:04  1          Your Honor, just, going forward, we would ask

10:44:05  2     that if, in other cases where you're willing to give a brief

10:44:09  3     extension, such as 15 days, that we would follow up by

10:44:12  4     submitting to you a list of cases that have not been cured, for

10:44:15  5     the Court to enter a dismissal with prejudice.

10:44:17  6          THE COURT:  That's good.

10:44:18  7          MS. CALLSEN:  Thank you.

10:44:19  8          THE COURT:  I think that's fair enough.  Okay.

10:44:21  9          MS. CALLSEN:  Thank you very much.

10:44:24 10          The next case that I have is Diane Alvillar,

10:44:29 11     represented by Pendley, Baudin & Coffin.

10:44:32 12          MR. LAMBERT:  I believe Ms. Perez is on the phone --

10:44:35 13     she's here.

10:44:36 14          MS. CALLSEN:  That is for no PFS submitted.

10:44:39 15          MS. PEREZ:  Good morning, Your Honor.  Jessica Perez on

10:44:42 16     behalf of Plaintiff Diane Alvillar.

10:44:44 17          We have recently had contact with Ms. Alvillar

10:44:47 18     last week.  We can confirm that she is in receipt of her PFS,

10:44:52 19     but that she is now out of the country.

10:44:54 20          During the course of that conversation, she

10:44:57 21     raised an issue as to whether or not she may have sought

10:45:00 22     additional representation.  So I would very respectfully

10:45:04 23     request 30 days to sort that matter out with her, once she

10:45:08 24     returns back, to determine who her counsel is at this stage.

10:45:14 25          THE COURT:  When was this case filed for Ms. Alvillar?

**OFFICIAL TRANSCRIPT**

10:45:24  1          MS. PEREZ:  I believe that it was September or October.

10:45:25  2          MS. CALLSEN:  We have the filing date as September 26,

10:45:30  3     2017.

10:45:31  4          THE COURT:  We're over a year.

10:45:34  5              Then, I recall, last time, I think you asked,

10:45:37  6     please give me more time, I can't find her.  Now, we've found

10:45:41  7     her and --

10:45:42  8          MS. PEREZ:  I believe this is the first time that

10:45:45  9     Ms. Alvillar has been on the show cause order, Your Honor.  We

10:45:49 10     have made very diligent efforts to contact her.  This is a

10:45:53 11     recent development that we learned of last week, based on her

10:45:56 12     statements to my office.

10:45:57 13          MS. CALLSEN:  Your Honor, we would just ask for her to

10:46:01 14     be added to the 15-day list.

10:46:03 15          THE COURT:  I'm going to give her the 15 days.

10:46:06 16          MS. PEREZ:  Yes, Your Honor.  I will make sure --

10:46:09 17          THE COURT:  I will tell you this.  At the end of the

10:46:11 18     15 days, if I'm given information that she has not made any

10:46:15 19     effort to complete the Plaintiff Fact Sheet, I'm going to

10:46:20 20     dismiss the case with prejudice.

10:46:21 21          MS. PEREZ:  Understood, Your Honor.

10:46:22 22          MS. CALLSEN:  Thank you, Your Honor.

10:46:23 23              The next case is Suezetta Nelson, represented by

10:46:32 24     Canepa Riedy Abele.  That's no PFS submitted.

10:46:35 25          MR. LAMBERT:  I believe Ms. Fischer is on the phone.

*OFFICIAL TRANSCRIPT*

10:46:38 1          MS. FISCHER:  Yes.  Good morning, Your Honor.

10:46:38 2          THE COURT:  Good morning.

10:46:40 3          MS. FISCHER:  Kristie Fischer, on behalf of Suezetta

10:46:42 4     Nelson.

10:46:43 5              Unfortunately, Ms. Nelson is deceased.  We have

10:46:48 6     been in contact with her significant other.  At the time of her

10:46:52 7     death, they were living together, but not legally married or in

10:46:55 8     any type of domestic partnership.

10:47:00 9              The problem is that she has surviving kin, who

10:47:04 10    would be the appropriate parties to authorize a dismissal, and

10:47:08 11    we do not have any way to get in contact with them.

10:47:12 12             So we just don't have the authority to agree to a

10:47:18 13    dismissal of her case; but, so far, we do not have any interest

10:47:21 14    on behalf of anyone that we have been in contact with, with

10:47:25 15    continuing the litigation.

10:47:27 16         THE COURT:  This is what I'm going to do.  I'm going to

10:47:29 17    give you 30 days to either prepare a Plaintiff Fact Sheet or

10:47:41 18    file a declaration that you've made appropriate attempts to

10:47:42 19    contact the family.

10:47:44 20         MS. FISCHER:  Okay.  Thank you.

10:47:44 21         MS. CALLSEN:  Thank you, Your Honor.

10:47:45 22             The next case that I have is Brenda Lievers,

10:47:49 23    represented by Davis & Crump.  No PFS submitted.

10:47:55 24         THE COURT:  Is anyone on the phone for Davis & Crump?

10:47:58 25         MR. ROCKSTAD:  Yes, Your Honor.  This is

                           *OFFICIAL TRANSCRIPT*

10:48:00  1  Trevor Rockstad, with Davis and Crump.

10:48:04  2          Your Honor, we've made all efforts to try to get

10:48:06  3  the Plaintiff Fact Sheet in and serve it on defense, and, to

10:48:10  4  date, we don't have it.  This case was not appropriate for the

10:48:14  5  no communication declaration process.  So we would just submit

10:48:19  6  that response to Your Honor.

10:48:20  7          THE COURT:  Okay.  Having considered that you haven't

10:48:24  8  filed a Plaintiff Fact Sheet, this case is going to be

10:48:29  9  dismissal.

10:48:29 10          MS. CALLSEN:  Thank you, Your Honor.

10:48:30 11          MR. ROCKSTAD:  Thank you, Your Honor.

10:48:32 12          MS. CALLSEN:  The next case that I have is

10:48:35 13  Faustyne Oliver, represented by Wendt Law Firm.

10:48:37 14          THE COURT:  I should say dismissed with prejudice.  I'm

10:48:40 15  sorry.

10:48:40 16          MS. CALLSEN:  Thank you.

10:48:41 17          I'll start over.  Faustyne Oliver, represented by

10:48:44 18  the Wendt Law Firm, for no PFS submitted.

10:48:47 19          MS. BARRIOS:  Your Honor, both Number 9, the last name

10:48:50 20  of Oliver, and Number 10, the last name of Sloan, the Samuel

10:48:57 21  Wendt firm has reached out to me and asked me to inform you

10:49:00 22  that they have made numerous attempts to contact the plaintiff,

10:49:04 23  by telephone, e-mail, US Postal Service, and in person

10:49:09 24  communication, and all attempts have been unsuccessful.

10:49:13 25          THE COURT:  Okay.  The cases of Faustyne Oliver and

*OFFICIAL TRANSCRIPT*

10:49:18  1    Latasha Sloan are dismissed with prejudice.

10:49:20  2              The Court finds, based upon representations of

10:49:22  3    liaison counsel, that plaintiffs' counsel made repeated

10:49:26  4    requests, to no avail, and finds that the plaintiffs failed to

10:49:30  5    meet their obligations, despite counsel's best efforts.  This

10:49:33  6    case is dismissed with prejudice.

10:49:35  7          MS. CALLSEN:  Thank you, Your Honor.

10:49:36  8              The next case I have is Alma Johnson, represented

10:49:40  9    by Zoll & Krantz.  No PFS submitted.

10:49:43 10          MR. LAMBERT:  I believe Ms. Wall is on the phone for

10:49:47 11    Zoll & Kranz.

10:49:48 12          MS. WALL:  Your Honor, this is Cara Wall.

10:49:52 13              So I have been in contact with Ms. Johnson's

10:49:55 14    daughter, who indicated Ms. Johnson would consent to a

10:49:59 15    dismissal with prejudice.  We have not gotten that authority

10:50:02 16    from Ms. Johnson herself.  She hasn't returned our calls for

10:50:08 17    that.  But our indications are she said she's okay with.

10:50:09 18          THE COURT:  The Court is going to dismiss this case

10:50:12 19    with prejudice based upon representations of plaintiff's

10:50:15 20    daughter.  In any event, plaintiff's refusal to communicate

10:50:16 21    with counsel is going to result in dismissal with prejudice.

10:50:23 22              I believe we have a couple more cases with --

10:50:24 23          MS. CALLSEN:  Yes, Your Honor.  We have two more for

10:50:25 24    the same firm.

10:50:26 25              The next one is Patricia McCarter.  No PFS

*OFFICIAL TRANSCRIPT*

10:50:30  1    submitted.

10:50:30  2          MS. WALL:  Yes, Your Honor.  The declaration of no

10:50:32  3    contact was filed yesterday for Ms. McCarter.

10:50:36  4          MS. CALLSEN:  I do have that noted.  It was filed

10:50:38  5    yesterday at 4:23 p.m.

10:50:39  6          THE COURT:  Was it on my list?

10:50:41  7          MS. WALL:  It was not read, Your Honor.

10:50:42  8          MS. CALLSEN:  I submitted the list prior to this being

10:50:45  9    filed.

10:50:46 10          THE COURT:  Okay.  All right.  This case is dismissed

10:50:49 11    with prejudice.

10:50:51 12               Of course, I haven't had an opportunity to look

10:50:53 13    at the declaration; but, if the declaration does -- based upon

10:50:58 14    counsel's representation, they made repeated efforts for

10:51:03 15    information from plaintiff, to no avail.  Plaintiff's failure

10:51:06 16    to meet their obligations, despite counsel's best efforts,

10:51:11 17    results in dismissal with prejudice.

10:51:13 18          MS. CALLSEN:  Thank you, Your Honor.

10:51:13 19          MS. WALL:  Thank you, Your Honor.

10:51:14 20          MS. CALLSEN:  The last case that I have for Zoll &

10:51:18 21    Kranz is Cassandra Washington.  No PFS submitted.

10:51:20 22          MS. WALL:  Yes, Your Honor.  I've been in contact with

10:51:22 23    Ms. Washington.  She is reluctant to disclose the information

10:51:26 24    required for the PFS, and has consented to a dismissal, but

10:51:28 25    asks that I request her dismissal be without prejudice.

*OFFICIAL TRANSCRIPT*

10:51:31 1     MS. CALLSEN:  Your Honor, defendants think this is

10:51:34 2  appropriate for a with prejudice admissible.

10:51:37 3     THE COURT:  This case is going to be dismissed with

10:51:39 4  prejudice.  Plaintiff must comply with obligations for the

10:51:46 5  Plaintiff Fact Sheets.  Dismissed with prejudice.

10:51:47 6     MS. WALL:  Understood, Your Honor.

10:51:48 7     THE COURT:  Thank you.

10:51:48 8     MS. CALLSEN:  Thank you, Your Honor.

10:51:48 9     The next case I have is Katy Carroll, represented

10:51:53 10  by Marc J. Bern & Partners, LLP.  No PFS submitted.

10:51:59 11     MR. LAMBERT:  I believe Alexandra Colella is on the

10:51:59 12  phone, or somebody from their office.

10:52:03 13     MR. KESSLER:  Ms. Colella had something last minute.

10:52:05 14  It's Gordon Kessler.  I'm filling in for her.

10:52:07 15     Ms. Carroll has let us know that she will not be

10:52:10 16  participating in the litigation.

10:52:11 17     THE COURT:  Okay.  This matter is dismissed with

10:52:13 18  prejudice.

10:52:17 19     MS. BRILLEAUX:  There are three additional cases with

10:52:19 20  that same firm.  The next one is Margaret Hogan.  No PFS

10:52:24 21  submitted.

10:52:25 22     MR. KESSLER:  Your Honor, Ms. Hogan has also indicated

10:52:28 23  that she no longer wants to participate.

10:52:30 24     THE COURT:  This matter is dismissed with prejudice.

10:52:33 25     MS. BRILLEAUX:  Gloria Johnson-Pierre.  No PFS

*OFFICIAL TRANSCRIPT*

10:52:36  1    submitted.

10:52:37  2            MR. KESSLER:  We are working to either move to withdraw

10:52:40  3    or dismiss that case.  We will be doing so shortly.

10:52:43  4            MS. BRILLEAUX:  We would ask that it be dismissed

10:52:45  5    before any motion to withdraw.

10:52:47  6            THE COURT:  This matter is going to be dismissed with

10:52:49  7    prejudice.

10:52:49  8            MS. BRILLEAUX:  Leatha Washington.

10:52:54  9            MR. KESSLER:  Ms. Washington passed away.  We had some

10:52:56 10    contact with her husband.  We've had a little trouble

10:53:01 11    contacting him since.  I believe it was June that we first

10:53:04 12    found out that she passed away, from him.  We'd request

10:53:07 13    additional time to try and get in contact with him.

10:53:09 14            THE COURT:  The Court is going to grant 30 days.  In

10:53:12 15    the event you're unable to contact him, I think a declaration

10:53:15 16    will be appropriate, but we're going to continue this for

10:53:20 17    30 days.

10:53:20 18            MS. BRILLEAUX:  Thank you.

10:53:25 19            MR. KESSLER:  Thank you, Your Honor.

10:53:29 20            MS. CALLSEN:  Your Honor, I think this is the last one

10:53:31 21    that we have for this firm.  It is Sharron Woods.  No PFS

10:53:38 22    submitted.

10:53:41 23            MR. KESSLER:  Ms. Woods, we have been attempting to

10:53:43 24    contact.  We have left her a few voicemails.  We would request

10:53:50 25    an additional 30 days to try and contact her.

*OFFICIAL TRANSCRIPT*

10:53:52  1        THE COURT:  Have you been in contact with her at all?

10:53:56  2        MR. KESSLER:  Your Honor, I can pull up the exact days;

10:54:00  3    but, we left a few voicemails over the last couple months and

10:54:03  4    haven't heard back.

10:54:04  5        MS. CALLSEN:  Your Honor, we think this is appropriate

10:54:06  6    for dismissal with prejudice.

10:54:08  7        THE COURT:  I'm going to dismiss this case with

10:54:10  8    prejudice.  The court notes that plaintiff's counsel apparently

10:54:13  9    made repeated efforts to contact the plaintiff, to no avail.

10:54:19 10    Despite counsel's best efforts, it appears that plaintiff has

10:54:22 11    failed to meet her obligations.  This matter is dismissed with

10:54:25 12    prejudice.

10:54:27 13        MS. CALLSEN:  Thank you, Your Honor.

10:54:29 14        MR. KESSLER:  Thank you, Your Honor.

10:54:29 15        MS. CALLSEN:  The next case I have is the first of

10:54:33 16    several with Brent Coon & Associates.

10:54:35 17            The first one on the list is Lisa Batton.  It's

10:54:38 18    no PFS submitted.

10:54:39 19        MR. LAMBERT:  I believe Eric Newell is on the phone for

10:54:42 20    Brent Coon.

10:54:43 21        MR. NEWELL:  I'm here.

10:54:43 22        THE COURT:  Mr. Newell.

10:54:48 23        MR. NEWELL:  Eric Newell, on behalf of Brent Coon &

10:54:52 24    Associates.

10:54:53 25            Ms. Batton passed away in May, but we didn't

**OFFICIAL TRANSCRIPT**

10:54:55 1   learn that until last month.  We have not been able to contact

10:54:59 2   her family.  We would like some additional time to do so.

10:55:02 3         THE COURT:  The Court is going to grant 30 days to

10:55:05 4   contact family.

10:55:07 5         MS. CALLSEN:  Thank you, Your Honor.

10:55:10 6          The next one I have, also with Brent Coon &

10:55:13 7   Associates, is Debby Benton.  No PFS submitted.

10:55:18 8         MR. NEWELL:  Your Honor, this client has indicated that

10:55:21 9   she wishes to no longer pursue her case, but she hasn't signed

10:55:26 10   anything in writing allowing us to dismiss her case.

10:55:30 11         THE COURT:  Okay.  This matter is going to be dismissed

10:55:34 12   with prejudice.

10:55:35 13         MS. CALLSEN:  Thank you, Your Honor.

10:55:36 14          The next case is Bessie Claude.  No PFS

10:55:39 15   submitted.

10:55:40 16         MR. NEWELL:  Your Honor, a declaration was filed

10:55:43 17   yesterday.

10:55:44 18         THE COURT:  Okay.

10:55:44 19         MS. CALLSEN:  I don't have that reflected in my notes;

10:55:49 20   but, I assume that if it hasn't been filed, it will be.

10:55:51 21         THE COURT:  This matter is dismissed with prejudice.

10:55:54 22         MR. NEWELL:  Wait, wait.  Hold on.

10:55:56 23         THE COURT:  Okay.

10:56:00 24         MR. NEWELL:  I apologize.  I got ahead of myself.

10:56:03 25          Ms. Claude, we had not been able to reach her.

*OFFICIAL TRANSCRIPT*

10:56:06  1  We were able to reach her two days ago.  She would -- does not

10:56:11  2  want her case dismissed.  I would like some additional time to

10:56:15  3  get her PFS in, if we could have that.

10:56:17  4       THE COURT:  I'm going to give you 15 days; but, as I

10:56:20  5  told the other parties, with the 15 days, if her Plaintiff Fact

10:56:25  6  Sheet is not submitted, the case is going to be dismissed with

10:56:28  7  prejudice.

10:56:29  8       MS. CALLSEN:  Thank you, Your Honor.

10:56:29  9            The next case that I have is Reyna Davila.  No

10:56:33 10  PFS submitted.

10:56:34 11       MR. NEWELL:  This is another client we had difficulty

10:56:39 12  reaching out to.  We reached her last week.  The thing that

10:56:42 13  we're missing is some additional -- is medical records.

10:56:45 14            She provided us a different facility to attempt

10:56:49 15  to procure those.  I would like an additional 30 days to try to

10:56:52 16  get those records.

10:56:53 17       MS. CALLSEN:  Your Honor, we think that 15 days is

10:56:55 18  appropriate.

10:56:55 19       THE COURT:  I'm going to give you 15 days.  I think you

10:56:58 20  can always supplement with records; but, I think at least a

10:57:02 21  Plaintiff Fact Sheet -- the information you do have needs to be

10:57:04 22  submitted within 15 days, and then you can certainly supplement

10:57:08 23  with records as they are received.

10:57:10 24       MR. NEWELL:  Thank you, Your Honor.

10:57:10 25       MS. CALLSEN:  Thank you, Your Honor.

*OFFICIAL TRANSCRIPT*

```
10:57:10   1         THE COURT:  Thank you.
10:57:10   2         MS. CALLSEN:  The next case is Silver Gaddy.  No PFS
10:57:13   3   submitted.
10:57:15   4         MR. NEWELL:  Your Honor, this is another client that
10:57:25   5   we're attempting to procure medical records for.  We have been
10:57:30   6   in contact with her.
10:57:32   7         THE COURT:  Okay.
10:57:33   8         MR. NEWELL:  Can we get an additional 15 days?
10:57:35   9         THE COURT:  We're going to give 15 days.  The
10:57:36  10   information you have -- you have to submit something within
10:57:41  11   15 days on the Plaintiff Fact Sheet.
10:57:44  12         MS. CALLSEN:  Thank you, Your Honor.
10:57:44  13            Just to clarify, I know Your Honor is aware, but
10:57:46  14   this is a no PFS.  So we do believe, you know, that the PFS
10:57:50  15   should be submitted.
10:57:51  16         THE COURT:  Well, that's what I'm saying.  You have to
10:57:53  17   submit the Plaintiff Fact Sheet.  If you have to supplement
10:57:53  18   with records as they're received, that's --
10:57:53  19         MS. CALLSEN:  Right.  An additional deficiency would go
10:57:53  20   out for the --
10:58:03  21         THE COURT:  Right, right.  But within 15 days, what you
10:58:05  22   have must be submitted in the form of a Plaintiff Fact Sheet.
10:58:08  23         MS. CALLSEN:  Thank you, Your Honor.
10:58:09  24         THE COURT:  I thought I made it clear, but that's fine.
10:58:12  25   Let me make sure.
```

*OFFICIAL TRANSCRIPT*

10:58:12  1          MS. CALLSEN:  Just to clarify.

10:58:13  2              The next case I have is Danielle Lehman.  No PFS

10:58:17  3      submitted.

10:58:17  4          MR. NEWELL:  Your Honor, we received a letter from

10:58:20  5      Ms. Lehman last week indicating that she had hired outside

10:58:24  6      counsel, the McGartland Law Firm, and I believe they are on the

10:58:29  7      phone.

10:58:30  8          THE COURT:  What law firm?

10:58:33  9          MR. NEWELL:  McGartland Law Firm, out of the Tennessee.

10:58:35 10          MS. MCGARTLAND:  Your Honor, Lee McGartland.

10:58:39 11          THE COURT:  Do you represent Ms. Lehman?

10:58:41 12          MS. MCGARTLAND:  Well, we have not substituted in

10:58:45 13      because the other firm has not yet withdrawn; but, we have been

10:58:48 14      requested to substitute as counsel, and would request an

10:58:52 15      additional 30 days to submit her PFS.

10:58:54 16          THE COURT:  I'll give you 30 days, but I think -- have

10:58:58 17      you all -- I mean, you jointly file a substitution.

10:59:02 18          MR. NEWELL:  We just learned about it a few days ago.

10:59:05 19          THE COURT:  I'm going to give you have 30 days.  If

10:59:08 20      it's not completed by that time, you know, it will be on the

10:59:13 21      list.

10:59:15 22          MS. MCGARTLAND:  Thank you, Your Honor.

10:59:16 23          MS. CALLSEN:  Thank you, Your Honor.

10:59:18 24              The next case I have is Lizbeth Lopez.  No PFS

10:59:22 25      submitted.

**_OFFICIAL TRANSCRIPT_**

10:59:23  1        MR. NEWELL:  This is another client that we had

10:59:25  2   difficulty reaching.  We finally reached her yesterday.  Could

10:59:30  3   we have an additional 15 days?

10:59:31  4        THE COURT:  The Court will grant 15 days for the

10:59:35  5   Plaintiff Fact Sheet to be submitted.

10:59:37  6        MS. CALLSEN:  Thank you, Your Honor.

10:59:38  7             The next case is Joyce Money.  No PFS submitted.

10:59:42  8        MR. NEWELL:  This client indicated to us in June that

10:59:44  9   she no longer wished to pursue the case, but hasn't given us

10:59:49 10   authority to dismiss in writing.

10:59:51 11        THE COURT:  The case is dismissed with prejudice.

10:59:53 12        MS. CALLSEN:  Thank you, Your Honor.

10:59:58 13             Demetria Muckle.  No PFS submitted.

10:59:59 14        MR. NEWELL:  This is another client that we hadn't been

11:00:07 15   able to reach all summer.  We finally reached her earlier this

11:00:10 16   week.  Could we have an additional 15 days?

11:00:12 17        THE COURT:  15 days.

11:00:16 18        MS. CALLSEN:  The next case is Joan Seymour.  No PFS

11:00:20 19   submitted.

11:00:27 20        MR. NEWELL:  This is a case where we have been trying

11:00:31 21   to reach the client.  We were able to reach her daughter.  Her

11:00:34 22   daughter didn't let us speak to her mother because she's

11:00:37 23   elderly.

11:00:39 24             We advised her that the case was likely to be

11:00:42 25   dismissed today.  The mother -- she said her mother wouldn't

*OFFICIAL TRANSCRIPT*

11:00:45  1    sign off authorizing us to dismiss.

11:00:48  2         THE COURT:  This case is going to be dismissed with

11:00:51  3    prejudice.  Apparently, plaintiff's counsel has made repeated

11:00:56  4    attempts to contact their client.  Plaintiff's failed to meet

11:01:03  5    her obligations, despite counsel's best efforts.

11:01:07  6         MS. CALLSEN:  Thank you, Your Honor.

11:01:08  7         The last one I have for Brent Coon & Associates is

11:01:11  8    Elizabeth Vanasse.  No PFS submitted.

11:01:12  9         MR. NEWELL:  This client indicated to our co-counsel

11:01:15 10    that she wished to withdraw, but never provided consent in

11:01:17 11    writing.

11:01:17 12         THE COURT:  This case is dismissed with prejudice.

11:01:19 13         MS. CALLSEN:  Thank you, Your Honor.

11:01:21 14         MR. NEWELL:  Thank you, Your Honor.

11:01:24 15         THE COURT:  Thank you.

11:01:31 16         MS. BRILLEAUX:  The next cases we're going to discuss

11:01:33 17    are from the Mulligan firm.  I understand they have just

11:01:37 18    recently submitted their response to these, so I guess we still

11:01:41 19    need to go --

11:01:41 20         THE COURT:  It looks like we have somebody from the

11:01:43 21    Mulligan Law Firm.

11:01:45 22         MR. ORR:  Your Honor, Charles Orr, Mulligan Law Firm.

11:01:49 23          We have, on this revised docket, Cases Number 34

11:01:53 24    through 51.  I have a list of 12 cases for which we have no

11:01:57 25    basis to oppose dismissal with prejudice.  I can read these

*OFFICIAL TRANSCRIPT*

11:02:01  1   into the record.

11:02:02  2          MS. BRILLEAUX:  I think we should just go in order

11:02:04  3   because the Judge has these in order.  So let's just go in

11:02:07  4   order.  Is that okay?

11:02:08  5          THE COURT:  If you will, please.  Thank you.

11:02:09  6          MR. ORR:  Sure.

11:02:09  7          MS. BRILLEAUX:  Linda Smith.

11:02:11  8          MR. ORR:  She doesn't wish to proceed, Your Honor.

11:02:13  9          THE COURT:  Dismissed with prejudice.

11:02:15  10         MS. BRILLEAUX:  Saundra Bell.

11:02:17  11         MR. ORR:  Saundra Bell is a client who has provided us

11:02:20  12  declaration and authorizations.  We have a partial PFS.  We're

11:02:22  13  working with her to try to complete it.  We would ask for an

11:02:25  14  additional 15 days.

11:02:26  15         THE COURT:  15 days.

11:02:29  16         MS. BRILLEAUX:  Diana Cabello.

11:02:31  17         MS. CALLSEN:  Wait, I'm sorry.  I think we have

11:02:34  18  Saundra Bell.

11:02:35  19         MS. BRILLEAUX:  We already went through.  15 days.

11:02:38  20         MS. CALLSEN:  Oh, okay.  Diana Cabello.

11:02:41  21         MR. ORR:  Cabello is a Spanish speaker.  We've had

11:02:43  22  difficulty with translation.  She wishes to proceed.  I would

11:02:45  23  ask for her for 30 days, because we're going to engage a

11:02:48  24  professional translator to go meet with her in person.

11:02:49  25         THE COURT:  I'm going to grant 30 days.

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 11:02:51 | 1 | MR. ORR:  It's the same is status with Mary Casillas, |
| 11:02:55 | 2 | who is next.  They're both speakers.  We've tried with an |
| 11:02:59 | 3 | informal translation by telephone.  Didn't work. |
| 11:03:00 | 4 | THE COURT:  I'll grant 30 days. |
| 11:03:01 | 5 | MS. BRILLEAUX:  Thank you. |
| 11:03:04 | 6 | The next case I have is Sylvia Deters.  No PFS. |
| 11:03:08 | 7 | MR. ORR:  No basis to oppose dismissal, Your Honor. |
| 11:03:11 | 8 | THE COURT:  Dismissed with prejudice. |
| 11:03:12 | 9 | MS. BRILLEAUX:  Florence Foster.  No PFS submitted. |
| 11:03:13 | 10 | MR. ORR:  No basis to oppose, Your Honor. |
| 11:03:14 | 11 | THE COURT:  Dismissed with prejudice. |
| 11:03:16 | 12 | MS. BRILLEAUX:  Gail Hall.  No performs submitted. |
| 11:03:16 | 13 | MR. ORR:  No basis to oppose. |
| 11:03:18 | 14 | THE COURT:  Dismissed with prejudice. |
| 11:03:22 | 15 | MS. BRILLEAUX:  Jill Hart-Bertulis.  No PFS submitted. |
| 11:03:25 | 16 | MR. ORR:  No basis to oppose. |
| 11:03:27 | 17 | THE COURT:  Dismissed with prejudice. |
| 11:03:28 | 18 | MS. BRILLEAUX:  Deborah Hartman.  No PFS submitted. |
| 11:03:30 | 19 | MR. ORR:  Submitted yesterday, Your Honor. |
| 11:03:33 | 20 | THE COURT:  Then that one is satisfied unless there is |
| 11:03:36 | 21 | another -- |
| 11:03:37 | 22 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 11:03:38 | 23 | Nelda Hastings.  No PFS submitted. |
| 11:03:41 | 24 | MR. ORR:  Nelda Hastings passed away late last year. |
| 11:03:46 | 25 | We worked with her surviving spouse and one of her surviving |

*OFFICIAL TRANSCRIPT*

11:03:50 1  sons to complete a PFS.

11:03:53 2           I was prepared to serve that PFS, but we recently

11:03:56 3  learned that the surviving spouse, who signed the declaration

11:03:58 4  and the authorizations, passed away, which is why we hadn't

11:04:02 5  been able to reach him to resolve some issues regarding the

11:04:05 6  preparation of the PFS.  We're trying to find the son --

11:04:08 7           THE COURT:  I'm going to grant you 30 days.

11:04:11 8           MR. ORR:  Thank you, Your Honor.

11:04:13 9           MS. BRILLEAUX:  The next one I have is Lori Huston.  No

11:04:16 10 PFS submitted.

11:04:17 11          MR. ORR:  No basis to oppose.

11:04:20 12          THE COURT:  Dismissed with prejudice.

11:04:20 13          MS. BRILLEAUX:  Tanya Lyda.  No PFS submitted.

11:04:22 14          MR. ORR:  No basis to oppose.

11:04:23 15          THE COURT:  Dismissed with prejudice.

11:04:24 16          MS. BRILLEAUX:  Geneva Martin.  No PFS submitted.

11:04:24 17          MR. ORR:  No basis, Your Honor.

11:04:27 18          THE COURT:  Dismissed with prejudice.

11:04:28 19          MS. BRILLEAUX:  Heather Staub.  No PFS submitted.

11:04:31 20          MR. ORR:  No basis, Your Honor.

11:04:32 21          THE COURT:  Dismissed with prejudice.

11:04:34 22          MS. BRILLEAUX:  Claudia Thomas.  No PFS submitted.

11:04:36 23          MR. ORR:  No basis.

11:04:36 24          THE COURT:  Dismissed with prejudice.

11:04:38 25          MS. BRILLEAUX:  Lilia Trevino-Cota.  No PFS submitted.

*OFFICIAL TRANSCRIPT*

11:04:42 1        MR. ORR:  No basis, Your Honor.

11:04:44 2        THE COURT:  Dismissed with prejudice.

11:04:44 3        MS. BRILLEAUX:  Lisa Turner.  No PFS submitted.

11:04:47 4        MR. ORR:  No basis, Your Honor.

11:04:48 5        THE COURT:  Dismissed with prejudice.

11:04:49 6        MS. BRILLEAUX:  The last one I have is Barbara Wiggins.

11:04:53 7   No PFS submitted.

11:04:55 8        MR. ORR:  We served one late last night.  We finally

11:04:58 9   found her.  She's been nomadic the last year.

11:05:01 10        THE COURT:  We've satisfied that.

11:05:01 11        MS. BRILLEAUX:  Thank you, Your Honor.

