UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Susan Hill-Bing</u>**
**Case No.: <u>2:18-cv-04462</u>**

## MOTION FOR RECONSIDERATION OF MINUTE ENTRY AND ORDER OF DISMISSAL

**COMES NOW,** Plaintiff, Susan Hill-Bing, and files this Motion for Reconsideration of Minute entry and Order that was issued on November 15, 2018 (Document 5330) pursuant to Federal Rules of Civil Procedure 59 and 60.

I.

Plaintiff, Susan Hill-Bing, by and through her attorneys, respectfully asks the Court to reconsider and clarify its Minute Entry and Order of Dismissal dated November 15, 2018 as to Plaintiff. Plaintiff hired both Bachus & Schenker, LLC and Brent Coon and Associates to represent her in her Taxotere claims. Both firms filed suit, but one case was dismissed through the show-cause process while the other was not. Plaintiff seeks a clarification to the Courts order dismissing one case, that the other case remains active despite the dismissal with prejudice.

Plaintiff presents the issues in greater detail in the attached memorandum of support.

## PRAYER

Wherefore Premises Considered, Plaintiff prays that this Court amend its Order to state that Cause No. 2:18-cv-04462 was not dismissed and for any other relief to which she my show herself to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

By:/*s/ Eric W. Newell*
    ERIC W. NEWELL
    Texas State Bar No. 24046521
    Email: Eric_Newell@bcoonlaw.com
    215 Orleans
    Beaumont, Texas 77701
    Tel. (409)835-2666
    Fax (409)835-1912

    ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that I reached out to the Defendant's Liaison Counsel and Plaintiff's Liaison counsel via email on December 6, 2018, concerning this motion but did not receive a reply.

By:/*s/ Eric W. Newell*
    ERIC W. NEWELL

                            Texas State Bar No. 24046521
                            Email: Eric_Newell@bcoonlaw.com
                            215 Orleans
                            Beaumont, Texas 77701
                            Tel. (409)835-2666
                            Fax (409)835-1912

                            ATTORNEY FOR THE PLAINTIFF

### **CERTIFICATE OF SERVICE**

      I herby certify that a true and correct copy of the foregoing instrument has been served via electronic submission, and or certified mail, return receipt requested on this the $12^h$ day of December, 2018 to the following:

                            By:/*s/ Eric W. Newell*
                            ERIC W. NEWELL
                            Texas State Bar No. 24046521
                            Email: Eric_Newell@bcoonlaw.com
                            215 Orleans
                            Beaumont, Texas 77701
                            Tel. (409)835-2666
                            Fax (409)835-1912

                            ATTORNEY FOR THE PLAINTIFF