UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Susan Hill-Bing</u>
**Case No.:** <u>2:18-cv-04462</u>

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ENTRY AND ORDER OF DISMISSAL

### I.

Plaintiff filed an Original complaint on March 13, 2018 thru the law firm of Bachus and Schanker, LLC of Denver, Colorado with the Civil Action No. 2:18-cv-02631 in the Taxotere MDL Court. On November 15, 2018 the MDL Court dismissed with prejudice the Civil Cause No 2:18-cv-02631 because she was not in contact with Bachus and Shanker.

Plaintiff also hired the law firm of Brent Coon & Associates which in turned filed a complaint on Plaintiff's behalf in the Taxotere MDL Court on April 30, 2018 with the Civil Action 2:18-cv-04462. Plaintiff indicated thru an email of July 31, 2018, that she wants Brent Coon & Associates to only represent her in her Taxotere. The law firm Brent Coon & Associates filed a Plaintiff's Fact Sheet for Ms. Bing on July 13, 2018. She is currently in compliance with this Courts orders concerning Plaintiff Fact Sheets and other Pre-Trial Orders. Additionally, Cause No. 2:18-cv-04462 was not dismissed by the Court's Order on November 15, 2018.

In an effort to avoid confusion in the future, Plaintiff respectfully requests that the Order dismissing Cause No 2:18-cv-02631 be modified to show that Plaintiffs currently pending case, Cause No. 2:18-cv-04462, was not affected by this Order.

## II. AUTHORITIES

Plaintiff request reconsideration pursuant to Rule 59 and/or Rule 60 of the Federal Rules of Civil Procedure to Amend the Minute Entry entered on November 15, 2018.

          Respectfully submitted,

          **BRENT COON & ASSOCIATES**

          By:/*s/ Eric W. Newell*_____
              ERIC W. NEWELL
              Texas State Bar No. 24046521
              Email: Eric_Newell@bcoonlaw.com
              215 Orleans
              Beaumont, Texas 77701
              Tel. (409)835-2666
              Fax (409)835-1912

              ATTORNEY FOR THE PLAINTIFF