IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740<br><br>SECTION: "N" 5<br><br>COMPLAINT & JURY DEMAND |
| This Document Relates To:<br>*Susan Hill-Bing* | * * * | CIVIL ACTION NO. 2:18-cv-04462 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ENTRY AND ORDER OF DISMISSAL**

---

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazo on January 2, 2019 at 9:30 a.m.

Respectfully submitted this 12$^h$ day of December 2018.

                 **BRENT COON & ASSOCIATES**

                 /s/ Eric W. Newell
                 Brent W. Coon
                 Federal Bar No. 9308
                 Texas Bar No. 04769750
                 Brent@bcoonlaw.com
                 Eric W. Newell
                 Texas Bar No. 24046521
                 Eric_newell@bcoonlaw.com
                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 12th day of December, 2018.

_/s/Brent W. Coon_
Brent W. Coon
