UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Susan Hill-Bing</u>**
**Case No.: <u>2:18-cv-04462</u>**

## PROPOSED ORDER

This matter comes before the Court on Plaintiffs Motion to Reconsideration of Minute Entry and Order. Upon consideration of Plaintiffs' Motion, and the entire record of the case is hereby

ORDERED that the Motion be GRANTED.

Cause No. 2:18-cv-02631 remains dismissed by Order of the Court on November 15, 2018;

Cause No. 2:18-cv-04462 is not dismissed by Order of the Court on November 15, 2018, and will not be dismissed at this time.

                 _____
                 JANE TRICHE MILAZZO
                 U.S. DISTRICT JUDGE