UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Lacretia Warren**
Case No.: **2:17-cv-11777**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Lacretia Warren, on the following dates:

November 3, 2017; December 22, 2017; March 22, 2018, March 23, 2018; April 2, 2018; April 11, 2018; April 18, 2018; May 8, 2018; May 23, 2018; June 7, 2018; June 11 2018; September 28, 2018; October 23, 2018; and October 29, 2018.

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ Federal Express, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com