UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Terry Yates
**Case No.:** 2:17-cv-12198

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Lacretia Warren, on the following dates:

November 10, 2017; December 22, 2017; January 19, 2018; April 4, 2018; April 5, 2018; April 6, 2018; April 9, 2018; April 27, 2018; May 11, 2018; May 18, 2018; May 21, 2018; May 29, 2018; June 19, 2018; and November 30, 2018.

by (check all that apply) __X__ telephone, _____ e-mail, _____ text message, _____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ Federal Express, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com