# EXHIBIT B



## CERTIFICATION OF CUSTODIAN OF RECORDS

I, **THOMAS CANINE,** make this declaration pursuant to Louisiana Revised Statute 13:3733 and declare the following is true and correct:

1. I am the Executive Account Manager in the Louisiana Medicaid Management Information Systems (MMIS) with Molina Healthcare Incorporated. Among my responsibilities is to request Medicaid claims history data from the MMIS database.

2. The Louisiana Medicaid Management Information Systems ("LMMIS") is the repository of all Medicaid data maintained by the Department in its capacity as the designated single State Medicaid agency. The LMMIS includes, but is not limited to, data on all Medicaid claims submitted by providers enrolled in the Medicaid fee-for-service ("FFS") program for which Medicaid made a payment as well as all encounter data submitted by Medicaid Managed Care Organizations ("MCO") reflecting services provided to plan enrollees and payment made by the MCOs.

3. Medicaid enrolled providers and pharmacies submit FFS claims to the Department's fiscal intermediary, which operates the LMMIS and processes and pays otherwise payable claims. The fiscal intermediary reports the adjudicated claims payment data to the LMMIS, where it is maintained and stored in the ordinary course of business.

4. Each of Louisiana's five (5) MCOs submits a record of their encounter data, including payment to network providers and pharmacies, to the LMMIS. The data received is maintained and stored in the ordinary course of business.

5. The LMMIS is a dynamic relational database containing billions of data points in various logical relationships to one another. The design of the LMMIS enables the Department to query data in order to generate reports, assess Medicaid payments, detect fraud, and to perform other business-related tasks.

6. The Department contracts with Molina Healthcare Medicaid Solutions ("Molina"), which provides services related to storage, maintenance, and retrieval of data housed in the LMMIS.

7. On **October 4, 2018**, I submitted a request to the LMMIS to obtain encounter data as described in the request received by the Department pertaining to **Antoinette Durden DOB** ▮

Molina Healthcare, Inc. • P.O. Box 3396, Baton Rouge, LA 70821
225-216-6000 • Fax: 225-924-6179

**Louisiana Medicaid Records Certification**
Page 2

8. The attached document, consisting of **one page**, is to the best of my knowledge, information, and belief, an exact and complete copy of data produced in response to the query entered according to the criteria set forth in the request received by the Department.

9. The Louisiana Department of Health does not and cannot certify the integrality or currency of the data submitted to the fiscal intermediary by the managed care organizations.

Certified this _25_ day of October, 2018, in the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

*Thomas Canine*

Thomas Canine
Executive Account Manager
Molina Medicaid Solutions

LIFT11460

Louisiana Department of Health
NDC verification for Chemotherapy Drugs

10-2-2018

| NDC NUMBER | DESCRIPTION | PROCEDURE CODE | PROCEDURE DESCRIPTION | DATE OF SERVICE | PAYMENT |
|---|---|---|---|---|---|
| 00075800180 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20111018 | $1,660.74 |
| 00075800180 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20111018 | $1,660.74 |
| 00075800120 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20111109 | $1,423.49 |
| 00075800120 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20111130 | $1,423.49 |
| 00075800120 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20111221 | $1,423.49 |
| 00075800120 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20120111 | $1,423.49 |
| 00075800120 | DOCETAXEL | HR636 | DRUGS REQUIRING DETAILED CODING | 20120201 | $1,423.49 |



Antoinette Durden, Date of Birth ■, Recipient ID: ■