# EXHIBIT D

**Timeline of Events Related to Durden Manufacturer Identification**

- Prior to filing this case, Plaintiff's counsel obtained medical records indicating Taxotere 20mg was administered to Ms. Durden.
- An **initial request** for billing records was sent to Ochsner on March 3, 2016.
- On March 4, 2016 a call was placed to follow-up on the request and my office was informed that the request had not yet been received.
- On March 11, 2016 a call was placed to follow-up and my office was informed that it generally takes up to 10 days for the request to be entered into the system.
- On September 1, 2016 a **second additional request** was sent, this time directed to Ms. Canty as instructed by Ochsner, requesting all Health Insurance Claim Forms 1500/CMS-1500, Superbill Reports including NDC codes for Taxotere/Docetaxel for each of Plaintiff's treatment dates.
- On November 10, 2016 a follow-up call was placed to Ms. Canty.
- On November 16, 2016 a voicemail was left for Ashley.
- On November 18, 2016 Ochsner's billing department informed my office that they were unsure if they could provide records by December 1st, as had been requested.
- On November 28, 2016 an additional voicemail was left.
- On April 19, 2017 a **third request** was sent to Ms. Canty requesting NDCs and including an NDC checklist, prior to CMO 12.
- On May 3, 2017 my office followed up with the billing department and **fourth follow up request** was addressed to Ashley Canty.
- On May 11, 2017 my office was informed that the request was being processed. Shortly after, Ms. Canty faxed my office a copy of our April 19, 2017 request with a handwritten NDC code for Taxotere on the first page as well as several other documents. However, Ms. Canty did not sign or check a particular code on the NDC checklist.
- On May 22, 2017 a copy of the information with the handwritten NDC codes received from Ms. Canty were uploaded to MDL Centrality as Record Document Number 3289 as "Proof of Use – Medical Records."
- On June 29, 2017 my office left a voicemail for Ms. Canty and sent Ashley an email requesting that the NDC checklist be completed.
- On August 7, 2017 my office once again emailed Ms. Canty regarding completion of the NDC checklist.
- On August 8, 2017 Ms. Canty emailed my office requesting that the checklist be resent. The checklist was resent to Ms. Canty that same day.
- On February 14, 2018 Sanofi made a request to Ochsner for NDC codes.
- A statement from Ochsner that NDC codes could not be found due to the age of the dates of service was received by Sanofi on March 5, 2018. That same day, both Sanofi and Plaintiffs nominated Ms. Durden's as a representative case to be tried in this MDL.
- On March 9, 2018 the Court identified Ms. Durden as one of the 4 trial plaintiffs for the first bellwether.
- On March 12, 2018 Sanofi uploaded a statement from Ochsner stating that no NDCs could be produced. This document was uploaded to MDL Centrality as record document number 109828.
- On March 15, 2018 a follow-up email was sent to Ms. Canty regarding the NDC checklist and re-sent a copy of the original information that Ms. Canty provided my office on May 11, 2017 in which she identified Sanofi as the manufacturer of Plaintiff's docetaxel.

- On March 16, 2018 Ms. Canty emailed my office and stated that she believed she had previously returned a sign form but would review and fax the signed form back on Monday (March 19, 2018).
- On March 16, 2018 Plaintiff listed Ms. Canty as a possible witness on her witness list.
- On March 20, 2018 Canty faxed a signed NDC checklist to my office.
- On March 21, 2018, my office uploaded the certified NDC checklist from Canty to MDL Centrality as record document number 117603.
- On April 5, 2018 counsel received an informal request to obtain deposition dates for Ms. Canty.  During this time a meet and confer was on going between the parties regarding granting of additional depositions.
- On April 16, 2018 the parties exchanged emails regarding granting additional depositions and Ms. Canty was no longer listed as a witness whom Sanofi sought to depose.
- On April 17, 2018 Sanofi received a letter from Ochsner in which Ms. Canty rescinds her certification of NDC codes for Antoinette Durden.
- On April 19, 2018 counsel received an email from Sanofi informing Plaintiff of Ms. Canty's rescission letter.