# EXHIBIT F1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates To: | SECTION: N |
| *Durden v. Sanofi S.A., et al.* | JUDGE MILAZZO |
| Civil Case No. 2:16-cv-16635 | MAG. JUDGE NORTH |

## AFFIDAVIT OF NEIL HUNTER

I, Neil Hunter, being duly sworn according to law, depose and state as follows:

1. My name is Neil Hunter and I am over the age of eighteen. I have personal knowledge of the facts in this affidavit.

2. I am currently the Manager, Inpatient Pharmacy at Ochsner Medical Center, 1516 Jefferson Highway, New Orleans, LA 70121 ("OMC").

3. I am familiar with OMC's purchase history of docetaxel.

4. In response to requests from the parties in this case, I certified a document "created with data obtained from OMC's purchase history of the medication docetaxel." This document is dated October 11, 2018 and is attached hereto as Exhibit "A". This document was created with data obtained from Ochsner's purchase history of docetaxel medication from Cardinal Health.

5. Information concerning docetaxel drug purchases contained within Exhibit "A" may not include all drug identifying information that is contained in the Cardinal Health purchase history which is attached hereto as Exhibit "B".

6. Exhibit "A", provides the "Invoice Date," "Size," "Unit of Measure," "Strength," and "NDC Code" for various purchases of the medication docetaxel by Ochsner from March 2011 to February 2012.

7. References to the "Strength" of docetaxel products purchased by Ochsner, as contained in Exhibit "A", do not include all characterizations of docetaxel's strength or concentration that may be used by manufacturers, the FDA, or others. Exhibit "B" does contain a "description" as well as the "strength" of the medication.

8. The "Strengths" of docetaxel products purchased by Ochsner, as contained in Exhibit "A", are expressed in the unit of measure milligrams per milliliter (mg/mL).

9. The NDC Code information provided in Exhibit "A" indicates Ochsner purchased docetaxel medications made by a variety of manufacturers during the time period March 2011 to February 2012.

10. Ochsner purchased docetaxel products manufactured by Hospira, including products identified by National Drug Codes ("NDCs") 409020102, 409020110, and 409020120, starting around March of 2011.

11. Ochsner purchased docetaxel products manufactured by Sandoz, including products identified by NDCs 66758005001, 66758005002, and 66758005003, starting around August of 2011.

12. Ochsner purchased docetaxel products manufactured by Sanofi Aventis US LLC, including products identified by NDC's 75800301 and 75800404 before and during the time period at issue.

13. Ochsner purchased docetaxel products manufactured by Winthrop US CS, including products identified by NDC's 955102001 and 955102104 starting around April 2011.

14. The NDC information contained in Exhibit "A" do not correlate to a specific manufacturer of docetaxel given to this particular patient. Exhibit "A" indicates the variety of manufacturers' docetaxel that was purchased by Ocshner during the time period at issue in this case (March 2011 to February 2012).

15. Plaintiffs' Exhibit "B" entitled "Statement Regarding Chemotherapy Drug Administered" attached hereto as Exhibit "C" has been marked to show the possible doxetaxel administered for this patient.

_Neil Hunter_
NEIL HUNTER, AFFIANT
Manager, Inpatient Pharmacy
Ochsner Medical Center

Subscribed and sworn to before me, a notary public, this 6th day of November, 2018.

My Commission Expires: life

_[Notary signature]_
NOTARY PUBLIC

Brittany K. Sloan

Brittany K. Sloan
Notary Public
State of Louisiana
Bar No. 34617
My Commission is for Life

2