# EXHIBIT H

| | |
|---|---|
| **From:** | Chris Coffin |
| **To:** | Douglas Moore; Olinde |
| **Cc:** | p lambert; barrios; Jessica Perez |
| **Subject:** | RE: Durden - Revised 30(b)(6) Notice |
| **Date:** | Monday, December 3, 2018 12:33:12 PM |
| **Attachments:** | image001.png |
| | image002.png |

No, I haven't talked with her. That's why I keep sending her e-mails to try to get a response.

Chris

***PLEASE NOTE OUR NEW ORLEANS OFFICE CHANGE OF ADDRESS***

Christopher L. Coffin, R.N., B.S.N., J.D.
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Douglas Moore <dmoore@irwinllc.com>
**Sent:** Monday, December 3, 2018 12:29 PM
**To:** Chris Coffin <ccoffin@pbclawfirm.com>; Olinde <Olinde@chaffe.com>
**Cc:** p lambert <plambert@gainsben.com>; barrios <barrios@bkc-law.com>; Jessica Perez <jperez@pbclawfirm.com>
**Subject:** RE: Durden - Revised 30(b)(6) Notice

I have spoken to her on the phone a couple of times, but I don't recall whether it was before or after your email below.  Have you talked to her ? As I told you before, I don't have any better information than you do on what Ochsner's position is on this.

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
dmoore@irwinllc.com
504.310.2163
504.310.2101 fax

## IRWIN FRITCHIE
## URQUHART & MOORE LLC
### COUNSELORS AT LAW

www.irwinllc.com

This communication is confidential and intended solely for the addressee. It may contain legally privileged and confidential information. If you are not the intended recipient you may not retain, copy, disclose, print or save this communication in any form. If you have received this communication in error, please delete this message.

**From:** Chris Coffin [mailto:ccoffin@pbclawfirm.com]
**Sent:** Monday, December 3, 2018 12:21 PM
**To:** Douglas Moore <dmoore@irwinllc.com>; Olinde <Olinde@chaffe.com>
**Cc:** p lambert <plambert@gainsben.com>; barrios <barrios@bkc-law.com>; Jessica Perez <jperez@pbclawfirm.com>
**Subject:** RE: Durden - Revised 30(b)(6) Notice

Doug:

Thanks for the response, but my question was whether you have communicated with Lesa since I sent my e-mail last week. Have you communicated with her?

Chris

***PLEASE NOTE OUR NEW ORLEANS OFFICE CHANGE OF ADDRESS***

Christopher L. Coffin, R.N., B.S.N., J.D.
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398

www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Douglas Moore <dmoore@irwinllc.com>
**Sent:** Monday, December 3, 2018 12:14 PM
**To:** Chris Coffin <ccoffin@pbclawfirm.com>; Olinde <Olinde@chaffe.com>
**Cc:** p lambert <plambert@gainsben.com>; barrios <barrios@bkc-law.com>; Jessica Perez <jperez@pbclawfirm.com>
**Subject:** RE: Durden - Revised 30(b)(6) Notice

I have not seen a response to your email- but this reminds me that I needed to re-send to her my revised exh. B. Apparently it never went through.

I've attached it here. It is the same as what I sent you before.

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
dmoore@irwinllc.com
504.310.2163
504.310.2101 fax

**IRWIN FRITCHIE**
**URQUHART & MOORE LLC**
COUNSELORS AT LAW

www.irwinllc.com

This communication is confidential and intended solely for the addressee. It may contain legally privileged and confidential information. If you are not the intended recipient you may not retain, copy, disclose, print or save this communication in any form. If you have received this communication in error, please delete this message.

**From:** Chris Coffin [mailto:ccoffin@pbclawfirm.com]
**Sent:** Monday, December 3, 2018 11:36 AM
**To:** Douglas Moore <dmoore@irwinllc.com>; Olinde <Olinde@chaffe.com>
**Cc:** p lambert <plambert@gainsben.com>; barrios <barrios@bkc-law.com>; Jessica Perez <jperez@pbclawfirm.com>
**Subject:** FW: Durden - Revised 30(b)(6) Notice

Doug and John:

Have either of you communicated with Lesa since I sent the e-mail below last week?

