# EXHIBIT I

## EXHIBIT A

### Definitions

For the purposes of this subpoena *duces tecum* and 30(b)(6) Deposition Notice, the following terms shall have the following meanings:

1. "TREATING FACILITY" refers to Ochsner Health System, with a main campus located at Ochsner Medical Center, 1514 Jefferson Hwy., New Orleans, LA 70121, and any of its parents, successors, predecessors, sisters, affiliates, subsidiaries, divisions or related companies or other businesses or legal entities, and their officers, directors, agents, representatives, consultants, employees, attorneys or anyone subject to the direction and control of, or acting on behalf of, any of the foregoing, both past and present.

2. "Plaintiff" refers to Antoinette Durden.

3. "Taxotere (docetaxel)" refers to any generic or brand manufactured intravenous injectable or infusion chemotherapy medication of that name.

4. "Protocol" refers to standard practice, procedure, system, rule(s), custom or habit.

5. "Policies" refer to written managerial or procedural guidelines established by Ochsner to guide and determine decisions and/or actions to be taken in response to specified situations or requests.

6. "Pharmaceutical Distributor" refers to the person or entity and any of its agents, employees, or officers, that shipped or sold Taxotere (docetaxel) to TREATING FACILITY.

7. "2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE" refers to the time-period of two years prior to October 18, 2011 through February 1, 2012. (relevant time-period therefore would be October 18, 2009 to February 1, 2012).

8. "Document(s)" refers to any designated documents or electronically stored information – including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations – stored in any medium from which information can be obtained.

9. The terms "and," "or," and "and/or" shall be construed in the conjunctive or the disjunctive, whichever makes the request more inclusive.

10. SANOFI refers to any Sanofi entity, including, but not limited to, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Aventis Pharma S.A., Sanofi S.A., sanofi-aventis Group, Aventis Pharma Ltd., Aventis Pharmaceuticals Products Inc., Aventis Pharmaceuticals Inc., Aventis Pharma Rhone-Poulenc Rorer Exports Ltd., and Rhone-Poulenc Rorer Pharmaceuticals Inc.

1

**Subject of Deposition - Matters of Inquiry**

**Antoinette Durden's Treatment at Ochsner Medical Center**

1. The National Drug Code for each dose of Taxotere (docetaxel) that was administered to Antoinette Durden at TREATING FACILITY.

2. The identity of the manufacturer of each dose of Taxotere (docetaxel) that was administered to Antoinette Durden at TREATING FACILITY.

3. The information displayed in the documents attached hereto as Exhibits A – F-4.

**Ochsner's Policies and Protocols for Tracking the Administration of Chemotherapy Agents**

4. TREATING FACILITY's Policies and Protocols for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals.

5. TREATING FACILITY's Policies and Protocols for complying with federal, state, and local governmental requirements for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals.

6. TREATING FACILITY's Policies and Protocols for complying with The Joint Commission requirements for the acquisition, maintenance, inventory tracking, dispensing, compounding and administration of chemotherapy pharmaceuticals.

7. TREATING FACILITY's records system that tracks its chemotherapy medications purchased, received, and/or administered.

8. TREATING FACILITY'S Policies and Protocols for identifying patients who have been administered contaminated or recalled pharmaceutical products while being treated at TREATING FACILITY.

9. TREATING FACILITY's records systems that track its Taxotere (docetaxel) inventory from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

10. TREATING FACILITY'S Policies and Protocols for determining the specific dose, concentration, and strength of chemotherapy to be administered to a patient.

11. TREATING FACILITY'S electronic record system referred to as "Epic," the types of information stored in the system, and how the TREATING FACILITY uses the system to identify those medications administered to a specific patient.

**Ochsner's Systems and Protocols for billing the Louisiana Department of Medicaid**

12. TREATING FACILITY's patient and insurance billing system in place from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

13. TREATING FACILITY's Policies and Protocols for complying with federal, state, and local governmental requirements for submitting billing information, including NDC(s), to the Louisiana Department of Health or Molina Medicaid Solutions.

14. TREATING FACILITY'S records system that tracks billing information submitted to the Louisiana Department of Health, Louisiana Medicaid through Molina Medicaid Solutions, for Medicaid enrollees including Plaintiff, Antoinette Durden.

15. TREATING FACILITY'S Policies and Protocols for billing the Louisiana Department of Medicaid for services rendered to a patient that is a Medicaid enrollee.

16. TREATING FACLITY'S Policies and Protocols for determining the chemotherapy drugs administered to a Louisiana Medicaid enrollee, including Plaintiff, and the NDC associated with such drugs.

