# EXHIBIT J



**Ochsner**
Health System

**Health Information Management**
*2700 Napoleon Ave, New Orleans, LA 70115*

3/5/18

RE: Request to inspect, copy or obtain copy of health records
Records of: Ms. Antoinette Durden
MRN: 8245896
Date of Birth: ▮▮▮▮▮▮
Date request received: 2/14/18

We have received your request for the health records of Ms. Antoinette Durden. Unfortunately, we are unable to comply with your request for the following reason(s):

-DUE TO THE AGE OF THE DATES OF SERVICE, THE NDC CODE INFORMATION IS UNAVAILABLE

Should you have any questions, you may contact the MRO main office at (610) 994-7500 option 1.

Sincerely,

Release of Information Representative