UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>RACHEL BRYAN vs. SANOFI US SERVICES INC., et al. | Civil Action No.: 2:17-cv-12211 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Rachel Bryan respectfully requests leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint be filed as of the date of this motion.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statue of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

1

**Dated this 13th day of December, 2018**        Respectfully submitted,

*s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6 and PTO 37A, Defendant's Counsel has been contacted. Counsel for the Defendants responded, but did not indicate whether the Defendants assent to or oppose this motion. Plaintiff's counsel has waited the requisite 14 days prior to filing this motion with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ryan L. Thompson*
Ryan Thompson