UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

At a hearing on November 15, 2018, the Court ordered certain Plaintiffs to submit a Plaintiff Fact Sheet within 15 days of the hearing. The Court has been advised that the following Plaintiffs have failed to do so:

- Diane Alvillar, 2:17-cv-09635
- Yianna Bersentes, 2:17-cv-08328
- Anna Burell, 2:18-cv-01443
- Bessie Claude, 2:18-cv-04425
- Rosalind Cokley, 2:18-cv-01325
- Reyna Davila, 2:18-cv-04430
- Gloria Dixon, 2:17-cv-16723
- Caroline Dortch, 2:17-cv-16722
- Crystal Edwards, 2:17-cv-18014
- Donna Gordon, 2:17-cv-08653
- Flora Grant, 2:16-cv-17940
- Lizbeth Lopez, 2:18-cv-04458
- Joan Mitchell, 2:17-cv-17033
- Demetria Muckle, 2:18-cv-04443
- Dorothy Tucker, 2:18-cv-02315
- Margaret Turner, 2:17-cv-08859

- Susan Ulibarri, 2:18-cv-02690

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 12th day of December, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE