**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2740 |
| | : | SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | |
| | : | HON. JANE TRICHE MILAZZO |
| Karen Collett v. Sanofi-Aventis U.S. LLC, et al., Civil Action No. 2:18-cv-12947 | : : : | MAG. JUDGE MICHAEL NORTH |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**AS TO ALL DEFENDANTS**

Plaintiff Karen Collett, by and through the undersigned counsel, pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii) and pursuant to this Court's Case Management Order No. 12 and

Pretrial Order No. 15, hereby dismisses all claims against Defendants in this matter, with each

party to bear its own costs.

Dated: December 13, 2018                    Respectfully submitted,

                                            **PULASKI LAW FIRM, PLLC**
                                            /s/ Leslie LaMacchia
                                            Leslie LaMacchia
                                            Adam Pulaski
                                            2925 Richmond, Suite 1725
                                            Houston, TX 77098
                                            Tel: (713) 664-4555
                                            Fax: (713) 664-7543
                                            llamacchia@pulaskilawfirm.com
                                            adam@pulaskilawfirm.com
                                            *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Notice of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.


Dated: December 13, 2018                    Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*