IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740<br><br>SECTION: "N" 5<br><br>COMPLAINT & JURY DEMAND |
| This Document Relates To:<br>*Balledette Berry* | * * * | CIVIL ACTION NO. 2:17-cv-13976 |

## PLAINTTIF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT
_____

COMES NOW Plaintiff Balledette Berry, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 14th day of December, 2018.

                                          **BRENT COON & ASSOCIATES**

                                          /s/  Brent W. Coon_____
                                          Brent W. Coon
                                          Federal Bar No. 9308
                                          Texas Bar No. 04769750
                                          Brent@bcoonlaw.com
                                          Eric W. Newell
                                          Texas Bar No. 24046521
                                          Eric_newell@bcoonlaw.com

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6.  While some progress was made, I was unable to obtain consent to file this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 15th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　*/s/Brent W. Coon*
　　　　　　　　　　　　　　　　　　　　　　Brent W. Coon