IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2740 |
| | * * | SECTION: "N" 5 |
| | * * | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Balledette Berry* | * * * | CIVIL ACTION NO. 2:17-cv-13976 |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this_____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT