# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO:<br>2:17-cv-08626<br>*Nellie Curtis v. Sanofi U.S. Services, Inc., et al.* | | |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Darin L. Schanker and J. Kyle Bachus with the law offices of Bachus & Schnacker, LLC be allowed to withdraw as Plaintiff's counsel, and further, that Michael P. McGartland of the law firm of McGartland Law Firm, PLLC, be allowed to substitute as counsel of record for Plaintiff.

Signed this ___ day of _____, 2018.

_____
JUDGE JANE TRICHE MILAZZO