UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: 2:17-cv-01701 *Octavia Smith v. Sanofi U.S. Services, Inc., et al.* | | |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Darin L. Schanker and J. Kyle Bachus, with the law offices of Bachus & Schanker, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute Michael P. McGartland as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Bachus & Schanker wish to withdraw, and substitute Attorney Michael P. McGartland, as follows:

    Michael P. McGartland
    Texas Bar No. 13610800
    McGartland Law Firm, PLLC
    1300 South University Drive, Suite 500
    Fort Worth, Texas 76107
    Telephone No. (817) 332-9300
    Facsimile No. (817) 332-9301
    mike@mcgartland.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Respectfully submitted and representation accepted by:

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

Agreed to by:

/s/ *J. Christopher Elliott*
Darin L. Schanker
(#23881)
J. Kyle Bachus
(#24441)
J. Christopher Elliott
(#41063)
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
Email: dschanker@coloradolaw.net
Email: kyle.bachus@coloardolaw.net
Email: celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on the 14th day of December, 2018, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

/s/ *Michael P. McGartland*
Michael P. McGartland