IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 SECTION: "N" 5 COMPLAINT & JURY DEMAND |
| This Document Relates To: *Chandra Grace* | * * * | CIVIL ACTION NO. 2:17-cv-12976 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
___

Plaintiff, Chandra Grace, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Chandra Grace, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on November 21, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Accord Healthcare, Inc. should be named as a Defendant in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint to name Accord Health Care, Inc. as a defendant (and dismiss all Sanofi defendants previously name with prejudice) and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 17th day of December, 2018.

*  /s/Eric W. Newell*
Eric W. Newell