UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Jaunifert McKinney v. Sanofi S.A. et al.*, No. 16-cv-15396 | |

## EX PARTE MOTION FOR SUBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Richard Hewitt on behalf of the Estate of Jaunifert McKinney as Plaintiff in the above-captioned case, for the following reasons:

1. Jaunifert McKinney filed a product liability lawsuit against defendants on October 8, 2016.

2. Jaunifert McKinney died on November 28, 2017.

3. Plaintiff's products liability action against Defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff's counsel filed a Notice and Suggestion of Death on November 13, 2018, attached hereto as Exhibit "A."

5. Richard Hewitt, surviving son of Jaunifert McKinney, is a proper party to substitute for Plaintiff-decedent Jaunifert McKinney and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating "[i]f a party

dies and the claim is not extinguished, the court may order substitution of the property party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff respectfully requests that this Court grant this motion for substitution as plaintiff in this action.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com
