# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Jaunifert McKinney v. Sanofi S.A. et al.,
No. 16-cv-15396*

## <u>ORDER</u>

The Court, after considering the Plaintiff's Ex Parte Motion for Substitution of Proper Party, finds the motion meritorious. It is therefore ORDERED that Plaintiff Richard Hewitt, on behalf of Jaunifert McKinney, is substituted for Plaintiff Jaunifert McKinney in the above-captioned case.

NEW ORLEANS, LOUISIANA

Dated:_____        _____
                                      Hon. Jane Triche Milazzo
                                      United States District Court Judge