## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:   **Jaunifert McKinney**
Case No.:     **2:16-cv-15396**

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jaunifert McKinney. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. McKinney's estate.

Respectfully submitted,

    */s/ Lauren E. Godshall*
Betsy Barnes, LA Bar 19473
Richard L. Root, LA Bar 19988
Lauren E. Godshall, LA Bar 31465
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
Ph: (504) 525-8000
F: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com
lgodshall@morrisbart.com

Case 2:16-md-02740-JTM-MBN Document 5219 Filed 11/13/18 Page 2 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 13th day of November, 2018.

/s/ Lauren E. Godshall