UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
　　*Lagayle Miller v. Hospira Inc., et al.;*
　　*Civil Action No. 2:17-cv-03769*

### EX PARTE MOTION FOR SUBSTITUTION OF PROPER PARTY

　　COMES NOW, Plaintiff and files this motion to substitute her surviving heir, Gregory D. Miller, as proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

　　1. Plaintiff Lagayle Miller filed the present action in the United States District Court for the Eastern District of Louisiana on April 21, 2017.

　　2. Plaintiff Lagayle Miller died on July 7, 2018.

　　3. On September 26, 2018, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a).

　　4. Gregory D. Miller, surviving spouse of Lagayle Miller, and administrator of the Estate of Lagayle Miller, is a proper party to substitute for plaintiff-decedent Lagayle Miller and has proper capacity to proceed forward with the surviving products liability lawsuit on plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."). Letters of Administration have been issued by the Madison County Probate Court, establishing Mr. Miller's authority to pursue this case on behalf of the Estate of Lagayle Miller. *See Exhibit A*.

5. The Defendant in this case does not object to the substitution of Gregory D. Miller as proper-party plaintiff.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated this 17th day of December, 2018.

**Davis & Crump, P.C.**

By: /s/ Trevor B. Rockstad
Trevor B. Rockstad, Esq.
trevor.b.rockstad.com
2601 14th Street
Gulfport, MS 39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad