UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
　　*Lagayle Miller v. Hospira Inc., et al.;*
　　*Civil Action No. 2:17-cv-03769*

## ORDER SUBSTITUTING PARTY

Considering Plaintiff Lagayle Miller's Motion to Substitute Party.

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party in GRANTED, and Gregory B. Miller, on behalf of the Estate of Lagayle Miller, is substituted as Plaintiff in the above-referenced action.

Signed this 17th day of December, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE