STATE OF  ALABAMA

COUNTY OF MADISON

IN THE PROBATE COURT

CASE NO: 68401

IN THE MATTER OF THE ESTATE OF LAGAYLE MILLER, DECEASED

## ORDER GRANTING LETTERS OF ADMINISTRATION

NOW, on this day comes Gregory D. Miller and presents to the Court a Petition in writing, under oath, praying that LETTERS OF ADMINISTRATION for the Estate of LAGAYLE MILLER, deceased be issued to Gregory D. Miller, which Petition is examined by this Court and ordered to be filed and recorded; and it appearing to the Court from the allegations contained in said Petition, and from other good and sufficient evidence, that the said LAGAYLE MILLER departed this life in Madison County on or about the 7th day of July, 2018, being at the time of death an inhabitant of said County and State, assets, including only personal property (includes cash), estimated to have a value of approximately Twenty Thousand ($20,000) Dollars, and leaving no will, testament, or other writing relating to the disposal or distribution of his Estate, and that the death of the said decedent was more than five (5) days before this day; and it further appearing to the satisfaction of the Court that Gregory D. Miller, the said Petitioner, is the brother of the decedent, is over nineteen (19) years of age, an inhabitant of the State of Alabama, and a suitable person, under the law and in the estimation of this Court, to serve as Personal Representative and no person having appeared to oppose the granting of the Letters of Administration to the said Gregory D. Miller, or show cause why the prayer of said Petition should not be granted, it is ORDERED that the same be granted, provided that the said Gregory D. Miller first file in this Court a bond in the sum of $20,000, meeting the terms and requirements of bonds prescribed in Code of Alabama 43-2-852 (1975, as amended).   It is further ORDERED that the said Petition be recorded.

Further, Petitioner presents to the Court for approval a bond in the amount of $20,000 complying with the terms and requirements required by Code of Alabama 43-2-852 (1995) as amended), with Western Surety Company, South Dakota, through its agent Community Insurance Group, as sureties thereon; and this Court being now sufficiently advised concerning said bond and said security, it is ORDERED AND ADJUDGED by this Court that the said bond be accepted, approved and recorded.

It is therefore ORDERED, ADJUDGED AND DECREED by this Court, that the Petition for the appointment of Gregory D. Miller, Personal Representative is hereby granted, that the Letters of Administration on the Estate of said deceased be granted to Gregory D. Miller, as Personal Representative and that he be and hereby is authorized to administer said Estate.

It is further ORDERED by this Court that said Personal Representative proceed without delay to collect and take into possession or control the goods and chattels, money, books, papers and evidence of the said decedent's property interests, according to the provisions of Code of Alabama 43-2-835 (1975, as amended), and make due return under oath, to this Court, a full and

complete inventory thereof within two (2) months, being due on or before the ___29___ day of __January___ , 2019.

It is further ORDERED that the Personal Representative, in addition to the general powers and duties granted, specifically is authorized, with prior court approval, to act in transactions enumerated in Code of Alabama (1975, as amended) 43-2-844.

It is further ORDERED that said Personal Representative make supplemental inventories of the decedent's estate coming to is knowledge or possession after making the first inventory.   If the value of the personal property increases since your last inventory, you are ORDERED to increase your bond accordingly.

If is further ORDERED that an annual accounting be filed in accordance with Code 43-2-500.

This __29__ day of __November__, 2018.


Judge of Probate

68401

STATE OF ALABAMA                                    IN THE PROBATE COURT
                                                   CASE NO.  68401
COUNTY OF MADISON

## LETTERS OF ADMINISTRATION

LETTERS OF ADMINISTRATION ON THE ESTATE OF LAGAYLE MILLER, DECEASED,
ARE HEREBY GRANTED TO

      GREGORY D MILLER

WHO HAS DULY QUALIFIED AND GIVEN BOND AS SUCH PERSONAL REPRESENTATIVE,
AND IS AUTHORIZED TO ADMINISTER SUCH ESTATE. SUBJECT TO THE PRIORITIES
STATED IN CODE OF ALABAMA (1975, AS AMENDED) 43-8-76, THE SAID PERSONAL
REPRESENTATIVE ACTING PRUDENTLY FOR THE BENEFIT OF INTERESTED PERSONS,
HAS ALL THE POWERS AUTHORIZED IN TRANSACTIONS UNDER CODE OF ALABAMA
(1975, AS AMENDED) 43-2-843.

IT IS FURTHER ORDERED THAT THE PERSONAL REPRESENTATIVE, IN ADDITION TO
THE GENERAL POWERS AND DUTIES GRANTED, SPECIFICALLY IS AUTHORIZED, WITH
PRIOR COURT APPROVAL, TO ACT IN TRANSACTIONS ENUMERATED IN CODE OF
ALABAMA (1975, AS AMENDED) 43-2-844.

    **INVENTORY DUE ON OR BEFORE**  1/29/2019

    **ANNUAL ACCOUNTING DUE** 11/29/2019

WITNESS MY HAND, AND DATED THIS 29TH DAY OF NOVEMBER, 2018.

          /S/ TOMMY RAGLAND
                    JUDGE OF PROBATE

STATE OF ALABAMA
MADISON COUNTY

I, TOMMY RAGLAND, JUDGE OF PROBATE IN AND FOR SAID COUNTY AND STATE,
HEREBY CERTIFY THAT THE WITHIN AND FOREGOING IS TRUE, CORRECT AND
COMPLETE COPY OF THE LETTERS OF ADMINISTRATION ISSUED TO

      GREGORY D MILLER

AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LAGAYLE MILLER, DECEASED,
AS SAME APPEARS OF RECORD IN MY OFFICE.

I FURTHER CERTIFY THAT THIS ATTESTATION AND CERTIFICATE IS IN DUE FORM,
THAT I AM JUDGE OF SAID COURT OF PROBATE, AND AS SUCH THE PROPER
OFFICER TO MAKE THIS CERTIFICATE AND ATTESTATION, THAT SAID COURT IS A
COURT OF RECORD, AND THAT THE JUDGE THEREOF IS EX-OFFICIO ITS CLERK.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS 29TH DAY OF NOVEMBER,
2018.

                    JUDGE OF PROBATE