UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Marian Bess, Plaintiff(s), vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis US, Inc., et al., Defendant(s). | : : : : : : : : : : : | Civil Action No.:   2:17-cv-17295 |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Plaintiff Marian Bess and files this motion to substitute her Executor of her estate, Nona L. Brown, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Marian Bess filed the present action in the United States District Court of the Eastern District of Louisiana on December 14, 2017.

2. Plaintiff Marian Bess died on June 6, 2018.

3. On November 12, 2018, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a).

4. Nona L. Brown, sister of Marian Bess, is the Executor of Plaintiff's estate and the proper party plaintiff to substitute for Plaintiff-decedent Marian Bess and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the

1

claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Nona L. Brown as the proper party plaintiff in this action.

Respectfully submitted this 17th day of December 2018.

>/s/ Rhett A. McSweeney
> Rhett A. McSweeney, #269542
> David M. Langevin, #329563
> McSweeney/Langevin
> 2116 Second Avenue South
> Minneapolis, MN 55404
> Phone: (612) 542-4646
> Fax: (612) 454-2678
> dave@westrikeback.com
> ram@westrikeback.com
> **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 17, 2018

>/s/ Rhett A. McSweeney
> Rhett A. McSweeney