# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Marian Bess , | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | **Civil Action No.:** 2:17-cv-17295 |
| vs. | : | |
| | : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al , | : | |
| | : | |
| Defendant(s). | : | |

## ORDER

IT IS ORDER that the Motion to Substitute the Plaintiff is GRANTED, and Nona L. Brown, on behalf of the Estate of Marian Bess, is substituted as Plaintiff in the above referenced action.

This the _____ day of _____ , 2018.

_____

Judge Jane Milazzo, U.S. District Judge