UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Maria Greendyk v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15259* | : : | |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Maria Greendyk, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure.

This Motion is Opposed by Defendant Accord Healthcare, Inc., and Unopposed by the remaining Defendants.

Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Dated: December 17, 2018                    Respectfully submitted,

                                            **PULASKI LAW FIRM, PLLC**
                                            */s/ Leslie LaMacchia*
                                            Leslie LaMacchia
                                            Adam Pulaski
                                            2925 Richmond, Suite 1725
                                            Houston, TX 77098
                                            Tel: (713) 664-4555
                                            Fax: (713) 664-7543
                                            llamacchia@pulaskilawfirm.com
                                            adam@pulaskilawfirm.com

                                            *Attorneys for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and

Defendants did not indicate any opposition to the relief requested.

## CERTIFICATE OF SERVICE

I certify that on December 17, 2018, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

/s/ *Leslie LaMacchia*
Leslie LaMacchia