# EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: MARIA K. GREENDYK

DATE OF BIRTH: 2/25/64     SSN: 146/70/7671

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**SANDOZ**
☐ 66758-950-02
☐ 66758-950-03

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS  ☐ WAS NOT
ADMINISTERED
TAXOL/PACLILTAXEL

---

12/20/11  DATE OF FIRST TREATMENT

4/4/12  DATE OF LAST TREATMENT

6  # OF DOSES

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

JOHN G. DEVLIN, MD
PRINTED NAME & TITLE OF REPRESENTATIVE

12/20/17
DATE

BmmJA
NAME OF PRACTICE/INFUSION CENTER

825 OLD LANCASTER RD, #440
ADDRESS

BRYN MAWR, PA 19010
CITY, STATE, ZIP

(SEE ATTACHED for ALL POSSIBLE BATCH #'S)

| SoldToBPCd | SoldToName | ItemCd | ItemDesc | GenericName | Form | NDC# | ShipDate | Invoice # |
|---|---|---|---|---|---|---|---|---|
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/01/2011 | 13014421697 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 12/01/2011 | 13014421697 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/02/2011 | 13014422574 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/05/2011 | 13014425122 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 12/05/2011 | 13014467235 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/06/2011 | 13014427938 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/07/2011 | 13014430657 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/07/2011 | 13014430657 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/08/2011 | 13014434806 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/08/2011 | 13014434806 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/12/2011 | 13014438262 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/13/2011 | 13014440713 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/13/2011 | 13014440713 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/14/2011 | 13014445058 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/14/2011 | 13014445058 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/15/2011 | 13014445936 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/15/2011 | 13014445936 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/19/2011 | 13014450612 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/19/2011 | 13014450612 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/21/2011 | 13014455938 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/21/2011 | 13014455938 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/27/2011 | 13014461623 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/27/2011 | 13014461623 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/28/2011 | 13014466342 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 12/28/2011 | 13014466342 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 12/29/2011 | 13014467237 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 12/29/2011 | 13014467237 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/03/2012 | 13014471062 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 01/03/2012 | 13014471062 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 01/05/2012 | 13014476790 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/11/2012 | 13014486428 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/13/2012 | 13014491349 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 01/13/2012 | 13014491349 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 01/16/2012 | 13014493451 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/18/2012 | 13014498402 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 01/18/2012 | 13014498402 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/19/2012 | 13014502572 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 37030 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 00409-0201-10 | 01/19/2012 | 13014502572 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/20/2012 | 13014503260 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 01/23/2012 | 13014505399 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 01/23/2012 | 13014505399 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 01/26/2012 | 13014512839 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 01/26/2012 | 13014512839 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 01/30/2012 | 13014517407 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 01/31/2012 | 13014519942 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 01/31/2012 | 13014519942 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/01/2012 | 13014522710 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/01/2012 | 13014522710 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/03/2012 | 13014527395 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/03/2012 | 13014527395 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/06/2012 | 13014531199 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/08/2012 | 13014534459 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/09/2012 | 13014536906 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/13/2012 | 13014541517 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/14/2012 | 13014545861 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/15/2012 | 13014546736 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/17/2012 | 13014551501 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/17/2012 | 13014551501 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/20/2012 | 13014553466 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/20/2012 | 13014553466 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/21/2012 | 13014557416 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/21/2012 | 13014557416 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/23/2012 | 13014560568 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/23/2012 | 13014560568 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 02/28/2012 | 13014567447 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 02/28/2012 | 13014567447 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/01/2012 | 13014572347 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV |  | SOL | 16729-0228-50 | 03/01/2012 | 13014572347 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/05/2012 | 13014578184 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/06/2012 | 13014580792 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/06/2012 | 13014580792 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/07/2012 | 13014581503 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/12/2012 | 13014589854 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/12/2012 | 13014589854 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/13/2012 | 13014592380 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/13/2012 | 13014592380 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/14/2012 | 13014593130 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/14/2012 | 13014593130 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/15/2012 | 13014595507 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/15/2012 | 13014595507 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/19/2012 | 13014599944 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/20/2012 | 13014602315 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/20/2012 | 13014602315 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/21/2012 | 13014604662 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/22/2012 | 13014607012 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/22/2012 | 13014607012 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/26/2012 | 13014611376 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/27/2012 | 13014613812 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/28/2012 | 13014616197 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/28/2012 | 13014616197 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 03/29/2012 | 13014620320 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 03/29/2012 | 13014620320 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 04/02/2012 | 13014625025 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 04/02/2012 | 13014625025 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 04/04/2012 | 13014628281 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 04/04/2012 | 13014628281 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 04/05/2012 | 13014630692 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 04/05/2012 | 13014630692 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 04/09/2012 | 13014634847 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38166 | DOCETAXEL 2 VL 20MG/0.5ML SDV | Docetaxel | SOL | 16729-0120-49 | 04/11/2012 | 13014639764 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | | SOL | 16729-0228-50 | 04/11/2012 | 13014639764 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/16/2012 | 13014646284 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/16/2012 | 13014646284 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/17/2012 | 13014648655 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/17/2012 | 13014648655 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/18/2012 | 13014651020 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/18/2012 | 13014651020 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/19/2012 | 13014653366 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/19/2012 | 13014653366 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/20/2012 | 13014655646 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/23/2012 | 13014657683 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/23/2012 | 13014657683 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/24/2012 | 13014660086 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/24/2012 | 13014660086 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38422 | DOCETAXEL INJ 20MG/2ML MDV | Docetaxel | SOL | 66758-0050-01 | 04/26/2012 | 13014664625 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/26/2012 | 13014664625 |
| 000061676 | BRYN MAWR MEDICAL SPECIALISTS | 38423 | DOCETAXEL INJ 80MG/8ML MDV | Docetaxel | SOL | 66758-0050-02 | 04/30/2012 | 13014668815 |

