UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| MARIA GREENDYK, | : : : | SECTION "N" (5) JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : : | Civil Action No. 2:17-cv-15259 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and Doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Milazzo on January 2, 2019, at 9:30 AM. The following pleadings have been field and served on named Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S., LLC, individually and d/b/a Winthrop U.S. and proposed Defendants, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.:

1. Plaintiff's Motion for Leave to File Amended Short Form Complaint;

2. Plaintiff's Memorandum in Support of her Motion;

3. Plaintiff's proposed Amended Short Form Complaint naming defendants Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.; and

4. Proposed Order Granting Motion for Leave to File Amended Short Form Complaint.

1

Respectfully submitted, this the 17th day of December, 2018.

>**PULASKI LAW FIRM, PLLC**
>/s/ Leslie LaMacchia
>Leslie LaMacchia
>Adam Pulaski
>2925 Richmond, Suite 1725
>Houston, TX 77098
>Tel: (713) 664-4555
>Fax: (713) 664-7543
>llamacchia@pulaskilawfirm.com
>adam@pulaskilawfirm.com
>
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

Dated this 17th day of December, 2018.

>/s/ Leslie LaMacchia
>Leslie LaMacchia
>Adam Pulaski
>2925 Richmond, Suite 1725
>Houston, TX 77098
>Tel: (713) 664-4555
>Fax: (713) 664-7543
>llamacchia@pulaskilawfirm.com
>adam@pulaskilawfirm.com
>
>*Counsel for Plaintiff*