UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Catalina Garcia
**Case No.:** 2:17-cv-14673

## PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT PLAINTIFF'S COUNSEL DECLARATION OF CLIENT CONTACT

COMES NOW, Plaintiff, Catalina Garcia, by and through undersigned counsel of records and respectfully files this Motion to Withdraw Documents Plaintiff's Declaration by Plaintiff's Counsel Declaration of Client Contact which was filed with this Court on December 5, 2018 (Document 5437). As a result of sending a letter to the client advising of the declaration, client contacted counsel's office and provided the necessary documents to cure the deficiency in her case on December 14, 2017.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully request this Court grant leave to withdraw document of Plaintiff's Declaration of Counsel Contact.

Signed: December 17, 2018

                Respectfully Submitted,

                **Brent Coon & Associates**
                /s/ **_Brent W. Coon_**
                Brent W. Coon
                Texas Bar No. 04769750
                Brent@bcoonlaw.com
                Eric W. Newell
                Texas Bar No. 24046521
                Eric_Newell@bcoonlaw.com
                215 Orleans
                Beaumont, TX 77701

Phone (409)835-2666  
Fax (409)835-1912

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the forgoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 17th day of December, 2018.

*/s/ Brent W. Coon*  
Brent W. Coon