UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**            **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                       **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: <u>Catalina Garcia</u>**
**Case No.: <u>2:17-cv-14673</u>**

## **ORDER**

THE COURT, having considered Plaintiff's Motion to Withdraw Document Plaintiff's Declaration of Counsel Contact with Client, and for good cause shown, it is hereby Ordered the Plaintiff's motion is GRANTED.

So ordered this __ day of _____2018.

                                                            _____
                                                            U.S. District Judge