UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Tina Payne**
**Case No.: 2:17-cv-14425**

## PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT PLAINTIFF'S COUNSEL DECLARATION OF CLIENT CONTACT

COMES NOW, Plaintiff, Tina Payne, by and through undersigned counsel of records and respectfully files this Motion to Withdraw Documents Plaintiff's Declaration by Plaintiff's Counsel Declaration of Client Contact which was filed with this Court on December 5, 2018 (Document 5441) in error. Counsel did file a Plaintiff's Fact Sheet on November, 5, 2018, but for some reason, did not properly file in the MDL Centrality, therefore, Plaintiff's counsel resubmitted the Plaintiff's Fact Sheet on December 7, 2018.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully request this Court grant leave to withdraw document of Plaintiff's Declaration of Counsel Contact.

Signed: December 17, 2018

                 Respectfully Submitted,

                 **Brent Coon & Associates**
                 /s/ ***Brent W. Coon***
                 Brent W. Coon
                 Texas Bar No. 04769750
                 Brent@bcoonlaw.com
                 Eric W. Newell
                 Texas Bar No. 24046521
                 Eric_Newell@bcoonlaw.com
                 215 Orleans

Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the forgoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 17th day of December, 2018.

**/s/ Brent W. Coon**