UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Tina Payne**
**Case No.: 2:17-cv-14425**

## ORDER

THE COURT, having considered Plaintiff's Motion to Withdraw Document Plaintiff's Declaration of Counsel Contact with Client, and for good cause shown, it is hereby Ordered the Plaintiff's motion is GRANTED.

So ordered this ＿ day of ＿＿＿＿＿＿＿＿2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　U.S. District Judge