UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Marilyn Johnson**
**Case No.: 2:17-cv-15927**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Marilyn Johnson, the Estate of Marilyn Johnson, and Marilyn Johnson's daughter, Adrian Johnson, on the following dates: April 23, 2018, August 22, 2018, August 30, 2018, September 11, 2018, September 14, 2018, September 21, 2018, September 26, 2018, October 30, 2018, November 1, 2018, November 5, 2018, November 13, 2018, November 28, 2018, December 6, 2018, December 12, 2018, December 13, 2018, December 14, 2018 and December 17, 2018 by: ☒telephone, ☒e-mail, ☐text message, ☐ social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com