UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Murry Henderson**
**Case No.: 2:17-cv-15501**

# DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Murry Henderson on the following dates: August 21, 2018, August 27, 2018, September 6, 2018, September 13, 2018, September 14, 2018, September 21, 2018, October 2, 2018, October 23, 2018, November 6, 2018, November 8, 2018, November 9, 2018, November 12, 2018, November 13, 2018, November 21, 2018, November 29, 2018, December 4, 2018, December 6, 2018, December 10, 2018, December 12, 2018, December 13, 2018, December 14, 2018, and December 17, 2018 by: ☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com