UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mary Louise Jones**
**Case No.: 2:17-cv-15523**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Mary Louise Jones on the following dates: August 27, 2018, September 6, 2018, September 13, 2018, September 14, 2018, September 19, 2018, September 20, 2018, September 21, 2018, September 25, 2018, September 26, 2018, October 2, 2018, October 3, 2018, October 9, 2018, October 12, 2018, October 16, 2018, October 18, 2018, October 23, 2018, November 7, 2018, November 9, 2018, November 13, 2018, November 28, 2018, November 29, 2018, December 4, 2018, December 6, 2018, December 10, 2018, December 12, 2018, December 13, 2018, December 14, 2018 and December 17, 2018 by: ☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com