UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Johannah Bradley
**Case No.:** 2:17-cv-13984

## DECLARATION

I, Eric Newell, or my staff, have attempted to reach my client, Johannah Bradley on the following dates: 12/20/2017; 12/12/2017; 12/27/2017; 05/17/2018; 06/08/2018; 06/15/2018; 07/18/2018; 08/08/2018; 09/11/2018; 10/08/2018; 10/12/2018; 10/17/2018; 10/23/2018; 11/02/2013; 11/03/2018; 11/06/2018; 11/12/2018; 12/05/2018; 12/17/2018.

by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Eric W. Newell
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666