UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lynne Hopkins
**Case No.:** 2:17-cv-14128

## DECLARATION

I, Eric Newell, or my staff, have attempted to reach my client, Lynne Hopkins on the following dates: 12/28/2017; 05/14/2018; 05/24/2018; 05/30/2018; 06/25/2018; 07/31/2018 by (check all that apply) X  telephone, X e-mail, ____ text message, ____ social media, X  U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Eric W. Newell
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666