UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Charlene Brown**
**Case No.: 2:18-cv-02519**

## DECLARATION

I, Donald C. Green II, have attempted to reach my client, Charlene Brown, on the following dates: April 11, 2018; April 19, 2018; May 24, 2018; June 1, 2018; June 20, 2018; July 2, 2018; July 9, 2018; July 16, 2018; July 20, 2018; July 27, 2018; August 3, 2018; August 10, 2018; August 17, 2018; August 24, 2018; August 31, 2018; September 7, 2018; September 14, 2018; September 21, 2018; October 2, 2018; October 16, 2018; November 5, 2018; November 8, 2018; November 12, 2018; December 7, 2018; December 10, 2018; and December 18, 2018 by _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and, aside from a brief phone conversation on October 16, 2018, my client has not been responsive to communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Donald C. Green II
KENNEDY HODGES, LLP
4409 Montrose Blvd., Ste 200
Houston, Texas 77006
(713) 523-0001
dgreen@kennedyhodges.com