UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| ODESSA CONNOR | |
| Plaintiff, | JUDGE MILAZZO |
| vs. | MAG. JUDGE NORTH |
| SANOFI-AVENTIS U.S. LLC | |
| Defendant. | |
| THIS DOCUMENT RELATES TO: | |
| Civil Action No: 17-14422 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 18th day of December 2018.

/s/ A. Craig Eiland

Attorney for the Plaintiff
A. Craig Eiland
Texas Bar No.: 06502380
ceiland@eilandlaw.com
The Law Offices of A. Craig Eiland, P.C.
2200 Market St., Ste. 501
Galveston, TX 77550
Phone: 409/763-3260
Fax: 713/513-5211

## CERTIFCATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 18, 2018

/s/ A. Craig Eiland