UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Sandy Mickelson
**Case No.:** 2:17-cv-14946

## DECLARATION

I, Daniel P. Markoff (Attorney's Name), have attempted to reach my client, Sandy Mickelson, on the following dates: 9/1/18, 9/2/18, 9/3/18, 9/4/18, 9/5/18, 9/25/18, 9/26/18, 10/9/18, 10/29/18, 11/13/18 by (check all that apply) X telephone, X e-mail, X text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
Atkins & Markoff
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120
(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*