# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| YOLANDA DUKES, Plaintiff, | : : : | SECTION "N"(5) JUDGE MILAZZO MAG. JUDGE NORTH |
| vs. | : : | |
| EAGLE PHARMACEUTICALS, INC. Defendant. | : : | Civil Action No.: 2:18-cv-7926 |

## CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, Yolanda Dukes (hereinafter "Plaintiff"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, without prejudice, each party to bear its own attorneys' fees and costs. Plaintiff through her counsel has met and conferred with Defendant, Eagle Pharmaceuticals, Inc., (hereinafter "Plaintiff") through its counsel, Dmitriy Tishyevich, Esq., with Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022. Defendant's counsel consents to this Motion.

**WHEREFORE**, Plaintiff respectfully requests this Motion to Dismiss without Prejudice be granted in its entirety. A proposed order is attached hereto.

Dated:  December 18, 2018               Respectfully submitted,

*s/ Jason T. Brown*
Jason T. Brown
BROWN, LLC (formerly JTB Law Group, LLC)
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: 877-561-0000
Fax: 855-582-5297
jtb@jtblawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further caused the foregoing to be served upon the following counsel for Defendant via Electronic Mail:

      Dmitriy Tishyevich, Esq.
      (dmitriy.tishyevich@kirkland.com)
      KIRKLAND & ELLIS LLP
      601 Lexington Avenue, New York, NY 10022
      *Attorneys for Defendant Eagle Pharmaceuticals, Inc.*

Dated:  December 18, 2018        */s/ Jason T. Brown*
                                          Jason T. Brown