## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N"(5)** |
| YOLANDA DUKES, | : | **JUDGE MILAZZO** |
| Plaintiff, | : | **MAG. JUDGE NORTH** |
| | : | |
| vs. | : | |
| | : | |
| EAGLE PHARMACEUTICALS, INC. | : | |
| Defendant. | : | Civil Action No.: 2:18-cv-7926 |

## ORDER

Now before the Court is Plaintiff's Consent Motion to dismiss this action Without Prejudice. Plaintiff represents that Defendant consents to this Motion. Accordingly, the Court GRANTS the Motion and DISMISSES this action WITHOUT PREJUDICE, each party bearing its own attorneys' fees and costs.

SO ORDERED, this _____ day of _____, 2018.


_____
United States District Judge