UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *All Cases Referenced in "Exhibit A"* | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File First Amended Short Form Complaints (Doc. 5305);

**IT IS ORDERED** that the Plaintiffs listed on Exhibit A are hereby given leave to file their First Amended Short Form Complaints, and the Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motion in the member cases.

New Orleans, Louisiana, this 17th day of December, 2018.

Hon. Jane Triche Milazzo
United States District Court Judge