UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Betty Valez v. Sanofi-Aventis U.S. LLC., et al.*; Case No. 2:17-cv-16080 | : : : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 5513);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 17th day of December, 2018.

_____
Hon. Jane Triche Milazzo