UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH <br><br> Civil Action No.: 2:17-cv-12211 |
| THIS DOCUMENT RELATES TO: <br><br> RACHEL BRYAN vs. SANOFI US SERVICES INC., et al. | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 5519);

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

_____
JUDGE, UNTED STATES DISTRICT COURT