UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 2:17-cv-08626 *Nellie Curtis v. Sanofi U.S. Services, Inc., et al.* | : | JUDGE MILAZZO |

**ORDER**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 5523);

**IT IS ORDERED** that the Motion is **GRANTED** and Darin L. Schanker and J. Kyle Bachus with the law offices of Bachus & Schnacker, LLC be allowed to withdraw as Plaintiff's counsel, and further, that Michael P. McGartland of the law firm of McGartland Law Firm, PLLC, be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 17th day of December, 2018.

JUDGE JANE TRICHE MILAZZO