UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*2-cv-18-3314, as to Plaintiff Carmelita Love ONLY* | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

- Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 18th day of December, 2018

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 18th day of December, 2018                    /s/   Hunter Shkolnik
                                                     Hunter Shkolnik, Esquire