# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | * | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: "N" 5** |
| | * | |
| | * | **COMPLAINT & JURY DEMAND** |
| | * | |
| **This Document Relates To:** | * | |
| *Barbara Weber* | * | **CIVIL ACTION NO. 2:17-cv-15472** |
| | * | |

## PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Barbara Weber, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 19th day of December, 2018.

                              **BRENT COON & ASSOCIATES**

                              /s/  Eric W. Newell
                              Brent W. Coon
                              Federal Bar No. 9308
                              Texas Bar No. 04769750
                              Brent@bcoonlaw.com
                              Eric W. Newell
                              Texas Bar No. 24046521
                              Eric_newell@bcoonlaw.com

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6.   I was able to obtain consent to file this motion from the counsel of defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 19th day of December, 2018.

_/s/Eric W. Newell_
Eric W. Newell