**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Susan Hill-Bing</u>
Case No.: <u>2:18-cv-04462</u>

<u>MOTION TO WITHDRAW MOTION FOR RECONSIDERATION OF MINUTE</u>
<u>ENTRY   AND ORDER OF DISMISSAL</u>

     **COMES NOW,** Plaintiff, Susan Hill-Bing, and files this Motion to Withdraw its previously filed Motion for Reconsideration of Minute entry and Order that was filed on December 12, 2018 (Document # 5510).

**I.**

     Plaintiff, Susan Hill-Bing, by and through her attorneys, respectfully asks the Court to Withdraw its previous filed Motion for Reconsideration of Minute entry and Order.

**PRAYER**

     Wherefore Premises Considered, Plaintiff prays that this Court withdraw the previous Motion for Reconsideration of Minute entry and Order that was filed on December 12, 2018 (Document # 5510) filed by Plaintiff's counsel.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

By:/*s/ Eric W. Newell*_____
        ERIC W. NEWELL
        Texas State Bar No. 24046521
        Email: Eric_Newell@bcoonlaw.com
        215 Orleans
        Beaumont, Texas 77701
        Tel. (409)835-2666
        Fax (409)835-1912

        ATTORNEY FOR THE PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I herby certify that a true and correct copy of the foregoing instrument has been served via electronic submission, and or certified mail, return receipt requested on this the 20th day of December, 2018 to the following:

By:/*s/ Eric W. Newell*_____
        ERIC W. NEWELL
        Texas State Bar No. 24046521
        Email: Eric_Newell@bcoonlaw.com
        215 Orleans
        Beaumont, Texas 77701
        Tel. (409)835-2666
        Fax (409)835-1912

        ATTORNEY FOR THE PLAINTIFF