# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Susan Hill-Bing**
**Case No.: 2:18-cv-04462**

## PROPOSED ORDER

   This matter comes before the Court on Plaintiffs Motion to Withdraw its Motion to Reconsideration of Minute Entry and Order.   Upon consideration of Plaintiffs' Motion, and the entire record of the case is hereby

  ORDERED that the Motion be GRANTED.

                     _____
                     JANE TRICHE MILAZZO
                     U.S. DISTRICT JUDGE