IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * 5 * * * | MDL NO. 2740 |
| | | SECTION: "N" |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Ramona Pitrey* | * * | CIVIL ACTION NO. 2:17-cv-11117 |

**PLAINTTIF'S UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED SHORT
FORM COMPLAINT**

COMES NOW Plaintiff Ramona Pitrey, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 20th day of December, 2018.

                                                       **BRENT COON & ASSOCIATES**

                                                       /s/ Eric W. Newell
                                                       Brent W. Coon
                                                       Federal Bar No. 9308
                                                       Texas Bar No. 04769750
                                                       Brent@bcoonlaw.com
                                                       Eric W. Newell
                                                       Texas Bar No. 24046521
                                                       Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit..

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this  day 20th of December, 2018.

*/s/Eric W. Newell*