IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION: "N" 5 |
| | * * | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Ramona Pitrey* | * * * * | CIVIL ACTION NO. 2:17-cv-11117 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Ramona Pitrey, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Ramona Pitrey, that was provided Taxotere/Docetaxel chemotherapy which plaintiff alleges caused her to permanently lose her hair. Her original suit was filed on October 24, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sagent Pharmaceuticals should be named as Defendant in Plaintiff's case, because plaintiff's healthcare provider identified a Sagent NDC code as a drug used in plaintiff's care and treatment.. Also, Plaintiff resides in Oregon and not Texas as original short form complaint listed.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sagent Pharmaceuticals as a defendant (and dismiss all Sanofi defendants previously named with prejudice) and add that she only recently became aware of these allegations.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 20th day of December, 2018.

_/s/Eric W. Newell_
Eric W. Newell