IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 SECTION: "N" 5 COMPLAINT & JURY DEMAND |
| This Document Relates To: *Ramona Pitrey* | * * * | CIVIL ACTION NO. 2:17-cv-11117 |

**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter adding Sagent Pharmaceuticals and Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as defendants.

SO ORDERED this_____ day of _____, 20__.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE