UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On December 19, 2018, the Court held a status conference with liaison counsel and lead counsel. The parties updated the Court on the status of the case. The next status conference with liaison and lead counsel is **Friday, January 18, 2019, at 8:30 a.m.** A general status conference and show cause hearing will follow beginning at 10:00 a.m. The Court will disseminate call-in information for the general status conference at a later date.

**IT IS ORDERED** that the deadline for Defendants to respond to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A (Doc. 5518) is **CONTINUED** to **January 7, 2019**, and the deadline for Plaintiff to submit a reply is **CONTINUED** to **January 11, 2019**;

**IT IS FURTHER ORDERED** that the Court will hear oral argument on the Motion to Enforce CMO 12A (Doc. 5518) on **January 18, 2019**, after the general status conference and show cause hearing.

(JS-10:00:45)

_____