UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>JOSEPHINE TOWERY</u>
**Case No.:** <u>2:17-cv-14742</u>

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent <u>Josephine Towery</u> whose case is on a Notice of Non-Compliance to be heard by the Court on January 18, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 20, 2018　　　　　　　　　　/s/ *Ethan L. Shaw*
　　　　　　　　　　　　　　　　　　　　　ETHAN L. SHAW
　　　　　　　　　　　　　　　　　　　　　Shaw Cowart, L.L.P.
　　　　　　　　　　　　　　　　　　　　　1609 Shoal Creek Blvd., Suite 100
　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　T: 512.499.8900 / F: 512.320.8906
　　　　　　　　　　　　　　　　　　　　　elshaw@shawcowart.com