UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

### MINUTE ENTRY

On December 19, 2018, the Court held a show cause hearing. The following participants appeared in person: Kelly Brilleaux, Julie Callsen, Dawn Barrios, Val Exnicios, Charles G. Orr, Christopher Elliott, and Alyssa White. Other participants appeared by telephone.

Court Reporter:   Toni Tusa

Law Clerk:   Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that, for reasons stated on the record, the case of 18-03314 is **DISMISSED WITH PREJUDICE** as to Plaintiff Carmelita Love only;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-13037   Miriam Helton
- 17-16634   Michelle Bird
- 17-13565   Tammy Knoth
- 17-14512   Sharney Richburg

- 17-15471  Geneva Clemons
- 17-15386  Patricia Harris
- 17-13505  Angela McClair
- 17-12156  Tina Stephens
- 17-11672  Ingrid Thomas
- 17-17224  Celia Dupree
- 17-15838  Stephanie Wallace (Duplicate case pending)
- 17-16319  Billie Hicks
- 17-16403  Jennifer Robison
- 17-16405  Tina Ross
- 17-16408  Norma Saavedra
- 17-16410  Debra Seibert
- 17-16416  Shannon Southard
- 17-16420  Tara Travis
- 17-16428  Shirley Voisin
- 18-00913  Patsy Baudier
- 18-00799  Emma Brown
- 18-00801  Jean Carter
- 17-12705  Sarah Collett
- 18-00802  Felicia Copeland
- 18-02471  Darlene Crump
- 18-04486  Beverly Locklear
- 18-02127  Kelly Pena
- 17-17135  Michelle Pineda
- 18-00813  Anita Spencer-Williams
- 17-14726  Santos Benavente
- 17-15783  Angela Washington
- 17-09527  Sabra Felton
- 17-10967  Diane Maikui
- 18-01516  Ramona McNamee
- 17-12262  Janice Salser

(JS-10:03:10)

_[signature]_

2