December 19, 2018

Non Compliance Dismissal List

| # | Last Name | First Name | MDLDocketNo. | Non-Compliance Description | Defendant List | Date Filed | Docket No | Plaintiff's Counsel |
|---|---|---|---|---|---|---|---|---|
| 37 | Bolds | Dorothy | 2:17-cv-12237 | PFS Not Substantially Complete | sanofi | 12/7/2018 | 5468 | Bachus & Schanker |
| 236 | Keck | Joann | 2:17-cv-13126 | PFS Not Substantially Complete | sanofi | 12/11/2018 | 5503 | Johnson Law Group |
| 161 | Gossett | Deidra | 2:17-cv-13131 | No Authorizations Uploaded | sanofi | 12/17/2018 | 5533 | Pendley, Baudin & Coffin, L.L.P. |
| 50 | Brooks | Tammy | 2:17-cv-17283 | No Authorizations Uploaded | sanofi | 12/17/2018 | 5539 | Canepa Riedy Abele |
| 15 | Argys | Sherrie | 2:17-cv-11809 | No Authorizations Uploaded | sanofi | 12/17/2018 | 5547 | Bachus & Schanker |
| 153 | Gilbert | Shirley | 2:17-cv-07787 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 | 12/17/2018 | 5548 | Bachus & Schanker |
| 91 | Connor | Odessa | 2:17-cv-14422 | PFS Not Substantially Complete | sanofi | 12/18/2018 | 5554 | Law Offices of A. Craig Eiland |
| 440 | Smith | Raynette | 2:17-cv-15053 | PFS Not Substantially Complete | sanofi | 12/18/2018 | 5555 | Atkins & Markoff |
| 504 | White | Tiffany | 2:17-cv-15167 | PFS Not Substantially Complete | 505 | 12/18/2018 | 5556 | Atkins & Markoff |

**Exhibit A**