December 19, 2018

Non Compliance Declarations List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Declaration Filed | Docket No |
|---|---|---|---|---|---|---|---|---|
| 92 | Conroy | Janice | 2:17-cv-14041 | PFS Not Substantially Complete | sanofi | Brent Coon & Associates | 12/5/2018 | 5432 |
| 97 | Cotton | Alison | 2:17-cv-13926 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5433 |
| 195 | Hernandez | Anita | 2:18-cv-04456 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5438 |
| 400 | Salinas | Frances | 2:17-cv-12948 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5442 |
| 433 | Smart | Gloria | 2:17-cv-14389 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5443 |
| 434 | Smith | Angela | 2:17-cv-16769 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5444 |
| 474 | Turner | Shanika | 2:17-cv-14396 | PFS Not Substantially Complete | sanofi | Brent Coon & Associates | 12/5/2018 | 5445 |
| 407 | Santiago | Maria | 2:17-cv-11142 | No PTO 71A Uploaded; No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5446 |
| 109 | De La Cruz | Annalis | 2:17-cv-14079 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5434 and 5436 |
| 266 | Lucas | Bridgette | 2:17-cv-14641 | No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5439 and 5440 |
| 254 | Lewis | Velma | 2:17-cv-14139 | PFS Not Substantially Complete | sanofi | Brent Coon & Associates | 12/6/2018 | 5465 |
| 215 | Jackson | Ayesha | 2:17-cv-15508 | PFS Not Substantially Complete | sanofi | Pulaski Law Firm, PLLC | 12/10/2018 | 5481 |
| 118 | Dunbar Townsel | Jacqueline | 2:17-cv-15222 | PFS Not Substantially Complete | sanofi | Pulaski Law Firm, PLLC | 12/17/2018 | 5543 |
| 224 | Johnson | Marilyn | 2:17-cv-15927 | PFS Not Substantially Complete | sanofi | Pulaski Law Firm, PLLC | 12/17/2018 | 5544 |
| 194 | Henderson | Murry | 2:17-cv-15501 | PFS Not Substantially Complete | sanofi | Pulaski Law Firm, PLLC | 12/17/2018 | 5545 |
| 235 | Jones | Mary | 2:17-cv-15523 | PFS Not Substantially Complete | sanofi | Pulaski Law Firm, PLLC | 12/17/2018 | 5546 |
| 51 | Brown | Charlene | 2:18-cv-02519 | PFS Not Substantially Complete | sanofi | Kennedy Hodges, LLP | 12/18/2018 | 5553 |
| 297 | Mickelson | Sandy | 2:17-cv-14946 | PFS Not Substantially Complete | sanofi | Atkins & Markoff | 12/18/2018 | 5557 |

**Exhibit B**