UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 91

**IT IS ORDERED** that the next general status conference and show cause hearing will be held on **January 18, 2019, at 10:00 a.m.** in Judge Milazzo's courtroom (C224). It shall be preceded by a meeting with liaison and lead counsel at 8:30 a.m. The dial-in number for the general status conference and show cause hearing is (800) 260-0712 and the access code is 461324.

New Orleans, Louisiana, this 20th day of December, 2018.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE