MINUTE ENTRY
NORTH, M.J.
DECEMBER 19, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Mary Thompson).

| | | |
|---|---|---|
| PRESENT: | Andrew Lemmon | Harley Ratliff |
| | Darin Schanker | John Olinde |
| | Val Exnicios | Michael Sufferin |
| | Chris Coffin | Geoffrey Coan |
| | Jessica Perez | Douglas Moore |
| | Karen Menzies | Peter Rotolo |
| | Lawrence Centola | Patrick Oot |
| | Andre Mura | Mara Cusker Gonzalez |
| PARTICIPATING BY PHONE: | David Miceli | Beth Toberman |
| | Alexander Dwyer | Suzy Marinkovich |
| | Daniel Markoff | Adrienne Byard |
| | Lauren Davis | |
| | Trevor White | |
| | Palmer Lambert | |
| | Zachary Wool | |

1. The parties will meet and confer to develop a protocol for handling Sanofi's review of materials returned pursuant to third-party subpoenas.

2. The PSC is to submit to the Court no later than Friday, December 28, 2018 its reasoning for requesting 30(b)(6) testimony from Sanofi regarding document retention policies. Sanofi shall submit its response no later than Friday, January 4,

MJSTAR (00:45)

2019.  In the meantime, the parties shall continue to meet and confer regarding the scope of the subject 30(b)(6) notice.

3. Sanofi shall be allowed to depose Dr. Feigal for an additional four hours.

4. The PSC is to identify no later than Friday, December 21, 2018 the individual or individuals who gathered and provided to the PSC the membership list(s) for the Taxotears Facebook group and Taxotears Google group.

5. The Court made the following rulings concerning the bellwether Plaintiffs' responses to written discovery[1]:

    a. "Expert Opinions" – Plaintiff's responses to Interrogatories 7 and 8 and Requests for Admission ("RFA") 1, 3, 4, 8 and 9 are sufficient.  Plaintiff shall respond directly to RFA 6 with an admission or denial.

    b. "Legal Allegations in Response to Requests for Factual Information" – Plaintiff's responses to Interrogatories 1, 2 and 7 and RFAs 1 are sufficient.  Plaintiff shall respond directly to RFA 6 with an admission or denial.

    c. "Improper Qualifiers or Modifiers" – The responses to RFAs 3, 4, 8 and 9 comply with Rule 36(a)(4)'s requirement that a denial fairly respond to the substance of the matter.  The responses to Requests for Production ("RFP") 4 and 5 are insufficient and should be supplemented to include all materials requested, not just "representative" materials.

    d. "General Objections" – The Court reminds the parties that general objections are never proper and should not be employed in this matter going forward.

---

[1] The rulings track the categorization employed by the PSC in its letter brief of December 14, 2018.  These rulings apply to Plaintiffs, Durden, Earnest and Francis.

> Plaintiff shall respond to Interrogatory 3 fully, as the fact of a privileged communication is not privileged. As to Interrogatories 4, 6 and 10, Plaintiff is to respond by identifying all responsive individuals who are not attorneys or their staff. As to RFPs 10-13 and 15, Plaintiff is to supplement her response to confirm that no documents have been withheld on any basis other than privilege. As to any document(s) withheld as privileged, each such document is to be identified on a privilege log (documents to and from counsel in this litigation or their staff shall not be listed on the privilege log).
>
> e. "Referencing Classes of Persons" – The identity of every individual responsive to discovery requests is to be provided by Plaintiff. Referencing depositions or other materials that may contain the names of responsive identities is insufficient.
>
> f. The supplemental responses ordered herein are to be provided no later than Tuesday, January 8, 2019.

6. The subpoenas to Drs. Shapiro and Goldberg are proper and the doctors shall respond to those subpoenas. The parties are to discuss a reasonable extension on the return date for those subpoenas.

> The next discovery status conference will be held **January 18, 2019** at **9:00 a.m.**

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

3