UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The due date for the PSC's submission of its reasoning for requesting 30(b)(6) testimony from Sanofi regarding document retention policies is continued from December 28, 2018 to January 10, 2019. Sanofi's response due date is continued from January 4, 2019 to January 25, 2019. A hearing on the matter is hereby scheduled for **February 6, 2019 at 11:00 a.m.**

New Orleans, Louisiana, this  27th  day of  December , 2018.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE