UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Suzanne Mink v. Sanofi U.S. Services, Inc., et al., No. 17-02931 | ) ) ) | |

## ORDER

Before the Court is a Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Suzanne Mink (Doc. 4687);

**IT IS ORDERED** that the Motion is **DISMISSED**, subject to being re-urged at a later time.

New Orleans, Louisiana this 27th day of December, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE