IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| YOLANDA DUKES, Plaintiff, | : : : | SECTION "N"(5) JUDGE MILAZZO MAG. JUDGE NORTH |
| vs. | : : | |
| EAGLE PHARMACEUTICALS, INC. Defendant. | : : | Civil Action No.: 2:18-cv-7926 |

## ORDER

Now before the Court is Plaintiff's Consent Motion to Dismiss Case Without Prejudice (Doc. 5559);

**IT IS ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**, each party bearing its own attorneys' fees and costs.

New Orleans, Louisiana, this 27th day of December.

_____
United States District Judge