UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Susan Hill-Bing
Case No.: **2:18-cv-04462**

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Motion for Reconsideration (Doc. 5599), seeking to withdraw the Motion for Reconsideration (Doc. 5510) filed on December 12, 2018;

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's Motion for Reconsideration (Doc. 5510) is **WITHDRAWN**.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
JANE TRICHE MILAZZO
U.S. DISTRICT JUDGE