UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Catalina Garcia</u>
**Case No.:** <u>2:17-cv-14673</u>

## ORDER

Having considered Plaintiff's Motion to Withdraw Plaintiff's Declaration of Counsel Contact with Client (Doc. 5541);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
U.S. District Judge