UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Tina Payne**
**Case No.: 2:17-cv-14425**

## ORDER

Having considered Plaintiff's Motion to Withdraw Plaintiff's Declaration of Counsel Contact with Client (Doc. 5542);

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
U.S. District Judge