UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
　　*Lagayle Miller v. Hospira Inc., et al.;*
　　*Civil Action No. 2:17-cv-03769*

## ORDER

Considering Plaintiff Lagayle Miller's Motion to Substitute Party (Doc. 5534);

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party in **GRANTED**, and Gregory B. Miller, on behalf of the Estate of Lagayle Miller, is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE