UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Marian Bess, Plaintiff(s), vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al, Defendant(s). | : : : : : : : : : : | Civil Action No.: 2:17-cv-17295 |

**<u>ORDER</u>**

Before the Court is Plaintiff's Motion to Substitute Party (Doc. 5538);

IT IS ORDERED that the Motion is GRANTED and Nona L. Brown, on behalf of the Estate of Marian Bess, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
Judge Jane Milazzo, U.S. District Judge