UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Julayne Oxford v. McKesson Corporation, d/b/a McKesson Packaging; Case No. 2:17-cv-15605* | : : | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file a Second Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Second Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.


SO ORDERED this ____ day of _____, 2018


_____
Hon. Jane Triche Milazzo

1