# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY YOUNG,<br>    Plaintiff<br><br>v.<br><br>SANOFI US SERVICES., INC<br>AND SANOFI-AVENTIS U.S.<br>LLC,<br><br>    Defendants | MDL No. 2740<br><br>Section "N" (5)<br>Judge Engelhardt<br>Mag. Judge North<br><br>Civil Action No. 2:18-cv-10206 |

## ORDER

Before the Court is Plaintiff's Motion to Amend Short Form Complaint (Doc. 5486);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
Hon. Jane Triche Milazzo