UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXECPT SANDOZ, INC.** |
| | Civil Action No.: 2:17-cv-00862 |
| THIS DOCUMENT RELATES TO:<br><br>Kimely Rivers v. Sanofi US Services Inc., et al. | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: December 28 2018

           Respectfully submitted,

           */s/ Ryan L. Thompson*
           Ryan L. Thompson
           Mikal C. Watts
           Paige N. Boldt
           WATTS GUERRA LLP
           5726 Hausman Rd. W., Ste. 119
           San Antonio, TX 78249
           Telephone: 866.529.9100

                                      Fax: 210. 448.0501
                                      rthompson@wattsguerra.com
                                      mcwatts@wattsguerra.com
                                      pboldt@wattsguerra.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Ryan L. Thompson*
                                      Ryan L. Thompson