IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740<br><br>SECTION: "H" 5 |
| This Document Relates To:<br>*Ramona Pitrey* | * * * | CIVIL ACTION NO. 2:17-cv-11117 |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 5604) adding Sagent Pharmaceuticals and Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as defendants;

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE