UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) <br> **PRODUCTS LIABILITY LITIGATION** ) <br> ) <br> ) <br> **This document relates to:** ) <br> Pamela Ballantyne, 17-04496 ) <br> Karen Burgess, 17-04528 ) <br> Robin Showalter, 17-04732 ) <br> Sophia Little, 17-07093 ) <br> Mildred Turner, 17-04827 ) <br> Jacqueline Fradella, 16-15664 ) <br> Sheila Honore, 17-05053 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## **ORDER**

Before the Court are several Motions to Amend that were set for submission on November 14, 2018:

- Doc. 4626
- Doc. 4630
- Doc. 4632
- Doc. 4633
- Doc. 4642
- Doc. 4644
- Doc. 4645

The Court has been advised that the Defendants do not oppose these Motions. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED,** and the Clerk's office is instructed to file the amended complaints attached to these Motions in the member cases.

New Orleans, Louisiana this 27th day of December, 2018.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE