UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to all cases ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

# ORDER

At a hearing on November 15, 2018, the Court ordered certain Plaintiffs to submit a Plaintiff Fact Sheet within 30 days of the hearing. The Court has been advised that the following Plaintiffs have failed to do so:

- Diana Cabello, 2:17-cv-16270
- Myrtle Howard, 2:17-cv-17034
- Gwendolyn McKenzie, 2:18-cv-01583
- Suezetta Nelson, 2:18-cv-04655
- Carolyn Purdue, 2:16-cv-17230
- Deborah Purnell, 2:18-cv-01395
- Leatha Washington, 2:18-03441

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 27th day of December, 2018.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE