# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Jaunifert McKinney v. Sanofi S.A. et al.,* No. 16-cv-15396 | |

## ORDER

Before the Court is Plaintiff's Ex Parte Motion for Substitution of Proper Party (Doc. 5532);

**IT IS ORDERED** that Plaintiff Richard Hewitt, on behalf of the Estate of Jaunifert McKinney, is substituted for Plaintiff Jaunifert McKinney in the above-captioned case.

New Orleans, Louisiana, this 27th day of December, 2018.

_____
Hon. Jane Triche Milazzo
United States District Court Judge