# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| ARLENE COSIO | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, ACCORD HEALTHCARE, INC. & SAGENT PHARMACEUTICALS, INC. | |
| Defendants. | |
| Civil Case No: 2:17-cv-17122 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 12, 2017 (*Arlene Cosio v. Sanof-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc. & Sagent Pharmaceuticals, Inc.*, Case No. 2:17-cv-17122), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned complaint, Plaintiff learned from Liaison Counsel that Sagent sold a product manufactured pursuant to the Actavis NDA during the relevant time and that Plaintiffs with a Sagent NDC code administered during the relevant time should name both the Actavis entities and Sagent as defendants. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the

understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdicational defenses and defenses based on statute of limitations, at another stage in this lawsuit.

**Dated this 2nd day of January, 2019.**

                                    **Respectfully Submitted,**

                                    **REICH & BINSTOCK**
                                    /s/ Robert J. Binstock
                                    Robert J. Binstock (TX: 02328350)
                                    Dennis C. Reich (TX: 16739600)
                                    Reich & Binstock, LLP
                                    4265 San Felipe, Suite 1000
                                    Houston, TX 77027
                                    Phone: 713-622-7271
                                    dreich@reichandbinstock.com
                                    bbinstock@reichandbinstock.com

                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 2, 2019

                                    /s/ Robert J. Binstock
                                    Robert J. Binstock