## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING SANDOZ INC. AND DISMISSING WITH PREJUDICE DEFENDANTS SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.**<br><br>Civil Action No.: 2:17-cv-15642-MBN |
| THIS DOCUMENT RELATES TO:<br><br>ROSLYN LUTON v. SANOFI-AVENTIS U.S. LLC, et al. | |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Roslyn Luton respectfully requests leave to file her Amended Complaint adding Sandoz Inc., as the defendant in this case and dismissing with prejudice Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc and Sanofi-Aventis U.S. LLC.

Since filing her Complaint, Plaintiff has received the National Drug Code documents and learned that Sandoz, Inc. should be named as the only defendant in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 2nd day of January 2019

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Sandoz Defendant and Sanofi Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd, January 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*