# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ROSLYN LUTON<br>Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS, et al.<br><br>Defendants<br><br>Civil Case No.: 2:17-cv-15642 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING SANDOZ INC. AND DISMISSING WITH PREJUDICE DEFENDANTS SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.** |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint adding Defendant SANDOZ INC. and dismissing Defendants SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. with prejudice is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge