UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Adriane Brown | : | |
| Civil Action No. 2:17-cv-15420 | : | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW Plaintiff, by and through her undersigned attorneys, and pursuant to Local Rule 83.2.11 files this Joint Motion to Withdraw and Substitute Counsel. In support hereof, Plaintiff states as follows:

Katie A. Hubbard of Goldenberg Heller & Antognoli, P.C. is currently Plaintiff's counsel of record. Plaintiff wishes to substitute Thomas J. Lech of Goldenberg Heller & Antognoli, P.C. as her counsel of record, and proceed with her claim.

By agreement of the undersigned attorneys, Katie A. Hubbard wishes to withdraw as counsel of record for the Plaintiff; and substitute Thomas J. Lech as counsel of record for the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Respectfully Submitted and Agreed to by:

*/s/ Katie A. Hubbard*
Katie A. Hubbard (IL #6303558)
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
khubbard@ghalaw.com


*/s/ Thomas J. Lech*
Thomas J. Lech (IL #6256261)
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
tlech@ghalaw.com

*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2019, the foregoing document was electronically filed and served using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

_____*/s/ Katie A. Hubbard*_____

_____*/s/ Thomas J. Lech*  _____