# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Linda Deppe | : | |
| Civil Action No. 2:17-cv-15574 | : | |

# **O R D E R**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Katie A. Hubbard of the law firm of Goldenberg Heller & Antognoli, P.C. be allowed to withdraw as counsel for the Plaintiff; and further, that Thomas J. Lech of the law firm of Goldenberg Heller & Antognoli, P.C. be allowed to substitute as counsel of record for the Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO