UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)           MDL NUMBER:  2740
      PRODUCTS LIABILITY
      LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The Clerk is directed to file the attached acknowledgment of receipt into the record of this proceeding.

New Orleans, Louisiana, this  3rd  day of  January , 2019

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE