

**Liberté • Égalité • Fraternité**
**RÉPUBLIQUE FRANÇAISE**

MINISTÈRE DE LA JUSTICE

Paris, le
0 4 DEC 2018

The Honorable Michael B. North
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room B419
New Orléans, Louisiana 70130
USA

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVÉ
ET DE L'ENTRAIDE CIVILE

*Référence à rappeler :*
249OP2018
Dossier suivi par :
Camille BLANCO
Tél. : 00331 44 77 61 05
Fax : 00331 44 77 61 22
entraide-civile-internationale@justice.gouv.fr

– 03686

**OBJET :** Acceptation d'une demande d'obtention de preuves en application de la Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**AFFAIRE :** AFFAIRE TAXOTERE c/ SANOFI-AVENTIS

**V/REF. :** Taxotere (Docetaxel) Products Liability Litigation, MDL n°2740

Monsieur,

Le ministère de la justice français a l'honneur de vous confirmer la bonne réception, le 16 novembre 2018, de la demande d'obtention de preuves en matière civile et commerciale, émise le 17 octobre 2018 par le tribunal de district des Etats-Unis, district oriental de la Louisiane, visant à la production de documents par Mme Shirley Ledlie et à l'audition de cette dernière, dans le cadre d'une action de groupe en responsabilité du fait des produits de santé.

Je vous informe que cette demande d'obtention de preuves a été autorisée et transmise ce jour pour exécution au procureur de la République près le tribunal de grande instance de Toulouse.

Je vous prie de croire, Monsieur, à l'assurance de ma considération distinguée.

Camille BLANCO

DACS
13, place Vendôme – 75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
Télécopie : 01 44 77 61 22