UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H" (5) |
| : | |
| THIS DOCUMENT RELATES TO: : | HON. JANE TRICHE MILAZZO |
| : | MAG. JUDGE MICHAEL NORTH |
| *Amaryallis Heath v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15495* : | |

# ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 5622), seeking leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of January, 2019.

_____
Hon. Jane Triche Milazzo