UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Julayne Oxford v. McKesson Corporation, d/b/a McKesson Packaging; Case No. 2:17-cv-15605* | : | |
| | : | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint (Doc. 5633), seeking leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of January, 2019.

_____
Hon. Jane Triche Milazzo