UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : |
| THIS DOCUMENT RELATES TO: | : HON. JANE TRICHE MILAZZO |
| | : MAG. JUDGE MICHAEL NORTH |
| *Teresa Hamilton v. McKesson Corporation, d/b/a* *McKesson Packaging; Case No. 2:18-cv-13033* | : |
| | : |

**<u>ORDER</u>**

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 5634), seeking leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of January, 2019.

_____
Hon. Jane Triche Milazzo