## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ROSLYN LUTON<br>Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS, et al.<br><br>Defendants<br><br>Civil Case No.: 2:17-cv-15642 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint (Doc. 5660);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of January, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge