UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Myrtle Jean Thompson v. Sandoz, Inc., et al.;*<br>Case No. 2:18-cv-07390 | : : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT OF SCRIVENER'S ERROR ON PAGE ONE AND THREE**

Plaintiff, MYRTLE JEAN THOMPSON, by and through her undersigned attorneys, and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure hereby respectfully requests leave to file her Amended Short Form Complaint (attached as Exhibit "A"). Plaintiff filed her initial Short Form Complaint on August 03, 2018 (Rec. Doc. 1). Plaintiff alleges injury in the State of Illinois in her Short Form Complaint on page 1, paragraph 5 and on page 3, paragraph 11 that product(s) were administered in the State of Illinois. This is a scrivener's error.  Plaintiff alleges injury and product(s) administration in the State of Missouri.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A (Rec. Doc. 1682) undersigned counsel emailed liaison defense counsel and individual defense counsel on December 20, 2018 and no opposition to this motion has been received to date. Defendants will not be prejudiced by Plaintiff's Amended Short Form Complaint.

Plaintiff requests that this Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: January 4, 2019                                  Respectfully submitted,

By:   */s/ Mark M. O'Mara*_____
Mark M. O'Mara (FL Bar No. 359701)
Alyssa J. Flood (FL Bar No. 99755)
Channa A. Lloyd (FL Bar No. 1002007)
O'MARA LAW GROUP
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com
channa@omaralawgroup.com

*Plaintiff's Counsel for Myrtle J. Thompson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<i>/s/ Mark M. O'Mara</i>