# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| _____ | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| | : | |
| *Myrtle Jean Thompson v. Sandoz, Inc., et al.;* | : | AMENDED COMPLAINT AND |
| Case No. 2:18-cv-07390 | : | JURY DEMAND |
| | : | |
| _____ | : | |

**AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)**

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury

Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15,

this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the

Amended Master Long Form Complaint against Defendants.

Plaintiff(s) further allege as follows:

1.    Plaintiff: **Myrtle Jean Thompson**

2.    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of

       consortium):  **N/A**

3.    Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

       **N/A**

4.    Current State of Residence:  **Illinois**

5.    State in which Plaintiff(s) allege(s) injury:  **Missouri**

6.    Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☐    A.      Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐    B.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☒    A.      Sandoz Inc.

        ☐    B.      Accord Healthcare, Inc.

        ☐    C.      McKesson Corporation d/b/a McKesson Packaging

        ☒    D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☒    E.      Hospira, Inc.

        ☐    F.      Sun Pharma Global FZE

        ☐    G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐    H.      Pfizer Inc.

        ☐    I.      Actavis LLC f/k/a Actavis Inc.

        ☐    J.      Actavis Pharma, Inc.

        ☐    K.      Other:

7.      Basis of Jurisdiction:

        ☒    Diversity of Citizenship

        ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure)

8.      Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

**United States District Court Eastern District of Missouri, St. Louis Division**

9.    Brand Product(s) used by Plaintiff (check applicable):

      ☐    A.    Taxotere

      ☐    B.    Decefrez

      ☒    C.    Docetaxel Injection

      ☐    D.    Docetaxel Injection Concentrate

      ☐    E.    Unknown

      ☐    F.    Other: Winthrop

10.   First date and last date of use (or approximately date range, if specific dates are unknown) for Products identified in question 9:

**December 29, 2015 to April 12, 2016**

11.   State in which Product(s) identified in question 9 was/were administered:

**Missouri**

12.   Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

**Disfiguring permanent alopecia of the scalp beginning in 2016 after treatment with Docetaxel and continuing until present.**

13.   Counts in Master Complaint brought by Plaintiff(s):

      ☒    Count I – Strict Products Liability – Failure to Warn

      ☒    Count III – Negligence

      ☒    Count IV – Negligent Misrepresentation

      ☒    Count V – Fraudulent Misrepresentation

      ☒    Count VI – Fraudulent Concealment

      ☒    Count VII – Fraud and Deceit

☐     Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana Law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Dated: January 4, 2019

Respectfully submitted,

By:    */s/ Mark M. O'Mara*
        Mark M. O'Mara (FL Bar No. 359701)
        Alyssa J. Flood (FL Bar No. 99755)
        Channa A. Lloyd (FL Bar No. 1002007)
        O'MARA LAW GROUP
        221 NE Ivanhoe Blvd., Suite 200
        Orlando, FL 32804
        Telephone: (407) 898-5151
        Facsimile: (407) 898-2468
        mark@omaralawgroup.com
        alyssa@omaralawgroup.com
        channa@omaralawgroup.com

        *Plaintiff's Counsel for Myrtle J. Thompson*