UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Myrtle Jean Thompson v. Sandoz, Inc., et al.;* Case No. 2:18-cv-07390 | : : : | |

# **ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to file an Amended Short Form Complaint (Doc. _____);

**IT IS ORDERED** that the Motion is GRANTED, and the Clerk's office is instructed to file the Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE