## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS U.S. LLC, SANOFI U.S. SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO: <br> Madge Duce; 2:17-cv-16178 | Civil Action No.: 2:17-cv-16178 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis U.S. LLC, Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of January, 2019.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C**.
By: /s/Amy Collignon Gunn
    John G. Simon
    Amy Collignon Gunn
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    Phone: 314-241-2929
    Fax: 314-241-2029
    jsimon@simonlawpc.com
    agunn@simonlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  January 4, 2019            By:  /s/Amy Collignon Gunn
                                                 Amy Collignon Gunn