UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| KATHLEEN CARTER<br><br>        Plaintiff,<br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>        Defendants.<br>------------------------------------------------------------ | : : : : : : : : : : | **Stipulation of Dismissal with Prejudice**<br><br>Civil Action No.: 2:18-cv-11540 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 4th day of January, 2019.   **BROWN & CROUPPEN, P.C.**

/s/ *Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com
*Attorney for Plaintiff.*

**SHOOK, HARDY & BACON LLP**

/s/ *Kelly Bieri*
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 4, 2019

/s/ Seth Sharrock Webb

SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com