# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br><br> COMPLAINT & JURY DEMAND <br><br> CIVIL ACTION NO. 2:17-cv-03401 |
| *This Document Relates to:* <br> *Phyllis A. Stacy* | | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Phyllis A. Stacy, by and through her attorneys, with the consent of Defendants and Defendants Liaison Counsel, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Phyllis A. Stacy, that she was provided Taxotere/Docetaxel chemotherapy which caused her permanent hair loss. Her original suit was filed on April 12, 2017.

Subsequent to the filing of her original lawsuit, Plaintiff learned that Actavis LLC f/k/a Actavis, Inc. and Actavis Pharma, Inc. should have been named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). No party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated: January 4, 2019

| | |
|---|---|
| **SIMMONS HANLY CONROY** | **SHOOK HARDY & BACON LLP** |
| /s/ John J. Foley<br>John J. Foley<br>One Court Street<br>Alton, IL 62002<br>Telephone: 618-259-2222<br>Facsimile: 618-259-2251<br>Email: jfoley@simmonsfirm.com<br>*Attorney for Plaintiff* | /s/ Chris Kaufman<br>Chris Kaufman<br>2555 Grand Boulevard,<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>noproductid@shb.com<br>*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |
| **IRWIN FRITCHIE URQUHART & MOORE** | **GREENBERG TAURIG, LLP** |
| /s/ Douglas J. Moore<br>Douglas J. Moore, Esq.<br>Kelly Brilleaux, Esq.<br>400 Poydras St., Ste. 2700<br>New Orleans, LA 70130<br>Phone: (504) 310-2100<br>Facsimile: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>kbrilleaux@irwinllc.com<br>*Liaison Counsel for Defendants* | /s/ Clifton Merrell<br>R. Clifton Merrell<br>Evan Holden<br>Terminus 200<br>3333 Piedmont Rd NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: 678-553-2100<br>Facsimile: 678-553-2100<br>Email: Sandoz-Taxotere-ProdID@gtlaw.com<br>insognan@gtlaw.com; higginsa@gtlaw.com<br>*Counsel for Defendant Sandoz, Inc.* |
| **CHAFFE MCCALL, LLP** | **TUCKER ELLIS LLP** |
| /s/ John F. Olinde<br>John F. Olinde, Esq.<br>2300 Energy Center<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Phone: (504)585-7241<br>Facsimile: (504) 544-6084<br>Email: olinde@chaffe.com<br>505b2liaison@chaffe.com<br>*Liaison Counsel for Defendants* | /s/ Julie A. Callsen<br>Julie A. Callsen<br>Brandon D. Cox<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216-592-5000<br>Facsimile: 216-592-5009<br>noproductid@tuckerellis.com<br>*Counsel for Defendant Accord Healthcare Inc.* |

**MORRISON & FOERSTER LLP**

/s/ Erin M. Bosman
Erin M. Bosman
Julie Y. Park
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
Email: ebosman@mofo.com;
juliepark@mofo.com
noproductid@mofo.com
*Attorneys for McKesson Corporation d/b/a McKesson Packaging Services*

**DECHERT, LLP**

/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez, Esq.
Sara Roitman
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: DocetaxelProductID@dechert.com
 MaraCusker.Gonzalez@dechert.com
mark.cheffo@dechert.com
sara.roitman@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
53 State St, 27th Floor
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
Email: KEKelly@hinshawlaw.com
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceutical Industries, Inc.
f/k/a Caraco Pharmaceutical Laboratories Ltd*

**ULMER & BERNE LLP**

/s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
msuffern@ulmer.com
kbeck@ulmer.com
cmo12@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*