# EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 1. | Abell | Anne | 2:18-cv-06703 | No PFS Submitted | sanofi |
| 2. | Adams | Brenda S. | 2:18-cv-08426 | No PFS Submitted | 505 |
| 3. | Adams | Sharon | 2:18-cv-06337 | No PFS Submitted | sanofi |
| 4. | Akana | Brenda | 2:18-cv-05607 | No PFS Submitted | sanofi |
| 5. | Akins | Brenda | 2:17-cv-12767 | PFS not Substantially Complete | sanofi |
| 6. | Alderete | Ruth R | 2:17-cv-13472 | PFS not Substantially Complete | sanofi |
| 7. | Alexander | Glenda | 2:18-cv-06122 | No PFS Submitted | sanofi |
| 8. | Allen | Susan | 2:18-cv-08194 | No PFS Submitted | sanofi and 505 |
| 9. | Ambrose | Lisa | 2:18-cv-07999 | No PFS Submitted | 505 |
| 10. | Ammari | Lisa | 2:18-cv-07737 | No PFS Submitted | sanofi and 505 |
| 11. | Anderson | Betty | 2:17-cv-16110 | PFS not Substantially Complete | sanofi |
| 12. | Anderson | Cheryl | 2:18-cv-00083 | PFS not Substantially Complete | sanofi |
| 13. | Anderson | Myrtis | 2:17-cv-17974 | PFS not Substantially Complete | sanofi |
| 14. | Anderson | Rose | 2:17-cv-00593 | PFS not Substantially Complete | sanofi |
| 15. | Anderson | Virgie | 2:18-cv-03315 | No PFS Submitted | 505 |
| 16. | Anderson | Wanda | 2:17-cv-14197 | PFS not Substantially Complete | sanofi |
| 17. | Archer | Jamie | 2:18-cv-07022 | No PFS Submitted | sanofi and 505 |
| 18. | Arenas | Liliana | 2:18-cv-08205 | No PFS Submitted | sanofi and 505 |
| 19. | Ariks | Patricia | 2:16-cv-17328 | PFS not Substantially Complete | sanofi |
| 20. | Arvan | Anna | 2:18-cv-07010 | No PFS Submitted | sanofi |
| 21. | Asyan | Lucy | 2:17-cv-17663 | PFS not Substantially Complete | sanofi |
| 22. | Atkinson | Mary | 2:18-cv-00902 | PFS not Substantially Complete | 505 |
| 23. | Bailey | Evelyn | 2:17-cv-10333 | PFS not Substantially Complete | sanofi |
| 24. | Barr | Marian | 2:17-cv-06443 | PFS not Substantially Complete | sanofi |
| 25. | Bartyzel | Kristine | 2:17-cv-11807 | PFS not Substantially Complete | sanofi |

Page 1

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 26. | Bassett | Debra | 2:17-cv-11489 | PFS not Substantially Complete | sanofi |
| 27. | Battisti | Linda | 2:17-cv-09931 | PFS not Substantially Complete | sanofi |
| 28. | Beeler | Sandra M | 2:17-cv-05830 | PFS not Substantially Complete | sanofi |
| 29. | Bell | Alice | 2:17-cv-12706 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 30. | Bender | Yvonne | 2:17-cv-16388 | PFS not Substantially Complete | 505 |
| 31. | Bennett | Alice | 2:18-cv-06272 | No PFS Submitted | sanofi and 505 |
| 32. | Bennett | Teresa F | 2:16-cv-17500 | PFS not Substantially Complete | sanofi |
| 33. | Billingsley | Janet | 2:18-cv-06149 | No PFS Submitted | sanofi and 505 |
| 34. | Bingham | Alicia | 2:18-cv-02491 | PFS not Substantially Complete | 505 |
| 35. | Blair | Linda | 2:16-cv-17427 | No PFS Submitted | 505* |
| 36. | Bland | Rena | 2:18-cv-06198 | No PFS Submitted | sanofi |
| 37. | Blume | Judy | 2:18-cv-07013 | No PFS Submitted | 505 |
| 38. | Bodden | Janet | 2:16-cv-15609 | PFS not Substantially Complete | sanofi |
| 39. | Bolton | Theresa | 2:18-cv-08022 | No PFS Submitted | sanofi and 505 |
| 40. | Boots | Joanne | 2:18-cv-05600 | PFS not Substantially Complete; Authorizations Not Uploaded; CMO 12 Not Uploaded; PTO 71 Not Uploaded | 505 |
| 41. | Bowen | Randie | 2:17-cv-15296 | PFS not Substantially Complete | sanofi |
| 42. | Boyd | Annette | 2:17-cv-16255 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 43. | Bradley | Johannah | 2:17-cv-13984 | PFS not Substantially Complete | sanofi |
| 44. | Brandauer | Aline | 2:17-cv-12550 | PFS not Substantially Complete | sanofi |
| 45. | Brereton | Catherine A. | 2:17-cv-09854 | No PFS Submitted | 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 46. | Brewer | Brenda | 2:18-cv-05404 | No PFS Submitted | sanofi |
| 47. | Briggs | Lisa | 2:17-cv-11156 | PFS not Substantially Complete | sanofi |
| 48. | Briones | Elsa | 2:17-cv-13532 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 49. | Brown | Deborah | 2:17-cv-16799 | No PFS Submitted | sanofi |
| 50. | Brown | Emma J | 2:17-cv-15734 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 51. | Brown | Shirley | 2:18-cv-07806 | No PFS Submitted | sanofi and 505 |
| 52. | Buchanan | Dorothy | 2:18-cv-08189 | No PFS Submitted | sanofi and 505 |
| 53. | Burdell | Donna | 2:17-cv-09600 | PFS not Substantially Complete | sanofi |
| 54. | Burnett | Joy | 2:17-cv-13651 | PFS not Substantially Complete; Authorizations - no Health Insurance, Employment or Work Comp authorizations provided | 505 |
| 55. | Burnstein | Gwen | 2:16-cv-17172 | PFS not Substantially Complete | sanofi |
| 56. | Burton | Johnnie | 2:18-cv-06197 | No PFS Submitted | sanofi and 505 |
| 57. | Burton | June | 2:17-cv-14810 | PFS not Substantially Complete | sanofi |
| 58. | Butler | Tammie | 2:18-cv-07957 | No PFS Submitted | sanofi |
| 59. | Bybee | Rose | 2:18-cv-06431 | No PFS Submitted | sanofi |
| 60. | Cabello | Maria | 2:17-cv-12653 | PFS not Substantially Complete | sanofi |
| 61. | Cain | Cecilia | 2:17-cv-12637 | PFS not Substantially Complete | sanofi |
| 62. | Carpenter | Shonna | 2:18-cv-05650 | No PFS Submitted | sanofi |
| 63. | Carr | Angelia | 2:18-cv-07659 | No PFS Submitted | sanofi and 505 |
| 64. | Carson | Hattie | 2:16-cv-15322 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |

