UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THEODORA A. MCCLAIN and THEODORE R. MCCLAIN, | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-CV-13409 |
| SANOFI U.S. SERVICES, INC., ET AL., Defendants. | : : : : | |

    Plaintiffs Theodora A. McClain and Theodore R. McClain, and their counsel, hereby give notice that the above-captioned action against Defendant ACTAVIS PHARMA, INC., solely, is voluntary dismissed, with prejudice.

    Dated this 4th day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 4th day of January, 2019          /s/   Hunter Shkolnik
                                               Hunter Shkolnik, Esquire