## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "N"(5)** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| **MARLA BELL V. SANOFI-AVENTIS US LLC, ET AL** | **Civil Action No.  2:18-cv-03138** |

### MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Ebeny Bowman, natural daughter of Marla Bell, and moves pursuant to

Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Marla Bell.

A Notice/Suggestion of Death was filed in the MDL on January 7, 2019 (Doc. #5711).

Dated: January 7, 2019

**RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**