UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N"(5)** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| **MARLA BELL V. SANOFI-AVENTIS US LLC, ET AL** | Civil Action No. 2:18-cv-03138 |

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Marla Bell Doc. ____, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Ebeny Bowman, as surviving natural daughter, is substituted for Plaintiff Marla Bell as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on January 7, 2019 (Doc. 5711).

New Orleans, Louisiana this ____ day of _____, 2019.

_____
United States District Judge