UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** <u>Hollistenie Stubbs</u>

**Case No.:** <u>2:17-cv-14656</u>

## PLAINTIFF'S MOTION TO WITHDRAW DECLARATION OF CLIENT CONTACT

COMES NOW, Plaintiff, Hollistenie Stubbs, by and through undersigned counsel of record, and respectfully files this Motion to Withdraw Plaintiff's Declaration of Client Contact which was filed with this Court on December 5, 2018 (Document 5463). Plaintiff's guardian, Joshua Garris, contacted counsel's office and agreed to help prosecute this action.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully request this Court grant Plaintiff's Motion to Withdraw Plaintiff's Declaration of Counsel Contact.

Signed: January 7, 2019

Respectfully Submitted,

**BROWN & CROUPPEN, P.C.**
<u>/s/ Seth Sharrock Webb</u>
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the forgoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 7th day of January, 2019.

January 7, 2019                                      **BROWN & CROUPPEN, P.C.**
*/s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com
Attorney for Plaintiff