UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Hollistenie Stubbs**

**Case No.: 2:17-cv-14656**

## ORDER

THE COURT, having considered Plaintiff's Motion to Withdraw Document Plaintiff's Declaration of Counsel Contact with Client, and for good cause shown, it is hereby Ordered the Plaintiff's motion is GRANTED.

So ordered this __ day of _____2019.

_____
U.S. District Judge