January 7, 2019
Opposition To Plaintiff Antoinette Durden's Motion To Enforce CMO 12a

# EXHIBIT 1



October 11, 2018

RE:   Antoinette Durden
DOB:   ████████
MRN:   8245896

## CERTIFICATION

This document is certified by Ochsner Clinic Foundation as being created with data obtained from Ochsner's purchase history of the medication docetaxel.

NDC Codes Information
For Docetaxel Administered to Antoinette Durden, March 2011-February 2012

| Invoice Date | Size | Unit of Measure | Strength | NDC Code |
|---|---|---|---|---|
| 2011-03-02 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-03-02 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-03 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-03-04 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-04 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-11 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-17 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-03-18 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-03-21 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-23 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-24 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-03-25 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-03-28 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-03-29 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-03-29 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-03-31 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-04-01 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-04-01 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-04-06 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-04-11 | 8 | EACH | 10MG/ML | 409020110 |



| Invoice Date | Size | Unit of Measure | Strength | NDC Code |
|---|---|---|---|---|
| 2011-04-11 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-04-11 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-04-11 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-04-12 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-04-14 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-04-14 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-04-21 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-04-21 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-04-29 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-04-29 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-05-04 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-05-13 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-05-13 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-05-20 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-05-20 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-05-24 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-05-24 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-05-24 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-05-26 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-05-27 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-05-27 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-05-31 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-06-03 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-06-10 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-06-10 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-06-13 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-06-14 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-06-24 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-06-24 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-06-30 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-07-01 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-07-01 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-07-08 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-07-08 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-07-11 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-07-11 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-07-14 | 15 | EACH | 10MG/ML | 409020120 |



| Invoice Date | Size | Unit of Measure | Strength | NDC Code |
|---|---|---|---|---|
| 2011-07-15 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-07-15 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-07-25 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-07-25 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-07-29 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-07-29 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-08-02 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-08-02 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-08-05 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-08-05 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-08-10 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-08-12 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-08-12 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-08-17 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-08-19 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-08-19 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-08-26 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-08-26 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-08-26 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-08-29 | 2 | EACH | 10MG/ML | 66758005001 |
| 2011-08-29 | 8 | EACH | 10MG/ML | 66758005002 |
| 2011-08-29 | 15 | EACH | 10MG/ML | 66758005003 |
| 2011-09-02 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-09-02 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-09-06 | 2 | EACH | 10MG/ML | 66758005001 |
| 2011-09-06 | 8 | EACH | 10MG/ML | 66758005002 |
| 2011-09-06 | 15 | EACH | 10MG/ML | 66758005003 |
| 2011-09-08 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-09-09 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-09-09 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-09-13 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-09-20 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-09-20 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-09-23 | 15 | EACH | 10MG/ML | 66758005003 |
| 2011-09-23 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-09-30 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-09-30 | 4 | EACH | 20MG/ML | 955102104 |


Health System

| Invoice Date | Size | Unit of Measure | Strength | NDC Code |
|---|---|---|---|---|
| 2011-10-05 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-10-07 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-10-07 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-10-11 | 2 | EACH | 10MG/ML | 409020102 |
| 2011-10-11 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-10-11 | 15 | EACH | 10MG/ML | 409020120 |

| Invoice Date | Size | Unit of Measure | Strength | NDC Code |
|---|---|---|---|---|
| 2011-10-14 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-10-14 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-10-21 | 1 | EACH | 20MG/ML | 75800301 |
| 2011-10-26 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-10-26 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-10-31 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-11-03 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-11-04 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-11-04 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-11-07 | 4 | EACH | 20MG/ML | 75800404 |
| 2011-11-18 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-11-18 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-11-18 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-11-18 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-11-22 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-11-28 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-11-28 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-11-28 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-11-29 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-11-29 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-12-01 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-12-02 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-12-09 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-12-09 | 2 | EACH | 10MG/ML | 66758005001 |
| 2011-12-09 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-12-12 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-12-16 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-12-23 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-12-23 | 4 | EACH | 20MG/ML | 955102104 |
| 2011-12-27 | 15 | EACH | 10MG/ML | 409020120 |


Health System

| Invoice Date | Size | Unit of Measure | Strength | NDC Code |
|---|---|---|---|---|
| 2011-12-29 | 8 | EACH | 10MG/ML | 409020110 |
| 2011-12-29 | 15 | EACH | 10MG/ML | 409020120 |
| 2011-12-30 | 1 | EACH | 20MG/ML | 955102001 |
| 2011-12-30 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-01-06 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-01-06 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-01-10 | 15 | EACH | 10MG/ML | 409020120 |
| 2012-01-11 | 2 | EACH | 10MG/ML | 66758005001 |
| 2012-01-11 | 2 | EACH | 10MG/ML | 66758005001 |
| 2012-01-11 | 8 | EACH | 10MG/ML | 66758005002 |
| 2012-01-11 | 8 | EACH | 10MG/ML | 66758005002 |
| 2012-01-11 | 15 | EACH | 10MG/ML | 66758005003 |
| 2012-01-11 | 15 | EACH | 10MG/ML | 66758005003 |
| 2012-01-13 | 15 | EACH | 10MG/ML | 409020120 |
| 2012-01-13 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-01-13 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-01-19 | 8 | EACH | 10MG/ML | 409020110 |
| 2012-01-20 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-01-20 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-01-27 | 15 | EACH | 10MG/ML | 409020120 |
| 2012-01-27 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-01-27 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-02-03 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-02-03 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-02-07 | 8 | EACH | 10MG/ML | 409020110 |
| 2012-02-09 | 4 | EACH | 20MG/ML | 75800404 |
| 2012-02-10 | 2 | EACH | 10MG/ML | 409020102 |
| 2012-02-10 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-02-10 | 4 | EACH | 20MG/ML | 955102104 |
| 2012-02-14 | 8 | EACH | 10MG/ML | 409020110 |
| 2012-02-17 | 1 | EACH | 20MG/ML | 955102001 |
| 2012-02-24 | 15 | EACH | 10MG/ML | 409020120 |
| 2012-02-24 | 1 | EACH | 20MG/ML | 955102001 |



Neil Hunter
Manager, Inpatient Pharmacy
Ochsner Medical Center-New Orleans