January 7, 2019
Opposition To Plaintiff Antoinette Durden's Motion To Enforce CMO 12a

# EXHIBIT 5

# NJ 3112007 Proces Verbal - Ochsner Health System Rep

DATE TAKEN:

**11/07/2018**

CASE:

**Antoinette Durden vs Sanofi S.A., et als**

*Affiliated Reporting*
*650 Poydras Street, Suite 2610*
*New Orleans, LA 70130*
*Phone: 504-568-9111*
*1-877-568-9111*
*Fax: 504-568-9110*
*Email: pages@affiliatedreporting.com*
*Website: www.affiliatedreporting.com*

**Attached to the back cover is a CD with the transcript files.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CASE NO. 2:16-cv-16635

ANTOINETTE DURDEN,

Plaintiffs,

v.

SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US SERVICE, INC., and AVENTIS-PHARMA S.A.,

Defendants.

PROCES VERBAL, taken in the offices of FRILOT, LLC, on WEDNESDAY, NOVEMBER 7, 2018.

APPEARANCES:

PENDLEY, BAUDIN & COFFIN, LLP
Attorneys at Law
BY:  CHRISTOPHER L. COFFIN, Esquire
1100 Poydras Street, Suite 2505
New Orleans, Louisiana  70163

ATTORNEYS FOR PLAINTIFFS

APPEARANCES, CONTINUED:

```
SHOOK, HARDY & BACON, L.L.P.
Attorneys at Law
BY:  JORDAN BAEHR, Esquire
2555 Grand Boulevard
Kansas City, Missouri   64108-2613

          - AND -

IRWIN, FRITCHIE, URQUHART & MOORE
Attorneys at Law
BY:  DOUGLAS J. MOORE, Esquire
400 Poydras Street
Suite 2700
New Orleans, Louisiana   70130

     ATTORNEYS FOR DEFENDANTS


FRILOT, LLC
Attorneys at Law
By:  NAIRDA T. COLON, Esquire
By:  BRITTANY K. SLOAN, Esquire
1100 Poydras Street
Suite 3600
New Orleans, Louisiana   70163

     ATTORNEYS FOR OCHSNER HEALTH
     SYSTEM
```

REPORTED BY:

```
VERNE B. MULLINS
Certified Court Reporter
Registered Diplomate Reporter
Certified Shorthand Reporter (TX)
```

ANTOINETTE DURDEN VS. SANOFI S.A., ET AL

PROCES VERBAL

Taken on November 7, 2018

EXHIBIT INDEX

1 - Notice of 30(b)(6) Deposition of Ochsner

   Health System.

2 - Cross Notice of Videotaped Deposition of

   Ochsner Health System.

INDEX

Page | Line

Exhibit #1                              6         13

Exhibit #2                              8         3

            (On the record at 12:57 p.m. )
MR. MOORE:

    Good afternoon.  This is a deposition proces verbal being conducted in MDL 2740, In Re:  Taxotere® (Docetaxel) Products Liability Litigation pending in the United States District Court for the Eastern District of Louisiana.  This pertains to matter number 16-16635, bearing caption Antoinette Durden versus Sanofi-Aventis, et al.

    My name is Douglas Moore.  I am the defendants' liaison counsel in MDL 2740 and local counsel to Sanofi.  I'm joined by Jordan Baehr from Shook, Hardy and Bacon, also counsel for Sanofi.

    We're here today in response to a notice of deposition subpoena issued to Ochsner Health System, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.  The notice was issued and served on or around October 24, 2018. We are present at the law office of Lesa Colon, of Frilot, appearing on behalf of the subpoenaed entity, Ochsner Health

```
 1        System.  That subpoena, having been
 2        served and no written objections having
 3        been received pursuant to the Federal
 4        Rules, call for the production of a
 5        witness pursuant to 30(b)(6) of the
 6        Federal Rules of Civil Procedure.
 7            I will mark as Exhibit One to the
 8        deposition a copy of the 30(b)(6) Notice
 9        and Subpoena.  That document calls for
10        the production of a witness answerable
11        to certain areas of examination, as set
12        forth in Exhibit B of the notice.
13            (Exhibit #1 was marked for
14        identification.)
15     MR. MOORE:
16            I have been informed by Ochsner's
17        counsel that it is unable to produce a
18        witness answerable to these subject
19        matters at this time.  We will therefore
20        conclude this deposition proces verbal,
21        and the parties will proceed as they
22        deem appropriate under the
23        circumstances, and in accordance with
24        the Federal Rules of Civil Procedure and
25        governing CMOs and PTOs in MDL 2740.
```

