January 7, 2019
Opposition To Plaintiff Antoinette Durden's Motion To Enforce CMO 12a

# EXHIBIT 11


**MOLINA**
Medicaid Solutions

I, **THOMAS CANINE**, make this declaration pursuant to Louisiana Revised Statute 13:3733 and declare the following is true and correct:

1. On October 25, 2018, I provided a declaration with supporting documentation regarding **Antoinette Durden (DOB** ▓▓▓▓▓ in response to a subpoena issued to Molina Medicaid Solutions. The October 25, 2018 declaration is incorporated herein by reference.

2. This declaration is a supplement which is provided at the request of counsel for Sanofi, SA, and in partial response to the subpoena issued to Molina Medicaid Solutions on or about October 26, 2018.

3. To the extent that the LMMIS contains NDC codes pertaining to pharmaceutical products, the codes would be those provided by the provider or MCO.

4. Molina Medicaid Solutions does not participate in the patient's care and is not present when medical services are provided.

5. Molina Medicaid Solutions does not participate in the administration of pharmaceutical products to the patients.

6. Molina Medicaid Solutions is not present to witness the actual medicine given to a patient at any particular time.

7. Molina Medicaid Solutions has no direct knowledge of the medicines actually administered to any given patient.

Certified this __13th__ day of November, 2018, in the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

*Thomas Canine*
Thomas Canine
Executive Account Manager
Molina Medicaid Solutions