January 7, 2019
Opposition To Plaintiff Antoinette Durden's Motion To Enforce CMO 12a

# EXHIBIT 12


Ochsner™ Health System

April 17, 2018

RE: Antoinette Durden
DOB: ▓▓▓▓▓▓
MRN: 8245896

### RESCISSION OF CERTIFICATION OF
### STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

On March 20, 2018, as a Senior Billing Representative of the Ochsner Health System Revenue Cycle Department's Clinic Billing division, I signed a Statement Regarding Chemotherapy Drug Administered ("Statement") as to patient Antoinette Durden. This document is attached hereto as Exhibit 1. I completed this Statement without the approval of the Ochsner Health System Legal Affairs Department or Release of Information department. Further, I did not have personal knowledge of the NDC Codes of the docetaxel that was in fact administered to Antoinette Durden by Ochsner Health System when I completed the Statement. I have no personal knowledge of the origin of pages 4 and 5 of Exhibit 1, which appears to be a print-out from the internet that was given to me by another employee whose identity I cannot recall. As such, I rescind my signature/certification of the Statement and defer to the Release of Information Department's production of March 5, 2018, as to the NDC Code information as to patient Antoinette Durden. That production is attached as Exhibit 2.

*Ashley Canty*

Ashley Canty
Senior Billing Representative
Ochsner Health System


DEPOSITION EXHIBIT 2

Ochsner Health System

1514 Jefferson Highway • New Orleans, LA 70121 • phone 504-842-3000 • www.ochsner.org

# Ochsner
Health System

|  |  |
|---|---|
| To: | 912256876398 |
| Company: | |
| Fax: | 912256876398 |
| Phone: | |

|  |  |
|---|---|
| From: | acanty |
| Fax: | |
| Phone: | (504) 842-9492 |
| E-Mail: | acanty@ochsner.org |

Notes:

Ochsner Health System, a part of Ochsner Clinic Foundation

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL THE NUMBER ABOVE IMMEDIATELY.

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited.

If you have received this facsimile in error, please notify us immediately by telephone

**Exhibit 1**

Ochsner          3/20/2018 10:34:52 AM     PAGE    2/006    Fax Server

Ochsner          5/11/2017 8:52:44 AM      PAGE    2/007    Fax Server

May. 3. 2017  3:32PM    PENDLEY BAUDIN                    No. 2299   P. 2/5

# PBC | PENDLEY BAUDIN & COFFIN
### ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
‡Registered nurse
Nicholas R. Rockforte

Pamela R. Baudin
Courtney L. Stidham◊
▼Also admitted in Alabama
Jessica A. Reynolds
Jonathan B. Chatwin

Of Counsel:
Allen M. Edwards
David M. Hundley¹
^Admitted only in Illinois
Tracy L. Turner*·
¹Admitted only in Ohio

April 19, 2017

*[handwritten: TAXOTERE 1.MG 00075-8003-01]*

VIA FAX: (504)842-7806
Attn: Ashley (504)703-2055
Ochsner Health Center/Baptist Napoleon Plaza
New Orleans, LA 70115

RE:   Antoinette Durden
      SS#: [redacted]
      DOB: [redacted]

Dear Sir or Madam:

    This law firm represents *Antoinette Durden* in a personal injury claim against a pharmaceutical company regarding injuries sustained following exposure to Taxotere/Docetaxel.

    According to records received, your facility administered Taxotere/Docetaxel to our client on *October 18, 2011, November 9, 2011, November 30, 2011, December 21, 2011, January 11, 2012, and February 1, 2012*. However, at this point, we are unable to identify the manufacturer of the drug. "Taxotere" is the brand name for a version of docetaxel made by Sanofi-Aventis. But there are several other potential manufactures who manufactured & distributed Docetaxel during the time our client used the drug. In order to investigate and pursue this claim, I am asking for your help in answering this question: which company or companies made the Taxotere/Docetaxel you administered to *Antoinette Durden*?

    Please note we do not intend to pursue a claim against your facility and our theory is not medical malpractice. Our theory is product liability-defects relating to the Taxotere/Docetaxel product itself.

