January 7, 2019
Opposition To Plaintiff Antoinette Durden's Motion To Enforce CMO 12a

# EXHIBIT 13

## Lauren Waldrep

**From:** Melissa Waldrop
**Sent:** Tuesday, March 20, 2018 10:47 AM
**To:** Ashley Canty; Jessica Perez
**Cc:** Lauren Waldrep
**Subject:** RE: Antoinette Durden

Thanks Ashley! We just received it.

Thanks,

*Melissa Waldrop*
**Pendley, Baudin & Coffin, L.L.P.**
24110 Eden Street
P.O. Drawer 71
Plaquemine, LA 70765-0071
Tel: (225)687-6396
Fax: (225)687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Ashley Canty <acanty@ochsner.org>
**Sent:** Tuesday, March 20, 2018 10:35 AM
**To:** Melissa Waldrop <mwaldrop@pbclawfirm.com>; Jessica Perez <jperez@pbclawfirm.com>
**Cc:** Lauren Waldrep <lwaldrep@pbclawfirm.com>
**Subject:** RE: Antoinette Durden

Fax is being sent over now.

**From:** Melissa Waldrop [mailto:mwaldrop@pbclawfirm.com]
**Sent:** Tuesday, March 20, 2018 9:57 AM
**To:** Ashley Canty <acanty@ochsner.org>; Jessica Perez <jperez@pbclawfirm.com>
**Cc:** Lauren Waldrep <lwaldrep@pbclawfirm.com>
**Subject:** RE: Antoinette Durden

   **THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**STOP!** Do you trust this email?
If you are unsure DO NOT click any links and NEVER input your username and password.

Good Morning Ashley,

1


DEPOSITION EXHIBIT 8

That's not a problem. You can go ahead and strike through Oncologist/Infusion Center and write in your department and title. Please let me know if you need anything else. Thanks!

Thanks,

*Melissa Waldrop*
**Pendley, Baudin & Coffin, L.L.P.**
24110 Eden Street
P.O. Drawer 71
Plaquemine, LA 70765-0071
Tel: (225)687-6396
Fax: (225)687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Ashley Canty <acanty@ochsner.org>
**Sent:** Tuesday, March 20, 2018 8:46 AM
**To:** Jessica Perez <jperez@pbclawfirm.com>
**Cc:** Lauren Waldrep <lwaldrep@pbclawfirm.com>; Melissa Waldrop <mwaldrop@pbclawfirm.com>
**Subject:** RE: Antoinette Durden

Good Morning Jessica

Just a quick questions. I noticed the form says to be completed by representative of Oncologist/Infusion Center. We are not a part of that department. We are from the revenue cycle for billing. Is this Ok for us to sign? Just wanted to clarify.

Thank you

*Ashley S. Canty*
Senior Billing/TPL Rep.
CBO Ochsner Clinic Billing
Phone:504-842-9492
acanty@ochsner.org

**From:** Jessica Perez [mailto:jperez@pbclawfirm.com]
**Sent:** Thursday, March 15, 2018 4:47 PM
**To:** Ashley Canty <acanty@ochsner.org>

2

Cc: Lauren Waldrep <lwaldrep@pbclawfirm.com>; Melissa Waldrop <mwaldrop@pbclawfirm.com>
Subject: FW: Antoinette Durden



**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**STOP!** Do you trust this email?
If you are unsure DO NOT click any links and NEVER input your **username and password.**

Ashely,

I just wanted to follow-up on this request to see if you had a chance to fill out the form and sign it.

You previously faxed our office the handwritten NDC codes for Antoinette Durden, but they were not signed. Lauren sent you this follow up checklist to be filled out and returned. It is possible that it may have been lost in the everyday hustle and bustle. Would you mind filling it out again and resending it?

I've also attached the fax you sent us originally, just in case you wanted to review it.

Thanks,

Jessica

Jessica A. Perez Reynolds
Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Phone: (225) 687-6396
Fax: (225) 687-6398

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Lauren Waldrep
**Sent:** Tuesday, August 08, 2017 8:46 AM
**To:** 'Ashley Canty' <acanty@ochsner.org>
**Subject:** RE: Antoinette Durden

Thanks Ashely!

**From:** Ashley Canty [mailto:acanty@ochsner.org]
**Sent:** Tuesday, August 08, 2017 6:31 AM
**To:** Lauren Waldrep <lwaldrep@pbclawfirm.com>
**Subject:** RE: Antoinette Durden

Good morning,

3

Can you send me the form please?

Thank you
Ashley Canty

---

**From:** Lauren Waldrep [mailto:lwaldrep@pbclawfirm.com]
**Sent:** Monday, August 07, 2017 4:05 PM
**To:** Ashley Canty
**Subject:** FW: Antoinette Durden

**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**STOP!** Do you trust this email?
If you are unsure DO NOT click any links and NEVER input your username and password.

Good afternoon Ashley,

I'm following up to see if you can still fill out this form for me, you original wrote the NDC on my actual medical record request.

**From:** Lauren Waldrep
**Sent:** Thursday, June 29, 2017 4:04 PM
**To:** acaanty@ochsner.org
**Subject:** Antoinette Durden

Good afternoon Ashely,

Can you please give me a call in regards to Ms. Durden? I wanted to see if you can check on the NDC on our checklist and sign the bottom as well. I know a while back you gave us the NDC on the fax cover page, but my attorney would like it put on the actual check list. So basically I just need you to transfer it over to the other page (attached)
If you have any questions please feel free to contact me at any time. If I'm not available you can ask for shelly.

Thanks,
*Lauren Waldrep*
**Pendley, Baudin & Coffin, L.L.P.**
24110 Eden Street
Plaquemine, LA 70765
(225)687-6396
lwaldrep@pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.