# Douglas Moore

| | |
|---|---|
| **From:** | Baehr, Jordan (SHB) <JBAEHR@shb.com> |
| **Sent:** | Wednesday, November 7, 2018 8:32 PM |
| **To:** | 'Chris Coffin'; 'Jessica Perez'; p lambert; barrios |
| **Cc:** | Douglas Moore; Harley Ratliff; ABYARD |
| **Subject:** | RE: CMO 12A contrary evidence |

Counsel,

In supplement to my previous email, Sanofi has identified additional contrary testimonial and documentary evidence regarding product identification information in Ms. Durden's case. A revised list of contrary evidence, including additional items 9-11, is below.

1. MDL document 117603, uploaded 3/21/2018.
2. Transcript and Exhibits for deposition of Ashley Canty (June 29, 2018).
3. MDL document 251661, uploaded 10/16/2018.
4. MDL document 261476, uploaded 11/7/2018.
5. Documents cited in the parties' submissions to Judge Milazzo of September 18, 2018.
6. Records and documents cited in previous correspondence between counsel.
7. Docetaxel Approval and Market Dates chart provided to Plaintiffs in MDL 2740.
8. Publicly available labeling and packing information for docetaxel products.
9. Transcript and Exhibits for *proces verbal* deposition of Ochsner Health System (Nov. 7, 2018).
10. MDL document 261759, produced and uploaded 11/7/2018.
11. MDL document 256808, uploaded 10/29/2018.

Once again, in view of the substantial contrary evidence regarding product identification, please confirm that you consent to remove Ms. Durden's case from the trial pool in MDL 2740.

Thank you,
Jordan

---

**From:** Baehr, Jordan (SHB)
**Sent:** Wednesday, November 7, 2018 5:49 PM
**To:** 'Chris Coffin' <ccoffin@pbclawfirm.com>; 'Jessica Perez' <jperez@pbclawfirm.com>; 'Palmer Lambert' <plambert@gainsben.com>; 'Dawn Barrios (barrios@bkc-law.com)' <barrios@bkc-law.com>
**Cc:** 'Douglas Moore' <dmoore@irwinllc.com>; Ratliff, Harley (SHB) <hratliff@shb.com>; Byard, Adrienne (SHB) <abyard@shb.com>
**Subject:** CMO 12A contrary evidence

Counsel,

Pursuant to CMO 12A para. 8, Sanofi identifies below contrary testimonial and documentary evidence regarding product identification information at today's close of fact discovery in the Durden case.

1. MDL document 117603, uploaded 3/21/2018.
2. Transcript and Exhibits for deposition of Ashley Canty (June 29, 2018).
3. MDL document 251661, uploaded 10/16/2018.
4. MDL document 261476, uploaded 11/7/2018.

5. Documents cited in the parties' submissions to Judge Milazzo of September 18, 2018.
6. Records and documents cited in previous correspondence between counsel.
7. Docetaxel Approval and Market Dates chart provided to Plaintiffs in MDL 2740.
8. Publicly available labeling and packing information for docetaxel products.

In view of the substantial contrary evidence regarding product identification, please confirm that you consent to remove Ms. Durden's case from the trial pool in MDL 2740.

Thank you,
**Jordan C. Baehr**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.2571 | jbaehr@shb.com



Jordan

Mail Gate made the following annotations on Wed Nov 07 2018 20:32:04

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.