UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:                                      JUDGE MILAZZO
*Durden v. Sanofi, S.A., et al.*

Civil Action No. 2:16-cv-16635

REQUEST FOR ORAL ARGUMENT ON PLAINTIFF
ANTOINETTE DURDEN'S MOTION TO ENFORCE CMO 12A

In accordance with the parties' discussion with the Court during the December lead and

liaison counsel meeting, Sanofi formally requests oral argument on Plaintiff Antoinette Durden's

Motion to Enforce CMO 12A, to be conducted on **January 18, 2019** immediately following the

MDL status conference.

                                        Respectfully submitted,


                                        /s/ *Douglas J. Moore*
                                        Douglas J. Moore (Bar No. 27706)
                                        **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                        400 Poydras Street, Suite 2700
                                        New Orleans, LA 70130
                                        Telephone: 504-310-2100
                                        Facsimile: 504-310-2120
                                        dmoore@irwinllc.com

9090185 v1

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2018, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

Durden RFOA                                2

9090185 v1