UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO
*Kelly Gahan*
Case No. 16-15283

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF KELLY GAHAN

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), hereby move this Court for summary judgment on the claims of Plaintiff Kelly Gahan. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Defendants' Motion for Summary Judgment.

Date:  January 7, 2019

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)     Harley Ratliff
**IRWIN FRITCHIE URQUHART & MOORE LLC**     Adrienne L. Byard
400 Poydras Street, Suite 2700     **SHOOK, HARDY & BACON L.L.P.**
New Orleans, LA  70130     2555 Grand Boulevard
Telephone: 504-310-2100     Kansas City, Missouri 64108
Facsimile:  504-310-2120     Telephone: 816-474-6550
dmoore@irwinllc.com     Facsimile:  816-421-5547
    hratliff@shb.com
    abyard@shb.com

    *Counsel for sanofi-aventis U.S. LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*