# EXHIBIT D

Page 1

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
 2
      CASE NO. 2:16-cv-15283
 3    _____
 4    VIDEO DEPOSITION OF VIRGINIA BORGES
                                        August 22, 2018
 5    _____
 6    KELLY GAHAN,
 7    Plaintiff,
 8    vs.
 9    SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC.,
10    Defendants.
         _____
11
      APPEARANCES:
12
            BACHUS & SCHANKER, LLC
13              By Darin Schanker, Esq.
                1899 Wynkoop Street
14              Suite 700
                Denver, Colorado  80202
15              Appearing on behalf of Plaintiff.
16    SHOOK, HARDY & BACON, LLP
                By Connor Sears, Esq.
17              By Hillary Nicholas, Esq.
                2555 Grand Boulevard
18              Kansas City, Missouri  64108
                816-474-6550
19              Appearing on behalf of Defendants.
20
            Also present:  Maryvonne Tompkins, Videographer
21
22
23
24
25       Job No. NJ2984652
```

Page 26
1  Q   Have you done any research to determine if
2  there are reports of permanent alopecia for other
3  chemotherapy drugs?
4      MR. SCHANKER: Objection, form.
5  A   Yes.  When I was first personally affected
6  by a patient of mine experiencing permanent alopecia,
7  I had no idea it was due to the docetaxel.  It was
8  not Kelly.  It was a different patient who I cared
9  for a few years prior in Glenwood Springs, whose
10 first name also happens to be Kelly.  And at that
11 time very perplexed because I had never heard of or
12 seen hair not regrowing after what I will call
13 "adjuvant breast cancer treatment," which if you need
14 me to clarify that, I can.
15      Certainly, you know, in the setting of
16 having treated women with metastatic breast cancer,
17 hair does not always regrow because they tend to be
18 on multiple regimens for many years, and there's
19 other things that can cause permanent hair loss, but
20 in the setting of the typical chemotherapy regimens
21 that I felt like I had already been using for a
22 substantial length of time at that point in my
23 career, I had never experienced it.
24      So at that point I on my own went to the
25 literature and tried to find evidence of information

Page 27
1  for this.
2  Q   (By Mr. Sears)  So this first patient that
3  you had with persistent alopecia, about what year did
4  you treat her?
5  A   I believe it was 2011.  I don't have access
6  to my records in Glenwood Springs anymore, so I would
7  have to get that if you needed the precise year.  But
8  it was a few years prior to my treating this Kelly.
9  Q   And that first patient with persistent hair
10 loss, what was her chemotherapy regimen?
11 A   So she was treated with a TCH regimen,
12 docetaxel, carboplatin, Herceptin for HER2-positive
13 breast cancer.
14 Q   Since that first patient in approximately
15 2011 with persistent alopecia, have you had any other
16 patients that you believe had persistent alopecia due
17 to chemotherapy?
18 A   Yes.  So to date, seven.  At the time that
19 I was taking care of Kelly, our Kelly, there had been
20 three prior cases that I was aware of.  One, I
21 treated directly and administered the chemotherapy.
22 A second was a woman who had received that same
23 regimen by another physician and then transferred her
24 care to me for long-term follow-up and is still,
25 currently, my patient.  And then a third patient who

Page 28
1  had come to see me for consultation and received her
2  care with a local oncologist up near Estes Park, and
3  then she had subsequently reached back out to me to
4  let me know what had happened.
5      So by the time I met Dr. Gahan, there had
6  been three prior cases that I had been aware of.
7  Q   What was the regimen that that third
8  patient received?
9  A   Also TCH.
10 Q   And then after you treated Dr. Gahan,
11 there's three other patients that you believe has had
12 persistent alopecia?
13 A   Correct.  So one has transferred her care
14 to me from a local oncologist who -- you're going to
15 ask me what her regimen was, and I'm not going to
16 remember that off the top of my head.  She might have
17 been -- I don't know if she was TC or TCH, I'd have
18 to look.  And she -- so I was not her treating doc,
19 but she has a more mild version of it, but she
20 definitely has a version of it.
21     There's another patient of mine who has
22 experienced it and she got TAC.
23     And then there is another patient who has
24 been seen at the institution by another provider, who
25 I am aware of because after my experience with Kelly,

Page 29
1  I actually started a little research project and went
2  through all my own records to get a sense of, "What
3  am I seeing?  What's the cause?"  Since all the cases
4  I had originally experienced were linked to TCH, I
5  was thinking it had something to do with the
6  combination of docetaxel with Herceptin or something.
7      I have not yet published that information,
8  but it exists.
9  Q   Did the last patient that you were talking
10 about receive TCH as well?
11 A   I'd have to check.  She either got TCH --
12 well, she either got TCH, TAC, or four cycles of
13 docetaxel after AC.  Those are the three regimens
14 that came up in our -- in our research project that
15 we did.
