# EXHIBIT E

1

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
 2
    CASE NO. 2:16-cv-15283
 3  _____

 4  VIDEO DEPOSITION OF KELLY GAHAN
                                              May 16, 2018
 5  _____

 6  KELLY GAHAN,

 7  Plaintiff,

 8  vs.

 9  SANOFI, S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US
    SERVICES INC. f/l/a SANOFI-AVENTIS U.S. INC. and
10  AVENTIS-PHARMA S.A.,

11  Defendants.
    _____
12
    APPEARANCES:
13
        BACHUS & SCHANKER, LLC
14            By Darin Schanker, Esq.
              1899 Wynkoop Street
15            Suite 700
              Denver, Colorado  80202
16            Appearing on behalf of Plaintiff.

17      SHOOK, HARDY & BACON LLP
              By Connor Sears, Esq.
18            By Hillary Nicholas, Esq.
              2555 Grand Boulevard
19            Kansas City, Missouri  64108
              Appearing on behalf of Defendants.
20

21      Also present:  Jay R. Wren, videographer

22

23

24

25  Job No. NJ2904009
```

22

1  A  You know, I have a hard time remembering
2  that because I think they have changed their Web
3  site.  So when you go back and look at it, it's not
4  at all clear to me what was on there beforehand.
5      I do remember there were some individual
6  quotes from women saying that they had lost their
7  hair.  But the thing that struck out to me was that
8  there weren't very many of them and they seemed old
9  and dated, and the whole site looked old and dated
10 like nobody had done anything with it for a long
11 time.
12  Q  (By Mr. Sears)  And the women that were
13 posting on that Web site about how they lost their
14 hair, were they saying they lost their hair due to
15 Taxotere?
16  A  You know, I don't know that.  I think the
17 group as a whole has always been worried about making
18 accusations they have no proof of.  And so for a very
19 long time the group referred to it as
20 chemotherapy-induced alopecia, and they didn't
21 specifically name Taxotere because they didn't want
22 to be held for slander or whatever the legal term is.
23 So I don't remember if they did or not.
24  Q  So it's the Taxoteres group --
25  A  Uh-huh.

23

1  Q  -- is that right?
2      So when you were reading about these posts
3  from women who had lost their hair and they're a
4  member of the Taxotere group --
5  A  Uh-huh.
6  Q  -- did you think to yourself that their
7  hair loss was due to Taxotere?
8  A  I certainly was concerned, and that's what
9  led me to do additional research.
10  Q  So to make sure I understood, you came
11 across the Taxoteres' Web site, you saw the posts,
12 and then you did additional research before
13 chemotherapy --
14  A  Yes.
15  Q  -- about hair loss?
16  A  Uh-huh.
17  Q  Uh-huh, yes?
18  A  Yes.  Sorry.
19  Q  Sorry.
20  A  Yes.  Yes.  My doctor had warned me to be
21 careful of anything posted on social media and that
22 you couldn't trust it.  So I did additional
23 scientific research.
24  Q  And what, I guess, forum did you use for
25 that additional scientific research?

24

1  A  That would have --
2      MR. SCHANKER:  Objection, form.
3  A  -- would have been PubMed --
4  Q  (By Mr. Sears)  So you --
5  A  -- and UpToDate, but I think that was the
6  UpToDate I would have read one way or the other.
7  Q  So you went on PubMed and then -- it's
8  essentially a search engine, isn't it?
9  A  Uh-huh.  Uh-huh.
10  Q  Is that "yes"?
11  A  Yes.
12  Q  I'm sorry.
13  A  No.  Keep doing it.  I'll remember
14 eventually.
15  Q  So you go on PubMed and it's a search
16 engine, and then what terms do you type in for your
17 research?
18      MR. SCHANKER:  Objection, form.
19  A  You know, that was five years ago, so I
20 don't remember.  I know I looked up some general
21 stuff about breast cancer, about prognosis, about
22 HER2-positive.  When I was concerned about the
23 permanent hair loss, my best guess would have been
24 that I would have put something like "Taxotere
25 permanent hair loss."  Because if you try to do

25

1  "Taxotere hair loss" or "Taxotere alopecia," it's a
2  common temporary side effect and you get thousands
3  and thousands.  So that would be my best guess, is
4  that that's probably how I narrowed it down.
5  Q  (By Mr. Sears)  So if that search term that
6  you mentioned -- were there articles that popped up?
7  A  There were two.
8  Q  What were those?
9  A  The two articles -- and I don't remember
10 the titles, but you guys have them -- there was one
11 where they reported permanent hair loss in women with
12 a different regimen.  It was a regimen called FEC-T
13 that had Taxotere in it.  And then there was one
14 where they had 10 dermatology cases, and some of
15 those were Taxotere, but some of them were other
16 chemotherapy agents as well.
17  Q  Do you remember the names of the authors
18 for those two papers?
19  A  No.  They are in the MDL stuff, though.
20  Q  I know there's a local oncologist,
21 Dr. Sedlacek.
22  A  Uh-huh.
23  Q  Are you familiar with him?
24  A  I am.
25  Q  Did you come across any case reports or

**Page 50**

1  Q   In your review of tamoxifen articles, have
2  you seen any link to tamoxifen and hair loss?
3  A   I don't know that I can say that. I
4  know -- I don't know if I brought those actual
5  articles to Dr. Borges, but I did mention them to
6  her, and she thought that they were not well done and
7  could not be relied on.
8  Q   So is the way that tamoxifen works, it's
9  essentially an estrogen blocker?
10      MR. SCHANKER: Objection, form.
11 A   It depends what tissue it's in. It's
12 generally speaking for breast tissue an estrogen
13 blocker. In the uterus, it can actually be an
14 estrogen promoter.
15 Q   (By Mr. Sears) Is the thought for ER or PR
16 positive breast cancer is that tamoxifen is needed to
17 reduce the estrogen level in the woman's body?
18      MR. SCHANKER: Objection, form.
19 A   What was the question?
20 Q   (By Mr. Sears) I'm sorry. So your breast
21 cancer -- we should have talked about this earlier,
22 but it was ER-positive, PR-positive, and HER2-
23 positive, right?
24 A   Uh-huh.
25 Q   Yes?

**Page 51**

1  A   Yes.
2  Q   And for premenopausal women who have
3  ER-positive or PR-positive cancers, they're given
4  tamoxifen, right?
5  A   Correct.
6  Q   And the reason they're given tamoxifen is
7  because ER-positive and PR-positive cancers need
8  estrogen to grow.
9  A   Correct.
10      MR. SCHANKER: Objection, form.
11 Q   (By Mr. Sears) And so what the tamoxifen
12 does is it reduces the estrogen level in a woman's
13 body, right?
14      MR. SCHANKER: Objection, form.
15 A   I believe so.
16 Q   (By Mr. Sears) And the thought is
17 tamoxifen is needed to help prevent the cancer from
18 recurring or growing, right?
19      MR. SCHANKER: Objection, form.
20 A   That's the thought.
21 Q   (By Mr. Sears) Have you read any articles
22 about the role of lowering estrogen in a woman's body
23 in relation to hair loss?
24 A   The two -- I believe there's two articles
25 on tamoxifen and hair loss, and I believe those are

**Page 52**

1  the only two articles that I've read. And I will say
2  I did not review them for this deposition, so I don't
3  remember exactly what they said.
4  Q   One of the more overarching points of the
5  article is that tamoxifen can cause hair loss.
