# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## FOURTH AMENDED PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I.    CORE CASE INFORMATION

Attorney Information

Please provide the following information for the civil action that you filed:
1.  Caption:  Kelly Gahan v. Sanofi S.A., et al
2.  Court and Docket No.:  USDC E.D.La 16-15283
3.  MDL Docket No. (if different):  16-2740

4.  Date Lawsuit Filed:  <u>December 21, 2015</u>

5.  Plaintiff's Attorney:  <u>J. Kyle Bachus</u>

6.  Plaintiff's Law Firm:  <u>Bachus & Shanker, LLC</u>

7.  Attorney's Address:  <u>1899 Wynkoop St., Suite 700</u>
<u>Denver, CO 80202</u>

8.  Attorney's Phone Number:  <u>(303) 893-9800</u>

9.  Attorney's Email Address:  <u>kyle.bachus@coloradolaw.net</u>

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10.  Name:  <u>GAHAN, KELLY</u>

11.  Street Address:

12.  City:

13.  State:

14.  Zip code:

15.  Date of Birth:

16.  Place of Birth:

17.  Social Security Number:

18.  Maiden or other names you have used or by which you have been known:

19.  Sex:  Male:  ☐  Female:  ☒

20.  Race:

| Race | Yes |
|------|-----|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☐ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☒ |

21.  Ethnicity:

| Ethnicity | Yes |
|-----------|-----|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22.  Primary Language:  <u>English</u>

Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name: <u>N/A</u>

24. Address:

25. Capacity in which you are representing the individual:

26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

      a) State:

      b) Court:

      c) Case Number:

27. Relationship to the Represented Person:

28. State the date of death of the decedent: <u>--/--/----</u>

29. State the place of death of the decedent:

30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes ☐ No ☒

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.   PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1. Are you currently:  Married: ☐  Single: ☒  Engaged: ☐
   Significant other: ☐  Divorced: ☐  Widowed: ☐  Same sex partner: ☐

2. Have you ever been married?  Yes ☐  No ☒

3. If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| | --/--/---- | --/--/---- | |

Education

4. For each level of education you completed, please check below:
   High School: ☒  Vocational School: ☐
   College:  AA: ☐  BA/BS: ☒  Masters: ☐ PhD: ☐  M.D.: ☒
   Other:

Employment

5. Are you currently employed? Yes ☒  No ☐

6. If yes, state the following:

    a) Current employer name:  University of Colorado

    b) Address:  12605 E.16th Avenue
                  Aurora, CO 80045

    c) Telephone number:  (303) 848-0000

    d) Your position there:  ER Physician

7. Are you making a claim for lost wages or lost earning capacity?

    Yes ☒  No ☐

8. Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual Gross Income | Your Position |
|---|---|---|---|---|
| Department of Veterans Affairs Denver UA Medical Center | 1055 Clermont Street Denver, CO 80220 | 06/??/2012 to --/--/---- ☒ Present | 12: 44,961 13: 51,854 14:135,104 15: 73,707 16: 38,326 17: 43,456 | ER Physician |
| Carolinas Medical Center | 1000 Blythe Blvd Charlotte, NC 28203 | 07/??/2007 to 06/??/2011 ☐ Present | 10: 53,117 11:38,678 | Emergency Medicine Resident and Attending ER Physician |
| Ergentus | 8300 W. 38th Ave. Wheatridge , CO 80033 | 07/??/2011 to 01/??/2013 ☐ Present | 11:100,837 12:121,357 13: 14,256 | Attending ER Physician |
| Innova Emergency Medical Associates | 700 N. Colorado Blvd. Ste 109 Denver, CO 80206 | 12/13/2011 to 01/15/2013 ☐ Present | 12: 62,662 13: 4,747 | Attending ER Physician |
| Adeptus UCHealth Emergency Room | 25551 E Smokey Hill Rd. Aurora , CO 80016 | 10/??/2014 to --/--/---- ☒ Present | 14:12,359 15: 227,060 16:360,655 17:404,869 | ER Physician |
| Emergency Medical Physicians | 4535 Dressler Road NW Canton, OH 44718 | ??/??/2010 to 07/??/2011 ☐ Present | 10: 7,840 11: 28,320 | Emergency Room Physician |

9. Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes ☐  No ☒

10. If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
|  | --/--/---- to --/--/---- ☐ Present |  |

YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORIZATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST WAGES OR LOST EARNING CAPACITY DAMAGES.

### Worker's Compensation and Disability Claims

11. Within the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

    Yes ☐  No ☒

12. If yes, then as to EACH application, please state the following:

| Year Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
|  |  |  |  |  |

### Military Service

13. Have you ever served in any branch of the military?  Yes ☐  No ☒

14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
|  | --/--/---- to --/--/----<br>☐ Present |

15. If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes ☐  No ☐

16. If yes, state the condition:

### Other Lawsuits

17. Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes ☐  No ☒

### Computer Use

18. Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes ☒  No ☐

19. If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
| Breastcancer.org | taxoteremademebald | 01/12/2014 | Advisement to others |
| Breastcancer.org | taxoteremademebald | 01/15/2014 | Advisement to others |
| Breastcancer.org | taxoteremademebald | 09/2/2014 | Distress |
| Breastcancer.org | taxoteremademebald | 01/19/2014 | Advisement to others |
| Breastcancer.org | taxoteremademebald | 01/26/2014 | Advisement to others |
| Breastcancer.org | taxoteremademebald | 02/6/2014 | Advisement to others |
| Breastcancer.org | taxoteremademebald | 02/13/2014 | Advisement to others |
| Breastcancer.org | taxoteremademebald | 09/2/2014 | Distress |
| Breastcancer.org | taxoteremademebald | 06/3/2015 | Advisement to others |
| Taxotears Google Group | bluermedic | 02/14/2014 | Advisement to others |

