# EXHIBIT G



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮▮   Sex: F
Encounter date: 1/22/2013

## Visit Summary

**Reason for Visit**

**New Visit Breast Cancer**

**Diagnoses**

| | Comments |
|---|---|
| **Breast cancer (HC code)**   -   Primary | |

## Problem List

**Problem List**

| Problem | Noted | Resolved |
|---|---|---|
| **Other acne** | 1/31/2011 by Edi, Default Recipient | No |
| **Neoplasm of uncertain behavior of skin** | 1/31/2011 by Edi, Default Recipient | No |
| **Acute pharyngitis** | 1/31/2011 by Edi, Default Recipient | No |

Overview Signed 1/22/2011  1:40 PM by Edi, Default Recipient
concern that is early onset of strep

| Problem | Noted | Resolved |
|---|---|---|
| **Breast cancer, left breast (HC code)** | 1/22/2013 by Aycock, Joyce K, MD | No |
| **Deformity of reconstructed breast** | 2/22/2013 by Aycock, Joyce K, MD | 9/24/2013 by Aycock, Joyce K, MD |
| **Bilateral ovarian cysts** | 5/17/2013 by Spillman, Monique A, MD PhD | No |
| **History of breast cancer** | 8/6/2013 by Brinkman, Marian, PA | No |
| **Generalized muscle weakness** | 8/26/2013 by Wicken, Erin | No |
| **Unintentional weight loss** | 9/20/2013 by Gill, Colleen, MS, RD | No |
| **Myopia of both eyes** | 11/25/2013 by Taravella, Michael J, MD | No |
| **S/P LASIK (laser assisted in situ keratomileusis)** | 11/25/2013 by Taravella, Michael J, MD | No |

## Allergies

Review Complete On: **1/22/2013** By: **Aycock, Joyce K, MD**

**Allergies as of 1/22/2013**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Sulfa (sulfonamide Antibiotics)** | 12/23/2003 | Unspecified | |

## Immunizations

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza Virus, Inactive** | Thu Oct 10, 2013 6:53 PM | 0.5 mL | Intramuscular | Right deltoid |

Given By:  Hill, Allison, MA

## Vitals

**Vitals**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

---

## Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 139/78 | 83 | 37.5 °C (99.5 °F) (Temporal Artery) | 18 | 1.676 m (5' 6") |

| Wt | BMI |
|---|---|
| 47.1 kg (103 lb 12.8 oz) | 16.75 kg/m² |

## Patient History

### Medical as of 1/22/2013

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Cancer (HC code) [199.1 (ICD-9-CM)] | 2013 | breast cancer | Provider |

### Surgical as of 1/22/2013

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| KNEE SURGERY [SHX244] | — | 1995 | — | Provider |

### Family as of 1/22/2013

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| COPD | Paternal Uncle | — | 58 | cardiomyopathy | Provider |
| Cancer | Maternal Grandmother | — | 88 | breast cancer | Provider |
| Cancer | Maternal Grandfather | — | 88 | multiple myeloma | Provider |

### Family Status as of 1/22/2013

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Paternal Uncle | — | Deceased | — | — | — | — | Provider |
| Maternal Grandmother | — | Alive | — | — | — | — | Provider |
| Maternal Grandfather | — | Deceased | — | — | — | — | Provider |

### Activities of Daily Living as of 1/22/2013

**None**

### Occupational as of 1/22/2013

**None**

### Socioeconomic as of 1/22/2013

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Non-Hispanic | White or Caucasian | Provider |

---



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮▮ Sex: F
Encounter date: 1/22/2013

## Anticoag
## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **TRETINOIN (RETIN-A TOP)** | | | | 3/5/2013 |
| (Taking/Discontinued) | | | | |

Sig: Apply  topically.
Class: Historical Med
Route: Topical (Top)
Reason for Discontinue: **Discontinued by another clinician**

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **isotretinoin (ACCUTANE) 20 mg capsule** | 60 capsule | 0 | 8/12/2004 | 1/29/2013 |
| Sig - Route: TAKE 1 CAPSULE TWICE DAILY. - Oral | | | | |
| **penicillin v potassium (VEETID) 500 mg tablet** | 40 tablet | 0 | 11/1/2006 | 1/29/2013 |
| Sig - Route: TAKE 1 TABLET 4 TIMES DAILY - Oral | | | | |

### All Meds and Administrations

(No medication admins scheduled or recorded for this encounter)

## Telephone & Correspondence Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/22/2013 9:00 AM | Breast Multidisc Provider; Borges, Virginia F, MD | Amc Breast Ctr Op | AMC Center |

### Reason for Call

**New Visit Breast Cancer**

### Call Documentation

Borges, Virginia F, MD at 1/22/2013 11:25 AM
  Status:  Signed

### Assessment and Plan:

Breast cancer  (primary encounter diagnosis)
Comment: 1. Young onset breast cancer: Patient presents with age under 40 onset of breast cancer and no significant family history.  Testing for BRCA gene mutation is indicated and referral placed by me to our Hereditary Cancer Clinic.  I reviewed with the patient and she demonstrated understanding that a gene mutation diagnosis has impact for her personal future risk of another breast cancer and also ovarian cancer. The options of preventative surgeries as part of her subsequent cancer management were reviewed, as well as the option of additional high risk surveillance if she elects to not pursue those surgeries.  Also the importance of identifying a potential gene mutation for her family was reviewed.  She appears to understand that if a gene mutation is found, all blood relatives are also potentially at risk for breast, ovarian, or prostate cancer as well as possible other cancers. The degree of closeness of their blood line impacting on that risk and the options of testing for family members, including those not yet of age,  were reviewed. Lastly, the issues of a negative of uninformative result as well as an indeterminate result was discussed.

2. Breast cancer management: I reviewed the role of local and systemic therapies in the overall management



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ⬛⬛⬛⬛ Sex: F
Encounter date: 1/22/2013

---

## Call Documentation (continued)

### Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)

of breast cancer and the purposes of each. Her local therapy options are mastectomy with or without reconstruction or potential lumpectomy with radiation, although the diffuse nature of the calcifications may make that less satisfying cosmetically or technically feasible. She will be seen by Dr. Kounalakis today for further evaluation of this issue.  If mastectomy performed, no role for XRT unless more cancer is identified then we can currently appreciate, such as in her lymph nodes.  For her systemic therapy,  based on her cancer stage and biologic subtype, she is a candidate for antiendocrine therapy, chemotherapy and herceptin.

