# EXHIBIT H



MEDICAL ONCOLOGY
& HEMATOLOGY
O: 303-318-3434
F: 303-318-3431

Richard Hasley, MD
Medical Director
Comprehensive Cancer Center

Deborah Cook, MD
Sarah Gordon, MD
Kerry Faber, MD
Alice M. Lehnir, MD
Mary Jane LaRocke, ANP

SURGICAL ONCOLOGY
O: 303-318-3434
F: 303-318-3437

Susan K. Young, MD
Medical Director
Surgical Oncology

GYNECOLOGIC ONCOLOGY
O: 303-318-3718
F: 303-318-3737

Morgan Loeliska, MD
Ronald Kerbell, MD
Bonnie Rosskoe, NP

PSYCHOSOCIAL ONCOLOGY
O: 303-318-3392
F: 303-318-3437

Jane Saldana Lonez, PsyD
Clinical Health Psychologist
Director

RADIATION ONCOLOGY
1825 Franklin Street
Denver, Colorado 80218
O: 303-837-5160
F: 303-837-5137

Mark Clebel, MD
Medical Director
Radiation Oncology

Ari Ballanoff, MD
James Jacobs, MD
Michelle Chen, MD
Chris Colangelo, MD

January 24, 2013

Denise Norton, M.D.
Comprehensive Cancer Center
1825 Marion Street
Denver, CO  80218

RE:  Kelly Gahan
DOB:  [REDACTED]
MR#: H0924207

Dear Dr. Norton:

I had the opportunity to see Ms. Kelly Gahan here at Saint Joseph Comprehensive Cancer Center for her diagnosis of ER/PR positive, Her-2 positive left sided breast cancer.

IMPRESSION/RECOMMENDATIONS:
1. Left sided ER/PR and Her-2 positive breast cancer. I recommended to Ms. Gahan again similar recommendations as to Dr. Norton as well as the University. I would recommend she have a mastectomy with the extensive area of DCIS that was seen. She may or may not benefit from radiation and again we will see at her surgery what happens with her margins and her nodal status. I have recommended to the patient adjuvant therapy in the form of Taxotere, carboplatin and Herceptin. If she has lymph node involvement I may consider giving her Adriamycin and Cytoxan followed by Taxol with Herceptin. Again I discussed with her it is the Cytoxan in her chemotherapy regimen that tends to cause the most fertility problems. She agrees with treatment today. I will follow up with her after her surgery. She will also decide if she wants to have treatment here at our center or at the University of Colorado
2. Pain control; the patient has no pain.
3. Nausea and vomiting, none.
4. **Genetic counseling. The patient's BRCA testing came back** negative. She does not have to have the right breast removed. She may do so for her own peace of mind.
5. Supportive care. We spent about 45 minutes today in face-to-face time discussing all of her care today. She was grateful for my time. About 35 minutes of that time was spent in counseling.

1168- GAHAN, KELLY- St. Joseph Hospital  00100

RE: Kelly Gahan
Page 2
January 24, 2013

HISTORY OF PRESENT ILLNESS: Ms. Kelly Gahan is a 33-year-old woman who has no past medical history who presented for mammogram due to right nipple inversion and flattening. The patient states that approximately 7 years ago she noticed some inversion of her right breast. The right nipple was always slightly more flat than the left nipple. She obtained a mammogram at that time and noted that there were no abnormalities. About three years ago she noticed more changes and discomfort in the right breast. Eventually since moving to Denver she obtained a mammogram. That mammogram showed no abnormalities on the right side. The left showed multifocal areas of indeterminate calcifications; this was on January 11, 2013. The same day she had an ultrasound and underwent an ultrasound guided biopsy with placement of a clip. This showed invasive ductal carcinoma grade 1. It measured 0.5 cm on the core. There was evidence of DCIS also seen of intermediate grade. No evidence of lymphovascular invasion was seen. She then underwent further imaging with an MRI on January 15. This showed extensive asymmetric enhancement in the left axillary tail corresponding to the microcalcifications. This was thought to be suspicious for ductal carcinoma in situ. Axilla appeared normal. She had a biopsy of the two additional areas again showing the ductal carcinoma in situ on the biopsies. The patient received counseling by the University of Colorado from surgical, medical and radiation oncology. She is here today to get a second opinion from a medical oncology standpoint.

