UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENTS RELATES TO**
*Jacqueline Mills*
Case No. 17-2689

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF JACQUELINE MILLS

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s (collectively "Defendants" or "Sanofi"), hereby move for summary judgment on the claims of Plaintiff, Jacqueline Mills. For the reasons fully set forth in the attached Memorandum in Support, the Court should grant Defendants' Motion for Summary Judgment because Plaintiff Jacqueline Mills's claims are barred by the learned intermediary doctrine under Georgia law.

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that Ms. Mills's claims are barred, and GRANT Defendants Motion for Summary Judgment.

Date:  January 7, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA  70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile:  504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*