UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO
*Jacqueline Mills*
Case No. 17-2689

### DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s (collectively "Defendants" or "Sanofi"), hereby submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, pursuant to Local Rule 56.1:

**A.     Taxotere**

1. Taxotere is a chemotherapy prescribed to treat various forms of cancer, including breast cancer. Second Am. Master Compl. ¶ 4.

2. Taxotere was first approved for use in the United States in 1996, and its FDA-approved label has always warned that hair loss is one of the drug's most common side effects. Ex. B, 1996 Taxotere Label; Ex. A, 2014 Taxotere Label.

3. In December 2015, Sanofi, following discussions with FDA, made a modest change to the label's post-marketing section to reflect that "cases of permanent alopecia have been reported." Ex. C, 2015 Taxotere Label.

4. Taxotere has never been removed from the market and oncologists continue to prescribe Taxotere to treat potentially life-threatening forms of breast cancer. *See, e.g.,* Ex. D, Shah Dep. 18-19, 43:4-13.

5. When Plaintiff's oncologist prescribed Taxotere as part of her chemotherapy regimen, Taxotere was also the standard of care at that time. Ex. D, Shah Dep. 18:2-19:13.

**B.  Plaintiff's Diagnosis and Chemotherapy Treatment Plan**

1. Plaintiff Jacqueline Mills was born on July 11, 1952. Ex. E, Fifth Amended Plaintiff Fact Sheet ("PFS") at p. 2.

2. Plaintiff is a 66-year-old resident of Georgia. Ex. E, PFS at p. 10.

3. On October 3, 2014, at the age of 62, Plaintiff was diagnosed with breast cancer. Ex. E, PFS at pp. 12-13; Ex. F, Mills Dep. 92, 94-95.

4. Plaintiff was diagnosed with breast cancer, type PR-positive, ER-positive, and HER2 positive. Ex. E, PFS at pp. 12-13; Ex. F, Mills Dep. 92, 94-95. Plaintiff understood that this diagnosis meant she had "a high risk form of cancer" because the "cells divide at a quicker rate." Ex. F, Mills Dep. 95:11-96:4.

5. Following her diagnosis, Plaintiff met with her oncologist Dr. Shefali Shah in December 2014 to discuss her chemotherapy treatment plan. Ex. F, Mills Dep. 93-94, 96.

6. Dr. Shah recommended a chemotherapy regime called TCH, which included docetaxel,[1] carboplatin, and Herceptin. Ex. G, 12/9/14 Medical Record. Because of Plaintiff's HER2 positive diagnosis, Dr. Shah had no doubt that the TCH regimen was "the go-to regimen" for her diagnosis. Ex. D, Shah Dep. 19:7-13.

7. Dr. Shah told Plaintiff definitively that the chemotherapy regimen would cause her to lose her hair. Ex. F, Mills Dep. 98:22-25.

8. Plaintiff agreed to the treatment plan and did not seek a second opinion about this treatment regimen. Ex. F, Mills Dep. 102:7-10, 109:2-6. Plaintiff relied on Dr. Shah's judgment in

---

[1] Docetaxel is the generic version of Taxotere. For ease of reference, Defendants use Taxotere interchangeably.

recommending the best chemotherapy regimen in order to give Plaintiff the best chance of survival. *Id.* at 109:22-110:1.

9. Plaintiff began the Taxotere chemotherapy regime on January 6, 2015. Ex. F, Mills Dep. 119:10-11; *see also* SFC at ¶ 10.

10. Plaintiff's last dose of chemotherapy was administered on March 31, 2015. Ex. F, Mills Dep. 254:19-21; SFC at ¶ 10.

11. Plaintiff is currently cancer-free. PFS at 16.

12. Plaintiff has never received any documents directly or indirectly from Sanofi. Ex. F, Mills Dep. 242:21-24.

13. Plaintiff has never contacted Sanofi. Ex. F, Mills Dep. 242:25-243:1.

14. Dr. Shah continues to use the TCH regimen as of the date of her deposition and would still consider it for HER2 positive patients, like Plaintiff. Ex. D, Shah Dep. 19:7-13.

15. If Plaintiff had come in as a patient today, Dr. Shah would still recommend the TCH regimen because "it's standard of care in this setting." Ex. D, Shah Dep. 43:4-13.

16. After Plaintiff began her chemotherapy regimen, an article in the New England Journal of Medicine suggested that a different chemotherapy regimen, weekly treatments with paclitaxel, could also be appropriate for small HER positive tumors. Ex. D, Shah Dep. 102:1-1-3:1.

17. While Dr. Shah might also consider this weekly paclitaxel regimen <u>today</u> if requested by a patient, she would not have recommended it for Plaintiff <u>then</u> because it was not "standard of care" at the time and the journal article on the regimen had not even been published when Dr. Shah came up with a chemotherapy plan with Plaintiff. Ex. D, Shah Dep. 111-112.

18. Dr. Shah would have recommended the TCH regimen even if she assumed that Taxotere had a risk of permanent and total hair loss and she assumed that Ms. Mills would be interested in different treatments. *Id.* at 103-112.

Date: January 7, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*