# EXHIBIT F

```
                                                                  1
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4                                       )
     JACQUELINE MILLS,                   ) CASE NO.
 5                                       ) 2:17-cv-02689
              Plaintiff,                 )
 6                                       )
              v.                         )
 7                                       )
     SANOFI S.A., SANOFI-AVENTIS U.S.)
 8   L.L.C., and AVENTIS-PHARMA S.A.,)
                                         )
 9            Defendants.                )
                                         )
10   - - - - - - - - - - - - - - - - )

11

12                    VIDEOTAPE DEPOSITION OF

13                       JACQUELINE G. MILLS

14

15

16          Wednesday, May 30, 2018, 8:15 a.m.

17

18

19

20

21              Held At Veritext Atlanta
              1075 Peachtree Street, Suite 3625
22                 Atlanta, Georgia  30309

23       ------------------------------------------------

24       WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public
25       Job No. NJ2910185
```

92

1     A    That's fair to say.
2     Q    What did you learn from Dr. Shefali about
3  the type of breast cancer that you had?
4     A    I don't remember what I learned from Dr.
5  Shefali. I believe the information that I got was
6  from Dr. Ahmann. I don't remember how I got it,
7  whether it was over the phone, whether she sent me
8  something. I don't remember how I got it, but I do
9  remember her telling me that the recommendation
10 would be chemotherapy and that the fact that my lump
11 was small, my, my -- the duration of my treatment
12 was going to be longer because my cancer was what
13 was called HER2-positive.
14          So I would have X number of chemo
15 treatments, but I would also have to take Herceptin
16 for an entire year.
17     Q    It's your recollection that discussion was
18 with Dr. Ahmann, not Dr. Shefali, correct?
19     A    That is my recollection.
20     Q    Did Dr. Shefali discuss with you at all in
21 terms of your chances of survival?
22     A    I don't remember.
23     Q    Did you ask any questions about your
24 chances of survival to Dr. Shefali?
25     A    I don't remember.

93

1      Q    Did your husband ask any questions about
2  your chances of survival?
3      A    I don't remember.
4           MR. MIMS:  I'm going to mark Exhibit 3,
5      which is Kaiser Glenlake, 01510 to 1512.
6           (WHEREUPON, Defendant's Exhibit-3 was
7       marked for identification.)
8           MR. BERMAN:  Is this the official pile of
9      exhibits?
10          MR. MIMS:  Yes.
11 BY MR. MIMS:
12     Q    Ms. Mills, if you look in the upper
13 right-hand corner, the dates, it says Encounter
14 Date, 12/9/2014.  Do you see that date?
15     A    Yes.
16     Q    Then under Consultation you'll see
17 "Provider, Md Shefali N Shah."
18          Do you see that?
19     A    I see that.
20     Q    And that's your first primary oncologist
21 that we've been discussing, Dr. Shefali, right?
22     A    That's correct.
23     Q    And does this sound about right for your
24 first visit with Dr. Shefali, December 9, 2014?
25     A    I don't remember.  I guess it is.  I don't

94

1  know.
2      Q    All right.  If you could turn to page
3  01512, and I'm looking in the middle of the page
4  under Oncology Assessment/Plan.
5           Do you see that?
6      A    Yes.  I see that.
7      Q    The first thing it says is "62 year old
8  with Stage 1A infiltrating mammary carcinoma of the
9  right breast."
10          Do you see that?
11     A    I see that.
12     Q    Does that refresh your recollection as to
13 the stage of cancer that you were diagnosed with?
14     A    Yes.
15     Q    And then it goes on to say:  "ER/PR and
16 Her2/neu all positive."
17          Do you see that?
18     A    I see that.
19     Q    Now, you explained to us a few minutes ago
20 what -- it was your understanding of what
21 HER2-positive meant, right?
22     A    Right.
23     Q    Did you have an understanding as to what
24 ER/PR positive meant?
25     A    At the time I probably did not.

