# EXHIBIT G

| KAISER PERMANENTE | SOUTHWOOD MEDICAL CENTER<br>2400 MT. ZION PARKWAY<br>JONESBORO GA 30236-2500<br>GA HIM ROI LEGAL REPORT | Mills, Jacqueline G<br>MRN: 1469948<br>DOB: ▇▇▇▇▇▇, Sex: F<br>Encounter date: 12/9/2014 |
|---|---|---|

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

---

**Consultation**
**12/9/2014**

**Jacqueline G Mills**
**MRN: 1469948**

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 12/9/2014 9:00 AM | Md Shefali N Shah, M.D. | Southwood Oncology | 404-365-0966 | 78711584 |

### Reason for Call/Visit
**CONSULTATION**
**BREAST CANCER**

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/9/2014 9:00 AM | Md Shefali N Shah | Sw Oncology | 78711584 | SWD |

### Call Documentation
No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 117/71 | 87 | 98.6 °F (37 °C) (Oral) | 18 | 5' 5.5" (1.664 m) |

| Wt | SpO2 |
|---|---|
| 176 lb 12.8 oz (80.2 kg) | 98% |

### All ACC Notes

**Progress Notes by Md Shefali N Shah at 12/9/2014  8:58 AM**                                               Version 1 of 1

Author: Md Shefali N Shah            Service: (none)                   Author Type: Physician
Filed: 12/9/2014 10:17 AM            Encounter Date: 12/9/2014         Status: Signed
Editor: Md Shefali N Shah (Physician)

## Hematology/Oncology Clinic

**CC:** new breast cancer

**Oncology History**
- Presented with 3 week history of spontaneous, yellow, watery right breast nipple discharge without blood, no breast masses
- Mammogram/US: right breast with 1.5 cm mass 1:00, 12 cm from the nipple. Right axilla. No

| | | |
|---|---|---|
| **KAISER PERMANENTE** | SOUTHWOOD MEDICAL CENTER<br>2400 MT. ZION PARKWAY<br>JONESBORO GA 30236-2500<br>GA HIM ROI LEGAL REPORT | Mills, Jacqueline G<br>MRN: 1469948<br>DOB: ▓▓▓▓▓ Sex: F<br>Encounter date: 12/9/2014 |

**All ACC Notes (continued)**

Progress Notes by Md Shefali N Shah at 12/9/2014  8:58 AM (continued)     Version 1 of 1

suspicious axillary lymph nodes.
- right breast ultrasound guided core biopsy: infiltrating mammary carcinoma with mixed terminal ductal and lobular features, intermediate grade.  ER: 88% PR: 66%, Her 2: 2+ FISH: equivocal , Ki67: 16%
- Breast MRI on 10/15/14 -  Right: MR mass  (9 x 17 mm) compatible with previously biopsied breast cancer. There is no MR evidence of pectoralis/chest wall invasion. Left: No evidence of malignancy
- Lumpectomy on 11/10/14: infiltrating mammary carcinoma with mixed terminal ductal and lobular features, intermediate grade, 1.6cm, associated DCIS with focal necrosis, infiltrating carcinoma focally present 0.15cm from medial margin, right axillary sentinel lymph nodes negative (0/3). Repeat ancillary studies showed ER positive 100%, PR positive 100%, Her2/neu 2+ by IHC and positive by FISH, Ki-67 22%.  Right mammary duct excision also performed and showed benign tissue with small intraductal papilloma.

Other Histories
PMH: Hypertension, burning mouth syndrome (self diagnosed after braces removed), glaucoma
PSH: Appendectomy, cholecystectomy, tubal, C section, cysto with stent
Retired from AT&T

**Subjective:**
She feels well since her surgery. She has some minimal incisional pain, but has full range of motion of the arm. She does have a dental abscess per report for which she is scheduled to have a root canal soon.  Otherwise, patient has no complaints including no weight loss, fatigue, shortness of breath, headaches or neurologic changes, bone pains or other symptoms suggestive of metastatic disease.

