UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Jacqueline Mills*
Case No. 17-02689

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. request oral argument on Defendants' Motion for Summary Judgment against Plaintiff Jacqueline Mills (Rec. Doc. 5732). The Motion has been noticed for submission on the 30th day of January, 2019, at 9:30 a.m. Oral argument will assist the Court in addressing the issues raised in Defendants' Motion and Plaintiff's anticipated Opposition to the Motion.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

1

>Harley V. Ratliff
>Adrienne L. Byard
>Kelly Bieri
>**SHOOK, HARDY& BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>kbieri@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*