UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                      SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Deborah Johnson*
Case No. 16-15607

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF DEBORAH JOHNSON

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff, Deborah Johnson. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Defendants' Motion for Summary Judgment because Plaintiff Deborah Johnson's claims are barred by Louisiana's one-year statute of limitations. *See* La. Civ. Code Ann. art. 3492

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. pray that this Court hold that Ms. Johnson's claims are barred by La. Civ. Code Ann. art. 3492 and GRANT Defendants' Motion for Summary judgment.

Respectfully submitted,

/s/ *Douglas J. Moore*                             Harley Ratliff
Douglas J. Moore (Bar No. 27706)         Adrienne L. Byard
IRWIN FRITCHIE URQUHART & MOORE    SHOOK, HARDY & BACON L.L.P.
LLC                                              2555 Grand Boulevard
400 Poydras Street, Suite 2700             Kansas City, Missouri 64108
New Orleans, LA 70130                     Telephone: 816-474-6550
Telephone: 504-310-2100                  Facsimile: 816-421-5547
Facsimile: 504-310-2120                   hratliff@shb.com
dmoore@irwinllc.com                        abyard@shb.com

                                                       *Counsel for sanofi-aventis U.S. LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*