11:05:03 12        THE COURT:  Thank you.

11:05:06 13        MR. ORR:  Thank you, Your Honor.

11:05:06 14        MS. BRILLEAUX:  The next group of cases that we have,

11:05:08 15   Your Honor, there is only a handful of these, but I want to

11:05:11 16   give you a preview as to the issues we're addressing here.

11:05:14 17        MS. BARRIOS:  Excuse me, Ms. Brilleaux, may I just

11:05:16 18   interrupt.

11:05:16 19             Judge, a light bulb just went off, after

11:05:20 20   listening to Mr. Orr.  Perhaps, we could do a form that says, I

11:05:23 21   have no defense to an opposition, so people won't have to

11:05:30 22   come --

11:05:30 23        THE COURT:  No opposition from defendant?

11:05:30 24        MS. BRILLEAUX:  No opposition from defendant.

11:05:31 25        MS. BARRIOS:  Right, right.  I'll do that form, and

*OFFICIAL TRANSCRIPT*

11:05:33  1    make sure that next time it will cut the time down.

11:05:37  2              I'm sorry to interrupt you, but I would forget

11:05:40  3    it --

11:05:40  4         MS. BRILLEAUX:  The defense agrees with Ms. Barrios's

11:05:43  5    proposal.  Anything to cut these down.

11:05:46  6              So just as a preview for the next handful of

11:05:49  7    cases, Your Honor, these are cases in which a declaration was

11:05:51  8    filed saying that they had made several attempts to contact the

11:05:55  9    plaintiff, and the declaration was subsequently withdrawn,

11:05:58 10    meaning that, I suppose, that they had recently --

11:05:58 11         THE COURT:  Right.

11:06:02 12         MS. BRILLEAUX:  -- contact.

11:06:02 13         THE COURT:  Got it.

11:06:02 14         MS. BRILLEAUX:  The relief we're seeking is a 15-day

11:06:05 15    order, now that they are in contact.  We will go through those

11:06:09 16    individually.

11:06:09 17              The first one I have is Rhonda Frazier,

11:06:11 18    represented by Kagan Legal Group.

11:06:13 19         MR. KAGAN:  Yes, Your Honor, this is Attorney

11:06:17 20    Andrew Kagan.  I represent Rhonda Frazier.

11:06:20 21              We've made numerous attempts to contact

11:06:23 22    Ms. Frazier.  We finally -- we filed the declaration on

11:06:28 23    November 5th.  We were able to reach her on November 12th.  She

11:06:30 24    does not want her case dismissed.  So I would request 30 days

11:06:34 25    to --

**OFFICIAL TRANSCRIPT**

11:06:34   1          THE COURT:  I'll give you 15 days.  Mr. Kagan, 15 days.

11:06:39   2          MR. KAGAN:  Okay.  Thank you, Your Honor.

11:06:41   3          MS. BRILLEAUX:  Thank you, Your Honor.

11:06:42   4              The next case that I have is Fleeta Beattie,

11:06:46   5     which is represented -- she's represented by the Gomez Trial

11:06:49   6     Attorneys.  This is another declaration withdrawn case.

11:06:52   7              We understand that there is a pending motion to

11:06:54   8     withdraw as counsel, that's very similar to the language of the

11:06:57   9     declaration.  I don't know if counsel is online.

11:06:58  10          MR. LAMBERT:  I believe Lindsay Stevens, from the Gomez

11:07:01  11     firm, is on the line.

11:07:03  12          THE COURT:  Ms. Stevens.  Hello, Ms. Stevens, are you

11:07:11  13     on the line?  Take it off the mute button?

11:07:20  14          MR. LAMBERT:  Your Honor, we've got -- you've

11:07:25  15     represented --

11:07:26  16          MS. STEVENS:  Good morning.  This is the Lindsay

11:07:28  17     Stevens.  My phone was just cut out as my case was called,

11:07:32  18     Fleeta Beattie.

11:07:38  19              We learned earlier this year that Ms. Beattie was

11:07:45  20     deceased.  So after learning of her passing, our office did

11:07:49  21     make contact with her next of kin, her sister, Teressa Spinel

11:07:52  22     (spelled phonetically), and had some minimal contact with her

11:07:55  23     by e-mail, which was our only form of contact.  Ms. Spinel

11:08:00  24     communicated to our office that she did want to proceed the

11:08:03  25     case.

                            *OFFICIAL TRANSCRIPT*

11:08:03  1          THE COURT:  Ms. Stevens --

11:08:08  2          MS. STEVENS:  -- contacted her through telephone and

11:08:09  3   e-mail.  All attempts have been unsuccessful.

11:08:12  4              Since we're unable to reach any next of kin with

11:08:15  5   the authority to dismiss her case, our office would like to now

11:08:18  6   resolve the case by withdrawing as counsel of record in

11:08:23  7   Ms. Beattie's case.  We sent the proper pleadings to defendants

11:08:27  8   to review and either consent to or oppose the withdrawal.

11:08:30  9          THE COURT:  I'm not going to allow you to withdraw.

11:08:34 10              Ms. Stevens, what I will consider is I'm going to

11:08:38 11   extend -- it was really hard for me to hear you.  Have you made

11:08:42 12   repeated requests to contact your client?

11:08:46 13          MS. STEVENS:  Yes.  We've made least a dozen --

11:08:51 14          THE COURT:  All right.  The Court notes -- well, I

11:08:53 15   understand that Ms. Beattie is now deceased, but the Court

11:08:59 16   finds that plaintiff's counsel has made repeated requests for

11:09:02 17   information from the family, and that plaintiffs have failed to

11:09:11 18   meet their obligations, that is, by communicating with counsel,

11:09:17 19   despite counsel's best efforts.

11:09:19 20              Accordingly, this is case is going to be

11:09:21 21   dismissed with prejudice.

11:09:21 22          MS. BRILLEAUX:  Thank you, Your Honor.

11:09:24 23          MS. STEVENS:  Thank you, Your Honor.

11:09:25 24          MS. BRILLEAUX:  The next case in this category that I

11:09:27 25   have is Santos Benavente, represented by the Pulaski Law Firm.

**_OFFICIAL TRANSCRIPT_**

11:09:31  1    This is another one where the declaration was withdrawn, and we
11:09:37  2    would ask for them to submit the PFS within 15 days.
11:09:39  3         MR. LAMBERT:  I believe Leslie LaMacchia.
11:09:44  4         MS. LAMACCHIA:  Good morning, Your Honor.  Leslie
11:09:45  5    LaMacchia, with the Pulaski Law Firm.
11:09:48  6              We were in touch with Ms. Benavente this week.
11:09:53  7    We've re-mailed everything to her.  So we would like a 15-day
11:09:57  8    extension.
11:09:57  9         THE COURT:  The Court is going to grant a 15-day
11:09:59 10    extension.
11:10:00 11         MS. BRILLEAUX:  Thank you, Your Honor.
11:10:00 12              The next one I have -- oh, the next few are for
11:10:02 13    Pulaski.  Beverly Brown Daniels.  PFS not substantially
11:10:06 14    complete, and the declaration was withdrawn.
11:10:08 15         MS. LAMACCHIA:  Your Honor, Ms. Brown Daniels, we've
11:10:12 16    had difficulty getting in touch with her, but we've recently
11:10:16 17    reached out to her daughter, and we found her sister.  So we
11:10:19 18    would like a 15-day extension.
11:10:21 19         THE COURT:  The Court is going to grant 15 days.
11:10:24 20         MS. BRILLEAUX:  Thank you, Your Honor.
11:10:26 21              The next case is Lisa Elliott.  The declaration
11:10:29 22    was withdrawn here as well.
11:10:31 23         MS. LAMACCHIA:  We were able to get in touch with
11:10:34 24    Ms. Elliott this week.  We submitted photos this morning, and
11:10:38 25    the declaration will be returned this afternoon.

                           *OFFICIAL TRANSCRIPT*

11:10:41  1          So you can grant us a 15-day extension --

11:10:41  2          THE COURT:  15 days.

11:10:45  3          MS. LAMACCHIA:  -- but it will be complied with today.

11:10:47  4          THE COURT:  Okay.

11:10:48  5          MS. BRILLEAUX:  Thank you, Your Honor.

11:10:52  6          Sabrina Hernandez.  The declaration was

11:10:54  7   withdrawn.

11:10:55  8          MS. LAMACCHIA:  We withdrew this declaration, but then

11:10:58  9   I think we should have resubmitted it because our attempts and

11:11:01 10   efforts failed this week, unfortunately.

11:11:02 11          THE COURT:  The Court is going to dismiss this case

11:11:05 12   with prejudice.  Based upon representations of counsel, the

11:11:08 13   Court finds that plaintiff's counsel made repeated requests for

11:11:12 14   information from plaintiff, and plaintiff failed to meet her

11:11:16 15   obligations, despite counsel's best efforts.  This case is

11:11:19 16   dismissed with prestige.

11:11:21 17          MS. BRILLEAUX:  Thank you, Your Honor.

11:11:21 18          The last one that I have here is Connie Petrice.

11:11:25 19   The declaration was withdrawn.

11:11:27 20          MS. LAMACCHIA:  Your Honor, the only thing missing in

11:11:29 21   this case are prechemotherapy photos.  We've provided product

11:11:34 22   identification, current photos.

11:11:36 23          We had difficulty finding her, but we have now

11:11:39 24   located her on Facebook.  So we would like an extension as

11:11:42 25   well.

*OFFICIAL TRANSCRIPT*

11:11:42  1    THE COURT:  15 days.

11:11:44  2    MS. LAMACCHIA:  Thank you, Your Honor.

11:11:44  3    MS. BRILLEAUX:  Thank you, Your Honor.

11:11:46  4         Just for record, we already discussed the Lindsay

11:11:49  5  Rosso case, where their declaration was withdrawn last night,

11:11:52  6  for the Murray Law Firm.  I understand the attorney is sick

11:11:55  7  today, can't participate in the docket, so we'll move that to

11:11:58  8  the next hearing.

11:11:59  9    THE COURT:  Okay, thank you.

11:12:00  10    MS. BRILLEAUX:  Thank you.

11:12:01  11    THE COURT:  What case?  Ms. Brilleaux?

11:12:05  12    MS. BRILLEAUX:  Oh.  So when we read the declarations

11:12:08  13  into the docket, and the one that was removed last night,

11:12:12  14  withdrawn last night, we're just going to move it to the next

11:12:15  15  one.

11:12:16  16    THE COURT:  Okay.  Perfect.

11:12:16  17    MS. BRILLEAUX:  Thank you, Judge.

11:12:17  18         The next case that I have is -- we're going back

11:12:19  19  to no PFS submitted for the next foreseeable future --

11:12:23  20  Yianna Bersentes, no PFS submitted, represented by Bachus &

11:12:31  21  Schanker.

11:12:31  22    MR. LAMBERT:  Mr. Chris Elliott is here in person for

11:12:33  23  Bachus & Schanker.

11:12:34  24    THE COURT:  Are our last -- all about our remaining

11:12:36  25  cases Bachus & Schanker?

*OFFICIAL TRANSCRIPT*

11:12:40 1          MS. BRILLEAUX:  Yes, Your Honor.

11:12:41 2          THE COURT:  Okay.

11:12:42 3          MS. BRILLEAUX:  Oh, except for we have nine carryovers

11:12:44 4     from the last hearing that we're going to address at the end,

11:12:48 5     the ones that we passed on and that you gave additional time to

11:12:53 6     cure, from the prior hearing.

11:12:56 7          MS. CALLSEN:  At the very end.  The last page.

11:12:57 8          THE COURT:  I just wonder, should we do those now?  I

11:13:00 9     don't mean to put off Bachus & Schanker.

11:13:01 10         MS. BRILLEAUX:  I'm fine with whatever your preference

11:13:03 11    is.

11:13:03 12         THE COURT:  But I think these people, to have to sit on

11:13:05 13    the phone while we go through this.

11:13:05 14         MS. BRILLEAUX:  Of course.

11:13:08 15         THE COURT:  Okay.  Let's get these -- Bachus & Schanker

11:13:12 16    people, you all can get yourselves organized because we're

11:13:14 17    going to go through these nine.  Okay.

11:13:19 18         MS. BRILLEAUX:  Thank you, Your Honor.

11:13:20 19              The first case that I have on the carryover list

11:13:24 20    is Rose Matthews, who is represented by Simon, Greenstone,

11:13:24 21    Panatier & Bartlett.

11:13:31 22              For way of background, at the last hearing, this

11:13:35 23    was one of the cases where plaintiff's counsel told us that

11:13:38 24    they had cured the deficiencies, but they had not sent us the

11:13:42 25    e-mail.  We didn't have a chance to review.

                              *OFFICIAL TRANSCRIPT*

11:13:44  1          The deficiency was for no declaration, no before

11:13:47  2   photos, and no e-mail.  The issue outstanding in this case, and

11:13:51  3   why it has returned to the call docket, is because the only

11:13:55  4   prior to chemotherapy treatment photo produced is from 1981,

11:13:59  5   which is 20 years prior to treatment.  We think that that is

11:14:02  6   not satisfying their obligation in the PFS.

11:14:06  7          THE COURT:  Okay.  Is anyone on the phone?

11:14:10  8          MS. CARTER:  This is Amy Carter, Your Honor.

11:14:13  9          I sent an e-mail because I wasn't entirely

11:14:16 10   certain what the new deficiency was.  I was confused by this.

11:14:19 11   I would just ask for an additional 15 days to get them an

11:14:22 12   additional photo.

11:14:22 13          MS. BRILLEAUX:  I mean, Your Honor, this is on the show

11:14:25 14   cause list.  She's received the e-mail, and we've already

11:14:27 15   addressed this at the prior hearing.

11:14:30 16          MR. LAMBERT:  Your Honor, on behalf of the PSC, we are

11:14:35 17   going to object to any dismissals on the substantive basis that

11:14:40 18   a photo is not adequate to show pre-chemo injury.  We believe

11:14:48 19   that that goes beyond the issue of whether or not the PFS

11:14:56 20   requirements have been complied with.

11:14:58 21          That's a substantive matter which requires a

11:15:02 22   determination of whether or not her evidence is sufficient to

11:15:06 23   maintain a case or cause of action.  So we would ask Your Honor

11:15:11 24   to deny a dismissal on that basis.

11:15:15 25          MS. BRILLEAUX:  Your Honor, if I may very briefly

*OFFICIAL TRANSCRIPT*

11:15:17  1    respond to the PSC's point on this.

11:15:20  2             We heard you loud and clear last time about the

11:15:24  3    quality of photos.  We not here to dispute quality of photos

11:15:28  4    today in this show cause process.  We are, however, here to

11:15:30  5    dispute the age and the date of photographs, because that's

11:15:33  6    been ordered by the Court.

11:15:34  7             I have with me today PTO Number 68, which was

11:15:39  8    entered by Judge Engelhardt on November 9, 2017.  It was

11:15:46  9    following a steering committee meeting.  There is a paragraph

11:15:49 10    in here that clarifies the PFS obligations.  I would like to

11:15:54 11    read it into the record just once.

11:15:56 12             Pursuant to the revised Plaintiff Fact Sheet,

11:15:56 13    Record Document No. 236-1, each plaintiff shall produce

11:16:03 14    representative photographs that have meaning and provide

11:16:06 15    insight into her hair at all times relevant to her case.  This

11:16:10 16    is best demonstrated with dated photos taken both before and

11:16:14 17    after the Taxotere/Docetaxal treatment.

11:16:15 18             For clarity, before photographs shall be dated,

11:16:19 19    should be portrait-type photographs taken closest in time to

11:16:23 20    starting treatment, and, in any event, should be no earlier

11:16:25 21    than five years prior to treatment.  The photographs should

11:16:30 22    clearly depict the condition of the plaintiff's hair.

11:16:32 23             We think that it's very clear that this is an

11:16:34 24    order from the Court clarifying the revised PFS.  We are not

11:16:39 25    here to dispute quality of photographs, though.

*OFFICIAL TRANSCRIPT*

| 11:16:42 | 1 | THE COURT:  Ms. Carter. |

THE COURT:  Ms. Carter.

MS. CARTER:  Your Honor --

THE COURT:  Yes, I'm listening.

MS. CARTER:  -- we have had some difficulty
understanding what the deficiency was, because we submitted,
after the last hearing, an updated fact sheet with a bunch of
different information, and we haven't heard anything from the
defendant since then.

So they had a long list of deficiencies in the
fact sheet that we tried to cure as many as possible.  So when
I reached out to them about what is the specific issue for this
hearing, I didn't hear anything from them.  I sent them an
e-mail, to every counsel that the steering committee gave to
me.

So I agree with the Plaintiff Steering
Committee's argument that this is draconian to dismiss her case
with prejudice because of pictures --

THE COURT:  This is what I'm going to do.  Ms. Carter,
I'm going to give you 15 days to --

I want to ask, Ms. Brilleaux, is it just the
photograph?

MS. BRILLEAUX:  The only issue -- the only outstanding
issue I have is the before photograph is from 1981.  If we get
one within five years prior to treatment that is dated, it will
be resolved.

*OFFICIAL TRANSCRIPT*

11:17:56  1          THE COURT:  Okay.  Absent an affidavit saying there are

11:17:59  2     no photographs from five years, okay?

11:18:01  3          MS. BRILLEAUX:  Yes, Your Honor.

11:18:03  4          THE COURT:  All right.  So you're going to have 15 days

11:18:04  5     to get that information in.

11:18:08  6          MS. CARTER:  So either a photograph or an affidavit

11:18:11  7     saying there are no photographs?

11:18:12  8          THE COURT:  Yes.

11:18:14  9          MS. CARTER:  Okay.  Thank you, Your Honor.

11:18:15 10          MS. BARRIOS:  Your Honor, Dawn Barrios for the

11:18:18 11     plaintiffs.

11:18:18 12          I have heard similar remarks from plaintiffs'

11:18:23 13     counsel, that they don't know exactly what is wanted when the

11:18:27 14     defendant says substantially incomplete.  So I ask that all the

11:18:32 15     defendants indicate exactly what the deficiency is.

11:18:35 16          THE COURT:  What's difficult, from my perspective, is I

11:18:39 17     believe this was one that was raised last time.  I don't have

11:18:42 18     any independent recollection, I must tell you, at this time as

11:18:46 19     to what was conveyed, but what I'm hearing is we're fine with

11:18:51 20     everything except the photographs.  So --

11:18:56 21          MS. BRILLEAUX:  Your Honor -- sorry, please.

11:18:57 22          THE COURT:  No, I think it's difficult for me.  I know

11:19:04 23     we're hearing very quickly in court, this is the response.

11:19:09 24          Let me assure you, I do not want to return to

11:19:12 25     this being done on paper.  On the other hand, I think -- I

**OFFICIAL TRANSCRIPT**

11:19:17  1  think plaintiffs' counsel needs to be given, with specificity,

11:19:22  2  what the compliance issue is.

11:19:26  3       MS. BRILLEAUX:  Our records show that that was done,

11:19:28  4  Your Honor.

11:19:28  5       MS. BARRIOS:  Thank you, Your Honor.

11:19:30  6       MR. LAMBERT:  I'm going to add one more point,

11:19:32  7  Your Honor.  I'm sorry to belabor this.  But the PSC strongly

11:19:37  8  feels that photographs go to a material issue, whether or not

11:19:43  9  the evidence is satisfactory to proceed with a case.

11:19:48 10       The Pretrial Order -- Amended Pretrial Order 22,

11:19:52 11  when it defines substantially complete for the purposes of that

11:19:56 12  order, substantially complete is limited to the purposes of

11:19:59 13  triggering a DFS.  It's not for the purposes of defining

11:20:05 14  whether or not a fact sheet is enough for somebody to proceed

11:20:08 15  with a claim.

11:20:09 16       THE COURT:  Thank you.

11:20:10 17       MS. BRILLEAUX:  Your Honor, of course, we take the

11:20:12 18  position that this is a discovery requirement.  We're asking

11:20:14 19  for dismissal on the basis of a violation of a discovery order

11:20:17 20  and the PFS.

11:20:18 21       THE COURT:  Thank you.  Let's proceed to the next one.

11:20:21 22       MS. BRILLEAUX:  Thank you, Your Honor.

11:20:21 23       The next case that I have for the rollover cases

11:20:25 24  is Sandra Yeager.  The issue at the last hearing was for

11:20:33 25  failure to provide before photos.  I think we actually did have

*OFFICIAL TRANSCRIPT*

11:20:37  1    one before photo, but it did not have any date at all.

11:20:41  2            My records show that nothing new has been

11:20:44  3    submitted since that last hearing, so we request that it be

11:20:47  4    dismissed with prejudice.

11:20:47  5        MR. LAMBERT:  I believe Mr. Stringer is on the phone

11:20:51  6    from Aaron Law Group -- excuse me, Lowe Law Group.

11:20:54  7        MR. STRINGER:  Yes, Your Honor.

11:20:56  8            Your Honor, this is Aaron Stringer, with Lowe Law

11:20:59  9    Group, on behalf of Ms. Yeager.

11:21:02 10            We have not been able to get in contact with her

11:21:05 11    since this was last brought up before the Court.  So I would

11:21:08 12    simply ask the Court to rely on what has been provided

11:21:11 13    previously, and echo the arguments that the PSC has made.

11:21:17 14        THE COURT:  You do have photos; they are just not --

11:21:21 15        MS. BRILLEAUX:  We have a single before photo, and it

11:21:23 16    does not have a date.  That is the obligation under the PFS.

11:21:31 17        MR. STRINGER:  That's correct.

11:21:34 18        THE COURT:  I'm not going to dismiss this case.

11:21:38 19        MS. BRILLEAUX:  Your Honor, could we possibly put it on

11:21:40 20    a 15-day list to add a date to the photograph?

11:21:44 21        THE COURT:  Is this something that you can just --

11:21:47 22        MS. BRILLEAUX:  Yes.  You should just be able to log

11:21:50 23    into MDL Centrality, add the date, and log off.

11:21:54 24        MR. STRINGER:  Your Honor, the recent trouble has just

11:21:56 25    been contacting her to try to get that date.  She has

*OFFICIAL TRANSCRIPT*

11:21:59  1   significant health issues.  We're trying to get into contact

11:22:04  2   with both her and her daughter.

11:22:05  3          THE COURT:  I'm going to grant 30 days.  Then we'll

11:22:09  4   just put it back on the list and see where we are.

11:22:12  5          MS. BRILLEAUX:  Thank you, Your Honor.

11:22:14  6          MR. STRINGER:  Thank you, Your Honor.

11:22:15  7          MS. BRILLEAUX:  The next one that I have carried over

11:22:18  8   from the prior hearing is Alma Crum, represented by Niemeyer,

11:22:18  9   Grebel & Kruse.

11:22:26 10          On the -- during the last call docket, there was

11:22:28 11   no before photo.  This was one in which plaintiff's counsel

11:22:33 12   represented that he did not believe she had any photographs at

11:22:36 13   all and could not produce what she doesn't have.

11:22:39 14          We agreed to pass it to the next hearing.  That's

11:22:41 15   what we're doing now.  Nothing has been uploaded.  We don't

11:22:45 16   have any photographs.

11:22:46 17          MR. LAMBERT:  I believe Mr. Niemeyer is on the phone,

11:22:49 18   from Niemeyer, Grebel & Kruse.

11:22:52 19          THE COURT:  Mr. Niemeyer.

11:22:53 20          MR. NIEMEYER:  I am.  Good morning, Your Honor.

11:22:54 21   Mark Niemeyer for the plaintiff.

11:22:56 22          The only thing that's a surprise to me here is

11:23:00 23   Your Honor and I did go over the fact that this plaintiff has

11:23:04 24   been very cooperative.  We've submitted everything else.  This

11:23:08 25   plaintiff just simply does not have any before photos.

*OFFICIAL TRANSCRIPT*

11:23:12  1          My understanding was that this was not passed,
11:23:14  2  but, in fact, the Court denied the attempt to dismiss the case.
11:23:19  3  I believed that the issue had been resolved.
11:23:21  4          So I must admit, I'm surprised it's back on the
11:23:26  5  docket today; but, I would report the same thing to the Court,
11:23:29  6  that we have talked to the client, and, unfortunately, she just
11:23:32  7  simply does not have any other photos.
11:23:33  8          I think the other thing the Court told me was,
11:23:37  9  hey, listen, if you find out from another family member or
11:23:39 10  friend that somebody does have a photo, submit those at that
11:23:42 11  time, but you can't submit what you don't have.
11:23:45 12          So we would ask the Court to go ahead and deny
11:23:47 13  the Motion to Dismiss and remove us from the docket.
11:23:52 14      MS. BRILLEAUX:  Your Honor, would Your Honor consider
11:23:53 15  an affidavit, as you brought up before, an affidavit that she
11:23:56 16  does not have photographs, within 30 days?
11:24:05 17      THE COURT:  Mr. Niemeyer --
11:24:07 18          I'm going to deny the Motion to Dismiss.  I mean,
11:24:22 19  I have counsel's representation that they don't have it.
11:24:25 20      MS. BRILLEAUX:  Thank you, Your Honor.
11:24:26 21          The next case is also a Niemeyer case.  It's
11:24:30 22  Annette Godfrey.  This is another case where the only
11:24:34 23  outstanding issue is a photo that is too old.  It's from 1984,
11:24:38 24  which is 23 years prior to her treatment.  We don't believe
11:24:42 25  that that's in compliance with the PFS obligations.

*OFFICIAL TRANSCRIPT*

11:24:46  1        MR. NIEMEYER:  Your Honor, Mark Niemeyer, again.

11:24:48  2            This is the exact same situation.  We did go over

11:24:52  3  this on your last hearing.  That is the only photo that she

11:24:56  4  has.  Again, she's otherwise been completely compliant, and we

11:25:00  5  would ask that the defendant's motion be denied.

11:25:01  6        THE COURT:  Are you representing to me that she has no

11:25:04  7  photographs outside of the 1984 photograph that's been

11:25:08  8  provided?

11:25:09  9        MR. NIEMEYER:  Yes, ma'am, that's what I'm

11:25:12 10  representing.

11:25:12 11        MS. BRILLEAUX:  Thank you, Your Honor.

11:25:13 12        THE COURT:  I'm going to deny the motion.

11:25:16 13        MR. NIEMEYER:  Thank you.

11:25:16 14        MS. BRILLEAUX:  Thank you, Your Honor.

11:25:18 15            The next case that I have is Pat Henderson,

11:25:22 16  represented by Bruno & Bruno.  This was originally on the last

11:25:28 17  call docket because the photos were undated.  The court granted

11:25:32 18  15 days to correct the deficiency.

11:25:36 19            Now we have a before photo that's dated 1998.

11:25:40 20  The problem with this is that her PFS states that she was

11:25:44 21  administered Taxotere in 1997, so we don't believe a 1998

11:25:50 22  photograph is a before photograph, in line with the

11:25:55 23  representations in the PFS.

11:25:57 24        MR. LAMBERT:  I believe Ms. Hawkins is on the phone for

11:26:00 25  Bruno & Bruno.

*OFFICIAL TRANSCRIPT*

11:26:01 1      MS. HAWKINS:  That is correct.  Good morning.  This is

11:26:04 2  Markita Hawkins for Bruno & Bruno.

11:26:06 3          We are working with the client to try to get a

11:26:09 4  more before picture.  So we ask the Court to deny the Motion to

11:26:13 5  Dismiss, and allow us an extension.

11:26:15 6      THE COURT:  Okay.  So is the last hearing, you got the

11:26:23 7  1998 photo?

11:26:23 8      MS. BRILLEAUX:  That's what my records show, yes.

11:26:23 9      MS. HAWKINS:  Yes, ma'am.

11:26:23 10     THE COURT:  Okay.

11:26:24 11     MS. BRILLEAUX:  But the 1998 is an after photo, based

11:26:29 12  on the allegations in the PFS.

11:26:29 13     THE COURT:  I'm going to grant 30 days for you to --

11:26:32 14     MS. BRILLEAUX:  Thank you, Your Honor.

11:26:33 15     MS. HAWKINS:  Thank you, Your Honor.

11:26:34 16     THE COURT:  What about Carol Lackey, with the same law

11:26:41 17  firm?

11:26:41 18     MS. BRILLEAUX:  So, Carol Lackey -- Your Honor, I have

11:26:42 19  to bring up -- there were two issues.  I only raised one of

11:26:45 20  them at the last hearing, and it was inadvertent on my part.

11:26:48 21         At the last hearing, I said that there was only

11:26:50 22  an undated before photo.  That deficiency has been cured.

11:26:55 23         The problem is that there is also no proof of

11:26:58 24  use.  We don't have medical records establishing proof of use

11:27:01 25  of Taxotere.  That deficiency is still outstanding.

**_OFFICIAL TRANSCRIPT_**

| | | |
|---|---|---|
| 11:27:04 | 1 | THE COURT:  Ms. Hawkins. |
| 11:27:06 | 2 | MS. HAWKINS:  We are still working with the hospitals |
| 11:27:10 | 3 | to try to get the medical records.  We're just asking for an |
| 11:27:13 | 4 | extension. |
| 11:27:13 | 5 | Everything that they are asking us to do, we are |
| 11:27:16 | 6 | putting forth a good-faith effort to get it done.  We just need |
| 11:27:21 | 7 | more time for Ms. Lackey. |
| 11:27:22 | 8 | THE COURT:  So they have filed the Plaintiff Fact |
| 11:27:26 | 9 | Sheet.  It's just additional information?  Okay.  I'm going to |
| 11:27:28 | 10 | give you another 30 days, and then we'll see where we are. |
| 11:27:31 | 11 | MS. HAWKINS:  Thank you, Your Honor. |
| 11:27:32 | 12 | THE COURT:  Thank you. |
| 11:27:32 | 13 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 11:27:33 | 14 | The next one I have -- I'm just going to continue |
| 11:27:35 | 15 | through -- I think Ms. Callsen addressed this last time, but |
| 11:27:39 | 16 | it's Fred on behalf of Guyann Peterson, represented by |
| 11:27:46 | 17 | Fernelius Simon. |
| 11:27:48 | 18 | In this case, there was a not substantially |
| 11:27:54 | 19 | complete PFS.  We do not believe that this has been cured since |
| 11:27:56 | 20 | the last hearing.  We have no proof of use and no proof of |
| 11:28:00 | 21 | injury whatsoever. |
| 11:28:01 | 22 | We believe that this is appropriate for |
| 11:28:03 | 23 | dismissal, Your Honor. |
| 11:28:03 | 24 | MR. PERDUE:  Your Honor, Ryan Perdue on the line on |
| 11:28:08 | 25 | behalf of Fred Peterson. |

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 11:28:10 | 1 | THE COURT:  Yes, sir. |
| 11:28:11 | 2 | MR. PERDUE:  During the last hearing, we discussed the |
| 11:28:13 | 3 | fact that Mr. Peterson had just recently gotten -- we had just |
| 11:28:18 | 4 | recently gotten ahold of him after his mother's death. |
| 11:28:22 | 5 | We did actually submit the Plaintiff Fact Sheet |
| 11:28:27 | 6 | and the authorizations and the death certificate on |
| 11:28:33 | 7 | September 26th, one day before the last hearing.  We were |
| 11:28:38 | 8 | surprised to see it come up again for this hearing. |
| 11:28:40 | 9 | So I actually reached out to defense counsel, |
| 11:28:44 | 10 | counsel for the 505(b)(2) defendants.  We corresponded with |
| 11:28:50 | 11 | each other yesterday.  They said that they did not have -- they |
| 11:28:53 | 12 | could not find the Plaintiff Fact Sheet in Centrality.  We went |
| 11:28:59 | 13 | back and confirmed it was there.  Then, we resubmitted it |
| 11:29:00 | 14 | again, and we received a confirmation, again, that it was |
| 11:29:04 | 15 | submitted. |
| 11:29:04 | 16 | So I'm not quite sure what the issue is, but -- |
| 11:29:07 | 17 | THE COURT:  Wait.  Let me hear from Ms. Callsen. |
| 11:29:10 | 18 | MS. CALLSEN:  Yes, we did exchange e-mails yesterday. |
| 11:29:13 | 19 | From what we can tell, the fact sheet wasn't done properly per |
| 11:29:17 | 20 | the form.  I don't need to belabor details. |
| 11:29:21 | 21 | But could we have 15 days to assure it's |
| 11:29:24 | 22 | complete, rather than pass on it entirely?  We'd like 15 days |
| 11:29:27 | 23 | just to, you know, make sure we can review it. |
| 11:29:29 | 24 | THE COURT:  I'll give 15 days that it's filed, but I'm |
| 11:29:33 | 25 | not going to dismiss it because it's not substantially complete |

***OFFICIAL TRANSCRIPT***

11:29:37 1   without you telling me exactly what the -- so I'm hesitant to

11:29:43 2   say -- 15 days just to file it.  Then, if there is a problem,

11:29:45 3   we'll discuss it at a later date.