Chris

**\*\*\*PLEASE NOTE OUR NEW ORLEANS OFFICE CHANGE OF ADDRESS\*\*\***

Christopher L. Coffin, R.N., B.S.N., J.D.
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Chris Coffin
**Sent:** Thursday, November 29, 2018 10:36 AM
**To:** 'Colon, Nairda T.' <NColon@frilot.com>
**Cc:** Sloan, Brittany <bsloan@frilot.com>; Jessica Perez <jperez@pbclawfirm.com>; Palmer Lambert <lambert@gainsben.com> <plambert@gainsben.com>; Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Olinde <olinde@chaffe.com>
**Subject:** RE: Durden - Revised 30(b)(6) Notice

Lesa:

Thanks for getting back to us. We have substantially narrowed the topics from our original notice so that they are more narrowly-tailored to our needs. I really don't believe it's a broad or duplicative notice. In addition, we have had many, many discussions about this topic over the last several months, and Jessica and I have explained to you and Brittany what we are looking for multiple times. Also, prior to your involvement in the case, I personally explained to Ochsner's in-house counsel, Ms. Miceli, what information we are looking for and why we are looking for it. She seemed to understand our requests then.

That all said, I am in no way opposed to talking with you again to see if I can further clarify our requests. However, if you are indicating that Ochsner doesn't intend to produce a witness for any of the topics in the notice, I would appreciate knowing that now so we can proceed to the next step in this process without wasting any additional time.

I can be available today between 12:30 and 3:00 and tomorrow between 12:30 and 3:30. Please let me know what can work for you.

Thanks.

Chris

**<u>***PLEASE NOTE OUR NEW ORLEANS OFFICE CHANGE OF ADDRESS***</u>**

Christopher L. Coffin, R.N., B.S.N., J.D.
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Colon, Nairda T. <NColon@frilot.com>
**Sent:** Thursday, November 29, 2018 9:42 AM
**To:** Chris Coffin <ccoffin@pbclawfirm.com>
**Cc:** Sloan, Brittany <bsloan@frilot.com>; Jessica Perez <jperez@pbclawfirm.com>; Palmer Lambert <lambert@gainsben.com> <plambert@gainsben.com>; Douglas J. Moore (dmoore@irwinllc.com) <dmoore@irwinllc.com>; Olinde <olinde@chaffe.com>
**Subject:** RE: Durden - Revised 30(b)(6) Notice

Thanks Chris. Hope you all had a good Thanksgiving.

As we are all just getting back into the work week after the holiday, we are still reviewing what has been sent. However, in reviewing what you sent, it appears to be the same information that was covered in the Prose Verbal on November 7. It still seems rather broad and duplicative. I think we need some parameters of exactly what you are looking for to see if your requests can be accommodated.

We continue our due diligence. However, we are unsure at this time if anything will be different than November 7. It is probably a good idea to get on a call and discuss further. Thanks Lesa

# FRILOT LLC

Nairda T. Colón (Lesa)
1100 Poydras Street
Suite 3700
New Orleans, La. 70163
Phone (504)599-8180
Fax (504)599-8131

**From:** Chris Coffin [mailto:ccoffin@pbclawfirm.com]
**Sent:** Wednesday, November 28, 2018 4:54 PM
**To:** Colon, Nairda T.
**Cc:** Sloan, Brittany; Jessica Perez; Palmer Lambert <lambert@gainsben.com>; Douglas J. Moore (dmoore@Irwinllc.com); Olinde
**Subject:** Re: Durden - Revised 30(b)(6) Notice

Lesa -

I would appreciate you letting me know your client's position regarding the notice I sent last week. I spoke with Doug yesterday, and he indicated he hasn't heard from you either.

Please get back to us.

Thanks.

Chris

Christopher L. Coffin, R.N., B.S.N., J.D.
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.

**From:** Chris Coffin <ccoffin@pbclawfirm.com>
**Sent:** Tuesday, November 20, 2018 5:56 PM
**To:** Colon, Nairda T.
**Cc:** Sloan, Brittany; Jessica Perez; Palmer Lambert <lambert@gainsben.com>
**Subject:** Durden - Revised 30(b)(6) Notice

Lesa:

Attached is the revised 30(b)(6) Notice that will replace the Notice attached to the subpoena Plaintiff served on Ochsner on September 7, 2018. You will see that we have significantly narrowed the topics to be covered in the deposition in an effort to move this process forward soon.

Although I sent a copy of this to Doug, I have not heard back from him on whether his client will add any topics to this revised Notice and whether he will serve a separate revised Notice pursuant to the subpoena he issued. I'm sure he'll communicate that to you as soon as he knows.

I am hopeful that you will be able to produce a witness or witnesses for this deposition in the next couple weeks, especially in light of Judge Milazzo's directive on this issue last week. To that end, I would appreciate receiving dates as soon as you can get them from your client.

I hope you have a nice Thanksgiving.

Chris

**\*\*\*PLEASE NOTE OUR NEW ORLEANS OFFICE CHANGE OF ADDRESS\*\*\***

Christopher L. Coffin, R.N., B.S.N., J.D.
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.