17. TREATING FACILITY'S Policies and Protocols for determining what NDC information should be submitted on behalf of a Louisiana Medicaid enrollee in a billing request to Louisiana Department of Health, Louisiana Medicaid and/or Molina Medicaid Solutions for reimbursement to the TREATING FACILITY for services rendered, including the administration of chemotherapy drugs.

18. TREATING FACILITY'S Policies and Protocols or tracking system utilized to the identify the NDC information specific to each dose of Taxotere administered to Plaintiff, Antoinette Durden, and billed to the Louisiana Department of Health, Louisiana Medicaid and/or Molina Medicaid Solutions as NDC(s) 00075800180 and 00075800120.

19. Employee(s) of TREATING FACILITY, third parties, and/or any other source whether an electronic system or otherwise whom employee(s) of TREATING FACILITY's billing department may contact to obtain NDC information regarding a specific drug administered to a specific patient for billing purposes.

**TREATING FACILITY's Prior Production of Records**

20. The method of search for the documents and/or electronically stored data produced by TREATING FACILITY as Exhibits A-F-4.

21. The meaning of the information displayed in Exhibits A-F-4.

3

22. The manner in which the information displayed in Exhibits A-F-4 relates to PLAINTIFF's chemotherapy infusions.

23. The systems, processes, and purpose for the creation, duplication, and/or storage of the documents and/or electronically stored data produced by TREATING FACILITY as Exhibits A-F-4.

24. Any and all document and/or electronically stored data retention/destruction policies that would relate to Exhibits A-F-4.

25. The source location of the documents and/or electronically stored data produced by TREATING FACILITY in Exhibits A-F-4.

26. Organization, indexing, and/or filing of the documents and/or electronically stored data produced by TREATING FACILITY as Exhibits A-F-4.

27. The completeness of the documents and/or electronically stored data previously produced by TREATING FACILITY as Exhibits A-F-4.

28. The authenticity of the documents and/or electronically stored data previously produced by TREATING FACILITY as Exhibits A-F-4.

**Communications**

29. All communications between TREATING FACILITY and Antoinette Durden's insurers regarding Antoinette Durden's administration of Taxotere (docetaxel) by the TREATING FACILITY from October 2011 to present.

30. All communications between TREATING FACILITY and Antoinette Durden's insurers regarding billing for Antoinette Durden's treatment with Taxotere at TREATING FACILITY from October 2011 to present.

31. Communications between TREATING FACILITY and SANOFI for records regarding the Taxotere (docetaxel) administered to Antoinette Durden.

32. Communications between TREATING FACILITY and any third party, other than SANOFI, for records regarding the Taxotere (docetaxel) administered to Antoinette Durden.

**Exhibit B**

**Document Requests**

1. TREATING FACILITY's Policies and Protocols for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to PRESENT.

2. Communications between TREATING FACILITY and the pharmaceutical distributor(s)' sales representatives and/or customer services representatives from which TREATING FACILITY purchased and/or received Taxotere (docetaxel) from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to PRESENT.

3. Agreements between TREATING FACILITY and all persons or entities for TREATING FACILITY's acquisition of Taxotere (docetaxel) which were in effect at any point in time between 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE and DATE OF LAST TAXOTERE DOSE.

4. Any and all patient specific records with the National Drug Codes of the Taxotere (docetaxel) administered to PLAINTIFF.

5. Any and all patient specific records with the named manufacturers of the Taxotere (docetaxel) administered to PLAINTIFF.

6. Any and all patient specific records with the dosage amount of all Taxotere (docetaxel) administered to PLAINTIFF.

7. Any and all patient specific records with all of the dates on which Taxotere (docetaxel) was administered to PLAINTIFF.

8. All records regarding the administration of Taxotere (docetaxel) to PLAINTIFF from any records system or any other practice management software utilized by TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

9. All communications between TREATING FACILITY and PLAINTIFF's insurers regarding PLAINTIFF's treatment with Taxotere (docetaxel).

10. All communications between TREATING FACILITY and PLAINTIFF's insurers regarding billing for PLAINTIFF's treatment with Taxotere (docetaxel) at TREATING FACILITY from October 2011 to present.

11. All internal communications between TREATING FACILITY employees regarding records previously produced by TREATING FACILITY and attached hereto as Exhibits A-F-4.

5

12. Communications between TREATING FACILITY and any third party for records responsive to the PLAINTIFF'S original 30(b)(6) deposition notice and associated documents subpoena.

13. Communications between TREATING FACILITY and SANOFI for records responsive to this subpoena.

14. All internal communications between TREATING FACILITY employees regarding this subpoena.

15. All internal communications between TREATING FACILITY employees regarding the Taxotere (docetaxel) administered to Antoinette Durden.