| DelivQty | SlsOrdNbr | Lot Nbr | Exp Date |
|---|---|---|---|
| 1 | 371319005 | 12515904 | 10/31/2012 |
| 3 | 371319005 | 12515804 | 10/31/2012 |
| 3 | 371319857 | 12515904 | 10/31/2012 |
| 6 | 371320689 | 12515904 | 10/31/2012 |
| 1 | 371320689 | CB8901 | 04/30/2013 |
| 3 | 371321407 | 12515904 | 10/31/2012 |
| 2 | 371322504 | 12515904 | 10/31/2012 |
| 1 | 371322504 | DC21100301 | 06/30/2012 |
| 11 | 371323476 | 12515904 | 10/31/2012 |
| 3 | 371323476 | DC21100301 | 06/30/2012 |
| 9 | 371324958 | 12515904 | 10/31/2012 |
| 5 | 371325881 | 12515904 | 10/31/2012 |
| 2 | 371325881 | DC21100301 | 06/30/2012 |
| 3 | 371326776 | 12515904 | 10/31/2012 |
| 3 | 371326776 | DC21100301 | 06/30/2012 |
| 1 | 371327515 | 12515904 | 10/31/2012 |
| 3 | 371327515 | DC21100601 | 08/31/2012 |
| 8 | 371329165 | BY9556 | 02/28/2013 |
| 4 | 371329165 | DC21100601 | 08/31/2012 |
| 6 | 371331076 | BY9556 | 02/28/2013 |
| 5 | 371331076 | DC21100601 | 08/31/2012 |
| 10 | 371332973 | BY9556 | 02/28/2013 |
| 5 | 371332973 | DC21100601 | 08/31/2012 |
| 10 | 371333817 | BY9556 | 02/28/2013 |
| 3 | 371333817 | DC21100601 | 08/31/2012 |
| 11 | 371334476 | BY9556 | 02/28/2013 |
| 1 | 371334476 | CB8901 | 04/30/2013 |
| 1 | 371336166 | BY9556 | 02/28/2013 |
| 1 | 371336166 | DC21100601 | 08/31/2012 |
| 2 | 371337586 | DC21100601 | 08/31/2012 |
| 10 | 371340674 | BY9556 | 02/28/2013 |
| 4 | 371342429 | BY9556 | 02/28/2013 |
| 2 | 371342429 | DC21100601 | 08/31/2012 |
| 2 | 371343123 | DC21100601 | 08/31/2012 |
| 2 | 371344771 | BY9556 | 02/28/2013 |
| 4 | 371344771 | DC21100601 | 08/31/2012 |
| 16 | 371345485 | BY9556 | 02/28/2013 |
| 5 | 371345485 | DC21100701 | 08/31/2012 |
| 3 | 371346224 | BY9556 | 02/28/2013 |
| 5 | 371347043 | BY9556 | 02/28/2013 |
| 2 | 371347043 | CB8901 | 04/30/2013 |
| 16 | 323029347 | M09102 | 08/31/2012 |
| 2 | 323029347 | M08395 | 07/31/2012 |
| 2 | 371350988 | M08395 | 07/31/2012 |
| 13 | 371351846 | M09102 | 08/31/2012 |
| 8 | 371351846 | M08395 | 07/31/2012 |
| 3 | 371352582 | M09102 | 08/31/2012 |
| 4 | 371352582 | M08395 | 07/31/2012 |
| 2 | 323038824 | M09102 | 08/31/2012 |
| 1 | 323038824 | M08395 | 07/31/2012 |
| 7 | 371355300 | M09102 | 08/31/2012 |
| 10 | 371356753 | M09749 | 08/31/2012 |
| 8 | 371357513 | M09749 | 08/31/2012 |
| 11 | 371359270 | M09749 | 08/31/2012 |
| 3 | 371360175 | M09101 | 08/31/2012 |
| 1 | 371360944 | M09101 | 08/31/2012 |
| 3 | 323054597 | M09749 | 08/31/2012 |
| 1 | 323054597 | M09101 | 08/31/2012 |
| 1 | 371363357 | M09749 | 08/31/2012 |
| 1 | 371363357 | M09101 | 08/31/2012 |
| 14 | 371364214 | M09749 | 08/31/2012 |
| 8 | 371364214 | M09101 | 08/31/2012 |
| 14 | 371365805 | M09749 | 08/31/2012 |
| 3 | 371365805 | M09101 | 08/31/2012 |
| 7 | 371368106 | M09749 | 08/31/2012 |
| 2 | 371368106 | M09101 | 08/31/2012 |
| 3 | 371369684 | M10168 | 09/30/2012 |
| 1 | 371369684 | M07203 | 06/30/2012 |