Page 3

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 65. | Cassidy | William | 2:18-cv-08116 | No PFS Submitted | sanofi and 505 |
| 66. | Castille | Orelia | 2:18-cv-03431 | PFS not Substantially Complete; CMO12 Not Uploaded; PTO 71A Not Uploaded; Authorizations Not Uploaded | 505 |
| 67. | Cavallaro | Michelle | 2:18-cv-05772 | PFS not Substantially Complete; CMO12 Not Uploaded; Authorizations Not Uploaded | 505 |
| 68. | Cezair | Barbara | 2:18-cv-06932 | No PFS Submitted | sanofi and 505 |
| 69. | Chaidez | Julie | 2:17-cv-10994 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 70. | Chapman | Angela | 2:17-cv-13706 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 71. | Chavez | Paulette | 2:17-cv-16439 | No PFS Submitted | sanofi |
| 72. | Chavez | Paulette | 2:17-cv-16589 | PFS not Substantially Complete | sanofi |
| 73. | Chenault | Darlene | 2:18-cv-06067 | No PFS Submitted | sanofi |
| 74. | Chioda | Marlene | 2:17-cv-12690 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 75. | Clark | Denise | 2:18-cv-07910 | No PFS Submitted | sanofi and 505 |
| 76. | Clark | Julie | 2:18-cv-07024 | No PFS Submitted | sanofi |
| 77. | Cleveland | Lori | 2:17-cv-13524 | PFS not Substantially Complete | sanofi |
| 78. | Clink | Brenda | 2:17-cv-10299 | PFS not Substantially Complete | sanofi |
| 79. | Cobb | Veronica | 2:17-cv-12770 | PFS not Substantially Complete | sanofi |
| 80. | Cole | Velma | 2:18-cv-02867 | PFS not Substantially Complete; Authorizations not Uploaded | 505 |
| 81. | Collier | Donna | 2:18-cv-06049 | No PFS Submitted | sanofi and 505 |

Page 4

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 82. | Collins | Melissa | 2:18-cv-08059 | No PFS Submitted | sanofi |
| 83. | Conaway | Angie | 2:18-cv-05854 | No PFS Submitted | sanofi |
| 84. | Coney | Louistine | 2:17-cv-07117 | PFS not Substantially Complete | sanofi |
| 85. | Cook | Sherria | 2:18-cv-07646 | No PFS Submitted | sanofi and 505 |
| 86. | Cooper | Joyce | 2:17-cv-08231 | PFS not Substantially Complete | sanofi |
| 87. | Corzine | Kristine | 2:18-cv-05465 | No PFS Submitted | sanofi and 505 |
| 88. | Cosio | Arlene | 2:17-cv-17122 | PFS not Substantially Complete | sanofi |
| 89. | Cotton | Alison | 2:17-cv-13926 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 90. | Coukoulis | Florence | 2:17-cv-15810 | PFS not Substantially Complete | sanofi |
| 91. | Cowan | Candice M | 2:17-cv-12540 | PFS not Substantially Complete | sanofi |
| 92. | Crabtree | Myria | 2:18-cv-07920 | No PFS Submitted | sanofi and 505 |
| 93. | Craft | Virginia | 2:17-cv-15825 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 94. | Craggette | Sandra | 2:18-cv-07028 | No PFS Submitted | sanofi and 505 |
| 95. | Crawford | Carol | 2:18-cv-07057 | No PFS Submitted | sanofi |
| 96. | Crawford | Yolanda | 2:17-cv-09666 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 97. | Creal | Ruby | 2:18-cv-05845 | No PFS Submitted | sanofi |
| 98. | Crnic | Claire | 2:17-cv-10540 | PFS not Substantially Complete | sanofi |
| 99. | Cunningham | Loretta | 2:17-cv-10953 | PFS not Substantially Complete | sanofi |
| 100. | Dannhauser | Nancy | 2:18-cv-05577 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 101. | Daughtry | Elizabeth | 2:18-cv-07450 | No PFS Submitted | sanofi and 505 |
| 102. | Davis | Adlean | 2:17-cv-09010 | PFS not Substantially Complete | sanofi |
| 103. | Davis | Betty | 2:18-cv-07988 | No PFS Submitted | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|-----------|----------------|----------------------------|----------------|
| 104. | Davis | Beverly | 2:17-cv-15831 | PFS not Substantially Complete | sanofi |
| 105. | Davis | Christine | 2:18-cv-06853 | No PFS Submitted | 505 |
| 106. | Davis | Lela | 2:17-cv-12942 | PFS not Substantially Complete | sanofi |
| 107. | Davis | Lori | 2:17-cv-13620 | PFS not Substantially Complete | sanofi |
| 108. | Davis | Wanda | 2:18-cv-06870 | No PFS Submitted | 505 |
| 109. | Dawson | Dianne | 2:16-cv-17302 | PFS not Substantially Complete | sanofi |
| 110. | De La Cruz | Annalis | 2:17-cv-14079 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi* |
| 111. | De Vera | Vanessa | 2:17-cv-12650 | PFS not Substantially Complete | sanofi |
| 112. | Deese | Stephanie | 2:17-cv-13787 | PFS not Substantially Complete | sanofi |
| 113. | Degree | Marie | 2:18-cv-06739 | No PFS Submitted | sanofi |
| 114. | Deloach | Patricia | 2:17-cv-08340 | PFS not Substantially Complete | sanofi |
| 115. | Dempsey | Patricia | 2:17-cv-13667 | PFS not Substantially Complete; Authorizations - not signed by witness. | 505 |
| 116. | Dennis | Irene | 2:18-cv-06154 | No PFS Submitted | sanofi and 505 |
| 117. | Devine | Barbara A | 2:17-cv-15846 | PFS not Substantially Complete | sanofi |
| 118. | Dewell | Reah | 2:18-cv-05466 | No PFS Submitted | sanofi and 505 |
| 119. | Deyoung | Cynthia | 2:17-cv-16216 | PFS not Substantially Complete | sanofi |
| 120. | Doering | Bonnie | 2:17-cv-06245 | PFS not Substantially Complete | sanofi |
| 121. | Douglas | Janie | 2:17-cv-09638 | PFS not Substantially Complete | sanofi |
| 122. | Downs | Mary B. | 2:18-cv-03930 | No PFS Submitted | 505 |
| 123. | Dubois | Toshia | 2:17-cv-14850 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 124. | Dula-Harris | Michelle | 2:18-cv-05414 | No PFS Submitted | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 125. | Dunagan | Valerie | 2:18-cv-04005 | No PFS Submitted | 505 |
| 126. | Dunbar | Brenda | 2:18-cv-04840 | No PFS Submitted | sanofi |
| 127. | Dunn | Deborah | 2:16-cv-15495 | PFS not Substantially Complete | sanofi |
| 128. | Dwight | Patricia | 2:17-cv-08563 | PFS not Substantially Complete | sanofi |
| 129. | Eklund | Patricia | 2:17-cv-02182 | PFS not Substantially Complete | sanofi |
| 130. | Elder | Nioka | 2:17-cv-08232 | PFS not Substantially Complete | sanofi |
| 131. | Esters | Helen M | 2:17-cv-12788 | PFS not Substantially Complete | sanofi |
| 132. | Estrada | Roselyn | 2:17-cv-07744 | PFS not Substantially Complete | sanofi |
| 133. | Evans | Rosa | 2:17-cv-11816 | PFS not Substantially Complete | sanofi |
| 134. | Everline | Gwendolyn | 2:17-cv-10720 | PFS not Substantially Complete | sanofi |
| 135. | Eversole | Patricia | 2:18-cv-05416 | No PFS Submitted | sanofi |
| 136. | Fanuele | Susan | 2:18-cv-06696 | No PFS Submitted | sanofi and 505 |
| 137. | Feaster | Sharon | 2:18-cv-05603 | No PFS Submitted | 505 |
| 138. | Ferguson | Pamela | 2:18-cv-06889 | No PFS Submitted | sanofi and 505 |
| 139. | Ferguson | Wanda | 2:17-cv-15345 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 140. | Fink | Jo L | 2:17-cv-15858 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 141. | Fitzpatrick | Carrie | 2:18-cv-06997 | No PFS Submitted | sanofi |
| 142. | Flores | Deborah | 2:18-cv-02332 | No PFS Submitted | sanofi |
| 143. | Ford | Ethel | 2:18-cv-06663 | No PFS Submitted | sanofi and 505 |
| 144. | Foreman | Zelma | 2:18-cv-05467 | PFS not Substantially Complete; Authorizations - Psych authoriztion not executed and authoriztions requiring witness signature not executed. | 505 |