1             Does counsel for the witness have
2        anything to add?
3        MS. COLON:
4             This is Lesa Colon, on behalf of
5        Ochsner.  After due diligence, based on
6        the time constraints, we are unable to
7        produce, at this time, a witness to
8        address Sanofi's 30(b)(6) corporate
9        deposition, as per the rules.
10       MR. MOORE:
11            Okay.  Does counsel for plaintiff
12       have anything to add?
13       MR. COFFIN:
14            My name is Chris Coffin, I represent
15       the plaintiff, Antoinette Durden, in
16       this individual matter, and I'm co-lead
17       counsel in the Taxotere® MDL.
18       Plaintiffs have cross noticed this
19       deposition.
20            I will attach as Exhibit Two to the
21       deposition plaintiff's cross notice.  We
22       were -- as a plaintiff, we were under
23       the impression this deposition was going
24       forward, until this morning, November
25       the 7th, when I received an e-mail from

```
 1        counsel for Ochsner indicating that the
 2        deposition would not go forward.
 3             (Exhibit #2 was marked for
 4        identification.)
 5   MR. COFFIN:
 6             We will use whatever methods we need
 7        to, under the rules and the CMOs in this
 8        case, to proceed forward with this
 9        deposition at a later date.
10             We have asked counsel for Ochsner to
11        please provide us with dates for this
12        deposition, and also for a separate
13        30(b)(6) notice that we issued to
14        Ochsner, on approximately September the
15        7th.
16             So I'll attach this exhibit and we
17        will look forward to having this
18        deposition at a later date.
19   MS. COLON:
20             Just for the record, the cross notice
21        for the deposition provided by the
22        plaintiff came this afternoon.  The
23        notice of deposition for September 7th
24        was, according to counsel for plaintiff,
25        satisfied, as per certificate, that was
```

1   provided by Mr. Neil Hunter.
2         The plaintiffs did not cross notice
3   this deposition for today. Certainly,
4   we would adhere to any court orders or
5   whatever the Court instructs us to do,
6   we would just appreciate notice.
7         And, again, Ochsner has done its due
8   diligence to comply with the notice by
9   the defendant that was scheduled here
10  today, and was unable to do so, based on
11  the time period at issue, but also based
12  on the time constraints and continues to
13  investigate, if need be, as per the
14  Court's orders or how the case proceeds.
15  MR. MOORE:
16        Okay. Thank you.
17  MR. COFFIN:
18        Thank you.
19          (The proceedings were concluded at
20  1:01 p.m.)
21
22
23
24
25

```
 1                    REPORTER'S CERTIFICATE

 2


 3

 4        This certification is valid for a transcript
     accompanied by my original signature and original
 5   required seal on this page, which said seal is in
     good standing with the State of Louisiana.
 6

 7        I, VERNE B. MULLINS, Certified Court Reporter,
     as the officer before whom these proceedings was
 8   taken, do hereby certify that this testimony was
     reported by me in the stenotype reporting method,
 9   was prepared and transcribed by me or under my
     personal direction and supervision, and is a true
10   and correct transcript to the best of my ability
     and understanding; that the transcript has been
11   prepared in compliance with transcript format
     guidelines required by statute or by rules of the
12   board, that I have acted in compliance with the
     prohibition on contractual relationships, as
13   defined by Louisiana Code of Civil Procedure
     Article 1434 and in rules and advisory opinions
14   of the board; that I am not related to counsel or
     the parties herein, nor am I otherwise interested
15   in the outcome of this matter.

16

17

18

19          VERNE B. MULLINS, CCR, RDR, CSR (TX)

20          CERTIFIED COURT REPORTER

21          REGISTERED DIPLOMATE REPORTER

22          CERTIFIED SHORTHAND REPORTER (TX)

23

24

25
```