    This is not a typical request for patient records. Based, in our understanding, most facilities do not list the drug manufacturer's name in the patient's records. To determine the identity of the manufacturer for the Taxotere/Docetaxel administered, we are asking you to review whatever records may provide that information. They may include:

- Invoices or billing records from wholesaler
- Packing slips for Taxotere/Docetaxel listing manufacturer, lot numbers, etc.
- Facility medication logs

---

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com

Ochsner          3/20/2018 10:34:52 AM   PAGE   3/006   Fax Server

Ochsner          5/11/2017 8:52:44 AM    PAGE   3/007   Fax Server

May. 3. 2017  3:32PM    PENDLEY BAUDIN                  No. 2299   P. 3/5

February 22, 2017
Page 2

- Flow sheet relevant to this patient, if it shows manufacturer's identity
- Any other records showing your facility only purchases brand name pharmaceutical drugs

You may email the documents to my attention at lwaldrep@pbolawfirm.com or fax them to 225-687-6398.

If you're not able to provide documents showing manufacturer identity, we can accept an affidavit or letter verifying the information. I've enclosed a form for your convenience.

Your voluntary cooperation in this matter is greatly appreciated. We believe that your facility may have information which would allow us to identify the proper manufacturer in this case. Please complete the enclosed form and return to us at your earliest convenience.

Please feel free to call me if you have any questions or need additional information. I can be reached at 225-687-6396.

Very truly yours,

*Lauren Waldrep*

Lauren Waldrep
Legal Assistant to Christopher L. Coffin

DailyMed - TAXOTERE- docetaxel injection, solution, concentrate

TAXOTERE IMG
00075-8002-01



PRINCIPAL DISPLAY PANEL - 4 ML VIAL CARTON

NDC 0075-8004-04

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Antoinette Durden

DATE OF BIRTH: [redacted]    SSN: [redacted]

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER   *RevCycle Billing*

\*\*\*PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED \*\*\*

**SANOFI AVENTIS US LLC**
- ☒ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**MCKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT

**ACCORD HEALTHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

☐ NO RECORD'S FOUND

---

10 / 18 / 2011           02 / 01 / 2012           6
DATE OF FIRST TREATMENT  DATE OF LAST TREATMENT  # OF DOSES

*[signature: Ashley Canty]*           *Clinic Billing RevCycle*
SIGNATURE OF REPRESENTATIVE OF       NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER  *RevCycle*

*Ashley Canty Senior Rep*           *1450 Poydras*
PRINTED NAME & TITLE OF REPRESENTATIVE   ADDRESS

*3/20/18*                            *NOLA 70112*
DATE                                 CITY, STATE, ZIP

Ochsner 3/20/2018 10:34:52 AM PAGE 5/006 Fax Server
Ochsner 5/11/2017 8:52:44 AM PAGE 7/007 Fax Server

### Product Information

| | | | |
|---|---|---|---|
| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:0075-8003 |
| Route of Administration | INTRAVENOUS | | |

### Active Ingredient/Active Moiety

| INGREDIENT NAME | BASIS OF STRENGTH | STRENGTH |
|---|---|---|
| Docetaxel (UNII: 15H5577CQD) (Docetaxel Anhydrous - UNII:699121PHCA) | Docetaxel Anhydrous | 20 mg in 1 mL |

### Inactive Ingredients

| INGREDIENT NAME | STRENGTH |
|---|---|
| polysorbate 80 (UNII: 6OZP39ZG8H) | 0.54 g in 1 mL |
| alcohol (UNII: 3K9958V90M) | 0.395 g in 1 mL |

### Packaging

| # | ITEM CODE | PACKAGE DESCRIPTION | MARKETING START DATE | MARKETING END DATE |
|---|---|---|---|---|
| 1 | NDC:0075-8003-01 | 1 in 1 CARTON | 08/02/2010 | |
| 1 | | 1 mL in 1 VIAL, GLASS; Type 0: Not a Combination Product | | |

### MARKETING INFORMATION

| MARKETING CATEGORY | APPLICATION NUMBER OR MONOGRAPH CITATION | MARKETING START DATE | MARKETING END DATE |
|---|---|---|---|
| NDA | NDA020449 | 08/02/2010 | |



**Ochsner** Health System

**Health Information Management**
2700 Napoleon Ave, New Orleans, LA 70115

3/5/18

RE:  Request to inspect, copy or obtain copy of health records
Records of: Ms. Antoinette Durden
MRN: 8245896
Date of Birth: ███
Date request received: 2/14/18

We have received your request for the health records of Ms. Antoinette Durden. Unfortunately, we are unable to comply with your request for the following reason(s):

-DUE TO THE AGE OF THE DATES OF SERVICE, THE NDC CODE INFORMATION IS UNAVAILABLE

Should you have any questions, you may contact the MRO main office at (610) 994-7500 option 1.

Sincerely,

Release of Information Representative

**Exhibit 2**