16 Q   So there's seven patients, and how many
17 patients did you look at in that research project?
18     MR. SCHANKER: Objection, form.
19 A   I'd have to do the math, but it was about
20 142.  It worked out to be a 6 percent rate of
21 permanent alopecia.
22 Q   (By Mr. Sears)  Are you going to publish a
23 study on that?
24     MR. SCHANKER: Objection, form.
25 A   If I get around to writing it up.

Page 30

1  Q  (By Mr. Sears)  How many women have you
2  treated over the course of your career who you've
3  prescribed Taxol for breast cancer in an adjuvant
4  setting?
5      MR. SCHANKER:  Objection, form.
6  A  Taxol?
7  Q  (By Mr. Sears)  I mean, sorry, Taxotere.
8      Let me start the question over again.
9  A  Are we jumping ship?
10  Q  You think, you know, another two hours I
11  could probably mess up.  It's still too early for
12  that.
13      Okay.  Let me start the question over
14  again.
15      Over the course of your career, how many
16  patients have you treated for breast cancer in an
17  adjuvant setting where you've used Taxotere?
18      MR. SCHANKER:  Objection, form.
19  A  I don't have a way of knowing the exact
20  number.  I've been an oncologist for 20 years.  I've
21  seen about 100 new patients a year.  I specialize in
22  young women's breast cancer.  So upwards of 70, 80
23  percent of my patients in the adjuvant setting
24  receive chemotherapy.
25      I have worked with docetaxel since I was a

Page 31

1  fellow and think it's an outstanding breast cancer
2  drug.  So I have used TAC when it was a favored
3  regimen.  I routinely use TCH and now TCHP in the
4  adjuvant setting for HER2-positive breast cancer
5  because it is the superior regimen to the ACTH or THP
6  regimen for its safety profile because of
7  cardiomyopathy and secondary leukemia.  And so it is
8  in the hundreds.  I don't think it's over into the
9  thousands, I haven't been doing this for that long,
10  but it's substantial.
11  Q  (By Mr. Sears)  When you say "in the
12  hundreds," can you ballpark it in which hundreds are
13  we talking -- 500, 600, 700?
14  A  I don't know.  525.
15  Q  That's your best guess?
16  A  It's got to be.
17  Q  So out of approximately 525 patients, there
18  have been about 7 that have persistent alopecia?
19      MR. SCHANKER:  Objection, form.
20  A  No.  It was 7 out of 142 that we did a
21  concise review on.  And also after Kelly, I initiated
22  the cold cap technology at this institution.  So we
23  have not had a subsequent case of it since we have
24  done that for our patients.
25  Q  (By Mr. Sears)  And we will talk more about

Page 32

1  cold caps, but those were offered to Dr. Gahan,
2  correct?
3  A  Correct.
4  Q  And she refused those?
5      MR. SCHANKER:  Objection, form.
6  A  I don't really view it as a refusal because
7  it was something that was out there that I could
8  inform her of, but there was no means at the time for
9  me to support it.  It was extremely expensive and
10  required intense amounts of support.  So it's not
11  like I said, "You should take this," and she said,
12  "No, I'm not going to take it."  It wasn't mine to
13  offer.
14      But she was made aware of the fact that
15  they existed and that we would do what we could to
16  support her while she was undergoing her chemotherapy
17  if she opted to use them.  And that was where we were
18  at the time with all of our patients.  We've been
19  able to improve things over the last few years, but
20  back then, it was incredibly rudimentary.  So
21  "refused" is far too strong of a word.
22  Q  (By Mr. Sears)  We will look at the medical
23  records on that point later.
24      So in one of your prior answers you said a
25  couple things that I want to unpack.

Page 33

1      You agree that docetaxel's an outstanding
2  drug?
3  A  Yes, for breast cancer.
4  Q  Do you believe that it's helped save lots
5  of women's lives?
6  A  Yes.
7  Q  And Dr. Gahan had HER2-positive breast
8  cancer, right?
9  A  Correct.
10  Q  And at the time, the preferred regimen was
11  TCH.
12      MR. SCHANKER:  Objection, form.
13  A  Back then the data was new enough that TCH
14  versus ACTH, there were many providers who thought
15  the small incremental benefit to ACTH seen in the
16  curves at that time was meaningful.  It was not
17  statistically significant, and I have always valued
18  the TCH regimen because it came out of the science of
19  Dennis Slamon's lab, so it's very rationally
20  designed.  So in my viewpoint, TCH was the preferred
21  regimen that I was offering patients at that time;
22  but globally you would have had others who would have
23  made quite the counterargument.
24  Q  (By Mr. Sears)  And you referenced
25  Slamon -- that's Dennis Slamon out of UCLA?

Page 34

1  A   Uh-huh.
2  Q   Have you read his publications on -- I
3  believe there's one from 2012 about the TCH regimen
4  and why that was the preferred regimen in his view.