6       MR. SCHANKER: Objection, form.
7  A   I don't know if that is the same as
8  permanent chemotherapy-induced alopecia.
9  Q   (By Mr. Sears) Okay. Setting aside
10 permanent alopecia --
11 A   Uh-huh.
12 Q   -- do the articles conclude that tamoxifen
13 can cause hair loss while a person is taking
14 tamoxifen?
15      MR. SCHANKER: Objection, form.
16 A   I don't know that they were able to
17 conclude that. They had one woman who was an older
18 lady who suffered hair loss that they thought was due
19 to that. And I believe they had one woman who was a
20 younger woman who had hair loss, and she stopped
21 taking tamoxifen, and her hair came back. But I
22 don't know that they proved or conclusively could say
23 that it was from the tamoxifen.
24 Q   (By Mr. Sears) Have you reviewed the
25 tamoxifen label?

**Page 53**

1  A   I do not believe I have.
2  Q   Have you reviewed the Taxotere label at any
3  time?
4  A   I did review the Taxotere label.
5  Q   Have you reviewed any other labels for
6  chemotherapy drugs?
7  A   No.
8  Q   When did you review the Taxotere label?
9  A   Before chemotherapy.
10 Q   Why were you reviewing it?
11 A   Because I was specifically worried about
12 the risk of permanent alopecia.
13 Q   Did you review the chemotherapy label for
14 Herceptin?
15 A   No.
16 Q   Did you review the chemotherapy label for
17 Carboplatin?
18 A   No. I had read on UpToDate about both of
19 those, and I felt like I was fairly well informed and
20 didn't need to go back to the original data.
21 Q   After reviewing the studies that discussed
22 how there may be a link between tamoxifen and hair
23 loss, did you want to go back and look at the label
24 to see if the label warned about hair loss caused by
25 tamoxifen?

**58**

1  Q  Are you pretty close to your mom?
2  A  Very.
3  Q  What about your dad?
4  A  Less so, but we still talk on a regular
5  basis.
6  Q  Are you an only child?
7  A  Yes.
8  Q  Where did you go to high school?
9  A  Overland High School.
10 Q  Did you go on to college after that?
11 A  I did.
12 Q  Where did you go for college?
13 A  I went to Boston University for one year,
14 and then I came back and went to CU Boulder for three
15 years.
16 Q  What was your major?
17 A  When I started at Boston University, it was
18 biomedical engineering. And when I came back to the
19 University of Colorado, I did not initially know what
20 I wanted to do. I ultimately ended up doing
21 molecular, cellular, developmental biology.
22 Q  Did you go straight to medical school after
23 college?
24 A  I didn't.
25 Q  How many years in between?

**59**

1  A  One.
2  Q  What did you do for that year?
3  A  I actually worked as an EMT on an
4  ambulance.
5  Q  I'm sure you got some good stories from
6  that.
7  A  Uh-huh.
8  Q  Where did you go to medical school?
9  A  University of Colorado.
10 Q  When did you graduate?
11 A  I believe 2003.
12 Q  For medical school?
13 A  I believe so. Let me think about this. I
14 graduated high school -- oh, wait, no, that would be
15 wrong. I graduated high school in '98. So I
16 graduated college in 2002, took a year off, so I
17 would have graduated from medical school in 2007.
18 Q  Did you do a residency after medical
19 school?
20 A  I did.
21 Q  Where was that at?
22 A  At Carolinas Health Care System in
23 Charlotte, North Carolina.
24 Q  How long were you out there?
25 A  For four years.

**60**

1  Q  Did you live with anyone while you were out
2  there?
3  A  No.
4  Q  Where did you go after your four years at
5  the Carolinas Medical Center?
6  A  I moved home to Colorado.
7  Q  What was your first job after your
8  residency?
9  A  I worked at Lutheran Medical Center in
10 Wheat Ridge.
11 Q  How long were you there?
12 A  About a year and a half.
13 Q  Where did you go after that?
14 A  I got diagnosed with cancer. So while I
15 was at Lutheran, that was my primary job. And then
16 on the side, I was also working down in Trinidad and
17 for the VA. And when I got diagnosed with cancer, it
18 was my last shift at Lutheran anyways, and I stopped
19 working at Trinidad at that point because I couldn't
20 be driving four hours with cancer down there.
21    And then I still worked a little bit at the
22 VA.
23 Q  Why did you stop working at Lutheran?
24 A  I stopped working at Lutheran because it is
25 not the quality of life that I wanted to have. It is

**61**

1  a great experience for a new physician. It's very
2  busy. There's a lot of critical pathology. There's
3  a lot going on. The paramedics are calling you, the
4  ICU is calling you to come do procedures. There's a
5  lot going on.
6     But I felt the staffing was a little bit
7  dangerous at night. You'd be the only doctor on, and
8  sometimes you'd have 20-plus patients. And then the
9  ICU would call you upstairs for a cardiac arrest, and
10 you'd have to leave your ER.
11    And you'd often be over many hours in the
12 morning doing your charting. It had a lot of night
13 shifts. And I just felt like I had worked really
14 hard for a very long time and kind of thought when I
15 got through residency and fellowship that I would be
16 having a better quality of life. And it was -- I
17 just felt like I was really not happy with how much I
18 was working and the type of environment I was working
19 in.
20 Q  So you stopped working at Lutheran. You
21 were diagnosed with breast cancer.
22    And did you continue working at the VA
23 while you were being treated for --
24 A  I did.
25 Q  -- breast cancer?

Page 62

1  A  Uh-huh.
2  Q  Did you work anywhere else while you were being treated for breast cancer?
4  A  I do not believe so.
5  Q  When did you start working somewhere besides the VA?
7  A  That would have been I want to say October of 2014, and that was -- it was First Choice Emergency Room. It's the same job I have now. They've just been bought by the University of Colorado.
12  Q  So since starting at First Choice Emergency in October of 2014, have you had the same job until now?
15  A  Yes.
16  Q  Have you worked anywhere else during that time period?
18  A  Just the VA. I'm trying to think if there's any other little odds and ends that I have done, but I can't think of any.
21  Q  So you moved back to Denver after residency.
23     Have you continued living in Denver that entire time until now?
25  A  Yes.

Page 63

1  Q  Do you currently live with anyone?
2  A  No, unless you count my two parakeets.
3  Q  Have you lived with anyone since you moved back to Denver?
5  A  No.
6  Q  I think it's clear, but you're a medical doctor?
8  A  Uh-huh.
9  Q  Is that "yes"?
10  A  Yes.
11  Q  Are you an emergency room physician?
12  A  Yes.
13  Q  It's fair to say that in medicine there's a lot of specialties.
15  A  Yes.
16  Q  So let's talk about some of the specialties, and I think it's fair to say you're probably not an expert in it, but I just want to confirm with you.
20  A  Yes.
21  Q  Is it fair to say you're not a dermatologist?
23  A  No.
24  Q  And you're not a cardiologist?
25  A  No.

Page 64

1  Q  And you're not an endocrinologist?
2  A  No.
3  Q  You're not an oncologist?
4  A  No.
5  Q  You're not a psychologist?
6  A  No.
7  Q  You're not a psychiatrist?
8  A  No.
9  Q  You're not an epidemiologist?
10  A  No.
11  Q  And you're not a pharmaceutical expert?
12  A  No.