20.  Are you now or have you ever been a member of an alopecia support group?
Yes ☒  No ☐

    a)  If yes, identify the group by name:  <u>Taxotears</u>

    b)  When did you join the group?  <u>2/14/2014</u>

## III.   <u>PRODUCT IDENTIFICATION</u>

**I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE ® OR OTHER DOCETAXEL: Yes ☒  No ☐**

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

    1.  Were you treated with brand name Taxotere ®?  Yes ☐  No ☒ Unknown ☐

Other Docetaxel

    2.  Were you treated with another Docetaxel or generic Taxotere®?  Yes ☒  No ☐

    3.  If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | ☒ |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | ☐ |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | ☐ |
| Docetaxel – Pfizer Inc. | ☐ |
| Docetaxel – Sandoz Inc. | ☐ |
| Docetaxel – Accord Healthcare, Inc. | ☐ |

| Name of Drug | Yes |
|---|---|
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | ☐ |
| Docefrez – Sun Pharma Global FZE | ☐ |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | ☐ |
| Docetaxel – Teva Parenteral Medicines, Inc. | ☐ |
| Docetaxel – Dr. Reddy's Laboratories Limited | ☐ |
| Docetaxel – Eagle Pharmaceuticals, Inc. | ☐ |
| Docetaxel – Northstar Rx LLC | ☐ |
| Docetaxel – Sagent Pharmaceuticals, Inc. | ☐ |
| Unknown | ☐ |

4. **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

**I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records: ☐**

## IV.   MEDICAL INFORMATION

Vital Statistics

1. How old are you: <u>39</u>

2. Age at the time of your alleged injury: <u>34</u>

3. Current weight: <u>120lbs</u>

4. Current height:

   Feet: <u>5</u>  Inches: <u>6</u>

5. Weight at time of alleged injury: <u>107lbs</u>

Gynecologic and Obstetric History

6. Have you ever been pregnant?  Yes ☐  No ☒

   a) Number of pregnancies:

   b) Number of live births:

7. If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
|  |  | --/--/---- |

8.  Date of first period (menses): <u>??/??/1992</u> Age: <u>13</u>

9.  Date of last period (menses): <u>09/10/2018</u> Age: <u>38</u>

10. Are you menopausal, perimenopausal or postmenopausal? Yes ☐ No ☒

11. For EACH year for the last seven (7) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped or missed.

| Doctor | Office | Year | Skipped or Missed |
|--------|--------|------|-------------------|
| Schmitz, Mary J. | Rocky Mountain Gynecologic Oncology<br>701 E Hampden Ave. #210<br>Englewood, CO 80113. Plaintiff does not recall skipping or missing her annual exam. | 2016 | ☐ |
| Draeb, Dr. Michele | Denver Family Medicine<br>1960 N Ogden St. #600<br>Denver, CO 80218. Plaintiff does not recall skipping or missing her annual exam. | 2015 | ☐ |
|  |  | 2014 | ☒ |
| Draeb, Michele | Denver Family Medicine<br>1960 N Ogden St. #600<br>Denver, CO 80218. Plaintiff does not recall skipping or missing her annual exam. | 2013 | ☐ |
|  |  | 2012 | ☒ |
|  |  | 2011 | ☒ |
| Unsure, Unsure | Arboretum OB/GYN<br>3125 Springback Lane #B, Charlotte, NC 28226 | 2010 | ☐ |
| Unknown, Unknown | Arboretum OB/GYN<br>3125 Springback Lane #B, Charlotte, NC 28226 | 2009 | ☐ |
|  |  | 2008 | ☒ |
| Unknown, Unknown | The Group for Women<br>1444 S Potomac St Ste# 100, Aurora, CO 80012 | 2007 | ☐ |
|  |  | 2006 | ☒ |
| Schmitz, Mary J. | Rocky Mountain Gynecologic Oncology<br>701 E Hampden Ave. #210<br>Englewood, CO 80113. | 2017 | ☐ |
| Schmitz, Mary J. | Rocky Mountain Gynecologic Oncology<br>701 E Hampden Ave. #210<br>Englewood, CO 80113. | 2018 | ☐ |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | Year | Skipped or Missed |
|--------|--------|------|-------------------|
|  |  | 2017 | ☒ |
|  |  | 2016 | ☒ |
|  |  | 2015 | ☒ |
|  |  | 2014 | ☒ |

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Draeb, Michelle M. | St. Joseph Hospital<br>1375 E 19th Ave, Denver, CO 80218 | 2013 | ☐ |
| | | 2012 | ☒ |
| | | 2011 | ☒ |
| | | 2010 | ☒ |
| | | 2009 | ☒ |
| | | 2008 | ☒ |
| Unsure, Unsure | The Group for Women<br>1444 S Potomac St Ste# 100, Aurora, CO 80012 | 2007 | ☐ |

Other Risk Factors

13.  Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---|---|---|
| Maternal grandmother | ☒ | 88 |

14.  Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)?  Yes ☐  No ☒

a)  If yes, which?

15.  Did you receive radiation treatments or exposure to radiation before the age of 30? Yes ☐  No ☒

a) If yes, describe the particulars of your treatment or exposure:

Tobacco Use History

For the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16.  I currently use tobacco:  Yes ☐  No ☒

17.  I have never used tobacco:  Yes ☒  No ☐

18.  I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment: Yes ☐  No ☒

19.  Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use (Years) |
|---|---|---|---|
| Cigarettes | ☐ | | |
| Cigars | ☐ | | |
| Pipes | ☐ | | |
| Chewing tobacco/snuff | ☐ | | |

Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times in the seven (7) year period before you first took Taxotere®?   Yes ☒  No ☐

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|---|---|---|
| Yaz | Miller, Audrey 3125 Springback Lane Suite B Charlotte, NC 28226 | 06/3/2009 to 08/??/2009 ☐ Present |
| Accutane | Unsure, Unsure Dermatologist Charlotte, NC | ??/??/2010 to ??/??/2011 ☐ Present |