 For antiendocrine therapy, I recommend tamoxifen for at least 5 years total therapy. Side effects in a young women reviewed, including weight gain, musculoskeletal symptoms, and disruption of menses.  Lack of significant increased risk for uterine cancer or thrombosis outlined. The risk of increased fertility and the need for appropriate contraception was also reviewed.

For chemotherapy, I discussed the rationale for prevention of metastatic disease in her future. Regimen of Taxotere, Carboplatin and Herceptin recommended and side effect profile reviewed in detail including risk for alopecia, bone marrow suppression, life threatening infection, typhlitis and death.  Potential for allergic reaction outlined with the taxane drugs.  More common side effects of mucositis, diarrhea, constipation, heart burn, skin rashes and sensitivity, weight gain, menstrual dysfunction, risk of temporary or permanent menopause and infertility, eye changes, nail changes, chemo brain, and fatigue outlined.  Concern for neuropathy and low of heart damage and secondary leukemias reviewed. Schedule of drugs and time course of side effects outlined in detail.  Issues of feasibility of maintaining current work schedule and home life reviewed.

3. Cancer survivorship:  The resources available to her both here locally and through national web sites, particularly those for young survivors were presented.  I recommended a referral to the Center for Integrated Medicine. The role of sound diet and nutrition and regular exercise to prevent weight gain also discussed. She will be referred to Oncofertility for consultation regarding egg banking and future fertility planning. Contraception is not an immediate need for her, though she understand the requirement for barrier methods should her current level of sexual activity change.

3. Coordination of Care:  She will have her medical oncology care with me after her upcoming surgery and knows to contact me in the interim as questions arise.

Plan: Cancer antigen 27.29, Carcinoembryonic antigen,
    CBC with auto diff, Comprehensive metabolic
    panel, Pregnancy test blood, Vitamin
    D,25-hydroxy (Preferred), AMBULATORY REFERRAL
    TO REPRODUCTIVE MEDICINE
    RPV after surgery.

### Subjective:

Patient ID: Kelly E Gahan is a 33 y.o. female who presents to Diane O'Connor-Thompson Breast Center for consultation regarding her newly diagnosed breast cancer.
HPI
Dr. Gahan is an ER MD who was in her usual state of excellent health when she presented for evaluation of R breast pain.  There were no R breast findings at that evaluation, but incidentally by mammo her L breast showed multifocal calcifications and an approximate 1cm mass towards the posterior breast.  Ultrasound done

---

**1168- GAHAN, KELLY- University of Colorado Hospital  00117**

# uchealth

AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

## Call Documentation (continued)

**Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)**

the same day confirmed the finding and MRI as well with no R breast disease seen. She has had 3 areas associated with the calcifications biopsied. The 2:30 N4 1cm area returns an IDC that is grade 3, strongly ER, PR and HEr 2 positive, triple positive tumor. The other two biopsied areas were all DCIS. By all her imaging and PE to day there is no evidence at present for lymph node abnormalities on any study.

## CURRENT MEDICATIONS:

Current Outpatient Prescriptions

| Medication | Sig |
| --- | --- |
| • TRETINOIN (RETIN-A TOP) | Apply topically. |
| • isotretinoin (ACCUTANE) 20 mg capsule | TAKE 1 CAPSULE TWICE DAILY. |
| • penicillin v potassium (VEETID) 500 mg tablet | TAKE 1 TABLET 4 TIMES DAILY |

**ALLERGIES:** Sulfa(sulfonamide antibiotics)

I have reviewed, verified and agree with the past medical, surgical, birth, family and social history as documented by the RN, MA and history form. She is single and nulliparous at this time. She lives alone. She is accompanied to today's visit by her mothera nd best friend from residency training who flew out from the east coast to be with her today for the consultation.

Review of Systems
Constitutional: Positive for appetite change and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for disturbed wake/sleep cycle and dysphoric mood. Negative for suicidal ideas. The patient is nervous/anxious.

## Objective:
Vital Signs: BP 139/78 | Pulse 83 | Temp(Src) 37.5 °C (99.5 °F) (Temporal Artery) | Resp 18 | Ht 1.676 m (5' 6") | Wt 47.083 kg (103 lb 12.8 oz) | BMI 16.75 kg/m2

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.

1168- GAHAN, KELLY- University of Colorado Hospital  00118



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮▮ Sex: F
Encounter date: 1/22/2013

---

## Call Documentation (continued)

**Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)**

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. Right breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change and no tenderness. Left breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change and no tenderness.



1: Bruising from prior biopsies, otherwise
normal exam.

Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit. Coordination normal.
Skin: Skin is warm and dry. No rash noted. No erythema.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

## DATA:

Results for orders placed in visit on 01/22/13
CANCER ANTIGEN 27.29

| Component | Value | Range |
|---|---|---|
| CANCER ANTIGEN 27.29 | 30 | 0 - 40 U/mL |

CARCINOEMBRYONIC ANTIGEN

| Component | Value | Range |
|---|---|---|
| CARCINOEMBRYONIC ANTIGEN | 0.5 | 0.0 - 3.0 ng/mL |

COMPREHENSIVE METABOLIC PANEL

| Component | Value | Range |
|---|---|---|
| SODIUM,SERUM/PLASMA | 139 | 133 - 145 mmol/L |
| POTASSIUM, SERUM/PLASMA | 3.8 | 3.3 - 5.0 mmol/L |
| CHLORIDE, SERUM/PLASMA | 105 | 101 - 111 mmol/L |
| BLOOD UREA NITROGEN | 8 | 6 - 23 mg/dL |
| CREATININE, SERUM/PLASMA | 0.69 | 0.40 - 1.20 mg/dL |
| GLUCOSE, RANDOM, SERUM/PLASMA | 70 | 70 - 199 mg/dL |
| CALCIUM, SERUM/PLASMA | 9.2 | 8.5 - 10.3 mg/dL |
| ASPARTATE AMINOTRANSFERASE | 20 | 0 - 47 U/L |
| ALK PHOS, SERUM/PLASMA | 35 (*) | 39 - 117 U/L |
| PROTEIN TOTAL, SERUM/PLASMA | 7.5 | 6.4 - 8.3 g/dL |

**1168- GAHAN, KELLY- University of Colorado Hospital  00119**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮ Sex: F
Encounter date: 1/22/2013