SUBJECTIVE: The patient reports she is doing better. She is less anxious about her breast cancer. She is still very concerned about it. She has many questions about fertility treatments. Apparently she is seeing the fertility specialists at the University for preservation. She is not quite sure what she wants to do, again she just needs more information about this. She denies any kind of B symptoms such as night sweats, hot flashes, or weight loss. She does report some mild weight loss over the past year, six to seven pounds. She attributed this to her working out more. She has no other chest pain or shortness of breath. She did feel somewhat more fatigued than usual. She had labs done by her primary care doctor to make sure there wasn't something wrong. All the lab tests came back normal.

The patient feels no pain in the left breast. She still feels a discomfort in the right breast. No other issues she wishes to discuss right now.

PAST MEDICAL HISTORY: None.

PAST MEDICAL HISTORY: Right knee surgery December 1995 after a motor vehicle accident.

CURRENT MEDICATIONS Differin topically to her face as needed.

ALLERGIES: Sulfa which causes rash.

PAST GYN HISTORY: Menarche at age 12. She currently has normal menstrual cycles every month. She has had no children and never been pregnant. She used an oral contraceptive pill for about six years from age 18 to 25.

SOCIAL HISTORY: She does not smoke and drinks alcohol once to twice a week. She is single and works as an emergency room physician at the VA as well as Lutheran Hospital. She has lived in [redacted] for a year and half.

RE: Kelly Gahan
Page 3
January 24, 2013

FAMILY HISTORY: Mother is alive and well. Her father is alive and well. No other siblings. No family history of cancer except in her maternal grandmother who had breast cancer at age 88.

VITALS: Temp 98.1, P 75, R 14, BP 100/71, oxygen saturation is 100% on room air. Weight 105.8 kg. She is not at fall risk, pain 0/10 and no signs of physical abuse.

PHYSICAL EXAM: In general she is a very pleasant woman in no acute distress. Eyes are anicteric. ENT is clear. There is no cervical or supraclavicular adenopathy. There is a questionable thick lymph node in the posterior right scalp. It is nonmobile. It does not appear to be pathologic. It is less than a centimeter. Chest is clear to auscultation. Cardiovascular: Regular rate and rhythm. Abdominal exam: Soft, good bowel sounds. Extremities show no clubbing, cyanosis or edema. Skin reveals no rashes. Breast exam: The right breast is devoid of masses, skin changes or nipple discharge. There is fibrocystic change there that is palpable. There is nothing suspicious I can feel on exam. The left breast has the obvious healing hematoma and scarring from her biopsy in the lower outer quadrant. There are no axillary lymph nodes or other masses I can feel on exam today.

LABORATORY DATA: Biopsy from January 11, 2011 shows ER positive at 95%, PR positive at 85% and Her-2 +3 invasive ductal carcinoma estimated grade 1, and tumor involves multicore biopsies. It was ductal carcinoma in situ intermediate grade seen.

Ultrasound performed January 11, 2013 again shows target area in the left breast demonstrating a multifocal palpable calcifications and more solid nodules in the 2:30 position 4 cm of the nipple measuring 0.9 x 1.0 x 0.8 cm. BRCA testing apparently has come back negative.

Repeat biopsy on January 16, 2013 **shows ductal carcinoma in situ +4 at the 12 o'clock position** and in the superior posterior aspect of the breast, ductal carcinoma in situ also seen.

MRI of the breast shows no malignancy in the left with nothing in the right breast. No evidence for adenopathy in either axilla.

ASSESSMENT: Ms. Kelly Gahan is a 33-year-old woman with what appears to be a T1b N0 M0 ER/PR and Her-2 positive left-sided breast cancer.

Natural history, etiology and treatment of breast cancer were reviewed with the patient today. **She is not on oral contraceptives so it doesn't need to be discontinued at this time. We discussed** her overall prognosis. I think it is excellent given her lack of comorbidities and the fact that she has estrogen receptor positive disease. I recommended to her Taxotere, carboplatin and Herceptin for six cycles. She may also, depending on margins, require radiation. I would have her proceed with surgery so that we can get a definitive pathologic stage on her. The patient agrees. I have counseled her on the nipple sparing and skin sparing surgery. There is not a lot of good evidence to show that this is an appropriate course for her. What I have recommended is that she undergo mastectomy as recommended by Dr. Norton. The patient was agreeable to this.

**1168- GAHAN, KELLY- St. Joseph Hospital  00102**

RE: Kelly Gahan
Page 4
January 24, 2013

She will follow up with us if she decides to have care here at our center. I offered her my card if she wishes to call me for any questions she may.

Sincerely,


Sarah Conlon, M.D.

SC/dmg

Electronically Signed By: Sarah Conlon, MD
Date & Time: 1/28/2013 7:41 AM

**1168- GAHAN, KELLY- St. Joseph Hospital  00103**