95

1    Q    Do you remember having any discussion with
2 Dr. Shefali about your staging of cancer?
3    A    No, I don't remember having a discussion.
4    Q    And you don't recall discussing with Dr.
5 Shefali that you were HER2-positive, right?  You
6 recall that being a discussion with Dr. Ahmann?
7    A    That's what I remember.
8    Q    Do you understand as you sit here today
9 what it means to be ER/PR positive?
10   A    I have some understanding, yes.
11   Q    Tell me what it is that you understand
12 that to mean.
13   A    The ER is for estrogen positive and the PR
14 is progesterone positive.  And that is a type of
15 cancer that could be progressive, that could --
16 cells divide at a quicker rate than if you were not
17 ER and PR positive.  And the term they used was
18 HER2.
19   Q    So did you understand it to mean if your
20 cells are dividing at a quicker rate that that is a
21 higher risk of cancer, that's a high risk form of
22 cancer?
23   A    That would be my understanding.
24   Q    And is it fair to say that after learning
25 that you had this high risk form of cancer where the

96

1  cells divided at a quicker rate that you continued
2  to be very afraid that you might die from this
3  cancer?
4      A    That would be correct.
5      Q    Tell me what, if anything, you recall
6  about any discussions with Dr. Shefali about your
7  treatment plan?
8      A    I don't remember the discussions with her.
9  I do remember that infusions every 21 days, three
10 weeks, every three weeks, and that I would have the
11 Herceptin, but I don't remember I had this
12 discussion with her.  For some reason I'm
13 remembering Dr. Ahmann.
14           But the Herceptin would be for an entire
15 year.
16     Q    So you do recall having a discussion about
17 receiving chemotherapy infusions every three weeks,
18 though, right?
19     A    I do.
20     Q    And that was with Dr. Shefali, right?
21     A    That would be correct.
22     Q    What else, if anything, do you recall Dr.
23 Shefali telling you about chemotherapy?  And this is
24 prior to you getting -- beginning treatment with it.
25           At that first visit what did Dr. Shefali

98

1      A    Yes.
2      Q    Did you ask Dr. Shefali if your hair would
3 grow back?
4      A    I don't remember.
5      Q    Did Dr. Shefali ever tell you that your
6 hair would grow back?
7      A    I don't remember.
8           MR. BERMAN:  Objection.
9           For clarification, I thought we were
10     talking about the first visit only, but now
11     you're saying if ever.
12          Are we going beyond the first visit now or
13     are we still at the first visit?
14          MR. MIMS:  We're at the first visit.
15          MR. BERMAN:  Okay.
16     A    Okay.
17     Q    Sorry.  I think the last question was did
18 Dr. Shefali tell you -- did Dr. Shefali tell you,
19 and we'll start with this first visit, that your
20 hair would grow back?
21     A    I do not remember.
22     Q    So your only recollection of this first
23 visit is that there was a discussion that you would
24 absolutely lose your hair from chemotherapy, right?
25     A    Yes.

Veritext Legal Solutions
800-567-8658                                                973-410-4040

102

1  in terms of -- let's stick with the chemotherapeutic
2  regimens, Taxotere and Carboplatin, right?
3       A    Correct.
4       Q    And then you were also prescribed
5  Herceptin, right?
6       A    Correct.
7       Q    At the time when this recommendation, this
8  treatment plan was made to you, did you go out and
9  get a second opinion about it?
10      A    No.
11      Q    And at this time did you trust Dr. Shefali
12 was giving you the best medical advice that she
13 could?
14      A    At this time, yes.
15      Q    At that time you did?
16      A    Yes.
17      Q    You didn't question Dr. Shefali's advice
18 then, you trusted her, right?
19      A    Yes.
20      Q    And is that why you went ahead and agreed
21 with the treatment, because you trusted your
22 oncologist?
23      A    That would be correct.
24      Q    I'm going to go ahead and read the next
25 sentence.

109

1     A    That's correct.
2     Q    And by the time you met with Dr. Shefali
3  on that first visit, by the time you left, you had
4  agreed on the treatment plan that had been
5  recommended for you?
6     A    Yes.
7     Q    At the time that you met with Dr.
8  Shefali -- and we're talking about this first visit
9  where she gave you her recommendations for your
10 treatment regimen, okay?
11    A    Okay.
12    Q    -- did you believe that Dr. Shefali's No.
13 1 goal in her treatment for you was to increase your
14 chances of survival?
15         MR. GOMEZ:  Objection to form.
16    A    Yes.
17    Q    And there was never any doubt in your mind
18 that Dr. Shefali had anything other than your best
19 interests at heart, right?
20         MR. GOMEZ:  Objection; form.
21    A    Yes.
22    Q    And you relied on Dr. Shefali's judgment
23 in recommending the best chemotherapy in order to
24 give you the best chance to survive; is that a fair
25 statement?