ECOG Performance Status: 0

**Objective:**
Physical Exam:

BP 117/71 | Pulse 87 | Temp(Src) 98.6 °F (37 °C) (Oral) | Resp 18 | Ht 5' 5.5" (1.664 m) | Wt 176 lb 12.8 oz (80.196 kg) | BMI 28.96 kg/m2 | SpO2 98%
**Wt Readings from Last 4 Encounters:**
12/09/14     176 lb 12.8 oz (80.196 kg)
12/02/14     179 lb (81.194 kg)
11/07/14     180 lb (81.647 kg)
10/16/14     177 lb (80.287 kg)

General appearance - alert, well appearing, and in no distress. A&O x 4.
Skin - normal coloration and turgor, no rashes or bruises.
HEENT - NC/AT, PERRLA, EOMI, MMM, no oral lesions
Neck - supple, no cervical, supraclavicular, or occipital lymphadenopathy palpated. No axillary or inguinal lymphadenopathy bilaterally
Pulm - normal respiratory effort. Lungs clear to auscultation bilaterally, no wheezes or crackles

| | | |
|---|---|---|
| **KAISER PERMANENTE** | SOUTHWOOD MEDICAL CENTER<br>2400 MT. ZION PARKWAY<br>JONESBORO GA 30236-2500<br>GA HIM ROI LEGAL REPORT | Mills, Jacqueline G<br>MRN: 1469948<br>DOB: ███████, Sex: F<br>Encounter date: 12/9/2014 |

**All ACC Notes (continued)**

Progress Notes by Md Shefali N Shah at 12/9/2014  8:58 AM (continued)    Version 1 of 1

Heart - normal rate, regular rhythm, normal S1, S2, no murmurs
Abdomen - soft, nontender, nondistended, no masses or organomegaly palpated. Well healed cholecystectomy scar noted.
Extremities - WWP, no lower extremity edema
Neurological - alert, oriented, normal speech, no movement disorder noted, normal gait.
MSK - strength 5/5 both upper and lower extremities
Right breast lumpectomy, axillary, and duct excision sites all healing well. No erythema or discharge. Non tender. No axillary lymphadenopathy bilaterally

**Oncology Assessment/Plan**
62 yo with Stage IA (T1cN0M0) infiltrating mammary carcinoma of the right breast, ER/PR and Her2/neu all positive.

Although she has stage I disease, due to her Her2/neu positivity, she is a candidate for adjuvant therapy with chemotherapy and Her2 based therapy to decrease her risk of recurrence. We discussed treatment with Taxotere, Carboplatin, Herceptin (TCH) every 3 weeks for 6 cycles followed by single agent Herceptin to complete out one year of treatment. We discussed possible side effects of treatment including neuropathy, alopecia, rash, nail changes, fluid retention, stomatitis, diarrhea, nausea, vomiting, neutropenia, leukopenia, anemia, thrombocytopenia, febrile neutropenia, infections, increased transaminases, arthralgias/myalgias, fatigue, weakness, and allergic reaction. We also discussed the possible cardiac toxicity associated with Herceptin and will plan for a baseline MUGA now followed by every 3 months while on treatment.  Patient voiced understanding and has consented to proceed with treatment.

Ultimately, once chemotherapy is complete, she will be referred for adjuvant radiation therapy to decrease her risk for local recurrence. She is strongly HR positive, and will also be treated with adjuvant hormonal therapy to complete a minimum of 5 years of treatment.

Patient is planned for a root canal next week.  Per patient preference and to allow time to heal from her dental procedure, we will plan to start her treatment after the holidays. We briefly discussed port placement, however, patient would like to see if she can tolerate treatment with peripheral IV first. All questions were answered, patient voiced understanding and is agreeable to the plan as outlined above.

Total Visit time : 50 min.
Greater than 51% of face-to-face time was spent in counseling and coordination of care
Discussing: per A/P

**All Flowsheet Templates (all recorded)**
   Ebola Screening
   Encounter Vitals

**Encounter Messages**