11:29:47 4       MS. BRILLEAUX:  Your Honor, I do have notes on this

11:29:50 5   one.  This one was uploaded yesterday, on November 14th.  It is

11:29:55 6   lacking all evidence of proof of injury and all evidence of

11:30:01 7   proof of use.  No dates of chemotherapy therapy treatment, no

11:30:06 8   doses, no regimen, no information about the tumors.  I mean, I

11:30:08 9   could go on, but I'm not going to.

11:30:08 10      THE COURT:  All right.  Don't.

11:30:10 11          I'm not going to dismiss this case at this time.

11:30:12 12  If he's dealing with a survivor, and not the patient, I think

11:30:19 13  it's going to take some time to get that done.

11:30:21 14          What I'm saying is, now that you know that this

11:30:24 15  was, indeed, filed, I'm going to deny it at this point.  I

11:30:28 16  think you need to raise with specificity what the problem is at

11:30:32 17  a later date --

11:30:35 18      MS. CALLSEN:  Thank you, Your Honor.

11:30:32 19      THE COURT:  -- after communications with counsel.

11:30:36 20      MR. PERDUE:  Thank you, Your Honor.

11:30:36 21      MS. BRILLEAUX:  Thank you.

11:30:38 22          I have another Fernelius Simon case,

11:30:43 23  Briggitte Reed.  This was a case where we had no photographs at

11:30:47 24  the last hearing, and I believe we still have no photographs.

11:30:52 25  Nothing was uploaded since the last show cause docket.

*OFFICIAL TRANSCRIPT*

11:30:56  1          MR. PERDUE:  Your Honor, just -- if I can respond to
11:31:01  2    that point.  We -- Ms. Reed, we recently discovered, is a guest
11:31:07  3    of the Louisiana Correctional Facility in Calcasieu Parish.
11:31:14  4          THE COURT:  I'm assuming the accommodations aren't what
11:31:17  5    she was hoping for.
11:31:19  6          MR. PERDUE:  Yes.
11:31:20  7              We were able to get ahold of her daughter, who
11:31:23  8    was able to get an updated fact sheet and signed authorizations
11:31:28  9    and an ESI certificate.  Those I show were uploaded to
11:31:36 10    Centrality on October 11, 2018.
11:31:39 11              As for the issue with the photos, as you can
11:31:41 12    imagine, it's difficult to take photos of someone in prison or
11:31:46 13    obtain photos that they may have on any electronic device.  So,
11:31:51 14    unfortunately, we don't have those at this time.
11:31:53 15              We would ask that we be granted a little more
11:31:56 16    time to figure out Ms. Reed's situation, and find out when she
11:32:01 17    is going to be released from the facility.
11:32:06 18          THE COURT:  Okay.  Do you have any idea how long?  Is
11:32:16 19    this pretrial, or has she been convicted?  I mean, I don't know
11:32:24 20    if it's pretrial detention?
11:32:27 21          MR. PERDUE:  Your Honor, I believe it's pretrial
11:32:30 22    detention --
11:32:30 23          THE COURT:  You know what, I think what we need to do
11:32:31 24    is let's carry this one over because perhaps her family has
11:32:37 25    something from before her incarceration that they can give you.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:32:41 1 | Then, maybe you'll have a better idea how long -- if there is |
| 11:32:45 2 | any -- well, just more information. |
| 11:32:47 3 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 11:32:50 4 | MR. PERDUE:  Thank you, Your Honor. |
| 11:32:50 5 | MS. BRILLEAUX:  The next case that I have is |
| 11:32:53 6 | April Lancien, represented by the McGartland Law Firm.  The |
| 11:32:58 7 | issue that we had at the last hearing was an old photograph |
| 11:33:01 8 | over 10 years prior to treatment.  That deficiency has not been |
| 11:33:05 9 | cured, so we carried it over. |
| 11:33:08 10 | MS. MCGARTLAND:  Your Honor, Lee McGartland for the |
| 11:33:11 11 | plaintiff, April Lancien. |
| 11:33:14 12 | Yes, Your Honor, this was one that you passed |
| 11:33:16 13 | last time.  She only has one photograph, and has provided a |
| 11:33:20 14 | signed statement explaining that and the circumstances that led |
| 11:33:22 15 | up to that. |
| 11:33:23 16 | THE COURT:  Denied. |
| 11:33:24 17 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 11:33:26 18 | MS. MCGARTLAND:  Thank you. |
| 11:33:27 19 | MS. BRILLEAUX:  The next case that I have is |
| 11:33:32 20 | Betty Burns, represented by Zoll & Krantz.  Plaintiff was on |
| 11:33:34 21 | this list because they had failure to provide proof of use, no |
| 11:33:39 22 | before photos or after photos. |
| 11:33:42 23 | We received yesterday some after photos, but we |
| 11:33:47 24 | still have no before photos, and we have absolutely no medical |
| 11:33:51 25 | records. |

*OFFICIAL TRANSCRIPT*

11:33:54  1      MS. WALL:  Your Honor, this is Cara Wall for Betty

11:33:57  2  Burns.

11:34:00  3            Unfortunately, our client remains noncompliant.

11:34:02  4  Her daughter was able to get us some photographs, but I don't

11:34:05  5  anticipate we'll be successful in getting the remaining items.

11:34:09  6      MS. BRILLEAUX:  Your Honor, we think this is

11:34:11  7  appropriate for dismissal with prejudice.

11:34:13  8      THE COURT:  I think, based upon representations of

11:34:20  9  counsel, it appears that plaintiff is failing to meet their

11:34:23 10  obligations, despite counsel's best efforts.  Is that what I'm

11:34:26 11  hearing?

11:34:29 12      MS. WALL:  Yes.

11:34:30 13      THE COURT:  So this case is going to be dismissed with

11:34:33 14  prejudice.

11:34:34 15      MS. WALL:  Thank you, Your Honor.

11:34:35 16      MS. BRILLEAUX:  Thank you, Your Honor.

11:34:35 17            The next case I have is Delores Jackson,

11:34:38 18  represented by Pendley, Baudin & Coffin.  This was on the last

11:34:44 19  show cause docket for no before photos.  We did receive some

11:34:48 20  uploaded photos on September 27th, but they are neither labeled

11:34:52 21  as before or after photos, nor do they have any dates.  So we

11:34:55 22  believe the deficiency has not been cured.

11:34:58 23      MS. PEREZ:  Jessica Perez, on behalf of plaintiff

11:35:02 24  Delores Jackson.

11:35:03 25            We did upload some before photographs that we

*OFFICIAL TRANSCRIPT*

11:35:07  1    had.  Those do have dates, so I'm not sure why they don't

11:35:10  2    appear that way on MDL Centrality, but we can update those.

11:35:14  3              I think that the issue will remain that the

11:35:16  4    quality of those before photographs is not very clear --

11:35:17  5              THE COURT:  I'm not dealing with that.

11:35:18  6              MS. WALL:  -- but I also wanted to let the Court know

11:35:21  7    we've diligently worked with our client, and we've actually

11:35:25  8    discovered that her oncologist took a photograph of her for her

11:35:29  9    plaintiff profile before treatment.

11:35:30 10              They have not been able to figure out how to

11:35:31 11    provide that to us electronically, but my staff informed me

11:35:36 12    this morning they're mailing it in the mail as a hard copy.

11:35:37 13              MS. BRILLEAUX:  If that's is uploaded, the deficiency

11:35:40 14    will be cured.

11:35:40 15              THE COURT:  I'm going to give you 15 days to just

11:35:42 16    figure out why the dates are not showing, if you all can work

11:35:45 17    through that, but I'm certainly not going to dismiss this case.

11:35:48 18    So it's going to be denied, but --

11:35:52 19              MS. BRILLEAUX:  Thank you.

11:35:52 20              MS. WALL:  Thank you, Judge.

11:35:54 21              MS. BARRIOS:  Your Honor, just for the record, there is

11:35:56 22    an issue of how to put the dates on the photos that we've

11:35:59 23    worked with Mr. Woody about.  So I'll contact him again.

11:36:02 24              But plaintiff's counsel will put dates on it, and

11:36:04 25    they don't show.

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 11:36:04 | 1 | THE COURT:  It doesn't show? |
| 11:36:06 | 2 | MS. BARRIOS:  Exactly.  Thank you. |
| 11:36:08 | 3 | THE COURT:  Are the remaining cases Bachus & Schanker? |
| 11:36:11 | 4 | MS. BRILLEAUX:  They are.  We have two carryover, and |
| 11:36:13 | 5 | then moving into today's list. |
| 11:36:15 | 6 | THE COURT:  Could you all just give me -- I just need a |
| 11:36:19 | 7 | five-minute break while you set up, so that we can go through |
| 11:36:21 | 8 | this quickly. |
| 11:36:22 | 9 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 11:36:25 | 10 | THE DEPUTY CLERK:  All rise. |
| 11:44:20 | 11 | (WHEREUPON, at 11:44 a.m., the Court took a recess.) |
| 11:47:35 | 12 | THE COURT:  All right.  Are we going to start on the |
| 11:47:38 | 13 | carryover case list first? |
| 11:47:44 | 14 | MS. BRILLEAUX:  There are two carryover cases.  Do you |
| 11:47:46 | 15 | want to start with those? |
| 11:47:47 | 16 | THE COURT:  Why don't we do those, and then I can go |
| 11:47:50 | 17 | into -- |
| 11:47:50 | 18 | Is that how you're organized? |
| 11:47:54 | 19 | MR. ELLIOTT:  That's fine. |
| 11:47:56 | 20 | THE COURT:  Okay. |
| 11:47:57 | 21 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 11:47:57 | 22 | The first one on the carryover cases for Bachus & |
| 11:48:03 | 23 | Schanker is Tawonna Powell.  The reason it was on the last show |
| 11:48:06 | 24 | cause docket was because the photo was 12 years prior to |
| 11:48:09 | 25 | treatment. |

*OFFICIAL TRANSCRIPT*

11:48:11  1          We have in our records that we had no meet and

11:48:33  2     confer, as required, and nothing new has been submitted since

11:48:37  3     the last hearing.

11:48:38  4          MR. ELLIOTT:  Your Honor, these is a case where she has

11:48:45  5     no photos.  We have uploaded after photos, a 2013 photo, we

11:48:51  6     uploaded a top of the scalp photo from 2016, and then we just

11:48:54  7     uploaded another photo on June 11th.  These are all after and

11:48:57  8     then present day photos, but she simply does not have any

11:49:01  9     before photos.

11:49:02 10          THE COURT:  Based upon representations of counsel,

11:49:05 11     request denied.

11:49:07 12          MS. BRILLEAUX:  Thank you, Your Honor.

11:49:08 13              The next case I have is Lynnette Thomas.  We

11:49:11 14     have -- she was on the list last time for a failure to submit

11:49:16 15     before or after photos.  We did receive after photos, but we

11:49:19 16     still have no before photos for this plaintiff.

11:49:22 17          MR. ELLIOTT:  Plaintiff's counsel can represent that

11:49:24 18     we've spoken with her.  She does not have before photos.

11:49:28 19          THE COURT:  Request is denied.

11:49:29 20          MS. BRILLEAUX:  Thank you, Your Honor.

11:49:33 21              Moving to today's call docket, we've got several

11:49:38 22     that are no PFS submitted, so, hopefully, we can move through

11:49:42 23     these fairly quickly.

11:49:45 24              I'm starting -- the first one on my list is

11:49:51 25     Yianna Bersentes.  It's no PFS submitted.

                        *OFFICIAL TRANSCRIPT*

11:49:53  1          MR. ELLIOTT:  Your Honor, we're requesting a 20-day

11:49:54  2    extension, actually, with the holidays next week.  It's going

11:49:58  3    to be difficult for these folks to get their documents back.

11:50:00  4    They are quite extensive.

11:50:01  5               But we have been in contact with Ms. Bersentes on

11:50:06  6    November 6th, and the documents are en route.  We'll type it up

11:50:09  7    as soon as we get it.

11:50:11  8          MS. BRILLEAUX:  Your Honor, we would just say that, you

11:50:12  9    know, we've already -- it's already been stated on the record

11:50:15 10    that every other plaintiff with no PFS --

11:50:18 11          THE COURT:  I'm going to give you 15 days.  I've given

11:50:21 12    everybody else 15 days.

11:50:22 13          MR. ELLIOTT:  Okay.

11:50:23 14          MS. BRILLEAUX:  Okay.  The next one I have is

11:50:26 15    Lillian Borgardt.  No PFS submitted.

11:50:29 16          MR. ELLIOTT:  This is a deceased plaintiff.  We've had

11:50:32 17    no response from the family, after diligent attempts.  We would

11:50:36 18    have filled out a declaration on this one.  This is just one

11:50:38 19    that we didn't.  We wanted to keep trying to reach out to the

11:50:41 20    family; but, to date, we haven't reached them.

11:50:43 21          THE COURT:  Okay.  The Court finds that plaintiff's

11:50:48 22    counsel has made repeated requests for information, and

11:50:52 23    apparently plaintiffs have failed to meet their obligations,

11:50:55 24    despite counsel's best efforts.  Accordingly, this case is

11:51:00 25    dismissed with prejudice.

                              *OFFICIAL TRANSCRIPT*

11:51:00  1        MS. BRILLEAUX:  Thank you, Your Honor.

11:51:01  2            The next one I have is Nancy Boyles.  No PFS

11:51:04  3   submitted.

11:51:05  4        MR. ELLIOTT:  A Plaintiff Fact Sheet was filed,

11:51:09  5   Your Honor, on 11/14.  All the core documents have been cured.

11:51:11  6   So we ask that this one be denied.

11:51:13  7        MS. BRILLEAUX:  Your Honor, my records don't reflect

11:51:15  8   that, but, if counsel represents it, we don't disagree.

11:51:18  9        THE COURT:  It's denied.

11:51:20 10        MS. BRILLEAUX:  We, of course, haven't had a chance to

11:51:21 11   review it --

11:51:22 12        THE COURT:  Right.  I'm guessing that if you find a

11:51:24 13   deficiency, you'll put them back on the docket.  But, for right

11:51:28 14   now, it's denied.

11:51:30 15        MS. BRILLEAUX:  Thank you, Your Honor.

11:51:35 16        MS. CALLSEN:  Deborah Brown.  Again, no PFS submitted.

11:51:38 17        MR. ELLIOTT:  We actually received her PFS documents

11:51:42 18   yesterday.  There was actually a faxing issue.  We got eight

11:51:47 19   pages out of 31, but she's refaxing it today.

11:51:50 20        THE COURT:  The Court is going to grant 15 days.

11:51:52 21        MS. CALLSEN:  The next one I have is Gloria Buford.  No

11:51:58 22   PFS submitted.

11:51:59 23        MR. ELLIOTT:  Ms. Buford has passed away.  We have not

11:52:03 24   received a response from the family, after diligent attempts.

11:52:05 25        THE COURT:  The court finds that plaintiff's counsel

*OFFICIAL TRANSCRIPT*

11:52:08  1   has made diligent attempts to contact plaintiff.  Plaintiff has

11:52:13  2   failed to meet their obligations, despite counsel's best

11:52:16  3   efforts.  This case is dismissed with prejudice.

11:52:21  4        MS. CALLSEN:  The next one is Angela Burns-Holloway.

11:52:26  5   No PFS submitted.

11:52:26  6        MR. ELLIOTT:  This one, Your Honor, is actually a dual

11:52:27  7   representation case.  The actual case is the Lowe Law Group's

11:52:33  8   case, and their case number is 16-17358.

11:52:37  9            We mistakenly actually filed two cases for

11:52:41 10   Ms. Holloway because of the last name confusion.  So case

11:52:47 11   16-CV-17178 needs to be dismissed, we would ask without

11:52:52 12   prejudice, because she has another active case.  Then the other

11:52:54 13   one is 2-18-CV-01883.

11:53:00 14        THE COURT:  So you want to dismiss the second one?

11:53:03 15        MR. ELLIOTT:  I'm sorry.

11:53:04 16        THE COURT:  We would dismiss the second one without

11:53:06 17   prejudice.  That's the one where no --

11:53:08 18        MR. ELLIOTT:  We actually filed two cases by mistake.

11:53:13 19   So the 16-CV-17178 needs to be dismissed, as does the

11:53:18 20   2-18-CV-01883.

11:53:20 21        MS. BRILLEAUX:  Your Honor, we think that those both

11:53:24 22   can be dismissed with prejudice without it affecting the rights

11:53:27 23   of the case that should remain pending.  With prejudice.

11:53:29 24   Sorry.

11:53:29 25        THE COURT:  I'm confused.  You gave me two case

*OFFICIAL TRANSCRIPT*

11:53:31   1   numbers, saying dismiss both with prejudice.  Are you saying

11:53:35   2   you filed three cases?

11:53:36   3       MR. ELLIOTT:  So, the Lowe Law Group filed cases, and

11:53:39   4   we filed two, by mistake, because her last name --

11:53:43   5       THE COURT:  All right.  That's fine.  Dismiss with

11:53:47   6   prejudice.

11:53:47   7       MS. BRILLEAUX:  We think it should be with prejudice

11:53:48   8   because it's not going to affect the case that remains pending.

11:53:53   9       MR. ELLIOTT:  My concern was that -- I mean, I would

11:53:56  10   say that it wouldn't, but, you know, it's up to Your Honor.

11:53:59  11       THE COURT:  I would dismiss it with prejudice, so it's

11:54:01  12   not out there.  But I'm going to ask my case manager to confirm

11:54:07  13   the other -- Erin, can you do that?

11:54:12  14            All right.  You can do that while we're going

11:54:14  15   through some of these others.

11:54:16  16       MS. CALLSEN:  Anna Burrell.  No PFS.

11:54:19  17       MR. ELLIOTT:  We had some misinformation on

11:54:21  18   Ms. Burrell.  We believe now we have the correct address for

11:54:24  19   her.  We would ask for at least a 15-day extension to cure --

11:54:28  20       THE COURT:  The Court is going to grant 15 days.

11:54:30  21       MS. CALLSEN:  Your Honor, Susan Campbell.  No PFS

11:54:35  22   submitted.

11:54:36  23       MR. ELLIOTT:  A Plaintiff Fact Sheet was filed,

11:54:38  24   Your Honor, on 11/14/2018.  We're just waiting on her present

11:54:43  25   day photos.

*OFFICIAL TRANSCRIPT*

11:54:43 1      MS. BRILLEAUX:  Your Honor, with these PFS's that were

11:54:47 2  submitted yesterday, we have not had a chance to review them.

11:54:51 3      THE COURT:  Right.  So if I deny your request, you can

11:54:53 4  always come back and say it's not substantially complete.

11:54:53 5      MS. BRILLEAUX:  Thank you, Your Honor.

11:54:56 6      The court:  But rather than just hanging out there, you

11:55:01 7  get denied.

11:55:01 8      MR. LAMBERT:  May I -- I'm sorry, Judge.  Palmer

11:55:05 9  Lambert, again, for the PSC.

11:55:08 10      With regard to the duplicate filed cases, the

11:55:12 11  dismissal with prejudice of a duplicate filed case might be a

11:55:17 12  problem.  It may be a res judicata issue.  I think that it's

11:55:20 13  more appropriate to dismiss a duplicate filed case without

11:55:28 14  prejudice, instead of with prejudice.

11:55:30 15      MS. BRILLEAUX:  Your Honor, I'll represent to you that

11:55:32 16  I'm involved in the Xarelto litigation, and we file dual

11:55:38 17  representation stipulations on a daily basis that say,

11:55:42 18  dismissed with prejudice, with no effect on the remaining case.

11:55:44 19      MR. LAMBERT:  Either way is fine, Your Honor.

11:55:47 20      THE COURT:  What I want to do is confirm that the other

11:55:49 21  case is out there.

11:55:49 22      MS. BRILLEAUX:  Absolutely.

11:55:52 23      THE COURT:  So we can say dismissed with prejudice,

11:55:55 24  with no effect on any rights contained --

11:56:00 25      MR. LAMBERT:  Sorry to interrupt progress.  Could the

*OFFICIAL TRANSCRIPT*

11:56:03  1   folks on the phone please put it on mute.

11:56:07  2        THE COURT:  Is there anyone on the phone?

11:56:11  3        MR. ELLIOTT:  Your Honor, there are some folks from my

11:56:12  4   office on the phone listening.  There may be some other firms,

11:56:16  5   too, that are still on there.

11:56:18  6        THE COURT:  Thank you.

11:56:20  7        MS. BRILLEAUX:  Thank you, Your Honor.

11:56:21  8             Rosalind Cokley.  No PFS submitted.

11:56:24  9        MR. ELLIOTT:  We had asked for an extension on this

11:56:27  10  one.  We have her core documents and photos.  The issue with

11:56:30  11  this one --

11:56:30  12       THE COURT:  15 days.

11:56:31  13       MR. ELLIOTT:  Well, the issue with this one,

11:56:33  14  Your Honor, is that we're trying to get the medical records.

11:56:35  15  We'd actually ask for 30 days, because it takes some time for

11:56:38  16  the facilities to get us what we need.

11:56:40  17       THE COURT:  Well, what I did in the prior case is I

11:56:42  18  granted 15 days to file the Plaintiff Fact Sheet.  You should

11:56:46  19  supplement the records when you receive it.  But there is some

11:56:49  20  basic information you could submit, and then we'll just --

11:56:53  21       MS. BRILLEAUX:  Your Honor, just for the record, I just

11:56:55  22  want to note that Bachus & Schanker has had 75 days from the

11:57:00  23  filing of the complaint, an additional 30 days, and it's

11:57:02  24  causing a lot of work on our end to get the PFS's so late for

11:57:07  25  the show cause procedure.

*OFFICIAL TRANSCRIPT*

11:57:08  1          We just want to note that for the record, that

11:57:10  2   it's prejudicing us to some extent.  Thank you.

11:57:13  3          The next one I have is Rena Diggs.  No PFS

11:57:19  4   submitted.

11:57:19  5      MR. ELLIOTT:  This client has passed away, Your Honor,

11:57:21  6   and we have not had any response from the family, after

11:57:25  7   diligent efforts.

11:57:26  8      THE COURT:  The Court finds that plaintiff's counsel

11:57:29  9   has made repeated requests for information and plaintiff

11:57:32 10   contact, and that plaintiff have failed to meet their

11:57:35 11   obligations, despite counsel's best efforts.  This case is

11:57:39 12   dismissed with prejudice.

11:57:41 13      MS. BRILLEAUX:  The next case that I have is Gloria

11:57:44 14   Dixon.  No PFS submitted.

11:57:46 15      MR. ELLIOTT:  This is another address issue.  We have

11:57:50 16   her address now.  We actually sent someone to the home.  We

11:57:53 17   left documents there.  We're waiting for them to come back.

11:57:55 18          We would ask for 15 days.

11:57:57 19      THE COURT:  15 days.

11:57:59 20      MS. BRILLEAUX:  Thank you, Your Honor.

11:58:02 21          Caroline Dortch.  No PFS submitted.

11:58:04 22      MR. ELLIOTT:  Again, we went to their home, left the

11:58:06 23   documents.  We ask for a 15-day extension.

11:58:08 24      THE COURT:  15 days.

11:58:09 25      MS. BRILLEAUX:  Ruscel Dudley.  No PFS submitted.

*OFFICIAL TRANSCRIPT*

11:58:14  1          MR. ELLIOTT:  We're going to ask for an extension.  We

11:58:17  2     have been trying to reach her.  We would ask for 15 days to see

11:58:23  3     if we can get the documents back.

11:58:23  4          THE COURT:  Are you in contact with her?

11:58:26  5          MR. ELLIOTT:  We've left messages, e-mails.  We

11:58:28  6     actually sent boots on the ground to her home, without

11:58:32  7     response.  There is a note here to ask for an extension on this

11:58:35  8     one, though.

11:58:36  9          MS. BRILLEAUX:  Respectfully, Your Honor, we think this

11:58:40 10     is appropriate for dismissal.

11:58:41 11          THE COURT:  Yes.  This case is going to be dismissed

11:58:43 12     with prejudice.  It appears to this Court that counsel has made

11:58:45 13     repeated requests for information, and plaintiff has failed to

11:58:50 14     respond.  This matter is dismissed with prejudice.

11:58:57 15          MS. BRILLEAUX:  Thank you, Your Honor.

11:58:58 16              Crystal Edwards.  No PFS submitted.

11:59:01 17          MR. ELLIOTT:  The same situation, Your Honor.  We've

11:59:03 18     made attempts to reach Ms. Edwards.  We still don't have the

11:59:07 19     core documents that we need.

11:59:09 20          THE COURT:  This case is going to be dismissed with

11:59:10 21     prejudice.  The Court specifically finds that plaintiffs have

11:59:12 22     failed to meet their obligation, despite counsel's best

11:59:16 23     efforts.

11:59:17 24          MS. BRILLEAUX:  Thank you, Your Honor.

11:59:20 25              Anne Ferraiolo.  No PFS submitted.

*OFFICIAL TRANSCRIPT*

11:59:22 1         MR. ELLIOTT:  We have some documents that were uploaded

11:59:24 2  on October 30th.  We do need some additional time to complete

11:59:27 3  the Plaintiff Fact Sheet and get it completely submitted.  We

11:59:29 4  would ask for 15 days.

11:59:30 5         THE COURT:  15 days.

11:59:31 6         MS. BRILLEAUX:  Thank you, Your Honor.

11:59:37 7           Inez Finger.  No PFS submitted.

11:59:38 8         MR. ELLIOTT:  Plaintiff has passed away.  The family

11:59:40 9  declines to participate.

11:59:42 10        THE COURT:  This matter is dismissed with prejudice.

11:59:46 11        MS. BRILLEAUX:  Kim Frankenberg.  No PFS submitted.

11:59:51 12        MR. ELLIOTT:  We've made many attempts to reach

11:59:57 13  Ms. Frankenberg, and we have not gotten the documents back at

11:59:59 14  this time.

12:00:01 15        MS. BRILLEAUX:  Thank you, Your Honor.

12:00:02 16        THE COURT:  Do you want me to rule?

12:00:08 17        MS. BRILLEAUX:  I'm sorry, I didn't hear you.

12:00:09 18        THE COURT:  Plaintiff has failed to meet her

12:00:12 19  obligations, despite counsel's best efforts.  This matter is

12:00:15 20  dismissed with prejudice.

12:00:17 21        MR. ELLIOTT:  I got a note here on Crystal Edwards.  We

12:00:20 22  just went over that one.  She actually called our office

12:00:22 23  yesterday.  I missed that.

12:00:23 24         We'd ask for 15 days on Crystal Edwards.

12:00:27 25        THE COURT:  15 days on Crystal Edwards.

***OFFICIAL TRANSCRIPT***

12:00:31  1          MS. BRILLEAUX:  I think the next one is Beatrice

12:00:36  2   Gipson.  No PFS submitted.

12:00:38  3          MR. ELLIOTT:  She's passed away, Your Honor, and she

12:00:40  4   declines to participate.

12:00:41  5          THE COURT:  Dismissed with prejudice.

12:00:41  6               It looks like we have two cases.

12:00:43  7          MR. ELLIOTT:  Her family, I'm sorry.

12:00:43  8          THE COURT:  IS that 72 and 73, same lady?

12:00:51  9          MS. CALLSEN:  Yeah, it does look like it.  You're

12:00:52 10   right.  But they are different case numbers, so it must be a

12:00:55 11   duplicate, so we'd just ask that both be --

12:00:56 12          MR. ELLIOTT:  They are duplicates.

12:00:57 13          THE COURT:  Dismissed with prejudice, both case

12:01:00 14   numbers.

12:01:01 15          MS. CALLSEN:  Denese Glenn, no PFS.

12:01:03 16          MR. ELLIOTT:  She has another attorney, the Lowe Law

12:01:07 17   Group.  That case number is 18-04208.

12:01:11 18          THE COURT:  Once we have confirmed that there is

12:01:12 19   another lower number, the Court is going to dismissed it with

12:01:15 20   prejudice, preserving all rights in the other number.

12:01:23 21          MR. ELLIOTT:  The case number is 18-04208, according to

12:01:28 22   my records.

12:01:34 23          MS. BRILLEAUX:  The next one, Your Honor, is Donna

12:01:35 24   Gordon.  No PFS submitted.

12:01:39 25          MR. ELLIOTT:  We would ask for an extension.  We have

**OFFICIAL TRANSCRIPT**

12:01:42 1   been in contact with the family.  It sounds like they want to

12:01:45 2   participate.  They haven't got us what we wanted to date, but

12:01:47 3   we'd at least ask --

12:01:47 4        THE COURT:  15 days.

12:01:49 5        MR. ELLIOTT:  -- for 15 days.

12:01:50 6        MS. BRILLEAUX:  Deborah Gray.  No PFS submitted.

12:01:54 7        MR. ELLIOTT:  We actually filed it 11/14, Your Honor.

12:01:57 8   We received the documents on the 8th of November.

12:02:00 9        THE COURT:  Denied.

12:02:01 10        MS. BRILLEAUX:  Thank you, Your Honor.

12:02:06 11          Sheryl Green.  No PFS submitted.

12:02:07 12        MR. ELLIOTT:  Plaintiff has passed away, and no

12:02:11 13   response from the family.

12:02:12 14        THE COURT:  This matter is dismissed with prejudice.

12:02:14 15   Plaintiffs have fail to communicate with their counsel and

12:02:19 16   failed to meet their obligations.

12:02:20 17        MS. BRILLEAUX:  Thank you, Your Honor.

12:02:23 18          Shirley Grissom-Jones.  No PFS submitted.

12:02:26 19        MR. ELLIOTT:  She's passed away, and no contact with

12:02:28 20   the family, after many attempts.

12:02:31 21        THE COURT:  Court finds that this matter is dismissed

12:02:37 22   with prejudice.  The plaintiffs have failed to communicate with

12:02:40 23   their counsel and meet their obligations.