| | | | |
|---|---|---|---|
| 6 | 371371758 | M10168 | 09/30/2012 |
| 2 | 371371758 | M07203 | 06/30/2012 |
| 4 | 371372308 | M10168 | 09/30/2012 |
| 4 | 371372308 | M07203 | 06/30/2012 |
| 2 | 371372876 | M10168 | 09/30/2012 |
| 11 | 371375527 | M10168 | 09/30/2012 |
| 5 | 371375527 | M07203 | 06/30/2012 |
| 2 | 371376323 | M10168 | 09/30/2012 |
| 1 | 371376323 | M07203 | 06/30/2012 |
| 2 | 371377204 | M10168 | 09/30/2012 |
| 3 | 371377204 | M07203 | 06/30/2012 |
| 6 | 371377841 | M10168 | 09/30/2012 |
| 1 | 371377841 | M07203 | 06/30/2012 |
| 2 | 371379315 | M07203 | 06/30/2012 |
| 12 | 371380138 | M10168 | 09/30/2012 |
| 2 | 371380138 | M07203 | 06/30/2012 |
| 2 | 371380842 | M07203 | 06/30/2012 |
| 8 | 371381665 | M10168 | 09/30/2012 |
| 3 | 371381665 | M07203 | 06/30/2012 |
| 4 | 371383100 | M10168 | 09/30/2012 |
| 4 | 371383989 | M10168 | 09/30/2012 |
| 6 | 371384767 | M10168 | 09/30/2012 |
| 2 | 371384767 | M07203 | 06/30/2012 |
| 2 | 371385667 | M10168 | 09/30/2012 |
| 6 | 371385667 | M07203 | 06/30/2012 |
| 7 | 371387458 | M10168 | 09/30/2012 |
| 2 | 371387458 | M07203 | 06/30/2012 |
| 12 | 371388957 | M10168 | 09/30/2012 |
| 5 | 371388957 | M07203 | 06/30/2012 |
| 3 | 371389742 | M10168 | 09/30/2012 |
| 2 | 371389742 | M07203 | 06/30/2012 |
| 2 | 371390932 | M07203 | 06/30/2012 |
| 3 | 371392623 | M10445 | 09/30/2012 |
| 3 | 371392623 | M07203 | 06/30/2012 |
| 4 | 371394687 | BZ0456 | 02/28/2013 |
| 4 | 371394687 | CB8901 | 04/30/2013 |
| 2 | 371395295 | BZ0456 | 02/28/2013 |
| 1 | 371395295 | CB8901 | 04/30/2013 |
| 11 | 371396373 | BZ0456 | 02/28/2013 |
| 1 | 371396373 | CB8901 | 04/30/2013 |
| 2 | 371397212 | CB8882 | 04/30/2013 |
| 5 | 371397212 | CB8901 | 04/30/2013 |
| 2 | 371397700 | CB8901 | 04/30/2013 |
| 10 | 371398655 | CB8882 | 04/30/2013 |
| 5 | 371398655 | CB8901 | 04/30/2013 |
| 4 | 371399286 | 12515904 | 10/31/2012 |
| 4 | 371399286 | CB8901 | 04/30/2013 |
| 2 | 371400815 | CB8882 | 04/30/2013 |
| 3 | 371400815 | CB8953 | 04/30/2013 |
| 1 | 371402330 | CB8953 | 04/30/2013 |