Page 7

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 145. | Forte | Georgia | 2:16-cv-17187 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 146. | Francis | Christie | 2:18-cv-08125 | No PFS Submitted | 505 |
| 147. | Frank | Nelda | 2:17-cv-14855 | PFS not Substantially Complete | sanofi |
| 148. | Franklin | Patricha | 2:18-cv-06201 | No PFS Submitted | sanofi and 505 |
| 149. | Frazier | Venessa | 2:18-cv-07940 | No PFS Submitted | sanofi and 505 |
| 150. | Gabrielyan | Tamara | 2:18-cv-08001 | No PFS Submitted | sanofi |
| 151. | Gaiten | Joan | 2:18-cv-07728 | No PFS Submitted | sanofi and 505 |
| 152. | Gallegos | Betty | 2:17-cv-10666 | PFS not Substantially Complete | sanofi |
| 153. | Galloway | Cassandra | 2:18-cv-07639 | No PFS Submitted | 505 |
| 154. | Garcia | Catalina | 2:17-cv-14673 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 155. | Gardner | Mary | 2:17-cv-03865 | PFS not Substantially Complete | sanofi |
| 156. | Gardner | Sharon | 2:16-cv-17167 | PFS not Substantially Complete | sanofi |
| 157. | Garthwaite | Judith | 2:17-cv-17279 | PFS not Substantially Complete; Authorizations - HIPAA authorization is undated. | 505 |
| 158. | Gary | Lois | 2:18-cv-07891 | No PFS Submitted | sanofi and 505 |
| 159. | Gay | Cynthia | 2:17-cv-12419 | PFS not Substantially Complete | sanofi |
| 160. | Geiser | Kathy | 2:18-cv-00112 | PFS not Substantially Complete; Authorizations Not Uploaded | 505 |
| 161. | Gentry | Geraldine | 2:18-cv-06008 | No PFS Submitted | sanofi |
| 162. | George | Catherine | 2:18-cv-08232 | No PFS Submitted | sanofi |
| 163. | George | Maria | 2:17-cv-16086 | PFS not Substantially Complete | sanofi |
| 164. | Gerber | Jeannie (Jonean) | 2:18-cv-02601 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 165. | Gibson-Cross | Diane | 2:17-cv-17275 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 166. | Gipson | Beatrice | 2:18-cv-02805 | No PFS Submitted | sanofi |
| 167. | Glenn | Denese | 2:18-cv-01453 | No PFS Submitted | sanofi |
| 168. | Glimm | Kay | 2:17-cv-12772 | PFS not Substantially Complete | sanofi |
| 169. | Golden | Lashaun | 2:18-cv-06441 | No PFS Submitted | sanofi |
| 170. | Gonzales | Martha | 2:17-cv-14125 | PFS not Substantially Complete | sanofi |
| 171. | Gorski | Barbara | 2:18-cv-07883 | No PFS Submitted | sanofi |
| 172. | Gosnell | Melinda | 2:18-cv-08264 | No PFS Submitted | sanofi and 505 |
| 173. | Gough | Natalie | 2:17-cv-14574 | PFS not Substantially Complete | sanofi |
| 174. | Graham | Bernadette | 2:17-cv-11828 | PFS not Substantially Complete | sanofi |
| 175. | Grant | Cynthia | 2:17-cv-05013 | No PFS Submitted | 505 |
| 176. | Graves | Elizabeth | 2:17-cv-16077 | PFS not Substantially Complete | sanofi |
| 177. | Gray | Carol | 2:17-cv-17036 | PFS not Substantially Complete; CMO12 - submission does not identify manufacturer. | 505 |
| 178. | Green | Jennifer | 2:17-cv-13902 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 179. | Green | Mary | 2:18-cv-06766 | No PFS Submitted | sanofi |
| 180. | Green | Patricia | 2:17-cv-03583 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 181. | Green | Sharon | 2:18-cv-06174 | No PFS Submitted | sanofi and 505 |
| 182. | Grieselhuber | Charlotte | 2:17-cv-11012 | PFS not Substantially Complete | sanofi |
| 183. | Griffin | Frances | 2:18-cv-06156 | No PFS Submitted | sanofi |
| 184. | Grimes | Rhonda | 2:17-cv-17007 | No Deficiency Response; PFS not Substantially Complete | 505 |
| 185. | Groelsma | Sharon | 2:17-cv-12894 | PFS not Substantially Complete; PTO 71A Not Uploaded | 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 186. | Groff | Karen | 2:18-cv-05468 | No PFS Submitted | sanofi and 505 |
| 187. | Gunderson | Carol | 2:18-cv-05742 | No PFS Submitted | sanofi |
| 188. | Gunn | Jacquelyn | 2:18-cv-06935 | No PFS Submitted | sanofi and 505 |
| 189. | Gurung | Carolyn | 2:17-cv-07743 | PFS not Substantially Complete | sanofi |
| 190. | Hail | Gail | 2:17-cv-16303 | No PFS Submitted | 505 |
| 191. | Hall | Marilyn | 2:18-cv-07089 | No PFS Submitted | sanofi |
| 192. | Hammond | Cheryl | 2:17-cv-15011 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 193. | Harlan Brooks | Pamela | 2:17-cv-11439 | PFS not Substantially Complete | sanofi |
| 194. | Harp-Clasquin | Nevena | 2:18-cv-07906 | No PFS Submitted | sanofi |
| 195. | Harpe | Margaret | 2:17-cv-11810 | PFS not Substantially Complete | sanofi |
| 196. | Harper | Francis | 2:18-cv-06116 | No PFS Submitted | sanofi and 505 |
| 197. | Harris | Barbara L | 2:17-cv-14131 | PFS not Substantially Complete | sanofi |
| 198. | Harris | Francis | 2:18-cv-05781 | No PFS Submitted | 505 |
| 199. | Harris | Marcia | 2:17-cv-06612 | PFS not Substantially Complete | sanofi |
| 200. | Harris | Ruth | 2:16-cv-15724 | PFS not Substantially Complete | sanofi |
| 201. | Hashmi | Shaheen | 2:17-cv-13483 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 202. | Haught | Dawn | 2:18-cv-06686 | No PFS Submitted | sanofi |
| 203. | Hayes | Johnsah | 2:17-cv-13681 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 204. | Hazelton | Elizabeth | 2:17-cv-14130 | PFS not Substantially Complete | sanofi |
| 205. | Headrick | Karen | 2:18-cv-08251 | No PFS Submitted | sanofi |
| 206. | Healy Frey | Terri | 2:18-cv-00205 | PFS not Substantially Complete | sanofi |
| 207. | Heath | Marcia | 2:18-cv-08300 | No PFS Submitted | 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 208. | Henderson | Gloria | 2:18-cv-05987 | PFS not Substantially Complete; CMO12 Not Uploaded; PTO 71A Not Uploaded | 505 |
| 209. | Hendrickson | Toni | 2:17-cv-14577 | PFS not Substantially Complete | sanofi |
| 210. | Hendrix | Connie | 2:17-cv-15521 | PFS not Substantially Complete | sanofi |
| 211. | Henry | Darlene L | 2:17-cv-12780 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 212. | Henry | Patricia | 2:17-cv-15505 | PFS not Substantially Complete | sanofi |
| 213. | Henson | Dorothy | 2:17-cv-09448 | PFS not Substantially Complete | sanofi |
| 214. | Herbst | Fran | 2:16-cv-16229 | PFS not Substantially Complete | sanofi |
| 215. | Hernandez | Angelina | 2:17-cv-15870 | PFS not Substantially Complete | sanofi |
| 216. | Herzog | Lisa | 2:18-cv-05989 | No PFS Submitted | sanofi and 505 |
| 217. | Hicks | Lilly | 2:18-cv-03314 | No PFS Submitted | 505 |
| 218. | Hill | Beverly A | 2:17-cv-13686 | PFS not Substantially Complete | sanofi |
| 219. | Hill | Sharon | 2:18-cv-06306 | No PFS Submitted | sanofi |