5      Have you seen that publication?
6      MR. SCHANKER:  Objection, form.
7  A   Not that I remember, but I can't tell you I
8  didn't read it back in 2012.  I mean, I do try and
9  keep up on the literature, but I don't remember
10 everything that I read.
11 Q   (By Mr. Sears)  I think you said in the
12 prior -- one of your prior answers that now you
13 prescribe the TCHP regimen for HER2-positive cancer?
14 A   Correct.
15 Q   I think you said that's the superior
16 regimen to the ACTH regimen?
17 A   ACTHP, in my opinion.
18 Q   So just to make sure it was clear for the
19 record, in your opinion the TCHP regimen is superior
20 to the ACTHP regimen?
21 A   Yep.
22 Q   And you mentioned a couple other things.
23 So, basically, the Adriamycin comes with the Taxol,
24 right, if you --
25 A   No --

Page 35

1  Q   Probably not a clear question.
2  A   -- you have to get them separately.
3  Q   Right.  So for the Taxol-approved regimen
4  for HER2-positive cancer, Adriamycin is a part of
5  that?
6  A   Back then.
7  Q   In 2013.
8  A   Now you can get Taxol and Herceptin for
9  very low-risk breast cancer.
10 Q   Okay.  So back in 2013, Adriamycin was a
11 part of the Taxol-containing regimen for
12 HER2-positive cancer.
13 A   Correct.
14 Q   And with Adriamycin, there comes a risk of
15 cardiac toxicity?
16 A   Correct.
17 Q   And the cardiac toxicity between Adriamycin
18 and Taxol is synergistic, right?
19     MR. SCHANKER:  Objection, form.
20 A   That's between Adriamycin and Herceptin.
21 Q   (By Mr. Sears)  I'm going to talk about
22 Herceptin in a second, but have you seen publications
23 that talk about how Taxol itself carries a risk of
24 cardiac toxicity?
25 A   There are some very old publications that

Page 36

1  have not held up.
2  Q   So in your opinion, Taxol does not contain
3  a risk of cardiac toxicity?
4  A   I believe there's some reports of maybe
5  conduction issues with Taxol that you could probably
6  pull out if you were looking to try and track my
7  knowledge base.  But, no, Taxol in and of itself does
8  not cause cardiomyopathy.
9  Q   So Adriamycin, the problem with that as far
10 as cardiac toxicity is it can lead to left
11 ventricular failure, right?
12 A   Cardiomyopathy, yes.  It's not always
13 isolated to the left, but, yes.
14 Q   And the cardiac toxicity caused by
15 Adriamycin is irreversible, right?
16     MR. SCHANKER:  Objection, form.
17 A   It can be irreversible.  Some people
18 recover, particularly with treatment.  But it is --
19 there is a risk of irreversible cardiomyopathy.
20 Q   (By Mr. Sears)  And the risk of
21 irreversible cardiomyopathy associated with
22 Adriamycin is dose dependent, right?
23 A   Correct.
24 Q   So in other words, the more Adriamycin a
25 person receives, the higher the risk of cardiac

Page 37

1  toxicity.
2  A   There's a threshold effect.  Above a
3  certain threshold the risk crosses the 1 percent line
4  and goes up from there, and it goes up eventually
5  logarithmically the more you give.  But there is a
6  range in which giving two versus three cycles, not
7  really.  You have to cross a threshold effect.
8  Q   So the ACTH regimen for HER2-positive
9  breast cancer, that regimen, depending on the
10 patient's weight, would cross that threshold line,
11 wouldn't it?
12 A   No.
13 Q   How many?
14 A   It's 240 milligrams per meter squared for
15 four cycles of AC and 360 milligrams per meter
16 squared is the threshold effect.
17     So it's not weight dependent, it's based on
18 milligrams per meter squared.
19 Q   How many milligrams per meter squared on
20 average is given to a patient in the ACTH regimen?
21     MR. SCHANKER:  Objection, form.
22 A   It's not on average.  It is 240 milligrams
23 per meter squared, unless they don't receive all the
24 doses.
25 Q   (By Mr. Sears)  And for the 240 milligrams

Veritext Legal Solutions
800-227-8440                                                        973-410-4040

Page 46

1  A  Correct.
2  Q  And if you're not administering the
3  Herceptin, that microscopic cancer could grow during
4  those 8 to 12 weeks?
5  A  It doesn't work that way.
6  Q  Based upon what publication?
7  A  Based upon our complete understanding of
8  the process of metastasis.
9  Q  So if there's a 2012 article that said that
10  that's one of the concerns with the ACTH regimen,
11  written by Slamon, would you disagree with that?
12     MR. SCHANKER: Objection, form.
13  A  The clinical trial data has not supported
14  that statement. And while I respect Dennis
15  tremendously, that is not a statement that I would
16  consider accurate or myself would make.