13  Q  So as an ER doctor, do you ever have to counsel your patients about risks?
15  A  I do.
16  Q  Do you counsel them about risks of medications that you prescribe for them?
18  A  I do.
19  Q  When you prescribe medication for a patient, do you read the medication's entire label before you prescribe it?
22  A  So I would say I would probably break this down a little bit here. I give -- probably the majority of the medications that I use, I give in the ER where I can watch the patient. And then there's a

Page 65

1 separate group of medications that I send the patient home that also go through the pharmacists and get a second check.
4     So during medical school, we spent a year doing pharmacology. I used to carry around little pharmacology flip cards in my car. I was always studying, always looking at the risks.
8     Now as a practicing physician, I use the same few drugs over and over again. My general practice is if it's in the ER and I'm giving the patient the medication and it always makes everyone vomit, I will tell them that. If it sometimes rarely makes people feel nauseous, I might not tell them that. Because I'm watching them, I can give them some antinausea medicine. I always try to tell people about anything potentially serious or life threatening.
18     There's a drug I use called adenosine for irregular heart rhythms, and it can rarely cause cardiac arrest. And I always tell people that before I give it to them because at the end of the day it's a free country. People are allowed to refuse, you know, as long as they have the capacity to refuse. I've had several people leave against medical advice. You know, it is a free country. If you don't want

17 (Pages 62 to 65)

Page 70

1 Also through my job at the VA, we get
2 pharmacists' notifications for anything important
3 that changes. I get several emergency medicine
4 newsletters that will often say. I also get letters
5 in the mail from manufacturers if there's been a
6 label change or something important has happened. I
7 listen to some emergency medicine broadcasts, some
8 continuing medical education.
9  So I get information from a variety of
10 sources. And then if a patient says to me, "Look,
11 I'm specifically concerned because my father took
12 this drug and had a heart arrhythmia," I might say,
13 "Oh, that's interesting. Let me go look that up for
14 you." And in that case, I would refer to the actual
15 labeling of the drug, the actual pharmaceutical
16 insert.
17  And then, of course, in my case my patients
18 are all getting these medicines from the pharmacists,
19 so they're also getting that.
20  Q So let me see if I can summarize what I
21 think you just told me.
22  Is it fair to say that you learn about
23 postmarketing side effects through a multitude of
24 sources?
25  A Yes.

Page 71

1  Q And those sources include sources that are
2 not the manufacturer?
3  A I -- yes. I would think so. Like some of
4 the podcasts and stuff, that's not usually coming
5 from the manufacturer, but I don't know if they
6 get -- where they get their information.
7  Q So I think you told me earlier that you
8 first contacted an attorney in May or June of 2014.
9  A Uh-huh.
10  Q When did you decide that you wanted to sue
11 Sanofi?
12  MR. SCHANKER: Objection, form.
13  A I don't know that I have a really good
14 answer to that. When I got onto Taxoteres and I saw
15 how many women were on there, and I saw how
16 devastating it was to everybody else and realized
17 that this must be going on a lot, I felt like there
18 was no way that this could be happening at the rate
19 it was happening and Sanofi not know. And I knew
20 that legally they are required to disclose if they
21 knew something.
22  And so, for example, if they had data that
23 showed a 7 percent risk of permanent hair loss,
24 permanent disfigurement for the rest of your life,
25 and a unique side effect that is not usually seen

Page 72

1 with any other drug, that would be something they
2 would be required to disclose.
3  And so it was at that point that I started
4 talking to my lawyer. I don't know that we made a
5 decision to sue. I don't know that we knew that
6 there was really a case there. We just started doing
7 a deep dive into the rules and regulations and the --
8 the literature around this.
9  Q (By Mr. Sears) So do you have any opinion
10 about what percentage of women in an adjuvant or
11 neoadjuvant setting are given Taxotere that go on to
12 develop persistent or permanent hair loss?
13  MR. SCHANKER: Objection, form.
14  A You know, the things that I have seen is --
15 and heard of indirectly, perhaps through my lawyers
16 about some of the details and stuff, it looks like up
17 to a 10 percent risk.
18  Q (By Mr. Sears) So your initial medical
19 oncologist was Dr. Borges?
20  A Correct.
21  Q And you started being treated with -- by
22 her in 2013?
23  A Correct.
24  Q And she had been a medical oncologist for
25 many years before that?

Page 73

1  A Many.
2  Q And she focuses on breast cancer, doesn't
3 she?
4  A Specifically in young women.
5  Q Would it be fair to say that she probably
6 sees between 100 and 200 new breast cancer patients
7 every year?
8  MR. SCHANKER: Objection to form.
9  A I don't know how many she sees. When I was
10 diagnosed, she told me that she either sees or
11 consults on hundreds a year, but she didn't clarify
12 if that was 200 or 800.
13  Q (By Mr. Sears) So let's say the five years
14 before you started being treated by Dr. Borges, let's
15 say that she saw 200 new patients a year, so in this
16 five years she would have seen 1,000 breast cancer
17 patients.
18  MR. SCHANKER: Objection, form.
19  A I don't know.
20  Q (By Mr. Sears) Let's just estimate.
21  A If you're estimating, I can't fight your
22 math.
23  Q Okay. And let's say half of those took
24 Taxotere.
25  MR. SCHANKER: Objection --

**Page 74**

1  A  I have no --
2     MR. SCHANKER: -- form.
3  A  -- idea.
4  Q  (By Mr. Sears) And then if persistent or
5  permanent rate of alopecia occurred at 10 percent --
6  A  Hold -- can I back up here a little, too,
7  though, because I see where you're going with -- or I
8  think I do.
9     She told me that she consulted on or
10 treated hundreds of women a year that got Taxotere.
11 Q  Okay.
12 A  Not just breast cancer, although it's
13 entirely possible that I remember or I didn't get her
14 statement correctly.
15 Q  I appreciate the clarification. So let's
16 say she treated 1,000 patients within those five
17 years and she gave them all Taxotere and consulted on
18 Taxotere. If there was a 10 percent rate of
19 persistent or permanent hair loss, that would have
20 been 100 patients.
21    MR. SCHANKER: Objection, form.
22 A  Correct.
23 Q  (By Mr. Sears) Did Dr. Borges tell you
24 that she had seen multiple patients who had
25 persistent or permanent hair loss from Taxotere?

**Page 75**

1  A  No.
2  Q  Does that cause you to question whether
3  it's a lower risk than 10 percent?
4     MR. SCHANKER: Objection, form.
5  A  She told me that she had either treated or
6  heard of three total cases. Of those, two were not
7  people that she ever saw after it happened. And she
8  had one person who she thought that was what had
9  happened, but they didn't know for certain that
10 that's what had happened.