## V.   CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis & Treatment Generally

1. Have you ever been diagnosed with cancer?  Yes ☒  No ☐

2. Were you diagnosed with cancer more than once?  Yes ☐  No ☒

3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | ☒ |
| Radiation | ☐ |
| Chemotherapy | ☒ |

4. For surgery, specify:

| Type of Surgery | Treated |
|---|:---:|
| Double mastectomy | ☒ |
| Left-side mastectomy | ☐ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☐ |
| Other: | ☐ |

5.   Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Breast Cancer |
| **Date of Diagnosis** | 01/14/2013 |
| **Primary Oncologist** | 02/1/2013 to --/--/---- ☑   Present<br>Breast cancer diagnosis, ordering oncologist, yearly follow up exams<br>Borges, Virginia<br>12605 E 16th Ave.<br>Aurora, CO 80045 |
| **Primary Oncologist** | 01/22/2014 to ??/??/2015 ☐   Present<br>Hematology and Oncoloy<br>Klancar, Lillian<br>8200 E Bellview Ave.<br>Greenwood Village, CO 80111 |
| **Primary Oncologist** | 12/1/2015 to 07/??/2018 ☐   Present<br>Breast cancer follow up care<br>Mikhaeel-Kamel, Dr. Nadine<br>2555 S. Downing St #240<br>Denver, CO 80210 |
| **Treatment Facility** | 01/22/2013 to --/--/---- ☑   Present<br>Breast cancer diagnosis, ordering oncologist, yearly follow up exams<br>University of Colorado Hospital<br>12605 E 16th Ave.<br>Aurora, CO 80045 |
| **Treatment Facility** | 01/1/2013 to 07/13/2013 ☐   Present<br>Breast cancer treatments, follow-up exams and check-ups, biopsies<br>Saint Joseph Hospital<br>1935 E 19th Ave.<br>Denver, CO 80218 |
| **Treatment Facility** | 12/??/2015 to 07/??/2018 ☐   Present<br>Breast cancer follow up care<br>Porter Adventist Hospital<br>2525 S Downing St<br>Denver, CO 80210 |
| **Treatment Facility** | --/--/---- to --/--/---- ☐   Present |

## Particulars of Chemotherapy

6.   When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel?  01/14/2013

7.   What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|:---:|
| Breast cancer | ☒ |
| Non-small cell lung cancer | ☐ |
| Prostate cancer | ☐ |
| Gastric adenocarcinoma | ☐ |
| Head and neck cancer | ☐ |
| Other: | ☐ |

8. For breast cancer, specify:

   a) Tumor size:

| Tumor Size | Yes |
|---|:---:|
| TX | ☐ |
| T0 | ☐ |
| Tis | ☐ |
| T1 | ☒ |
| T2 | ☐ |
| T3 | ☐ |
| T4 (T4a, T4b, T4c, T4d) | ☐ |
| Unknown | ☐ |

   b) Metastasis: <u>M0</u>

   c) Node involvement:

| Node | Yes |
|---|:---:|
| Node + NX | ☐ |
| Node + N0 | ☒ |
| Node + N1 | ☐ |
| Node + N2 | ☐ |
| Node + N3 | ☐ |
| Node – (negative) | ☐ |
| Unknown | ☐ |

   d) HER2 + (positive): ☒  HER2- (negative): ☐  Unknown: ☐

   e) Estrogen receptor: Positive (ER+): ☒ Negative (ER-): ☐ Unknown: ☐

   f) Progesterone receptor: Positive (PR+): ☒ Negative (PR-): ☐ Unknown: ☐

9. Was Taxotere® or Docetaxel the only chemotherapy treatment that you ever received?
   Yes ☐ No ☒ Unknown ☐

10. Have you ever been treated with other chemotherapy drugs, either alone or in combination with or sequentially with Taxotere® or Docetaxel?   Yes ☒ No ☐ Unknown ☐

11. If yes, check which of the following chemotherapy drugs you took:

| Drug | Yes |
|------|-----|
| 5-Fluorouracil (Eludex) | ☐ |
| Actinomycin | ☐ |
| Altretamine (Hexalen) | ☐ |
| Amsacrine | ☐ |
| Bleomycin | ☐ |
| Busulfan (Busulfex, Myleran) | ☐ |
| Cabazitaxel: Mitoxantrone | ☐ |
| Carboplatin (Paraplatin) | ☒ |
| Carmustine (BiCNU, Gliadel) | ☐ |
| Cetuximab (Erbitux) | ☐ |
| Chlorambucil (Leukeran) | ☐ |
| Cisplatin (Platinol) | ☐ |
| Cyclophosphamide (Neosar) | ☐ |
| Cytarabine (Depocyt) | ☐ |
| Dacarbazine | ☐ |
| Daunorubicin (Cerubidine, DaunoXome) | ☐ |
| Doxorubicin (Adriamycin, Doxil) | ☐ |
| Epirubicin (Ellence) | ☐ |
| Erlotinib (Tarceva) | ☐ |
| Etoposide (Etopophos, Toposar) | ☐ |
| Everolimus (Afinitor, Zortress) | ☐ |
| Faslodex (Fulvestrant) | ☐ |
| Gemcitabine (Gemzar) | ☐ |
| Hexamethylmelamine (Hexalen) | ☐ |
| Hydroxyurea (Hydrea, Droxia) | ☐ |
| Idarubicin (Idamycin) | ☐ |
| Ifosfamide (Ifex) | ☐ |
| L-asparginase (crisantaspase) | ☐ |
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |

| Drug | Yes |
|------|-----|
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

    a) Number of cycles: <u>06</u>

    b) Frequency: Every week ☐ Every three weeks ☒

       Other:

    c) First treatment date: <u>03/28/2013</u>

    d) Last treatment date: <u>07/11/2013</u>

    e) Dosage: <u>113 mg IVBP</u>

       (1) Combined with another chemotherapy drug: ☒

       (2) Sequential with another chemotherapy drug: ☐

       (3) If so, describe the combination or sequence: <u>Carboplatin, Docetaxel, and Herceptin</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|----------------------|---------|
| Borges, Virginia F. | 12605 16th Ave. Aurora, CO 80045 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| University of Colorado Hospital | 12605 E 16th Ave.<br>Aurora, CO 80045 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| CO | 03/28/2013 | 07/11/2013 ☐ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☐  No ☒  Unknown ☐