---

## Call Documentation (continued)

### Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)

| | | |
|---|---|---|
| BILIRUBIN TOTAL | 0.4 | 0.0 - 1.3 mg/dL |
| CARBON DIOXIDE | 25 | 22 - 32 mmol/L |
| ALANINE AMINOTRANSFERASE | 13 | 0 - 47 U/L |
| ALBUMIN | 4.0 | 3.4 - 5.0 g/dL |

**PREGNANCY TEST BLOOD**

| Component | Value | Range |
|---|---|---|
| PREGNANCY TEST BLOOD | NEGATIVE | |

**VITAMIN D,25-HYDROXY (PREFERRED)**

| Component | Value | Range |
|---|---|---|
| VITAMIN D,25-HYDROXY | 14 (*) | 30 - 100 ng/mL |

**CBC NO AUTO DIFF**

| Component | Value | Range |
|---|---|---|
| WHITE BLOOD CELL COUNT | 4.1 | 4.0 - 11.1 10^9/L |
| RED BLOOD CELL COUNT | 4.61 | 4.18 - 5.64 10^12L |
| Hemoglobin | 14.3 | 12.1 - 16.3 g/dL |
| HEMATOCRIT | 42.0 | 35.7 - 46.7 % |
| MEAN CORPUSCULAR VOLUME | 91.1 | 80.0 - 100.0 fL |
| MEAN CORPUSCULAR HGB | 31.0 | 27.5 - 35.1 pg |
| MEAN CORPUSCULAR HGB CONCENTRN | 34.0 | 32.0 - 36.0 g/dL |
| PLATELET COUNT | 312 | 150 - 400 10^9/L |
| MEAN PLATELET VOLUME | 10.3 | 9.6 - 12.8 fL |
| RED CELL DISTRIBUTION WIDTH SD | 42.8 | 37.1 - 48.8 fL |
| RED CELL DISTRIBUTION WIDTH CV | 12.9 | 11.7 - 14.2 % |
| NRBC PERCENT | 0.0 | 0.0 - 0.0 % |
| NRBC ABSOLUTE | 0.00 | 0.00 - 0.00 10^9/L |

**AUTODIFF**

| Component | Value | Range |
|---|---|---|
| TestUpdate | * | |
| NEUTROPHIL PERCENT | 47.8 | 39.7 - 72.1 % |
| LYMPH PERCENT | 34.8 | 20.0 - 50.0 % |
| MONOCYTE PERCENT | 12.3 (*) | 2.0 - 11.0 % |
| EOSINOPHIL PERCENT | 3.2 | 0.0 - 6.0 % |
| BASOPHIL PERCENT | 1.7 | 0.0 - 2.0 % |
| IMMATURE GRANULOCYTE PERCENT | 0.2 | 0.0 - 0.6 % |
| ABSOLUTE NEUTROPHILS | 2.0 | 1.8 - 6.6 10^9/L |
| ABSOLUTE LYMPHOCYTES | 1.4 | 1.0 - 4.8 10^9/L |
| ABSOLUTE MONOCYTES | 0.5 | 0.2 - 0.9 10^9/L |
| ABSOLUTE EOSINOPHILS | 0.1 | 0.0 - 0.4 10^9/L |
| ABSOLUTE BASOPHILS | 0.1 | 0.0 - 0.2 10^9/L |
| IMMATURE GRANULOCYTE ABSOLUTE | 0.01 | 0.00 - 0.05 10^9/L |

**TIME/COMMUNICATION:**

I personally spent a total of 60 minutes. Of that 40 minutes was counseling/coordination of patient's care. See my note above for details.

Virginia F Borges, MD

---

1168- GAHAN, KELLY- University of Colorado Hospital  00120

## uchealth

AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▇▇▇▇ Sex: F
Encounter date: 1/22/2013

---

## Call Documentation (continued)

### Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)

Signed by Borges, Virginia F, MD on 2/1/2013  4:20 PM

---

## Encounter Messages

No messages in this encounter

## Care Advice Given

No Care Advice given for this encounter.

## Orders

### Lab - All Orders

#### CBC No Auto Diff [107941543]

| | |
|---|---|
| Electronically signed by:  **Edi, Cerner Interface on 01/22/13 1147** | Status:  **Completed** |

Ordering user:  Edi, Cerner Interface 01/22/13 1147          Authorized by:  Borges, Virginia F, MD
Ordering mode:  Standard
Frequency:  01/22/13 1147 -

#### Autodiff [107941544]

| | |
|---|---|
| Electronically signed by:  **Edi, Cerner Interface on 01/22/13 1147** | Status:  **Completed** |

Ordering user:  Edi, Cerner Interface 01/22/13 1147          Authorized by:  Borges, Virginia F, MD
Ordering mode:  Standard
Frequency:  01/22/13 1147 -

#### Cancer antigen 27.29 [107924049]

| | |
|---|---|
| Electronically signed by:  **Borges, Virginia F, MD on 01/22/13 1138** | Status:  **Completed** |

Ordering user:  Borges, Virginia F, MD 01/22/13 1138          Authorized by:  Borges, Virginia F, MD
Ordering mode:  Standard
Diagnoses
Breast cancer (HC code)

#### Carcinoembryonic antigen [107924050]

| | |
|---|---|
| Electronically signed by:  **Borges, Virginia F, MD on 01/22/13 1138** | Status:  **Completed** |

Ordering user:  Borges, Virginia F, MD 01/22/13 1138          Authorized by:  Borges, Virginia F, MD
Ordering mode:  Standard
Diagnoses
Breast cancer (HC code)

#### CBC with auto diff [107924051]

| | |
|---|---|
| Electronically signed by:  **Borges, Virginia F, MD on 01/22/13 1138** | Status:  **Completed** |

Ordering user:  Borges, Virginia F, MD 01/22/13 1138          Authorized by:  Borges, Virginia F, MD
Ordering mode:  Standard
Diagnoses
Breast cancer (HC code)

#### Comprehensive metabolic panel [107924052]

| | |
|---|---|
| Electronically signed by:  **Borges, Virginia F, MD on 01/22/13 1138** | Status:  **Completed** |

Ordering user:  Borges, Virginia F, MD 01/22/13 1138          Authorized by:  Borges, Virginia F, MD
Ordering mode:  Standard
Diagnoses
Breast cancer (HC code)