119

1  chemotherapy?
2      A    Vaguely.
3      Q    Tell me what you remember about it.
4      A    I remember that it was long.  I think it
5  took two to three hours.  Probably that's -- I
6  remember when I got the injection, I wasn't that
7  keen about being stuck but that was okay once the
8  needle was in and just remember it being -- it
9  taking a long time.
10     Q    When did you first start chemotherapy?
11     A    January the 6th, 2015.
12     Q    And where did your infusions take place?
13     A    Kaiser Southwood.
14     Q    Did anybody go to your chemotherapy
15 treatment with you?
16     A    My husband went with me but he was not in
17 the room where the infusion was being given.  He
18 carried me, actually.
19     Q    You mean after it was completed?
20     A    No.  He carried me to Southwood and he
21 waited in the waiting room while I had the infusion
22 done.  He did not go back there where they do it.
23     Q    Okay.  When you say he carried you, what
24 do you mean by that?
25     A    He drove me in his car.

242

1         As time progressed and my hair did not
2    grow back, I decided that I would research it.
3         Q    What made you change your mind?
4         A    The fact that my hair had not grown back.
5         Q    After seeing the advertisement, other than
6    Googling Taxotere lawsuits, did you then do any
7    other research to try to figure out whether what was
8    being stated in the advertisement was actually true?
9    Did you want to find out more information?
10        A    No.
11        Q    So the only thing you did was Google
12   Taxotere lawsuits?
13        A    That --
14        Q    Is that fair?
15        A    That would be fair.
16        Q    Do you have any packaging, containers,
17   boxes or labels for Taxotere or Docetaxel that you
18   were provided with or obtained in connection with
19   your use in chemotherapy?
20        A    No.
21        Q    Have you ever received any documents
22   directly or indirectly from any of the defendants in
23   this case?
24        A    No.
25        Q    Have you ever tried to contact Sanofi?

243

1     A    No.
2     Q    We have some pictures of you that we're
3  going to go through in a minute.
4          In terms of photographs of yourself, both
5  before chemotherapy and after chemotherapy, have you
6  provided all photographs of yourself that depict you
7  before your chemotherapy and after your
8  chemotherapy?
9     A    Within a five-year period -- I believe
10 there was a stipulation.  Yes, I did.
11    Q    So you provided all photographs you have
12 within five years of both before and after your
13 chemotherapy?
14    A    Yes.
15    Q    I did ask you if you kept a journal or
16 calendar.  I don't believe I used the word "diary."
17         Do you keep a diary?
18    A    No, I do not.
19    Q    Do you have a Facebook or any other social
20 media account?
21    A    No, I do not.
22    Q    No Twitter account?
23    A    No.
24    Q    No Instagram account?
25    A    No.

254

1     Q    But it's fair to say that no physician has
2 ever told you that Taxotere causes permanent hair
3 loss, right?
4     A    That's correct.
5     Q    And you've never done any research on your
6 own in which you've read articles saying Taxotere
7 specifically causes permanent hair loss, right?
8     A    Right.  Yes.
9     Q    What exactly do you believe, if you
10 believe that the company should say something about
11 permanent hair loss, what do you believe they should
12 say?
13     MR. GOMEZ:  Objection.
14     Q    How should they warn women?
15     MR. GOMEZ:  Objection; form.
16     A    I believe that the company should advise
17 women that Taxotere can cause hair loss and that the
18 hair loss can be permanent.
19     Q    Does your knowledge of believing that
20 Taxotere can cause permanent hair loss come solely
21 from these advertisements you've seen for lawsuits?
22     A    Yes.
23     Q    If when your chemotherapeutic regimen was
24 being proposed to you by your oncologist, by
25 Dr. Shah, and Dr. Shah specifically said to you