12:02:44 24        MS. BRILLEAUX:  Thank you, Your Honor.

12:02:45 25          Christine Hagenburger.  No PFS submitted.

*OFFICIAL TRANSCRIPT*

12:02:49  1        MR. ELLIOTT:  Dismiss.  The client declines to

12:02:54  2   participate.

12:02:56  3        THE COURT:  I'm sorry.  What?

12:02:57  4        MR. ELLIOTT:  The client declines to participate.

12:03:00  5        THE COURT:  This matter is dismissed with prejudice.

12:03:02  6        MS. BRILLEAUX:  Thank you, Your Honor.

12:03:05  7           Valerie Hall.  No PFS submitted.

12:03:06  8        MR. ELLIOTT:  Same thing with Ms. Hall.

12:03:09  9        THE COURT:  This matter is dismissed with prejudice.

12:03:10 10        MS. BRILLEAUX:  Marilyn Hill.  No PFS submitted.

12:03:12 11        MR. ELLIOTT:  She declines to participate.

12:03:13 12        THE COURT:  Dismissed with prejudice.

12:03:14 13        MS. BRILLEAUX:  Susan Hill-Bing.  No PFS submitted.

12:03:17 14        MR. ELLIOTT:  She has another attorney, the Coon law

12:03:20 15   group.  That case number is 18-04462.

12:03:28 16        THE COURT:  This matter is dismissed with prejudice,

12:03:32 17   preserving all rights in the other case number.

12:03:35 18        MS. BRILLEAUX:  Thank you, Your Honor.

12:03:37 19           Tina Holmberg.  No PFS submitted.

12:03:38 20        MR. ELLIOTT:  We just received her documents 11/14.

12:03:41 21        THE COURT:  15 days.

12:03:44 22        MS. BRILLEAUX:  Thank you, Your Honor.

12:03:46 23           Myrtle Howard.  No PFS submitted.

12:03:49 24        MR. ELLIOTT:  She's passed away.  We have spoken with

12:03:52 25   next of kin.  It sounds like they want to participate.

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 12:03:55 | 1 | THE COURT:  The Court is going to grant 30 days. |
| 12:03:58 | 2 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 12:03:59 | 3 | Jamie Kelly.  No PFS submitted. |
| 12:04:02 | 4 | MR. ELLIOTT:  No response from the family.  Plaintiff |
| 12:04:05 | 5 | has passed away. |
| 12:04:06 | 6 | THE COURT:  This matter is dismissed with prejudice. |
| 12:04:08 | 7 | Plaintiffs have failed to communicate with counsel or meet |
| 12:04:11 | 8 | their obligations, dispute counsel's best effort. |
| 12:04:14 | 9 | MS. BRILLEAUX:  Maria Lemons, no PFS submitted. |
| 12:04:18 | 10 | MR. ELLIOTT:  She has passed away, as well, and the |
| 12:04:20 | 11 | family declines to participate. |
| 12:04:21 | 12 | THE COURT:  This matter is dismissed with prejudice. |
| 12:04:22 | 13 | MS. CALLSEN:  Sylvia Lopez. |
| 12:04:30 | 14 | MR. ELLIOTT:  Family declines to participate. |
| 12:04:34 | 15 | Ms. Lopez has passed away. |
| 12:04:34 | 16 | THE COURT:  Dismissed with prejudice. |
| 12:04:36 | 17 | MS. CALLSEN:  Labertha Mason. |
| 12:04:38 | 18 | MR. ELLIOTT:  No response from the family. |
| 12:04:41 | 19 | Labertha Mason has passed away, so -- |
| 12:04:42 | 20 | THE COURT:  This matter is dismissed with prejudice. |
| 12:04:44 | 21 | Plaintiffs have failed to communicate with counsel. |
| 12:04:46 | 22 | MS. CALLSEN:  Joan Matthews. |
| 12:04:49 | 23 | MR. ELLIOTT:  Joan Matthews declines to participate. |
| 12:04:52 | 24 | THE COURT:  This matter is dismissed with prejudice. |
| 12:04:53 | 25 | MS. CALLSEN:  Rita McDowell. |

*OFFICIAL TRANSCRIPT*

12:04:57  1        MR. ELLIOTT:  Plaintiff Fact Sheet was filed this week.

12:05:00  2   We received the documents on October 29th.

12:05:02  3        THE COURT:  Denied.

12:05:04  4        MS. CALLSEN:  Tracy McGloun.

12:05:06  5        MR. ELLIOTT:  She passed away six months ago.  The

12:05:08  6   daughter is deciding at this time if she would like to

12:05:12  7   continue.  We'd ask for 30 days.

12:05:15  8        THE COURT:  The Court is going to grant 30 days.

12:05:16  9        MS. CALLSEN:  Gwendolyn McKenzie.

12:05:19 10        MR. ELLIOTT:  Oh, that was Gwendolyn.  Which one were

12:05:19 11   we doing?

12:05:19 12        MS. CALLSEN:  Tracy McGloun.

12:05:24 13        MR. ELLIOTT:  Oh, gosh.  So Tracy McGloun, a PFS was

12:05:28 14   filed this week.  We received the documents on November 8th.

12:05:31 15        THE COURT:  Denied.

12:05:33 16           Then, as to Gwendolyn McKenzie is the one with

12:05:37 17   the family --

12:05:37 18        MR. ELLIOTT:  Yes, that's the family.

12:05:38 19        THE COURT:  -- the Court is going to grant 30 days.

12:05:40 20        MS. BRILLEAUX:  Lucille McLaughlin.  No PFS submitted.

12:05:45 21        MR. ELLIOTT:  Plaintiff Fact Sheet was filed this week,

12:05:47 22   Your Honor.

12:05:47 23        THE COURT:  Denied.

12:05:47 24        MS. CALLSEN:  Elaine McQuade.  No PFS submitted.

12:05:50 25        MR. ELLIOTT:  Same with her.  We filed it.

                            *OFFICIAL TRANSCRIPT*

12:05:52 1        THE COURT:  Denied.

12:05:56 2        MS. CALLSEN:  Joan Mitchell.

12:05:59 3        MR. ELLIOTT:  We have a Plaintiff Fact Sheet.  It was

12:06:01 4    filed on April 12th of 2018.  So we're not sure why this one is

12:06:05 5    on the list.

12:06:10 6        MS. CALLSEN:  Let's continue it for 15 days.  According

12:06:12 7    to our records, we don't have it.

12:06:14 8        MR. ELLIOTT:  Well, if it's filed, we would ask -- they

12:06:16 9    can put it on the --

12:06:16 10       THE COURT:  Well, is there any way for us to get our

12:06:18 11   hands on it?

12:06:20 12           All right.  Let's just pass this matter.

12:06:22 13       MS. CALLSEN:  We'll pass this one, and we'll look at

12:06:26 14   it.

12:06:26 15       THE COURT:  All right.  Let's go to Patricia Murray.

12:06:30 16       MS. CALLSEN:  No PFS submitted.

12:06:32 17       MR. ELLIOTT:  We're asking for an extension.  We have

12:06:34 18   documents, and we would like to have some time, 15 days.

12:06:37 19       THE COURT:  So you've been in communication with her?

12:06:39 20       MR. ELLIOTT:  Yes.  She wishes to participate.

12:06:41 21       THE COURT:  All right.  15 days.

12:06:43 22       MS. BRILLEAUX:  Thank you, Your Honor.

12:06:44 23           Edna Oliver.  No PFS submitted.

12:06:47 24       MR. ELLIOTT:  She's passed away, and the family

12:06:49 25   declines to participate.

**_OFFICIAL TRANSCRIPT_**

| 12:06:50 | 1 | THE COURT:  Dismissed with prejudice. |

THE COURT:  Dismissed with prejudice.

MS. BRILLEAUX:  Marlene Patterson.  No PFS submitted.

MR. ELLIOTT:  We received documents at the end of October, and we filed the Plaintiff Fact Sheet this week.  We ask that it be denied.

THE COURT:  Denied.

MS. BRILLEAUX:  Kevah Payne.  No PFS submitted.

MR. ELLIOTT:  Same thing.  We just received documents, the PFS --

THE COURT:  Denied.

MS. BRILLEAUX:  Carolyn Purdue.  No PFS submitted.

MR. ELLIOTT:  The family wants to decide.  We would ask for a 30 days.  Ms. Purdue passed away.

THE COURT:  Did she recently pass away?

MR. ELLIOTT:  It doesn't say when she passed -- oh, actually, it says 10/16.  So recently, yes.

THE COURT:  Well, no, that's two years ago.  Oh, it's October 16th?

MR. ELLIOTT:  October 16th.

THE COURT:  The Court is going to grant 30 days.

MS. BRILLEAUX:  Your Honor, just for the record, for these where plaintiffs' counsel has told us that the PFS was filed this week, I've been wondering why it's not in my notes.  I think it's because we haven't received the required e-mail under PTO 22A.

*OFFICIAL TRANSCRIPT*

12:07:50  1        We would be removing these cases from the call

12:07:52  2   docket, so we wouldn't have to go through them and waste time

12:07:55  3   on them, if we were receiving these e-mails.

12:07:57  4        THE COURT:  Is there is a reason why they weren't

12:07:59  5   e-mailed?

12:07:59  6        MR. ELLIOTT:  Well, the problem is we get this list, it

12:08:02  7   was 1200, you know, over a week ago, and now it's down to 200,

12:08:06  8   which is nice.  I appreciate that.

12:08:07  9        But the fact that we got the list yesterday, it

12:08:10 10   makes it very difficult for us to go through and then confer

12:08:13 11   with counsel before the hearing.  I mean, I have to get ready

12:08:17 12   for this hearing.

12:08:18 13        THE COURT:  Well, no, but you had to know if you were

12:08:20 14   filing Plaintiff Fact Sheets over the past week.

12:08:26 15        MR. ELLIOTT:  We're just -- I mean, we're literally

12:08:28 16   getting these realtime.  I'll try next time to confer with

12:08:34 17   defense counsel before the hearing.

12:08:35 18        THE COURT:  I'm just freezing.  Let's go.

12:08:37 19        MS. CALLSEN:  Debra Purnell.

12:08:48 20        MR. ELLIOTT:  We need an extension.  The family is

12:08:50 21   waiting to decide on whether to pursue this.  She's passed

12:08:53 22   away.

12:08:54 23        THE COURT:  Recently?

12:08:55 24        MR. ELLIOTT:  I think.  I don't know, Your Honor.

12:08:59 25        THE COURT:  I'll grant 30 days.

***OFFICIAL TRANSCRIPT***

12:09:00 1      MR. ELLIOTT:  I don't have the date.

12:09:02 2      THE COURT:  When the family is deciding, certainly, if

12:09:04 3  it's recent; but, sometimes, if they passed away last year, and

12:09:09 4  they are still wondering, then we need to make a decision.

12:09:14 5      MS. CALLSEN:  Your Honor, we can go back to number 98,

12:09:17 6  which was Joan Mitchell.  We've looked it up.

12:09:19 7          She did not submit a PFS.  She submitted CMO 12.

12:09:23 8  That's the product ID.  There is a certification -- I mean,

12:09:26 9  there is a tab on relativity, where she can upload that

12:09:29 10 information.  But no PFS.

12:09:32 11     MR. ELLIOTT:  Sorry for the misrepresentation,

12:09:34 12 Your Honor.  I was under the impression --

12:09:35 13     THE COURT:  I'm going to give you 15 days.  Go figure

12:09:38 14 out what's going on.

12:09:38 15     MR. ELLIOTT:  Sorry about that.

12:09:41 16     MS. CALLSEN:  Then the next one is Lillie Ramsey.

12:09:44 17     MR. ELLIOTT:  Passed away.  Family declines to

12:09:46 18 participate.

12:09:46 19     THE COURT:  Dismissed with prejudice.

12:09:47 20     MS. BRILLEAUX:  Thank you, Your Honor.

12:09:49 21          Virginia Rosa.  No PFS submitted.

12:09:51 22     MR. ELLIOTT:  We sent a declaration on this one of our

12:09:56 23 diligent attempts.  I'm not sure why it didn't make it.

12:09:57 24     THE COURT:  This case is dismissed with prejudice.  The

12:09:59 25 Court finds that plaintiff failed to meet the obligations,

*OFFICIAL TRANSCRIPT*

12:10:04 1    despite counsel's best efforts.

12:10:05 2         MS. BRILLEAUX:  Thank you, Your Honor.

12:10:07 3             Margaret Rose.  No PFS submitted.

12:10:09 4         MR. ELLIOTT:  We just received her documents this week,

12:10:13 5    Your Honor.  We need time to submit it.

12:10:15 6         THE COURT:  15 days.

12:10:16 7         MS. BRILLEAUX:  Thank you, Your Honor.

12:10:19 8             Sarah Rundell.  No PFS submitted.

12:10:21 9         MR. ELLIOTT:  We uploaded.

12:10:31 10            All right.  The documents have been uploaded.  We

12:10:33 11   represent that it's cured at this time.

12:10:41 12        THE COURT:  He's saying Sarah Rundell has been

12:10:44 13   submitted.  It's going to be denied.

12:10:45 14        MS. BRILLEAUX:  Which date was it submitted?

12:10:49 15        THE COURT:  Sarah Rundell.

12:10:55 16        MS. BRILLEAUX:  Do we know the date that the PFS was

12:10:57 17   submitted?

12:10:57 18            Yesterday.  Okay.  Again, we would just note we

12:10:59 19   didn't receive an e-mail.

12:11:03 20            Chriselda Salazar.  No PFS submitted.

12:11:07 21        MR. ELLIOTT:  She wants to participate.  She says she's

12:11:09 22   really stressed out, can't get it back to us just yet.  She's

12:11:14 23   having some issues.  I don't know what particularly.

12:11:16 24        THE COURT:  15 days.

12:11:17 25        MS. BRILLEAUX:  Pamela Schneider.  No PFS submitted.

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 12:11:23 | 1 | MR. ELLIOTT:  Waiting to receive all documents and |
| 12:11:25 | 2 | photos back.  We've made contact with Ms. Schneider. |
| 12:11:28 | 3 | THE COURT:  15 days. |
| 12:11:29 | 4 | MS. BRILLEAUX:  Louise Sena.  No PFS submitted. |
| 12:11:34 | 5 | MR. ELLIOTT:  Plaintiff Fact Sheet was filed this week. |
| 12:11:36 | 6 | We received the documents within the last 20 days. |
| 12:11:38 | 7 | THE COURT:  Denied. |
| 12:11:38 | 8 | MS. BRILLEAUX:  Angela Seward.  No PFS submitted. |
| 12:11:45 | 9 | MR. ELLIOTT:  Just received her Plaintiff Fact Sheet. |
| 12:11:47 | 10 | We're in the process of trying to submit it. |
| 12:11:49 | 11 | THE COURT:  15 days. |
| 12:11:50 | 12 | MS. BRILLEAUX:  Imogene Seymore.  No PFS submitted. |
| 12:11:54 | 13 | MR. ELLIOTT:  Plaintiff Fact Sheet was filed this week. |
| 12:11:56 | 14 | THE COURT:  Denied. |
| 12:11:57 | 15 | MS. BRILLEAUX:  We didn't receive an e-mail.  Thank |
| 12:12:00 | 16 | you, Your Honor. |
| 12:12:00 | 17 | Carol Schilling.  No PFS submitted. |
| 12:12:03 | 18 | MR. ELLIOTT:  Refuses to cooperate. |
| 12:12:06 | 19 | THE COURT:  This case is dismissed with prejudice. |
| 12:12:08 | 20 | Plaintiff refuses to meet her obligations, despite counsel's |
| 12:12:13 | 21 | best efforts. |
| 12:12:13 | 22 | MS. BRILLEAUX:  Peggy Simpson.  No PFS submitted. |
| 12:12:17 | 23 | MR. ELLIOTT:  Plaintiff Fact Sheet was filed. |
| 12:12:20 | 24 | MS. BRILLEAUX:  Do you know the date? |
| 12:12:21 | 25 | MR. ELLIOTT:  11/14. |

*OFFICIAL TRANSCRIPT*

12:12:23 1          THE COURT:  Denied.

12:12:23 2          MS. BRILLEAUX:  Shirley Small.  No PFS submitted.

12:12:26 3          MR. ELLIOTT:  We've made diligent attempts, sent a

12:12:31 4    letter and, you know, communicated -- tried to communicate with

12:12:35 5    her, with no response.

12:12:36 6          THE COURT:  This case is dismissed with prejudice.

12:12:39 7    Plaintiff fails to meet her obligations, despite counsel's best

12:12:43 8    effort.

12:12:43 9          MS. BRILLEAUX:  Thank you, Your Honor.

12:12:44 10              Doris Spensley.  No PFS submitted.

12:12:48 11         MR. ELLIOTT:  Just received her Plaintiff Fact Sheet.

12:12:49 12   We need more time.

12:12:50 13         THE COURT:  15 days.

12:12:51 14         MS. BRILLEAUX:  Joan Steinhoff.  No PFS submitted.

12:12:55 15         MR. ELLIOTT:  We made contact with her, but she's --

12:12:59 16   looks like she's refusing to cooperate.

12:13:03 17         THE COURT:  All right.  Plaintiff has failed to meet

12:13:06 18   her obligation, despite counsel's best effort.  This matter is

12:13:09 19   dismissed with prejudice.

12:13:10 20         MS. CALLSEN:  Gloria Stocks.

12:13:14 21         MR. ELLIOTT:  Same issue.  We've made attempts.  We

12:13:20 22   don't have the Plaintiff Fact Sheet, unfortunately.

12:13:21 23         THE COURT:  Okay.  The plaintiff has failed to meet her

12:13:24 24   obligations, despite counsel's best efforts.  The matter is

12:13:27 25   dismissed with prejudice.

                        *OFFICIAL  TRANSCRIPT*

| | | |
|---|---|---|
| 12:13:27 | 1 | MS. CALLSEN:  Patricia Swafford. |
| 12:13:31 | 2 | MR. ELLIOTT:  We're actually drafting the PFS right |
| 12:13:33 | 3 | now. |
| 12:13:33 | 4 | THE COURT:  15 days. |
| 12:13:34 | 5 | MS. BRILLEAUX:  Thank you, Your Honor. |
| 12:13:37 | 6 | Vanessa Truehill.  No PFS submitted. |
| 12:13:38 | 7 | MR. ELLIOTT:  Declines to participate. |
| 12:13:40 | 8 | THE COURT:  Dismissed with prejudice. |
| 12:13:41 | 9 | MS. BRILLEAUX:  Dorothy Tucker.  No PFS submitted. |
| 12:13:43 | 10 | MR. ELLIOTT:  She's passed away.  The daughter's -- |
| 12:13:46 | 11 | well, maybe not -- it just says daughter is mailing us the |
| 12:13:50 | 12 | documents.  So we need 15 days. |
| 12:13:51 | 13 | THE COURT:  Daughter is what? |
| 12:13:53 | 14 | MR. ELLIOTT:  We made contact with the daughter. |
| 12:13:54 | 15 | THE COURT:  15 days. |
| 12:13:56 | 16 | MS. BRILLEAUX:  Thank you. |
| 12:13:56 | 17 | Margaret Turner.  No PFS submitted. |
| 12:14:05 | 18 | MR. ELLIOTT:  Can we, for the record, make a change to |
| 12:14:08 | 19 | the first name, from Margaret to Martha.  Is that something |
| 12:14:14 | 20 | that -- |
| 12:14:20 | 21 | All right.  Well, it looks like we've -- I can't |
| 12:14:23 | 22 | tell here, but it looks like we may have filled her under |
| 12:14:25 | 23 | Martha Turner and filed her PFS in that case.  This could be a |
| 12:14:29 | 24 | duplicate, so we need to figure this out.  We'd like 15 days. |
| 12:14:31 | 25 | THE COURT:  15 days. |

*OFFICIAL TRANSCRIPT*

12:14:32  1            MS. BRILLEAUX:  Susan Ulibarri.  No PFS submitted.

12:14:37  2            MR. ELLIOTT:  We're in the process of drafting the

12:14:40  3    Plaintiff Fact Sheet.

12:14:41  4            THE COURT:  15 days.

12:14:42  5            MS. BRILLEAUX:  Sharon Vaughn.  No PFS submitted.

12:14:45  6            MR. ELLIOTT:  She's diseased, and no response from the

12:14:49  7    family.

12:14:49  8            THE COURT:  This matter is dismissed with prejudice.

12:14:50  9    The plaintiff has failed to meet their obligation, despite

12:14:53 10    counsel's best efforts.

12:14:54 11            MS. CALLSEN:  Laurie Westbrook.

12:14:57 12            MR. ELLIOTT:  Waiting for the family to respond.  It

12:15:00 13    looks like we made contact with them, but don't have any

12:15:04 14    documents back yet.

12:15:06 15            THE COURT:  So she passed away?

12:15:09 16            MR. ELLIOTT:  Yes, Your Honor.

12:15:10 17            THE COURT:  30 days.

12:15:11 18            MS. BRILLEAUX:  Janise Wilson.  No PFS submitted.

12:15:17 19            MR. ELLIOTT:  PFS was cured yesterday.  We filed it --

12:15:20 20    submitted it yesterday.

12:15:21 21            THE COURT:  Denied.

12:15:23 22            MS. BRILLEAUX:  Thank you.

12:15:24 23             Brenda Wise.  No PFS submitted.

12:15:27 24            MR. ELLIOTT:  She declines to participate.  She's

12:15:31 25    refusing to give us her documents.

                                    *OFFICIAL TRANSCRIPT*

12:15:32  1          THE COURT:  Dismissed with prejudice.

12:15:33  2          MS. BRILLEAUX:  Thank you, Your Honor.

12:15:35  3                Donna Wood.  No PFS submitted.

12:15:37  4          MR. ELLIOTT:  Need time to submit the Plaintiff Fact

12:15:39  5  Sheet.  We do have it.

12:15:41  6          THE COURT:  15 days.

12:15:42  7          MS. BRILLEAUX:  Thank you, Your Honor.

12:15:44  8                Janice Wright.  No PFS submitted.

12:15:46  9          MR. ELLIOTT:  Same situation.  Received documents.  We

12:15:49 10  need time.

12:15:49 11          THE COURT:  15 days.

12:15:50 12          MS. BRILLEAUX:  Tida Yonker.  No PFS submitted.

12:15:57 13          MR. ELLIOTT:  Declines to participate.

12:15:58 14          THE COURT:  Dismissed with prejudice.

12:15:58 15          MS. BRILLEAUX:  And Jeanette Zold.  No PFS submitted.

12:16:03 16          MR. ELLIOTT:  Received documents.  Need time.

12:16:05 17          THE COURT:  15 days.

12:16:07 18          MS. BRILLEAUX:  Thank you, Your Honor.

12:16:09 19                That is the conclusion of the no PFS submitted

12:16:12 20  cases.  We obviously have a number left.  We defer to you

12:16:16 21  whether you would rather push that to the next date, which I'm

12:16:21 22  fine with --

12:16:22 23          MS. CALLSEN:  Or, Your Honor, I would propose that we

12:16:24 24  meet and confer with plaintiffs' counsel on the remaining of

12:16:26 25  the list.  And, perhaps, we could come up with a stipulated

*OFFICIAL TRANSCRIPT*

12:16:29  1    order based on the rulings that you've entered thus far.

12:16:33  2            The rest involve substantially incomplete, and we

12:16:37  3    can be guided by your rulings on this, so that we don't have to

12:16:41  4    repeat this again.

12:16:42  5        THE COURT:  I think that's an excellent idea because I

12:16:44  6    do need to finish up today.

12:16:48  7            Any outstanding issues, we can take up at our

12:16:50  8    next hearing, but I think you have an idea.  Thank you very

12:16:54  9    much.

12:16:55 10        VOICES:  Thank you, Your Honor.

11        (WHEREUPON, at 12:16 p.m., the proceedings were

12    concluded.)

13                    *    *    *

14

15                REPORTER'S CERTIFICATE

16

17        I, Cathy Pepper, Certified Realtime Reporter, Registered
      Merit Reporter, Certified Court Reporter in and for the State
      of Louisiana, Official Court Reporter for the United States
18    District Court, Eastern District of Louisiana, do hereby
      certify that the foregoing is a true and correct transcript to
19    the best of my ability and understanding from the record of the
      proceedings in the above-entitled and numbered matter.

20

21                    *s/Cathy Pepper*
                  Cathy Pepper, CRR, RMR, CCR
                  Certified Realtime Reporter
22                Registered Merit Reporter
                  Official Court Reporter
23                United States District Court
                  Cathy_Pepper@laed.uscourts.gov

24

25

                    ***OFFICIAL  TRANSCRIPT***

| 1 | | 4 | |
|---|---|---|---|

**1,219** [1] - 12:25
**10** [2] - 21:20, 58:8
**10/16** [1] - 78:16
**100** [1] - 3:14
**10010** [1] - 2:19
**10:00** [1] - 1:7
**11** [1] - 57:10
**11/14** [4] - 64:5, 73:7, 74:20, 82:25
**11/14/2018** [1] - 66:24
**1100** [3] - 1:20, 2:4, 2:12
**11:30** [1] - 6:21
**11:44** [1] - 61:11
**11th** [1] - 62:7
**12** [3] - 32:24, 61:24, 80:7
**1200** [1] - 79:7
**12531** [1] - 3:14
**12:16** [1] - 87:11
**12th** [1] - 37:23, 77:4
**13** [1] - 13:5
**14th** [1] - 56:5
**15** [72] - 1:7, 6:2, 17:23, 18:3, 19:15, 19:18, 28:4, 28:5, 28:17, 28:19, 28:22, 29:8, 29:9, 29:11, 29:21, 31:3, 31:4, 31:16, 31:17, 33:14, 33:15, 33:19, 38:1, 40:2, 40:19, 41:2, 42:1, 44:11, 46:19, 47:4, 52:18, 55:21, 55:22, 55:24, 56:2, 60:15, 63:11, 63:12, 64:20, 66:20, 68:12, 68:18, 69:18, 69:19, 69:24, 70:2, 71:4, 71:5, 71:24, 71:25, 73:4, 73:5, 74:21, 77:6, 77:18, 77:21, 80:13, 81:6, 81:24, 82:3, 82:11, 83:13, 84:4, 84:12, 84:15, 84:24, 84:25, 85:4, 86:6, 86:11, 86:17
**15-day** [9] - 19:14, 37:14, 40:7, 40:9, 40:18, 41:1, 49:20, 66:19, 69:23
**16-17358** [1] - 65:8
**16-CV-17178** [2] - 65:11, 65:19
**16-MD-2740** [1] - 1:6
**16th** [2] - 78:18, 78:19
**18-04208** [2] - 72:17,

72:21
**18-04462** [1] - 74:15
**1899** [1] - 1:24
**1981** [2] - 44:4, 46:23
**1984** [2] - 51:23, 52:7
**1997** [1] - 52:21
**1998** [4] - 52:19, 52:21, 53:7, 53:11
**1:55** [1] - 14:23
**1st** [1] - 12:24

| 2 | |
|---|---|

**2** [1] - 9:10
**2,124** [1] - 12:24
**2-18-CV-01883** [2] - 65:13, 65:20
**20** [2] - 44:5, 82:6
**20-day** [1] - 63:1
**200** [1] - 79:7
**2013** [1] - 62:5
**2016** [1] - 62:6
**2017** [2] - 19:3, 45:8
**2018** [4] - 1:7, 6:2, 57:10, 77:4
**22** [1] - 48:10
**22A** [1] - 78:25
**22ND** [1] - 2:19
**23** [1] - 51:24
**2300** [1] - 2:11
**236-1** [1] - 45:13
**243** [1] - 13:7
**256** [1] - 13:4
**26** [1] - 19:2
**26th** [1] - 55:7
**2700** [1] - 2:8
**27th** [2] - 15:13, 59:20
**2800** [1] - 1:20
**29th** [2] - 12:22, 76:2
**2:00** [1] - 9:21

| 3 | |
|---|---|

**30** [29] - 18:23, 20:17, 25:14, 25:17, 25:25, 27:3, 28:15, 30:15, 30:16, 30:19, 33:23, 33:25, 34:4, 35:7, 37:24, 50:3, 51:16, 53:13, 54:10, 68:15, 68:23, 75:1, 76:7, 76:8, 76:19, 78:13, 78:20, 79:25, 85:17
**30th** [1] - 71:2
**31** [1] - 64:19
**34** [1] - 32:23
**3650** [1] - 1:16
**3710** [1] - 3:18

**400** [1] - 2:8
**44113** [1] - 2:4
**4:23** [1] - 23:5
**4th** [1] - 15:14

| 5 | |
|---|---|

**5** [1] - 11:4
**500** [1] - 3:23
**504** [1] - 3:24
**505(b)(2** [1] - 55:10
**51** [2] - 2:19, 32:24
**589-7779** [1] - 3:24
**5th** [1] - 37:23

| 6 | |
|---|---|

**68** [1] - 45:7
**6th** [1] - 63:6

| 7 | |
|---|---|

**700** [1] - 1:25
**701** [2] - 1:16, 2:15
**70130** [2] - 2:8, 3:23
**70139** [1] - 1:17
**70163** [2] - 1:21, 2:12
**70802** [1] - 2:16
**72** [1] - 72:8
**73** [1] - 72:8
**75** [1] - 68:22
**75219** [1] - 3:19

| 8 | |
|---|---|

**8** [2] - 5:5, 5:6
**80202** [1] - 1:25
**8th** [2] - 73:8, 76:14

| 9 | |
|---|---|

**9** [2] - 21:19, 45:8
**901** [1] - 3:18
**92130** [1] - 3:15
**950** [1] - 2:4
**98** [1] - 80:5

| A | |
|---|---|

**a.m** [3] - 9:21, 14:23, 61:11
**A.M** [1] - 1:7
**Aaron** [2] - 49:6, 49:8

**AARON** [1] - 3:8
**Abele** [1] - 19:24
**ability** [1] - 87:19
**able** [16] - 7:8, 16:23, 27:1, 27:25, 28:1, 31:15, 31:21, 35:5, 37:23, 40:23, 49:10, 49:22, 57:7, 57:8, 59:4, 60:10
**above-entitled** [1] - 87:19
**absent** [1] - 47:1
**absolutely** [2] - 58:24, 67:22
**accommodations** [1] - 57:4
**Accord** [1] - 16:9
**according** [2] - 72:21, 77:6
**accordingly** [3] - 12:14, 39:20, 63:24
**Actavis** [1] - 16:9
**action** [1] - 44:23
**ACTION** [1] - 1:6
**active** [1] - 65:12
**actual** [1] - 65:7
**add** [3] - 48:6, 49:20, 49:23
**added** [1] - 12:19, 19:14
**additional** [21] - 11:18, 18:22, 24:19, 25:13, 25:25, 27:2, 28:2, 28:13, 28:15, 29:8, 29:19, 30:15, 31:3, 31:16, 33:14, 43:5, 44:11, 44:12, 54:9, 68:23, 71:2
**address** [5] - 13:4, 43:4, 66:18, 69:15, 69:16
**addressed** [2] - 44:15, 54:15
**addressing** [2] - 13:1, 36:16
**adequate** [1] - 44:18
**administered** [1] - 52:21
**admissible** [1] - 24:2
**admit** [1] - 51:4
**advised** [3] - 10:12, 10:16, 31:24
**affect** [1] - 66:8
**affecting** [1] - 65:22
**affidavit** [4] - 47:1, 47:6, 51:15
**afternoon** [1] - 40:25
**age** [1] - 45:5
**ago** [6] - 8:18, 28:1, 30:18, 76:5, 78:17,