| 220. | Hillard | Michelle | 2:17-cv-14863 | PFS not Substantially Complete | sanofi |
| 221. | Hocutt | Carla | 2:18-cv-05040 | No PFS Submitted | sanofi |
| 222. | Hogan | Barbara | 2:17-cv-17254 | No PFS Submitted | sanofi |
| 223. | Hogan | Barbara | 2:17-cv-14971 | PFS not Substantially Complete | sanofi |
| 224. | Holmes | Oriann | 2:17-cv-13046 | PFS not Substantially Complete | sanofi |
| 225. | Holton | Rae Lynn | 2:18-cv-02135 | PFS not Substantially Complete | 505 |
| 226. | Hopkins | Lynne | 2:17-cv-14128 | PFS not Substantially Complete | sanofi* |
| 227. | Hopkins | Martha | 2:16-cv-17973 | PFS not Substantially Complete | sanofi |
| 228. | Horn | Pamela | 2:18-cv-06046 | No PFS Submitted | sanofi and 505 |
| 229. | Howell | Lois D | 2:17-cv-04790 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 230. | Hubbard | Barbara | 2:17-cv-10661 | PFS not Substantially Complete | sanofi |
| 231. | Hubbard | Linda | 2:17-cv-12783 | PFS not Substantially Complete | sanofi |
| 232. | Huckey | Debra | 2:18-cv-08230 | No PFS Submitted | sanofi |
| 233. | Hughes | Alice | 2:18-cv-06273 | No PFS Submitted | sanofi and 505 |
| 234. | Hunkapiller | Deborah H | 2:17-cv-12633 | PFS not Substantially Complete | sanofi |
| 235. | Hunt | Meredith | 2:18-cv-06494 | No PFS Submitted | sanofi and 505 |
| 236. | Hunter | Linda | 2:17-cv-12787 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 237. | Hupp | Irene | 2:17-cv-07650 | PFS not Substantially Complete | sanofi |
| 238. | Hvizdak | Yolanda | 2:18-cv-05991 | No PFS Submitted | sanofi and 505 |
| 239. | Hyde | Tamerlane | 2:18-cv-05726 | No PFS Submitted | sanofi and 505 |
| 240. | Iacopetti | Zosie | 2:17-cv-13486 | PFS not Substantially Complete | sanofi |
| 241. | Illingworth | Laura | 2:18-cv-06874 | No PFS Submitted | sanofi and 505 |
| 242. | Ishida | Anisa | 2:18-cv-04437 | No PFS Submitted | 505* |
| 243. | Ison | Shoranana L | 2:17-cv-06922 | PFS not Substantially Complete | sanofi |
| 244. | Jackson | Mary | 2:18-cv-06745 | No PFS Submitted | 505 |
| 245. | Jackson | Nannette | 2:18-cv-05970 | No PFS Submitted | sanofi |
| 246. | Jackson | Sheila | 2:17-cv-15468 | PFS not Substantially Complete | sanofi |
| 247. | Jackson | Victoria | 2:17-cv-07056 | PFS not Substantially Complete | sanofi |
| 248. | James | Lannie | 2:18-cv-06529 | No PFS Submitted | sanofi and 505 |
| 249. | Jeffers | Renee | 2:17-cv-14193 | PFS not Substantially Complete | sanofi |
| 250. | Jennett | Gena | 2:17-cv-13552 | PFS not Substantially Complete | sanofi |
| 251. | Jensen | June | 2:17-cv-12897 | PFS not Substantially Complete | sanofi |
| 252. | Jinks Owens | Stephanie | 2:17-cv-11814 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 253. | Joffrion | Gertrude | 2:18-cv-06115 | No PFS Submitted | sanofi and 505 |
| 254. | Johnson | Cathy | 2:17-cv-15888 | PFS not Substantially Complete | sanofi |
| 255. | Johnson | Charlotte | 2:17-cv-14871 | PFS not Substantially Complete | sanofi |
| 256. | Johnson | Eva | 2:17-cv-16809 | PFS not Substantially Complete | 505 |
| 257. | Johnson | Gracie M | 2:17-cv-13869 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 258. | Johnson | Karen | 2:17-cv-16436 | PFS not Substantially Complete | sanofi |
| 259. | Johnson | Mattie | 2:16-cv-15581 | PFS not Substantially Complete | sanofi |
| 260. | Johnson | Pressie T | 2:17-cv-00737 | PFS not Substantially Complete | sanofi |
| 261. | Johnson | Roxann | 2:17-cv-12544 | PFS not Substantially Complete | 505 |
| 262. | Johnson | Susan | 2:18-cv-06947 | No PFS Submitted | sanofi |
| 263. | Johnson Jenkins | Latalya | 2:17-cv-15891 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 264. | Jones | Cathy L | 2:17-cv-13607 | PFS not Substantially Complete | sanofi |
| 265. | Jones | Cheryl | 2:17-cv-12907 | PFS not Substantially Complete | sanofi |
| 266. | Jones | Cliffi | 2:18-cv-07056 | No PFS Submitted | sanofi |
| 267. | Jones | Deborah A | 2:17-cv-08133 | PFS not Substantially Complete | sanofi |
| 268. | Jones | Jacqueline | 2:17-cv-14394 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 269. | Jones | Lavoria | 2:18-cv-00608 | No PFS Submitted | sanofi |
| 270. | Jones | Michele | 2:18-cv-02148 | No PFS Submitted | 505 |
| 271. | Jones | Myra E | 2:17-cv-09545 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 272. | Jones | Regina A | 2:17-cv-12912 | PFS not Substantially Complete | sanofi |
| 273. | Jones | Shirley | 2:16-cv-17103 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 274. | Jones | Tonia | 2:16-cv-15498 | PFS not Substantially Complete | sanofi |
| 275. | Jones-Bolton | Gisela | 2:18-cv-05254 | No PFS Submitted | sanofi and 505 |
| 276. | Keenan | Gail R | 2:17-cv-13488 | PFS not Substantially Complete | sanofi |
| 277. | Kelly-Joy | Williemae | 2:17-cv-08620 | PFS not Substantially Complete | sanofi |
| 278. | Kennedy | Diane | 2:18-cv-06307 | No PFS Submitted | sanofi |
| 279. | Kessler | Dara | 2:17-cv-15397 | PFS not Substantially Complete | sanofi |
| 280. | Kies | Judith | 2:18-cv-07857 | No PFS Submitted | sanofi |
| 281. | Kippes | Deanna Lynn | 2:18-cv-08246 | No PFS Submitted | 505 |
| 282. | Kissiah | Stephanie | 2:18-cv-08229 | No PFS Submitted | sanofi and 505 |
| 283. | Knight | Sheri | 2:17-cv-13491 | PFS not Substantially Complete | sanofi |
| 284. | Kwon | Jung Yon | 2:18-cv-06358 | No PFS Submitted | 505 |
| 285. | Labuda | Beverly | 2:17-cv-14873 | PFS not Substantially Complete | sanofi |
| 286. | Lamorte | Mimoza L | 2:17-cv-12645 | PFS not Substantially Complete | sanofi |
| 287. | Lance | Anita | 2:17-cv-12913 | PFS not Substantially Complete | sanofi |
| 288. | Landry | Rena | 2:18-cv-06130 | No PFS Submitted | sanofi |
| 289. | Laverne | Shirley | 2:17-cv-11323 | PFS not Substantially Complete | sanofi |
| 290. | Lawandus | Denise | 2:18-cv-08424 | No PFS Submitted | 505 |
| 291. | Lawrence | Jessica | 2:18-cv-05052 | No PFS Submitted | sanofi |
| 292. | Lawson | Nancy | 2:17-cv-16983 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 293. | Leffert | Vickie | 2:18-cv-07733 | No PFS Submitted | sanofi |
| 294. | Leininger | Robyne | 2:18-cv-07142 | No PFS Submitted | sanofi and 505 |
| 295. | Leslie | Eva | 2:18-cv-06175 | No PFS Submitted | sanofi |
| 296. | Leverette | Marshall | 2:17-cv-13496 | PFS not Substantially Complete | sanofi |
| 297. | Lewis | Rhonda | 2:17-cv-14454 | PFS not Substantially Complete | sanofi |