17  Q  (By Mr. Sears) So you talked about --
18  A  Are you sure he was referring to the
19  adjuvant setting?
20  Q  I'm pretty sure.
21     So you talked about how you had a patient
22  with hair loss maybe in 2011, and that caused you to
23  do some research.
24     Can you tell me what you found through that
25  research?

Page 47

1  A  I found Scot Sedlacek's abstract. I found
2  some dermatology literature on permanent
3  chemotherapy-induced alopecia that covered everything
4  from transplant level, total body irradiation, all
5  the way down to docetaxel, and had done all sorts of
6  things including scalp biopsies and such. And that
7  was all I found.
8  Q  How many articles in the derm literature
9  did you find?
10  A  I don't remember, but it was -- I don't
11  know, somewhere on the order of four.
12  Q  You mentioned the Sedlacek article.
13  A  Abstract.
14  Q  Abstract. So that's about five
15  abstracts/articles that you found addressing
16  persistent chemotherapy-induced alopecia.
17     MR. SCHANKER: Objection, form.
18  A  Uh-huh, correct.
19  Q  (By Mr. Sears) So after reviewing all
20  those articles and the abstract, did you reach any
21  conclusions about persistent chemotherapy-induced
22  alopecia?
23  A  Not at that time.
24  Q  Why not?
25  A  Because I had only seen one case of it

Page 48

1  myself at that time.
2  Q  Did you reach out to Dr. Sedlacek to talk
3  to him about the abstract he wrote?
4  A  No.
5  Q  Did you think that the abstract he wrote
6  was valid science?
7  A  It was a report of his experience. That's
8  valid.
9  Q  Is it something that you would rely on when
10  choosing treatment regimens for your patients?
11  A  It was an abstract outlining his experience
12  with a handful of patients. It's not a randomized
13  clinical trial of evidence-based medicine or NCCN
14  Guidelines or anything that I would guide my
15  treatment of patients upon.
16  Q  Are you saying that before you would accept
17  that there's a risk of persistent
18  chemotherapy-induced alopecia, you would need to see
19  a randomized clinical trial or NCCN Guidelines?
20     MR. SCHANKER: Objection, form.
21  A  No, but you asked me about choosing a
22  chemotherapy regimen. That's a different thing.
23  Q  (By Mr. Sears) So, then, whether there's
24  persistent alopecia associated with the chemotherapy
25  regimen, that would not impact your choice of

Page 49

1  regimen?
2     MR. SCHANKER: Objection, form.
3  A  It to date has not changed my use of the
4  TCH or TCHP regimen, other than I have taken steps to
5  initiate what I believed would be a potential
6  protective mechanism, pushed my institution like a
7  bat out of hell to get them to provide this so my
8  young patients without resources would be able to
9  access it, and have also done my own research project
10  to figure out what the hell is going on.
11     But, no, I would not forego life-saving
12  chemotherapy for any risk. I would manage it, just
13  like I manage neuropathy, lacrimal stenosis, the nail
14  stuff.
15  Q  (By Mr. Sears) So after reviewing those
16  articles in Dr. Sedlacek's abstract, did you began
17  warning your patients that there could be a risk of
18  persistent chemotherapy-induced alopecia with
19  taxanes?
20     MR. SCHANKER: Objection, form.
21  A  It was after --
22     MR. SCHANKER: Sorry.
23  A  The second two cases that I learned of came
24  about sort of back-to-back. The patient who had
25  transferred her care to me had been my patient at

### Page 50

1 that point for some months, and I was seeing her back
2 in follow-up, and it dawned on me one day she was
3 still wearing a wig. So I asked her why, and she
4 took it off and showed me her pattern of hair, and it
5 looked identical to my other patient, and a lightbulb
6 went off.
7     And then, literally, within a brief period
8 of time after that, the patient who I had consulted
9 on at some point in the year before reached out to me
10 and let me know that her hair had not regrown. So as
11 in the face of three patients having received the
12 same regimen, which was a relatively new regimen in
13 our repertoire at that point, that I began warning my
14 patients and began thinking about what could be done.
15   Q  (By Mr. Sears) So by what year were you
16 warning your patients that there is a risk of
17 persistent chemotherapy-based alopecia potentially
18 associated with taxanes?
19   A  I think we're up to 2013 at this point?
20 Kelly? Right?
21   Q  Were you warning your patients that there
22 is a risk of persistent chemotherapy-induced alopecia
23 from taxanes before you treated Dr. Gahan?
24   A  There had been a few other patients that I
25 had talked to them about and told them about the cold

### Page 51

1 caps.
2   Q  And, I'm sorry, just for the record, is
3 your response, "Yes"?
4   A  What was the question?
5   Q  Before you started treating Dr. Gahan, was
6 it your practice to warn patients that there was the
7 potential risk of persistent alopecia from taxanes?