11 Q  (By Mr. Sears) Is that something she told
12 you before you started your chemotherapy?
13 A  Yes.
14 Q  We'll talk more about the Taxoteres later
15 on. But let's look at this e-mail for now. It's
16 actually Exhibit 1.
17 A  Oh, yeah, I have it.
18 Q  So, again, to put this in context, this was
19 an e-mail exchange that happened after the Taxoteres
20 had a meeting with the FDA.
21 A  Okay.
22 Q  And what I want to focus on is Ms. Amy
23 Dodson's e-mail. So, essentially, she says: I want
24 to raise an idea. I can't help thinking about the
25 legal implications of what we heard today. Only the

**Page 76**

1  Department of Justice can pursue criminal claims
2  against Sanofi, but as citizens we can sue under
3  civil law for a litany of causes of action. There's
4  enough of us to qualify as a Class Action 2. The
5  issue would hinge on whether Sanofi knew or should
6  have known that permanent alopecia is a significant
7  side effect of Taxotere and whether they lied to the
8  FDA, the doctors, or the public about it. If it is
9  true that Sanofi lied about the side effects or tried
10 to cover them up, that opens up the possibility for
11 civil litigation.
12    Do you see that?
13 A  I do.
14 Q  Had you already thought of suing Sanofi
15 before Mrs. Dodson sent that e-mail?
16    MR. SCHANKER: I'm going to object to the
17 question, first of all, based on form, and also to
18 the extent that any response would cause you to
19 provide information that deals with communications
20 you had with counsel. Instruct you not to answer
21 based on attorney-client privilege.
22 A  So am I supposed to answer?
23    MR. SCHANKER: Yeah, if you can --
24    THE DEPONENT: Okay.
25    MR. SCHANKER: -- in that parameter.

**Page 77**

1  A  You know, I had been already looking
2  through everything with the -- Bob and his paralegal,
3  Bob -- "the two Bobs" as we called them. I don't
4  think that we had thought that we were going to do a
5  lawsuit. We were still exploring what was going on
6  at that point.
7  Q  (By Mr. Sears) Did this e-mail from
8  Mrs. Dodson, I guess, prompt you or further your
9  decision to file a lawsuit?
10 A  No. The Taxoteres have been very
11 understandably angry about this and there's always --
12 long before the FDA meeting there were always people
13 talking about that they had wanted to sue for this or
14 that. And they often throw in other things that they
15 want to sue this person for that or this hospital for
16 that. And I think a lot of these women just have a
17 lot of distress and a lot of confusion about what
18 happened to them. And so this did not in any way
19 affect my thoughts on the case.
20 Q  Do you know who Ms. Dodson's husband is?
21 A  I know that he is a lawyer, which I only
22 found out after the FDA meeting.
23 Q  Have you ever talked to him?
24 A  No.
25 Q  Have you ever been on the phone when he is

Page 98

1 have to do for tomorrow?"
2     I never -- it would have never, being a
3 medical doctor, it would have never crossed my mind
4 to be like, I'm not going to do the surgery or the
5 chemo.
6   Q  (By Mr. Sears)  So at that point you had
7 already decided that you were going to do the surgery
8 and you were going to do the chemo?
9     MR. SCHANKER:  Objection, form.
10   A  I think I was still waiting to find out the
11 details of what that would involve.
12   Q  (By Mr. Sears)  But if surgery or
13 chemotherapy was necessary to fight the cancer, that
14 was something that you were willing to do?
15     MR. SCHANKER:  Objection to form.
16   A  I would have to say "yes," you know.  I
17 didn't know what that would entail, and maybe I would
18 change my mind if they had said, "Oh, you need to
19 have" -- like one of the old mastectomies where you
20 take off half your chest wall or something.  Maybe I
21 would have said no to that.  Like, I think within my
22 general and very limited understanding of what
23 surgery and chemotherapy meant at that time, you
24 know, I -- I don't think I really considered not
25 doing it at that time.

Page 99

1   Q  (By Mr. Sears)  Did you make the decision
2 that you were going to do what you needed to do to
3 survive?
4     MR. SCHANKER:  Objection, form.
5   A  I think that that is probably more of a
6 layperson's term than a physician's type of a term.
7 I mean, doing what you need to do to survive means so
8 many things to different people.  There's women who
9 refuse chemo because they think it's toxic and it's
10 going to kill them.
11     I think at that point my perspective was
12 more like I'm going -- I'm going to get a second
13 opinion, I'm going to look at the literature, I'm
14 going to try to see what the best course of action
15 here would be.
16   Q  (By Mr. Sears)  Right.  So you wanted to
17 learn as much as you possibly could about breast
18 cancer, right?
19   A  I did.
20   Q  And you wanted to choose the best course of
21 action for the type of cancer that you had, right?
22   A  I did, within the bounds of the fact that I
23 was an ER doctor and I knew I wasn't going to be a
24 specialist on this.
25   Q  So do you agree that from being diagnosed

Page 100

1 with cancer, that when you don't have any other
2 options, you just do?
3     MR. SCHANKER:  Objection, form.
4   A  What was the question?
5   Q  (By Mr. Sears)  Do you agree with the
6 statement: You know from being diagnosed that when
7 you don't have any other options, you just do?
8     MR. SCHANKER:  Objection to form.
9   A  Just do what?
10   Q  (By Mr. Sears)  Fight cancer.
11     MR. SCHANKER:  Objection to form.
12   A  Are you talking specifically in relation to
13 me or . . .
14   Q  (By Mr. Sears)  Yes.
15   A  I don't think that that's a correct
16 statement.  I think a lot of people weigh the risks
17 and benefits.  And if you told me right now that I
18 had a Stage 4 ovarian cancer, being a physician and
19 knowing how bad that prognosis is, I don't know that
20 I would do chemotherapy.  I don't know that that
21 would be worth the risk to the quality of my life to
22 do that.  And even if my doctor said, "This might
23 prolong your life six months," I don't know that I
24 would -- that I would -- I think it's very situation
25 dependent.

Page 101

1   Q  Okay.  Well, let me ask you this:  In the
2 context of your breast cancer, do you agree that you
3 know from being diagnosed and when you don't have any
4 other options, you just do?
5     MR. SCHANKER:  Objection, form.
6   A  I just don't know what that context is in.
7 I see you holding some documents.  I -- I don't know
8 that I can agree with a statement I don't understand.
9   Q  (By Mr. Sears)  Okay.  Sure.  I'm handing
10 you what's been marked as Exhibit 7.
11     (Exhibit 7 was marked.)
12   Q  (By Mr. Sears)  It's an e-mail exchange
13 between you and Ms. Christie Hagenberger.
14   A  Yeah.
15     MR. SCHANKER:  Is there a question pending?
16     MR. SEARS:  I'm happy to ask a question.
17 My understanding is you were going to make her read
18 it.
19     MR. SCHANKER:  Oh.  I was assuming you were
20 going to ask a question.  I want to make sure you
21 were going to --
22     MR. SEARS:  Yes.
23     MR. SCHANKER:  -- specifically.
24     Okay.  Go ahead and review the document in
25 its entirety, if you would, please, Dr. Gahan.  It's

26 (Pages 98 to 101)