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site:

    b) Location of trial site:

## VI.   CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel?  Yes ☐  No ☒

2. Are you currently cancer-free?  Yes ☒  No ☐

3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☐ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist:  <u>08/??/2018</u>

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | Yes | No | From | To |
|---|:---:|:---:|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 04/??/2013 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>    ☐ Top<br>    ☐ Sides<br>    ☐ Back<br>    ☐ Temples<br>    ☐ Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Diffuse thinning of hair: total scalp<br>    ☒ Top<br>    ☒ Sides<br>    ☒ Back<br>    ☒ Temples<br>    ☐ Other: | ☒ | ☐ | 04/??/2013 | --/--/---- ☑ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | ☒ | ☐ | 01/2/2014 | --/--/---- ☑ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Small bald area in the hair on your head | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Large bald area in the hair on your head | ☒ | ☐ | 04/??/2013 | --/--/---- ☑ Present |
| Multiple bald spots in the hair on your head | ☒ | ☐ | 04/??/2013 | --/--/---- ☑ Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | ☒ | ☐ | 01/2/2014 | --/--/---- ☑ Present |
| Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Eyebrows | ☒ | ☐ | 01/2/2014 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Body Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Permanent/Persistent Loss of Genital Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Nasal Hair | ☒ | ☐ | 01/2/2014 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Ear Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Hair in Other Areas Describe: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |

6. Have you ever received treatment for the injury you allege in this lawsuit?

   Yes ☒  No ☐

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| Borges, Virginia F. | 01/??/2014 to 05/??/2014 ☐ Present | Topical estrogen, restasis, lorazepam, citalopram, estrace androgel and cyclosporine |
| Klancar, Lillian | 01/??/2014 to 02/??/2015 ☐ Present | Oral Cyclosporine and Oral Minoxidil |
| Ho, Stephen C. | 02/2/2014 to 02/11/2014 ☐ Present | Scalp exam. |
| Waples, Flora | 01/1/2015 to 12/--/2015 ☐ Present | Micro-needling treatment. |
| Gorsline, Amy | 02/28/2014 to 12/23/2014 ☐ Present | Mental Health |
| Schurman, Kim A. | 05/??/2015 to --/--/---- ☑ Present | Mental Health |
| Weinstein, David E. | 02/??/2017 to 04/??/2018 ☐ Present | RT1640 |
| Gahan, Kelly E. | 01/2/2014 to --/--/---- ☑ Present | Latisse Lumigan Calcipotriene |
| Norris, David A. | 05/??/2014 to 05/??/2014 ☐ Present | Exam |

7. Were you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

   Yes ☒  No ☐

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| Norris, David A. | 05/??/2014 to 05/??/2014 ☐ Present | Exam |
| Ho, Stephen C | 02/2/2014 to 02/11/2014 ☐ Present | Scalp exam |

8. Have you discussed with any healthcare provider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?

   Yes ☒  No ☐

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| Norris, David  A. | 05/??/2014 to 05/??/2014<br>☐ Present | Exam |
| Ho, Stephen C. | 02/2/2014 to 02/11/2014<br>☐ Present | Scalp exam. |
| Borges, Virginia F. | 01/??/2013 to --/--/----<br>☒ Present | Chemo, Topical estrogen, restasis, lorazepam, citalopram, estrace androgel and cyclosporine |
| Mikhaeel-Kamel, Nadine G. | 12/??/2015 to --/--/----<br>☒ Present | N/A |
| Weinstein, David  E. | 02/??/2017 to 04/??/2018<br>☐ Present | RT1640 |

Statement Information

9. Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes ☒  No ☐

10. If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| Breast Cancer Treatment Handbook from St. Joe"s | ☒ | ☐ |
| Breast Caner Binder from UCH (discarded) | ☐ | ☒ |

11. Were you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes ☒  No ☐

12. If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| Borges, Virginia  F. |

13. Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes ☐  No ☒

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
|  | --/--/---- |

15. Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes ☒  No ☐

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| 02/19/2014 | Phone | Adverse reporting | Returned their packet. |
| 02/19/2014 | Email | Medical, Sanofi/Genzyme | Email regarding Taxotere. See attached document. |

17. Have you filed a MedWatch Adverse Event Report to the FDA? Yes ☒  No ☐

**YOU MUST UPLOAD NOW ANY MEDICAL RECORDS IN YOUR POSSESSION DEMONSTRATING ALLEGED INJURY OR PHOTOGRAPHS SHOWING YOUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

18. Mental or Emotional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes ☒  No ☐

19. If yes, did you seek treatment for the psychiatric or psychological condition? Yes ☒  No ☐

| Provider | Date | Condition |
|---|---|---|
| Schurman, Kim A. | 05/??/2015 | Emotional distress- |
| Gorsline, Amy | 02/28/2014 | Through December 23, 2014 for a total of twelve (12) sessions over hair loss and was treated from PTSD. |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes ☒  No ☐

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
| Borges, Virginia F. | 07/8/2013 | Lorazepam-(see attached pharmacy records) |
| Gahan, Kelly | 07/11/2013 | Latisse- $131.99 |
| Gahan, Kelly | 12/1/2013 | Latisse- $112.57 |
| Borges, Dr. Virginia | 01/2/2014 | Citalopram-$10.00 |

| Provider | Date | Expense |
|---|---|---|
| Gahan, Kelly | 01/6/2014 | Latisse-$160.03 |
| Gahan, Kelly | 01/8/2014 | Lumigan-$65.00 |
| Borges, Dr. Virginia | 01/31/2014 | Restasis-$45.00 |
| Gahan, Kelly | 02/3/2014 | Calcipotriene-$10.00 |
| Borges, Dr. Virginia | 03/20/2014 | Estrace-$45.00 |
| Borges, Dr. Virginia | 03/20/2014 | Androgel-$45.00 |