#### Pregnancy test blood [107924053]

---

1168- GAHAN, KELLY- University of Colorado Hospital  00121

AMC BREAST CTR OP

# uchealth

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮▮  Sex: F
Encounter date: 1/22/2013

---

## Lab - All Orders (continued)

### Pregnancy test blood [107924053] (continued)

| | |
|---|---|
| Electronically signed by: **Borges, Virginia F, MD on 01/22/13 1138** | Status: **Completed** |

Ordering user: Borges, Virginia F, MD 01/22/13 1138     Authorized by: Borges, Virginia F, MD
Ordering mode: Standard
Diagnoses
Breast cancer (HC code)

### Vitamin D,25-hydroxy (Preferred) [107924054]

| | |
|---|---|
| Electronically signed by: **Borges, Virginia F, MD on 01/22/13 1138** | Status: **Completed** |

Ordering user: Borges, Virginia F, MD 01/22/13 1138     Authorized by: Borges, Virginia F, MD
Ordering mode: Standard
Diagnoses
Breast cancer (HC code)

## Outpatient Referral - All Orders

### AMBULATORY REFERRAL TO INTEGRATIVE MEDICINE [108446275]

| | |
|---|---|
| Electronically signed by: **Borges, Virginia F, MD on 02/01/13 1618** | Status: **Active** |

Ordering user: Borges, Virginia F, MD 02/01/13 1618     Authorized by: Borges, Virginia F, MD
Ordering mode: Standard
Frequency: 02/01/13 -
Diagnoses
Breast cancer (HC code)

Questionnaire

| Question | Answer |
|---|---|
| Reason for referral | symptom management for breast cancer on treatment |
| Modality requested | Traditional Chinese Medicine (Acupuncture) |

## Medications - All Orders

### TRETINOIN (RETIN-A TOP) [107778047]

| | |
|---|---|
| Electronically signed by: **John, Dixie Lee, CNA on 01/22/13 0902** | Status: **Discontinued** |

Ordering user: John, Dixie Lee, CNA 01/22/13 0902     Authorized by: Provider, Historical, MD
Ordering mode: Standard
Frequency:   - 03/05/13          Discontinued by: Hill, Allison, MA 03/05/13 1334
                                 [Discontinued by another clinician]

## Clinical Lab Results

## Lab - Lab Results

| | Resulted: 01/22/13 1519, Result status: In process |
|---|---|
| **CBC No Auto Diff [107941543]** | |
| Filed on: 01/22/13 1519 | Resulting lab: CERNER |

| | Resulted: 01/22/13 1519, Result status: In process |
|---|---|
| **Autodiff [107941544]** | |
| Filed on: 01/22/13 1519 | Resulting lab: CERNER |

| | Resulted: 01/22/13 1525, Result status: Final result |
|---|---|
| **CBC with auto diff [107924051]** | |

---

**1168- GAHAN, KELLY- University of Colorado Hospital  00122**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

## Lab - Lab Results (continued)

Resulted: 01/22/13 1525, Result status: Final
result

**CBC with auto diff [107924051] (continued)**
Filed on: 01/22/13 1519

Specimen Collection

| Source | Collected On |
|---|---|
| Blood | 01/22/13 1147 |

Resulted: 01/22/13 1525, Result status: Final
result

**CBC No Auto Diff [107941543]**
Filed on: 01/22/13 1526                               Resulting lab: CERNER

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 4.1 | 4.0 - 11.1 10^9/L | — | — |
| Red Blood Cell Count | 4.61 | 4.18 - 5.64 10^12L | — | — |
| Hemoglobin | 14.3 | 12.1 - 16.3 g/dL | — | — |
| Hematocrit | 42.0 | 35.7 - 46.7 % | — | — |
| Mean Corpuscular Volume | 91.1 | 80.0 - 100.0 fL | — | — |
| Mean Corpuscular Hemoglobin | 31.0 | 27.5 - 35.1 pg | — | — |
| Mean Corpuscular Hemoglobin Concentration | 34.0 | 32.0 - 36.0 g/dL | — | — |
| Platelet Count | 312 | 150 - 400 10^9/L | — | — |
| Mean Platelet Volume | 10.3 | 9.6 - 12.8 fL | — | — |
| RED CELL DISTRIBUTION WIDTH SD | 42.8 | 37.1 - 48.8 fL | — | — |
| RED CELL DISTRIBUTION WIDTH CV | 12.9 | 11.7 - 14.2 % | — | — |
| NRBC Percent | 0.0 | 0.0 - 0.0 % | — | — |
| NRBC Absolute | 0.00 | 0.00 - 0.00 10^9/L | — | — |

Comment:
Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO
80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

Resulted: 01/22/13 1525, Result status: Final
result

**Autodiff [107941544] (Abnormal)**
Filed on: 01/22/13 1526                               Resulting lab: CERNER

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TestUpdate | * | | | |
| Segmented Neutrophil Percent, Manual | 47.8 | 39.7 - 72.1 % | — | — |
| Lymphocyte Percent | 34.8 | 20.0 - 50.0 % | — | — |
| Monocytes Percent | 12.3 | 2.0 - 11.0 % | H | — |
| Eosinophils Percent | 3.2 | 0.0 - 6.0 % | — | — |
| Basophils Percent | 1.7 | 0.0 - 2.0 % | — | — |
| Immature Granulocytes Percent | 0.2 | 0.0 - 0.6 % | — | — |
| Neutrophils Absolute | 2.0 | 1.8 - 6.6 10^9/L | — | — |
| Lymphocyte Absolute | 1.4 | 1.0 - 4.8 10^9/L | — | — |
| Monocytes Absolute | 0.5 | 0.2 - 0.9 10^9/L | — | — |

**1168- GAHAN, KELLY- University of Colorado Hospital  00123**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ████████ Sex: F
Encounter date: 1/22/2013

## Lab – Lab Results (continued)

Resulted: 01/22/13 1525, Result status: Final result

**Autodiff [107941544] (Abnormal) (continued)**

| | | | | |
|---|---|---|---|---|
| Eosinophils Absolute | 0.1 | 0.0 - 0.4 10^9/L | — | — |
| Basophils Absolute | 0.1 | 0.0 - 0.2 10^9/L | — | — |
| Immature Granulocytes Absolute | 0.01 | 0.00 - 0.05 10^9/L | — | — |