79:7
**agree** [2] - 20:12, 46:15
**agreed** [3] - 10:21, 13:6, 50:14
**agrees** [1] - 37:4
**ahead** [3] - 15:19, 27:24, 51:12
**ahold** [3] - 16:23, 55:4, 57:7
**AIDED** [1] - 4:1
**Alexandra** [1] - 24:11
**ALL** [1] - 1:8
**allegations** [1] - 53:12
**Allen** [1] - 8:23
**allow** [2] - 39:9, 53:5
**allowing** [1] - 27:10
**Allred** [1] - 14:5
**Alma** [2] - 22:8, 50:8
**ALSO** [2] - 2:21, 3:13
**Alvillar** [5] - 18:10, 18:16, 18:17, 18:25, 19:9
**Amanda** [1] - 10:23
**Amended** [1] - 48:10
**AMY** [1] - 3:7
**Amy** [2] - 9:18, 44:8
**Andrew** [1] - 37:20
**Andrews** [1] - 13:22
**Angela** [2] - 65:4, 82:8
**Anisa** [1] - 9:18
**Anna** [1] - 66:16
**Anne** [1] - 70:25
**Annette** [1] - 51:22
**Annie** [1] - 9:3
**Ansah** [1] - 9:1
**anticipate** [1] - 59:5
**apologize** [1] - 27:24
**appear** [1] - 60:2
**APPEARANCES**[3] - 1:13, 2:1, 3:4
**appreciate** [4] - 7:2, 7:16, 15:1, 79:8
**appropriate** [11] - 20:10, 20:18, 21:4, 24:2, 25:16, 26:5, 28:18, 54:22, 59:7, 67:13, 70:10
**approval** [1] - 15:14
**approve** [1] - 15:15
**approved** [2] - 8:5, 8:18
**April** [3] - 58:6, 58:11, 77:4
**Arceli** [1] - 10:23
**Argel** [1] - 9:1
**argument** [1] - 46:16
**arguments** [1] - 49:13
**Arthur** [1] - 15:7

*OFFICIAL TRANSCRIPT*

**Arthur's** [1] - 15:13
**Associates** [5] - 16:20, 26:16, 26:24, 27:7, 32:7
**assume** [1] - 27:20
**assuming** [2] - 16:11, 57:4
**assure** [2] - 47:24, 55:21
**AT&T** [1] - 7:11
**Atkins** [2] - 15:8, 15:10
**attempt** [2] - 28:14, 51:2
**attempting** [2] - 25:23, 29:5
**attempts** [19] - 11:14, 14:15, 20:18, 21:22, 21:24, 32:4, 37:8, 37:21, 39:3, 41:9, 63:17, 64:24, 65:1, 70:18, 71:12, 73:20, 80:23, 83:3, 83:21
**attorney** [3] - 42:6, 72:16, 74:14
**Attorney** [1] - 37:19
**attorneys** [1] - 7:7
**Attorneys** [1] - 38:6
**August** [1] - 12:22
**authority** [4] - 20:12, 22:15, 31:10, 39:5
**authorizations** [4] - 33:12, 35:4, 55:6, 57:8
**authorize** [1] - 20:10
**authorizing** [1] - 32:1
**avail** [3] - 22:4, 23:15, 26:9
**AVENUE** [2] - 2:4, 2:19
**aware** [2] - 13:1, 29:13

---

## B

**B-275** [1] - 3:23
**BACHUS** [2] - 1:23, 1:23
**Bachus** [9] - 17:7, 42:20, 42:23, 42:25, 43:9, 43:15, 61:3, 61:22, 68:22
**background** [2] - 7:22, 43:22
**Barbara** [2] - 9:13, 36:6
**Barrios** [1] - 47:10
**BARRIOS** [19] - 1:15, 1:16, 6:11, 7:4, 7:15, 7:25, 8:11, 8:14,

---

8:16, 10:4, 10:23, 11:11, 21:19, 36:17, 36:25, 47:10, 48:5, 60:21, 61:2
**Barrios's** [1] - 37:4
**Bartlett** [1] - 43:21
**based** [9] - 19:11, 22:2, 22:19, 23:13, 41:12, 53:11, 59:8, 62:10, 87:1
**basic** [1] - 68:20
**basis** [17] - 11:16, 32:25, 34:7, 34:10, 34:13, 34:16, 35:11, 35:14, 35:17, 35:20, 35:23, 36:1, 36:4, 44:17, 44:24, 48:19, 67:17
**BATON** [1] - 2:16
**Batton** [2] - 26:17, 26:25
**Baudin** [2] - 18:11, 59:18
**Beatrice** [1] - 72:1
**Beattie** [3] - 38:4, 38:18, 38:19
**beattie** [1] - 39:15
**beattie's** [1] - 39:7
**BEFORE** [1] - 1:11
**begin** [1] - 7:25
**behalf** [12] - 14:1, 14:6, 15:21, 18:16, 20:3, 20:14, 26:23, 44:16, 49:9, 54:16, 54:25, 59:23
**belabor** [2] - 48:7, 55:20
**Bell** [3] - 33:10, 33:11, 33:18
**Bella** [1] - 9:24
**Benavente** [2] - 39:25, 40:6
**Bender** [1] - 9:2
**BENJAMIN** [1] - 1:19
**Bennett** [1] - 9:2
**Benton** [1] - 27:7
**Bern** [1] - 24:10
**Bernice** [1] - 9:16
**Bersentes** [2] - 42:20, 62:25, 63:5
**Bertulis** [1] - 34:15
**Bessie** [1] - 27:14
**best** [22] - 12:13, 22:5, 23:16, 26:10, 32:5, 39:19, 41:15, 45:16, 59:10, 63:24, 65:2, 69:11, 70:22, 71:19, 75:8, 81:1, 82:21, 83:7, 83:18, 83:24, 85:10, 87:19

---

**better** [1] - 58:1
**Betty** [4] - 9:12, 10:4, 58:20, 59:1
**Beverly** [2] - 10:1, 40:13
**beyond** [2] - 17:18, 44:19
**Billips** [1] - 9:2
**Bing** [1] - 74:13
**Blakes** [1] - 9:3
**Blakney** [1] - 9:3
**BLUFF** [1] - 3:14
**Bobby** [1] - 9:6
**boots** [1] - 70:6
**Borgardt** [1] - 63:15
**borrow** [1] - 9:20
**Boyles** [1] - 64:2
**Brandi** [1] - 10:5
**break** [2] - 7:5, 61:7
**Brenda** [5] - 9:11, 9:15, 9:23, 20:22, 85:23
**Brent** [5] - 26:16, 26:20, 26:23, 27:6, 32:7
**Bria** [1] - 15:9
**BRIA** [1] - 2:23
**brief** [1] - 18:2
**briefly** [1] - 44:25
**Briggitte** [1] - 56:23
**BRILLEAUX** [165] - 2:7, 9:10, 10:19, 11:3, 12:17, 12:20, 14:10, 14:18, 14:22, 15:21, 24:19, 24:25, 25:4, 25:8, 25:18, 32:16, 33:2, 33:7, 33:10, 33:16, 33:19, 34:5, 34:9, 34:12, 34:15, 34:18, 34:22, 35:9, 35:13, 35:16, 35:19, 35:22, 35:25, 36:3, 36:6, 36:11, 36:14, 36:24, 37:4, 37:12, 37:14, 38:3, 39:22, 39:24, 40:11, 40:20, 41:5, 41:17, 42:3, 42:10, 42:12, 42:17, 43:1, 43:3, 43:10, 43:14, 43:18, 44:13, 44:25, 46:22, 47:3, 47:21, 48:3, 48:17, 48:22, 49:15, 49:19, 49:22, 50:5, 50:7, 51:14, 51:20, 52:11, 52:14, 53:8, 53:11, 53:14, 53:18, 54:13, 56:4, 56:21, 58:3, 58:5, 58:17, 58:19, 59:6, 59:16,

---

60:13, 60:19, 61:4, 61:9, 61:14, 61:21, 62:12, 62:20, 63:8, 63:14, 64:1, 64:7, 64:10, 64:15, 65:21, 66:7, 67:1, 67:5, 67:15, 67:22, 68:7, 68:21, 69:13, 69:20, 69:25, 70:9, 70:15, 70:24, 71:6, 71:11, 71:15, 71:17, 72:1, 72:23, 73:6, 73:10, 73:17, 73:24, 74:6, 74:10, 74:13, 74:18, 74:22, 75:2, 75:9, 76:20, 77:22, 78:2, 78:7, 78:11, 78:21, 80:20, 81:2, 81:7, 81:14, 81:16, 81:25, 82:4, 82:8, 82:12, 82:15, 82:22, 82:24, 83:2, 83:9, 83:14, 84:5, 84:9, 84:16, 85:1, 85:5, 85:18, 85:22, 86:2, 86:7, 86:12, 86:15, 86:18
**Brilleaux** [5] - 8:21, 10:15, 36:17, 42:11, 46:20
**Brilleaux's** [1] - 9:20
**bring** [2] - 13:7, 53:19
**brought** [2] - 49:11, 51:15
**Brown** [4] - 9:3, 40:13, 40:15, 64:16
**Bruno** [6] - 52:16, 52:25, 53:2
**Buford** [2] - 64:21, 64:23
**bulb** [1] - 36:19
**bunch** [1] - 46:6
**Burdette** [1] - 9:4
**Burns** [3] - 58:20, 59:2, 65:4
**Burns-Holloway** [1] - 65:4
**Burrell** [2] - 66:16, 66:18
**button** [1] - 38:13
**Butts** [1] - 9:4
**BY** [12] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:11, 2:15, 2:18, 3:13, 3:17, 3:25, 4:1

---

## C

**Cabello** [3] - 33:16, 33:20, 33:21

---

**Calcasieu** [1] - 57:3
**CALIFORNIA** [1] - 3:15
**CALLED** [1] - 6:4
**Callsen** [3] - 8:21, 54:15, 55:17
**CALLSEN** [82] - 2:3, 9:20, 13:17, 13:23, 15:6, 15:17, 15:25, 16:12, 16:18, 17:2, 17:14, 17:25, 18:7, 18:9, 18:14, 19:2, 19:13, 19:22, 20:21, 21:10, 21:12, 21:16, 22:7, 22:23, 23:4, 23:8, 23:18, 23:20, 24:1, 24:8, 25:20, 26:5, 26:13, 26:15, 27:5, 27:13, 27:19, 28:8, 28:17, 28:25, 29:2, 29:12, 29:19, 29:23, 30:1, 30:23, 31:6, 31:12, 31:18, 32:6, 32:13, 33:17, 33:20, 43:7, 55:18, 56:18, 64:16, 64:21, 65:4, 66:16, 66:21, 72:9, 72:15, 75:13, 75:17, 75:22, 75:25, 76:4, 76:9, 76:12, 76:24, 77:2, 77:6, 77:13, 77:16, 79:19, 80:5, 80:16, 83:20, 84:1, 85:11, 86:23
**Campbell** [1] - 66:21
**candy** [1] - 9:16
**Canepa** [1] - 19:24
**Canterberry** [1] - 9:4
**CARA** [1] - 3:2
**Cara** [2] - 22:12, 59:1
**care** [1] - 17:22
**Carlisle** [1] - 9:5
**Carol** [3] - 53:16, 53:18, 82:17
**Caroline** [2] - 9:8, 69:21
**Carolyn** [2] - 9:15, 10:3, 78:11
**carried** [2] - 50:7, 58:9
**Carroll** [2] - 24:9, 24:15
**carry** [1] - 57:24
**carryover** [7] - 11:19, 13:6, 43:19, 61:4, 61:13, 61:14, 61:22
**carryovers** [1] - 43:3
**Carson** [1] - 9:5
**CARTER** [6] - 3:7, 44:8, 46:2, 46:4, 47:6, 47:9

---

*OFFICIAL TRANSCRIPT*

**Carter** [4] - 9:5, 44:8, 46:1, 46:18
**case** [118] - 7:21, 7:23, 12:18, 12:19, 15:5, 15:13, 16:14, 17:3, 18:10, 18:25, 19:20, 19:23, 20:13, 20:22, 21:4, 21:8, 21:12, 22:6, 22:8, 22:18, 23:10, 23:20, 24:3, 24:9, 25:3, 26:7, 26:15, 27:9, 27:10, 27:14, 28:2, 28:6, 28:9, 29:2, 30:2, 30:24, 31:7, 31:9, 31:11, 31:18, 31:20, 31:24, 32:2, 32:12, 34:6, 37:24, 38:4, 38:6, 38:17, 38:25, 39:5, 39:6, 39:7, 39:20, 39:24, 40:21, 41:11, 41:15, 41:21, 42:5, 42:11, 42:18, 43:19, 44:2, 44:23, 45:15, 46:16, 48:9, 48:23, 49:18, 51:2, 51:21, 51:22, 52:15, 54:18, 56:11, 56:22, 56:23, 58:5, 58:19, 59:13, 59:17, 60:17, 61:13, 62:4, 62:13, 63:24, 65:3, 65:7, 65:8, 65:10, 65:12, 65:23, 65:25, 66:8, 66:12, 67:11, 67:13, 67:18, 67:21, 68:17, 69:11, 69:13, 70:11, 70:20, 72:10, 72:13, 72:17, 72:21, 74:15, 74:17, 80:24, 82:19, 83:6, 84:23
**CASES** [1] - 1:8
**cases** [37] - 6:15, 8:4, 8:20, 11:19, 12:3, 12:5, 12:14, 12:24, 12:25, 13:1, 13:6, 16:12, 18:2, 18:4, 21:25, 22:22, 24:19, 32:16, 32:24, 36:14, 37:7, 42:25, 43:23, 48:23, 61:3, 61:14, 61:22, 65:9, 65:18, 66:2, 66:3, 67:10, 72:6, 79:1, 86:20
**Cases** [1] - 32:23
**Casillas** [1] - 34:1
**Cassandra** [1] - 23:21
**CASTEIX** [1] - 1:15
**categories** [2] - 11:10, 11:18

**category** [2] - 11:22, 39:24
**Catherine** [1] - 10:25
**CATHY** [1] - 3:21
**Cathy** [3] - 9:4, 87:16, 87:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 87:23
**cathy_Pepper@laed. uscourts.gov** [1] - 3:24
**CAUSE** [1] - 1:11
**causing** [1] - 68:24
**CCR** [2] - 3:21, 87:21
**Centrality** [1] - 17:15, 49:23, 55:12, 57:10, 60:2
**CENTRE** [1] - 2:11
**certain** [2] - 6:15, 44:10
**certainly** [7] - 6:17, 6:18, 7:24, 17:20, 28:22, 60:17, 80:2
**CERTIFICATE** [1] - 87:15
**certificate** [2] - 55:6, 57:9
**certification** [1] - 80:8
**CERTIFIED** [1] - 3:22
**Certified** [3] - 87:16, 87:17, 87:21
**certify** [1] - 87:18
**CHAD** [1] - 2:15
**CHAFFE** [1] - 2:10
**chance** [3] - 43:25, 64:10, 67:2
**Chandler** [1] - 9:6
**Chaney** [1] - 9:6
**change** [1] - 84:18
**changes** [1] - 7:6
**Charles** [1] - 32:22
**CHARLES** [1] - 3:17
**Chase** [1] - 9:6
**Cheatham** [1] - 9:6
**CHEFFO** [1] - 2:18
**chemo** [1] - 44:18
**chemotherapy** [2] - 44:4, 56:7
**Cheryl** [3] - 9:12, 9:16, 11:9
**CHRIS** [1] - 2:24
**Chris** [2] - 17:7, 42:22
**Chriselda** [1] - 81:20
**Christine** [1] - 73:25
**Christlyn** [1] - 9:25
**CHRISTOPHER** [1] - 1:24
**Christy** [1] - 9:22

**Cindy** [2] - 9:4, 10:3
**circumstance** [1] - 16:7
**circumstances** [1] - 58:14
**CIVIL** [1] - 1:6
**claim** [1] - 48:15
**clarifies** [1] - 45:10
**clarify** [2] - 29:13, 30:1
**clarifying** [1] - 45:24
**clarity** [1] - 45:18
**Claude** [2] - 27:14, 27:25
**Claudia** [1] - 35:22
**Claywell** [1] - 9:7
**clear** [5] - 12:7, 29:24, 45:2, 45:23, 60:4
**cleared** [1] - 8:20
**clearly** [1] - 45:22
**CLERK** [1] - 61:10
**CLEVELAND** [1] - 2:4
**client** [18] - 27:8, 28:11, 29:4, 31:1, 31:8, 31:14, 31:21, 32:4, 32:9, 33:11, 39:12, 51:6, 53:3, 59:3, 60:7, 69:5, 74:1, 74:4
**clients** [1] - 11:15
**closest** [1] - 45:19
**CMO** [1] - 80:7
**co** [6] - 13:10, 17:8, 17:13, 17:17, 17:21, 32:9
**co-counsel** [5] - 17:8, 17:13, 17:17, 17:21, 32:9
**co-liaison** [1] - 13:10
**Coffin** [2] - 18:11, 59:18
**Cokley** [1] - 68:8
**Cole** [1] - 9:7
**Colella** [2] - 24:11, 24:13
**Coleman** [4] - 17:4, 17:6, 17:8, 17:17
**Colleen** [1] - 9:11
**COLORADO** [1] - 1:25
**comments** [1] - 6:7
**COMMITTEE** [2] - 1:15, 2:7
**committee** [2] - 45:9, 46:13
**Committee's** [1] - 46:16
**communicate** [8] - 11:15, 12:11, 22:20, 73:15, 73:22, 75:7, 75:21, 83:4

**communicated** [2] - 38:24, 83:4
**communicating** [1] - 39:18
**communication** [3] - 21:5, 21:24, 77:19
**communications** [1] - 56:19
**complaint** [1] - 68:23
**complete** [11] - 19:19, 33:13, 35:1, 40:14, 48:11, 48:12, 54:19, 55:22, 55:25, 67:4, 71:2
**completed** [1] - 30:20
**completely** [2] - 52:4, 71:3
**compliance** [2] - 48:2, 51:25
**compliant** [1] - 52:4
**complied** [2] - 41:3, 44:20
**comply** [2] - 6:15, 24:4
**COMPUTER** [1] - 4:1
**COMPUTER-AIDED** [1] - 4:1
**concern** [1] - 66:9
**concerns** [1] - 6:8
**concluded** [1] - 87:12
**conclusion** [1] - 86:19
**condition** [1] - 45:22
**confer** [4] - 62:2, 79:10, 79:16, 86:24
**conference** [1] - 13:6
**confirm** [3] - 18:18, 66:12, 67:20
**confirmation** [1] - 55:14
**confirmed** [2] - 55:13, 72:18
**confused** [2] - 44:10, 65:25
**confusion** [1] - 65:10
**Connie** [1] - 41:18
**consent** [5] - 15:18, 16:7, 16:8, 16:9, 16:14, 22:14, 32:10, 39:8
**consented** [1] - 23:24
**consider** [2] - 39:10, 51:14
**considered** [1] - 21:7
**considering** [1] - 12:1
**contact** [45] - 12:9, 14:12, 14:14, 18:17, 19:10, 20:6, 20:11, 20:14, 20:19, 21:22, 22:13, 23:3, 23:22, 25:10, 25:13, 25:15,

25:24, 25:25, 26:1, 26:9, 27:1, 27:4, 29:6, 32:4, 37:8, 37:12, 37:15, 37:21, 38:21, 38:22, 38:23, 39:12, 49:10, 50:1, 60:23, 63:5, 65:1, 69:10, 70:4, 73:1, 73:19, 82:2, 83:15, 84:14, 85:13
**contacted** [2] - 10:13, 39:2
**contacting** [2] - 25:11, 49:25
**contained** [1] - 67:24
**continue** [4] - 25:16, 54:14, 76:7, 77:6
**CONTINUED** [2] - 2:1, 3:4
**continuing** [1] - 20:15
**control** [1] - 17:18
**conversation** [1] - 18:20
**conveyed** [1] - 47:19
**convicted** [1] - 57:19
**Coon** [6] - 26:16, 26:20, 26:23, 27:6, 32:7, 74:14
**cooperate** [2] - 82:18, 83:16
**cooperative** [1] - 50:24
**copy** [2] - 8:25, 60:12
**core** [3] - 64:5, 68:10, 70:19
**correct** [5] - 49:17, 52:18, 53:1, 66:18, 87:18
**Correctional** [1] - 57:3
**corresponded** [1] - 55:10
**Cota** [1] - 35:25
**counsel** [58] - 6:8, 7:19, 8:4, 10:11, 11:12, 11:13, 12:8, 12:10, 12:11, 13:11, 14:13, 17:8, 17:13, 17:16, 17:17, 17:21, 18:24, 22:3, 22:21, 26:8, 30:6, 30:14, 32:3, 32:9, 38:8, 38:9, 39:6, 39:16, 39:18, 41:12, 41:13, 43:23, 46:13, 47:13, 48:1, 50:11, 55:9, 55:10, 56:19, 59:9, 60:24, 62:10, 62:17, 63:22, 64:8, 64:25, 69:8, 70:12, 73:15, 73:23, 75:7, 75:21,

78:22, 79:11, 79:17,
86:24
**counsel's** [21] - 22:5,
23:14, 23:16, 26:10,
32:5, 39:19, 41:15,
51:19, 59:10, 63:24,
65:2, 69:11, 70:22,
71:19, 75:8, 81:1,
82:20, 83:7, 83:18,
83:24, 85:10
**counsels'** [2] - 11:16,
12:13
**country** [1] - 18:19
**couple** [2] - 22:22,
26:3
**course** [6] - 6:24,
18:20, 23:12, 43:14,
48:17, 64:10
**Court** [44] - 12:1, 12:5,
12:6, 12:12, 18:5,
22:2, 22:18, 25:14,
27:3, 31:4, 39:14,
39:15, 40:9, 40:19,
41:11, 41:13, 45:6,
45:24, 49:11, 49:12,
51:2, 51:5, 51:8,
51:12, 53:4, 60:6,
61:11, 63:21, 64:20,
66:20, 69:8, 70:12,
70:21, 72:19, 75:1,
76:8, 76:19, 78:20,
80:25, 87:17, 87:17,
87:18, 87:22, 87:23
**court** [8] - 8:7, 8:24,
26:8, 47:23, 52:17,
64:25, 67:6, 73:21
**COURT** [275] - 1:1,
3:21, 6:4, 6:7, 6:12,
6:22, 7:3, 7:6, 7:14,
7:19, 8:10, 8:12,
8:15, 10:18, 10:22,
12:1, 12:18, 13:9,
13:18, 13:25, 14:3,
14:8, 14:16, 14:24,
15:5, 15:11, 15:23,
16:5, 16:11, 16:15,
16:25, 17:5, 17:20,
18:6, 18:8, 18:25,
19:4, 19:15, 19:17,
20:2, 20:16, 20:24,
21:7, 21:14, 21:25,
22:18, 23:6, 23:10,
24:3, 24:7, 24:17,
24:24, 25:6, 25:14,
26:1, 26:7, 26:22,
27:3, 27:11, 27:18,
27:21, 27:23, 28:4,
28:19, 29:1, 29:7,
29:9, 29:16, 29:21,
29:24, 30:8, 30:11,

30:16, 30:19, 31:4,
31:11, 31:17, 32:2,
32:12, 32:15, 32:20,
33:5, 33:9, 33:15,
33:25, 34:4, 34:8,
34:11, 34:14, 34:17,
34:20, 35:7, 35:12,
35:15, 35:18, 35:21,
35:24, 36:2, 36:5,
36:10, 36:12, 36:23,
37:11, 37:13, 38:1,
38:12, 39:1, 39:9,
39:14, 40:9, 40:19,
41:2, 41:4, 41:11,
42:1, 42:9, 42:11,
42:16, 42:24, 43:2,
43:8, 43:12, 43:15,
44:7, 46:1, 46:3,
46:18, 47:1, 47:4,
47:8, 47:16, 47:22,
48:16, 48:21, 49:14,
49:18, 49:21, 50:3,
50:19, 51:17, 52:6,
52:12, 53:6, 53:10,
53:13, 53:16, 54:1,
54:8, 54:12, 55:1,
55:17, 55:24, 56:10,
56:19, 57:4, 57:18,
57:23, 58:16, 59:8,
59:13, 60:5, 60:15,
61:1, 61:3, 61:6,
61:12, 61:16, 61:20,
62:10, 62:19, 63:11,
63:21, 64:9, 64:12,
64:20, 64:25, 65:14,
65:16, 65:25, 66:5,
66:11, 66:20, 67:3,
67:20, 67:23, 68:2,
68:6, 68:12, 68:17,
69:8, 69:19, 69:24,
70:4, 70:11, 70:20,
71:5, 71:10, 71:16,
71:18, 71:25, 72:5,
72:8, 72:13, 72:18,
73:4, 73:9, 73:14,
73:21, 74:3, 74:5,
74:9, 74:12, 74:16,
74:21, 75:1, 75:6,
75:12, 75:16, 75:20,
75:24, 76:3, 76:8,
76:15, 76:19, 76:23,
77:1, 77:10, 77:15,
77:19, 77:21, 78:1,
78:6, 78:10, 78:14,
78:17, 78:20, 79:4,
79:13, 79:18, 79:23,
79:25, 80:2, 80:13,
80:19, 80:24, 81:6,
81:12, 81:15, 81:24,
82:3, 82:7, 82:11,
82:14, 82:19, 83:1,

83:6, 83:13, 83:17,
83:23, 84:4, 84:8,
84:13, 84:15, 84:25,
85:4, 85:8, 85:15,
85:17, 85:21, 86:1,
86:6, 86:11, 86:14,
86:17, 87:5
**courtroom** [1] - 7:17
**COX** [1] - 2:14
**Crawford** [1] - 9:7
**CRR** [2] - 3:21, 87:21
**Crum** [1] - 50:8
**Crump** [3] - 20:23,
20:24, 21:1
**Crystal** [4] - 70:16,
71:21, 71:24, 71:25
**Cunningham** [1] - 9:8
**cure** [3] - 43:6, 46:10,
66:19
**cured** [10] - 18:4,
43:24, 53:22, 54:19,
58:9, 59:22, 60:14,
64:5, 81:11, 85:19
**current** [1] - 41:22
**cut** [3] - 37:1, 37:5,
38:17
**Cutter** [2] - 16:1, 16:4
**Cynthia** [1] - 8:23

---

## D

**daily** [1] - 67:17
**DALLAS** [1] - 3:19
**Dametrica** [1] - 11:1
**Danielle** [1] - 30:2
**Daniels** [2] - 40:13,
40:15
**date** [17] - 19:2, 21:4,
45:5, 49:1, 49:16,
49:20, 49:23, 49:25,
56:3, 56:17, 63:20,
73:2, 80:1, 81:14,
81:16, 82:24, 86:21
**dated** [4] - 45:16,
45:18, 46:24, 52:19
**dates** [6] - 56:7, 59:21,
60:1, 60:16, 60:22,
60:24
**daughter** [12] - 22:14,
22:20, 31:21, 31:22,
40:17, 50:2, 57:7,
59:4, 76:6, 84:11,
84:13, 84:14
**daughter's** [1] - 84:10
**DAVID** [1] - 1:19
**David** [1] - 16:20
**Davila** [1] - 28:9
**Davis** [6] - 9:8, 11:21,
20:23, 20:24, 21:1

Dawn [1] - 47:10
**DAWN** [1] - 1:16
**days** [104] - 17:23,
18:3, 18:23, 19:15,
19:18, 20:17, 25:14,
25:17, 25:25, 26:2,
27:3, 28:1, 28:4,
28:5, 28:15, 28:17,
28:19, 28:22, 29:8,
29:9, 29:11, 29:21,
30:15, 30:16, 30:18,
30:19, 31:3, 31:4,
31:16, 31:17, 33:14,
33:15, 33:19, 33:23,
33:25, 34:4, 35:7,
37:24, 38:1, 40:2,
40:19, 41:2, 42:1,
44:11, 46:19, 47:4,
50:3, 51:16, 52:18,
53:13, 54:10, 55:21,
55:22, 55:24, 56:2,
60:15, 63:11, 63:12,
64:20, 66:20, 68:12,
68:15, 68:18, 68:22,
68:23, 69:18, 69:19,
69:24, 70:2, 71:4,
71:5, 71:24, 71:25,
73:4, 73:5, 74:21,
75:1, 76:7, 76:8,
76:19, 77:6, 77:18,
77:21, 78:13, 78:20,
79:25, 80:13, 81:6,
81:24, 82:3, 82:6,
82:11, 83:13, 84:4,
84:12, 84:15, 84:24,
84:25, 85:4, 85:17,
86:6, 86:11, 86:17
**De** [1] - 9:9
**dealing** [3] - 8:2,
56:12, 60:5
**death** [3] - 20:7, 55:4,
55:6
**Debby** [1] - 27:7
**Deborah** [5] - 9:8,
9:13, 34:18, 64:16,
73:6
**Debra** [2] - 10:24,
79:19
**deceased** [4] - 20:5,
38:20, 39:15, 63:16
**December** [1] - 10:18
**decide** [2] - 78:12,
79:21
**deciding** [2] - 76:6,
80:2
**decision** [1] - 80:4
**declaration** [34] -
8:17, 10:12, 11:14,
11:23, 11:24, 14:12,
14:19, 14:21, 15:3,

20:18, 21:5, 23:2,
23:13, 25:15, 27:16,
33:12, 35:3, 37:7,
37:9, 37:22, 38:6,
38:9, 40:1, 40:14,
40:21, 40:25, 41:6,
41:8, 41:19, 42:5,
44:1, 63:18, 80:22
**declarations** [8] -
8:10, 11:12, 11:17,
11:20, 12:1, 12:7,
12:16, 42:12
**Declarations** [1] -
8:17
**DECLARATIONS.......
..................................**
[1] - 5:6
**declines** [13] - 71:9,
72:4, 74:1, 74:4,
74:11, 75:11, 75:14,
75:23, 77:25, 80:17,
84:7, 85:24, 86:13
**defendant** [4] - 36:23,
36:24, 46:8, 47:14
**defendant's** [1] - 52:5
**defendants** [10] - 8:5,
13:17, 15:15, 15:21,
16:10, 16:13, 24:1,
39:7, 47:15, 55:10
**DEFENDANTS'** [1] -
2:6
**defense** [6] - 14:13,
21:3, 36:21, 37:4,
55:9, 79:17
**defer** [1] - 86:20
**deficiencies** [2] -
43:24, 46:9
**deficiency** [13] -
17:10, 29:19, 44:1,
44:10, 46:5, 47:15,
52:18, 53:22, 53:25,
58:8, 59:22, 60:13,
64:13
**defines** [1] - 48:11
**defining** [1] - 48:13
**Delores** [2] - 59:17,
59:24
**demetria** [1] - 31:13
**demonstrated** [1] -
45:16
**Denese** [1] - 72:15
**denied** [23] - 51:2,
52:5, 58:16, 60:18,
62:11, 62:19, 64:6,
64:9, 64:14, 67:7,
73:9, 76:3, 76:15,
76:23, 77:1, 78:5,
78:6, 78:10, 81:13,
82:7, 82:14, 83:1,
85:21