| 298. | Lewis | Shannon | 2:18-cv-07743 | No PFS Submitted | 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 299. | Lewis | Sylvia | 2:16-cv-17185 | PFS not Substantially Complete | sanofi |
| 300. | Linton | Vanessa | 2:16-cv-15679 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 301. | Logan | Lela | 2:18-cv-07640 | No PFS Submitted | sanofi |
| 302. | Lolakis | Patricia | 2:18-cv-07965 | No PFS Submitted | sanofi and 505 |
| 303. | Long | Mary | 2:18-cv-07972 | No PFS Submitted | sanofi |
| 304. | Lopez | Abigail | 2:18-cv-04851 | No PFS Submitted | sanofi |
| 305. | Love | Helen | 2:17-cv-06605 | PFS not Substantially Complete | sanofi |
| 306. | Lucas | Bridgette | 2:17-cv-14641 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 307. | Macdonald | Katherine | 2:18-cv-05994 | No PFS Submitted | sanofi and 505 |
| 308. | Mack | Athena | 2:17-cv-13527 | PFS not Substantially Complete | sanofi |
| 309. | Magee | Carolyn | 2:18-cv-06032 | No PFS Submitted | sanofi |
| 310. | Majors | Darla | 2:17-cv-15128 | PFS not Substantially Complete | sanofi |
| 311. | Mallory | Debra | 2:18-cv-00695 | No PFS Submitted | sanofi |
| 312. | Manigault | Geraldine | 2:16-cv-17214 | PFS not Substantially Complete | sanofi |
| 313. | Marcantel | Jerrye | 2:18-cv-00125 | PFS not Substantially Complete | sanofi |
| 314. | Marinelli | Barbara | 2:17-cv-17246 | PFS not Substantially Complete | sanofi |
| 315. | Markle | Vivian | 2:17-cv-17284 | PFS not Substantially Complete | sanofi |
| 316. | Martin | Barbara | 2:18-cv-06104 | No PFS Submitted | sanofi and 505 |
| 317. | Martin | Dawn | 2:17-cv-13502 | PFS not Substantially Complete | sanofi |
| 318. | Martin | Lisa | 2:18-cv-07074 | No PFS Submitted | sanofi and 505 |
| 319. | Martinez | Larraine | 2:17-cv-17245 | PFS not Substantially Complete | sanofi |
| 320. | Matthews | Joann | 2:18-cv-01561 | No PFS Submitted | sanofi |
| 321. | Matthews | Rose A | 2:17-cv-06623 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 322. | Mccamish | Nancy | 2:18-cv-06443 | No PFS Submitted | sanofi and 505 |
| 323. | McCombs | Rebecca | 2:18-cv-03314 | No PFS Submitted | 505 |
| 324. | Mccrary | Elizabeth | 2:17-cv-12919 | PFS not Substantially Complete | sanofi |
| 325. | Mccullum | Kimmiyatta | 2:18-cv-06177 | No PFS Submitted | sanofi and 505 |
| 326. | Mcdaniel | Gloria | 2:18-cv-06165 | No PFS Submitted | sanofi |
| 327. | Mcdowell | Sheila | 2:16-cv-17212 | PFS not Substantially Complete | sanofi |
| 328. | Mcfall Prince | Donna | 2:17-cv-06591 | PFS not Substantially Complete | sanofi |
| 329. | McKenna | Connie | 2:18-cv-06188 | No PFS Submitted | 505 |
| 330. | Mckenzie | Mary | 2:16-cv-17161 | PFS not Substantially Complete | sanofi |
| 331. | Mckercher | Constance | 2:18-cv-05470 | No PFS Submitted | sanofi and 505 |
| 332. | Mclamb | Lenora | 2:18-cv-08155 | No PFS Submitted | sanofi and 505 |
| 333. | Mclean | Christine | 2:18-cv-05996 | No PFS Submitted | sanofi and 505 |
| 334. | Mcleod | JoAnn | 2:18-cv-05549 | PFS not Substantially Complete; Authorizations not Uploaded; CMO 12 Not Uploaded; PTO 71A Not Submitted | 505 |
| 335. | Mcmanus | Tara | 2:17-cv-15249 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 336. | Mcmartin | Marcia | 2:18-cv-04880 | No PFS Submitted | sanofi and 505 |
| 337. | Mcnair | Patricia R | 2:17-cv-14279 | PFS not Substantially Complete | sanofi |
| 338. | Meadows | Hattie | 2:18-cv-05148 | No PFS Submitted | sanofi and 505 |
| 339. | Meissner | Michelle | 2:17-cv-13395 | PFS not Substantially Complete | sanofi |
| 340. | Mejia | Maggie | 2:18-cv-07708 | No PFS Submitted | sanofi |
| 341. | Melton | Tabitha | 2:18-cv-07033 | No PFS Submitted | sanofi |
| 342. | Menefee | Joann C | 2:17-cv-09007 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 343. | Miller | April | 2:17-cv-07649 | PFS not Substantially Complete | sanofi |
| 344. | Milton | Mary | 2:18-cv-06568 | No PFS Submitted | sanofi |
| 345. | Mitchell | Becky | 2:18-cv-05728 | No PFS Submitted | sanofi and 505 |
| 346. | Mitchell | Savonia | 2:18-cv-07286 | No PFS Submitted | sanofi and 505 |
| 347. | Montgomery | Johnnye | 2:18-cv-08231 | No PFS Submitted | sanofi |
| 348. | Moore | Barbara | 2:18-cv-06941 | No PFS Submitted | sanofi and 505 |
| 349. | Moore | Mechele | 2:17-cv-11804 | PFS not Substantially Complete | sanofi |
| 350. | Moore | Tammy | 2:18-cv-05998 | No PFS Submitted | sanofi and 505 |
| 351. | Morris | Dorothy | 2:18-cv-05545 | No PFS Submitted | sanofi and 505 |
| 352. | Morrison | Brenda | 2:17-cv-17110 | PFS not Substantially Complete | sanofi |
| 353. | Morrow | Darlene | 2:18-cv-07928 | No PFS Submitted | sanofi and 505 |
| 354. | Mounce | Drusilla | 2:17-cv-14431 | PFS not Substantially Complete | sanofi |
| 355. | Mounce | Lorrie | 2:18-cv-06690 | No PFS Submitted | sanofi and 505 |
| 356. | Mouton | Donna | 2:18-cv-07091 | No PFS Submitted | sanofi and 505 |
| 357. | Mozisek | Rebecca | 2:17-cv-10715 | PFS not Substantially Complete | sanofi |
| 358. | Mullins | Carolyn | 2:18-cv-06534 | No PFS Submitted | sanofi and 505 |
| 359. | Munchick | Patricia | 2:17-cv-08135 | PFS not Substantially Complete | sanofi |
| 360. | Myles | Lillian | 2:18-cv-06100 | No PFS Submitted | sanofi and 505 |
| 361. | Nauta | Julianne | 2:18-cv-04820 | No PFS Submitted | sanofi |
| 362. | Newbern | Nancy | 2:18-cv-04582 | No PFS Submitted | 505 |
| 363. | Newton | Lorraine | 2:17-cv-06288 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 364. | Nichols | Bobbie Jean | 2:18-cv-05161 | No PFS Submitted | 505 |
| 365. | Nichols | Janice | 2:18-cv-05420 | No PFS Submitted | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|---------------------------|----------------|
| 366. | Nichols | Linda | 2:18-cv-05471 | No PFS Submitted | sanofi and 505 |
| 367. | Niles | Madeleine | 2:17-cv-11744 | PFS not Substantially Complete | sanofi |
| 368. | Norsworthy | Tammie | 2:18-cv-07140 | No PFS Submitted | sanofi |
| 369. | Norvel | Linda | 2:17-cv-17851 | PFS not Substantially Complete; Authorizations not Uploaded; CMO 12 Not Uploaded | 505 |
| 370. | Obrien | Linda | 2:16-cv-17508 | PFS not Substantially Complete | sanofi |
| 371. | Office | Victoria | 2:18-cv-06702 | No PFS Submitted | sanofi |
| 372. | Oladehin | Gladys | 2:18-cv-06302 | No PFS Submitted | sanofi and 505 |
| 373. | Oneill | Peggy | 2:17-cv-08343 | PFS not Substantially Complete | sanofi |
| 374. | Osovich | Sandra | 2:17-cv-12248 | No PFS Submitted | sanofi |
| 375. | Oubrahim | Paua | 2:17-cv-12587 | PFS not Substantially Complete | sanofi |