8     MR. SCHANKER: Objection, form.
9   A  Yes. Briefly prior to assuming her care,
10 that had become part of the conversation I had with
11 women, at the time isolated solely to the TCH regimen
12 because that's the only place I had seen it.
13   Q  (By Mr. Sears) And you suggested that
14 Dr. Gahan take the TCH regimen, right?
15   A  I did.
16   Q  And as part of your conversations with her
17 about the regimen, you told her there was a risk of
18 persistent chemotherapy-induced alopecia?
19   A  I told her I had seen it in three women.
20   Q  Did you tell her about the articles and
21 literature that you'd reviewed?
22   A  I'm pretty sure I told her about Scot
23 Sedlacek's article. I don't remember -- I probably
24 told her about the dermatology stuff, too. Given
25 that she is a physician, she was motivated to learn

### Page 52

1 and, yeah, I think I did.
2   Q  When you -- do you ever use the ACTH
3 regimen?
4   A  In my patients who are pregnant, a
5 diagnosis where I have to give the Herceptin
6 afterwards.
7   Q  Do you warn those patients that there's a
8 risk of persistent alopecia associated with that
9 regimen as well?
10   A  No.
11   Q  Do you believe that there is the risk of
12 persistent alopecia associated with Taxol?
13   A  I've never seen it, and I've given an awful
14 lot of Taxol.
15   Q  I think one of the studies that you looked
16 at was the 2018 Martinez study.
17   A  Uh-huh.
18   Q  Is that one of the materials that Darin
19 gave you?
20     MR. SCHANKER: There's a typo on there.
21 It's Martine. Martine study, not Martinez. I
22 apologize for that.
23     MR. SEARS: Those are two very different
24 things.
25     MR. SCHANKER: Yes. Right. I just noticed

### Page 53

1 that, so I don't know if you want to take a second
2 or --
3     MR. SEARS: Well, we'll come back. I'll
4 just ask her about it later.
5   A  So the 2018 Martine study talking about
6 permanent chemotherapy-induced alopecia and the use
7 of cold cap technology to block it is what Darin gave
8 me.
9   Q  (By Mr. Sears) Have you read the 2018
10 Martinez study about persistent chemotherapy-induced
11 alopecia?
12   A  I don't think so.
13   Q  I think we'll come back at some point. It
14 might be worth reading.
15     Have you come across any medical literature
16 that says there is the risk of persistent
17 chemotherapy-induced alopecia associated with Taxol?
18     MR. SCHANKER: Objection, form.
19   A  Yes.
20   Q  (By Mr. Sears) Do you think that that's a
21 valid conclusion?
22     MR. SCHANKER: Objection, form.
23   A  In the doses that we use for adjuvant
24 chemotherapy for breast cancer, I've personally never
25 seen it. I don't know a single colleague who has

Page 74

1  Q  Exactly.
2  A  Okay.
3  Q  You see how there's numbers running down
4  the left side?
5  A  Yes.
6  Q  So I'm going to start at Line 24.
7  A  Okay.
8  Q  So this is me asking her a question. I
9  asked: You said that you should have at least been
10 given the option of ACTH? Her response: Uh-huh.
11     Question: Didn't Dr. Borges give you that
12 option?
13     Answer: After all this happened,
14 Dr. Borges felt like she gave me the option. I think
15 when we were going through all of it, you know, she
16 sat me down several times and told me, "I'm the
17 doctor." And I had raised my concerns and asked for
18 ACTH, and I think I wasn't doing a very good job of
19 communicating that that was what I was really
20 interested in getting. And I don't think, you know,
21 in the myriad of other concerns that I had, I don't
22 think she was listening. There were a couple of
23 times where I phrased things to her like, "Oh, well,
24 wouldn't it be better to have ACTH," and I remember
25 her just being like, "Oh, it's kind of ridiculous."

Page 75

1      And then in my prechemo teaching, right
2  before chemo, I met with her nurse, and I had my
3  mother with me, and I specifically said, "I think I
4  would rather have AC." And I told her why. And she
5  was concerned and went back and talked to Dr. Borges,
6  and she came back and said, "No."
7      So do you recall any conversations with
8  Dr. Gahan about the ACTH regimen?
9  A  Yes.
10 Q  What can you tell me about that?
11 A  Her options were ACTH versus TCH, and we
12 talked about them extensively in the meetings that we
13 had before she initiated chemotherapy.
14 Q  What all did you talk about with regard to
15 the two different regimens?
16 A  Side effect profile, equivalency of
17 outcome. Mostly that.
18 Q  So in the testimony I just read to you, one
19 of the things that Dr. Gahan said is that she raised
20 her concerns and asked for ACTH.