```
                                         214
 1    Q  Do you currently have neuropathy?
 2    A  I used to, but I would say it's probably 99
 3  percent gone now.
 4    Q  Were you ever told that the risk of
 5  neuropathy is higher with Taxol than Taxotere?
 6    A  Yes.
 7    Q  Did that play any role in your
 8  chemotherapy-related decisions?
 9    A  No.  I wasn't very worried about
10  neuropathy.  I deal with it all the time in the ER,
11  and it wasn't high on my list of things that I was
12  worried about.
13    Q  Were you warned that you could get hearing
14  loss from chemotherapy?
15    A  I knew that it was a possibility with any
16  drug.  I know on the Taxotere, the prescribing
17  information, it does say that.
18    Q  Do you have any hearing loss that you
19  attribute to chemotherapy?
20    A  Well, we don't know.  Ever since
21  chemotherapy ended I've had ringing in my right ear
22  and I have decreased hearing in both ears.  But when
23  I was a little kid I used to get ear infections and
24  had tubes in my ears.  The drugs that I was given are
25  not common ones to cause hearing loss, so I have seen
```

```
                                         215
 1  ear, nose, and throat about this, actually two
 2  different doctors, and they don't know.  They think
 3  it may be.
 4    Q  So to summarize, you were warned that you
 5  could have heart disease, you could have leukemia,
 6  you could potentially have death, you could have
 7  neuropathy, you could have hearing loss.
 8       You were on notice that you could have some
 9  pretty significant side effects from chemotherapy,
10  right?
11       MR. SCHANKER:  Objection, form.
12    A  Yes.
13    Q  (By Mr. Sears)  And you were willing to
14  accept those risks?
15    A  Yes.
16    Q  And that's because your mind-set at the
17  time was that you wanted to survive cancer.
18       MR. SCHANKER:  Objection, form.
19    A  I wouldn't say that.  I would say that many
20  of the risks of chemotherapy are the same.  You know,
21  you get neuropathy, you get vomiting, those kinds of
22  things.  I took chemotherapy to decrease my risk of
23  reoccurrence, but it was never a guarantee that I was
24  going to survive cancer.
25    Q  (By Mr. Sears)  Were you willing to accept
```

```
                                         216
 1  the risks of chemotherapy because you wanted to do
 2  everything you could to increase your chances of
 3  surviving chemotherapy?
 4       MR. SCHANKER:  Objection, form.
 5    A  I would say in my specific case, I felt
 6  like the benefit outweighed the risk.  Now, I didn't
 7  have any disease in the nodes or metastatic disease,
 8  and so I knew that I was getting a benefit from the
 9  chemotherapy, but I also knew that in Dr. Borges's
10  own words, the cancer was completely gone.  And so it
11  would not have been completely unreasonable for me to
12  not do chemotherapy.  Even 10 years ago women with
13  disease as small as mine, they didn't do chemotherapy
14  on.
15       So I think when I looked at the risks, I
16  felt like they were -- they were within the
17  risk-benefit profile that I was willing to accept.
18    Q  (By Mr. Sears)  You mentioned that with
19  cancers as small as yours there were women who were
20  choosing not to get chemotherapy 10 years ago?
21    A  Yes.
22       MR. SCHANKER:  Objection, form.
23    A  Yes.  They weren't choosing, they weren't
24  being offered.
25    Q  (By Mr. Sears)  Is that also true for
```