22. Lost Wages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel? Yes ☒  No ☐

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|---|---|
| 2011 | $167,943 |
| 2012 | $212,973 |
| 2013 | $54,335 |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|---|---|
| 2017 | $448,325 |
| 2016 | $366,3834 |
| 2015 | $277,269 |
| 2014 | $131,067 |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses? Yes ☒  No ☐

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---|---|
| See attached excel spreadsheet. | |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you ever see a healthcare provider for hair loss BEFORE taking Taxotere® or Docetaxel? Yes ☐ No ☒

2. Did your hair loss begin during chemotherapy treatment?  Yes ☒  No ☐

3. If yes, did you FIRST experience hair loss:

   a) After treatment with another chemotherapy agent:  ☐

   b) After treatment with Taxotere® or Docetaxel:  ☒

4. At any time before or during the hair loss were you:

| Condition | Yes | Description |
|---|---|---|
| Pregnant | ☐ | |
| Seriously ill | ☐ | |
| Hospitalized | ☒ | Double mastectomy |
| Under severe stress | ☐ | |
| Undergoing treatment for any other medical condition | ☐ | |

5. When did you FIRST discuss with or see a healthcare provider about your hair loss? 11/1/2013

6. Have you started any special diets at any time before or during the hair loss? Yes ☐ No ☒ Describe:

Hair Loss History

| Question | No | Yes | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | ☒ | ☐ | |
| Have you had blood tests done to evaluate your hair loss problem? | ☐ | ☒ | Borges, Dr. Virginia |
| Have your hormones ever been checked to evaluate your hair loss problem? | ☐ | ☒ | Klancar, Dr. Lillian |
| Have you ever been told by a doctor that you have a thyroid condition? | ☒ | ☐ | |
| Have you ever been treated with thyroid hormone? | ☒ | ☐ | |
| Have you ever been told by a doctor that you have a low iron level? | ☒ | ☐ | |

7. Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes ☒  No ☐

8.   If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| Borges, Dr. Virginia | 08/8/2013 to --/--/----<br>☑ Present | Tamoxifen- 20 mg daily |

9.   Do you have any autoimmune diseases? Yes ☐ No ☒

10.  If yes, check the following which describes you:

| Autoimmune Disease | Yes |
|---|---|
| Lupus | ☐ |
| Rheumatoid arthritis | ☐ |
| Celiac disease | ☐ |
| Type 1 diabetes | ☐ |
| Sjogrens disease | ☐ |
| Vitiligo | ☐ |
| Hashimoto's | ☐ |
| Other: | ☐ |

11.  Were you taking any medications when your hair loss began? Yes ☒  No ☐

| Medication |
|---|
| Taxotere as indicated in Section V (11) |
| Carboplatin as indicated in Section V (11) |
| Herceptin |
| Vitamin D |
| Atavan |
| Dexamethasone |
| Pepcid |
| Benadryl |
| Zorfan |
| Kytril |

Hair Care

12.  How often do you wash/shampoo your hair? Every 2 days

13. Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | Yes | Period of Time | Frequency |
|---|---|---|---|
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout, Japanese straightening, other) | ☐ | --/--/---- to --/--/----<br>☐ Present | Never |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | ☒ | 01/??/1990 to 02/??/2013<br>☐ Present | 2-3 times a week |
| Hair dyed | ☒ | 07/??/1998 to 02/--/2004<br>☐ Present | A few times a year |
| Hair highlighted | ☒ | 07/??/1998 to 01/??/2013<br>☐ Present | A few times a year |
| Braids | ☐ | --/--/---- to --/--/----<br>☐ Present | Never |
| Weaves | ☒ | 08/4/2014 to --/--/2015<br>☐ Present | A few times a year |
| Tight hairstyles (ponytails) | ☐ | --/--/---- to --/--/----<br>☐ Present | Never |
| Extensions | ☒ | 07/7/2014 to --/--/----<br>☒ Present | A few times a year |
| Other: Eyebrows microbladed (one time procedure) | ☒ | 09/19/2016 to --/--/----<br>☒ Present | |

14. Have you ever used the following?

| Hair Treatment | Yes |
|---|---|
| WEN Cleansing Conditioners | ☐ |
| Unilever Suave Professionals Keratin Infusion | ☐ |
| L'Oréal Chemical Relaxer | ☐ |

15. Has your hair care regimen been different in the past? Yes ☒ No ☐

    a) If yes, describe:  Not able to cut, color, or style my hair because there is so little compared to before.

Hair Loss Treatment

16. Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | Yes |
|---|---|
| Folic Acid supplementation | ☐ |
| Minoxidil | ☐ |
| Other: | ☐ |

17. Did you wear a cool cap during chemotherapy treatment?  Yes ☐  No ☒

18. If yes, which cooling cap did you wear:

19. Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss?  Yes ☒  No ☐

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
| Organic Rosemary Essential Oil | 01/11/2014 | unknown | No |
| Biosil 1oz. (30ml) | 01/21/2014 | unknown | No |
| Monistat 7 Vaginal Antifungal Cream (helps with hair growth | 02/1/2014 | a few months | No |
| Hairmax Lasercomb Advanced White | 03/1/2014 | unknown | No |
| Nioxin System 2 Cleanser & Scalp Therapy for Fine Thinning Hair | 11/18/2013 | a few months | No |

21. Has anything helped your hair loss? Yes ☒  No ☐

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
| Oral Minoxidil | 01/1/2014 to ??/??/2015 ☐ Present | Walgreens 7311 E. 29th Drive Denver, CO 80238. | Mild improvement but not enough to go without wig. The little progress was not worth the side effects. |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth?  Approximately five (5) years.