Comment:
Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

Resulted: 01/22/13 1525, Result status: In process

**Cancer antigen 27.29 [107924049]**

Filed on: 01/22/13 1525                      Resulting lab: CERNER

Specimen Collection

| Source | Collected On |
|---|---|
| Blood | 01/22/13 1147 |

Resulted: 01/22/13 1525, Result status: In process

**Carcinoembryonic antigen [107924050]**

Filed on: 01/22/13 1525                      Resulting lab: CERNER

Specimen Collection

| Source | Collected On |
|---|---|
| Blood | 01/22/13 1147 |

Resulted: 01/22/13 1525, Result status: In process

**Pregnancy test blood [107924053]**

Filed on: 01/22/13 1525                      Resulting lab: CERNER

Specimen Collection

| Source | Collected On |
|---|---|
| Blood | 01/22/13 1147 |

Resulted: 01/22/13 1525, Result status: In process

**Vitamin D,25-hydroxy (Preferred) [107924054]**

Filed on: 01/22/13 1525                      Resulting lab: CERNER

Specimen Collection

| Source | Collected On |
|---|---|
| Blood | 01/22/13 1147 |

Resulted: 01/22/13 1543, Result status: In process

**Comprehensive metabolic panel [107924052]**

Filed on: 01/22/13 1543                      Resulting lab: CERNER

Specimen Collection

| Source | Collected On |
|---|---|
| Blood | 01/22/13 1147 |

Resulted: 01/22/13 1546, Result status: Edited

**Pregnancy test blood [107924053]**

Filed on: 01/22/13 1547                      Resulting lab: CERNER

1168- GAHAN, KELLY- University of Colorado Hospital  00124

# uchealth

AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮▮ Sex: F
Encounter date: 1/22/2013

## Lab - Lab Results (continued)

### Pregnancy test blood [107924053] (continued)
Resulted: 01/22/13 1546, Result status: Edited

#### Specimen Collection

| Source | Collected On |
|--------|--------------|
| Blood | 01/22/13 1147 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Pregnancy Test Serum | NEGATIVE | — | — | — |

Comment:
A single NEGATIVE result does not rule out early pregnancy. Repeat test in one week if indicated. Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

### Pregnancy test blood [107924053]
Resulted: 01/22/13 1546, Result status: Edited

Filed on: 01/22/13 1546                    Resulting lab: CERNER

#### Specimen Collection

| Source | Collected On |
|--------|--------------|
| Blood | 01/22/13 1147 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Pregnancy Test Serum | NEGATIVE | — | — | — |

Comment:
A single NEGATIVE result does not rule out early pregnancy. Repeat test in one week if indicated. Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

### Cancer antigen 27.29 [107924049]
Resulted: 01/22/13 1602, Result status: Final result

Filed on: 01/22/13 1602                    Resulting lab: CERNER

#### Specimen Collection

| Source | Collected On |
|--------|--------------|
| Blood | 01/22/13 1147 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Cancer Antigen 27.29 CENT | 30 | 0 - 40 U/mL | — | — |

Comment:
Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

### Vitamin D,25-hydroxy (Preferred) [107924054] (Abnormal)
Resulted: 01/22/13 1602, Result status: Final result

Filed on: 01/22/13 1602                    Resulting lab: CERNER

---

AMC BREAST CTR OP



Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

---

## Lab - Lab Results (continued)

**Vitamin D,25-hydroxy (Preferred) [107924054] (Abnormal) (continued)**  Resulted: 01/22/13 1602, Result status: Final result

### Specimen Collection

| Source | Collected On |
|--------|--------------|
| Blood | 01/22/13 1147 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Vitamin D 25-Hydroxy | 14 | 30 - 100 ng/mL | L | — |

Comment:
Vitamin D Status    Range    Deficiency    <20 ng/mL    Insufficiency    20 - 30 ng/mL    Sufficiency    30 - 100 ng/mL    Toxicity    >100 ng/mL Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

---

Resulted: 01/22/13 1605, Result status: Final result

**Carcinoembryonic antigen [107924050]**

Filed on: 01/22/13 1605                        Resulting lab: CERNER

### Specimen Collection

| Source | Collected On |
|--------|--------------|
| Blood | 01/22/13 1147 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Carcinoembryonic Antigen DXI | 0.5 | 0.0 - 3.0 ng/mL | — | — |

Comment:
Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

---

**Comprehensive metabolic panel [107924052] (Abnormal)**    Resulted: 01/22/13 1615, Result status: Edited

Filed on: 01/22/13 1616                        Resulting lab: CERNER

### Specimen Collection

| Source | Collected On |
|--------|--------------|
| Blood | 01/22/13 1147 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium Serum/Plasma | 139 | 133 - 145 mmol/L | — | — |
| Potassium Serum/Plasma | 3.8 | 3.3 - 5.0 mmol/L | — | — |
| Chloride Serum/Plasma | 105 | 101 - 111 mmol/L | — | — |
| Blood Urea Nitrogen | 8 | 6 - 23 mg/dL | — | — |
| Creatinine Serum/Plasma | 0.69 | 0.40 - 1.20 | — | — |

---

**1168- GAHAN, KELLY- University of Colorado Hospital  00126**

# uchealth

AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

## Lab - Lab Results (continued)

**Comprehensive metabolic panel [107924052] (Abnormal)**
**(continued)**                                        Resulted: 01/22/13 1615, Result status: Edited

mg/dL

Comment:
Estimated GFR: >60 ml/min/1.73sq.m if non African-American female. Estimated GFR: >60 ml/min/1.73sq.m if African-American female AVE GFR for 30-39 yr. age group: 107 ml/min/1.73sq.m eGFR calculated using MDRD Study equation. Only validated for pts 18-70 yrs. Not valid in pregnancy or in pts with serious comorbid conditions.

| | | | | |
|---|---|---|---|---|
| Glucose Random Serum/Plasma | 70 | 70 - 199 mg/dL | — | — |
| Calcium, Serum/Plasma | 9.2 | 8.5 - 10.3 mg/dL | — | — |
| Aspartate Aminotransferase | 20 | 0 - 47 U/L | — | — |
| Alkaline Phosphatase Total | 35 | 39 - 117 U/L | L | — |
| Protein Total Serum/Plasma | 7.5 | 6.4 - 8.3 g/dL | — | — |
| Bilirubin Total | 0.4 | 0.0 - 1.3 mg/dL | — | — |
| Carbon Dioxide | 25 | 22 - 32 mmol/L | — | — |
| ALANINE AMINOTRANSFERASE | 13 | 0 - 47 U/L | — | — |
| ALBUMIN | 4.0 | 3.4 - 5.0 g/dL | — | — |