DENVER [1] - 1:25
deny [7] - 44:24,
51:12, 51:18, 52:12,
53:4, 56:15, 67:3
Deonna [1] - 10:1
depict [1] - 45:22
DEPUTY [1] - 61:10
despite [19] - 12:13,
22:5, 23:16, 26:10,
32:5, 39:19, 41:15,
59:10, 63:24, 65:2,
69:11, 70:22, 71:19,
81:1, 82:20, 83:7,
83:18, 83:24, 85:9
details [1] - 55:20
detention [2] - 57:20,
57:22
determination [1] -
44:22
determine [2] - 6:14,
18:24
Deters [1] - 34:6
development [1] -
19:11
device [1] - 57:13
DFS [1] - 48:13
Diana [2] - 33:16,
33:20
Diane [3] - 11:25,
18:10, 18:16
DIEGO [1] - 3:15
different [5] - 8:2,
14:5, 28:14, 46:7,
72:10
difficult [5] - 47:16,
47:22, 57:12, 63:3,
79:10
difficulty [7] - 14:16,
28:11, 31:2, 33:22,
40:16, 41:23, 46:4
Diggs [1] - 69:3
diligent [7] - 19:10,
63:17, 64:24, 65:1,
69:7, 80:23, 83:3
diligently [1] - 60:7
Dillard [1] - 9:9
disagree [1] - 64:8
disclose [1] - 23:23
discovered [2] - 57:2,
60:8
discovery [2] - 48:18,
48:19
discuss [2] - 32:16,
56:3
discussed [3] - 7:18,
42:4, 55:2
diseased [1] - 85:6
dismiss [25] - 6:15,
12:5, 15:19, 19:20,
22:18, 25:3, 26:7,

27:10, 31:10, 32:1,
39:5, 41:11, 46:16,
49:18, 51:2, 55:25,
56:11, 60:17, 65:14,
65:16, 66:1, 66:5,
66:11, 67:13, 74:1
Dismiss [3] - 51:13,
51:18, 53:5
DISMISSAL [1] - 5:5
Dismissal [1] - 8:3
dismissal [26] - 8:5,
13:12, 14:13, 14:17,
15:12, 15:15, 16:8,
16:24, 18:5, 20:10,
20:13, 21:9, 22:15,
22:21, 23:17, 23:24,
23:25, 26:6, 32:25,
34:7, 44:24, 48:19,
54:23, 59:7, 67:11,
70:10
dismissals [3] - 8:11,
13:15, 44:17
dismissed [79] -
12:14, 15:19, 15:23,
16:15, 16:25, 21:14,
22:1, 22:6, 23:10,
24:3, 24:5, 24:17,
24:24, 25:4, 25:6,
26:11, 27:11, 27:21,
28:2, 28:6, 31:11,
31:25, 32:2, 32:12,
33:9, 34:8, 34:11,
34:14, 34:17, 35:12,
35:15, 35:18, 35:21,
35:24, 36:2, 36:5,
37:24, 39:21, 41:16,
49:4, 59:13, 63:25,
65:3, 65:11, 65:19,
65:22, 67:18, 67:23,
69:12, 70:11, 70:14,
70:20, 71:10, 71:20,
72:5, 72:13, 72:19,
73:14, 73:21, 74:5,
74:9, 74:12, 74:16,
75:6, 75:12, 75:16,
75:20, 75:24, 78:1,
80:19, 80:24, 82:19,
83:6, 83:19, 83:25,
84:8, 85:8, 86:1,
86:14
dismisses [1] - 12:3
dispute [4] - 45:3,
45:5, 45:25, 75:8
DISTRICT [3] - 1:1,
1:1, 1:12
District [3] - 87:18,
87:23
dive [1] - 12:21
Dixon [1] - 69:14
DOCETAXEL [1] - 1:4

docket [22] - 6:10,
6:14, 7:16, 10:15,
10:17, 10:20, 12:4,
12:21, 32:23, 42:7,
42:13, 44:3, 50:10,
51:5, 51:13, 52:17,
56:25, 59:19, 61:24,
62:21, 64:13, 79:2
Document [1] - 45:13
DOCUMENT [1] - 1:8
documents [27] -
63:3, 63:6, 64:5,
64:17, 68:10, 69:17,
69:23, 70:3, 70:19,
71:1, 71:13, 73:8,
74:20, 76:2, 76:14,
77:18, 78:3, 78:8,
81:4, 81:10, 82:1,
82:6, 84:12, 85:14,
85:25, 86:9, 86:16
Domer [2] - 16:3, 16:5
DOMER [3] - 2:23,
16:6, 16:17
domestic [1] - 20:8
done [5] - 47:25, 48:3,
54:6, 55:19, 56:13
Donna [2] - 72:23,
86:3
Dora [1] - 9:15
Doris [2] - 9:1, 83:10
Dorothy [1] - 84:9
Dortch [1] - 69:21
doses [1] - 56:8
down [3] - 37:1, 37:5,
79:7
dozen [1] - 39:13
draconian [1] - 46:16
drafting [2] - 84:2,
85:2
Dreschsler [1] - 9:9
DRIVE [1] - 3:14
dual [2] - 65:6, 67:16
Dudley [1] - 69:25
due [1] - 13:2
duplicate [5] - 67:10,
67:11, 67:13, 72:11,
84:24
duplicates [1] - 72:12
during [3] - 18:20,
50:10, 55:2

## E

e-mail [12] - 10:11,
21:23, 38:23, 39:3,
43:25, 44:2, 44:9,
44:14, 46:13, 78:24,
81:19, 82:15
e-mailed [1] - 79:5

e-mails [3] - 55:18,
70:5, 79:3
EASTERN [1] - 1:1
Eastern [1] - 87:18
echo [1] - 49:13
Edgie [1] - 10:5
Edna [1] - 77:23
Edwards [5] - 70:16,
70:18, 71:21, 71:24,
71:25
effect [2] - 67:18,
67:24
effort [5] - 19:19, 54:6,
75:8, 83:8, 83:18
efforts [23] - 12:13,
19:10, 21:2, 22:5,
23:14, 23:16, 26:9,
26:10, 32:5, 39:19,
41:10, 41:15, 59:10,
63:24, 65:3, 69:7,
69:11, 70:23, 71:19,
81:1, 82:21, 83:24,
85:10
eight [1] - 64:18
either [5] - 20:17,
25:2, 39:8, 47:6,
67:19
Elaine [1] - 76:24
elderly [1] - 31:23
electronic [1] - 57:13
electronically [1] -
60:11
Elizabeth [3] - 9:2,
9:9, 32:8
Elliott [5] - 9:11, 17:7,
40:21, 40:24, 42:22
ELLIOTT [111] - 1:24,
2:24, 17:7, 17:19,
17:24, 61:19, 62:4,
62:17, 63:1, 63:13,
63:16, 64:4, 64:17,
64:23, 65:6, 65:15,
65:18, 66:3, 66:9,
66:17, 66:23, 68:3,
68:9, 68:13, 69:5,
69:15, 69:22, 70:1,
70:5, 70:17, 71:1,
71:8, 71:12, 71:21,
72:3, 72:7, 72:12,
72:16, 72:21, 72:25,
73:5, 73:7, 73:12,
73:19, 74:1, 74:4,
74:8, 74:11, 74:14,
74:20, 74:24, 75:4,
75:10, 75:14, 75:18,
75:23, 76:1, 76:5,
76:10, 76:13, 76:18,
76:21, 76:25, 77:3,
77:8, 77:17, 77:20,
77:24, 78:3, 78:8,

78:12, 78:15, 78:19,
79:6, 79:15, 79:20,
79:24, 80:1, 80:11,
80:15, 80:17, 80:22,
81:4, 81:9, 81:21,
82:1, 82:5, 82:9,
82:13, 82:18, 82:23,
82:25, 83:3, 83:11,
83:15, 83:21, 84:2,
84:7, 84:10, 84:14,
84:18, 85:2, 85:6,
85:12, 85:16, 85:19,
85:24, 86:4, 86:9,
86:13, 86:16
Ellis [3] - 9:11, 16:19,
16:23
ELLIS [1] - 2:3
EMANUEL [1] - 2:18
en [1] - 63:6
end [5] - 19:17, 43:4,
43:7, 68:24, 78:3
ended [1] - 12:24
ENERGY [1] - 2:11
engage [1] - 33:23
Engelhardt [1] - 45:8
enrolled [2] - 17:15,
17:18
enter [1] - 18:5
entered [3] - 13:13,
45:8, 87:1
entirely [2] - 44:9,
55:22
entitled [1] - 87:19
Eric [2] - 26:19, 26:23
ERIC [1] - 3:6
Erin [1] - 66:13
Ertle [1] - 9:11
ESI [1] - 57:9
ESQ [29] - 1:16, 1:20,
1:23, 1:24, 2:3, 2:7,
2:11, 2:15, 2:18,
2:22, 2:23, 2:23,
2:24, 3:1, 3:1, 3:2,
3:2, 3:3, 3:6, 3:7,
3:7, 3:8, 3:8, 3:9,
3:10, 3:10, 3:11,
3:13, 3:17
establishing [1] -
53:24
event [3] - 22:20,
25:15, 45:20
Everll [1] - 9:24
evidence [4] - 44:22,
48:9, 56:6
exact [2] - 26:2, 52:2
exactly [4] - 47:13,
47:15, 56:1, 61:2
excellent [1] - 87:5
except [3] - 14:25,
43:3, 47:20

exchange [1] - 55:18
excuse [4] - 13:25, 14:3, 36:17, 49:6
explaining [1] - 58:14
extend [2] - 11:15, 39:11
extension [18] - 17:10, 18:3, 40:8, 40:10, 40:18, 41:1, 41:24, 53:5, 54:4, 63:2, 66:19, 68:9, 69:23, 70:1, 70:7, 72:25, 77:17, 79:20
extensive [1] - 63:4
extent [1] - 69:2

## F

Facebook [1] - 41:24
facilities [1] - 68:16
facility [2] - 28:14, 57:17
Facility [1] - 57:3
Fact [34] - 6:16, 14:9, 19:19, 20:17, 21:3, 21:8, 24:5, 28:5, 28:21, 29:11, 29:17, 29:22, 31:5, 45:12, 54:8, 55:5, 55:12, 64:4, 66:23, 68:18, 71:3, 76:1, 76:21, 77:3, 78:4, 79:14, 82:5, 82:9, 82:13, 82:23, 83:11, 83:22, 85:3, 86:4
fact [9] - 46:6, 46:10, 48:14, 50:23, 51:2, 55:3, 55:19, 57:8, 79:9
fail [1] - 73:15
failed [22] - 12:10, 12:12, 22:4, 26:11, 32:4, 39:17, 41:10, 41:14, 63:23, 65:2, 69:10, 70:13, 70:22, 71:18, 73:16, 73:22, 75:7, 75:21, 80:25, 83:17, 83:23, 85:9
failing [1] - 59:9
fails [1] - 83:7
failure [5] - 6:15, 23:15, 48:25, 58:21, 62:14
fair [1] - 18:8
fairly [1] - 62:23
faith [1] - 54:6
family [28] - 20:19, 27:2, 27:4, 39:17, 51:9, 57:24, 63:17,

63:20, 64:24, 69:6, 71:8, 72:7, 73:1, 73:13, 73:20, 75:4, 75:11, 75:14, 75:18, 76:17, 76:18, 77:24, 78:12, 79:20, 80:2, 80:17, 85:7, 85:12
far [2] - 20:13, 87:1
Farley [1] - 9:12
Farley-Panaras [1] - 9:12
Fassett [1] - 11:25
Faustyne [3] - 21:13, 21:17, 21:25
faxing [1] - 64:18
February [1] - 14:14
Felicia [1] - 9:8
Fernelius [2] - 54:17, 56:22
Ferraiolo [1] - 70:25
few [4] - 25:24, 26:3, 30:18, 40:12
figure [5] - 57:16, 60:10, 60:16, 80:13, 84:24
file [5] - 20:18, 30:17, 56:2, 67:16, 68:18
filed [46] - 10:12, 11:14, 11:20, 12:2, 12:16, 14:12, 14:19, 14:21, 14:22, 18:25, 21:8, 23:3, 23:4, 23:9, 27:16, 27:20, 37:8, 37:22, 54:8, 55:24, 56:15, 64:4, 65:9, 65:18, 66:2, 66:3, 66:4, 66:23, 67:10, 67:11, 67:13, 73:7, 76:1, 76:14, 76:21, 76:25, 77:4, 77:8, 78:4, 78:23, 82:5, 82:13, 82:23, 84:23, 85:19
filing [5] - 12:24, 15:16, 19:2, 68:23, 79:14
filled [2] - 63:18, 84:22
filling [1] - 24:14
finally [4] - 31:2, 31:15, 36:8, 37:22
fine [10] - 8:13, 15:22, 16:24, 29:24, 43:10, 47:19, 61:19, 66:5, 67:19, 86:22
Finger [1] - 71:7
finish [1] - 87:6
FIRM [1] - 3:17
Firm [11] - 16:4, 21:13, 21:18, 30:6, 30:9, 32:21, 32:22, 39:25,

40:5, 42:6, 58:6
firm [12] - 10:10, 17:12, 17:13, 21:21, 22:24, 24:20, 25:21, 30:8, 30:13, 32:17, 38:11, 53:17
firms [1] - 68:4
first [14] - 8:3, 8:23, 13:20, 14:5, 19:8, 25:11, 26:15, 26:17, 37:17, 43:19, 61:13, 61:22, 62:24, 84:19
Fischer [2] - 19:25, 20:3
FISCHER [4] - 3:1, 20:1, 20:3, 20:20
Fisher [1] - 9:12
five [4] - 45:21, 46:24, 47:2, 61:7
five-minute [1] - 61:7
Fleeta [2] - 38:4, 38:18
Fleming [1] - 9:12
Fletcher [3] - 13:21, 14:7, 15:2
FLOOR [1] - 2:19
Flora [1] - 17:3
Florence [1] - 34:9
flu [1] - 10:16
FOERSTER [1] - 3:13
folks [3] - 63:3, 68:1, 68:3
follow [1] - 18:3
following [1] - 45:9
FOR [2] - 1:15, 2:6
Ford [1] - 9:13
foregoing [1] - 87:18
foreseeable [1] - 42:19
forget [1] - 37:2
form [5] - 29:22, 36:20, 36:25, 38:23, 55:20
forms [1] - 8:17
forth [1] - 54:6
forward [1] - 18:1
Foster [1] - 34:9
Francine [1] - 16:1
Francisca [1] - 10:5
Frankenberg [2] - 71:11, 71:13
frankly [1] - 6:14
Frazier [4] - 9:13, 37:17, 37:20, 37:22
Fred [2] - 54:16, 54:25
freezing [1] - 79:18
friend [1] - 51:10
FRITCHIE [1] - 2:7
fully [1] - 7:12
future [1] - 42:19

## G

Gaddy [1] - 29:2
Gail [1] - 34:12
Gaines [1] - 9:13
GAINSBURGH [1] - 1:19
Geneva [1] - 11:6
geneva [1] - 35:16
gentlemen [1] - 7:11
Georena [1] - 10:5
Gipson [1] - 72:2
given [4] - 19:18, 31:9, 48:1, 63:11
Gladys [1] - 9:18
Glenn [1] - 72:15
Gloria [5] - 9:1, 24:25, 64:21, 69:13, 83:20
Godfrey [1] - 51:22
Gomez [2] - 38:5, 38:10
good-faith [1] - 54:6
Gordon [2] - 24:14, 72:24
GORDON [1] - 3:3
gosh [1] - 76:13
Graham [1] - 9:13
Grant [1] - 17:3
grant [18] - 25:14, 27:3, 31:4, 33:25, 34:4, 35:7, 40:9, 40:19, 41:1, 50:3, 53:13, 64:20, 66:20, 75:1, 76:8, 76:19, 78:20, 79:25
granted [3] - 52:17, 57:15, 68:18
Gray [1] - 73:6
Grebel [2] - 50:9, 50:18
Green [1] - 73:11
Greenstone [1] - 43:20
Griffin [1] - 9:14
Grissom [1] - 73:18
Grissom-Jones [1] - 73:18
ground [1] - 70:6
group [2] - 36:14, 74:15
Group [6] - 37:18, 49:6, 49:9, 66:3, 72:17
Group's [1] - 65:7
guess [1] - 51:22
guessing [1] - 64:12
guest [1] - 57:2
guided [1] - 87:3
Guyann [1] - 54:16

Gwendolyn [3] - 76:9, 76:10, 76:16

## H

Hagenburger [1] - 73:25
hair [2] - 45:15, 45:22
Hall [3] - 34:12, 74:7, 74:8
hand [2] - 8:14, 47:25
handful [2] - 36:15, 37:6
hands [1] - 77:11
hanging [1] - 67:6
HANLON [2] - 2:23, 15:12
Hanlon [2] - 15:9, 15:11
hard [3] - 16:13, 39:11, 60:12
Harriet [1] - 9:13
Harris [1] - 9:14
Hart [1] - 34:15
Hart-Bertulis [1] - 34:15
Hartman [1] - 34:18
Hastings [2] - 34:23, 34:24
Hawkins [3] - 52:24, 53:2, 54:1
HAWKINS [6] - 3:9, 53:1, 53:9, 53:15, 54:2, 54:11
Headrick [1] - 9:14
health [1] - 50:1
hear [4] - 39:11, 46:12, 55:17, 71:17
HEARD [1] - 1:11
heard [4] - 26:4, 45:2, 46:7, 47:12
hearing [32] - 11:20, 14:16, 17:11, 42:8, 43:4, 43:6, 43:22, 44:15, 46:6, 46:12, 47:19, 47:23, 48:24, 49:3, 50:8, 50:14, 52:3, 53:6, 53:20, 53:21, 54:20, 55:2, 55:7, 55:8, 56:24, 58:7, 59:11, 62:3, 79:11, 79:12, 79:17, 87:8
Heather [1] - 35:19
hello [1] - 38:12
Henderson [2] - 9:15, 52:15
hereby [1] - 87:18
Hernandez [2] - 9:15,

41:6
**herself** [1] - 22:16
**hesitant** [1] - 56:1
**Hess** [2] - 9:15, 9:16
**Hicks** [1] - 9:16
**HIGH** [1] - 3:14
**Hill** [2] - 74:10, 74:13
**Hill-Bing** [1] - 74:13
**hired** [1] - 30:5
**Hodge** [1] - 9:16
**Hogan** [2] - 24:20, 24:22
**hold** [1] - 27:22
**holdup** [1] - 15:16
**holidays** [1] - 63:2
**Holloway** [2] - 65:4, 65:10
**Holmberg** [1] - 74:19
**home** [4] - 10:16, 69:16, 69:22, 70:6
**Honor** [233] - 6:11, 7:4, 7:15, 7:25, 8:6, 8:8, 8:17, 9:10, 10:9, 10:19, 11:3, 11:12, 11:22, 12:20, 13:10, 13:12, 13:20, 14:1, 14:6, 14:11, 14:20, 14:23, 15:4, 15:6, 15:9, 15:12, 15:17, 16:3, 16:6, 16:12, 16:18, 16:22, 17:2, 17:14, 17:25, 18:1, 18:15, 19:9, 19:13, 19:16, 19:21, 19:22, 20:1, 20:21, 20:25, 21:2, 21:6, 21:10, 21:11, 21:19, 22:7, 22:12, 22:23, 23:2, 23:7, 23:18, 23:19, 23:22, 24:1, 24:6, 24:8, 24:22, 25:19, 25:20, 26:2, 26:5, 26:13, 26:14, 27:5, 27:8, 27:13, 27:16, 28:8, 28:17, 28:24, 28:25, 29:4, 29:12, 29:13, 29:23, 30:4, 30:10, 30:22, 30:23, 31:6, 31:12, 32:6, 32:13, 32:14, 32:22, 33:8, 34:7, 34:10, 34:19, 34:22, 35:8, 35:17, 35:20, 36:1, 36:4, 36:11, 36:13, 36:15, 37:7, 37:19, 38:2, 38:3, 38:14, 39:22, 39:23, 40:4, 40:11, 40:15, 40:20, 41:5, 41:17, 41:20, 42:2, 42:3, 43:1,

43:18, 44:8, 44:13, 44:16, 44:23, 44:25, 46:2, 47:3, 47:9, 47:10, 47:21, 48:4, 48:5, 48:7, 48:17, 48:22, 49:7, 49:8, 49:19, 49:24, 50:5, 50:6, 50:20, 50:23, 51:14, 51:20, 52:1, 52:11, 52:14, 53:14, 53:15, 53:18, 54:11, 54:13, 54:23, 54:24, 56:4, 56:18, 56:20, 57:1, 57:21, 58:3, 58:4, 58:10, 58:12, 58:17, 59:1, 59:6, 59:15, 59:16, 60:21, 61:9, 61:21, 62:4, 62:12, 62:20, 63:1, 63:8, 64:1, 64:5, 64:7, 64:15, 65:6, 65:21, 66:10, 66:21, 66:24, 67:1, 67:5, 67:15, 67:19, 68:3, 68:7, 68:14, 68:21, 69:5, 69:20, 70:9, 70:15, 70:17, 70:24, 71:6, 71:15, 72:3, 72:23, 73:7, 73:10, 73:17, 73:24, 74:6, 74:18, 74:22, 75:2, 76:22, 77:22, 78:21, 79:24, 80:5, 80:12, 80:20, 81:2, 81:5, 81:7, 82:16, 83:9, 84:5, 85:16, 86:2, 86:7, 86:18, 86:23, 87:10
**HONORABLE** [2] - 1:11, 2:22
**hope** [1] - 11:7
**hopefully** [1] - 62:22
**hoping** [1] - 57:5
**hospitals** [1] - 54:2
**Howard** [2] - 9:16, 74:23
**Howell** [1] - 9:17
**Hughes** [5] - 9:17, 17:4, 17:5, 17:8, 17:16
**humbly** [1] - 8:6
**Hunter** [1] - 9:17
**husband** [2] - 16:24, 25:10
**Huston** [1] - 35:9
**HYLAND** [3] - 2:22, 6:20, 7:2
**Hyland** [1] - 6:13

**I**

**ID** [1] - 80:8
**idea** [4] - 57:18, 58:1, 87:5, 87:8
**identification** [1] - 41:22
**imagine** [1] - 57:12
**Imogene** [1] - 82:12
**impression** [1] - 80:12
**IN** [1] - 1:4
**inadvertent** [1] - 53:20
**incarceration** [1] - 57:25
**incomplete** [2] - 47:14, 87:2
**indeed** [1] - 56:15
**independent** [1] - 47:18
**indicate** [1] - 47:15
**indicated** [5] - 22:14, 24:22, 27:8, 31:8, 32:9
**indicating** [2] - 11:14, 30:5
**indications** [1] - 22:17
**individually** [1] - 37:16
**Inez** [1] - 71:7
**inform** [1] - 21:21
**informal** [1] - 34:3
**information** [20] - 12:8, 12:9, 12:10, 19:18, 23:15, 23:23, 28:21, 29:10, 39:17, 41:14, 46:7, 47:5, 54:9, 56:8, 58:2, 63:22, 68:20, 69:9, 70:13, 80:10
**informed** [1] - 60:11
**Ingram** [1] - 9:18
**initial** [1] - 12:23
**injury** [3] - 44:18, 54:21, 56:6
**insight** [1] - 45:15
**instead** [1] - 67:14
**interactive** [1] - 7:12
**interest** [1] - 20:13
**interested** [1] - 6:18
**interrupt** [3] - 36:18, 37:2, 67:25
**involve** [1] - 87:2
**involved** [1] - 67:16
**Iris** [1] - 9:11
**IRWIN** [1] - 2:7
**IS** [1] - 72:8
**Ishida** [1] - 9:18
**issue** [24] - 13:23, 17:19, 18:21, 44:2,

44:19, 46:11, 46:22, 46:23, 48:2, 48:8, 48:24, 51:3, 51:23, 55:16, 57:11, 58:7, 60:3, 60:22, 64:18, 67:12, 68:10, 68:13, 69:15, 83:21
**issues** [6] - 35:5, 36:16, 50:1, 53:19, 81:23, 87:7
**items** [1] - 59:5
**Ivette** [1] - 9:9

**J**

**Jackson** [2] - 59:17, 59:24
**Jacqueline** [2] - 9:2, 11:21
**James** [1] - 9:18
**JAMES** [1] - 2:22
**Jami** [1] - 11:6
**Jamie** [1] - 75:3
**JANE** [1] - 1:11
**Janice** [1] - 86:8
**Janis** [1] - 9:14
**Janise** [1] - 85:18
**Jankowiak** [1] - 9:18
**Jeanette** [1] - 86:15
**Jefferson** [1] - 11:21
**Jefferson-Sargent** [1] - 11:21
**JENNIFER** [1] - 2:23
**Jennifer** [1] - 16:3
**Jessica** [3] - 11:25, 18:15, 59:23
**JESSICA** [1] - 3:1
**Jesus** [1] - 9:9
**Jill** [1] - 34:15
**Joan** [6] - 31:18, 75:22, 75:23, 77:2, 80:6, 83:14
**JOHN** [1] - 2:11
**Johnson** [5] - 9:19, 22:8, 22:14, 22:16, 24:25
**Johnson's** [1] - 22:13
**Johnson-Pierre** [1] - 24:25
**jointly** [1] - 30:17
**Jones** [1] - 73:18
**Jose** [1] - 11:8
**Joyce** [2] - 10:7, 31:7
**judge** [2] - 6:13, 36:19
**Judge** [6] - 17:24, 33:3, 42:17, 45:8, 60:20, 67:8
**JUDGE** [3] - 1:12, 6:20, 7:2

**Judi** [1] - 11:1
**judicata** [1] - 67:12
**Julia** [1] - 9:23
**JULIE** [1] - 2:3
**Julissa** [1] - 11:8
**June** [3] - 25:11, 31:8, 62:7
**Juslynn** [1] - 9:4

**K**

**Kagan** [3] - 37:18, 37:20, 38:1
**KAGAN** [2] - 37:19, 38:2
**Karen** [3] - 9:6, 9:9, 10:24
**Kathleen** [1] - 10:8
**Kathryn** [1] - 15:7
**Kathy** [1] - 9:12
**Katy** [1] - 24:9
**keep** [1] - 63:19
**Kelly** [1] - 75:3
**KELLY** [1] - 2:7
**KEOGH** [1] - 2:14
**Kessler** [1] - 24:14
**KESSLER** [9] - 3:3, 24:13, 24:22, 25:2, 25:9, 25:19, 25:23, 26:2, 26:14
**Kevah** [1] - 78:7
**Kim** [1] - 71:11
**kin** [4] - 20:9, 38:21, 39:4, 74:25
**KINGSDORF** [1] - 1:15
**Krake** [1] - 9:19
**Krantz** [2] - 22:9, 58:20
**Kranz** [2] - 22:11, 23:21
**Kristie** [1] - 20:3
**KRISTIE** [1] - 3:1
**Kristin** [1] - 11:6
**Kruse** [2] - 50:9, 50:18
**KYLE** [1] - 1:23

**L**

**labeled** [1] - 59:20
**Labertha** [2] - 75:17, 75:19
**Lackey** [2] - 53:16, 53:18
**lackey** [1] - 54:7
**lacking** [1] - 56:6
**ladies** [1] - 7:11
**lady** [1] - 72:8

**LaMacchia** [2] - 40:3, 40:5
**LAMACCHIA** [7] - 40:4, 40:15, 40:23, 41:3, 41:8, 41:20, 42:2
**LAMBERT** [22] - 1:20, 13:10, 13:20, 15:9, 16:3, 18:12, 19:25, 22:10, 24:11, 26:19, 38:10, 38:14, 40:3, 42:22, 44:16, 48:6, 49:5, 50:17, 52:24, 67:8, 67:19, 67:25
**Lambert** [2] - 13:10, 67:9
**Lancien** [2] - 58:6, 58:11
**language** [1] - 38:8
**last** [60] - 10:11, 11:3, 11:10, 11:19, 11:22, 13:5, 13:6, 18:18, 19:5, 19:11, 21:19, 21:20, 23:20, 24:13, 25:20, 26:3, 27:1, 28:12, 30:5, 32:7, 34:24, 36:6, 36:8, 36:9, 41:18, 42:5, 42:13, 42:14, 42:24, 43:4, 43:7, 43:22, 45:2, 46:6, 47:17, 48:24, 49:3, 49:11, 50:10, 52:3, 52:16, 53:6, 53:20, 53:21, 54:15, 54:20, 55:2, 55:7, 56:24, 56:25, 58:7, 58:13, 59:18, 61:23, 62:3, 62:14, 65:10, 66:4, 80:3, 82:6
**Latasha** [2] - 9:7, 22:1
**late** [4] - 10:11, 34:24, 36:8, 68:24
**Laurie** [1] - 85:11
**law** [5] - 10:10, 17:12, 30:8, 53:16, 74:14
**Law** [18] - 16:1, 16:4, 21:13, 21:18, 30:6, 30:9, 32:21, 32:22, 39:25, 40:5, 42:6, 49:6, 49:8, 58:6, 65:7, 66:3, 72:16
**LAW** [1] - 3:17
**learn** [1] - 27:1
**learned** [4] - 19:11, 30:18, 35:3, 38:19
**learning** [1] - 38:20
**least** [4] - 28:20, 39:13, 66:19, 73:3
**Leatha** [1] - 25:8

**led** [1] - 58:14
**LEE** [1] - 3:7
**Lee** [3] - 9:22, 30:10, 58:10
**left** [6] - 25:24, 26:3, 69:17, 69:22, 70:5, 86:20
**Legal** [1] - 37:18
**legally** [1] - 20:7
**Lehman** [3] - 30:2, 30:5, 30:11
**Lemons** [1] - 75:9
**Leslie** [2] - 40:3, 40:4
**letter** [2] - 30:4, 83:4
**Lewis** [1] - 9:22
**LIABILITY** [1] - 1:5
**liaison** [2] - 13:10, 22:3
**Lievers** [1] - 20:22
**light** [1] - 36:19
**likely** [1] - 31:24
**lilia** [1] - 35:25
**Lillian** [1] - 63:15
**Lillie** [1] - 80:16
**limited** [1] - 48:12
**Linda** [6] - 9:22, 9:23, 11:7, 14:5, 16:19, 33:7
**Lindsay** [3] - 38:10, 38:16, 42:4
**LINDSAY** [1] - 3:10
**Lindsey** [2] - 10:10, 12:3
**line** [7] - 6:17, 10:15, 16:23, 38:11, 38:13, 52:22, 54:24
**lines** [2] - 7:7, 7:10
**Lisa** [3] - 26:17, 36:3, 40:21
**list** [35] - 8:3, 8:4, 8:7, 8:14, 8:16, 9:20, 9:21, 10:9, 11:23, 12:21, 13:7, 13:21, 14:4, 14:5, 18:4, 19:14, 23:6, 23:8, 26:17, 30:21, 32:24, 43:19, 44:14, 46:9, 49:20, 50:4, 58:21, 61:5, 61:13, 62:14, 62:24, 77:5, 79:6, 79:9, 86:25
**List** [1] - 8:3
**LIST**..........................
..........[1] - 5:5
**listed** [1] - 17:21
**listen** [1] - 51:9
**listening** [3] - 36:20, 46:3, 68:4
**lists** [2] - 8:2, 12:18
**literally** [1] - 79:15