| 376. | Padron | Luci | 2:17-cv-16068 | PFS not Substantially Complete | sanofi |
| 377. | Palmer | Linda H | 2:17-cv-16794 | PFS not Substantially Complete | sanofi |
| 378. | Panetta | Stacy | 2:18-cv-04931 | PFS not Substantially Complete | 505 |
| 379. | Papoulis | Elena | 2:16-cv-17207 | PFS not Substantially Complete | sanofi |
| 380. | Pardue | Tara | 2:16-cv-17507 | PFS not Substantially Complete | sanofi |
| 381. | Parise | Susan | 2:17-cv-15919 | PFS not Substantially Complete | sanofi |
| 382. | Parker | Angela | 2:18-cv-06183 | No PFS Submitted | sanofi and 505 |
| 383. | Parker | Anna | 2:17-cv-12055 | PFS not Substantially Complete | sanofi |
| 384. | Patterson | Mattie | 2:16-cv-17072 | PFS not Substantially Complete | sanofi |
| 385. | Payne | Reva | 2:16-cv-17200 | PFS not Substantially Complete | sanofi |
| 386. | Pelfrey | Arlene | 2:16-cv-17228 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|
| 387. | Penn | Lydia | 2:16-cv-15681 | PFS not Substantially Complete | sanofi |
| 388. | Perot | Jontue | 2:17-cv-12590 | PFS not Substantially Complete | sanofi |
| 389. | Petersen | Patricia | 2:17-cv-14529 | PFS not Substantially Complete | sanofi |
| 390. | Peterson | Kirsten | 2:17-cv-15928 | PFS not Substantially Complete | sanofi |
| 391. | Philbrook | Judy | 2:18-cv-08046 | No PFS Submitted | sanofi and 505 |
| 392. | Philyaw | Jeweline | 2:18-cv-06141 | No PFS Submitted | sanofi |
| 393. | Pigg | Vicki | 2:17-cv-07693 | PFS not Substantially Complete | sanofi |
| 394. | Polachek | Debbie E | 2:17-cv-07648 | PFS not Substantially Complete | sanofi |
| 395. | Pollard | Carol | 2:18-cv-05421 | No PFS Submitted | sanofi |
| 396. | Pratt | Ruby E | 2:17-cv-09790 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 397. | Preusse | Courtney | 2:18-cv-00696 | No PFS Submitted | sanofi |
| 398. | Pribbenow | Beverly | 2:18-cv-03316 | PFS not Substantially Complete; Authorizations - no health insurance, disability, or work comp authorization provided; no CMO12 submission. | 505 |
| 399. | Proctor | Shirley | 2:18-cv-05422 | No PFS Submitted | sanofi |
| 400. | Pryor | Marisa | 2:17-cv-07742 | PFS not Substantially Complete | sanofi |
| 401. | Quintero Mojica | Marisol | 2:17-cv-15942 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 402. | Rachilla | Deborah | 2:17-cv-16421 | PFS not Substantially Complete | sanofi |
| 403. | Radostitz | Pamela | 2:18-cv-05025 | No PFS Submitted | sanofi |
| 404. | Ramsey | Trina | 2:18-cv-00494 | PFS not Substantially Complete | sanofi |
| 405. | Reed | Carol | 2:18-cv-05743 | No PFS Submitted | sanofi |
| 406. | Reeves | Cheryl | 2:18-cv-07653 | No PFS Submitted | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 407. | Rendon | Magda | 2:18-cv-07820 | No response to deficiency notice; PFS not Substantially Complete; No Authorizations Uploaded | 505 |
| 408. | Reynolds | Katrina | 2:18-cv-08302 | No PFS Submitted | 505 |
| 409. | Richards | Linda M | 2:17-cv-10528 | PFS not Substantially Complete | sanofi |
| 410. | Richardson | Vicksay | 2:17-cv-10966 | PFS not Substantially Complete | sanofi |
| 411. | Riddle | Lesley | 2:18-cv-07001 | No PFS Submitted | sanofi and 505 |
| 412. | Robertson | Pearly | 2:18-cv-06092 | No PFS Submitted | sanofi and 505 |
| 413. | Robson | Charlene | 2:18-cv-06695 | No PFS Submitted | sanofi and 505 |
| 414. | Ross | Cordelia | 2:18-cv-05472 | No PFS Submitted | sanofi and 505 |
| 415. | Roth | Dusty | 2:18-cv-08078 | No PFS Submitted | sanofi and 505 |
| 416. | Rouse | Linda L | 2:17-cv-02396 | PFS not Substantially Complete | sanofi |
| 417. | Ruiz | Jennifer | 2:18-cv-07914 | No PFS Submitted | sanofi |
| 418. | Russell | Madis C | 2:17-cv-00117 | PFS not Substantially Complete | sanofi |
| 419. | Rutherford | Marion | 2:18-cv-06000 | PFS not Substantially Complete; CMO 12 Not Uploaded | 505 |
| 420. | Ryder | Lauri | 2:18-cv-07687 | No PFS Submitted | sanofi |
| 421. | Sanchez | Kathryn | 2:17-cv-08644 | PFS not Substantially Complete | sanofi |
| 422. | Santana | Ana | 2:18-cv-07072 | No PFS Submitted | sanofi |
| 423. | Sassen | Deborah | 2:17-cv-06291 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 424. | Scarborough | Yolanda | 2:17-cv-06292 | PFS not Substantially Complete | sanofi |
| 425. | Schlaepfer | Reba Y | 2:17-cv-12926 | PFS not Substantially Complete | sanofi |
| 426. | Schmitz | Linda | 2:18-cv-05973 | No PFS Submitted | sanofi |
| 427. | Schoen | Freda | 2:18-cv-06282 | No PFS Submitted | sanofi |
| 428. | Scott | Annie | 2:18-cv-06196 | No PFS Submitted | sanofi |
| 429. | Seabon | Dilan | 2:18-cv-05481 | No PFS Submitted | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|-----------|----------------|----------------------------|----------------|
| 430. | Seamster | Martha A. | 2:17-cv-10249 | PFS not Substantially Complete | sanofi |
| 431. | Sedlock | Vivian | 2:18-cv-05423 | No PFS Submitted | sanofi |
| 432. | Shannon | Janece | 2:18-cv-05975 | No PFS Submitted | sanofi |
| 433. | Shelton | Andera D | 2:17-cv-14076 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 434. | Shoemaker | Mattie | 2:16-cv-17066 | PFS not Substantially Complete | sanofi |
| 435. | Simmons | Lakay | 2:17-cv-16342 | PFS not Substantially Complete | sanofi |
| 436. | Simms | Joan | 2:17-cv-09574 | PFS not Substantially Complete | sanofi |
| 437. | Simon | Kathy | 2:18-cv-07032 | No PFS Submitted | sanofi |
| 438. | Sites | Catherine | 2:18-cv-05547 | PFS not Substantially Complete; Authorizations not Uploaded; CMO 12 Not Uploaded | 505 |
| 439. | Skoog | Margaret | 2:18-cv-07417 | No PFS Submitted | sanofi |
| 440. | Smart | Gloria | 2:17-cv-14389 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi |
| 441. | Smith | Ashley | 2:18-cv-06510 | No PFS Submitted | sanofi and 505 |
| 442. | Smith | Dolores | 2:18-cv-05699 | No PFS Submitted | sanofi and 505 |
| 443. | Smith | Judy | 2:18-cv-06954 | No PFS Submitted | sanofi |
| 444. | Smith | Kim | 2:16-cv-17162 | PFS not Substantially Complete | sanofi |
| 445. | Smith | Linda | 2:17-cv-16413 | No PFS Submitted | sanofi |
| 446. | Smith | Octavia | 2:17-cv-01701 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 447. | Smith | Ola | 2:18-cv-06057 | No PFS Submitted | sanofi |
| 448. | Smith | Rita | 2:18-cv-04633 | PFS not Substantially Complete; Authorizations - HIPAA authorization is undated; authorizations requiring witness signature are not executed at all. | 505 |