21     What concerns did she raise with you?
22     MR. SCHANKER: Objection, form.
23 A  I don't know what she is referring to
24 exactly there. As I said, she and I had more than
25 one conversation about her choice of regimens. They

Page 76

1  were probably 40- to 60-minute office visits. And I
2  can't tell you that I remember anything specific
3  other than the usual decision-making that young women
4  go through when they have more than one option to
5  consider.
6  Q  (By Mr. Sears) Did she raise concerns with
7  you that there is the risk of persistent alopecia
8  with the TCH regimen?
9  A  Well, I had told her about my experience,
10 and that was something that we had discussed,
11 including the use of the cold caps.
12     Yes, we had talked about that.
13 Q  Did she ask you for the ACTH regimen
14 because of her concern about persistent hair loss?
15 A  I gave her the TCH because I believed that
16 is what we had agreed upon.
17 Q  Do you recall her --
18 A  I usually give my patients what we agree
19 upon.
20 Q  Do you recall her ever saying to you: "I
21 want the ACTH regimen because I'm concerned about
22 persistent hair loss"?
23 A  Not in those exact words.
24 Q  What words --
25 A  I don't recall her saying that she wanted

Page 77

1  that because of the hair loss issue.
2      We discussed many times the pros and cons
3  of ACTH versus TCH because of the hair loss issue
4  being weighed against the other concerning side
5  effects of the ACTH, like we talked about before with
6  the cardiomyopathy and the secondary leukemia. But
7  when I treated her with TCH, I believed it was a
8  consensual decision.
9  Q  Based on your interactions with Dr. Gahan
10 and your belief that it was a consensual decision, is
11 it your belief that she weighed the risk profiles of
12 the two chemotherapy regimens and decided to take
13 TCH?
14     MR. SCHANKER: Objection, form.
15 A  Yes.
16 Q  (By Mr. Sears) You may have said this
17 before, so I apologize.
18     Did you tell Dr. Gahan about your previous
19 experience with patients treated with TCH who had
20 persistent hair loss?
21 A  I told her about the three women.
22 Q  Did you recommend to Dr. Gahan that she
23 should take the TCH regimen over the ACTH regimen?
24 A  At the last consultation we had in the exam
25 room, I told -- she asked me what I would do if it

Page 78
1  were me.  And I usually don't answer that question,
2  but since she's a physician, I did.  And I told her
3  that I would take the TCH regimen and use the cold
4  caps.
5      Q    So we talked about some of the side effects
6  that come with the AC, including the cardiac toxicity
7  and the leukemia, right?
8      A    (Nodded head.)
9      Q    There's no risk of leukemia from the TCH
10 regimen, right?
11     A    Not that we've seen so far.
12     Q    Is there any risk of cardiac toxicity from
13 the TCH regimen?
14     A    I think the BCIRG study, it was on the
15 order of like .7 percent.  So it's not "no," but it's
16 considerably less.
17     Q    The risk of cardiac toxicity comes from the
18 Herceptin in that regimen, right?
19     A    We think so.
20     Q    Is the cardiac toxicity associated with
21 Herceptin generally reversible?
22     A    Generally.
23     Q    I might come back to this later, but we
24 will move on from it for now.
25          So I read some of your publications.  They

Page 79
1  were very informative, so thank you for writing them.
2          (Exhibit 4 was marked.)
3      Q    (By Mr. Sears)  Here's one of them.  And if
4  I butcher the name of this drug, let me know.  But is
5  it fulvestrant?
6      A    Uh-huh, yes, fulvestrant.
7      Q    And it's a unique antiendocrine agent for
8  estrogen-sensitive breast cancer.
9          And you were a coauthor on this, and it was
10 published in 2010?
11     A    Correct.
12     Q    So in the introduction, the very first
13 sentence, you write:  The incidence and mortality of
14 breast cancer have declined in the U.S.A. in the last
15 decade, reflective of advances and prevention, early
16 detection, and improved therapeutic options for
17 established disease.
18          Did I read that correctly?
19     A    Yes.
20     Q    So to unpack some of that, basically, your
21 risk of dying from breast cancer has decreased in the
22 last few decades, right?
23     A    Not mine, but a woman who's been diagnosed
24 with breast cancer, yes.
25     Q    Your attorney --

Page 80
1      A    I guess mine, too, in theory.
2      Q    Okay.  So I'll rephrase it.  Thank you.  A
3  woman's risk of dying from breast cancer has
4  decreased in the last few decades?
5      A    In the United States, that is a correct
6  statement.
7      Q    One of the reasons for the reduction in the
8  risk of death from breast cancer in the United States
9  is because of new therapies that have been developed.
10     A    True.
11     Q    And taxanes, including Taxotere, are one of
12 the reasons why there has been a reduction in death
13 from breast cancer, right?
14     A    Absolutely.  It's a great drug.
15     Q    It's a drug that helps you save lives?
16     A    It is.
17     Q    Let's flip over to the next page.  It's
18 Page 808.  Stay in the first column, and it's the
19 last kind of break-over paragraph in the column that
20 begins with, Despite.  Do you see that?  It's tiny
21 print.