```
                                         217
 1  HER2-positive cancers?
 2    A  Back then they didn't appreciate the HER2.
 3  Now if you're HER2 negative and you have one of those
 4  tiny little tumors, even now you don't need
 5  chemotherapy for that.  But since they've discovered
 6  the HER2, they realize that there's a higher risk for
 7  reoccurrence.  And so women do elect not to do
 8  chemotherapy and they'll just do Tamoxifen and
 9  Herceptin.  And there's actually some thought that
10  that may be as good.  We just don't know that for
11  sure yet.
12    Q  The reason you wanted to take chemotherapy
13  was in the event that there were cancer cells still
14  circulating in your body.
15    A  Correct.
16    Q  And I think we talked about earlier how you
17  asked Dr. Borges if there was a risk of permanent
18  alopecia from Taxotere before you took chemotherapy,
19  right?
20    A  I did.
21       MR. SCHANKER:  Objection, form.
22    Q  (By Mr. Sears)  And she told you that it
23  was a rare risk, right?
24       MR. SCHANKER:  Objection, form.
25    A  I don't know that I would say she told me
```

**Page 218**

1  it was a rare risk. She told me she had heard of
2  three possible people. I don't know that those in
3  any way were ever confirmed. I think she felt like
4  out of an abundance of caution she was going to give
5  me everything she possibly knew about it.
6      Q   (By Mr. Sears) Do you recall an e-mail
7  exchange between you and Dr. Borges and a woman named
8  Julie about hair extensions?
9      A   Yes.
10     Q   Was Julie one of Dr. Borges's prior
11 patients?
12     A   That was the one person that she had
13 treated whose hair didn't grow back and she continued
14 to follow.
15     Q   And was Julie treated with Taxotere?
16     A   She was. Her course is a little more
17 complicated because she has metastatic disease. So
18 she continues to get Herceptin. And certainly her
19 treatment was a little different than mine, but her
20 hair did not grow back after chemotherapy.
21     Q   And Julie was treated by Dr. Borges in
22 about 2009, right?
23         MR. SCHANKER: Objection, form.
24     A   I don't know. I think it was about five
25 years before I was treated, but I don't know that for

**Page 219**

1  certain.
2      Q   (By Mr. Sears) And you were treated in
3  2013?
4      A   Correct.
5      Q   So who is Shirley Ledlie?
6          MR. SCHANKER: Objection, form.
7      A   Shirley Ledlie is a little troublemaker
8  from across the pond. Shirley Ledlie was treated
9  with Taxotere a long time ago and lost her hair, and
10 she's one of the -- I believe she's one of the
11 original Taxoteres. But she has also done a lot of
12 other things, like writing to Sanofi, and she crashed
13 their Web site like with people after she posted the
14 picture of her bald head. That's Shirley.
15     Q   (By Mr. Sears) Is Shirley still a member
16 of the Taxoteres?
17         MR. SCHANKER: Objection, form.
18     A   I don't believe so. I when I was reviewing
19 things for this deposition saw an e-mail where she
20 said she was going to sign off. We occasionally have
21 that happen because there's so many e-mails that go
22 back and forth in the group and, you know, every day
23 it's traumatic already. And I think some of the
24 women can't handle the, you know, every time you open
25 your e-mail there's a Taxotere thing.

**Page 220**

1          So my belief is that Shirley left the
2  group, but I don't know that for certain.
3          (Exhibit 17 was marked.)
4      Q   (By Mr. Sears) All right. I'm going to
5  hand you Exhibit 17, and it's an e-mail from Shirley
6  Ledlie, it looks like to the Taxoteres.
7      A   Okay.
8          MR. SCHANKER: 17.
9          MR. SEARS: Yes, sir. I think I
10 skipped 12. I'm not good at chronological numbering.
11         (The deponent is reviewing the document.)
12     A   Okay.
13     Q   (By Mr. Sears) Have you had a chance to
14 review it?
15     A   I have.
16     Q   So this is Shirley Ledlie, and she wrote:
17 I knew it was my onc's fault for not informing me
18 with the info that was already out there.
19         Do you see that?
20     A   I see that.
21     Q   And what she's referring to is it's her
22 oncologist's fault for not telling her about the risk
23 of persistent or permanent alopecia from Taxotere.
24     A   Okay.
25     Q   Do you agree with her that the info was

**Page 221**

1  already out there?
2          MR. SCHANKER: Objection, form.
3      A   I have no idea. I think she was treated in
4  France. I subsequently found out through my legal
5  team -- and this may be attorney-client -- that the
6  labeling was different in Europe than it was in the
7  United States. And, of course, I can't in any way
8  speak to the conversations between her and her
9  doctor. I know when things go wrong in medicine, the
10 doctor often gets blamed whether it's their fault or
11 not.
12     Q   (By Mr. Sears) Do you blame Dr. Borges at
13 all?
14     A   No. 100 percent no. Dr. Borges is a very
15 strong advocate for women, and I think if --
16 Dr. Borges is not one to sugarcoat the truth, and I
17 think if Dr. Borges knew that there was a significant
18 risk, if she had Sanofi's data that showed 7 percent
19 risk or something, she would have 100 percent shared
20 that with me.
21     Q   You keep on referring to Sanofi's data.
22         Have you read something or reviewed
23 something that said that they had this information?
24         MR. SCHANKER: Objection, form.
25     A   I've been told that this kind of

## Page 222

1 information has been dug up during the case. I don't
2 know firsthand of it.
3    Q   (By Mr. Sears) So you have no firsthand
4 knowledge of what the percentage of persistent or
5 permanent alopecia is with Taxotere, do you?
6        MR. SCHANKER: Objection, form.
7    A   I don't think anyone really does. I don't
8 know that I can say that I definitively do. I think
9 there have been studies that showed a varying
10 incidence of it, and most important for me is that
11 that incidence is not zero.
12    Q   (By Mr. Sears) And you have no firsthand
13 knowledge of Sanofi doing anything wrong, do you?
14        MR. SCHANKER: Objection, form.
15    A   There's stuff that my lawyers have shared
16 with me that I do not feel like I'm at liberty to
17 disclose.
18    Q   (By Mr. Sears) So Mrs. Ludley was treated
19 quite a few years before you were, right?
20    A   Yes.
21        MR. SCHANKER: Objection, form.
22    Q   (By Mr. Sears) And according to
23 Mrs. Ludley, at least, the information about Taxotere
24 causing persistent or permanent hair loss was out
25 there by that time.

## Page 223

1        MR. SCHANKER: Objection, form.
2    A   I have no idea what she was talking about
3 when she said that. She was one of the very first
4 women that this happened to.
5    Q   (By Mr. Sears) At least according to this
6 e-mail from Shirley Ludley, she felt like at the time
7 that she was treated, the information about
8 persistent or permanent alopecia and Taxotere was
9 already out there.
10        MR. SCHANKER: Objection, form.
11    A   That's her opinion. I don't have any
12 objective data to back that up.
13    Q   (By Mr. Sears) In another one of
14 Mrs. Ludley's e-mails, she refers to something as a
15 Red Doctor's Bible.
16        Do you know what that is?
17        MR. SCHANKER: Objection, form.
18    A   No, I don't. I would anticipate that
19 that's something that's used in Europe, but I do not
20 know.
21    Q   (By Mr. Sears) And in the e-mail she noted
22 that the risk of permanent alopecia from Taxotere has
23 been in the Red Doctor's Bible since 2015.
24        Does that ring any bells for you?
25    A   It doesn't.

## Page 224

1        MR. SCHANKER: Objection, form.
2        (Pause.)
3        MR. SEARS: Too much paper.
4        (Exhibit 18 was marked.)
5    Q   (By Mr. Sears) All right. I'm handing you
6 what's been marked as Exhibit 18, and it's posts that
7 appear to be made by someone with the screen name
8 Taxotere Made Me Bald.
9    A   Yes.
10    Q   Is that you?
11    A   Yes.
12        (The deponent is reviewing the document.)
13    A   Okay.
14    Q   (By Mr. Sears) So in these posts, one of
15 them you write: I think a lot of women given all the
16 risks/benefits would still choose to take Taxotere,
17 but others would choose not to.
18        MR. SCHANKER: Objection, form.
19    A   I think people make different decisions
20 based on what concerns them the most. So, yes.
21    Q   (By Mr. Sears) That is something that you
22 wrote?
23    A   Yes.
24    Q   So what are the benefits of Taxotere?
25        MR. SCHANKER: Objection, form.

## Page 225

1    A   Well, I think in my mind the biggest one is
2 cardiomyopathy. If you're a 65-year-old woman with
3 hypertension and diabetes and prior myocardial
4 infarction, maybe the hair doesn't matter that much
5 to you anymore. Maybe you're married and have
6 grandkids, and maybe your hair is kind of bad
7 anyways, and it's not important to you. And maybe
8 you're not just at a 5 percent risk of