24. Has any hair regrowth occurred? Yes ☒  No ☐

25. Have you ever worn a wig to conceal your hair loss? Yes ☒  No ☐

26. Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| 12/30/2014 to 12/30/2014 ☐ Present | Unknown | Luxy (luxyhair.com) 119 Spadina Ave., Ste 1203 Toronto, ON M5V 201 Canada. | Dark Brown Luxy Xlip-in-Hair Extensions $129.00. |
| 05/1/2014 to 05/1/2014 ☐ Present | Frequently. | Blonc LLC online | Virginia Indian Wavy Hair (Length 12 inches)= $170.00. |
| 05/1/2014 to 05/1/2014 ☐ Present | Frequently. | Blonc LLC online | Virginia Indian Wavy Hair (Length 14 inches)=$190.00 and Virginia Indian Closure Piece (Wavy non-bleached Knots)= $155.00. |

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| 09/8/2016 to 09/8/2016 ☐ Present | Frequently. | Virgin Hair and Beauty Camberwell, London, England. | Two (2) at $211.98 total. |
| 03/7/2015 to 03/7/2015 ☐ Present | Unknown. | Beauty & Hair Company (wigs.com) | Dark Chocolate Md top piece $67.20. |
| 02/9/2015 to 02/14/2015 ☐ Present | Unknown. | www.prettyshop@amazon@prettyshop.com | $11.99 |

## VIII.   RECORD HOLDER IDENTIFICATION

Healthcare Providers:

    1.  Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight (8) years and the reason for consulting the healthcare provider or mental healthcare provider.

**YOU MUST INCLUDE YOUR ONCOLOGIST, RADIOLOGIST, DERMATOLOGIST, DERMATOLOGIST-PATHOLOGIST, HAIR LOSS SPECIALIST, GYNECOLOGIST, OBSTETRICIAN, AND PRIMARY CARE PHYSICIAN, ALONG WITH ANY OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| Borges, Virginia  F. | Primary Oncologist | 12605 E. 16th Ave. Aurora, CO 80045 | 02/1/2013 to --/--/---- ☑ Present | Breast cancer treatment, exams, chemotherapy, follow-ups |
| Aycock, Joyce  K. | Surgeon | 12605 E. 16th Ave. Aurora, CO 80045 | 01/22/2013 to 02/22/2013 ☐ Present | Breast reconstruction |
| Spillman , Monique | Gynecologic Oncology | 12605 E. 16th Ave. Aurora , CO 80045 | 05/??/2013 to ??/??/2013 ☐ Present | Bilateral ovarian cysts |
| Taravella, Michael  J. | Ophthalmologist | 1675 Aurora Ct Aurora , CO 80045 | 11/25/2013 to 11/25/2013 ☐ Present | Myopia of both eyes |
| Ho, Stephen  C. | Dermatologist | 499 E hampton Ave. Englewood, CO 80113 | 02/5/2014 to 02/11/2011 ☐ Present | Hair loss |
| Draeb, Michelle | Family Medicine | 1960 N Ogden St. #600 Denver, CO 80218. | 01/1/2011 to ??/??/2015 ☐ Present | Primary care |
| Schmitz, Mary J. | Gynecologic Oncology | 701 E Hampden Ave. #210 Englewood, CO 80113 | 01/??/2016 to --/--/---- ☑ Present | OB/GYN |
| Klancar, Lillian | Hematology/Oncology | 8200 E. Bellview Ave. Greenwood Villiage, CO 80111 | 08/1/2013 to 10/1/2015 ☐ Present | Breast cancer |
| Norris, David  A. | Dermatology | 1665 Aurora Ct. Aurora , CO 80045 | 05/1/2014 to 05/1/2014 ☐ Present | Hair loss |
| Caspari , Jennifer M. | Psychologist | 12605 E 16th Ave Aurora, CO 80045 | 09/??/2013 to ??/??/2013 ☐ Present | Breast cancer survivorship- 2 sessions |

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| Mikhaeel-Kamel, Nadine G. | Oncologist | 2555 S. Downing St #240 Denver, CO 80210 | 12/1/2015 to --/--/---- ☑ Present | Breast cancer |
| Gorsline, Amy | Psychologist | 673 Grant Street Denver, CO 80203 | 02/28/2014 to 12/23/2014 ☐ Present | PTSD/ Trauma from hair loss |
| Schurman, Kim A. | Psychiatry | 4770 E Iliff Ave #222 Denver, CO 80222 | 12/??/2015 to --/--/---- ☑ Present | PTSD/ Trauma from hair loss |
| Kondapalli, Laxmi | Reproductive Endocrinology and Infertility | 12605 16th Ave. Aurora, CO 80045 | 01/??/2013 to 05/??/2013 ☐ Present | IVF |
| Alvero, Ruben J. | Reproductive Endocrinology and Infertility | 1635 Aurora Ct # 5 Aurora, CO 80045 | 03/22/2013 to 03/22/2013 ☐ Present | Oocyte Retrieval (IVF) |
| Gill, Colleen | Dietitian and Nutritionist | 4770 E Iliff Ave #104 Denver, CO 80222 | 09/20/2013 to ??/??/2013 ☐ Present | Nutritionist |
| Fisher, Christine M. | Radiation Oncology | 1665 Aurora Ct Aurora, CO 80045 | 01/??/2013 to 08/??/2013 ☐ Present | Breast cancer |
| Weinstein, David E. | Neurology | 39 Round Hill Road Dobbs Ferry, NY 10522 | 02/??/2017 to 04/??/2018 ☐ Present | Hair loss medication research |
| Arruda, Jaime S. | Obstetrics and Gynecology | 1665 Aurora Ct Aurora, CO 80045 | 10/31/2013 to 10/31/2013 ☐ Present | Vaginitis |
| Illions, Edward H. | Reproductive Endocrinology | 3055 Roslyn St #230 Denver, CO 80238 | 08/??/2017 to 08/??/2017 ☐ Present | Ovarian cyst pre-op testing |
| Brinkman, Marian | P.A. Plastic Surgery | 1635 Aurora Ct 6th Floor Aurora, CO 80045 | 01/??/2013 to 02/??/2013 ☐ Present | Breast reconstruction |
| Kagey, Josephine | Genetic Counselor | 2525 S Downing St Denver, CO 80210 | 07/??/2017 to 07/??/2018 ☐ Present | genetic testing |
| Jimenez, Jeanette | Nurse Practitioner | 12605 E. 16th Ave. Aurora, CO 80045 | 01/??/2013 to ??/??/2013 ☐ Present | Breast cancer |
| Chen, Grace | OB/GYN | 701 E Hampden Ave Suite 110 Engelwood, CO 80113 | 02/??/2016 to 02/??/2016 ☐ Present | Ovarian cysts |
| Harris, James | Hair Transplants | 5445 DTC Pkwy #1015 Greenwood Village , CO 80111 | ??/??/?? to ??/??/?? ☐ Present | Consultation for possible hair transplant. |