Comment:
Test performed at University of Colorado Hospital, Anschutz Medical Campus,12401 E. 17th Ave., Aurora CO 80045

Reviewed by
Borges, Virginia F, MD on 01/24/13 0831

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **18 - Unknown** | CERNER | Unknown | UCH Clinical Laboratory 12401 E 17th Avenue, Campus Box A-022 Aurora CO 80045 | 05/17/12 1904 - 02/12/13 1454 |

## Radiology Results

### Radiology Results
No Radiology Results Found

## ECG/EMG Results

### ECG/EMG Results
No ECG/EMG Results

## GI Results

### GI Results
No GI Results Found

## Cardiac Results

### Cardiac Results
No Cardiac Results

## Pathology Results
## Encounter Notes

### Progress Notes

**1168- GAHAN, KELLY- University of Colorado Hospital  00127**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ████████ Sex: F
Encounter date: 1/22/2013

## Progress Notes (continued)

**Borges, Virginia F, MD at 1/22/2013 11:25 AM**

Author Type:  Physician                        Status:  Signed

### Assessment and Plan:

Breast cancer  (primary encounter diagnosis)

Comment: 1. Young onset breast cancer: Patient presents with age under 40 onset of breast cancer and no significant family history.  Testing for BRCA gene mutation is indicated and referral placed by me to our Hereditary Cancer Clinic.   I reviewed with the patient and she demonstrated understanding that a gene mutation diagnosis has impact for her personal future risk of another breast cancer and also ovarian cancer. The options of preventative surgeries as part of her subsequent cancer management were reviewed, as well as the option of additional high risk surveillance if she elects to not pursue those surgeries.  Also the importance of identifying a potential gene mutation for her family was reviewed.  She appears to understand that if a gene mutation is found, all blood relatives are also potentially at risk for breast, ovarian, or prostate cancer as well as possible other cancers. The degree of closeness of their blood line impacting on that risk and the options of testing for family members, including those not yet of age,  were reviewed. Lastly, the issues of a negative of uninformative result as well as an indeterminate result were discussed.

2. Breast cancer management: I reviewed the role of local and systemic therapies in the overall management of breast cancer and the purposes of each. Her local therapy options are mastectomy with or without reconstruction or potential lumpectomy with radiation, although the diffuse nature of the calcifications may make that less satisfying cosmetically or technically feasible. She will be seen by Dr. Kounalakis today for further evaluation of this issue.  If mastectomy performed, no role for XRT unless more cancer is identified then we can currently appreciate, such as in her lymph nodes.  For her systemic therapy,  based on her cancer stage and biologic subtype, she is a candidate for antiendocrine therapy, chemotherapy and herceptin.

 For antiendocrine therapy, I recommend tamoxifen for at least 5 years total therapy. Side effects in a young women reviewed, including weight gain, musculoskeletal symptoms, and disruption of menses.  Lack of significant increased risk for uterine cancer or thrombosis outlined. The risk of increased fertility and the need for appropriate contraception was also reviewed.

For chemotherapy, I discussed the rationale for prevention of metastatic disease in her future. Regimen of Taxotere, Carboplatin and Herceptin recommended and side effect profile reviewed in detail including risk for alopecia, bone marrow suppression, life threatening infection, typhlitis and death.  Potential for allergic reaction outlined with the taxane drugs.  More common side effects of mucositis, diarrhea, constipation, heart burn, skin rashes and sensitivity, weight gain, menstrual dysfunction, risk of temporary or permanent menopause and infertility, eye changes, nail changes, chemo brain, and fatigue outlined.  Concern for neuropathy and low of heart damage and secondary leukemias reviewed. Schedule of drugs and time course of side effects outlined in detail. Issues of feasibility of maintaining current work schedule and home life reviewed.

3. Cancer survivorship:  The resources available to her both here locally and through national web sites, particularly those for young survivors were presented.  I recommended a referral to the Center for Integrated Medicine. The role of sound diet and nutrition and regular exercise to prevent weight gain also discussed. She will be referred to Oncofertility for consultation regarding egg banking and future fertility planning. Contraception is not an immediate need for her, though she understand the requirement for barrier methods should her current level of sexual activity change.

3. Coordination of Care:  She will have her medical oncology care with me after her upcoming surgery and knows to contact me in the interim as questions arise.

**1168- GAHAN, KELLY- University of Colorado Hospital  00128**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ⬛⬛⬛⬛ Sex: F
Encounter date: 1/22/2013

---

**Progress Notes (continued)**

Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)

---

Plan: Cancer antigen 27.29, Carcinoembryonic antigen,
CBC with auto diff, Comprehensive metabolic
panel, Pregnancy test blood, Vitamin
D,25-hydroxy (Preferred), AMBULATORY REFERRAL
TO REPRODUCTIVE MEDICINE
RPV after surgery.

**Subjective:**

**Patient ID:** Kelly E Gahan is a 33 y.o. female who presents to Diane O'Connor-Thompson Breast Center for consultation regarding her newly diagnosed breast cancer.
HPI
Dr. Gahan is an ER MD who was in her usual state of excellent health when she presented for evaluation of R breast pain.  There were no R breast findings at that evaluation, but incidentally by mammo her L breast showed multifocal calcifications and an approximate 1cm mass towards the posterior breast.  Ultrasound done the same day confirmed the finding and MRI as well with no R breast disease seen.  She has had 3 areas associated with the calcifications biopsied.  The 2:30 N4 1cm area returns an IDC that is grade 3, strongly ER, PR and HEr 2 positive, triple positive tumor.  The other two biopsied areas were all DCIS.  By all her imaging and PE to day there is no evidence at present for lymph node abnormalities on any study.

**CURRENT MEDICATIONS:**
Current Outpatient Prescriptions

| Medication | Sig |
| --- | --- |
| • TRETINOIN (RETIN-A TOP) | Apply  topically. |
| • isotretinoin (ACCUTANE) 20 mg capsule | TAKE 1 CAPSULE TWICE DAILY. |
| • penicillin v potassium (VEETID) 500 mg tablet | TAKE 1 TABLET 4 TIMES DAILY |

**ALLERGIES:** Sulfa(sulfonamide antibiotics)

I have reviewed, verified and agree with the past medical, surgical, birth, family and social  history as documented by the RN, MA and history form. She is single and nulliaprous at this time.  She lives alone.  She is accompanied to today's visit by her mothera nd best friend from residency training who flew out from the east coast to be with her today for the consultation.