**LITIGATION** [1] - 1:5
**litigation** [3] - 20:15, 24:16, 67:16
**living** [1] - 20:7
**Lizbeth** [1] - 30:24
**LLP** [1] - 24:10
**located** [1] - 41:24
**log** [2] - 49:22, 49:23
**Lonia** [1] - 11:21
**look** [3] - 23:12, 72:9, 77:13
**looked** [1] - 80:6
**looks** [6] - 32:20, 72:6, 83:16, 84:21, 84:22, 85:13
**Lopez** [3] - 30:24, 75:13, 75:15
**Lori** [2] - 10:7, 35:9
**Lou** [1] - 11:5
**loud** [1] - 45:2
**Louise** [1] - 82:4
**Louisiana** [3] - 57:3, 87:17, 87:18
**LOUISIANA** [8] - 1:1, 1:6, 1:17, 1:21, 2:8, 2:12, 2:16, 3:23
**Lowe** [5] - 49:6, 49:8, 65:7, 66:3, 72:16
**lower** [1] - 72:19
**Lucille** [1] - 76:20
**Lyda** [1] - 35:13
**Lynn** [1] - 9:23
**Lynnette** [1] - 62:13

---

# M

**ma'am** [4] - 8:11, 12:17, 52:9, 53:9
**MADISON** [1] - 2:19
**Magee** [1] - 9:23
**mail** [13] - 10:11, 21:23, 38:23, 39:3, 43:25, 44:2, 44:9, 44:14, 46:13, 60:12, 78:24, 81:19, 82:15
**mailed** [2] - 40:7, 79:5
**mailing** [1] - 60:12, 84:11
**mails** [3] - 55:18, 70:5, 79:3
**MAIN** [2] - 2:4, 2:15
**maintain** [1] - 44:23
**Makisha** [1] - 10:25
**manager** [2] - 12:19, 66:12
**Manard** [1] - 9:23
**Marc** [1] - 24:10
**Margaret** [4] - 24:20, 81:3, 84:17, 84:19

**Maria** [1] - 75:9
**Marie** [2] - 10:2, 11:8
**Marilyn** [1] - 74:10
**MARK** [2] - 2:18, 3:8
**mark** [1] - 50:21
**Mark** [1] - 52:1
**MARKINKOVICH** [1] - 3:13
**Markita** [1] - 53:2
**MARKITA** [1] - 3:9
**Markle** [1] - 9:24
**Markoff** [2] - 15:8, 15:10
**Marla** [1] - 10:3
**Marlene** [1] - 78:2
**married** [1] - 20:7
**Martha** [3] - 10:24, 84:19, 84:23
**Martin** [1] - 35:16
**Martinez** [1] - 9:24
**Mary** [6] - 9:6, 9:7, 10:6, 11:1, 11:8, 34:1
**Mason** [2] - 75:17, 75:19
**material** [1] - 48:8
**Mathews** [1] - 9:24
**matter** [29] - 15:2, 15:23, 16:15, 16:25, 18:23, 24:17, 24:24, 25:6, 26:11, 27:11, 27:21, 44:21, 70:14, 71:10, 71:19, 73:14, 73:21, 74:5, 74:9, 74:16, 75:6, 75:12, 75:20, 75:24, 77:12, 83:18, 83:24, 85:8, 87:19
**matters** [1] - 6:16
**Matthews** [4] - 9:25, 43:20, 75:22, 75:23
**MCCALL** [1] - 2:10
**McCarter** [2] - 22:25, 23:3
**McDowell** [1] - 75:25
**McFarland** [1] - 9:25
**MCGARTLAND** [6] - 3:7, 30:10, 30:12, 30:22, 58:10, 58:18
**McGartland** [5] - 30:6, 30:9, 30:10, 58:6, 58:10
**McGloun** [2] - 76:4, 76:12, 76:13
**McKay** [1] - 9:25
**McKenzie** [2] - 76:9, 76:16
**McLaughlin** [1] - 76:20
**McQuade** [1] - 76:24

**MDL** [3] - 17:15, 49:23, 60:2
**mean** [11] - 17:14, 30:17, 43:9, 44:13, 51:18, 56:8, 57:19, 66:9, 79:11, 79:15, 80:8
**meaning** [2] - 37:10, 45:14
**MECHANICAL** [1] - 3:25
**medical** [6] - 28:13, 29:5, 53:24, 54:3, 58:24, 68:14
**meet** [25] - 12:13, 22:5, 23:16, 26:11, 32:4, 33:24, 39:18, 41:14, 59:9, 62:1, 63:23, 65:2, 69:10, 70:22, 71:18, 73:16, 73:23, 75:7, 80:25, 82:20, 83:7, 83:17, 83:23, 85:9, 86:24
**meeting** [2] - 6:21, 45:9
**Megan** [1] - 10:6
**Melissa** [1] - 11:2
**member** [1] - 51:9
**Merit** [2] - 87:17, 87:22
**MERIT** [1] - 3:22
**Merrilyn** [1] - 9:6
**messages** [1] - 70:5
**MEUNIER** [1] - 1:19
**Michele** [1] - 9:19
**Michelle** [1] - 9:25
**might** [2] - 6:22, 67:11
**MILAZZO** [1] - 1:11
**minimal** [2] - 12:10, 38:22
**minute** [2] - 24:13, 61:7
**misinformation** [1] - 66:17
**misrepresentation** [1] - 80:11
**missed** [1] - 71:23
**missing** [2] - 28:13, 41:20
**mistake** [2] - 65:18, 66:4
**mistakenly** [1] - 65:9
**Mitchell** [3] - 10:1, 77:2, 80:6
**Molinari** [1] - 10:1
**Money** [1] - 31:7
**month** [3] - 6:24, 8:18, 27:1
**months** [2] - 26:3, 76:5

**MOORE** [1] - 2:7
**Morgan** [1] - 10:1
**morning** [9] - 18:15, 20:1, 20:2, 38:16, 40:4, 40:24, 50:20, 53:1, 60:12
**MORRISON** [1] - 3:13
**Mosher** [1] - 10:2
**mostly** [1] - 13:2
**mother** [3] - 31:22, 31:25
**mother's** [1] - 55:4
**Motion** [3] - 51:13, 51:18, 53:4
**motion** [4] - 25:5, 38:7, 52:5, 52:12
**move** [5] - 6:20, 25:2, 42:7, 42:14, 62:22
**moving** [3] - 6:18, 61:5, 62:21
**Mozella** [1] - 10:7
**MR** [203] - 13:10, 13:20, 14:1, 14:6, 14:11, 14:20, 15:4, 15:9, 16:3, 17:7, 17:19, 17:24, 18:12, 19:25, 20:25, 21:11, 22:10, 24:11, 24:13, 24:22, 25:2, 25:9, 25:19, 25:23, 26:2, 26:14, 26:19, 26:21, 26:23, 27:8, 27:16, 27:22, 27:24, 28:11, 28:24, 29:4, 29:8, 30:4, 30:9, 30:18, 31:1, 31:8, 31:14, 31:20, 32:9, 32:14, 32:22, 33:6, 33:8, 33:11, 33:21, 34:1, 34:7, 34:10, 34:13, 34:16, 34:19, 34:24, 35:8, 35:11, 35:14, 35:17, 35:20, 35:23, 36:1, 36:4, 36:8, 36:13, 37:19, 38:2, 38:10, 38:14, 40:3, 42:22, 44:16, 48:6, 49:5, 49:7, 49:17, 49:24, 50:6, 50:17, 50:20, 52:1, 52:9, 52:13, 52:24, 54:24, 55:2, 56:20, 57:1, 57:6, 57:21, 58:4, 61:19, 62:4, 62:17, 63:1, 63:13, 63:16, 64:4, 64:17, 64:23, 65:6, 65:15, 65:18, 66:3, 66:9, 66:17, 66:23, 67:8, 67:19, 67:25, 68:3, 68:9,

68:13, 69:5, 69:15, 69:22, 70:1, 70:5, 70:17, 71:1, 71:8, 71:12, 71:21, 72:3, 72:7, 72:12, 72:16, 72:21, 72:25, 73:5, 73:7, 73:12, 73:19, 74:1, 74:4, 74:8, 74:11, 74:14, 74:20, 74:24, 75:4, 75:10, 75:14, 75:18, 75:23, 76:1, 76:5, 76:10, 76:13, 76:18, 76:21, 76:25, 77:3, 77:8, 77:17, 77:20, 77:24, 78:3, 78:8, 78:12, 78:15, 78:19, 79:6, 79:15, 79:20, 79:24, 80:1, 80:11, 80:15, 80:17, 80:22, 81:4, 81:9, 81:21, 82:1, 82:5, 82:9, 82:13, 82:18, 82:23, 82:25, 83:3, 83:11, 83:15, 83:21, 84:2, 84:7, 84:10, 84:14, 84:18, 85:2, 85:6, 85:12, 85:16, 85:19, 85:24, 86:4, 86:9, 86:13, 86:16
**MS** [313] - 6:11, 7:4, 7:15, 7:25, 8:11, 8:14, 8:16, 9:10, 9:20, 10:4, 10:19, 10:23, 11:3, 11:11, 12:17, 12:20, 13:17, 13:23, 14:10, 14:18, 14:22, 15:6, 15:12, 15:17, 15:21, 15:25, 16:6, 16:12, 16:17, 16:18, 16:22, 17:1, 17:2, 17:14, 17:25, 18:7, 18:9, 18:14, 18:15, 19:1, 19:2, 19:8, 19:13, 19:16, 19:21, 19:22, 20:1, 20:3, 20:20, 20:21, 21:10, 21:12, 21:16, 21:19, 22:7, 22:12, 22:23, 23:2, 23:4, 23:7, 23:8, 23:18, 23:19, 23:20, 23:22, 24:1, 24:6, 24:8, 24:19, 24:25, 25:4, 25:8, 25:18, 25:20, 26:5, 26:13, 26:15, 27:5, 27:13, 27:19, 28:8, 28:17, 28:25, 29:2, 29:12, 29:19, 29:23, 30:1, 30:10, 30:12, 30:22, 30:23,

31:6, 31:12, 31:18, 32:6, 32:13, 32:16, 33:2, 33:7, 33:10, 33:16, 33:17, 33:19, 33:20, 34:5, 34:9, 34:12, 34:15, 34:18, 34:22, 35:9, 35:13, 35:16, 35:19, 35:22, 35:25, 36:3, 36:6, 36:11, 36:14, 36:17, 36:24, 36:25, 37:4, 37:12, 37:14, 38:3, 38:16, 39:2, 39:13, 39:22, 39:23, 39:24, 40:4, 40:11, 40:15, 40:20, 40:23, 41:3, 41:5, 41:8, 41:17, 41:20, 42:2, 42:3, 42:10, 42:12, 42:17, 43:1, 43:3, 43:7, 43:10, 43:14, 43:18, 44:8, 44:13, 44:25, 46:2, 46:4, 46:22, 47:3, 47:6, 47:9, 47:10, 47:21, 48:3, 48:5, 48:17, 48:22, 49:15, 49:19, 49:22, 50:5, 50:7, 51:14, 51:20, 52:11, 52:14, 53:1, 53:8, 53:9, 53:11, 53:14, 53:15, 53:18, 54:2, 54:11, 54:13, 55:18, 56:4, 56:18, 56:21, 58:3, 58:5, 58:10, 58:17, 58:18, 58:19, 59:1, 59:6, 59:12, 59:15, 59:16, 59:23, 60:6, 60:13, 60:19, 60:20, 60:21, 61:2, 61:4, 61:9, 61:14, 61:21, 62:12, 62:20, 63:8, 63:14, 64:1, 64:7, 64:10, 64:15, 64:16, 64:21, 65:4, 65:21, 66:7, 66:16, 66:21, 67:1, 67:5, 67:15, 67:22, 68:7, 68:21, 69:13, 69:20, 69:25, 70:9, 70:15, 70:24, 71:6, 71:11, 71:15, 71:17, 72:1, 72:9, 72:15, 72:23, 73:6, 73:10, 73:17, 73:24, 74:6, 74:10, 74:13, 74:18, 74:22, 75:2, 75:9, 75:13, 75:17, 75:22, 75:25, 76:4, 76:9, 76:12, 76:20, 76:24, 77:2, 77:6, 77:13, 77:16, 77:22,

78:2, 78:7, 78:11, 78:21, 79:19, 80:5, 80:16, 80:20, 81:2, 81:7, 81:14, 81:16, 81:25, 82:4, 82:8, 82:12, 82:15, 82:22, 82:24, 83:2, 83:9, 83:14, 83:20, 84:1, 84:5, 84:9, 84:16, 85:1, 85:5, 85:11, 85:18, 85:22, 86:2, 86:7, 86:12, 86:15, 86:18, 86:23
**Muckle** [1] - 31:13
**MULLIGAN** [1] - 3:17
**Mulligan** [3] - 32:17, 32:21, 32:22
**multiple** [1] - 14:15
**Murray** [3] - 10:10, 42:6, 77:15
**must** [6] - 24:4, 29:22, 47:18, 51:4, 72:10
**mute** [6] - 7:13, 7:20, 7:23, 14:25, 38:13, 68:1
**Myrtle** [1] - 74:23

**N**

**Nahar** [1] - 10:2
**name** [7] - 10:9, 10:20, 21:19, 21:20, 65:10, 66:4, 84:19
**names** [4] - 8:8, 8:9, 8:22, 11:13
**Nancy** [1] - 64:2
**need** [23] - 7:6, 7:9, 17:21, 17:22, 32:19, 54:6, 55:20, 56:16, 57:23, 61:6, 68:16, 70:19, 71:2, 79:20, 80:4, 81:5, 83:12, 84:12, 84:24, 86:4, 86:10, 86:16, 87:6
**needs** [4] - 28:21, 48:1, 65:11, 65:19
**Nelda** [2] - 34:23, 34:24
**Nelson** [4] - 10:2, 19:23, 20:4, 20:5
**never** [1] - 32:10
**new** [3] - 44:10, 49:2, 62:2
**NEW** [8] - 1:6, 1:17, 1:21, 2:8, 2:12, 2:19, 3:23
**NEWELL** [20] - 3:6, 26:21, 26:23, 27:8, 27:16, 27:22, 27:24,

28:11, 28:24, 29:4, 29:8, 30:4, 30:9, 30:18, 31:1, 31:8, 31:14, 31:20, 32:9, 32:14
**Newell** [3] - 26:19, 26:22, 26:23
**next** [70] - 6:24, 9:1, 10:9, 10:17, 12:4, 15:5, 15:25, 16:19, 17:3, 17:11, 18:10, 19:23, 20:22, 21:12, 22:8, 22:25, 24:9, 24:20, 26:15, 27:6, 27:14, 28:9, 29:2, 30:2, 30:24, 31:7, 31:18, 32:16, 34:2, 34:6, 35:9, 36:14, 37:1, 37:6, 38:4, 38:21, 39:4, 39:24, 40:12, 40:21, 42:8, 42:14, 42:18, 42:19, 48:21, 48:23, 50:7, 50:14, 51:21, 52:15, 54:14, 58:5, 58:19, 59:17, 62:13, 63:2, 63:14, 64:2, 64:21, 65:4, 69:3, 69:13, 72:1, 72:23, 74:25, 79:16, 80:16, 86:21, 87:8
**nice** [1] - 79:8
**Nicole** [1] - 9:18
**NIEMEYER** [5] - 3:8, 50:20, 52:1, 52:9, 52:13
**Niemeyer** [8] - 50:8, 50:17, 50:18, 50:19, 50:21, 51:17, 51:21, 52:1
**night** [5] - 10:11, 36:8, 42:5, 42:13, 42:14
**nine** [2] - 43:3, 43:17
**NO** [1] - 1:6
**noise** [1] - 7:22
**Nolan** [1] - 10:2
**nomadic** [1] - 36:9
**noncompliance** [1] - 12:22
**noncompliant** [1] - 59:3
**note** [7] - 13:14, 14:22, 68:22, 69:1, 70:7, 71:21, 81:18
**noted** [1] - 23:4
**notes** [6] - 12:6, 26:8, 27:19, 39:14, 56:4, 78:23
**nothing** [4] - 49:2, 50:15, 56:25, 62:2

*OFFICIAL TRANSCRIPT*

**notice** [4] - 12:22, 12:23, 17:12, 17:19
**notified** [1] - 17:9
**notify** [1] - 17:15
**NOVEMBER** [2] - 1:7, 6:2
**November** [9] - 12:24, 13:7, 37:23, 45:8, 56:5, 63:6, 73:8, 76:14
**number** [9] - 65:8, 72:17, 72:19, 72:20, 72:21, 74:15, 74:17, 80:5, 86:20
**Number** [4] - 21:19, 21:20, 32:23, 45:7
**numbered** [1] - 87:19
**numbers** [4] - 12:18, 66:1, 72:10, 72:14
**numerous** [2] - 21:22, 37:21

## O

**object** [1] - 44:17
**objections** [2] - 13:14, 16:11
**obligation** [5] - 44:6, 49:16, 70:22, 83:18, 85:9
**obligations** [22] - 12:13, 22:5, 23:16, 24:4, 26:11, 32:5, 39:18, 41:15, 45:10, 51:25, 59:10, 63:23, 65:2, 69:11, 71:19, 73:16, 73:23, 75:8, 80:25, 82:20, 83:7, 83:24
**obtain** [1] - 57:13
**obviously** [1] - 86:20
**October** [8] - 15:14, 19:1, 57:10, 71:2, 76:2, 78:4, 78:18, 78:19
**OF** [2] - 1:1, 1:11
**office** [7] - 19:12, 24:12, 38:20, 38:24, 39:5, 68:4, 71:22
**OFFICIAL** [1] - 3:21
**Official** [2] - 87:17, 87:22
**OHIO** [1] - 2:4
**Oklejwicz** [1] - 10:3
**old** [2] - 51:23, 58:7
**OLINDE** [1] - 2:11
**Oliver** [5] - 21:13, 21:17, 21:20, 21:25, 77:23

**once** [3] - 18:23, 45:11, 72:18
**oncologist** [1] - 60:8
**one** [67] - 10:18, 13:23, 14:5, 15:25, 16:7, 16:19, 22:25, 24:20, 25:20, 26:17, 27:6, 32:7, 34:20, 34:25, 35:9, 36:6, 36:8, 37:17, 40:1, 40:12, 41:18, 42:13, 42:15, 43:23, 46:24, 47:17, 48:6, 48:21, 49:1, 50:7, 50:11, 53:19, 54:14, 55:7, 56:5, 57:24, 58:12, 58:13, 61:22, 62:24, 63:14, 63:18, 64:2, 64:6, 64:21, 65:4, 65:6, 65:13, 65:14, 65:16, 65:17, 68:10, 68:11, 68:13, 69:3, 70:8, 71:22, 72:1, 72:23, 76:10, 76:16, 77:4, 77:13, 80:16, 80:22
**ones** [2] - 13:13, 43:5
**online** [1] - 38:9
**open** [2] - 7:9, 7:12
**operating** [1] - 14:4
**OPERATOR** [1] - 7:11
**opportunity** [2] - 12:2, 23:12
**oppose** [9] - 13:17, 32:25, 34:7, 34:10, 34:13, 34:16, 35:11, 35:14, 39:8
**opposed** [1] - 8:7
**opposition** [3] - 36:21, 36:23, 36:24
**ORDER** [1] - 6:4
**Order** [2] - 48:10
**order** [9] - 19:9, 33:2, 33:3, 33:4, 37:15, 45:24, 48:12, 48:19, 87:1
**ordered** [1] - 45:6
**organized** [2] - 43:16, 61:18
**originally** [1] - 52:16
**ORLEANS** [6] - 1:6, 1:17, 1:21, 2:8, 2:12, 3:23
**ORR** [23] - 3:17, 32:22, 33:6, 33:8, 33:11, 33:21, 34:1, 34:7, 34:10, 34:13, 34:16, 34:19, 34:24, 35:8, 35:11, 35:14, 35:17, 35:20, 35:23,

36:1, 36:4, 36:8, 36:13
**Orr** [2] - 32:22, 36:20
**Otete** [1] - 9:5
**otherwise** [1] - 52:4
**outside** [2] - 30:5, 52:7
**outstanding** [5] - 44:2, 46:22, 51:23, 53:25, 87:7

## P

**p.m** [2] - 23:5, 87:11
**page** [2] - 11:4, 43:7
**Page** [2] - 9:10, 11:4
**PAGE** [1] - 5:3
**pages** [1] - 64:19
**Paine** [1] - 10:3
**Palmer** [2] - 13:10, 67:8
**PALMER** [1] - 1:20
**Pamela** [2] - 9:5, 81:25
**Panaras** [1] - 9:12
**Panatier** [1] - 43:21
**paper** [1] - 47:25
**paragraph** [1] - 45:9
**paralegal** [1] - 10:16
**Parish** [1] - 57:3
**Parker** [1] - 10:3
**Parson** [1] - 10:4
**part** [1] - 53:20
**partial** [1] - 33:12
**participate** [19] - 24:23, 42:7, 71:9, 72:4, 73:2, 74:2, 74:4, 74:11, 74:25, 75:11, 75:14, 75:23, 77:20, 77:25, 80:18, 81:21, 84:7, 85:24, 86:13
**participating** [2] - 7:1, 24:16
**particular** [1] - 17:9
**particularly** [1] - 81:23
**parties** [2] - 20:10, 28:5
**Partners** [1] - 24:10
**partnership** [1] - 20:8
**pass** [7] - 10:18, 10:21, 50:14, 55:22, 77:12, 77:13, 78:14
**passed** [32] - 10:17, 14:13, 16:23, 17:11, 25:9, 25:12, 26:25, 34:24, 35:4, 43:5, 51:1, 58:12, 64:23, 69:5, 71:8, 72:3,

73:12, 73:19, 74:24, 75:5, 75:10, 75:15, 75:19, 76:5, 77:24, 78:13, 78:15, 79:21, 80:3, 80:17, 84:10, 85:15
**passing** [1] - 38:20
**past** [1] - 79:14
**Pat** [1] - 52:15
**patient** [1] - 56:12
**Patricia** [4] - 9:25, 22:25, 77:15, 84:1
**Patsy** [2] - 9:5, 9:22
**Patterson** [1] - 78:2
**Payne** [1] - 78:7
**Peggy** [1] - 82:22
**pending** [4] - 16:9, 38:7, 65:23, 66:8
**Pendley** [2] - 18:11, 59:18
**pennie** [1] - 9:14
**people** [4] - 11:23, 36:21, 43:12, 43:16
**Pepper** [4] - 8:14, 87:16, 87:20, 87:21
**PEPPER** [1] - 3:21
**per** [1] - 55:19
**PERDUE** [8] - 3:11, 54:24, 55:2, 56:20, 57:1, 57:6, 57:21, 58:4
**Perdue** [1] - 54:24
**Perez** [3] - 18:12, 18:15, 59:23
**PEREZ** [7] - 3:1, 18:15, 19:1, 19:8, 19:16, 19:21, 59:23
**perfect** [1] - 42:16
**performs** [1] - 34:12
**perhaps** [3] - 36:20, 57:24, 86:25
**person** [3] - 21:23, 33:24, 42:22
**perspective** [1] - 47:16
**Peterson** [5] - 16:20, 54:16, 54:25, 55:3
**Petrice** [1] - 41:18
**PFS** [140] - 13:23, 15:8, 16:1, 16:21, 17:4, 18:14, 18:18, 19:24, 20:23, 21:18, 22:9, 22:25, 23:21, 23:24, 24:10, 24:20, 24:25, 25:21, 26:18, 27:7, 27:14, 28:3, 28:10, 29:2, 29:14, 30:2, 30:15, 30:24, 31:7, 31:13, 31:18, 32:8, 33:12, 34:6,

34:9, 34:15, 34:18, 34:23, 35:1, 35:2, 35:6, 35:10, 35:13, 35:16, 35:19, 35:22, 35:25, 36:3, 36:7, 40:2, 40:13, 42:19, 42:20, 44:6, 44:19, 45:10, 45:24, 48:20, 49:16, 51:25, 52:20, 52:23, 53:12, 54:19, 62:22, 62:25, 63:10, 63:15, 64:2, 64:16, 64:17, 64:22, 65:5, 66:16, 66:21, 68:8, 69:3, 69:14, 69:21, 69:25, 70:16, 70:25, 71:7, 71:11, 72:2, 72:15, 72:24, 73:6, 73:11, 73:18, 73:25, 74:7, 74:10, 74:13, 74:19, 74:23, 75:3, 75:9, 76:13, 76:20, 76:24, 77:16, 77:23, 78:2, 78:7, 78:9, 78:11, 78:22, 80:7, 80:10, 80:21, 81:3, 81:8, 81:16, 81:20, 81:25, 82:4, 82:8, 82:12, 82:17, 82:22, 83:2, 83:10, 83:14, 84:2, 84:6, 84:9, 84:17, 84:23, 85:1, 85:5, 85:18, 85:19, 85:23, 86:3, 86:8, 86:12, 86:15, 86:19
**PFS's** [2] - 67:1, 68:24
**phone** [28] - 7:7, 7:9, 7:11, 7:13, 7:16, 7:20, 8:2, 13:22, 14:24, 15:10, 16:4, 17:5, 18:12, 19:25, 20:24, 22:10, 24:12, 26:19, 30:7, 38:17, 43:13, 44:7, 49:5, 50:17, 52:24, 68:1, 68:2, 68:4
**phones** [1] - 7:12
**phonetically** [1] - 38:22
**photo** [17] - 44:4, 44:12, 44:18, 49:1, 49:15, 50:11, 51:10, 51:23, 52:3, 52:19, 53:7, 53:11, 53:22, 61:24, 62:5, 62:6, 62:7
**photograph** [10] - 46:21, 46:23, 47:6, 49:20, 52:7, 52:22, 58:7, 58:13, 60:8

**photographs** [19] - 45:5, 45:14, 45:18, 45:19, 45:21, 45:25, 47:2, 47:7, 47:20, 48:8, 50:12, 50:16, 51:16, 52:7, 56:23, 56:24, 59:4, 59:25, 60:4

**photos** [34] - 40:24, 41:21, 41:22, 44:2, 45:3, 45:16, 48:25, 49:14, 50:25, 51:7, 52:17, 57:11, 57:12, 57:13, 58:22, 58:23, 58:24, 59:19, 59:20, 59:21, 60:22, 62:5, 62:8, 62:9, 62:15, 62:16, 62:18, 66:25, 68:10, 82:2

**pick** [2] - 9:10, 11:3
**picture** [1] - 53:4
**pictures** [1] - 46:17
**Pierre** [1] - 24:25
**Plaintiff** [37] - 6:16, 14:9, 18:16, 19:19, 20:17, 21:3, 21:8, 24:5, 28:5, 28:21, 29:11, 29:17, 29:22, 31:5, 45:12, 46:15, 54:8, 55:5, 55:12, 64:4, 66:23, 68:18, 71:3, 73:12, 76:1, 76:21, 77:3, 78:4, 79:14, 82:5, 82:9, 82:13, 82:23, 83:11, 83:22, 85:3, 86:4

**plaintiff** [37] - 10:13, 12:9, 13:20, 21:22, 23:15, 24:4, 26:9, 26:10, 37:9, 41:14, 45:13, 50:21, 50:23, 50:25, 58:11, 58:20, 59:9, 59:23, 60:9, 62:16, 63:10, 63:16, 65:1, 69:9, 69:10, 70:13, 71:8, 71:18, 75:4, 80:25, 82:20, 83:7, 83:17, 83:23, 85:9

**plaintiff's** [17] - 12:8, 22:19, 22:20, 23:15, 26:8, 32:3, 32:4, 39:16, 41:13, 43:23, 45:22, 50:11, 60:24, 62:17, 63:21, 64:25, 69:8

**plaintiffs** [15] - 7:17, 11:24, 12:9, 12:12, 12:23, 13:11, 22:4, 39:17, 47:11, 63:23,

70:21, 73:15, 73:22, 75:7, 75:21
**PLAINTIFFS'** [1] - 1:15
**plaintiffs'** [6] - 11:13, 22:3, 47:12, 48:1, 78:22, 86:24
**pleadings** [1] - 39:7
**point** [4] - 45:1, 48:6, 56:15, 57:2
**Pollard** [1] - 11:25
**popular** [2] - 8:19, 11:23
**Porter** [1] - 10:4
**portrait** [1] - 45:19
**portrait-type** [1] - 45:19
**position** [1] - 48:18
**possible** [1] - 46:10
**possibly** [1] - 49:19
**Postal** [1] - 21:23
**Powell** [2] - 10:5, 61:23
**POYDRAS** [5] - 1:16, 1:20, 2:8, 2:12, 3:23
**pre** [1] - 44:18
**pre-chemo** [1] - 44:18
**prechemotherapy** [1] - 41:21
**preference** [1] - 43:10
**prejudice** [99] - 12:5, 12:14, 13:15, 13:16, 15:20, 15:23, 16:8, 16:16, 18:5, 19:20, 21:14, 22:1, 22:6, 22:15, 22:19, 22:21, 23:11, 23:17, 23:25, 24:2, 24:4, 24:5, 24:18, 24:24, 25:7, 26:6, 26:8, 26:12, 27:12, 27:21, 28:7, 31:11, 32:3, 32:12, 32:25, 33:9, 34:8, 34:11, 34:14, 34:17, 35:12, 35:15, 35:18, 35:21, 35:24, 36:2, 36:5, 39:21, 41:12, 46:17, 49:4, 59:7, 59:14, 63:25, 65:3, 65:12, 65:17, 65:22, 65:23, 66:1, 66:6, 66:7, 66:11, 67:11, 67:14, 67:18, 67:23, 69:12, 70:12, 70:14, 70:21, 71:10, 71:20, 72:5, 72:13, 72:20, 73:14, 73:22, 74:5, 74:9, 74:12, 74:16, 75:6, 75:12, 75:16, 75:20, 75:24, 78:1, 80:19, 80:24, 82:19,

83:6, 83:19, 83:25, 84:8, 85:8, 86:1, 86:14
**prejudicing** [1] - 69:2
**preparation** [1] - 35:6
**prepare** [1] - 20:17
**prepared** [2] - 6:9, 35:2
**present** [2] - 62:8, 66:24
**PRESENT** [2] - 2:21, 3:13
**preserving** [1] - 72:20, 74:17
**prestige** [1] - 41:16
**pretrial** [3] - 57:19, 57:20, 57:21
**Pretrial** [2] - 48:10
**preview** [2] - 36:16, 37:6
**previously** [1] - 49:13
**prison** [1] - 57:12
**problem** [7] - 20:9, 52:20, 53:23, 56:2, 56:16, 67:12, 79:6
**procedure** [1] - 68:25
**proceed** [11] - 6:9, 7:21, 12:15, 13:8, 13:19, 33:8, 33:22, 38:24, 48:9, 48:14, 48:21
**PROCEEDINGS** [3] - 1:11, 3:25, 6:1
**proceedings** [2] - 87:11, 87:19
**process** [4] - 21:5, 45:4, 82:10, 85:2
**procure** [2] - 28:15, 29:5
**produce** [2] - 45:13, 50:13
**PRODUCED** [1] - 4:1
**produced** [1] - 44:4
**product** [2] - 41:21, 80:8
**PRODUCTS** [1] - 1:4
**professional** [1] - 33:24
**profile** [1] - 60:9
**progress** [1] - 67:25
**proof** [7] - 53:23, 53:24, 54:20, 56:6, 56:7, 58:21
**proper** [1] - 39:7
**properly** [1] - 55:19
**proposal** [1] - 37:5
**propose** [1] - 86:23
**provide** [5] - 8:7, 45:14, 48:25, 58:21, 60:11