Page 21

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 449. | Smith | Vera | 2:18-cv-08395 | No PFS Submitted | 505 |
| 450. | Smith Scott | Tracey | 2:18-cv-08033 | No PFS Submitted | sanofi and 505 |
| 451. | Solomon Fisher | Deandra | 2:17-cv-14562 | PFS not Substantially Complete | sanofi |
| 452. | Sosa | Iris | 2:18-cv-05599 | PFS not Substantially Complete; Authorizations not Uploaded; CMO 12 Not Uploaded; PTO 71A Not Submitted | 505 |
| 453. | Sousa | Mona I | 2:17-cv-12547 | PFS not Substantially Complete | sanofi |
| 454. | Sparkman | Bonnie | 2:18-cv-05498 | PFS not Substantially Complete | 505 |
| 455. | Spencer | Beverly R | 2:16-cv-15577 | PFS not Substantially Complete | sanofi |
| 456. | Spencer | Daisy | 2:17-cv-10108 | PFS not Substantially Complete | 505 |
| 457. | St Ann | Patricia | 2:16-cv-17179 | PFS not Substantially Complete | sanofi |
| 458. | Staples | Jeannette | 2:16-cv-17051 | PFS not Substantially Complete | sanofi |
| 459. | Starr | Janet | 2:17-cv-17236 | PFS not Substantially Complete | 505 |
| 460. | Steadman | Linda | 2:17-cv-11907 | PFS not Substantially Complete | sanofi |
| 461. | Steen | Susan | 2:17-cv-15295 | PFS not Substantially Complete | sanofi |
| 462. | Stocks | Gloria | 2:18-cv-01902 | No PFS Submitted | sanofi |
| 463. | Stokes | Therese | 2:18-cv-06849 | No PFS Submitted | 505 |
| 464. | Stoneking | Elizabeth | 2:17-cv-17100 | PFS not Substantially Complete | sanofi |
| 465. | Stoops | Robin | 2:17-cv-13921 | PFS not Substantially Complete | 505 |
| 466. | Storman | Betty | 2:18-cv-08428 | No response to deficiency notice; PFS not Substantially Complete; No Authorizations Uploaded | 505 |
| 467. | Streeter | Tina | 2:18-cv-06710 | No PFS Submitted | sanofi |
| 468. | Stubbs | Hollistenie | 2:17-cv-14656 | PFS not Substantially Complete | sanofi |