22     A    Okay.  Yep.  Despite these high effect --
23 highly effective . . .
24     Q    Exactly.  So it says:  Despite these highly
25 effective therapies for early-stage breast cancer, 40

Page 81
1  to 80 percent of node positive and 24 to 30 percent
2  of neo-negative cases will subsequently present with
3  metastatic recurrence.  Long-term survival in this
4  setting remains uncommon.
5          Did I read that correctly?
6      A    Yes.
7      Q    So one point that you're making there is
8  that once breast cancer has metastasized beyond the
9  nodes or has recurred, long-term survival is very
10 uncommon.
11     A    Once it's recurred as metastatic breast
12 cancer.  Correct.
13     Q    And so what you're trying to do with the
14 adjuvant treatment is prevent the re-occurrence in
15 the metastatic form.
16     A    Completely.
17     Q    And without adjuvant treatment, there's a
18 much higher risk of the cancer recurring?
19     A    That is stage and biologic subtype
20 dependent.
21     Q    HER2-positive breast cancers, if they are
22 not treated in an adjuvant setting, there's a high
23 risk of the cancer returning?
24     A    That is stage dependent.
25     Q    Would you agree that HER2-positive cancers

Page 106

1  side effects?
2     A   Correct.
3     Q   And when making a recommendation for a
4  chemotherapy regimen for Dr. Gahan, you went through
5  that same analysis?
6     A   Correct.
7     Q   And you recommended the TCH regimen for
8  her?
9     A   I did.
10    Q   And I understand now there's a new drug
11 that's TCHP?
12    A   She's not eligible for the P even if she
13 was diagnosed today with the same cancer.
14    Q   Why's that?
15    A   Too low of a stage.  Not enough risk.
16    Q   So today if Dr. Gahan came to you,
17 presented with the type of breast cancer she had, you
18 would still recommend TCH for her?
19    A   There's an alternative option now that came
20 about after she was treated based on a study done
21 back at the Dana-Farber of Taxol plus Herceptin.  So
22 that would have been an option now.
23    Q   When did that study conclude?
24    A   I don't know when the study concluded.
25 It's been an option for the last, I don't know, three

Page 107

1  years maybe.
2     Q   So that was not an option at the time that
3  Dr. Gahan underwent treatment?
4     A   That is correct.
5     Q   So I know that Darin sent you some
6  materials that you reviewed.  If you had access to
7  all those materials back in 2013 when making a
8  recommendation for Dr. Gahan, would you have still
9  recommended that she take TCH?
10        MR. SCHANKER:  Objection, form.
11    A   What I recommended to her then and what I
12 would recommend to her now is that she takes TCH and
13 uses the cold caps.
14    Q   (By Mr. Sears)  And no matter what label
15 change that might have happened for the Taxotere
16 label would not have changed your recommendation?
17        MR. SCHANKER:  Objection, form.
18    A   Not for the use of that chemotherapy
19 regimen.  I do think it might have swayed her
20 decision to use the cold caps had I been able to give
21 her real information as opposed to three anecdotal
22 cases.
23    Q   (By Mr. Sears)  Is that speculation on your
24 part?
25        MR. SCHANKER:  Objection, form.

Page 108

1     A   No.  I'm pretty sure.
2     Q   (By Mr. Sears)  Based upon what?
3     A   Having known Kelly all these years.
4     Q   Is that something she's told you?  Have you
5  two talked about that?
6     A   Nope.
7     Q   So when you were talking to Dr. Gahan about
8  her choice of chemotherapy regimen, you told us how
9  you told her you had prior patients that had
10 persistent alopecia, right?
11    A   Three.
12    Q   Did you ever tell her that her hair was
13 definitely going to regrow?
14    A   No.
15    Q   Did you tell her there was a chance that
16 her hair may not regrow?
17    A   Well, yeah, because I was telling her that
18 I had seen it happen to three women, so that's sort
19 of the same thing, right?
20    Q   Do you tell your patients that there are no
21 guarantees with chemotherapy?
22        MR. SCHANKER:  Objection, form.
23    A   I don't really use those words.
24    Q   (By Mr. Sears)  Do you tell your patients
25 that you can't be certain which side effects they

Page 109

1  will or will not get?
2     A   Yes.  I have a pattern by which I describe
3  side effects, and I tell them there's what's going to
4  happen, there's what may or may not happen, and the
5  rare stuff that you should be aware of.  But I think
6  you should take the chemotherapy anyway.
7         That's my schtick.
8     Q   Did you use that same schtick when you were
9  talking to Dr. Gahan?
10    A   I sure did.  That just rolls off the
11 tongue.
12    Q   I can imagine.
13        So you talked about the initial visit you
14 have.
15        During that visit, do you talk about
16 chemotherapy regimens and side effects?