9 cardiomyopathy, maybe your real risk is truly closer
10 to 10 percent, you know.
11        I think there's definitely -- you know,
12 maybe you have diabetes and you have horrible
13 peripheral neuropathy already and you just couldn't
14 stand more, you know. I don't -- I mean, I think
15 people make all kinds of different decisions based on
16 their own values and their own understanding of the
17 facts.
18        And I think I wanted to convey to people I
19 wasn't advocating that the drug be pulled from the
20 market. I was advocating that women be warned of all
21 the risks.
22    Q   (By Mr. Sears) And you're not advocating
23 that it's pulled from the market because you think
24 it's an effective chemotherapy drug?
25        MR. SCHANKER: Objection, form.

**Page 226**

1  A   It is an effective chemotherapy drug.
2  However, there's many other effective chemotherapy
3  drugs. Just because a drug works doesn't mean that
4  the company can hide adverse events.
5      MR. SEARS: I object and move to strike the
6  last line of that as nonresponsive.
7  Q   (By Mr. Sears) So you also wrote in here
8  that, I had spoken with my physician before getting
9  TCH about the risk of permanent hair loss and was
10 assured the risk was very small.
11 A   Yes.
12 Q   So your physician did tell you that there
13 was at least some risk of permanent hair loss from
14 the TCH regimen, right?
15 A   She'd had that one woman that she knew for
16 sure had lost her hair.
17 Q   Then you wrote when discussing the regimens
18 that you would have never taken the chance and would
19 have done cold caps or a different regimen, right?
20 A   Yes.
21 Q   So would you take the TCH regimen with a
22 cold cap now?
23 A   You know, I don't know. I think there's
24 been no data that cold caps prevent alopecia. This
25 issue has never been studied. We don't know what's

**Page 227**

1  causing the permanent alopecia. It could be
2  something that would not be prevented by the cold
3  caps. And so in my mind by the time I actually had
4  chemo I felt like there was no risk of this happening
5  and that the cold caps were only to prevent temporary
6  hair loss.
7      Of course, afterwards do you go back and
8  have agonizing thoughts of, "Well, what if I used the
9  cold caps? Would that have prevented it?" And, of
10 course, I had those agonizing thoughts. But there's
11 no data. And I think I would not -- if I was
12 advising somebody going through it now in my exact
13 same situation, I would not advise them that the cold
14 caps could keep them from losing their hair
15 permanently. I might say there's a lower risk, but
16 nobody knows that.
17 Q   And I think in the answer you said after
18 making decisions, you have some agony over those
19 decisions.
20     Did I hear that correctly?
21     MR. SCHANKER: Objection, form.
22 A   You know, I think when something bad
23 happens, you blame -- when something really
24 catastrophic happens, you question everything. I've
25 thought a lot about this and, you know, I always

**Page 228**

1  think, "Well, what if you got in a bad car accident
2  on your way to work and it ended up being that you
3  had stopped to get a bottle of water on your way.
4      "Would you later blame yourself for getting
5  that bottle of water? Yes. Does that mean doing
6  that is what caused the accident? No."
7      And I think after this happened, I was
8  extremely distraught.
9  Q   (By Mr. Sears) Is it easy to second-guess
10 decisions once you know the outcome of what those
11 decisions are?
12     MR. SCHANKER: Objection, form.
13 A   I don't know that it's easy to second-guess
14 things. I think we always -- the path is always
15 clear in hindsight, but I think the problem in this
16 case was that I wasn't given the information.
17     Would I change things based on what I know
18 now? Yes. Would I do the same thing over again
19 based on what I knew then? Yes.
20 Q   (By Mr. Sears) When I was asking you about
21 your opinion on whether Taxotere should stay in the
22 market, I think you said something about how there's
23 lots of different chemotherapy drugs available,
24 right?
25 A   There are.

**Page 229**

1  Q   Would you agree that even within the
2  category of taxanes, some people respond differently
3  to Taxotere and some people respond differently to
4  Taxol?
5      MR. SCHANKER: Objection, form.
6  A   I don't know that for certain, but it seems
7  logical.
8  Q   (By Mr. Sears) For instance, Taxol is
9  approved for certain types of cancer that Taxotere is
10 not approved for.
11     Are you aware of that?
12 A   I am.
13 Q   So does that indicate to you that the drugs
14 would have different mechanisms of action?
15     MR. SCHANKER: Objection, form.
16 A   No.
17     MR. SCHANKER: Form.
18 A   It just indicates to me that somebody did a
19 study on that particular cancer and that particular
20 drug. You know that someone got a grant from the NIH
21 to study Taxotere and prostate cancer, whereas the
22 Taxol people didn't get a grant. All it indicates to
23 me is that somebody studied it for that indication,
24 not that somebody hasn't studied, you know, the other
25 drug maybe nobody ever looked at.

**250**

1   Q  (By Mr. Sears) Would you agree that it
2   would be well less than 1 percent?
3       MR. SCHANKER: Objection, form.
4   A   I don't know that anybody has ever -- you
5   know, there have been some retrospective studies.
6   The two that I saw, they didn't really think it was
7   from using the cold cap. So I don't know even if
8   there's any data to suggest that using the cold cap
9   would cause a scalp met.
10  Q  (By Mr. Sears) I'm handing you what's
11  marked as Exhibit 21.
12      (Exhibit 21 was marked.)
13  Q  (By Mr. Sears) And it's a March 28, 2013
14  encounter you had with Dr. Borges.
15  A   This is not with Dr. Borges. This is
16  actually with her nurse practitioner.
17  Q   Thank you for correcting that.
18      (The deponent is reviewing the document.)
19  A   Yes.
20  Q  (By Mr. Sears) So it notes in the
21  subjective portion of that record that she is also
22  not looking forward to losing her hair but has
23  decided the process of hair preservation was not
24  worth the risk of leaving circulating tumor cells in
25  her body.

**251**

1       Did I read that correctly?
2   A   You did, and I don't think it's
3   contradictory to what I just said. I was willing to
4   lose my hair for four months to eliminate any
5   possibility of circulating tumor cells and to avoid
6   the hassle and expense of using the cold caps.
7       I think by the time that I was actually
8   given chemo on this date, I didn't believe that there
9   was a risk of permanent alopecia, and I thought the
10  cold caps were probably safe, and I thought they were
11  probably okay to use, and Dr. Borges said to use them
12  if I wanted to; but in my mind, looking at the risk
13  versus benefit on this, lose your hair for four
14  months while you're already going through chemo and
15  you're not really going out of the house much, versus
16  maybe theoretically there's some possibility of
17  leaving circulating tumor cells, that was to me a
18  decision that I decided favored not doing the cold
19  caps.
20      Can you look back on that and say, Maybe if
21  I did the cold caps, things would have gone
22  differently? I don't think you can because we don't
23  know what causes the permanent alopecia.
24  Q   So the bottom line is you were not willing
25  to accept the potential risk of a scalp met from

**252**

1   using a cold cap?
2       MR. SCHANKER: Objection, form.
3   A   I don't know that I would say it was a
4   scalp met. I would say there was a theoretical
5   concern of circulating tumor cells. My doctor said
6   that she didn't believe that that was possible, that
7   she did not believe I had circulating tumor cells.
8   But when I looked at this, I thought, "I can live
9   without my hair for four months. I'm going to be
10  sick. I'm going to be at home. I'm going to be
11  going through chemotherapy."
12      I did, the night before chemotherapy, call
13  Dr. Wares, and I was kind of in a panic; and I told
14  her, "What if I don't like living with short hair?"
15  And she was like, "You know what, you can always get
16  extensions." And I was like, "You know what, she's
17  right. Like within a month or two of stopping
18  chemotherapy, I'll probably have enough to get
19  extensions."
20      And so for me the fact that it was going to
21  be something that was coming over from Europe, that
22  we were going to have to get all this dry ice, drag
23  it over every day, that it was going to be several
24  thousand dollars, that it was going to prolong the
25  chemotherapy time because we'd have to be changing

**253**

1   all these different caps out, to me it just didn't
2   seem worth the hassle.
3   Q   (By Mr. Sears) We also looked at the
4   language about deciding that hair preservation isn't
5   worth the risk of tumor cell circulation. So, in
6   other words, one of your concerns was that you didn't