Hospitals, Clinics, and Other Facilities:

2. Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(8)years:

**YOU MUST INCLUDE THE LOCATIONS FOR SURGERIES, RADIOLOGY, IMAGING, BIOPSIES, CHEMOTHERAPY, CHILD BIRTHS, GYNECOLOGIC PROCEDURES OR TREATMENT, ALONG WITH ANY OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|------|---------|-------|----------------------|
| University of Colorado Health Cancer Center Infusion | 1665 Aurora Court Aurora, CO 80045 | 02/21/2013 to 04/??/2014 ☐ Present | Breast cancer |
| UCHealth | 1675 Aurora Ct Aurora, CO 80045 | 11/23/2013 to 11/23/2013 ☐ Present | Myopia of both eyes |
| AboutSkin Dermatology | 499 East Hampden Ave Suite 450 Englewood , CO 80113 | 02/5/2014 to 02/11/2014 ☐ Present | Hair loss |
| Denver Family Medicine | 1960 N Ogden St. #600 Denver, CO | 01/1/2011 to ??/??/2015 ☐ Present | Primary care |
| Rocky Mountain Gynecologic Oncology | 701 E Hampden Ave. #210 Englewood , CO 80113 | 01/??/2016 to --/--/---- ☑ Present | OB/GYN |
| Saint Joseph Hospital | 1935 E. 19th Ave. Denver, CO 80218 | 01/11/2013 to 03/??/2013 ☐ Present | Imaging |
| Diagnostic Imaging | 8200 E. Bellview Ave. Greenwood, CO 80111 | 01/??/2016 to --/--/---- ☑ Present | Imaging |
| University of Colorado | 12605 East 16th Ave. Aurora , CO 80045 | ??/??/2011 to --/--/---- ☑ Present | Various |
| Cypress Hematology Oncology | 2555 S. Downing St #240 Denver, CO 80210 | 12/1/2015 to --/--/---- ☑ Present | Breast cancer |
| Swedish Medical Center | 501 E Hampden Ave Englewood, CO 80113 | ??/??/2017 to ??/??/2017 ☐ Present | Ovarian cysts |
| Porter Adventist Hospital | 2525 S Downing St Denver, CO 80210 | ??/??/2015 to 07/??/2018 ☐ Present | Various |
| Rose Medical Center | 4567 E 9th Ave Denver, CO 80220 | 08/??/2017 to 08/??/2017 ☐ Present | Ultrasound |
| Planned Parenthood | 7155 E 38th Ave Denver, CO 80207 | 06/??/2014 to 06/??/2014 ☐ Present | Rash (dates are estimated) |
| Arboretum OB/GYN | 3125 Springback Lane Suite B Charlotte, NC 28226 | ??/??/2009 to ??/??/2010 ☐ Present | OB/GYN (dates are estimated) |
| Medical Imaging of Colorado | 10700 E. Geddes Ave #200 Englewood, CO 80112 | ??/??/2013 to ??/??/2018 ☐ Present | Various- whole body scan, pelvic imaging, etc. |
| RESTOR Medical Spa | 2373 Central Park Blvd Suite 103 Denver, CO 80238 | 01/??/2014 to ??/??/2016 ☐ Present | Hair loss |
| Invision Sally Jobe | 10700 E. Geddes Ave #200 Englewood, CO 80112 | ??/??/2013 to ??/??/2015 ☐ Present | Imaging |
| Hair Sciences Center of Colorado - Dr. James Harris | 5445 DTC Pkwy #1015, Greenwood Village, CO 80111 | ??/??/?? to ??/??/?? ☐ Present | Consultation for a possible hair transplant. |

Laboratories:

3. Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|------|---------|-------|------|------------------|
| AmeriPath Colorado | 6750 W. 52nd Ave. Arvada, CO 80002 | 01/11/2013 to 01/11/2013 ☐ Present | Pathology | Breast cancer diagnosis. |
| University of Colorado Hospital | 12605 E. 16th Ave. Aurora , CO 80045 | 01/11/2013 to ??/??/2015 ☐ Present | Various | Breast cancer diagnosis and treatment |
| LabCorp | 1447 York Court Burlington, NC 27215 | 06/??/2009 to 11/??/2010 ☐ Present | Pap | General health |
| LabCorp | 990 Belward Campus Drive #350 Rockville, MD 20850 | 06/??/2009 to 06/??/2009 ☐ Present | Pap | General health |
| LabCorp | 2039 Willow Springs Lane Burlington, NC 27215 | 06/??/2009 to 11/??/2010 ☐ Present | Pap | General Health |
| UCH Clinical Laboratory | 12401 E 17th Ave Campus Box A-022 Aurora, CO 80045 | ??/??/2013 to ??/??/2013 ☐ Present | Comprehensive metabolic panel | Breast cancer |

Pharmacies:

4. To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|------|---------|-------|-------------|
| Target Pharmacy | 7930 Northfield Blvd Denver, CO 80238 | 07/1/2013 to --/--/---- ☑ Present | Tamoxifen,Latisse, Restasis, Calcipotriene, Lumigan, Calcipotriene, Estrace, Lorazepam. |
| Walgreens | 7311 E 29th Drive Denver, CO 80238 | 01/??/2013 to --/--/---- ☑ Present | IVF meds, cyclosporine, others |
| Walmart Pharmacy | 7800 East Smith Road Denver, CO 80207 | 05/29/2014 to --/--/---- ☑ Present | Cyclosporine |
| Target | 900 Metropolitan Ave, Suite 2 Charlotte, NC 28204 | 06/??/2009 to 06/??/2011 ☐ Present | Accutane, Yaz |
| King Soopers | 2810 Quebec St Denver, CO 80207 | 07/??/2011 to --/--/---- ☑ Present | Various |
| Pencol Compounding Pharmacy | 1325 S Colorado Blvd Suite: B-024 Denver, CO 80222 | ??/??/2014 to ??/??/2015 ☐ Present | Topical cyclosporine and depakote |
| Cornell Prescriptions | 2190 E 18th Ave Denver, CO 80206 | 06/2/2015 to 06/2/2015 ☐ Present | Topical anesthetic cream |

Retailers:

5. Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|------|---------|-------|-----------|
| Beauty & Hair Company (wigs.com) | Online online, | 03/7/2015 to 03/7/2015 ☐ Present | Dark Chocolate Md top piece $67.20. |
| Walgreens | 7311 E. 29th Drive Denver, CO 80238 | 01/1/2014 to ??/??/2015 ☐ Present | Oral Minoxidil/ Hair skin and nail tablets |
| Luxy (luxyhair.com) | 119 Spadina Ave., Ste 1203, Toronto,ON M5V 201, Canada, NON-US | 12/30/2014 to 12/30/2014 ☐ Present | Dark Brown Luxy Xlip-in-Hair Extensions $129.00. |
| Blonc LLC online | Blonc LLC online Blonc LLC online, | 05/1/2014 to 05/1/2014 ☐ Present | Virginia Indian Wavy Hair (Length 12 inches)=$170.00. Virginia Indian Wavy Hair (Length 14 inches)=$190.00 and Virginia Indian Closure Piece (Wavy non-bleached Knots)= $155.00. |
| Target | 900 Metropolitan Ave., Suite 2 Charlotte , NC 28204 | 06/1/2007 to 06/1/2011 ☐ Present | Shampoo and conditioner, cold medicine, Ibuprofen. |
| Virgin Hair and Beauty | Camberwell London, England., NON-US | 09/8/2016 to 09/8/2016 ☐ Present | Two (2) wigs $211.98 total. |
| Target Pharmacy | 7930 Northfield Blvd. Denver, CO 80238 | 07/1/2013 to --/--/---- ☑ Present | Lorazepam, Latisse, Restasis, Calcipotriene, Lumigan, Calcipotriene, Estrace. |
| Wigs Today | 3003 E. 3rd Ave. Denver, CO 80206 | 03/1/2013 to --/--/---- ☑ Present | Two (2) wigs at $4,000 each. |
| Skinactives | 1035 N. McQueen Rd, Ste 101 Gilbert , AZ 85233 | 09/16/2014 to --/--/---- ☑ Present | Keratinocyte Growth Factor BT (KGF) |
| Amazon, Sold by Pharampacks | Online Online, | 05/1/2014 to 05/1/2014 ☐ Present | Capzasin Arthritis Pain Relief |

Insurance Carriers:

> 6.  Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured & SSN | Policy Number | Dates of Coverage |
|---------|---------|----------------------|---------------|-------------------|
| BCBS | P.O. Box 105557 Atlanta, GA 30348 | Gahan, Kelly | | 06/17/2012 to --/--/---- ☑ Present |
| Plaintiff does not recall but will supplement when new information comes to light. | Unknown Denver, CO | Gahan, Kelly | Does not recall | 01/1/2007 to 05/31/2012 ☐ Present |

## IX.   DOCUMENT REQUESTS AND AUTHORIZATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|:---:|:---:|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet. *Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | ☒ | ☐ | Previously Provided |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twelve (12)years. | ☒ | ☐ | Previously Provided |
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | ☐ | ☒ | See healthcare providers listed. |
| Laboratory reports and results of blood tests performed on you related to your hair loss. | ☐ | ☒ | Virginia Borges, UCH |
| Pathology reports and results of biopsies performed on you related to your hair loss. *Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | ☐ | ☒ | N/A |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight (8) years. | ☐ | ☒ | See pharmacies listed |
| Documents identifying all chemotherapy agents that you have taken. | ☒ | ☐ | Previously provided |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years. | ☐ | ☒ | N/A |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | ☒ | ☐ | MDL Centrality Doc No. 162712 |
| Advertisements or promotions for Taxotere®. | ☐ | ☒ | N/A |
| Articles discussing Taxotere®. | ☒ | ☐ | Previously provided |
| Any packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®. *Plaintiffs or their counsel must maintain the originals of these items.* | ☐ | ☒ | UCH |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|:---:|:---:|---|
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®. *Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | ☒ | ☐ | Previously provided |
| Documents obtained directly or indirectly from any of the Defendants. | ☐ | ☒ | N/A |
| Communications or correspondence between you and any representative of the Defendants. | ☒ | ☐ | Previously provided |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | ☒ | ☐ | Photographs representing hair loss. |
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | ☒ | ☐ | Uploaded on 11.09.2018. |
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | ☒ | ☐ | Previously provided |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter. | ☒ | ☐ | Previously provided |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | ☒ | ☐ | Previously provided |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | ☒ | ☐ | Previously provided |
| If you are suing in a representative capacity, letters testamentary or letters of administration. | ☐ | ☒ | Not Applicable. |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | ☐ | ☒ | Not Applicable. |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | ☒ | ☐ | Previously provided |
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | ☒ | ☐ | Uploaded on 10.18.2018. |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | ☒ | ☐ | Previously provided |
| Photographs of you that are representative of your hair composition in present day. | ☒ | ☐ | Previously provided |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | ☒ | ☐ | Previously provided |

## X. DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|