Review of Systems
Constitutional: Positive for appetite change and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.

---

1168- GAHAN, KELLY- University of Colorado Hospital  00129



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

---

## Progress Notes (continued)

**Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)**

Hematological: Negative.
Psychiatric/Behavioral: Positive for disturbed wake/sleep cycle and dysphoric mood. Negative for suicidal ideas. The patient is nervous/anxious.

**Objective:**

Vital Signs: BP 139/78 | Pulse 83 | Temp(Src) 37.5 °C (99.5 °F) (Temporal Artery) | Resp 18 | Ht 1.676 m (5' 6") | Wt 47.083 kg (103 lb 12.8 oz) | BMI 16.75 kg/m2

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. Right breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change and no tenderness. Left breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change and no tenderness.



1: Bruising from prior biopsies, otherwise
normal exam.

Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit. Coordination normal.
Skin: Skin is warm and dry. No rash noted. No erythema.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

---



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

## Progress Notes (continued)

Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)

**DATA:**

Results for orders placed in visit on 01/22/13

**CANCER ANTIGEN 27.29**

| Component | Value | Range |
|---|---|---|
| CANCER ANTIGEN 27.29 | 30 | 0 - 40 U/mL |

**CARCINOEMBRYONIC ANTIGEN**

| Component | Value | Range |
|---|---|---|
| CARCINOEMBRYONIC ANTIGEN | 0.5 | 0.0 - 3.0 ng/mL |

**COMPREHENSIVE METABOLIC PANEL**

| Component | Value | Range |
|---|---|---|
| SODIUM,SERUM/PLASMA | 139 | 133 - 145 mmol/L |
| POTASSIUM, SERUM/PLASMA | 3.8 | 3.3 - 5.0 mmol/L |
| CHLORIDE, SERUM/PLASMA | 105 | 101 - 111 mmol/L |
| BLOOD UREA NITROGEN | 8 | 6 - 23 mg/dL |
| CREATININE, SERUM/PLASMA | 0.69 | 0.40 - 1.20 mg/dL |
| GLUCOSE, RANDOM, SERUM/PLASMA | 70 | 70 - 199 mg/dL |
| CALCIUM, SERUM/PLASMA | 9.2 | 8.5 - 10.3 mg/dL |
| ASPARTATE AMINOTRANSFERASE | 20 | 0 - 47 U/L |
| ALK PHOS, SERUM/PLASMA | 35 (*) | 39 - 117 U/L |
| PROTEIN TOTAL, SERUM/PLASMA | 7.5 | 6.4 - 8.3 g/dL |
| BILIRUBIN TOTAL | 0.4 | 0.0 - 1.3 mg/dL |
| CARBON DIOXIDE | 25 | 22 - 32 mmol/L |
| ALANINE AMINOTRANSFERASE | 13 | 0 - 47 U/L |
| ALBUMIN | 4.0 | 3.4 - 5.0 g/dL |

**PREGNANCY TEST BLOOD**

| Component | Value | Range |
|---|---|---|
| PREGNANCY TEST BLOOD | NEGATIVE | |

**VITAMIN D,25-HYDROXY (PREFERRED)**

| Component | Value | Range |
|---|---|---|
| VITAMIN D,25-HYDROXY | 14 (*) | 30 - 100 ng/mL |

**CBC NO AUTO DIFF**

| Component | Value | Range |
|---|---|---|
| WHITE BLOOD CELL COUNT | 4.1 | 4.0 - 11.1 10^9/L |
| RED BLOOD CELL COUNT | 4.61 | 4.18 - 5.64 10^12L |
| Hemoglobin | 14.3 | 12.1 - 16.3 g/dL |
| HEMATOCRIT | 42.0 | 35.7 - 46.7 % |
| MEAN CORPUSCULAR VOLUME | 91.1 | 80.0 - 100.0 fL |
| MEAN CORPUSCULAR HGB | 31.0 | 27.5 - 35.1 pg |
| MEAN CORPUSCULAR HGB CONCENTRN | 34.0 | 32.0 - 36.0 g/dL |
| PLATELET COUNT | 312 | 150 - 400 10^9/L |
| MEAN PLATELET VOLUME | 10.3 | 9.6 - 12.8 fL |
| RED CELL DISTRIBUTION WIDTH SD | 42.8 | 37.1 - 48.8 fL |
| RED CELL DISTRIBUTION WIDTH CV | 12.9 | 11.7 - 14.2 % |
| NRBC PERCENT | 0.0 | 0.0 - 0.0 % |
| NRBC ABSOLUTE | 0.00 | 0.00 - 0.00 10^9/L |

**AUTODIFF**

| Component | Value | Range |
|---|---|---|
| TestUpdate | * | |
| NEUTROPHIL PERCENT | 47.8 | 39.7 - 72.1 % |
| LYMPH PERCENT | 34.8 | 20.0 - 50.0 % |
| MONOCYTE PERCENT | 12.3 (*) | 2.0 - 11.0 % |
| EOSINOPHIL PERCENT | 3.2 | 0.0 - 6.0 % |
| BASOPHIL PERCENT | 1.7 | 0.0 - 2.0 % |



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ████ Sex: F
Encounter date: 1/22/2013

---

**Progress Notes (continued)**

Borges, Virginia F, MD at 1/22/2013 11:25 AM (continued)

| IMMATURE GRANULOCYTE PERCENT | 0.2 | 0.0 - 0.6 % |
| ABSOLUTE NEUTROPHILS | 2.0 | 1.8 - 6.6 10^9/L |
| ABSOLUTE LYMPHOCYTES | 1.4 | 1.0 - 4.8 10^9/L |
| ABSOLUTE MONOCYTES | 0.5 | 0.2 - 0.9 10^9/L |
| ABSOLUTE EOSINOPHILS | 0.1 | 0.0 - 0.4 10^9/L |
| ABSOLUTE BASOPHILS | 0.1 | 0.0 - 0.2 10^9/L |
| IMMATURE GRANULOCYTE ABSOLUTE | 0.01 | 0.00 - 0.05 10^9/L |

**TIME/COMMUNICATION:**
I personally spent a total of 60 minutes. Of that 40 minutes was counseling/coordination of patient's care. See my note above for details.