**provided** [7] - 28:14, 32:10, 33:11, 41:21, 49:12, 52:8, 58:13
**PSC** [5] - 13:14, 44:16, 48:7, 49:13, 67:9
**PSC's** [1] - 45:1
**PTO** [2] - 45:7, 78:25
**Pulaski** [3] - 39:25, 40:5, 40:13
**pull** [1] - 26:2
**Purdue** [2] - 78:11, 78:13
**Purnell** [1] - 79:19
**purposes** [3] - 48:11, 48:12, 48:13
**pursuant** [1] - 45:12
**pursue** [3] - 27:9, 31:9, 79:21
**push** [1] - 86:21
**put** [13] - 7:20, 7:23, 12:4, 14:24, 17:12, 43:9, 49:19, 50:4, 60:22, 60:24, 64:13, 68:1, 77:9
**putting** [1] - 54:6

## Q

**quality** [4] - 45:3, 45:25, 60:4
**quickly** [5] - 13:5, 13:8, 47:23, 61:8, 62:23
**QUINN** [1] - 2:18
**quite** [2] - 55:16, 63:4

## R

**Raemonique** [1] - 9:5
**raise** [1] - 56:16
**raised** [3] - 18:21, 47:17, 53:19
**Ramsey** [1] - 80:16
**rather** [3] - 55:22, 67:6, 86:21
**RAWLINS** [1] - 3:18
**Ray** [1] - 10:5
**RE** [1] - 1:4
**re** [1] - 40:7
**re-mailed** [1] - 40:7
**reach** [13] - 6:24, 27:25, 28:1, 31:15, 31:21, 35:5, 37:23, 39:4, 63:19, 70:2, 70:18, 71:12
**reached** [8] - 21:21, 28:12, 31:2, 31:15, 40:17, 46:11, 55:9,

63:20
**reaching** [2] - 28:12, 31:2
**read** [7] - 8:9, 8:21, 11:13, 23:7, 32:25, 42:12, 45:11
**reading** [2] - 8:8, 8:22
**ready** [4] - 7:15, 7:25, 13:19, 79:11
**really** [3] - 8:19, 39:11, 81:22
**REALTIME** [1] - 3:22
**Realtime** [2] - 87:16, 87:21
**realtime** [1] - 79:16
**reason** [3] - 17:17, 61:23, 79:4
**Rebecca** [1] - 9:16
**recap** [1] - 12:22
**receipt** [1] - 18:18
**receive** [6] - 59:19, 62:15, 68:19, 81:19, 82:1, 82:15
**received** [22] - 16:8, 28:23, 29:18, 30:4, 44:14, 55:14, 58:23, 64:17, 64:24, 73:8, 74:20, 76:2, 76:14, 78:3, 78:8, 78:24, 81:4, 82:6, 82:9, 83:11, 86:9, 86:16
**receiving** [1] - 79:3
**recent** [3] - 19:11, 49:24, 80:3
**recently** [11] - 18:17, 32:18, 35:2, 37:10, 40:16, 55:3, 55:4, 57:2, 78:14, 78:16, 79:23
**recess** [1] - 61:11
**recollection** [1] - 47:18
**Record** [1] - 45:13
**record** [21] - 8:8, 8:21, 11:14, 12:2, 12:6, 12:16, 13:16, 17:16, 17:17, 33:1, 39:6, 42:4, 45:11, 60:21, 63:9, 68:21, 69:1, 78:21, 84:18, 87:19
**RECORDED** [1] - 3:25
**records** [18] - 28:13, 28:16, 28:20, 28:23, 29:5, 29:18, 48:3, 49:2, 53:8, 53:24, 54:3, 58:25, 62:1, 64:7, 68:14, 68:19, 72:22, 77:7
**Reece** [1] - 10:5
**Reed** [2] - 56:23, 57:2

**Reed's** [1] - 57:16
**refaxing** [1] - 64:19
**reference** [1] - 10:20
**referenced** [1] - 12:3
**reflect** [1] - 64:7
**reflected** [1] - 27:19
**refusal** [1] - 22:20
**Refuses** [1] - 82:18
**refuses** [1] - 82:20
**refusing** [2] - 83:16, 85:25
**regard** [3] - 13:12, 13:13, 67:10
**regarding** [1] - 35:5
**regimen** [1] - 56:8
**Registered** [1] - 87:16
**registered** [1] - 87:22
**REGISTERED** [1] - 3:22
**RELATES** [1] - 1:8
**relativity** [1] - 80:9
**released** [1] - 57:17
**relevant** [1] - 45:15
**relief** [1] - 37:14
**reluctant** [1] - 23:23
**rely** [1] - 49:12
**remain** [2] - 60:3, 65:23
**remaining** [7] - 15:15, 16:10, 42:24, 59:5, 61:3, 67:18, 86:24
**remains** [2] - 59:3, 66:8
**remarks** [1] - 47:12
**remind** [1] - 8:1
**remove** [1] - 51:13
**removed** [1] - 42:13
**removing** [1] - 79:1
**Rena** [1] - 69:3
**Renee** [1] - 10:2
**repeat** [1] - 87:4
**repeated** [11] - 12:8, 22:3, 23:14, 26:9, 32:3, 39:12, 39:16, 41:13, 63:22, 69:9, 70:13
**report** [1] - 51:5
**reporter** [1] - 8:7
**Reporter** [8] - 8:24, 87:16, 87:17, 87:17, 87:21, 87:22, 87:22
**REPORTER** [3] - 3:21, 3:22, 3:22
**REPORTER'S** [1] - 87:15
**represent** [6] - 17:15, 30:11, 37:20, 62:17, 67:15, 81:11
**representation** [5] -

18:22, 23:14, 51:19, 65:7, 67:17
**representations** [6] - 22:2, 22:19, 41:12, 52:23, 59:8, 62:10
**representative** [1] - 45:14
**represented** [26] - 10:10, 15:7, 16:1, 16:20, 17:4, 18:11, 19:23, 20:23, 21:13, 21:17, 22:8, 24:9, 37:18, 38:5, 38:15, 39:25, 42:20, 43:20, 50:8, 50:12, 52:16, 54:16, 58:6, 58:20, 59:18
**representing** [2] - 52:6, 52:10
**represents** [1] - 64:8
**request** [11] - 13:17, 18:23, 23:25, 25:12, 25:24, 30:14, 37:24, 49:3, 62:11, 62:19, 67:3
**requested** [3] - 10:15, 13:2, 30:14
**requesting** [1] - 63:1
**requests** [8] - 12:8, 22:4, 39:12, 39:16, 41:13, 63:22, 69:9, 70:13
**required** [3] - 23:24, 62:2, 78:24
**requirement** [1] - 48:18
**requirements** [1] - 44:20
**requires** [1] - 44:21
**res** [1] - 67:12
**resolve** [2] - 35:5, 39:6
**resolved** [3] - 15:2, 46:25, 51:3
**respectfully** [2] - 18:22, 70:9
**respond** [4] - 45:1, 57:1, 70:14, 85:12
**response** [13] - 11:16, 21:6, 32:18, 47:23, 63:17, 64:24, 69:6, 70:7, 73:13, 75:4, 75:18, 83:5, 85:6
**rest** [2] - 13:3, 87:2
**resubmitted** [2] - 41:9, 55:13
**result** [1] - 22:21
**results** [1] - 23:17
**return** [1] - 47:24
**returned** [3] - 22:16,

40:25, 44:3
**returns** [1] - 18:24
**review** [7] - 6:14, 12:3, 39:8, 43:25, 55:23, 64:11, 67:2
**reviewing** [1] - 12:7
**revised** [3] - 32:23, 45:12, 45:24
**Reyna** [1] - 28:9
**Rhonda** [2] - 37:17, 37:20
**Rhone** [1] - 10:5
**Richardson** [1] - 10:6
**Riedy** [1] - 19:24
**rights** [4] - 65:22, 67:24, 72:20, 74:17
**rise** [1] - 61:10
**Rissman** [1] - 10:6
**Rita** [1] - 75:25
**RMR** [2] - 3:21, 87:21
**Roberson** [1] - 10:6
**Roberts** [2] - 10:7, 11:21
**Robyn** [1] - 11:5
**Rockstad** [1] - 21:1
**ROCKSTAD** [3] - 3:2, 20:25, 21:11
**Rolle** [1] - 10:7
**rollover** [1] - 48:23
**Romero** [1] - 10:7
**Romero-Torres** [1] - 10:7
**ROOM** [1] - 3:23
**Rosa** [1] - 80:21
**Rosalind** [1] - 68:8
**Rose** [3] - 10:8, 43:20, 81:3
**Rosetta** [1] - 9:2
**Rosso** [3] - 10:10, 12:4, 42:5
**ROUGE** [1] - 2:16
**route** [1] - 63:6
**Ruiz** [1] - 10:23
**rule** [1] - 71:16
**RULE** [1] - 1:11
**rulings** [2] - 87:1, 87:3
**Rundell** [3] - 81:8, 81:12, 81:15
**Ruscel** [1] - 69:25
**RYAN** [1] - 3:11
**Ryan** [1] - 54:24

**S**

**s/Cathy** [1] - 87:20
**Sabrina** [1] - 41:6
**Salazar** [1] - 81:20
**Samuel** [1] - 21:20
**SAN** [1] - 3:15

**Sandra** [2] - 11:5, 48:24
**Sangalang** [1] - 10:23
**Sanofi** [1] - 16:8
**Sanofi's** [1] - 15:13
**Santos** [1] - 39:25
**SARA** [1] - 3:10
**Sara** [1] - 16:22
**Sarah** [3] - 81:8, 81:12, 81:15
**Sargent** [1] - 11:21
**satisfactory** [1] - 48:9
**satisfied** [2] - 34:20, 36:10
**satisfying** [1] - 44:6
**Saundra** [3] - 33:10, 33:11, 33:18
**save** [1] - 12:3
**scalp** [1] - 62:6
**SCHANKER** [1] - 1:23
**Schanker** [9] - 17:7, 42:21, 42:23, 42:25, 43:9, 43:15, 61:3, 61:23, 68:22
**Schilling** [1] - 82:17
**Schneider** [2] - 81:25, 82:2
**Scott** [1] - 10:24
**second** [3] - 8:16, 65:14, 65:16
**see** [5] - 10:14, 50:4, 54:10, 55:8, 70:2
**seeking** [1] - 37:14
**Sena** [1] - 82:4
**sent** [10] - 8:4, 15:12, 39:7, 43:24, 44:9, 46:12, 69:16, 70:6, 80:22, 83:3
**September** [5] - 15:13, 19:1, 19:2, 55:7, 59:20
**serve** [2] - 21:3, 35:2
**served** [3] - 16:13, 16:14, 36:8
**Service** [1] - 21:23
**set** [3] - 13:2, 17:15, 61:7
**setting** [1] - 13:3
**several** [3] - 26:16, 37:8, 62:21
**Seward** [1] - 10:24
**Sexton** [1] - 10:24
**Seymore** [1] - 82:12
**Seymour** [1] - 31:18
**shall** [2] - 45:13, 45:18
**Shanina** [1] - 10:1
**Shannon** [1] - 9:7
**Sharane** [1] - 9:3
**Sharon** [1] - 85:5

**Sharron** [1] - 25:21
**Shawna** [1] - 10:24
**sheet** [5] - 46:6, 46:10, 48:14, 55:19, 57:8
**Sheet** [31] - 14:9, 19:19, 20:17, 21:3, 21:8, 28:6, 28:21, 29:11, 29:17, 29:22, 31:5, 45:12, 54:9, 55:5, 55:12, 64:4, 66:23, 68:18, 71:3, 76:1, 76:21, 77:3, 78:4, 82:5, 82:9, 82:13, 82:23, 83:11, 83:22, 85:3, 86:5
**Sheets** [3] - 6:16, 24:5, 79:14
**Shelby** [1] - 10:4
**Sheri** [2] - 10:2, 11:7
**Sherida** [1] - 9:19
**Sheryl** [1] - 73:11
**Shirley** [2] - 73:18, 83:2
**Short** [1] - 10:24
**shortly** [1] - 25:3
**SHOW** [1] - 1:11
**show** [15] - 11:19, 19:9, 44:13, 44:18, 45:4, 48:3, 49:2, 53:8, 56:25, 57:9, 59:19, 60:25, 61:1, 61:23, 68:25
**showing** [1] - 60:16
**sick** [1] - 42:6
**sign** [1] - 32:1
**signed** [5] - 10:12, 27:9, 35:3, 57:8, 58:14
**significant** [2] - 20:6, 50:1
**Silver** [1] - 29:2
**similar** [3] - 16:6, 38:8, 47:12
**Simon** [3] - 43:20, 54:17, 56:22
**simply** [4] - 49:12, 50:25, 51:7, 62:8
**Simpson** [1] - 82:22
**single** [1] - 49:15
**sister** [2] - 38:21, 40:17
**sit** [1] - 43:12
**situation** [4] - 52:2, 57:16, 70:17, 86:9
**six** [1] - 76:5
**Sloan** [2] - 21:20, 22:1
**Small** [1] - 83:2
**Smith** [4] - 10:24, 10:25, 16:1, 33:7
**someone** [2] - 57:12,

69:16

**sometimes** [1] - 80:3

**son** [1] - 35:6

**Sonja** [1] - 11:21

**sons** [1] - 35:1

**soon** [1] - 63:7

**sorry** [14] - 21:15, 33:17, 37:2, 47:21, 48:7, 65:15, 65:24, 67:8, 67:25, 71:17, 72:7, 74:3, 80:11, 80:15

**sort** [1] - 18:23

**sought** [1] - 18:21

**sounded** [1] - 14:18

**sounds** [2] - 73:1, 74:25

**Spanish** [1] - 33:21

**speaker** [1] - 33:21

**speakers** [1] - 34:2

**speaking** [1] - 7:13

**special** [1] - 13:2

**specific** [1] - 46:11

**specifically** [2] - 12:6, 70:21

**specificity** [2] - 48:1, 56:16

**spelled** [1] - 38:22

**Spensley** [1] - 83:10

**Spinel** [2] - 38:21, 38:23

**spoken** [2] - 62:18, 74:24

**spouse** [2] - 34:25, 35:3

**Stacy** [1] - 9:13

**staff** [1] - 60:11

**stage** [1] - 18:24

**start** [3] - 21:17, 61:12, 61:15

**starting** [2] - 45:20, 62:24

**State** [1] - 87:17

**statement** [1] - 58:14

**statements** [1] - 19:12

**states** [1] - 52:20

**STATES** [2] - 1:1, 1:12

**States** [2] - 87:17, 87:23

**static** [1] - 7:22

**status** [1] - 34:1

**Staub** [1] - 35:19

**stay** [1] - 6:17

**steering** [2] - 45:9, 46:13

**Steering** [1] - 46:15

**STEERING** [2] - 1:15, 2:7

**Steinhoff** [1] - 83:14

**STENOGRAPHY** [1] - 3:25

**Stevens** [6] - 38:10, 38:12, 38:17, 39:1, 39:10

**STEVENS** [5] - 3:10, 38:16, 39:2, 39:13, 39:23

**Stiles** [1] - 10:25

**still** [10] - 16:9, 32:18, 53:25, 54:2, 56:24, 58:24, 62:16, 68:5, 70:18, 80:4

**STIPKOVITS** [3] - 3:10, 16:22, 17:1

**Stipkovits** [1] - 16:22

**stipulated** [1] - 86:25

**stipulation** [4] - 14:12, 14:17, 14:18, 14:20

**stipulations** [2] - 8:4, 67:17

**Stocks** [1] - 83:20

**streamlined** [1] - 13:8

**STREET** [8] - 1:16, 1:20, 1:24, 2:8, 2:12, 2:15, 3:18, 3:23

**stressed** [1] - 81:22

**stringer** [1] - 49:5

**STRINGER** [5] - 3:8, 49:7, 49:17, 49:24, 50:6

**Stringer** [1] - 49:8

**strongly** [1] - 48:7

**submit** [14] - 21:5, 29:10, 29:17, 30:15, 40:2, 51:10, 51:11, 55:5, 62:14, 68:20, 80:7, 81:5, 82:10, 86:4

**submitted** [128] - 13:24, 14:9, 14:11, 15:3, 15:8, 16:2, 16:21, 17:4, 18:14, 19:24, 20:23, 21:18, 22:9, 23:1, 23:8, 23:21, 24:10, 24:21, 25:1, 25:22, 26:18, 27:7, 27:15, 28:6, 28:10, 28:22, 29:3, 29:15, 29:22, 30:3, 30:25, 31:5, 31:7, 31:13, 31:19, 32:8, 32:18, 34:9, 34:12, 34:15, 34:18, 34:19, 34:23, 35:10, 35:13, 35:16, 35:19, 35:22, 35:25, 36:3, 36:7, 40:24, 42:19, 42:20, 46:5, 49:3, 50:24, 55:15, 62:2, 62:22,

62:25, 63:15, 64:3, 64:16, 64:22, 65:5, 66:22, 67:2, 68:8, 69:4, 69:14, 69:21, 69:25, 70:16, 70:25, 71:3, 71:7, 71:11, 72:2, 72:24, 73:6, 73:11, 73:18, 73:25, 74:7, 74:10, 74:13, 74:19, 74:23, 75:3, 75:9, 76:20, 76:24, 77:16, 77:23, 78:2, 78:7, 78:11, 80:7, 80:21, 81:3, 81:8, 81:13, 81:14, 81:17, 81:20, 81:25, 82:4, 82:8, 82:12, 82:17, 82:22, 83:2, 83:10, 83:14, 84:6, 84:9, 84:17, 85:1, 85:5, 85:18, 85:20, 85:23, 86:3, 86:8, 86:12, 86:15, 86:19

**submitting** [1] - 18:4

**subsequently** [1] - 37:9

**substantially** [8] - 40:13, 47:14, 48:11, 48:12, 54:18, 55:25, 67:4, 87:2

**substantive** [2] - 44:17, 44:21

**substitute** [1] - 30:14

**substituted** [1] - 30:12

**substitution** [1] - 30:17

**successful** [1] - 59:5

**Suezetta** [2] - 19:23, 20:3

**sufficient** [1] - 44:22

**suggest** [1] - 8:6

**SUITE** [7] - 1:16, 1:20, 1:25, 2:4, 2:8, 3:14, 3:18

**SULLIVAN** [2] - 2:15, 2:18

**Sultrop** [1] - 10:25

**summer** [1] - 31:15

**Suna** [1] - 10:6

**supplement** [4] - 28:20, 28:22, 29:17, 68:19

**suppose** [1] - 37:10

**surprise** [1] - 50:22

**surprised** [2] - 51:4, 55:8

**surviving** [4] - 20:9, 34:25, 35:3

**survivor** [1] - 56:12

**Susan** [3] - 66:21,

74:13, 85:1

**Sutton** [1] - 11:1

**SUZANNE** [1] - 3:13

**Swafford** [1] - 84:1

**Sylvia** [2] - 34:6, 75:13

---

**T**

---

**tab** [1] - 80:9

**Taia** [1] - 10:2

**Tanya** [1] - 35:13

**Tawonna** [1] - 61:23

**Taxotere** [2] - 52:21, 53:25

**TAXOTERE** [1] - 1:4

**Taxotere/Docetaxal** [1] - 45:17

**Taylor** [1] - 11:1

**telephone** [4] - 7:19, 21:23, 34:3, 39:2

**TELEPHONE** [1] - 2:22

**Tennessee** [1] - 30:9

**Teresa** [2] - 9:17

**Teressa** [1] - 38:21

**Terri** [2] - 9:23, 11:25

**TEXAS** [1] - 3:19

**THE** [278] - 1:11, 1:15, 2:6, 2:22, 3:17, 6:7, 6:12, 6:22, 7:3, 7:6, 7:14, 7:19, 8:10, 8:12, 8:15, 10:18, 10:22, 12:1, 12:18, 13:9, 13:18, 13:25, 14:3, 14:8, 14:16, 14:24, 15:5, 15:11, 15:23, 16:5, 16:11, 16:15, 16:25, 17:5, 17:20, 18:6, 18:8, 18:25, 19:4, 19:15, 19:17, 20:2, 20:16, 20:24, 21:7, 21:14, 21:25, 22:18, 23:6, 23:10, 24:3, 24:7, 24:17, 24:24, 25:6, 25:14, 26:1, 26:7, 26:22, 27:3, 27:11, 27:18, 27:21, 27:23, 28:4, 28:19, 29:1, 29:7, 29:9, 29:16, 29:21, 29:24, 30:8, 30:11, 30:16, 30:19, 31:4, 31:11, 31:17, 32:2, 32:12, 32:15, 32:20, 33:5, 33:9, 33:15, 33:25, 34:4, 34:8, 34:11, 34:14, 34:17, 34:20, 35:7, 35:12, 35:15, 35:18,

35:21, 35:24, 36:2, 36:5, 36:10, 36:12, 36:23, 37:11, 37:13, 38:1, 38:12, 39:1, 39:9, 39:14, 40:9, 40:19, 41:2, 41:4, 41:11, 42:1, 42:9, 42:11, 42:16, 42:24, 43:2, 43:8, 43:12, 43:15, 44:7, 46:1, 46:3, 46:18, 47:1, 47:4, 47:8, 47:16, 47:22, 48:16, 48:21, 49:14, 49:18, 49:21, 50:3, 50:19, 51:17, 52:6, 52:12, 53:6, 53:10, 53:13, 53:16, 54:1, 54:8, 54:12, 55:1, 55:17, 55:24, 56:10, 56:19, 57:4, 57:18, 57:23, 58:16, 59:8, 59:13, 60:5, 60:15, 61:1, 61:3, 61:6, 61:10, 61:12, 61:16, 61:20, 62:10, 62:19, 63:11, 63:21, 64:9, 64:12, 64:20, 64:25, 65:14, 65:16, 65:25, 66:5, 66:11, 66:20, 67:3, 67:20, 67:23, 68:2, 68:6, 68:12, 68:17, 69:8, 69:19, 69:24, 70:4, 70:11, 70:20, 71:5, 71:10, 71:16, 71:18, 71:25, 72:5, 72:8, 72:13, 72:18, 73:4, 73:9, 73:14, 73:21, 74:3, 74:5, 74:9, 74:12, 74:16, 74:21, 75:1, 75:6, 75:12, 75:16, 75:20, 75:24, 76:3, 76:8, 76:15, 76:19, 76:23, 77:1, 77:10, 77:15, 77:19, 77:21, 78:1, 78:6, 78:10, 78:14, 78:17, 78:20, 79:4, 79:13, 79:18, 79:23, 79:25, 80:2, 80:13, 80:19, 80:24, 81:6, 81:12, 81:15, 81:24, 82:3, 82:7, 82:11, 82:14, 82:19, 83:1, 83:6, 83:13, 83:17, 83:23, 84:4, 84:8, 84:13, 84:15, 84:25, 85:4, 85:8, 85:15, 85:17, 85:21, 86:1, 86:6, 86:11, 86:14, 86:17, 87:5

**therapy** [1] - 56:7
**Theresa** [1] - 9:3
**third** [1] - 9:1
**THIS** [1] - 1:8
**Thomas** [3] - 11:1, 35:22, 62:13
**Thompson** [1] - 11:2
**Thornton** [1] - 13:22
**three** [5] - 8:2, 11:19, 11:24, 24:19, 66:2
**THURSDAY** [2] - 1:7, 6:2
**Tida** [1] - 86:12
**Tigner** [1] - 11:2
**Tina** [1] - 74:19
**Tisa** [1] - 11:2
**TO** [3] - 1:8, 1:11, 6:4
**today** [13] - 10:16, 13:2, 13:4, 13:14, 13:21, 31:25, 41:3, 42:7, 45:4, 45:7, 51:5, 64:19, 87:6
**today's** [2] - 61:5, 62:21
**together** [1] - 20:7
**Tomeka** [1] - 10:25
**Tonia** [1] - 11:7
**took** [2] - 60:8, 61:11
**top** [1] - 62:6
**Torres** [1] - 10:7
**touch** [3] - 40:6, 40:16, 40:23
**Tracie** [1] - 9:14
**Tracy** [3] - 76:4, 76:12, 76:13
**TRANSCRIPT** [2] - 1:11, 3:25
**transcript** [1] - 87:18
**TRANSCRIPTION** [1] - 4:1
**translation** [2] - 33:22, 34:3
**translator** [1] - 33:24
**treatment** [11] - 44:4, 44:5, 45:17, 45:20, 45:21, 46:24, 51:24, 56:7, 58:8, 60:9, 61:25
**Trevino** [1] - 35:25
**Trevino-Cota** [1] - 35:25
**TREVOR** [2] - 2:22, 3:2
**Trevor** [4] - 13:22, 14:1, 14:6, 21:1
**Trial** [1] - 38:5
**TRICHE** [1] - 1:11
**tried** [3] - 34:2, 46:10, 83:4
**triggering** [1] - 48:13

**trouble** [2] - 25:10, 49:24
**true** [1] - 87:18
**Truehill** [1] - 84:6
**try** [9] - 21:2, 25:13, 25:25, 28:15, 33:13, 49:25, 53:3, 54:3, 79:16
**trying** [7] - 31:20, 35:6, 50:1, 63:19, 68:14, 70:2, 82:10
**TUCKER** [1] - 2:3
**Tucker** [1] - 84:9
**tumors** [1] - 56:8
**Turner** [3] - 36:3, 84:17, 84:23
**turns** [1] - 8:22
**two** [13] - 11:10, 11:18, 22:23, 28:1, 53:19, 61:4, 61:14, 65:9, 65:18, 65:25, 66:4, 72:6, 78:17
**type** [3] - 20:8, 45:19, 63:6

### U

**Ulibarri** [1] - 85:1
**unable** [2] - 25:15, 39:4
**undated** [2] - 52:17, 53:22
**under** [4] - 49:16, 78:25, 80:12, 84:22
**understood** [2] - 19:21, 24:6
**unfortunately** [6] - 20:5, 41:10, 51:6, 57:14, 59:3, 83:22
**UNITED** [2] - 1:1, 1:12
**United** [2] - 87:17, 87:23
**unless** [3] - 7:20, 8:8, 34:20
**unsuccessful** [2] - 21:24, 39:3
**up** [22] - 6:13, 7:9, 7:24, 9:10, 11:3, 12:24, 13:7, 17:15, 18:3, 26:2, 49:11, 51:15, 53:19, 55:8, 58:15, 61:7, 63:6, 66:10, 80:6, 86:25, 87:6, 87:7
**update** [1] - 60:2
**updated** [3] - 9:21, 46:6, 57:8
**upload** [2] - 59:25, 80:9

**uploaded** [12] - 50:15, 56:5, 56:25, 57:9, 59:20, 60:13, 62:5, 62:6, 62:7, 71:1, 81:9, 81:10
**URQUHART** [2] - 2:7, 2:18
**US** [1] - 21:23

### V

**Valerie** [4] - 13:21, 14:7, 15:2, 74:7
**Valladon** [1] - 11:5
**Vanasse** [1] - 32:8
**Vanessa** [1] - 84:6
**various** [1] - 6:14
**Vaughn** [1] - 85:5
**VIA** [1] - 2:22
**violation** [1] - 48:19
**Virginia** [1] - 80:21
**Vivian** [1] - 9:24
**voicemails** [2] - 25:24, 26:3
**VOICES** [1] - 87:10

### W

**wait** [4] - 27:22, 33:17, 55:17
**waiting** [7] - 15:14, 15:18, 66:24, 69:17, 79:21, 82:1, 85:12
**WALL** [12] - 3:2, 22:12, 23:2, 23:7, 23:19, 23:22, 24:6, 59:1, 59:12, 59:15, 60:6, 60:20
**Wall** [3] - 22:10, 22:12, 59:1
**Wallace** [1] - 11:5
**wants** [4] - 13:14, 24:23, 78:12, 81:21
**Ward** [1] - 11:5
**WARSHAUER** [1] - 1:19
**Washington** [4] - 23:21, 23:23, 25:8, 25:9
**waste** [1] - 79:2
**week** [19] - 18:18, 19:11, 28:12, 30:5, 31:16, 40:6, 40:24, 41:10, 63:2, 76:1, 76:14, 76:21, 78:4, 78:23, 79:7, 79:14, 81:4, 82:5, 82:13
**welcome** [1] - 6:17
**Welsh** [1] - 11:6

**Wendt** [3] - 21:13, 21:18, 21:21
**Westbrook** [1] - 85:11
**whatsoever** [1] - 54:21
**WHEREUPON** [2] - 61:11, 87:11
**White** [5] - 13:22, 14:1, 14:3, 14:6, 14:25
**WHITE** [6] - 2:22, 14:1, 14:6, 14:11, 14:20, 15:4
**Wiggins** [1] - 36:6
**Williams** [4] - 11:6, 11:7
**willing** [1] - 18:2
**Willis** [1] - 11:25
**WILSON** [1] - 2:14
**Wilson** [2] - 11:7, 85:18
**Wise** [1] - 85:23
**wish** [1] - 33:8
**wished** [2] - 31:9, 32:10
**wishes** [3] - 27:9, 33:22, 77:20
**withdraw** [5] - 25:2, 25:5, 32:10, 38:8, 39:9
**withdrawal** [1] - 39:8
**withdrawing** [1] - 39:6
**withdrawn** [10] - 30:13, 37:9, 38:6, 40:1, 40:14, 40:22, 41:7, 41:19, 42:5, 42:14
**withdrew** [1] - 41:8
**wonder** [1] - 43:8
**wondering** [2] - 78:23, 80:4
**Wood** [1] - 86:3
**Woods** [1] - 25:21
**woods** [1] - 25:23
**woody** [1] - 60:23
**Woolfolk** [1] - 11:7
**Wright** [2] - 11:8, 86:8
**writing** [3] - 27:10, 31:10, 32:11
**WYNKOOP** [1] - 1:24
**Wyskanna** [1] - 9:17

### X

**Xarelto** [1] - 67:16

### Y

**Yancey** [1] - 11:8
**Yeager** [2] - 48:24, 49:9
**year** [5] - 19:4, 34:24, 36:9, 38:19, 80:3
**years** [8] - 44:5, 45:21, 46:24, 47:2, 51:24, 58:8, 61:24, 78:17
**yesterday** [18] - 14:12, 14:21, 23:3, 23:5, 27:17, 31:2, 34:19, 55:11, 55:18, 56:5, 58:23, 64:18, 67:2, 71:23, 79:9, 81:18, 85:19, 85:20
**Yianna** [2] - 42:20, 62:25
**Yonker** [1] - 86:12
**YORK** [2] - 2:19
**yourselves** [1] - 43:16

### Z

**Zaro** [1] - 11:8
**Zaro-Jose** [1] - 11:8
**Zenon** [1] - 11:9
**Zold** [1] - 86:15
**Zoll** [4] - 22:9, 22:11, 23:20, 58:20