Page 22

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 469. | Stukes | Satara | 2:18-cv-05818 | No PFS Submitted | sanofi and 505 |
| 470. | Sugg | Vicky | 2:17-cv-14896 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 471. | Swarthout | Sherry | 2:18-cv-07100 | No PFS Submitted | sanofi |
| 472. | Swisher | Ruthann | 2:18-cv-06001 | No PFS Submitted | sanofi and 505 |
| 473. | Sylvester | Geraldine | 2:18-cv-06727 | No PFS Submitted | sanofi |
| 474. | Talbott | Leslie | 2:18-cv-05144 | No PFS Submitted | 505 |
| 475. | Terry | Teresa | 2:16-cv-17238 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 476. | Tesson | Margaret | 2:18-cv-07796 | No PFS Submitted | sanofi and 505 |
| 477. | Thomas | Debra | 2:17-cv-11318 | PFS not Substantially Complete | sanofi |
| 478. | Thomason | Kathleen | 2:18-cv-07021 | No PFS Submitted | sanofi and 505 |
| 479. | Thompson | Elizabeth | 2:17-cv-03852 | PFS not Substantially Complete | sanofi |
| 480. | Thompson | Joanne | 2:17-cv-13507 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 481. | Thompson | Monica | 2:18-cv-06619 | No PFS Submitted | sanofi |
| 482. | Thompson | Sandra | 2:18-cv-01612 | PFS not Substantially Complete | 505 |
| 483. | Tosh | Stacia | 2:17-cv-14677 | PFS not Substantially Complete | sanofi |
| 484. | Towery | Josephine | 2:17-cv-14742 | PFS not Substantially Complete | sanofi |
| 485. | Townsend-Campbell | Jennie | 2:18-cv-05424 | No PFS Submitted | sanofi |
| 486. | Trudeau | Leslie | 2:18-cv-05425 | No PFS Submitted | sanofi |
| 487. | Turner | Cynthia B | 2:16-cv-17199 | PFS not Substantially Complete | sanofi |
| 488. | Turner | Shirley | 2:17-cv-07735 | PFS not Substantially Complete | sanofi |
| 489. | Vaillancourt | Linda | 2:17-cv-11320 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 490. | Valdez | Patricia | 2:17-cv-13764 | PFS not Substantially Complete | sanofi |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 491. | Vandeweghe | Robin | 2:18-cv-06444 | No PFS Submitted | sanofi and 505 |
| 492. | VanHorn | Terry L. | 2:17-cv-14686 | PFS not Substantially Complete | 505 |
| 493. | Velez | Nancy | 2:17-cv-12723 | PFS not Substantially Complete | sanofi |
| 494. | Vincent | Jessica | 2:18-cv-03316 | No PFS Submitted | 505 |
| 495. | Vinson | Patricia | 2:18-cv-00716 | No PFS Submitted | sanofi |
| 496. | Wade | Jo Ellen | 2:17-cv-15265 | PFS not Substantially Complete | sanofi |
| 497. | Walker | Linda | 2:17-cv-16964 | No PFS Submitted | sanofi |
| 498. | Wallace | Mary | 2:18-cv-08173 | No PFS Submitted | sanofi |
| 499. | Walters | Betty | 2:18-cv-06166 | No PFS Submitted | sanofi and 505 |
| 500. | Warren | Lacretia | 2:17-cv-11777 | PFS not Substantially Complete | sanofi |
| 501. | Webster | Bonita | 2:18-cv-02598 | PFS not Substantially Complete; Authorizations Not Uploaded; CMO12 Not Uploaded; PTO71A Not Uploaded | 505 |
| 502. | Weeks | Helen | 2:18-cv-07228 | No PFS Submitted | sanofi |
| 503. | Weelborg | Ruby | 2:18-cv-06966 | No PFS Submitted | sanofi |
| 504. | Wells | Brenda | 2:17-cv-06358 | PFS not Substantially Complete | sanofi |
| 505. | Wells | Sharon | 2:17-cv-15390 | PFS not Substantially Complete | sanofi |
| 506. | West | Diane | 2:17-cv-13803 | PFS not Substantially Complete | sanofi |
| 507. | Westbrook | Anida | 2:18-cv-07724 | No PFS Submitted | sanofi and 505 |
| 508. | White | Laura | 2:17-cv-15270 | PFS not Substantially Complete | sanofi |
| 509. | White | Patricia | 2:17-cv-16170 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi |
| 510. | Whitlow | Joyce D | 2:17-cv-12930 | PFS not Substantially Complete | sanofi |
| 511. | Whittle | Pamela | 2:18-cv-06187 | No PFS Submitted | sanofi and 505 |
| 512. | Wieschhaus | Linda K | 2:17-cv-12840 | PFS not Substantially Complete | sanofi |

Page 24

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List |
|---|-----------|------------|----------------|----------------------------|----------------|
| 513. | Wildman | Cristal | 2:17-cv-11274 | PFS not Substantially Complete | sanofi |
| 514. | Williams | Cynthia | 2:18-cv-02320 | No PFS Submitted | sanofi |
| 515. | Williams | Lisa | 2:18-cv-07935 | No PFS Submitted | sanofi |
| 516. | Williams | Lorna | 2:18-cv-05725 | No PFS Submitted | sanofi |
| 517. | Williams | Michelle | 2:18-cv-06002 | No PFS Submitted | sanofi and 505 |
| 518. | Williams | Peggy | 2:18-cv-05212 | No PFS Submitted | sanofi |
| 519. | Williams | Yolanda | 2:18-cv-08075 | No PFS Submitted | 505 |
| 520. | Willits | Julianna | 2:18-cv-07730 | No PFS Submitted | sanofi and 505 |
| 521. | Wilson | Betty | 2:16-cv-17530 | PFS not Substantially Complete | sanofi |
| 522. | Wilson | Estoria | 2:16-cv-15676 | PFS not Substantially Complete | sanofi |
| 523. | Wilson | Maggie B. | 2:17-cv-14750 | PFS not Substantially Complete;  CMO 12 Not Uploaded | 505 |
| 524. | Wilson | Valerie | 2:18-cv-02322 | No PFS Submitted | sanofi and 505 |
| 525. | Winquest | Lorraine | 2:17-cv-10705 | PFS not Substantially Complete | sanofi |
| 526. | Wright | Gina P. | 2:17-cv-14762 | PFS not Substantially Complete | 505 |
| 527. | Yarbrough | Christine | 2:18-cv-07916 | No PFS Submitted | sanofi |
| 528. | Yates | Terry R | 2:17-cv-12198 | PFS not Substantially Complete | sanofi and 505* |
| 529. | York | Christina | 2:18-cv-07444 | No PFS Submitted | sanofi and 505 |
| 530. | Young | Barbara | 2:17-cv-10163 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi |
| 531. | Zellem | Patricia | 2:18-cv-07707 | No PFS Submitted | sanofi |
| 532. | Zephier | Patrice | 2:18-cv-06004 | No PFS Submitted | sanofi and 505 |

*The asterisk denotes that plaintiff's counsel has submitted a declaration of inability to contact plaintiff.