17    A   If chemotherapy is appropriate for the
18 patient, yes.
19    Q   Do you provide any sort of materials for
20 the patient about chemotherapy regimens and side
21 effects?
22    A   So if it's a definite and I have all the
23 information I need and here's what I'm recommending,
24 yes.  Most often we're missing information still at
25 the initial visit, and so I'll walk them through

| | |
|---|---|
| Page 138 | Page 140 |
| 1  and Herceptin.  Right? | 1  carboplatin, and Herceptin. |
| 2     A    Yep. | 2     A    Absolutely. |
| 3     Q    And for antiendocrine therapy, you | 3     Q    And you reviewed in detail with her the |
| 4  recommend Tamoxifen for at least five years total | 4  side effects, including alopecia, bone marrow |
| 5  therapy? | 5  suppression, life-threatening infection, and death? |
| 6     A    Yep. | 6     A    Yep. |
| 7     Q    And for chemotherapy you talked with her | 7     Q    You also talked to her about the risk of |
| 8  about the rationale for prevention of metastatic | 8  temporary or permanent menopause and infertility, the |
| 9  disease in the future, right? | 9  concern for neuropathy and heart damage and secondary |
| 10    A    Yep. | 10  leukemias? |
| 11    Q    What would you say? | 11    A    Yep. |
| 12    A    Oh, you want my spiel? | 12    Q    I think you told us why you recommended |
| 13    Q    Yeah. | 13  TCH? |
| 14    A    Okay.  So describe to them the fact that | 14    A    Yep. |
| 15  after surgery there can still be cells that are out | 15    Q    It's your view that's a good, effective |
| 16  there beyond our level of detection.  That there's no | 16  regimen? |
| 17  radiologic scan or blood test today that I could use | 17    A    It's a life-saving regimen.  One of the |
| 18  to tell them if those cells are there or not. | 18  best things we've ever done in breast cancer.  Dennis |
| 19        You'll like this one.  I tell them, you | 19  deserves every award he has ever gotten. |
| 20  know, what I really need is my Star Trek Tricorder to | 20    Q    And then at the bottom there under |
| 21  run over you and say, "Cells/no cells.  Leave the | 21  Coordination of Care, you write that she knows to |
| 22  office versus come with me."  But that doesn't exist, | 22  contact you in the interim as questions arise. |
| 23  so we have to base it on our current understanding of | 23    A    Uh-huh, yes. |
| 24  the stage and the type of breast cancer.  And I just | 24        (Exhibit 12 was marked.) |
| 25  use the word "type." | 25    Q    (By Mr. Sears)  I'm handing you what's been |
| Page 139 | Page 141 |
| 1        And then I get into the whole ER/HER2 thing | 1  marked as Exhibit 12.  So this is your second visit |
| 2  and why HER2 is a cancer that without the type of | 2  with Dr. Gahan, and the encounter date is February |
| 3  treatment that I'm going to recommend it has a higher | 3  21st, 2013, right? |
| 4  likelihood of coming back because of its HER2ness. | 4     A    Correct. |
| 5        And then get into the details of what | 5     Q    So this encounter is post surgery? |
| 6  chemotherapy and Herceptin do in terms of, you know, | 6     A    Okay. |
| 7  they go after those cells wherever they are, if | 7     Q    If you need time to look at it, it's fine. |
| 8  they're there, and they kill them, and it would take | 8     A    Yep. |
| 9  the odds of a metastatic recurrence down from | 9     Q    So you're saying, "Yep, this is post |
| 10  whatever the baseline risk would be to its | 10  surgery"? |
| 11  improvement. | 11    A    Well, yeah, because in the patient |
| 12        And someone in Kelly's situation, because | 12  instructions I said, "the surgery looks hot," so I |
| 13  she was a relatively small tumor size, her overall | 13  will go with "yes" on that one.  I don't have to read |
| 14  likelihood of recurrence would not have been, you | 14  further.  That is how I talk to my patients. |
| 15  know, as high as some of the other women that I take | 15    Q    And so Dr. Gahan opted for a double |
| 16  care of where chemo would have been 100 percent | 16  mastectomy. |
| 17  recommended. | 17    A    She did. |
| 18        But because of her young age, even at that | 18    Q    You note in here that she's node negative. |
| 19  early stage, it is still recommended for the | 19    A    Correct. |
| 20  reduction because she has decades of life in front of | 20    Q    And that's new information that you had |
| 21  her. | 21  after the surgery, right? |
| 22        And so I would have walked her through all | 22    A    Yep. |
| 23  of that and then started launching into the whole | 23    Q    And so you, again, recommend antiendocrine |
| 24  side effect thing. | 24  therapy for her. |
| 25    Q    And so you recommended for her Taxotere, | 25    A    Yep. |

Veritext Legal Solutions
800-227-8440                                                                                                                          973-410-4040