7   want to leave any circulating tumor cells, right?
8   A   It certainly was one of my concerns.
9   Q   So would you agree that the increased risk
10  of cardiac disease from an Adriamycin-containing
11  regimen is more than the risk of a scalp met from
12  using a cooling cap?
13      MR. SCHANKER: Objection, form.
14  A   I don't know that I agree that there's a
15  risk of scalp met at all from using the cooling cap.
16  Q   (By Mr. Sears) So the risk of getting
17  heart disease from Adriamycin is higher than any
18  potential risk of getting a scalp met from a cooling
19  cap.
20  A   Can you --
21      MR. SCHANKER: Same objection.
22  A   -- repeat that?
23  Q   (By Mr. Sears) Sure. So if I understand
24  you correctly --
25  A   Sorry. I'm just getting tired here.

**Page 254**

1  Q    It's been a long day.
2       Are you okay to keep on going?
3  A    Yes.
4  Q    Okay. So if I understand you correctly,
5  you think there is essentially no risk from getting a
6  scalp met from using a cooling cap, right?
7  A    I don't know whether there is or not, but
8  from the data I saw it did not appear that there was.
9  Q    And there is an increased risk of heart
10 disease from using Adriamycin, right?
11      MR. SCHANKER: Objection, form.
12 A    Yes.
13 Q    (By Mr. Sears) All right. So you started
14 chemotherapy on March 28th, 2013.
15 A    Correct.
16 Q    And you took six cycles of Taxotere and
17 Carboplatin?
18 A    Yes.
19 Q    And you ended your chemotherapy of Taxotere
20 and Carboplatin on July 11th, 2013.
21 A    Correct.
22 Q    But you continued taking Herceptin?
23 A    Yes.
24 Q    And you ended taking Herceptin on April
25 14th, 2014?

**Page 255**

1  A    That sounds about right.
2  Q    So do you have any ongoing side effects
3  from chemotherapy?
4  A    I do. The first couple of years after
5  chemo I had pretty bad fatigue that I have -- it's
6  mostly gone, but I still have some fatigue. The
7  neuropathy is essentially gone. Sometimes if I
8  overexert myself, I'll get a little tingling in one
9  of my feet. I have the ringing in my ear, which
10 we've never been able to say for certain is because
11 of the chemotherapy. But my biggest ongoing problem
12 from the chemotherapy is the hair loss.
13 Q    You mentioned fatigue. Did Dr. Borges
14 order you to take some time away from work because of
15 fatigue?
16 A    She did.
17 Q    How long did you take time away from work?
18 A    I think she said six weeks, and I did.
19 Q    You went back to work after the six weeks?
20 A    Yes.
21 Q    And did you continue working after that?
22 A    Yes.
23      MR. SEARS: Thank you.
24      MS. NICHOLAS: Yeah.
25 Q    (By Mr. Sears) So I'm handing you what's

**Page 256**

1  been marked as Exhibit 22.
2       (Exhibit 22 was marked.)
3  Q    (By Mr. Sears) And it's a visit you had
4  with Dr. Borges on April 18th, 2013.
5       (The deponent is reviewing the document.)
6  A    Okay.
7  Q    (By Mr. Sears) So, basically, Dr. Borges
8  notes that you have been doing some research.
9  A    Uh-huh.
10 Q    And she noted that: She had some expected
11 concerns and fears of occurrence that are a bit
12 magnified by her physician status and ability to read
13 on her own and get into literature that is sometimes
14 outdated and not as hopeful as current regimens
15 provide.
16      Right?
17 A    That's what she says.
18 Q    Do you agree with that?
19 A    I do agree that she says that.
20 Q    Do you agree that that's what you were
21 feeling?
22 A    That --
23      MR. SCHANKER: Objection, form.
24 A    Do I agree that that's what I was feeling?
25 No. I think it is perfectly reasonable when you're

**Page 257**

1  facing a cancer diagnosis to try to figure out what's
2  your potential for reoccurrence and what's the
3  survival statistics. Those are probably magnified by
4  the fact that I'm a doctor . . .
5  Q    (By Mr. Sears) Okay. So even now after
6  starting your chemotherapy you were still having
7  concerns about cancer reoccurrence?
8  A    Yes.
9  Q    And you were still having concerns about
10 potentially dying from cancer?
11 A    Yes.
12 Q    And so your thought at the time and your
13 thought when you were choosing chemotherapy is you
14 wanted to choose the treatment option that would best
15 ensure your survival rate.
16      MR. SCHANKER: Objection, form.
17 A    I think we've been over this question quite
18 a few times today. And my answer is still that not
19 only was I worried about survival, but I was worried
20 about long-term quality of life and to be able to
21 follow through with the hopes and dreams that I had.
22      (Exhibit 23 was marked.)
23 Q    (By Mr. Sears) I'm handing you Exhibit 23,
24 and it's a September 24th, 2013 office note from a
25 surgical oncologist.

278

1 Q (By Mr. Sears) Do you believe your
2 suicidal thoughts were irrational?
3     MR. SCHANKER: Objection, form.
4 A Hum. On one hand, as somebody who has
5 survived a lot of really bad things, I can say that I
6 don't think suicidal thoughts are ever rational.
7 That there is always some joy and hope in life. But
8 as somebody who was at that time in such excruciating
9 agony, at that time it made sense to me.
10 Q (By Mr. Sears) This record also notes that
11 you're categorically unwilling to take an
12 antidepressant at this time, even though Dr. Borges
13 told you that you need one.
14 A So what I didn't tell Dr. Borges because I
15 was afraid of being involuntarily hospitalized is
16 that the citalopram in addition to causing me to
17 oversleep and miss the E.R. shift made my depression
18 worse, and it made my suicidality worse.
19     And I didn't want to tell her that because
20 there's very few antidepressants that are safe with
21 tamoxifin, and I knew this was one of them, and I was
22 afraid that if I told her that my suicidality had
23 worsened, that she would involuntarily hold me.
24 And -- yeah.
25 Q It also notes that you were set to see a

279

1 therapist on Friday.
2     Which therapist is that?
3     MR. SCHANKER: Objection, form.
4 A I believe that must have been probably Amy
5 Gorsline.
6 Q (By Mr. Sears) What did you and Amy talk
7 about?
8 A The hair loss, endlessly.
9 Q Did she have any advice for you?
10 A I don't remember. Looking back, I'm sure
11 she did have advice for me. I would mostly go sit in
12 her office and cry, and I don't really remember. I'm
13 sure she said things to try to help or to try to
14 do --
15     Oh, one time she did tell me to put covers
16 over all the mirrors and reflective surfaces in my
17 house because it was really distressing to see
18 myself. But it's obviously really hard to function
19 in a house that has all the mirrors and reflective
20 surfaces covered up, so I never tried that.
21 Q Did you see Dr. Borges again on April 24,
22 2014?
23     MR. SCHANKER: Objection, form.
24 A I believe that sounds right.
25     (Exhibit 30 was marked.)

280

1 Q (By Mr. Sears) I'm marking that encounter
2 as Exhibit 30.
3     (The deponent is reviewing the document.)
4 A Okay.
5 Q (By Mr. Sears) So it notes that you
6 maintain no real desire or ability to move forward in
7 terms of adaptation or coping and remains very stuck
8 in thinking of the "what ifs" and hoping for an
9 improvement in her hair growth.
10     Did I read that correctly?
11 A Yes.
12 Q Why were you unwilling to move forward?
13     MR. SCHANKER: Objection, form.
14 A Because I couldn't accept that this was
15 going to be the way I was going to look for the rest
16 of my life.
17 Q (By Mr. Sears) What "ifs" were you
18 thinking about?
19 A What if I had never been diagnosed with
20 cancer? What if they'd never found the cancer?
21 There was -- like what if I had gone to the doctor
22 sooner and they found the cancer? What if it wasn't
23 HER2-positive and I didn't need the chemotherapy?
24 What if I took the chemotherapy at a different time?
25 What if I hadn't done IVF right before the

281

1 chemotherapy? You know, endless "what ifs."
2 Q Were you having difficulty accepting
3 reality at that time?
4     MR. SCHANKER: Objection, form.
5 A I would say I refused.
6 Q (By Mr. Sears) It also notes that you
7 shared with Dr. Borges today that you believe that
8 Dr. Borges forced you to take the TCH regimen and
9 told you that you could not have the AC chemo.
10     And then it says: I reviewed with Kelly
11 that both regimens had been offered to her, and
12 though I very much did support her choice of the TCH
13 regimen, at no time would I have blocked her from
14 taking the other regimen had she wanted to.
15 A That's what the note says.
16 Q Do you agree that you were offered both
17 regimens?
18 A I believe that she presented two regimens.
19 She was always in favor of the Taxotere. I don't
20 know that I -- that she ever said to me specifically:
21 "Which regimen do you want?" I think her -- she was
22 like, "My recommendation is to do the TCH." And then
23 later on when I expressed doubts about various
24 things, I don't think she ever got from me that I was
25 having concerns about doing the TCH.

71 (Pages 278 to 281)