Virginia F Borges, MD

Signed by Borges, Virginia F, MD on 2/1/2013  4:20 PM

---

**History and Physical Notes**

No notes of this type exist for this encounter.

### **Flowsheets**

---

1168- GAHAN, KELLY- University of Colorado Hospital  00132



AMC BREAST CTR OP     Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮▮▮  Sex: F
Encounter date: 1/22/2013

## Flowsheets (all recorded)

### Anthropometrics

| Row Name | 01/22/13 0901 |
|---|---|
| Anthropometrics | |
| Weight Change | **100** -DJ |

### Breast Gyn History

| Row Name | 01/29/13 0900 |
|---|---|
| Questions | |
| Current Age | **33** -DJ |
| Age at 1st menstrual period | **12** -DJ |
| Have you taken hormone replacement therapy? | **Yes** -DJ |
| Have you ever had fertility treatment? | **No** -DJ |
| Duration in years | **7years** -DJ |
| Type | **birth control** -DJ |
| OTHER | |
| Date of last mammo? | **1/11/13** -DJ |
| Institution of last mammo? | **st.jose** -DJ |
| Previous biopsies? | **Yes** -DJ |
| How many? | **3** -DJ |
| When? | **last week** -DJ |
| Institution of last biopsy? | **st.jose** -DJ |
| Any family members w/history of breast cancer? | **Yes** -DJ |
| Ovarian Cancer? | **No** -DJ |
| Other types of cancer? | **Yes** -DJ |
| Specific type of cancer? | **breast** and multiple myeloma -DJ |
| Involved family member | **Maternal Grandmother;Maternal Grandfather** -DJ |

### Custom Formula Data

| Row Name | 01/22/13 0901 |
|---|---|

**1168- GAHAN, KELLY- University of Colorado Hospital  00133**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████  Sex: F
Encounter date: 1/22/2013

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 01/22/13 0901 |
|---|---|
| **Height and Weight** | |
| BSA (Calculated - sq m) | 1.48 sq meters -DJ |
| **OTHER** | |
| Weight gain/loss (kg) | 47.08 kg -DJ |
| % Weight Change Since Birth | 0 % -DJ |
| IBW/kg (Calculated) | 59.3 kg -DJ |
| Weight gain/loss | 47083 gms -DJ |
| Low: Female Calculated Energy for BMI < 25 | 1412.49 -DJ |
| High: Female Calculated Energy for BMI < 25 | 58.13 -DJ |
| Low: Male Calculated Energy for BMI < 27 | 1412.49 -DJ |
| High: Male Calculated Energy for BMI <27 | 58.13 -DJ |
| Male: BMI > 27 | 1358.59 -DJ |
| Female: BMI > 25 | 1192.59 -DJ |
| Weight gain/loss (kg) | 47.08 kg -DJ |
| Grams Protein Needed (calculated) | 47.08 -DJ |
| **Weight/Height Bariatric Measurements** | |
| Ideal Body Weight | 130 lb -DJ |
| Ideal Body Weight | 140 lb -DJ |

### HT/WT & Screenings

| Row Name | 01/22/13 0901 |
|---|---|
| **Height and Weight** | |
| Height | 1.676 m (5' 6") -DJ |
| Weight | 47.1 kg (103 lb |

**1168- GAHAN, KELLY- University of Colorado Hospital  00134**



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ███████ Sex: F
Encounter date: 1/22/2013

---

## Flowsheets (all recorded) (continued)

### HT/WT & Screenings (continued)

| Row Name | 01/22/13 0901 |
|---|---|
| | 12.8 oz) -DJ |
| BMI (Calculated) | 16.8 -DJ |

**Fall Screening - If 3+ "yes" answers, complete Fall Assessment (High Risk)**

| | |
|---|---|
| Fall within the last 3 months | No -DJ |
| Fear of falling? | No -DJ |
| Difficulty Ambulating | No -DJ |

**Ambulatory Suicide Screen**

| | |
|---|---|
| In past two weeks has patient felt down, depressed or hopeless? | No -DJ |

### Venipuncture Specimen Oncology Flowsheet

| Row Name | 01/22/13 1500 |
|---|---|
| **Specimen Collected** | |
| Specimen | Blood -AH |
| **Orientation** | |
| Orientation | Right -AH |
| **Site** | |
| Site | Antecubital -AH |
| **Venipuncture Attempts** | |
| Venipuncture Attempts | 1 -AH |
| **Tolerance** | |
| Tolerance | Tolerated -AH |

### Vitals & Pain

| Row Name | 01/22/13 0901 |
|---|---|
| **VITALS** | |
| Temp | 37.5 °C (99.5 °F) -DJ |
| Temp src | Temporal Art -DJ |
| BP | 139/78 -DJ |
| BP Location | RA -DJ |
| BP Method | Automatic -DJ |
| Patient Position | Sitting -DJ |
| Pulse | 83 -DJ |
| Heart Rate Source | Right;Brachial -DJ |
| Resp | 18 -DJ |
| **Pain Assessment** | |

---

1168- GAHAN, KELLY- University of Colorado Hospital  00135



AMC BREAST CTR OP

Gahan, Kelly E
MRN: 920135, DOB: ▮▮▮▮ Sex: F
Encounter date: 1/22/2013

## Flowsheets (all recorded) (continued)

### Vitals & Pain (continued)

| Row Name | 01/22/13 0901 |
|---|---|
| Pain Now | No -DJ |

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| DJ | John, Dixie Lee, CNA |
| AH | Hill, Allison, MA |

## Facility Charge Score

### Facility Charge Score

| Item | Calculated Points | Edited Points |
|---|---|---|
| Additiional Documentation | | |
| Ordered Procedures | 7 | 7 |
| Medications | 0.75 | 0.75 |
| Vitals | 6 | 6 |
| AVS | 1 | 1 |
| No Current Meds | | |
| Chief Complaint | 1 | 1 |
| Falls | 1 | 1 |
| Pain | 1 | 1 |
| Urine Assess | | |
| Wound/Ostomy | | |
| Suicide | 1 | 1 |
| Suicide Precautions Order | | |

Total Points: 18.75

## Letters
## Scanned Images

### Encounter-Level Documents:
There are no encounter-level documents.

### Order-Level Documents:
There are no order-level documents.

**1168- GAHAN, KELLY- University of Colorado Hospital  00136**